UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
Product Liability Litigation |
| SECTION: L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Gillette v. Merck & Co., Inc., et al.* No. 05-5442

PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

1. Plaintiffs, Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright ("Plaintiffs") files this Motion to Substitute Edward Blizzard, Attorney-in-Charge, and the law firm of Blizzard, McCarthy & Nabers, LLP as counsel for Plaintiffs in place of Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP.

2. The proposed substitution of counsel will not unfairly delay the progress of this case and will not be urged as a ground for continuing any trial setting.

3. The substitution of counsel is agreed to by the Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins,

Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright.

Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright respectfully request that the Court grant this Motion and all other just relief.

Respectfully submitted,

Fibich, Hampton & Leebron, LLP

Kenneth P. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
Fletcher V. Trammell
State Bar No. 24042053
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright**

Blizzard, McCarthy & Nabers, LLP

_____
Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright**

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copy of the foregoing Motion for Substitution of counsel has been served upon the following counsel of record, as well as all counsel of record through liaison counsel, via Lexis Nexis E Filing on January 12, 2006.

Defendants Liaison Counsel
Phillip Wittman
Stone, Pigman Walter, Wittmann, LLC

Defendant Merck & Co., Inc.
Charles W. Cohen
Hughes Hubbard & Reed LLP-New York

Wilfred P. Coronato
Hughes Hubbard & Reed LLP-New York

Aretha Delight Davis
Dechert LLP

Susan J. Giamportone
Womble Carlyle Sandridge & Rice, LLP-Winston-Salem

Plaintiffs Liaison Counsel

Andy D. Birchfield
Beasley Allen Crow Methvin Portis & Miles, PC
Christopher Seeger
Seeger Weiss LLP

Leonard Davis
Herman Herman Katz & Cotlar LLP

Russ Herman
Herman Herman Katz & Cotlar, LLP

Rebecca A. Briggs