FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12  AM 10: 20

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Product Liability Litigation | MDL NO. 1657<br><br>SECTION:   L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO *Courtney v. Merck & Co., Inc., et al.* No. 05-4437

ORDER GRANTING SUBSTITUTION OF COUNSEL      See PTO#8A, #14

The Court considered Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright's ("Plaintiffs") Motion for Substitution of Counsel and decided to grant the motion.

It is ORDERED that Kenneth T. Fibich and the law firm of Fibich, Hampton & Leebron, LLP are granted leave to withdraw as counsel of record for the Plaintiffs and that they are relieved from all responsibility as counsel of record in this cause

It is also ORDERED that Ed Blizzard and the law firm of Blizzard, McCarthy & Nabers, LLP are now substituted as counsel of record for Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L.

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___

Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright.

Signed this 12 day of May, 2006

_____
Judge Presiding

APPROVED AND AGREED TO:

Fibich, Hampton & Leebron, LLP

_____
Kenneth A. Fibich
State Bar No. 06952600
W. Michael Leebron, II
State Bar No. 12149000
Fletcher V. Trammell
State Bar No. 24042053
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713.751.0025
Telecopier: 713.751.0030

**Withdrawing Attorney-In-Charge for Plaintiffs Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright**

Blizzard, McCarthy & Nabers, LLP

*[signature: Ed Blizzard]*

Ed Blizzard
State Bar No. 02495000
Rebecca Briggs
State Bar No. 24027110
440 Louisiana, Suite 1710
Houston, TX 77002
Telephone: 713.844.3750
Telecopier: 713.844.3755

**Substituting Attorney-In-Charge for Plaintiffs** Plaintiffs Ronald Duane Gillette, George Frasher, John F. Van Derel, Susan E. Smith, Donald L. Beauchane, Arthur G. Rose, Linda J. Stone, William E. Hendren, Carol Dee Vanderholm, Brandly L. Watkins, Arthur Neal Jury, Jr., Mark R. Bailor, Elmer F. Downs, Barbara Wesolowski, Barbara Allen, Marvin Miller, Gary Haworth, Scott L. Foor, and Janet Wright

**OF COUNSEL:**

Ken Bailey
Bailey Perrin & Bailey, LLP
State Bar No. 01543500
440 Louisiana, Suite 2100
Houston, Texas 77002
Telephone: 713.425.7100
Direct Telecopier: 713.425.7249
Main Telecopier: 713.425.7101