United States District Court
Eastern District of Louisiana
New Orleans, LA

ORIGINAL

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY - 8 2006
LORETTA G. WHYTE
Clerk

COPY 5-4-06

1657

Stanley Bethea,

Case No: 05-6775

Plaintiff   Demand Jury Trial

vs.

Merck & Co., Inc.

Defendant

Plaintiff Request that Case No. 05-6775 be place on trial Calender for trial, or place with another case for trial.

Denied

Respectfully Submitted

Stanley Bethea

P.O. Box 704
HBG, PA 17108-0704

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
___Doc. No._____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE REQUEST to PLACE CASE No. 05-6775 ON THE TRIAL CALENDER HAS BEEN SERVED UPON THE DEFENDANT FIRST CLASS MAIL POSTAGE PREPAID UPON THE FOLLOWING

~~Denied~~

JOSHUA G. SCHILLER, ESQ. 2990 ARCH STREET PHILADELPHIA, PA. 19104-2808

Stanley Bethea P.O. BOX 704 HBG, PA 17108-0704

Clerk is directed to serve:

Stanley Bethea P.O. Box 704 HBG, PA 17108-0704

UNITED STATES DISTRICT JUDGE



STANLEY BETHEA
P.O. Box 704
HBG, PA 17108-0704

CLEAK U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

70130+3367-31   C024