UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA

ORIGINAL

MDL 1657

STANLEY BETHEA,
    PLAINTIFF

CASE NO: 05-6775

5-4-06

Demand Jury Trial

VS.

MERCK + CO., INC.
    DEFENDANT

DEMAND FOR A JURY TRIAL
RULE 38

Jury Demand contained in Answer. See also Rule 38(b) time limits.

~~THE PLAINTIFF IS DEMANDING A JURY TRIAL RULE 38. FOR PUNITIVE DAMAGES.~~

**Denied**

Respectfully Submitted
Stanley Bethea
P.O. Box 704
HBG, PA, 17108-0704

___Fee___
___Process___
_X_ Dktd___
_X_ CtRmDep___
___Doc. No.___

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE DEMAND FOR A JURY TRIAL HAS BEEN SERVED UPON THE DEFENDANT FIRST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Joshua G. Schiller, Esq.
2929 Arch Street
Philadelphia, PA 19104-2808

Jury Demand contained in Answer. See also Rule 38(b) time limits.

**Denied**

Stanley Bethea
P.O. Box 704
HBG, PA 17108-0704

May 12, 2006
DATE

_____
U.S. DISTRICT JUDGE



STANLEY BETHEA
P.O. Box 704
HBG, PA 17108-0704

CLERK U.S. DISTRICT COURT
500 POYDRAS STREET
Room C-151
NEW ORLEANS, LA 70130

70130+3267-31 C024