FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2006 MAY 12  AM 10: 07
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

ELENA BOZZI,

                Plaintiff,

vs.

MERCK & CO., INC., MERCK & CO., INC.,
HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ,
RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL
BOOTH, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN
CRAWFORD, CHRIS METROPOLUS, SHANNON LAYTON,
RON BARTHOLOMEW, FELICIA ELLIS, MARY GRAVES,
JULIE LAWRENCE PUCKHABER, ELLEN PERRY,
and JOAN WILLOUGHBY,

                Defendants.

                Defendants.           /

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-1688

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time,

which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff

more time within which to serve Defendants JANET COYLE, RICH JANCHESON, AMY

MOORE, VICKI ST. JOHN CRAWFORD, FELICIA ELLIS, MARY GRAVES, and JULIE

LAWRENCE PUCKHABER.

___ Fee_____
___ Process_____
X  Dktd_____
⊥ CtRmDep_____
___ Doc. No_____

2.      Plaintiff has an additional 120 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this ___ day of _____, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE