# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1683

JOHN MIDKIFF,
          Plaintiff,

vs.

MERCK & CO., INC., MELONEESE FAIN WELLS,
JENNIFER FAVATA GARCIA, JEFFREY FULOP,
BARRY GOGEL, JEFFREY HANNETT, JESSE
HOLLINGSWORTH, NOLAN PADGETT,
HEIDI DINGFELDER, JOHN KILKELLY,
TEQUILLA TAYLOR, CHRIS METROPOLUS,
ANTON LAK, CHERI McLEOD, GENA E. ORTEGA,
RICARDO ORTEGA, JEROME PITTMAN, and VICTOR SOPINA,
        Defendants.

JUDGE FALLON
MAG. JUDGE KNOWLES

_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANT

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time,

which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff

more time within which to serve Defendant TEQUILLA TAYLOR.

2.    Plaintiff has an additional 60 days within which to serve Defendants with process in

this case.

New Orleans, Louisiana, this *11* day of *May*, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X   Dktd_____
CtRmDep_____
Doc. No._____