UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

KENNETH DEVOL,
          Plaintiff,
vs.

MERCK & CO., INC., JEROME PITTMAN,
AMY MOORE, CHRIS METROPOLUS,
JEFF BASTI, and JUNE V. MARCOTTE,

       Defendants.
_____/

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-1686

JUDGE FALLON
MAG. JUDGE KNOWLES

**MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECTUATE
SERVICE OF PROCESS ON DEFENDANTS**

Pursuant to Rule 4(m), Federal Rules of Civil Procedure, Plaintiff hereby moves this

Court to enter an order granting Plaintiff additional time within which to serve Defendants AMY

MOORE and JEFF BASTI, and in support would show:

1.     Plaintiff, KENNETH DEVOL, filed his Complaint in this matter on December 8,

2005, in state court. Since that date, Plaintiff has attempted to serve summonses on Defendants

AMY MOORE and JEFF BASTI, all of whom are Vioxx sales representatives who are or were

employed by Defendant MERCK & CO., INC.

2.     Defendant MERCK has refused to provide addresses for its current employees.

3.     Further, Defendant MERCK has refused to accept service of process on behalf of

these employees.

4.     Despite his best efforts, Plaintiff has been unable to effectuate service upon these

Defendants.

5.      Defendants will suffer no prejudice with the granting of this Motion.

6.      Pursuant to Local Rule 7.4.1W, Plaintiff has made a good faith effort to resolve the issues surrounding this Motion with Defendants, and has been unable to do so.

WHEREFORE, the undersigned respectfully requests an additional 60 days within which to serve Defendants with process in this case after Defendant provides Plaintiff with a current address for the sales representatives.

Dated this ___4th___ day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

KENNETH DEVOL,
         Plaintiff,

vs.

MERCK & CO., INC., JEROME PITTMAN,
AMY MOORE, CHRIS METROPOLUS,
JEFF BASTI, and JUNE V. MARCOTTE,
     Defendants.

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-1686

JUDGE FALLON
MAG. JUDGE KNOWLES

**NOTICE OF HEARING**   *NOT NECESSARY*

    PLEASE TAKE NOTICE that Plaintiff's Motion for Extension of Time in Which to Effectuate Service of Process on Defendants will be heard before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, on **Wednesday, the 17th day of May, 2006, at 9:00 AM,** or as soon thereafter as counsel may be heard.

    Dated this *4th* day of May, 2006.

                    By: _____
                    **BRENDA S. FULMER, Esq. (FBN: 999891)**
                    **C. TODD ALLEY, Esq. (FBN: 321788)**
                    **JAMES D. CLARK, Esq. (FBN: 191311)**
                    **DON GREIWE, Esq. (FBN: 218911)**
                    **AMY D. PREVATT, Esq. (FBN: 13858)**
                    ALLEY, CLARK, GREIWE & FULMER
                    P.O. Box 3127
                    Tampa, FL 33601-3127
                    Tele: (813) 222-0977
                    Fax: (813) 224-0373
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 4th day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel