UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1686

KENNETH DEVOL,
      Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JEROME PITTMAN,
AMY MOORE, CHRIS METROPOLUS,
JEFF BASTI, and JUNE V. MARCOTTE,

      Defendants.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants AMY MOORE and JEFF BASTI.

2. Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this _11_ day of __May__, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
X   Dktd____
___ CtRmDep____
___ Doc. No.____