UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -9 PM 5:38
LORETTA G. WHYTE
CLERK

In Re: VIOXX®                           MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION           Section L

This Document Relates To: Michael E.    Judge Fallon
Cain v. Merck & Co., Inc., et al. (E.D. La.
Index No. 2:05-CV-04066)                Mag. Judge Knowles

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## MICHAEL E. CAIN

It is stipulated by the parties that MICHAEL E. CAIN may dismiss his action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Michael E. Cain, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

_____
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. N._____

1

                         /s/ *signature*
                         Grant Kaiser (11078900)
                         THE KAISER FIRM, LLP
                         8441 Gulf Freeway, Suite 600
                         Houston, Texas 77017-5001
                         Telephone: (713) 223-0000
                         Telecopy: (713) 223-0440

                         Attorneys for Plaintiffs

Dated: MAY 4, 2006.

IT IS SO ORDERED.

_____       5/11/06
Judge                                            Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of the Case of Michael E. Cain has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of May, 2006

*Phil Wittmann*

804313v.1