UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Sharon Conrad* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* (E.D. La Index No. 05-5914) | * | |
| | * | MAG. JUDGE KNOWLES |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 12 AM 10: 20
LORETTA G. WHYTE
CLERK

### [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that the above-captioned matter is dismissed without prejudice.

Dated: May __, 2006

Judge Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

536116.1