

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 1 2 2006

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| | * | |
| This document relates to *Charles Mason* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* | * | |
| (E.D. La. Index No. 2:06-cv-810) | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PARTIES' JOINT SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following dates are set on the docket of Judge Eldon E. Fallon:

| | |
|---|---|
| Monday, Oct. 30, 2006, 8:30 am | Jury Trial |
| Friday, Oct. 20, 2006, 1:30 pm | Pre-Trial Conference |
| Oct. 17, 2006 by 5:00 pm | Pre-Trial Order (The parties shall use the Pre-Trial Notice form attached.) |
| Sept. 22, 2006 | Jury Questionnaire to be completed by Prospective Jurors and Forwarded to Counsel |

1. **Witness Lists:** All witness lists shall include the name and address of the witness and a brief statement of the nature of the witness' expected testimony.

| | | |
|---|---|---|
| July 14, 2006 | a. | Preliminary Fact Witness List Exchanged by both Parties. |
| August 11, 2006 | b. | Plaintiff Witness List delivered to defendant |
| August 18, 2006 | c. | Defendant's Witness List Delivered to Plaintiff |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

- 1 -

2. **Expert Reports and Depositions:** Reports to be disclosed in compliance with the Fed.R.Civ.Proc. 26(a)(2)(B) shall be delivered to opposing party on the dates provided below. No subsequent change in the expert's opinion, or its basis, will be allowed absent good cause shown and leave of Court.

| | | |
|---|---|---|
| August 11, 2006 | a. | Plaintiff's Expert Reports Delivered to Defendant |
| August 25, 2006 | b. | Defendant's Expert Reports Delivered to Plaintiff |
| September 8, 2006 | c. | Deadline for expert depositions. Defendant shall have the right to depose Plaintiff's experts within a reasonable time after their reports are delivered. The same rule applies to Plaintiff's depositions of Defendant's experts. |

3. **Discovery:**

| | | |
|---|---|---|
| August 11, 2006 | a. | Deadline for serving Written Discovery |
| September 8, 2006 | b. | Deadline for all Discovery |

4. **Deposition Designation, Exhibits:**

| | | |
|---|---|---|
| September 21, 2006 | a. | Parties exchange deposition designations, deposition exhibit list, and trial exhibit list |
| October 5, 2006 | b. | Counter-designations and objections to deposition designations, deposition exhibits, and trial exhibits |
| October 10, 2006 | c. | Objections to counter-designations |
| October 12, 2006 | d. | Hearing on objections to deposition designations, deposition exhibits, and trial exhibits |

809393v.1

5.  **_Daubert_ and Dispositive Motions:**

    | | | |
    |---|---|---|
    | September 19, 2006 | a. | Any _Daubert_ challenge to Expert Testimony and any Dispositive Motions must be filed by this date. |
    | October 3, 2006 | b. | Any oppositions to _Daubert_ and Dispositive Motions must be filed by this date. |
    | October 10, 2006 | c. | Reply briefs |
    | October 13, 2006, at 9:00 a.m. | d. | Hearing on all _Daubert_ and Dispositive Motions |

6.  **Motions In Limine:**

    | | | |
    |---|---|---|
    | September 27, 2006 | a. | Deadline for motions _in limine_ |
    | October 4, 2006 | b. | Deadline for oppositions to _in limine_ motions |
    | October 10, 2006 | c. | Deadline for reply briefs in support of _in limine_ motions |
    | October 12, 2006 | d. | Hearing on motions _in limine_ |

New Orleans, Louisiana, this _12_ day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

809393v.1