**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*U.S. FILED*
*EASTERN DISTRICT COURT*
*DISTRICT OF LA*
*2006 MAY 12 PM 4: 05*
*LORETTA G. WHYTE*
*CLERK*

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

RUBY G. MOODY,
                    Plaintiff,
vs.

MERCK & CO., INC,
                    Defendant.          /

MDL No.: 1657

SECTION: L

Civil Action No. 06-CV-2174

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, RUBY G. MOODY, by and through her undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, TIMOTHY HAMMONDS,

on March 3, 2006.

Dated this 6th day of May, 2006.

By: _____
         BRENDA S. FULMER, Esq.
         Fla. Bar No. 999891
         ALLEY, CLARK, GREIWE & FULMER
         701 E. Washington Street
         P.O. Box 3127
         Tampa, FL 33601-3127
         Tele: (813) 222-0977
         Fax: (813) 224-0373
         Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 9th day of May, 2006.

By: _____

BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff
*bfulmer@tampatriallawyers.com*

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

PROCESS RECEIVED:   3/2/2006  8:05:00AM
RETURN DAYS:   20
RETURN DATE:
SHOW CAUSE DATE:
WRIT #:   236388 -
CIV-SUMMONS & COMPLAINT

**Orange County Sheriffs Office**
**Return of Service**

SERVE TO:   HAMMONDS, TIMOTHY

CASE:   532006CA000513
COURT:   CIRCUIT CIVIL
COUNTY:   POLK

HOME ADDRESS:   850  MAYFAIR CIR
ORLANDO, FL 32803

BUSINESS ADDRESS:

***** DO NOT POST

MAIL TO:   ALLEY, CLARK, GREIWE & FULMER
P.O. BOX 3127
TAMPA, FL. 33601-3127

SERVER:   CO32
ENTERED BY:   NC
FEE CODE:   2
Fee/Xfee:   $ 20.00
WITNESS FEE:   $ 0.00
OVERPAYMENT:   $ 0.00
LEVY DEPOSIT:   $ 0.00

SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM)

PLAINTIFF:  RUBY MOODY
DEFENDANT:  MERCK & CO., INC., HEIDI DINGFELDER, THOMAS M. ADAMS,
TOTAL AMOUNT DUE:   $ 0.00       Daily Interest:   $ 0.00

SERVED THIS PROCESS AT ___855am___, ON _3/3/06_ IN ORANGE COUNTY, FLORIDA, BY:

☒ INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit :

_____       _____
Name                                          Relationship

☐ CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to :

_____       _____
Name                                          Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ OTHER: By delivering a true copy of this process, with any attachments provided, to

_____ , as _____.

☐ NON-SERVICE: And hereby return same unserved on: _____(date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below :

EXPLANATION

| SERVICE ATTEMPTS | |
|---|---|
| Date/Time | |
| | |
| | |
| | |
| | |

SHERIFF OF ORANGE COUNTY, FLORIDA

_____  3-3-06          _____ CO32

RECEIVED BY                              OFFICER                         ID #