A CERTIFIED TRUE COPY
MAY 10 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11 PM 2: 25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 10 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*David G. Thomas v. Merck & Co., Inc.*, W.D. Kentucky, C.A. No. 3:05-677
*Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, W.D. Kentucky, C.A. No. 3:05-713

EDLA CASE NO.
06-1944
06-1957

## ORDER VACATING TRANSFER ORDER

On April 11, 2006, the Panel filed an order transferring these two actions (*Thomas* and *Gilbert*) to the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable Eldon E. Fallon. The Panel has now been advised, however, that *Thomas* and *Gilbert* were dismissed in the Western District of Kentucky as duplicative actions by the Honorable Charles R. Simpson III in separate orders signed on December 6, 2005.

IT IS THEREFORE ORDERED that the Panel's transfer order filed in this docket on April 11, 2006, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

John F. Keenan
Acting Chairman

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 10, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

> *David G. Thomas v. Merck & Co., Inc.*, W.D. Kentucky, C.A. No. 3:05-677
> *Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, W.D. Kentucky, C.A. No. 3:05-713

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
   Deputy Clerk

Enclosure

cc:  Transferee Judge:   Judge Eldon E. Fallon
     Transferor Judge:   Judge Charles R. Simpson, III
     Transferor Clerk:   Jeffrey A. Apperson

JPML Form 87