Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Harry W. Moody, Jr.

---

# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-0971** |
| **HARRY W. MOODY, JR.,** | * | |
| **Plaintiff,** | * | |
| v. | * | |
| **MERCK & COMPANY, INC., A CORPORATION,** | * | **STIPULATION OF DISMISSAL** |
| **DEFENDANT.** | * | |

See PTO # 8A, ¶ 14

On this, the ____ day of May, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should he seek to refile, Plaintiff Harry W. Moody, Jr. will refile in the federal Multi-District Litigation ("MDL") and not in state court.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

1

This Stipulation is filed on behalf of Plaintiff Harry W. Moody, Jr., and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

Eldon E. Fallon
United States District Judge

DATED this ____ day of May, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

DATED this 1st day of May, 2006.

**STONE PIGMAN WALTHER WITTMAN LLC**

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

DATED this 5th day of May, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 14th day of May, 2006.

*[signature]*
**OF COUNSEL**