FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 AM 10: 01

LORETTA G. WHYTE
CLERK

IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * * * | MDL Docket No. 1657 |
| | * | SECTION: L |
| **HARRY W. MOODY, JR.,** | * * | |
| PLAINTIFF, | * * | |
| v. | * | CASE NO. 05-0971 |
| | * | |
| **MERCK & COMPANY, INC.,** | * * | |
| DEFENDANT. | * | |

### ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF, HARRY W. MOODY, JR.

See PTO #8A, ¶14

*Denied*

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Harry W. Moody, Jr. After considering the motion, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Harry W. Moody, Jr., are dismissed, without prejudice.

Dated this 15th day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____