UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES LARON MASON,** | § | IN RE: VIOXX |
| | § | PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | § | |
| | § | |
| | § | MDL DOCKET NO. 1657 |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAGISTRATE JUDGE KNOWLES |
| v. | § | CIVIL ACTION NO. 06-2380 |
| **MERCK & CO., INC.,** | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CIVIL ACTION NO. 06-2380 ONLY

TO THE HONORABLE COURT:

COMES NOW, Charles Laron Mason ("Plaintiff"), and files his notice of dismissal under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

1. Plaintiff is Charles Laron Mason; Defendant is Merck & Co., Inc.

2. Plaintiff filed his Original Complaint made the basis of this Notice of Dismissal, Civil Action Number 06-2380, on May 3, 2006. Plaintiff seeks voluntary dismissal of Civil Action Number 06-2380 as Plaintiff already has an action pending in the United States District Court for the Eastern District of Louisiana, Civil Action Number 06-0810, which was filed on February 16, 2006. Civil Action Number 06-2380, filed on May 3, 2006, was filed inadvertently and is duplicative of Plaintiff's previously filed Original Complaint.

3.  Defendant Merck has not been served with process and has not filed an answer or a motion for summary judgment.

4.  This case is not a class action.

5.  A receiver has not been appointed in this action.

6.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7.  Plaintiff has not dismissed an action based on or including the same claims as those presented in this case.

8.  This dismissal is without prejudice.

Respectfully submitted,

*Rebecca Briggs King*

Edward Blizzard (TBN 02495000)
Scott Nabers (TBN 14769250)
Rebecca Briggs King (TBN 24027110)
**Blizzard, McCarthy & Nabers, L.L.P.**
440 Louisiana, Suite 1710
Houston, Texas 77002
(713) 844-3750
(713) 844-3755 (fax)

ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON

OF COUNSEL:

Ken Bailey
Texas Bar No.: 01543500
Bailey Perrin & Bailey, LLP
440 Louisiana, Suite 2100
Houston, Texas 77002
(713) 425-7249
(713) 425-7101 (fax)

2