Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Gene Holmes

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 11  PM 3: 44
LORETTA G. WHYTE
        CLERK

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | Case No. ~~05-0957~~ |
| **GENE HOLMES,** | * | |
| | * | 05-496 |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & COMPANY, INC., A** | * | **PARTIAL STIPULATION** |
| **CORPORATION,** | * | **OF DISMISSAL** |
| | * | |
| DEFENDANT. | * | |

(Related Matter: Janet Sue Morgan, et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03CV435WS)

See PTO #8A, #14

On this, the ___ day of ~~April,~~ May 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should he seek to

1

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep____
___ Doc. No_____

refile, Plaintiff Gene Holmes will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Gene Holmes is a named Plaintiff in the action styled: Janet Sue Morgan, et al. v. Merck & Company, Inc. Dismissal of Gene Holmes' claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Gene Holmes, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**DATED** this _____ day of April, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 12th day of April, 2006.

**WILLIAMS & CONNOLLY, LLP**

_____
Douglas R. Marvin
Attorney for the Defendant

**DATED** this 12th day of April, 2006.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _1_ day of ~~April~~ May, 2006.

_____
**OF COUNSEL**

3