IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  AM 10: 06

LORETTA G. WHYTE
CLERK

In Re:

VIOXX PRODUCTS LIBABILITY
LITIGATION

SUSIE POWELL,

      PLAINTIFF,

v.

MERCK & COMPANY, INC.,

      DEFENDANT.

\* MDL Docket No. 1657

\* SECTION: L

\* CASE NO. 05-0957

      05-496

(Related Matter: Janet Sue Morgan, et al. v. Merck & Co., Inc.; U.S. District Court,
Southern District of Mississippi, Jackson Division, Case No. 3:03CV435WS)

See PTO #8A,
9|4.

ORDER OF DISMISSAL OF THE
CLAIMS OF PLAINTIFF, SUSIE POWELL

On the date shown below, the Court considered the Motion for Dismissal, without

prejudice, of the claims of the Plaintiff, Susie Powell.  After considering the motion, the

Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of

Susie Powell, are dismissed, without prejudice.  The claims of the remaining Plaintiff's

remain intact.

      Susie Powell is a named Plaintiff in the action styled:  Janet Sue Morgan, et al. v.

Merck & Company, Inc.  Dismissal of Susie Powell's claims shall not affect the other

named Plaintiffs' claims.

Dated this 15th day of May , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____