IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 AM 10: 05

LORETTA G. WHYTE
CLERK

In Re:

VIOXX PRODUCTS LIBABILITY   *   MDL Docket No. 1657
                            *   Case No. ~~03-0957~~
GENE HOLMES,                *   05-496
                            *
   PLAINTIFF,               *
                            *
v.                          *
                            *
MERCK & COMPANY, INC., A    *
CORPORATION,                *
                            *
   DEFENDANT.               *

(Related Matter: Janet Sue Morgan, et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03CV435WS)

### ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF, GENE HOLMES

See PTO # 8A, #14

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Gene Holmes. After considering the motion, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Gene Holmes, are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Gene Holmes is a named Plaintiff in the action styled: Janet Sue Morgan, et al. v. Merck & Company, Inc. Dismissal of Gene Holmes' claims shall not affect the other named Plaintiffs' claims.

Dated this 15 day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
√  CtRmDep____
___ Doc. No._____