

Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

Attorneys for Plaintiff Sarah Wiley

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | MDL Docket No. 1657 |
| | * | **Case No. 06-0207** |
| **SARAH WILEY,** | * | |
| PLAINTIFF, | * | |
| v. | * | |
| **MERCK & COMPANY, INC., A** | * | **PARTIAL STIPULATION** |
| **CORPORATION,** | * | **OF DISMISSAL** |
| **DEFENDANT.** | * | |

(Related Matter: Terry Bell, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 06-0207)

On this, the ___ day of May, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she seek to refile, Plaintiff Sarah Wiley will refile in the federal Multi-District Litigation ("MDL") and not in state court.

1

Sarah Wiley is a named Plaintiff in the action styled: Terry Bell, et al. v. Merck & Company, Inc. Dismissal of Sarah Wiley's claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Sarah Wiley, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**DATED** this ____ day of May, 2006.

**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 1st day of May, 2006.

**STONE PIGMAN WALTHER**
**WITTMANN LLC**

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

**DATED** this 5th day of May, 2006.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this _____ day of May, 2006.

**OF COUNSEL**