IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 16 AM 10: 05
LORETTA G. WHYTE
CLERK

In Re:

VIOXX PRODUCTS LIBABILITY LITIGATION * MDL Docket No. 1657

* SECTION: L

SARAH WILEY,

    PLAINTIFF,

v. * CASE NO. 06-0207

MERCK & COMPANY, INC.,

    DEFENDANT.

(Related Matter: Terry Bell, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 06-0207)

## ORDER OF DISMISSAL OF THE CLAIMS OF PLAINTIFF, SARAH WILEY

*See PTO #8A, ¶ 14*

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Sarah Wiley. After considering the motion, the Court concludes it should be GRANTED. The Court, therefore, orders that the claims of Sarah Wiley are dismissed, without prejudice. The claims of the remaining Plaintiff's remain intact.

Sarah Wiley is a named Plaintiff in the action styled: Terry Bell, et al. v. Merck & Company, Inc. Dismissal of Sarah Wiley's claims shall not affect the other named Plaintiffs' claims.

Dated this 15th day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____