UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  AM 10: 06

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CHARLES LARON MASON, | § | IN RE: VIOXX |
| | § | PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | § | |
| | § | |
| | § | MDL DOCKET NO. 1657 |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAGISTRATE JUDGE KNOWLES |
| v. | § | |
| | § | CIVIL ACTION NO. 06-2380 |
| MERCK & CO., INC., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL OF CIVIL ACTION NO. 06-2380 ONLY

After considering Plaintiff Charles Laron Mason's Notice of Dismissal of Civil Action Number 06-2380 pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Court:

**GRANTS** the dismissal and hereby dismisses Civil Action 06-2380 without prejudice.

This dismissal shall have no effect on Plaintiff Charles Laron Mason's previously filed Original Complaint, Civil Action Number 06-0810, which is currently set for trial on October 30, 2006.

SIGNED on May 15, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep____
___ Doc. No_____

1