UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:06

LORETTA G. WHYTE
CLERK

In re: VIOXX * MDL Docket No. 1657
 *
PRODUCTS LIABILITY LITIGATION * SECTION 1
 *
This document relates to case * JUDGE FALLON
 *
05-cv-06404-EEF-DEK * MAGISTRATE JUDGE KNOWLES
 *

*********************************

See PTO #8A,
#12

## ORDER

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

IT IS ORDERED that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

[Denied]

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____