UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 4:06

LORETTA G. WHYTE
CLERK

In re: VIOXX                          * MDL Docket No. 1657
                                      *
PRODUCTS LIABILITY LITIGATION         * SECTION 1
                                      *
This document relates to case         * JUDGE FALLON
                                      *
05-cv-06415-EEF-DEK                   * MAGISTRATE JUDGE KNOWLES
                                      *
**********************************

### ORDER

See PTO #8A, ¶ 12

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

DISTRICT JUDGE

___ Fee___
___ Process___
X   Dktd___
✓   CtRmDep___
___ Doc. No___