UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:05

LORETTA G. WHYTE
CLERK

In re: VIOXX                                    *   MDL Docket No. 1657
                                                *
PRODUCTS LIABILITY LITIGATION                   *   SECTION 1
                                                *
This document relates to case                   *   JUDGE FALLON
                                                *
05-cv-06550-EEF-DEK                             *   MAGISTRATE JUDGE KNOWLES
                                                *

**********************************

### ORDER

See PTO #8A, 9/12

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____