UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:05

LORETTA G. WHYTE
CLERK

In re: VIOXX * MDL Docket No. 1657
  *
PRODUCTS LIABILITY LITIGATION * SECTION 1
  *
This document relates to case * JUDGE FALLON
  *
05-cv-06413-EEF-DEK * MAGISTRATE JUDGE KNOWLES
  *
**********************************

See PTO #8A, ¶12

### ORDER

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.____