UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:05

LORETTA G. WHYTE
CLERK

In re: VIOXX                           *    MDL Docket No. 1657
                                       *
PRODUCTS LIABILITY LITIGATION          *    SECTION 1
                                       *
This document relates to case          *    JUDGE FALLON
                                       *
05-cv-06405-EEF-DEK                    *    MAGISTRATE JUDGE KNOWLES
                                       *
********************************

## ORDER

See PTO #8A, ¶12

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____