UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Juan Lasalle López, et al. | |
| Plaintiffs | 05-cv-06400-EEF-DEK |
| vs. | Civil Action |
| Merck & Co. Inc., et al. | Jury Trial Demanded |
| Defendants | |

****************************

**MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE COURT:

COMES NOW plaintiffs, through the undersigned attorneys, and very respectfully state, allege and pray as follows:

The herein plaintiffs have been represented by Susan M. Cordero-Ladner, Esq., of the Cordero, Cordero & Associates Law Firm. In this regard, plaintiffs have acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the Troncoso & Schell Law Firm, to assume their legal representation herein.

In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs'

attorneys herein. As such, plaintiffs respectfully request that this Honorable Court and the defendants cease to notify orders and motions to Ms. Cordero and that any such orders and motions be notified to the following:

>Francisco M. Troncoso, Esq.
>Richard Schell-Asad, Esq.
>Troncoso & Schell
>P.O. Box 9023352
>San Juan, PR 00902-3352
>Tel: (787) 722-0741
>Fax: (787) 724-2563
>e-mails: ftroncoso@troncosolaw.com
>         rschell@troncosolaw.com

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-Ladner from their legal representation and authorize Francisco M. Troncoso, Esq., and Richard Schell-Asad to act as plaintiffs new counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th of March, 2006.

**I HEREBY CERTIFY** that on this same date, March __, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ *Francisco M. Troncoso*

Francisco M. Troncoso - Bar No. 120007
Attorney for Plaintiff
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563
e-mail: ftroncoso@troncosolaw.com

s/ *Richard Schell-Asad*

Richard Schell-Asad - Bar No. 203207
Attorney for Plaintiff
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563
e-mail: rschell@troncosolaw.com

s/ *Susan M. Cordero-Ladner*

Susan M. Cordero-Ladner - Bar No. 221103
Cordero, Cordero & Assoc.
150 Rodriguez Irizarry St.
Inés Cordero Bldg.
Arecibo, PR 00612
Tel: (787) 881-4481
Fax: (787) 879-4523
e-mail: scordero@corderoycordero.com