UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:05

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION 1 |
| | * |
| This document relates to case | * JUDGE FALLON |
| | * |
| 05-cv-06410-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

**********************************

## ORDER

*See PTO #8A, ¶12*

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

*Denied*

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

_____
DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No.___
```