UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 4:04

LORETTA G. WHYTE
CLERK

In re: VIOXX                          *   MDL Docket No. 1657
                                      *
PRODUCTS LIABILITY LITIGATION         *   SECTION 1
                                      *
This document relates to case         *   JUDGE FALLON
                                      *
05-cv-06412-EEF-DEK                   *   MAGISTRATE JUDGE KNOWLES
                                      *
**********************************

See PTO #8A, ¶12

### ORDER

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

IT IS ORDERED that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____