UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 4:04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION 1 |
| This document relates to case | * | JUDGE FALLON |
| 05-cv-06408-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

*********************************

## ORDER

See PTO #8A, ¶12

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

IT IS ORDERED that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 16th day of May, 2006.

DISTRICT JUDGE

___ Fee____
___ Process____
X   Dktd____
√   CtRmDep____
___ Doc. No____