UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 12 PM 4:04
LORETTA G. WHYTE
CLERK

In re: VIOXX
Product Liability Litigation

MDL NO. 1657

SECTION:   L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Virginia Aucoin vs. Merck & Co., Inc., et al.* No. 05-0437

## MOTION TO ENROLL

NOW INTO COURT, comes Complainant, **VIRGINIA S. AUCOIN**, who moves the Court as follows:

1.

Robert L. Salim desires to enroll as additional attorney of record for complainant herein.

2.

This addition of counsel will not unduly delay these proceedings.

WHEREFORE, Complainant, **VIRGINIA S. AUCOIN**, prays that Robert L. Salim be enrolled as additional counsel of record of behalf of Complainant herein.

Respectfully submitted,

By: _____
Robert L. Salim (#11663)
Attorney at Law
1762 Texas Street
Natchitoches, LA 71457
Phone (318) 352-5999; Fax (318) 352-5998

_____
David Groner (#6349)
DAVID GRONER, P.L.C.
230 West Main Street
New Iberia, LA 70562
Phone: (337) 364-3629
**ATTORNEYS FOR COMPLAINANT**

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX | MDL NO. 1657
    Product Liability Litigation |
| SECTION: L
|
| JUDGE ELDON E. FALLON
|
| MAGISTRATE JUDGE
| DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Virginia Aucoin vs. Merck & Co., Inc., et al.* No. 05-0437

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.s. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this 9th day of May, 2006.

[signature]