UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 4:04

LORETTA G. WHYTE
CLERK

In re: VIOXX
Product Liability Litigation

MDL NO. 1657

SECTION: L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO *Virginia Aucoin vs. Merck & Co., Inc., et al.* No. 05-0437

### ORDER

Considering the foregoing Motion to Enroll,

IT IS HEREBY ORDERED that Robert L. Salim be allowed to enroll as additional counsel for complainant.

New Orleans, Louisiana this 16 day of May, 2006.

United States District Judge, EDLA