UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  *Daniel Morrison, et al. v. Merck & Co., Inc.*, **05-6352**
  *Sharon Himmel, et al. v. Merck & Co., Inc.*, **05-6353**
  *Sean Regan, et al. v. Merck & Co., Inc.*, **05-6354**

## ORDER

IT IS ORDERED that the Plaintiffs' Motions to Remand (Rec. Docs. 4409, 4410, 4411) are CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   16th   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE