# U.S. Long Range Operating Plan

## Franchise: Analgesic & Anti-Inflammatory

### Products: VIOXX®, Etoricoxib

**July, 2001**

7/12/01

P1.1135

Confidential - Subject To Protective Order

MRK-ABI0008659

**EXHIBIT "B"**

# Analgesic & Anti-inflammatory
## Background
### Products in Arthritis Franchise

## US Launch Date

| | |
|---|---|
| *VIOXX®* | 6/99 |
| VIOXX Acute Pain | 6/99 |
| Chronic Pain | 3/04 |
| RA | 1/02 |
| RPD | 6/04 |
| Peri-Op Analgesia | 9/04 |
| Migraine - Acute | 6/04 |
| Migraine - Prophylaxis | 12/04 |
| AD (MCI) | 3/05 |
| Colon Cancer | 6/06 |

OP – Redacted – other product

7/12/01

2

Confidential - Subject To Protective Order

MRK-ABI0008660



*Analgesic and Anti-inflammatory US Market by Major Classes*

**2000: Total Market:   $4.8 Billion**

Growth vs. 99:  +37%

*CAGR (95/00)*

+21.9%    Total Market

N/A    Coxibs

-5.7%    Traditional NSAIDs

Source: *IMS/MAT 4Q00/MTA*
7/12/01

3

Confidential - Subject To Protective Order

MRK-ABI0008661



*Analgesic and Anti-inflammatory Penetration of Coxibs in the US: Market Share - Patient Days*

| | |
|---|---|
| Coxibs | 59% |
| NSAIDs | 41% |
| CELECOXIB | 31% |
| ROFECOXIB | 28% |

7/12/01
Source: IMS  1Q01/MTA

Confidential - Subject To Protective Order

MRK-ABI0008662



# VIOXX MONHLY SALES PERFORMANCE
## May 99 - May 2001

VIOXX Sales History
(Gross $000)

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008663



*Analgesic and Anti-inflammatory*
*Future Timeline*
*Key Merck and External Competitive Events*

## *Major Assumptions in the LROP*

**Franchise**

- Market expansion will continue (CAGR '06:'01: 6.2%)

- Merck will achieve 44.8% TRX market share of Coxib class in 2006

- Coxibs will achieve 51.6% TRX market share of the A&A market in 2006

- Superior GI safety perception maintained for for all coxibs, even when combined with low dose ASA

