FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 1:01

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>GERALD BARNETT v. MERCK | * MDL Docket No. 1657<br>* Case: 2:06-cv-00485-EEF-DK<br>* Section L<br>*<br>* Judge Fallon<br>* Mag. Judge Knowles<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF TAKING DEPOSITION OF IAN W. RODGER, M.D.

TO: ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Ian W. Rodger, M.D., as follows:

Date: **Friday, May 26, 2006**

Time: **10:00 a.m.**

Location: Hughes Hubbard and Reed, LLP
One Battery Park Plaza
New York, N.Y. 10004-1482
Phone: (212) 837-6000
Fax: (212) 422-4726

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Sundays and court recognized holidays, until the examination is completed.

May 12, 2006                Respectfully submitted,

                            By  /s/ Mark P. Robinson
                            _____
                            MARK P. ROBINSON, JR.
                            Robinson, Calcagnie & Robinson
                            620 Newport Center Dr., 7th Floor
                            Newport Beach, CA 92660
                            PH:  (949) 720-1288
                            FAX: (949) 720-1292

Andy D. Birchfield, Esq.                Troy Rafferty, Esq.
PO BOX 4160                             316 S. Baylen St., Ste 400
234 Commerce Street                     Pensacola, FL 32502
Montgomery, AL 36103-4160               PH:  (850) 435-7000
PH:  (800) 898-2034                     FAX: (850) 497-7059
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.               Drew Ranier, Esq.
Embarcadero Center West                 1419 Ryan Street
275 Battery Street, 30th Floor          Lake Charles, LA 70601
San Francisco, CA 94111-3339            PH:  (337) 494-7171
PH:  (415) 956-1000                     FAX: (337) 494-7218
FAX: (415) 956-1008

Thomas Kline, Esq.                      Christopher Seeger, Esq.
1525 Locust St.                         One William Street
19th Floor                              New York, NY 10004
Philadelphia, PA 19102                  PH:  (212) 584-0700
PH:  (215) 772-1000                     FAX: (212) 584-0799
FAX: (215) 772-1371                     **(Co-Lead Counsel)**

Arnold Levin, Esq.                      Christopher Vincent Tisi Esq.

2

510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:  (215) 592-1500
FAX: (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:  (713) 650-0022
FAX: (713) 650-1669

2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:  (202) 783-6400
FAX: (307) 733-0028

Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotler, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
PH.  (504) 581-4892
FAX: (504) 561-6024

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this ___ day of May, 2006.

*[signature]*
MARK P. ROBINSON, JR.