FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 1:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. CA 06-485 |

### NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:  MERCK & CO., INC.
Through
Phillip A. Wittman, Esq.
Stone, Pigman
546 Carondelet Street
New Orleans, LA  70130-3588
Liaison Counsel for Defendant

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys, will take the videotaped deposition of MERCK & CO., INC. through its designated **Custodian of Business Records on May 29, 2006 at 9:00 a.m. at the Offices of Seeger Weiss, One William Street, New York, New York or at another location to be agreed upon by the parties.**

Statement of Deposition Procedures: The deposition shall be taken pursuant to Pre-Trial Order No. 9 (Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

The deponent shall designate one or more officers, directors, employees, managing agents or other persons, who can testify as to whether the documents contained in **Exhibit "A"** attached hereto are business records in accordance with the Federal Rules of Evidence.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day to day, except Sundays and court recognized holidays, until the examination is completed.

RESPECTFULLY SUBMITTED, this the **15th** day of May, 2006.

Respectfully submitted,

By: *P. Leigh O'Dell*
Andy D. Birchfield, Jr.
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343

**Mark Robinson**
Kevin Calcagnie
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)

**Counsel for Plaintiff**

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE&SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE &
ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 15th day of May, 2006.

_____P. Hugh O'Dell_____

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | Scolnick |
| 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | |
| 1.0003 | MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | Email from Scolnick to Greene in re Approvable letter | Dixon/Scolnick |
| 1.0004 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | |
| 1.0005 | MRK-ABX0016509 | MRK-ABX0016510 | 11/26/2001 | Email from D. Anstice FW: Three Items | |
| 1.0006 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | Cannell/ Jerman |
| 1.0007 | MRK-AAR0019773 | MRK-AAR0019786 | | Vioxx Dodgeball | |
| 1.0008 | MRK-AAR0019055 | MRK-AAR0019060 | | CV Card | Carroll |
| 1.0009 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx | Carroll/Dixon |
| 1.0010 | MRK-ABH0014114 | MRK-ABH0014118 | 6/1/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrax submission within 2 months - Schroders | Scolnick |
| 1.0011 | MRK-ABS0194661 | MRK-ABS0194664 | 10/20/1998 | E-mail from Scolnick: Message | Scolnick |
| 1.0012 | MRK-ABK0302077 | MRK-ABK0302077 | 4/3/2000 | Email from Patrono to Laurenzi-preliminary VIGOR data | |
| 1.0013 | MRK-AFI0201416 | MRK-AFI0201442 | 7/23/1999 | List of physicians to neutralize | |
| 1.0015 | MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | VICTOR KM Pilot--Confirmed Thrombotic CV events | |
| 1.0016 | MRK-AFK0190652 | MRK-AFK0190652 | 2/1/2005 | VICTOR KM Pilot-APTC events | Baumgartner |
| 1.0017 | MRK-AAD0329040 | MRK-AAD0329043 | 7/31/2003 | Standby Statement: Trials Of Vioxx (rofecoxib) in Alzheimer's disease | |
| 1.0020 | MRK-NJ0070364 | MRK-NJ0070397 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Scolnick |
