

**Tummel & Casso**
Attorneys at Law
4861 North McColl Road
McAllen, TX 78504
Telephone: 956-664-2222
Telecopier: 956-664-0522

May 3, 2006

U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Mr. W. Zachary Hughes         *Via Telecopier: (713) 229-7851*
Baker Botts LLP               *Via First Class Mail*
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Re:   Case No. 06-1564; L(2)
      Esperanza Garcia, *et. al.* vs. Merck & Co., Inc., *et al.*

Dear Madam or Sir:

The offices of Tummel & Casso will be closed for vacation during the periods of 6/8/06 - 6/21/06, and 7/14/06 - 7/20/06, and we ask that no matters be scheduled in the referenced case for those time periods.

Yours truly,
Tummel & Casso

HKT:bf