U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 15 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION | *   MDL Docket No. 1657<br>*   Case: 2:06-cv-00485-EEF-DK<br>*   Section L<br>* |
| THIS DOCUMENT RELATES TO:<br>GERALD BARNETT v. MERCK | *   Judge Fallon<br>*   Mag. Judge Knowles<br>* |

*********************************

## AMENDED NOTICE OF TAKING DEPOSITION OF
## STEPHEN E. EPSTEIN, M.D.

TO:   ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Stephen E. Epstein, M.D., as follows:

Date:       **Tuesday, May 30, 2006**

Time:       **10:00 a.m.**

Location:   Zuckerman Spaeder LLP
            1800 M Street, NW
            10th Floor
            Washington, DC  20036-5802
            (202) 778-1800

The deposition will be reported by a certified court reporter and will be videotaped for use at trial.  The taking of this deposition will continue from day to day, excluding

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

Sundays and court recognized holidays, until the examination is completed.

Additionally, the deponent is requested to produce prior to the deposition the following documents:

1. Any and all documents that refer, reflect or relate to any studies, trials or tests that were completed, undertaken or proposed by you concerning Vioxx, MF-Tricyclic, or other Cox-2-inhibitor.

2. Any and all documents that refer, reflect or relate to the article "Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apoliprotein-E Knockout Mice," including but not limited to all proposals, drafts, minutes, approvals, correspondence, emails, notes, memos, preliminary results, abstracts and requests for funding for further research related to this matter.

3. All documents that refer, reflect or relate to the Medical School Grant Program and any requested, proposed or actual funding through this program of any studies, trials or tests that were completed, undertaken or proposed by you concerning Vioxx, MF-Tricyclic, or other Cox-2 inhibitor.

4. All documents that refer, reflect or relate to any communications between you and Merck concerning Vioxx, MF-Tricyclic, or other Cox-2 inhibitor.

5. All documents that refer, reflect or relate to any communications between you and any other third party (including with your colleagues) concerning any studies, trials or tests that were completed, undertaken or proposed by you concerning Vioxx, MF-Tricyclic, or other Cox-2 inhibitor, or any proposed or actual funding regarding the same.

6. All documents that refer, reflect or relate to any payment, gift, grant, honoraria or other financial or compensation or benefit provided by Merck, or any related entity, to you or to any person or entity with which by are affiliated.

2

7. Your current curriculum vitae and list of articles authored by you.

May 10, 2006          Respectfully submitted,

                      By  *Mark P. Robinson, Jr.*
                      _____
                          MARK P. ROBINSON, JR.
                          Robinson, Calcagnie & Robinson
                          620 Newport Center Dr., 7th Floor
                          Newport Beach, CA 92660
                          PH: (949) 720-1288
                          FAX: (949) 720-1292
                          (Plaintiffs' Liaison Counsel)

Andy D. Birchfield, Esq.
PO BOX 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH: (800) 898-2034
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Troy Rafferty, Esq.
316 S. Baylen St., Ste 400
Pensacola, FL 32502
PH: (850) 435-7000
FAX: (850) 497-7059

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH: (415) 956-1000
FAX: (415) 956-1008

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH: (337) 494-7171
FAX: (337) 494-7218

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH: (215) 772-1000
FAX: (215) 772-1371

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH: (212) 584-0700
FAX: (212) 584-0799
**(Co-Lead Counsel)**

3

| | |
|---|---|
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH:  (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Vincent Tisi Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH:  (202) 783-6400<br>FAX: (307) 733-0028 |
| Carlen Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH:  (713) 650-0022<br>FAX: (713) 650-1669 | Russ M. Herman<br>Leonard A. Davis<br>Steven J. Herman<br>Herman Herman Katz & Cotler, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70013<br>PH.  (504) 581-4892<br>FAX: (504) 561-6024 |

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 10th day of May, 2006.

*/s/ Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.

4