UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 15  AM 10: 40

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Lucille M. Jones and Andrew Jones v. Merck & Co., Inc.* (E.D. La Index No. 05-5874) | * * * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

Plaintiff Andrew Jones, as the surviving spouse of Lucille Jones, the deceased party, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of plaintiff Lucille Jones during the pendency of this action.

Dated: May 12, 2006

Kathryn E. Barnett BPR #15361
Mark P. Chalos BPR #19328
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Tel. (615) 313-9000
Fax. (615) 313-9965

John D. McMahan BPR #4230
MCMAHAN LAW FIRM
323 High St.
Chattanooga, TN 37403
Telephone: (423) 265-1100
Facsimile: (423) 756-8120

Counsel for Lucille and Andrew Jones

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

531445.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this 10 day of May, 2006.

531445.1