Issued by the
# United States District Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17 AM 10: 25

LORETTA G. WHYTE
CLERK

CHARLES LARON MASON

v.

MERCK & CO., INC.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: †In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

*This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

TO:  Records Custodian
Cottonwood Hospital
5770 South 300 East
Murray, Utah 84107

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]       Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

†If action is pending in district other than district of issuance, state district under case number.

MAY-16-2006 TUE 09:59 AM  BOB REITZ CONSTAB          FAX NO. 8012555714                P. 01

Docket #395911              **CONSTABLE'S RETURN**          Case/Judge:
                                                                MERCK & CO., INC.

I, **ORSON MADSEN**
being first duly sworn on oath and say: I am a duly appointed Deputy Constable, SALT LAKE County, State of UT, a citizen of the United States over the age of 21 years at the time of service herein, and not a part of or interested in the within action.

I received the within and hereto annexed,
   **SUBPOENA**
   **& NOTICE**
   **& AUTHORIZATION FOR RELEASE OF RECORDS**
   **& LETTER**

on **May 11, 2006**          , and served the same upon
   **COTTONWOOD HOSPITAL**

a within named Witness in said article(s) by serving a true copy of said article(s) for the witness with

   **DONNA CHAMBERS (RECORDS CUSTODIAN)**
a person of suitable age and discretion there residing at
   **5770 S 300 E, MURRAY**
his/her usual place of BUSINESS,                                    on  **May 11, 2006**

I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

                                                   on  May 11, 2006

                                                   _____
                                                   Deputy                              SL 802

                                       ROBERT J. REITZ, CONSTABLE, SALT LAKE County
                                   7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468


                                                   SPECIAL RUN:            20.00
                                                   MILEAGE CHARGE:         15.00
                                                   SERVICE CHARGES:        15.00

                                                   TOTAL CHARGES:         $50.00

                                       **NOTES**