FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

06 MAY 17  AM 10: 25

LORETTA G. WHYTE
CLERK

Issued by the
# United States District Court

**CHARLES LARON MASON**

v.

**MERCK & CO., INC.**

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: †In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

*This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

TO:  Records Custodian
     Dr. Craig Anderson
     9690 South 1300 East, #200
     Sandy, Utah  84094

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah  84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| **RAY QUINNEY & NEBEKER P.C.** c/o Kristine M. Larsen or Kim Cassett 36 South State Street, Suite 1400 P.O. Box 45385 Salt Lake City, UT  84145-0385 (801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]                        Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385
(801) 532-1500

†If action is pending in district other than district of issuance, state district under case number.

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

MAY-15-2006 MON 09:44 AM BOB REITZ CONSTAB          FAX NO. 8012555714                P. 08

*Issued by the*
# United States District Court



MAY 11 2006

& letter

**CHARLES LARON MASON**

          v.

DATE 12 May 06   TIME 905 am
@ 9690 S. 13rd C#200
UPON Elaine Martin, Records cust
CONSTABLE REITZ, SALT LAKE COUNTY, UTAH
DEPUTY _____ 255-5468

**MERCK & CO., INC.**

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [†] In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana
*This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

TO:   Records Custodian
Dr. Craig Anderson
9690 South 1300 East, #200
Sandy, Utah 84094

**395903**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]                Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

[†] If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:44 AM BOB REITZ CONSTAB          FAX NO. 8012555714                P. 09

Docket #395903

**CONSTABLE'S RETURN**

Case/Judge: 060810
MERCK & CO., INC.

I, **MATTHEW FERRE**, being first duly sworn on oath and say: I am a duly appointed Deputy Constable, SALT LAKE County, State of UT, a citizen of the United States over the age of 21 years at the time of service herein, and not a part of or interested in the within action.

I received the within and hereto annexed,
**SUBPOENA**
**& LETTER**

on **May 11, 2006**, and served the same upon
**DR. CRAIG ANDERSON**

a within named Witness in said article(s) by serving a true copy of said article(s) for the witness with

**ELAINE MARTIN (RECORDS CUSTODIAN)**
a person of suitable age and discretion there residing at
**9690 S 1300 E #200, SANDY**
his/her usual place of BUSINESS,

on **May 12, 2006**

I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

on **May 12, 2006**

_____
Deputy                                    SL856

ROBERT J. REITZ, CONSTABLE, SALT LAKE County
7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468

| | |
|---|---|
| SPECIAL RUN: | 20.00 |
| MILEAGE CHARGE: | 24.00 |
| SERVICE CHARGES: | 15.00 |
| TOTAL CHARGES: | $59.00 |

**NOTES**

Issued by the
# United States District Court

CHARLES LARON MASON

v.

MERCK & CO., INC.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: †In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

TO:  Records Custodian
Alta View Hospital
9660 South 1300 East
Sandy, Utah 84094

*This Document Relates to: Charles LaronMason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
| --- | --- |
| **RAY QUINNEY & NEBEKER P.C.**<br>**c/o Kristine M. Larsen or Kim Cassett**<br>**36 South State Street, Suite 1400**<br>**P.O. Box 45385**<br>**Salt Lake City, UT 84145-0385**<br>**(801)323-3451** | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

†If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:44 AM BOB REITZ CONSTAB        FAX NO. 8012555714              P. 06

*Issued by the*
# United States District Court

MAY 11 2006                                         *&letter*

**CHARLES LARON MASON**
                              395901
v.
                        DATE 12 May 06  TIME 7:00 am       SUBPOENA IN A CIVIL CASE
**MERCK & CO., INC.**         AT 9660 S. 1300 E.
                              UPON Arlene H. - Records    CASE NUMBER: In Re: Vioxx Products Liability Litigation,
                              JON STABLE REITZ, SALT LAKE COUNTY, UTAH  1st  MDL No. 1657, United States District Court for the Eastern
                              DEPUTY _____           District of Louisiana
To:   Records Custodian                    255-5468       *This Document Relates to:* Charles LaronMason vs.
      Alta View Hospital                                  *Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*
      9660 South 1300 East
      Sandy, Utah 84094

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*                                    Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:44 AM BOB REITZ CONSTAB        FAX NO. 8012555714        P. 07

Docket #395901                    **CONSTABLE'S RETURN**        Case/Judge: 060810
                                                                MERCK & CO., INC.

I, **MATTHEW FERRE**

being first duly sworn on oath and say: I am a duly appointed Deputy Constable, SALT LAKE County, State of UT, a citizen of the United States over the age of 21 years at the time of service herein, and not a part of or interested in the within action.

I received the within and hereto annexed,
  **SUBPOENA**
  **& LETTER**

on **May 11, 2006**, and served the same upon
  **ALTA VIEW HOSPITAL**

a within named Witness in said article(s) by serving a true copy of said article(s) for the witness with

  **ARLENE H. (RECORDS CUSTODIAN)**
a person of suitable age and discretion there residing at
  **9660 S 1300 E, SANDY**
his/her usual place of BUSINESS,
                                                                       on **May 12, 2006**

I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

                                    on **May 12, 2006**

                                    Deputy _____
                                                                    SL856
                        ROBERT J. REITZ, CONSTABLE, SALT LAKE County
            7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468


                                              SERVICE CHARGES:        15.00
                                              TOTAL CHARGES:         $15.00

                                    **NOTES**

Issued by the
# United States District Court

CHARLES LARON MASON

v.

