UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 17 2006
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-401

JAMES OLIG,
           Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
           Defendant.

## NOTICE OF FILING COPY OF AFFIDAVIT OF SERVICE

Plaintiff, JAMES OLIG, by and through his undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, AMY MOORE, on May 2, 2006.

Dated this 16th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 16th day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of FLORIDA

Case Number: 51-2005-CA-2926-WS DIV G

Plaintiff:
JAMES OLIG

vs.

Defendant:
MERCK & CO., INC., CHRIS METROPOLUS, JEROME PITTMAN, JUNE V. MARCOTTE, VICTOR SOPINA, JEFF BASTI, AMY MOORE, VICKI ST. JOHN CRAWFORD, AND RICHARD TATMAN

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 1st day of May, 2006 at 11:13 am to be served on AMY MOORE, 3817 102ND PLACE NORTH, CLEARWATER, FL 33762.

I, Carol Storgion, being duly sworn, depose and say that on the 2nd day of May, 2006 at 4:05 pm, I:

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** and leaving the same with **JEFF MOORE** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **AMY MOORE**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **JEFF MOORE** being a person of suitable age and discretion then resident therein.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L.
2006 MAY 17 AM 10: 44
LORETTA G. WHYTE
CLERK

JAMES OLIG

V.

MERCK & CO., INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: MDL 1657 L
2:06-CV-401

TO: (Name and address of defendant)

AMY MOORE
8817 102nd Place North
Clearwater, FL 33762

5-2-06 4:05pm
DT APS 27471
Jeff Moore - spouse

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

DATE   APR 2 7 2006

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

2590

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5-2-06 |
| Name of SERVER (PRINT) Dennis Tangredi | TITLE Special Process Server APS 27471 |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jeff Moore

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-2-06
Date

Signature of Server: Dennis Ty...

Address of Server: 9153 127th St, Seminole Fl

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.