**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No.:     2:06-cv-975

CLOYD PIERCE,

              Plaintiff,

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MARK A. MULLEN,
THOMAS M. ADAMS, KIM ALVAREZ, JANET COYLE,
HEIDI DINGFELDER, TIMOTHY HAMMONDS, RICH
JANCHESON, STEPHEN WILSON, and JEROME C.
PITTMAN,

              Defendants.
_____/

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    MAY 17 2006
LORETTA G. WHYTE
CLERK

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, CLOYD PIERCE, by and through his undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, KIM ALVAREZ, on April

27, 2006.

Dated this 16th day of May, 2006.

By: _____
    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    **AMY D. PREVATT, Esq. (FBN: 13858)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Tele: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep._____
____ Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 16th day of May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0017099

PERSON TO BE SERVED: KIM ALVAREZ
   CORP/DBA:
    ADDRESS: 19 MEADOWLAKE COURT
           WINTER HAVEN


     PLAINTIFF/ATTORNEY:

     BRENDA S FULMER FULMER
     ALLEY, CLARK, GREIWE & FULMER
     701 E WASHINGTON STREET
     TAMPA, FL  33602

PLAINTIFF: CLOYD PIERCE
DEFENDANT: MERCK & CO INC ET AL

CASE NUMBER: 206CV975
     COURT: US DISTRIC CRT/LOUISIANA          COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/20/2006 and served the same at 03:06 PM
on 04/27/2006 in Polk County, Florida, as follows:

---

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me at the within named person to be served's usual place of abode with a
person residing therein who is fifteen (15) years of age, or older, to-wit:
JOSEPH ALVAREZ, SON
and informing said person of their contents.

---

CIVIL COSTS                                 GRADY JUDD, SHERIFF
                               POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00          BY:
          MARCELLUS RONELL LEJON AUSTIN,
          DEPUTY SHERIFF/SPECIAL PROCESS SERVER

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0017099

PERSON TO BE SERVED: KIM ALVAREZ
    CORP/DBA:
      ADDRESS: 19 MEADOWLAKE COURT
               WINTER HAVEN


      PLAINTIFF/ATTORNEY:

      BRENDA S FULMER FULMER
      ALLEY, CLARK, GREIWE & FULMER
      701 E WASHINGTON STREET
      TAMPA, FL  33602

PLAINTIFF: CLOYD PIERCE
DEFENDANT: MERCK & CO INC ET AL

CASE NUMBER: 206CV975
       COURT: US DISTRIC CRT/LOUISIANA                    COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/20/2006 and served the same at 03:06 PM
on 04/27/2006 in Polk County, Florida, as follows:

---

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me at the within named person to be served's usual place of abode with a
person residing therein who is fifteen (15) years of age, or older, to-wit:
JOSEPH ALVAREZ, SON
and informing said person of their contents.

---

CIVIL COSTS                                        GRADY JUDD, SHERIFF
                                                   POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00                BY: _____
                                     MARCELLUS RONELL LEJON AUSTIN,
                                        DEPUTY SHERIFF/SPECIAL PROCESS SERVER

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17  AM 10: 44

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

CLOYD PIERCE,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:06-CV-975

MERCK & CO., INC., et al.

SERVED
In Polk County
Upon: _Kim Alverez_
Type: _c/o Joseph Alvarez_
_(w)_
Month _4_   Day _27_   Year _06_
Time: _1:00_   A.M. P.M.
GRADY JUDD, SHERIFF, Polk County
By: _Maureen A. _____
Deputy/Special Process Server   Mem.#

TO: (Name and address of defendant)

KIM ALVAREZ
19 MEADOWLAKE COURT
WINTER HAVEN, FL 33884

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____ *20* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

POLK COUNTY SHERIFF OFFICE HAVEN, FL   2006 APR 20 AM 8:05

APR 0 5 2006

CLERK

DATE

(BY) DEPUTY CLERK

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served: _____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐     Returned unexecuted: _____
_____
_____
_____

☐     Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____     _____
                *Date*                                         *Signature of Server*

                                              _____
                                              *Address of Server*

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.