FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17 PM 2: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| Robert G. Smith v. Merck & Co., Inc., et al., Case No. 05-4379 | * MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL
## OF RECORD FOR DEFENDANT MERCK & CO., INC.

Please enter the appearance of Susan J. Pope, Winston E. Miller and Stephen M. Gracey, of Frost Brown Todd LLC as additional counsel of record for defendant Merck & Co, Inc. in this matter. In accordance with Pre-Trial Order 8A, undersigned counsel certifies that, promptly upon the filing of this Notice and entry of the appearance on the docket, she will make the change on File & Serve.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200 Telephone
(504) 581-3361 Facsimile
Defendants' Liaison Counsel

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____  810645v.1
___ Doc. No_____

Susan J. Pope
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507-1749
(859) 231-0000 Telephone
(859) 231-0011 Facsimile

-and-

Winston E. Miller
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400 Telephone
(502) 581-1087 Facsimile

-and-

Stephen M. Gracey
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth St.
Cincinnati, Ohio 45202

Counsel for Merck & Co., Inc.

810645v.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of Additional Counsel of Record for Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 17th day of May, 2006.

*Dorthy H. Wimbel*