

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18  PM 2: 53

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION | * MDL Docket No. 1657<br>* Case: 2:06-cv-00485-EEF-DK<br>* Section L<br>* |
| THIS DOCUMENT RELATES TO:<br>GERALD BARNETT v. MERCK | * Judge Fallon<br>* Mag. Judge Knowles<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION REGARDING SALES REPRESENTATIVE DEPOSITIONS and ADMISSIBILITY OF MERCK-PRODUCED SALES CALL DOCUMENTS

1. It is hereby stipulated and agreed by and among counsel for the respective parties herein that Plaintiffs will not take the depositions of Merck current and former sales representatives in this action, and in consideration thereof, Defendant Merck agrees that the following exhibits, copies of which are attached hereto, shall be admitted into evidence in their entirety, and without objection by Defendant Merck, and without the necessity of additional live or recorded testimony, when any such exhibit is offered by Plaintiffs at any time during the trial of this action. Plaintiffs will not read or show these documents to the jury other than through one of the witnesses identified below unless the Court permits their use in opening statement and closing argument. Plaintiffs may show or read these documents to the jury by way of briefly embedding them into the video depositions of Drs. Michael Mikola and Michael McCaffrey to the extent those witnesses are being asked about particular portions of the exhibits. Plaintiffs may use such exhibits to examine only the following fact witnesses from Merck: Mr. David Anstice if the Court requires him to appear at trial or by satellite deposition or any other sales and marketing corporate witnesses that the Court allows to testify. Subject to the Court's rulings on Defendant's motions in limine or objections to exhibits, Plaintiffs may be

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

required to redact entries on these exhibits that: (a) relate to products other than Vioxx, (b) relate to doctors that did not treat Mr. Barnett, and/or (c) are dated after September 6, 2002, the date of Mr. Barnett's heart attack.

1) Deposition of Dr. Mikola (f/k/a Dr. Mikolajcyzk):

   a) Exhibit 9: spreadsheet of customer and reps (MRK-SMPF0000030-39)
   b) Exhibit 22: Call_Notes
   c) Exhibit 23: Mikola PIRs
   d) Exhibit 25: pgm_expns
   e) Exhibit 26: spreadsheet of speaker events

2) Deposition of Dr. McCaffrey:

   a) Exhibit 11: cust assoc pymnt
   b) Exhibit 12: spreadsheet of speaker events (MRK-MPF0173672)
   c) Exhibit 13: pgm_affil
   d) Exhibit 14: pgm_expns
   e) Exhibit 15: list of honoraria (MRK-MPF0173657-3660)
   f) Exhibit 16: Call_Notes
   g) Exhibit 17: spreadsheet of customer and reps (MRK-MPF0173477-87)
   h) Exhibit 18: Call Summary

2. It is further agreed that this stipulation does not preclude testimony regarding the above-mentioned documents by Plaintiff's marketing expert (if the Court permits her to testify) or by otherwise admissible testimony of Drs. Michael Mikola and/or Michael McCaffrey.

3. It is further agreed that this stipulation in no way restricts Plaintiff's ability to offer testimony from the MDL/New Jersey depositions already taken of Merck sales and marketing employees who the Court finds are relevant and admissible in this case, including, but not limited to Susan Baumgartner, Mary Blake, Marty Carroll, Wendy Dixon, Jo Jerman, Marilyn Krahe,

Charlotte McKines, Tom Cannell, Jim Dunn, and Jan Weiner.

4. It is further stipulated and agreed that the sales representatives, regional managers, district managers who had responsibility for detailing Vioxx to Drs. Mikolacyzk and McCaffrey, including, but not limited to, Gerald Reese, Robert Russell, Sharon Mikolajcyzk, Jack Miller, Latrell Fowler, Bert Flowers, Sherry Elder, Val Green, Lori Ann Hart, and Timothy Bailey, will neither be deposed nor will their testimony be offered at trial by any party.

5. This stipulation is made solely for use in the *Barnett* case and may not be used as an admission or evidence that the categories of documents identified above are admissible in any other federal or state court proceedings.

6. Regarding this stipulation, only the following will be read to the jury:

> "The sales representatives for Drs. Michael Mikola and Michael McCaffrey included District Manager Lori Ann Hart, Gerald Reese, Robert Russell, Sharon Mikolajcyzk, Jack Miller, Latrell Fowler, Bert Flowers, Sherry Elder and Timothy Bailey.
>
> The following documents are hereby stipulated to by both parties as Merck internal documents:
>
>> a) Deposition of Dr. Mikola (f/k/a Dr. Mikolajcyzk):
>>
>>> Exhibit 9: spreadsheet of customer and reps (MRK-SMPF0000030-39)
>>> Exhibit 22: Call_Notes
>>> Exhibit 23: Mikola PIRs
>>> Exhibit 25: pgm_expns
>>> Exhibit 26: spreadsheet of speaker events

3

b) Deposition of Dr. McCaffrey:

   Exhibit 11: cust assoc pymnt
   Exhibit 12: spreadsheet of speaker events (MRK-MPF0173672)
   Exhibit 13: pgm_affil
   Exhibit 14: pgm_expns
   Exhibit 15: list of honoraria (MRK-MPF0173657-3660)
   Exhibit 16: Call_Notes
   Exhibit 17: spreadsheet of customer and reps (MRK-MPF0173477-87)
   Exhibit 18: Call Summary"

Dated: May  15  , 2006

Respectfully submitted,

By _/s/ Mark P. Robinson, Jr._
MARK P. ROBINSON, JR.
Robinson, Calcagnie & Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
PH:  (949) 720-1288
FAX: (949) 720-1292

By _/s/ Andy Goldman_
PHILIP S. BECK
ANDREW L. GOLDMAN
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
PH: (312) 494-4400
FAX: (312) 494-4440

Andy D. Birchfield, Esq.
PO BOX 4160
234 Commerce Street
Montgomery, AL 36103-4160
PH:  (800) 898-2034
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
PH:  (415) 956-1000
FAX: (415) 956-1008

Thomas Kline, Esq.
1525 Locust St.
19th Floor
Philadelphia, PA 19102
PH:  (215) 772-1000
FAX: (215) 772-1371

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH:  (215) 592-1500
FAX: (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH:  (713) 650-0022
FAX: (713) 650-1669

Troy Rafferty, Esq.
316 S. Baylen St., Ste 400
Pensacola, FL 32502
PH:  (850) 435-7000
FAX: (850) 497-7059

Drew Ranier, Esq.
1419 Ryan Street
Lake Charles, LA 70601
PH:  (337) 494-7171
FAX: (337) 494-7218

Christopher Seeger, Esq.
One William Street
New York, NY 10004
PH:  (212) 584-0700
FAX: (212) 584-0799
**(Co-Lead Counsel)**

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH:  (202) 783-6400
FAX: (307) 733-0028

Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotler, LLP
820 O'Keefe Avenue
New Orleans, LA  70013
PH.  (504) 581-4892
FAX: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittmann, and Andrew Goldman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this ___th day of May, 2006.

_____
MARK P. ROBINSON, JR.