# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX            * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION      * | |
| * | SECTION: L(3) |
| * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Mitchell v. Merck & Co., Inc.*, 05-1982

## ORDER

Pending before the Court is KSM Enterprises, Inc.'s Motion to Dismiss or, In the Alternative, Motion to Remand and Incorporated Memorandum (Rec. Doc. 4396).  Pursuant to the parties' stipulation, which was reflected in a letter faxed to the Court and confirmed through correspondence with the parties, IT IS ORDERED that the Plaintiff's worker's compensation claims against KSM Enterprises, Inc. are SEVERED from the Plaintiff's remaining claims.  IT IS FURTHER ORDERED that the Plaintiff's worker's compensation claims against KSM Enterprises, Inc. are REMANDED to the Circuit Court of Etowah County, Alabama.

    New Orleans, Louisiana, this   10th   day of   May  , 2006.

                                                _____
                                               UNITED STATES DISTRICT JUDGE