**MINUTE ENTRY**
**FALLON, J.**
**MAY 17, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | * | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *ALL CASES*

A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. Numerous representatives of the Plaintiffs' Steering Committee ("PSC") and Defendant's Steering Committee as well as additional counsel participated. At the conference, the parties discussed the issues raised in the PSC's Generic Motion in Limine (Rec. Doc. 4352). The Court indicated that:

(1) Trial counsel shall be afforded up to an hour and a half each in voir dire. Moreover, counsel shall not be limited to using all of their voir dire time at once. Instead, the plaintiffs shall be allowed to reserve time to ask follow-up questions after the defense examination, and the defense shall be allowed to reserve time to ask follow-up questions after the plaintiffs' examination.

(2) Trial counsel shall each be allowed up to an hour and a half for opening statement. The parties shall continue to confer regarding the use of exhibits during opening statements and should bring any disputes to the Court's attention by the pretrial conference.

(3) Trial counsel shall have up to two hours for closing arguments.

JS10(01:20)

(4) Trial counsel shall confer regarding the scheduling of future status conferences or hearings on motions regarding trial-specific issues. Trial counsel shall inform the Court of these agreed-upon dates by Wednesday, May 24, 2006.

*[signature]*