UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *State of La. ex rel. Charles C. Foti, Jr., Attorney General v. Merck & Co., Inc.*, 05-3700
    *Louisiana Health Service Indemnity Co. d/b/a Bluecross/Blueshield of La. v. Merck & Co., Inc.*, 05-713

### ORDER

Pursuant to the Plaintiffs' request, IT IS ORDERED that the Plaintiffs' Motion to Re-Urge Motion to Consolidate the Two Above-Referenced Cases for Trial is set for oral argument on June 16, 2006 immediately following the monthly pretrial conference.

New Orleans, Louisiana, this   18th   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE