UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                         :       MDL NO.: 1657
   PRODUCTS LIABILITY LITIGATION     :
                                     :       Set 4/3
                                     :
..................................   :
THIS DOCUMENT RELATES TO WRIGHT v.
MERCK, DOCKET NO.: 2:06-cv-1473

## NOTICE OF HEARING

**PLEASE BE ADVISED** that the undersigned will bring on for hearing before the Honorable Eldon E. Fallon, the following:

**MOTIONS:** Plaintiff's Motion for Leave to Amend Complaint to Add Additional Defendants and Incorporated Memorandum in Support Thereof

**DATE:** Wednesday, August 16, 2006

**TIME:** 9:00 a.m. (10:00 a.m. central time)

**PLACE:** United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail to: Patricia Lowry, Esquire, Steel Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401-6198 this 19th day of May, 2006.

                              **Marcus W. Viles, Esquire**
                              Attorneys for Plaintiff
                              **VILES & BECKMAN, LLC**
                              6350 Presidential Court, Suite A
                              Fort Myers, Florida 33919
                              Telephone: (239) 334-3933
                              Facsimile: (239) 334-7105

1