UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19  PM 2:28

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO. 1657 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Benjamin R. Burt and Shirley Burt, his wife v.<br>Merck & Co., Inc., a/k/a and sometimes d/b/a<br>Merck Sharp & Dohme (I.A.) Corp.,<br>a New Jersey corporation | *<br>*<br>*<br>* | CASE NO. 2:05-cv-00443 |

## NOTICE OF CANCELLATION OF TAKING VIDEOTAPED DEPOSITION

TO:   M. Elaine Horn, Esquire
      Williams & Connolly, LLP
      725 12th Street, NW
      Washington, DC 20005

PLEASE TAKE NOTICE that the videotaped deposition of **W.H. WHITTLE, M.D.**, which was scheduled to be taken on Thursday, May 18, 2006, beginning at 8:00 a.m. CT, is hereby CANCELLED.

\* \* \*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above addressee and Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 15th day of May, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

*(signature)*

PETER L. KAUFMAN, ESQ.
Florida Bar No.0548421
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 400 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7107
Attorney for Plaintiffs.

cc:   Kimberly Gregory, Court Reporter