FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19 PM 2:27

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: VIOXX** <br> **PRODUCTS LIABILITY** <br> **LITIGATION** | * **MDL Docket No. 1657** <br> * Case: 2:06-cv-00485-EEF-DK <br> * Section L <br> * |
| THIS DOCUMENT RELATES TO: <br> GERALD BARNETT v. MERCK | * Judge Fallon <br> * Mag. Judge Knowles <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED NOTICE OF TAKING DEPOSITION OF DR. CURTIS BRYAN

TO:   ALL KNOWN COUNSEL OF RECORDS

Pursuant to the Federal Rules of Civil Procedure, Rule 30, Plaintiff GERALD BARNETT will take a deposition of Dr. Curtis Bryan, as follows:

Date:       **Wednesday, May 31, 2006**

Time:       **1:00 p.m.**

Location:   Sheraton Myrtle Beach Convention Center Hotel
            2101 North Oak Street
            Myrtle Beach, SC   29577
            (843) 918-5000

The deposition will be reported by a certified court reporter and will be videotaped for use at trial. The taking of this deposition will continue from day to day, excluding

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

Sundays and court recognized holidays, until the examination is completed.

April 19, 2006          Respectfully submitted,

                        By  *Mark P. Robinson, Jr.*
                        _____
                            MARK P. ROBINSON, JR.
                            Robinson, Calcagnie & Robinson
                            620 Newport Center Dr., 7th Floor
                            Newport Beach, CA 92660
                            PH:  (949) 720-1288
                            FAX: (949) 720-1292
                            (Plaintiffs' Liaison Counsel)

Andy D. Birchfield, Esq.             Troy Rafferty, Esq.
PO BOX 4160                          316 S. Baylen St., Ste 400
234 Commerce Street                  Pensacola, FL 32502
Montgomery, AL 36103-4160            PH:  (850) 435-7000
PH:  (800) 898-2034                  FAX: (850) 497-7059
FAX: (334) 954-7555
**(Co-Lead Counsel)**

Elizabeth Cabraser, Atty.            Drew Ranier, Esq.
Embarcadero Center West              1419 Ryan Street
275 Battery Street, 30th Floor       Lake Charles, LA 70601
San Francisco, CA 94111-3339         PH:  (337) 494-7171
PH:  (415) 956-1000                  FAX: (337) 494-7218
FAX: (415) 956-1008

Thomas Kline, Esq.                   Christopher Seeger, Esq.
1525 Locust St.                      One William Street
19th Floor                           New York, NY 10004
Philadelphia, PA 19102               PH:  (212) 584-0700
PH:  (215) 772-1000                  FAX: (212) 584-0799
FAX: (215) 772-1371                  **(Co-Lead Counsel)**

Arnold Levin, Esq.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3875
PH: (215) 592-1500
FAX: (215) 592-4663

Carlen Rhodes Lewis, Atty.
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
PH: (713) 650-0022
FAX: (713) 650-1669

Christopher Vincent Tisi Esq.
2000 L Street, NW
Suite 400
Washington, DC 20036-4914
PH: (202) 783-6400
FAX: (307) 733-0028

Russ M. Herman
Leonard A. Davis
Steven J. Herman
Herman Herman Katz & Cotler, LLP
820 O'Keefe Avenue
New Orleans, LA 70013
PH. (504) 581-4892
FAX: (504) 561-6024

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel Phillip Wittman, and Andrew Goldman by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 11th day of May, 2006.

*Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.