

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18  PM 2:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 05-3229) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE OF COURT TO CORRECT ORIGINAL COMPLAINT

Plaintiffs hereby move the Court pursuant to Fed. R. Civ. P. 15(a) for an Order allowing the amendment of the original Complaint in the above-captioned action which was transferred to the United States District Court, Eastern District of Louisiana, In Re: Vioxx MDL No. 1657, and docketed as Cause No. 05-4959, from the United States District Court, Western District of Washington, Case No. CV05-01419 MJP. This motion is being sought in order to correct two mistakes reflected in the original Complaint, dated August 16, 2005, in the United States District Court, Western District of Washington. Defendant Merck & Co., Inc. ("Merck") does not oppose this motion and has stipulated to the relief sought herein. *See* Stipulation, attached hereto as Exhibit A.

PLAINTIFFS' UNOPPOSED MOTION
SEEKING LEAVE OF COURT TO
CORRECT ORIGINAL COMPLAINT

-1-

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____

The parties have stipulated and seek an Order from the Court that the original complaint, dated August 16, 2005, may be corrected as follows:

A.  The spelling of Plaintiff Debbey Dunlap's first name is corrected from "Deebey" to the correct spelling of "Debbey" in all instances where plaintiff's first name is referenced in the complaint, including the caption.

B.  Paragraph 33 of the original complaint shall be corrected as follows:

"33. On or about October 6, 2002, Mr. Dunlap suffered from a heart attack. At this time, he was 53 years old and had no prior cardiac or thrombotic history. He subsequently discontinued taking Vioxx."

The parties have further stipulated and seek an order from the Court that because these corrections are not substantive amendments to the Original complaint, they do not alter or affect Merck's Answer and Affirmative Defenses that was filed in the United States District Court, Western District of Washington on October 18, 2005. Accordingly, Merck's Answer and Affirmative Defenses on file will apply with the same force and effect to the corrections indicated herein and Merck will not be required to file a response to the amendments in the original complaint.

RESPECTFULLY SUBMITTED this 15 day of May, 2006.

*Kim Williams*

Kim Williams, WSBA #9077
Rob Williamson, WSBA #11387
WILLIAMSON & WILLIAMS
811 First Avenue, Suite 620
Seattle, WA 98104
Telephone: (206) 587-6834
Facsimile : (206) 587-6835

Mark A. Griffin, WSBA #16296
Amy N. L. Hanson WSBA #28589
Attorneys for Plaintiffs
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Unopposed Motion Seeking Leave of Court to Correct Original Complaint has been served on Liaison Counsel, Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 18th day of May, 2006.

*Dorothy H. Wimberly*

1856442.1