FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 24  P 1: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 05-3229) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION

## TO AMEND ORIGINAL COMPLAINT

This matter having come on regularly for hearing before the undersigned Judge in the above-captioned matter on Plaintiffs' Unopposed Motion to Amend Original Complaint, and the Court having reviewed the Motion and the Stipulation of the parties, it is therefore

ORDERED that the original complaint, dated August 16, 2005, shall be corrected as follows:

A. The spelling of Plaintiff Debbey Dunlap's first name is corrected from "Deebey" to the correct spelling of "Debbey" in all instances where plaintiff's first name is referenced in the complaint, including the caption; and

B. Paragraph 33 of the original complaint shall be corrected as follows:

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO
AMEND ORIGINAL COMPLAINT

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

"33. On or about October 6, 2002, Mr. Dunlap suffered from a heart attack. At this time, he was 53 years old and had no prior cardiac or thrombotic history. He subsequently discontinued taking Vioxx."

It is further ORDERED that Defendant Merck's Answer and Affirmative Defenses that was filed in the United States District Court, Western District of Washington on October 18, 2005 shall apply with the same force and effect to the corrections indicated herein and Merck will not be required to file a responsive pleading.

IT IS SO ORDERED.

ENTERED this 23 day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO
AMEND ORIGINAL COMPLAINT