UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Thomas and Debbey Dunlap v. Merck & Co., Inc., (E.D. La. No. 05-3229) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**STIPULATION TO AMEND ORIGINAL COMPLAINT**

Plaintiffs and Defendant Merck & Co., Inc. ("Merck") hereby stipulate that the Plaintiffs may amend their initial Complaint in the above-captioned action which was transferred to the United States District Court, Eastern District of Louisiana, In Re: Vioxx MDL No. 1657, and docketed as Cause No. 05-4959, from the United States District Court, Western District of Washington, Cause No. CV05-01419 MJP, in order to correct two mistakes reflected in the original Complaint, dated August 16, 2005, originally filed in the United States District Court, Western District of Washington.

The parties hereby stipulate that the original complaint, dated August 16, 2005, may be corrected as follows:

A. The spelling of Plaintiff Debbey Dunlap's first name is corrected from "Deebey" to the correct spelling of "Debbey" in all instances where plaintiff's first name is referenced in the complaint, including the caption.

B. Paragraph 33 of the original complaint may be corrected as follows:

"33. On or about October 6, 2002, Mr. Dunlap suffered from a heart attack. At this time, he was 53 years old and had no prior cardiac or thrombotic history. He subsequently discontinued taking Vioxx."

The parties further stipulate that these corrections are not substantive amendments and therefore do not alter or affect Merck's Answer and Affirmative Defenses that was filed on October 18, 2005, in the United States District Court, Western District of Washington, and that Merck's Answer and Affirmative Defenses will apply with the same force and effect to the corrections stipulated to herein and no further responsive pleading of Merck is required.

RESPECTFULLY SUBMITTED this 18 day of May, 2006.

_____
Kim Williams, WSBA #9077
Rob Williamson, WSBA #11387
WILLIAMSON & WILLIAMS
811 First Avenue, Suite 620
Seattle, WA 98104
Telephone: (206) 587-6834
Facsimile : (206) 587-6835

Attorneys for Plaintiffs

Mark A. Griffin, WSBA #16296
Amy N. L. Hanson WSBA #28589
Attorneys for Plaintiffs
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Attorneys for Plaintiffs

_____
Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel

_____ WSBA 31875 for
Douglas A. Hofmann, WSBA #06393
Jeffrey R. Johnson, WSBA #11082
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611

Counsel for Merck & Co., Inc.

-3-

STIPULATION TO AMEND
ORIGINAL COMPLAINT