IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al
plaintiffs

Civil Action No. 05 - 5382

v.

Merck & Company, Inc.,     defendant

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of plaintiff James Schneller's Motion for an Order, the Motion is GRANTED.

It is hereby ORDERED that Lexis Nexis File and Serve, Litigation Management, Inc., and all other vendors who participate in this multidistrict litigation, allow James D. Schneller, who resides at 500 East Lancaster Avenue # H1 d Radnor, PA 19087, to register with them, and to be afforded utilization of their services, which are provided pursuant to the directives of this Court.

_____
UNITED STATES DISTRICT JUDGE

- 7 -