IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James D. Schneller;<br>James D. Schneller, Trustee ad Litem for the<br>Individuals Entitled to Relief Due to the<br>Wrongful Death of Marjorie C. Schneller,<br>James D. Schneller, Trustee ad Litem for the<br>Executrix of the Estate of Marjorie Schneller,<br>plaintiffs<br><br>v.<br><br>Merck & Company, Inc.,<br>defendant | In re: Vioxx Products Liability Litigation<br><br><br>Civil Action No. 05-5382<br><br>MDL No. 1657 |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the foregoing motion, it is hereby ordered that LexisNexis, LMI, and any future information technology or related vendors in this case, provide to plaintiff James D. Schneller the status to open an account with them in order to utilize their services which are required in this multi district litigation.

BY THE COURT:

_____
J.