**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 24  P 1: 26
LORETTA G. WHYTE
CLERK

IN RE: VIOXX
        PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

...............................................................

THIS DOCUMENT RELATES TO:
*Robert Ruzicka, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-1971 (previously Case No. USDC
EDMO, Case No. 4:05cv1945-CEJ)

See PTO #8A,
¶14

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion

for Leave to Withdraw as Counsel for Plaintiffs Sonja Byrd and Shawn Dotson, and will continue

to represent all other named Plaintiffs in the above cited case.  Attorney Seth Sharrock Webb

moves the Court for leave to withdraw as counsel for Sonja Byrd and Shawn Dotson.

Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown &

Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.  This Order applies

only to Sonja Byrd and Shawn Dotson's actions against Defendant Merck & Co., Inc., all claims

of all other plaintiffs in this action remain in full force and effect.

It is So Ordered.

JUDGE

DATE:  5/23/06

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____