FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18  PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: *McKenna v. Merck & Co., Inc.* (2:05-cv-3221, Sect. L, Mag. 3) | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is STIPULATED and AGREED between Plaintiff, Brian McKenna, Defendant, Jack Brackin, M.D., and Defendant, Merck & Co., Inc. ("Merck") that, pursuant to Fed. R. Civ. P. 41(a)(1), Jack Brackin, M.D. only is hereby dismissed without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph.

It is further STIPULATED and AGREED that should plaintiff or a representative on his behalf re-file plaintiff's claims against Jack Brackin, M.D., they will so do only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332 and shall not oppose transfer to MDL 1657.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

BRIAN MCKENNA
Pro Se Plaintiff

By: /s/ Brian L. McKenna
Brian McKenna


HERMANSEN, MCKIBBEN, WOOLSEY & VILLARREAL, L.L.P.
Attorneys for Defendant
Jack Brackin, M.D.

By: /s/ Richard C. Woolsey
Richard C. Woolsey

FULBRIGHT & JAWORSKI
Attorneys for Defendant
Merck & Co., Inc.

By: _____
    Gerry Lowry

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Pro Se Plaintiff, Brian McKenna by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 12th day of May, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, Louisiana 70113
e-mail: rherman@hhkc.com
Liaison for the Plaintiffs

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130
e-mail: pwittmann@stonepigman.com
Liaison for the Defendants

Mr. Brian McKenna
P. O. Box 480
Rockport, TX 78381

_____
Richard C. Woolsey