UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 AM 9:49
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-cv-290

JOSEPH DUTKO,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.   /

## ORDER ON PLAINTIFF'S RENEWED MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANT

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendant JULIA COOKE.

2. Plaintiff has an additional 60 days within which to serve Defendant JULIA COOKE with process in this case.

New Orleans, Louisiana, this 24th day of MAY, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____