UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 18 PM 3: 14
LORETTA G. WHYTE
CLERK

..........................................................

THIS DOCUMENT RELATES TO:
*Elaine Smith, et. al. v. Merck & Co., Inc., et. al.* No. 2:06-cv-917 (previously Case No. 4:05-cv-1593 ERW EDMO USDC)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff ROBERT GROCE, SR. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the client that he remain as counsel. This motion applies only to representation of ROBERT GROCE, SR., Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action, except those Plaintiffs Seth Sharrock Webb and Brown and Crouppen, P.C. have previously withdrawn from. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, ROBERT GROCE, SR., 5150 West LeGrand, Indianapolis, IN  46241, Telephone Number (317) 481-8631.

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
Seth Sharrock Webb,
MO Fed Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com

ATTORNEY FOR PLAINTIFF, ROBERT GROCE, SR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Robert Groce, Sr., has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 15th day of May, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Robert Groce, Sr.
5150 West LeGrand
Indianapolis, IN 46241
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

By: _____
Seth Sharrock Webb, 505666