UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION :   MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Elaine Smith, et. al. v. Merck & Co., Inc., et. al.* No. 2:06-cv-917 (previously Case No. 4:05-cv-1593 ERW EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff ROBERT GROCE, SR. Seth Sharrock Webb, along with Brown & Crouppen, P.C. will continue to represent all other named Plaintiffs in the above cited case, except those Plaintiffs Seth Sharrock Webb and Brown and Crouppen, P.C. have previously withdrawn from. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to ROBERT GROCE SR.'s action against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File and Serve shall be updated by Plaintiff's former attorney Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____
                        JUDGE

DATE: May 23, 2006

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____