UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18 PM 4: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Thomas Brant and Deborah Brant vs. Merck & Co., Inc., No. 2:05cv3478 (previously*
*1:05CV1255 OHND USDC)*

## AMENDED MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter.
Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best
interests of the clients that he remains as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to
the Plaintiffs, Thomas Brant and Deborah Brant, 2389 Trentwood Dr., Warren, OH  44484,
Phone No. (330) 544-0877.  The original copy of this Motion with the original signature has
been mailed on this 17th day of May, 2006, to the Court for filing.  I hereby certify that
undersigned counsel will make the change directly on File & Serve as soon as the Order is
granted and entered by the Court.

Respectfully submitted,

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No._____

2400 National City Center
Cleveland, Ohio 44114
(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Amended Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this 17th day of May, 2006. I further certify that undersigned counsel will make the change directly on File & Serve as soon as the Order is entered approving the foregoing Motion.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215-6197
(614) 365-2700
FAX: (614) 365-2499
pdane@ssd.com
*Counsel for Defendant*
*Merck & Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
*Plaintiff's Liaison Counsel*

*Temporary Address:*
*201 St. Charles Avenue*
*Suite 4310*
*New Orleans, LA 70170*

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
FAX: 504-581-3361
pwittmann@stonepigman.com
*Defendant's Liaison Counsel*

Thomas & Deborah Brant
2389 Trentwood Dr.
Warren, OH 44484
Phone No. (330) 544-0877
*Plaintiffs*

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs