UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 24 P 1: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO:**
*Thomas Brant and Deborah Brant vs. Merck & Co., Inc., No. 2:05cv3478 (previously 1:05CV1255 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

APPROVED AND SO ORDERED

May 23 2006
Date

_____
United Stated District Judge

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____