UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18  PM 4: 27

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX                                ) MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION        )
                                             ) SECTION: L
                                             )
                                             ) JUDGE FALLON
                                             )

**THIS DOCUMENT RELATES TO:**
*Boykin Barnett and Lois Barnett vs. Merck & Co., Inc., No. 2:05cv3585 (previously 1:05CV1287 OHND USDC)*

### AMENDED MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter. Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interests of the clients that he remains as counsel.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs, Boykin and Lois Barnett, 4160 E. 102, Cleveland, OH 44105, Phone No. (216) 429-9167. The original copy of this Motion with the original signature has been mailed on this 17th day of May, 2006, to the Court for filing. I hereby certifiy that undersigned counsel will make the change directly on File & Serve as soon as the Order is entered by the Court.

Respectfully submitted,

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs

OF COUNSEL:
**SPANGENBERG, SHIBLEY & LIBER LLP**
1900 East Ninth Street
2400 National City Center
Cleveland, Ohio  44114

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

(216) 696-3232
(216) 696-3924 (FAX)
SES@Spanglaw.com
NAD@Spanglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Amended Motion To Withdraw As Counsel* has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this 17th day of May, 2006. I further certify that undersigned counsel will make the change directly on File & Serve as soon as the Order is entered approving the foregoing Motion.

Philomena Dane, Esq.
Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215-6197
(614) 365-2700
FAX: (614) 365-2499
pdane@ssd.com
*Counsel for Defendant*
*Merck & Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
FAX: 504-561-6024
rherman@hhkc.com
*Plaintiff's Liaison Counsel*

*Temporary Address:*
*201 St. Charles Avenue*
*Suite 4310*
*New Orleans, LA 70170*

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
504-581-3200
FAX: 504-581-3361
pwittmann@stonepigman.com
*Defendant's Liaison Counsel*

Boykin and Lois Barnett
4160 E. 102
Cleveland, OH 44105
Phone No. (216) 429-9167
*Plaintiffs*

STUART E. SCOTT (0064834)
NICHOLAS A. DICELLO (0075745)
Counsel for Plaintiffs