UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 24  P 1: 22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:   VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Boykin Barnett and Lois Barnett vs. Merck & Co., Inc., No. 2:05cv3585 (previously 1:05CV1287 OHND USDC)*

## ORDER

This matter came before the Court upon the Motion of Counsel to Withdraw as Counsel.

After due consideration, this Motion is approved.

**APPROVED AND SO ORDERED**

5/23/06
_____
Date

_____
United Stated District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____