IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 MAY 24 P 1:26
LORETTA G. WHYTE
CLERK

IN RE:
    VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657

SECTION: L

Judge Fallon
Magistrate Judge Knowles

This Document Relates To: 2:05-cv-01046-EEF-DEK

See PTO #8A, ¶14

### ORDER GRANTING PLAINTIFF CARMENITA BROWNS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon Passanante, P.C., seeking voluntary dismissal of her action against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court having considered the Motion, it is hereby

ORDERED, that Plaintiffs' Motion is granted in its entirety.

5/23/06
Date

The Honorable Eldon E. Fallon
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____