UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Lucille M. Jones and Andrew Jones v. Merck & Co., Inc.* (E.D. La Index No. 05-5874) | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff Andrew Jones moves this Court for an Order substituting him, in his capacity as the surviving spouse of Lucille M. Jones, as a plaintiff in this action. In support of his motion, Andrew Jones states as follows:

1. On September 29, 2005, Lucille M. Jones and Andrew Jones filed this action in the United States District Court for the Eastern District of Tennessee against defendant for injuries sustained from Lucille M. Jones' ingestion of the pharmaceutical agent VIOXX. The action was transferred to this Court by order of the Judicial Panel on Multi-District Litigation on November 21, 2005.

2. On April 15, 2006, Lucille Jones passed away in Prattville, Alabama.

3. Under Tennessee law, the claims of Lucille M. Jones do not abate upon her death. Rather, the right of action passes to her surviving spouse. TENN. CODE ANN. § 20-5-102, 106.

4. Andrew Jones is the surviving spouse of Lucille M. Jones.

5. As the surviving spouse, Andrew Jones is the proper person to be substituted into this action in the place of Lucille Jones.

531445.1

6.  This motion is timely in that a Suggestion of Death in this action was first filed on the record and served on May 15, 2006. This motion is made within 90 days of that date.

Dated: May 19, 2006

Kathryn E. Barnett BPR #15361
Mark P. Chalos BPR #19328
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Tel. (615) 313-9000
Fax. (615) 313-9965

John D. McMahan BPR #4230
MCMAHAN LAW FIRM
323 High St.
Chattanooga, TN 37403
Telephone: (423) 265-1100
Facsimile: (423) 756-8120

Counsel for Lucille and Andrew Jones

531445.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Substitution of Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, on this ____ day of May, 2006.

*[signature]*

I hereby certify pursuant to Pretrial Order No. 8A, should this motion be granted Plaintiff's counsel will change the status of this case on LexisNexis File & Serve case management.

*[signature]*

531445.1