UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                           *   MDL Docket No. 1657
                                       *
**PRODUCTS LIABILITY LITIGATION**      *   SECTION L
                                       *
This document relates to: *Lucille M. Jones and*   *   JUDGE FALLON
*Andrew Jones v. Merck & Co., Inc.*    *
(E.D. La Index No. 05-5874)            *
                                       *   MAG. JUDGE KNOWLES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER FOR SUBSTITUTION OF PLAINTIFF

IT IS HEREBY ORDERED that Andrew Jones in his capacity as surviving spouse, be substituted for Lucille M. Jones in the above-captioned matter.

Dated: May 23, 2006

Judge Eldon E. Fallon
United States District Judge

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____

538501.1