UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Theresa Tuma v. Merck & Co., Inc.*, No. 2:05-cv-02566-EEF-DEK, previously filed as 4:05-cv-00083, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Downtown Flat River Pharmacy (named Medicate Pharmacy in the First Amended Petition) in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Downtown Flat River Pharmacy in this matter.

It is further ORDERED that David A. Dick and B. Matthew Struble of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Downtown Flat River Pharmacy in this matter.

Dated:

*[signature]*

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___

3290850