UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 22 PM 4:45
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | Docket No. 05-4130 |
| Todd Jelden, et al. | | |
| | Plaintiff, | |
| vs. | | |
| Merck & Co., et al., | | |
| | Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUBSTITUTION OF COUNSEL

Plaintiff, Todd Jelden, by and for himself alone, hereby substitutes Francis Flynn of Carey and Danis, LLP, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105, telephone number (314) 725-7700, as attorney of record in the place and stead of Robinson, Calcagnie & Robinson.

Dated: 5-3-06

_____
Todd Jelden, Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

I consent to the above substitution.

Dated: 15 May 2006

_Molly K. O'Brien for_
Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

I accept this substitution.

Dated: 5/22/06

_Francis Flynn_
Francis Flynn
**CAREY AND DANIS, LLP**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

## **C E R T I F I C A T E**

I certify that on May 18, 2006, a copy of this Motion to Substitute Counsel was mailed to:

Francis Flynn
**CAREY AND DANIS, LLP**
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Defendants' Liaison Counsel
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
**Stone Pigman Walther Wittmann, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130

Plaintiffs' Liaison Counsel
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
3411 Richmond Ave., Suite 460
Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

_____
Molly K. O'Brien