UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 25  AM 9:50

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>Docket No. 05-4130 |
| THIS DOCUMENT RELATES TO: | | |
| Todd Jelden, et al., | | |
| | Plaintiff, | |
| vs. | | |
| Merck & Co., et al., | | |
| | Defendants. | |

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED and Francis Flynn and Carey and Danis, LLP, 8235 Forsyth, Suite 1100, St. Louis, MO 63105, is substituted as counsel of record for plaintiff in this matter for the firm of Robinson, Calcagnie & Robinson.

IT IS SO ORDERED this 24 day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____