FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 22 PM 3:58

LORETTA G. WHYTE
CLERK

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| *Phebie Harrington v. Merck & Co., Inc., et al.* <br> Cause No. 05-2967 | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Phebie Harrington, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendants, Merck & Co., Inc., Sarah C. Capocaccia, Stephanie B. Ison, Patricia Blasingame, Jennifer Pace, Craig Breland, and Edwyna R. Bonner, without prejudice.

Respectfully submitted,
JACKS LAW FIRM

By: _____
Tommy Jacks, TX Bar # 10452000
Mark Guerrero, TX Bar # 24032377
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, Texas 78701
512-478-4422
512-478-5015 fax

T. Robert Hill, BPR #008141
Steven G. Ohrvall, BPR #023414
HILL BOREN P.C.
1269 N. Highland Avenue
Jackson, Tennessee 38301
731-723-3300

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Joseph R. Alexander, Jr., TX Bar No. 00995150
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas Street
Houston, TX 77002
713-654-1122
713-739-8085 fax

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record by hand-delivery or certified mail, return receipt requested, or by facsimile or U.S. mail, on the ____ day of May, 2006.

JACKS LAW FIRM

Mark Guerrero

Charles C. Harrell
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

Wilfred P. Coronato
Hughes, Hubbard & Reed L.L.P.
101 Hudson St. Suite 3601
Jersey City, New Jersey 07302