BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 AM 9:49
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| *Phebie Harrington v. Merck & Co., Inc., et al.*<br><br>Cause No. 05-2967 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

On this day, came on for consideration Plaintiff's Motion and Memorandum in Support of Voluntary Dismissal

After due consideration, IT IS ORDERED that the Motion is granted. If the plaintiff seeks to re-file her claim, she must do so in federal court.

Signed this the 24th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____