UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 22 PM 5:28
LORETTA G. WHYTE
CLERK

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to: 06-1488

Judge Fallon
Mag. Judge Knowles

## MOTION TO DISMISS ON THE GROUNDS OF PRESCRIPTION

NOW INTO COURT, through undersigned counsel comes, **ACADIAN AMBULANCE SERVICES**, who moves to dismiss Plaintiff's medical malpractice complaint filed against it for the following reasons:

1.

Plaintiff Huey E. Pete alleges Acadian Ambulance committed medical malpractice on October 15, 2004.

2.

Plaintiff filed suit in the Fourteenth Judicial District Court on October 14, 2005 without first requesting a medical review panel.

3.

LSA-R.S. 9:5628 provides, inter alia, that a medical malpractice claim must be brought against a health care provider within one year from the date of the alleged malpractice.



4.

Acadian Ambulance is a qualified health care provider under the Medical Malpractice Act LSA-R.S. 40:1299.41, and therefore this claim must first be presented to a Medical Review Panel pursuant to the provisions of this statute. However, said claim was not timely filed with the Division of Administration

WHEREFORE, ACADIAN AMBULANCE SERVICES, prays that after due proceedings had the Motion to Dismiss be sustained, and the medical malpractice claim filed by Huey E. Pete be dismissed with prejudice at the cost of Plaintiff

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.

BY: _____
BENJAMIN J. GUILBEAU, JR. (T.A.)
La. Bar # 20843
JOHN J. SIMPSON
La. Bar # 28761
Post Office Box 2900
Lake Charles, LA 70602
(337) 436-9491
(337) 493-7210 (Fax)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION:   L

This Document Relates to:  06-1488

Judge Fallon
Mag. Judge Knowles

## CERTIFICATION OF PRE-FILING CONSULTATION

The undersigned, as counsel for Acadian Ambulance Services, certifies that I have conferred with counsel for Plaintiff Huey E. Pete in an attempt to resolve the matter without court action and was unable to do so.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.

BY: _____
BENJAMIN J. GUILBEAU, JR. (T.A.)
La. Bar # 20843
Post Office Box 2900
Lake Charles, LA  70602
(337) 436-9491
(337) 493-7210 (Fax)

May __15th__, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss on the Grounds of Prescription and Rule have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8a, as well as on Steve Sikich, on this 19th day of May, 2006.

BENJAMIN J. GUILBEAU, JR.
JOHN L. SIMPSON