UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: VIOXX  
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to: 06-1488

Judge Fallon  
Mag. Judge Knowles

---

## NOTICE OF HEARING

You are hereby given NOTICE that the Motion to Dismiss on the Grounds of Prescription Filed by ACADIAN AMBULANCE SERVICES will heard on June 7, 2006 at 9 a.m.

_____, Louisiana, this \_\_\_\_ day of _____, 2006.

_____  
U.S. DISTRICT COURT JUDGE  
EASTERN DISTRICT OF LOUISIANA