UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

EDLA CASE NO. 06798

JIMMIE COLLINS, individually, and JIMMIE COLLINS, as Personal Representative on behalf of the Estate of Decedent Laura Endicott, Plaintiffs, vs. MERCK & COMPANY, INC., NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. d/b/a Webb City Health and Rehabilitation Center, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER, RAJENDRAKUMAR I. PATEL, M.D., MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., and MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC., Defendants, transferred from the United States District Court, Western District of Missouri, Southwestern Division, Case No. 05-5142-CV-W-DW

## PLAINTIFF JIMMIE COLLINS' MOTION TO STAY ALL PROCEEDINGS PENDING COURT RULING ON PLAINTIFF'S RENEWED MOTION FOR REMAND AND MEMORANDUM OF LAW IN SUPPORT

COMES NOW plaintiff, by and through counsel, and hereby moves the Court for its Order staying all proceedings in the within styled matter pending this Court's ruling on Plaintiff's Renewed Motion for Remand. Plaintiff states and alleges the following in support of the within Motion:

1. This is a product liability and medical malpractice action filed against defendant Merck and Company and numerous Missouri resident health care provider defendants, originally filed in the Circuit Court of Jasper County, Missouri at Joplin.

2.      Shortly after filing, defendant Merck and Company improperly removed plaintiff's Missouri State Court action to a Missouri Federal District Court, based on a sole claim of fraudulent joinder.

3.      Plaintiff originally filed a Motion for Remand within eleven (11) days of defendant Merck & Company removing plaintiff's Missouri State Court action to Federal Court.

4.      Ultimately, the cause of action was transferred from Missouri Federal Court to the Judicial Panel on Multidistrict Litigation in connection with the In Re: Vioxx Products Liability Litigation and was transferred to the Eastern District of Louisiana.

5.      On March 15, 2006, plaintiff filed Plaintiff's Renewed Motion for Remand in the Eastern District of Louisiana. To date, defendant Merck and Company has failed to file any response in opposition to Plaintiff's Renewed Motion for Remand.

6.      On or about April 27, 2006, defendants Northport Health Services of Missouri, L.L.C., John Burchfield, Keith Benton, Debbie Elmore, NHS Management, L.L.C., Unidentified Administrator of Webb City Health and Rehabilitation Center, Unidentified Director of Nursing of Webb City Health and Rehabilitation Center filed in the Eastern District of Louisiana a Motion to Enforce Arbitration Agreement. By agreement of counsel, plaintiff's response to this Motion is not due until approximately June 2, 2006.

7.      Because Plaintiff's Renewed Motion for Remand will ultimately decide whether or not this Federal Court can rightfully exercise jurisdiction over this matter such that it can rule on any issue other than remand, plaintiff moves this Court for its Order Staying All Proceedings in the within matter, including staying any proceeding concerning defendants' Motion to Enforce Arbitration Agreement, until such time as this court has ruled on Plaintiff's Renewed Motion for Remand.

8.     A stay of this matter pending the Court's ruling on Plaintiff's Renewed Motion for Remand will serve the goal of judicial economy, in that if the Court orders remand, finding that this matter was improperly removed by defendant Merck and Company, then the Court has no jurisdiction to make any ruling other than a ruling remanding this case back to Missouri State Court.

9.     Furthermore, as defendants point out in their Motion to Enforce Arbitration Agreement, the issue of whether or not the alleged arbitration clause contained in the nursing home agreement at issue and whether it is enforceable upon the plaintiffs in this case is uniquely a question of Missouri State law, and therefore a Missouri State Court judge would be in a better position to render a ruling on such motion. To force a Louisiana Federal District Court judge to rule on an issue that is unique to Missouri law, in a case where Federal Court jurisdiction is in question, does not serve any legitimate purpose or judicial goal.

10.    Plaintiff does not seek the within stay for the purpose of harassment, annoyance, or unreasonable delay.

WHEREFORE, plaintiff, by and through counsel, hereby respectfully move this Court for its Order Staying All Proceedings in the within action until such time as this Court has issued a ruling on Plaintiff's Renewed Motion for Remand, along with any other and further relief as this Court may deem just and proper.

**Respectfully submitted,**

**THE HERSHEWE LAW FIRM, P.C.**

BY: _____
CHRISTOPHER A. WRIGHT          MO #47539
EDWARD J. HERSHEWE             MO #27641

3

431 VIRGINIA AVENUE
JOPLIN, MISSOURI 64801
(417) 782-3790
(417) 782-8482     FACSIMILE

AND

**BARTIMUS, FRICKLETON, ROBERTSON & OBETZ, P.C.**

JAMES P. FRICKLETON     MO #31178

11150 OVERBROOK DRIVE
LEAWOOD, KS 66211
(913) 266-2300
(913) 266-2366     FACSIMILE

AND

**GOZA & HONNOLD**

KIRK J. GOZA     MO #32475

1100 MAIN STREET
2630 CITY CENTER SQUARE
KANSAS CITY, MO 64105
(816) 512-2171
(816) 512-2172     FACSIMILE

**ATTORNEYS FOR PLAINTIFFS**

I hereby certify that a copy of the foregoing was sent via U.S. Mail and Lexis Nexis File & Serve this 19th day of May, 2006 to:

Clerk of the U.S. District Court,
Eastern District of Louisiana
Attention: Dina
500 Poydras Street
New Orleans, Louisiana 70130

4

John C. Aisenbrey
George F. Verschelden
Stinson Morrison Hecker L.L.P.
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
ATTORNEYS FOR DEFENDANT MERCK & COMPANY, INC.

Ron Mitchell
Blanchard, Robertson, Mitchell & Carter, P.C.
320 West 4th St.
Joplin, Missouri 64802
ATTORNEYS FOR DEFENDANT RAJENDRAKUMAR I. PATEL, M.D.

Stephen Strum
Stacey Sifton
Sandberg, Phoenix & von Gontard, P.C.
One City Centre
15th Floor
St. Louis, Missouri 63101-1880.
ATTORNEYS FOR DEFENDANTS NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. d/b/a WEBB CITY HEALTH AND REHABILITATION CENTER, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH AND REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH AND REHABILITATION CENTER, JOHN BURCHFIELD, KEITH BENTON AND DEBBIE ELMORE

B. Matthew Struble
Thompson Coburn L.L.P.
One US Bank Plaza
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANTS MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., AND MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC.

_____
Attorney for Plaintiff

I hereby further certify that a copy
of the foregoing was sent via
Lexis Nexis File & Serve
this ___19th___ day of May, 2006 to:

All counsel included on the attached Panel Service List (Excerpted from CTO-30), attached hereto and incorporated by reference as if fully set forth herein

_____
Attorney for Plaintiff

6