UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>EDLA CASE NO. 06798 |

JIMMIE COLLINS, individually, and JIMMIE COLLINS, as Personal Representative on behalf of the Estate of Decedent Laura Endicott, Plaintiffs, vs. MERCK & COMPANY, INC., NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. d/b/a Webb City Health and Rehabilitation Center, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER, RAJENDRAKUMAR I. PATEL, M.D., MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., and MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC., Defendants, transferred from the United States District Court, Western District of Missouri, Southwestern Division, Case No. 05-5142-CV-W-DW

## PLAINTIFFS' NOTICE OF HEARING ON PLAINTIFFS' MOTION TO STAY ALL PROCEEDINGS PENDING COURT RULING ON PLAINTIFFS' RENEWED MOTION FOR REMAND

PLEASE TAKE NOTICE that the undersigned will call for hearing on the briefs of Plaintiffs' Motion to Stay All Proceedings Pending Court Ruling on Plaintiffs' Renewed Motion for Remand. The hearing on the brief will be called at 9:00 a.m. on June 7, 2006 in the United States District Court for the Eastern District of Louisiana, Honorable Judge Eldon Fallon's Court, Section L, at which time defendants' attorneys may also have submitted briefs.

Respectfully submitted,

THE HERSHEWE LAW FIRM, P.C.

BY: _____
CHRISTOPHER A. WRIGHT    MO #47539

EDWARD J. HERSHEWE          MO #27641

431 VIRGINIA AVENUE  
JOPLIN, MISSOURI 64801  
(417) 782-3790  
(417) 782-8482          FACSIMILE

AND

BARTIMUS, FRICKLETON, ROBERTSON  
 & OBETZ, P.C.

JAMES P. FRICKLETON          MO #31178

11150 OVERBROOK DRIVE  
LEAWOOD, KS  66211  
(913) 266-2300  
(913) 266-2366          FACSIMILE

AND

GOZA & HONNOLD

KIRK J. GOZA          MO #32475

1100 MAIN STREET  
2630 CITY CENTER SQUARE  
KANSAS CITY, MO  64105  
(816) 512-2171  
(816) 512-2172          FACSIMILE

ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

The undersigned certifies that a copy of the foregoing was sent by United States mail and LexisNexis File & Serve this 19th day May, 2006, to the following counsel of record:

John C. Aisenbrey
George F. Verschelden
Stinson Morrison Hecker L.L.P.
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
ATTORNEYS FOR DEFENDANT MERCK & COMPANY, INC.

Ron Mitchell
Blanchard, Robertson, Mitchell & Carter, P.C.
320 West 4th St.
Joplin, Missouri 64802
ATTORNEYS FOR DEFENDANT RAJENDRAKUMAR I. PATEL, M.D.

Stephen Strum
Stacey Sifton
Sandberg, Phoenix & von Gontard, P.C.
One City Centre
15th Floor
St. Louis, Missouri 63101-1880.
ATTORNEYS FOR DEFENDANTS NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. d/b/a WEBB CITY HEALTH AND REHABILITATION CENTER, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH AND REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH AND REHABILITATION CENTER, JOHN BURCHFIELD, KEITH BENTON AND DEBBIE ELMORE

B. Matthew Struble
Thompson Coburn L.L.P.
One US Bank Plaza
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANTS MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., AND MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC.

All counsel included on the attached Panel Service List (Excerpted from CTO-30), attached hereto and incorporated by reference as if fully set forth herein

_Christopher A. Wright by TL_
Attorney for Plaintiff