UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 22   PM 3: 24

LORETTA G. WHYTE
CLERK

In Re:  VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co.
(2:05-cv-05072-EEF-DEK)

Judge Fallon

## PLAINTIFFS' SUGGESTION OF DEATH

Plaintiff, pursuant to Fed. R. Civ. P. 25(a)(1), file this suggestion of death

upon the record related to Marjorie Wind.  A substitution of the estate will be

accomplished within the time provided by Rule 25(a)(1).

THE PLAINTIFF,

By _____

MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL:  203-624-9500
FAX:  203-624-9100
mstratton@strattonfaxon.com

___ Fee_____
___ Process_____
X  Dktd _____
✓ CtRmDep_____
___ Doc. No._____

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Alan Schwartz, Esq.
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton