IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | |
| VIOXX PRODUCTS LIABILITY LITIGATION | |
| DARLENE MULLINS on behalf of the Estate of GERALDINE MULLINS DECEASED | MDL Docket No. 1657 |
| Plaintiffs, | Case No. 2:05-CV-01542-EEF-DEK |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### MOTION TO DISMISS COMPLAINT

Comes now the Plaintiff, counsel, and pursuant to Federal Civil Rule 41(a)(2), hereby moves the court to dismiss this cause of action. Said dismissal shall be without prejudice. Plaintiff has no present intention of re-filing and stipulates that should she decide to re-file, she will do so in federal court.

Respectfully Submitted,

_[signature]_

Matthew C. Boulton (19277-53)
KELLER & KELLER
2850 North Meridian Street
Indianapolis, Indiana 46208
Tel: (317) 926-1111
Fax: (317) 926-1411
e-mail: matt@2keller.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served by regular United States mail, on this 19th day of May 2006 upon:

Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130-3588

John N. Poulos
Hughes Hubbard & Reed LLP
101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918

Russ M. Herman
Herman, Herman, Katzz & Cotlar, LLP
201 St. Charles Avenue
Suite 4310
New Orleans, Louisiana 70170

Matthew C. Boulton