IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:

VIOXX PRODUCTS LIABILITY
LITIGATION

DARLENE MULLINS on behalf of the
Estate of GERALDINE MULLINS
DECEASED

        MDL Docket No. 1657

Plaintiffs,

        Case No. 2:05-CV-01542-EEF-DEK

v.

MERCK & CO., INC.,

Defendant.

### ORDER TO DISMISS COMPLAINT

Comes now the Plaintiff, by counsel, and having filed her Order to Dismiss the Complaint in compliance with Federal Civil Rule 41(a)(2);

And the Court being duly advised in the premises, now grants said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint filed on January 31, 2005 is hereby dismissed. If the plaintiff seeks to refile, she must do so in federal court.

SO ORDERED THIS 22nd day of May, 2006.

_____
Judge, U.S. District Court Eastern District of Louisiana

__ Fee _____
__ Process _____
X  Dktd _____
✓ CtRmDep _____
__ Doc. No _____