UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 23 PM 4: 10
LORETTA G. WHYTE
CLERK

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION:   L

This Document Relates to:   06-1488

Judge Fallon
Mag. Judge Knowles

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for ACADIAN AMBULANCE SERVICES.

Undersigned counsel has previously submitted an MDL 1657 Counsel Contact Information Form pursuant to Paragraph 2 of PreTrial Order No. 8a.

I certify that I am admitted to practice in the Western District of Louisiana and, pursuant to Paragraph 11 of PreTrial Order No. 1, am admitted *pro hac vice*.

5/19/2006
Date

BENJAMIN J. GUILBEAU, JR. (La #20843)
Stockwell, Sievert, Viccellio,
  Clements & Shaddock, LLP
P.O. Box 2900
Lake Charles, LA. 70602
(337) 436-9491
(337) 493-7210 (Fax)

Benjamin J. Guilbeau, Jr.
Print Name

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8a, as well as on Steve Sikich, on this 19th day of May, 2006.

BENJAMIN J. GUILBEAU, JR.
JOHN J. SIMPSON