IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 PM 1:47
LORETTA G. WHYTE
CLERK

IN RE: Vioxx Litigation

This document relates to:
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased,
            Plaintiff,

v.

MERCK & CO., INC., JOHN KILKELLY,
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL,
LISA GONZALEZ, JEFFREY HANNETT, PHILLIP
HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK,
CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD,
TEQUILLA TAYLOR, and KELLY TOULSON,
            Defendants.

MDL No.: 1657

SECTION: L

Civil Action No.: 06-964

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto,

Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service

evidencing service upon Defendant, KELLY TOULSON, on November 8, 2005.

Dated this 23rd day of March May, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of March, 2006.

By: _____
    **BRENDA S. FULMER, Esq. (FBN: 999891)**
    **C. TODD ALLEY, Esq. (FBN: 321788)**
    **JAMES D. CLARK, Esq. (FBN: 191311)**
    **DON GREIWE, Esq. (FBN: 218911)**
    **AMY D. PREVATT, Esq. (FBN: 13858)**
    ALLEY, CLARK, GREIWE & FULMER
    701 E. Washington Street
    P.O. Box 3127
    Tampa, FL 33601-3127
    Tele: (813) 222-0977
    Fax: (813) 224-0373
    Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# RETURN OF SERVICE

**State of Florida**                    **County of Hillsborough**                    **Circuit Court**

Case Number: 05-07267

Plaintiff:
**TAMI DISANTO, as Personal Representative of the ESTATE OF GUIDO
DISANTO, JR., Deceased**

vs.

Defendants:
**MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA,
JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA
GONZALEZ, JEFFREY HANNET, PHILIP HANSON, JOHN HARRIS,
JESSE HOLLINGSWORTH, et al.**

For:
C. Todd Alley, Esq.
ALLEY & INGRAM
P.O. Box 3127
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 13th day of October, 2005 at 10:10 am to be served on **KELLY
TOULSON, 665 Wall Street, Vero Beach, FL 32960**.

I, Tracy F. Balash, do hereby affirm that on the **8th day of November, 2005** at **7:50 pm**, I:

**INDIVIDUALLY SERVED** the within named person with a true copy of this Summons/Complaint/Notice of Serving
Interrogatories//First Request for Case-Specific Discovery Directed to Defendant with the date and hour endorsed
thereon by me, pursuant to F.S. 48.031(1).

**Additional Information pertaining to this Service:**
Served at 2nd address: 664 Wall St., Vero Beach, FL. NOTE: Subject is now married and new name is Kelly
Dellaporta. Also note subject was served with Notice of Interrogatories, but no Interrogatories were provided. First
address - 10/14-11:00am: Per occupant at given address, subject doesn't live here, she lives across the street at
664 Wall St. 10/14-11:03am: No one home. 10/21-11:18am: No one home.

Under penalty of perjury, I do hereby certify that I am not a party to the above captioned case and have no interest
in the above action, that I am over the age of eighteen, that I have read the foregoing and that the facts stated in it
are true, and that I am a **Certified Process Server** in good standing in the Nineteenth Judicial Circuit in and for
Martin, St. Lucie, Indian River & Okeechobee County, Florida.  Pursuant to F.S. 92.525(2) NO NOTARY IS
REQUIRED.

**Tracy F. Balash**
CPS #PS-05-01

**CHOICE PROCESS - TAMPA
312 E. Harrison Street
Suite B
Tampa, FL  33602
(813) 229-1444**
Our Job Serial Number: 2005003804
Ref: 2005005208

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j