IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx Litigation     MDL No.: 1657

This document relates to:     SECTION: L
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased,
    Plaintiff,     Civil Action No.: 06-964

v.

    JUDGE FALLON
MERCK & CO., INC., JOHN KILKELLY,     MAG. JUDGE KNOWLES
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL,
LISA GONZALEZ, JEFFREY HANNETT, PHILLIP
HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK,
CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD,
TEQUILLA TAYLOR, and KELLY TOULSON,
    Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, DOUGLAS PAUL, on November 5, 2005.

Dated this 23rd day of May, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of ~~March~~ May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

State of FLORIDA        County of HILLSBOROUGH        Circuit Court

Case Number: 05-07267 DIV G

Plaintiff:
TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR.

vs.

Defendant:
MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, D

For:
C. Todd Alley
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 31st day of October, 2005 at 11:44 am to be served on MR. DOUGLAS PAUL, 8011 HANCOCK STREET, RIVERVIEW, FLORIDA 33569.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the 5th day of November, 2005 at 9:32 am, I:

INDIVIDUALLY SERVED: The within named person with a true copy of this ALIAS SUMMONS AND COMPLAINT AND FIRST REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

COPY
ORIGINAL FILED WITH COURT

NATHANIAL POWELL
CPS02-4510244

Subscribed and Sworn to before me on the 4th day of November, 2005 by the affiant who is personally known to me.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

NOTARY PUBLIC

Our Job Serial Number: 2005005531

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j