IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 PM 1:47
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: Vioxx Litigation | MDL No.: 1657 |
| This document relates to:<br>TAMI DISANTO, as Personal Representative of the Estate of GUIDO DISANTO, JR., deceased,<br>Plaintiff, | SECTION: L<br><br>Civil Action No.: 06-964 |
| v. | |
| MERCK & CO., INC., JOHN KILKELLY, GENA EL-GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY HOLUP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILLIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD, TEQUILLA TAYLOR, and KELLY TOULSON,<br>Defendants. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, LISA GONZALEZ, on May 1, 2006.

Dated this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: SGiamportone@wcsr.com

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: blitten@ssd.com
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: VIOXX@hhkc.com
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of FLORIDA

Case Number: 05-07267 DIV G

Plaintiff:
TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR.

vs.

Defendant:
MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, D

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 28th day of April, 2006 at 11:43 am to be served on LISA GONZALEZ, 1317 SOUTH MOODY AVENUE, TAMPA, FL 33629.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the 1st day of May, 2006 at 11:45 am, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** to: **LISA GONZALEZ** at the address of: **1317 SOUTH MOODY AVENUE, TAMPA, FL 33629** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

## AFFIDAVIT OF SERVICE for 05-07267 DIV G

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

NATHANIAL POWELL
CPS02-4510244

Subscribed and Sworn to before me on the 9th day of May, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC
Matthew McIlvain
MY COMMISSION # DD 156056 EXPIRES
November 18, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006002533

Copyright © 1992-2005 Database Services, Inc. -
Process Server's Toolbox V5.8h

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of FLORIDA

Case Number: 05-07267 DIV G

Plaintiff:
TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR.

vs.

Defendant:
MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, D

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 28th day of April, 2006 at 11:43 am to be served on LISA GONZALEZ, 1317 SOUTH MOODY AVENUE, TAMPA, FL 33629.

I, NATHANIAL POWELL, being duly sworn, depose and say that on the 1st day of May, 2006 at 11:45 am, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** to: LISA GONZALEZ at the address of: **1317 SOUTH MOODY AVENUE, TAMPA, FL 33629** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

## AFFIDAVIT OF SERVICE for 05-07267 DIV G

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of May, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NATHANIAL POWELL
CPS02-4510244

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006002533

Copyright © 1992-2005 Database Services, Inc. -
Process Server's Toolbox V5.8h

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

TAMI DISANTO, as Personal Representative
of the ESTATE OF GUIDO DISANTO, JR.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:06-CV-964

MERCK & CO., INC., et al.

MDL 1657 L

TO: (Name and address of defendant)

LISA GONZALEZ
1317 S. MOODY AVE.
TAMPA, FL 33629

Date Rec'd _____
Date & Time Served 5-1-06
Person Served Lisa Gonzalez
Server _____
Certified/Special Process Server
#4570214

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

APR 2 1 2006

CLERK

DATE

(BY) DEPUTY CLERK

2633

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                           Signature of Server

                                           _____
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.