IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx Litigation

MDL No.: 1657

This document relates to:
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased,
        Plaintiff,

SECTION: L

Civil Action No.: 06-964

v.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., JOHN KILKELLY,
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL,
LISA GONZALEZ, JEFFREY HANNETT, PHILLIP
HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK,
CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD,
TEQUILLA TAYLOR, and KELLY TOULSON,
        Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, KIM ALVAREZ, on April 10, 2006.

Dated this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0014730

PERSON TO BE SERVED: KIM ALVAREZ
   CORP/DBA:
   ADDRESS: 19 MEADOW LAKE COURT
            WINTER HAVEN

PLAINTIFF/ATTORNEY:

BRENDA S FULMER
ALLEY CLARK GREIWE & FULMER
701 E WASHINGTON STREET
TAMPA, FL  33602

PLAINTIFF: TAMI DISANTO AND GUIDO DIANTO
DEFENDANT: MERK & CO INC ET AL

CASE NUMBER: 206CV964
   COURT: U S DISTRICT                       COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 04/05/2006 and served the same at 15:04 PM
on 04/10/2006 in Polk County, Florida, as follows:

---

SUBSTITUTE - SERVICE AT USUAL PLACE OF ABODE

By delivering a true copy of this writ together with a copy of the initial
pleadings, if any, with the date and hour of service endorsed thereon by
me at the within named person to be served's usual place of abode with a
person residing therein who is fifteen (15) years of age, or older, to-wit:
JOHN PAUL ALVAREZ, SON
and informing said person of their contents.

---

CIVIL COSTS                                  GRADY JUDD, SHERIFF
                                             POLK COUNTY, FLORIDA
FEE: $20.00

TOTAL DEPOSIT: $20.00
                                        BY: [signature]
                                        MARCELLUS RONELL LEJON AUSTIN, #5454
                                             DEPUTY SHERIFF/SPECIAL PROCESS SERVER

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

TAMI DISANTO, as P.R. of the
ESTATE OF GUIDO DISANTO, deceased.

V.

MERCK & CO., INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-964

MDL 1657 L

**SERVED**
In Polk County
Upon: Kim Alvarez
Type: O/O John Paul Alvarez,
17 y/o son
Month: 4   Day: 10   Year: 06
Time: 1544  P.M.

GRADY JUDD, SHERIFF - Polk County
By: [signature]
Deputy/Special Process Server
Mem.#

TO: (Name and address of defendant)

Kim Alvarez
19 Meadowlake Court
Winter Haven, FL 33884

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

MAR 2 8 2006

DATE

[signature]
(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 4/10/06

Name of SERVER (PRINT): Marcellus R. Austin

TITLE: Court Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: John Paul Alvarez, 17 y/o son

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10th of April, 2006
Date

Signature of Server

Address of Server: 455 N Broadway Ave, Bartow, FL 33830

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.