IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx Litigation                                      MDL No.: 1657

This document relates to:                                    SECTION: L
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased,
        Plaintiff,                                           Civil Action No.: 06-964

v.
                                                             JUDGE FALLON
MERCK & CO., INC., JOHN KILKELLY,                            MAG. JUDGE KNOWLES
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL,
LISA GONZALEZ, JEFFREY HANNETT, PHILLIP
HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH,
DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK,
CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS
PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD,
TEQUILLA TAYLOR, and KELLY TOULSON,
        Defendants.
_____/

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, AMY MOORE, on May 2, 2006.

Dated this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of FLORIDA

Case Number: 05-07267 DIV G

Plaintiff:
TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR.

vs.

Defendant:
MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, D

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 1st day of May, 2006 at 11:13 am to be served on **AMY MOORE, 3817 102ND PLACE NORTH, CLEARWATER, FL 33762**.

I, Carol Storgion, being duly sworn, depose and say that on the **2nd day of May, 2006 at 4:05 pm**, I:

**PERSONALLY** served by delivering two true and correct copies of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** and leaving the same with **JEFF MOORE** . That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **AMY MOORE**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **JEFF MOORE** being a person of suitable age and discretion then resident therein.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of May, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Matthew Mcilvain
MY COMMISSION # DD166056 EXPIRES
November 18, 2006
BONDED THRU TROY FAIN INSURANCE, INC

Carol Storgion
Process Server      A05/8552

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006002588

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

TAMI DISANTO, as Personal
Representative for the ESTATE
OF GUIDO DISANTO, JR.
V.

MERCK & CO., INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

2:06-cv-964

MDL 1657 L

5-2-06 4:05pm
DT APS 27471
Jeff Moore-spouse

TO: (Name and address of defendant)

AMY MOORE
3817 102nd Place North
Clearwater, FL 33762

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                   APR 2 7 2006

CLERK                                              DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-2-06 |
| Name of SERVER (PRINT)<br>Dennis Tangredi | TITLE<br>Special Process Server APS 27471 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Jeff Moore__

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5-2-06__
Date

Signature of Server: Dennis Tangredi

Address of Server: 9153 127th St, Seminole Fl

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.