IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 PM 1:48
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: Vioxx Litigation | MDL No.: 1657 |
| This document relates to: | SECTION: L |
| TAMI DISANTO, as Personal Representative of the Estate of GUIDO DISANTO, JR., deceased,<br>Plaintiff, | Civil Action No.: 06-964 |
| v. | |
| MERCK & CO., INC., JOHN KILKELLY, GENA EL-GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY HOLUP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILLIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, DANIEL RING, VICTOR SOPINA, MARCUS D. STAFFORD, TEQUILLA TAYLOR, and KELLY TOULSON,<br>Defendants. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, TEQUILLA TAYLOR, on April 12, 2006.

Dated this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No___

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of May ~~April,~~ 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

| State of FLORIDA | County of HILLSBOROUGH | Circuit Court |

Case Number: 05-07267 DIV G

Plaintiff:
TAMI DISANTO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUIDO DISANTO, JR.

vs.

Defendant:
MERCK & CO., INC., JOHN KILKELLY, GENA EL GHAZZI-ORTEGA, JENNIFER FAVATA, JEFFREY FULOP, BARRY GOGEL, LISA GONZALEZ, JEFFREY HANNETT, PHILIP HANSON, JOHN HARRIS, JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER, ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA, DOUGLAS PAUL, D

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 5th day of April, 2006 at 9:15 am to be served on **TEQUILLA TAYLOR, 16406 IVY LAKE DRIVE, ODESSA, FL 33556.**

I, NATHANIAL POWELL, being duly sworn, depose and say that on the **12th day of April, 2006 at 7:35 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** to: **TEQUILLA TAYLOR** at the address of: **16406 IVY LAKE DRIVE, ODESSA, FL 33556** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

### ORIGINAL
### FILED WITH COURT

NATHANIAL POWELL
CPS02-4510244

Subscribed and Sworn to before me on the 21st day of April, 2006 by the affiant who is personally known to me.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

_____
NOTARY PUBLIC

Our Job Serial Number: 2006002156

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h