UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 PM 12: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX  PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657  SECTION L  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| This document relates to:  Benjamin R. Burt and Shirley Burt, his wife v. Merck & Co., Inc., a/k/a and sometimes d/b/a Merck Sharp & Dohme (I.A.) Corp., a New Jersey corporation | CASE NO. 2:05-cv-00443 |

## NOTICE OF CANCELLATION OF TAKING VIDEOTAPED DEPOSITION

TO:  M. Elaine Horn, Esquire
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005

PLEASE TAKE NOTICE that the videotaped deposition of **R. BARRY LURATE, M.D.**, which was scheduled to be taken on Monday, July 24, 2006, beginning at 5:30 p.m. CT, is hereby CANCELLED.

\* \* \*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above addressee and Liaison Counsel, Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with Pre-Trial Order #8, on this 23rd day of May, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

PETER L. KAUFMAN, ESQ.
Florida Bar No.0548421
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 400 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7107
Attorney for Plaintiffs.

cc:   Kimberly Gregory, Court Reporter