FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 30  AM 10: 00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| *This document relates to 05-5083* | |
| | JUDGE FALLON |
| RALPH DE TOLDEO individually and on behalf of all others similarly situated, Plaintiffs, | MAG. JUDGE KNOWLES |
| vs. | |
| MERCK & CO., INC., a New Jersey Corporation, Defendant. | |

## MOTION FOR LEAVE TO FILE
## PLAINTIFFS' FIRST AMENDED FRENCH CLASS ACTION COMPLAINT

Plaintiffs, RAPHAEL (RALPH) DE TOLEDO, individually and on behalf of all others similarly situated, seek leave of Court to amend their Complaint to incorporate additional facts. This motion should be granted because (a) Plaintiffs have not acted with undue delay, bad faith or dilatory motive, (b) Defendant will not be prejudiced by such relief, and (c) the amendment is not futile. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

___ Fee _____
___ Process _____
_X_ Dktd _____
_v_ CtRmDep _____
___ Doc. No _____

## BACKGROUND

Plaintiffs originally filed this action in the Northern District of Illinois, Eastern Division, Docket No. 05C 4966. The matter was then transferred to the United States District Court for the Eastern District of Louisiana. Subsequently, Plaintiffs have been apprised of additional facts which should be included in the complaint. See proposed complaint attached as Exhibit "A".

## LEGAL ARGUMENT

Under the Federal Rules of Civil Procedure, leave to amend a complaint shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Rule 15 allows a party to amend the party's pleading once as a matter of course. Furthermore, Rule 15 states that a party may amend the party's pleading by leave of court or by written consent of the adverse party. Merck does not consent to Plaintiffs' Motion to Amend.

A district court has discretion to deny a party's request for leave to amend if it is apparent from the record that (1) the moving party has demonstrated undue delay, bad faith or dilatory motives, (2) the amendment would be futile, or (3) the amendment would prejudice the other party. *Id.* There is no evidence or support for any of these factors in this proceeding.

There has not been any delay in seeking this amendment and granting leave to amend will not prejudice MERCK in any way. No case specific discovery has been conducted in the present procedure.

Moreover, in the oral arguments that took place on March 23 of the present year, this court denied Plaintiff's motion requesting discovery, reasoning that:



KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

> MR. MOLL: ... Aside from the plaintiffs' testimony and their physician that's going to come in and say that they experienced a heart attack, the majority of the case centers around Merck's knowledge and what they do here ...
>
> THE COURT: I don't think there's any disagreement from Merck's standpoint, what they knew, when they knew it, what they did, what they didn't do, at least in the United States...
>
> MR. MOLL: Well, if that's not an issue, we can amend our complaint and allege those in our complaint and take those facts as true.[1]

Amending the Complaint is not futile because the determination of the location of all the evidence related to the decision-making process involving the drug Vioxx, is paramount for proper ruling on the motion to dismiss based on *forum non conveniens* filed by the Defendant.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court grant them leave of Court to amend their Complaint to incorporate the allegation that each and every decision related with the development, design, manufacture, testing,



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

---

[1] United States District Court, Eastern District of Louisiana, New Orleans, Louisiana. Proceedings beofre Hon. Eldon El Fallon, United States District Judge. March 23, 2006. MDL 1657-L

marketing, and commercialization of the drug Vioxx were made by Defendant in the state of New Jersey.

RESPECTFULLY SUBMITTED,

By: _____

Kenneth B. Moll, #06199874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com

## CERTIFICATE OF CONFERENCE

I, Pamela G. Sotoodeh, hereby certify that Baltazar J. Vallenilla, in our offices, spoke with Defense counsel, Jessica Miller, with O'Melveny & Myers, LLP regarding the filing of the amended complaint, and she advised that they are not in agreement with the filing of Plaintiffs' motion to amend at this time. We therefore submit same to the Honorable Court for determination.

_____
Pamela G. Sotoodeh

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

4
Motion for Leave to File Amended Complaint

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Plaintiff's First Amended French Class Action Complaint with attached Order, and First Amended French Class Action Complaint has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by certified mail return receipt requested and Phillip Wittmann, by U.S. Mail and e-mail or by certified mail return receipt requested and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of May, 2006.

*Pamela Sotoodeh* (signature)

Pamela G. Sotoodeh
KENNETH B. MOLL & ASSOCIATES, LTD.

<u>Via First Class U.S. Mail</u>
Phillip Wittmann
Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

<u>Via First Class U.S. Mail</u>
Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170



KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com