UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| *This document relates to 05-5083* | |
| RALPH DE TOLDEO individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br>MERCK & CO., INC., a New Jersey Corporation,<br>Defendant. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

After considering Plaintiffs, RALPHAEL (RALPH) DE TOLEDO, individually and on behalf of all others similarly situated Motion For Leave to File Plaintiff's First Amended French Class Action Complaint, and any response, the court hereby finds the motion good. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that said Motion for Leave to File Plaintiffs' First Amended French Class Action be hereby GRANTED.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
DISTRICT JUDGE

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

1