UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| \* \* \* \* \* \* \* \* \* \* \* \* \* | MDL NO. 1657 |
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This Document Relates to: | |
| | JUDGE FALLON |
| *Ralph DeToledo et al. v. Merck & Co., Inc.,* | |
| MDL No. 05-5083 and | MAG. JUDGE KNOWLES |
| *Aldo Calandra, et al. v. Merck & Co., Inc.* | |
| MDL No. 05-2914 | |
| \* \* \* \* \* \* \* \* \* \* \* \* \* | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Italian Class Action Complaint and Plaintiffs' Motion for Leave to File Plaintiffs' First Amended French Class Action Complaint will be brought for hearing on the 28th day of June, 2006, at 9:00 o'clock a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, new Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

By: _____
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing on Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Italian Class Action Complaint and Plaintiffs' Motion for Leave to File Plaintiffs' First Amended French Class Action Complaint has been served on Defendant's Liaison Counsel, Phillip Wittman and Dorothy Wimberly and Plaintiffs' Liaison Counsel, Russ Herman by First Class U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 25th day of May, 2006.

_____
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com