UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to 05-2914*<br><br>ALDO CALANDRA, ALESSANDRO GABRIELE, ENZO QUAGLINI, DR. FILIPPO SANTANGELO, PROF. GIOVANNI SCIBILIA AND MARCO RAMADORI, individually and on behalf of all others similarly situated,<br>                    Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey Corporation,<br>                    Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER

After considering Plaintiffs, ALDO CALANDRA, ALESSANDRO GABRIELE, ENZO QUAGLINI, DR. FILIPO SANTANGELO, PROF. GIOVANNI SCIBILIA and MARCO RAMADORI, individually and on behalf of all others similarly situated Motion For Leave to File Plaintiff's First Amended Italian Class Action Complaint, and any response, the court hereby finds the motion good. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that said Motion for Leave to File Plaintiffs' First Amended Italian Class Action be hereby GRANTED.

NEW ORLEANS, LOUISIANA, THIS _____ day of _____, 2006.

_____
DISTRICT JUDGE

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com