A CERTIFIED TRUE COPY

MAY 25 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 26  PM 2:37

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Melba Bruening, et al. v. Merck & Co., Inc.*, S.D. Texas, C.A. No. 4:05-4024    (EDLA # 06-2741)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bruening*) on May 2, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Bruening* on May 18, 2006. The Panel has now been advised, however, that *Bruening* was dismissed in the Southern District of Texas by the Honorable Lynn N. Hughes in an order filed on May 15, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-48" filed on May 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 25 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Melba Bruening, et al. v. Merck & Co., Inc.*, S.D. Texas, C.A. No. 4:05-4024

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bruening*) on May 2, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Bruening* on May 18, 2006. The Panel has now been advised, however, that *Bruening* was dismissed in the Southern District of Texas by the Honorable Lynn N. Hughes in an order filed on May 15, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-48" filed on May 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

May 25, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

*Melba Bruening, et al. v. Merck & Co., Inc.*, S.D. Texas, C.A. No. 4:05-4024

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Enclosure

cc:   Transferee Judge: Judge Eldon E. Fallon
      Transferor Judge: Judge Lynn N. Hughes
      Transferor Clerk: Michael N. Milby

JPML Form 87