UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 26  PM 2: 18

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

Richard Dean Spangler v. Merck & Co.,
Inc. No. 06-1392

MDL Docket No. 1657

**Section L**

**Judge Fallon**

**Mag. Judge Knowles**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Richard Dean Spangler, submits this notice of voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1).

1.     A Plaintiff's right to voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1) and without order of Court is absolute if filed before at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. FED. R. CIV. P. 41(a)(1). *See also Aero-Colours, Inc. v. Propst*, 833 F.2d 51 (5th Cir. 1987); *Spiller v. Walker*, 1998 U.S. Dist. LEXIS 18341 (W.D. Tex. 1998).

2.     No Defendant has answered or moved for summary judgment in this action. As a result, Plaintiff exercises his right to non-suit Defendants without prejudice, and without the necessity of a court order.

WHEREFORE, Plaintiff, Richard Dean Spangler, voluntarily dismisses his claims against all Defendants pursuant to FED. R. CIV. P. 41(a)(1).

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

O'QUINN LAW FIRM

By: _____
    John R. Leach, III, T.A.
    S.D. Tex. ID No. 6926
    SBN: 12084500
    Michael J. Lowenberg, T.A.
    S.D. Tex. ID No. 22584
    SBN: 24001164
    Anthony E. Farah, T.A.
    S.D. Tex. ID No. 23059
    SBN: 24007172
    440 Louisiana St., Suite 2300
    Houston, Texas 77002
    (713) 223-1000
    (713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent by Lexis Nexis File and Serve, to the attorney[s] of record in accordance with the Federal Rules of Civil Procedure 41(a)(1), on this 24th day of April, 2006.

_____
Anthony E. Farah, Esq. by permission: CA