UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
2006 APR 26 PM 2:34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| This document relates to: | Section L |
| Patricia Scholz v. Merck & Co., Inc. No. 06-1384 | Judge Fallon |
| | Mag. Judge Knowles |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Patricia Scholz, submits this notice of voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1).

1. A Plaintiff's right to voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1) and without order of Court is absolute if filed before at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. FED. R. CIV. P. 41(a)(1). *See also Aero-Colours, Inc. v. Propst*, 833 F.2d 51 (5th Cir. 1987); *Spiller v. Walker*, 1998 U.S. Dist. LEXIS 18341 (W.D. Tex. 1998).

2. No Defendant has answered or moved for summary judgment in this action. As a result, Plaintiff exercises her right to non-suit Defendants without prejudice, and without the necessity of a court order.

WHEREFORE, Plaintiff, Patricia Scholz, voluntarily dismisses her claims against all Defendants pursuant to FED. R. CIV. P. 41(a)(1).



___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

Respectfully submitted,

O'QUINN LAW FIRM

By: *[signature]*
John R. Leach, III, T.A.
S.D. Tex. ID No. 6926
SBN: 12084500
Michael J. Lowenberg, T.A.
S.D. Tex. ID No. 22584
SBN: 24001164
Anthony E. Farah, T.A.
S.D. Tex. ID No. 23059
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent by Lexis Nexis File and Serve, to the attorney[s] of record in accordance with the Federal Rules of Civil Procedure 41(a)(1), on this 24th day of April, 2006.

*Anthony E. Farah*
Anthony E. Farah, Esq. by permission: CA