FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT OF LA
EASTERN DISTRICT OF LOUISIANA
2006 APR 26  PM 2: 35

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

This document relates to:

**Section L**

Roderick Sutton v. Merck & Co., Inc. No.
06-1381

**Judge Fallon**

**Mag. Judge Knowles**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Roderick Sutton, submits this notice of voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1).

1.      A Plaintiff's right to voluntary dismissal without prejudice under FED. R. CIV. P. 41(a)(1) and without order of Court is absolute if filed before at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. FED. R. CIV. P. 41(a)(1). *See also Aero-Colours, Inc. v. Propst*, 833 F.2d 51 (5th Cir. 1987); *Spiller v. Walker*, 1998 U.S. Dist. LEXIS 18341 (W.D. Tex. 1998).

2.      No Defendant has answered or moved for summary judgment in this action. As a result, Plaintiff exercises his right to non-suit Defendants without prejudice, and without the necessity of a court order.

WHEREFORE, Plaintiff, Roderick Sutton, voluntarily dismisses his claims against all Defendants pursuant to FED. R. CIV. P. 41(a)(1).

___ Fee_____
___ Process_____
X /Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

O'QUINN LAW FIRM

By: _____

John R. Leach, III, T.A.
S.D. Tex. ID No. 6926
SBN: 12084500
Michael J. Lowenberg, T.A.
S.D. Tex. ID No. 22584
SBN: 24001164
Anthony E. Farah, T.A.
S.D. Tex. ID No. 23059
SBN: 24007172
440 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 222-6903 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent by Lexis Nexis File and Serve, to the attorney[s] of record in accordance with the Federal Rules of Civil Procedure 41(a)(1), on this 24th day of April, 2006.

Anthony E. Farah, Esq.
by permission: CA