UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *David McArthur* | * | JUDGE FALLON |
| *v. Merck & Co., Inc.* (E.D. La Index No. 05-4597) | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff David McArthur hereby voluntarily dismisses the above-captioned action without prejudice. According to a search of the docket activity, there has not been an answer or a motion for summary judgment filed in this action and therefore neither a stipulation of the parties nor a court order is required.

Respectfully submitted,

_____
Todd A. Walburg (CA State Bar No. 213063)
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: twalburg@lchb.com

Attorneys for Plaintiff DAVID McARTHUR

535413.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 8th day of May, 2006.

_____
Gordon Hansen

535413.1

2