IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -6  AM 11: 40
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **BILLY JACK JONES** | § | CIVIL ACTION NO. 2:05cv02060 |
| | § | |
| *Plaintiff* | § | JUDGE ELDON E. FALLON |
| | § | |
| VS. | § | |
| | § | |
| **MERCK & CO., INC.,** | § | |
| | § | MAGISTRATE JUDGE |
| *Defendant* | § | DANIEL E. KNOWLES, III |

See PTO #8A, ¶14

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Came on to be heard the Motion to Withdraw and Substitute Counsel filed on behalf of Billy Jack Jones, Plaintiff herein, and the Court is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Paul F. Waldner and the law firm of Vickery & Waldner, L.L.P. and C. D. Cowan and the Law Offices of C. D. Cowan, P.C. be removed as attorneys of record for Plaintiff Billy Jack Jones, Plaintiff herein, AND THAT Douglas C. Monsour and the law firm of Sloan✶Monsour, P.C. be substituted as attorney of record for said Plaintiff.

SIGNED this 6th day of _____June_____, 2006.

_____
JUDGE PRESIDING

*Order for Substitution of Counsel*

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____

Page 1