UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| *This Document Relates to the Italian and* | * | |
| *French Class Actions* | * | |

* * * * * * * * * * * * *

### STIPULATION FOR EXTENSIONS TO PLAINTIFFS TO FILE RESPONSE AND FOR DEFENDANT TO FILE REPLY BRIEF TO DEFENDANT MERCK'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS ON FORUM NON CONVENIENS GROUNDS

The undersigned parties to the action hereby stipulate that the Italian and French Plaintiffs are given an extension until May 25, 2006 to file their Response to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions on Forum Non Conveniens Grounds.

The undersigned parties further stipulate that Defendant Merck & Co., Inc. is given an extension until June 26, 2006 to file its Reply Brief.

Date: May 24, 2006    Signature: *Dorothy H. Wimberly*
DOROTHY WIMBERLY, ESQ.
ATTORNEY FOR DEFENDANT
STONE PIGMAN WALTHER WITTMANN LLC
546 CARONDELET ST.
NEW ORLEANS, LA 70130

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No_____

Date: May 23, 2006   Signature: /s/ Pamela Sotoodeh
PAMELA G. SOTOODEH, ESQ.
ATTORNEY FOR PLAINTIFFS
KENNETH B. MOLL & ASSOCIATES, LTD.
THREE FIRST NATIONAL PLAZA, 50th FLOOR
CHICAGO, IL 60602

Date: 6/6/06   Signature: /s/ Eldon E. Fallon
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT, EASTERN DISTRICT
OF LOUISIANA
500 POYDRAS STREET
ROOM C-456
NEW ORLEANS, LA 70130

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation for Extensions has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 24th day of May, 2006

*[signature]*

802998v.1