UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENTS RELATES TO:**
*James Coleman, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-1970 (previously 4:05cv1944-CDP EDMO USDC)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

AND NOW, this ____ day of _____, 2006, Plaintiffs, Daniel Schaefer and Russell Sandford, Individually and as Personal Representative of the Estate of Rose Sandford, Deceased, ("Schaefer and Sandford") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., subject to the following conditions:

1. Each party to bear its own costs and counsel fees;

2. Schaefer and Sandford agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

3. Schaefer and Sandford further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the

1

Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Schaefer and Sandford, as though Schaefer and Sandford had been a party and had an opportunity to participate in that discovery.

Schaefer and Sandford agree to the above-stated conditions and they wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuits of Schaefer and Sandford without prejudice against Defendant, Merck, Inc., subject to the conditions stated above. All other Plaintiffs' claims shall remain in full force and effect.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

[Handwritten annotation: See PTO #8A ¶¶ 1/4]

/s/ Stephen G. Strauss

Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:   (504) 581-3361

*Defendants' Liaison Counsel*

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

_____
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal on behalf of Augustin, Coon, Doss, Fox, Holcomb, Lopez, Martinez, and Sandefur, has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 23rd day of May, 2006.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250 Kansas City,
MO 64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP 4740
Grand Avenue, Suite 300
Kansas City, MO 64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS 66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Kenneth B. McClain
Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, Missouri 64050

James Bandy
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108

Lon Walters
The Walters Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

Ann Schiavone
The Schiavone Law Firm
105 East 5th Street, Suite 401
Kansas City, MO 64106

William R. Robb
901 St. Louis Street, Suite 1600
Springfield, MO 65806

M. Scott Montgomery
The Montgomery Law Firm, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804

James P. Frickleton
Bartimus, Frickleton et al.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Kirk Goza
Brad Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148-2355

Wayne S. Spivey
Sager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

_____
Brandi L. Lape, Paralegal

**CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that on the 17th day of May, 2006 a true and correct copy of the foregoing Stipulation for Dismissal was served on counsel named below via United States Postal Service for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

Brandi L. Lape, Paralegal

7