

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 25  PM 3: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * | MDL NO. 1657 |
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This Document Relates to: | |
| Ralph DeToledo et al. v. Merck & Co., Inc.. MDL No. 05-5083 and | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| Aldo Calandra, et al. v. Merck & Co., Inc. MDL No. 05-2914 | |
| * * * * * * * * * * * * * | |

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS, OR IN THE ALTERNATIVE, STRIKE THE FOREIGN CLASS ALLEGATIONS**

Plaintiffs hereby move the Court for an extension of the page length for their Memorandum in Response to Defendant Merck & Co., Inc.'s Motion to Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations. The memorandum argues that the French and Italian Class Actions should remain in the United States. Plaintiffs request that it be granted sixteen (16) additional pages, for a total of forty-one (41) pages for its supporting memorandum.

WHEREFORE, Plaintiffs respectfully request that they be granted sixteen (16) additional pages, for a total of forty-one (41) pages for their Memorandum In

KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Opposition To Defendant Merck & Co., Inc.'s Motion To Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations.

RESPECTFULLY SUBMITTED,

By: /s/ Bernal
Kenneth B. Moll, #06199874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Memorandum in Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions, or in the Alternative, Strike the Foreign Class Allegations has been served on Liaison Counsel, Russ Herman by FedEx Overnight and e-mail and Phillip Wittmann, by FedEx Overnight and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of May, 2006.

*[signature]*
Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.

**KBM**
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com