FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 11:41

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L |
| This Document Relates to:<br>*Ralph DeToledo et al. v. Merck & Co., Inc.*<br>MDL No. 05-5083 and<br>*Aldo Calandra, et al. v. Merck & Co., Inc.*<br>MDL No. 05-2914 | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Memorandum in Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions, or in the Alternative, Strike the Foreign Class Allegations, it is therefore

ORDERED, ADJUDGED, AND DECREED that Plaintiffs be and it is hereby granted ___16___ additional pages, for a total of ___41___ pages for its Memorandum in Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the foreign Class Actions, or in the Alternative, Strike the Foreign Class Allegations.

NEW ORLEANS, LOUISIANA, this __6__ day of __June__, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com