UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 6 2006
LORETTA G. WHYTE
CLERK

* * * * * * * * * * * *

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Ralph DeToledo et al. v. Merck & Co., Inc.,*
*MDL No. 05-5083* and

*Aldo Calandra, et al. v. Merck & Co., Inc.*
*MDL No. 05-2914*

* * * * * * * * * * * *

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

### PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS, OR IN THE ALTERNATIVE, STRIKE THE FOREIGN CLASS ALLEGATIONS

Plaintiffs hereby move the Court for denial of Defendant Merck & Co., Inc.'s Motion To Dismiss The Foreign Class Actions, Or In the Alternative, Strike The Foreign Class Allegations.

The reasons supporting denial of Defendant's motion are set forth in the accompanying supporting memorandum and Appendix of Declarations, which are incorporated as if fully set forth herein.

WHEREFORE, Plaintiffs respectfully request that this Court deny Defendant

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50ᵀᴴ Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____

Merck & Co., Inc.'s Motion To Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations.

RESPECTFULLY SUBMITTED,

By: *(signature)* Bernal

Kenneth B. Moll, #06199874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Plaintiffs' Motion in Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions, or In the Alternative, Strike the Foreign Class* has been served on Liaison Counsel, Russ Herman by FedEx Overnight and e-mail requested and Phillip Wittmann, by FedEx Overnight and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of May, 2006.

*/s/ Bernal*
Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.

**KBM**

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50ᵀᴴ Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Memorandum in Support of Their Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions, or in the Alternative, Strike the foreign Class Allegations has been served on Liaison Counsel, Russ Herman by FedEx Overnight and e-mail and Phillip Wittmann, by FedEx Overnight and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of May, 2006.

/s/ Bernal

Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com