# CURRICULUM VITAE
# CATHERINE KESSEDJIAN

e-mail : kessedjian@justice.com
19 B Villa Seurat, 75014 Paris - France
Téléphone +33-1-43 20 07 75 - Télécopie +33-1-43 20 09 13

## EDUCATION

| | |
|---|---|
| 1986 | Doctorate in Law, highest honors, University of Paris I. |
| 1981 | Master of Laws, University of Pennsylvania Law School (USA). |
| 1979 | Postgraduate degree in Private International Law and International Business Transactions, University of Paris I, cum laude. |
| 1977 | Postgraduate degree in Public International Law, University of Paris I, cum laude. |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1989 to date | Full Professor of Law. Since academic year 2000-2001, in residence at the University Panthéon-Assas, Paris II. Teaches alternatively Private International Law, International Contracts, International Business Transactions, European Business Law and specialised seminars in European Competition Law, International Commercial Arbitration and Alternative Dispute Resolution. Since academic year 2003-2004, Co-Director of a Post-graduate program in European Law. |
| 1996 to date | Advises in Conflict of Laws for companies and individuals; Foreign Investments; Electronic Commerce; International Proceedings before Domestic Courts; Judicial Reform; International Arbitration and European Business Law. |
| 1996-2000 | Deputy Secretary General, Hague Conference on Private International Law, The Hague, The Netherlands. |
| 1981-1998 | Attorney, Paris Bar. Practices first in a group. By the end of 1987 creates her own firm specializing in International Business Transactions (notably Export, Investment, Joint Ventures) both for individuals and entities. |
| 1990-1995 | Director of the European Law Center of the Law School of the University of Burgundy. |
| 1990-1995 | Director of a post-graduate program for International Business Transactions at the Law School of the University of Burgundy. |

10205909.1.LITIGATION

**Curriculum Vitae**
**Catherine Kessedjian**
**page 2**

| | |
|---|---|
| 1987-1989 | Maître de Conférences, University of Burgundy. |
| 1984-1985 | Visiting Scholar, Harvard Law School (USA). |
| 1982-1987 | Associate Professor, University of Panthéon-Assas Paris II. |

## RELATED ACTIVITIES

| | |
|---|---|
| 1990 to date | Arbitrator under the auspices of ICSID, the American Arbitration Association, the International Court of Arbitration of the International Chamber of Commerce, the London Court of International Arbitration, CAREN and *ad hoc*. |
| 1990 to date | Member of diverse working groups and international expert groups for legal reform in civil, commercial and procedural matters for countries in transition and developing countries. |
| 1990 to date | Acts as coordinator and teaches (in French and English) under  several frameworks and international Institutions, such as IDLO in Rome, IDAI in Cairo, the "double-chair" programs in Eastern Europe, the Law Center of the University of Birzeit in Palestine, Hanoï University in Viêt-Nam, University of Tunis II, Tunisia, Tulane Law School Summer Program in Paris, and Melbourne University, Australia. |
| 1995 to date | Mediator and facilitator in civil and commercial disputes. |
| 1996 to date | Observer to UNIDROIT and UNCITRAL in different areas of unification of private law. |
| 1998 to date | Editor-in-chief of the *International Law Forum/Forum du droit international*, journal published under the patronage of the International Law Association *(Association de droit international)*. |
| 1999 to date | Member of the Advisory Board to the editorial committee of the *Business Law International* review published by the Business Law section of the International Bar Association. |
| 2002 to date | Adviser to the American Law Institute for the project on Intellectual Property: Principles Governing Jurisdiction, Choice of Laws and Judgements in Transnational Disputes. |

