**Prof. CLAUDIO CONSOLO, ESQ.**

Regular Professor of Civil Procedural Law at the University of Padua

20123 Milan, Largo Richini 2 -- Tel. 02.58317603, fax 02.58317631
37121 Verona, Via Leoncino 16 – Tel. 045.8011532-8031480, fax 045-8031480

ccemail@tin.it

Curriculum Vitae of Professor Claudio Consolo, Esq.

Educational Profile

- Graduated in 1978 in Law from the University of Padua with 110 of 110 and honorable mention. Student of Prof. Enrico Allorio of Milan and Prof. Aldo Attardi of Padua.

- Undertook studies at the University of Padua in Civil Procedural Law in several capacities (voluntary assistant, contracted teaching assistant, investigator) until passing the competitive examination for a Teaching position in December 1985.

- Periods of study and as visiting scholar at the Univ. of Innsbruck and Würzburg (1980), Cambridge (1983), Oxford (1989 and 1991), Philadelphia (1992), Hastings (San Francisco: 1995).

- From 1981 Attorney-at-Law, thereafter Attorney, thereafter defense attorney with the Superior Courts.

- Speaks English and French; also reads German and Spanish.

- From 2001 member of Venetian Institute of Science, Letters, and Art [*Istituto Veneto di Scienze, Lettere ed Arti*].

Academic Profile

- From 1986 Special Professor of Comparative Civil Procedural Law at the University of Trento School of Law.

- From 1989 Regular Professor, at the same University, in Civil Procedural Law.

- From 1989-1990 Chairman of the Department of Legal Science at the University of Trento.

- From 1991-1992 President of the University of Trento School of Law.

- From 1992 Regular Professor of Civil Procedural Law (Second Professorship) at the Catholic University of the Sacred Heart of Milan's School of Law, where from 1995-1996 also gave the course on Arbitration Law (domestic and international). For some of these years also gave the civil procedural law course in the new School of Verona.

- From 1998 Regular Professor of Civil Procedural Law (only professorship) at the University of Padua's School of Law. Professor at the University of Innsbruck.

The above **ITALIAN** into **ENGLISH** translation was completed May 3, 2006, by **1ST METROPOLITAN TRANSLATION SERVICES, INC.,** located at 30 S. Wacker Dr., 22nd Floor, Chicago, IL 60606, (312) 621-1500.

Scientific Profile

- Member, for several terms, of the Managing Committee and/or the Scientific Committee of several journals: *Giurisprudenza Italiana* [Italian Jurisprudence], *Rivista di diritto processuale* [Procedural Law Review], *Rivista Trimestrale di Diritto e Procedura Civile* [Quarterly Review of Law and Civil Procedure], *Responsabilità Civile e Previdenza* [Civil Liability and Social Security], *Diritto Processuale Amministrativo* [Administrative Procedural Law], *Rivista di Diritto Tributario* [Tax Law Review], *Corriere Giuridico*. Scientific Director and founder of *Int'l Lis* (a new journal on civil procedural law published by Ipsoa since 2003).

- Has participated on several Ministerial Commissions in charge of drafting proposed reforms of procedural matters (Commission established by Minister Cassese to reform the administrative procedure; Commission established by Minister Flick for the implementation of delegation to a single judge), as well as the Investigation Commission instituted by the *Consiglio Nazionale Forense* [National Legal Council] regarding procedural reforms, still active.

