UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Ralph DeToledo et al. v. Merck & Co., Inc.*<br>*MDL No. 05-5083* and<br><br>*Aldo Calandra, et al. v. Merck & Co., Inc.*<br>*MDL No. 05-2914* | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs' Opposition To Defendant Merck & Co., Inc.'s Motion To Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations will be brought for hearing on the ___day of _____, 2006, at _____o'clock, before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, new Orleans, Louisiana.

RESPECTFULLY SUBMITTED,

By: /s/ Bernal

Kenneth B. Moll, #06199874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing on Plaintiffs' Memorandum in Support of Their Opposition to Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions, or in the Alternative, Strike the foreign Class Allegations has been served on Liaison Counsel, Russ Herman by FedEx Overnight and e-mail and Phillip Wittmann, by FedEx Overnight and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 24th day of May, 2006.

Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com