UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM II: 40

LORETTA G. WHYTE
CLERK

In Re:  VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To:  John R.
Holliday v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-04331)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of
Record, and for good cause shown, the Court finds the Plaintiff, JOHN R. HOLLIDAY'S
Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew
Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY
LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal
Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,
withdraw as counsel for Plaintiff, John R. Holliday.

IT IS SO ORDERED.

6/6/06
Date

Judge Eldon E. Fallon
United States District Court Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____