IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Vioxx Litigation | MDL No.: 1657 |
| This document relates to:<br>TAMI DiSANTO, as Personal Representative of<br>the Estate of GUIDO DISANTO, JR.,<br>deceased, | SECTION: L |
| Plaintiff, | Civil Action No.: 06-964 |
| v. | |
| MERCK & CO., INC., JOHN KILKELLY,<br>GENA EL-GHAZZI-ORTEGA, JENNIFER<br>FAVATA, JEFFREY HOLUP, BARRY<br>GOGEL, LISA GONZALEZ, JEFFREY<br>HANNETT, PHILLIP HANSON, JOHN<br>HARRIS, JESSE HOLLINGSWORTH,<br>DEBORAH HUNT, JEFFREY KRAMER,<br>ANTON LAK, CHERI MCLOED, AMY<br>MOORE, RICARDO ORTEGA, DOUGLAS<br>PAUL, DANIEL RING, VICTOR SOPINA,<br>MARCUS D. STAFFORD, TEQUILLA TAYLOR,<br>and KELLY TOULSON. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECTUATE
SERVICE OF PROCESS ON DEFENDANTS**

Pursuant to Rule 4(m), Federal Rules of Civil Procedure, Plaintiff hereby moves this Court to enter an order granting Plaintiff additional time within which to serve Defendants LISA GONZALEZ, JOHN HARRIS, JEFFREY KRAMER, AMY MOORE, DANIEL RING, and TEQUILLA TAYLOR, and in support would show:

1. Plaintiff, TAMI DiSANTO, as Personal Representative of the Estate of Guido DiSanto, Jr., filed her Complaint in this matter on August 15, 2005, in state court. Since that date, Plaintiff has attempted to serve summonses on Defendants JANET COYLE, KIM

ALVAREZ, AMY MOORE, VICKIE ST. JOHN, and RICH JANCHESON, Vioxx sales representatives who are or were employed by Defendant MERCK & CO., INC.

2. Defendant MERCK has refused to provide addresses for its current employees.

3. Despite her best efforts, Plaintiff has been unable to effectuate service upon Defendants JANET COYLE, KIM ALVAREZ, AMY MOORE, VICKIE ST. JOHN, and RICH JANCHESON.

4. Defendants will suffer no prejudice with the granting of this Motion.

6. Pursuant to Local Rule 7.4.1W, Plaintiff has made a good faith effort to resolve the issues surrounding this Motion with Defendants, and has been unable to do so.

WHEREFORE, the undersigned respectfully requests an additional 60 days within which to serve Defendants JANET COYLE, KIM ALVAREZ, AMY MOORE, VICKIE ST. JOHN, and RICH JANCHESON with process in this case after Defendant provides Plaintiff with a current address for this sales representative.

Dated this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 23rd day of May, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361

*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel