IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -6 AM 11: 40
LORETTA G. WHYTE
CLERK

IN RE: Vioxx Litigation                    MDL No.: 1657

This document relates to:                  SECTION: L
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased.
      Plaintiff,                         Civil Action No.: 06-964
v.
                                           JUDGE FALLON
MERCK & CO., INC., JOHN KILKELLY,          MAG. JUDGE KNOWLES
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL, LISA GONZALEZ,
JEFFREY HANNETT, PHILLIP HANSON, JOHN HARRIS,
JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER,
ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA,
DOUGLAS PAUL, DANIEL RING, VICTOR SOPINA,
MARCUS D. STAFFORD, TEQUILLA TAYLOR, and KELLY TOULSON.
      Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants JANET COYLE, KIM ALVAREZ, AMY MOORE, VICKIE ST. JOHN, and RICH JANCHESON.

2. Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this 6th day of June, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___