UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Patricia Davis, et al v. Merck & Co., Inc.
(2:05-cv-04907-EEF-DEK)

Judge Fallon

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the Plaintiff moves that the appearance for Michael Stratton, Esq. (Federal Bar No. CT 08166) be withdrawn as counsel for the Plaintiff, Patricia Davis in the above matter. Appearances have previously been filed for the Plaintiff by Lee Balefsky, Thomas Kline, and Michelle Tiger, and the appearance of Attorney Stratton is no longer necessary.

THE PLAINTIFF,

By _____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Rachel Amankulor
Alan Schwartz
Usha-Kiran Ghia
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

Lee B. Balefsky
Thomas R. Kline
Michelle L. Tiger
Kline & Specter
1525 Locust St.
19th Floor
Philadelphia, PA 19102

Michael A. Stratton