UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5  AM 11: 40

LORETTA G. WHYTE
CLERK

In Re:  VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Patricia Davis, et al v. Merck & Co., Inc.
(2:05-cv-04907-EEF-DEK)

Judge Fallon

See PTO #8A, ¶14

### ORDER

It is ordered that the appearance of Michael A. Stratton be withdrawn as counsel for the plaintiff, Patricia Davis in the above matter.

Denied

GRANTED / DENIED

June 6, 2006.

_____
JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____