UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     MAY 2 5 2006

LORETTA G. WHYTE
        CLERK
```

In re:  Vioxx Products Liability Litigation       :       MDL 1657
                                                  :       Section L
                                                  :       Judge Fallon

PERTAINS TO THE FOLLOWING CASE:

Kenneth and Linda Cunningham,                     :
&                                                 :
Edward L. Cox,                                    :
                                                  :
        Plaintiffs,                               :       Case No.  06-2056
                                                  :
v.                                                :
                                                  :
MERCK & CO., INC.,                                :
                                                  :
        Defendant.                                :

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Edward L. Cox, hereby files his notice of dismissal under Federal Rule of Civil

Procedure 41(a)(1) and states as follows:

1.    Plaintiff is Edward L. Cox; defendant is Merck & Co., Inc.;

2.    On April 18, 2006, plaintiff sued defendant;

3.    Plaintiff moves to dismiss his claims only against defendant;

4.    Defendant has been served with process and has not answered or filed a motion

for summary judgement;

5.    This case is not a class action;

6.    A receiver has not been apointed to this action;

7.    Plaintff has not dismissed an action based on or including the same claims as

those present in this suit.

```
____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____
```

8.     This dismissal is without prejudice to refiling.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: May 24, 2006

Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Notice of Voluntary Dismissal and [Proposed] Order of Voluntary Dismissal have been filed with the Court and served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail, email and upon all parties by electronically uploading the same to LexisNexis File & Serve on this 24th day of May, 2006.

By_____

Trent B. Miracle
One of the Attorneys for Plainitff