UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 11: 38

LORETTA G. WHYTE
CLERK

In re: Vioxx Products Liability Litigation

MDL 1657
Section L
Judge Fallon

PERTAINS TO THE FOLLOWING CASE:

Kenneth and Linda Cunningham,
&
Edward L. Cox,

    Plaintiffs,

v.

MERCK & CO., INC.,

    Defendant.

Case No. 06-2056

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY ORDERED that Plaintiff Edward L. Cox's action only is dismissed without prejudice. If the plaintiff seeks to re-file his claim, he must do so in federal court.

Dated: ~~May~~ June 6, 2006

The Honorable Eldon E. Fallon
United States District Judge