

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 26  PM 1: 35

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOM RICKETTS for KATHY RICKETTS and ROSE GREGORY, WILLIAM FIEDLER, JAMES VOLPE, RAY VANPATTER, JOYCE WAGNER, HAZEL MOYER, MELISSA ROYSTER, DOROTHY TYLER, GRAYCE BOYCE, CYNTHIA BRAZEE, OLGA BIDGEWATER, GARY BEERNICK and JOHN BELCHER | * * * * * * * * * | CIVIL ACTION NO. 06-2153  JUDGE FALLON  MAGISTRATE KNOWLES |
| VERSUS | * * | |
| MERCK & CO, INC., PFIZER INC., MONSTANTO COMPANY, PHARMACIA CORPORATION, and G.D. SEARLE, LLC | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION AND ORDER FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, come defendants, G.D. Searle LLC, Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (improperly captioned in Plaintiff's Complaint as "Monsanto Company"), and Pfizer Inc., (collectively referred to below as "defendants"), and, on suggesting to the Court that undersigned counsel will need additional time within which to investigate this matter and to prepare and file appropriate responsive pleadings, move for an extension of time to plead in this matter of ~~thirty (30)~~ twenty (20) days. Responsive pleadings are currently due on May 30, 2006. This is the first request for extension of time made on behalf of

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

defendants. Counsel for defendants has contacted Plaintiffs' counsel and Plaintiffs' counsel agreed to this extension of time.

WHEREFORE, defendants, Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation, pray that the Court allow an additional thirty (30) days from the signing of the attached Order within which to file responsive pleadings in this matter.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: _____
Quentin F. Urquhart, Jr. (#14475)
Camala Capodice (# 29117)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Telecopier: 504-310-2101
*Counsel for defendants, Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties to this proceeding by mailing a copy of same to each by First Class United States mail, properly addressed and postage prepared, on this 26th day of May, 2006.

_____