FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 11: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOM RICKETTS for KATHY RICKETTS and ROSE GREGORY, WILLIAM FIEDLER, JAMES VOLPE, RAY VANPATTER, JOYCE WAGNER, HAZEL MOYER, MELISSA ROYSTER, DOROTHY TYLER, GRAYCE BOYCE, CYNTHIA BRAZEE, OLGA BIDGEWATER, GARY BEERNICK and JOHN BELCHER | * * * * * * * * | CIVIL ACTION NO. 06-2153 JUDGE FALLON MAGISTRATE KNOWLES |
| VERSUS | * * | |
| MERCK & CO, INC., PFIZER INC., MONSTANTO COMPANY, PHARMACIA CORPORATION, and G.D. SEARLE, LLC | * * * * | |

## ORDER

**CONSIDERING** the foregoing motion for extension of time;

**IT IS ORDERED** that defendants, Pfizer Inc., G.D. Searle LLC, and Pharmacia Corporation, be and same are hereby granted an extension of time to plead in this matter of ~~thirty (30)~~ twenty 20 days from the date of signing of this order.

New Orleans, Louisiana, this 6th day of June, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____