IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Vioxx Litigation

MDL No.: 1657

This document relates to:
TAMI DISANTO, as Personal Representative of
the Estate of GUIDO DISANTO, JR., deceased.
      Plaintiff,
v.

MERCK & CO., INC., JOHN KILKELLY,
GENA EL-GHAZZI-ORTEGA, JENNIFER
FAVATA, JEFFREY HOLUP, BARRY GOGEL, LISA GONZALEZ,
JEFFREY HANNETT, PHILLIP HANSON, JOHN HARRIS,
JESSE HOLLINGSWORTH, DEBORAH HUNT, JEFFREY KRAMER,
ANTON LAK, CHERI MCLEOD, AMY MOORE, RICARDO ORTEGA,
DOUGLAS PAUL, DANIEL RING, VICTOR SOPINA,
MARCUS D. STAFFORD, TEQUILLA TAYLOR, and KELLY TOULSON.
      Defendants.

SECTION: L

Civil Action No.: 06-964

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER ON PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS ON DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Extension of Time, which was unopposed by Defendants, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Extension of Time is hereby GRANTED to allow Plaintiff more time within which to serve Defendants LISA GONZALEZ, JOHN HARRIS, JEFFREY KRAMER, AMY MOORE, DANIEL RING.

2. Plaintiff has an additional 60 days within which to serve Defendants with process in this case.

New Orleans, Louisiana, this ____ day of June, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X / Dktd_____
✓ CtRmDep_____
Doc. No_____