UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :    MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Robert Ruzicka, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-1971 (previously Case No. USDC EDMO, Case No. 4:05cv1945-CEJ)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiffs SONJA BYRD and SHAWN DOTSON. Without breaching any privilege, Plaintiffs' counsel can only state that it is not in the best interest of the client that he remain as counsel. This motion applies only to representation of SONJA BYRD and SHAWN DOTSON, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs, Sonja Byrd, 3708 Nottingham Drive, St. Charles, MO 63303, Telephone Number: (636) 441-1427, and Shawn Dotson, P.O. Box 211, Bland, MO 65014, Telephone Number: (573) 646-5243.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: _____
Seth Sharrock Webb, MO Fed Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiffs, Sonja Byrd and Shawn Dotson, have been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 26th day of May, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Sonja Byrd
3708 Nottingham Drive
St. Charles, MO 63303,
Telephone Number: (636) 441-1427
*Plaintiff*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

Shawn Dotson
P.O. Box 211
Bland, MO 65014
Telephone Number: (573) 646-5243
*Plaintiff*

By: _____
Seth Sharrock Webb, 505666

3