FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 11: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION :      MDL NO. 1657

                                        SECTION: L

                                        JUDGE FALLON
                                        MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Robert Ruzicka, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-1971 (previously Case No. USDC EDMO, Case No. 4:05cv1945-CEJ)

### ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiffs Sonja Byrd and Shawn Dotson, and will continue to represent all other named Plaintiffs in the above cited case. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Sonja Byrd and Shawn Dotson. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Sonja Byrd and Shawn Dotson's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File and Serve shall be updated by Plaintiff's former attorney Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____
                      JUDGE

DATE: 6/6/06

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____