UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -6 AM 11: 37
LORETTA G. WHYTE
CLERK

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENTS RELATES TO:**
*Adams, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-2101 (previously 4:05cv1947-CAS EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiff Andrea Collier ("Collier"), and will continue to represent all other named Plaintiffs in the above cited case. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Collier. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Andrea Collier's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File and Serve shall be updated by Plaintiff's former attorney Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____
JUDGE

DATE: 6/6/06

4

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____