FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 30  PM 2: 58

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

In re: VIOXX PRODUCTS LIABILITY )
LITIGATION                      )     MDL DOCKET NO. 1657
                                )
                                )     SECTION L
                                )
                                )     JUDGE ELDON E. FALLON
                                )
                                )     MAGISTRATE JUDGE
                                )     DANIEL E. KNOWLES, III
                                )
                                )

THIS DOCUMENT RELATES TO: Shaheed Asad v. Merck & Co., Inc., Case No. 2:05cv4497

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Shaheed Asad ("Plaintiff") only, by and through counsel, and hereby submits this Notice of Dismissal of Claims Without Prejudice pursuant to the provisions of F.R.C.P. 41(a)(1)(i). No adverse party to this action has served an answer nor any other responsive pleading. The plaintiff therefore requests that his claim be dismissed without prejudice.

Dated this 6 day of April, 2006.

Levin, Papantonio, Thomas, Mitchell
Echsner and Proctor, P.A.

NOTICE OF DISMISSAL WITHOUT PREJUDICE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

By /s/ Rachael Gilmer
Rachael R. Gilmer – Of the Firm
Attorneys for Plaintiff

NOTICE OF DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Action Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties electronically uploading the same to LexisNexis File and Serve Advanced in accordance with Pretrial Order No. 8 on this 6 day of April 2006.

*[signature]*