IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

In re: VIOXX PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

THIS DOCUMENT RELATES TO: Shaheed Asad v. Merck & Co., Inc., Case No. 2:05cv4497

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On stipulation to dismiss the above-captioned action between Plaintiff Shaheed Asad, by and through his counsel of record Levin, Papantonio, Thomas, Mitchell, Echsner and Proctor, P.A., pursuant to F.R.C.P. 41(a)(2), it appearing to the court that Plaintiff desires to have the matter dismissed without prejudice according to terms as set forth herein below, it is:

ORDERED that Plaintiff's suit herein against defendant, Merck & Co., Inc., be and it hereby is DISMISSED without prejudice, each party bearing its own fees and costs, and,

IT IS FURTHER ORDERED that any future suit by Plaintiff against the Defendant arising out of the same injuries, transactions or circumstances shall not be brought in state court but only in the appropriate federal court, and Plaintiff shall consent to transfer of any such suit to the Multi District Litigation 1657.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2006

ORDER OF DISMISSAL WITHOUT PREJUDICE

_____
DISTRICT COURT JUDGE

We request this Order:

_____
Counsel for Plaintiff

ORDER OF DISMISSAL WITHOUT PREJUDICE