# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION :        MDL NO. 1657

                                          SECTION: L

                                          JUDGE FALLON
                                          MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*James Coleman, et. al. v. Merck & Co., Inc.*, No. 2:06cv2066 (previously Case No. 4:05cv1944-CDP EDMO USDC)

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of the following Plaintiffs: Lucille Fairbanks, Debra Loehr, Individually, and as Personal Representative of Richard Loehr, Jr., Jacquelyn Nunley, Billy Ralph, Cynthia Shelton and David Sadler, ("Fairbanks, Loehr, Ralph, Nunley, Shelton and Sadler"). Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of the clients that he remain as counsel. This motion applies only to representation of Fairbanks, Loehr, Ralph, Nunley, Shelton and Sadler, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action. Upon receipt of the order granting this motion to withdrawal, File & Serve will be updated to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiffs:

Lucille Fairbanks -   4950 Highland, St. Louis, MO  63113, Telephone: 314-367-9905

Debra Loehr – 611 Magoffin, St. Louis, MO  63129, Telephone: 314-422-9632

Billy Ralph – 2105 NW 6th Terrace, Blue Springs, MO  64014, Telephone: 816-229-0991

Jacquelyn Nunley -9311 Cleveland, Apt. 113, Kansas City, MO  64132, Telephone: 816-761-3328.

Cynthia Shelton – 38 Wagon Wheel Trail, Fenton, MO 63026, Telephone: 636-343-1930

David Sadler – 13921 Gildea Rd., Bellgrade, MO 63622, Telephone: 573-766-5239

                Respectfully submitted,

                BROWN & CROUPPEN, P.C.

By: _____
Seth Sharrock Webb, MO Fed Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Ph: (314) 421-0216
Fax: (314) 421-0359
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the aforementioned Plaintiffs have been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, on this 26th day of May, 2006.

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
*Attorneys for Merck& Co., Inc.*

Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
*Defense Liaison Counsel*

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
*Attorneys for Merck& Co., Inc.*

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, #3A
Destin, FL 32541
*Plaintiff's Liaison Counsel*

Lucille Fairbanks
4950 Highland
St. Louis, MO 63113
Telephone: 314-367-9905
*Plaintiff*

Billy Ralph
2105 NW 6th Terrace
Blue Spring, MO 64014
Telephone: 816-229-0991
*Plaintiff*

Jacquelyn Nunley
9311 Cleveland, Apt. 113
Kansas City, MO 64132
Telephone: 816-761-3328
*Plaintiff*

Debra Loehr
611 Magoffin
St. Louis, MO 63129
Telephone: 314-422-9632
*Plaintiff*

Cynthia Shelton
38 Wagon Wheel Trail
Fenton, MO 63026
Telephone: 636-343-1930
*Plaintiff*

David Sadler
13921 Gildea Rd.
Bellgrade, MO 63622
Telephone: 573-766-5239
*Plaintiff*

By: _____
Seth Shafrock Webb, 505666