FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 11: 37

LORETTA G. WHYTE
CLERK



# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION :

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

..................................................

THIS DOCUMENT RELATES TO:
*James Coleman, et. al. v. Merck & Co., Inc.*, No. 2:06cv2066 (previously Case No. 4:05cv1944-CDP EDMO USDC)

## ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiffs Lucille Fairbanks, Debra Loehr, Individually, and as Personal Representative of Richard Loehr, Jr., Billy Ralph, Jacquelyn Nunley, Cynthia Shelton and David Sadler ("Fairbanks, Loehr, Ralph, Nunley, Shelton and Sadler"), and will continue to represent all other named Plaintiffs in the above cited case. Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Fairbanks, Loehr, Ralph, Nunley, Shelton and Sadler. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED. This Order applies only to Fairbanks, Loehr, Ralph, Nunley, Shelton and Sadler's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect. File &

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

Serve shall be updated by Plaintiff's former attorney, Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

It is So Ordered: _____
JUDGE

DATE: 6/6/06