FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -1  PM 1:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to: 06-1488 | Judge Fallon<br>Mag. Judge Knowles |

### UNOPPOSED MOTION TO RESCHEDULE THE HEARING ON ACADIAN AMBULANCE SERVICES' MOTION TO DISMISS FROM JUNE 7, 2006 AT 9:00 A.M. TO JUNE 28, 2006 AT 2:00 P.M. AND UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO ACADIAN AMBULANCE SERVICES' MOTION TO DISMISS ON THE GROUNDS OF PRESCRIPTION AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Huey Pete ("Mr. Pete"), plaintiff herein, to reschedule the June 7, 2006 hearing at 9:00 a.m. to June 28, 2006 at 2:00 p.m. This Motion to Reschedule Hearing is unopposed by defendant, Acadian Ambulance Services ("Acadian").

The new date was suggested by Judge Fallon's law clerk and is acceptable with both counsel for Acadian and counsel for Mr. Pete.

Additionally, Mr. Pete also requests leave to file an Opposition Memorandum to Acadian Ambulance's Motion to Dismiss on or before June 13, 2006. This Motion for Leave is unopposed by Acadian Ambulance. Also, counsel for Acadian Ambulance has requested leave to file a Reply Memorandum to Mr. Pete's Opposition Memorandum to Acadian Ambulance's Motion to Dismiss on or before June 20, 2006. Mr. Pete, through undersigned counsel, does not oppose this request.

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```

Accordingly, Mr. Pete, respectfully requests that the hearing on Acadian Ambulances Motion to Dismiss be rescheduled from June 7, 2006 at 9:00 a.m. to June 28, 2006 at 2:00 p.m. Mr. Pete also respectfully requests that the court extend the time to on or before June 13, 2006 for him to file an Opposition Memorandum to Acadian Ambulance's Motion to Dismiss with Acadian Ambulance being allowed to file a Reply Memorandum to Mr. Pete's Opposition Memorandum on or before June 20, 2006.

Respectfully Submitted:

**THE SIKICH LAW FIRM**

_____
**STEVE M. SIKICH** (#18026)
309 E. Sallier Street * 70601
Post Office Box 1432 * 70602
Lake Charles, Louisiana
PH: (337) 721-8008

I hereby certify that the above and foregoing UNOPPOSED MOTION TO RESCHEDULE THE HEARING ON ACADIAN AMBULANCE SERVICES' MOTION TO DISMISS FROM JUNE 7, 2006 AT 9:00 A.M. TO JUNE 28, 2006 AT 2:00 P.M. AND UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN RESPONSE TO ACADIAN AMBULANCE SERVICES' MOTION TO DISMISS ON THE GROUNDS OF PRESCRIPTION AND INCORPORATED MEMORANDUM IN SUPPORT have been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and E-Mail and upon all parties by electronically uploading the same to Lexis Nexis file and serve advance in accordance with Pre-Trial Order No. 8A, as well as on Benjamin Guillbeaux, Jr. and John J. Simpson on this 31st day of May, 2006.

_____
**STEVE M. SIKICH**