FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM II: 36

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  VIOXX                                    MDL No.  1657
**Products Liability Litigation**

                                                 **SECTION: L**

This Document Relates to:  06-1488               **Judge Fallon**
                                                 **Mag. Judge Knowles**

## ORDER

In light of the Unopposed Motion to Reschedule Hearing on Acadian Ambulance Services' Motion to Dismiss from June 7, 2006 at 9:00 a.m. to June 28, 2006 at 2:00 p.m. and Unopposed Motion for Leave to File Reply Memorandum in Response to Acadian Ambulance Services' Motion to Dismiss on the Grounds of Prescription and Incorporated Memorandum in Support filed by plaintiff, Huey Pete;

IT IS ORDERED that the hearing shall be rescheduled from June 7, 2006 at 9:00 a.m. to June 28, 2006 at 2:00 p.m.

IT IS FURTHER ORDERED that the time for plaintiff to file his Reply Memorandum is on or before June 13, 2006 with defendant, Acadian Ambulance Services, to file a Reply Brief on or before June 20, 2006.

THUS DONE AND SIGNED in New Orleans, Louisiana on this _16_ day of _____, 2006.

                                    _____
                                    **JUDGE, ELDON E. FALLON**

___ Fee_____
___ Process_____
_X_/Dktd _____
___ CtRmDep_____
___ Doc. No_____