Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:     (334) 954-7555

Attorneys for Plaintiff Sarah Wiley

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -2  PM 4: 08

LORETTA G. WHYTE
CLERK

# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY** | * | **MDL Docket No. 1657** |
| | * | **Case No. 06-0207** |
| **SARAH WILEY,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **MERCK & COMPANY, INC., A** | * | **REVISED PARTIAL** |
| | * | **STIPULATION OF** |
| **CORPORATION,** | * | **DISMISSAL** |
| | * | |
| **DEFENDANT.** | * | |

**(Related Matter: Terry Bell, et al. v. Merck & Co., Inc.; U.S. District Court, Eastern District of Louisiana, Case No. 06-0207)**

On this, the 6th day of June, 2006, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No_____

1

seek to refile, Plaintiff Sarah Wiley will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Sarah Wiley is a named Plaintiff in the action styled: Terry Bell, et al. v. Merck & Company, Inc. Dismissal of Sarah Wiley's claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Sarah Wiley, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced case(s).

**APPROVED AND SO ORDERED**

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**DATED** this 6th day of June, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this 30th day of May, 2006.

STONE PIGMAN WALTHER
WITTMANN LLC

*Dorothy H. Wimberly*

Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

DATED this 2d day of June, 2006.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 2d day of June, 2006.

*Dorothy H. Wimberly*

**OF COUNSEL**

3