UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -2 PM 2: 51

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
   Products Liability Action

MDL No. 1657

**This Document refers to:**

LAVELLE MALONE, Wife of and
   WINSTON MALONE

                Plaintiffs,

VERSUS

MERCK & CO., INC. and DR. R.
   VACLAV HAMSA

                Defendants

CIVIL ACTION NO. 05-6604

SECTION L, MAGISTRATE 3

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM BY DR. R. VACLAV HAMSA

Now into Court, through undersigned counsel, comes Defendant, DR. R. VACLAV HAMSA, which moves for a leave of court to file a supplemental memorandum in support of its Motion to Dismiss For Prematurity Pursuant To Louisiana Revised Statute 40:1299.47(B)(1)(a)(i) for the following reasons:

1.

There is presently pending before the Court a Motion to Dismiss for Prematurity filed by Defendant / Mover, DR. R. VACLAV HAMSA based upon the requirement of La. R.S. 40:1299.47(B)(1)(a)(i) that medical malpractice actions against qualified health care providers must first be presented to a Medical Review Panel, which Motion has been scheduled for consideration on June 7, 2006.

1

3075412.1

2.

Plaintiffs have recently filed with the court an opposition memorandum that Defendant / Mover believes warrants response with citation of authority.

3.

As a result, Defendant / Mover, DR. R. VACLAV HAMSA wishes to have a brief opportunity to respond to the new issues and information submitted by Plaintiffs.

Wherefore, Defendant / Mover, DR. R. VACLAV HAMSA moves this Court for an Order granting them leave to file the attached Supplemental Memorandum in Support of his Motion to Dismiss for Prematurity.

Respectfully Submitted:

ONEBANE LAW FIRM
*(A Professional Corporation)*

BY: _____
CHARLES L. BOUDREAUX, JR. #3297
1200 Camellia BLVD, Suite 300
Post Office Drawer 3507
Lafayette, LA  70502-3507
Telephone:  (337) 237-2660

Attorneys for Defendant / Mover,
DR. R. VACLAV HAMSA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave of Court to File Supplemental Memorandum has been served on all counsel of record in the matter entitled "LAVELLE MALONE, Wife of and WINSTON MALONE versus MERCK & CO., INC. and DR. R. VACLAV HAMSA", Civil Action Number 05-6604, U.S. District Court, Eastern District of Louisiana, by hand, facsimile, e-mail and/or by placing same in the United States mail, postage prepaid and properly addressed, this _____ day of May, 2006.

_____
CHARLES J. BOUDREAUX, JR.

3075412.1