UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 11: 36

LORETTA G. WHYTE
CLERK

IN RE: VIOXX     MDL No. 1657
   Products Liability Action

**This Document refers to:**

LAVELLE MALONE, Wife of and    CIVIL ACTION NO. 05-6604
WINSTON MALONE

                 Plaintiffs,     SECTION L, MAGISTRATE 3

VERSUS

                JUDGE FALLON

MERCK & CO., INC. and DR. R.
VACLAV HAMSA

                MAGISTRATE JUDGE
                KNOWLES

**Defendants**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Considering the foregoing Motion for Leave:

IT IS HEREBY ORDERED that Defendant DR. R. VACLAV HAMSA be granted leave to file his Supplemental Memorandum in Support of Motion to Dismiss for Prematurity Pursuant To Louisiana Revised Statute 40:1299.47(B)(1)(a)(i).

THUS DONE AND SIGNED on the 5th day of June, 2006.

_____
DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____

3075412.1

1