IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 11: 36

LORETTA G. WHYTE
CLERK

IN RE:

VIOXX PRODUCTS LIABILITY LITIGATION

MDL No. 1657

SECTION: L

Judge Fallon
Magistrate Judge Knowles

This Document Relates To: 2:05-cv-01046-EEF-DEK

## ORDER GRANTING PLAINTIFF CARMENITA BROWN'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon • Passanante, P.C., seeking voluntary dismissal of her action against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety. *If the plaintiff seeks to re-file, she must do so in federal court*

_____
Date

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____