FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -1 PM 4:20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| | * | **MAGISTRATE JUDGE** |
| **GERALD BARNETT** | * | **KNOWLES** |
| | * | |
| Plaintiff, | * | |
| | * | |
| **V.** | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| **Civil Action No. 2:06cv485** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MERCK & CO., INC.'S WITNESS LIST

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby

identifies the following persons whom Defendant may elect to call at trial, either in

person or by deposition. This list does not include those witnesses for whom Defendant

would seek to introduce a counter-designation of prior deposition testimony if Plaintiff

seeks to introduce prior deposition testimony from the same witness. Defendant reserves

the right to supplement or amend based upon any ruling of the Court that affect the scope

of evidence in this trial. Defendant also reserves the right to call, live or by deposition,

Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 812999v.1

any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition

testimony, (iii) who has yet to be deposed, or (iv) as may be called consistent with

applicable law.  By identifying the witnesses below, Defendant does not intend to waive

any of its objections to deposition testimony, exhibits, or other evidence or argument.

Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well

as opinion testimony related to their duties (which do not regularly involve giving expert

testimony).

1)      David Anstice
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:*  Merck President for Human Health.  Anticipated
        testimony is reflected in witness' MDL deposition.

2)      Dr. Janet Arrowsmith-Lowe
        185 Eagle Creek Canyon
        Ruidoso, NM  88355
        *Testimony:*  Defendant's FDA expert.

3)      Gerald and Corinne Barnett
        606 12th Avenue South
        North Myrtle Beach, SC 29582
        *Testimony:*  Plaintiffs

4)      Susan Baumgartner
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:*   Former Marketing Manager at Merck.   Anticipated
        testimony is reflected in witness' MDL deposition.

5)      Dr. Curtis Bryan
        933 Medical Circle
        Myrtle Beach, SC 29572
        *Testimony:* Gerald Barnett's heart surgeon

6)        Gregory Curfman, M.D.
          10 Shattuck Street
          Boston, MA 02115-6094
          *Testimony:*   Executive editor for the *New England Journal of
          Medicine.*   Anticipated testimony is reflected in witness' MDL
          deposition.

7)        Dr. Thomas DeBauche
          11303 Fallbrook, Suite 130
          Houston, Texas  77065
          *Testimony:* Defendant's cardiology expert

8)        Dr. Stephen Epstein, M.D.
          c/o William Schultz
          Zuckerman Spaeder LLP
          1800 M Street, NW
          10th Floor
          Washington, DC 20036-5802
          *Testimony:* Anticipated testimony is reflected in witness' MDL
          deposition.

9)        Dr. Nicholas Flavahan
          Professor of Internal Medicine and Physiology
          Heart and Lung Research Institute
          The Ohio State University
          473 West 12th Avenue
          Columbus, OH  43210
          *Testimony:* Defendant's pharmacology expert

10)       Dr. Barry Gertz
          Merck & Co., Inc.
          One Merck Drive
          Whitehouse Station, NJ 08889
          *Testimony:* Executive Vice President of Clinical Research at
          Merck Research Laboratories.

11)       Raymond Gilmartin
          c/o Bartlit Beck Herman Palenchar & Scott LLP
          Courthouse Place
          54 West Hubbard Street
          Chicago, IL 60610
          *Testimony:* Former CEO of Merck & Co., Inc.

12)     Dr. Mark Karavan
        Cardiology Gastroenterology Associates of Myrtle Beach
        945 82nd Parkway
        Suite 3 (2d Floor)
        Myrtle Beach, S.C. 29572
        *Testimony:*  Plaintiff Gerald Barnett's Cardiologist.

13)     KyungMann Kim, Ph.D.
        Departments of Biostatistics & Medical
         Informatics and Statistics
        University of Wisconsin-Madison
        K6/438 Clinical Sciences Center
        600 Highland Avenue
        Madison, Wisconsin 53792-4675
        *Testimony:* Defendant's biostatistics expert

14)     Dr. Michael McCaffrey
        8170-8171 Rourk Street
        Myrtle Beach, SC 29572
        Plaintiff Gerald Barnett's former neurologist

15)     Malachi Mixon
        c/o Stephen G. Sozio, Esq.
        Jones Day
        901 Lakeside Avenue
        Cleveland, Ohio  44114
        *Testimony*: Responds to Dr. Topol's testimony re alleged
        conversation between Mixon and Ray Gilmartin.

16)     Dr. Michael Mikola
        945 82nd Parkway
        Suite 2
        Myrtle Beach, SC 29572
        *Testimony:*  Plaintiff Gerald Barnett's former Internist

17)     Dr. Briggs Morrison
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Vice President of Clinical Research at Merck
        Research Laboratories.

18)     Dr. Alan Nies
        c/o Bartlit Beck Herman Palenchar & Scott LLP
        Courthouse Place
        54 West Hubbard Street
        Chicago, IL 60610
        *Testimony:* Former Senior Vice President of Clinical Research at
        Merck Research Laboratories.

19)     Dr. Alise Reicin
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Vice President of Clinical Research at Merck
        Research Laboratories.

20)     Dr. Paul Roach
        2906 Scenic Drive
        Austin, Texas
        *Testimony:* Defendant's cardiology expert

21)     Dr. Nancy Santanello
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Executive Director of Epidemiology at Merck.

22)     Dr. Edward Scolnick
        c/o Bartlit Beck Herman Palenchar & Scott LLP
        Courthouse Place
        54 West Hubbard Street
        Chicago, IL 60610
        *Testimony:* Former President of Merck Research Laboratories.

                        Respectfully submitted,

                        Dorothy H. Wimberly

                        Phillip A. Wittmann, 13625
                        Dorothy H. Wimberly, 18509
                        STONE PIGMAN WALTHER
                        WITTMANN LLP
                        546 Carondelet Street
                        New Orleans, Louisiana 70130
                        Phone: 504-581-3200
                        Fax:    504-581-3361

                        Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Merck Witness List has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark P. Robinson by e-mail, and upon all parties electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 1st day of June, 2006.

Dorothy H. Wimberly

812999v.1