UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -1 PM 4:07
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION: | | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES: | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

## PLAINTIFFS' CROSS-NOTICE OF THE
## PLAINTIFFS' DEPOSITION OF DR. JEROME AVORN

TO:  The parties in all cases consolidated in *In re VIOXX Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of **Dr. Jerome Avorn** will be held on **June 22 and June 23, 2006** beginning at **10 a.m. EDT**, at **Brigham and Women's Hospital, 1620 Tremont Street, Boston, MA 02120**, to continue from day to day until completed. The deposition will be video-taped by a certified court reporter and may be used at trial. You are invited to attend and participate.

This cross-notice is issued pursuant to Pre-Trial Order 9 and is based on Plaintiffs' Notice of *de Bene Esse* Videotaped Oral Trial Preservation Deposition of Dr. Jerome Avorn in *In re VIOXX Litigation*, Superior Court of New Jersey, Atlantic County, Case No. 619. The questioner/examiner will be a member of the Plaintiffs' Steering Committee.

Respectfully submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH:  (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Liaison Counsel**

___ Fee_____
___ Pro_____
_X_ Dk_____
___ CtRm____
___ Doc. No__

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008<br><br>Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371<br><br>Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663<br><br>Carlene Rhodes Lewis, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218<br><br>Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292<br><br>Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799<br><br>Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleadings has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this 1st day of June, 2006.

I further certify that the foregoing was served on the following plaintiffs' counsel via e-mail or U.S. mail, postage prepaid and properly addressed this 1st day of June, 2006:

David R. Buchanan
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

David Jacoby
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

_____