Brian A. Goldstein (N.Y. SBN 2715019)
THE BARNES FIRM, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202
Tel. 1-800-483-2050, Fax. 1-716-854-6291
e-mail: brian.goldstein@thebarnesfirm.com
Attorneys for Plaintiffs

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -2 PM 12: 56

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX Products | * | MDL Docket No. 1657 |
| Liability Litigation | * | SECTION: L |
| | * | |
| This Document Relates To: | * | Case Numbers: |
| Bartley, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02196-EEF-DEK |
| Allen, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02197-EEF-DEK |
| Anderson, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02205-EEF-DEK |
| Blodgett, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02210-EEF-DEK |
| Austin, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02211-EEF-DEK |
| Aponte, et al., v. Merck & Co., Inc., et al., | * | 2:06-cv-02215-EEF-DEK |
| Ahouse, et al., v. Merck & Co., Inc., et al. | * | 2:06-cv-02216-EEF-DEK |

**************************************

Judge Fallon
Magistrate Judge Knowles

### NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT ALL PARTIES AND THEIR COUNSEL OF RECORD:

Counsel identified above, who is admitted to practice before and is in good standing with the United States District Court for the Western District of New York,

/ / /

/ / /

/ / /

/ / /

/ / /

1

hereby respectfully makes his appearance *pro hac vice* pursuant to Pretrial Order 1, paragraph 11.

Dated: May 26, 2006

Respectfully submitted,

By _____
Brian A. Goldstein
THE BARNES FIRM, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202
Tel. 1-800-483-2050, Fax. 1-716-854-6291
e-mail: brian.goldstein@thebarnesfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8A on this 26th day of May, 2006.

By _____
Brian A. Goldstein

2