Barnett Merck Counter Designations- Scolnick 3/22/05

*π's objections!*

| | |
|---|---|
| [122:10] - [122:15] | 5/31/2006   Scolnick, Edward 3/22/05 |

```
page 122
10        Q.    So, you had the need for the
11   study, you just didn't design a good one.
12   Is that fair to say?
13        A.    We considered many study
14   designs before the approved design was
15   conceptualized.
```

[146:6] - [147:4]        5/31/2006   Scolnick, Edward 3/22/05

```
page 146
6         Q.    Well, we at least know that
7    you're getting reports of it, that you're
8    having summarized out of thousands of
9    reports, right, Exhibit 10?
10        A.    Again, I've --
11             MR. PERSCHETZ:   Object to    ] Remove objection.
12        the form.
13             THE WITNESS:   -- tried to
14        explain to you the fact that when
15        a drug goes on the market, adverse
16        experience reports are reported on
17        every drug, including Vioxx.  And
18        the challenge for analyzing those
19        reports is to try to figure out
20        whether they're happening by
21        chance associated with the drug or
22        whether the drug is actually
23        causing the adverse experiences
24        reported in the reports.
page 147
1              And we did this -- we did
2         this routinely and very, very
3         carefully for every drug we ever
4         brought on the market.
```

[157:15] - [158:14]        5/31/2006   Scolnick, Edward 3/22/05

```
page 157
15        Q.    You couldn't afford to wait
16   for that VIGOR study to get done; could
17   you?
18        A.    No, that's not true.  That
19   was a study that was planned for being
20   done after the drug was approved and was
21   going to provide additional data about
22   gastrointestinal safety for the drug.
23        Q.    But, sir, the VIGOR study,
24   you could not afford to wait until it was
page 158
1    over to market your drug, because if you
2    waited, Merck would be a different
3    company.  You never would have made May
4    22nd of '99; right?
5         A.    The VIGOR study was not
6    required to market the drug.
7         Q.    I'm not asking did the FDA
8    require it.  I'm talking about, did you
9    market the drug before you got the VIGOR
10   results in?
11        A.    Yes, we did.  The VIGOR
12   trial was never planned as part of the
13   very large NDA for the initial approval
14   of Vioxx.
```

[159:18] - [160:9]        5/31/2006   Scolnick, Edward 3/22/05

```
page 159
18        Q.    Then also in the year 2000,
19   you never ordered or had done a CV
```

Barnett Merck Counter Designations- Scolnick 3/22/05

```
20   specific study; true?
21          MR. PERSCHETZ:  Object to        Renew objection.
22   the form.
23          THE WITNESS:  We                 π's objection: Non responsive.
24   immediately, upon having the VIGOR      Witness does not answer
page 160                                     question.
1    results, did many additional data
2    analyses on studies that we had to
3    try to interpret the meaning of
4    the VIGOR results.  And we did, in
5    the end, come up with a study to
6    measure cardiovascular outcomes.
7          MR. LANIER:  Objection,
8    nonresponsive.
9    BY MR. LANIER:                          renew objection
```

[237:8] - [239:3]     5/31/2006   Scolnick, Edward 3/22/05

```
page 237
8          Q.    But the truth be told, even
9    aspirin, if you'd used aspirin, even
10   aspirin couldn't help the heart as much
11   as naproxen would have to to come up with
12   these results; right?
13         A.    Aspirin, to my knowledge,
14   had never been studied in this kind of
15   patient population.
16         Q.    That wasn't my question,
17   sir.
18               My point is, y'all had so
19   many more heart attacks and strokes in
20   your Vioxx group than the naproxen, that
21   if the real reason why is because
22   naproxen was helpful, that naproxen would
23   have to be two, three, four times better
24   for you than even aspirin; right?
page 238
1          A.    I can't conclude that.
2    Aspirin has not been studied in patients
3    with rheumatoid arthritis in this kind of
4    trial.  There was no way to make that
5    quantitative comparison.
6          Q.    Well, naproxen hadn't been
7    studied in any other trials to show that
8    it was cardioprotective.  It never had
9    been shown that in any of the testing
10   ever done; true?
11         A.    That is true, and I've tried
12   to explain to you why that study could
13   not have been done.
14         Q.    Well, sir, that study is
15   going to be an end result of every study
16   with naproxen.  You're always going to --
17   when you study naproxen, you're going to
18   compare the favorable outcomes on a
19   cardio basis with those that don't;
20   right?
21         A.    Not compared to placebo to
22   really be able to answer that question.
23         Q.    Fine.  Compared to other
24   NSAIDs; true?
page 239
1          A.    If naproxen had been studied
2    that way, then some day it could have
3    been achieved.
```

