A CERTIFIED TRUE COPY

JUN -5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 11:46

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 5 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

06-2970

*Gary Magratten v. Merck & Co., Inc.*, N.D. California, C.A. No. 3:06-2371

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER   SECT.L MAG 3

A conditional transfer order was filed in this action (*Magratten*) on May 2, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Magratten* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-48" filed on May 2, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

INVOLVED COUNSEL LIST
DOCKET NO.1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Gary Magratten
26901 Ridge Road
Willits, CA 95490

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Catherine D. Maida<br>Acting Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:            [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

June 5, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    *Gary Magratten v. Merck & Co., Inc.,* N.D. California, C.A. No. 3:06-2371

Dear Ms. Whyte:

    A conditional transfer order was filed in the above matter on <u>May 2, 2006</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

                                             Very truly,

                                             Catherine D. Maida
                                             Acting Clerk of the Panel

                                             By _____
                                                     Docket Specialist

Enclosures

cc:    Transferee Judge:  Judge Eldon E. Fallon
        Transferor Judge:  Judge Marilyn Hall Patel
        Transferor Clerk:  Richard W. Wieking

                                                                                                                                                                JPML Form 68a