

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -6 PM 3: 04
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 05-04117; 05-04131; 05-04148; 05-04132; 05-04150

ESTHER C. BREUER,

          Plaintiff,

v.

MERCK & CO., INC.,

          Defendant.

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**ENTRY OF APPEARANCE**

    Dan H. Ball, Stephen G. Strauss, Richard P. Cassetta, Randy J. Soriano, and Jennifer L. Aspinall, of Bryan Cave LLP, hereby enter their appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8A.

                        Respectfully submitted,

                        */s/ Dorothy H. Wimberly*
                        Phillip A. Wittmann, 13625
                        Dorothy H. Wimberly, 18509
                        STONE PIGMAN WALTHER WITTMANN LLP
                        546 Carondelet Street
                        New Orleans, Louisiana 70130
                        Phone: 504-581-3200
                        Fax:   504-581-3361
                        Defendants' Liaison Counsel

___ Fee_____
___ Process_____
_X_ Dkt_____
___ CtRmDep_____
8133 Doc. No_____

Dan H. Ball
Robert T. Ebert, Jr.
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 6th day of June, 2006.

*[signature]*

813331v.1