RECEIVED
JUN - 7 2006
CLERKS OF



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

## MOTION AND ORDER FOR LEAVE TO FILE OPPOSITION UNDER SEAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Opposition To PSC's Motion for Rule 37(b)(2)(B) Remedial Relief for Merck's Examination of David Graham, M.D. under seal. The opposition should be filed under seal as it discusses matters which are privileged in nature.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted leave to file the its Opposition To PSC's Motion for Rule 37(b)(2)(B) Remedial Relief for Merck's Examination of David Graham, M.D. under seal.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Order for Leave to File Opposition To PSC's Motion for Rule 37(b)(2)(B) Remedial Relief for Merck's Examination of David Graham, M.D. Under Seal has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of June, 2006.

*Dorothy H. Wimberly*

813831v.1