UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN  8 2006
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Order to File Opposition Memorandum Under Seal,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Opposition To PSC's Motion for Rule 37(b)(2)(B) Remedial Relief for Merck's Examination of David Graham, M.D. under seal.

NEW ORLEANS, LOUISIANA, this 8th day of June, 2006.

_____
DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____
813831v.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAGISTRATE |
| | * | JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * *

**MERCK & CO., INC.'S OPPOSITION TO PSC'S MOTION FOR RULE 37(B)(2)(B)
REMEDIAL RELIEF FOR MERCK'S EXAMINATION OF DAVID GRAHAM, M.D.**

# FILED UNDER SEAL
# SUBJECT TO CONFIDENTIALITY
# ORDER DATED MAY 24, 2005