**Barnett v. Merck Co.**
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

Exhibit "A"

| Ex. No. | Date | Begin Bates | End Bates | Description | Plaintiff's Objections | Ruling |
|---|---|---|---|---|---|---|
| DX 0002 | 12/16/94 | MRK-I8940000001 | MRK-I8940001902 | Letter from MRL to FDA re: Original IND: L-748,731 | No Objection | Admissible |
| DX 0004 | 03/01/95 | | | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | No Objection | Admissible |
| DX 0013 | 11/21/96 | MRK-AAB0024016 | MRK-AAB0024023 | Memorandum from T. Musliner to B. Friedman, et al. | No Objection | Admissible |
| DX 0015 | 01/16/97 | MRK-I8940015949 | MRK-I8940015964 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) | No Objection | Admissible |
| DX 0026 | 04/13/98 | MRK-AAC0019509 | MRK-AAC0019519 | Project Team Meeting Minutes | No Objection | Admissible |
| DX 0027 | 05/03/98 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review -- Vioxx Program | No Objection | Admissible |
| DX 0030 | 06/08/98 | MRK-ABH0014141 | MRK-ABH0014192 | Minutes from May VIOXX project team | No Objection | Admissible |
| DX 0031 | 06/22/98 | MRK-ABI0001204 | MRK-ABI0001204 | Email from Scolnick re: VIOXX strategy | No Objection | Admissible |
| DX 0038 | 10/22/98 | MRK-AAC0041008 | MRK-AAC0041011 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | No Objection | Admissible |
| DX 0040 | 10/26/98 | MRK-OS420124072 | MRK-OS420124403 | 'E. Clinical Safety' Vioxx Clinical Documentation | No Objection | Admissible |
| DX 0043 | 11/23/98 | MRK-OS420000001 | MRK-OS420166451 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | No Objection | Admissible |
| DX 0050 | 12/16/98 | MRK-I8940042881 | MRK-I8940042984 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol | No Objection | Admissible |
| DX 0058 | 10/24/97 | MRK-AAA 0800014 | MRK-AAA 0800014 | Catella-Lawson Letter | R. 401, R. 402, R.403 | |
| DX 0059 | 03/08/99 | MRK-AAC0013130 | MRK-AAC0013132 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | No Objection | Admissible |
| DX 0060 | 03/08/99 | MRK-ABC0006396 | MRK-ABC0006404 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | No Objection | Admissible |
| DX 0067 | 05/01/99 | MRK-LBL0000027 | MRK-LBL0000030 | PI 9183800 | No Objection | Admissible |
| DX 0073 | 05/20/99 | MRK-9942002I411 | MRK-9942002I434 | Letter from FDA to MRL re: NDA 21-042 | No Objection | Admissible |
| DX 0079 | 08/30/99 | MRK-AAB0029224 | MRK-AAB0029273 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | No Objection | Admissible |

