UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Collins v. Merck & Co., Inc., et al.*, 06-798

### ORDER

IT IS ORDERED that the Plaintiff's Motion to Stay All Proceedings Pending Court Ruling on Plaintiff's Renewed Motion for Remand (Rec. Doc. 4887) and the Defendants' Motion to Enforce Arbitration Agreement (Rec. Doc. 4636) are CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  7th  day of  June , 2006.

_____
UNITED STATES DISTRICT JUDGE