# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX        * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION  * | |
| * | SECTION: L(3) |
| * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Pete v. Merck & Co., Inc., et al.*, **06-1488**

### ORDER

IT IS ORDERED that Acadian Ambulance's Motion to Dismiss (Rec. Doc. 4886) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  7th  day of  June , 2006.

                                                                */s/ Eldon E. Fallon*
                                              UNITED STATES DISTRICT JUDGE