UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Malone v. Merck & Co., Inc., et al.*, 05-6604

### ORDER

IT IS ORDERED that Dr. R. Vaclav Hamsa's Motion to Dismiss (Rec. Doc. 4276) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  7th  day of  June , 2006.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE