UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 PM 2:32

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
Products Liability Litigation

MDL NO. 1657

SECTION: L

## ORDER

Considering the procedures established by the court for the management of this complex multi-district litigation and the new requirements of electronic filing in this court, attorneys are to observe the following directives:

1. You must file all pleadings in 05 MDL 1657 only. Do not attempt to file pleadings in a member case.

2. When filing electronically, do not associate yourself as counsel for any party. Court staff will create this association in the applicable case. Liaison counsel will receive all notices from the court, and you will continue to receive notice from Lexis/Nexis.

3. When filing in the master case, select the party "Plaintiff" or "Defendant". Do not add your client as a new party.

4. When filing an answer that has a cross-claim, counterclaim, or third party complaint, do not select these options. Simply select the event "Answer to Complaint" and court staff will add the parties and the new claim to the applicable case.

5. When docketing return of service, do not use any events in the "Service of Process' category as this would create deadlines which do not apply in this litigation. Only use the "Notice (Other)" event which is listed under the "Other Filings" category.

6. Notice all hearings before Judge Fallon. Do not notice hearings before the Magistrate Judge. All motions should be noticed for hearing on the monthly Pre-Trial Conference date.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**REMINDER:**

(A) When a pleading is intended to apply to less than all cases (a specific case), this Court's docket number for the individual cases to which the pleading relates shall appear in the caption of the document. The following is a sample of how the captions should appear for a "specific" case:

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>Section: L |
| This Document Relates to:<br>    05-CV-1234<br>    05-CV-5678<br>    05-CV-9012 | Judge Fallon<br>Magistrate Judge Knowles |

(B) When a pleading is intended to apply to all cases, this Court's docket number for the MDL case shall appear in the caption of the document. The following is a sample of how the caption should appear for a general MDL pleading:

| | |
|---|---|
| In Re: VIOXX<br>       Products Liability Litigation | MDL No. 1657<br><br>Section: L |
| This Document Relates to All Cases | Judge Fallon<br>Magistrate Judge Knowles |

New Orleans, Louisiana, this 5th day of June, 2006.

*(signature)*

Judge Eldon E. Fallon
United States District Judge