# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 2: 29

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:
ELENA BOZZI,

          Plaintiff,

vs.

MERCK & CO., INC., MERCK & CO., INC.,
HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ,
RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL
BOOTH, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN
CRAWFORD, CHRIS METROPOLUS, SHANNON LAYTON,
RON BARTHOLOMEW, FELICIA ELLIS, MARY GRAVES,
JULIE LAWRENCE PUCKHABER, ELLEN PERRY, and JOAN WILLOUGHBY,
    Defendants.

                Defendants.       /

MDL No.: 1657
SECTION: L
Civil Action No. 06-cv-1688

JUDGE FALLON
MAG. JUDGE KNOWLES

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ELENA BOZZI, by and through his/her undersigned counsel, hereby files the

original Affidavit of Service evidencing service upon Defendant, Rich Jancheson, on May 13,

2006.

Dated this 6th day of June, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

Fee_____
Process _____
X  Dktd_____
CtRmDep_____
Doc. No._____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 16th day of June, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC  27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of Louisiana

Case Number: H-27-CA-2005-1270-DM

Plaintiff:
**ELENA BOZZI,**

vs.

Defendant:
**MERCK & CO., INC., HEIDIDINGFELDER, JANET COYLE, KIM
ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH KLOEPPEL BOOTH,
DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD
TATMAN, VICKIE ST. JOHN CRAWFORD, CHRIS METROPOLUS,
SHANNON LAYTON, RON BAR**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - ORLANDO on the 10th day of May, 2006 at 4:24 pm to be served on **RICH
JANCHESON, 519 EAST KALEY STREET, ORLANDO, FL 32806.**

I, Doris Catherine Young, being duly sworn, depose and say that on the **13th day of May, 2006** at **11:09 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND
COMPLAINT** to: **RICH JANCHESON** at the address of: **519 EAST KALEY STREET, ORLANDO, FL 32806**
with the date and hour of service endorsed thereon by me, and informed said person of the contents
therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

I am over the age of eighteen, and have no interest in the above action.

_Doris C. Young_
**Doris Catherine Young**
M008773

Subscribed and Sworn to before me on the 17th day
of May, 2006 by the affiant who is personally known to
me.

**CHOICE PROCESS - ORLANDO**
P.O. Box 2466
Orlando, FL 32802
(407) 423-0667

NOTARY PUBLIC

Our Job Serial Number: 2006003449

Sondra Sawyer
Commission # DD347961
Expires August 18, 2008
Bonded Troy Fain - Insurance, Inc. 800-xxx-xxx © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8l