UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -8 PM 2:29
LORETTA G. WHYTE
      CLERK
```

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-962

JACQUELINE ANDERSON,
     Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., HEIDI DINGFELDER,
JANET COYLE, KIM ALVAREZ, RICH
JANCHESON, THOMAS M. ADAMS, TIMOTHY
HAMMONS, ROXANNE POST, ELIZABETH
KOEPPEL, DANIEL G. MYERS, JEROME PITTMAN,
AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS.
     Defendants.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JACQUELINE ANDERSON, by and through his/her undersigned counsel, hereby files the copy of Affidavit evidencing service upon Defendant, RICH JANCHESON, on May 13, 2006.

Dated this 6th day of June, 2006.

By: _____
**BRENDA S. FULMER, Esq.** (FBN: 999891)
**C. TODD ALLEY, Esq.** (FBN: 321788)
**JAMES D. CLARK, Esq.** (FBN: 191311)
**DON GREIWE, Esq.** (FBN: 218911)
**AMY D. PREVATT, Esq.** (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 6th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

**State of FLORIDA**  **County of CITRUS**  **Circuit Court**

Case Number: 05-CA-4699

Plaintiff:
JACQUELINE ANDERSON

vs.

Defendant:
MERCK & CO., INC., HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST, ELIZABETH KOEPPEL, DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN, AND CHRIS METROPOLUS

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL 33601-3127

Received by CHOICE PROCESS - TAMPA on the 6th day of March, 2006 at 4:18 pm to be served on **RICH JANCHESON, 519 EAST KALEY STREET, ORLANDO, FLORIDA 32806.**

I, CHOICE PROCESS-ORLANDO, being duly sworn, depose and say that on the **11th day of March, 2006** at **11:03 am, I:**

INDIVIDUALLY SERVED: The within named person with a true copy of this **SUMMONS AND COMPLAINT AND REQUEST FOR CASE-SPECIFIC DISCOVERY DIRECTED TO DEFENDANT** with the date and hour endorsed thereon by me, pursuant to Florida Statute 48.031(1) and informing said person of the contents thereof.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

ORIGINAL FILED WITH COURT

Subscribed and Sworn to before me on the 17th day of May, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHOICE PROCESS-ORLANDO
Process Server

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2006001532

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h