FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 2: 30

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

This document relates to:

ROBERT CATLIN,

               Plaintiff,

vs.

MERCK & CO., INC., HEIDI DINGFELDER,
RICH JANCHESON, THOMAS M. ADAMS,
TIMOTHY HAMMONS, ROXANNE POST,
ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS,
JEROME PITTMAN,  RICHARD TATMAN, VICKIE ST. JOHN,
and CHRIS METROPOLUS,

               Defendants.        /

MDL No.: 1657
SECTION: L

Civil Action No. 06-cv-2175

JUDGE FALLON
MAG. JUDGE KNOWLES

**NOTICE OF FILING AFFIDAVIT OF SERVICE**

Plaintiff, ROBERT CATLIN, by and through his undersigned counsel, hereby files the

copy of an Affidavit of Service evidencing service upon Defendant, RICH JANCHESON, on

May 13, 2006.

Dated this 6th day of June , 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 6th day of June, 2006.

By: _____

**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# AFFIDAVIT OF SERVICE

State of FLORIDA                    County of HERNANDO                    Circuit Court

Case Number: H27-CA-2006-142-DM

Plaintiff:
ROBERT CATLIN

vs.

Defendant:
MERCK & CO., INC., HEIDI DINGFELDER, RICH JANCHESON,
THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST,
ELIZABETH KLOEPPEL BOOTH, DANIEL G. MYERS, JEROME
PITTMAN, RICHARD TATMAN, VICKIE ST. JOHN AND CHRIS
METROPOLUS

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 16th day of March, 2006 at 3:23 pm to be served on RICH
JANCHESON, 519 EAST KALEY STREET, ORLANDO, FL 32806.

I, CHOICE PROCESS-ORLANDO, being duly sworn, depose and say that on the 13th day of May, 2006 at
11:09 am, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **RICH
JANCHESON** at the address of: **519 EAST KALEY STREET, ORLANDO, FL 32806** with the date and hour of
service endorsed thereon by me, and informed said person of the contents therein, in compliance with state
statutes.

Military Status: Bases upon inquiry of party served, defendant is not in the military service of the United States
of America.

Additional Information pertaining to this Service:
SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES AND TIMES: 3/18 AT 3:59 PM, 3/23 AT 4:10 PM,
3/25 AT 2:33 PM, 4/1 AT 6:47 PM, 4/10 AT 8:16 PM, 4/18 AT 12:00 PM, 4/22 AT 2:09 PM, 4/29 AT 10:31 PM,
5/1 AT 9:56 PM. ALL THE ATTEMPTS WERE MADE WITHOUT MAKING CONTACT PRIOR TO SERVICE.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in
good standing, in the judicial circuit in which the process was served.

ORIGINAL
FILED WITH COURT
CHOICE PROCESS-ORLANDO
Process Server

Subscribed and Sworn to before me on the 16th day
of May, 2006 by the affiant who is personally known
to me.

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

_____
NOTARY PUBLIC

Our Job Serial Number: 2006001770

Copyright © 1992-2005 Database Services, Inc. -
Process Server's Toolbox V5.8h