FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 2: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-cv-290

JOSEPH DUTKO,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JOSEPH DUTKO, by and through his undersigned counsel, hereby files a copy of an Affidavit of Service evidencing service upon Defendant, Janet Coyle, on May 19, 2006.

Dated this 6th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 6th day of June, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

JOSEPH DUTKO

V.

MERCK & CO., INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-290

MDL 1657

TO: (Name and address of defendant)

JANET COYLE
309 Sweetwater Creek Drive West
Longwood, FL 32779

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

MAY 0 9

CLERK

(BY) DEPUTY CLERK

DATE

(0/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/19 10:04 am |
| Name of SERVER (PRINT) Debra Lundberg | TITLE |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 309 W Sweetwater Creek Drive, Longwood, Fl 32779

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/06
          Date

Signature of Server

100 Bush Blvd, Sanford, Fl
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Seminole County Sheriff's Office – Civil Division

Person or Company to be Served:
Janet Coyle
309 W SWEETWATER CREEK DRIVE
LONGWOOD, FL 32779

**Plaintiff/Attorney**

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

| | |
|---|---|
| Plaintiff: | JOSEPH DUTKO |
| vs. | |
| Defendant: | MERCK & CO INC |

| | | | |
|---|---|---|---|
| Case #: | 06CV290 | Due Date: | |
| Court: | US DISTRICT COURT/DIST LA | Doc #: | 06000377 |
| Type of Writ: | SUMMONS/COMPLAINT | | |

Received the above named writ on: 5/10/2006 and served/returned the same on: 5/19/2006 at 10:04AM in SEMINOLE COUNTY, FLORIDA, as follows:

**A Individual**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: Janet Coyle

**Special Remarks:**

SERVICE FEE 20.00

Total 20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: DEBRA LUNDBERG

_____
Deputy Sheriff

# Seminole County Sheriff's Office - Civil Division

## Service Fee Receipt

RECEIPT #: 132                    DATE RECEIVED: 05/10/2006

ALLEY & INGRAM  
701 E WASHINGTON STREET  
TAMPA, FL 33602

DOCUMENT #: 06000377  
CASE #: 06CV290  
COMMENTS:  
PAYMENT TYPE: CHECK  
CHECK #: 10745

PAYMENT AMOUNT:    $20.00

ENTERED BY:            ENTRY DATETIME:                    PRINTED: 05/10/2006  9:07 am

# Seminole County Sheriff's Office – Civil Division

| | |
|---|---|
| Person or Company to be Served | Janet Coyle<br>309 W SWEETWATER CREEK DRIVE<br>LONGWOOD, FL 32779 |

**Plaintiff/Attorney**

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

**Plaintiff:** JOSEPH DUTKO

vs.

**Defendant:** MERCK & CO INC

| | | | |
|---|---|---|---|
| Case #: | 06CV290 | Due Date: | |
| Court: | US DISTRICT COURT/DIST LA | Doc #: | 06000377 |
| Type of Writ: | SUMMONS/COMPLAINT | | |

Received the above named writ on: 5/10/2006 and served/returned the same on: 5/19/2006 at 10:04AM in SEMINOLE COUNTY, FLORIDA, as follows:

**A Individual**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: Janet Coyle

**Special Remarks:**

SERVICE FEE 20.00

Total 20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: DEBRA LUNDBERG

_____
Deputy Sheriff