FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 2:29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 2:06-cv-390

BARBARA SWETOKOS,
          Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
          Defendant.        /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, BARBARA SWETOKOS, by and through her undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, JANET COYLE, on May 19, 2006.

Dated this 6th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this _____ day of June, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

BARBARA SWETOKOS

V.

MERCK & CO., INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-390

MDL 1657

TO: (Name and address of defendant)

JANET COYLE
309 Sweetwater Creek Drive West
Longwood, FL 32779

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE  MAY 0 3 2006

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  5/19/06  10:04 am |
| Name of SERVER (PRINT)  Debra Lundberg | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: 309 W Sweetwater Creek Drive, Longwood, FL 32779

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/19/06
Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Seminole County Sheriff's Office – Civil Division

| | |
|---|---|
| Person or Company to be Served | JANET COYLE<br>309 W SWEETWATER CREEK DRIVE<br>LONGWOOD, FL 32779 |

**Plaintiff/Attorney**

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

| | |
|---|---|
| Plaintiff: | BARBARA SWETCKOS |
| vs. | |
| Defendant: | MERCK & CO INC |

| | | | |
|---|---|---|---|
| Case #: | 06CV390 | Due Date: | |
| Court: | US DIST COURT/EAST DIST LA | Doc #: | 06000387 |
| Type of Writ: | SUMMONS/COMPLAINT | | |

Received the above named writ on: 5/10/2006 and served/returned the same on: 5/19/2006 at 10:04AM in SEMINOLE COUNTY, FLORIDA, as follows:

**A Individual**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: JANET COYLE

**Special Remarks:**

SERVICE FEE 20.00

Total 20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: DEBRA LUNDBERG

_____
Deputy Sheriff

# Seminole County Sheriff's Office - Civil Division

**Service Fee Receipt**

RECEIPT #: 134                DATE RECEIVED: 05/10/2006

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

DOCUMENT #: 06000381
CASE #: 06CV390
COMMENTS:
PAYMENT TYPE: CHECK
CHECK #: 10744

PAYMENT AMOUNT:   $20.00

ENTERED BY:            ENTRY DATETIME:              PRINTED: 05/10/2006  9:28 am

# Seminole County Sheriff's Office - Civil Division

**Service Fee Receipt**

RECEIPT #: 136                    DATE RECEIVED: 05/10/2006

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

DOCUMENT #: 06000387
CASE #: 06CV390
COMMENTS:
PAYMENT TYPE: CHECK
CHECK #: 10744

PAYMENT AMOUNT:     $20.00

ENTERED BY:            ENTRY DATETIME:              PRINTED: 05/10/2006  9:57 am

# Seminole County Sheriff's Office – Civil Division

| | |
|---|---|
| Person or Company to be Served | JANET COYLE<br>309 W SWEETWATER CREEK DRIVE<br>LONGWOOD, FL 32779 |

**Plaintiff/Attorney**

ALLEY & INGRAM
701 E WASHINGTON STREET
TAMPA, FL 33602

| | |
|---|---|
| Plaintiff: | BARBARA SWETOKOS |
| vs. | |
| Defendant: | MERCK & CO INC |

| | | | |
|---|---|---|---|
| Case #: | 06CV390 | Due Date: | |
| Court: | US DIST COURT/EAST DIST LA | Doc #: | 06000387 |
| Type of Writ: | SUMMONS/COMPLAINT | | |

Received the above named writ on: 5/10/2006 and served/returned the same on: 5/19/2006 at 10:04AM in SEMINOLE COUNTY, FLORIDA, as follows:

**A Individual**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: JANET COYLE

**Special Remarks:**

SERVICE FEE 20.00

Total 20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: DEBRA LUNDBERG

_____
Deputy Sheriff

# Alley ♦ Clark ♦ Greiwe ♦ Fulmer
## CIVIL TRIAL LAWYERS

BRENDA S. FULMER
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

May 5, 2006

Seminole County Sheriff
Attn: Civil Process
100 N. Bush Blvd.
Sanford, FL 32773

RE: Swetokos v. Merck
    Dutko v. Merck

Dear Sirs:

Enclosed is my firm's check in the amount of $40.00 for service of the enclosed summonses on ~~Jerome Pittman~~ JANET COYLE in each of the above-referenced cases.

If you have any questions regarding this matter, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

Brenda S. Fulmer

BSF/jld

Enclosures