UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates Case Nos. | * | |
| 05-02524, 05-04379, 06-00485, 06-00810 | * | |
| | * | JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**ENTRY OF APPEARANCE**

Brian Currey and Catalina J. Vergara, of O'Melveny & Myers LLP, hereby enter their appearance as additional counsel of record for Merck & Co., Inc. in the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with PreTrial Order 8A.

 Respectfully submitted,

 */s/ Dorothy H. Wimberly*
 Phillip A. Wittmann, 13625
 Dorothy H. Wimberly, 18509
 Carmelite M. Bertaut, 3054
 STONE PIGMAN WALTHER
 WITTMANN L.L.C.
 546 Carondelet Street
 New Orleans, Louisiana 70130
 Phone:  504-581-3200
 Fax:     504-581-3361

 Defendants' Liaison Counsel

814443v.1

2

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

814443v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Entry of Appearance has been served on Liaison Counsel Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 12th day of June, 2006.

/s/ Dorothy H. Wimberly_____