**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|      **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *ALL CASES*

### ORDER

Upon recommendation from Plaintiffs' Liaison Counsel and with the unanimous consent of the Plaintiffs' Steering Committee ("PSC"), IT IS ORDERED that Shelly Sanford is appointed to the PSC in place of Carlene Rhodes Lewis.

New Orleans, Louisiana, this   8th   day of   June  , 2006.

                                                          UNITED STATES DISTRICT JUDGE