UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Isner v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06172-EEF-DEK) <br> *Martin v. Merck & Co. Inc.*, <br> (E.D. La. 2:06-cv-00784-EEF-DEK) <br> *Lowe v. Merck & Co. Inc.*, <br> (E.D. La. 2:05-cv-06173-EEF-DEK) <br> *Rohr v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-05369-EEF-DEK) <br> *Hagan v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06174-EEF-DEK) <br> *Cranston v. Merck & Co., Inc.*, <br> (E.D. La.. 2:06-cv-00992-EEF-DEK) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.7(B), Kalun Lee hereby gives notice of his withdrawal of appearance on behalf of Merck & Co., Inc. ("Merck") in the above-referenced cases. The reason for this withdrawal is that Mr. Lee is leaving the firm of Foley Hoag LLP on June 16, 2006 and will no longer be representing Merck. James J. Dillon and Lucy Fowler of Foley Hoag will continue to act as counsel on Merck's behalf in the above-referenced cases.

814792v.1

- 2 -

Pursuant to paragraph 14 of Pretrial Order No. 8A, Mr. Lee's withdrawal will promptly be effected on LexisNexis File & Serve through the use of the Case & Party Management feature of LexisNexis File & Serve as soon as the Order is entered.

                                            Respectfully submitted,

                                            */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            Carmelite M. Bertaut, 3054
                                            Stone Pigman Walther Wittmann L.L.C.
                                            546 Carondelet Street
                                            New Orleans, LA  70130
                                            Phone:  (504) 581-3200
                                            Fax:  (504) 581-3361

                                            Defendants' Liaison Counsel

                                            James J. Dillon (Mass. BBO# 124660)
                                            Lucy Fowler (Mass. BBO# 647929)
                                            Kalun Lee (Mass. BBO# 657489)
                                            FOLEY HOAG LLP
                                            155 Seaport Boulevard
                                            Boston, MA  02110-2600
                                            Phone:  (617) 832-1000
                                            Fax:  (617) 832-7000

Dated: June 14, 2006                                Counsel for Merck & Co., Inc.

814792v.1

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Nos. 8 and 8A, on this 14th day of June, 2006.

*/s/ Dorothy H. Wimberly*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Isner v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06172-EEF-DEK) <br> *Martin v. Merck & Co. Inc.*, <br> (E.D. La. 2:06-cv-00784-EEF-DEK) <br> *Lowe v. Merck & Co. Inc.*, <br> (E.D. La. 2:05-cv-06173-EEF-DEK) <br> *Rohr v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-05369-EEF-DEK) <br> *Hagan v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06174-EEF-DEK) <br> *Cranston v. Merck & Co., Inc.*, <br> (E.D. La.. 2:06-cv-00992-EEF-DEK) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**O R D E R**

Considering the foregoing,

IT IS ORDERED that Kalun Lee be and he hereby is permitted to withdraw as counsel for defendant Merck & Co., Inc. in the above-referenced cases.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2006

```
                              _____
                                      DISTRICT JUDGE
```

814792v.1