UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX®<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Isner v. Merck & Co., Inc.*,<br>(E.D. La. 2:05-cv-06172-EEF-DEK)<br>*Martin v. Merck & Co. Inc.*,<br>(E.D. La. 2:06-cv-00784-EEF-DEK)<br>*Lowe v. Merck & Co. Inc.*,<br>(E.D. La. 2:05-cv-06173-EEF-DEK)<br>*Rohr v. Merck & Co., Inc.*,<br>(E.D. La. 2:05-cv-05369-EEF-DEK)<br>*Hagan v. Merck & Co., Inc.*,<br>(E.D. La. 2:05-cv-06174-EEF-DEK)<br>*Cranston v. Merck & Co., Inc.*,<br>(E.D. La.. 2:06-cv-00992-EEF-DEK) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION FOR LEAVE TO WITHDRAW

Kalun Lee, counsel for Merck & Co., Inc., hereby moves for leave to withdraw as

counsel of record for Merck & Co., Inc. ("Merck") in the above-referenced cases.  The reason for

this withdrawal is that Mr. Lee is leaving the firm of Foley Hoag LLP on June 16, 2006 and will

no longer be representing Merck.  James J. Dillon and Lucy Fowler of Foley Hoag will continue

to act as counsel on Merck's behalf in the above-referenced cases.

Pursuant to paragraph 14 of Pretrial Order No. 8A, Mr. Lee's withdrawal will promptly be effected on LexisNexis File & Serve through the use of the Case & Party Management feature of LexisNexis File & Serve as soon as the Order is entered.

Respectfully submitted,


_/s/ Dorothy H. Wimberly_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Phone:  (504) 581-3200
Fax:  (504) 581-3361

Defendants' Liaison Counsel

James J. Dillon (Mass. BBO# 124660)
Lucy Fowler (Mass. BBO# 647929)
Kalun Lee (Mass. BBO# 657489)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110-2600
Phone:  (617) 832-1000
Fax:  (617) 832-7000

Dated: June 14, 2006                    Counsel for Merck & Co., Inc.

814792v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion for Leave to Withdraw has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Nos. 8 and 8A, on this 14th day of June, 2006.

*/s/ Dorothy H. Wimberly*

814792v.1