FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 PM 2: 46

LORETTA G. WHYTE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RITA YOUNG, Surviving spouse of ROBERT I. YOUNG, Deceased, | ) ) ) | MDL NO. 1657 |
| | ) | SECTION: L |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE FALLON |
| MERCK & CO.,INC., et al. | ) ) | MAG. JUDGE KNOWLES |
| | ) ) | CAUSE NO.: 2:05-cv-06196 |
| Defendant. | ) ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S JOINT MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE

COMES NOW Leonard P. Cervantes and the law firm of Cervantes and Associates and withdraws as Counsel for the Plaintiff, Rita Young, in the above referenced matter.

COMES NOW Todd S. Hageman and the law firm of Simon • Passanante, P.C. and enters his appearance on behalf of the Plaintiff in the above referenced matter.

CERVANTES & ASSOCIATES
By: _____
Leonard P. Cervantes, #25043
Aaron M. Vogel, #51512
1007 Olive Street, Fourth Floor
St. Louis, Missouri 63101
314-621-6705

Dated: 5-24-06

SIMON • PASSANANTE, P.C.
By: _____
Todd S. Hageman, #44770
701 Market Street, Ste 1450
St. Louis, Missouri 63101
314-241-2929
314-241-2029 (fax)

Dated: 5/24/06

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison counsel, Russ Herman and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. __8__ on this __31ST__ day of __MAY__, 2006.

TSH/jld:772911
5/16/06