U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8  PM 4: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| RITA YOUNG, Surviving spouse of ROBERT I. YOUNG, Deceased, | ) ) ) | MDL NO. 1657 |
| | ) | SECTION: L |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |
| MERCK & CO., INC., et al. | ) ) | CAUSE NO.: 2:05-cv-06196 |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF RITA YOUNG'S JOINT MOTION TO SUBSTITUTE COUNSEL AND ENTRY OF APPEARANCE

COMES NOW Leonard P. Cervantes and the law firm of Cervantes and Associates and withdraws as Counsel for the Plaintiff, Rita Young, in the above referenced matter.

COMES NOW Todd S. Hageman and the law firm of Simon • Passanante, P.C. and enters his appearance on behalf of the Plaintiff in the above referenced matter.

Simon • Passanante, P.C. certifies that this change will be made directly to Lexis Nexis File & Serve as soon as the Order is entered. This matter having been opened to the Court on the Motion of Plaintiff, through counsel, Simon • Passanante, P.C., and the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

June 8, 2006
Date

_____
The Honorable Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____