

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 P 2: 10

LORETTA G. WHYTE
       CLERK

Joseph R. Alexander, Jr., SBN 00995150
Richard Warren Mithoff, SBN 14228500
**MITHOFF LAW FIRM**
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122; Fax (713) 739-8085
email: jalexander@mithofflaw.com; cliebergot@mithofflaw.com
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COORDINATION PROCEEDING** § | DOCKET NO. 05-4516 |
| § | |
| SPECIAL TITLE [RULE 1550(b)] § | MDL NO. 1657 |
| § | |
| **IN RE VIOXX® CASES** § | SECTION: L/3 |
| § | |
| § | JUDGE FALLON |
| DINA REBECCA ROMANDIA § | MAG. JUDGE KNOWLES |
| § | |
| *Plaintiff,* § | **COMPLAINT** |
| § | 1. Misrepresentation and Concealment |
| VS. § | 2. Negligence, Gross Negligence, and |
| § |     Willful and Wanton Disregard |
| MERCK & CO., INC. § | 3. Products Liability |
| § | 4. Breach of Warranty |
| *Defendant.* § | **DEMAND FOR JURY TRIAL** |

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓_ CtRmDep____
___ Doc. No_____

## MOTION FOR LEAVE OF COURT TO FILE
## SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DINA REBECCA ROMANDIA, who desires to amend the original Complaint filed herein by adding as an additional Plaintiff her spouse, Sergio Quiñonez, who desires to add a loss of consortium claim herein.

WHEREFORE, Plaintiff prays that this motion be granted and that she be allowed leave of court to file her Second Amended Complaint, which is on file with the Court.

Respectfully submitted,

MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

JACKS LAW FIRM
TOMMY JACKS
State Bar No. 10452000
MARK GUERRERO
State Bar No. 24032377
One Congress Plaza
111 Congress Plaza Avenue, Suite 1010
Austin, Texas 78701
(512) 478-4422
(512) 478-5015 (Fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that my office has conferred with Opposing Counsel for Defendants regarding this motion for leave and an agreement was reached. Therefore, this motion is filed accordingly.

_____
JOSEPH R. ALEXANDER, JR.

**CERTIFICATE OF SERVICE**

I certify that copies of this document have been served on defense counsel parties through their attorneys via mail to Ellen M. Gregg, Esq., Womble, Carlyle, Sandridge & Rice, PLLC, 301 N. Main Street, Suite 3000, Winston-Salem, NC 27101, mdl@wcsr.com, in accordance with Pretrial Order No. 15, on this 5th date of June 2006.

_____
JOSEPH R. ALEXANDER, JR.