# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13 PM 1:36

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **COORDINATION PROCEEDING** | § | DOCKET NO. 05-4516 |
| | § | |
| SPECIAL TITLE [RULE 1550(b)] | § | MDL NO. 1657 |
| | § | |
| **IN RE VIOXX® CASES** | § | SECTION: L/3 |
| | § | |
| | § | JUDGE FALLON |
| DINA REBECCA ROMANDIA | § | MAG. JUDGE KNOWLES |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

**ON THIS DAY**, the Court considered Plaintiff's Motion for Leave to File the Second Amended Complaint:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave of Court to file her Second Amended Complaint.

New Orleans, Louisiana this ___ day of June_____, 2006.

_____
JUDGE PRESIDING

4

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.