FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8  PM 4: 02

LORETTA G. WHYTE
CLERK

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
|---|---|
| *Charles Dailey et al. v. Merck & Co., Inc., et al.* <br> Cause No. 05-2054 | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

### ORDER

On this day, came on for consideration Plaintiffs' Motion and Memorandum in Support of Voluntary Dismissal of Becky Capps Teal, DPH

After due consideration, IT IS ORDERED that the Motion is granted.

Signed this the 8th day of June 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ____
___ Process ____
_X_ Dktd ____
_✓_ CtRmDep ____
___ Doc. No. ____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion and Memorandum in Support of Voluntary Dismissal of Becky Capps Teal, DPH, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by overnight mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8a, on this 5th day of June, 2006

Waylon Stengler

Pam Warnock Green
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis, PLLC
P.O. Box 198966
Nashville, TN 37219

John R. Cannon
Shuttleworth Williams, PLLC
P.O. Box 3020
Memphis, TN 38173-0020