FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13  PM 1: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL NO. 1657 |
| | SECTION: L |
| This Document Relates to: | |
| | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel.<br>CHARLES C. FOTI, JR.,<br>ATTORNEY GENERAL | MAG. JUDGE KNOWLES |
|     Representative Plaintiff | |
| versus | |
| MERCK & CO., INC.,<br>    Defendant | |
| Case No. 05-3700 | |
| and | |
| LOUISIANA HEALTH SERVICE<br>INDEMNITY COMPANY d/b/a<br>BLUECROSS/BLUESHIELD OF<br>LOUISIANA on behalf of<br>itself and others similarly situated<br>    Representative Plaintiff | |
| versus | |
| MERCK & CO., INC.<br>    Defendant | |
| Case No. 05-0713 | |

## ORDER

Having considered the foregoing;

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1

IT IS HEREBY ORDERED that the motion for leave to file a reply memorandum on behalf of Plaintiffs, the Louisiana Attorney General, et al. (hereinafter the "State Plaintiffs") and Louisiana Health Service Indemnity Co., d/b/a BlueCross/BlueShield of Louisiana (hereinafter "BC/BS Louisiana"), be and hereby is GRANTED.

New Orleans, Louisiana, this 12 day of June, 2006,

_____
United States District Court Judge