UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

..................................................................

THIS DOCUMENTS RELATES TO:
*Adams, et. al. v. Merck & Co., Inc.*, No. 2:06-cv-2101 (previously 4:05cv1947-CAS EDMO USDC)

### FIRST AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, this 12th day of June, 2006, Plaintiffs, Irene Belker, Paulette Brookins, Wyatt Buchanan, Anthony Byram, Gerald Cooper, Charity Cummings, Mary Flamm, Alan Fisher, Anthony Gennaro, Robert Henderson, Mack Holt, Sharon Hyche, Chester Lacy, Lucy Parran, Rita Stewart, Celestine Swinney, Jeanette Tillman, Donald Wilburn, and Robert Williamson ("Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., subject to the following conditions:

1.  Each party to bear its own costs and counsel fees;

2.  Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

1

3. Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson further agree that in the event they re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson, as though Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson had been a party and had an opportunity to participate in that discovery.

Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson agree to the above-stated conditions and they wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuits of Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt, Hyche, Lacy, Parran, Stewart, Swinney, Tillman, Wilburn, and Williamson without prejudice against Defendant, Merck, Inc., subject to the conditions stated above. All other Plaintiffs' claims shall remain in full force and effect. File & Serve shall be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

APPROVED AND SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

_____
Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

*Defendants' Liaison Counsel*

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

_____
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Stipulation for Dismissal on behalf of Belker, Brookins, Buchanan, Byram, Cooper, Cummings, Flamm, Fisher, Gennaro, Henderson, Holt and Hyche, has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 6th day of June, 2006.

Grant L. Davis
Thomas C. Jones
Scott S. Bethune
Timothy L. Brake
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250 Kansas City,
MO 64196

Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell LLP 4740
Grand Avenue, Suite 300
Kansas City, MO 64112

J. Scott Bertram
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Wm. Dirk Vandever
The Popham Law Firm, P.C.
323 W. 8th Street, Suite 200
Kansas City, MO 64105

Mark B. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638

Gene E. Schroer
115 S.E. 7th Street
P.O. Box 2667
Topeka, KS 66601-2667

Neil A. Dean
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St., Ste 305
Topeka, KS 66603

Scott W. Sayler  
Shook, Hardy & Bacon L.L.P.  
2555 Grand Boulevard  
Kansas City, MO 64108-2613  

Kenneth B. McClain  
Daniel A. Thomas  
Humphrey, Farrington & McClain  
221 West Lexington, Suite 400  
Independence, Missouri 64050  

James Bandy  
Horn Aylward & Bandy, LLC  
2600 Grand Boulevard, Suite 500  
Kansas City, Missouri 64108  

Lon Walters  
The Walters Law Firm  
105 East 5th Street, Suite 401  
Kansas City, MO 64106  

Ann Schiavone  
The Schiavone Law Firm  
105 East 5th Street, Suite 401  
Kansas City, MO 64106  

William R. Robb  
901 St. Louis Street, Suite 1600  
Springfield, MO 65806  

M. Scott Montgomery  
The Montgomery Law Firm, LLC  
3432 Culpepper Court, Suite A  
Springfield, MO 65804  

James P. Frickleton  
Bartimus, Frickleton et al.  
11150 Overbrook Drive, Suite 200  
Leawood, KS 66211  

Kirk Goza  
Brad Honnold  
Goza & Honnold, LLC  
2630 City Center Square  
1100 Main Street  
P. O. Box 482355  
Kansas City, MO 64148-2355  

Wayne S. Spivey  
Sager, Spivey & Sachs  
Two Commerce Square, 32nd Floor  
Philadelphia, PA 19103  

*[signature]*  
Brandi L. Lape, Paralegal

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 30th day of May, 2006 a true and correct copy of the above Stipulation for Dismissal was served on counsel named below via United States Postal Service for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

Brandi L. Lape, Paralegal