UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8  PM 2: 18

LORETTA G. WHYTE
CLERK

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To:  Annie
Bradford, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02328)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## CAROLINE HOCKER

It is stipulated by the parties that CAROLINE HOCKER, ONLY (she being one of forty-two separate plaintiffs in this action) may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs.  The parties further stipulate that if this action on behalf of Caroline Hocker, is re-filed, it must be filed in federal court.  The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against defendants.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

_____

Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

_____ Fee_____
_____ Process_____
X  Dktd _____
_____ CtRmDep_____
_____ Doc. No_____

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: _____, 2006.

IT IS SO ORDERED.

_____
Judge

_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 8th day of June, 2006