FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9 PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| This document relates to | * * | |
| ROBERT G. SMITH | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv04379 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC.'S PRELIMINARY LIST OF FACT WITNESSES FOR TRIAL

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby preliminarily identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. Defendant's final witness list, which is due on July 25, 2006, may identify additional witnesses including those who will be deposed before trial. This preliminary list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of deposition testimony if

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial and/or subsequent issues that arise during the course of discovery. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call, live or by deposition, and/or submit written deposition testimony from the witnesses necessary to authenticate the document. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

1) David Anstice
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony*: Merck President for Human Health. Anticipated testimony is reflected in witness' MDL Deposition.

2) Susan Baumgartner
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony*: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL Deposition.

3)   Dr. Barry Gertz
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony*: Executive Vice President of Clinical Research at
     Merck Research Laboratories.

4)   Raymond Gilmartin
     c/o Bartlit Beck Herman Palenchar & Scott LLP
     Courthouse Place
     54 West Hubbard Street, Suite 300
     Chicago, IL 60610
     *Testimony*: Former CEO of Merck & Co., Inc.

5)   Dr. Briggs Morrison
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony*: Vice President of Clinical Research at Merck Research
     Laboratories.

6)   Dr. Alan Nies
     c/o Bartlit Beck Herman Palenchar & Scott LLP
     Courthouse Place
     54 West Hubbard Street, Suite 300
     Chicago, IL 60610
     *Testimony*: Former Senior Vice President of Clinical Research at Merck
     Research Laboratories.

7)   Dr. Alise Reicin
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony*: Vice President of Clinical Research at Merck Research
     Laboratories.

8)   Dr. Nancy Santanello
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony*: Executive Director of Epidemiology at Merck.

9) Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

10) Dr. Daniel Courtade
380 Centre View Blvd.
Crestview KY, 41017
*Testimony*:  Plaintiff Robert Smith's Cardiologist.

11) Dr. Michael Grefer
340 Thomas More Parkway Suite 260
Crestview Hills, KY 41017
*Testimony*:  Plaintiff Robert Smith's Orthopedic Surgeon.

12) Dr. Forest Heis
340 Thomas More Pkwy
Crestview Hills, KY 41017
*Testimony*:  Plaintiff Robert Smith's Orthopedic Surgeon.

13) James Ravencraft
7211 U.S. 42
Florence, Kentucky 41042-1995
*Testimony*:  Physician's Assistant who was Plaintiff Robert Smith's primary care provider.

14) Dr. Mark Sander
7211 U.S. 42
Florence, Kentucky 41042-1995
*Testimony*:  Plaintiff Robert Smith's Internist.

15) Dr. T. Greg Sommerkamp
20 Medical Village Drive
Suite 177
Edgewood, KY 41017
*Testimony*:  Plaintiff Robert Smith's Hand Surgeon.

16) Robin Burger
3714 Huntington Avenue
Covington, KY 41015
*Testimony*:  Daughter of Plaintiff Robert Smith.

17) Robert G. Smith
   1146 MacIntosh Lane
   Florence, KY 41042
   *Testimony*: Plaintiff.

18) Shelia Y. Smith
   Address unknown
   *Testimony*: Former Wife of Plaintiff Robert Smith.

Dated: June 9, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:   312-494-4440

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Preliminary List of Fact Witnesses for Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Drew Ranier and Grant Kaiser by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this 9th day of June, 2006.

_Dorothy H. Wimberly_