

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -9  PM 5: 01
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 06-0485<br><br>GERALD D. BARNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**DEFENDANT MERCK & CO., INC.'S<br>TRIAL AND DEPOSITION EXHIBIT LISTS** |

TO:　　　Mark P. Robinson, Jr.
　　　　　Robinson, Calcagnie & Robinson
　　　　　620 Newport Center Drive, 7th Floor
　　　　　Newport Beach, CA 92660

　　　　　Andrew Birchfield
　　　　　Leigh O'Dell
　　　　　Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
　　　　　218 Commerce Street
　　　　　Montgomery, AL 36104

　　　　　　　　and

　　　　　Russ Herman
　　　　　Herman, Herman, Katz & Cotlar
　　　　　910 Airport Road
　　　　　Office 3-A
　　　　　Destin, Florida 32541

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

Merck & Co., Inc. ("Merck") hereby submits its Trial Exhibit List (Exhibit A), its Pre-Admissible Exhibit List (Exhibit B), its Conditional Pre-Admissible List (Exhibit C), and its Deposition Exhibit List (Exhibit D).

Merck will serve via overnight delivery two CDs and two DVDs, which contain all of the exhibits listed on Merck's Trial Exhibit List. The Trial Exhibit List contains all of the exhibits in Merck's Pre-Admissible Exhibit List, Conditional Pre-Admissible List, and Deposition Exhibit List, as well as additional exhibits.

Because the parties have not yet exchanged final deposition designations, counters, and objections, Merck's Deposition Exhibit List is not yet complete. Merck will finalize this list after the parties have completed their exchanges. The Court's rulings on the deposition designations may also affect Merck's Deposition Exhibit List and Merck's Conditional Pre-Admissible List.

Merck reserves the right to incorporate into its Trial Exhibit List by reference all of the materials Merck's expert witnesses reviewed and listed in connection with their expert reports. Merck reserves the right to use exhibits at trial that are not on these lists as warranted by the evidence and the Court's rulings. Merck reserves the right to add or withdraw exhibits on any of the lists herein.

Dated: June 9, 2006

                          Respectfully submitted,

                          /s Dorothy H. Wimberly
                          Phillip A. Wittmann, 13625
                          Dorothy H. Wimberly, 18509
                          STONE PIGMAN WALTHER
                          WITTMANN L.L.C.
                          546 Carondelet Street
                          New Orleans, Louisiana 70130
                          Phone: 504-581-3200
                          Fax:    504-581-3361

                          Defendants' Liaison Counsel

                          Philip S. Beck
                          Andrew L. Goldman
                          Hamilton H. Hill
                          Adam K. Mortara
                          BARTLIT BECK HERMAN PALENCHAR
                          & SCOTT LLP
                          54 West Hubbard Street, Suite 300
                          Chicago, Illinois 60601
                          Phone: 312-494-4400
                          Fax:    312-494-4440

                          And

                          Douglas Marvin
                          WILLIAMS & CONNOLLY LLP
                          725 Twelfth Street, N.W.
                          Washington, D.C. 20005
                          Phone: 202-434-5000
                          Fax:    202-434-5029

                          Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Trial and Deposition Exhibit Lists** have been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of June, 2006.

/s/ *Dorothy H. Wimberly*