FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9 PM 2: 05

LORETTA G. WHYTE
CLERK

IN RE: VIOXX® PRODUCTS ) MDL Docket No. 1657
LIABILITY LITIGATION )
) Section: L
)
) Judge Fallon
THIS RELATES TO: ) Mag. Judge Knowles
)
John Laing v. Merck & Co., )
Civil Action No.2:05-cv- 06116-EEF-DEK)
)

### OLIVER LAW OFFICES, INC., JAMI S. OLIVER, THE KIM LAW FIRM, JOHN H. KIM, LEVINE, HIRSCH, SEGALL, MACKENZIE & FRIEDSAM, P.A., AND RICHARD A. HIRSCH'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, JOHN LAING

Now comes the law firm of Oliver Law Offices, Inc., attorney Jami S. Oliver, The Kim Law Firm, John H. Kim, Levine, Hirsch, Segall, MacKenzie & Friedsam, P.A., and Richard A. Hirsch, counsel of Record for John Laing for the reasons set forth herein:

On or about September 30, 2005, Oliver Law Offices, Inc., along with the previously-mentioned co-counsel, filed a Complaint on behalf of John Laing against Defendant arising out of his ingestion of the drug, Vioxx.

Good cause now exists for the Court to grant this Motion to Withdraw because Plaintiff, John Laing has not completed and returned the Plaintiff Profile Form (PPF). Counsel has had no contact with Mr. Laing and correspondence to him has not been answered or returned. The deadline for the submission of the PPF was February 8, 2006. A copy of this Motion will be delivered to the client via regular and certified mail at his last known mailing address: John Laing, 2780 North Riverside Drive, #105, Tampa, Florida 33602. His last known telephone number was: (813) 248-9988.

In summary, because Plaintiff has not returned a completed PPF and has not been in contact with counsel, counsel is requesting permission to withdraw from this matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Mr. Laing may continue his case pro se, if he so desires.

Respectfully submitted,

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff
471 E. Broad St., Suite 1303
Columbus, OH 43215
Telephone: (614) 220-9100
Facsimile: (614) 242-3948
joliver@jamioliver.com

Co-Counsel:
**THE KIM LAW FIRM**
John H. Kim
TBN: 00784393
Two Shell Plaza
777 Walker Street, Suite 2500
Houston, Texas 77002-5322
Telephone: (713) 222-8080
Facsimile: (713) 238-7710

And

Richard A. Hirsch
Levine, Hirsch, Segall, MacKenzie
& Friedsam, P.A.
Po Box 3429
Tampa, FL 33601-3429
Telephone: (813) 229-6589
Facsimile: (813) 229-7210

*Laing v. Merck & Co.*
Motion to Withdraw as Counsel of Record
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion to Withdraw as Counsel has been serviced on Liaison counsel, Russ Herman and Phillip Wittman, by U.S. Mail or by email, and upon all parties by electronically uploading the same to LEXIS/NEXIS File & Serve in accordance with Pretrial Order No. 8, on this ___ day of June, 2006.

OLIVER LAW OFFICES, INC.

_____
Jami S. Oliver (0061738)
Trial Attorney for Plaintiff