IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION )
)
)
)
)
THIS RELATES TO: )
)
John Laing v. Merck & Co., )
Civil Action No.2:05-cv- 06116-EEF-DEK) )
)

MDL Docket No. 1657

Section: L

Judge Fallon
Mag. Judge Knowles

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13  PM 1:29

LORETTA G. WHYTE
CLERK

So - PTO #8A,
¶ 14

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon motion of the Plaintiff, and for good cause shown, the Court does hereby grant counsels' Motion to Withdraw as Counsel of Record.

IT IS SO ORDERED.

June 13, 2006
Date

Judge Fallon

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____