UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to | * | CAUSE NO: 05-cv-06406 |
| José A. Alicea Mercado, et al. | * | JUDGE FALLON |
| Plaintiffs, | * | MAGISTRATE JUDGE KNOWLES |
| vs. | * | |
| Merck & Co., Inc. | * | |
| Defendant. | * | |

## *ORDER*

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 13 day of ~~May,~~ June, 2006.

DISTRICT JUDGE

-1-

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No____