UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13 PM 1:29

LORETTA G. WHYTE
    CLERK

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to | CAUSE NO: 05-cv-06417 |
| Héctor B. Rivera Rivera, et al. | JUDGE FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| vs. | |
| Merck & Co., Inc. | |
| Defendant. | |

## *ORDER*

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 3 day of ~~May~~ June, 2006.

DISTRICT JUDGE

-1-

___ Fee___
___ Process___
X  Dktd___
✓  CtRmDep___
___ Doc. No___