UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13 PM 1:26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | **MDL Docket No. 1657** |
| PRODUCTS LIABILITY LITIGATION | * | **SECTION L** |
| This document relates to | * | **CAUSE NO: 05-cv-06416** |
| Esther Córdova Pérez, et al. | * | **JUDGE FALLON** |
| Plaintiffs, | * | **MAGISTRATE JUDGE KNOWLES** |
| vs. | * | |
| Merck & Co., Inc. | * | |
| Defendant. | * | |

*************************************

## *ORDER*

Considering the Motion for Substitution of Counsel filed by Susan M. Cordero-Ladner and the law firm of Troncoso & Schell,

**IT IS ORDERED** that the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

NEW ORLEANS, LOUISIANA, this 13 day of May, 2006.

DISTRICT JUDGE

-1-

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____