**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 JUN -9  PM 2: 51*
*LORETTA G. WHYTE*
*CLERK*

| | | |
|---|---|---|
| In re: VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | **CAUSE NO: 05-cv-06413** |
| | * | |
| Teresita Falcón Matos, et al.  . | * | JUDGE FALLON |
| | * | |
| Plaintiffs, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| vs. | * | |
| | * | |
| Merck & Co., Inc. | * | |
| | * | |
| Defendant. | * | |

*************************************

## MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE COURT:**

  **COMES NOW** plaintiffs, through the undersigned attorneys, and very respectfully state, allege and pray as follows:

  The herein plaintiffs have been represented by Susan M. Cordero-Ladner, Esq., of the Cordero, Cordero & Associates Law Firm.  In this regard, plaintiffs have acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the Troncoso & Schell Law Firm, to assume their legal representation herein.

  In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal counsel herein, and accept Mr.



_____ Fee_____
_____ Process_____
__X__ Dktd _____
_____ CtRmDep_____
_____ Doc. No_____

Troncoso and Mr. Schell as plaintiffs' attorneys herein.  As such, plaintiffs respectfully request that

this Honorable Court and the defendants cease to notify orders and motions to Ms. Cordero and that

any such orders and motions be notified to the following:

> Francisco M. Troncoso, Esq.
> Richard Schell-Asad, Esq.
> Troncoso & Schell
> P.O. Box 9023352
> San Juan, PR 00902-3352
> Tel: (787) 722-0741
> Fax: (787) 724-2563
> e-mails:     ftroncoso@troncosolaw.com
>              rschell@troncosolaw.com

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court authorize the

substitution of counsel prayed herein, relieve Susan M. Cordero-Ladner from their legal

representation and authorize Francisco M. Troncoso, Esq., and Richard Schell-Asad to act as

plaintiffs' new counsel of record.

**Respectfully submitted,**

Date: June  7 , 2006          By:     s/ Francisco M. Troncoso

> Francisco M. Troncoso - Bar No. 120007
> Richard Schell-Asad - Bar No. 203207
> Attorney for Plaintiffs
> Troncoso & Schell
> P.O. Box 9023352
> San Juan, PR 00902-3352
> Tel: (787) 722-0741
> Fax: (787) 724-2563
> e-mail: ftroncoso@troncosolaw.com
> e-mail: rschell@troncosolaw.com
>
> Attorneys for Plaintiffs

s/ *Susan M. Cordero-Ladner*

Susan M. Cordero-Ladner - Bar No. 221103
Cordero, Cordero & Assoc.
150 Rodríguez Irizarry St.
Inés Cordero Bldg.
Arecibo, PR 00612
Tel: (787) 881-4481
Fax: (787) 879-4523
e-mail: scordero$corderoycordero.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Motion for Substitution of Counsel*

has been served on Liaision Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and E-mail

or by hand delivery and e-mail and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 7th day of

June, 2006.

Francisco M. Troncoso

-3-