IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUN 9 2006

LORETTA G. WHYTE
CLERK

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 06-0485

GERALD D. BARNETT,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**DEFENDANT MERCK & CO., INC.'S
FINAL DEPOSITION DESIGNATIONS**

TO:  Mark P. Robinson, Jr.
    Robinson, Calcagnie & Robinson
    620 Newport Center Drive, 7th Floor
    Newport Beach, CA 92660

    Andrew Birchfield
    Leigh O'Dell
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    218 Commerce Street
    Montgomery, AL 36104

    and

    Russ Herman
    Herman, Herman, Katz & Cotlar
    910 Airport Road
    Office 3-A
    Destin, Florida 32541

\_\_ Fee_____
\_\_ Process_____
_X_ Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____

Merck & Co., Inc. ("Merck") hereby submits its Final Deposition Designations. Merck submits designations for Mrs. Corinne Barnett (Exhibit A), Dr. Curtis Bryan (Exhibit B), Dr. Stephen Epstein (Exhibit C), Dr. Mark Karavan (Exhibit D), Dr. Michael McCaffrey (Exhibit E), and Dr. Michael Mikola (Exhibit F). For Dr. Bryan, Dr. Epstein, and Dr. McCaffrey, Merck submits both affirmative designations and conditional affirmative designations.

In the initial phase of deposition designations, Merck affirmatively designated testimony from Mr. David Anstice, Ms. Susan Baumgartner, Mr. David Curfman, Mr. Raymond Gilmartin, Mr. Malachi Mixon, Mr. Alan Nies, and Mr. Edward Scolnick. The Plaintiff submitted objections and counter-designations in response to Merck's designations. Next week Merck will send the Court complete versions of those transcripts, including the affirmative and counter-designations, objections, and the Court's prior rulings where applicable.

Dated: June 9, 2006

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax:   312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Final Deposition Designations** have been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of June, 2006.

_Dorothy H. Wimberly_