Barnett v. Merck
Merck Affirmative Designations
Corinne Barnett May 23, 2006 Deposition

[4:1] - [4:3]　　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 4
1　　Q.　Okay.　**Mrs. Barnett, have you ever been**
2 **deposed before?**
3　　**A.　No.**

[10:14] - [10:15]　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 10
14　　**Q.　And are you currently employed?**
15　　**A.　No.**

[12:7] - [12:10]　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 12
7　　**Q.　So was your last job the First Union**
8 **Construction Lending job that you had from 1987 to**
9 **1994?**
10　　**A.　Yeah.**

[12:11] - [12:13]　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 12
11　　**Q.　And your husband was employed by the**
12 **FBI for 27 years or so?**
13　　**A.　Yes.**

[13:19] - [14:5]　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 13
19　　**Q.　How would you describe your husband's**
20 **work while he was an FBI agent?**
21　　**A.　Long hours and a lot of paperwork**
22 **and --**
23　　**Q.　Did he have some dangerous assignments?**
24　　**A.　He had a couple.**
25　　**Q.　I know that he told us that he did some**
page 14
1 **counterintelligence work --**
2　　**A.　Yes.**
3　　**Q.　-- and some terrorism work.**
4　　**A.　Yes.**
5　　**Q.　That's sort of dangerous, right?**

[14:8] - [14:20]　　5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

I



EXHIBIT
A

Blumberg No. 5119

page 14

8    A.  Oh, yes.

9    Q.  Did he do any organized crime or work

10  on kidnappings, things like that?

11    A.  Yes, he did.

12    Q.  Search for fugitives sometimes --

13    A.  Yes.

14    Q.  -- and break into places and track

15  people down?

16    A.  Yes.

17    Q.  Was that stressful for you?

18    A.  Yes.

19    Q.  Did you fear for his life at times?

20    A.  Oh, yes.


[15:5] - [15:16]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 15

5        THE WITNESS:  Okay.  Now, what was the

6  question?

7  BY MR. HILL:

8    Q.  Sure, I asked did you ever fear for his

9  life?

10    A.  Yes, I did.

11    Q.  And was it a stressful job for him?

12    A.  I believe it was.

13    Q.  Do you know if he ever feared for his

14  life?

15    A.  I don't think he'd ever admit it, but I

16  think he probably did at times.


[20:18] - [21:10]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 20

18    Q.  Sure.  What are some of the -- sort of

19  the major health problems your husband's had in the

20  last ten years?

21    A.  Well, he has acid -- like acid reflux

22  and neck and back problems and he tries to keep in

23  the best shape he can.  You know, he walks almost

24  daily, you know, a couple miles and -- I can't

25  think of...

page 21

1    Q.  Has your husband ever told you that he

2  has high cholesterol?

3    A.  I think so.

4    Q.  Do you remember when he first told you

5  that he had high cholesterol?


2

6   A. No.
7   Q. Roughly?
8   A. A number of years ago.
9   Q. More than five?
10   A. Probably.

[23:1] - [23:13]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 23
1   Q. Your husband's neck and back pain, has
2 that been pain that has been going on for quite
3 some time?
4   A. Ever since I think it was like 1978 and
5 we were in a car accident, someone had rear-ended
6 us, and I think that's when it basically started to
7 my knowledge.
8   Q. Since that time in 1978 after the car
9 wreck, your husband's had periods where his neck
10 and back bother him?
11   A. Oh, yeah.
12   Q. Has it been consistent since 1978?
13   A. Yes.

[23:24] - [24:12]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 23
24 question got a little muddled.  So since the time
25 in 1978 when you and your husband were in a car
page 24
1 wreck, has your husband's neck and back pain been
2 something that has occurred constantly over that
3 time?
4   A. Yes.  He seems to always be in a little
5 bit of pain.
6   Q. How does he describe the pain that he's
7 in, his neck and back pain?
8   A. Mostly a heavy ache, you know, just an
9 aching.  And when he wants, you know, I'll have to,
10 you know, press my thumb or -- you know, just to
11 kind of relieve some of the -- the pain he's
12 having.

[24:13] - [24:15]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 24
13   Q. Are there times that his neck and back
14 pain is pretty intense?
15   A. Yeah.

[24:22] - [25:11]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 24
22      Q.  Are there times that your husband can't
23  do all the things he wants to do because of his
24  neck and back pain?
25      A.  Yeah.  I mean yes.
page 25
1      Q.  How would you say that his neck -- your
2  husband's neck and back pain has affected the
3  quality of his life?
4      A.  I'd say it's definitely affected it.
5  There's things he probably would want to -- like to
6  do, but, you know, because of the pain, he can't,
7  like skiing or, you know, some outdoor activities.
8      Q.  So there's certain physical activity
9  that your husband can't do because of his neck and
10  back pain?
11      A.  Right.  Correct.

[25:16] - [25:19]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 25
16      Q.  Are there times that your husband
17  hasn't been able to play golf because of his neck
18  and back pain?
19      A.  Yeah.  I mean yes.

[25:22] - [26:4]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 25
22      Q.  Are there times that your husband has
23  had to sleep in a chair because of his neck and
24  back pain?
25      A.  Yes, definitely.
page 26
1      Q.  How often has your husband had to sleep
2  in a chair because of his neck and back pain?
3      A.  Oh, he had to -- he was sleeping in a
4  recliner for a couple years.

[26:5] - [26:9]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 26
5      Q.  Do you remember when that was when your
6  husband was sleeping in a recliner because of his
7  pain?
8      A.  Well, it was before we got our -- a bed
9  that -- what do you -- what do you --

4

[26:13] - [27:1]  5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 26
13 Q. Hospital bed?
14 A. Yeah, hospital bed.
15 Q. Do you remember when you got that
16 hospital bed?
17 A. Let's see, a couple years ago.  Two or
18 three years ago.
19 Q. And prior to that time when you got the
20 hospital bed, he was sleeping -- your husband was
21 sleeping in a recliner because of the pain, is that
22 correct?
23 A. Right, yes.  He had to be kind of
24 upright and that was the only thing that, you
25 know -- the only -- I mean, a normal chair wouldn't
page 27
1 do it so he had to do that.

[27:7] - [27:17]  5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 27
7 Q. Have there been times when your husband
8 because of the neck and back pain has had trouble
9 getting up out of chairs or trouble moving around?
10 A. Yes.  I have to help him out of the
11 recliner on occasion.
12 Q. How frequently would you have to help
13 your husband out of the recliner because of his
14 neck and back pain?
15 A. Well, three-quarters of the time I'd
16 say I had to kind of help him out, you know, at
17 least just give him a -- you know, a support.

[28:11] - [28:16]  5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 28
11 Q. How did the Vioxx work on his back and
12 neck pain?
13 A. About like the Feldene.
14 Q. It made the pain tolerable, it made it
15 so that he could -- made him feel better?
16 A. Yeah.

[28:17] - [29:2]  5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 28
17 Q. How about the over-the-counter
18 medicines like Tylenol or aspirin, how did they

19 help his neck or back pain?
20      A.  They're just short-time -- short-term
21 relief of, you know, like when you have a headache,
22 take an aspirin and you get a little bit of relief.
23      Q.  Is it fair to say that the
24 over-the-counter drugs weren't as good as the
25 Feldene or the Vioxx for the back pain and the neck
page 29
1 pain?
2      A.  I think that's fair to say.

[29:3] - [29:7]          5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 29
3      Q.  Has your husband tried other remedies
4 for his neck and back pain like physical therapy?
5      A.  Yeah, and I don't know to what extent.
6 I know he was going to like a -- I guess it would
7 be a massage type of thing.

[29:20] - [29:25]        5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 29
20      Q.  How about acupuncture, has your husband
21 tried acupuncture --
22      A.  I believe he did.
23      Q.  -- for back and neck pain?  When did he
24 try the acupuncture?
25      A.  When?  Couple years ago.

[31:23] - [31:24]        5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 31
23      Q.  Does your husband drink alcohol?
24      A.  He drinks some red wine.

[32:2] - [32:5]          5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 32
2      Q.  About how many glasses a week of red
3 wine would you say your husband drinks?
4      A.  Oh, I think he drinks like one glass of
5 red wine a night.

[32:17] - [32:21]        5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 32
17      Q.  From, say, the mid 1990s up until 2000,
18 how often would your husband drink alcohol?
19      A.  Well, not much, just like a glass of

20  red wine and, you know, if he was out dancing, he'd
21  maybe have a couple -- two glasses of wine.

[37:22] - [38:1]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 37
22       Q.  Do you remember why your husband first
23  started using Vioxx?
24       A.  To ease the pain.
25       Q.  To ease his neck and back pain?
page 38
1       A.  Yes, his neck and back pain.

[40:18] - [41:6]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 40
18       Q.  Did you ever see any samples of Vioxx
19  at your house?
20       A.  No.
21       Q.  Did you ever see your husband taking
22  any samples of Vioxx?
23       A.  Well, when you say sample, you mean
24  just something that the doctor gave you?  No.
25       Q.  It didn't come with a prescription, you
page 41
1  know, it came out of a little package rather than a
2  bottle.
3       A.  No, I don't recall that.  All I recall
4  is his little bottles and he puts them in his
5  little pill, you know, daily so he doesn't forget
6  what day it is.

[43:9] - [43:11]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 43
9       Q.  So you know your husband took Vioxx for
10  at least four years?
11       A.  At least.

[43:14] - [44:7]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 43
14       Q.  Do you know why he took Vioxx for all
15  those years?
16       A.  For the pain.
17       Q.  And did it work to reduce his neck and
18  back pain?
19       A.  I believe it did.  Otherwise, he
20  wouldn't -- he wouldn't have stuck with it.

21     Q.  Was your husband able to do things when
22  he was taking Vioxx that he wouldn't have been able
23  to do without it?
24     A.  Yeah, I think it made him feel a little
25  better, you know, so he could do his daily walks
page 44
 1  and, you know -- otherwise, if it -- if it didn't,
 2  I don't believe he'd -- he would have continued
 3  taking something that wasn't helping him out.
 4     Q.  Did taking the Vioxx help your husband
 5  do some of his recreational activities like play
 6  golf or lift weights or go walking?
 7     A.  Well, probably.  He doesn't lift

[44:12] - [44:22]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 44
12     Q.  Did the Vioxx help him go to the gym
13  and do the workout stuff?
14     A.  I believe to some extent, yes.
15     Q.  Do you think the Vioxx helped him when
16  he went dancing like he likes to go dancing a
17  couple times a week?
18     A.  I'm probably pretty sure, you know.  If
19  he didn't feel like going dancing, then he wouldn't
20  go, but I think the Vioxx must have helped him, you
21  know, because he loves to dance.  And he's very
22  good too.

[45:9] - [46:1]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 45
 9     Q.  How often these days does your husband
10  go dancing?
11     A.  Normally Wednesday and Friday,
12  sometimes just Friday, sometimes just Wednesday.
13     Q.  How long is your husband gone when he
14  goes dancing, a few hours?
15     A.  A couple hours.
16     Q.  And you mentioned that your husband --
17  that he and his partner do some competition?
18     A.  Yeah.
19     Q.  What's that all about?
20     A.  Well, they -- sometimes they just have
21  these competition dances and -- and, you know,
22  they'll get up and do their little routine and sit
23  down.
24     Q.  Do they ever win?

8

25      A.  They've come in third place a couple
page 46
1 times.  I don't think they've ever come in first.

[46:5] - [46:9]      5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 46
5       Q.  Is your husband still a pretty good
6 dancer?
7       A.  Oh, yeah.  Yeah.
8       Q.  Your husband mentioned --
9       A.  That's what keeps him young.

[47:24] - [48:12]      5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 47
24      Q.  Did you ever see any Vioxx
25  advertisements on TV or in magazines or on the
page 48
1 radio?
2       A.  Oh, yeah.
3       Q.  What Vioxx ads did you see?
4       A.  Well, I can't tell you specifically.  I
5 know I've heard it on the radio or TV, you know.
6 It's not something I've really paid a lot of
7 attention to.
8       Q.  You didn't pay much attention to the
9 Vioxx ads?
10      A.  No.  I don't pay much attention to any
11  commercials.  That's usually when I take a bathroom
12  break.

[48:20] - [48:22]      5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 48
20      Q.  Did your husband ever mention Vioxx
21  advertisements to you, did you ever discuss them?
22      A.  No.  Why would we do that?

[48:23] - [49:9]      5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
page 48
23      Q.  Is your husband the kind of man who
24  relies on advertisements or the doctor's advice
25  when it comes to taking medicine?
page 49
1       A.  I would say doctor.  No, I'm not -- I
2 don't think he really paid much attention to
3 advertisements per se.  No, if he has a question,

4 he'll -- he'll call the doctor.  He's pretty good
5 about that.
6     Q.  Would your husband normally read
7 information that came with the medicines that he
8 was taking, would he read the label or the inserts?
9     A.  Oh, yes.  Oh, yes.

[53:3] - [53:25]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 53
3 got that time frame.  What are some of the hobbies
4 and activities that your husband liked to take part
5 in during that period right prior to his
6 retirement?
7     A.  Well, dancing, walking, golf, not much
8 tennis.
9        MR. ROBINSON:  I think you mentioned
10 skiing every once in awhile.
11        THE WITNESS:  Yeah, that may be once a
12 year.
13 BY MR. HILL:
14     Q.  Scuba?  Do you guys ever go scuba
15 diving?
16     A.  Yes, we did.  We're both certified.
17     Q.  Where are the places that you've gone
18 scuba diving together?
19     A.  Let's see, St. Thomas, St. Martin.
20 Usually it was St. Thomas, though, because we lived
21 in Puerto Rico.
22     Q.  How many times have you and your
23 husband gone scuba diving?  Roughly.
24     A.  Well, he went more than I did.  I'd say
25 maybe 20 times.

[54:22] - [55:6]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 54
22     Q.  I want to focus on 1999 now which was
23 that first year of retirement.  Were your husband's
24 recreational activities the same that year as the
25 ones you just told me, he liked to walk, play golf,
page 55
1 dance -- go dancing, same sort of activities?
2     A.  Pretty much the same, yeah.
3     Q.  Did your husband ever go run?
4     A.  Very rarely.  No, that -- that was too
5 hard on his back so he -- he'd do a fast walk,
6 which is probably better than running anyway.

10

[58:22] - [59:11]        5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
                         page 58
                         22        Q.   Now, we also understand from your
                         23   husband's deposition that in 1999, your husband
                         24   worked briefly as a private -- helping out a
                         25   private investigator here in Myrtle Beach, is that
                         page 59
                          1   correct?
                          2        A.   Yes.
                          3        Q.   And he took that job after he retired
                          4   from the FBI?
                          5        A.   Yeah.  And it was -- and it wasn't very
                          6   long but -- in fact, I'd just about forgotten about
                          7   that, you know, because it was -- no, he decided,
                          8   you know, he's worked long enough and he didn't
                          9   need to be doing that.  And I didn't really care
                         10   for him doing that either because I liked him to be
                         11   home.

[59:20] - [60:2]         5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
                         page 59
                         20        Q.   Other than your husband's job as a
                         21   private investigator in 1999, have either of you
                         22   had any employment since your husband retired in
                         23   January of 1999?
                         24        A.   Well, he worked at a -- helped his
                         25   brother at the golf course.  Not for very long
                         page 60
                          1   but -- you know, that was kind of short-lived, but
                          2   he just helped his brother out.

[60:5] - [60:9]          5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
                         page 60
                          5        Q.   And other than your husband's job at
                          6   the golf course and the PI -- the private
                          7   investigator work, has there been any other
                          8   employment for either of you since he retired?
                          9        A.   No.

