Barnett v. Merck
Merck Affirmative Designations
Michael McCaffrey May 3, 2006 Deposition

[4:2] - [4:9]         5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 4
2     Q.  Good afternoon, sir.
3     A.  Good afternoon.
4     Q.  Can you please state your name for the
5 record.
6     A.  Michael McCaffrey, MD.
7     Q.  Dr. McCaffrey, my name is Andy Goldman.
8 We haven't met before, have we?
9     A.  No, sir.

[5:4] - [5:8]         5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 5
4 Dr. McCaffrey, that we are here today because one
5 of your former patients, Mr. Gerald Barnett, has
6 filed a lawsuit against Merck concerning his use of
7 Vioxx?
8     A.  Yes, sir.

[5:12] - [7:14]       5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 5
12     Q.  Can you describe for the ladies and
13 gentlemen of the jury your education and your
14 medical training.
15     A.  How far back would you like me to go?
16     Q.  You can start after college.
17     A.  After college. I went to medical
18 school at St. George's University School of
19 Medicine in Grenada, West Indies starting in 1984.
20 I graduated from St. George's on December 28th,
21 1988. I started my internal medicine residency in
22 May of -- March of 2000 -- make that March of 1989
23 at the Western Pennsylvania Hospital in Pittsburgh,
24 Pennsylvania. I did two years of internal medicine
25 at the Western Pennsylvania Hospital.
page 6
1          In April -- on April 1st, 1991, I
2 started my neurology residency at Medical College



EXHIBIT
E

3 of Virginia in Richmond.  My third year of
4 residency I was solo chief resident in addition to
5 my other duties and after my residency was over, I
6 did a one year neuromuscle fellowship at Medical
7 College of Virginia from 1994 to 1995.
8         I practiced for one year at the Heart
9 and Family Health Institute in Port Saint Lucie,
10 Florida as a solo neurologist for a multispecialty
11 group. I remained there for one year.  I came to
12 Myrtle Beach and worked for Executive Court Medical
13 Specialists owned by John Rathman.  I worked for
14 them for one year, came to the group I'm presently
15 in, which is Strand Regional Specialty Associates,
16 and I've been here going on my ninth year.
17      Q.  You mentioned that you did a residency
18 in internal medicine?
19      A.  Yes, sir.
20      Q.  Can you explain what a residency is.
21      A.  A residency is a training program where
22 there are requirements, different rotations you
23 have to accomplish to fill a residency.  Most of
24 those will be for work, different subspecialties,
25 emergency room medicine.  You do -- and in ICU
page 7
1 medicine where you're doing an internal medicine
2 residency.
3      Q.  You also mentioned you did a neurology
4 residency?
5      A.  That is correct.
6      Q.  What is neurology?
7      A.  Neurology is the study of the brain,
8 spinal cord, muscle and nerves.
9      Q.  Do you consider yourself a neurologist?
10      A.  Yes, sir.
11      Q.  Does that mean that you specialize in
12 the diagnosis and treatment of diseases and
13 disorders affecting the brain and the spinal cord?
14      A.  That is correct.

[7:15] - [10:7]        5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 7
15      Q.  You also mentioned that you had been
16 chief resident.  What does that mean to be chief
17 resident?
18      A.  Chief resident, you're -- you're more

19  like the sergeant major of all the other residents
20  and you have to interact with the different faculty
21  so there's -- it's a fine balance between the
22  faculty and the residents on who's happy at that
23  particular time in history.  But making sure people
24  show up for being on call, making sure they show up
25  at the appropriate clinics, get their work done,
page 8
1  make sure they do all their dictations, so it's a
2  go-between between the staff and the residents.
3  And plus you're -- you know, you have to interact
4  with all the other specialties in the hospital so
5  you're the -- you're the representative for the
6  department dealing with all the other chief
7  residents.
8       Q.  Is it true that being a chief resident
9  is considered an honor?
10      A.  It is an honor.
11      Q.  In your practice, Dr. McCaffrey, have
12  you treated many patients who have faced acute or
13  chronic pain?
14      A.  Yes, sir.
15      Q.  Is it a challenge to treat those
16  patients?
17      A.  Yes, it is.
18      Q.  Why is it?
19      A.  It's, number one, trying to diagnose
20  what the exact problem is.  Sometimes you can go
21  through different studies, sometimes exhaustive to
22  actually try and make a diagnosis and at the same
23  time trying to alleviate their problem.
24      Q.  Why is it difficult to alleviate the
25  problem that patients who have chronic pain face?
page 9
1       A.  Because everybody's different.
2  Everybody has a different problem whether it be a
3  peripheral neuropathy, which is a disease of the
4  nerves and legs or arms, whether it's chronic
5  abdominal pain, whether it's low back pain, neck
6  pain, chronic migraine headaches, different types
7  of facial pain, but there's a multitude of pains
8  that you can describe in every part of the body.
9       Q.  Have you treated patients who have
10  suffered from a condition called osteoarthritis?
11      A.  Yes, sir.
12      Q.  What is osteoarthritis?

3

13      A.  Osteoarthritis is the most common type
14  of arthritis.  It's an overgrowth of calcium or
15  bony material around different joints.  It's the
16  most common type of arthritis we face in the world.
17      Q.  Is osteoarthritis a disease that mostly
18  affects the cartilage?
19      A.  It starts in the cartilage and it grows
20  out from there.
21      Q.  And what is cartilage?
22      A.  Cartilage is a -- if you want to
23  consider it a soft tissue, it's very flexible.
24  When your bones are being formed you -- when you're
25  born you have very little ossification of your
page 10
 1  bones and your bones grow longer.
 2      Q.  What does that mean, ossification?
 3      A.  Ossification, the actual process of
 4  laying down bone.
 5      Q.  Is healthy cartilage something that
 6  allows our bones to glide over one another?
 7      A.  Yes, it is.

[10:12] - [11:5]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 10
12      Q.  Do you know whether osteoarthritis is
13  one of the most frequent causes of disability in
14  the United States?
15      A.  Yes, it is.
16      Q.  Can osteoarthritis be debilitating for
17  certain patients?
18      A.  Yes, it can.
19      Q.  Can it limit patients' ability to
20  function normally?
21      A.  Yes, sir.
22      Q.  What is rheumatoid arthritis?
23      A.  A degenerative arthritis.  If you think
24  of osteoarthritis, osteoarthritis is essentially
25  bone growth on the edge of the bones.  Rheumatoid
page 11
 1  arthritis is a destructive arthritis where the bone
 2  is, and the cartilages are being affected by an
 3  inflammatory process known as rheumatoid arthritis.
 4  It's very debilitating and the bones actually in a
 5  sense become shorter from the arthritis itself.

4

[11:11] - [19:19]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 11
11      Q.  Have you found that it's difficult at
12 times to find the appropriate treatment for
13 patients with rheumatoid arthritis?
14      A.  Yes, it is.
15      Q.  Are those some of the patients who
16 sometimes face chronic pain?
17      A.  Yes, they are.
18      Q.  Whether it's from osteoarthritis or
19 rheumatoid arthritis or one of the other conditions
20 you mentioned before, Doctor, can chronic pain
21 itself be a health problem?
22      A.  Yes, it can.
23      Q.  Can you explain why.
24      A.  People in chronic pain spend more time
25 in doctors' offices.  They're looking for a cure
page 12
 1 for their chronic pain.  Some studies show that
 2 they actually have a shorter life -- life
 3 expectancy.  Not all the studies equal each other
 4 when you look at them, but they're -- across the
 5 board your life expectancy because you have -- a
 6 lot of people with chronic pain have other health
 7 disorders along with their chronic pain.
 8      Q.  When --
 9      A.  Or -- or the actual treatments you give
10 them can make them develop other medical problems.
11 If you had to put somebody on Prednisone, which is
12 a steroid, they can develop osteoporosis, they can
13 develop diabetes mellitus, they can develop
14 cataracts in their eyes.  And just having somebody
15 on chronic steroids, which is very common with
16 rheumatoid arthritis, it can cause other health
17 problems.
18      Q.  When patients are suffering from
19 chronic pain, whether it's osteoarthritis or
20 rheumatoid arthritis, does that sometimes affect
21 their ability to exercise?
22      A.  Yes, it does.
23      Q.  What are the consequences, sir, for
24 patients who are unable to exercise and stay in
25 shape as a result of being in too much pain?
page 13
 1      A.  Well, their muscles become debilitated.

5

2 They have very poor tolerance in doing various
3 things, especially any activity around the house,
4 whether it be yard work, housework, caring for
5 children or parents. It can also inversely affect
6 the heart so --
7     Q. How does it do that?
8     A. Well, it just -- it puts a higher
9 demand on the heart itself because the heart's no
10 longer healthy. It becomes -- you become unhealthy
11 when you decrease your activity.
12     Q. Have you found that patients who are in
13 chronic pain sometimes become depressed?
14     A. Yes, they do.
15     Q. Why does that happen to them?
16     A. It's the loss of function -- it's a
17 loss of person. Most people don't feel like
18 they're worth anything. They can develop sleep
19 disorders where they don't sleep properly. They
20 can develop insomnia. Those are the main ones with
21 depression.
22     Q. Dr. McCaffrey, before COX-2 inhibitors
23 like Vioxx came to the market in the United States,
24 what treatment options were available for people
25 who were in pain from osteoarthritis or rheumatoid
page 14
1 arthritis?
2     A. Well, there are various other
3 nonsteroidal medications. Probably the -- the most
4 popular prior to the COX-2's was Voltaren or
5 Diclofenac. Also, another popular one was
6 ibuprofen and Naprosyn.
7     Q. So nonsteroidal antiinflammatory drugs,
8 or NSAIDs, that was one class of medication that
9 was available for patients who were experiencing
10 pain?
11     A. Yes, sir.
12     Q. Can you identify some other treatment
13 options before Vioxx came out.
14     A. Other treatment options would be
15 narcotic medications, whether it be codeine or the
16 codeine-based medications, which include
17 hydrocodone or Oxycodone. Then there's the -- the
18 morphine-based medications so you've got morphine.
19 And if I'm quoting myself right, Dilaudid is
20 morphine based, might be wrong, I just don't use a
21 lot of Dilaudid. But those are the main drugs and,

22 you know, a very common drug you hear, OxyContin,
23 which is an Oxycodone drug.  There's also Fentanyl,
24 which is in a different category of narcotics,
25 which is in a patch form we use for chronic pain.
page 15
1        Q.  So narcotics were available to treat
2 pain before COX-2 inhibitors, NSAIDs were
3 available?
4        A.  Tylenol.
5        Q.  Tylenol?
6        A.  Tylenol, which is the acetaminophen.
7 There's other drugs in that category that are
8 available in other countries in the world, but the
9 only one we have is acetaminophen in this country.
10        Q.  You also mentioned steroids before?
11        A.  Yes, sir.
12        Q.  Have you ever used aspirin to try to
13 treat patients who were in pain from
14 osteoarthritis?
15        A.  Yes, sir.  And there's also a drug
16 called salicylate, which is very commonly used for
17 rheumatoid arthritis, and that's preferable so --
18 it seems to be a little bit easier on the stomach
19 than aspirin itself.
20        Q.  Let's go through some of those other
21 treatment options and I'd like to talk about the
22 benefits and the risks that you're aware of for
23 each of those categories of medicines, okay?
24        A.  Yes, sir.
25        Q.  Let's start with aspirin.  What are the
page 16
1 benefits of aspirin in terms of pain relief?
2        A.  It works very well.  I mean, it's a
3 medication you can use two or three times a day.
4 You can get almost complete pain resolution with
5 aspirin.
6        Q.  Does aspirin reduce inflammation,
7 though?
8        A.  Yes, it does.
9        Q.  And does it also have side effects?
10        A.  It does have side effects.  The main
11 side effects you're worried about are the
12 gastrointestinal tract, GI bleeding.  You also
13 worry about the kidney and the liver, especially
14 the kidney.  Long-term use of aspirin can cause
15 renal failure and also cause liver failure and you

7

16 can also become toxic on aspirin.
17     Q.   What does that mean?
18     A.   You can develop an acute psychosis from
19 aspirin, which I've seen happen before to patients.
20     Q.   When you mentioned that aspirin can
21 lead to GI bleeds, can you explain to the jury what
22 you mean by that, GI bleeds.
23     A.   Gastrointestinal bleed is a -- a
24 hemorrhage in the stomach that's caused by a
25 compromise in the wall of the gastric mucosa and it
page 17
 1 causes the small blood vessels to leak blood into
 2 the stomach contents, which can cause somebody to
 3 become nauseated and eventually start throwing up.
 4 In some patients that -- they're getting pain
 5 relief from the aspirin, they might not feel any
 6 side effects and they have a very slow bleed which
 7 can be picked up on a routine rectal examination or
 8 a guaiac test on a patient. So that's the hard
 9 part about treating people with pain medicine if it
10 can cause GI bleeding is they might not feel it and
11 they can become anemic and run into the problems
12 long term.
13     Q.   What does it mean to become anemic?
14     A.   Your blood count goes down. You have
15 a -- for men and women there's a normal
16 hemoglobin/hematocrit and then from a slow GI
17 bleed, your hemoglobin will go down and you'll
18 start feeling fatigued, might start having problems
19 with your memory. And then it gets diagnosed by a
20 blood test usually.
21     Q.   You also mentioned narcotics.
22 Narcotics can sometimes be helpful at stopping
23 pain, right?
24     A.   That's correct.
25     Q.   Do narcotics have side effects?
page 18
 1     A.   Yes, they do.
 2     Q.   Can you explain some.
 3     A.   Addiction is the number one side effect
 4 you worry about where people become either
 5 psychologically addicted or physically addicted to
 6 narcotic medications. And psychologically it's --
 7 they think they need the medications. They go out
 8 actively seeking, they go to multiple doctors. The
 9 physical addiction, if you have someone on a

8

10 long-acting narcotic two or three times a day or
11 any other narcotic whether they're taking it for
12 two or three weeks, they've already developed a
13 physical addiction and they will go through
14 withdrawal when they come off the medication.
15      Q.  Is another side effect of narcotics
16 impaired thinking?
17      A.  Impaired thinking, chronic
18 constipation, chronic fatigue.  They become very
19 tired after being on the medication for a time
20 period.
21      Q.  Let's talk for a minute about steroids.
22 Are steroids useful in reducing inflammation?
23      A.  Yes, they are.
24      Q.  Do they also sometimes have a helpful
25 effect on reducing pain?
page 19
1      A.  Yes, they do.
2      Q.  What are some of the side effects of
3 steroids?
4      A.  Side effects of steroids are
5 osteoporosis --
6      Q.  What is that?
7      A.  -- which is a thinning of the bones
8 where you can actually get -- on long-term use you
9 can get fractures of the bones, especially in the
10 spine.  You can develop cataracts.  You can develop
11 diabetes mellitus.  It can cause you to have
12 hypertension, chronic insomnia.  You can develop a
13 mood disorder.  You can actually develop depression
14 on chronic steroid use.
15      Q.  If there are all these side effects
16 that are associated with steroids, why do you
17 prescribe them to your patients on occasion?
18      A.  It's our last line of defense, it's
19 after you've tried everything else.  Basic example

[20:13] - [23:16]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 20
13 safest medication.  In an arthritis patient or
14 chronic pain patient, it's the last defense.  It's
15 the last medication you would use because of the
16 side effects.
17      Q.  You also mentioned NSAIDs, or
18 nonsteroidal antiinflammatory drugs, like ibuprofen

9

19 and naproxen.
20     A.  Yes, sir.
21       Q.  What are the benefits of traditional or
22 nonselective NSAIDs?  Do you understand what I mean
23 when I say nonselective NSAIDs?
24     A.  Yes, sir, they're COX-1 and COX-2.
25       Q.  Correct.  What are some of the benefits
page 21
 1 of nonselective or traditional NSAIDs like
 2 ibuprofen?
 3     A.  Pain resolution, easy to use.
 4 There's -- initially when you're starting somebody
 5 on the medication, you can do some blood monitoring
 6 on them, but once you've checked, as long as
 7 they're not abusing the medications, it's usually a
 8 safe form of therapy.
 9       Q.  Are some of the side effects associated
10 with NSAIDs stomach problems?
11     A.  Yes, they are.  You can have the same
12 problems with GI bleeding or gastrointestinal
13 hemorrhage.  And this can be a slow process also
14 because it helps pain so you might lose blood
15 slowly over time.
16       Q.  Have you heard of patients who have
17 actually had perforations and ulcers in their
18 stomach as a result of taking traditional or
19 nonselective NSAIDs?
20     A.  Yes, sir.
21       Q.  Are you aware of whether the stomach
22 problems and the perforations, ulcers and bleeds
23 are considered a serious health problem in this
24 country?
25     A.  Yes, they are.
page 22
 1       Q.  Why are they a serious problem, sir?
 2     A.  Because they can be lethal.  With
 3 traditional NSAIDs, I don't know if I'm quoting my
 4 numbers right, but there are probably between a
 5 hundred and 150 deaths per year on traditional
 6 NSAIDs.  That number might be higher.
 7       Q.  And are you also aware that there are
 8 thousands of NSAID users who have to be
 9 hospitalized because of GI-related problems?
10     A.  Yes, sir.
11       Q.  Is tolerability also a problem with
12 some NSAIDs?

13     A.  Yes, sir.
14     Q.  What is tolerability?
15     A.  Being able to take a medicine without
16 the side effects.  So every medication on the
17 market can have side effects on a particular
18 patient.  I mean, you can hand Tylenol to a hundred
19 patients and two or three patients might have some
20 kind of side effect, whether it be dizziness or
21 whether it be fatigue or some side effect that's
22 intolerable to them, they can't take the medicine
23 because of it.
24     Q.  Do NSAIDs -- nonselective NSAIDs also
25 cause increased blood pressure or hypertension?
page 23
1     A.  Yes, sir.
2     Q.  Finally, you mentioned Tylenol.
3 Tylenol can help reduce pain in certain patients?
4     A.  Yes, it can.
5     Q.  Did Tylenol also have side effects?
6     A.  Yes, it can.  It has -- they're very
7 limited -- I mean, it's very rare you see a side
8 effect.  You will find people that will develop a
9 skin rash like any other medication.  Very rare you
10 see the blood pressure go up or -- but I've seen
11 dizziness with Tylenol.  I've seen fatigue with
12 Tylenol.  If you open the package insert, just
13 about every side effect you can imagine is in
14 there.  It's tolerated, but you have to take it
15 four times a day so one of those medications that
16 is limited in what it can do.

[23:17] - [24:23]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 23
17     Q.  Now let's turn to COX-2 inhibitors like
18 Vioxx, okay?
19     A.  Yes, sir.
20     Q.  When did you start prescribing COX-2
21 inhibitors?
22     A.  When they became available on the
23 market, I guess Celebrex was the first COX-2.
24     Q.  Why did you decide to prescribe
25 Celebrex and Vioxx over traditional NSAIDs?
page 24
1     A.  Number one, they were more effective
2 from a pain standpoint.  Number two, the risk of GI

3 side effects was lower.  These are actual
4 medications you could give to people while on
5 Coumadin.
6     Q.  What is Coumadin?
7     A.  Coumadin is a blood thinner.  It's the
8 most potent of the blood thinners that we use short
9 of injectable blood thinners, Lovenox, in private
10 practice.
11     Q.  And why is it helpful to be able to
12 give COX-2 inhibitors to patients who are taking
13 blood thinners?
14     A.  Because you cannot give traditional
15 medications.  You cannot give Prednisone or
16 steroids.  You cannot give traditional nonselective
17 nonsteroidal medications to these patients because
18 of the side effect -- of the possible bleeding
19 contraindications for the patient.
20     Q.  Did you find it helpful when Vioxx and
21 Bextra were on the market to have multiple COX-2
22 inhibitors to choose from for your patients?
23     A.  Yes, sir.

[26:11] - [27:18]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 26
11     Q.  Is it fair, Dr. McCaffrey, that because
12 different people respond differently to the same
13 medication, it is helpful to have more than one
14 medication to prescribe to them?
15     A.  Yes, sir.
16     Q.  Have you seen patients who did not
17 respond well to Celebrex but did respond well to
18 Vioxx?
19     A.  Yes, sir.
20     Q.  Have you seen patients who did respond
21 well to Motrin, or ibuprofen, but not to naproxen?
22     A.  Yes, sir.
23     Q.  During what period of time did you
24 prescribe Vioxx, sir?
25     A.  From the time it was released to the
page 27
1 time it was recalled.
2     Q.  Why did you prescribe Vioxx to your
3 patients?
4     A.  It was a very excellent medication for
5 the treatment of osteoarthritis and rheumatoid

6 arthritis.

7    Q.  Did you and your colleagues, sir, who
8 focus on pain relief consider COX-2 inhibitors and
9 Vioxx to be a major advance in the treatment of
10 pain?

11    A.  Yes, sir.

12    Q.  You mentioned before that to take
13 Tylenol, you often have to take it four times a
14 day.  Do you remember saying that?

