# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 JUN 12  AM 10: 43*
*LORETTA G. WHYTE*
*CLERK*

|  |  |
|---|---|
| In re:  VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
|  | JUDGE FALLON |
| This document relates to Case No. 02:06cv485: | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett, | |
| v. | |
| Merck & Co., Inc. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

Plaintiff Gerald Barnett, by and through his undersigned counsel, hereby designates the

Following deposition testimony that may be used at the trial of this matter.  Plaintiff reserves the

right to supplement this list.  The list below does not include counter designations to any

deposition testimony offered by Defendant Merck & Co.  Plaintiff reserves the right to offer any

deposition testimony designated by Defendant Merck & Co.  Plaintiff reserves the right to

withdraw any testimony designated herein:

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

1

1.     **<u>Susan Baumgartner</u>**

   Baumgartner 2/25/05
   12:14-12:15
   13:11-13:18
   14:2-14:23
   17:2-17:6
   19:20-20:14
   20:17-21:22
   22:5-22:19
   23:3-23:4
   23:7-23:10
   26:8-26:12
   28:11-28:15
   28:23-29:10
   29:11-29:12
   29:23-29:25
   30:1-30:6
   30:9-30:14
   30:15-30:22
   30:25-31:3
   31:16-31:22
   32:13-33:1
   33:3-33:18
   34:19-35:19
   36:1-36:3
   36:5-36:22
   37:19-37:22
   39:12-39:16
   41:20-41:25
   42:2-42:19
   42:21-42:22
   44:3-44:11
   44:13-44:14
   45:1-45:9
   46:13-47:6
   47:24-48:11
   48:14-49:5
   49:22-50:2
   51:2-51:3
   51:11-51:21
   52:14-52:19
   52:21-53:10

53:23-54:1
54:4-54:5
54:15-54:20
54:23-54:24
55:1-55:3
56:16-57:6
57:8-58:6
60:1-60:18
61:15-63:2
63:5-63:5
63:7-63:24
64:9-64:19
65:4-66:1
66:6-66:11
68:13-69:4
121:11-121:15
124:2-125:6
125:17-125:25
126:17-126:18
126:22-126:23
132:18-132:21
133:5-134:3
134:13-134:19
134:24-134:25
135:3-135:20
137:6-137:21
137:25-138:6
138:9-138:9
156:3-156:11
157:5-158:2
161:6-162:7
167:10-167:13
167:22-168:16
168:20-169:22
169:24-170:15
171:14-172:5
178:3-178:6
178:8-179:5
179:8-179:24
180:9-181:12
181:16-182:16
182:19-182:19
182:23-182:25
184:5-184:22
184:24-185:1

198:14-198:14
199:22-199:23
202:7-203:16
203:19-203:22
205:7-206:1
206:23-207:2
207:9-207:12
208:12-209:15
209:17-209:20
210:11-210:19
213:20-214:16
214:20-214:23
218:16-219:4
219:7-219:10
221:17-221:24
225:14-225:20
226:7-226:9
228:15-229:2
229:5-229:5
245:1-245:1
245:4-246:8
246:16-247:7
247:19-247:21
248:9-248:23
249:1-249:3
259:11-259:19
259:21-260:9
260:11-260:12
260:17-260:18
261:8-261:11
262:5-262:10
263:1-263:3
263:5-263:6
263:12-263:25
264:3-264:3

Baumgartner 9-30-05
18:16-18:24
21:19-22:2
22:24-23:3
23:6-23:23
24:2-24:4
30:15-30:20
33:1-33:17
34:12-35:6

38:18-39:6
48:2-48:13
55:1-55:7
55:11-55:14
57:1-57:8
57:11-57:21
70:17-72:10
72:13-74:1
76:14-76:19
77:17-77:23
78:4-78:7
80:4-80:12
81:9-83:5
131:16-132:11
234:18-238:8
238:12-240:21
240:24-242:16
243:1-243:4
243:8-249:2
249:5-249:10
249:13-250:7
251:12-251:24
266:3-266:7
266:10-267:16
268:17-268:22
269:1-270:5
271:4-271:18
271:21-272:2
273:6-273:9
273:12-274:7
274:11-275:7
275:10-275:10

2.     **Michele Beneduce**

8:8-8:12
9:23-10:5
10:15-10:17
12:10-12:22
13:16-14:10
14:13-14:17
16:9-16:24
27:7- 27:14
27:15-27:17
27:20-27:21

