# Alley • Clark • Greiwe • Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 12 P 3 28
LORETTA G. WHYTE
CLERK*

June 8, 2006

U.S. District Court, Eastern Dist. of Louisiana
Clerk's Office
500 Poydras Street
Room C-151
New Orleans, LA 70130

      RE:   Harmon v. Merck
             MDL: 1657
             Louisiana Case Number: 2:06-cv-2173
             Middle District of FL Case Number: 6:06-CV-287

Dear Clerk:

Enclosed for the above-referenced case is an original Summons which I would ask you to please issue and return in the envelope provided.

If you have any questions regarding this matter, please contact my Legal Assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

*[signature]*
Brenda S. Fulmer

BSF/jld

Enclosures

_____ Fee_____
__✓__ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____