- CV class labeling will exist in the precautions section for all Coxibs

- No price competition among coxibs

7/12/01

7

Confidential - Subject To Protective Order

MRK-ABI0008665

8

# *Major Assumptions in the LROP*

## VIOXX®

– VIOXX® perceived to provide more effective pain relief than Celecoxib

– Perception around HT/edema relative to other Coxibs will not worsen

– Valdecoxib perceived to be no more efficacious than VIOXX®

– Chronic pain filing delayed from 4Q00 to 1Q03; RA 1Q01

– VIGOR label change approved in US 4Q01

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008666



OP – Redacted – other product

9

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008667

# Key Success Factors for Merck

## Franchise

**Grow and defend Merck Coxib Share**

- Promote unsurpassed efficacy and safety

- Aggressively resource the Franchise

- Ensure distinct positioning for Merck Coxibs

- Capitalize on competitors' weaknesses

OP – Redacted – other product

## VIOXX®

**Increase Penetration into the A&A Market**

- Enhance powerful efficacy image vs NSAIDs

- Effectively communicate CV safety profile

- Continue to communicate NSAID related GI risk

- Enhance perception of VIOXX as a powerful pain reliever superior to Celecoxib

- Manage HT/ Edema issues

- Capitalize on launch of new indications

7/12/01

10

Confidential - Subject To Protective Order

MRK-ABI0008668



5 Year Business Plan Forecast
U.S. Sales ($ MM)

7/12/01

Confidential - Subject To Protective
Order



5 Year Forecast (TRX)

TRx Shares 2006
Coxib class

Merck Coxibs:
OP - Redacted other product
VIOXX : 27.4%

Pharmacia Coxibs:
Coxib class: 45%
Celebrex: 24.4%
Valdecoxib: 20.6%

Novartis: 10.2%

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008670

OP – Redacted – other product

14

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008671

# Analgesic & Anti-inflammatory
## 5 Year Business Plan Forecast
### Sales & Growth for VIOXX®

## U.S. Sales (Constant $ MM) - Growth vs. Previous Year

|      | *Sales* | *Sales Growth* | *%* |
|------|---------|----------------|-----|
| 2001 | $2,500  | $ 756          | + 43% |
| 2002 | $2,766  | $ 266          | + 11% |
| 2003 | $2,676  | $- 90          | - 3% |
| 2004 | $2,287  | $-389          | - 15% |
| 2005 | $2,181  | $-106          | - 5% |
| 2006 | $1,988  | $-193          | - 9% |

7/12/01

15

Confidential - Subject To Protective Order

MRK-ABI0008672

OP – Redacted – other product

16

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008673



**Analgesic & Anti-Inflammatory**
**Key Sensitivities**
**Upside/Downside Sales Forecast**
**(Constant $ millions)**
**VIOXX®**

Upside 25% in '06
• CV Labeling Milder;
No Prothrombotic
language +25%

Base
• Class CV Label
Precaution

Downside -50% in'06
• CV Label is
Warning/Not
Precaution -50%

17

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008674

OP – Redacted – other product

18

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008675

# Analgesic & Anti-Inflammatory
## 5 year Forecast Merck Coxib Sales
## Franchise Gap Analysis



**Gap Analysis, $-1.5 ('05):**
Market Growth, $-0.3 Bn:
CAGR 9.4% Mayflower vs 6.2% BP

Coxib Penetration, $-1.4 Bn:
81% Mayflower vs 52% BP

Merck Coxib Share, $+.2 Bn:
40% Mayflower vs 45% BP

19

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008676



Penetration Rate of Coxibs Into the A&A Market Influenced by Patients at CV Risk, Impact of VIGOR and CLASS, and Managed Care Actions

Confidential - Subject To Protective Order

MRK-ABI0008677

# Analgesic & Anti-Inflammatory
## 5 year Forecast
### VIOXX Gap Analysis



**Gap Analysis, +0.5 Bn, cumulative**

• Higher VIOXX Trend/Weaker Etoricoxib Analogy in BP vs Mayflower, cumulative impact (estimate), \$+2.7 Bn