| 1.0021 | MRK-NJ0000862 | MRK-NJ0000869 | 9/12/1996 | Memo from Terri Randall to Vioxx Project Team Members Re: Project team minutes of 9-4-96 | Scolnick |
| 1.0022 | MRK-014200099060 | MRK-014200099061 | 4/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | Scolnick |
| 1.0033 | MRK-014201101964 | MRK-014201101967 | 4/17/2001 | April 17, 2001 "approvable" letter from Jonca Bull of the FDA to R. Silverman | |
| 1.0060 | MRK-AAR0073258 | MRK-AAR0073258 | | VID-Be the Power 2S01 | |
| 1.0061 | MRK-AAR0007240 | MRK-AAR0007248 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article | Dunn |
| 1.0062 | MRK-AAR0007383 | MRK-AAR0007384 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | |
| 1.0064 | MRK-AAX0000696 | MRK-AAX0000705 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Anstice/ Scolnick |
| 1.0069 | MRK-AAR0010111 | MRK-AAR0010126 | | Obstacle Jeopardy | |
| 1.0074 | MRK-AAR0021110 | MRK-AAR0021110 | | Letter from Lewis Sherwood to Healthcare Provider | |
| 1.0076 | MRK-AAX0000597 | MRK-AAX0000600 | 8/30/2001 | Deaths in MK-0966 Studies 078, 091, 126 | |
| 1.0077 | MRK-AAX0000710 | MRK-AAX0000724 | 4/8/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the interim mortality analyses | |
| 1.0078 | MRK-AAX0000725 | MRK-AAX0000751 | 4/4/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 091 first AD treatment trial / summary of the mortality analysis | |
| 1.0079 | MRK-AAX0000752 | MRK-AAX0000776 | 4/8/2001 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) Imabalance in the Number of Deaths | Scolnick |
| 1.0082 | MRK-AAX0002413 | MRK-AAX0002420 | 11/21/1996 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes Megatrial | |
| 1.0087 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan Amendment No. 1 for VIGOR by Deborah Shapiro, et al. | |
| 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | 10/15/2001 | Draft VIOXX Label | |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0092 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/6/2001 | Email from Edward Scolnick to Laura Demopoulos Re: Topol Idea | |
| 1.0095 | MRK-ABA0003490 | MRK-ABA0003490 | 2/4/2002 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol | |
| 1.0106 | MRK-ABC0002150 | MRK-ABC0002150 | 11/17/1997 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin | Scolnick |
| 1.0107 | MRK-ABC0002198 | MRK-ABC0002198 | 9/28/1998 | Memo from Martino Laurenzi to Alan Nies Re: Proposal of Prof. Patrono in the fields of CV and Renal Physiopathology | |
| 1.0115 | MRK-ABC0017484 | MRK-ABC0017484 | 8/13/1997 | Memo from Alan Nies and Alise Reicin to Jim Bolognese, et al. MK-0966 GI Outcomes Study | |
| 1.0116 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result | |
| 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | |
| 1.0122 | MRK-ABC0048699 | MRK-ABC0048706 | 10/10/1996 | Research Management Committee No. 96-10 – Blue Bell | |
| 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | 1/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | Scolnick |
| 1.0125 | MRK-ABG 0001226 | MRK-ABG 0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers | |
| 1.0130 | MRK-ABH0014002 | MRK-ABH0014002 | 1/13/1998 | Email from A. Ford-Hutchinson to E. Scolnick RE: Tylenol and cox 2 | Jerman |
| 1.0132 | MRK-ABH0016219 | MRK-ABH0016219 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor | |
| 1.0133 | MRK-ABH0017386 | MRK-ABH0017386 | 3/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. | Scolnick |
| 1.0138 | MRK-ABI0000515 | MRK-ABI0000515 | 4/16/1999 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party | Scolnick |
| 1.0140 | MRK-ABI0001556 | MRK-ABI0001556 | 2/23/1998 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex | Carroll |
| 1.0143 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | Key Marketing Messages HHPAC | |
| 1.0145 | MRK-ABI0002126 | MRK-ABI0002128 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx | Scolnick |
| 1.0147 | MRK-ABI0002269 | MRK-ABI0002309 | 4/20/2000 | Vioxx Interim Review for HHPAC | |
| 1.0149 | MRK-ABI0002784 | MRK-ABI0002784 | 10/19/2000 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC Campaign | |
| 1.0151 | MRK-ABI0003148 | MRK-ABI0003155 | 10/1/2001 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | |
| 1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | "Press Release - Merck confirms favorable CV safety profile of Vioxx | |
| 1.0154 | MRK-ABI0003291 | MRK-ABI0003293 | 12/16/1999 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | Anstice |
| 1.0155 | MRK-ABI0004488 | MRK-ABI0004499 | 4/28/1999 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | Anstice |
| 1.0156 | MRK-ABI0005078 | MRK-ABI0005078 | 2/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | Krahe/Dixon |
| 1.0158 | MRK-ABI0005912 | MRK-ABI0005915 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | Anstice |
| 1.0166 | MRK-ABI0011027 | MRK-ABI0011081 | 7/15/2002 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | Scolnick |
| 1.0176 | MRK-ABO0000250 | MRK-ABO0000253 | 1/9/2001 | Letter from James Fries to Raymond Gilmartin Re: Dr. Sherwood's Complaints about Dr. Gurkipal Singh | Jerman |
| 1.0177 | MRK-ABO0000257 | MRK-ABO0000263 | 3/27/2001 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: Scientific Communication Plan for VIOXX | Baumgartner |
| 1.0184 | MRK-ABO0002864 | MRK-ABO0002865 | 11/8/2000 | Email from Marilyn Krahe to David Abrahamson, et al. Re: Meeting Dr. Gurkipan Singh | Baumgartner |
| 1.0192 | MRK-ABP0016650 | MRK-ABP0016677 | | Vioxx AD Program Slide Set | |
| 1.0198 | MRK-ABS0037036 | MRK-ABS0037048 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials | Scolnick |
| 1.0200 | MRK-ABS0066396 | ABS0067019 | 10/26/1998 | E. Clinical Safety - MK-0966 Clinical Documentation | |
| 1.0206 | MRK-ABS0212130 | MRK-ABS0212132 | 9/15/1999 | Email from Eric Mortensen to Cynthia Arnold et al re: FW: John Baron's Feedback | |
| 1.0221 | MRK-ABT0022650 | MRK-ABT0022657 | 1/18/2000 | Email from Douglas Watson to Thomas Capizzi, et al. Re VIGOR CV Events Analysis | |
| 1.0225 | MRK-ABW0003690 | MRK-ABW0003690 | 11/12/2001 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill Quantitative Results | |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0226 | MRK-ABW0005623 | MRK-ABW0005623 | 9/17/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study | Dixon |
| 1.0227 | MRK-ABW0010182 | MRK-ABW0010184 | 8/25/2001 | Email from Kenneth Sperling to Alan Nies, et al., Re: Decision on CV eta-analysis journal selection | |
| 1.0229 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release | Dixon |
| 1.0231 | MRK-ABW0014720 | MRK-ABW0014722 | 10/26/2001 | Email from Steven Vignau to Wendy Dixon Re: New crop of arthritis drugs under safety cloud | |