MERCK & CO., INC.

TO:  Records Custodian
Alpha Beta
3500 South 3500 West
West Valley, Utah

SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

*This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| **RAY QUINNEY & NEBEKER P.C.**<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

[1] If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:43 AM BOB REITZ CONSTAB      FAX NO. 8012555714      P. 02

Issued by the
# United States District Court
*bletter*

**MAY 11 2006**

CHARLES LARON MASON

v.

MERCK & CO., INC.            395899

TO: Records Custodian
    Alpha Beta
    3500 South 3500 West
    West Valley, Utah

DATE _____ TIME _____
A/B _____
UPON _____
CONSTABLE REITZ, SALT LAKE COUNTY, UTAH
DEPUTY _____
                              255-5468

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: †In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

*This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]                              Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

† If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:43 AM BOB REITZ CONSTAB          FAX NO. 8012555714                P. 03

Docket #395899                  CONSTABLE'S RETURN                    Case/Judge: 060810
                                 UNABLE TO LOCATE                     MERCK & CO., INC.

I, DALE HITESMAN,
hereby certify and return that I received the within and hereto annexed
   SUBPOENA
   & LETTER

on May 11, 2006            , and after due search and diligent inquiry, I am unable to find the
within named witness,
   ALPHA BETA

at,
   3500 S 3500 W, WEST VALLEY CITY
in SALT LAKE County, State of UT, and I am reliably informed and due verify believe that the said articles cannot be served due to the reason stated in the notes below.

                                    on May 12, 2006

                                    _____
                                    Deputy                    SL 817
                                    ROBERT J. REITZ, CONSTABLE, SALT LAKE County
                         7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468

                                              SPECIAL RUN:        20.00
                                              MILEAGE CHARGE:     16.50
                                              TOTAL CHARGES:     $36.50

                                    NOTES
ALPHA BETA IS NO LONGER IN BUSINESS.

*Issued by the*
# United States District Court

CHARLES LARON MASON

v.

MERCK & CO., INC.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: †In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

TO: Records Custodian
Dr. Murphy c/o Alta View Hospital
9660 South 1300 East
Sandy, Utah 84094

*This Document Relates to: Charles Laron Mason vs. Merck &Co., Inc., Case No. 06-0810, Div. L, Mag. 3*

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

†If action is pending in district other than district of issuance, state district under case number.

MAY-15-2006 MON 09:43 AM BOB REITZ CONSTAB       FAX NO. 8012555714        P. 04

*Issued by the*
# United States District Court

MAY 11 2006

**CHARLES LARON MASON**

DATE 12 May06  TIME 12:45p
AT 9660 S. 1300 E
UPON Chandra Unsworth — records cust.
CONSTABLE REITZ, SALT LAKE COUNTY, UTAH
DEPUTY ___ 255-5468

v.

**MERCK & CO., INC.**

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1] In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court for the Eastern District of Louisiana

This Document Relates to: Charles Laron Mason vs. Merck & Co., Inc., Case No. 06-0810, Div. L, Mag. 3

TO:  Records Custodian
     Dr. Murphy c/o Alta View Hospital
     9660 South 1300 East
     Sandy, Utah 84094

395900

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel, earnings, medical, claims or other employment records that you may have pertaining in any way to Charles Laron Mason (SSN: 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; DOB: 12-12-1941). Appearance is not necessary if a certified copy of the above documents are received by Kristine M. Larsen, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, or on before the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| RAY QUINNEY & NEBEKER P.C.<br>c/o Kristine M. Larsen or Kim Cassett<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>(801)323-3451 | May 31, 2006 @1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedures, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*    Attorney for Defendant | May 9, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kristine M. Larsen
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

[1] If action is pending in district other than district of issuance, state district under case number.

Docket #395900    CONSTABLE'S RETURN    Case/Judge: 060810
MERCK & CO., INC.

I, **MATTHEW FERRE**,
being first duly sworn on oath and say: I am a duly appointed Deputy Constable, SALT LAKE County, State of UT, a citizen of the United States over the age of 21 years at the time of service herein, and not a part of or interested in the within action.

I received the within and hereto annexed,
**SUBPOENA**
**& LETTER**

on **May 11, 2006**, and served the same upon
**DR. MURPHY**

a within named Witness in said article(s) by serving a true copy of said article(s) for the witness with

**CHANDRA UNSWORTHS (RECORDS CUSTODIAN)**
a person of suitable age and discretion there residing at
**9660 S 1300 E, SANDY**
his/her usual place of BUSINESS.                                              on **May 12, 2006**.

I further certify that at the time of service of the said article(s), I endorsed the date and place of service and added my name and official title thereto.

on May 12, 2006

_____
Deputy                                    SL856

ROBERT J. REITZ, CONSTABLE, SALT LAKE County
7026 SOUTH COMMERCE PARK DR. SUITE 1-B, MIDVALE, UT 84047, 801-255-5468

|  |  |
|---|---|
| SPECIAL RUN: | 20.00 |
| MILEAGE CHARGE: | 24.00 |
| SERVICE CHARGES: | 15.00 |
| TOTAL CHARGES: | $59.00 |

**NOTES**