**Curriculum Vitae**
**Catherine Kessedjian**
**page 3**

| | |
|---|---|
| 2004 to date | President of the International Law Association Committee on international civil and commercial procedure. Committee's mandate: Collective/public interest in international civil and commercial litigation. |
| 2004 Spring semester | Hauser Global Visiting Professor, New York University School of Law, New York, USA. |
| 2004 (August) | Professor at The Hague Academy of International Law, The Netherlands. Intensive Private International Law courses. |
| 2002 July | Professor at the Hague Academy of International Law, The Netherlands. Title of lectures : Codification of International Trade Law and Private International Law. |
| 2002 February | Invited Editor-in-Chief for the European Law Review – Special issue on European Private International Law. |
| 2001-2003 | In charge of monitoring unification of private law for international organizations for Committee O of the International Bar Association. |
| 2001 January | Distinguished Visiting Professor in Innovation Law, Queen's University, The Law School, Kingston, Canada. |
| 1996-2000 | In charge for the Hague Conference on Private International Law of the activities on electronic commerce and Internet. Organized in particular a round table in Geneva, in coordination with the University of Geneva (see press release and summary documents on www.hcch.net); a meeting in Ottawa on issues of jurisdiction for electronic commerce ; a meeting in The Hague with the OECD and ICC on On-line Dispute Resolution for Consumer Transactions. |
| 1998-2004 | Adviser to the American Law Institute for the project on Transnational Rules of Procedure in Civil and Commercial Matters. |
| 1999-2001 | Vice-President of Committee O (International Litigation) of the International Bar Association. |
| 1999 | Visiting Professor, Utrecht University, chair Belle van Zuylen for lectures in Comparative Private International Law. |
| 1996-1998 | Secretary General of the French Branch of the International Law Association. |

**Curriculum Vitae**
**Catherine Kessedjian**
**page 4**

| | |
|---|---|
| 1996 (July) | Director of studies, French language seminar, Private International Law session, the Hague Academy of International Law, The Netherlands. |
| 1994-1996 | Chair of a study group on "International Outer-Space Organisations and Competition" for the "Association pour le Développement du Droit de l'Espace en France" (ADDEF) (Association for the Development of Law on Outer-Space in France). |
| 1994 | Member of the French delegation to the Hague Conference on Private International Law for the Special Commission on international jurisdiction and effects of foreign judgments. |
| 1991-1994 | Member of the Board of the American Chamber of Commerce in Paris. Chair of the Small Business Committee within that institution. |

## PUBLICATIONS

Books :

*La reconnaissance et l'exécution des jugements en droit international privé aux Etats-Unis d'Amérique* (The recognition and enforcement of foreign judgments in the United States of America) Paris, Economica, 1987.

*La taxation des successions et donations, étude comparée* (Taxation of wills and donations, comparative study), Paris, Edilig, 1st and 2nd ed. 1991 (collective work).

*Memento CEE* (EEC memento), Paris, Editions Francis Lefebvre (collective work), since the first edition (1991).

*L'illicite dans le commerce international* (*Illicit* transactions in international trade) (co-editor), Paris, Litec, 1996.

*Droit européen des affaires* (European Business Law) (co-author), Paris, PUF, Que sais-je, 1997.

*Internet : Quel tribunal décide, quel droit s'applique ?* (Internet : which court decides, which law applies?), (co-editor), La Haye, Kluwer Law International, 1998.

*La mondialisation du droit* (Globalization of Law) (co-editor), Paris, Litec, 2000.

**Curriculum Vitae**
**Catherine Kessedjian**
**page 5**

*Codification du droit commercial international et droit international privé – De la gouvernance normative pour les relations économiques transnationales* (Codification of international commercial law and private international law – Normative governance for transnational economic relations), Collected Courses of The Hague Academy of International Law , Volume 300 (2002), Martinus Nijhoff Publishers, Leiden/Boston, 2004, pp.83-308.

Articles :

« La pratique américaine en matière d'immunité d'exécution », *in l'Immunité d'exécution de l'Etat étranger* (« American practise in matters of immunity from execution » *in* the Immunity from Execution of the Foreign State), Works of CEDIN, Montchrestien, 1988, p.121.

« Le Restatement of the Foreign Relations Law of the United States - Un nouveau Traité de Droit international ? » ("The Restatement of the Foreign Relations Law of the United States – A new International Law Treaty?"), *J.D.I.*, 1990, p.35 et s.

« L'application du droit étranger par les juridictions françaises » ("The application of foreign law by French courts"), *R.J.D.A.* 1991 p.483 et s.