- Is author of numerous monographs as well as Annotations and volumes regarding civil procedure, as well as tax procedure and administrative procedure: *Il cumulo condizionale di domande* [The Conditional Joinder of Complaints]: vol. I. *Struttura e funzione* [Structure and Functions]; vol. II. *Il procedimento* [Procedure], Padua 1985; *La revocazione delle decisioni della Cassazione e la formazione del giudicato* [Overturning Decisions of the Court of Cassation and the Formation of Final Judgments], Padua, 1989; *La riforma del processo civile* [Reform of Civil Proceedings], vol. I.: *Commentario alla L. n. 353/90* [Comments on Law No. 353/90], edited by Consolo-Luiso-Sassani, Milan, 1991; vol. II.: *Il giudice di pace e la legge n. 477/92 di entrata in vigore parziale della riforma* [Justices of the Peace and Law No. 477/92 on the partial Taking Effect of the Reform], Milan, 1993; *Dal contenzioso al processo tributario* [From the Contentious [Jurisdiction] to Tax Proceedings], Milan, 1992; *Spiegazioni di diritto processuale civile* [Explanation of Civil Procedural Law], Bologna-Rome, 1st ed., 1994; 2nd ed., 1995; 3rd ed., 1998; 4th ed. Cedam 2002; *Commento alla legge sul giudice di pace* [Comments on the Justice of the Peace Act], edited by Consolo and Tommaseo, Padua, 1996; *Commentario alla riforma del processo civile* [Comment on the Reform of Civil Proceedings], edited by Consolo-Luiso-Sassani, Milan, 1996; *Il nuovo processo cautelare (problemi e casi)* [The New Injunction (Problems and Cases)], Turin, 1998; finally coordinated (together with Prof. Luiso) a brief commentary on the Code of Civil Procedure published by Ipsoa, Milan, 1997, with updating *Processo civile e processo penale - Le riforme del 1998* [Civil Proceedings and Criminal Proceedings – The 1998 Reforms], Milan, 1998 with a 2nd edition in two volumes in 2000; *Nuovi problemi di diritto processuale civile internazionale* [New Problems of International Procedural Law Views of the Courier], Giuffrè, 2002; *Dieci anni di riforme del processo civile visti dal Corriere* [Ten Years of Reform of Civil Proceedings Views of the *Corriere*], Ipsoa, 2005.

The above **ITALIAN** into **ENGLISH** translation was completed May 3, 2006, by 1ST METROPOLITAN TRANSLATION SERVICES, INC., located at 30 S. Wacker Dr., 22nd Floor, Chicago, IL 60606, (312) 621-1500.

Is also the author of a large number (more than two hundred) essays, legal comments and other doctrinal contributions. Has also edited several editions of the Code of Civil Procedure, and finally on the Civil Code and Civil Procedure (together with Prof. Schlesinger) published by Ipsoa. The following works in particular are noteworthy: *Estromissione nella fasi di impugnazione del chiamato in causa* [Dismissal in the Challenge Phases of the Party in Action], in *Rivista di diritto civile* [Civil Law Review], 1981; *Il concorso di azioni nella patologia della vendita - Diritto e processo* [The Concurrence of Actions in the Pathology of Sales – Law and Process], in *Rivista di diritto civile* [Civil Law Review], 1989; *Class actions fuori dagli USA?* [Class actions outside the USA?], in *Rivista di diritto civile* [Civil Law Review], 1993; *L'equo processo arbitrale nel quadro dell'art. 6, par. 1, della Convenzione Europea dei Diritti dell'Uomo* [Arbitrational Due Process Within the Frameowrk of Art. 6, Par. 1, of the European Convention on Human Rights], in *Rivista di diritto civile* [Civil Law Review], 1994; *Il processo nella risoluzione del contratto per inadempimento* [Process in the Termination of Contracts for Default], in *Rivista di diritto civile* [Civil Law Review], 1995; *Del coordinamento tra processo penale e processo civile: un antico problema risolto a metà* [Coordination between Criminal Proceedings and Civil Proceedings: An Old Problem Halfway Resolved], in *Rivista di diritto civile* [Civil Law Review], 1996; *Mutatio libelli: l'accettazione tacita o presunta e l'eccezione di domanda nuova: ovvero di un costrutto giurisprudenziale incoerente* [Mutatio Libelli: Tacit or Assumed Acceptance and the Plea of a New Complaint: Or On An Inconsistent Jurisprudential Construct], in *Rivista di diritto processuale* [Procedural Law Review], 1990; *La tutela sommaria e la Conv. di Bruxelles: la «circolazione» comunitaria dei provvedimenti cautelari e dei decreti ingiuntivi* [Summary Protection and the Brussels Convention: Community "Circularization" of Injunctions], in *Rivista di diritto internazionale privato e processuale* [International Private and Procedural Law Review], 1991; *Oggetto del giudicato e principio dispositivo* [Purpose of the *Res Judicata* and the Dispositive Principle], in *Rivista trimestrale di diritto e procedura civile* [Quarterly Review of Law and Civil Procedure], 1991; *la voce «Domanda giudiziale»* [The Term "Judicial Complaint"], in *Digesto civile* [Civil Digest], 4th edition, Turin, 4, 1991.