Barnett Merck Counter Designations- Scolnick 4/29/05

π's objections:

| | |
|---|---|
| [115:12] - [115:16] | 5/31/2006   Scolnick, Edward 4/29/05 |

page 115
12        Q.       Well, when you sent this, were you
13   sending it as a scientist, sir?
14        A.       Yes, because it was in my capacity as
15   head of the research laboratories to these people
16   who reported to the research laboratories.

[129:11] - [130:3]    5/31/2006   Scolnick, Edward 4/29/05

page 129
11                 THE WITNESS:  No, actually, that is
12   not the conclusion that anyone drew or was certain
13   of.  The question was raised as to what the source
14   of that metabolite was in the source of the
15   prostacyclin and whether it was systemic or whether
16   it was not systemic.
17   BY MR. BUCHANAN:
18        Q.       I see.  So, if it was systemic, that
19   would mean that prostacyclin that was produced
20   ordinarily in the vasculature was being suppressed
21   by Vioxx; true?
22                 MR. MAYER:  Object to the form.     Remove objection.
23                 THE WITNESS:  I don't think anyone
24   had any evidence nor felt that prostacyclin was
25   produced in the vasculature.  No one really knew
page 130
1    where prostacyclin was produced exactly, in what
2    organs, and the relationship of any of that to the
3    metabolite in the urine.  None of that was known.

[152:4] - [152:9]    5/31/2006   Scolnick, Edward 4/29/05

page 152
4    preapproval.
5         Q.       You didn't give him the result of a
6    CV outcomes trial preapproval; right?
7         A.       We gave them an analysis of all the
8    cardiovascular events in our NDA, which showed no
9    evidence that Vioxx caused CV events.

[231:4] - [231:15]    5/31/2006   Scolnick, Edward 4/29/05

page 231
4         Q.       Sir, did you ever just do a
5    calculation to figure out what the implication to
6    the public could be that were using your drug if
7    your drug really was cardiotoxic, as you thought on
8    March 9?
9                  MR. PERSCHETZ:  Object to the form.     Remove objections.
10                 MR. MAYER:  Objection to the
11   question.
12                 THE WITNESS:  The answer to your
13   question, I didn't make that calculation.  I
14   considered patient safety, as I always have, and all
15   the data supported our hypothesis.

[232:5] - [232:7]    5/31/2006   Scolnick, Edward 4/29/05

page 232
5         Q.       So, you knew --
6         A.       And we made all of the data available
7    instantly anyway.

[232:12] - [232:19]    5/31/2006   Scolnick, Edward 4/29/05

page 232
12        Q.       Did you ever send an e-mail out to
13   the people on this e-mail list and let them know,
14   guys, I think I made a mistake?
15                 MR. MAYER:  Object to form.

Barnett Merck Counter Designations- Scolnick 4/29/05

```
                         16            THE WITNESS:  Substantial period of
                         17   time later with even more analysis, I told them that
                         18   I thought they had done a great job and that I was
                         19   confident in the safety of the drug.
```

[233:10] - [233:19]     5/31/2006    Scolnick, Edward 4/29/05

```
                         page 233
                         10       Q.       But you weren't so worried to tell
                         11   the FDA, were you?
                         12       A.       The FDA had all the data.  The FDA
                         13   has competent scientists and can judge the data for
                         14   themselves.  They knew that this was a new finding
                         15   potentially for naproxen.  They could interpret the
                         16   data for themselves, and had they been concerned,
                         17   they would have expressed that to us and told us if
                         18   they were that concerned with the aggregate of data,
                         19   do something differently.
```