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Plaintiff's Objections | Ruling |
|---|---|---|---|---|---|---|
| DX 0080 | 09/01/99 | MRK-LBL0000031 | MRK-LBL0000034 | PI 9183801 | No Objection | Admissible |
| DX 0088 | 10/06/99 | MRK-99420023355 | MRK-99420023462 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | No Objection | Admissible |
| DX 0091 | 10/28/99 | MRK-99420023527 | MRK-99420023528 | Letter from FDA to MRL re: NDA 21-042/S-003 | No Objection | Admissible |
| DX 0114 | 03/22/00 | MRK-ABH0017550 | MRK-ABH0017551 | E-mail from Reicin to Scolnick et al. | R. 401, R. 402, R.403 | Ruling Reserved |
| DX 0116 | 03/23/00 | MRK-18940060171 | MRK-18940060238 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | No Objection | Admissible |
| DX 0117 | 03/26/00 | MRK-ABH0017794 | MRK-ABH0017796 | Dear Investigator Letter | No Objection | Admissible |
| DX 0119 | 03/27/00 | MRK-PRL0000114 | MRK-PRL0000115 | Press release re preliminary results of GI outcomes study | No Objection | Admissible |
| DX 0125 | 04/21/00 | MRK-00420003972 | MRK-00420003973 | Fax from FDA to MRL | No Objection | Admissible |
| DX 0134 | 05/09/00 | MRK-ERN0076919 | MRK-ERN0076920 | Memo re: MK-0966 Protocols -078 and -091 | No Objection | |
| DX 0145 | 06/29/00 | MRK-00420008017 | MRK-00420019547 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | No Objection | Admissible |
| DX 0146 | 07/01/00 | MRK-LBL0000047 | MRK-LBL0000050 | PI 9183806 | No Objection | Admissible |
| DX 0147 | 07/15/00 | MRK-ACR0011080 | MRK-ACR0011084 | Email from Scolnick to Greene et al. | No Objection | Admissible |
| DX 0148 | 08/03/00 | MRK-00420021830 | MRK-00420021831 | Letter from FDA to MRL re: NDA 21-042/S-007 | No Objection | Admissible |
| DX 0150 | 08/07/00 | MRK-00420021832 | MRK-00420021835 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | No Objection | Admissible |
| DX 0155 | 10/13/00 | MRK-00420027869 | MRK-00420027981 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | No Objection | |
| DX 0157 | 11/27/00 | MRK-00420028062 | MRK-00420028066 | Fax from FDA to MRL | No Objection | Admissible |
| DX 0173 | 01/08/01 | MRK-18940064922 | MRK-18940065038 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | No Objection | Admissible |
| DX 0186 | 02/04/01 | MRK-ACT0009918 | MRK-ACT0009918 | Email from Harry Guess to A. Nies, A. Reicin, H. Guess | No Objection | Admissible |
| DX 0187 | 02/08/01 | MRK-H005655 | MRK-H005888 | FDA Advisory Committee Hearing, Transcript | No Objection | Admissible |
| DX 0188 | 02/08/01 | MRK-ABR0000214 | MRK-ABR0000349 | Merck Slide Show Presentation to FDA Advisory Committee | No Objection | Admissible |
| DX 0189 | 02/08/01 | MRK-PRL0000170 | MRK-PRL0000172 | Press Release | No Objection | Ruling Reserved |

**Barnett v. Merck Co.**
**Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List**

Exhibit "A"

| Ex. No. | Date | Begin Bates | End Bates | Description | Plaintiff's Objections | Ruling – Irvin 2 |
|---|---|---|---|---|---|---|
| DX 0196 | 03/02/01 | MRK-ACD0003158; MRK-N05200610 | MRK-ACD0003185; MRK-ACD0006163 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | No Objection | Admissible |
| DX 0207 | 04/06/01 | MRK-0142009056 | MRK-0142009059 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | No Objection | Admissible |
| DX 0230 | 07/12/01 | MRK-0142014843 | MRK-0142015245 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | No Objection | Admissible |
| DX 0244 | 11/07/01 | MRK-AAD0111414 | MRK-AAD0111414 | Email from E. Scolnick to A. Reicin | No Objection | Admissible |
| DX 0273 | 04/11/02 | MRK-LBL0000063 | MRK-LBL0000066 | PI 9183810 | No Objection | Admissible |
| DX 0277 | 04/11/02 | MRK-AAF0005922 | MRK-AAF0005942 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | No Objection | Admissible |
| DX 0285 | 05/22/02 | MRK-S0420000029 | MRK-S0420000074 | VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | No Objection | Admissible |
| DX 0288 | 07/22/02 | MRK-I2690005334 | MRK-I2690005969 | Letter from N. Braunstein to R. Katz re: IND 55,296; MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | No Objection | Admissible |
| DX 0291 | 10/10/02 | MRK-I8940074879 | MRK-I8940075347 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | No Objection | Admissible |
| DX 0303 | 07/25/03 | MRK-I8940077717 | MRK-I8940077883 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | No Objection | Admissible |
| DX 0314 | 12/17/03 | MRK-I2690007514 | MRK-I2690008935 | Letter from MRL to FDA re: IND 46,894: VIOXX Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | No Objection | Admissible |
| DX 0315 | 11/10/00 | MRK-YNG0061569 | MRK-YNG0061570 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | No Objection | Admissible |
| DX 0319 | 03/22/04 | MRK-I8940080062 | MRK-I8940080133 | Letter from FDA to Merck | No Objection | Admissible |
| DX 0321 | 03/26/04 | MRK-AAF0015434 | MRK-AAF0015436 | Letter from FDA to MRL re: NDA 21-042 | No Objection | Admissible |
| DX 0324 | 08/19/04 | MRK-AAF0017139 | MRK-AAF0017168 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | No Objection | Admissible |
| DX 0338 | 04/06/05 | | | | No Objection | Admissible |
| DX 0339 | 12/20/99 | MRK-AAX0002759 | MRK-AAX0002759 | Letter from Weinblatt to Reicin | No Objection | Admissible |