[66:20] - [67:4]         5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations
                         page 66
                         20        Q.   What were your husband's typical
                         21   hobbies, recreational activities during that
                         22   two-and-a-half-year time frame from February 2000
                         23   to September 2002?

11

24     A.  Just working on the computer, walking,
25 dancing.
page 67
1     Q.  Playing golf?
2     A.  A little bit.  Not a whole lot.
3     Q.  Going to the gym to work out?
4     A.  Yeah.

[76:12] - [77:7]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 76
12     Q.  How long did it take your husband to
13 get back up on his feet and moving around after his
14 heart attack?
15     A.  Well, now, I took him for walks because
16 they said it was very important that he get out and
17 walk and he had to, you know, hold on to me, you
18 know, and make sure that he didn't fall or
19 anything, but that seemed to be a real important
20 thing was the daily walks.
21     Q.  Did you start taking on those walks
22 right after you got back from -- right after he was
23 discharged from the hospital?
24     A.  Pretty much as quick as we could.
25     Q.  How long did your husband need your
page 77
1 assistance on these walks after he was discharged
2 from the hospital on September 14, 2002?
3     A.  Well, I'd say a good four weeks that I
4 was there with him walking every day.
5     Q.  After those first four weeks, would
6 your husband go out for his walks on his own?
7     A.  Yeah, pretty much.

[77:10] - [77:12]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 77
10     How long after your husband was
11 discharged after his heart attack before he was off
12 walking a couple miles again on his own?

[77:14] - [78:11]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 77
14     THE WITNESS:  Totally on his own,
15 probably six weeks, seven, but I was pretty
16 overprotective so I -- I wasn't going to let him
17 walk by himself unless I knew he could do it by
18 himself.

12

19 BY MR. HILL:
20     Q.  How about how long until he started
21 going dancing again?
22     A.  That was -- that was awhile.  I want to
23 say a year but -- I think it was about 9 months to
24 12 months.
25     Q.  Before your husband started dancing
page 78
1 again?
2     A.  Yeah, because there were some tricky
3 movements and so, you know, he had to really watch,
4 you know, what he did and -- or running, you know,
5 he didn't want to get out of breath and -- you
6 know, for overexerting himself.
7     Q.  Today your husband's back doing those
8 dances and the tricky moves, isn't he?
9     A.  Yes.  Far as I know.
10     Q.  How does your husband spend most of his
11 time these days?

[78:12] - [80:5]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 78
12     A.  Well, working on the computer.  Let's
13 see.  Well, we don't have to walk the dogs, we just
14 let them out, and he'll, you know, be out in the
15 yard maybe pulling weeds or --
16     Q.  So he works in the yard?
17     A.  So he works in the yard.
18     Q.  Does your husband still today go out
19 for -- to walk a few miles?
20     A.  Oh, yeah.
21     Q.  Every day?
22     A.  Almost every day, weather permitting.
23     Q.  How many miles usually does your
24 husband walk today?
25     A.  Around two.
page 79
1     Q.  Does your husband still go to the gym
2 to exercise?
3     A.  Yeah.
4     Q.  How often does he go to the gym today?
5     A.  Recently he hasn't been all that often,
6 but I think he tries to go two or three times a
7 week, more if he -- he can, you know, fit into his
8 schedule depending on what he's doing.
9     Q.  How long is he gone usually when he

13

10 goes to the gym these days?
11    A.  About an hour and a half.
12    Q.  You told us that he still goes dancing
13 now and does those tricky moves, right?
14    A.  Yeah.
15    Q.  And is he just as good a dancer now as
16 he was before his heart attack?
17    A.  I think he works harder at it, but I
18 think he is just as good or maybe even better.
19    Q.  Better today.  And does he do as much
20 dancing as he used to?
21    A.  No.  He tries to go two times a week,
22 but that doesn't always happen.
23    Q.  Because of the schedule?
24    A.  Well, just something comes up and -- or
25 his partner can't go and -- and when you -- you
page 80
 1 know, he's on a -- he's got these routines down and
 2 the other -- his partner knows them so if she's not
 3 going to go, he doesn't want to go and break in
 4 somebody else that is going to step all over his
 5 feet.

[80:10] - [80:21]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 80
10    Q.  Do you all still go out with friends
11 and go to dinner and that sort of thing?
12    A.  Yeah, I don't cook.
13    Q.  So you guys go out to dinner a few
14 times a week?
15    A.  Yes, I would say that, couple times a
16 week.
17    Q.  Do you have a lot of friends here in
18 Myrtle Beach?
19    A.  Yeah, through the shag community.
20    Q.  The dancing shag that he does?
21    A.  Yes, uh-huh.

[81:15] - [82:2]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 81
15    Q.  Let's say it this way:  Other than the
16 issue Mr. Robinson and I discussed, are there
17 things today that your husband cannot do that he
18 could do before he had his heart attack in
19 September 2002?
20    A.  Well, he can't lift any -- he can't

14

21 lift anything heavy.  Normally I do that.  I think
22 that's -- basically the -- the big thing is he just
23 can't lift anything of any -- you know, other than
24 a piece of paper.  I'm just kidding.  Yeah, he has
25 to watch what he lifts and he certainly has to
page 82
1 watch what he eats, you know, sweets and stuff like
2 that.

[82:6] - [83:22]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 82
6      Q.  This shag dancing, can you describe
7 what the shag is all about, what kind of movements
8 are used.
9      A.  Well, I kind of like to think of it as
10 a soft jitterbug, something like that.
11     Q.  And what's the jitterbug?  How would
12 you describe that?
13     A.  Hop around.
14     Q.  Hopping around?
15     A.  But this is, you know, very structured,
16 you know, and you have to know the dance steps.
17 You know, he took lessons for several years, too,
18 because you just -- it's not an easy thing to pick
19 up just out of the blue, you know, you have to have
20 a teacher.
21     Q.  Other than the heavy lifting you
22 brought up, are there any other things your husband
23 can't do today that he could do before his heart
24 attack?
25     A.  I know there's something.  I just can't
page 83
1 put my finger on it right, you know...
2      Q.  Nothing else you can remember?
3      A.  No.
4      Q.  Have you all taken any vacations since
5 his heart attack?
6      A.  Yes.
7      Q.  Where are the places you've gone on
8 vacation since your husband's heart attack?
9      A.  We went to Universal Studios in
10 Florida.
11     Q.  In Orlando?
12     A.  In Orlando and did a lot of walking.
13 And we -- well, he went to Kentucky to see his
14 mother with his brother John, they drove.  Let's

15

15 see, where else did we go?  We went to Cancun with
16 my former boss and his family.
17     Q.  When did you go to Cancun?
18     A.  Oh, geez.  It was -- well, it was last
19 year, probably -- I don't even remember -- remember
20 the month, but it was over a year ago.  Universal
21 was the latest one that we went on, that was about
22 a month ago.

[84:3] - [84:4]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 84
3     Q.  Has your husband's heart attack had any
4 effect on your relationship with your husband?

[84:9] - [85:11]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 84
9     A.  Well, I know -- I know we probably
10 care — it brought us closer together and we value
11 our time together since -- you know, because you
12 never know what's going to happen so, yeah, I think
13 it's brought us closer.
14     Q.  And you still have a strong
15 relationship?
16     A.  Oh, yes.
17     Q.  You still are in love with each other?
18     A.  Well, I am.
19     Q.  Do you guys --
20     A.  And he tells me he is so I believe him.
21     Q.  Does he still take care of you when you
22 need him to take care of you?
23     A.  Yes.
24     Q.  Do you still enjoy being together as
25 much as ever?
page 85
1     A.  Probably more.
2     Q.  Does your husband take better care of
3 himself now even?
4     A.  Oh, yeah.
5     Q.  I know he's always taken good care
6 but --
7     A.  He's always taken good care of himself,
8 but he's very aware of, you know, what he can and
9 cannot do as far as eating and exercising and -- so
10 I think he takes pretty good care of himself and
11 me.  Sounds like a train.

16

[90:12] - [90:21]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 90

12     Q.  What's your understanding as you sit
13  here today of your husband's current overall health
14  condition?
15     A.  What's my understanding of it?  I think
16  he's in pretty good shape for his age.  Sorry.
17  Well, I know he takes good care of himself and, you
18  know, the heart attack was a definite wake-up call
19  and -- so I just know he's very serious about what
20  he -- what he can and cannot do and he just takes
21  good care of himself.

Barnett v. Merck
Merck Affirmative Designations
Curtis Bryan June 6, 2006 Deposition

[3:25] - [4:11]          6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 3
25          Q.  Good afternoon.  Can you state your full
page 4
1     name for the record, please?
2          A.  Foster Curtis Bryan, II.
3          Q.  And do you have a medical specialty,
4     Doctor?
5          A.  Cardiothoracic surgery.
6          Q.  And could you explain for the jury what
7     cardiothoracic surgery entails, in general?
8          A.  In general?  In general my practice
9     involves surgery on the heart and the lungs,
10     everything from bypass surgery to valve replacement
11     to surgery for lung cancer.

[6:16] - [7:15]          6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 6
16          Q.  All right.  And, Doctor, if you could
17     kindly tell the jury your education
18     starting with your medical school, where you did
19     your red -- residency, if you have a fellowship,
20     we'll go from there?
21          A.  I graduated medical school cume laude from
22     Emory University School of Medicine in 1988.  I
23     finished a general surgery residency at Emory
24     University affiliated hospitals in 1993, did a --
25     from '93 to '94, did a fellowship in research at the
page 7
1     Carlyle Frazier Heart Center, which is part of
2     Emory's cardiac research, and then from '94 to '97,
3     I did my cardiothoracic residency at Emory
4     University affiliated hospitals.
5          Q.  And are you board certified in any
6     specialities?
7          A.  I'm board certified in general surgery and
8     in thoracic surgery and I recertified in general
9     surgery 2004, I think it was.
10          Q.  When did you first receive your board

1


EXHIBIT
B

11    certification with the American Board of Surgery?
12         A.  '94, May 1994.
13         Q.  And same question as to the board of
14    thoracic surgery.  When were you board certified?
15         A.  1998.

[7:19] - [8:3]        6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 7
19         Q.  And are you currently affiliated with any
20    professional medical group?
21         A.  I'm a member of -- I'm a fellow of the
22    American College of Surgeons, a fellow of the
23    American College of Cardiology, a fellow of the
24    American College of Chest Physicians, a fellow of
25    the South Eastern Surgical College. I'm a member of
page 8
1     the Society of Thoracic Surgeons, a member of the
2     South Atlantic Cardiovascular Society.  I believe
3     that covers most of the societies.

[8:7] - [8:14]        6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 8
7         Q.  All right.  And you mentioned that you're
8     a cardiovascular surgeon, correct?
9         A.  Correct.
10         Q.  And you -- do you currently have your own
11    private practice?
12         A.  I do.  I'm a practicing -- practicing
13    manager of Coastal Cardiovascular Surgery here in
14    Myrtle Beach.

[9:11] - [9:18]        6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 9
11         Q.  All right.  And are you affiliated with
12    any local hospitals?
13         A.  Our hospital -- we're affiliated with one
14    hospital, Grand Strand Regional Medical Center.
15         Q.  And so that's where you do all of your
16    cardiothoracic surgery?
17         A.  100 percent of our surgery is done at
18    Grand Strand.

2

[9:19] - [10:2]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 9
19          Q.  If you could tell me on a weekly basis how
20      you spend time in your practice in terms of
21      surgeries, inpatient or does it vary?
22          A.  We -- we spend the majority of our time in
23      the hospital.  We have -- basically operate
24      four-and-a-half days a week with a half a day of
25      office.  And so, usually a typical day would be one
page 10
1      or two open heart or thoracic cases and then seeing
2      consultations in the hospital.

[10:19] - [11:5]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 10
19          Q.  Do you yourself do -- do more heart
20      surgeries tha -- than thoracic surgery or vascular
21      surgeries or is it equal?
22          A.  I would probably say that nearly 90
23      percent of what I do is cardiac surgery.
24          Q.  And the cardiac surgery would involve what
25      types of procedure?
page 11
1          A.  Coronary bypass grafting, valve
2      replacement and some ascending aortic aneurysm work.
3          Q.  And coronary artery bypass graft is what
4      Mr. Barnett had, correct?
5          A.  That's correct.

[11:6] - [11:16]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 11
6          Q.  All right.  Could you explain to the jury,
7      please, what a coronary artery bypass graft is in
8      general?
9          A.  In general the patient has blockages in
10      the native or their own coronary arteries on the
11      art -- the heart -- the arteries in the surface of
12      their heart, and bypass grafting is using an artery
13      off of their chest wall or vein from their leg or
14      maybe even artery out of a forearm, bypassing or
15      going around that blockage to restore blood flow to
16      the heart.

3

[16:1] - [16:11]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 16
1     Q.  All right.  Now, do you have any
2   association whatsoever with Merck?
3     A.  No.
4     Q.  All right.  Or -- and -- and let me
5   include any professional or otherwise affiliation
6   with Merck?
7     A.  No.
8     Q.  Never spoken for Merck in any capacity?
9     A.  No.
10     Q.  Not a thought leader?
11     A.  No.

[16:23] - [17:1]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 16
23     Q.  All right.  And do you recall ever
24   receiving any sales calls from any of Merck
25   employees regarding Vioxx?
page 17
1     A.  Not that I'm aware of.

[17:2] - [17:6]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 17
2     Q.  All right.  Do you know that anyone in
3   your office was ever detailed by Merck regarding
4   Vioxx?
5     A.  I don't know of anybody else being
6   detailed.

[23:12] - [23:16]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 23
12     Q.  All right.  Have you had any discussions
13   at all with defense counsel in this case?
14     A.  No.
15     Q.  All right.  And no one from Merck?
16     A.  No one from Merck, no.

[70:8] - [70:10]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

4

page 70
8       Q.  Good afternoon, Dr. Bryan.  My name is
9     Andy Goldman.  Have we met before today?
10       A.  No.

[70:11] - [70:12]       6/6/2006     Bryan, Curtis - Merck Affirmative Dep Designations

page 70
11       Q.  I remember you answering some questions
12     about a meeting that you had with Ms. Myer and Ms --

[70:15] - [71:6]       6/6/2006     Bryan, Curtis - Merck Affimative Dep Designations

page 70
15       Q.  -- Sherbanee; is that right?
16       A.  That's correct.
17       Q.  And do you understand that I was not able
18     to meet with you; under the judge's rules, I -- I
19     was prohibited from doing that?
20       A.  Correct.
21       Q.  When did you meet with Ms. Sherbanee and
22     Ms. Myer?
23       A.  Probably, I'm gonna estimate it was three
24     or four months ago, maybe.
25       Q.  Where did you meet?
page 71
1       A.  At my office.
2       Q.  Can you tell me what you remember about
3     the discussion, how long it took and what was
4     discussed?
5       A.  It was probably about an hour discussion
6     and just reviewing Mr. Barnett's clinical course.