15    A.  That's correct.

16    Q.  How many times a day were patients told
17 to take Vioxx typically?

18    A.  Once a day.

[27:22] - [29:24]    5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 27

22    Q.  Is it helpful for patients to have to
23 take medicine only once a day versus four times a
24 day?

25    A.  Yes, it is, because it's easier to

page 28

1 remember to take the medication, therefore the
2 patient remains compliant with their medication.
3        The other beauty of the newer
4 medications, Vioxx, Celebrex and Bextra, was the
5 advantage of -- and this may sound strange to the
6 academic world, to the private practice it makes
7 more sense.  I could put somebody on Vioxx for a
8 one-week time period and then they'd be off the
9 medication for three weeks.  So they actually take
10 their Vioxx one week per month and that's all they
11 had to take for their pain relief.  It would calm
12 the pain down enough that they wouldn't have to
13 take it for the next three weeks.  So it's not
14 uncommon in my practice where I'd have patients
15 that, you know, from a cost standpoint they'd say,
16 I cannot afford the medication and so we'd figure
17 out how to be able to take the medication and
18 they'd also give themself a holiday where they were
19 off the drug at the same time.

20    Q.  And for some of those patients if they
21 had to take traditional NSAIDs, would they have to
22 take those more regularly and more often?

23    A.  Yes, sir.

24    Q.  Before you prescribed Vioxx to

25  Mr. Barnett, and we're going to talk about
page 29
 1  Mr. Barnett shortly, had the Food and Drug
 2  Administration approved Vioxx as safe and
 3  effective?
 4      A.  Yes, they had.
 5      Q.  Is it important to you as a treating
 6  physician that the Food and Drug Administration
 7  approve medicine as safe and effective, sir?
 8      A.  Yes, sir.
 9      Q.  Why is that important to you?
10      A.  Because it's given a seal of approval
11  by the Federal Government.  They've done
12  appropriate studies on the medication and -- you
13  know, it's like going to a bank, if you're FDIC
14  approved -- I mean -- is it FDIC?
15      Q.  I think so.
16      A.  Yeah.  I know I can put my money in
17  there and there's a safeguard from the Federal
18  Government saying if something happens to your
19  bank, you're still going to have your money.  So
20  it's the same thing with the Federal Government,
21  here's the medication.  We put our trust in this
22  medication.  It went through a rigorous program.
23  The United States has the most rigorous program of
24  any drug program.

[30:4] - [30:10]     5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 30
 4          Is it your understanding,
 5  Dr. McCaffrey, that the Food and Drug
 6  Administration has scientists there to review
 7  clinical trials and make an assessment about
 8  whether a drug is safe and effective before it can
 9  be used in the marketplace?
10      A.  Yes, sir.

[30:13] - [31:8]     5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 30
13          Were you aware, Dr. McCaffrey, while
14  you were prescribing Vioxx that the FDA approved it
15  as safe and effective for different uses over time?
16      A.  Yeah, toward -- you know, after Vioxx

14

17 had been out for awhile, it actually was approved
18 for migraine headaches.
19     Q.  Do you remember that after Vioxx was
20 originally released in the market, it was
21 subsequently approved for the treatment of
22 rheumatoid arthritis?
23     A.  Yes, sir.
24     Q.  Did you find that to be helpful for
25 your patients?
page 31
1     A.  Yes, sir.
2     Q.  In March of 2004, do you know that the
3 Food and Drug Administration approved Vioxx for use
4 in treating migraine headaches?
5     A.  Yes, sir.
6     Q.  Do you treat patients who have migraine
7 headaches, sir?
8     A.  That's 60 percent of my practice.

[31:16] - [32:8]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 31
16     Q.  What happens to patients who have
17 chronic migraines who come in to see you because
18 they have them so often, what is life like for
19 those patients?
20     A.  Life is horrible for them.  You have to
21 view chronic migraines as a chronic pain syndrome.
22 It's a chronic disorder where they have headaches
23 at least every other day per month.  They're on
24 multiple medications.  They develop depression.
25 They can't interact in social events because
page 32
1 they're constantly having migraine headaches,
2 they're missing events, they miss time with their
3 kids.  They're unemployable.  No one employs
4 somebody that has headaches every day of their
5 life.  Very difficult to keep them at work.
6     Q.  Was Vioxx helpful in treating migraine
7 headaches in some of your patients?
8     A.  Yes, it was.

[33:4] - [33:7]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 33

15

4     Q.  How did your clinical experience,
5  Dr. McCaffrey, with Vioxx compare with the FDA's
6  conclusion that it was a safe and effective
7  medicine?

[33:9] - [33:10]        5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 33
9           THE WITNESS:  I thought it was a very
10  safe medication.

[33:12] - [33:14]       5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 33
12     Q.  Did you think it was a very helpful
13  medication for your patients?
14     A.  Yes, I did.

[33:15] - [34:6]        5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 33
15     Q.  Let's turn now to your treatment of
16  Gerald Barnett, okay?
17     A.  Yes, sir.
18     Q.  What is that in front of you, by the
19  way, for the ladies and gentlemen of the jury?
20     A.  This is a PDA.  It's basically a
21  screen, goes to a server which is on 48th Avenue
22  which is about 40 blocks from here.
23     Q.  It just basically contains medical
24  records?
25     A.  It brings in his whole chart and stores
page 34
1  it right here until I release it back to the
2  server.
3     Q.  When did you first meet Gerald Barnett?
4     A.  Pull his name up here.  Mr. Barnett, I
5  first met him on March 26th, 1990 -- I take that
6  back -- yeah, March 26th, 1998.

[34:7] - [34:8]         5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 34
7     Q.  I'm going to hand you what I've marked

16

8  as Exhibit 1 to your deposition, sir.

[34:12] - [38:5]        5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 34
12      Q.  Is this a document that reflects your
13  first visit with Mr. Barnett on March 26th of 1998?
14      A.  Yes, sir.
15      Q.  We're going to go through this in a
16  minute, but I want to ask you how many total visits
17  you had with Mr. Barnett, period.
18      A.  Four visits.
19      Q.  When was the last time you saw
20  Mr. Barnett?
21      A.  It was on December 30th, 1999.
22      Q.  So you treated Mr. Barnett from March
23  28th, 1998 through December 30th of 1999 and during
24  that period, you saw him a total of four times?
25      A.  Yes, sir.
page 35
1       Q.  Why did Mr. Barnett come to see you on
2  March 26th, 1998?
3       A.  His main complaint on the first visit
4  was complaining about low back pain which radiated
5  into his left leg.  He related he was involved in a
6  motor vehicular accident on December 30th, 1978.
7  He suffered neck and back injuries with this
8  accident resulting in chronic back pain, neck pain
9  and right shoulder pain.
10      Q.  Are you reading from the second and
11  third sentence --
12      A.  That's correct.
13      Q.  -- from Exhibit 1?  So he came to see
14  you because he was experiencing lower back pain in
15  March of 1998?
16      A.  That's correct.
17      Q.  Do you also indicate, sir, that -- on
18  the third page that Mr. Barnett was also suffering
19  from chronic shoulder pain?
20      A.  That's correct.
21      Q.  Did Mr. Barnett explain to you the
22  medications that he had been taking to try to
23  address his chronic neck pain and back pain?
24      A.  Yes, sir, he did.  He said --
25      Q.  What were those?
page 36

17

1     A.  He said he had taken Feldene, which is
2 an antiinflammatory, from --
3     Q.  Is that a traditional NSAID?
4     A.  It's a traditional NSAID.  It would be
5 in the same family as Mobic, which is a newer
6 medication that's out now -- from December 1980
7 through October 1996 with significant improvement
8 of his symptoms and he had stopped his medication
9 in 1996, started taking ibuprofen.  And I'm not
10 sure at that time, I didn't go into detail why he
11 stopped it.
12     Q.  So Mr. Barnett told you he had taken
13 Feldene for 16 years to try to resolve his back
14 pain and his neck pain and then he had switched to
15 ibuprofen?
16     A.  Over-the-counter ibuprofen.
17     Q.  Did Mr. Barnett tell you that Feldene
18 actually did help him for awhile resolving his
19 pain?
20     A.  Yes, he did.
21     Q.  And did you at this point in time
22 decide that it would be appropriate to put him back
23 on Feldene?
24     A.  And that -- that's what I did, I put
25 him back on Feldene that day and talked to him
page 37
1 about doing an MRI scan of his lower back to
2 evaluate for lumbar disc disease and also do a
3 nerve conduction study, EMG, of the left leg to
4 evaluate for any evidence of an active or chronic
5 lumbosacral radiculopathy.
6     Q.  I don't know what that means.  I'm not
7 going to ask you to explain it, but --
8     A.  Just means a pinched nerve.
9     Q.  Okay.
10     A.  He's coming in for back pain.  It's
11 going into one leg.  Does he have a pinched nerve
12 in his back which is significant.
13     Q.  The medication that you prescribed on
14 this occasion, March 26th of 1998, was Feldene,
15 right?
16     A.  Yes, sir.
17     Q.  Why did you decide to prescribe Feldene
18 as opposed to some other medication to Mr. Barnett?
19     A.  It's a medication that had worked for
20 him before.

18

21    Q.  When you prescribe medications to your
22 patients, sir, do you listen to them concerning
23 what medications have worked and what haven't
24 worked in the past?
25    A.  It's probably the most important part
page 38
1 of their history.
2    Q.  Do you prescribe medications to your
3 patients, sir, because you have some self-interest
4 in the medication you prescribe?
5    A.  No, sir.

[38:24] - [39:6]    5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 38
24    Q.  On this date, March 26th of 1998, did
25 Mr. Barnett tell you that over the previous three
page 39
1 months, his low back pain had been getting worse?
2    A.  Yes, he did.
3    Q.  Did Mr. Barnett tell you in March of
4 1998 that the pain he was experiencing was
5 radiating down his left leg?
6    A.  That is correct.

[39:7] - [39:9]    5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 39
7    Q.  The next time you saw Mr. Barnett was
8 on -- was it March 31st of 1998?
9    A.  Yes, it was.

[39:13] - [41:15]    5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 39
13    Q.  Let me hand you Exhibit 2, sir.  Is
14 this a medical record concerning your visit with
15 Mr. Barnett on March 31st, 1998?
16    A.  Yes, it is.
17    Q.  Why did he come to see you on this
18 occasion?
19    A.  We performed a nerve conduction study,
20 EMG, on the patient to evaluate for evidence of a
21 radiculopathy.
22    Q.  And a radiculopathy is again?

23      A.   A pinched nerve in the back.
24      Q.   Did you discuss the results of that
25  test with Mr. Barnett?
page 40
1       A.   It was discussed at the time of the
2  test itself, yes, I did.
3       Q.   What was your conclusion, sir, about
4  the cause of Mr. Barnett's leg pain and lower back
5  pain?
6       A.   Well, he had evidence on the test from
7  the study that demonstrated a chronic, which means
8  something that had been going on longer than six
9  months, and an active, something going on less than
10  six months -- a chronic active pinched nerve in his
11  back.  So he had ongoing changes to the nerve
12  itself from the study so at that time I said, you
13  know, you have a chronic pinched nerve.  We talked
14  about we need to schedule you for an MRI or get on
15  with the MRI to see exactly what's going on in your
16  back.  We had previously done X-rays on the first
17  visit when he came in that showed some arthritic
18  changes in his lumbosacral spine and we were going
19  to review the MRI once we got the results back.
20      Q.   Focusing your attention, sir, on the
21  last paragraph of the March 31st, 1998 visit.
22      A.   Yes, sir.
23      Q.   Do you see that you wrote, quote, we
24  will see the patient in follow-up after this MRI is
25  completed, we will continue him on Feldene 20
page 41
1  milligrams -- what does PO Q mean?
2       A.   By mouth every day.
3       Q.   He has had a significant improvement in
4  his pain since restarting Feldene.
5           Do you see that?
6       A.   That's correct.
7       Q.   Why did you decide to continue him on
8  Feldene as opposed to putting him on some other
9  medication to help control his back pain?
10      A.   Because he did well on the medicine.
11      Q.   When did you see Mr. Barnett next?
12      A.   I saw Mr. Barnett next on April 6th,
13  1998.
14      Q.   1998?
15      A.   1998.

20

[41:19]          5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 41
19     Q.  Let me hand you Exhibit 3, sir.

[41:22] - [42:3]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 41
22     Q.  Is this a medical record dated April
23  6th of 1998 concerning your visit with Mr. Barnett?
24     A.  Yes, it is.
25     Q.  Why did he come to see you on this
page 42
 1  occasion?
 2     A.  He came to follow up to go over the
 3  results of his MRI scan.

[42:5] - [43:14]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 42
 5        Can you describe briefly in terms that
 6  I can understand what the results of his MRI scan
 7  were.
 8     A.  Underwent his MRI on April 3rd, 1998.
 9  His MRI demonstrated mild spondylitic changes and
10  these are changes you see with osteoarthritis at
11  all levels with a disc bulge with posterior
12  spurring noted at L-5/S-1.  That's the fifth lumbar
13  and the first sacral, which is a very common site.
14     Q.  Is that in the lower back?
15     A.  That's correct.
16     Q.  Is that what was causing his lower back
17  pain?
18     A.  More than likely it was causing his
19  back pain, yes, sir.
20     Q.  In the middle of the paragraph that
21  starts history of present illness, do you see that
22  you wrote, he was started on Feldene 20 milligrams
23  by mouth per day and has been doing fine on this
24  medication, his symptoms have improved by 75
25  percent?
page 43
 1     A.  Yes, sir.
 2     Q.  So he was still doing all right on
 3  Feldene at this point?

4     A.  Yes, sir.
5     Q.  Did you continue him on Feldene because
6 the medicine was working at that point to help his
7 back pain?
8     A.  Yes, I did.
9     Q.  The next visit, I believe, was the last
10 visit that you had with Mr. Barnett?
11     A.  That's correct.
12     Q.  And that was on December 30th of 1999,
13 right?
14     A.  That is correct.

[43:18] - [47:10]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 43
18     Q.  Let me hand you Exhibit 4, sir.  Is
19 this a medical record that addresses the visit you
20 had with Mr. Barnett on December 30th of 1999?
21     A.  Yes, it is.
22     Q.  Why did Mr. Barnett come to see you on
23 this occasion?
24     A.  Well, his back pain had worsened since
25 I had seen him almost eight months prior.
page 44
1     Q.  If you look in the history of present
2 illness paragraph, do you see that you wrote,
3 patient is a 54-year-old --
4     A.  Right-handed white male.
5     Q.  -- seen for follow-up of lower back
6 pain and left leg radiation secondary to a lumbar
7 radiculopathy?
8     A.  That's correct.
9     Q.  And then you write, since his last
10 visit, his lower back pain has been acting up
11 approximately five days a week.
12     A.  That's correct.
13     Q.  And then you indicate that he's had
14 improvement since he stopped playing golf a few
15 weeks ago.
16     A.  That's correct.
17     Q.  Under current medications, you wrote,
18 Feldene 20 milligrams by mouth once a day which we
19 will -- what does DC stand for?
20     A.  Discontinue.
21     Q.  Today we will start him on Vioxx 25
22 milligrams by mouth once daily.

23      A.  That's correct.
24      Q.  Why did you decide to recommend that
25 Mr. Barnett use Vioxx instead of Feldene?
page 45
 1      A.  He was losing an effect with Feldene.
 2 It wasn't working for him anymore so we decided to
 3 change to something that might be more efficacious.
 4      Q.  When you say might be more efficacious,
 5 what does that mean?
 6      A.  More effective.
 7      Q.  Was it your feeling on December 30th,
 8 1999 that even though Feldene had worked in the
 9 past to help Mr. Barnett's back pain that now it
10 wasn't working well?
11      A.  That's correct.
12      Q.  If you turn the page, Dr. McCaffrey, to
13 impression, do you see that you wrote, Number 1,
14 worsening right shoulder/deltoid pain?
15      A.  That's correct.
16      Q.  Was Mr. Barnett experiencing more
17 shoulder pain than he had in the past?
18      A.  Yes, he had.
19      Q.  And he was taking Feldene at this
20 point, right?
21      A.  Yes, he was.
22      Q.  Patient does also relate a history of
23 mild neck pain with this.  Do you see that?
24      A.  Yes, I do.
25      Q.  And then you wrote, examination showed
page 46
 1 decreased sensation over the median nerve
 2 distribution of the left hand.
 3         What does that mean in simple English?
 4      A.  Well, he was complaining of right
 5 shoulder and deltoid pain, but over -- the
 6 sensation over his thumb, index, middle and part of
 7 his fourth finger of his right hand he had
 8 decreased sensation.  That's the median nerve
 9 distribution.
10      Q.  And then at the bottom of that
11 paragraph you write, we will empirically start him
12 on Vioxx 25 milligrams by mouth once daily for this
13 discomfort.
14         What did you mean when you wrote, we
15 will empirically start him on Vioxx?
16      A.  We're going to give him a trial on the

23

17 medication and see if it helps and if it doesn't
18 help -- in reviewing my notes earlier today, I gave
19 him four sample pills and at the end of the four
20 sample pills if he was not better, he was supposed
21 to call me back and we would think about a
22 different medicine or a different treatment
23 regimen.
24      Q.  Do you know one way or the other
25 whether Mr. Barnett took those sample pills and
page 47
1 when he took them?
2      A.  He must have because he filled his
3 prescription and I had given him a prescription.
4 He asked me at the time that he had a prescription
5 plan where he had to get three months at a time so
6 I wrote a prescription for him to obtain his
7 medications three months at a time.
8      Q.  Do you have any idea what particular
9 day Mr. Barnett started taking the sample pills?
10      A.  More than likely, the day he saw me.

[47:16] - [47:22]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 47
16           THE WITNESS:  That was December 30th,
17 1999. I can only assume that he took them that day
18 or the next day.
19 BY MR. GOLDMAN:
20      Q.  Would you defer to Mr. Barnett in terms
21 of when he thinks he took Vioxx?
22      A.  That's fine.

[47:23]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 47
23      Q.  You wrote in the --

[48:1] - [48:18]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 48
1      Q.  -- in the second paragraph, lower back
2 pain with left leg radiation.  This has been
3 problematic over time and is secondary to lumbar
4 radiculopathy.
5           We had talked about that before?

24

6      A.  Yes, sir.
7      Q.  Hopefully this will improve with Vioxx.
8         Do you see that?
9      A.  Yes, sir.
10     Q.  Was it your hope that by switching
11 Mr. Barnett from Feldene to Vioxx that it would not
12 only help his shoulder pain but also his lower back
13 pain?
14     A.  That's correct.
15     Q.  If Feldene were working to reduce
16 Mr. Barnett's neck pain and shoulder pain and back
17 pain, would you have changed him to Vioxx?
18     A.  No, sir.

[48:23] - [50:20]      5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 48
23     Q.  Sure.  Did Mr. Barnett explain to you
24 on December 30th of 1999 when he said his back pain
25 was occurring five days a week how painful it was?
page 49
1      A.  Yes, sir.
2      Q.  Was it painful to him?
3      A.  It was painful to the point where he
4 had to stop playing golf.  And for him he played a
5 lot of golf so to stop playing golf, it had to be
6 painful.
7      Q.  In December 1999, would you say that
8 Mr. Barnett was still experiencing low back pain
9 and shoulder pain despite being on Feldene?
10     A.  Yes, sir.
11     Q.  Do you make it a practice,
12 Dr. McCaffrey, to discuss with your patients
13 potential side effects of medicines you prescribe?
14     A.  Yes, sir.
15     Q.  Did you do that with Mr. Barnett when
16 you prescribed Vioxx to him?
17     A.  What I usually do with patients is I
18 have a package insert and I hand them the package
19 insert and if they have any questions -- I'll go
20 over the basic things, which is dyspepsia, it can
21 happen with Vioxx, you can develop -- I've had
22 patients develop headaches with Vioxx.  I've had
23 people develop elevated blood pressure.  So I go
24 over the very basic things, but I'll hand them a
25 package insert and make sure they take it with

page 50
1 them.
2     Q.  Did you believe that Mr. Barnett
3 understood the side effects associated with Vioxx
4 when you prescribed it to him?
5     A.  Yes, sir.
6     Q.  Did you ever see Mr. Barnett again
7 after December 30th of 1999?
8     A.  No, sir.
9     Q.  Did you ever discuss the risks and
10 benefits of Vioxx with Mr. Barnett after December
11 3oth of 1999?
12     A.  No, sir.
13     Q.  Back when you prescribed Vioxx to
14 Mr. Barnett, sir, had he been diagnosed with angina
15 to your knowledge?
16     A.  No, sir.
17     Q.  Did Mr. Barnett ever tell you whether
18 he had experienced angina or heart pain prior to
19 you prescribing Vioxx to him?
20     A.  No, sir.

[51:9] - [51:13]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 51
9         So when you were treating Mr. Barnett
10 between March of 1998 and December of 1999, you
11 didn't know whether he had angina or ischemia
12 because he didn't tell you that he did?
13     A.  That's correct.