27:24-27:24
28:1-28:5
28:8-28:10
28:17-28:20
28:23-28:23
30:3-30:5
30:8-30:8
30:21-31:2
31:5-31:9
31:12-31:13
33:2-33:6
33:9-33:14
33:17-33:17
35:1-35:9
36:1-36:12
38:8-39:6
43:2-43:6
46:19-47:3
57:2-58:5
58:9-59:2
59:5-59:14
59:17-59:17
60:17-61:2
61:5-61:5
80:2-80:7
80:10-81:4
81:7-81:9
82:6-82:10
82:13-82:16
82:19-83:2
83:5-83:13
83:17-84:2
84:10-84:19
84:22-84:24
87:21-88:7
88:10-89:3
105:23-106:7
106:10-106:15
108:22-109:6
109:15-110:3
110:14-110:19
125:4-125:8
142:10-142:17
142:20-143:9
143:12-143:12

144:14-145:8
145:11-145:17
186:13-186:15
187:5-187:11
187:14-187:17
187:20-187:20
187:24-188:3
188:6-188:14
188:22-188:24
189:3-189:4
202:20-202:22
203:1-203:4
203:7-203:9
203:12-203:23
204:3-204:8
248:22-249:8
249:21-250:3
255:4-255:6
255:9-255:14
255:17-256:10
256:13-256:17
256:20-256:24
257:3-257:3
263:13-264:5
266:23-267:5
268:6-269:24
270:14-273:21
276:15-277:4
284:1-284:23
285:2-285:6
285:9-285:18
288:15-288:24
289:14-289:17
333:9-333:21
333:24-333:24
334:8-334:18
334:21-334:21
335:10-336:6
336:9-336:16
336:19-336:23
337:2-337:12
337:15-337:22
338:1-338:8
338:24-339:3
339:6-339:6

351:7-351:11
351:20-352:16
352:19-353:4
353:7-353:9
353:13-353:17
353:20-354:3
354:6-354:6
354:9-354:18
354:21-354:21
354:24-355:7
355:10-355:22
356:1-356:4

3.    **Thomas Bold**

The entire deposition of Thomas Bold, taken 3/11/05 and 7/29/05.

4.    **Curtis Bryan**

3:25-4:11
6:16-8:20
9:1-10:7
10:19-12:19
12:24-13:10
13:13-15:4
15:15-15:17
15:19-15:20
16:4-16:11
17:7-17:12
17:24-18:16
19:5-19:19
19:21-19:22
20:13-20:14
20:18-20:18
20:22-21:4
21:6-21:6
21:8-21:10
21:13-21:13
24:1-28:4
28:22-28:24
29:1-29:1
29:3-32:14
32:18-36:9
36:11-36:11
36:13-36:25

37:12-39:21
40:17-41:8
41:10-41:12
41:22-45:3
45:9-45:10
45:15-45:18
45:24-46:8
46:13-47:18
47:23-54:16
54:23-57:17
58:4-58:12
58:18-60:14
60:21-61:23
62:5-62:25
63:19-67:23
68:6-69:17
69:21-69:23
170:16-172:1
172:20-173:7
173:10-174:14
174:16-174:16
174:18-176:2
176:9-176:23
176:25-176:25
177:15-178:3
178:15-178:21
178:23-179:7
179:15-179:21

5.   **Gregory Curfman**

Curfman 11-21-05
12:13-12:14
13:5-16:18
17:22-18:3
20:22-22:1
22:2-22:14
26:3-26:15
26:17-27:11
44:1-46:3
46:8-48:8
54:5-54:9
54:11-54:21
55:16-58:15
59:8-59:15
60:11-61:2
61:10-62:4
62:6-62:16
66:19-67:19
72:4-72:8
73:14-73:18
73:21-74:24
75:7-75:15
75:24-77:20
84:14-84:18
88:12-89:15
90:16-90:23
91:1-91:2
104:13-104:19
104:21-105:5
105:7-105:22
105:24-106:23
110:6-110:8
110:13-111:2
111:23-112:7
112:9-112:12
112:23-113:5
113:7-113:17
124:4-126:1
130:4-130:8
141:20-142:5
148:19-148:20
148:23-149:14