• All coxibs have a prothrombotic precaution in the label, cumulative, \$-2.6 Bn

• Delay in etoricoxib launch, \$+0.4 Bn



21

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008678

OP – Redacted – other product

22

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008679

OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008680

## Product Contribution
## VIOXX®

| Constant | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | **1,615.2** | **2,292.0** | **2,464.9** | **2,316.8** | **1,944.2** | **1,894.5** | **1,636.5** |
| Product Sales | 1,744.9 | 2,486.0 | 2,766.0 | 2,676.6 | 2,287.3 | 2,181.0 | 1,987.5 |
| Medco Utility / Rebates | (16.0) | (18.4) | (16.0) | (28.2) | (23.6) | (28.8) | (26.6) |
| Mail/Retail Uplift | 16.6 | 14.6 | 15.0 | 15.9 | 11.7 | 11.2 | 8.6 |
| Client Rebates | (16.1) | (30.0) | (31.0) | (36.8) | (35.3) | (39.0) | (45.4) |
| Rebates/Discounts : |  |  |  |  |  |  |  |
| Cash Discounts | (111.6) | (228.6) | (305.2) | (295.9) | (319.4) | (339.7) | (314.2) |
| Rebates/Chargebacks | (27.6) | (39.1) | (42.4) | (40.0) | (33.4) | (31.5) | (26.7) |
| Other Revenue : | (63.9) | (199.4) | (262.6) | (266.9) | (260.0) | (268.2) | (297.6) |
| **Product Cost** |  |  |  |  |  |  |  |
| Standard Cost | **28.6** | **49.3** | **51.9** | **50.7** | **45.1** | **43.8** | **42.9** |
| Royalty Expense | 21.5 | 25.4 | 29.0 | 27.4 | 23.6 | 22.6 | 21.3 |
| Medco Pharmacy Markup | 7.1 | 23.9 | 25.9 | 23.3 | 21.4 | 20.9 | 21.2 |
| Other |  |  |  |  |  |  |  |
| **Total Expenses** | **970.6** | **694.3** | **976.7** | **707.0** | **713.2** | **690.4** | **698.5** |
| **FBG Budget** |  |  |  |  |  |  |  |
| Promotion Related | **347.0** | **309.4** | **290.2** | **367.0** | **330.0** | **316.0** | **289.9** |
| Medical Education | 241.5 | 202.4 | 242.0 | 356.0 | 320.0 | 205.0 | 279.0 |
| Samples | 74.7 | 92.0 | 46.1 | 60.6 | 79.7 | 78.9 | 73.6 |
| DTC | 39.9 | 24.9 | 28.0 | 27.0 | 22.2 | 21.5 | 19.7 |
| Clinical Development | 126.1 | 111.3 | 106.0 | 134.0 | 108.3 | 99.9 | 91.9 |
| All Other | 31.3 | 11.7 | 12.0 | 22.7 | 20.4 | 18.7 | 15.2 |
| External Alliances | 69.4 | 62.5 | 91.9 | 93.7 | 69.3 | 68.1 | 77.6 |
| Business Groups | 2.8 | 9.2 | 4.3 | 5.2 | 6.1 | 7.1 | 8.0 |
| Sales Expense | 2.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 |
| Other FBG Budget |  |  |  |  |  |  |  |
| **Controllable Income** | **1,239.8** | **1,873.3** | **2,092.8** | **1,999.1** | **1,569.1** | **1,464.8** | **1,804.2** |
| MC Direct Admin Fees | 6.5 | 16.3 | 25.4 | 26.3 | 29.5 | 33.6 | 30.0 |
| Sales and Managed Care | 263.0 | 217.9 | 328.3 | 295.0 | 293.3 | 297.9 | 304.0 |
| OSR Selling | 166.4 | 224.0 | 246.7 | 216.4 | 255.3 | 244.9 | 266.5 |
| Specialty Sales Group | 5.3 | 32.0 | 13.8 | 13.8 | 13.9 | 13.8 | 13.6 |
| National HSA& | 54.2 | 12.0 | 7.3 | 4.4 | 3.7 | 3.7 | 3.7 |
| Sales/MC Support & Training | 0.8 | 81.8 | 60.0 | 52.3 | 51.0 | 48.5 | 49.5 |
| Sales and Managed Care Indirect |  |  |  |  |  |  |  |
| Total Vertical Specialty Sales Forces |  |  |  |  |  |  |  |
| Total Hospital Sales Forces |  |  |  |  |  |  |  |
| Media | 39.7 | 36.1 | 20.1 | 21.1 | 20.6 | 20.6 | 20.8 |
| Marketing Services | 10.6 | 11.1 | 9.2 | 4.1 | 7.1 | 9.4 | 11.7 |
| General Admin | 2.7 | 2.5 | 2.4 | 2.4 | 2.3 | 2.4 | 2.4 |
| Unidentified Cuts | 0.4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Aggregate Unidentified |  |  |  |  |  |  |  |
| Miscellaneous Credits |  |  |  |  |  |  |  |
| **Operating Income** | **915.9** | **1,488.3** | **1,714.3** | **1,559.1** | **1,186.7** | **1,090.4** | **895.6** |

Confidential - Subject To Protective Order

OP – Redacted – other product

# Analgesic & Anti-Inflammatory
## Summary/Conclusions

In 2006, USHH will achieve $3.3 billion in sales with a TRX market share of 44.8% provided that we:

### Franchise

- Continue to establish the efficacy of Coxibs
- Manage CV issues
- Minimize the impact of new competition

### VIOXX®

- Achieve VIOXX 2001 EA sales target
- Defend/grow VIOXX share vs celecoxib
- Manage HT/edema issue
- Minimize cannibalization by Etoricoxib
- Launch new indications

Confidential - Subject To Protective Order

MRK-ABI0008683