| 1.0234 | MRK-ABX0002309 | MRK-ABX0002332 | | Original Label Submission For VIGOR | Scolnick |
| 1.0235 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Cardiovascular Safety Database | |
| 1.0255 | MRK-ABY0030000 | MRK-ABY0030030 | 5/1/2001 | Memo from Joshua Chen to Raymond Bain Re: MK-966 AD Program Mortality Analysis for Protocol 091, 078, & 126 | Carroll |
| 1.0265 | MRK-ACD0068340 | MRK-ACD0068344 | | FDA's VIGOR Label | |
| 1.0278 | MRK-ACF0004015 | MRK-ACF0004016 | 1/29/2001 | Email from Deborah Shapiro to Eliav Barr, et al. Re: Alzheimer's studies | |
| 1.0283 | MRK-ACG0000828 | MRK-ACG0000839 | 1/21/1999 | DiCesare memo re: Clinical development oversight committee meeting / January 6 1999 | |
| 1.0287 | MRK-ACI0013234 | MRK-ACI0013240 | 11/19/2001 | Attachments to Casola to Abrams letter - correction letter to health care providers | |
| 1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter | |
| 1.0298 | MRK-ACR0008985 | MRK-ACR0008985 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | Krahe/ Scolnick |
| 1.0304 | MRK-ACR0009295 | MRK-ACR0009296 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | Scolnick |
| 1.0305 | MRK-ACR0009297 | MRK-ACR0009297 | 2/25/2002 | Email from Edward Scolnick to Bonnie J. Goldmann Re: VIOXX Label | Scolnick |
| 1.0309 | MRK-ACR0014502 | MRK-ACR0014503 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imbalance in the number of deaths. | Scolnick |
| 1.0311 | MRK-ACR0040000 | MRK-ACR0040024 | 4/8/2001 | Email from Joshua Chen to Raymon Bain Regarding a Summary of MK-09966 Combined Mortality Analysis | |
| 1.0328 | MRK-ACX0005041 | MRK-ACX0005041 | | National Advocates - Call in Next 10 Business Days | |
| 1.0329 | MRK-ACX0005129 | MRK-ACX0005132 | 10/4/2000 | Memo from Susan Baumgartner to Lou Sherwood Re Interactions with Gurkipal Singh | Baumgartner |
| 1.0339 | MRK-ADB0009039 | MRK-ADB0009042 | | Roadmap to CV Card | |
| 1.0354 | MRK-ADI0007971 | MRK-ADI0007972 | 6/4/1999 | Email correspondence between Scolnick and Weiner | |
| 1.0356 | MRK-ADI0007975 | MRK-ADI0007975 | 6/6/1999 | Email correspondence between Scolnick and Weiner | |
| 1.0362 | MRK-ADL0082197 | MRK-ADL0082197 | 6/20/2000 | Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Eular | |
| 1.0364 | MRK-ADO0040848 | MRK-ADO0040848 | 4/12/2001 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A | Baumgartner |
| 1.0374 | MRK-AEF0000653 | MRK-AEF0000653 | 3/4/2002 | Email from James Yergey to Tom Bailie-Subject Prostanoid assays | Baumgartner |
| 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from Mervyn Turner to Joan Lasota RE: NitroMed | |
| 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | |
| 1.0396 | MRK-AFF0000318 | MRK-AFF0000352 | 5/9/2002 | Hui Quan Memo re: Safety Update for APPROVe | |
| 1.0400 | MRK-AFI0000001 | MRK-AFI0000197 | 2/7/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 | Baumgartner |
| 1.0401 | MRK-AFI0010255 | MRK-AFI0010255 | 1/31/2001 | National Thought Leader Summary VIGOR Study | Baumgartner |
| 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | |
| 1.0408 | MRK-AFI0044662 | MRK-AFI0044665 | 7/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize | Baumgartner |
| 1.0409 | MRK-AFI0045236 | MRK-AFI0045237 | 9/9/1999 | Email from Caroline Yarbrough to Susan L Baumgartner Re: Background on Dr. Andrew Welton | Susan Baumgartner-3/11/05 Exh# 51 |