« Les conséquences du défaut de transposition ou de la mauvaise transposition en droit interne des directives communautaires » ("The consequences of the lack of transposition or poor transposition of European directives into domestic law"), *R.J.D.A.*, 1991 p. 831 et s.

« Les immunités des Etats étrangers » ("Foreign States' Immunities"), *R.G.D.I.Pub.*, 1992 p. 299 (co-author).

« Les activités commerciales dans l'espace et le droit de la concurrence » ("The commercial activities in outer-space and competition law"), *in L'exploitation commerciale de l'Espace -Droit positif, Droit prospectif-*, Paris, Litec, 1992 p. 133.

« La circulation des jugements pénaux dans l'Europe communautaire » ("The circulation of criminal judgments in the EU"), *in Mélanges offerts à Georges Levasseur*, Paris, Litec, 1992 p. 139.

« La transmission des obligations » ("The transmission of obligations"), *in Les systèmes contractuels de droit civil et les exigences du commerce international* (contractual systems of civil law and international trade requirements), Le Caire, IDAI, 1993, p.177 et s.

« Le contrat international de représentation » ("International Agency"), *in Pratique des contrats internationaux* (Practises in international agreements), Paris, GLN-JOLY, 1993 Livre XV.

**Curriculum Vitae**
**Catherine Kessedjian**
**page 6**

« Le règlement des différends avec des partenaires américains - Le recours aux juridictions nationales » (The settlement of disputes with American partners – having recourse to national courts"), *C.J.F.E.*, 1994 p.5.

« Le contrat international de distribution » (International distribution agreements), *in Pratique des contrats internationaux,* Paris, GLN-JOLY, 1994 Livre XVI.

« Continuation et succession en matière contractuelle » ("Continuation and succession in contractual matters") *in Dissolution, continuation et succession en Europe de l'Est* (Dissolution, continuation and succession in Eastern Europe), Paris, Montchrestien, 1994 p.316 et s.

« French Treaty Law and Practice », *in National Treaty Law and Practice*, ASIL, 1995 p.1 et s. (co-author).

« Un fondement international au droit des déchéances de nationalité? » ("An international ground to the law relating to forfeitures of nationality?"), *Le genre humain*, 1995 n°29 p.149 et s.

« Les structures de coopération interentreprises : Joint venture et GEIE » ("The structure of intercompany cooperation: joint ventures and European economic interest grouping") *in L'entreprise dans le marché unique européen* (Companies in the European Single Market), Paris, La documentation française, 1995 p.315 et s.

« Les dangers liés à un mauvais choix d'un droit applicable (analyse de la jurisprudence française et des sentences arbitrales) » « Danger linked to a bad choice of applicable law »(analysis of French case law and arbitral awards), *Rev. int. dr. comp.*, 1995 p.373 et s.

« Principe de la contradiction et arbitrage » ("Principle of contradictory procedure and arbitration"), *Rev. arb.*, 1995 p.381 et s.

« Un exercice de rénovation des sources du droit des contrats du commerce international : Les principes proposés par l'Unidroit » ("An exercise in renovation of the sources of international commercial contracts law : The Principles proposed by Unidroit"), *Rev. crit. dr. int. pr.* 1995 p.641 et s.

« Introduction » (co-author) *in Les privatisations en France, en Allemagne, en Grande-Bretagne et en Italie,* Paris, La Documentation française, 1996.

« La codification privée » ("Private codification"), *in E Pluribus Unum, Liber Amicorum Georges A.L. Droz,* Martinus Nijhoff, The Hague, 1996, p.135 et s.

Curriculum Vitae
Catherine Kessedjian
page 7

« Le juif déchu de sa nationalité française » ("the Jew forfeited of his French nationality"), *in Le droit antisémite de Vichy, Le genre humain* (the anti-Semitic law of Vichy, the human kind), Paris, 1996, p.231 et s.

« International Jurisdictional Principles in Competition Matters », *in Transnational Tort Litigation,* sous la direction de C. McLachlan et P. Nygh, Oxford, Clarendon Press, 1996, p.171 et s.