- Has been called upon several times to give lectures in continuing-education courses for magistrates organized by C.S.M., as well as other meetings organized by the S. Court of Cassation. Was an Italian speaker at the 3rd European Jurists Forum, Geneva 2005.

- Was among the founders of the Italian Association of Administrative Procedure Scholars, a member of the Italian Associations of Civil Procedure Scholars and the Association of International Procedural Law Experts (speaker, for it, at several international conventions).

- Collaborates, with regular editorials on matters related to justice, at *Sole 24ore* (and previously at *Italia Oggi* [Italy Today]).

The above **ITALIAN** into **ENGLISH** translation was completed May 3, 2006, by 1ST **METROPOLITAN TRANSLATION SERVICES, INC.,** located at 30 S. Wacker Dr., 22nd Floor, Chicago, IL 60606, (312) 621-1500.

<u>Professional Profile</u>

    - Has worked as an attorney in Milan and Verona for more than twenty years, having assisted in and out of court in notable contentious proceedings and transactions, corporate as well as economic, many significant Entities and Businesses (for example, obviously excluding his natural-person clients here, Eni S.p.a., Metropolitana Milanese, Saipem, Commune of Longarone, Sanson, Autonomous Province of Trento, EniChem, Commune of Verona, Extraordinary Administration ex-Montesi, Extraordinary Administration Sipa, Arvedi, Fiamm, Trevi S.p.a., Lidl, Cecchi Gori, Sai, Frabboni S.p.a., Fall. Ferrovie Torino Nord, Agma S.p.a. of Genoa, Pirelli Real Estate, Ansa, Agf, Supervision Agreement Delta Erre in Antonveneta, Verona Fair, SnamProgetti, Fondazione Cassa di Risparmio VR-VI-BL-AN, etc.).

    - Has assumed on numerous occasions – including in international arbitrations – the capacity of Arbitrator or Chairman of the Arbitration Panel, including on appointment of a court authority or Arbitration Board, among which are the National and International Board of Arbitration of Milan.

    - Is management advisor of Assicurazioni Generali S.p.a. and Standing Auditor Autostrada Padova-Brescia S.p.a. (for nearly two years).

4

---

TRANSLATION CERTIFICATION          Chicago, Illinois, May 3, 2006

    I hereby certify with my signature that the above translation from **ITALIAN** into **ENGLISH** was completed under my administration by a competent translator fluent in both of these languages and to the best of my knowledge and understanding it is a true and complete translation of the corresponding original document.

Signature _____      Title ___Shannon Ewasiuk, PRESIDENT___

    Subscribed and sworn to before me, a Notary Public, in and for Cook County, Illinois, on the 3rd day of May, 2006.

Signature _____



OFFICIAL SEAL
JAMES BRADLEY AULL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/08

1ST METROPOLITAN TRANSLATION SERVICES, INC.
30 S. Wacker Dr. – 22nd Floor
Chicago, IL 60606        (312) 621-1500

**Prof. Avv. CLAUDIO CONSOLO**

Ordinario di Diritto Processuale Civile nell'Università di Padova

20123 Milano, Largo Richini 2 – Tel. 02.58317603, fax 02.58317631
37121 Verona, Via Leoncino 16 – Tel. 045.8011532-8031480, fax 045-8031480

ccemail@tin.it

## Curriculum del Prof. Avv. Claudio Consolo

### Profili formativi

- Laureatosi nel 1978 in Giurisprudenza presso l'Università di Padova con 110 su 110 e lode. Allievo del Prof. Enrico Allorio di Milano e del Prof. Aldo Attardi di Padova.