[236:25] - [237:18]     5/31/2006    Scolnick, Edward 4/29/05

```
                         page 236
                         25       Q.       And if they asked you, you would have
                         page 237
                         1    told them you were worried?
                         2        A.       I would have told them my concerns,
                         3    what we did, what conclusions we reached.
                         4        Q.       Would you have told them you were
                         5    worried?
                         6             MR. PERSCHETZ:  He said he would have
                         7    told him his concerns.
                         8             MR. MAYER:  Objection.
                         9             THE WITNESS:  I would have told them
                         10   my concerns --
                         11            MR. BUCHANAN:  Your objection is
                         12   noted.
                         13            THE WITNESS:  -- or my worries and
                         14   what the data was and what our conclusions were and
                         15   had a dialogue with them if they had asked me.  My
                         16   regulatory affairs people routinely have discussions
                         17   like that with the FDA.  They are my instrument for
                         18   dealing with the FDA.
```

*Remove objections.* (handwritten annotation)

[244:19] - [244:25]     5/31/2006    Scolnick, Edward 4/29/05

```
                         page 244
                         19       Q.       You were trying to convey to people
                         20   that it was, in fact, naproxen that was reducing the
                         21   risk?  That's why you reported the numbers that way?
                         22       A.       We were -- had concluded that it was
                         23   naproxen which had lowered the risk, and the press
                         24   release expressed our view, and it stated this was a
                         25   new finding for naproxen.
```

[247:20] - [248:9]      5/31/2006    Scolnick, Edward 4/29/05

```
                         page 247
                         20       Q.       Is that right?
                         21       A.       That's what --
                         22       Q.       You can't --
                         23       A.       Tylenol is not sufficient as a
                         24   painkiller to patients with osteoarthritis, and,
                         25   therefore, the trial could not be done, and I had to
                         page 248
                         1    accept that because they felt that way unanimously,
                         2    very strongly, that you couldn't do the trial, and
                         3    if the alternative was to do it against another
                         4    comparator nonsteroidal, it might not give as clear
                         5    an answer.  And so we were in a conundrum about what
                         6    trial to do at that point.
                         7        Q.       Well, you were the boss; right?
```

Barnett Merck Counter Designations- Scolnick 4/29/05

[254:5] - [254:23]   5/31/2006   Scolnick, Edward 4/29/05

```
page 254
 5         Q.      When did you do a CV outcomes study
 6  of any design comparing Vioxx to a comparator agent
 7  with the primary endpoint being cardiovascular
 8  events?
 9                 MR. PERSCHETZ:  Object to the form.      ] Remove objection.
10                 THE WITNESS:  After debating many
11  protocols, we decided that we wanted -- the only way
12  we would answer any lingering doubt was to do it
13  against placebo and finally came up with a protocol
14  for doing that.
15  BY MR. BUCHANAN:
16         Q.      Right.  You didn't design a specific
17  trial with a predetermined endpoint to monitor
18  cardiovascular events, though; did you?
19                 MR. MAYER:  Object to the form.          ] Remove objection.
20                 THE WITNESS:  We did not do that.  We
21  aggregated three large trials with a predefined
22  endpoint to be cardiovascular mortality with an
23  ample power to look for cardiovascular events.
```

[268:22] - [269:10]   5/31/2006   Scolnick, Edward 4/29/05

```
page 268
22         Q.      So, someone was speculating that if
23  you did Vioxx versus Tylenol, people may fall out of
24  the Tylenol arm over time because it was
25  ineffective; is that right?
page 269
 1         A.      Yes.  Not speculating, but saying it
 2  just as in -- the same manner as on this slide, that
 3  was another point brought up many times during the
 4  discussion.
 5         Q.      Well, that's what I'm wondering.  I
 6  don't see it on this slide.  Do you see that point     → R.401/402
 7  raised on this slide, sir?                               Irrelevant
 8         A.      I do not, but it was something people
 9  talked about.  Not all points of meetings are on our
10  slides.
```