**Barnett v. Merck Co.**
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Plaintiff's Objections | Ruling |
|---|---|---|---|---|---|---|
| DX 0341 | 06/15/05 | MRK-NJ0315838 | | NSAIDs – FDA Release | No Objection | Admissible |
| DX 0350 | 02/25/97 | MRK-NJ0315784 | MRK-NJ0315837 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | No Objection | Admissible |
| DX 0352 | 07/10/98 | MRK-AEH0009025 | MRK-AEH0009093 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | No Objection | Admissible |
| DX 0353 | 01/04/01 | MRK-AFX0019242 | MRK-AFX0019402; MRK-0042029550 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | No Objection | |
| DX 0356 | 10/30/00 | OATES 001412 | OATES 001415 | Prostaglandins Consultants Meeting | No Objection | Admissible |
| DX 0360 | 01/24/00 | MRK-AAX0002760 | MRK-AAX0002760 | Letter from Weinblatt to Reicin | No Objection | Admissible |
| DX 0361 | 02/07/00 | MRK-AAX0002761 | MRK-AAX0002766 | Letter from Reicin to Weinblatt | No Objection | Admissible |
| DX 0362 | 03/02/00 | MRK-AAX0002768 | MRK-AAX0002850 | Statistical Data Analysis Plan | No Objection | Admissible |
| DX 0363 | 04/27/00 | MRK-ABC0022825 | MRK-ABC0022878 | Board of Advisors -- Alan S. Nies, MD | No Objection | Admissible |
| DX 0364 | 02/01/01 | MRK-ABX0002367 | MRK-ABX0002404 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | No Objection | Admissible |
| DX 0368 | 10/27/97 | MRK-AHR0009546 | MRK-AHR0009546 | Memo re P023 Data | No Objection | Admissible |
| DX 0371 | 06/21/00 | MRK-00420013554 | MRK-00420013669 | CV Events Analysis | No Objection | Admissible |
| DX 0389 | 01/24/00 | MRK-AAB-0059566 | MRK-AAB-0059567, MRK-AAB-0033543 | Email chain from Capizzi to Reicin et al., re: 'Clean File: VIGOR adjudicated CV events analysis procedures' | No Objection | Admissible |
| DX 0409 | 01/24/00 | MRK-AAB0000518 | MRK-AAB0000518 | Letter from Weinblatt to Reicin | No Objection | Admissible |
| DX 0479 | 03/24/00 | MRK-00420018274 | MRK-00420018279 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) | No Objection | Admissible |
| DX 0481 | 00/00/2004 | | | Naproxen label | R. 401, R. 402 | Admissible |
| DX 0491 | 07/17/00 | 2000 NEJM 000028 | 2000 NEJM 000038 | Manuscript No. 00-1401 | No Objection | Admissible |
| DX 0546 | 03/01/89 | | | K. Green, et al., "Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | Learned treatises are not admissible. | |
| DX 0586 | 11/23/00 | MRK-ACD0086310 | MRK-ACD0086318 | Bombardier, Laine, Reicin, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | Learned treatises are not admissible. | |

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Plaintiff's Objections | Ruling |
|---|---|---|---|---|---|---|
| DX 0686 | 02/15/05 | MRK-AFK0174550 | MRK-AFK0174560 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial." The New England Jour | Learned treatises are not admissible. | |
| DX 0940 | 03/15/00 | MRK-00420014517 | MRK-00420014603 | Statistical Data Analysis Plan - Amendment No. 1 | No Objection | |
| DX 0941 | 04/11/01 | MRK-AFI0153487 | MRK-AFI0153503 | Email re: market Research Report | No Objection | Admissible |
| DX 0945 | 00/00/2006 | | | Vioxx Label | No Objection | |
| DX 2006 | 12/22/99 | MRK-AFL0000899 | MRK-AFL0000903 | Memorandum from Weinblatt to Bjorkman et al. re: VIGOR | No Objection | |
| DX 2007 | 06/20/01 | TOPIPRO0000285 | TOPIPRO0000311 | Email re: Risk of Cardiovascular Events Associated with | No Objection | |
| DX 2009 | 03/00/2006 | | | Feldene Label | R. 401, R. 402 | |
| DX 2011 | 08/10/05 | | | Mobic Label | R. 401, R. 402 | |
| DX 2013 | | | | Celebrex Label | R. 401, R. 402 | |
| DX 2014 | 00/00/2006 | | | Celebrex Label | R. 401, R. 402 | |
| DX 2015 | 01/00/2006 | | | Motrin label | R. 401, R. 402 | |
| DX 2021 | 02/02/98 | MRK-AAD0046029 | MRK-AAD0046052 | Department Technical Report No. EPR7006.005.98 | No Objection | |
| DX 2022 | 02/21/99 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | No Objection | |
| DX 2023 | 03/29/99 | MRK-AAF0001430 | MRK-AAF0001566 | Letter from MRL to FDA | No Objection | |
| DX 2024 | 12/18/00 | MRK-ABH0001077 | MRK-ABH0001238 | FDA Arthritis Advisory Committee Background Package | No Objection | |
| DX 2025 | 02/27/97 | MRK-NJ0315784 | MRK-NJ0315837 | MK-0966 GI Clinical Outcomes Study | No Objection | |
| DX 2026 | 02/08/01 | MRK-AAP0000407 | MRK-AAP0000648 | FDA Advisory Committee Hearing, Transcript | No Objection | |