[71:7] - [73:4]       6/6/2006     Bryan, Curtis - Merck Affimative Dep Designations

page 71
7       Q.  Anything more specific than that that you
8     remember about your meeting with the plaintiffs'
9     lawyers?
10       A.  No.  I -- we met -- basically for -- for
11     me it was reviewing everything that had been, you
12     know, on the cardiac cath and going through the
13     record for him.
14       Q.  Let's go back to your medical background,
15     okay, sir?  You were asked questions about board

5

16   certification.  Do you remember that?
17       A.  Yes.
18       Q.  You said you were board certified in
19   general surgery and thoracic surgery; is that right?
20       A.  Correct.
21       Q.  Can you tell the jury what that means in
22   terms that I can understand?
23       A.  Basically, for general surgery, that's the
24   five years that we -- that's the training -- that's
25   general surgeons doing things every -- you know,
page 72
1    abdominal surgery, whatnot.  That's the first part
2    of becoming a thoracic surgeon, is obtaining a
3    general surgery residency.  That includes taking a
4    board where you take a -- a written exam.  And if
5    you pass the written exam, you go on to an oral
6    exam.  And assuming you pass your oral exam, you go
7    on -- you become board certified at that point.
8         I subsequently went on to get recertified.
9    And I believe the year was 2003 or 2004.  And that's
10   another written exam to be recertified.  You do not
11   have to take another oral exam.
12        Thoracic surgery is the cardiothoracic.
13   The term they use for the board is thoracic as a
14   general name.
15       Q.  What does thoracic mean?
16       A.  In the terms of the board, it means heart,
17   lung and esophageal surgery and diaphragmatic and --
18   surgery on the diaphragm.  That's the term used by
19   that board as the all inclusive for all of it.  It's
20   the, I guess you'd say, the more traditional name
21   for it when it was originally started.  And that is
22   a similar circumstance: you finished an approved
23   residency and you take a written exam, pass the
24   written exam and then you take an oral exam and if
25   you pass the oral exam, you get certified.
page 73
1        Q.  Do you consider yourself, sir, to be a
2    specialist in cardiovascular surgery and thoracic
3    surgery?
4        A.  Yes.

[73:5] - [76:20]       6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 73
5        Q.  Are you also what's known as an

6

6    interventional cardiologist?
7        A.  No.
8        Q.  What is an interventional cardiologist?
9        A.  Interventional cardiologist is a person
10   who would place a catheter, use a catheter approach
11   to treating disease.
12            In the case of coronary disease, they're
13   the -- the physicians who place a catheter,
14   typically through the groin in -- with a little wire
15   down a coronary artery in angioplasty to balloon it
16   open leaving a stent behind to keep it open.
17       Q.  So would Dr. Karavan be considered an
18   interventional cardiologist?
19       A.  Yes.
20       Q.  What is an electrophysiologist, in --
21   briefly, in terms that I can understand, please?
22       A.  A cardiologist that treats rhythm
23   disturbances of the heart, irregular heart rates,
24   any kind of electrical system problems with the
25   heart.
page 74
1        Q.  Did Mr. Barnett have any electrical
2    problems with his heart?
3        A.  No, not that I'm aware of.
4        Q.  Do electrophysiologists typically
5    determine the extent of coronary artery disease?
6        A.  Typically, they don't.
7        Q.  Are electrophysiologists involved in
8    deciding how long somebody is likely to live after
9    heart surgery?
10       A.  If there is no rhythm problem in this --
11   in the patient, they typically would not have much
12   of a role in that.
13       Q.  For how many years, sir, have you treated
14   patients with heart problems?
15       A.  Let's see, it's now been 13 years.
16       Q.  How many heart surgeries have you done in
17   that time?
18       A.  If you include residency, it's probably --
19   probably well over 2000.
20       Q.  About how many surgeries or bypass
21   surgeries have you done this year?
22       A.  This year, probably -- see, we're in June.
23   Probably around 100 or, you know, probably between
24   80 and 100 probably right now, somewhere in that
25   vicinity.

7

page 75
1       Q.  Have you noticed at all, Dr. Bryan, that
2    you're doing fewer bypass surgeries now that Vioxx
3    was withdrawn from the market?
4       A.  No difference form -- due to Vioxx being
5    withdrawn.
6       Q.  Did you notice that there was any increase
7    in bypass surgeries that you were doing when Vioxx
8    was on the market?
9       A.  I did not notice any increase, no.
10      Q.  How many patients, sir, would you say you
11   have seen with severe multi-vessel disease like
12   Mr. Barnett?
13      A.  Probably thousands.  I mean, probably, you
14   know, 2000 -- you know, at least a couple thousand
15   where we've operated on them and even some we don't
16   even operate on, so.  You know -- you know, at least
17   2000 probably, maybe more.
18      Q.  Have you seen patients, sir, who actually
19   have died from heart attacks without knowing that
20   they had heart disease?
21      A.  Yes.
22      Q.  Is that common?
23      A.  I would say it's not uncommon for people
24   to have that happen.
25      Q.  Have you heard that approximately 50
page 76
1    percent of all heart attacks occur in people who
2    don't have symptoms?
3       A.  Yes.
4       Q.  Is it also your experience, Dr. Bryan,
5    that even people who are in great shape and take
6    care of themselves and try to watch their
7    cholesterol also have heart attacks?
8       A.  Yes.
9       Q.  Have you seen patients also, Dr. Bryan,
10   who had serious, severe coronary artery disease and
11   didn't realize it until they had a minor heart
12   attack and a catheterization?
13      A.  Yes.
14      Q.  Do you believe that Mr. Barnett had a mild
15   heart attack?
16      A.  It was a mild heart attack by enzymes,
17   yes.
18      Q.  Did Mr. Barnett have severe coronary
19   artery disease?

8

20      A.  Yes.

[77:3] - [77:6]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 77
3       Q.  Given the severity of Mr. Barnett's
4       coronary artery disease and multi-vessel disease, if
5       he had not had bypass surgery, what do you think
6       might have happened to him?

[77:8] - [77:11]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 77
8       THE WITNESS:  At some point, in all
9       likelihood, he would have either developed chest
10      pain or had a heart attack with the degree of
11      disease that he had.

[77:13] - [77:16]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 77
13      Q.  Whether or not Mr. Barnett actually had a
14      mild heart attack in September of 2002, if you had
15      seen the extent of his coronary artery disease,
16      would you have recommended bypass surgery?

[77:19] - [77:24]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 77
19      THE WITNESS:  Given the degree of
20      three-vessel disease with or without a heart attack,
21      we would recommended coronary bypass grafting.  If
22      he's -- if he's symptomatic in some way: chest pain,
23      positive stress test, you know, with that degree of
24      disease, he would have been referred for bypass.

[78:1] - [78:7]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 78
1       Q.  So if Mr. Barnett had had chest pain or a
2       positive stress test result and he'd come to see you
3       a few months before you operated on him and he had
4       not had a heart attack, based on the condition of

9

5    his arteries, would you have recommended bypass
6    surgery?
7       A.  Yes.

[78:11] - [78:20]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 78
11    minute.  Is the State of South Carolina in an area
12    called the stroke belt?
13       A.  Yes.
14       Q.  What does that mean?
15       A.  Per capita, there's a very high stroke
16    rate.  And actually, South/North Carolina is that
17    big stroke belt that's known.
18       Q.  Does South Carolina have the highest
19    stroke death rate in the country?
20       A.  I believe it does.

[79:2] - [80:6]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 79
2       Q.  When did you first meet Mr. Barnett, sir?
3       A.  I first met Mr. Barnett in September of
4    2002, the day of his consultation on the – oh, here
5    it is, the 9th – September 9th, 2002.
6       Q.  Had Dr. Karavan by September 9th already
7    performed a catheterization on Mr. Barnett?
8       A.  Yes.
9       Q.  Can you tell us just briefly what a
10   catheterization is?
11      A.  The cardiologist in most cases will slip a
12   small catheter up in the groin artery, the femoral
13   artery in your groin.  It will go all the way up the
14   aorta to the heart, and they will take a catheter
15   and engage it into the opening of each of the
16   main – of each of the coronaries and inject dye
17   into the coronary artery tree, and what it gives you
18   is a look at the – how open the lumen of the artery
19   is.
20      Q.  What's the lumen?
21      A.  The – as a tube, the inside diameter of
22   the artery.
23      Q.  Is a cardiac catheterization a procedure
24   that cardiologists or heart doctors use to determine
25   the extent of atherosclerosis or coronary artery

10

page 80
1    disease in patients' arteries?
2       A.  Yes.
3       Q.  Is a cardiac catheterization or angiogram
4    considered the gold standard to determine the amount
5    of coronary disease, artery disease in people?
6       A.  Yes.

[80:12] - [80:18]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
12      Q.  I'm gonna hand you, Dr. Bryan what I'll
13   mark as Exhibit 11.  And we're gonna work primarily
14   from this exhibit.  I believe, sir, that Exhibit 11,
15   which is Bates stamped BarnettG-Bryan FMD 1 through
16   35 is a complete chart from your records.  And if
17   you want to take a minute, I'm gonna ask you whether
18   this locks to be Mr. Barnett's chart?

[80:21]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
21           THE WITNESS:  Yes.

[80:23] - [84:7]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
23      Q.  If you turn with me, sir, to the page that
24   has in the bottom right corner 20 -- this is also an
25   exhibit that was marked earlier as Exhibit 1 -- is
page 81
1    this the consult that you dictated, sir?
2       A.  Yes, it is.
3       Q.  Does this reflect your initial discussions
4    with Mr. Barnett and your evaluation of his heart
5    condition?
6       A.  Yes.
7       Q.  In the first line where it says RFC, what
8    does -- what does that mean?
9       A.  Reason for consultation.
10      Q.  What did you write there?
11      A.  Coronary artery disease.
12      Q.  Is coronary artery disease another term
13   for atherosclerosis?
14      A.  Yes.

11

15  Q.  Is that the most common cause of heart
16 attack in the United States?
17  A.  Yes.
18  Q.  Is coronary artery disease something that
19 begins early in life in people?
20  A.  It is being brought to light that this may
21 be starting even as young as preteen years.
22  Q.  Is it your understanding, sir, that
23 coronary artery disease or atherosclerosis is
24 something that is a gradual and chronic process?
25  A.  Typically, yes.

page 82

1  Q.  Is it true that people with coronary
2 artery disease and atherosclerosis generally have
3 plaque buildup over years of their life?
4  A.  Yes.
5  Q.  If the plaque inside our arteries gets to
6 be big enough, is it true that the plaque can
7 actually slow down or stop the flow of blood to the
8 heart?
9  A.  Yes.  Yes, it can.
10  Q.  Is it also a natural part of the
11 atherosclerosis process for some plaque to rupture?
12  A.  Yes.
13  Q.  When plaque ruptures, Dr. Bryan, does the
14 body have a natural response to that?
15  A.  It does.  What happens is the -- the
16 plaque ruptures, exposing basically raw -- raw
17 material in the lumen, all the plaque and all the --
18 it senses injury, like a cut.
19   And one of the things that happens is the
20 body sends an immune response which starts a cascade
21 of clotting.  And typically it -- it's -- it -- the
22 artery -- if you rupture a plaque, you'll develop
23 thrombus in the plaque, in the area of the rupture.
24  Q.  Is it your understanding, sir, that the
25 body's natural reaction to a plaque rupture is to

page 83

1 clot?
2  A.  Yes.
3  Q.  Is that something that's occurred in human
4 beings long before Vioxx came to the market?
5  A.  Yes.
6  Q.  Is that something that continues to
7 happen to people with severe coronary artery disease
8 today?

12

9      A.  Yes.

10      Q.  You mentioned in response to questions

11   earlier that you seem to remember some dye that was

12   hanging in a catheterization that was done on

13   Mr. Barnett.  Do you remember that?

14      A.  Yes.

15      Q.  And I think there's been a suggestion that

16   Mr. Barnett had a clot in his -- one of his arteries

17   and that that's evidence of the clot.  Do you

18   remember that?

19      A.  Yes.

20      Q.  Am I right, Dr. Bryan, that there's no

21   such thing as a Vioxx clot or a clot that has a

22   signature on it showing this was caused by Vioxx?

23      A.  That is correct.

24      Q.  When you said that you noticed the clot in

25   the catheterization film, is that to be expected

page 84

1   when somebody has severe coronary artery disease and

2   has a plaque rupture?

3      A.  Yes.

4      Q.  Is a clot something that's expected when

5   plaque ruptures occur regardless of whether they're

6   taking any medication?

7      A.  Yes.

[84:8] - [85:23]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 84

8      Q.  Let me go to the history.  Is that HPI on

9   the consult?

10      A.  Correct.

11      Q.  You were asked some questions about

12   language later in the paragraph.  I want to start

13   with the first sentence where you wrote:  The

14   patient is a 58-year-old gentleman admitted on

15   September 6th, 2002 with a non Q wave myocardial

16   infarction.  Do you see that?

17      A.  Correct.

18      Q.  What is as non Q wave myocardial

19   infarction, as briefly as you can tell us?

20      A.  A non Q wave myocardial infarction implies

21   that there has not been a full thickness muscle

22   damage.  Most of these myocardial infarctions are on

23   the inner layer of the heart, not what we call

24   transmural or all the way through the muscle of the

13

25    heart, which will typically when it's a full

page 85

1    thickness heart attack, meaning the whole muscle

2    wall thickness, you will develop an EKG abnormality.

3    That's a signature called a Q wave, and that's

4    pretty much signature for a transmural or a full

5    thickness heart attack.

6    Q.  So if an EKG test shows a Q wave -- and

7    we'll show the jury what that is in a minute -- that

8    could be an indication that the patient had a

9    transmural heart attack?

10    A.  Yes.

11    Q.  Now, you diagnosed Mr. Barnett with a non

12    Q wave myocardial infarction, right?

13    A.  Well, I just repeated what had been

14    diagnosed by Dr. Karavan with the positive enzyme.

15    Q.  And throughout the records, including the

16    discharge summary and all of the other records that

17    were created during Mr. Barnett's hospital stay, he

18    was always diagnosed as having a non Q wave heart

19    attack, true?

20    A.  Correct.

21    Q.  Do you stand by the diagnosis, sir, that

22    Mr. Barnett had a non Q wave heart attack?

23    A.  Yes.

[86:20] - [87:9]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 86

20    Q.  Okay.  From your experience actually

21    looking at Mr. Barnett's heart when you operated on

22    him and reviewing the labs that were taken during

23    September of 2002, what is your view about whether

24    he had a non Q wave heart attack or a Q wave heart

25    attack?

page 87

1    A.  He did not have any evidence at surgery in

2    my op note of a -- a transmural heart attack, at

3    least examining his heart and looking at his enzymes

4    and -- and whatnot.

5    He did not have -- usually -- typically,

6    if I see what I consider a transmural infarct, which

7    would usually be edema of the wall or -- or

8    transmurality demonstrated by hemorrhage, I'll

9    mention that in my operative note.

14

[87:11] - [88:18]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 87
11        Q.   What is edema of the wall and -- what was
12     the other term you said?
13        A.   Hemorrhage.
14        Q.   Hemorrhage.  Could you just explain what
15     that is?
16        A.   Hemorrhage of the -- if you have a big Q
17     wave MI, a big Q wave heart attack, typically you
18     have either edema, the -- that wall of the heart
19     will look swollen.  You will see swelling in that --
20     in that area.
21        Q.   That's what edema is, swelling?
22        A.   That's what edema is, swelling.  Or you'll
23     see hemorrhages.  It looks like a big bruise on the
24     heart on -- on some of these folks.  So typically a
25     big Q wave myocardial infarction you will see some
page 88
1      kind of finding at surgery.
2         Q.   When you were actually the person looking
3      at Mr. Barnett's heart and examining it, did you see
4      any evidence of edema of the wall?
5         A.   No.
6         Q.   Did you document anywhere that he had any
7      hemorrhaging or any bruising in the heart?
8         A.   No.
9         Q.   If you had seen a Q wave infarction, sir,
10     and you had seen swelling of the wall or serious
11     damage to the heart, is that something you would
12     have written down?
13        A.   Oh, I -- yes.
14        Q.   And you didn't see those things when you
15     actually looked at Mr. Barnett's heart on September
16     10, 2002?
17        A.   No.  I usually will document that in the
18     note.