[51:23] - [52:9]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

page 51
23     Q.  Did Mr. Barnett on December 30th of
24 1999 come into your office and ask to be put on
25 Celebrex because he had seen commercials for
page 52
1 Celebrex?
2     A.  No, sir.
3     Q.  Is that something you would remember?
4     A.  If it was something significant, I
5 would have documented it.  Let me look through my
6 handwritten notes.  It might give us a better idea
7 because my handwritten notes, I'm writing it as

26

8  they're talking to me so if there's something
9  significant, I'll write it down.

[52:14] - [52:15]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 52
14          THE WITNESS:  I don't see anything
15  written about him saying anything about Celebrex.

[52:17] - [53:7]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 52
17      Q.  If Mr. Barnett had come into your
18  office on December 30th of 1999 and told you he had
19  been watching television and saw commercials for
20  Celebrex and wanted to be put on Celebrex, is that
21  something you would have written down?
22      A.  Probably see how pushed for time -- I
23  probably am writing -- I'm sitting there writing as
24  they're talking so I would probably write it down.
25      Q.  Let me ask you, sir, whether you
page 53
1  remember Mr. Barnett coming into your office on
2  December 30th, 1999 and saying, I really want to be
3  on Celebrex because I've seen commercials about it
4  and you saying, no, I insist that you go on Vioxx?
5  Does that square with your recollection of what
6  occurred on December 30th of 1999?
7      A.  No, sir.

[55:8] - [55:18]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 55
8      Q.  If a patient, sir, came into your
9  office and said, I really want to be on Celebrex,
10  would you put him on Celebrex if he didn't have any
11  allergies?
12      A.  Yes, I would.
13      Q.  If Mr. Barnett came into your office on
14  December 30th of 1999 and said, I really want to be
15  on Celebrex because Feldene is not working for me,
16  would you have prescribed Celebrex?
17      A.  I would have given him samples of
18  Celebrex to try.

27

[55:21] - [56:17]        5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

> page 55
> 21            Assuming Mr. Barnett came in and said,
> 22 I really want to be on Celebrex because I've seen
> 23 commercials about it, would you have given him
> 24 samples of Celebrex to try rather than samples of
> 25 Vioxx?
> page 56
> 1      A.  Depends on the patient.  If we go to
> 2 Mr. Barnett's case, I would have given him samples
> 3 of Celebrex to try.
> 4      Q.  And if Mr. Barnett responded well to
> 5 the samples of Celebrex, would you then have
> 6 prescribed Celebrex to him?
> 7      A.  That's correct.
> 8      Q.  Do you remember ever being insistent
> 9 that Mr. Barnett take Vioxx over some other
> 10 medicine?
> 11     A.  No, sir.
> 12     Q.  During the visits that you had with
> 13 Mr. Barnett, do your notes indicate that he ever
> 14 indicated to you that he had been watching
> 15 advertisements on TV about Vioxx that he found to
> 16 be reassuring?
> 17     A.  No, sir.

[57:6] - [57:10]         5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

> page 57
> 6            During the four visits you had with
> 7 Mr. Barnett, sir, did you indicate in any of your
> 8 notes whether he saw advertisements for Celebrex
> 9 and Vioxx?
> 10     A.  No, sir.

[61:25] - [62:6]         5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

> page 61
> 25            Your decision to prescribe Vioxx to
> page 62
> 1 your patients, was that based on your judgment that
> 2 that was the best medication for your patients or
> 3 was that because you were speaking on behalf of
> 4 Merck?

5      A.  I thought it was the best medication
6  for my patients.

[76:12] - [76:16]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 76
12      Q.  If you felt that Celebrex or Feldene or
13  Mobic was a better choice to address Mr. Barnett's
14  osteoarthritis, what would you have done?
15      A.  I would have put him on that
16  medication.

[92:23] - [95:23]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 92
23      Q.  Let's turn to a different topic,
24  Dr. McCaffrey, just to talk about your prescribing
25  practices in general, okay?
page 93
1      A.  Yes, sir.
2      Q.  When you prescribe medicine to your
3  patients, do you make a risk-benefit assessment?
4      A.  Yes, sir, I do.
5      Q.  Can you explain what that means.
6      A.  Well, you have to look at what are the
7  disease states they suffer from.  Basic example in
8  the last patient I saw this morning, she has
9  worsening migraine headaches, but she's also gone
10  on to develop what sounded like partial and --
11  proceeding onto complex partial seizures.  She has
12  a history of kidney stones.  One -- a good
13  medication for treatment of both migraine headaches
14  and seizures is Topamax.  Unfortunately, you can
15  develop kidney stones while on Topamax, not a
16  medication I can use.  I don't want to give her an
17  episode of kidney stones.  She's also on multiple
18  other medications for depression.  She also has
19  chronic low back pain.  I chose Keppra, which is
20  the cleanest out of the seizure medications, to use
21  on her.  It might not be the best for her
22  headaches.  We'll see if it does improve her
23  headaches, but I'm hoping to resolve her seizures
24  and get her back to driving, which is going to be
25  another five-and-a-half months from now because the
page 94

29

1  state law says if you have a seizure, you can't
2  drive for six months.
3      Q.  Is it true that every medicine sold in
4  this country has risks?
5      A.  Yes, that -- yes, it's true.
6      Q.  How do you learn of the risks of the
7  medicine that you prescribe for your patients?
8      A.  I want to say trial and error, but it's
9  not really trial and error.  It's trying patients
10  on the medication and if you see side effects that
11  are over what's prescribed in the package insert,
12  then you might shy away from a particular
13  medication.
14      Q.  So one source that you look to is the
15  package insert --
16      A.  Certainly.
17      Q.  -- to see what the side effects are?
18      A.  Exactly.
19      Q.  And when I say package insert, do you
20  understand that I'm referring to the package insert
21  that is approved by the Food and Drug
22  Administration?
23      A.  That's correct, or the -- or the
24  Physicians' Desk Reference, which would be the --
25  the holy grail of the medical field.
page 95
1      Q.  Is the Physicians' Desk Reference --
2      A.  It's an accumulation of all the package
3  inserts.  Whatever is on the package insert is in
4  the Physicians' Desk Reference unless there's
5  another insert that's in with the medicine which
6  might be a quick synopsis for patients because
7  over -- Merck used to put both of those in their
8  medications and they've gone strictly to the
9  package insert now.
10      Q.  So if you want to learn about the
11  benefits and risks associated with a particular
12  medicine, you turn to the Physicians' Desk
13  Reference because that contains all of the
14  FDA-approved package inserts for all medications?
15      A.  That's correct.
16      Q.  Do you also read medical literature to
17  stay abreast of some of the benefits and risks
18  associated with the medicine you prescribe?
19      A.  Yes, sir.
20      Q.  Do you also listen to colleagues and

30

21  members of the medical community to see what their
22  experience is like with medicine?
23       A.  Yes, I do.

[95:24] - [96:3]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 95
24       Q.  And when you said earlier that you try
25  patients on particular medications, do you ever
page 96
 1  prescribe a medication to a patient that you think
 2  is going to result in a side effect?
 3       A.  No, sir.

[101:3] - [102:8]      5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 101
 3       Q.  When you assess the risks and benefits
 4  of medication you prescribe, do you consider even
 5  the tiniest risks in your assessment?
 6       A.  If they're lethal risks, yes.
 7       Q.  Are you aware and has it been your
 8  experience, Dr. McCaffrey, that sometimes
 9  pharmaceutical companies and the FDA will learn
10  more about a medicine after it's on the market than
11  before it's approved?
12       A.  Yes, sir.
13       Q.  Are there occasions when medications
14  get approved for new indications or new use after
15  it's on the market?
16       A.  Yes, sir.
17       Q.  Have you also seen that medicine you
18  prescribed sometimes develop side effects that were
19  not originally included in a package insert but
20  then get added to a package insert later?
21       A.  Yes, sir.
22       Q.  And is it important to keep up to speed
23  as best you can with the benefits and risks
24  associated with medicine you prescribe?
25       A.  Yes, sir.
page 102
 1       Q.  And that was true for Vioxx while you
 2  prescribed it?
 3       A.  Yes, sir.
 4       Q.  Did you do your best to stay familiar

31

5 with the current package insert and other
6 information about the benefits and risks associated
7 with Vioxx and other medicine you prescribe?
8     A. Yes, sir.

[108:15] - [109:7]     5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 108
15     Q. Did you ever use Vioxx yourself,
16 Doctor?
17     A. Yes, sir.
18     Q. For what?
19     A. For arthritis pain. I suffer from
20 arthritis. I still take Bextra intermittently for
21 my pain. I actually had bilateral carpal tunnel
22 surgery on my hands. I took narcotics for about a
23 day and a half and -- and I took Vioxx and it
24 completely took the pain away. So I took it for
25 about a week after that, after my carpal tunnel
page 109
1 surgery.
2     Q. When did you take Vioxx?
3     A. Three or four years ago.
4     Q. Do you remember what dose?
5     A. 50 milligrams.
6     Q. Did it work for you?
7     A. Yes, it did.

[111:18] - [111:22]     5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 111
18     Q. Dr. McCaffrey, based on your experience
19 in taking Vioxx and prescribing it to your
20 patients, did you believe it was safe and effective
21 if used according to the FDA-approved label?
22     A. Yes, I did.

[204:1] - [204:5]     5/3/2006    McCaffrey, Michael - Merck Affirmative Dep Designations

page 204
1     Q. Why did you describe -- decide to
2 prescribe Vioxx to Mr. Barnett on December 30th of
3 1999?
4     A. I thought it was a very good and safe
5 medication.

[204:6] - [204:18]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

               page 204
6     Q.  Mr. Robinson was asking you questions
7 about whether Feldene was adequately treating
8 Mr. Barnett's back and neck pain.  Do you remember
9 that?
10     A.  Yes, sir.
11     Q.  Did you get the impression Mr. Robinson
12 was trying to suggest that Feldene was doing just
13 fine with treating Mr. Barnett's neck pain when you
14 saw him in December of 1999?
15     A.  Yes.
16     Q.  You were the doctor and you were
17 treating Mr. Barnett, right?
18     A.  That's correct.

[204:24] - [205:7]     5/3/2006   McCaffrey, Michael - Merck Affirmative Dep Designations

               page 204
24     Q.  As the doctor who visited with
25 Mr. Barnett, what was your assessment of how
page 205
1 Feldene was doing on that occasion for managing
2 Mr. Barnett's neck and back and shoulder pain?
3     A.  It wasn't doing an adequate job.
4     Q.  Is that why you switched --
5     A.  Yes, sir.
6     Q.  -- to Vioxx?
7     A.  Yes, sir.

Barnett v. Merck
Merck Conditional Designations
Michael McCaffrey May 3, 2006 Deposition

Below are Merck's conditional affirmative deposition designations for Dr. McCaffrey.  Whether
Merck decides to play these portions of the transcript during the trial depends on (1) certain
evidentiary rulings by the Court, and (2) the Plaintiff's counter-designations.

[57:11] - [58:19]          5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 57
11       Q.   Dr. McCaffrey, there might be evidence
12 in this trial that you served as a speaker for
13 Merck.
14       A.   Yes, sir.
15       Q.   During what period of time did you
16 serve as a speaker for Merck?
17       A.   I'm still a speaker for Merck.
18       Q.   For what products?
19       A.   Maxalt.
20       Q.   What is Maxalt?
21       A.   Maxalt is a migraine medication.
22       Q.   How did you first become a speaker for
23 Merck, sir?
24       A.   I was approached by the company when
25 the drug was -- was released.  I was a speaker for
page 58
 1 Imitrex and Zomig at the time and they asked me to
 2 speak on their medication.  And Imitrex and Zomig
 3 are also migraine medications.
 4       Q.   Who manufactures Imitrex and --
 5       A.   Imitrex is GlaxoWellcome and Zomig is
 6 back to being AstraZeneca again.
 7       Q.   So you were first approached by Merck
 8 to speak about Maxalt and that was before Vioxx
 9 ever came on the market, right?
10       A.   That's correct.
11       Q.   Why did you agree to become a speaker
12 for Merck, sir?
13       A.   Because I liked the product.
14       Q.   Do you sometimes attend events where
15 other doctors are speaking about other medications?
16       A.   Yes, sir.
17       Q.   Do you find it helpful to attend those
18 type of functions?
19       A.   Yes, I do.

1

[59:11] - [59:25]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 59
11      Q.  The decision that you made to become a
12  speaker for Merck, sir, did you review that as
13  requiring you to actually prescribe the medicine
14  you were talking about?
15      A.  No, sir.
16      Q.  Did you ever feel while you were a
17  speaker for Merck or other pharmaceutical companies
18  that you were obligated to prescribe the
19  medications that you were talking about at these
20  various functions?
21      A.  No, sir.
22      Q.  Have you been a speaker for other
23  pharmaceutical companies?
24      A.  I speak for multiple pharmaceutical
25  companies.

[60:9] - [60:15]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 60
9       Q.  Why have you decided to be a speaker
10  for those pharmaceutical companies that you just
11  mentioned?
12      A.  The main two topics that I speak on, I
13  speak on Alzheimer's/dementia or the different
14  demented disorders and migraine headaches.  Those
15  are the two main things that I give lectures on.

[61:5] - [61:18]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 61
5       Q.  Are you accepting compensation from
6   these pharmaceutical companies because they expect
7   you to prescribe the medication that you're talking
8   about, sir?
9       A.  No, sir.
10      Q.  Is it customary for pharmaceutical
11  companies to pay you for the time you're spending
12  speaking on these various products?
13      A.  Yes, sir.
14      Q.  Have you ever felt during the time that
15  Merck was paying you to speak about some of their
16  products that they were trying to buy you off or to

2

17  stop you from prescribing other medications?
18      A.  No, sir.

[62:7] - [62:16]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation


page 62
7       Q.  While you were a speaker for Merck
8  during the time that Vioxx was on the market, did
9  you also prescribe traditional NSAIDs?
10      A.  Yes, I did.
11      Q.  Which other NSAIDs did you prescribe?
12      A.  Well, the -- at the time, the
13  traditional NSAID that had a long-acting form was
14  Voltaren XR.  That's a once-a-day 100 milligram
15  pill.  Also ibuprofen and Naprosyn were the top
16  three that I would prescribe.

[62:21] - [63:19]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation


page 62
21      Q.  Did you sometimes prescribe Ultram?
22      A.  Yes, sir.
23      Q.  Did you sometimes prescribe Mobic?
24      A.  Yes, sir.
25      Q.  Did you sometimes prescribe nabumetone
page 63
1  during the time that Vioxx was on the market?
2       A.  Is that Relafen?
3       Q.  Yes.
4       A.  Yes, very little.
5       Q.  During the time that Vioxx was on the
6  market, did you also prescribe other COX-2
7  inhibitors?
8       A.  Yes, sir.
9       Q.  Which?
10      A.  Bextra and Celebrex.
11      Q.  Do you know of the three COX-2
12  inhibitors that you prescribed which ones you
13  prescribed the most often?
14      A.  Probably Bextra and Vioxx.
15      Q.  Which pharmaceutical company
16  manufactured Bextra?
17      A.  Pfizer.  Well, Pfizer has the -- or had
18  the drug at the time.  I think they were the
19  manufacturers.

3

[64:6] - [64:9]          5/3/2006   McCaffrey, Michael - Merck Conditional Designation

                page 64
                6       **Did you prescribe to many of your**
                7 **patients Celebrex or Bextra if you thought it was**
                8 **in their best interest to receive that medication?**
                9     **A.  Yes, I did.**

[64:10] - [64:24]        5/3/2006   McCaffrey, Michael - Merck Conditional Designation

                page 64
                10     Q.  I'm going to ask you a few questions
                11 about the particular programs that you participated
                12 in for Merck before and during the time that Vioxx
                13 was on the market, okay, sir?
                14     A.  Okay.
                15     Q.  And just so we're clear, the time
                16 period when you treated Mr. Barnett was from March
                17 of 1998 to December of 1999, right?
                18     A.  Correct.
                19     Q.  Our records indicate, sir, that you
                20 participated in four programs during that period.
                21     A.  Okay.
                22     Q.  Three of those you received honoraria
                23 payments, okay?
                24     A.  Yes, sir.

[65:3] - [65:7]          5/3/2006   McCaffrey, Michael - Merck Conditional Designation

                page 65
                3      Q.  Do you have any reason to dispute that
                4 you participated in four programs for Merck before
                5 you prescribed Vioxx to Mr. Barnett in December of
                6 1999?
                7     A.  I have no reason to dispute that.

[65:8] - [65:25]         5/3/2006   McCaffrey, Michael - Merck Conditional Designation

                page 65
                8      Q.  One of the programs you participated in
                9 was on September 9th, 1998 and you received a
                10 300-dollar payment on that occasion.  It's called a
                11 preceptorship.
                12     A.  Correct.

13    Q.  What is a preceptorship?
14       A.  Preceptorship is where you actually
15  have one of the drug representatives in the office
16  and they want to -- the company wants them to
17  interact with the doctor, see what they actually do
18  on a daily basis.  And back then it was a
19  requirement for the representatives to undergo
20  these preceptorships.
21       Q.  And are those requirements common to
22  all pharmaceutical companies, not just Merck?
23       A.  They were common back then.  They're --
24  with HIPAA guidelines nowadays, they're not --
25  they're not limited to them.

[66:7] - [67:16]       5/3/2006   McCaffrey, Michael - Merck Conditional Designation


page 66
 7       Q.  On November 16th, 1998, you gave a talk
 8  called a new treatment option in migraine.
 9       A.  That's correct.
10       Q.  That occurred in a roundtable setting.
11  Do you know what a roundtable is?
12       A.  Yes, I do.
13       Q.  What is a roundtable?
14       A.  Roundtable is sitting around with a
15  group of people.  We might use notes where I'll
16  type out notes for patients -- I mean not for
17  patients, for the doctors or nurses or nurse
18  practitioners who are just sitting there so we're
19  not using slides on a screen.  So we'll sit there
20  and converse about migraine in general or whatever
21  the topic's going to be that night.
22       Q.  During these roundtable discussions,
23  are you addressing healthcare providers?
24       A.  Yes, I am.
25       Q.  The topic a new treatment option in
page 67
 1  migraine, this occurred before Vioxx was on the
 2  market so were you talking about Maxalt then?
 3       A.  Talking about Maxalt.
 4       Q.  Why were --
 5       A.  Maxalt was a fairly new drug on the
 6  market in 1998.
 7       Q.  Why were you telling these healthcare
 8  providers about Maxalt in November of 1998?
 9       A.  Just about -- trying to increase their

5

10  knowledge in migraine itself and tell them that
11  there is new medication for migraine and how it can
12  be used.
13      Q.  Are these roundtable discussions one
14  way that doctors and nurses can learn about
15  diseases and medications to treat those diseases?
16      A.  Yes, sir.

[67:17] - [68:1]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 67
17      Q.  On January 21st of 1999, this is,
18  again, before Vioxx is on the market?
19      A.  Yes, sir.
20      Q.  You spoke at a colloquia, do you know
21  what that is?
22      A.  I'm not sure.
23      Q.  It's a -- it's a situation where there
24  are more doctors where maybe you do use a screen to
25  present.
page 68
1       A.  Okay, so it was a dinner talk.

[68:4] - [69:15]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 68
4       Q.  Explain what happens at these dinner
5  talks.
6       A.  At the dinner talks there will be a set
7  of slides that talk about migraine itself, the
8  etiology of migraine, the prevalence, different
9  groups of people that suffer from migraine and then
10  treatment options for migraine headache.  So I'll
11  go through the slides.  There might even be slides
12  at the end to tell you about the drug itself, its
13  side effects of the medication, who should not use
14  the medication and especially people with kidney
15  problems or liver problems or people that are
16  pregnant.  And then if there's any questions at the
17  end, you field any questions people have about
18  migraine and you sit down and after that, you just
19  talk about anything from -- you know, doctors are
20  famous for sitting around talking about business
21  all the time so usually the rest of the night you
22  spend talking business about neurology or what

6

23  other aspects of medicine -- and it's usually
24  shared patients, a primary care doctor that does
25  not see me regularly to say, thanks for taking care
page 69
 1  of so and so, how can I do things better?  And it
 2  might have nothing to do with migraine headaches.
 3      Q.  Did you view and do you view these
 4  dinner talks and other programs such as roundtables
 5  to be inappropriate in some way?
 6      A.  No, sir.
 7      Q.  Why not?
 8      A.  It's a very good way for the doctors in
 9  the community to interact.  They actually get to
10  know each other and talk about business and talk
11  about how to take care of patients better.
12      Q.  Am I right that you participate in
13  these dinner talks for multiple pharmaceutical
14  companies, not just Merck?
15      A.  That is correct.

[71:2] - [71:8]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 71
 2      Q.  So as I understand your testimony, even
 3  though you were serving as a speaker for Merck for
 4  the medicine Maxalt --
 5      A.  Yes, sir.
 6      Q.  -- that was not the drug you prescribed
 7  the most to treat migraines?
 8      A.  No, it was not.