157:7-158:5
168:10-168:23
169:1-169:9
169:11-169:11
169:12-169:18

Curfman 1-24-06
43:15-43:21
45:21-46:11
69:5-70:16
122:20-123:9
123:16-125:7
131:10-131:14
131:19-132:1
176:16-177:1
177:10-179:3
187:17-188:12
188:16-191:7
248:12-249:10
260:14-261:13
263:21-264:7

6.      **James Dunn**

9:3-10:4
12:2-12:5
12:8-12:12
291:7-291:14
292:12-292:20
292:23-295:7
295:9-297:11
298:24-299:2
299:4-299:13
304:5-305:22

7.      **Stephen Epstein**

13:5-13:7
13:12-15:24
16:2-17:15
17:19-24:12
24:19-25:2
25:20-26:3
26:12-28:24
29:6-29:18

30:2-30:12
31:15-32:10
32:12-32:23
33:20-33:24
36:12-37:8
37:11-38:13
41:17-42:19
42:23-43:1
43:5-43:12
43:15-43:15
51:2-51:6
51:19-52:5
53:16-54:7
54:11-54:16
55:11-55:12
55:14-55:15
56:7-56:14
58:2-58:16
59:3-59:24
60:10-61:3
61:14-61:15
61:18-61:24
62:7-63:5
65:8-69:23
70:10-70:14
71:11-71:22
72:2-73:10
75:16-76:22
77:15-77:23
79:19-83:3
85:1-85:2
85:4-87:10
88:12-88:15
88:17-89:23
91:15-91:19
92:22-93:4
93:10-93:13
93:17-93:17
93:20-94:1
97:10-97:19
99:8-99:9
100:4-100:23
104:18-105:10
108:8-108:9
108:16-109:11

109:20-110:3
112:22-113:16
115:11-115:22
116:8-116:11
116:14-119:3
119:7-120:20
120:23-120:23
123:4-123:5
123:18-123:23
124:12-124:16
124:19-125:22
126:1-126:10
131:13-131:21
134:4-134:9
140:18-141:13
141:19-142:19
207:17-207:22
210:8-212:5
228:7-229:2
230:12-231:14
237:20-238:19
238:22-239:4
239:22-240:3
240:6-13
240:16-241:3
263:14-264:2
264:5-264:7
264:20-265:18
266:11-267:18
267:21-267:22
290:13-290:16
291:3-291:8
292:6-292:17
293:4-293:13

8.      **David Graham**

33:23 - 34:1
34:8 - 34:10
35:13 - 38:1
39:8 - 40:2
40:20 - 41:13
41:18 - 44:22
47:8 - 48:11
60:9 - 60:13

61:5 - 63:7
63:15 - 64:16
65:14 - 66:6
66:22 - 68:3
69:9 - 69:18
70:11 - 70:14
73:14 - 74:9
74:13 - 75:24
76:5 - 76:7
80:19 - 81:4
82:18 - 82:24
83:2 - 83:9
83:13 - 84:10
84:20 - 86:18
89:12 - 89:23
91:18 - 94:15
94:19 - 95:3
95:5 - 97:17
110:19 - 115:2
115:5 - 117:18
118:18 - 120:12
120:18 - 121:1
121:9
121:13 - 122:6
123:5 - 124:10
124:17 - 124:18
124:20 - 124:23
133:3 - 133:9
133:12 - 133:19
134:3 - 137:23
138:3 - 141:6
141:8 - 143:10
143:16 - 143:18
143:20 - 152:10
152:21 - 153:13
153:18 - 155:11
158:7 - 159:8
159:17 - 168:1
169:16 - 171:23
172:2 - 172:3
172:6 - 173:8
174:11 - 174:20
175:1 - 176:24
177:5 - 178:11
178:13 - 178:21

178:23 - 179:6
182:6 - 182:13
186:1 - 186:17
186:21 - 187:17
187:23 - 188:13
192:24 - 196:21
203:14 - 205:23
222:11 - 222:14
222:16 - 222:20
222:22 - 224:5
463:2 - 463:13
463:16 - 463:18
509:13 - 511:6
515:10 - 516:6
516:7 - 517:12
517:15 - 517:20
517:21 - 518:14
561:21 - 561:22
562:11
562:11 - 562:18
563:2 - 563:13
564:12
564:15 - 565:1
565:5 - 565:6

9.   **Mark Karavan**

6:3-7:1
7:5-7:7
7:9-7:9
7:17-7:22
11:11-11:23
15:7-15:23
16:3-16:5
16:12-17:17
17:20-19:1
19:12-19:16
19:22-19:23
20:1-20:5
20:8-22:3
23:12-23:17
25:1-25:9
26:22-27:8
27:12-29:10
30:14-30:24