## Barnett v. Merck
## Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0411 | MRK-AFI0045966 | MRK-AFI0045840 | 11/9/1999 | Email from Susan Baumgartner to Thomas McCready checking up on the McMillan neutralization efforts. | Baumgartner |
| 1.0413 | MRK-AFI0136524 | MRK-AFI0136524 | 8/22/2001 | Email from Linda Coppola to Russell Kosiorek Re: CV Card (1 year) Revalidation for use in Promotion | Scolnick |
| 1.0414 | MRK-AFI0174637 | MRK-AFI0174637 | 4/29/1999 | Email from Mendez to Baumgartner, Yarborough, Johnson, McKines, Jensen, and Reiss re: Physicians to Neutralize | |
| 1.0415 | MRK-AFI0182292 | MRK-AFI0182293 | 7/1/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity: Physicians to Neutralize | Baumgartner |
| 1.0423 | MRK-AFJ0000520 | MRK-AFJ0000520 | 2/3/2002 | Email from Edward Scolnick to Peter Kim; Subject: coxib task force | |
| 1.0424 | MRK-AFJ0000576 | MRK-AFJ0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials | |
| 1.0426 | MRK-AFJ0008381 | MRK-AFJ0008382 | 8/27/2004 | Email from Drs. Richard and Jane Dybas to Peter S. Kim Re: Merck's Stock Retreats over VIOXX concerns | |
| 1.0445 | MRK-AFT00005926 | MRK-AFT00005927 | 4/19/2004 | Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to Set Up External DSMB for ongoing Vioxx AD Prevention Trial | |
| 1.0460 | MRK-I2690007833 | MRK-I2690008224 | 11/26/2003 | Clinical Study Report for Protocol 078 | |
| 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/1/1999 | Vioxx Label Nov. '99 | |
| 1.0464 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | Vioxx Label July 2000 | |
| 1.0465 | MRK-LBL0000059 | MRK-LBL0000062 | 7/1/2001 | Vioxx Label July 2001 | |
| 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 | |
| 1.0467 | MRK-LBL0000248 | MRK-LBL0000251 | 3/1/2004 | Vioxx Label March 2004 | |
| 1.0470 | MRK-NJ00000827 | MRK-NJ00000835 | 9/26/1996 | Memo from Terri Randall re: MK-0966 Project Team Minutes | |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time | |
| 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-Analysis | |
| 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortality | |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searler Recapturing Momentum in COX-2 Inhibitor Market | |
| 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 4/13/1998 | Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on | |
| 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/6/2001 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | |
| 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 3/28/2000 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR | Baumgartner/Krahe |
| 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 1/8/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) | Scolnick |
| 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 8/14/1997 | Email from Kyra Lindermann to Beth Seidenberg et al. Re: MK96666 GI Outcomes Standby | |
| 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 5/25/2000 | Email from Margie McGlynn to Alise Reicin | Weiner |
| 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 3/21/2001 | Memo Re: MK-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | Scolnick |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | Scolnick |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Jerman/Weiner |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 5/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 6/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | |

## Barnett v. Merck
## Exhibit "A"

| Exhibit No. | Beg Bates | End Bates | Document Date | Description | Deposition/History |
|---|---|---|---|---|---|
| 1.0667 | | | | | |
| 1.0726 | MRK-AAD0356476 | MRK-AAD0356477 | 4/14/1999 | Wall Street Journal article "Drugs: Merck's Health Hinges on Sales of Arthritis Pill" by R Langreth | Carroll |
| 1.0727 | MRK-ACD00123444 | | 9/20/2001 | Email from Peter Kim to Alise Reicin regarding NO-Naproxen | |
| 1.0729 | MRK-AFO0128716 | | 11/1/2001 | Email from Dawn Chitty to Christa Defusco, et al. regarding VIOXX CBE | |
| 1.0732 | MRK-NJ0220388 | MRK-NJ0220454 | | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular | |
| 1.0739 | MRK-ABS0034494 | MRK-ABS0034577 | | Product Development Plan Stage 0 Review | |
| 1.0755 | MRK-AFN0052502 | MRK-AFN0052523 | No Date | Clinical Investigator's Confidential Informational Brochure | |
| 1.0812 | MRK-V 0000041 | | | NEJM Manuscript 05-0493; comments from reviewers approve manuscript. | |
| 1.0815 | MRK-V 0000044 | | | Dorothy Hamill - Morning: 30 | |
| 1.0816 | MRK-V 0000045 | | | "Dog Park" Letterbox: 30 | |
| 1.0817 | MRK-V 0000046 | | | Clammer: 30 Reminder DR | |
| 1.0818 | MRK-V 0000046 | | | Teacher: 60 | |
| 1.0819 | | | | Teacher: 60 | |
| 1.0965 | | | | Teacher: 30 | |
| 1.0966 | MRK-NJ0200304 | | | Email from Ken Truitt to Barry Gertz RE: 966 peds | |
| 1.0965 | MRK-ABW0005449 | MRK-ABW0005475 | | Profit Plan 2002-Merck A&A Franchise | |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial | Jerman |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial | |
| 1.1004 | MRK-ABL0000609 | MRK-ABL0000654 | 6/21/1999 | VIOXX® INTERIM STAGE REVIEW | |
| 1.1005 | MRK-ABL0000688 | MRK-ABL0000690 | 7/15/1999 | Minutes of 6/25/99 HHPAC meeting | |
| 1.1013 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | HHPAC Presentation-Key Marketing Messages | |
| 1.1014 | MRK-ABL0000938 | MRK-ABL0000941 | 6/6/2000 | Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting | |
| 1.1016 | MRK-ABA0025859 | MRK-ABA0025860 | 2/27/2002 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | |
| 1.1034 | MRK-S0420051001 | MRK-S0420053185 | | MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Binding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Poly | |
| 1.1044 | MRK-ACC0009462 | | | Merck & Co. Inc. Code of Conduct for Clinical Trials | |
| 1.1049 | | | | Physicians Desk Reference 2003 | |
| 1.1052 | | | 7/18,19/2001 | Physicians Desk Reference-51st Edition 2000 - a national cross-functional team meeting dated July 17, 18th, 19th of 2001 | |
| 1.1066 | MRK-NJ0244665 | MRK-NJ0244672 | | Patient Informed Consent | Krahe |
| 1.1073 | MRK-ACR0009148 | MRK-ACR0009149 | 4/7/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | |
| 1.1081 | MRK-AKO0014360 | MRK-AKO0014397 | 2000 | Anti-Inflammatory and Analgesic TBG 2000 Profit Plan | |
| 1.1084 | MRK-ABW0000581 | MRK-ABW0000607 | 2/8/2001 | FDA Advisory Committee Briefing Document | |
| 1.1085 | MRK-NJ0174804 | MRK-NJ0175048 | 2/8/2001 | Transcript of the Arthritis Advisory Committee Meeting | Carroll |
| 1.1086 | MRK-ABH0014143 | MRK-ABH0014166 | 5/12/1998 | Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998 | |
| 1.1087 | | | | Excerpts from the Merck Manual - 16th Edition | |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.1094 | MRK-ABH0016104 | | 9/11/1999 | Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC | |
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 9/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal | Scolnick |
| 1.1098 | MRK-AFJ0001537 | | 11/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | Scolnick |
| 1.1099 | MRK-ABT0000639 | | | | Scolnick |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | 4/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | Scolnick |
| 1.1101 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | Scolnick |
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | Scolnick/Krahe |
| 1.1104 | MRK-NJ0030204 | | 10/9/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH | |
| 1.1106 | MRK-ABH0017814 | | 3/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | Scolnick |
| 1.1111 | | | | Extracts from P3.0021 - H James Williams | |
| 1.1112 | | | | Extracts from P3.0021 - M Michael Wolfe | |
| 1.1113 | | | | Extracts from P3.0021 - Byron L. Cryer | |
| 1.1123 | MRK-I8940096392 | MRK-I8940096445 | | Protocol 201 (VIP) CSR | |
| 1.1130 | | | 05/04/00 | Dear Doctor Letter from Jeffrey Melin | |