« Mesures provisoires et conservatoires - A propos d'une résolution adoptée par l'Association de droit international » ("Interim and protective measures – on a resolution adopted by the International law Association"), *J.D.I.* 1997 p.103 et s.

« Judicial Regulation of Improper Forum Selection », *in International Dispute Resolution - The Regulation of Forum Selection, Fourteenth Sokol Colloquium,* J. L. Goldsmith (editor), New York, Transnational Publisher, 1997, p.273 et s.

« Les actions de groupe - Questions de droit international privé » ("Group actions – Questions of private international law"), *Rivista di Diritto internazionale privato e processuale,* 1997, p.281 et s.

« Vers une convention à vocation mondiale en matière de compétence juridictionnelle internationale et d'effets des jugements étrangers » ("Towards a global convention on jurisdiction and the effects of foreign judgments"), *Uniform Law Review/Revue de droit uniforme,* 1997, p.675 et s.

« Dispute Resolution On-Line » (co-author), *The International Lawyer,* vol. 32, n°4, 1998, p.977 et s.

« First Impressions of the Transnational Rules of Civil Procedure from Paris and The Hague », *Texas International Law Journal,* vol.33, n°3, 1998, p.477 et s.

« Immunités » ("Immunities"), Section drafted for the *Encyclopédie Dalloz de Droit international,* Paris, 1998.

« Droit international privé et société" ("Private international law and company") *in De nouvelles perspectives pour la société européenne* (New perspectives for the European company), *Gazette du Palais,* 1998 p.43 à 45.

« La codification en droit international privé » ("Codification in private international law"), *in* Société française pour le droit international, *La codification du droit international,* Aix-en-Provence conference, Paris, Pedone, 1999, p.101 et s.

Curriculum Vitae
Catherine Kessedjian
page 8

« The Legal Relationship between the Proposed Unidroit Convention and its Equipment-Specific Protocols » (co-auteur), *Uniform Law Review/Revue de Droit uniforme*, 1999, p.323 et s.

« La modélisation procédurale » ("Procedural modeling"), *in La mondialisation du droit,* Paris, Litec, 2000, p.237 et s.

« Internet et le règlement des différends » ("Internet and settlement of disputes") *in F.W. Grosheide & K. Boele-Woelki (eds), Molengrafica 1999-2000*, Koninklije Vermande 2000, p.69 à 96.

« La convention de Rome du 19 juin 1980 sur la loi applicable aux obligations contractuelles – Vingt ans après » ("The Rome Convention of June 19, 1980 on the law applicable to contractual obligations – twenty years after"), *in Private Law in the International Arena – Liber Amicorum Kurt Siehr*, T.M.C. Asser Press, 2000, p329 à 340.

« La reconnaissance et l'exécution des jugements étrangers en France – hors les Conventions de Bruxelles et de Lugano » ("Recognition and enforcement of foreign judgments in France – outside of the Brussels and Lugano Conventions"), *in G. Walter & S.P. Baumgartner, Reconnaissance et exécution des jugements étrangers hors des conventions de Bruxelles et de Lugano,* Kluwer Law International, 2000, p.185 à 216.

« Hague Draft Convention on Jurisdiction and Enforcement of Foreign Judgments », *Law in Transition*, 2000 p.2 à 7.

« La norme juridique est-elle apte à lutter contre la corruption ? » ("Are legal norms capable of fighting corruption?"), *in Souveraineté étatique et marchés internationaux à la fin du 20ème siècle – Mélanges en l'honneur de Philippe Kahn,* Paris Litec, 2000, p. 601 à 612.

« Arbitral Tribunal or State Court – Who Must Defer to Whom ? », *ASA Special Series n°15,* Janvier 2001, p.101 à 124.

« Aspects juridiques du e-trading : règlement des différends et droit applicable » ("Legal aspects of e-trading: dispute resolution and applicable law"), *in L. Thévenoz & Ch. Bovet, Journées de droit bancaire et financier,* Berne, Stämpfli, 2001, p. 65 to 97.

« Court Decisions on Enforcement of Arbitration Agreements and Awards », *Journal of International Arbitration*, vol. 18, 2001 p.1 to 11.