-   Proseguiti gli studi all'Università di Padova in Diritto Processuale Civile con varie vesti (assistente volontario, docente a contratto, ricercatore) fino alla vittoria del concorso a Cattedra nel dicembre 1985.

-   Periodi di studio e di visiting scholar nelle Univ. di Innsbruck e Würzburg (1980), Cambridge (1983), Oxford (1989 e 1991), Filadelfia (1992), Hastings (San Francisco: 1995).

-   Dal 1981 Procuratore Legale, indi Avvocato, indi patrocinante presso le Corti Superiori.

-   Parla inglese e francese; legge anche in tedesco e spagnolo.

-   Dal 2001 è membro dell'Istituto Veneto di Scienze, Lettere ed Arti.

### Profili accademici

- Dal 1986 <u>Professore straordinario</u> di Diritto Processuale Civile Comparato nella Facoltà di Giurisprudenza nell'Università di Trento.

- Dal 1989 Professore, nella stessa Università, <u>ordinario</u> di Diritto Processuale Civile.

- Nel 1989-1990 <u>Direttore</u> del Dipartimento di Scienze Giuridiche dell'Università di Trento.

- Nel 1991-1992 <u>Preside</u> della Facoltà di Giurisprudenza dell'Università di Trento.

- Dal 1992 Professore ordinario di Diritto Processuale Civile (II cattedra) nella Facoltà di Giurisprudenza dell'Università Cattolica del Sacro Cuore di Milano, nella quale nel 1995-1996 ha impartito anche il corso di Diritto dell'Arbitrato (interno ed

internazionale). Per alcuni di questi anni si è retto il corso di diritto processuale civile nella neonata Facoltà di Verona.

- Dal 1998 Professore ordinario di Diritto Processuale Civile (unica cattedra) nella Facoltà di Giurisprudenza dell'Università di Padova. Professore nell'Università di Innsbruck.

## Profili scientifici

- Componente, da varie decorrenze, del Comitato direttivo e/o del Comitato scientifico di numerose riviste: Giurisprudenza Italiana, Rivista di diritto processuale, Rivista Trimestrale di diritto e procedura civile, Responsabilità civile e previdenza, Diritto Processuale Amministrativo, Rivista di Diritto Tributario, Corriere Giuridico. Direttore scientifico e fondatore di *Int'l Lis* (nuova rivista di diritto processuale internazionale edita da Ipsoa dal 2003).

- Ha partecipato a varie Commissioni Ministeriali incaricate di redigere progetti di riforma in materia processuale (Commissione istituita dal Ministro Cassese per la riforma del processo amministrativo; Commissione istituita dal Ministro Flick per l'attuazione della delega sul giudice unico), nonchè alla Commissione di studio istituita dal Consiglio Nazionale Forense in materia di riforme processuali, tuttora attiva.

- E' autore di numerose monografie nonchè di Commentari e volumi in materia processuale civile, nonchè processuale tributaria e processuale amministrativa Il cumulo condizionale di domande: vol. I. Struttura e funzione; vol. II. Il procedimento, Padova 1985; La revocazione delle decisioni della Cassazione e la formazione del giudicato, Padova, 1989; La riforma del processo civile, vol. I.: Commentario alla L. n. 353/90, a cura di Consolo-Luiso-Sassani, Milano, 1991; vol. II.: Il giudice di pace e la legge n. 477/92 di entrata in vigore parziale della riforma, Milano, 1993; Dal contenzioso al processo tributario, Milano, 1992; Spiegazioni di diritto processuale civile, Bologna-Roma, I° ed., 1994; II° ed., 1995; III° ed., 1998; IV° ed. Cedam 2002; Commento alla legge sul giudice di pace, a cura di Consolo e Tommaseo, Padova, 1996; Commentario alla riforma del processo civile, a cura di Consolo-Luiso-Sassani, Milano, 1996; Il nuovo processo cautelare (problemi e casi), Torino, 1998; da ultimo ha coordinato (assieme al Prof. Luiso) un commentario breve al Codice di Procedura Civile edito da Ipsoa, Milano, 1997, con aggiornamento Processo civile e processo penale - Le riforme del 1998, Milano, 1998 con II edizione in due volumi nel 2000; Nuovi problemi di diritto processuale civile internazionale, Giuffrè, 2002; Dieci anni di riforme del processo civile visti dal Corriere, Ipsoa, 2005.