[277:2] - [278:2]   5/31/2006   Scolnick, Edward 4/29/05

```
page 277
 2         Q.      Do you respect Dr. Topol?  Yes or no?
 3         A.      I think he --
 4                 MR. PERSCHETZ:  Object to the form of  ] Remove objection.
 5  the question.  Go ahead.
 6  BY MR. BUCHANAN:
 7         Q.      Can you answer my question yes or no,
 8  sir?
 9         A.      I have mixed thoughts about his
10  publication record, so, I can't answer your
11  question.
12         Q.      Did you have mixed thoughts about his
13  publication record back in 2001?
14         A.      I can't recall.
15         Q.      Did you only have a mixed view of his
16  publication record after he started to publish
17  articles negative to Vioxx?
18                 MR. MAYER:  Object to the form.        ] Remove objection.
19                 THE WITNESS:  No.  No.
20  BY MR. BUCHANAN:
21         Q.      Well, what are you referring to then
22  concerning Dr. Topol's mixed publication record?
23         A.      I'm referring, one, to his
24  meta-analysis of the Vioxx data, which was, I've
25  been told by statisticians I respect, a completely
```

Barnett Merck Counter Designations- Scolnick 4/29/05

```
                    page 278
                    1    flawed analysis, and some of his genetics work which
                    2    has been proven to be wrong.
```

[329:5] - [329:6]       5/31/2006    Scolnick, Edward 4/29/05

```
                    page 329
                    5    litigation when this e-mail was written.  We were
                    6    totally confident in the safety of Vioxx.
```

[341:21] - [342:5]      5/31/2006    Scolnick, Edward 4/29/05

```
                    page 341
                    21       Q.      I understand.
                    22               If you felt strongly and Janet didn't
                    23   give you the answers you wanted, you would go above
                    24   Janet's head; right?
                    25       A.      I would argue the science that we
                    page 342
                    1    based our -- particularly, I think, talking about
                    2    the GI labeling of the drug.  We had pristine data
                    3    about the GI safety -- the improved GI safety of
                    4    Vioxx which had not been acknowledged in the
                    5    approvable letter, to the best of my knowledge.
```

[355:6] - [355:13]      5/31/2006    Scolnick, Edward 4/29/05

```
                    page 355
                    6        Q.      Because you were concerned that in
                    7    the COX-2 market, the drug with the better label
                    8    would sell more drug; true?
                    9            MR. MAYER:  Objection to form.
                    10           THE WITNESS:  We had substantially
                    11   better gastrointestinal safety data than our
                    12   competitor, and I wanted that to be represented in
                    13   our label.
```

*Remove objection.* [handwritten annotation next to line 9]

[376:16] - [376:24]     5/31/2006    Scolnick, Edward 4/29/05

```
                    page 376
                    16       Q.      Does the drug justify a cardiac
                    17   warning today?
                    18       A.      No.
                    19       Q.      It doesn't?
                    20       A.      It does not justify a cardiac warning
                    21   based on this data.  And the new data that you're
                    22   referring to is in very different context and
                    23   completely consistent with all the data we had here
                    24   where we didn't believe it justified a warning.
```

Barnett Merck Counter Designations- Scolnick 5/17/05

[466:12] - [466:22]   5/31/2006   Scolnick, Edward 5/17/05

```
page 466
12                THE WITNESS:  I've read newspaper
13   reports of those.  I do not have any independent way
14   of assessing that evidence or the validity of those
15   reports.
16   BY MR. BUCHANAN:
17        Q.       Well, you've seen the FDA reports as
18   well; right?
19        A.       I've seen newspaper reports of the
20   FDA reports of incidences in trials.  I don't
21   understand the calculations made from those based on
22   the data I've seen.
```

*No question. Lacks foundation.*

[476:13]   5/31/2006   Scolnick, Edward 5/17/05

```
page 476
13   both naproxen and non-naproxen NSAIDs.
```

[531:9] - [531:10]   5/31/2006   Scolnick, Edward 5/17/05

```
page 531
9    saying that we're studying it.  It really doesn't
10   state whether it will or won't work.  It outlines
```

*Lacks foundation. No question. Incomplete answer.*