Barnett v. Merck
Plaintiff's Objection to Merck's Pre-Admit Exhibit List (Conditional)

| Ex. No. | Date | Beg Bates | End Bates | Description | Ruling in TVI, if applicable | Objections |
|---|---|---|---|---|---|---|
| DX 0022 | 08/11/04 | FDACDER 011048 | FDACDER 011049 | Harvey E-mail re cox-2 ispe poster | | 401-402, 403 |
| DX 0082 | 08/12/04 | FDACDER 006056 | FDACDER 006058 | Hertz E-mail re cox-2 ispe poster | | 401-402, 403 |
| DX 0084 | 08/26/04 | FDACDER 021810 | FDACDER 021811 | Villalba E-mail re "interesting reading" | | 401-402, 403 |
| DX 0136 | 05/18/00 | MRK-ERN0252799 | MRK-ERN0252802 | Letter to Robert Utiger from Claire Bombardier | Admissible | No Objection |
| DX 0236 | 10/01/01 | MRK-AAF0007803 | MRK-AAF0007853 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | | No Objection |
| DX 0357 | 04/20/01 | MRK-ABA0009274 | MRK-ABA0009274 | Email re Follow up to meeting | | No Objection |
| DX 0358 | 06/20/01 | TOP1PRO0000285 | TOP1PRO0000311 | Email re: COX-2 manuscript | Admissible | No Objection |
| DX 0359 | 01/02/02 | MRK-AAF0007894 | MRK-AAF0007895 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets | | No Objection |
| DX 0370 | 09/03/99 | MRK-0042001401 7 | MRK-0042001426 1 | MK-0966 - Protocol / Amendment No. 088-04 | Admissible | No Objection |
| DX 0372 | 11/19/01 | MRK-AC10013233 | MRK-AC10013246 | Letter from Casoia to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets | | No Objection |
| DX 0373 | 05/02/01 | MRK-ABA0032235 | MRK-ABA0032244 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation | Admissible | No Objection |
| DX 0374 | 08/30/01 | MRK-ABA0011062 | MRK-ABA0011062 | Email re: Revisions in 6 month data | Admissible | No Objection |
| DX 0376 | 06/22/01 | TOP1PRO0000279 | TOP1PRO0000279 | Email re: Follow up | Admissible | No Objection |
| DX 0377 | 10/16/01 | EJT000323 | EJT000324 | Letter from Temple to Letters Editor | Admissible | No Objection |
| DX 0378 | 05/18/00 | 2000 NEMJ 000001 | 2000 NEMJ 000016 | Letter from Bombardier to Utiger with signature pages | Admissible | No Objection |
| DX 0380 | 06/30/00 | 2000 NEMJ 000025; 2000 NEMJ 000134 | 2000 NEMJ 000027; 2000 NEMJ 000138 | Letter from Kaplan to Bombardier | | No Objection |
| DX 0381 | 00/00/0000 | 2000 NEMJ 000005 | 2000 NEMJ 000017 | Author Signature Sheets | Admissible | No Objection |
| DX 0383 | 06/23/00 | 2000 NEMJ 000018 | 2000 NEMJ 000018 | Letter from Steinbrook to Bombardier | Admissible | No Objection |
| DX 0384 | 06/27/00 | 2000 NEJM 000022 | 2000 NEJM 000024 | Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 | Admissible | No Objection |
| DX 0414 | 05/25/04 | KP 002153 | KP 002153 | Graham email re: analysis of cox2 data | | No Objection |
| DX 0416 | 07/17/00 | MRK-ABS0361865; MRK-ABS0361902 | MRK-ABS0361866; MRK-ABS0361911 | Letter from Claire Bombardier to Marshall Kaplan | | No Objection |
| DX 0426 | 08/11/04 | FDACDER 006048 | FDACDER 006049 | Seligman E-mail re cox-2 ispe poster | | 401-402, 403 |