[88:23] - [90:7]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 88
23        The -- this is a new question.  On your
24     consult, sir, from September 9th, 2002, do you see
25     in the second sentence you dictated:  Peak troponin
page 89

15

1    was 1.4?
2        A.  Yes.
3        Q.  You were asked about troponin elevations
4    and you said, I believe, that troponin elevations
5    can be an indication of heart damage.  Was that your
6    testimony?
7        A.  That's correct.
8        Q.  Is it true that the higher the troponin
9    level, the more heart damage there is?
10       A.  In general, yes.
11       Q.  What does peak mean when you say peak
12   troponin?
13       A.  Peak at that point means, assuming they've
14   drawn serial or subsequent troponins, which often
15   the cardiologists will do, draw usually between one
16   and three troponins, the peak will be the one that's
17   the highest of all of the troponins drawn.
18       Q.  So in this case of the troponins that were
19   drawn for Mr. Barnett in September of 2002, the
20   highest number was 1.40?
21       A.  Yes.
22       Q.  Can you help us understand how that fits
23   into sort of the range of troponin levels that
24   you've seen in your career, sir?
25       A.  I would consider that a small leak, small
page 90
1    troponin leak, based on what I've seen in my career.
2        Q.  What are some of the troponin levels that
3    you have seen with people who have moderate heart
4    attacks or significant heart attacks?
5        A.  You know, 5 to 10.  I've even seen
6    troponins on transmurals that are over -- they're
7    100.

[90:8] - [90:9]          6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 90
8        Q.  Let me show you, sir, what I'll mark as
9    Exhibit 12.  Can you tell me --

[90:16] - [93:6]          6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 90
16       Q.  Okay.  I have handed you a lab sheet that
17   reflects different enzyme tests for Mr. Barnett,

16

18    cardiac enzyme tests while he was in the hospital in
19    2002. Is that what this is?
20       A.  Correct.
21       Q.  And I want to go through these so that we
22    get a clear understanding of exactly what Mr.
23    Barnett's troponin levels were and other cardiac
24    enzyme levels were, okay?
25       A.  Correct.

page 91

1       Q.  Is this something you would have reviewed
2    back when you were treating Mr. Barnett in the
3    hospital?
4       A.  Yes.
5       Q.  It looks like there were a total of five
6    lab tests done on Mr. Barnett while he was in the
7    hospital. Was that right?
8       A.  That's correct.
9       Q.  The first lab test in the middle of the
10   page to the left was done on September 6, 2002; is
11   that right?
12      A.  Yes.
13      Q.  At 1:58 in the morning?
14      A.  Correct.
15      Q.  And at that time when he came into the
16   hospital, what was his troponin I level?
17      A.  It was less than .04.
18      Q.  And if you look at the bottom of the page,
19   do you see where it says results and then reference
20   range interpretation?
21      A.  Yes.
22      Q.  Where does .04 fit in?
23      A.  Point 04 is in the clinical correlation
24   indicated.
25      Q.  So that we understand this, under the

page 92

1    results, those are different ranges of troponin I
2    levels, and to the right would reflect the
3    significance of a reading in that range; is that
4    right?
5       A.  Yes.
6       Q.  So if you had a troponin level of .7, that
7    would fall in the second category, which says:
8    Suggest possible presence of myocardial damage by --
9    is it WHO criteria?
10      A.  Yeah, World Health Organization.
11      Q.  On September 6 at 8:42 in the morning, do

17

12   you see the next test?
13     A.  Yes.
14     Q.  What was his troponin level then?
15     A.  Point 87.
16     Q.  And is that, in your mind, still about
17   normal?
18     A.  No.  I would consider that a -- we would
19   consider that a positive troponin, mildly positive,
20   but a positive troponin.
21     Q.  Does that fall then within the middle
22   category?
23     A.  Falls in the middle category.
24     Q.  What does it mean to have possible
25   presence of myocardial damage by WHO criteria?
page 93
1     A.  Well, at some -- there was -- there was --
2   originally troponins were started being monitored,
3   the question became whether a little enzyme leak was
4   a heart attack or not.  I mean, there was a question
5   of is it just angina with a little enzyme leak or is
6   it an MI.

[93:22] - [94:1]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 93
22     Q.  In other words, if -- or let's just talk
23   about Mr. Barnett.  Given his troponin level at 8:42
24   in the morning, what this suggests is that he might
25   have heart damage and he might not, true?
page 94
1     A.  By their -- by the reference lab, yes.

[94:7] - [99:19]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 94
7     Dr. Bryan, when you said before troponin
8   leak, can you just explain briefly what you mean by
9   a troponin leak?
10     A.  When a cell dies it leaks enzymes, or the
11   constituents of its -- of its -- cells are made up
12   of a wall.  They have cytoplasm, or I guess you
13   could call it like a jelly inside, make it simple.
14   That jelly is made up of certain things.  It has
15   enzymes that are -- that degrade things.  It has
16   troponin, which is part of the mechanism of

18

17    contraction of -- of the heart muscle. So if your
18    cell dies, it will theoretically lyse or break open
19    and leak these things into the blood. So you're
20    detecting is there any cell death, is there anything
21    that suggests that there was damage that are leaking
22    these enzymes.
23        Q.  So the more troponin I levels that are
24    detected in these tests, the more cell that have
25    been damaged?
page 95
1        A.  Typically the bigger the troponin leak,
2    the more damage that's been done.
3        Q.  If you look then, the third blood test was
4    done September 6, 2002 at 4:40 in the afternoon; is
5    that right?
6        A.  Yes.
7        Q.  And there is where Mr. Barnett had a 1.40
8    troponin I level, true?
9        A.  Correct.
10       Q.  That's the one that falls within the
11   second category, suggests possible presence of
12   myocardial damage, right?
13       A.  Correct.
14       Q.  And then he had two more tests on
15   September 7th. He had one that was, what is that,
16   12:40 in the morning?
17       A.  Yes.
18       Q.  And then he had one at 11:14 in the
19   morning?
20       A.  Correct.
21       Q.  And on those occasions he did not have his
22   troponin I levels tested. Do you see that?
23       A.  That's correct.
24       Q.  And I want to talk about that in a minute.
25   Let's look at the CK levels. Now, CK was something
page 96
1    that you had mentioned in response to questions
2    earlier. Is that another enzyme that leaks from
3    muscles if there's damage?
4        A.  Yes.
5        Q.  The higher the amount of CK in our blood
6    stream, the more muscle damage are there is; is that
7    right?
8        A.  Yes.
9        Q.  Now, Mr. Barnett had CK, his first test
10   September 6 of 198. Do you see that?

19

11      A.  Yes.

12      Q.  And over to the right under reference it

13   says 35 to 232.  Is that the normal range?

14      A.  That's the normal range.

15      Q.  So when Mr. Barnett came to the hospital,

16   his CK was in the normal range, right?

17      A.  Correct.

18      Q.  And his CKMB -- let's do this at the same

19   time -- was 1.4.  Do you see that?

20      A.  Yes.

21      Q.  Is CKMB another type of enzyme that is

22   used to monitor the amount of heart damage?

23      A.  It is.  It's a little more specific for

24   the heart.  CK is found throughout many muscles in

25   the body and it's a little more specific toward the

page 97

1    heart.

2       Q.  So here Mr. Barnett's CKMB of 1.4 on

3    September 6 was normal, right?

4       A.  Correct.

5       Q.  And then on September 6 at 8:42 in the

6    evening -- sorry -- in the morning, his CK was 190,

7    and that's normal, right?

8       A.  Yes.

9       Q.  And his CKMB was 6.8 and that's above

10   normal, right?

11      A.  Correct.

12      Q.  Later that day on September 6th

13   Mr. Barnett's CK gets to 217, and that's still in

14   the normal range, right?

15      A.  Yes.

16      Q.  And his CKMB rises a bit to 12.5, and

17   that's abnormal, right?

18      A.  Correct.

19      Q.  Then on September 7th Mr. Barnett's CK is

20   288.  Do you see that?

21      A.  Yes.

22      Q.  And that's the highest it ever got while

23   Mr. Barnett was in the hospital; is that right?

24      A.  That is correct.

25      Q.  And is that a fairly low increase in CK

page 98

1    for somebody that's just had a heart attack?

2       A.  That's a -- that's a small leak.

3       Q.  And CKMB, do you see at 12:40 in the

4    morning on September 7th Mr. Barnett has a 21.1

20

5    CKMB?
6        A.  Yes.
7        Q.  And that's also a small amount of leak?
8        A.  It's not -- its not a big leak.
9        Q.  And then in the last test of September
10   7th, 2002 at 11:14 in the morning, Mr. Barnett's CK
11   level drops to 213, correct?
12       A.  Yes.
13       Q.  And that's normal again, right?
14       A.  Yes.
15       Q.  And then his CKMB drops from 21.1 to 15.9,
16   right?
17       A.  Yes.
18       Q.  So it's on its way down?
19       A.  Yes.
20       Q.  Looking back then at Mr. Barnett's
21   troponin level, given that his CKMB and his CK went
22   up a little bit on September 7th and then dropped
23   down later in the day on September 7, is it
24   reasonable to assume that Mr. Barnett's troponin I
25   level may have increased a little bit on September
page 99
1    7?
2        A.  It -- it may have.
3        Q.  And it may not have?
4        A.  It may not have.  The troponin may not
5    rise as early as the CK.  It tends to peak a little
6    later and come down a litter slower than a -- than a
7    CK.  So it's -- without -- without the level being
8    checked, you don't know what the -- the peak we have
9    is a 1.4.
10       Q.  But even if the peak got as high as 2 or 3
11   on September 7th, that's still considered, in your
12   mind, a mild heart attack or a small leak, isn't it,
13   sir?
14       A.  No.  I'd consider it a small heart attack,
15   troponin of 2.
16       Q.  And do you have any reason to think that
17   Mr. Barnett's troponin I level would have increased
18   above 2 or 3 based on the other cardiac enzymes and
19   the pattern that you see here?

[99:21] - [99:24]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 99
21              THE WITNESS:  I would not anticipate

21

22      seeing a big troponin leak with the -- with the CKs
23      and the MBs that are present on that lab work.  I
24      would not expect a big troponin leak.

[100:4] - [100:7]      6/6/2006      Bryan, Curtis - Merck Affimative Dep Designations

page 100
4              But on a scale of 1 to 10, how would you
5       rate a heart attack in somebody who had a troponin
6       level of 1.4 and other cardiac enzymes like
7       Mr. Barnett's?

[100:14] - [100:18]      6/6/2006      Bryan, Curtis - Merck Affimative Dep Designations

page 100
14         Q.  Ten being the most serious.
15         A.  Serious MI and --
16         Q.  And one being a minor?
17         A.  -- minor.  Just maybe 2, 3, somewhere in
18      that vicinity.

[100:19] - [101:22]      6/6/2006      Bryan, Curtis - Merck Affimative Dep Designations

page 100
19         Q.  You were asked questions, sir, about a
20      diagnosis.  And let's go back to your consult.  You
21      remember that Mr. Barnett was diagnosed with
22      ischemia back in January of 2000?
23         A.  Yes.
24         Q.  And if your -- look back at your consult,
25      the third sentence.  You wrote:  The patient has a
page 101
1       history of chest pain dating back to January of
2       2000, when he underwent a Cardiolite stress test for
3       sharp chest pain.  The patient ruled out for
4       myocardial infarction.
5              That means that the doctors determined
6       that he didn't have a heart attack, right?
7          A.  Right.  That -- that's correct.
8          Q.  And only a small area of lateral ischemia
9       was identified.
10             I'm not sure if by the time your video is
11      played, sir, the jury will have been told what
12      ischemia is.  But is ischemia another word for
13      reduced blood flow?

22

14        A.  Yes.
15        Q.  So when a patient has enough blockage or
16    plaque in their arteries to reduce the blood flow,
17    that's considered ischemia?
18        A.  Yes.
19        Q.  In order to have ischemia, Dr. Bryan, do
20    you know about how much percentage-wise of an artery
21    needs to be blocked with plaque in order to reduce
22    blood flow and lead to a diagnosis of ischemia?

[101:25] - [102:13]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 101
25            THE WITNESS:  A 50 percent stenosis
page 102
1    results in a 75 percent reduction in diameter, which
2    can lead to ischemia.  I would say that, clinically
3    speaking, that most people have at least a 50 to 60
4    percent stenosis before an artery usually gives them
5    pain.
6    BY MR. GOLDMAN:
7        Q.  When you say 50 to 60 percent stenosis, is
8    that another way of saying 50 to 60 percent of
9    blockage in the artery of plaque?
10        A.  Correct.  Correct.
11        Q.  So we know that Mr. Barnett had at least
12    50 to 60 percent blockage in his arteries on -- in
13    January of 2000, right?

[102:17] - [102:23]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 102
17        Q.  True?
18        A.  What the -- what this demonstrates is that
19    we know that in one region of his heart there was a
20    stenosis, the degree of which you don't know.  You
21    would presume that it's at least 50, 60 percent,
22    maybe worse in one area of his heart that resulted
23    in ischemia.

[102:24] - [103:1]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 102
24        Q.  I take it you're familiar with Cardiolite
25    stress tests, Dr. Bryan?

23

page 103
1        A.  Yes.

[103:11] - [103:18]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 103
11      you know this.  **Are you aware, sir, that one of the**
12      **known limitations of a Cardiolite stress test is**
13      **that if a patient has balanced blockage of his major**
14      **coronary arteries; in other words, a similar amount**
15      **of plaque in his coronary arteries, that a**
16      **Cardiolite stress test may come back showing that**
17      **the patient has mild ischemia?**
18          A.  Yeah, that's correct.

[103:21] - [104:14]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 103
21          **Is it also a known limitation of**
22      **Cardiolite stress tests, sir, that if the patient**
23      **has an equal amount of blockage in his coronary**
24      **arteries, it's quite possible that that Cardiolite**
25      **stress test will show no ischemia?**
page 104
1          A.  That's correct.
2          Q.  Is that because these Cardiolite stress
3      tests measure the relative amount of blood flow
4      among the coronary arteries?
5          A.  That is correct.  You have to have a
6      difference between resting state and stress state to
7      have a positive -- have a positive study.
8          Q.  So if all of the arteries contain a
9      similar or near similar amount of plaque buildup,
10      then the Cardiolite stress test may come back and
11      say there's either no difference among the coronary
12      arteries in terms of plaque buildup or there's  mild
13      ischemia or a mild difference?
14          A.  That's correct.

[104:17] - [105:2]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations


page 104
17          **The only way to know how much coronary**
18      **artery disease or blockage that Mr. Barnett had for**
19      **sure in January of 2000 would be to have the results**

24

20    of an angiogram or a cardiac catheterization; is
21    that true?
22       A.  True.
23       Q.  Are you aware that the doctors suggested
24    that Mr. Barnett have a cardiac catheterization and
25    he for whatever reason decided not to?
page 105
 1       A.  I'm not aware of that.  I'm not aware of
 2    that.

[105:7] - [105:20]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 105
 7    this way.  New question.  Did you see the extent of
 8    coronary artery disease in Mr. Barnett's arteries in
 9    September of 2002?
10       A.  Yes.
11       Q.  Was there consistent blockage, balanced
12    blockage of plaque in his arteries?
13       A.  Yes.
14       Q.  I'm gonna show you, sir, what I'll mark as
15    Exhibit 13.  This is actually a document that we
16    used with Dr. Karavan, and he drew on this document
17    the amount of blockage or plaque buildup that he saw
18    on the cardiac catheterization when he performed it
19    on Mr. Barnett on September 9th, 2002, okay?
20       A.  Yes.