[71:9] - [72:4]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 71
 9      Q.  The next time you spoke where Merck
10  compensated you for your time was on July 8th, 1999
11  and that, again, had to do with the treatment of
12  migraine and it was a talk called special
13  considerations in the management of migraine in
14  women.
15      A.  That's correct.
16      Q.  Why did you speak on the topic of
17  management of migraine in women?
18      A.  Well, emerging topic at that time was
19  talking about menstrual migraine and Merck had

7

20 started to do studies about -- I mean, very common
21 time to have migraine headaches is during the
22 menstrual cycle so we talked about the -- the
23 women's menstrual cycle, went through the different
24 days, ovulation, menses, and talked about how we
25 can use the medication to prevent women from having
page 72
1 menstrual migraines or to try and prevent headaches
2 during the month. And we started concentrating on
3 it from a women's standpoint instead of -- instead
4 of saying the routine migraine talk.

[72:8] - [72:25]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 72
8    Q.  Those are the programs that we have
9 records of you participating in before you
10 prescribed medicine to Mr. Barnett on December
11 30th, 1999, okay?
12    A.  Yes, sir.
13    Q.  Am I right based on what we just
14 discussed that before you prescribed Vioxx to
15 Mr. Barnett on December 30th of 1999, you had
16 participated in four programs for Merck?
17    A.  Yes, sir.
18    Q.  Three of those programs occurred before
19 Vioxx was even on the market?
20    A.  That's correct.
21    Q.  Before you prescribed Vioxx to
22 Mr. Barnett, you did not participate in any
23 programs for Vioxx and you weren't paid to discuss
24 Vioxx, true?
25    A.  That's correct.

[73:1] - [73:4]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 73
1    Q.  All of the speeches that you gave on
2 behalf of Merck before you prescribed Vioxx to
3 Mr. Barnett involved migraine treatment and Maxalt?
4    A.  That's correct.

[73:5] - [73:9]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 73

8

5     Q.  By our count, sir, prior to the time
6 you prescribed Vioxx to Mr. Barnett, you received a
7 total of 3,300 dollars for Maxalt programs and one
8 preceptorship, okay?
9     A.  That is correct.

[73:13] - [74:5]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 73
13     Q.  Did the 3,300 dollars that you were
14 paid by Merck dictate what medicine you prescribed
15 to Mr. Barnett or your other patients?
16     A.  No, sir.
17     Q.  Did the 3,300 dollars in payments you
18 received before December 30th, 1999 influence you
19 in any way in deciding to prescribe Vioxx to
20 Mr. Barnett as opposed to Celebrex?
21     A.  No, sir.
22     Q.  Had you been a speaker for Pfizer
23 before you prescribed medicine to Mr. Barnett or
24 other pharmaceutical companies?
25     A.  Yes, sir.
page 74
1     Q.  Did your role as a speaker, sir, for
2 Merck have anything to do with your decision to
3 prescribe Vioxx to Mr. Barnett on December 30th of
4 1999?
5     A.  No, sir.

[75:6] - [75:8]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 75
6     Does the fact that you are a speaker
7 for Merck influence your testimony here today?
8     A.  No, sir.

[75:24] - [76:11]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 75
24     Q.  If there's a suggestion at trial,
25 Dr. McCaffrey, that Mr. Barnett didn't know that
page 76
1 you were a speaker for Merck and would have wanted
2 to know that you were a speaker for Merck --
3     A.  I would have told him.

4    Q.  Why did you not tell Mr. Barnett and
5 why don't you tell your other patients that you
6 speak on behalf of pharmaceutical companies?
7    A.  If a patient asks me if I speak on a
8 drug, I'll tell them.  I mean, otherwise, I only
9 have so many minutes in the room with patients.  We
10 concentrate on their disorder, we don't concentrate
11 on what I do in my private time after work.

[77:25] - [78:4]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 77
25    Q.  Dr. McCaffrey, is Exhibit 6 a copy of a
page 78
1 speaker agreement that you entered into with Merck
2 and initialed on every page and signed on December
3 19th, 2002?
4    A.  Yes, it is.

[78:12] - [80:17]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 78
12    Q.  I want to talk about some of the terms
13 in this agreement, okay?  Focusing your attention
14 on the second paragraph where it says, scope of
15 work.
16    A.  Yes, sir.
17    Q.  Do you see that your contract says:
18 From time to time, you may be asked to speak at or
19 act as a moderator for educational programs on
20 topics as you and Merck agree?
21    A.  That's correct.
22    Q.  If you don't agree to speak on a
23 particular topic and Merck or Pfizer or
24 GlaxoSmithKline wants you to speak on that topic,
25 would you decline?
page 79
1    A.  That's correct.
2    Q.  If you choose to speak at or act as
3 moderator for such programs, and then it says,
4 except as provided below under compliance with FDA
5 regulations, Merck agrees not to dictate the
6 content of your presentations.
7    Do you see that?
8    A.  Yes, sir.

10

9     Q.  Was it your understanding while you
10 were serving as a speaker for Merck that Merck
11 didn't determine the content of your presentations?
12     A.  That's correct.
13     Q.  You decided what you thought was
14 appropriate to talk about a particular disease or a
15 particular medication, right?
16     A.  That's correct.
17     Q.  Then it says:  Merck does not guarantee
18 a minimum number of programs or minimum amount of
19 speaker fees.
20         Do you see that?
21     A.  That's correct.
22     Q.  And then under speaker fees/expense
23 reimbursement, your contract states:  Merck agrees
24 to pay you a reasonable fee in return for your
25 services, right?
page 80
1     A.  That's correct.
2     Q.  The amount will be agreed upon in
3 writing at the time that each program is scheduled
4 and then you will be reimbursed for certain
5 expenses.
6         Do you see that?
7     A.  That's correct.
8     Q.  And then at the bottom it says:  Merck
9 will not pay for any travel or subsistence expenses
10 for spouses.
11     A.  Yes, sir.
12     Q.  Do you see that?
13     A.  That's correct.
14     Q.  So you were agreeing to be a speaker
15 for Merck and they were agreeing to pay you
16 reasonable compensation for your time?
17     A.  That's correct.

[80:18] - [81:3]      5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 80
18     Q.  If you'd turn to the next page, sir, do
19 you see a section called Compliance with FDA
20 Regulations?
21     A.  Yes, sir.
22     Q.  And I won't read the entire paragraph,
23 but if you want to, feel free.  In the middle it
24 says:  The FDA has decided that programs in which

11

25  you participate that are scheduled by a company or
page 81
 1  for which you are paid directly by a company are
 2  subject to FDA promotion regulations.
 3      A.  That's correct.

[81:8] - [81:22]        5/3/2006   McCaffrey, Michael - Merck Conditional Designation


page 81
 8          When you were a speaker for Merck or
 9  for other pharmaceutical companies, do you
10  understand that what you say about the medicine
11  that you're talking about has to be consistent with
12  FDA-approved labels?
13      A.  Yes, sir.
14      Q.  And then the next sentence says:  This
15  is true regardless of the role played by the
16  company in the development of the content of the
17  program.  Violations of such regulations can have
18  significant legal consequences for the company and
19  the speaker or moderator who is considered an agent
20  of the company in this context.
21          Do you see that?
22      A.  Yes, sir.

[81:23] - [82:24]       5/3/2006   McCaffrey, Michael - Merck Conditional Designation


page 81
23      Q.  Did you understand while you were
24  serving as a speaker for Merck that you couldn't
25  violate FDA regulations when you were speaking
page 82
 1  about a particular product?
 2      A.  Yes, sir.
 3      Q.  And then the next section says:
 4  Programs subject to FDA promotion regulations.  To
 5  help ensure your presentations for Merck are in
 6  compliance with FDA promotion regulations, it is
 7  necessary for us to impose certain requirements set
 8  forth below that apply when Merck schedules you as
 9  the speaker or moderator and directly pays your
10  speaker fee.  We wish to emphasize that you are not
11  obligated to discuss Merck products during your
12  presentations except as described below, and we'll
13  get to that.

12

14    A.  Right.  Okay.
15    Q.  Did you understand while you were
16  serving as a speaker and do you understand today as
17  a speaker for Merck that there are certain
18  requirements that you have to comply with as a
19  speaker?
20    A.  Yes, sir.
21    Q.  And your initials to the right of
22  Number 1 and 2 indicate that you understand those
23  requirements?
24    A.  Yes, sir.

[83:2] - [83:6]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 83
2    Do you see the sentence above that
3  says:  We wish to emphasize that you are not
4  obligated to discuss Merck products during your
5  presentations, do you see that?
6    A.  Yes, sir.

[83:20] - [84:10]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 83
20    Q.  And Number 1 which is under FDA
21  promotion regulations, it states:  Your remarks
22  will conform to the package circular for any
23  product discussed whether the product is sold by
24  Merck or another company.  Your answers to
25  questions should also conform to the package
page 84
1  circular.
2    Do you see that?
3    A.  Yes, sir.
4    Q.  What is a package circular?
5    A.  It's a little package insert that comes
6  with the drug itself.  If you -- it's the exact
7  print usually from the Physicians' Desk Reference.
8    Q.  Is a package circular another term for
9  a label that's approved by the FDA?
10    A.  Yes, sir.

[85:1] - [85:16]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 85

13

1     Q.  Dr. McCaffrey, I had asked you about
2  the first two sentences in Point 1.  What do you
3  understand the requirement that your remarks
4  conform to the package circular or label mean?
5     A.  That your talk should be on label is
6  what it's called.  We talk about on-label use of
7  the medication.
8     Q.  Before you speak about a particular
9  product to healthcare providers and physicians, do
10  you make it a point to understand what's in the
11  package label?
12     A.  Yes, I do.
13     Q.  And are your remarks about the product
14  that you're speaking about consistent with the
15  label?
16     A.  Yes, they are.

[85:17] - [88:1]      5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 85
17     Q.  In the second point under FDA promotion
18  regulations, it says:  Your presentation will focus
19  on the educational needs of the audience.
20        What does that mean?
21     A.  That means you'll focus on helping them
22  understand the actual disease state itself.
23     Q.  Point 3 says:  You will present
24  balanced information about each drug you discuss
25  covering both the risks and benefits.
page 86
1        Do you see that?
2     A.  Yes, sir.
3     Q.  Why is it important that you talk about
4  both the risks and benefits associated with
5  medicine?
6     A.  Talking about possible side effects of
7  a particular medication, especially if you're
8  talking about a class of medication, so if chest
9  tightness is a common thing in a class of
10  naratriptan medications, which is usually caused by
11  esophageal spasm, which one causes more, which one
12  causes less, that's fair and balanced.  You can
13  open up a package insert on each drug and look at
14  it and it'll tell you exactly what it is so it
15  isn't something I have to make up information
16  about, I can go right to the information on each

14

17 drug.
18      Q.   To be able to make balanced
19 presentations about benefits and risks, do you have
20 to be familiar with the risks that are set forth in
21 the package label?
22      A.   Yes, sir.
23      Q.   When you review a package label, you're
24 familiar with all the risks, the contraindications,
25 the warnings and the precautions, right?
page 87
1      A.   Yes, sir.
2      Q.   What is a contraindication, by the way?
3      A.   A certain disease state or a certain
4 type of patient that you do not use the drug on.
5      Q.   On Point 5 on Page 3, it states:   You
6 will present information on products based on
7 scientific methods generally accepted in the
8 medical community.  Anecdotal evidence and
9 unsupported opinion must not form a part of your
10 presentation.
11          Can you explain that, sir.
12      A.   It's talking about different articles
13 that have been written about a particular drug.  If
14 you're going to say -- if somebody says, well, what
15 do you think about such and such, I can say, well,
16 this is my own personal information, this has
17 nothing to do with the company.  You should clarify
18 yourself and say, this is what I see happening with
19 a particular medication, but, you know, this is
20 myself, this is not what's been reported about the
21 medication.
22      Q.   When you were speaking about Maxalt
23 before you prescribed medicine to Mr. Barnett,
24 would you make it a point to talk about the
25 benefits and the risks of Maxalt?
page 88
1      A.   Yes, I would.

[88:2] - [88:5]          5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 88
2      Q.   In the last sentence in Paragraph 5, it
3 says:  You will not disparage any product of
4 another company.
5      A.   That's correct.

15

[88:13] - [88:18]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 88
13    Q.  Number 6, your presentation will not
14 otherwise be false and misleading -- or misleading?
15    A.  That's correct.
16    Q.  That means you just have to tell the
17 truth about the benefits and risks of the medicine?
18    A.  That's correct.

[88:19] - [89:12]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 88
19    Q.  In the Paragraph 7, do you see at the
20 end, Merck representatives present at each of your
21 presentations will provide package circulars to
22 attendees if Merck products are discussed, do you
23 see that?
24    A.  Yes, sir.
25    Q.  So if you are speaking about Maxalt or
page 89
1 later Vioxx after Mr. Barnett's use of it, would
2 you -- would Merck representatives pass out package
3 inserts to those who attended?
4    A.  Usually what happens is as you walk
5 into a talk, you'd have a table of different
6 information about the medication and the -- the
7 circular would be attached to every single piece
8 except maybe for the pens that were laying there.
9 So you'd automatically have it and people would
10 pick this up and set it down so whenever we were
11 giving a talk, they might be reading through it and
12 ask questions about what they're reading.

[90:8] - [91:4]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 90
8    Q.  In 9B, it says:  For all other speaker
9 programs scheduled by Merck, Merck will prepare and
10 forward to you slide packages that provide balanced
11 information about the products distributed by
12 Merck.  You may or may not choose to discuss Merck
13 products as part of your presentations.
14    Do you see that?
15    A.  Yes, sir.

16      Q.  You agree to review the product slide
17  packages and the current package circular for the
18  Merck product in advance of each presentation that
19  you make that is scheduled by Merck and at which
20  you might discuss the particular product.
21          You see that?
22      A.  Yes, sir.
23      Q.  Is this another way of saying that if
24  you decide to talk about a particular product at
25  one of these dinner occasions or roundtable
page 91
 1  discussions, you have to make it a point to be up
 2  to speed on the current information in the package
 3  insert?
 4      A.  That's correct.

[91:5] - [91:15]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 91
 5      Q.  If you decide to discuss a Merck
 6  product, you agree to either use the product slide
 7  packages with balanced information -- and does that
 8  mean when it says balanced information risks and
 9  benefits?
10      A.  That is correct.
11      Q.  -- or to provide comparable information
12  about the product.  This does not mean that you are
13  obligated to discuss any of Merck's products.
14          Do you see that?
15      A.  Yes, sir.

[91:16] - [92:6]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 91
16      Q.  And then in the last paragraph it says:
17  In imposing these requirements, we are attempting
18  to ensure compliance with FDA regulations.  As
19  such, Merck will monitor your presentations and
20  reserves the right to terminate this agreement if,
21  in Merck's judgment, you fail to comply with these
22  regulations -- I'm sorry, with these requirements.
23          You see that?
24      A.  Yes, sir.
25      Q.  When you sign the speaker agreements
page 92

17

1 for Merck, do you understand that Merck is taking
2 seriously the requirements of the FDA?
3     A.  Yes, sir.
4     Q.  Do you take seriously the requirements
5 of the FDA when you give your presentations?
6     A.  Yes, sir.

[92:7] - [92:22]      5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 92
7     Q.  On the next page under behavior at the
8 top:  It is the policy of Merck & Company,
9 Incorporated that employees and independent
10 contractors for Merck maintain behavior of the
11 highest professional and ethical levels regarding
12 their interactions with customers, the public,
13 consultants and other employees of Merck.  You will
14 be held to these high standards and alleged
15 incidents of inappropriate behavior will be
16 promptly and thoroughly investigated.  Any
17 violation of these standards will result in
18 immediate termination of this agreement.
19          Do you understand that, again, to be
20 Merck wanting you to -- to act in a professional
21 and ethical way when discussing Merck's products?
22     A.  Yes, sir.

[96:8] - [97:3]      5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 96
8          What is the reason why you monitor
9 patients after you prescribe the medication to
10 them?
11     A.  To make sure that they're not having
12 side effects.  There's many people -- that's a
13 bad -- that's a bad word.  There are many people
14 that will go to the doctor and take the medication
15 having side effects because the doctor told them to
16 take the medication.  It happens on a weekly basis.
17 It's not something that's a rare occasion where
18 someone will come back and they've had nausea for
19 one month straight or three weeks straight while
20 they're waiting to come back and I'll, why didn't
21 you stop the medicine?  Because you told me to take
22 it.  So it's not an uncommon scenario for somebody

23  to come back still taking the medicine with a side
24  effect.  It might have been helping their symptoms,
25  but they were having a side effect so you sit down
page 97
 1  with them, see if there's another treatment option
 2  that might give you the same result helping their
 3  disorder with no side effects.

[98:6] - [98:11]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 98
 6       Q.  I don't know how many times Merck
 7  representatives came to call on your office, but is
 8  it safe to say that the majority of those, if not
 9  the vast majority of those occasions, involved
10  situations where representatives dropped off
11  samples --

[98:14]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 98
14       Q.  -- and didn't meet with you in person?

[98:17] - [98:18]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 98
17          THE WITNESS:  It was mainly to drop off
18  medications.

[98:24] - [99:2]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 98
24       Q.  When Merck sales representatives came
25  to visit you about Maxalt or Vioxx or some other
page 99
 1  product, did they typically come just to drop off
 2  sales -- samples?

[99:4] - [99:6]        5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 99
 4          THE WITNESS:  Well, I'm very -- I have
 5  a very busy practice so to even get one minute of

19

6  my time is very difficult.

[102:9] - [102:25]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation

        page 102
9       Q.   After you prescribed Vioxx to
10  Mr. Barnett, sir, did you subsequently come to
11  learn about a study -- clinical trial called the
12  VIGOR trial or a GI Outcomes trial for Vioxx?
13       A.   I can't remember.
14       Q.   Do you read the New England Journal of
15  Medicine?
16       A.   No, sir.
17       Q.   Did you ever read an article about the
18  VIGOR trial in the New England Journal of Medicine?
19       A.   No, sir.
20       Q.   Whatever the New England Journal of
21  Medicine article said about the difference in heart
22  attacks seen in one arm of a Vioxx trial, Vioxx
23  compared to naproxen, didn't factor into your
24  decision to prescribe Vioxx, true?
25       A.   True.

[103:15] - [103:16]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation

        page 103
15       Q.   Let me hand you Exhibit 7, sir.
16       A.   Okay.

[104:13] - [104:18]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation

        page 104
13       Q.   The document I just handed you, sir, is
14  called, comparison of upper gastrointestinal
15  toxicity of Vioxx and naproxen in patients with
16  rheumatoid arthritis.  This is the study that you
17  said you didn't read, right?
18       A.   No, I didn't read it.

[109:8] - [109:10]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation

        page 109
8       Q.   Dr. McCaffrey, did anybody from Merck
9  ever intimidate you into prescribing Vioxx?

20

10    A. No, sir.

[109:11] - [110:5]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 109
11    Q. Did you ever meet or talk with a man
12 named Lou Sherwood?
13    A. I'm not sure.
14    Q. Have you ever attended an audio
15 conference or a presentation that was moderated by
16 somebody named Dr. Peter Holt?
17    A. No, sir.
18    Q. Whatever Dr. Holt had to say about
19 Vioxx in an audio presentation, did that play any
20 role in your decision to prescribe Vioxx to
21 Mr. Barnett?
22    A. No, sir.
23    Q. Has anyone from Merck ever offered you
24 research money if you were to prescribe Vioxx or
25 stop criticizing Vioxx?
page 110
1    A. No, sir.
2    Q. Have you ever seen a video press
3 conference held by Merck discussing the results of
4 the VIGOR trial?
5    A. No, sir.

[110:8] - [111:5]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 110
8    Q. Have you ever since you've been
9 practicing medicine looked in the Merck Manual for
10 a discussion about prostacyclin or thromboxane?
11    A. No, sir.
12    Q. Do you subscribe to a journal called
13 Circulation?
14    A. No, sir.
15    Q. Have you ever read a study published by
16 Circulation concerning, quote, the relationship
17 between selective COX-2 inhibitors and acute MI in
18 older adults?
19    A. No, sir.
20    Q. This study which involved a doctor
21 named Dr. Solomon was published in May of 2004.
22 Was that years after you prescribed Vioxx to

21

23 **Mr. Barnett?**
24     **A.   Yes, sir.**
25         **Q.   Whether a particular Merck scientist**
page 111
 1 **was or was not included as an author on that study**
 2 **that was published in May of 2004, did that have**
 3 **any impact on your decision to prescribe Vioxx to**
 4 **Mr. Barnett?**
 5     **A.   No, sir.**

[119:13] - [119:20]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 119
13     **Q.   Okay.   That's -- that was my question.**
14 **And you also were involved in HEL programs with**
15 **Vioxx, is that right?**
16     **A.   What's that?**
17     **Q.   I was going to ask you.   It had to do**
18 **with what they call colloquia.   Do you know what**
19 **the term colloquia refers to?**
20     **A.   I've never spoken for Vioxx.**

[128:5] - [128:20]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 128
 5     **Q.   Okay.   I don't want to know what you**
 6 **make from your patients, but I wanted to get your**
 7 **best estimate of how much you make from these**
 8 **relationship agreements or speaker payments from**
 9 **the various pharmaceutical companies on a yearly**
10 **basis approximately.**
11     **A.   Depends on the year, somewhere between**
12 **30 and 60,000 dollars a year.**
13     **Q.   And do you know each year approximately**
14 **how much is being paid by Merck?**
15     **A.   Merck is at the low end.   They -- I**
16 **don't do very much for them at all.   I never have.**
17 **I speak for other companies on a regular basis.**
18 **Merck has always been as I call them a bottom**
19 **feeder.   I spoke the least for them out of all the**
20 **companies.**

[128:21] - [128:24]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 128

22

21    Q.  Well, would you -- would it surprise
22  you that if -- at least the records Merck gave us
23  showed that you made approximately 15,000 to 20,000
24  with Merck?