31:6-32:12
32:15-33:8
33:10-33:15
37:12-38:2
38:6-38:12
38:14-39:13
39:15-39:17
40:24-41:2
41:5-41:20
42:6-42:9
42:11-42:17
42:22-43:5
43:9-43:19
43:21-43:24
44:1-44:4
44:24-45:6
45:14-46:4
46:12-46:20
49:17-50:3
50:5-50:6
50:7-50:7
50:12-51:8
51:11-51:11
51:15-51:17
51:20-51:23
52:1-52:12
52:18-54:16
54:19-54:20
54:23-54:24
55:5-55:5
55:10-57:5
57:11-57:24
58:1-58:23
58:25-59:3
59:5-59:10
59:20-59:21
59:23-60:8
60:11-60:16
60:20-61:8
61:13-62:6
62:8-62:22
63:5-63:16
68:7-68:18
68:21-69:4
70:10-71:10

71:17-72:2
72:9-72:11
72:24-73:5
73:21-73:23
74:16-74:21
77:4-77:18
79:13-79:23
83:1-83:3
84:10-85:19
86:2-86:5
86:7-86:21
87:3-87:8
87:10-87:13
89:7-89:18
89:20-90:1
90:3-90:17
90:22-91:3
94:4-94:21
94:23-94:25
95:9-96:18
100:13-100:16
101:7-101:15
101:17-102:6
102:8-102:16
103:8-103:19
105:25-106:5
107:1-107:5
107:13-108:7
114:24-115:8
126:23-127:17
131:18-132:6
132:9-132:18
173:16-173:23
177:17-178:21
179:21-180:1
228:13-228:16
228:19-228:24
231:7-231:13
231:21-231:23
232:24-233:1
233:7-233:8
234:9-234:10
234:12-234:14
246:7-246:8
246:14-246:17

246:22-246:24
247:4-248:7
248:13-248:15

10. **Michael McCaffrey**

4:4-4:9
5:9-6:16
34:3-34:25
35:21-37:5
37:13-38:1
39:7-40:19
40:23-41:15
41:19-41:19
41:22-41:24
42:5-43:8
57:11-57:17
59:22-61:4
64:10-64:14
65:8-65:20
66:7-66:21
67:17-69:2
74:1-75:12
76:4-76:11
97:4-98:5
102:4-102:19
112:4-112:5
114:2-114:5
114:11-114:25
117:3-117:5
117:8-117:9
117:12-117:20
117:22-118:6
118:19-118:24
119:1-119:5
119:7-120:7
120:10-120:17
121:3-121:6
121:9-121:11
121:15-123:6
123:21-124:5
124:7-124:7
124:24-124:25
125:2-125:3
125:20-127:12

127:20-128:24
129:5-129:8
131:9-131:15
132:2-132:24
133:3-133:8
133:16-134:11
134:14-135:5
136:21-136:22
137:1-137:16
138:9-138:11
139:9-139:17
139:21-140:2
140:4-140:4
140:6-140:15
141:16-141:19
142:7-142:10
142:19-142:22
143:3-143:4
143:16-143:19
143:25-144:2
144:12-144:13
144:17-145:18
146:3-146:9
146:13-147:15
147:17-149:7
150:2-150:4
150:7-150:12
150:14-150:19
151:17-151:19
151:24-152:1
152:3-152:3
152:12-153:8
153:10-154:10
155:1-155:2
155:9-156:3
156:16-156:22
157:6-157:15
157:24-158:8
158:20-158:25
159:3-160:4
160:6-160:18
160:20-160:20
161:4-161:14
161:16-162:4
163:6-163:9

164:2-164:23
164:25-165:19
165:25-166:5
166:8-167:8
167:10-167:10
167:19-167:25
168:12-168:13
168:17-168:18
168:25-169:8
169:10-169:10
170:10-170:23
173:9-173:14
174:1-175:5
175:8-175:17
175:20-175:21
175:25-176:18
176:21-177:3
178:12-178:13
178:15-180:4
181:1-181:3
181:6-181:7
181:9-181:16
181:19-182:3
182:5-182:16
183:6-183:8
183:23-184:1
184:3-184:10
185:16-186:4
186:15-188:3
188:5-189:3
189:10-189:13
189:15-189:23
190:1-190:5
190:7-190:12
190:14-190:24
192:19-192:22
192:25-192:25
193:3-193:11
193:20-193:21
193:24-193:24
194:1-194:8
213:14-213:17
214:3-214:7
215:7-215:23
220:17-222:5