| 1.1132 | MRK-0042008087 | MRK-0042008117 | 06/29/00 | Excerpts from 6/29/00 sNDA | |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/01/01 | US Long Range Operating Plan Fmachise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | |
| 1.1140 | MRK-ADI0800000 | MRK-ADI0800045 | 5/4/04 | Letter to Brian Harvey from Diane Louie regarding IND 46,894 | |
| 1.1141 | MRK-NJ0214478 | | 11/21/01 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design | |
| 1.1142 | MRK-ABC0017482 | | 8/13/97 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study | Scolnick |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 6/20/00 | Clinical Study Report of Protocol 088/089 | |
| 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 2/27/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | |
| 1.1194 | MRK-AAD0800069 | MRK-AAD0800079 | | Personnel File of Jan Weiner | Weiner |
| 1.1227 | MRK-AAD0800069 | | | 2003 Year-End Review for Alise Reicin | |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 7/5/00 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR | |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 7/12/01 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | Curfman |
| 1.1236 | MRK-AAX0008561 | MRK-AAX0008581 | 10/1/01 | Draft Vioxx Label | |
| 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 1/31/05 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 7/21/01 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 1/27/04 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | |
| 1.1485 | MRK-AFI0045078 | MRK-AFI0045078 | 8/23/1999 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List". | |
| 1.1491 | MRK-ADG0057776 | | | Slides from Presentation by Tom Cannell | Cannell |
| 1.1492 | MRK-ADG0059921 | | 6/5/2002 | Email from Thomas Cannell to Antonia Sisti titled RE: ["3,2,1, Go Theme"] | Cannell |
| 1.1568 | MRK-ACJ0004568 | MRK-ACJ0004591 | 8/26/2002 | 2003 Profit Plan for Vioxx | |
| 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 4/4/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice | Anstice |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.1890 | MRK-AHD0000817 | MRK-AHD0000841 | 12/19/2004 | Email from Robert Bresalier to Christopher Lines re: APPROVe cardiovascular with attached draft of "Cardiovascular Events Associated with Rofecoxib in a 3-year Randomized Colorectal Adenoma Chemoprevention Trial" | |
| 1.1891 | MRK-ABC0024093 | MRK-ABC0024164 | 8/27/1998 | Clinical Study Report for Protocol 061 | |
| 1.1892 | | | | Confidential Memorandum of Invention | |
| 1.1893 | | | | FDA News: "FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product" | |
| 1.1894 | MRK-NJ0017640 | MRK-NJ0017663 | 1/27/1198 | Memo from Briggs Morrison to Beth Seidenberg et al. re: Protocol 023 manuscript | |
| 1.1895 | | | | 2005 Award in Excellence of Clinical Pharmacology given to Dr. Alan Nies with his story as seen at www.phrmafoundation.org website | |
| 1.1896 | | | 11/18/2004 | Summary of Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance | |
| 1.1897 | 2005 NEJM 000001 | 2005 NEJM 000285 | | NEJM File for Robert Bresalier Article | |
| 1.1898 | MRK-NJ0450908 | MRK-NJ0450910 | 2/25/2002 | Email string ending from Thomas Simon to Barry Gertz re: CE Event Counts | |
| 1.1899 | MRK-ABK0483578 | MRK-ABK0483588 | 12/13/2001 | University of Pennsylvania General Clinical Research Center Protocol Application to study "the Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Rheumatoid Arthritis (RA)" by Garret Fitzgerald | |
| 1.1900 | MRK-ABK0483589 | MRK-ABK0483597 | 11/26/2001 | Objectives of the study of "The Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Rheumatoid Arthritis (RA)" | |
| 1.1901 | MRK-AFO0023318 | | 12/12/1997 | Email from James Bolognese to Elliot Ehrich, et al. re: MK-0966 serious CV AE info | |
| 1.1902 | MRK-AFF0000179 | MRK-AFF0000201 | 10/18/2004 | Slide presentation of Preliminary Cardiovascular Safety Data from the APPPROVe Study by Robert Bresalier, et al. | |
| 1.1903 | MRK-NJ0186410 | | 10/28/2001 | Email from Ned Braunstein to Alise Reicin re: task list from VP Data Review meeting | |
| 1.1904 | MRK-NJ0337077 | MRK-NJ0337109 | 10/31/2001 | Email from Alise Reicin to Dena Ramey re: task list from VP Data Review meeting with attachment | |
| 1.1905 | | | | Label for flurbiprofen | |
| 1.1906 | | | | 1999 Physicians Desk Reference entry for naproxen | |
| 1.1907 | | | | Memorandum from David Graham to Paul Seligman re: Risk of Acute Myocardial Infarction and Sudden Cardiac Death in Patients Treated with COX-2 Selective and Non-Selective NSAIDs | |