« Global Unification of Procedural Law », *in International Conflict of Laws for the Millennium – Essays in Honor of Friedrich K. Juenger*, New York, Transnational Publishers Inc., 2001, p. 227 to 232.

**Curriculum Vitae**
**Catherine Kessedjian**
**page 9**

« The Hague Global Jurisdiction and Judgments Preliminary Draft Convention », *in Foundations and Perspectives of International Trade Law*, London, Sweet & Maxwell, 2001, p. 233 to 236.

« The Conflict of Laws Principles in French Law with Respect to Security Interests in Movable Assets » *in Cross-Border Security and Insolvency*, Oxford, Oxford Press University, 2001, p.159 to 185.

« Le passé et l'avenir du droit international privé européen dans le cadre de l'intégration de l'Union européenne » (The past and future of European private international law within the European Union integration), *Law & European Affairs*, 2001-2002, n°4, p. 411 to 415 and general editorship of the issue.

« Le marché du règlement des différends sur internet : quelle concurrence ? » (The market of on-line dispute resolution: what competition ?), *in La concurrence dans la société de l'information*, Editions Panthéon-Assas, 2002, pp.71 to 78.

« Les modes alternatifs de traitement des conflits de l'internet – Rapport général » (Alternative dispute resolution of internet-related disputes – General report), *in* G. Chatillon (dir), *Le droit international de l'internet*, Bruxelles, Bruylant, 2002, pp.647-653.

« La loi applicable à certains droits sur des titres détenus auprès d'un intermédiaire – Le projet de convention de La Haye de décembre 2002 » (The law applicable to certain rights on securities held through an intermediary – the Draft Hague Convention of December 2002), *Revue critique de droit international privé*, 2003, pp.49-81 (co-author).

« Le droit international privé et l'intégration juridique européenne », *in* T.Einhorn & K.Siehr (dir.) *Intercontinental Cooperation Through Private International Law – Essays inMemory of Peter Nygh*, La Haye, TMC Asser Press, 2003, pp.161-170.

"Does International Law Matter? – The Business Lawyer's point of view", *ASIL Proceedings*, 2004, p.8-11.

« La mondialisation du droit : Défi pour la codification » (Globalization of law : a challenge for codification), *in 1804-2004 Le Code civil – Un passé, un présent, un avenir*, Dalloz, Paris, 2004, pp.917-927.

« La nécessité de généraliser l'institution de *l'amicus curiae* dans le contentieux privé international » (The need to generalize the instituion of amicus curiae in international litigation), *in Festschrift für Erik Jayme*, Sellier European Law Publishers, 2004, pp.403-408.

« La pratique, du point de vue du droit privé international » (The practise, from the standpoint of private international law), *in La pratique et le droit international*, SFDI, Colloque de Genève,

Curriculum Vitae
Catherine Kessedjian
page 10

Editions Pedone, Paris, 2004, pp.271-274.

« La réparation des crimes de l'histoire vue sous l'angle du droit international privé » (The reparation of historic crimes from the standpoint of private international law), *in* Boisson de Chazournes et al., *Crimes de l'histoire et réparations : les réponses du droit et de la justice* (historic crimes and reparations : the answers of law and justice), Bruxelles, Bruylant, 2004, pp. 85 to 96.

« Current International Developments in Choice of Law : An Analysis of the ALI Draft", *in* Jürgen Basedow et al., *Intellectual Property in the Conflict of Laws*, Tübingen, Mohr Siebeck, 2005, pp.19-37.

« Le principe de proximité vingt ans après » (The principle of proximity twenty years after »), *in Le droit international privé : esprit et méthodes, Mélanges en l'honneur de Paul Lagarde,* Paris, Dalloz, 2005, pp.507-521.

« L'élection de for – Vers une nouvelle convention de La Haye » (Choice of forum – towards a new Hague Convention"), *in Grenzüberschreitungen – Beiträge zum Internationalen Verfahrensrecht und zur Schiedsgerichtbarkeit – Festschrift für Peter Schlosser,* Mohr Siebeck Tübingen, 2005, pp.367-381.