E' altresì autore di un elevato numero (oltre duecento) di saggi, note giurisprudenziali ed altri contributi dottrinali. Ha inoltre curato varie edizioni del Codice di procedura civile, e da ultimo del Codice civile e di procedura civile (assieme al Prof. Schlesinger) edite da Ipsoa. Si ricordano in particolare i seguenti lavori: Estromissione nella fasi di impugnazione del chiamato in causa, in Rivista *di diritto civile, 1981; Il concorso di azioni nella patologia della vendita - Diritto e processo, in Rivista* di diritto civile, 1989; Class actions fuori dagli USA?, in Rivista di diritto civile, 1993; L'equo processo arbitrale nel quadro dell'art. 6, par. 1, della Convenzione Europea dei Diritti dell'Uomo, in Rivista di diritto civile, 1994; Il processo nella risoluzione del contratto per inadempimento, in Rivista di diritto civile, 1995; Del coordinamento tra processo penale e processo civile: un antico problema risolto a metà, in Rivista di diritto civile, 1996; Mutatio libelli: l'accettazione tacita o presunta e *l'eccezione di domanda nuova: ovvero di un costrutto giurisprudenziale incoerente, in Rivista di diritto* processuale, 1990; La tutela sommaria e la Conv. di Bruxelles: la «circolazione» comunitaria dei provvedimenti cautelari e dei decreti ingiuntivi, in Rivista di diritto internazionale privato e processuale, 1991; Oggetto del giudicato e principio dispositivo, in Rivista trimestrale di diritto e procedura civile, 1991; la voce «Domanda giudiziale», nel Digesto civile, IV edizione, Torino, IV, 1991.

- E' stato chiamato in varie occasioni a tenere conferenze nei corsi di aggiornamento per magistrati organizzati dal C.S.M., nonché agli incontri organizzati dalla S. Corte di Cassazione. E' stato relatore italiano alle 3° giornate dei giuristi europei, Ginevra 2005.

- E' stato fra i fondatori della Associazione italiana degli studiosi del processo *amministrativo, membro di quelle degli studiosi italiani del processo civile e di* quella internazionale dei processualisti (relatore, per esse, a vari convegni internazionali).

- Collabora, con editoriali regolari su questioni relative alla giustizia, a il Sole 24ore (e in precedenza a Italia Oggi).

<u>Profili professionali</u>

- Esercita l'avvocatura in Milano e in Verona da più di venti anni avendo assistito giudizialmente e stragiudizialmente in contenziosi e negozi di notevole rilievo, *sociale oltre che economico, molti significativi* Enti ed Aziende (ad es., tacendo qui ovviamente sui clienti persone fisiche, Eni S.p.a., Metropolitana Milanese, Saipem, Comune di Longarone, Sanson, Provincia Autonoma di Trento, EniChem, Comune di Verona, Amministrazioni straordinarie ex-Montesi, Amministrazioni straordinarie

Sipa, Arvedi, Fiamm, Trevi S.p.a., Lidl, Cecchi Gori, Sai, Frabboni S.p.a., Fall. Ferrovie Torino Nord, Agma S.p.a. di Genova, Pirelli Real Estate, Ansa, Agf, Patto di sindacato Delta Erre in Antonveneta, Fiera di Verona, SnamProgetti, Fondazione Cassa di Risparmio VR-VI-BL-AN, etc.).

- Ha assunto numerose volte – anche in arbitrati internazionali – qualità di Arbitro o Presidente del Collegio arbitrale, anche su designazione di autorità giudiziarie o di Camere Arbitrali, fra cui la Camera Arbitrale Nazionale ed Internazionale di Milano.

- E' consigliere di amministrazione delle Assicurazioni Generali S.p.a. e Sindaco eff. della Autostrada Padova-Brescia S.p.a. (da circa un biennio).

4