Barnett v. Merck
Plaintiff's Objection to Merck's Pre-Admit Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling (if Admissible) | Merck's Objection Barnett |
|---|---|---|---|---|---|---|
| DX 0434 | 05/03/01 | TOP1PRO0000282 | TOP1PRO0000283 | Email re: COX-2 Inhibitors in ACS | | 401-402, 403 |
| DX 0447 | 05/05/06 | | | Letter re: MDL-1657 Vioxx Product Liability Litigation | | 401-402, 403 |
| DX 0448 | 05/06/06 | | | Dagastino E-mail re "Part I" | | 401-402, 403 |
| DX 0470 | 10/25/04 | EJT 000191 | EJT 000191 | E-mail from Goormastic to Topol, RE: Help on stats | | No Objection |
| DX 0486 | 05/18/00 | | | Comparison of Rofecoxib, a Highly selective-inhibitor of Cox-2 Manuscript | Admissible | No Objection |
| DX 0487 | 08/20/00 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | Manuscript No. 00-1401 A Double-blind comparison of Rofecoxib and Naproxen on the incidence of clinically important upper gastrointestinal events: the VIGOR | | |
| DX 0488 | 00/00/0000 | | | Floppy Disk | | |
| DX 0489 | 05/06/00 | 2000 NEMJ 000235 | 2000 NEMJ 000282 | VIGOR Manuscript | Admissible | No Objection |
| DX 0499 | 06/20/00 | MRK-AAB0003864 | MRK-AAB0003971 | VIGOR - Clinical and statistical Documentation | Admissible | No Objection |
| DX 0900 | 00/00/0000 | NEJM 000376 | NEJM 000376 | NEJM Statement on the Expression of Concern | Admissible | No Objection |
| DX 0901 | 12/08/05 | NEJM 000040 | NEJM 000045 | Email re: Talking Points | | No Objection |
| DX 0902 | 12/12/05 | NEJM 000880 | NEJM 000881 | Expression of Concern Key Points and Q&A | | No Objection |
| DX 0903 | 12/08/05 | NEJM 000001 | NEJM 000001 | Email re Probable Early Releases Tomorrow PM | | 401, 403 |
| DX 0904 | 12/08/05 | NEJM 000661 | NEJM 000663 | Email re Vigor Editorial points from Merck | | 401-402, 403 |
| DX 0905 | 12/08/05 | NEJM 000533 | NEJM 000533 | Email re 'for talking points'. | | 401-402, 403 |
| DX 0906 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical | | No Objection |
| DX 0907 | 12/07/05 | NEJM000108 | NEJM000109 | Email re: NEJM Expression of Concern | | No Objection |
| DX 0908 | 12/08/05 | NEJM000023 | NEJM000025 | Email re: Release of Expression of Concern regarding the Vigor article | | No Objection |
| DX 0909 | 12/08/05 | NEJM000107 | NEJM000107 | Email re NEJM Article re Expression of Concern | | No Objection |
| DX 0910 | 12/12/05 | NEJM000011 | NEJM000014 | Email re: NEJM Expression of Concern | | No Objection |
| DX 0911 | 01/16/06 | NEJM000033 | NEJM000039 | Email re: responses to the NEJM expression of concern | | No Objection |
| DX 0912 | 00/00/0000 | 2000NEMJ000136 | 2000NEMJ000136 | NEJM Memo re Suggestion for Transmittal to Authors | Admissible | No Objection |