[105:25] - [107:9]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 105
25       Q.  So do you see -- we won't go through all
page 106
 1    of these.  But the left main -- up toward the top,
 2    the left main coronary artery has 50 percent
 3    blockage.
 4       A.  Yes.
 5       Q.  And then the LAD, as you described
 6    earlier, the -- the anterior descending artery, has
 7    80 percent.  Do you see that?
 8       A.  Yes.
 9       Q.  The circumflex has 80 percent?
10       A.  Yes.  Uh-huh.
11       Q.  And then the right coronary artery, which
12    is actually to the left side of the page, shows 80

25

13    percent blockage, right?
14        A.  That's the -- yeah.  That's the, what we
15    call the LV branch or one of the branches of the
16    right coronary artery.
17        Q.  And then there's 100 percent blockage in
18    September of 2002 in the PDA.  Do you see that?
19        A.  Yes.
20        Q.  That's sort of the branch at the bottom
21    left or where it says 100 percent, right?
22        A.  Yes.
23        Q.  And then in the middle of the heart there,
24    do you see 70 percent?
25        A.  Yes.
page 107
 1        Q.  Are these percentages, sir, consistent
 2    with what your understanding was of Mr. Barnett's
 3    arteries in September of 2002?
 4        A.  Yes.
 5        Q.  Does this reflect, as you testified a
 6    minute ago, that Mr. Barnett had balanced ischemia
 7    throughout his arteries?
 8        A.  He does -- he does have a fairly balanced
 9    degree of stenosis.

[107:21] - [108:3]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 107
21        Q.  Okay.  Let me ask it this way.  Do you
22    know, sir, whether coronary artery disease takes a
23    while to build up?
24        A.  It typically does.
25
page 108
 1        Q.  So typically, would a patient like
 2    Mr. Barnett who has this much occlusion or blockage
 3    take years and years to develop it?

[108:6] - [108:8]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 108
 6        THE WITNESS:  I would say the majority of
 7    people, it takes years to develop this -- this much,
 8    you know, these -- this degree of stenoses.

[109:3] - [109:7]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 109
3        Q.  Has it been your experience, Dr. Bryan,
4    that you've seen patients who have both developed
5    coronary artery disease, lots of coronary artery
6    disease over a long period of time and there's some
7    patients who actually develop it rapidly?

[109:10] - [109:11]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 109
10            THE WITNESS:  In my practice I have seen
11    both subsets of patients.

[109:13] - [109:24]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 109
13        Q.  Have you seen patients, Dr. Bryan, who
14    have had a small to moderate amount of coronary
15    artery disease and a few years later have severe
16    disease?
17        A.  I have not seen patients with less than a
18    40 percent stenosis suddenly have a 90 percent
19    stenosis in a year or two.  I've not seen that.
20            I've seen 50, 60 percent stenoses go on to
21    80, 90 percent within two or three years of -- of
22    doing this.  You know, there are various -- you
23    know, depending on their risk factors, compliance,
24    other -- other things that go into that.

[109:25] - [112:2]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 109
25        Q.  Let's switch topics now, Dr. Bryan.  Have
page 110
1    you seen patients, sir, who have had mild ischemia
2    at one point in their life and then rapidly progress
3    to severe multi-vessel disease even if they try to
4    control their risk factors?
5        A.  Yes.
6        Q.  Can you explain that, sir?  How is it
7    possible for somebody to try hard and even control
8    their cholesterol perfectly, why is it that that
9    person might go from a mild amount of ischemia to a

27

10    severe amount?
11        A.  It's -- it's hard to know why.  In some --
12    in some people it's genetic.  We don't know exactly
13    why coronary disease progresses more rapidly in some
14    people than others.
15        You can have two patients with identical
16    cholesterol profiles that one is -- does well for
17    ten years; one does well for, you know, a year or
18    two and is -- is on the operating table or getting a
19    stent.  I have had patients who are in their 20s who
20    are nonsmokers with normal cholesterols get coronary
21    bypass grafting.
22        There's no way to know why they're having
23    these rapidly progressive problems.  I -- I would
24    say that it's an inflammatory process we know and --
25    and why it's worse in other people than some,
page 111
1    there's probably a multitude of factors that go into
2    it that we're -- that they're not all -- they're not
3    all delineated right now.
4        Q.  So even today with all of the study that's
5    been done on atherosclerosis, is it fair to say that
6    nobody knows all of the reasons why people progress
7    from a small amount of ischemia or coronary artery
8    disease to a heart attack?
9        A.  We know that the majority of those are
10    rupture, but why does the plaque suddenly rupture, I
11    think it's all -- we have ideas, but what we can
12    tell you -- you know, even -- just to give you an
13    example, looking at cholesterol levels.  You can
14    tell what a relative risk is.  We can't tell you
15    that because you have a high cholesterol you're
16    gonna have a, you know, heart disease.  We can -- we
17    can tell you that -- we can tell you that if you
18    keep it low your relative risk of a problem is this,
19    but we can't tell you you're gonna be that guy who
20    gets it.
21        So I think there's -- you're -- still a
22    lot is not known exactly about why people progress,
23    why plaques rupture.  There's postulation that they
24    become unstable plaques, you know, they get a lot of
25    cholesterol and the burden becomes too much and it
page 112
1    ruptures, clot.  You know, we don't know all the --
2    all the issues relate -- related to this.

28

[112:8] - [112:24]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 112
8        Q.  If a patient, sir, in your experience has
9    a history of high cholesterol and then gets on a
10    statin like Lipitor and then controls their
11    cholesterol, does that mean that the plaque that's
12    built up in their arteries goes away?
13        A.  No.
14        Q.  Does it mean if you control your
15    cholesterol even perfectly after you've had a
16    history of high cholesterol that the plaque will not
17    accelerate and progress?
18        A.  No.
19        Q.  Has it been your experience that you've
20    seen in patients who actually control their
21    cholesterol levels, that because they had high
22    cholesterol in the past their plaque progresses over
23    time?
24        A.  Yes.

[113:11] - [117:3]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 113
11        Q.  Dr. Bryan, if you turn back to your
12    consult, the bottom has a 20 on it.  Do you see in
13    the fourth or fifth sentence after discussing that
14    Mr. Barnett was ruled out for a heart attack in
15    January of 2000 it says:  The patient was treated
16    medically?  Do you where see that, sir?
17        A.  Yes.
18        Q.  Now back in January of 2000, Mr. Barnett
19    was 56 years old, and you know that he had a history
20    of high cholesterol, right?
21        A.  Yes.
22        Q.  Did Mr. Barnett also have a significant
23    family history of heart disease?
24        A.  He did.  His father had undergone -- had--
25    had two myocardial infarctions, one at age 62, one
page 114
1    at age 68.  Also, the family history did have
2    atherosclerotic risk factors, a sister who's had --
3    who is 50 years old and had multiple TIAs.  All of
4    these things were --
5        Q.  What's a TIA?

29

6      A.   Commonly known as a mini stroke, temporary
7   symptoms, usually less -- less than 24 hours that
8   resolve.  But his father had a stroke.  I mean,
9   there was a -- he had a family history that
10   consider -- you know, you'd put him at risk for
11   atherosclerosis.
12      Q.   And heart attacks?
13      A.   And heart attacks.
14      Q.   So in January of 2000 Mr. Barnett was 56
15   years old.  He had a history of high cholesterol.
16   He had a family history of heart disease.  He had an
17   abnormal Cardiolite stress test showing ischemia.
18         Based on those factors, sir, do you think
19   that Mr. Barnett should have been taking aspirin on
20   a daily basis?
21      A.   Yes.
22      Q.   When you talked about aspirin earlier, is
23   it your understanding -- why is it important to
24   recommend aspirin to patients and that patients take
25   daily aspirin if they have a history like
page 115
1   Mr. Barnett of heart disease?
2      A.   The main benefit to aspirin is it -- it
3   inhibits the clotting cells known as platelet from
4   forming a clot.  And so, in patients who have
5   coronary disease or blockages that we've talked
6   about and who are who at risk for plaque rupture at
7   any time in their life, a baby aspirin or a full
8   aspirin a day is usually part of the treatment for a
9   patient with coronary disease.
10      Q.   Is it part of the standard of care or
11   normal course for a patient who has a history of
12   heart disease to take aspirin so that they might
13   prevent a heart attack in the future?
14      A.   Yes.
15      Q.   Is it also common for doctors to prescribe
16   aspirin so that patients who have a history of heart
17   disease might not have a clot in response to a
18   plaque rupture because of the properties of aspirin,
19   the anti-clotting properties?
20      A.   Correct.
21      Q.   Do you see in the next sentence of your
22   consult you wrote:  Subsequently the patient did
23   well with only occasional slight sharp chest pain,
24   usually associated with his abdomen being bloated?
25   Do you see that, sir?

30

page 116

1    A.  Yes.
2    Q.  So we're talking now about -- when you say
3    subsequently, after January of 2000 you're saying
4    Mr. Barnett had occasional sharp chest pain?
5    A.  Yes.
6    Q.  Usually associated with the abdomen?
7    A.  Yes.
8    Q.  Do you know that Mr. Barnett had a history
9    of reflux or GERD?
10    A.  Yes.
11    Q.  Is it your experience, sir, that through
12    no fault of the doctors, that sometimes people who
13    are experiencing angina or chest pain actually get
14    diagnosed as having GERD or reflux?
15    A.  Yes.
16    Q.  Tell me about that.
17    A.  Reflux in some patients can cause
18    esophageal spasm.
19    Q.  Which is what?
20    A.  Which is the muscle of the -- of the
21    esophagus.  The esophagus is -- the esophagus is
22    basically a muscular tube, and when the acid runs up
23    the esophagus it spasms and it can cause sharp
24    intense chest pain, can mimic, you know, chest pain
25    from the heart source and -- and it can be similar

page 117

1    in that it can be located beneath the sternum.  It
2    can be sometimes in -- in some patients be difficult
3    to diagnose.

[117:13] - [122:2]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 117

13    Q.  Based on your experience over the last 13
14    years treating patients with heart problems, sir, do
15    you believe that there are patients who are
16    diagnosed with GERD or reflux when they have chest
17    pain when what they're really having is angina or
18    heart related pain?
19    A.  Yes.
20    Q.  Looking now down in the middle of the page
21    of your consult, do you see where you then describe
22    the cardiac catheterization that was performed by
23    Dr. Karavan?
24    A.  Yes.

31

25        Q.  And I'm not gonna repeat all of these.

page 118

1    But you talk about 50 percent blockage in the left
2    main, 80 percent in another, 80 percent in another
3    artery and so forth.
4            And then do you see number 8 where you
5    wrote:  Ejection fraction approximately 50 percent?
6    And let's stop there.  What is an ejection fraction?
7        A.  What an ejection fraction measures is with
8    each heart beat, there's a certain amount of blood
9    ejected.  We don't empty our heart totally with each
10   heart beat.
11           So the ejection fraction is the amount of
12   that blood in the chamber when the heart is full
13   that when it squeezes, that's the percentage of
14   blood that goes out to the body.  So a normal
15   ejection fraction would be between 50 and 60
16   percent.
17       Q.  So when somebody talks about an ejection
18   fraction or EF as a shorthand version, what that
19   attempts to measure is how well the heart muscle is
20   contracting and pumping out blood to the rest of the
21   body?
22       A.  Correct.
23       Q.  Is that an important measurement?
24       A.  Yes.
25       Q.  Is it the most important measurement for

page 119

1    heart function?
2        A.  Yes.
3        Q.  Is an ejection fraction actually
4    considered the gold standard for measuring heart
5    function in heart damage?
6        A.  Well, the ejection fraction is -- there
7    are multiple ways of measuring an ejection fraction,
8    but finding out what a patient's ejection fraction
9    is is the -- is -- determines the -- the contractile
10   performance of the heart.  It gives you the
11   performance of the heart, whether it's -- whether
12   you're pumping normally or not.  That -- that would
13   be the gold standard description of how well you're
14   pumping blood.
15       Q.  And when you saw that Mr. Barnett had a
16   normal ejection fraction of 50 percent at the same
17   time he was having his heart attack, did that strike
18   you as a good sign for Mr. Barnett?

32

19     A.  Yes.

20     Q.  Dr. Karavan refers in his cardiac

21  catheterization report to something called preserved

22  left ventricular systolic function?

23     A.  Yes.

24     Q.  What does it mean to have preserved left

25  ventricular systolic function?

page 120

1     A.  That means to have a normal ejection

2  fraction.

3     Q.  Do you agree with Dr. Karavan that on

4  September 9th, 2002 Mr. Barnett had a normal

5  ventricular function and ejection fraction?

6     A.  Yes.

7     Q.  You also wrote in number 8:  With an LVEDP

8  of 16.  Do you see that?

9     A.  Correct.

10     Q.  What is an LVEDP?

11     A.  LVEDP stands for left ventricular end

12  diastolic pressure.  And we measure it --

13  Dr. Karavan often measures it when he puts the

14  catheter in the chamber to do the ejection fraction.

15  How they do that is they slip the catheter into the

16  heart chamber itself and inject dye so they can see

17  how the heart is pumping.

18     Well, the LVEDP is just that pressure

19  measurement before -- and they do one before and

20  after they put the dye in.  An LVEDP of 16 is upper

21  normal for a patient.

22     Q.  If you look on page 23, sir, of Exhibit

23  11, this is Dr. Karavan's cardiac catheterization

24  report.  Do you see that?

25     A.  Yes.

page 121

1     Q.  And in the third sentence or phrase it

2  says: Mid inferior diaphragmatic hypokinesis.  And

3  then it talks about the ejection fraction.

4     Do you see that, sir?

5     A.  Yes, I see that.

6     Q.  Can you tell me just briefly what a mid

7  inferior diaphragmatic hypokinesis means?

8     A.  What that means, he -- he's stating that

9  the bottom wall of the heart sits on the diaphragm,

10  the inferior wall of the heart sits on the

11  diaphragm.  And that area of the heart was not

12  moving quite normally.  It was mildly hypokinetic or

33

13     decreased function of the heart.
14         Q.  Now, if a patient has a ejection fraction
15     that's normal and this mild hypokinesis at the same
16     time, is there any clinical significance to having
17     hypokinesis?
18         A.  No.  I mean, if there's -- overall
19     ejection fraction is normal, then it's -- it's not
20     a -- especially from the standpoint of operating on
21     him for us, that's not a significant issue.
22         Q.  Having mild hypokinesis when you have a
23     normal ejection fraction isn't clinically
24     significant for a patient at all, true?
25         A.  As long as the patient is not having any
page 122
1      evidence of heart failure, it's not gonna give him
2      any long-term problem in all likelihood.

[123:2] - [123:5]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 123
2          Q.  Fair enough, sir.  The -- Dr. Bryan, I'm
3      handing you what I've marked as Exhibit 14, and this
4      is a Cardiolite stress test that Mr. Barnett had
5      July 7 -- 18 of 2003.

[123:17] - [123:19]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 123
17         Q.  Have you reviewed reports like Exhibit 14
18     before?
19         A.  Yes.

[123:20] - [124:5]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 123
20         Q.  So this is a Cardiolite stress test, July
21     18th, 2003.  Is that about ten months after you
22     operated on Mr. Barnett?
23         A.  Yes.
24         Q.  We're gonna talk about several aspects of
25     this in a minute, sir.  But I want to direct your
page 124
1      attention for right now to the impression at the
2      bottom, number 3:  Perfusion images with apical
3      thinning, normal wall motion.