[129:2] - [129:3]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 129
2          THE WITNESS:  For what -- over the past
3  six years.

[129:5] - [129:8]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 129
5    Q.  Over the past six years.
6    A.  That's 2,000 dollars a year.  That's
7  not -- that's -- that's one talk a year or two
8  talks a year.

[195:11] - [196:21]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 195
11    Q.  Dr. McCaffrey, you were asked a number
12  of questions about the risk associated with Vioxx
13  concerning hypertension or high blood pressure.  Do
14  you remember that?
15    A.  Yes, sir.
16    Q.  If I understand your testimony, had you
17  known that Mr. Barnett's high -- high blood
18  pressure increased after you put him on Vioxx, you
19  would have taken him off?
20    A.  Yes, sir.
21    Q.  Did Mr. Robinson show you any of the
22  blood pressure readings for Mr. Barnett at all?
23    A.  No.
24    Q.  Do you have any idea whether after his
25  initial spike in blood pressure, his blood pressure
page 196
1  was fairly normal throughout the time that he took
2  Vioxx?
3    A.  No, sir.
4    Q.  When you said that you believe that
5  increasing hypertension can lead to a heart attack
6  or heart disease --
7    A.  Yes, sir.

23

8      Q.  -- that was based on just your common
9  knowledge about hypertension?
10      A.  That's correct.
11      Q.  Not having any idea about what
12  Mr. Barnett's high blood pressure readings were
13  during the time he took Vioxx, you're not in a
14  position to assess whether or not Vioxx contributed
15  to Mr. Barnett's heart attack, are you?
16      A.  That's correct.
17      Q.  You would need to know a lot more
18  information in order to make an assessment of
19  whether Vioxx played any role in Mr. Barnett's
20  heart attack, true?
21      A.  That's correct.

[198:7] - [199:7]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 198
7      Q.  When Mr. Robinson was asking you
8  questions about Mr. Barnett's hypertension and
9  whether that played any role in his heart attack,
10  you didn't know what Mr. Barnett's family history
11  was for coronary artery disease, did you?
12      A.  That's correct.
13      Q.  You don't know whether Mr. Barnett's
14  father had one heart attack or two heart attacks,
15  do you?
16      A.  I do not know.
17      Q.  You don't know whether Mr. Barnett's
18  sister had a history of TIA's, or strokes, when you
19  were answering those questions?
20      A.  When I read this earlier today, I saw
21  that his sister did have a history of TIA's, but I
22  didn't at the time I was talking to him because my
23  computer was off.
24      Q.  You didn't know when you were answering
25  Mr. Robinson's questions whether Mr. Barnett had a
page 199
1  long history of high cholesterol, did you?
2      A.  No, sir.
3      Q.  When Mr. Barnett was asking you
4  questions, you didn't know about Mr. Barnett's
5  triglyceride levels or HDL, the other type of
6  cholesterol, did you?
7      A.  No, sir.

24

[199:20] - [200:8]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

    page 199
    20    Q.  Before you could reach a judgment --
    21 the medical judgment on whether Vioxx played a role
    22 in Mr. Barnett's hypertension, you would need to
    23 know all of Mr. Barnett's hypertension readings?
    24    A.  That's correct.
    25    Q.  Was the risk of hypertension in Vioxx's
    page 200
    1 label from day one?
    2    A.  Yes, it was.
    3    Q.  Do all COX-2 inhibitors have a risk of
    4 increasing hypertension?
    5    A.  Yes, they do.
    6    Q.  Do all traditional NSAIDs have a risk
    7 of increasing hypertension?
    8    A.  Yes, they do.

[200:11] - [201:23]     5/3/2006   McCaffrey, Michael - Merck Conditional Designation

    page 200
    11    Do the warning labels for Vioxx and
    12 Celebrex and Bextra and Motrin and ibuprofen and
    13 all the traditional NSAIDs warn about the
    14 possibility of increased blood pressure or
    15 hypertension?
    16    A.  Yes, they do.
    17    Q.  When you were asked questions about
    18 whether Vioxx could contribute to Mr. Barnett's
    19 heart attack, did you have any idea what the extent
    20 of Mr. Barnett's coronary artery disease was?
    21    A.  No, sir.
    22    Q.  Do you know whether he had any blockage
    23 in his left main artery?
    24    A.  No, sir.
    25    Q.  Do you know whether he had blockage in
    page 201
    1 his LAD or various other arteries?
    2    A.  No, sir.
    3    Q.  Do you know whether Mr. Barnett has
    4 collaterals that were compensating for some of the
    5 blockage in his arteries?
    6    A.  No, sir.
    7    Q.  Do you know what Mr. Barnett's cardiac

8 catheterization showed when he had it done in
9 September of 2002?
10    A.  No, sir.
11    Q.  Have you ever spoken with Dr. Karavan
12 who treated Mr. Barnett for heart disease and his
13 heart attack?
14    A.  No, sir.
15    Q.  Have you ever spoken with Dr. Bryan who
16 conducted the bypass surgery that Mr. Barnett had?
17    A.  No, sir.
18    Q.  Am I right, Dr. McCaffrey, that you
19 can't say with any degree of certainty based on the
20 limited amount of information that Mr. Robinson
21 showed you whether Vioxx played any role in
22 Mr. Barnett's heart attack?
23    A.  That's correct.

[202:3] - [202:5]         5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 202
3    Q.  I think Mr. Robinson asked whether you
4 had received 374 visits from sales representatives?
5    A.  That's correct.

[202:15] - [203:25]       5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 202
15    Q.  The representatives who came on those
16 374 occasions sometimes just dropped off samples of
17 Vioxx without talking to you, true?
18    A.  They might come in, say, hi, how you
19 doing, I know you're busy, sign, back out the door.
20    Q.  Do you find it helpful to have samples
21 of medicine that you prescribe to your patients?
22    A.  Extremely helpful.
23    Q.  Why?
24    A.  Because I don't want -- I feel bad if
25 somebody gets a medication, has a side effect and
page 203
1 just bought a month or three months of the
2 medication.  Also, it's -- patients like the whole
3 idea that they can take a test ride before they're
4 going to have to buy something.
5    Q.  Is it sometimes helpful for patients
6 who can't afford medication to have samples?

26

7     A.   Yes, it is.  And a lot of the sample
8  medications we got were supplying people for the
9  month or two months or three months they're on the
10  medication that we got from the sales reps.
11     Q.   Do sales representatives from other
12  pharmaceutical companies come to visit you
13  concerning medications that they sell?
14     A.   They do.
15     Q.   Is it common in the pharmaceutical
16  history for sales representatives to make calls on
17  doctors?
18     A.   Yes, it is.
19     Q.   Do you see anything wrong with that,
20  sir?
21     A.   No, sir.
22     Q.   Did the sales calls that you received
23  by sales reps influence your decision to prescribe
24  Vioxx to Mr. Barnett?
25     A.   No, sir.

[205:24] - [206:23]   5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 205
24     Q.   Dr. McCaffrey, when you were answering
25  questions earlier about your compensation by Merck
page 206
1  and other pharmaceutical companies, do you remember
2  that?
3     A.   Yes, sir.
4     Q.   You were shown documents where you
5  received payments from Merck before you prescribed
6  Vioxx to Mr. Barnett and after you prescribed Vioxx
7  to Mr. Barnett, true?
8     A.   Yes, sir.
9     Q.   Did any of the speaking engagements
10  that you participated in or money that you received
11  from Merck influence you in deciding to prescribe
12  Vioxx to Mr. Barnett?
13     A.   No, sir.
14     Q.   If there's a suggestion made at trial
15  that you prescribed Vioxx to Mr. Barnett because
16  you were paid by Merck, what is your response to
17  that?
18     A.   The company did not influence me with
19  their speaking engagements.
20     Q.   Did you prescribe Vioxx to Mr. Barnett

27

21 because in your medical judgment, that was the best
22 medication for him?
23      A.  Yes, sir.

[207:6] - [207:17]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 207
6      Q.  Do you remember being asked by
7 Mr. Robinson whether you saw advertisements on
8 television about Vioxx?
9      A.  Yes, sir.
10      Q.  Did the advertisements about Vioxx on
11 television influence your decision to prescribe
12 Vioxx to Mr. Barnett?
13      A.  No, sir.
14      Q.  Do you rely on commercials on
15 television about drugs in deciding what medicine to
16 prescribe to your patients?
17      A.  No, sir.

[208:4] - [208:11]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 208
4      Q.  From your perspective as a doctor, do
5 you rely on the package insert that's approved by
6 the FDA in deciding what the risks and benefits are
7 with medicine you prescribe?
8      A.  Yes, sir.
9      Q.  Do you rely on commercials that you see
10 on television?
11      A.  No, sir.

[210:21] - [212:24]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 210
21      Q.  I believe you were talking about
22 atherosclerosis when you were answering
23 Mr. Robinson's questions.  Do you remember that?
24      A.  That's correct.
25      Q.  You're not a cardiologist, are you?
page 211
1      A.  No, sir.
2      Q.  Have you ever studied the way that
3 atherosclerosis works in the human body?
4      A.  A long time ago.

28

5      Q.  Have you ever focused on what exactly
6  causes plaque rupture and what doesn't?
7      A.  No, sir.
8      Q.  Do you feel like you're an expert in
9  the field of cardiology to be able to express an
10  opinion on whether Vioxx contributes to
11  atherosclerosis in some way?
12      A.  No, sir.
13      Q.  I'm glad Mr. Robinson pointed out that
14  you actually saw Mr. Barnett on four occasions,
15  right?
16      A.  Yes, sir.
17      Q.  And the last time you saw Mr. Barnett
18  was December 30th of 1999?
19      A.  That's correct.
20      Q.  And then you filled a -- you wrote
21  another prescription a year later?
22      A.  That's correct.
23      Q.  You didn't see Mr. Barnett on that
24  occasion, did you?
25      A.  No, it's something that came -- I think
page 212
1  he dropped it off because there was a sticker so he
2  physically had to come to the office or it was sent
3  by Merck to me -- or from, you know, Merck Medco.
4  It was physically sent to me, I reviewed the chart,
5  saw who it was and wrote the prescription for him.
6      Q.  Did you have any discussions at all
7  with Mr. Barnett when you wrote the second
8  prescription for Vioxx in December of 2000?
9      A.  No, sir.  No, sir.
10      Q.  Did Mr. Barnett come in and talk to you
11  about whether he was experiencing any side effects
12  before he asked you to write the prescription for
13  Vioxx in December of 2000?
14      A.  No, sir.
15      Q.  When you made the medical judgment that
16  Vioxx was the appropriate medication for
17  Mr. Barnett, was that judgment made in December of
18  1999 based on his medical condition at that time?
19      A.  Yes, sir.
20      Q.  And was your decision in prescribing
21  Vioxx to Mr. Barnett in December of 1999 based on
22  the information that was then available to you
23  about the benefits and risks of the medicine?
24      A.  That's correct.

29

[213:14] - [213:17]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 213
14   Q.  Were you aware, sir, that the
15  information about cardiovascular effects of Vioxx
16  and other COX-2 inhibitors changed over time?
17    A.  That's correct.

[213:18] - [213:19]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 213
18   Q.  I'm going to hand you what I'll mark
19  as --

[213:23]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 213
23     COURT REPORTER:  20.

[214:3] - [214:17]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 214
3    Q.  This is a dear healthcare professional
4  letter that Merck sent out in April of 2002 when
5  the label for Vioxx was changed to include
6  information about the VIGOR study, okay?
7    A.  Yes, sir.
8    Q.  Do you see how on the front page
9  there's a reference to important prescribing
10 information?
11    A.  Yes, sir.
12    Q.  On the second page there's a box at the
13 top that says, important prescribing information?
14    A.  Yes, sir.
15    Q.  And then it says, April 2002, dear
16 healthcare professional, okay?
17    A.  Yes, sir.

[214:20] - [217:14]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 214
20     I can represent to you that your name
21 is on a mailing list showing that Merck sent you

22 this letter, okay?

23     A.  I think I received five or six copies

24 of this, so not just one.  I remember receiving

25 this.

page 215

1     Q.  And why do you remember receiving five

2 or six copies of the --

3     A.  Well, I've got four different offices

4 so a copy is going to go to each office.  So every

5 office it would show up, there would be another

6 copy there for me.

7     Q.  In April of 2002, did you see from this

8 letter, sir, that there's a discussion about the

9 VIGOR study?

10     A.  Yes, sir.

11     Q.  Do you see how on the first page of

12 this letter there's a discussion at the second

13 paragraph that says:  The prescribing information

14 has been revised to reflect the results of the

15 Vioxx Gastrointestinal Outcomes research study and

16 the FDA approval of Vioxx for the relief of the

17 signs and symptoms of rheumatoid arthritis in

18 adults?

19     A.  Correct.

20     Q.  And then do you see how the letter

21 continues to talk about clinical studies and the

22 VIGOR study, you see that?

23     A.  Right.

24     Q.  And then the rest of this letter is

25 verbatim from the package insert from April of

page 216

1 2002?

2     A.  Yes, sir.  On the back, yeah.

3     Q.  Were you aware of what was in the

4 package insert in April of 2002?

5     A.  Yes, I was.

6     Q.  Do you see on the second page of the

7 dear healthcare professional letter there is a

8 Table 1 that talks about the gastrointestinal

9 safety events compared to naproxen?

10     A.  Yes, I do.

11     Q.  And then on the next page, do you see

12 that there's a discussion of summary of patients

13 with serious cardiovascular thrombotic adverse

14 events over time compared to naproxen?

15     A.  Yes, sir.

31

16    Q.  And then there's another table
17  concerning serious cardiovascular thrombotic
18  adverse events in Table 3, see that?
19    A.  Right here, yes.
20    Q.  And you were aware of that information
21  in April of 2002?
22    A.  That's correct.
23    Q.  On the next page, there's a discussion
24  in the precautions section.  Do you see that?
25    A.  Yes, sir.
page 217
1    Q.  Mr. Robinson asked you whether Merck
2  ever put information about cardiovascular risks in
3  the contraindication or the warning section of the
4  label.  Do you remember that?
5    A.  Yes, sir.
6    Q.  Do you know that a third section of the
7  label has to do with precautions?
8    A.  Yes, sir.
9    Q.  You read the precautions section, true?
10    A.  Yes, sir.
11    Q.  The precautions section in April of
12  2002 includes a discussion of cardiovascular
13  effects, do you see?
14    A.  Yes, sir.

[218:1] - [218:10]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 218
1    Q.  Do you see under cardiovascular effects
2  there's a statement first:  The information below
3  should be taken into consideration and caution
4  should be exercised when Vioxx is used in patients
5  with a medical history of ischemic heart disease?
6    A.  I see that.
7    Q.  That statement was not in the original
8  label when you first prescribed Vioxx to
9  Mr. Barnett, true?
10    A.  That's correct.

[218:16] - [218:22]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 218
16    Q.  Did Mr. Barnett ever tell you that he
17  had ischemic heart disease?

32

18    A.  No, sir.
19    Q.  Did he ever tell you about the result
20 from his January 19th or January 24th, 2000
21 Cardiolite stress test?
22    A.  No, sir.

[219:13] - [219:22]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 219
13    Q.  In the context of cardiovascular
14 effects when somebody talks about angina, does that
15 mean to you heart pain?
16    A.  Commonly in the United States when you
17 hear angina you think heart pain.
18    Q.  And when you hear angina, you also
19 think ischemia, true, reduced blood flow?
20    A.  Reduced blood flow.
21    Q.  Yes?
22    A.  Correct.

[219:23] - [220:16]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 219
23    Q.  In the second paragraph under
24 precautions, do you see that in the first sentence
25 it states, in VIGOR, and then it tells you the
page 220
 1 number of months, nine months, the risk of
 2 developing a serious cardiovascular thrombotic
 3 event was significantly higher in patients treated
 4 with Vioxx 50 milligrams once daily?
 5      That wasn't what Mr. Barnett was on,
 6 was it?
 7    A.  No, he was on 25.
 8    Q.  As compared to patients treated with
 9 naproxen 500 milligrams twice daily.
10      You see that?
11    A.  Yes, sir.
12    Q.  You knew in April -- did you know in
13 April of 2002 that there was this increased risk of
14 cardiovascular thrombotic effects seen in the VIGOR
15 study?
16    A.  Yes, sir.

[220:17] - [221:17]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 220
17    Q.   Then further down there's a discussion
18 about -- these are actually Alzheimer's studies
19 where it says:  In a placebo-controlled database
20 derived from two studies with a total of 2,142
21 elderly patients with a median duration of exposure
22 of approximately 14 months, the number of patients
23 with serious cardiovascular thrombotic events was
24 21 versus 35 for patients treated with Vioxx 25
25 milligrams once daily versus placebo respectively.
page 221
1           Do you see that?
2    A.   The placebo was higher.
3    Q.   Can you explain that?
4    A.   I can't explain that.
5    Q.   No, can you explain why you said
6 placebo is higher?
7    A.   Placebo is higher than the actual Vioxx
8 so it's trying to say -- it says from the study
9 that -- that the -- Vioxx doesn't cause
10 cardiovascular thrombotic events.  It's higher when
11 giving somebody a sugar pill.
12    Q.   And then if you look further down, you
13 see where the label says, the significance of the
14 cardiovascular findings from these three studies,
15 VIGOR and two placebo-controlled studies, is
16 unknown, do you see that?
17    A.   Yes, sir.

[222:6] - [222:22]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 222
6    Q.   At the time that you were speaking with
7 the rep about the VIGOR study, was it your
8 understanding that there were several different
9 possible explanations for the increase in
10 cardiovascular events seen in the VIGOR study?
11    A.   Yes, sir.
12    Q.   Was one of the possible interpretations
13 of the VIGOR study that naproxen was
14 cardioprotective and explained the reason for the
15 difference?  Is that one possible interpretation?
16    A.   That's one possible interpretation.
17    Q.   Was another possible interpretation
18 that Vioxx was prothrombotic or could cause heart

34

19 attacks?
20      A.   That's another option.
21      Q.   And was a third possibility chance?
22      A.   That's correct.

[223:5] - [223:15]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 223
5      Q.   So that the jury doesn't misunderstand,
6 neither Mr. Robinson nor I are paying you for your
7 testimony, true?  In other words, we're not paying
8 you to say anything in particular.
9      A.   No.  No, sir.
10      Q.   Why is it that you are charging
11 Mr. Robinson and me 750 dollars or whatever your
12 hourly rate is to be here today?
13      A.   For the time lost in the office.  And
14 that's a set rate with the company.  All the
15 depositions for any doctor in the group, same rate.

[226:4] - [226:15]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 226
4      Q.   Now, you -- you pointed out something.
5 Could you read the section that you said appears to
6 show that there's -- there's no increased
7 cardiovascular events for Vioxx versus the placebo.
8 Could you read that into the record.
9      A.   I said there was -- that there was
10 higher with placebo.
11      Q.   So in other words, it says the number
12 of patients with serious cardiovascular thrombotic
13 events was 21 for Vioxx and 35 for placebo at -- at
14 a dose of 25 milligrams, right?
15      A.   That's correct.

[226:20] - [226:21]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 226
20      Q.   Okay.  And who is the rep you said that
21 discussed naproxen being cardio --

[227:4] - [227:6]      5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 227
4        THE WITNESS:  Well, no, no, when the
5 letter came out, I just happened to see him that
6 day.  He goes to the same church with me.

[227:8] - [227:14]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 227
8        Q.  What's his name?
9        A.  Steve Pelagrino (ph).  His name's
10 listed in here.
11        Q.  Okay.  And let me ask you this:  Is it
12 true that one of the things he -- he said was a
13 possible explanation was the naproxen being
14 cardioprotective, right?

[227:16] - [227:20]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 227
16        THE WITNESS:  I don't think he -- I
17 don't think he said that at that time because we
18 didn't -- we didn't know.  He said, here's what
19 I -- he says, I don't how to make heads or tails
20 out of this, let's look through this.

[227:22] - [228:4]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 227
22        Q.  Okay.  And, I mean -- but if you look
23 at the numbers you just gave, 21 versus 35, that
24 would give you confidence that at least versus
25 placebo, the numbers appear Vioxx is actually safer
page 228
1 than placebo, correct?
2        A.  Not safer, it's just I don't see any
3 evidence saying that Vioxx is causing heart
4 attacks.