224:15-224:25
225:3-225:13
225:15-226:19
227:22-228:9
228:19-228:23
235:18-236:5
236:20-238:3

11.   **Charlotte McKines**

17:6 - 18:1
18:13 - 18:16
18:17 - 19:16
20:6 - 20:10
20:12 - 20:16
21:19 - 22:1
23:5 - 23:8
27:11 - 27:13
27:19 - 28:3
40:12 - 40:23
41:2 - 41:6
42:21 - 42:23
43:2 - 43:5
43:7 - 43:10
44:3 - 44:6
44:8 - 44:11
44:14 - 44:15
46:1 - 46:24
47:11 - 47:15
47:16 - 48:2
48:5 - 48:6
50:2 - 50:7
52:5 - 52:6
52:8 - 52:14
65:12 - 65:16
65:19 - 65:23
66:1 - 66:10
66:20 - 67:2
67:2 - 68:2
68:5 - 68:8
68:15 - 69:16
69:17 - 69:20
69:23 - 70:1
71:9 - 71:21
72:11 - 72:14

72:17 - 72:21
72:23 - 73:10
73:14 - 73:20
74:4 - 74:11
74:12 - 74:17
74:20 - 75:16
76:20 - 77:1
77:3 - 77:8
77:9 - 77:21
79:4 - 79:11
79:12 - 79:13
80:3 - 80:4
80:9 - 80:22
81:7 - 82:1
82:2 - 82:12
82:13 - 82:17
82:21 - 82:22
82:24 - 83:4
83:7 - 83:10
83:13 - 83:16
83:18 - 84:6
84:9 - 84:14
84:15 - 85:7
85:10 - 85:14
85:16 - 88:4
88:7 - 89:11
89:14 - 89:22
89:24 - 90:23
91:2 - 91:24
92:4 - 92:17
92:20 - 92:21
92:23 - 93:9
93:13 - 93:18
93:19 - 94:3
94:6 - 94:16
94:19 - 95:5
95:6 - 95:24
96:3 - 96:5
96:7 - 97:1
97:11 - 98:8
98:17 - 99:3
99:6 - 99:7
99:18 - 99:24
100:3 - 100:11
100:13 - 100:17

100:20 - 101:3
101:5 - 101:9
101:11 - 101:23
102:5 - 102:10
104:22 - 104:23
105:10 - 105:12
106:9 - 106:13
106:14 - 106:20
106:21 - 107:10
107:11 - 108:15
109:6 - 109:8
109:11 - 109:14
109:24 - 111:10
111:14 - 111:24
112:3 - 112:20
112:21 - 113:15
113:19 - 114:1
114:4 - 114:15
114:18 - 115:1
115:20 - 116:14
116:17 - 117:4
118:3 - 118:9
118:11 - 119:2
119:7 - 119:15
119:24 - 120:12
120:21 - 120:23
121:1 - 121:2
122:9 - 123:9
123:18 - 124:13
124:16 - 124:24
141:7 - 141:11
141:12 - 141:13
142:1 - 142:10
142:12 - 142:16
142:19 - 142:20
147:19 - 148:13
150:3 - 150:6
150:9 - 150:11
150:13 - 151:2
151:3 - 152:22
158:7 - 158:11
158:19 - 159:3
160:10 - 161:2
161:9 - 161:15
161:17 - 161:18

161:21 - 163:6
163:8 - 163:9
173:23 - 174:23
175:2 - 175:5
175:7 - 175:13
176:3 - 177:14
177:20 - 178:4
178:7 - 178:12
180:3 - 180:4
181:3 - 181:11
181:12 - 182:23
183:4 - 185:1
189:21 - 190:20
195:10
195:20 - 195:22
196:2 - 196:5
196:17 - 196:24
197:1 - 197:14
197:17 - 197:18
197:20 - 199:7
199:12 - 200:24
201:3 - 202:6
202:9 - 202:22
203:8 - 203:21
204:22 - 205:1
205:8 - 205:21
205:24 - 206:6
206:22 - 208:18
208:21 - 209:13
209:17 - 210:18
213:4 - 213:8
213:19 - 215:7
215:10 - 216:2
216:6 - 217:12
217:15 - 218:12
218:15 - 218:18
221:8 - 221:23
224:11 - 224:22
225:1 - 225:6
225:21 - 226:15
226:20 - 227:5
227:16 - 227:17
228:11 - 228:18
228:23 - 230:19
230:24 - 231:8