| 1.1908 | MRK-AAC0146909 | MRK-AAC0146918 | | Author's Responses to Reviewers Comments of the draft of Manuscript NPP-04-0106, "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment | |
| 1.1909 | MRK-ABW0003613 | MRK-ABW0003614 | 11/14/2001 | Email string from David Anstice to Wendy Dixon re: Dorothy Quantitative Results | |
| 1.1910 | MRK-ABW0000166 | | | Project Offense-Revised | |
| 1.1911 | | | | Analysis of Protocol 203 | |
| 1.1912 | | | 2/16/2005 | Transcript of FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | |
| 1.1913 | | | 2/16/2005 | Summary of Minutes and Table of Contents from the FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | BeginBates | EndBates | DocumentDate | Description | Deposition/Testimony |
|---|---|---|---|---|---|
| 1.1914 | | | | Preliminary Review of APPROVe Data- Background Package for February, 2005 AC Meeting | |
| 1.1915 | | | | APPROVe Data | |
| 1.1916 | | | | | |
| 1.1917 | MRK-AFJ0008920 | MRK-AFJ0008938 | 12/18/2004 | Interim Review of NDA 21042/s030 by Lourdes Villalba, MD | |
| 1.1918 | MRK-ABG0004364 | MRK-ABG0004385 | 10/13/2004 | Q&A for Media Briefing | |
| 1.1919 | MRK-AFJ0009371 | | 11/18/2004 | Q&A for Testimony of Ray Gilmartin before Senate Finance Committee | |
| 1.1920 | MRK-AFJ0001533 | | | Powerpoint Slide of Effects of NSAIDs on Thromboxane and Prostacyclin (Exhibit 51 Peter Kim deposition) | |
| Anstice Ex. No. 166 | MRK ACW 0008375 | MRK-ACW0008376 | 10/28/2001 | Email from Deborah Shapiro to Alise Reicin re: VIGOR analysis of death by age group "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic Aes from VIGOR" - introduced as a Table reflecting the mortality data from Vigor | Anstice |
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 6/5/2000 | Email forwarded to Silverstein, Greenburg and Sherwood from Melin. Analyst Report attached from Arnold & S. Bleichroeder takes in depth look at VIGOR and CLASS. Yarborough re: Vioxx Cadiovascular Safety Issues Unresolved; GI Safety Advantages of Cox-2; | McKines |
| CM.0005 | MRK-AFI0043906 | MRK-AFI0043923 | NO DATE | List of Physicians with information provided by A&A with comments from National HSAs, RMDs, TBG, etc. | McKines |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 2000 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | McKines |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 7/14/1999 | 2000 Profit Plan Extended Team Meeting for Vioxx | McKines |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 7/7/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | McKines |
| CM.0013 | MRK-ABI0004441 | MRK-ABI0004441 | 9/28/1999 | Email from Anstice to McKines Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same. | McKines |
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 1999 | List of Physicians | McKines |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 4/30/1999 04/29/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of attached. | McKines |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 1/25/1999 | Email string from Higbee to Weiner, Lindermann, Fanelle in regards to Intelligence/NEJM | McKines |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 2/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | McKines |
| CM.0059 | MRK-ACJ0005170 | MRK-ACJ0005215 | 4/9/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | McKines |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 5/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments | McKines |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031037 | 1998-2000 | Merck Disbursement Voucher Requests | McKines |
| CM.0072 | MRK-ACJ0004336 | MRK-ACJ0004445 | 2000 | 2000 Profit Plan | McKines |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 9/20/2001 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter | McKines |
| CM.0075 | FRI0000021 | FRI0000031 | 11/15/2000 | Fax from James McMillen, M.D. To ??? Enclosing letters from Merck. One letter from Huskey Medical Center; one to James McMillen Inviting him to a VIGOR meeting and then one rescinding that invitation. | McKines |
| CM.0077 | MRK-AFI0181589 | MRK-AFI0181597 | | Physician Action Plans - ADVOCATE | McKines |

Barnett v. Merck
Exhibit "A"

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition/Testimony |
|---|---|---|---|---|---|
| Krahe Ex. No. 5 | MRK CAAD 0001696 | MRK-CAAD0001757 | 1/8/2001 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | Krahe |
| Krahe Ex. No. 17 | MRK AKC 0014303 | MRK-AKC0014320 | Sept./Oct/2001 | PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc." | Krahe |