« Les actions civiles pour violation des droits de l'homme – Aspects de droit international privé » (« Civil remedies for violation of human rights – private international law aspects »), *in Travaux du Comité français de droit international privé – Années 2002-2004,* Paris, Pedone 2005, pp.151-194.

« Journée d'hommage au Professeur Philippe Fouchard », *Forum du droit international*, 2005, pp.131-137.

« Le temps du droit au XXIème siècle – Compatibilité avec la codification ? », *in Codes et codification, Les Cahiers de Droit,* Laval, Québec, 2005 pp.547-560.

Several case law comments in Private International Law and International Commercial Arbitration published in the *Revue critique de Droit international privé, Revue de l'Arbitrage, Journal du Droit international* and the *Bulletin Joly des Sociétés.*


## WORK DONE UNDER CONTRACT

*Les activités spatiales et le droit européen* (Outer-space activities and European law), Study for Eurospace, March 1991.

10205909.1.LITIGATION

Curriculum Vitae
Catherine Kessedjian
page 11


*Les flux transfrontières de données* (Data transnational flows), Study for the French Ministry of Telecommunications, Department of Legislative Policy, February 1992.

*Les immunités de juridiction et d'exécution* (Immunities from jurisdiction and execution), Study for the Ministry of Justice, May 1995 (co-author).

*La compétence juridictionnelle internationale et les effets des jugements étrangers* (International jurisdiction and the effects of foreign judgments), Report prepared for the Special Commission of the Hague Conference on Private International Law, April 1997 (available on www.hcch.net).

*Rapport de synthèse des travaux de la Commission spéciale de juin 1997 sur la compétence juridictionnelle internationale et les effets des jugements étrangers en matière civile et commerciale* (Synthesis report of the works of the Special Commission of June 1997 on jurisdiction and the effects of foreign judgments in civil and commercial matters), Report for the Special Commission of the Hague Conference on Private International Law, November 1997 (available on www.hcch.net).

*Rapport de synthèse des travaux de la Commission spéciale de mars 1998 sur la compétence juridictionnelle internationale et les effets des jugements étrangers en matière civile et commerciale* (Synthesis report of the works of the Special Commission of March 1998 on jurisdiction and the effects of foreign judgments in civil and commercial matters), Report for the Special Commission of the Hague Conference on Private International Law, July 1998 (available on www.hcch.net).

*Rapport de synthèse d'un groupe de travail sur les cessions de créances internationales* (Synthesis report of a work group on transfers of international receivables), Report for the Secretariat of the United Nations Commission for International Trade Law and the Hague Conference on Private International Law, June 1998.

*Les mesures provisoires et conservatoires en droit comparé et droit international privé* (Interim and protective measures in comparative and private international law), Note for the Special Commission of the Hague Conference on Private International Law, October 1998 (available on www.hcch.net).

*Les échanges de données informatisées, Internet et le commerce électronique* (Exchange of computer data, internet and e-commerce), Report for the Special Committee of the Hague Conference on Private International Law, May 2000 (available on www.hcch.net).

*Commerce électronique et compétence juridictionnelle internationale* (E-commerce and international jurisdiction), Document prepared in cooperation with the Private International Law Service of the Ministry of Justice of Canada, for the Nineteen Session of June 2001, August

10205909.1.LITIGATION

Curriculum Vitae
Catherine Kessedjian
page 12

2000, (available on www.hcch.net.)

« E-commerce and private international law issues », Report for UNCTAD included in a general report, 2001, *E-commerce and Development,* Publication of the United Nations, 2001.