Barnett v. Merck
Plaintiff's Objection to Merck's Pre-Admit Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in (in2 (if applicable) | Plts Objection Barnett |
|---|---|---|---|---|---|---|
| DX 0913 | 08/30/04 | FDACDER 010352 | FDACDER 010353 | Trontell E-mail re Vioxx/Merck update Monday August 30 | | 401-402, 403 |
| DX 0914 | 01/16/06 | NEJM001111 | NEJM001114 | Email re Submission of Response to Curfman et al | | No Objection |
| DX 0915 | 07/11/05 | NEJM001093 | NEJM001097 | Email re Clinical Trials | Admissible | No Objection |
| DX 0916 | 07/08/05 | NEJM000211 | NEJM000214 | Email re: VIGOR manuscript | Admissible | No Objection |
| DX 0917 | 10/29/04 | FDACDER 022462 | FDACDER 022470 | Review of reports of FDA/Kaiser Vioxx study: Questions about inconsistencies and Bias | | 401-402, 403 |
| DX 0918 | 10/29/04 | FDACDER 022789 | FDACDER 022789 | Horton E-mail re need to talk | | 401-402, 403 |
| DX 0923 | 12/10/05 | NEJM 000849 | NEJM 000851 | Email from Cafasso re: Downloads for EOC | | 401-402, 403 |
| DX 0924 | 12/07/05 | NEJM 000531 | NEJM 000531 | Email from Pederson re: Update on Expression of Concern | | 401-402, 403 |
| DX 0925 | 01/03/06 | NEJM 000445 | NEJM 000445 | Email re: Washington Post editorial | | 401-402, 403 |
| DX 0926 | 12/09/05 | NEJM 000539 | NEJM 000540 | Email re: Next Steps | | 401-402, 403 |
| DX 0927 | 12/08/05 | NEJM 000303 | NEJM 000304 | Email re: Statement for the press | | 401-402, 403 |
| DX 0929 | 11/14/04 | KP 001136 | KP 001138 | Graham E-mail re "Paper" | | No Objection |
| DX 0930 | 02/28/01 | MRK-AKT0720077 | MRK-AKT0720080 | Letter re: Request for information to Dr. Robinette | | 401-402, 403 |
| DX 0935 | 11/15/04 | FDACDER 022247 | FDACDER 022249 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" | | 401-402, 403 |
| DX 0936 | 11/01/04 | EJT 000207 | EJT 000207 | Graham E-mail re 60 Minutes | | 401-402, 403 |
| DX 0937 | 10/06/04 | FDACDER 022681 | FDACDER 022681 | Graham E-mail re COX-2 AMI study | | 401-402, 403 |
| DX 0938 | | FDACDER 005940 | FDACDER 005940 | Incidence rate chart | | No Objection |
| DX 0942 | 10/23/04 | KP 002315 | KP 002315 | Cheetham E-mail re Recoding Vioxx | | 401-402, 403 |
| DX 0946 | 10/22/04 | FDACDER 022409 | FDACDER 022409 | Graham E-mail re cox-2 manuscript | | No Objection |
| DX 0947 | 11/11/04 | KP 001133 | KP 001133X | Graham E-mail re revised cox-2 | | No Objection |
| DX 1048 | 05/03/01 | | | Email re COX-2 Inhibitors in ACS | | document not provided by Merck |
| DX 2001 | 06/30/00 | 2000NEMJ000025 | 2000NEMJ000027 | Letter re Comparison of Rofecoxib a Highly Selective Inhibitor of COX-2 and Naproxen on the Incidence of Clinically Important Upper Gastrointestinal Events | | No Objection |
| DX 2002 | 06/30/00 | 2000NEMJ000025; 2000NEMJ000134 | 2000NEMJ000027; 2000NEMJ000138 | Memo re Manuscripts | | No Objection |
| DX 2003 | 08/16/00 | MRK-AAD0019397 | MRK-AAD0019398 | Letter from Steinbrook to Bombadier re: manuscript | | No Objection |

Barnett v. Merck
Plaintiff's Objection to Merck's Pre-Admit Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in rd1/rd2 If applicable | P's Objection - Barnett |
|---|---|---|---|---|---|---|
| DX 2004 | 10/13/00 | MRK-N0520004122 | MRK-N0520004l232 | Safety Update Report NDA 21-052/S-004 | | No Objection |
| DX 2005 | 12/18/00 | MRK-00420029550 | MRK-00420029550 | Letter re: Draft Background Package for Arthritis Advisory Committee | | No Objection |
| DX 2008 | 10/01/01 | MRK-ABI0003148 | MRK-ABI0003155 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | | 401-402, 403 |
| DX 2017 | 05/03/01 | TOP1PRO0000282 | TOP1PRO0000283 | Email re COX-2 Inhibitors in ACS | | 401-402, 403 |
| DX 2018 | 10/25/04 | EJT 000191 | EJT 000191 | Email from Goormastic to Topol re: help on stats. | | No Objection |
| DX 2019 | 11/12/04 | | | Email from Goormastic to Topol re: one other comparison. | | No Objection |
| DX 2020 | 03/01/01 | MRK-AAR0028794 | MRK-AAR0028813 | Selling Clinics | | 401-402, 403 |