34

4   **Do you see that?**
5   **A.  Uh-huh.  Yes.**

[124:8] - [124:10] 6/6/2006 Bryan, Curtis - Merck Affimative Dep Designations

page 124
8   **But normal wall motion in July of 2003,**
9  **does that suggest that whatever hypokinesis**
10  **Mr. Barnett had in September of 2002 has resolved?**

[124:15] - [124:18] 6/6/2006 Bryan, Curtis - Merck Affimative Dep Designations

page 124
15   **THE WITNESS:  This is -- by -- by the**
16  **stress test, he -- at this time he does not have any**
17  **inferior wall hypokinesis by this stress test study**
18  **back ten months after his surgery.**

[124:20] - [125:16] 6/6/2006 Bryan, Curtis - Merck Affimative Dep Designations

page 124
20  **Q.  Let's go back to your consult now, please,**
21  **which is page 20.  You were asked some question**
22  **about -- do you see PMH on the bottom?  Is that**
23  **prior medical history?**
24  **A.  Past medical history.**
25  **Q.  Significant for the following, and then**
page 125
1  **you were asked about hyperlipidemia.  That's**
2  **abnormal cholesterol levels?**
3  **A.  Correct.**
4  **Q.  And that's a risk factor for heart disease**
5  **and heart attack?**
6  **A.  Yes.**
7  **Q.  Do you see any reference, sir, to**
8  **hypertension in your consult when your were talking**
9  **to Mr. Barnett?**
10  **A.  No.**
11  **Q.  Did Mr. Barnett tell you in September of**
12  **2002 that he had a history of hypertension?**
13  **A.  No.**
14  **Q.  Would that be something you would have**
15  **written down here if he had?**
16  **A.  Yes.**

35

[126:1] - [126:12]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 126
1        Q.  And to determine whether somebody has
2    hypertension, is it important to look at as many
3    readings as you have for that particular patient as
4    opposed to some individual spikes in blood pressure?
5        A.  Multiple blood pressures are better.
6        Q.  Is it your understanding, Dr. Bryan, that
7    to determine whether somebody has hypertension you
8    would want to take an average of the blood pressure
9    readings within a certain period of time?
10       A.  Typically, what I -- what we do is have
11   them take multiple times, different times of the day
12   to see if they here having any spikes.

[126:13] - [127:18]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 126
13       Q.  What are the different causes of
14   hypertension, sir?
15       A.  Some people are salt retainers.  They
16   retain salt.  That causes hypertension.  There is
17   also some people, the reason for their hypertension
18   is -- is they are vasoconstricted.  That's one
19   etiology for hypertension.
20       Q.  What is vasoconstricted?
21       A.  Their blood vessels are chronically
22   constricted, their -- I guess you could say their
23   system is kind of revved up where they -- their
24   blood vessels are -- are tightened down, causing
25   their hypertension on -- on a -- on a chronic basis.
page 127
1        There's also anxiety that can cause
2    hypertension.  Chest pain, if a patient has chest
3    pain, they can have hypertension.  Any kind of pain
4    syndrome can cause hypertension.
5        But if you're talking about your garden
6    variety, every-day just basic hypertension, most of
7    those are either gonna be related to a
8    vasoconstrictor or a sympathetic system, a nervous
9    system, you know, kind of overload on the vessels,
10   to make it simple, or salt retention type thing.
11       Q.  If a patient doesn't have systemic
12   constant elevated blood pressure, then that could be

36

13    caused by any one of a number of factors such as
14    those you identified?
15       A.  Right, anxiety.
16       Q.  Stress?
17       A.  Stress.  You know, anything that can do
18    that.

[127:19] - [128:17]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 127
19       Q.  You mentioned before that it's not
20    uncommon -- I think you said it's not unusual for
21    patients to have increased blood pressure when they
22    come into the office.  Do you remember testifying to
23    that?
24       A.  Yes.
25       Q.  Have you heard of the term white coat
page 128
1    hypertension?
2       A.  Yes.
3       Q.  What is white coat hypertension?
4       A.  Especially when they see their heart
5    surgeon.  They -- they get nervous and they have
6    high blood pressure.
7       Q.  Is it common for patients to be nervous
8    and anxious when they see a cardiologist, like
9    Dr. Karavan, or even an internist if they're worried
10    about a particular medical condition to have a spike
11    in blood pressure?
12       A.  Yes.
13       Q.  Have you seen patients, sir, who have had
14    spikes in blood pressure when they come into the
15    office but when they take their blood pressure at
16    home it's normal?
17       A.  Yes.

[129:7] - [129:19]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 129
7       Q.  Are you aware that there's certain
8    medications that can cause hypertension?
9       A.  Yes.
10       Q.  Is Claritin or a decongestant
11    over-the-counter medication the type of medicine
12    that can cause hypertension?

13      A.  Claritin itself is not itself, but with
14    Claritin D with the decongestant with Sudafed in it
15    is more likely to cause -- can cause hypertension.
16      Q.  Do you know that all non-steroidal
17    antiinflammatories can cause hypertension?
18      A.  I do know that's a risk factor for
19    hypertension.

[129:23] - [130:19]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 129
23      Q.  Can you turn with me, sir, to page 1 --
24    yes, page 1 of Exhibit 11?  What is this document?
25      A.  This is a -- what we -- one of our
page 130
1    screening sheets that we -- we do in the patients.
2    Our nurse, Kirsten, while we're operating if a
3    consult comes in, she'll go by and do a quick sheet
4    to give us an idea of what's going on with the
5    patient before we go up to see them.
6      Q.  Do you see in the right column under PMH,
7    what does PMH stand for?
8      A.  Past medical history.
9      Q.  And is Kirsten or the nurse supposed to
10    fill in one of these columns:  HTN, DN or tobacco,
11    if the patient indicates that they have that
12    condition?
13      A.  Yes.
14      Q.  What is HTM?
15      A.  Hypertension.
16      Q.  Does this indicate that Mr. Barnett did
17    not report that he had hypertension on September 6
18    of 2002?
19      A.  That's correct.

[130:21] - [130:24]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 130
21      Does Mr. Barnett report here that his
22    blood pressure has gotten any worse while he's been
23    on Vioxx?
24      A.  No.

[130:25] - [131:1]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 130
25        Q.  If you turn to page 13, sir, this is an ER
page 131
1        report from September 6 of 2002 --

[131:5] - [132:9]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 131
5        Q.  Do you see that?
6        A.  Yes.
7        Q.  And this is dictated by, is it Dr. Pamela
8        Pyle?
9        A.  Pyle.
10        Q.  Do you see that she indicates past medical
11        history also in the first paragraph?
12        A.  Yes.
13        Q.  He has a history of hyperlipidemia, disc
14        disease, GERD and then a recent diagnosis of
15        onychomycosis?
16        A.  Onychomycosis, yeah.
17        Q.  Yeah.
18        A.  Onychomycosis.  Onychomycosis.
19        Q.  One of my strong suits, pronouncing these
20        kinds of terms.
21            Did Mr. Barnett report in the ER that he
22        had a history of hypertension?
23        A.  No.
24        Q.  If you turn to page 14 and 15 -- let's
25        start with 14.  This is also an ER report prepared
page 132
1        by somebody else, Mark Waggener, right?
2        A.  This is probably the ER physician himself
3        who dictated.  Pamela Pyle was probably the
4        hospitalists who admitted him.  And that's probably
5        the H&P is for admission for Pamela Pyle.
6        Q.  And do you see on this particular record,
7        PMH, past medical history, there's no indication
8        that Mr. Barnett had hypertension, right?
9        A.  Correct.

[132:12] - [133:6]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 132
12            New question.  Let me represent to you,
13        Dr. Bryan, that Mr. Barnett before he came into the

39

14     hospital on September of 2002 took his blood
15     pressure twice and it was 190/111, 194/104, okay?
16         A.  Yes.
17         Q.  And then here, you can see in the ER it's
18     dropped down to 166/92.  Do you see that?
19         A.  Let me.  Is that page 14?
20         Q.  Fourteen.
21         A.  Hold on a second.
22         Q.  Under physical exam.
23         A.  Yes, I see that.
24         Q.  Is it common, sir, for patients who are
25     experiencing chest pain or having a heart attack to
page 133
1      have elevated blood pressure?
2          A.  Yes.
3          Q.  You said that before, that even slight
4      chest pain can increase a patient's blood pressure,
5      true?
6          A.  Yes.

[133:7] - [134:14]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 133
7          Q.  If you turn to page 17, sir, this is a
8      consultation report September 6, 2002 dictated by,
9      is it Nurse Gonzales?
10         A.  Roberta Gonzales.  That is a physician
11     assistant that worked for Dr. Karavan.
12         Q.  Do you see that she reports in the middle
13     of the history, in the middle of the paragraph:  He
14     denies associated -- is it diaphoresis or nausea,
15     but did start to become short of breath, part of
16     which he thinks may have been due to anxiety.
17             Do you see that, sir?
18         A.  Yes.
19         Q.  Is anxiety, as I think you mentioned
20     before, something that can cause shortness of breath
21     or an increase in blood pressure?
22         A.  Yes.
23         Q.  In the last paragraph on page 15, if you
24     go back a few pages, sir.
25         A.  Uh-huh.
page 134
1          Q.  Here Ms. Pyle is -- is it Dr. Pyle?
2          A.  Yeah.
3          Q.  Dr. Pyle in the last paragraph is saying

40

4    why she thinks Dr -- Mr. Barnett should be admitted
5    to the hospital:  At this time I think the patient
6    requires admission to the hospital to rule out MI
7    protocol given his multiple cardiac risk factors,
8    including his age of 58, hypercholesterolemia,
9    family history of coronary artery disease.
10         Do you see that?
11     A.  Yes.
12     Q.  Is there any reference to hypertension as
13    a risk factor for Mr. Barnett?
14     A.  No.

[134:19] - [138:2]    6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 134
19         Is the purpose of a bypass surgery,
20    Dr. Bryan, to actually fix whatever small damage
21    might occur as a result of a small heart attack?
22     A.  Well, that is one of the goals of bypass,
23    is to restore blood flow to the area of muscle that
24    is not getting enough and any, hopefully, that --
25    and to -- to preserve or heal any viable cells that
page 135
1    are -- that are still viable, still living.
2     Q.  Is the purpose here for Mr. Barnett to
3    have a bypass so that you, hopefully, will avoid a
4    fatal or deadly heart attack in the future?
5     A.  That would be one of the goals.
6     Q.  If the bypass is successful, then the hope
7    is the patient would be able to live a full life
8    expectancy and not have another heart attack or die
9    of a heart attack, right?
10     A.  Well --
11     Q.  That's the hope?
12     A.  That's the hope, yes.
13     Q.  It's sometimes the case that patients who
14    have bypass surgeries have another heart attack down
15    the road, right?
16     A.  Correct.
17     Q.  And that happens because in many cases the
18    patients have coronary artery disease that continues
19    to progress in their system, right?
20     A.  Correct.
21     Q.  So if a patient has coronary artery
22    disease and that leads to a bypass because of a
23    heart attack, it wouldn't be surprising if maybe the

41

24    patient would have another heart attack because of
25    coronary artery disease, correct?

page 136

1    A.  That's correct.
2    Q.  But certainly you in your experience have
3    performed successful bypass surgeries on patients
4    and they have gone on to live full, complete lives?
5    A.  Yes.
6    Q.  When you said before that you recommended
7    bypass surgery for Mr. Barnett based on his severe
8    coronary artery disease, were you aware that he had
9    50 percent blockage in his left main artery?
10    A.  Yes.
11    Q.  Is the left main artery a particularly
12    important one?
13    A.  It is.
14    Q.  Why?
15    A.  The amount of circulation in the left main
16    is tremendous.  In fact, the nickname of a left main
17    is a widow maker.  That -- that's the widow maker, I
18    mean, of all the blockages.
19        The reason is the left side circulation in
20    most patients is fairly extensive.  So if you lose
21    that artery, you lose a large amount of muscle.  And
22    often -- now, if a left main shuts down or occludes,
23    then that artery -- that's often a sudden death
24    episode.
25    Q.  And when you say widow maker, I assume you

page 137

1    mean that there, unfortunately, are a number of
2    people who have significant blockage in their left
3    main artery and then they die?
4    A.  That shuts down and they -- they have a
5    sudden episode.
6    Q.  Is it true, sir, that even if you don't
7    have any blockage at all in any other artery but you
8    have 50 percent or more blockage in your left main
9    artery, that that makes you a candidate for bypass
10    surgery?
11    A.  I would tell you, based on the -- it
12    depends on the cardiologist on a 50 percent left
13    main.  I would tell you, you know, you see some who
14    want it done and some who treat them medically.  But
15    I would say that when you start getting into that 50
16    and 60, certainly at 60 percent they're sending --
17    they're sending them to surgery.

42

18       Fifty, most of us are gonna operate on
19    them if they're symptomatic.  I mean, if they're
20    having chest pain or have had an MI and they have a
21    50 percent left main, we're gonna take care of it.
22      Q.  So even if a patient has no occlusion or
23    blockage in any other artery and he has chest pain
24    and 50 percent blockage in his left main artery,
25    your recommended course of action is to have
page 138
1    surgery?
2      A.  The majority of the time it would be, yes.

[138:23] - [140:2]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 138
23      But my question is, new question:  Is it
24    true, sir, that if you have severe coronary artery
25    disease, like Mr. Barnett, that it's better to have
page 139
1    a sign that you have that, whether it's chest pain
2    or a small heart attack, than to have no signal and
3    to have a fatal heart attack?
4      A.  I would say a small heart attack is better
5    than a fatal heart attack.  But the only time I'd
6    really consider maybe a small heart attack a
7    blessing in disguise for a patient, excluding
8    that -- that are gonna die of something massive, is
9    a patient who would be otherwise asymptomatic, that
10    came in with an atypical symptom like fatigue or
11    something and they were found to have a small heart
12    attack, have severe disease and they're just an
13    asymptomatic.  And then there are the asymptomatic
14    patients, there are, and who have very atypical,
15    almost asymptomatic.  That might be considered a
16    blessing versus a sudden death episode.
17      Q.  The heart attack that Mr. Barnett had was
18    a heart attack that exposed the severity of his
19    coronary arteries, right?
20      A.  It -- it did, yes.  It led to a cardiac
21    catheterization which outlined the severity of his
22    disease.
23      Q.  And then the cardiac catheterization led
24    to a bypass which helped prolong his life; is that
25    right?
page 140
1      A.  Well, yes.  In his case it would prolong

43

2     his life because of the left main, yes.

[140:3] - [142:4]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 140
3         Q.   How long did your bypass surgery take for
4     Mr. Barnett, about?
5         A.   I don't have that.  I would -- I would
6     guess three-and-a-half, four hours of actual of
7     surgical time for me, not room time, but probably
8     three-and-a-half, four hours, somewhere around
9     there, I guess.
10        Q.   Were there any complications during the
11    surgery?
12        A.   No.
13        Q.   Did you have a conversation with
14    Mr. Barnett before the bypass surgery about the
15    potential risks of it?
16        A.   Yes.
17        Q.   And in your consult you indicate that
18    there is a two to three percent mortality risk; is
19    that right?
20        A.   Correct.
21        Q.   What does that mean?
22        A.   It -- from the time we start the surgery
23    to 30 days after surgery or same hospitalization,
24    whichever one is longer, that if you operated on 100
25    people like Mr. Barnett, two or three are gonna die
page 141
1     within 30 days or during that hospitalization.  So
2     whichever is longer.  So that's what that means.
3         Q.   Did you ever tell Mr. Barnett that based
4     on your surgery you didn't think he was gonna make
5     it through it?
6         A.   No.
7         Q.   Did you ever tell Mr. Barnett that you
8     during his surgery were worried that he wasn't gonna
9     make it and it wasn't until you squeezed his heart
10    and it pumped back that you knew he was gonna
11    survive?
12        A.   No.
13        Q.   Is that something you have ever told
14    anybody?
15        A.   I only have had a couple patients we've
16    had to do something like shock them or -- or do
17    something heroic to get them going, you know, when

44

18    they go to sleep or before surgery and -- but, no.
19         On a routine case, percent of mortality, I
20    consider that a low risk.  I mean, for my -- for my
21    grading scale, mortality of two percent would be the
22    national average for a 58-year-old man, first time
23    bypass, normal heart function.  That's a low risk
24    coronary.
25         Q.   When you were actually operating on
page 142
1    Mr. Barnett, did you worry that he wasn't gonna
2    survive the surgery and then squeeze his heart to
3    see if it would pump back?
4         A.   No.