[228:24] - [229:7]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 228
24        Q.  Now, Mr. Goldman asked you questions
25 about cardio -- or coronary artery disease of
page 229

36

1 Mr. Barnett.  If -- if a person has coronary artery
2 disease in their family such as family histories of
3 heart attacks and TIA's --
4     A.  Yes, sir.
5     Q.  -- would -- would that be the type of
6 person that might be at risk for having
7 hypertension as a reaction to Vioxx?

[229:9] - [229:18]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 229
9         THE WITNESS:  Not necessarily.  I mean,
10 you can have people -- I mean, there's all the
11 different medications you can be put on, but if you
12 have multiple brothers and sisters like in my
13 family, every one of my brothers has high blood
14 pressure, I'm the only one that doesn't.  I have
15 five brothers -- four brothers and one sister --
16 and one sister.  But it doesn't -- doesn't really
17 help me to say who's going to develop high blood
18 pressure on the medication.

[231:4] - [232:8]     5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 231
4     Q.  And at that point in time in December
5 of 1999 or December of 2000 even, you didn't know
6 whether Mr. Barnett was at risk of heart disease
7 because you didn't know everything about his family
8 history or his cholesterol levels, correct?
9     A.  That's correct.
10     Q.  In your dealings with Merck sales
11 representatives, sir, did you find that they were
12 trying to push you into prescribing Vioxx?
13     A.  No, sir.
14     Q.  Did you find that Merck sales
15 representatives were just telling you that in the
16 VIGOR study, the explanation was because of
17 naproxen?
18     A.  No.
19     Q.  Did you feel that the sales
20 representatives were leaving it up to you to decide
21 what the appropriate interpretation of the VIGOR
22 study was?
23     A.  Yes, sir.

37

24    Q.  Had any Merck sales representatives who
25  called on you ever refused to answer any questions
page 232
1  or avoided any questions you had about Vioxx?
2    A.  No, sir.
3    Q.  Did you feel that if you had a question
4  to ask a particular sales representative that they
5  would get you the answer or if they couldn't get
6  it, they would have somebody else at Merck send you
7  a letter giving you the answer?
8    A.  Yes, they would.

[232:13] - [233:10]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 232
13    Q.  Mr. Robinson has said on a number of
14  occasions that Merck never had a warning in the
15  package insert for Vioxx concerning cardiovascular
16  risks?
17    A.  That's correct.
18    Q.  If you look at the first page of the
19  April 2002 label, which is attached to the dear
20  healthcare professional letter --
21    A.  Yes, sir.
22    Q.  -- do you see on the first page of the
23  package insert in the bottom when they're talking
24  about the VIGOR study, there is a whole section
25  called cardiovascular safety with Table 2 talking
page 233
1  about --
2    A.  Yes, sir.
3    Q.  -- serious cardiovascular thrombotic
4  adverse events?
5    A.  Yes, sir.
6    Q.  Now, if that's not in the warnings
7  section, is that something that you notice when
8  you're reading a package insert, sir?
9    A.  Yes, sir. So it actually made it to
10  the first page.

[233:11] - [234:7]    5/3/2006    McCaffrey, Michael - Merck Conditional Designation

page 233
11    Q.  And Mr. -- I'm sorry, **Dr. McCaffrey,**
12  you mentioned in response to Mr. Robinson's

13  question that warnings are supposed to include
14  definite risks, is that what you said?
15      A.  Yeah, when you get the warnings, it's a
16  definite risk.  It's something that does happen,
17  it's -- it's not imaginary.
18      Q.  So if there is an open question about
19  whether a drug causes a particular side effect or
20  the science is not fully developed where there's a
21  definitive answer, is it your understanding that
22  that is what is in the precautions section?
23      A.  That's correct.
24      Q.  And you as a physician take seriously
25  what's in the precautions section, true?
page 234
 1      A.  That's true.
 2      Q.  It's not as though you ignore what's in
 3  the precautions section when you're making
 4  treatment decisions, that information is one of the
 5  things you consider in your risk-benefit
 6  assessment?
 7      A.  That's correct.

[238:8] - [238:17]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 238
 8      Q.  Dr. McCaffrey, so the jury doesn't get
 9  the wrong impression here, when you're receiving
10  payments from Merck and other pharmaceutical
11  companies and you're saying that 750 dollars an
12  hour -- 700 dollar -- withdrawn.
13          When you're accepting compensation for
14  your time from pharmaceutical companies, do you
15  ever jeopardize the interest of your patients
16  because of your compensation?
17      A.  No, sir.

[239:6] - [239:9]    5/3/2006   McCaffrey, Michael - Merck Conditional Designation

page 239
 6          How, if at all, does your role as a
 7  speaker for Merck factor into your decision to
 8  prescribe Vioxx?
 9      A.  Zero.

39

Barnett v. Merck
Merck Affirmative Designations
Michael Mikola April 25, 2006 Deposition

[4:3] - [6:2]          4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 4
3  represent Gerald Barnett, your patient.  **Do you**
4  **want to tell the jury what kind of doctor you are?**
5       A.  I'm an internist.  I practice internal
6  medicine.
7       Q.  And where do you practice right now?
8       A.  Where?
9       Q.  Yes.
10      A.  In Mount Pleasant, South Carolina.
11      Q.  And from approximately 1999 to 2004,
12  was Jerry Barnett your client --
13      A.  He was my patient.
14      Q.  -- or your patient?  Yes.  And where
15  were you practicing at that time?
16      A.  Myrtle Beach, South Carolina.
17      Q.  Do you remember Jerry Barnett?
18      A.  Yes, sir.
19      Q.  And you actually took care of him
20  almost four-and-a-half years, is that right?
21      A.  I believe that's correct, yes.
22      Q.  And what were you taking care of Jerry
23  Barnett for?
24      A.  At the time, high cholesterol.  He had
25  a history of gastroesophageal reflux disease and
page 5
1  allergies as well as routine health maintenance
2  issues.
3       Q.  And were you helping him with pain
4  medication for his back?
5       A.  Yes.
6       Q.  Okay.
7       A.  He also had -- I think he had neck
8  problems.
9       Q.  And was one of the drugs that Jerry
10  Barnett was taking from, say, sometime in 2000 up
11  to 2004 Vioxx?
12      A.  That's correct.
13      Q.  And initially is it your understanding
14  that Dr. McCaffrey, a neurologist from Myrtle
15  Beach, prescribed Vioxx for Mr. Barnett?



1

16     A.  I believe that's correct, yeah.
17     Q.  And then you continued with that
18 prescription, is that right?
19     A.  Correct.
20     Q.  And is it your understanding that
21 Mr. Barnett saw Dr. McCaffrey up through I think
22 something like December 30th of 1999 --
23     A.  I believe that's correct.
24     Q.  -- is that correct?  Is it also true
25 that Jerry Barnett started with you as a patient in
page 6
 1 October of 1999?
 2     A.  Yes, sir, that's correct.

[7:15] - [8:13]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 7
15     Q.  And at some point you put him on a drug
16 called Lipitor, is that right?
17     A.  I'll refer to the records, but I
18 believe he was started on -- let me check.  I know
19 he was on Lipitor.  I believe I started that.  Yes,
20 that's correct.  I wasn't clear if I started that
21 medicine or not, but according to my notes, in
22 August he was on it.
23     Q.  August of 2000?
24     A.  Yes.
25     Q.  Okay.
page 8
 1     A.  I believe I prescribed that for him.
 2     Q.  Okay.  And then if you go back to
 3 Exhibit Number 1.
 4     A.  Yes, I did start him on Lipitor.
 5     Q.  Okay.
 6     A.  Okay.
 7     Q.  And that was for his hyperlipidemia, is
 8 that right?
 9     A.  Correct.
10     Q.  And Lipitor, what type of drug is
11 Lipitor?
12     A.  It's a drug class called a statin.
13 It's a drug designed to lower cholesterol.

[21:24] - [22:2]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 21
24    Q.  For the record, what is ischemia?
25    A.  Ischemia generally refers to an
page 22
1 inadequate blood supply to a muscle or tissue to an
2 organ.

[23:15] - [24:7]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 23
15    Q.  Okay.  Do you have the -- he was -- he
16 was administered a Cardiolite exam?
17    A.  Yes.
18    Q.  Do you happen to have that record in
19 front of you?
20    A.  I do not believe so.  I have a note
21 from my office visit January 27th that refers to
22 the test, but I don't have a copy of the test
23 results.
24    Q.  Okay.  Do you know what the test
25 results were?
page 24
1    A.  According to my records, they showed a
2 small abnormal area in the lateral wall of the
3 heart.
4    Q.  So there was -- was there lateral --
5 some mild lateral ischemia found?
6    A.  That's what this stress test suggested,
7 yes, sir.

[24:23] - [25:23]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 24
23    Q.  And why don't you tell the jury about
24 your education, both undergraduate and med school.
25    A.  I went to College of Charleston for my
page 25
1 undergraduate education.  I attended the Medical
2 University of South Carolina in Charleston for
3 medical school for four years, from 1987 to 1991,
4 and then I completed three years of internship and
5 residency at the Medical University of South
6 Carolina, 1991 through 1994, and received board
7 certification for -- to practice internal medicine
8 in 1994.

9    Q.  And then from 1994 through 1999, where
10 did you practice?
11    A.  In Myrtle Beach, South Carolina,
12 private practice.
13    Q.  And you continued on practicing in
14 Myrtle Beach until 2004?
15    A.  That's correct.
16    Q.  What month in 2004 did you move to
17 Charleston?
18    A.  June of 2004.
19    Q.  So you would have treated Mr. Barnett
20 from October 22nd, 1999 until sometime in June of
21 2004, is that right?
22    A.  Probably sometime in May.  I think -- I
23 believe I moved around the beginning of June.

[31:7] - [32:11]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 31
7    Q.  Doctor, what I tried to do with Exhibit
8 Number 4 is -- is put together a group of your
9 records that preceded the heart attack, but I also
10 attached the first page, which appears to be
11 recordings of blood pressures and other vital signs
12 for Mr. Barnett, correct?
13    A.  That's correct.
14    Q.  So this would have been something done
15 by your office, is that right?
16    A.  My nurse would do it, yes, sir.
17    Q.  Okay.  Could we go to the second page
18 which would be dated 3/21/00.
19    A.  Okay.
20    Q.  Under the assessment, will you read
21 that into the record, Number 1, please.
22    A.  Yes, sir.  Hyperlipidemia.  I will
23 check a lipid profile.  He inquires about Lipitor.
24 Some of his friends have told them there are
25 very -- and it should read few, which I'll write
page 32
1 in, side effects.  If his LDL is significantly
2 above 130, we will consider a trial of Lipitor on
3 follow-up in eight weeks.  He has a family history
4 of coronary disease.
5         Number 2, osteoarthritis.  Stable on
6 Vioxx.
7         Number 3, gastroesophageal reflux

4

8  disease. We will continue Prilosec lifelong, 20
9  milligrams a day. I will see him in six months for
10 follow-up with lipids or sooner if we start him on
11 Lipitor.

[34:14] - [34:16]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 34
14      Q.  Okay.  Go to the next page, which is
15 12/28/2000.
16      A.  Yes, sir.

[35:6] - [35:14]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 35
6       Q.  Okay.  If we can go to the assessment
7  and plan, can you read that first --
8       A.  Hypertension?
9       Q.  -- note under hypertension.  Yes.
10      A.  Hypertension.  His blood pressure is
11 acceptable although a little elevated today at 138.
12 He states in the community it is under better
13 control.  He is anxious because he is on
14 over-the-counter sinus medicines.

[36:24] - [37:18]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 36
24      Q.  Would you read Number 5 into the
25 record, please.
page 37
1       A.  Reflux and esophageal dilatation.
2  Continue lifelong Prilosec therapy.  I did
3  recommend some over-the-counter Advil or Aleve for
4  about five to seven days for his shoulder
5  discomfort.
6       Q.  Okay.  So that was in addition to his
7  regular Vioxx that he was getting for his neck or
8  back pain, right?
9       A.  Generally I would have -- it's not
10 clear from the record.  Generally I don't recommend
11 that people take them together.
12      Q.  But if he took Vioxx during that
13 period, would that have been a problem for him?
14      A.  No, it's just that Advil, Aleve and

5

15  Vioxx generally in terms of pain and inflammation
16  work by the same mechanism and there's probably
17  little additional benefit of taking two different
18  drugs with the same mechanism of action.

[55:14] - [56:4]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 55
14        Q.   What generally do you -- can you tell
15  us about the sales rep discussions regarding
16  Naproxen?
17            MR. GOLDMAN:  Object to the form.
18            THE WITNESS:  Generally -- let me back
19  up and say that my wife was a sales rep and she's
20  worked for different companies over the years.
21  Generally the detailing from the reps, I try to get
22  my medical education from journal articles.
23  Usually I've requested the reps give me the actual
24  articles or reprints of the articles versus
25  detailing so they would generally call on me -- if
page 56
 1  I had questions, they would answer them or refer --
 2  make a referral for a request from their company
 3  for further information, but generally they didn't
 4  do a lot of detailing.

[76:17] - [76:24]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 76
17        Q.   Exhibit 15, Page 1 and 2 appear to be a
18  discharge summary with copies going to you, but --
19  and Dr. Karavan from Brian D. Schreckengast?
20        A.   Correct.
21        Q.   And who is he?
22        A.   He was a physician's assistant who
23  worked for the cardiothoracic surgeons at Grand
24  Strand Hospital in Myrtle Beach.

[77:22] - [78:2]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 77
22        Q.   Okay.  And would you also read the
23  discharge diagnosis into the record, please.
24        A.   Non-Q wave myocardial infarction,
25  coronary artery disease, hyperlipidemia, systemic

6

page 78
1 hypertension, gastroesophageal reflux disease and
2 diverticulosis.

[107:17] - [107:22]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 107
17    Q.  Okay.  And if you look at the first
18 page of Exhibit Number 21, it's a visit that
19 Mr. Barnett made to you after his heart attack,
20 about six months after his heart attack, is that
21 right?
22    A.  Yes, sir.

[108:25] - [109:11]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 108
25    Q.  Okay.  And then read Number 1.
page 109
1 Actually, read Number 4 -- Number 4.
2    A.  Four.  Osteoarthritis.  Stable.  He
3 inquires about the safety of Celebrex versus Vioxx
4 for coronary artery (sic) disease.  I informed him
5 that I do not think either drug is
6 cardioprotective, nor do I believe that either is
7 likely to significantly improve -- and that's a
8 typo, it should read increase -- his risk of heart
9 disease, as long as he continues on his baby
10 aspirin and Plavix and treat his modifiable risk
11 factors.

[109:16] - [109:20]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 109
16    Q.  So from your review of the literature
17 at that point in time, March 24th, '03, it was your
18 understanding that the drug was -- neither Celebrex
19 nor Vioxx was cardioprotective, is that right?
20    A.  That's correct.

[109:21] - [109:24]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 109
21    Q.  And that at that point in time at

22  least, you did not believe that either drug
23  significantly increased the risk of heart disease?
24      A.  That's correct.

[159:13] - [159:17]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 159
13      Q.  When you were making treatment
14  decisions for Mr. Barnett and prescribing Vioxx,
15  were you or were you not relying on the medical
16  information that was available to you at the time?
17      A.  That's correct.

[162:20] - [169:20]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 162
20      Q.  I believe you said in response to
21  Mr. Robinson's questions that you prescribed Vioxx
22  to Mr. Barnett because he had osteoarthritis?
23      A.  Yes, sir, that was the indication for
24  the prescription.
25      Q.  What is osteoarthritis?
page 163
 1      A.  Osteoarthritis is a degenerative
 2  disease involving the joints summarized largely by
 3  wearing out and deterioration of the cartilage
 4  which serves not only as a cushion between the
 5  bones so that they articulate smoothly with one
 6  another, but it also makes joint fluid that bathes
 7  the joint to keep the inflammation down to keep
 8  movement smooth and range of motion preserved.
 9      Q.  So if people have healthy cartilage,
10  that allows their bones to sort of glide over one
11  another without causing pain?
12      A.  Um-hum.  Usually, yes.
13      Q.  Do you agree that for many people,
14  including Mr. Barnett, osteoarthritis is a serious
15  health problem?
16      A.  Yes.
17      Q.  Why is that?
18      A.  Especially for someone like
19  Mr. Barnett, if their arthritis is untreated, it
20  can limit their ability to exercise and stay
21  active.  And in an individual with a family history
22  of heart disease and high cholesterol, exercise is

8

23  an important part of reducing his risk factors for
24  vascular disease.  It can also lead to other
25   debilitation that makes weight loss more difficult.
page 164
 1  If you're unable to exercise due to the pain of
 2  arthritis and -- it can complicate a lot of other
 3  medical issues.
 4       Q.  When you said that osteoarthritis might
 5  prevent individuals like Mr. Barnett from
 6  exercising, why is that a problem for somebody like
 7  Mr. Barnett?
 8       A.  It causes them pain.  Generally if they
 9  do a lot of physical activity, the joints that are
10  involved will become painful and it can limit their
11  ability to exercise, walk --
12       Q.  Ex --
13       A.  -- specifically walk.  Jogging is very
14  painful for them.  Some people can ride a
15  stationary bicycle depending on if their knees are
16  involved, but if their knees are significantly
17  involved, that may be limited as well.
18       Q.  Is it true that the more exercise
19  people like Mr. Barnett are able to do, the lower
20  their chances are of developing heart disease or a
21  heart attack?
22       A.  Yes, sir.  I would say the more
23  exercise that they do do versus able to do reduces
24  their chance of heart attacks and vascular events.
25       Q.  Has it been your experience, sir, that
page 165
 1  osteoarthritis can adversely affect a patient's
 2  quality of life?
 3       A.  Yes, sir.
 4       Q.  Have you seen that osteoarthritis can
 5  be so painful that it can lead to depression and
 6  stress?
 7       A.  Yes, sir.
 8       Q.  Are you aware of whether osteoarthritis
 9  is one of the most frequent causes of disability in
10  the United States?
11       A.  I know it's a frequent cause of
12  disability, yes, sir.
13       Q.  In your years of treating
14  osteoarthritis, have you tried different pain and
15  antiinflammatory medication for your patients?
16       A.  Yes, sir.

9

17      Q.  Have you used narcotics on occasion for
18  your patients who have osteoarthritis?
19      A.  Yes, sir.
20      Q.  Can you describe for the ladies and
21  gentlemen of the jury what the benefits and some of
22  the significant risks are of narcotics to treat
23  osteoarthritis.
24      A.  The benefits are that they're very
25  effective in terms of pain control.  Typically
page 166
1  there is sort of a ceiling effect of
2  antiinflammatory medicines on how much pain they
3  will relieve and in some patients -- and I've used
4  both together.  Some patients are not adequately
5  relieved by antiinflammatory medicines and
6  nonnarcotic analgesics.  And the narcotics are more
7  potent and they're able to provide relief of more
8  severe pain generally than the antiinflammatory
9  medicines are.
10          Some of the complications, constipation
11  is a very common problem, impairment in
12  coordination.  In elderly persons, narcotics can
13  increase the risk of falling and having fractured
14  bones as a result and more commonly in elderly
15  patients, it can cause confusion.  I should say
16  confusion is more common in elderly patients
17  treated with narcotics.
18      Q.  Can narcotics also be addictive?
19      A.  Yes, sir.
20      Q.  Can they also impair thinking of those
21  who take them?
22      A.  Yes, sir.
23      Q.  Can narcotics also have a side effect
24  of causing drowsiness?
25      A.  Yes, sir.
page 167
1      Q.  Have you also used aspirin in trying to
2  treat osteoarthritis?
3      A.  Very rarely.
4      Q.  Why is that?
5      A.  Generally the dose of aspirin necessary
6  to treat the symptoms of osteoarthritis have a
7  higher risk of causing gastrointestinal problems
8  than effective doses of especially specifically
9  COX-2 inhibitors.
10      Q.  What are some of the gastrointestinal

10

11 problems that you understand aspirin can cause?
12      A.  Gastritis, which is an inflammation in
13 the lining of the stomach.  It can cause gastric
14 erosions and ulcerations and they can also cause --
15 or aspirin can also cause intestinal ulceration as
16 well.
17      Q.  Can aspirin also cause stomach bleeds?
18      A.  Yes, sir.
19      Q.  Have you also tried prescribing
20 traditional or nonselective NSAIDs?
21      A.  Yes, sir.
22      Q.  Which NSAIDs have you prescribed to
23 your patients in the past, sir, if you can remember
24 them?
25      A.  Relafen, which is nabumetone,
page 168
 1 Piroxicam, Voltaren, which is diclofenac, Clinoril,
 2 which is sulindac, Naproxen, ibuprofen, Ketoralac,
 3 salicylate of magnesium or magnesium salicylate,
 4 which is a nonacetylated salicylate similar to
 5 aspirin but a little bit different.
 6      Q.  I don't understand what that means.
 7 Can you --
 8      A.  It's the way the molecule is produced
 9 chemically.  It is in theory a little bit less
10 likely to cause stomach ulceration than plain
11 aspirin in theory.
12      Q.  Okay.
13      A.  And I think those are probably the main
14 ones.
15      Q.  Do you still prescribe most of those
16 NSAIDs today?
17      A.  Not that often since Advil and Aleve
18 are over-the-counter now.  I usually would
19 prescribe the over-the-counter medication because
20 it's a lot less expensive for most folks.  And I do
21 also prescribe some Celebrex still.
22      Q.  Can you describe some of the potential
23 side effects of NSAIDs that you've seen in your
24 practice, sir.
25      A.  Same -- it would be essentially the
page 169
 1 same as aspirin, stomach problems including --
 2 ranging from ulcers to bleeding.  They can
 3 occasionally raise blood pressure.  It can cause
 4 edema.