231:11 - 231:15
233:1 - 233:15
233:20 - 234:18
234:21 - 235:14
236:4 - 236:19
237:9 - 239:1
239:11 - 240:22
240:23 - 242:22
243:3 - 243:13
244:13 - 245:21
245:24 - 246:24
247:3 - 247:20
248:4 - 249:16
249:21 - 251:2
251:6 - 252:2
252:5 - 253:9
253:10 - 253:19
253:21 - 255:20
255:23 - 256:8
256:9 - 256:13
256:14 - 256:20
257:23 - 258:5
258:15
258:24 - 259:4
259:22 - 260:8
260:14 - 261:17
261:20 - 261:24
264:2 - 264:8
264:12 - 265:5
265:8 - 265:12
265:21 - 266:20
267:2 - 267:23
268:8 - 269:11
269:14 - 269:23
270:7 - 271:11
273:3 - 275:7
275:10 - 275:21
275:24 - 277:5
277:6 - 277:24
278:3 - 278:19
278:22 - 279:1
279:9 - 279:18
281:7 - 281:17
281:21 - 282:15
282:19 - 283:23

284:4 - 284:6
284:11 - 285:9
285:12 - 285:14
285:19 - 287:19
287:20
288:24 - 290:10
290:11 - 291:14
291:15 - 291:24
292:3 - 295:16
297:14 - 298:5
298:9 - 299:3
299:11 - 299:17
299:19 - 300:10
301:5 - 301:22
301:23 - 302:16
302:19 - 304:6
304:13 - 304:14
305:2 - 305:24
306:13 - 307:13
308:18
309:4 - 310:6
310:7 - 310:19
310:22 - 312:11
312:14 - 312:17
313:4 - 313:9
314:16 - 316:18
317:1 - 317:22
317:24 - 318:6
317:24 - 318:6
322:7 - 324:13
324:22 - 326:19
326:22 - 327:19
327:22 - 327:24
328:10 - 328:12
328:16
328:19 - 330:5
330:8 - 330:16
330:24 - 334:15
334:18 - 335:18
335:20 - 337:5
337:9 - 337:18
337:19 - 337:20
338:7 - 338:17
338:22 - 339:4
339:20 - 340:5

340:14 - 342:16
343:14 - 344:11
345:2 - 346:24
351:14 - 351:19
352:16 - 353:6
353:9 - 354:5
354:8 - 355:24
356:4 - 356:14
357:1 - 357:22
358:5 – 358:17
358:20 - 360:23
361:2 - 363:15
363:16
364:11 - 364:14
364:17 - 365:1
365:3 - 365:12
365:15 - 366:21
367:1 - 368:10
368:11 - 368:14
368:22 - 370:22
371:7 - 372:7
372:8 - 372:12
372:21 - 374:2
374:8 - 374:12
374:18 - 375:20
375:24 - 377:1
377:2 - 377:3
377:14 - 377:24
378:4 - 378:23
378:24 - 379:17
379:20 - 380:11
380:15 - 381:15
382:14 - 382:18
382:22 - 383:15
383:20 - 384:18
384:21 - 385:18
386:9 - 386:20
386:23 - 390:17
390:20 - 390:23
391:8 - 391:16
391:19 - 392:6
392:9 - 395:5

12.   **Michael Mikola**

4:2-5:5
5:9-5:19
5:24-6:4
6:9-6:9
6:11-6:13
7:4-7:24
8:4-8:4
8:14-9:4
10:4-10:11
12:5-12:22
13:9-14:10
14:19-15:8
15:17-16:8
16:14-16:21
17:9-20:4
20:15-21:7
21:13-22:11
23:1-23:17
23:24-24:7
24:15-24:19
24:23-25:23
27:17-27:21
28:6-28:8
28:15-28:19
29:2-29:4
29:11-29:13
29:19-29:22
30:7-30:8
31:17-33:19
33:23-33:25
34:2-34:20
34:22-35:14
35:20-36:23
38:8-38:15
38:18-39:9
40:7-40:9
40:17-40:25
41:13-41:18
41:25-42:2
42:8-42:25
43:2-43:2
44:20-44:23