## UNPUBLISHED SPEACHES (partial list)

| | |
|---|---|
| Brisbane 1990 | ILA, «State Immunities, New Developments in the French Practice». |
| Lille 1990 | CAREN, «L'exécution des sentences arbitrales en droit français» (The enforcement of arbitral awards in French law). |
| Sarrebrüken 1991 | ILA, «State Immunities, Proposals for a New International Practice». |
| Nice 1991 | CRDP, «La sécurité économique - Approche juridique comparée Etats-Unis et France» (Economic security – Comparative legal approach USA and France). |
| Paris 1992 | IHESI, «La sécurité économique - Des propositions pour améliorer la riposte juridique française» ("Economic security – Proposals to improve the French legal answer"). |
| Washington 1992 | ABA, «Doing Business in Eastern Europe and the CIS». |
| Cannes 1992 | IBA, Committee G, «Shareholders' Power in Publicly Held Companies». |
| Thessalonique 1992 | Association des Magistrats Européens pour la Démocratie et les Libertés, «Les minorités et le droit international - notion et protection» (Association of European Judges for Democracy and Freedom, "Minorities and international law – notion and protection"). |
| La Haye 1993 | ASIL/NSIL, «Les sociétés transnationales - Responsabilité pour dettes et vis-à-vis des Etats» (Transnational corporations – liability for debts and vis-à-vis States). |
| Grenade 1994 | ESA/ECSL, «Trends towards Privatisation in International Organisations and Consequences on the International Legal Environment». |
| Paris 1995 | EFE, «Le droit applicable aux entreprises conjointes internationales - choix à effectuer en fonction de la clause de règlement des différends» |

10205909.1.LITIGATION

**Curriculum Vitae**
**Catherine Kessedjian**
**page 13**

|  |  |
|---|---|
|  | (Law applicable to international joint ventures – the choice to be made as a consequence of the dispute resolution clause). |
| Aberdeen 1995 | ESA/ECSL, «New Developments for International Organizations in Telecommunications and Competition». |
| Paris 1995 | IBA, Committee O, «Immunity of State Enterprises - Recent Developments». |
| Taormina 1995 | IAJL, «Rapport français sur les aspects internationaux des procédures de faillite» et «Rapport français sur la reconnaissance et l'exécution des décisions judiciaires et des sentences arbitrales» (French report on the international aspects of bankruptcy procedures and French report on the recognition and enforcement of judicial decisions and arbitral awards). |
| Genève 1996 | IHEI, «Nouvelles tendances en droit de la procédure internationale» (New trends in international procedural law). |
| Paris 1996 & 1997 | EFE, «Le droit applicable aux entreprises conjointes internationales - choix à effectuer en fonction de la clause de règlement des différends» (The law applicable to international joint ventures – the choice to be made as a consequence of the dispute resolution clause). |
| Paris, 1997 | ACCA, «Taking of evidence in France in aid of US Court Proceedings». |
| Copenhagen 1997 | IBA, Committee O, «Provisionnal and Protective Measures in International Litigation - The State of the Art». |
| New Dehli 1997 | IBA, Committee O, «Is the world ready for a global convention on jurisdiction and foreign judgments?». |
| Dubai 1998 | IBA, Committee O & Arab Regional Forum, «Jurisdiction and Foreign Judgments worldwide». |
| La Haye 1998 | International Forum, « Compétence juridictionnelle et jugements étrangers en matière civile et commerciale – Le projet de convention proposé par la Conférence de La Haye de droit international privé (Jurisdiction and foreign judgments in civil and commercial matters – the draft convention of the Hague Conference on private international law). |
| Le Caire 1998 | Fiftieth anniversary of the Egyptian Civil Code, Ministry of Justice, «Les conflits de lois et la diversité de cultures» (Conflicts of law and diversity |

Curriculum Vitae
Catherine Kessedjian
page 14


                                     of culture).

| | |
|---|---|
| Genève 1998 | INET98, «Dispute Resolution, Applicable Law and Protection of Privacy in Ecommerce». |
| Toronto 1998 | ABA, « Judicial interference with arbitration proceedings ». |
| Utrecht 1999 | Inaugural speech, « Humanisme, tolérance, universalisme : le rôle des juristes » (Humanism, tolerance, universalism: the role of lawyers"). |
| Tunis 1999 | Ministry of Justice, « Les besoins du commerce électronique et les normes de droit international privé » (The requirements of e-commerce and private international law norms). |
| New York 1999 | New York University, « Développements récents concernant les négociations d'une convention sur la compétence juridictionnelle et les effets des jugements en matière civile et commerciale » (Recent developments regarding the negotiations of a convention on jurisdiction and the effects of judgments in civil and commercial matters). |
| Tunis 2000 | Franco-Arab Chamber of Commerce and Tunisian Government, « Le règlement des différends du commerce électronique » (Resolution of e-commerce disputes). |
| Sorrento 2000 New York 2000 | AIPPI and Fordham University, « Jurisdiction in Intellectual Property litigation ». |
| Genève 2001 | OMPI, « La compétence juridictionnelle internationale et la propriété intellectuelle – Les enjeux et les pistes de solution » (International jurisdiction and intellectual property – challenges and possible solutions). |
| Paris 2001 | CEDIN, « L'unification du droit privé – la société civile et les organisations internationales » (Unification of private law – civil society and international organisations"). |
| Dublin 2001 | IBA, «Taking of Evidence Abroad – The Hague Convention of 1971, Past, Present, Future ». |
| Paris 2001, 2002 | ENM (National School of Judges), « Le règlement des différends et le droit applicable aux transactions internationales par internet » (Dispute |