[143:6] - [144:16]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 143
6         Q.   Was your bypass surgery of Mr. Barnett
7    successful?
8         A.   Yes.
9         Q.   Did you inspect his heart during the
10    surgery, sir?
11        A.   Yes.
12        Q.   And this inspection was fours day after
13    his heart attack, right?
14        A.   Yes.
15        Q.   Did you look to see if there was any
16    evidence of heart muscle damage when you were
17    looking at his heart?
18        A.   Yes.
19        Q.   If the heart muscle is damaged, do you see
20    scarring and bruising?
21        A.   There are -- there are -- there are
22    several things you can see for heart damage.  One,
23    as I mentioned before, was -- was swelling of the
24    muscle.  You'll see it actually looks like of
25    edematous or swollen.  The second is a hemorrhage, a
page 144
1    hem -- which is a -- which is usually another sign
2    of a big heart attack.
3         Now, also if there is some -- you can see
4    some scarring in a -- in a heart if they've had a
5    prior heart attack in the past.  You know, if they
6    had a big heart attack that resulted in a big giant
7    scar in their heart, you'll see that, or just maybe
8    some scar mixed in with the muscle.

45

9     Q.  Did you report after examining
10   Mr. Barnett's heart that there was any swelling of
11   the muscle heart, hemorrhage or bruising or
12   scarring, sir?
13     A.  No.
14     Q.  Is it fair to say that you saw a normal
15   looking heart when you looked at Mr. Barnett's?
16     A.  Yes.

[145:14] - [146:9]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 145
14     Q.  I have handed you a series of EKG tests
15   that were taken of Mr. Barnett between September 6
16   of 2002 and September 11th of 2002.  Do you see
17   that, sir?
18     A.  Uh-huh.
19     Q.  Were would treating Mr. Barnett during
20   that period?
21     A.  Yes.  Oh, it's from the 9th on.  Yes.
22     Q.  And do you see that on the last page, the
23   September 11th EKG, it refers to your name there,
24   Curtis Bryan on the left side?
25     A.  Yes.
page 146
1     Q.  I want you to -- if you wouldn't mind,
2   could you just take Exhibit 15 and turn it over to
3   where you see a blank white page and just draw and
4   show the camera and the jury what a Q wave would
5   look like on an EKG?
6     A.  Yeah.
7     Q.  And please make it big enough so that they
8   can see.
9     A.  Is that big enough?

[146:13] - [147:20]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 146
13     Q.  Can you point to the jury what you just
14   drew and what -- what about that drawing indicates
15   that there's a Q wave?
16     A.  It's a down-going -- down-going wave of --
17   the first -- well, the first part of the QRS, which
18   is the big spike in your EKG.  It's a deep, downward
19   slope.

46

20      **Q.  So if you have a Q wave, then you would**
21   **expect to see -- the first move would be down --**
22      **A.  Yes.**
23      **Q.  -- before it rises up?**
24      **A.  Correct.**
25      **Q.  Is a Q wave measured in part by the depth**
page 147
1   **and the width of the reading?**
2      **A.  Oh, yes.  Yes, it is.**
3      **Q.  So the deeper the spike downward and the**
4   **wider it is, the more likely it is to be an actual Q**
5   **wave, right?**
6      **A.  That's correct.**
7      **Q.  Are there certain Q waves that are**
8   **nondiagnostic Q waves?**
9      **A.  Sometimes in the inferior leads, two,**
10   **three and AVF small Q waves, there may or may not**
11   **mean anything.**
12      **Q.  So, and when you say two, three and AVF,**
13   **just looking on the first page of Exhibit 15 --**
14   **hopefully, we can blow this up for the jury.  But**
15   **when you say two, that's the second line going cross**
16   **the page from the top, right?**
17      **A.  Roman numeral II here, yes.  It's this**
18   **little segment right here to Roman numeral II and**
19   **then Roman numeral III.  And next to three is the**
20   **AVF.  Next to three, right next to three is the AVF.**

[147:23] - [148:4]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 147
23      **Is it your understanding, sir, that if you**
24   **have a real true Q wave, that's something you would**
25   **see on repeat EKGs?**
page 148
1      **A.  Yes.**
2      **Q.  A real true Q wave is not something that**
3   **you expect to go away, true?**
4      **A.  True.**

[148:9] - [149:11]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 148
9      **Q.  Let's look, if you could, sir, on the very**
10   **first EKG, September 6th of 2002, which you reviewed**

47

11    back at the time, right?

12      A. Yes.

13      Q. Do you see any evidence, sir, of a Q wave

14    in this EKG?

15      A. Based on what I can see here, I really

16    don't see anything that looks like a significant Q

17    wave on -- on this EKG from what I can see of it.

18      Q. If you look on -- let's go two in to

19    September 7th of 2002. And this is a lot easier to

20    read. If we look at the third lead at the bottom

21    left part?

22      A. Okay. Do.

23      Q. You see that there's a small decrease

24    down?

25      A. Yes.

page 149

1      Q. And then an increase up?

2      A. Yes.

3      Q. Would you consider that to be a Q wave,

4    sir, or a nondiagnostic Q wave?

5      A. Yeah. I would say nondiagnostic Q wave.

6    I mean, it -- it's a small -- it looks like a small

7    nondiagnostic Q wave there.

8      Q. This is September 7th, 2002. And then if

9    you turn to the last page, September 11th, 2002, do

10    you see any evidence of a diagnostic Q wave?

11      A. No.

[149:12] - [150:3]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 149

12      Q. Now, three-and-a-half years after you

13    examined Mr. Barnett, sir, the plaintiffs in this

14    case have hired an expert witness to say that there

15    was a Q wave on September 11th of 2002 and that that

16    is indicative of an acute inferior wall transmural

17    MI, okay?

18      A. Yeah.

19      Q. What's your reaction to that?

20      A. That's not true.

21      Q. What is a transmural MI?

22      A. A full thickness heart attack. Meaning

23    the entire -- from the inner layer of the heart to

24    the outer layer of the heart.

25      Q. Did Mr. Barnett suffer a transmural MI at

page 150

1    any point while you diagnosed him and worked with
2    him in September of 2002?
3        A.  No.

[150:4] - [150:10]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 150
4        Q.  How long after you operated on Mr. Barnett
5    did you discharge him home?
6        A.  Four days postop.
7        Q.  Is that an indication that Mr. Barnett
8    really didn't have any complications with the
9    surgery and he was doing well?
10       A.  Yes.

[150:11] - [150:12]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 150
11           MR. GOLDMAN:  Let me mark Exhibit 16A,
12    Dr. Bryan.

[150:17] - [153:11]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 150
17       Q.  This is a discharge summary that is
18    actually signed on the second page.  Is that your
19    signature or a stamp of your signature?
20       A.  Yes.
21       Q.  Do you see on the first page that -- under
22    DG DX, do you see that?
23       A.  Yes.
24       Q.  There is a reference -- does that mean
25    discharge diagnosis?
page 151
1        A.  Correct.
2        Q.  And then number one says:  Non Q wave
3    myocardial infarction, right?
4        A.  Yes.
5        Q.  And do you stand by that diagnosis?
6        A.  Yes.
7        Q.  Number two says:  Coronary artery disease?
8        A.  Yes.  All right.
9        Q.  Number three:  Hyperlipidemia, high
10    cholesterol?
11       A.  Yes.  Uh-huh.

49

12      Q.  Number four:  Systemic hypertension.  Do
13  you see that, sir?
14      A.  Yeah.
15      Q.  We looked before at the fact that there
16  was no reference to hypertension at any point during
17  Mr. Barnett's hospitalization and here is a
18  reference to systemic hypertension.
19          Is it true or not that what was meant here
20  by systemic hypertension was the blood pressure that
21  you saw Mr. Barnett have while he was in the
22  hospital?
23      A.  That's correct.  During his postoperative
24  stay he required intervention for high blood
25  pressure.

page 152

1       Q.  What does that mean, during his postop --
2       A.  Postop stay, his blood pressure -- in
3   fact, we had to put him -- we put him on Lopressor
4   50 PO twice a day and -- and his postop day two or
5   three --
6       Q.  Is Lo -- Lopressor is a blood pressure
7   medicine?
8       A.  Well, it's -- it controls blood pressure
9   and -- and heart rate.  We use it postop for that
10  reason.  Patients who have any diagnosis of MI go on
11  it.  We use it to prevent irregular heart rates
12  after surgery, but it also has the benefit of being
13  an antihypertensive.
14          And 50 twice a day is higher than my
15  starting dose.  I can -- we usually start at 25
16  milligrams twice a day.  And I saw in his postop
17  notes somewhere earlier that his blood pressure had
18  gotten up to 150, 160 systolic, some -- somewhere in
19  that vicinity.
20      Q.  While he was in the hospital?
21      A.  While he was in the hospital postop.
22      Q.  So the reference to systemic hypertension
23  here in this discharge summary does not mean that
24  you're concluding  he had hypertension before
25  September of 2002, right?

page 153

1       A.  No.  I'm concluding that -- that during
2   my -- my observation of him af -- when I was taking
3   care of him for those four days, he demonstrated
4   elevated blood pressures that needed -- needed
5   intervention.

50

6     Q.  And those elevated blood pressure could be
7    due to the fact that he was having chest pain and a
8    heart attack?
9     A.  Well, the one -- the ones that he got
10   treated for by me were for his postop -- postop
11   course.

[153:12] - [154:21]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 153

12     Q.  When you released Mr. Barnett from the
13   hospital, did you advice him that it would be a good
14   idea to exercise regularly?
15     A.  Yes.
16     Q.  Did you advise Mr. Barnett to continue to
17   take Lipitor to control his cholesterol?
18     A.  Yes.
19     Q.  Did you advise Mr. Barnett to continue to
20   take aspirin to prevent future clotting?
21     A.  Yes.  I -- what we state is for graft
22   patency, is how we put it to the patient, for
23   keeping his grafts open.
24     Q.  And then you put Mr. Barnett on blood
25   pressure medication to try to control his blood

page 154

1    pressure, right?
2     A.  For that and for the rhythm preven --
3   rhythm control reasons, too.  For both.
4     Q.  And were you optimistic, sir, based on
5   your observation of Mr. Barnett's heart, his 50
6   percent ejection fraction, how he responded to the
7   surgery that if he were to do the things you
8   suggested that he would do well in the future?
9     A.  Yes.
10     Q.  If you thought that one of Mr. Barnett's
11   medications contributed to his heart attack, would
12   you have allowed him to continue to take that
13   medication?
14     A.  No.
15     Q.  If you thought Vioxx, for example, caused
16   in any way Mr. Barnett's heart attack, you would not
17   have continued him on Vioxx, right?
18     A.  Correct.
19     Q.  You decided to keep Mr. Barnett on Vioxx
20   because it was helping his arthritis; is that right?
21     A.  That was the reason for that, yes.

51

[154:22] - [155:9]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

                        page 154
                        22     **Q.  Were you ever a paid speaker for Merck**
                        23    **concerning Vioxx when you decided it would be a good**
                        24    **idea for Mr. Barnett to continue on Vioxx?**
                        25    **A.  No.**

page 154
22     **Q.  Were you ever a paid speaker for Merck**
23     **concerning Vioxx when you decided it would be a good**
24     **idea for Mr. Barnett to continue on Vioxx?**
25     **A.  No.**
page 155
1     **Q.  Did anybody from Merck, representatives or**
2     **otherwise, try to entice you with lunches or any**
3     **financial incentives to try to get you to prescribe**
4     **Vioxx to your patients?**
5     **A.  No.**
6     **Q.  Did you suggest that Mr. Barnett take**
7     **Vioxx after his heart attack because of any**
8     **advertisements you saw on TV about Vioxx?**
9     **A.  No.**

[155:10] - [155:17]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 155
10     **Q.  Dr. Bryan, based on the fact that**
11     **Mr. Barnett has a strong family history of heart**
12     **disease and a previous history of high cholesterol**
13     **and his age and his gender do, do you believe that**
14     **Mr. Barnett's severe coronary artery disease and**
15     **heart attack can be explained by conventional risk**
16     **factors?**
17     **A.  Yes.**

[155:18] - [155:25]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 155
18     **Q.  What do you mean by conventional risk**
19     **factors as a explanation for Mr. Barnett's heart**
20     **attack?**
21     **A.  One would be the diagnosis of the**
22     **hyperlipidemia or high cholesterol.  The second**
23     **would be a male over 50 years of age, when the risk**
24     **of coronary disease goes up.  Third would be his**
25     **family history.**

[156:13] - [156:24]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 156
13      Q.  Have you ever seen any evidence in the
14   medical literature at all that Vioxx contributes to
15   plaque formation?
16      A.  I have not personally reviewed any
17   information in the literature that says it
18   accelerates plaque.
19      Q.  Have you ever seen any literature
20   whatsoever in the -- in the medical literature in
21   animals or in humans showing that Vioxx or -- or
22   COX-2 inhibitors can accelerate plaque formation?
23      A.  No, I haven't -- when I read, I wouldn't
24   see that.  But no, I have not seen that.

[157:8] - [157:19]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 157
8           What medical journals do you typically
9    read?
10      A.  I would typically read the Annals of
11   Thoracic Surgery, the Journal of Thoracic and
12   Cardiovascular Surgery.  I read the -- the Heart
13   Journal.  Read -- what else would be -- seminars
14   in -- in cardiac and thoracic surgery, probably a
15   couple other ones.  Chest, I read Chest as well and
16   every -- every now and then I'll pick up Circulation
17   or the New England Journal of Medicine I browse
18   through to see if there's anything of interest in
19   what I do.

[157:22] - [158:8]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 157
22           Given your review of the various medical
23   journals, sir, have you ever read any article in
24   humans or in animals suggesting that COX-2
25   inhibitors like Vioxx contribute to plaque
page 158
1    formation, the progression of plaque or plaque
2    rupture?
3       A.  No, I have not read that.
4       Q.  Was there anything unique or different
5    about Mr. Barnett's heart attack as you examined his
6    heart that was different from heart attacks you've
7    seen over the years?

53

8      A.  No.

[158:13] - [159:9]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 158

13        Did you write a letter on October 10th,

14    2002 to Dr. Karavan summarizing your follow-up visit

15    with Mr. Barnett?

16      A.  Yes.

17      Q.  Did you write in the second sentence that

18    he was admitted with a non Q wave myocardial

19    infarction?

20      A.  Yes.

21      Q.  In the last -- second to last sentence, do

22    you see that it says:  Postoperatively he did quite

23    well, since discharge he is walking every day?

24      A.  Yes.

25      Q.  Did Mr. Barnett tell you that he had any

page 159

1    heart trouble or angina or shortness of breath when

2    he saw you on October 10th, 2002?

3      A.  No, he didn't report any to me.

4      Q.  Did Mr. Barnett report that he was having

5    any swelling or ankle pain as a result of his

6    surgery?

7      A.  No.  He -- we knew about his leg swelling,

8    but since the Lasix had been instituted, that had --

9    according to him, it resolved.

[159:13] - [159:22]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 159

13        The first sentence there says:  My

14    impression is that Mr. Barnett is progressing on a

15    satisfactory postoperative course; I have instructed

16    him that he may return to driving; he may return to

17    full activity in another month?  Do you see that,

18    sir?

19      A.  Yes.

20      Q.  Is that a sign that Mr. Barnett was

21    recovering well from his bypass surgery?