11

5       Q.   What is edema?
6       A.   Swelling, fluid retention, most
7   prominently seen around the ankles.
8       Q.   Can they cause kidney complications as
9   well?
10       A.   Yes, sir.
11       Q.   Are you aware that the stomach
12   complications of NSAIDs can be a serious health
13   problem?
14       A.   Yes, sir.
15       Q.   Do you know, sir, and did you while you
16   were prescribing Vioxx to Mr. Barnett that
17   thousands of people are hospitalized or die each
18   year from GI bleeds as a result of taking NSAIDs?
19           MR. ROBINSON:  Objection.
20           THE WITNESS:  Yes, sir.

[169:22] - [172:10]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 169
22       Q.   When did you start prescribing COX-2
23   inhibitors or selective NSAIDs?
24       A.   Probably within a few months of their
25   introduction into the United States market.  I
page 170
1   don't remember the exact year.  I believe Vioxx and
2   Celebrex came to market relatively close in time.
3   If I remember correctly, within a few months after
4   they hit the US market or were approved by the FDA
5   for sale in the United States.
6       Q.   Why did you prescribe Celebrex and
7   Vioxx rather than traditional NSAIDs for some of
8   your patients?
9       A.   Generally because I believed that the
10   safety specifically for gastrointestinal
11   complications was superior with the COX-2
12   inhibitors versus the traditional nonselective
13   NSAIDs.
14       Q.   And do you know why that is that COX-2
15   inhibitors are more beneficial to the stomach than
16   traditional NSAIDs?
17       A.   COX-2 inhibition reduces
18   inflammation – generally reduces inflammation.
19   COX-1 inhibition reduces the production of
20   prostaglandin E2, which is a prostaglandin
21   necessary for the stomach to make a protective

12

22  mucous coating, and if you block that prostaglandin
23  with a nonselective agent, number one, the stomach
24  is unable to make the protective mucouses
25  effectively and it makes them prone to develop
page 171
1  erosions and ulcerations from the stomach acids.
2      Q.  Did you consider the availability of
3  COX-2 inhibitors to be a major advance for the
4  treatment of arthritis and acute pain?
5      A.  In terms of GI safety, yes.
6      Q.  Can you describe, sir, your general
7  experience with Vioxx while you were prescribing it
8  when it was on the market, sir?
9      A.  I had very good success with it.
10  Occasionally I would see some patients with stomach
11  upset and GI side effects.  If I -- and don't quote
12  me on the number, but I saw over the course of
13  several years maybe three or four patients with GI
14  bleeding, but for the most part, it was very well
15  tolerated, very effective.  In my experience
16  treating patients with COX-2 inhibitors or
17  nonselective agents, much of the treatment
18  unfortunately is sort of trial and error.  Some
19  people will get a really good response to one drug
20  and not such a good response to another.  So you'll
21  generally put them on one.  If they do well on it,
22  continue it, if not, then we'll switch to another.
23      Q.  Were you pleased while you were using
24  Vioxx to have it as a choice to treat patients
25  with?
page 172
1      A.  Yes, sir.
2      Q.  Did you feel that Vioxx was effective
3  at treating pain?
4      A.  Yes, sir.
5      Q.  Did you feel that Vioxx allowed
6  patients to lead more active and functional lives?
7      A.  Yes, sir.
8      Q.  Did you feel that Vioxx was more
9  tolerable than many of the other NSAIDs?
10      A.  Yes, sir.

[180:3] - [182:8]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 180
3      Q.  How would you describe your

13

4  interactions with Merck sales representatives who
5  were detailing Vioxx other than your wife?
6      A.  Generally not only Merck but most of
7  the pharmaceutical reps I would typically prefer
8  not to be detailed to extent and generally I would
9  ask them for copies of the original articles from
10  which they drew their detail pieces.
11          When you practice medicine, I'll see
12  the Pfizer rep come in and tell me why Lipitor is
13  the best drug.  Three minutes later, the Merck rep
14  comes in and tells me why Zocor is the best drug.
15  Three minutes later, the Novartis rep will come in
16  and tell me why Lescol is the best drug.  They
17  can't all be right.  They have a lot of glossies
18  and detail pieces which contain factual
19  information, but it generally doesn't contain all
20  the information available.  So I would generally
21  ask that they not particularly detail me but
22  present me with the original articles from -- that
23  I could read it and draw my own conclusion.
24      Q.  Was that your practice while you were
25  prescribing Vioxx, sir?
page 181
1      A.  Yes, sir.
2      Q.  Did you find that Merck sales
3  representatives were professional with you?
4      A.  Yes, sir.
5      Q.  Did you feel that they were trying to
6  hide any information about safety?
7      A.  No, sir.
8      Q.  Did any representative of Merck ever
9  refuse to answer or avoid questions you had about
10  Vioxx?
11      A.  If I had questions that they could not
12  answer, they would -- either because they didn't
13  know the answer or they weren't allowed to speak
14  off label, they would generally submit my question
15  to Merck for a written response so no.
16      Q.  What do you mean when you say they
17  could not speak about Vioxx off label?
18      A.  As I understand it, the FDA has rules
19  and regulations about what drug reps can and can't
20  say to physicians.  They are allowed to give you
21  information from the package insert, but in order
22  for them to present us with a detail piece of
23  information, it has to be approved first by either

14

24  the FDA or some regulatory board to make sure that
25  they don't presumably pass misinformation.
page 182
1       Q.  Did you find that Merck sales
2  representatives who were detailing you on Vioxx
3  were responsive to your questions?
4       A.  Yes, sir.
5       Q.  Did you ever feel that Merck sales
6  representatives were dodging or trying to avoid
7  your questions?
8       A.  No, sir.

[182:22] - [183:1]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 182
22          Was it helpful to you to be able to
23  obtain scientific information directly from Merck
24  about questions you had rather than a sales
25  representative?
page 183
1       A.  Yes.

[183:20] - [184:23]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 183
20      Q.  When you prescribe medications to
21  patients, do you make a risk-benefit assessment of
22  the drug that you're prescribing?
23      A.  Yes, sir.
24      Q.  Can you explain what that means.
25      A.  Yes.  As I alluded earlier, all drugs
page 184
1  have potential side effects and most drugs
2  hopefully that we -- all drugs hopefully that we
3  prescribe have potential benefits.  And when you --
4  or when I prescribe a drug to a patient, I evaluate
5  the potential risks versus the potential benefits.
6  Generally I'll discuss it with the patient and then
7  you come up with a decision regarding whether that
8  drug is appropriate for that patient or that the
9  benefits outweigh the risks basically.
10      Q.  Are there risks with every medicine
11  that's sold in the United States?
12      A.  Yes, sir.
13      Q.  Do you attempt to weigh those risks,

15

14  however, tiny, against the benefits of a medicine
15  and make the best medical judgment you can?
16      A.  Yes, the -- the -- if you have a drug
17  that has a lot of potential benefit and a very,
18  very, very rare but serious complication, from a
19  statistical standpoint, patients are much more
20  likely to get the benefit from the side -- adverse
21  effect even though the adverse effect may be
22  serious.  So the frequency of adverse effects is
23  important to determine the ratio.

[185:11] - [185:25]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 185
11      Q.  Is it true that FDA-approved package
12  inserts are one of your primary sources of
13  information concerning the benefits and risks of
14  medicines you prescribe?
15      A.  Yes, sir.
16      Q.  When you review package inserts for
17  medicines you prescribe, you make sure you're
18  familiar with all aspects of the package insert,
19  right?
20      A.  I read the all package -- all aspects
21  of the package insert, yes, sir.
22      Q.  So for Vioxx you make it a point to
23  review the contraindications, the warnings and the
24  precautions section, right?
25      A.  Yes, sir.

[186:21] - [187:4]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 186
21      Q.  Do you rely on the Food and Drug
22  Administration to review the scientific data about
23  a medicine and determine what the risks and the
24  benefits are?
25      A.  To a very large extent, yes, sir.
page 187
1      Q.  Because you're not capable of reviewing
2  every e-mail or every theory that somebody within a
3  drug company might have?
4      A.  That's correct.

[191:3] - [191:7]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 191
3      Q.  Mr. Mikola -- I'm sorry, Dr. Mikola,
4   I've handed you Exhibit 30, which appears to be a
5   set of Mr. Barnett's medical records from your
6   former office, doesn't it?
7      A.  That's correct.

[191:14] - [192:13]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 191
14      Q.  -- okay?  Starting on the first page,
15   October 22nd of 1999, this is the first day that
16   Mr. Barnett came to see you?
17      A.  Yes, sir.
18      Q.  What do you do when a patient first
19   comes to see you?
20      A.  Generally we do what's called a history
21   and physical, which basically entails taking a
22   history of their previous medical problems, current
23   medications, drug allergies, family history and
24   current symptoms.  After that we'll do an exam -- a
25    physical examination and typically develop a plan
page 192
1   for their ongoing healthcare and any acute needs
2   that they have at the time.
3      Q.  The first two pages of Exhibit 30 are
4   your office notes from that first visit with
5   Mr. Barnett, right?
6      A.  That's correct.
7      Q.  Turning your attention in the first
8   page to past medical history, do you see the first
9   entry, elevated lipids?
10      A.  Yes, sir.
11      Q.  What does that mean?
12      A.  That means his cholesterol has been
13    high in the past.

[197:25] - [198:13]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 197
25      Q.  Was it significant to you that his
page 198
1   mother had TIA's, hypertension, his father had died
2   of coronary disease and possibly hypertension and

3  his sister had mini strokes at age 45?
4      A.  Yes, sir.
5      Q.  Why?
6      A.  It tells me that he may be genetically
7  at higher risk of having vascular disease.
8      Q.  Was it your belief --
9      A.  I should say arterial vascular disease.
10     Q.  Was it your belief, Dr. Mikola, that
11  Mr. Barnett was at risk of heart disease and a
12  heart attack given his family history?
13     A.  Yes, sir.

[204:13] - [204:24]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 204
13     Q.  Did you record in various medical
14  records here, sir, that Mr. Barnett was stable
15  while taking Vioxx?
16     A.  Yes, sir.
17     Q.  What did that mean when you said stable
18  on Vioxx?
19     A.  That meant that his symptoms were under
20  control and he did not show evidence of significant
21  side effects.
22     Q.  Is that why you continued to prescribe
23  Vioxx, sir, to him?
24     A.  Yes, sir.

[205:15] - [208:9]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 205
15     Q.  I'm going to mark as Exhibit 31 a
16  medical record, sir --
17        (DFT. EXH. 31, Grand Strand Regional
18  Medical Center medical record for Gerald Barnett,
19  was marked for identification.)
20  BY MR. GOLDMAN:
21     Q.  I think you need to look at that.
22     A.  Okay.
23     Q.  That I'll identify as
24  BarnettG-GrandStrandRMC 15.  You can just take a
25  minute to look at it and I'll ask you some
page 206
1  questions.
2      A.  Okay.

18

3        Q.  Is this your dictation of what occurred
4   with Mr. Barnett in the January 19th, 20th time
5   frame of 2000?
6        A.  Yes, sir.
7        Q.  Directing your attention to the fifth
8   sentence.  What does it say starting with after,
9   after he was told?
10       A.  After he was told he may require
11  cardiac catheterization, he became quite anxious.
12       Q.  You can continue.
13       A.  This lasted a few seconds and resolved
14  without any specific treatment.  He had an episode
15  of chest pain, fairly severe, in the ER.  He took a
16  sublingual nitroglycerin and pain was resolved
17  within 30 seconds.
18       Q.  You can stop there.  Do you remember,
19  Doctor, that you thought he might need to have a
20  cardiac catheterization in January of 2000?
21       A.  Yes, sir.
22       Q.  What is a cardiac catheterization and
23  why did you think that he might need one?
24       A.  A cardiac catheterization is a
25  diagnostic test where the cardiologist threads a
page 207
1   catheter into an artery either in the arm or the
2   leg and runs it through the artery up into the
3   heart.  They then inject dye which they can see on
4   fluoroscopy or on moving x-ray into the coronary
5   arteries and take pictures of the dye filling the
6   arteries.
7        Q.  What are the coronary arteries?
8        A.  Arteries to the heart.
9        Q.  Please continue.
10       A.  That gives them an indication or an
11  idea about plaque development, movement of the
12  heart muscle to see if there are areas not -- that
13  are not moving properly that you may see in a
14  previous heart attack and also how well the heart's
15  pumping, the strength of the heartbeat.
16       Q.  So you thought that -- that it was
17  possible that he would need a cardiac
18  catheterization in January of 2000, but as I
19  understand it, Mr. Barnett didn't want to go that
20  route?
21       A.  That's correct.
22       Q.  Why not?

19

23      A.  My best guess is he was just too scared
24  of the procedure.  With -- with a heart
25   catheterization when the cardiologist talks to the
page 208
1  patient about it, generally they'll quote odds of
2  about one to a thousand -- one to a thousand chance
3  of dying or one to 10,000.  Those statistics are
4  for all heart catheterizations and many of the
5  people that get heart catheterizations are in the
6  midst of an acute MI or an acute heart attack and
7  their risk is a lot higher, but Mr. Barnett was
8  quite anxious and didn't want to have the
9  catheterization done.

[210:15] - [211:15]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 210
15      Q.  Dr. Mikola, while we were at a break,
16  you told us that there was something you wanted to
17  clarify in this Exhibit 31.
18      A.  Yes, sir.  I probably dictated it out
19  of order.  What occurred when I talked to him about
20  the heart catheterization, it says he did brady
21  down into the 30's after he was told he may require
22  a cardiac catheterization.
23      Q.  What does that mean, first of all,
24  brady down into the 30's?
25      A.  When I talked to him about the cardiac
page 211
1  catheterization, that he may need one, he almost
2  passed out.  Brady down means his pulse went down
3  to 30, 30 beats a minute, and he almost lost
4  consciousness.  He fainted basically and
5  fortunately he was in bed and didn't fall.  But
6  that's how apprehensive he was about the heart
7  catheterization.
8      Q.  Is that one reason why you felt it
9  wasn't necessary to do the catheterization and to
10  go a more conservative route?
11      A.  I don't think he would have agreed to a
12  catheterization.  And that's the decision made
13  between the patient and the cardiologist
14  ultimately, but he was not at that time interested
15  in having a cardiac catheterization.

[214:10] - [214:25]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 214
10      Q.  Recognizing that Mr. Barnett was
11  indicated for aspirin in light of his ischemia
12  condition in January of 2000, did you recommend
13  that he should take aspirin on a daily basis?
14      A.  I don't recall specifically.  I
15  would -- I would have assumed that I did, but I
16  don't recall specifically.  My -- my page with my
17  medicine list in it, which is where I would record
18  the medicines that I had him on, are not in the
19  documents.
20      Q.  Do you agree in light of Mr. Barnett's
21  age at this time, 56 years old, his family history
22  of heart disease, his high cholesterol and his
23  ischemia in January of 2000 that he was indicated
24  for aspirin?
25      A.  Yes, sir.

[216:4] - [217:13]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 216
4       Q.  Under hyperlipidemia on the second page
5   it indicates in the middle he did lower his LDL
6   from 190 to 152 with dietary changes and further
7   decisions regarding his therapy will be made after
8   the results of his cardiac work-up.  Do you see
9   that?
10      A.  Yes, sir.
11      Q.  How would you describe an LDL level of
12  190?
13      A.  High.
14      Q.  How would you describe an LDL level of
15  152?
16      A.  Still high.  I should clarify if I may,
17  the recommendations for lipid levels have changed
18  in the last few years.  Prior to that time, it was
19  recommended that if you don't have two or more risk
20  factors for heart disease, a goal of LDL less than
21  130 is acceptable.  They've subsequently lowered it
22  to 120.  If you have coronary disease, it's
23  recommended that you get it below 100.  So that's
24  why -- that's just -- the target is different
25  depending on risk factors or the presence of
page 217
1  disease.

21

2      Q.  Mr. Barnett had multiple risk factors
3  for heart disease, didn't he?
4      A.  He had two, yes, sir.
5      Q.  High cholesterol?
6      A.  Well, three, male sex, he's a male.
7      Q.  Male, high cholesterol?
8      A.  Family history.
9      Q.  Family history.  Did you consider
10  Mr. Barnett's sex -- gender, male, his high
11  cholesterol and his family history to be risk
12  factors for heart disease in January of 2000?
13      A.  Yes, sir.

[221:23] - [222:12]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 221
23      Q.  You understand that in September of
24  2002 when Mr. Barnett had a cardiac
25  catheterization, it was determined that he had six
page 222
1  vessels that were occluded, several of which were
2  above 80 percent?
3      A.  Yes.  He had at least five.
4      Q.  And it's your understanding that if you
5  have normal stress tests over time, that doesn't
6  mean that you don't have plaque build-up in your
7  arteries?
8      A.  That's absolutely correct.
9      Q.  It's only until you have 70 percent, in
10  your view, or more occlusion that a stress test
11  might pick up the reduced blood flow?
12      A.  That's correct.

[224:17] - [225:1]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 224
17      Q.  Is it also your understanding,
18  Dr. Mikola, that atherosclerosis builds up over
19  time and gets progressively worse?
20      A.  Atherosclerosis, yes, sir.
21      Q.  I know you didn't look inside
22  Mr. Barnett's arteries in January of 2000, but
23  based on the diagnosis of ischemia, that would
24  suggest that he had plaque and atherosclerotic
25  lesions before January of 2000, right?

22

page 225
1      A.  Yes, sir.

[225:10] - [225:15]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 225
10      Q.  Is it your understanding or not, sir,
11   that it takes many years for plaque to develop and
12   atherosclerotic lesions to develop to the point
13   where you have ischemia?
14          MR. ROBINSON:  Objection, vague.
15          THE WITNESS:  Yes, sir, that's correct.

[233:4] - [233:10]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 233
4      Q.  Turning your attention to Exhibit 30 on
5   the Bates stamp at the bottom Huberty 4.  Tell me
6   when you're there.
7      A.  Okay.  Yes, sir.
8      Q.  Is this an office record of yours for
9   Mr. Barnett dated January 27th of 2000?
10      A.  That is correct.

[234:4] - [235:5]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 234
4          Can you please read, Dr. Mikola, what
5   you wrote in the second to last and last sentence
6   under history of present illness.
7      A.  Yes, sir, it's referring to chest pain.
8   He thinks it may have been related to stress and
9   exercising after a layoff and overuse.  It is
10   nearly resolved.
11      Q.  What did you understand Mr. Barnett to
12   mean -- to mean when he said that he thought it may
13   have been related to stress?
14      A.  The episode of chest pain.
15      Q.  Do you know what stress Mr. Barnett was
16   under in January of 2000?
17      A.  Not specifically, no, sir.
18      Q.  Do you remember that Mr. Barnett's wife
19   was unfortunately diagnosed with neck and head
20   cancer in 1999?
21      A.  Now that you mention it, I do recall

23

22   that, yes, sir.
23       Q.  Can that be a stressful event?
24       A.  Definitely.
25       Q.  Can stress affect plaque formation and
page 235
1   the development of heart disease?
2       A.  Yes, we believe that it can.
3       Q.  Can stress be related to the
4   development of ischemia?
5       A.  Yes.

[237:6] - [237:13]       4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 237
6       Q.  Based on your experience with ischemia
7   and these stress test results, I think you said
8   before that you would believe that the patient who
9   was diagnosed with ischemia would have developed
10  plaque and coronary artery disease?
11      A.  The patient diagnosed with ischemia is
12  likely to have significant coronary disease and
13  plaques, yes.

[237:24] - [238:2]       4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 237
24      Q.  To be clear, Mr. Barnett in January of
25  2000 had coronary heart disease that had been
page 238
1   developing over years?
2       A.  I believe that's the case, yes, sir.

[244:1] - [244:7]       4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 244
1       Q.  Either way, whether he was taking
2   Feldene or Vioxx, you didn't believe that either
3   one contributed in any way to his ischemia
4   condition, true?
5           MR. ROBINSON:  He didn't know.
6           THE WITNESS:  I don't believe that
7   either one contributed to his atherosclerosis.