44:25-44:25
45:11-45:13
45:23-46:1
46:3-46:3
46:5-46:5
46:16-47:11
47:16-49:6
49:10-49:11
49:15-49:17
49:24-50:5
50:21-51:6
52:6-52:8
52:14-53:8
54:21-54:23
54:25-55:2
57:11-57:14
57:17-57:17
57:20-57:22
58:11-58:19
59:19-60:1
60:3-60:3
60:5-60:9
60:14-60:16
60:18-61:7
61:24-62:5
62:8-62:24
63:1-63:1
63:25-63:25
65:9-65:14
65:16-65:16
65:23-66:12
66:14-66:15
66:19-67:1
69:6-69:8
69:22-70:2
70:9-70:24
71:15-71:22
72:12-72:17
72:20-72:22
72:24-72:24
73:2-73:13
74:4-75:17
75:23-75:23
76:6-76:8
76:17-76:24

77:2-78:19
78:21-78:23
79:3-79:10
79:14-80:12
80:17-80:18
80:22-81:1
81:15-82:3
82:5-83:7
83:9-84:7
84:18-85:5
85:21-87:13
95:25-96:7
96:13-98:10
101:14-102:4
102:12-103:5
103:11-103:16
104:13-104:21
105:1-105:7
107:17-107:22
108:1-108:16
109:2-109:11
109:16-109:24
112:9-112:13
112:18-113:9
113:11-113:12
113:21-113:24
114:1-114:15
114:18-114:18
114:22-114:23
120:9-120:11
120:15-120:18
121:15-122:3
124:6-125:25
127:2-127:5
127:8-127:13
127:18-128:15
128:17-128:17
129:2-129:22
130:25-131:3
131:9-132:24
133:1-133:2
353:19-353:20
354:4-354:15
354:17-355:6
356:14-356:19

356:21-358:1
358:4-358:16
358:19-359:3
360:5-360:8
360:13-360:24
361:1-361:5
361:8-361:14
361:16-361:22
361:24-362:12
362:16-362:20
362:22-363:1
363:3-363:9
364:7-364:12
364:15-365:1
365:3-365:7
365:9-365:13
365:15-365:15
366:9-366:18
366:20-366:21
369:4-369:14
370:3-370:9
370:11-370:11
371:24-372:10
372:13-372:14
372:18-372:21
373:3-373:10
373:12-373:15
373:17-374:2
374:4-374:9
374:11-374:11
374:24-375:2
375:20-376:2
376:7-376:8
376:17-376:18
377:6-377:12
377:15-378:8
378:11-378:17
378:25-378:25
379:9-379:16
380:18-380:24
381:2-381:4
381:7-381:22
382:1-382:2
382:6-382:11
382:15-382:15

382:17-382:20
383:1-383:1
383:17-383:24
384:2-384:12
384:14-384:24
385:1-385:2
405:24-406:19
406:21-406:25
407:3-407:9
407:11-407:11

13.   **Carol Ann Rivas**

10:2-10:10
14:24-15:21
66:5-66:7
74:7-74:14
221:16-221:23
248:19-250:5
250:18-251:15
251:20-253:4
253:10-253:15
253:17-254:4
254:6-254:13
254:15-255:3
255:5-255:7
255:17-255:21
255:24-256:10
256:13-256:15
261:6-261:9
261:12-261:16
263:4-263:8
389:14-390:21
390:24-392:13
392:17-392:17
392:20-393:5
466:10-466:15
468:13-469:1
473:13-474:6
475:11-476:21
476:23-477:1
477:22-477:25
478:3-478:6
503:20-503:25
504:3-504:4

504:9-504:11
504:14-504:22
506:8-506:15
506:18-507:3
507:6-507:9

14.    **Eric Topol**

25:11-25:13
26:6-29:2
29:5-31:20
31:24-33:5
33:8-34:4
34:7-34:20
34:23-34:24
35:2-35:7
35:12-35:13
35:16-35:19
35:22-36:15
36:18-37:22
38:1-38:2
38:19-39:17
44:8-44:13
44:16-44:17
45:5-45:20
46:23-47:6
50:1-51:1
52:2-52:4
52:7-52:9
52:11-52:17
52:20-52:21
53:8-53:11
53:23-54:14
54:20-54:23
55:6-55:10
56:11-56:15
56:22-57:15
57:18-57:21
57:24-58:12
58:20-58:21
58:24-59:13
59:16-59:23
60:2-60:11
60:14-60:18
61:5-61:13