**Curriculum Vitae**
**Catherine Kessedjian**
**page 15**

                                              resolution and applicable law to international internet transactions").

| | |
|---|---|
| Toulouse 2002 | University of Toulouse I, « Les règles de conflit de lois dans les conventions de la CNUDCI » (Conflict of law rules in UNCITRAL agreements). |
| New York 2002 | Columbia Law School, "New European Developments on Internet Law". |
| Washington DC, 2003 | AALS, "Structuring the legal education to meet the needs of the XXIst century lawyer in a Globalized World". |
| Paris 2003 | Association of Young Europeans, « Vers une codification européenne du droit des contrats ? » (Towards a European codification of contracts law ?). |
| Tunis 2003 | University of Tunis 2, « Développements récents de la compétence juridictionnelle internationale en droit américain » (Recent developments on international jurisdiction in American law). |
| Barcelona 2003 | AALS/EALS, « European Evolutions Concerning Electronic Commerce". |
| The Hague 2003 | ASIL/NVIR Joint Conference, "Some Salient Difficulties with the Draft Convention on the Law Applicable to Certain Rights in Respect of Securities". |
| Washington DC 2004 | George Washington University School of Law, "International Trends in Patent infringement". |
| New York 2004 | New York University School of Law, "Private law aspects of Human Rights enforcement – Corporate liability". |
| Hawaï 2004 | AALS, "Training of Transnational Business Lawyers – Challenges for the Legal Educator". |
| Tokyo 2005 | Franco-Japanese Institute, "La codification du droit dans le cadre de la mondialisation des échanges" (Codification of law in the context of the globalization of exchanges). |
| London 2005 | Queen Mary School of Arbitration, « Applicable law by arbitrators in a State-investor context ». |
| Alexandria 2005 | CREDIMI and R-J Dupuy Center, "L'éthique dans les relations |

Curriculum Vitae
Catherine Kessedjian
page 16

économiques internationales – Rapport de conclusion" (Ethics in international economic relations – Conclusions).

Melbourne 2005     University of Melbourne – School of Law, Sir Kenneth Bailey Memorial Lecture, "Dispute Resolution in an International Complex Society".


## PROFESSIONAL ASSOCIATIONS

*Comité français de Droit international privé* (French Association of Private International Law)
*Association Henri Capitant des amis de la culture juridique française* (Henri Capitant Association of friends of French legal culture)
*Société Française de droit international* (French Society of international law)
*Comité français de l'arbitrage* (French arbitration Association)
*Association suisse d'arbitrage* (Swiss arbitration association)
*Association luxembourgeoise d'arbitrage* (Luxemburg arbitration association)
*Association internationale de droit économique* (International association of economic law)
American Law Institute
American Society of International Law
International Law Association
International Bar Association
London Court of International Arbitration
*Membre du Conseil scientifique de la Société de Droit international économique* (Member of the scientific board of the international economic law society)


## PRIZES AND AWARDS

Dénery prize for the best Doctoral Dissertation, Université de Paris I, 1987
Fulbright Scholar, Harvard Law School, 1984
Scholarship from the French Ministry of Foreign Affairs, 1981
Scholarship of the American Women's Group, 1980


## DISTINCTIONS

*Chevalier de l'Ordre national du Mérite* (France).