22      A.  Yes.

[159:23] - [160:7]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 159

23      Q.  Do you remember I showed you a few minutes
24    or longer than that ago the Cardiolite stress test
25    from July of 2003?

page 160

1      A.  Right.
2      Q.  Did you see then in July of 2003 that
3    Mr. Barnett lasted for 15 minutes on a treadmill?
4      A.  Yes, I did.
5      Q.  What's your view of -- of the exercise
6    tolerance of a man of Mr. Barnett's age who can
7    exercise for 15 minutes on a treadmill?

[160:13] - [161:8]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 160

13      A.  In general, if he's -- if he's exercising
14    15 minutes getting to stage 5, he did quite well.
15    He -- he had 17.2 METS, which is a pretty good
16    energy -- energy expenditure on a treadmill.
17      Q.  17.2 METS, let's talk about that because
18    that's important.  METS mean what?
19      A.  It's an -- it's an amount of energy
20    expenditure a patient expends during exercise.  How
21    vigorous a work out they're getting, I guess is an
22    easy way to put it.
23      Q.  Do you know, sir, that a 17.2 METS score
24    is a score that some athletes don't even reach?
25      A.  I -- I don't know about the well-trained

page 161

1    athlete, but this is a -- a -- a good one for a
2    patient who is 58 years age and had heart surgery.
3      Q.  Do you know what the average MET score is
4    for a man who is 58, 59 years ago?
5      A.  I'm gone guess it's probably 7 to 10.
6      Q.  Do know what the average METS score is for
7    a man age 20 to 29?
8      A.  Probably more around 10 or 12.

[161:20] - [161:22]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 161

20      Q.  What does a 17.2 METS score and lasting 15
21    minutes on a treadmill indicate to you about
22    Mr. Barnett's heart condition in July of 2003?

55

[161:24] - [162:3]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 161
> 24      THE WITNESS:  It -- it would just tell me
> 25    that he has a fairly -- he has good stamina and --
> page 162
> 1    and that he's do -- from a cardiac standpoint, that
> 2    he's doing -- I mean, assuming everything else
> 3    turned out okay on the stress test, he's doing well.

[162:9] - [162:18]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 162
> 9    Q.  Do you see the reference to LVEF was 58
> 10    percent?
> 11    A.  Yes.
> 12    Q.  Is that left ventricular ejection fraction
> 13    58 percent?
> 14    A.  Correct.
> 15    Q.  Is at this point in July of 2003
> 16    Mr. Barnett's ejection fraction higher than it was
> 17    when he had his heart attack when it was 50 percent?
> 18    A.  Yes.

[163:21] - [163:24]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 163
> 21    Q.  Based on your review of the July 2003
> 22    Cardiolite stress test, would you agree that
> 23    Mr. Barnett's heart condition and heart function is
> 24    doing quite well?

[164:3] - [164:5]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 164
> 3      THE WITNESS:  If this were to come across
> 4    my desk, I would say it seems he's doing well.  I
> 5    mean, without any other information.

[167:20] - [167:23]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 167
> 20    Q.  Dr. Bryan, based on the information you've

21    seen today and your observation of Mr. Barnett's
22    heart in September of 2002, do you believe that he
23    has the potential to live a full life?

[168:1] - [168:6]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 168
1         THE WITNESS:  I believe that at this point
2    he's doing well.  To be able to -- you know,
3    assuming at this point based on what I've seen on
4    him, I don't believe his cardiac status is holding
5    him -- would be holding him back, but that's based
6    on just locking at a couple stress tests postop.

[168:21] - [169:1]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 168
21         Q.  Okay.  Dr. Bryan, based on your surgery of
22    Mr. Barnett and what you've seen today, do you
23    believe that his heart condition is doing well?
24         A.  Based on what I've seen, I believe he's
25    doing -- the heart -- from what we know, it -- it
page 169
1    seems to be doing well.

[180:10] - [181:6]       6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 180
10         Q.  You were asked questions about exertional
11    angina.  Do you remember that?
12         A.  Yes.
13         Q.  And I think you were asked whether or not
14    in January of 2000 Mr. Barnett showed any evidence
15    of exertional angina.  Remember that?
16         A.  Correct.
17         Q.  Now, exertional angina means that when the
18    patient is exercising, the patient actually feels
19    heart pain?
20         A.  Correct.
21         Q.  When you saw Mr. Barnett in September of
22    2002, did he have significant advanced coronary
23    artery disease?
24         A.  Yes.
25         Q.  Did Mr. Barnett have multi-vessel and
page 181

57

```
1     multi-branch occlusions in his arteries?
2         A.  Yes.
3         Q.  Did Mr. Barnett indicate at all to you
4     that he was experiencing exertional angina prior to
5     the time that he was admitted for his heart attack?
6         A.  No.
```

[181:7] - [181:10]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 181
```
7         Q.  So this could be a situation where a
8     patient, here Mr. Barnett, has severe coronary
9     artery disease but is in good enough shape that he
10      doesn't have angina when he exercises, true?
```

[181:12] - [182:5]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 181
```
12          THE WITNESS:  It's -- the -- the problem
13      with -- with this is when does a patient become
14      symptomatic.  They can go for years or weeks or --
15      you know, we don't know why one day the plaque
16      ruptures.  We don't.  Why one day a guy like this
17      who's had disease starts becoming symptomatic, when
18      he's -- you know, he'll tell you that I've been fine
19      for -- I have patients who have been exercising
20      three miles a day for years and then all of a sudden
21      in a week they can't walk a mile.  They can't walk
22      two blocks without getting chest pains.  Why?  I
23      don't know.
24          With him, it's hard to know.  Was he a
25      pretty fit guy?  Maybe that's why he did fairly well
```
page 182
```
1     with his coronary disease.  I can't tell you that
2     being more fit keeps you from having chest pain.  I
3     can tell you that it helps you when you get operated
4     on to survive it.  And it may induce them to have
5     chest pain.
```

[182:18] - [183:6]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 182
```
18        Q.  So in September of 2002, when Mr. Barnett
19      presented with this heart attach, he had severe
20      coronary artery disease in multi vessels and did not
```

58

21    complain about exertional heart pain?

22      A.  Not prior to -- not prior to his

23    admission.  And in fact, if I -- I've got to review

24    his admission again.  But I don't know if he was

25    exerting himself again or not when he came in that

page 183

1    time.  I'd have to review that.  I can't remember

2    what the scenario was.

3      Q.  He was actually working at his computer

4    when he --

5      A.  That's right.  He was -- that's right.  He

6    was at low level activity when it happened.

59

Barnett v. Merck
Merck Conditional Designations
Curtis Bryan June 6, 2006 Deposition

Below are Merck's conditional affirmative deposition designations for Dr. Bryan.  Whether Merck
decides to play these portions of the transcript during the trial depends on (1) certain evidentiary
rulings by the Court, and (2) the Plaintiff's counter-designations.


[68:6] - [68:25]          6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations


                          page 68
                          6          Q.  Do you have any opinion, Doctor, as to
                          7      whether or not Mr. Barnett will ever need
                          8      replacement of his vein grafts?
                          9          A.  There -- there is a -- a fixed rate of
                          10     re-operation per year in patients of coronary bypass
                          11     grafting.  It's roughly 1 to 2 percent per year risk
                          12     of needing a re-operative coronary bypass grafting.
                          13         Q.  Now, what about the mammary artery?  Does
                          14     that -- is that replaced typically?
                          15         A.  It is less often replaced than -- than
                          16     vein grafts.  The -- it's not that it never has
                          17     been.  It's just that that graft tends to have a
                          18     longer patency and do better long term than other
                          19     grafts.
                          20         It's -- it's the best graft we have
                          21     available for bypass surgery and it's -- it's a less
                          22     likely vessel to be re -- re-grafted.  So, but there
                          23     is a fixed rate on average for every patient.
                          24     Whether that patient will go two years or 20 years,
                          25     it's hard to say.

[164:7] - [164:11]        6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations


                          page 164
                          7          Q.  A month ago Mr. Barnett had a stress test
                          8      done for purposes of litigation, okay?
                          9          A.  Uh-huh.
                          10         Q.  And I want to show you the results of that
                          11     stress test, okay?

[164:21] - [166:8]        6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations


1

page 164

21    Q.  This is Exhibit 16, is it?

22    A.  16, yes.  The last one was the EKGs?

23    Q.  Yes.

24    A.  That was 15.

25    Q.  I'm handing you what I've marked as

page 165

1    Exhibit 16 and this is a stress test that was done

2    on May 2nd, 2006.  And I just want to ask you to

3    look on the second page for me, sir, okay?

4    A.  Yeah.

5    Q.  Now, this is an EKG test.  It's a lot

6    clearer than the others that we've seen, right?

7    A.  Yes.

8    Q.  Do you see any evidence, sir, of a

9    diagnostic Q wave in the first EKG done on May 2nd,

10    2006 at 11:28 in the morning?

11    A.  No.

12    Q.  If you turn to the second page, which is

13    when Mr. Barnett was standing, do you see stage and

14    then it says stand?

15    A.  Yes.

16    Q.  Do you see any evidence in this EKG that

17    there was a Q wave?

18    A.  Nothing that looks diagnostic to me.

19    Q.  How about the third page?

20    A.  No.

21    Q.  The fourth page?

22    A.  No.

23    Q.  Let's go all the way to the last page.  Do

24    you see any evidence of a diagnostic Q wave, sir?

25    A.  No.

page 166

1    Q.  Mr. Barnett on this stress test was

2    diagnosed with a 60 percent ejection fraction.  Is

3    that considered normal, sir?

4    A.  Correct.  That is.

5    Q.  If Mr. Barnett lasted only nine-and-a-half

6    minutes on this particular treadmill test, does that

7    necessarily mean, sir, that it was due to his heart?

8    A.  No.

[166:25] - [167:19]    6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 166

2

25     Q.  Dr. Bryan, as Mr. Barnett's former heart

page 167

1    surgeon, would you consider a nine-and-a-half minute

2    duration on a Bruce protocol treadmill to be good?

3      A.  I would -- de -- depending on why they

4    terminated the test.  That -- that would be -- I

5    mean, it's -- it's good, but it -- it would be

6    partly determined on why they're -- they're

7    terminating the test.

8      Q.  If they terminated the test because of

9    fatigue or because of leg pain, does that indicate

10   that the reason for the termination on the treadmill

11   was because of a heart problem?

12     A.  No.

13     Q.  Do you see that on this stress test

14   Mr. Barnett actually has a 13.1 METS score at stage

15   four in the middle of the page?

16     A.  Yes.

17     Q.  Do you consider that to be excellent

18   exercise capacity for a man 60 years old?

19     A.  That's -- that's quite good.

[180:3] - [180:8]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 180

3      Based on what you saw in your examination

4    of Mr. Barnett and given his underlying conventional

5    risk factors, did you have any reason to believe

6    that Vioxx caused Mr. Barnett's heart attack?

7      THE WITNESS:  I -- I didn't at the time,

8    no.  No.

[183:9] - [184:24]    6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

page 183

9      Do you remember being asked about a study

10   that wasn't shown to you that plaintiffs' counsel

11   said reflected that Vioxx can cause the acceleration

12   of plaque?  Do you remember that?

13     A.  Correct.

14     Q.  The study that I believe plaintiffs'

15   counsel is referring to is a study of APOE knockout

16    lice.  Okay, do you know what that is?
17        A.  I don't know what it is.
18        Q.  It's a mouse model.
19        A.  It's a mod -- yeah, I don't know what the
20    APOE exactly is.
21        Q.  It's a mouse model.  And it was a study
22    that was conducted for three weeks, okay, with a
23    dose that was four times the normal dose of Vioxx in
24    human beings, 25 milligrams.  You with me?
25        A.  Uh-huh.
page 184
1         Q.  The author of the study is a man named
2    Dr. Epstein.  He is a very well known
3    atherosclerosis expert, okay?
4             Dr. Epstein testified that his study was
5    the only published study that he was aware of
6    showing that COX-2 inhibition can lead to early
7    formation of atherosclerotic lesions.  You with me
8    so far?
9        A.  Yes.
10        Q.  Do you understand that the development of
11    early atherosclerotic lesions is different from
12    saying that a drug causes the progression of
13    atherosclerosis?
14        A.  Well, there is a difference because it's
15    already in inflammatory state once the plaque
16    started.  So I think what's the initiating event?  I
17    mean is -- you know, it is.  It is different than
18    progressing.
19        Q.  Before you as a doctor would want to be
20    able to draw a conclusion about whether COX-2
21    inhibitors can accelerate plaque formation, wouldn't
22    you want to know about all the studies that were
23    done on that particular study as opposed to one?
24        A.  I would look at everything.

[185:8] - [187:5]    6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 185
8         Q.  You were asked by plaintiffs' counsel
9    whether or not you would want to know if there was a
10    single study that showed acceleration of plaque by
11    COX-2 inhibition.  Do you remember that?
12        A.  Correct.
13        Q.  My only question to you, sir, is:  If you

4

14    want to know that, do you also want to know whether
15    there are other studies that show that there's no
16    effect whatsoever in terms of COX-2 inhibition on
17    acceleration of plaque?
18        A.  Well, I would want to review every --
19    what's on both -- both sides of the fence.  I mean,
20    I -- basically when I look at an article, I base it
21    on it merits, not its results, I mean, whether the
22    study is a well-designed study or not.  So I look --
23    would look at both.
24        I mean, we have plenty of things in
25    cardiac surgery that tell you do one thing and

page 186

1    one -- and there are things that say -- people say
2    do it another way and everybody has got their
3    reasons, but you've got to base it on what's the --
4    what the science tells you is the -- is the
5    well-designed study.  So you typically look at both
6    sides of the argument.
7        Q.  You would ask questions about whether you
8    knew about cardiovascular risks that are potentially
9    associated with Vioxx and COX-2 inhibitors.  Do you
10    remember that?
11        A.  Yes.
12        Q.  You weren't the person responsible for
13    prescribing Vioxx to Mr. Barnett, were you, sir?
14        A.  No.
15        Q.  You didn't read the package insert that
16    was in existence in April of 2002, did you, sir, for
17    Vioxx?
18        A.  Not that I'm aware -- not that I can
19    recall, no.
20        Q.  You don't know whether the April 2002
21    package insert for Vioxx identifies a specific study
22    that showed a five times difference in heart attacks
23    between Vioxx and 500 milligrams of Naprosyn twice a
24    day?
25        A.  I don't recall that.

page 187

1        Q.  You relied on Mr. Barnett's internist,
2    Dr. Mikolojcyk, to decide whether Vioxx was the
3    appropriate medication to treat Mr. Barnett's
4    orhteo -- osteoarthritis, correct?
5        A.  Oh, correct.

[187:16] - [188:6]    6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 187
16        Q.  Did you rely on Dr. Mike to determine
17     whether Vioxx was the appropriate medication to
18     treat Mr. Barnett's osteoarthritis?
19        A.  Yes.
20        Q.  Do you know Dr. Mike personally?
21        A.  I know him personally.  I don't -- I never
22     socialized with him really much of anything, but I
23     know him personally.
24        Q.  Do you also know him professionally?
25        A.  Yes.
page 188
1        Q.  Is he a fine internist?
2        A.  He was considered one of the better
3     internists, yes.
4        Q.  Do you think that Dr. Mike, based on your
5     experience with him, puts his patients first?
6        A.  Yes.

[188:19] - [188:24]     6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

page 188
19        Q.  Last question, sir.  Based on your
20     experience with Dr. Mike and your review of the
21     medical records that existed in September 2002, do
22     you have any reason to think that Dr. Mikolojcyk
23     treated Mr. Barnett in some inappropriate way?
24        A.  No.