[249:22] - [251:6]       4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 249
22    Q.  Can you turn in Exhibit 30 to Huberty
23  29.
24    A.  Yes, sir.
25    Q.  Is this a blood test based on blood
page 250
1  drawn on March 24th of 2000, sir?
2    A.  Yes, sir.
3    Q.  What does this indicate about
4  Mr. Barnett's LDL cholesterol?
5    A.  This is the blood that he had -- that
6  he was supposed to have before the 21st that I
7  asked him to come back and get.  It indicated that
8  his cholesterol is significantly elevated.
9    Q.  What is the number indicated after LDL
10  cholesterol?
11    A.  174.
12    Q.  Is that significantly high to you, sir?
13    A.  Yes, sir.
14    Q.  And how about his total cholesterol?
15    A.  250.
16    Q.  I'm not sure if this will come up by
17  the time the jury sees this video, but what is LDL
18  cholesterol?
19    A.  LDL is the subfraction of cholesterol
20  that we attribute largely to the plaque-forming
21  process.  Cholesterol generally doesn't float
22  around in the bloodstream on its own.  It's bound
23  to proteins and a protein-cholesterol complex is
24  referred to as HDL, LDL, VLDL, IDL.  There are
25  several different types, but epidemiologically most
page 251
1  data would suggest that high levels of LDL
2  cholesterol in appropriate patients will increase
3  the risk of vascular disease.
4    Q.  And is LDL cholesterol otherwise known
5  as bad cholesterol?
6    A.  Yes, sir.

[256:16] - [257:10]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 256
16    Q.  I think you testified before you
17  thought that he was mildly overweight?
18    A.  Um-hum, yes.  Can I --

```
19      Q.  Let me ask you for -- I'm sorry.
20      A.  Can I comment on that?
21      Q.  Sure.
22      A.  His overall weight he was never
23   morbidly obese. He had -- tended to have abdominal
24   obesity. So he wasn't markedly overweight, but he
25   had the type of obesity or the fat deposition in
page 257
 1   the abdomen that is generally associated with an
 2   increased risk of metabolic syndrome and
 3   atherosclerotic disease, vascular disease. So
 4   although he wasn't markedly overweight, his weight
 5   was concentrated in an area that confers a little
 6   bit higher risk than if it was distributed, say, in
 7   his thighs or buttocks or elsewhere.
 8      Q.  Higher risk for heart disease and heart
 9   attack?
10      A.  Yes, sir.
```

[258:6] - [259:8]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

```
page 258
 6      Q.  Did you understand that Mr. Barnett had
 7   a mild heart attack?
 8      A.  Yes, sir.
 9      Q.  Why do you say that?
10      A.  Two reasons. The elevation of his
11   enzymes, if I remember the numbers, his CPK went to
12   217 or possibly a little higher. The degree of
13   elevation of the CPK is an indicator of the amount
14   of heart muscle that's been damaged by the heart
15   attack. A large heart attack would most likely
16   give you CPK's in the 2, 3, 4,000 range. A CPK in
17   the 200's would indicate a small area of heart
18   muscle has been damaged.
19          The other reason is he was diagnosed
20   with a non-Q wave MI, which means the heart attack
21   did not involve the entire thickness of the heart
22   muscle. The arteries to the heart don't exactly
23   branch out through the heart muscle like muscles --
24   skeletal muscles. They are located on top of the
25   heart. They perfuse through the heart muscle and
page 259
 1   sort of almost percolates through the wall of the
 2   heart muscle, the blood does.
 3          In a larger heart attack, generally the
```

26

4  entire thickness of the cardiac muscle, of the
5  heart muscle wall, will be damaged and that's what
6  we call a Q wave MI.  He had a non-Q wave MI which
7  suggested it wasn't the entire thickness of the
8  heart muscle.

[261:21] - [262:8]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 261
21        Q.  It's Exhibit 37 and it's GrandStrandRMC
22  64 to 65.  Do you see at the top of the page
23   there's a diagnosis, Number 2, coronary artery
24  disease?
25        A.  Yes, sir.
page 262
1        Q.  Do you understand that that is a
2  condition that takes years and years to develop?
3        A.  That's correct.
4        Q.  Mr. --
5        A.  I should say atherosclerotic coronary
6  artery disease takes years and years to develop.
7        Q.  And that's what Mr. Barnett had?
8        A.  Yes.

[267:3] - [267:21]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 267
3        Q.  Did you, sir, attempt to determine
4  after Mr. Barnett's heart attack whether any of the
5  medication that he was taking might harm his heart?
6        A.  Yes, sir.
7        Q.  And you understood that Mr. Barnett was
8  taking Vioxx in December of 2002, right?
9        A.  Yes, sir.
10        Q.  You understood that he was going to
11  continue taking Vioxx after that point because it
12  was helping his pain?
13        A.  Yes, sir.
14        Q.  You would have stopped Mr. Barnett from
15  using Vioxx if you believed it contributed in any
16  way to his heart attack, correct?
17        A.  Yes, sir.
18        Q.  And if you thought Vioxx might cause
19  Mr. Barnett heart problems in the future, you would
20  have told him to stop using it?

27

21    A.  Yes, sir.

[268:13] - [268:18]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 268
13    Mr. -- Dr. Mikola, when you determined
14  that it was okay for Mr. Barnett to continue to
15  take Vioxx after his heart attack, that was in part
16  because you believed at the time that Vioxx had
17  nothing to do with his heart attack?
18    A.  That's correct.

[275:1] - [277:4]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 275
1    Q.  This is a document Bates stamped
2  Cardiogas Associates 54.  It's dated July 18th,
3  2003.  Does it identify you as the referring
4  physician?
5    A.  Yes, sir.
6    Q.  Is this the same type of stress test
7  that was conducted back in January of 2000,
8  Cardiolite?
9    A.  Yes, that's correct.
10    Q.  Directing your attention just to the
11  impression.  What does it say under Number 1?
12    A.  Excellent exercise tolerance.
13    Q.  How long if you look above under stress
14  procedure did Mr. Barnett last on the treadmill
15  that involved a Bruce protocol?
16    A.  Again, 15 minutes.
17    Q.  What did that indicate to you about the
18  condition of Mr. Barnett's heart in July of 2003?
19    A.  It would really indicate two things,
20  one, that he's in pretty good cardiovascular
21  condition and two, that he's unlikely to be able to
22  exercise that long with significant plaque
23  build-up.
24    Q.  If you look under impression again,
25  Number 4, it says, left ventricular ejection
page 276
1  fraction.  What is the number there?
2    A.  58 percent.
3    Q.  Do you remember that that is actually
4  higher than what it was in January of 2000?

28

5      A.  It was 56 percent, I think, just --
6   yes.  1 or 2 percent may be splitting hairs, but
7   it's certainly as good as it was before.
8      Q.  And an ejection fraction of 58 percent
9   in July of 2003 you would consider to be normal?
10      A.  Yes, sir.
11      Q.  Turning back to Huberty 16, in the
12   first paragraph do you see that you wrote in the
13   middle, he had a list of about six questions today
14   that were answered at length.  He has not had any
15   recurrent angina.  He is going to -- it says give
16   but I think you mean dive in Cozumel if possible.
17      A.  Yes, sir.
18      Q.  Did you believe that Mr. Barnett's
19   heart was in good enough condition to go scuba
20   diving in Cozumel if he wanted to?
21      A.  Yes, sir.
22      Q.  Did you ever tell Mr. Barnett that he
23   couldn't go scuba diving because he had had a heart
24   attack?
25      A.  No, sir.
page 277
1      Q.  Was it your understanding that
2   Mr. Barnett intended when he went to Cozumel here
3   in August of 2003 that he was going to scuba dive?
4      A.  Yes, sir.

[284:3] - [284:12]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 284
3      Q.  Is there any indication in your medical
4   records, sir, for Mr. Barnett that he was suffering
5   any psychological or emotional problems as a result
6   of his heart attack?
7      A.  No, sir.
8      Q.  Has Mr. Barnett ever told you in the
9   years that you've seen him that he believes he
10   cannot do certain activities because of his heart
11   attack?
12      A.  No, sir.

[285:17] - [286:7]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 285
17      Q.  Do you see any indication in the

29

18   medical records that Mr. Barnett said he cannot ski
19   because of his heart?
20       A.  No, sir.
21       Q.  Do you see any indication in the
22   medical records that Mr. Barnett cannot dance as
23   often as he wants to because of his heart attack?
24       A.  No, sir.
25       Q.  Did Mr. Barnett ever tell you that he
page 286
 1   felt he could not exercise as much because of his
 2   heart attack?
 3       A.  No, sir.
 4       Q.  As of your last visit with Mr. Barnett,
 5   was it your view that he could do all of those
 6   things?
 7       A.  Yes, sir.

[289:21] - [289:25]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 289
21       Q.  Did you understand that that indicated
22   that there were four times as many heart attacks in
23   the patients using Vioxx 50 milligrams compared to
24   the patients using a thousand milligrams of
25   Naproxen?

[290:5] - [290:14]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 290
 5       Q.  Do you understand?  I want to -- I want
 6   to get your understanding of the .1 percent versus
 7   .4 percent, okay?
 8       A.  Yes.  Yes, that would indicate there
 9   were four times more likely -- four times more
10   events.
11       Q.  Did you know in about November of 2000
12   that there were four times as many heart attack
13   events in the Vioxx arm of the VIGOR study compared
14   to the Naproxen arm?

[290:17]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 290
17           THE WITNESS:  Yes, sir.

30

[291:14] - [291:20]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

                        page 291
14       Q.   We'll go through the other parts.
15   Would it have made a difference to you, Dr. Mikola,
16   if in that sentence the non-Q Merck authors and
17   Merck had written that there were 17 heart attacks
18   in the Vioxx arm versus 4 heart attacks in the
19   Naproxen arm?
20       A.   Probably not.

[292:5] - [292:25]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

                        page 292
5       Q.   There's been an allegation that Merck
6   should have updated information that occurred after
7   the cutoff date in this study.  Do you know what I
8   mean by cutoff date?
9       A.   Yes, sir.
10       Q.   And that Merck should have included
11   three additional heart attack events that occurred
12   after the cutoff date, okay?
13       A.   Yes, sir.
14       Q.   Now, if Merck had included three
15   additional heart attacks that occurred after the
16   cutoff date of this study, that would have changed
17   the percentages to five times, in other words,
18   there would have been five times as many heart
19   attacks in the Vioxx arm versus the Naproxen arm.
20   Are you with me?
21       A.   Yes, sir.
22       Q.   Would it have made a difference to you
23   if the number was five times as opposed to four
24   times?
25       A.   I don't believe so.

[313:21] - [314:9]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

                        page 313
21       Q.   Do you see that Exhibit 43 is a dear
22   healthcare professional letter that Merck sent in
23   April of 2002 indicating in the second paragraph,
24   the prescribing information has been revised to
25   reflect the results of the VIGOR study and the FDA
page 314

31

1  approval of Vioxx for the relief of the signs and
2  symptoms of rheumatoid arthritis in adults?
3      A.  Yes, sir.
4      Q.  And then I'm going to ask you a number
5  of questions about this, but do you see on the
6  first page, it says, important prescribing
7  information, and on the second it says the same
8  thing at the top?
9      A.  Yes, sir.

[315:8] - [315:15]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 315
8      Q.  Do you recall one way or the other
9  whether or not you received the dear healthcare
10  professional letter in April of 2002?
11      A.  I don't specifically recall.
12      Q.  Do you have any reason to dispute that
13  you were sent the letter and that it arrived at
14  your office?
15      A.  No.

[316:20] - [317:24]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 316
20      Q.  The document that you're looking at,
21  sir, do you see that Merck is indicating the study
22  results of the gastrointestinal safety of VIGOR?
23      A.  Yes, sir.
24      Q.  And then there's a table.  Do you see
25  that?
page 317
1      A.  Yes, sir.
2      Q.  Then there's other safety findings and
3  it describes cardiovascular safety at the bottom of
4  Page 2, correct?
5      A.  Yes, sir.
6      Q.  On Table 2, do you see that it --
7  there's a comparison of patients with serious
8  cardiovascular thrombotic adverse events over time?
9      A.  Yes, sir.
10      Q.  And that if you look in the table on
11  the far right, do you see that for Vioxx 50
12  milligrams, there were 45 events at ten-and-a-half
13  months compared to 19 events for Naproxen?

32

14    A.  Yes, sir.
15    Q.  And that's 1.81 percent of the patients
16  who had serious cardiovascular adverse events in
17  the Vioxx arm and .60 percent in the Naproxen arm?
18    A.  That's the cumulative rate, yes, sir.
19    Q.  Do you also see the asterisk above the
20  1.81 percent and that that is a
21  statistically-significant difference as evidenced
22  at the bottom of the table where it says, P value
23  is less than .002?
24    A.  Yes, sir.

[322:3] - [322:9]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 322
3    Q.  Yes, but if you had known before
4  Mr. Barnett's heart attack that you should use
5  caution in prescribing Vioxx in patients who had a
6  medical history of ischemic heart disease, in light
7  of Mr. Barnett's January 2000 ischemic event, would
8  you have prescribed Vioxx to Mr. Barnett?
9    A.  I don't believe so.

[322:22] - [323:11]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 322
22    Q.  I've handed you what I've marked as
23  Exhibit 44 --
24    A.  Yes, sir.
25    Q.  -- a package insert that is dated April
page 323
1  of 2002 approved by the Food and Drug
2  Administration, okay?
3    A.  Yes, sir.
4    Q.  When you were prescribing Vioxx to
5  Mr. Barnett in the April 2002 time frame, were you
6  familiar with the risks and benefits of the label
7  that was in existence at the time?
8    A.  Yes, sir.
9    Q.  So you would have been familiar with
10  the information contained in Exhibit 44?
11    A.  Yes, sir.

[325:5] - [325:17]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

33

page 325

5      Q.  And then further down where it says,
6   other safety findings, cardiovascular safety, do
7   you see that it indicates the VIGOR study showed a
8   higher incidence of adjudicated serious
9   cardiovascular thrombotic events in patients
10   treated with Vioxx 50 milligrams once daily as
11   compared to patients treated with Naproxen 500
12   milligrams twice daily?
13      A.  Yes, sir.
14      Q.  You understood that information back in
15   November of 2000 when you read the VIGOR study,
16   right?
17      A.  Yes, sir.

[328:5] - [328:22]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 328

5      Q.  And if you look on the right-hand
6   column under precautions under cardiovascular
7   effects, the information below should be taken into
8   consideration and caution should be exercised when
9   Vioxx is used in patients with a medical history of
10   ischemic heart disease and then it continues to
11   describe the VIGOR study.
12         Do you see that?
13      A.  Not yet.
14      Q.  Right-hand column under precautions,
15   cardiovascular effects.
16      A.  Oh, yes, sir.
17      Q.  Do you see the sentence, the
18   information below should be taken into
19   consideration and caution should be exercised when
20   Vioxx is used in patients with a medical history of
21   ischemic heart disease?  Do you see that?
22      A.  Yes, sir.

[331:22] - [332:6]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 331

22      Q.  To you as a prescribing physician when
23   you were prescribing Vioxx to Mr. Barnett before
24   his heart attack, was the most important clinical
25   trial evidence concerning heart attack risk
page 332

34

1  evidence that would be generated in
2  placebo-controlled studies?
3      A.  I think conclusions drawn from
4  placebo-controlled studies are easier to interpret
5  cause and effect and probably more generalizable
6  when you're looking at safety and efficacy.

[333:6] - [335:14]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 333
6       Q.  If you skip down to the next sentence,
7  the significance of the cardiovascular findings
8  from these three studies, VIGOR and two
9  placebo-controlled studies, is unknown.
10          Do you see that?
11      A.  Not yet.  I'll find it, though.  Yes,
12  sir.
13      Q.  That was information you knew in April
14  of 2002, right?
15      A.  Yes, sir.
16      Q.  And when you were deciding to prescribe
17  Vioxx to Mr. Barnett who needed to have pain
18  relief, you were weighing the risks and the
19  benefits associated with Vioxx, right?
20      A.  That's correct.
21          MR. WACKER:  Objection, leading.
22  BY MR. GOLDMAN:
23      Q.  Are you weighing the risks and benefits
24  of Vioxx based on how they're described in the
25   package insert when you're deciding whether to
page 334
1  prescribe Vioxx to Mr. Barnett?
2      A.  That's one part of the decision-making
3  process.
4      Q.  And here in April of 2002, the
5  FDA-approved label is indicating that the reason
6  for the difference in VIGOR and these
7  placebo-controlled studies is uncertain.  Do you
8  see that?
9      A.  Yes, sir.
10      Q.  When you're making a risk-benefit
11  decision about whether to prescribe Vioxx to
12  Mr. Barnett, it's important that you know that --
13  when you were prescribing the Vioxx to Mr. Barnett
14  after April of 2002, you understood the
15  FDA-approved label saying that the results of VIGOR

35

16  and these placebo-controlled studies were unknown,
17  correct?
18          MR. WACKER:  Objection,
19  mischaracterizes the evidence of -- and vague and
20  ambiguous as to FDA approved.
21          THE WITNESS:  I would interpret it as
22  the results of the VIGOR and the other two studies
23  are not definitive.
24  BY MR. GOLDMAN:
25      Q.  And you understood that back in April
page 335
1  of 2002?
2      A.  Yes, sir.
3      Q.  Based on that, you felt that the
4  benefits of Vioxx outweighed the risks for
5  Mr. Barnett --
6          MR. WACKER:  Objection, assumes
7  facts --
8  BY MR. GOLDMAN:
9      Q.  -- in part?
10          MR. WACKER:  Objection, assumes facts
11  not in evidence, overbroad, vague and ambiguous.
12          THE WITNESS:  I thought -- I thought
13  that the risk-to-benefit ratio was acceptable for
14  Mr. Barnett.

[348:9] - [348:12]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 348
9      Q.  Let me hand you, Dr. Mikola, what I've
10  marked as Exhibit 46.  This is a current version of
11  the Feldene package insert, okay?
12      A.  Yes, sir.

[349:22] - [350:8]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 349
22      Q.  Can you read the first bullet point
23  under cardiovascular risk in the black box for
24  Feldene.
25      A.  Yes, sir.
page 350
1      Q.  Out loud.
2      A.  NSAIDs may cause an increased risk of
3  serious cardiovascular thrombotic events,

36

4  myocardial infarction and stroke, which can be
5  fatal.  This risk may increase with duration of
6  use.  Patients with cardiovascular disease or risk
7  factors for cardiovascular disease may be at
8  greater risk.  See warnings.

[351:11] - [351:14]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 351
11      Q.  Are you aware that Celebrex and Mobic
12  and the other NSAIDs have the same black box
13  warning today?
14      A.  Yes, sir.

[352:10] - [352:23]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 352
10      Q.  Even though there is a black box
11  warning for potential cardiovascular risks, however
12  small, in Feldene and other NSAIDs, you still
13  prescribe those NSAIDs if you think the benefits
14  outweigh the risks, right?
15      A.  Yes, sir.
16      Q.  And even if there's the potential for
17  some small increased cardiovascular risk for a
18  particular patient, that pain that that patient is
19  experiencing every day is a relevant factor in
20  deciding whether or not the benefits outweigh the
21  risks for that particular medicine, true?
22      A.  Yes, sir.  The pain affects their
23  quality of life issues significantly.

[355:25] - [356:3]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 355
25      Q.  Doctor, you're aware that Vioxx
page 356
1  increases hypertension or at least increases blood
2  pressure?
3      A.  It can, yes.

[385:7] - [387:4]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 385

37

7      Q.  Can you turn back -- let me go in
8    order.  You were asked about whether Vioxx can
9    increase the risk of hypertension.  Do you remember
10   that?
11        A.  Yes, sir.
12        Q.  Or increase hypertension?
13        A.  Yes, sir.
14        Q.  Are you aware that Vioxx and its
15   warning label always warned about the potential
16   increased risk of hypertension?
17          MR. WACKER:  Objection, misstates the
18   evidence in terms of a warning.
19          THE WITNESS:  It was always in the
20   package insert, yes.
21   BY MR. GOLDMAN:
22        Q.  Do you understand -- is it your
23   understanding, sir, that all COX-2 inhibitors and
24   NSAIDs have the potential to increase the risk of
25   hypertension?
page 386
1        A.  Yes, sir.
2        Q.  In Feldene's warning label that I
3    handed you before, it indicates the whole section
4    on hypotension stating, NSAIDs, including Feldene,
5    can lead to onset of new hypertension and worsening
6    of preexisting hypertension, either of which may
7    contribute to the incidence -- increased incidence
8    of CV events.
9          Do you see that?
10        A.  What page?
11        Q.  It's on Page 4.
12        A.  Yes, sir.
13        Q.  Did you notice at all, sir, while
14   Mr. Barnett was taking Vioxx his hypertension did
15   not increase?
16        A.  I would have to look at my records.
17   Mr. Barnett had what we call white coat
18   hypertension.  His blood pressures in the office
19   were generally elevated – or frequently, not
20   always, and that's often attributable to
21   apprehension.  When I questioned him about it and
22   he told me he had his blood pressure checked other
23   places, it was generally normal, 120 over 80 range.
24   So outside the office, per his report, his blood
25   pressure wasn't affected.
page 387

38

1    Q.  You didn't see any evidence while you
2  were treating Mr. Barnett that Vioxx was increasing
3  his hypertension, true?
4    A.  That's correct.