62:3-62:22
67:5-67:15
67:19-67:22
68:24-69:3
69:6-70:8
70:12-72:8
72:13-72:19
72:22-73:16
74:10-74:22
75:3-75:4
75:7-75:18
75:21-75:22
76:1-76:24
77:3-77:15
77:18-78:7
79:11-80:9
80:14-81:2
81:5-82:6
83:7-83:13
83:16-85:6
85:11-85:17
87:6-87:11
90:5-90:11
90:21-90:24
91:3-91:14
91:21-91:23
92:10-92:12
92:18-92:24
93:3-93:23
94:2-94:5
95:15-97:2
97:7-97:17
99:16- 100:6
101:18-101:21
101:24-105:2
106:14-107:12
107:15-108:10
108:13-108:14
108:17-108:18
109:21-110:6
110:8-110:20
110:24-111:4
111:8-111:14
115:11-115:18
116:22-117:1

117:4-117:6
117:11-118:5
118:8-118:22
119:2-119:5
119:9-119:19
120:23-121:11
121:14-121:22
122:3-122:14
124:17-125:4
125:7-126:6
126:23-127:4
127:8-127:10
127:13-127:18
127:20-128:17
129:3-129:7
129:10-130:3
130:8-130:13
130:18-131:5
131:20-132:2
132:5-132:22
133:1-133:4
133:7-133:16
136:5-136:11
136:14-138:10
138:21-138:24
139:3-139:18
139:21-140:11
141:5-141:21
141:24-142:3
142:7-142:8
142:11-142:12
143:16-143:21
143:24-144:9
144:18-145:9
145:19-145:20
145:23-146:2
150:7-150:7
150:11-150:15
150:18-151:4
151:8-151:9
151:12-152:10
166:5-166:7
166:10-166:21
175:16-175:23
176:1-176:8

177:11-177:18
177:21-177:21
177:23-178:4
197:4-197:6
197:8-197:20
197:22-198:18
198:20-199:7
204:5-204:14
204:16-205:7
214:7-214:14
214:16-216:5
216:17-217:4
217:6-217:11
217:13-217:18
217:20-218:1
218:3-218:7
218:9-218:9
221:22-222:3
222:9-223:24
224:22-225:18
225:22-227:13
227:19-228:11
228:13-228:17
228:19-229:2
229:4-229:9
240:20-240:24
241:5-241:6
241:8-242:3
242:5-242:8
242:10-243:1
243:3-243:10
243:14-243:16
243:19-244:7
244:11-244:12
244:14-246:3
246:5-246:18
247:4-247:19
248:1-248:17
248:20-249:2
249:7-249:10
265:6-266:6
266:13-266:22
272:19-273:12
273:20-274:2
274:4-274:7

279:23-279:23
280:2-281:22
283:6-283:9
283:12-283:15
284:9-284:12
284:14-285:6
292:1-292:20
329:10-330:6
334:14-334:23
335:13-336:19
340:1-342:12
356:21-357:8
358:16-359:7
360:1-360:12
401:19-402:11
402:23-404:19
438:5-438:19
457:12-457:24
459:6-460:9
476:10-477:13
486:7-486:17
487:2-487:13
489:10-489:17
519:4-520:3
520:18-523:20
523:13-523:20
524:9-526:21
547:16-547:22
552:5-553:22
555:15-555:17
555:18-556:4
556:6-558:7
562:4-564:11
567:2-568:19
569:19-570:14
580:13-585:22
597:3-598:3
602:2-602:4
602:10-604:1
611:13-615:1

15.   The deposition of Dr. James Fries (when taken)

16.   The deposition of Dr. Hui Quan (when taken)

17.     Any further or additional depositions taken prior to trial.

Plaintiff reserves the right to remove any objections included upon resolution of the objection. By designating this testimony, Plaintiff does not waive his right to object to or move to exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of Deposition testimony and exhibits. Plaintiff reserves the right to make additional counter-designations upon receipt of Defendant Merck & Co.'s designations.

Dated:  June 9, 2006

Respectfully submitted,

By: _____

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff
GERALD BARNETT

## PLAINTIFF'S STEERING COMMITTEE

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)


Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants'

Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail

and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis

File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 9th day of June,

2006.

CARLOS A. PRIETTO, III