**Exhibit A - Kronmal 6-7-06 Deposition Excerpts**

• Barnett Expert Motions

[:1] - [:25]          6/7/2006     Kronmal, Richard A.

```
page
1   ROBERT MCFARLAND,                    )
                                         )
2                      Plaintiff,        ) SUPERIOR COURT OF
                                         ) NEW JERSEY LAW
3                      vs.               ) DIVISION: ATLANTIC
                                         ) COUNTY
4   MERCK & CO., INC.,                   )
                                         ) No. ATL-L-0199-04-MT
5                      Defendant.        )
    _____     )
                                         )
6                                        )
                                         )
7   PATRICIA HATCH, Administrator of     )
    the Estate of STEPHEN HATCH,         )
8   Deceased and PATRICIA HATCH, In      ) SUPERIOR COURT OF
    Her Own Right,                       ) NEW JERSEY LAW
9                                        ) DIVISION: ATLANTIC
                                         ) COUNTY
10                     Plaintiff,        )
                                         ) No. ATL-L0403-05-MT
11                                       )
                                         )
12                     vs.               )
                                         )
13                                       )
                                         )
14  MERCK & CO., INC.,                   )
                                         )
15                                       )
                                         )
16                     Defendant.        )
                                         )
17  _____     )
18
19
20        DEPOSITION OF RICHARD A. KRONMAL, PH.D.
21                    June 7, 2006
22                 Seattle, Washington
23
24
25
```

[53:22] - [57:20]          6/7/2006     Kronmal, Richard A.

```
page 53
22  Q   And you made a mistake in your report, didn't you?
23                MR. BUCHANAN: Excuse me.  You're
24          talking over each other.  I'm going to interpose an
25          objection.  I'm going to object to form.
page 54
1               You can answer.
2   A   The answer is, those are not important differences.
3   Q   (By Mr. Raber) Sir, you made a mistake in your
4           report.
5   A   I did.  I miscopied that number, yes.
6   Q   And you not only miscopied it.  You made a statement
7           about the fact that the numbers were virtually
8           identical.
9   A   They're still virtually identical.  That statement is
10          still true.  So whether it's 1.92 or 1.86, it's the
11          same thing.  It's all within --
12  Q   But you got the numbers wrong.
13  A   I miscopied that number, as I said that.
14  Q   All right.  Looking at Page 5 of your report, you
15          say -- I'm sorry.  Page 5 of your extension, you say
16          that "For the APTC endpoint, the on-drug" --
17                MR. TISI:  I'm sorry.  Where are
```



EXHIBIT

A

1

**Exhibit A - Kronmal 6-7-06 Deposition Excerpts**

• **Barnett Expert Motions**

```
18        you, Steve?
19                    MR. RABER:  Last paragraph on
20        Page 5.
21   Q    (By Mr. Raber)  "For the APTC endpoint, the on-drug
22        relative risk was increased from from 2.06 in the NEJM
23        paper to the ITT RR of 2.36 now."
24                    MR. BUCHANAN:  Okay.  Your question?
25   Q    (By Mr. Raber)  Are you with me, what you said in your
page 55
1         report?
2    A    Yeah.
3    Q    And the APTC number from APPROVe is 2.06; correct?
4    A    That's correct.
5    Q    And you said that it increases to 2.36 on the ITT;
6         correct?
7    A    That's correct.
8    Q    And you've commented on that by saying that "This
9         indicates that the off-drug contribution to the ITT RR
10        was actually greater than seen during the on-drug RR
11        for the APTC endpoint"; correct?
12   A    Yes.
13   Q    You were making the argument that this shows that when
14        you add the off-drug deaths, the relative risk gets
15        higher; right?
16                    MR. BUCHANAN:  Objection.  Form.
17        You said "deaths," by the way.
18   A    I was basically commenting that it was larger.  That's
19        a fact.
20   Q    (By Mr. Raber)  In fact, you're wrong, aren't you,
21        Doctor?
22   A    I don't know I'm wrong.  Why am I wrong now?
23   Q    Because the ITT relative risk for the APTC endpoint
24        actually decreased when you add the off-drug data,
25        didn't it?
page 56
1    A    What are you referring to specifically?
2    Q    Look at Table B9, sir, of the Merck data to the FDA.
3                     MR. BUCHANAN:  Objection.  Form.
4    Q    (By Mr. Raber)  Do you see that?  Can you tell us what
5         that table shows for the relative risk for the APTC
6         endpoint for ITT population at week 210?
7    A    Shows 1.86.
8    Q    Right.  That APTC number decreased; correct?
9    A    You're right.  I don't know -- I can't figure out what
10        I did.
11   Q    Your addendum is wrong, isn't it?
12   A    It's certainly wrong on that number.
13   Q    And the conclusions you drew from those numbers are
14        wrong, aren't they?
15                    MR. BUCHANAN:  Objection.  Form.
16   A    I'd really need to look at the documents I had at the
17        time, because I just can't believe I would miscopy
18        that number.  So I want to look back and see what
19        actual documents I was looking at.
20   Q    (By Mr. Raber)  It's a pretty big mistake, isn't it?
21                    MR. BUCHANAN:  Objection.  Asked and
22        answered.
23   A    I made a mistake, obviously.  If the -- you know, I...
24   Q    (By Mr. Raber)  You're shaking your head.
25                    MR. BUCHANAN:  Objection to the
page 57
1         characterization.
2    Q    (By Mr. Raber)  You were shaking your head.
3    A    I was, because I don't understand where I got that
4         number from.  And I know that I copied it from a Merck
5         report, from this -- from this thing.
6             So the question is, did I have another preliminary
7         version and this is the later version and they
8         changed?  I don't know.  At this point in time, I
9         can't --
10   Q    Could it just be possible that Dr. Kronmal made a
11        mistake rather than Merck changing numbers?  Is it
```

Exhibit A - Kronmal 6-7-06 Deposition Excerpts

◆ Barnett Expert Motions

```
12     possible?
13  A  I'm capable of making mistakes.  It's possible.  I
14     obviously made a mistake in copying the number 1.92,
15     that you previously pointed out.
16  Q  And not only did you make a mistake, but you made a
17     conclusion that is incorrect.
18            MR. BUCHANAN:  Objection.
19  A  If I made a mistake, that conclusion was incorrect.
20     That's correct.
```

[65:4] - [68:16]          6/7/2006     Kronmal, Richard A.

```
page 65
4   Q  Excuse me.  How did you calculate a relative risk for
5      2.07 for MIs in the APPROVe base study?
6   A  I took the data file that I had from the APPROVe study
7      and I calculated it.
8   Q  How many events were there in the Vioxx arm and the
9      placebo arm?
10  A  I don't remember.  I don't remember.
11  Q  Is it possible that you made a mistake?
12            MR. BUCHANAN:  Objection.
13  A  It's always possible to make mistakes.  Obviously I've
14     already made some, apparently.  At least one for sure.
15     And the other one, probable.
16  Q  (By Mr. Raber)  Would you agree with me that just in
17     looking at this data, that if the MIs off-drug are ten
18     to six, that it would be unusual for that to increase
19     a relative risk that's greater than two?
20  A  It would be.
21  Q  Does that suggest to you that maybe you made a
22     mistake?
23  A  It's unlikely, for the following reason:  That I just
24     took the data that was in that file and ran the
25     analyses.  And that is a standard process.  That
page 66
1      doesn't mean it's inconceivable, but it's fairly
2      unlikely.
3   Q  Could you have written down the wrong data or the
4      wrong numbers?
5   A  That's conceivable, but unlikely, for the following
6      reason:  I don't tend to write down the numbers.  I
7      tend to paste them in.  And -- from the analysis
8      files.  So again -- but, you know, given that I've
9      made some of these mistakes, yeah, it's possible.
10  Q  Is it possible that you double counted some heart
11     attacks?
12            MR. BUCHANAN:  Objection.  Asked and
13     answered.
14  A  No, not unless they were in the file twice.
15  Q  (By Mr. Raber)  All right.  Let's look further down on
16     Page 4 of your addendum.  You say, "The results for
17     hard CHD are quite similar."
18  A  That's correct.
19  Q  "The RR is 2.45 compared to the on-drug RR of 2.17."
20  A  Yes.
21  Q  And what you've concluded from that is that the
22     relative risk increased from 2.17 up to 2.45 when you
23     added the off-drug data for MI and sudden cardiac
24     death; correct?
25  A  That's correct.
page 67
1   Q  Now, if you would look, please, at Table B5.
2   A  Yeah.  Yeah.
3   Q  Do you see that the number of events for sudden
4      cardiac death plus myocardial infarction, it's
5      fourteen for Vioxx and eleven for placebo?
6   A  That is also correct.
7   Q  Now, in looking at those numbers, does that suggest to
8      you that when you add fourteen versus eleven events,
9      that a relative risk that starts out above two is not
```

Exhibit A - Kronmal 6-7-06 Deposition Excerpts

• Barnett Expert Motions

```
10    going to get bigger?
11  A  That's --
12              MR. BUCHANAN:  Objection.  Form.
13  A  That's correct also.
14  Q  (By Mr. Raber)  Does it appear to you that you've made
15    a mistake in your statements and calculations relating
16    to the results for hard CHD in your addendum?
17  A  What it suggests to me is that the file I had was not
18    correct or not up to date.
19  Q  So you're going to blame the file?
20              MR. BUCHANAN:  Objection to form.
21  A  I'm not blaming anything.  I'm just saying that's the
22    only explanation for it.  It's the only logical
23    explanation.
24  Q  (By Mr. Raber)  It appears to me that your statement
25    in the fourth paragraph on Page 4 of your addendum is
page 68
1    incorrect.
2        Would you agree with that?
3              MR. BUCHANAN:  Objection.
4  A  I don't know.  I haven't looked at the -- I mean, all
5    I can say is that the file I had gave those results.
6        Now, if there was a more recent file -- and there
7    are more recent files -- that give a different result,
8    then I'll say that whatever that different result is,
9    is the result.
10        I'm not trying to make up data here.  This is what
11    I had.  And --
12  Q  (By Mr. Raber)  But you're drawing -- go ahead.
13  A  And if they're wrong, then of course everything
14    follows from that.
15  Q  And your conclusions would be wrong, as well?
16  A  They would be different.
```

[92:5] - [93:25]        6/7/2006        Kronmal, Richard A.

```
page 92
5  Q  (By Mr. Raber)  Okay.  But your opinion here about
6    stopping the trial is your personal opinion?
7  A  Well, everything is somebody's personal opinion, but
8    it's based on my experience as a clinical trial expert
9    over -- over four decades, and extensive reading of
10    the literature over that period, and being involved in
11    multiple data safety monitoring boards where some of
12    these issues have come up.
13  Q  Further down on Page 2, you make a reference that
14    permitting 078 to continue also violated the informed
15    consent provisions of the Declaration of Helsinki.
16        Do you see that?
17  A  Yes, I do.
18  Q  And again, that standard relates to risks and
19    benefits; correct?
20  A  Well, it --
21              MR. BUCHANAN:  Objection.  Form.
22  A  It certainly -- it says potential hazards.  And, I
23    mean, it doesn't have to --
24  Q  (By Mr. Raber)  It also said anticipated deaths.
25  A  Yeah, both.  They should know about both.
page 93
1  Q  So it's a risk/benefit determination that needs to be
2    made; correct?
3  A  Not necessarily.  They have to be informed about
4    potential benefits and the potential risks.
5              MR. BUCHANAN:  Belated objection to
6    the form.
7  Q  (By Mr. Raber)  Right.  And your opinion here that
8    Merck violated the informed consent provisions is a
9    subjective one --
10              MR. BUCHANAN:  Objection.
11              MR. TISI:  Objection.
12  Q  (By Mr. Raber)  -- based on your own analysis of risk
```

Exhibit A - Kronmal 6-7-06 Deposition Excerpts

• Barnett Expert Motions

```
13    and benefit?
14  A  No.  It is based on the statement of the Helsinki that
15     they should have been informed of the risks and the
16     benefits both.  They were not informed.  It's not a
17     ratio issue.
18  Q  That's your opinion.
19  A  No.  It's what the says.
20  Q  Your conclusion from that, that Merck violated it, is
21     your opinion?
22                   MR. BUCHANAN:  Objection.
23  A  Well, everything is somebody's -- is my opinion.
24     Obviously I can't write down something that isn't my
25     opinion.
```

[94:22] - [94:25]          6/7/2006      Kronmal, Richard A.

```
page 94
22  Q  Did the FDA ever conclude that Merck violated the
23     informed consent standards of the Declaration of
24     Helsinki in connection with study No. 078?
25  A  As far as I know, they didn't.
```

[139:14] - [139:17]        6/7/2006      Kronmal, Richard A.

```
page 139
14  Q  (By Mr. Raber)  Well, but back to VIGOR, it was your
15     opinion that VIGOR should have -- that the label
16     should have had a stronger warning?
17  A  That's true.
```

[146:10] - [148:8]         6/7/2006      Kronmal, Richard A.

```
page 146
10  Q  Your opinion is that, based on the VIGOR data, it
11     would have been unethical to do the Alzheimer's study
12     and the APPROVe study; correct?
13                   MR. BUCHANAN:  Objection.  Are you
14     referring to his report or just --
15                   MR. RABER:  Testimony.
16                   MR. BUCHANAN:  Oh.  I'll object.
17  A  Well, number one, I don't know that I've said that.  I
18     don't believe I would have.  But if you can point to
19     where I said it, I'll be glad to look at it.
20     I think that --
21                   MR. BUCHANAN:  He's going to show
22     you.
23                   THE WITNESS:  Okay.
24  Q  (By Mr. Raber)  Okay.  Look at Page 245, Line 15, and
25     read 245, Line 15, read that question and answer.
page 147
1                    MR. BUCHANAN:  You can read whatever
2      you like.
3                    MR. RABER:  I'm sorry, David?  He
4      can read whatever he likes?
5                    MR. BUCHANAN:  Yes.
6                    MR. RABER:  I'm just directing him
7      to refresh his recollection.
8                    MR. BUCHANAN:  I understand.  He's
9      allowed to read the surrounding sentences for context.
10     He's perfectly entitled to do that.
11                   MR. RABER:  What you're doing is
12     improper.
13                   MR. BUCHANAN:  It's not improper at
14     all.
15  A  That's not the question that was asked, nor my
16     response.  It has nothing to do with -- it doesn't say
17     anything about Alzheimer's.  It doesn't say anything
18     about APPROVe.
19     Oh, I see.  You're saying the answer to the next
20     question.  I'm sorry.
```

Exhibit A - Kronmal 6-7-06 Deposition Excerpts

• **Barnett Expert Motions**

```
21  Q   (By Mr. Raber)  No.  Page 245 --
22  A   I didn't use the word "ethical."  He did.  But anyway,
23      I couldn't have done the Alzheimer's study, I couldn't
24      have done the APPROVe study --
25  Q   (By Mr. Raber)  Based on your interpretation.  And you
page 148
1       did use the word "ethical," didn't you?
2   A   Yes.
3                    MR. BUCHANAN:  You can read keeping.
4   Q   (By Mr. Raber)  So what you said under oath is that
5       based on the VIGOR results, you could not have done
6       either the Alzheimer's studies or the APPROVe studies;
7       correct?
8   A   That's correct.
```

**[163:6] - [163:16]**        6/7/2006        Kronmal, Richard A.

```
page 163
6            In your 2005 report, you recall that you said that
7       the trend was unfavorable in the Vioxx group regarding
8       death in the VIGOR study?
9   A   Yes.
10                   MR. BUCHANAN:  Objection.  Asked and
11      answered.
12  Q   (By Mr. Raber)  And you admitted that using the word
13      "trend" was sloppy and you shouldn't have used it?
14  A   Well, I didn't use the word "sloppy," but I agree that
15      it shouldn't have been used, yes.  It was not very
16      precise.
```

**[164:22] - [165:16]**        6/7/2006        Kronmal, Richard A.

```
page 164
22  Q   (By Mr. Raber)  Page 77, Line 5.  77, Line 5,
23      question:  "I'm just trying to understand your use of
24      the word trend."
25           Answer:  "Well, I was sloppy -- it was sloppy
page 165
1       there."
2   A   Okay.  That's fine.
3   Q   Then you go on to say in Line 11 through 13 that "I
4       shouldn't have used it there."
5   A   Yes.  I mean, I never disagreed with that.  I just
6       didn't remember using the word "sloppy."
7   Q   But you used it again in your 2006 report, didn't you?
8   A   What?
9   Q   The word "trend" to describe Vioxx and deaths in the
10      VIGOR study.
11  A   If I did, it was inadvertent.  I meant to take it out.
12  Q   Please look at Exhibit 1.
13  A   No, I believe you when you said if I did.  I have no
14      reason to disbelieve you on that.  I just -- my point
15      is that I wouldn't have -- if I'd have noticed it, I
16      would have taken it out.
```

**[212:12] - [212:21]**        6/7/2006        Kronmal, Richard A.

```
page 212
12  Q   (By Mr. Raber)  And you told us this morning that if
13      you had a statistically significant result in a
14      placebo-controlled trial, that that means there's
15      causation; true?
16                   MR. BUCHANAN:  Objection to form.
17  A   It's evidence of causation.  It doesn't mean there
18      were, because it could be chance.
19  Q   (By Mr. Raber)  But it's statistically significant.
20  A   I know.  It still could be chance.  Statistically
21      significant results occur by chance.
```

**Exhibit A - Kronmal 6-7-06 Deposition Excerpts**

• **Barnett Expert Motions**

[261:6] - [261:11]    6/7/2006    Kronmal, Richard A.

```
page 261
6   Q   And when you have differences that are not
7       statistically significant, it's inappropriate to make
8       causal inferences?
9   A   That's correct.  If it was not statistically
10      significant, it would be inappropriate.  That's what I
11      said there, and I still say it.
```

[:1] - [:25]    6/7/2006    Kronmal, Richard A.

```
page
1
        STATE OF WASHINGTON )     I, Karmen M. Fox, CCR, RPR, CRR,
2                           ) ss  CCR # 1935, a duly authorized
        County of Pierce    )     Notary Public in and for the State
3                                 of Washington, residing at
                                  Milton, do hereby certify:
4
5
                That the foregoing deposition of RICHARD A.
6       KRONMAL, PH.D., was taken before me and completed on June 7,
        2006, and thereafter was transcribed under my direction;
7       that the deposition is a full, true and complete transcript
        of the testimony of said witness, including all questions,
8       answers, objections, motions and exceptions;
9                That the witness, before examination, was by me
        duly sworn to testify the truth, the whole truth, and
10      nothing but the truth, and that the witness reserved the
        right of signature;
11
                That I am not a relative, employee, attorney or
12      counsel of any party to this action or relative or employee
        of any such attorney or counsel and that I am not
13      financially interested in the said action or the outcome
        thereof;
14
                That I am herewith securely sealing the said
15      deposition and promptly delivering the same to
        Attorney Stephen D. Raber.
16
                IN WITNESS WHEREOF, I have hereunto set my hand
17      and affixed my official seal this 8th day of
        June, 2006.
18
19
20
21
                        _____
                        Karmen M. Fox, CCR, RPR, CRR
22                      Notary Public in and for the State
                        of Washington, residing at
23                      Milton.
24
25
```

# IN RE VIOXX LITIGATION

## ADDENDUM TO REPORT OF RICHARD A. KRONMAL

**May 23, 2006**

EXHIBIT

B

Blumberg No. 5119

M00674845-4

# Addendum to the Report of Richard A. Kronmal

### Introduction

This addendum supplements my Report, submitted on April 7, 2006 (the "Report"), in the following areas:

- Updates to the Alzheimer's section of the Report; and

- Updated analyses of the APPROVe study, including analyses of the data from the study extension.

I have not yet updated the section of my Report concerning Protocol 203 to incorporate the recently produced APPROVe extension data and Oxford VICTOR data, but specifically reserve the right to do so.

### Updates to Alzheimer's Analysis

The following material should be inserted after the second paragraph on page 22 of the Report:

Merck did consider instituting a DSMB for study 078. An urgent meeting was called to discuss this issue (MRK-AFW0019561). This was followed by a meeting at which it was decided by Merck that a DSMB was unnecessary (MRK-NJ0333568). However, had a DSMB been formed, a reasonable DSMB would have been compelled to take immediate steps, including terminating the trial, to protect the patients in the study who never consented to the extreme risks seen in that trial. Evidence for this is the actions taken by the ESMB of the Merck APPROVe study. The APPROVe ESMB recommended termination of the APPROVe trial based on results that were less extreme than was the situation for the Alzheimer's trials. A member of the APPROVe ESMB and a Merck consultant when asked about the decision to terminate the APPROVe trial said:

> *"The reason we recommended termination was that we felt the patients in the APPROVe study were not aware of this and had not been consented to this adverse effect. So, in our judgment, you know, from an ethical viewpoint if you were going to continue you would have to go back and re-consent them and that certainly wasn't practical at that point in time. So, that is the specific reason we*

M000748455

*recommended termination."*
*(http://www.fda.gov/ohrms/dockets/ac/05/transcripts/2005-4090T1.htm)*

Applying this same logic to the Alzheimer's 078 study would have resulted in a DSMB stopping the trial. In my years of experience with many clinical trials (and the DSMBs associated with such trials), study 078 could not be reasonably continued in the face of such information. One could not reasonably ask patients to consent to a trial of a drug that had a statistically significant 3 fold increased risk of death associated with it for a speculative benefit. Nor would a reasonable DSMB or IRB charged with protecting patients exposed to the therapy permit the continuation of such a study.

In my opinion, Merck's failure to notify the appropriate organizations of the possible excess risk of death from taking rofecoxib and their decision to not terminate the study sharply deviates from accepted clinical trial practice. The decision by Merck to continue study 078 is in direct violation of the principles of the *DECLARATION OF HELSINKI* that provides the standards for the conduct of medical research involving human subjects. To emphasize the widespread acceptance of this standard, I have provided three website references to this document, one from the FDA, one from the Office of Human Subjects Research of the U.S. National Institutes of Health, and one from the World Medical Association (WORLD MEDICAL ASSOCIATION DECLARATION OF HELSINKI Ethical Principles for Medical Research Involving Human Subjects, http://www.fda.gov/oc/health/helsinki89.html, http://ohsr.od.nih.gov/guidelines/helsinki.html , or http://www.wma.net/e/policy/b3.htm ). Merck indicates on its website that they follow the tenets of the Declaration of Helsinki (http://www.merck.com/cr/science_innovation_and_quality/drug_development_process/clinical_trials/). Continuing the trial when there was strong evidence of excess mortality associated with the use of rofecoxib violated section I.4, which states: "*Biomedical research involving human subjects cannot legitimately be carried out unless the importance of the objective is in proportion to the inherent risk to the subject.*" This principle holds at all times during the trial and is a primary reason why DSMBs are widely utilized to monitor clinical trials. In April of 2001, there was a three times excess risk of mortality associated with the use of rofecoxib, a risk that far exceeded any likely benefits of the therapy for the subjects in the trial. Thus, by allowing the study to continue and thereby exposing the study subjects to the risk of premature death, Merck failed in its duty to the study subjects as specified in I.4.

Permitting study 078 to continue also violated the informed consent provisions of the Declaration of Helsinki by not informing the Alzheimer's study participants of the VIGOR MI results and the Alzheimer's mortality results. Section I.9 of the declaration states:

> "In any research on human beings, each potential subject must be adequately informed of the aims, methods, anticipated benefits and potential hazards of the study and the discomfort it may entail."

2

M0067 48456

The Alzheimer's 078 study informed consent (MRK-AFK0205452) contains the following provision:

> **"NEW FINDINGS**
> *You will be told of any significant new findings developed during the course of this study which may relate to your willingness to continue your participation."*

Nowhere in the informed consent was there any mention of the adverse events seen in VIGOR, nor was there any mention of the excess mortality seen in the 091 and 078 trials. These 'significant new findings' were not conveyed to the participants in the Alzheimer's study 078 at any time. Further, all patients still in the trial were reconsented in 2002 and at that time they were not informed about the findings in VIGOR or the early mortality findings in the two Alzheimer's trials.

On Dec. 5, 2001, the FDA sent a letter to Merck asking for the answer to a question they had about the ethics of continuing study 078 based on the excess mortality seen in study 091. The question posed to Merck was:

> *"Please clarify whether the safety monitoring board and the IRB overseeing these studies are aware of the excess in total cause mortality in the Vioxx 25 mg group as compared to placebo (p=0.026) and the trend against Vioxx 25 mg on CV mortality compared to placebo.*
>
> *Have these oversight groups commented on the ethics of continuing study 078 in light of the mortality data ..."*

The letter is important from two standpoints. First, it shows that the FDA was concerned about the ethics of continuing study 078 and that they were unaware of the lack of a DSMB for the study. It further indicates that the FDA was not aware of the statistically significant excess of mortality seen in 078 and shown in the Chen report.

Merck was far from forthcoming in their response to the FDA (MRK-AAF0005014). It did not provide the ITT results shown in the Chen report. Instead the Company reiterated the on-drug mortality experience. Merck indicated that it hadn't informed the IRB's of the findings because the study investigators remain blinded to the study results. This response demonstrates that Merck withheld the crucial information concerning the ITT mortality analyses from the IRB's and the FDA.


**APPROVe Extension Analyses**

I have now analyzed the extended follow-up from the APPROVe study. The analysis below duplicates what I did in my Report with the addition of data from the follow-up that is now available. It is important to note that the extension did more than add additional follow-up time and events; it also made an intent-to-treat (ITT) analysis for

3

M006748457

CV events possible for APPROVe. The extended follow-up included all trial participants who the investigators were able to contact and who agreed to the follow-up. This comprised 84% of the originally randomized participants.

For the analyses presented below I have included all available events and follow-up through 210 weeks from each study participant's entry date. This corresponds to the primary analysis specified in the Merck statistical analysis plan for the extension. As was done in my original Report, I present below the results for MI and hard CHD (MI + sudden cardiac death). I used the same statistical methods described in my Report.

For MI, the RR comparing rofecoxib to placebo is 2.11 ($p$=0.018, CI=1.13-3.90). This is a small increase in relative risk compared to the result for the "on-drug" analysis (RR= 2.07). The MI event rate curves are shown in Figure 1 of this addendum. Note that there is no evidence from the curves that the excess risk of MI starts after 18 months. Rather, it is clear that the curves separate within the first 6 months of follow-up. Merck's contention, founded on its post hoc analysis, that there is no excess risk for CV events until after 18 months of continuous use is not supported by these data. A statistical test for equality of RR across time is *not* rejected (proportional hazards $p$=0.43) and thus there is no statistical support for the Merck 18 month argument.

The results for hard CHD are quite similar. The RR is 2.45 ($p$=0.004, CI=1.34-4.47) compared to the on-drug RR of 2.17. The test for equality of RR across time is *not* rejected (proportional hazards $p$=0.47). Again, there is no evidence in support of Merck's contention that the risk associated with rofecoxib use is only manifest after 18 months of continuous use.

As I have discussed in my Report, Merck has based many of its arguments about the safety of rofecoxib on results using the APTC and thrombotic endpoints. Specifically, the Company's contention that the increased risk is only for patients who use rofecoxib for 18 months is based on an analysis of these endpoints. In the APPROVe report in the New England Journal of Medicine (NEJM), Merck supports this claim by presenting the event rate curves for the thrombotic endpoint and by doing a test for proportional hazards for the thrombotic endpoint. They report that this test was significant at the $p$=0.01 level. However, as I also discussed in my Report, this was based on a test done after examining the data and wasn't a prespecified hypothesis in the APPROVe protocol or statistical analysis plan. Such tests are not considered by the scientific community as being proof of an effect, rather at best they are considered only worthy of consideration as hypotheses for which confirmation would be needed in other studies before they would be accepted. The result for MI and for hard CHD didn't support this hypothesis and the results from the MI meta-analysis clearly contradicted it since it showed increased risk in studies of less than 1 year of duration.

The follow-up data from the APPROVe extension provides overwhelmingly convincing evidence that the 18 month hypothesis is not supportable even based on the APPROVe data. The additional follow-up not only tallied events that occurred during the one year extension, it also ascertained events that occurred during the first three years of the study

4

M00674B458

in participants who Merck did not follow for the entire period because they dropped out due to side effects or for other reasons. Thus, for the first three years of the study, the data now reflects more closely the ITT analyses that are the scientific standard for clinical trial results. Merck provided these analyses to the FDA in May of 2006 (MRK-S04020112023).

One of the striking findings shown in this report is that even for the thrombotic and APTC endpoint, the appearance of no increased RR for the first 18 months is no longer present and the test for proportional hazards is no longer near significant. This is shown in the two figures (B1, page 15 and B5, page 24 of the FDA submission) below for the thrombotic and APTC endpoint. Merck reports that the p-values of the test of proportional hazards are 0.75 for both the thrombotic and APTC endpoints. These p-values show that there is no statistical support for any deviation from a constant RR over the follow-up time, *e.g.*, the Merck 18 month hypothesis is no longer supported by the APPROVe data.

Finally, the extension also supports the possibility, first suggested by the Alzheimer's 078 trial results, that the elevated risk associated with rofecoxib might extend beyond the time when the patient stopped taking rofecoxib. In the Alzheimer's trial, this was seen in the continuation of an increased risk of both CHD and all cause mortality in the patients off drug. In the APPROVe trial, this argument is supported by the fact that the RR observed including the extension is virtually identical to that seen for the on drug analyses. For example, for thrombotic events, the on-drug RR reported in the NEJM paper is 1.86 (p=0.008). The ITT RR now is 1.74 (p=0.004), slightly reduced but with a smaller more significant p-value. For the APTC endpoint, the on-drug relative risk was increased from 2.06 in the NEJM paper to the ITT RR of 2.36 now. This indicates that the off-drug contribution to the ITT RR was actually greater than seen during the on-drug RR or the APTC endpoint. The overall implication of this is that it is likely that rofecoxib does some damage to the body that persists for some time after the drug is discontinued.

Richard A. Kronmal, PhD

5

Figure 1.  Cumulative MI rates by treatment in APPROVe for 210 weeks of follow-up.



Figure 2.  Cumulative CHD rates by treatment in APPROVe for 210 weeks of follow-up.



6

M000674846(0



Figure B1   All Patients – Confirmed Thrombotic Cardiovascular Events – Week 210 Censoring - Kaplan Meier Plot

| Patients at Risk | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 989 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1027 |



Figure B5 All Patients – Confirmed APTC Events – Week 210 Censoring - Kaplan-Meier

| Patients at Risk | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 |

7

M00067484 61

# IN RE VIOXX LITIGATION

# REPORT OF RICHARD A. KRONMAL

EXHIBIT

C

M00664701 3

## I.      QUALIFICATIONS

My name is Richard A. Kronmal.  I am a Biostatistician, Professor of Biostatistics and Professor of Statistics at the University of Washington in Seattle, Washington.  I was previously the Chairman of the Biomathematics Group at the University of Washington in Seattle, Washington from 1973 to 1985.  As described in greater detail in my curriculum vitae, a true and accurate copy of which is attached hereto, my career has focused on the use of statistics in evaluating data gathered in clinical trials and epidemiological studies.

I earned my Ph.D. in Biostatistics from the University of California, Los Angeles in 1964.  During the course of my studies I was awarded a United States Public Health Fellowship (1961 to 1963).  I have received a Research Career Development Award, from the Public Health Service from 1968 to 1972.  In 1981, I was elected a Fellow of the American Statistical Association.  I am also a member of the Biometric Society.

I have been appointed to several Data Safety Monitoring Boards (DSMB).  The purpose of these boards is to ensure the safety of patients participating in clinical trials.  I am currently the Chair of the DSMB of two trials for the Corcept Corporation; one is a trial of a drug to treat psychotic depression and the other uses the same drug for the treatment of patients with Alzheimer's disease.  In addition, I am currently a member of the DSMB for an Aerogen Corporation study of a drug to prevent ventilator-associated pneumonia.  I was previously the Chair of the DSMB of the Genentec TPA in stroke studies, Chair of the DSMB of the Medtronic Physio-Control Biphasic Waveform for Internal Defibrillation Clinical Study, Chair of the Intrabiotics Corporation study of a drug to prevent Vanomycin resistant pneumonia and Chair of the DSMB for the Knoll Ancrod studies in the treatment of stroke.  I was a member of the DSMB of the Bristol Meyers Squibb OPERA Study and for the Syntex studies of a drug for the prevention and treatment of stroke.  I have also been a statistical consultant for numerous industry studies conducted by several corporations, including, but not limited to: Genentech, ICOS, DuPont, Knoll Pharmaceuticals, NeoRex, Bristol-Myers Squibb, Wyeth Ayerst, HeartStream, Intrabiotics and AstraZeneca.  I am currently a consultant to FoldRx, Northstar and Corcept.

I was an Associate Editor and Member of the Editorial Advisory Board of the *Statistical Methods in Medical Research* journal. I was a member of Advisory Board of *Screening*, the official journal of the International Society for Neonatal Screening. I was previously an Associate Editor of the *Journal of Statistical Computation and Simulation* (1986-1989). I have reviewed medical research papers for many medical journals, including but not limited to the *Journal of the American Medical Association*, *The New England Journal of Medicine*, *Circulation*, and *Stroke*.

I have previously been a member of the Epidemiology and Disease Control Study Section of the National Institute of Health (NIH) (1984-1988). I was also a member of the Food and Drug Administration (FDA) Advisory Committee on Cardiovascular and Renal Diseases (1979 - 1983 (Chairman 1983)).

I have been the author or co-author of over 200 peer reviewed articles. These articles have been published in numerous medical journals including: *The New England Journal of Medicine*, the *Archives of Internal Medicine*, *Diabetes Care*, *Statistics in Medicine*, and the *Journal of the American Medical Association*. The complete list of my published materials, including the co-authors of the papers listed above is included in my curriculum vitae attached hereto.

## II.    ASSIGNMENT AND GENERAL CONCLUSIONS

I was requested to review Merck's clinical trial data much in the same way that I would have done had I been asked to do so by Merck. In this regard, I was asked to use generally accepted statistical methods to determine whether there was statistical evidence of cardiovascular risk associated with rofecoxib, and if so, to assess the magnitude, character, and frequency of that risk. In this regard, I was asked to pay particular attention to the data collected for the following rofecoxib clinical trials:

- The Vioxx Gastrointestinal Outcomes Research (VIGOR) trial
- The meta-analysis of rofecoxib clinical trials conducted by Merck in 2001
- The Alzheimer's studies (Protocols 78 and 91)
- The APPROVe trial (prevention of recurrence of colon polyps)
- The VIP and VICTOR trials

-2-

I was also asked to consider whether the results seen in the VIGOR trial were consistent from a statistical perspective with the data concerning any cardiovascular protective effects that naproxen may have.

Finally, I was asked to review and compare the overall statistical analysis of the Merck clinical trials contained in the rofecoxib label and render an opinion as to whether that information accurately reflected the totality of cardiovascular risk for rofecoxib as reflected in the clinical trial data files that I reviewed.

In presenting the analysis below, I reviewed the data files, analysis code, and data reports for the clinical trials at issue, and compared and validated my results with published and unpublished reports of the data. The Merck data files lacked documentation that, in my experience, ordinarily accompanies such data files and would have enabled me to quickly review the data. As I continue to review the data (or review newly provided data), I reserve the right to supplement and refine my report. I was also provided with and have reviewed other documents and information which bear upon and provide context to my findings and opinions, including peer-reviewed literature published in medical and scientific journals, documents obtained from FDA websites, internal Merck documents, and various depositions of Merck employees.

The basis for my conclusions and opinions expressed in this report is derived from my education, training, research, experience, expertise, review of internal Merck clinical data and documents, testimony of Merck researchers, FDA documents, and a review of relevant peer-reviewed medical and scientific literature.

As set forth more fully below, from a statistical standpoint, there was strong evidence—as early as the spring of 2000—that rofecoxib posed substantial risk to the heart and cardiovascular system. As demonstrated in the VIGOR trial, cardiovascular risk was apparent whether the endpoint was serious cardiovascular disease, or whether measured by myocardial infarctions (MI) or hypertension. Moreover, there was an unfavorable trend against the safety of rofecoxib for congestive heart failure and death. In analyzing the results of VIGOR, I have also considered whether these statistical results could have been reasonably explained by the data available concerning the effect of naproxen on these same cardiovascular endpoints. At the time the VIGOR results were

-3-

M000847016

revealed, there was no persuasive scientific evidence that the cardiovascular results seen in that trial could be reasonably attributed to a protective effect of naproxen.

I have also reviewed the original data for the clinical trial meta-analysis that was performed by Merck and presented to the FDA in February 2001, and which was ultimately published in the journal *Circulation* in October 2001. Using standard statistical methods, the data from the rofecoxib clinical trials did not disprove or undermine the evidence of cardiac risk seen in the VIGOR trial. Rather, my review of the meta-analysis data revealed that there was a statistically significant adverse cardiovascular risk for rofecoxib, particularly myocardial infarctions, in this combined analysis.

I have also reviewed the data from the completed Alzheimer's clinical trials. In this regard, I note that it was postulated that the result of these trials cast doubt on the evidence of cardiovascular risk seen in the VIGOR trial. From my review of the data, this is not accurate. The Alzheimer's data support the proposition that rofecoxib carries substantial increased cardiovascular risk, including myocardial infarction and sudden cardiac death. Further, when the incidence of death on rofecoxib is compared to placebo, there is a statistically significant and substantial increased risk of death on rofecoxib. The results of the Alzheimer's trials are far from reassuring as to the cardiovascular and overall safety of rofecoxib.

I have also reviewed the data files from the APPROVe study—the trial that ultimately led to withdrawal of the drug. As with the other clinical trial data that I reviewed, APPROVe demonstrated a serious increased cardiovascular risk with rofecoxib. Analysis of that data revealed no evidence that the cardiovascular risks of rofecoxib were confined to any period of time.

Finally, I have done two new meta-analyses of the data from the Merck clinical trials. The first uses the data from APPROVe, VIP and VICTOR with the endpoints of MI, hard CHD (MI and sudden cardiac death) and thrombotic events as defined in the Merck statistical analysis plan for this analysis. This analysis plan was proposed by Merck under the designation of Protocol 203, for the analyses of cardiovascular safety for the three aforementioned trials. The second meta-analysis uses the data from all of the studies for MI, thus supplementing the original Merck meta-analyses with the full data

-4-

M008647017

from the Alzheimer's studies and APPROVe, VIP and VICTOR. The results of both of these meta-analyses demonstrate conclusively that rofecoxib increases the risk of both MI and hard CHD by over two-fold.

Based on the rofecoxib clinical trial database, I have concluded that there was a strong, unambiguous and objective statistical evidence from at least early 2000 that rofecoxib was capable of causing a spectrum of serious cardiovascular diseases. This evidence was only strengthened by additional clinical trial evidence that accumulated thereafter. I have also concluded that the summary presentation of this data in the peer-reviewed literature and in the rofecoxib label was inconsistent with the overall clinical trial results that I observed in the clinical trial data files reviewed. Given this, Merck's representations about the clinical trials had the potential to mislead physicians about the frequency, character, severity, and spectrum of cardiovascular events associated with rofecoxib.

In connection with my work on this matter, I have been compensated at the rate of $500 per hour.

## III.    REVIEW OF ROFECOXIB CLINICAL TRIAL DATA

### VIOXX Gastrointestinal Outcomes Research Study (VIGOR)

VIGOR was a randomized clinical trial in patients with rheumatoid arthritis conducted under two identical protocols in the United States and abroad. A total of 8076 patients were randomized to either rofecoxib 50 mg daily or naproxen 1000 mg daily. The median follow-up time for the trial was 9 months (maximum = 13 months). The primary endpoint of the trial was confirmed upper gastrointestinal events adjudicated by a blinded panel. Patient visits were at 6 weeks, 4 months, and every 4 months until study termination. The last patient exited the trial in early 2000, and the data was unblinded shortly thereafter, on or about March 9, 2000. Adverse events were reported spontaneously to investigators; certain cardiovascular events were also adjudicated by a blinded panel.

M00664701B

The data were collected by the investigators on case report forms which Merck translated into a series of SAS data files. Individual patients were identified by protocol, site, and allocation number. Data made available for analysis included separate data tables with demographic information about the patients, adverse events, gastrointestinal events, vital statistics, efficacy data, and laboratory test findings. The data files were analyzed for this report using the STATA program and generally accepted statistical procedures for analyzing clinical trial data of this kind.

The most striking result in the VIGOR trial was the substantial excess of MIs in the rofecoxib group compared to the naproxen group. There were 20 MIs (0.494%) in the rofecoxib group and only 4 (0.099%) in the placebo group. Figure 1 shows the cumulative MI rate curves comparing rofecoxib to naproxen. The relative risk from a Cox proportional hazards model is 5.0 (p<0.005, 95% CI=1.7 - 14.6). Thus, it is unlikely that this is a chance finding. The rates per 1000 person years are 7.4 for rofecoxib and 1.5 for naproxen.

**Figure 1.**



M000647019

The incidence of death in VIGOR was 22/4047 (0.54%) and 15/4209 (0.37%), for rofecoxib and naproxen respectively. The difference was not statistically significant but in light of the MI results should have been concerning. The cumulative mortality over time are shown in Figure 2.

Figure 2.



In addition, excess cases of congestive heart failure were also seen among patients taking rofecoxib. Congestive heart failure is a serious medical condition that results in considerable limitation of activities, frequent hospitalization, and has a median survival of about 5 years. In VIGOR, there were 19 cases of CHF in the rofecoxib group compared to 9 in the naproxen group. This corresponds to a relative risk of >2.0. While the p-value is slightly above the 0.05 level that is used to judge statistical significance, the p=0.065 observed is a strong signal of an association between rofecoxib and CHF risk. In addition, 15 of the 28 reported CHF cases were judged to be serious adverse events. Of these, 12 were in the rofecoxib group and 3 in the naproxen group (p<0.025), a statistically significant increased risk. Further, 6 patients discontinued therapy due to CHF in the rofecoxib group compared to 0 patients in the naproxen group.

-7-

M006647020

The incidence of hypertensive adverse events in the rofecoxib arm of VIGOR was also striking. In VIGOR, a hypertensive adverse event was loosely defined as "Hypertension-related adverse experiences reported in this study included the terms: blood pressure increased, borderline hypertension, diastolic hypertension, hypertension, hypertension uncontrolled with medication, hypertensive crisis, labile hypertension, systolic hypertension, and uncontrolled hypertension." (taken from the sponsor's FDA briefing document). This is a "loose" definition because the term does not distinguish between a new hypertensive event and the exacerbation of preexisting hypertension. In the later case, an increase in blood pressure would likely require either an increase in the dose of the blood pressure lowering medication that the patient is taking, or the addition or substitution of a new drug. For the patient who is free of hypertension, an increase in blood pressure might be sufficient to require instituting blood pressure lowering therapy.

Figures 3 and 4 show the cumulative rates over time of a hypertensive adverse event for the two treatment groups for the patients without and with hypertension at baseline, respectively. In both figures rapid rise of the event curve near 12 months is a result of very few patients still be under observation at the that time so that the few events that occur cause a large and misleading increase in the event rates.

-8-

M00064702l

Figure 3.



Figure 4.



-9-

M006647022

Importantly, the rate of hypertension adverse events is 35/1000 person years greater in the rofecoxib treatment patients without hypertension at baseline (p.<0.0003) and 92/1000 greater in those with hypertension at baseline (p.< 0.00001) than for naproxen treated patients.  That is for every 1000 patients taking rofecoxib for one year it is estimated that there would be an additional 35 non-hypertensive patients with a hypertensive adverse event, and among the patients with hypertension, 92 additional hypertensive adverse events than would have occurred in these patients had they been taking naproxen.

The results of the VIGOR trial provide convincing, statistically significant evidence that rofecoxib was responsible for an increased risk for myocardial infarction and hypertension.  The data also suggest the strong possibility that rofecoxib might increase the risk for congestive heart failure and death.  These data were all the more striking because—as a result of Merck's exclusion criteria—the majority of the patient population in VIGOR (like many of the rofecoxib clinical trials) were not considered to be at high risk of suffering a cardiovascular event.

The presentation of the VIGOR results in The New England Journal of Medicine (Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8) was misleading.  The significant excess risk of MI on rofecoxib was reported as follows: "Myocardial infarctions were less common in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent; ... relative risk, 0.2; . . ." The reported incidence rates are inaccurate; the actual rates for naproxen and rofecoxib were 0.1 percent and 0.5 percent respectively.  Second, the reporting of the relative risk as 0.2 is counter-intuitive and highly unusual when compared to how the relative risk for an adverse event is typically reported.  The relative risk for an adverse event should be presented as the risk for the experimental agent (rofecoxib) compared to the risk for the comparator agent (naproxen), which would be a relative risk of 5.0 in this case.  Moreover, at a minimum, the method by which relative risks for adverse events are computed in the presentation of trial data should be done consistently across adverse events.  In the reporting of the VIGOR results, the authors changed the method used depending on the adverse event being reported.

-10-

MOO6647023

The statistically significant increased risk of hypertensive adverse events seen in VIGOR with rofecoxib is similarly concerning. Hypertension is a serious health concern. It is a disease and an established risk factor for myocardial infarction, CHF, and stroke. From my review of the data, the incidence of hypertensive adverse events in the rofecoxib arm of the VIGOR trial posed an unacceptable risk. The increase in hypertensive adverse events for rofecoxib users compared to naproxen users in the VIGOR trial is beyond that reported in the medical literature for other NSAIDs and Cox 2 inhibitors. Yet, there is only limited discussion of the magnitude or importance of this increase in the reports to the FDA. Further, in *The New England Journal of Medicine* publication, there is no mention of the rates and character of this adverse event.

In addition, the findings for CHF in this study should have resulted in a review of the other clinical trial experience with rofecoxib by Merck and in an increased vigilance on its part in future clinical trials for this event. At a minimum, those results should have been published in the VIGOR paper published in *The New England Journal of Medicine*. This was not done.

The incidence of death in VIGOR was 22/4047 (0.54%) and 15/4209 (0.37%), for rofecoxib and naproxen respectively. This corresponds to a relative risk of 1.46 (non-significant). Contrary to the way other adverse events were reported in *The New England Journal of Medicine*, Merck did not report the relative risk for mortality. Rather, Merck reported the frequency of deaths as 0.5 and 0.4, for rofecoxib and naproxen respectively. In so doing, Merck rounded down the death rate for rofecoxib and rounded up the death rate for naproxen, a technique that reduced the apparent difference in deaths and understated the relative risk among treatments in the trial.

Merck's response to the cardiovascular findings in VIGOR was to assure the medical community that instead of rofecoxib causing the increased risk of cardiovascular events seen in VIGOR; it was naproxen that was reducing them. The foundation of that argument was the hypothesis that users of naproxen would experience a cardioprotective benefit similar to that seen with the use of aspirin. At the time the VIGOR results were released, there was no clinical trial or epidemiological evidence supporting this assertion. This statement also raises an important statistical question: *if it were true* that naproxen

-11-

M00647024

has anti-platelet effects similar to aspirin, would this effect be sufficient to explain the excess risk seen for rofecoxib in VIGOR?

Substantial clinical trial data on the protective effect of aspirin for myocardial infarction exists. As described below, Merck, in re-analyzing the cardiovascular events seen in its rofecoxib trials, used a combined endpoint employed by the Antiplatelet Trialists' Collaboration (APTC) when analyzing cardiovascular events suffered by those taking anti-platelet regimens. The APTC reported that "Among low risk recipients of 'primary prevention' a significant reduction of one third in non-fatal myocardial infarction was, however, accompanied by a non-significant increase in stroke. Furthermore, the absolute reduction in vascular events was much smaller than for high risk patients despite a much longer treatment period (4.4% antiplatelet therapy vs. 4.8% control; five year benefit only about four per 1000 patients treated) and was not significant (P=0.09)." [Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. (Antiplatelet Trialists' Collaboration) (Collaborative Overview of Randomized Trials of Antiplatelet Therapy, part 1). British Medical Journal, Jan 8, 1994 v308 n6921 p81(26)] While there are differing estimates of the cardioprotective effect of aspirin, the APTC estimate does not include recent studies reflecting smaller effect. However, even if one accepted the Company's hypothesis and naproxen was *as effective as* aspirin at preventing myocardial infarction as reported by the APTC, we would expect that rofecoxib would have a relative risk of 1.33 compared to naproxen. The observed relative risk of 5.0 for MIs is statistically significantly different from 1.33 (p=0.01). Thus, we have strong evidence that a protective effect of naproxen was an unlikely explanation for the dramatically increased incidence of myocardial infarctions in the VIGOR trial.

More recently Juni, et al reported in *Lancet* the results of a meta-analysis of myocardial infarction risk for rofecoxib in randomized clinical trials in patients with musculoskeletal disorders. [Risk of cardiovascular events and rofecoxib: a cumulative meta-analysis. (Juni, P, Nartely L, Reichenbach S, et al.) . Lancet, Nov 5, 2004 v364,p2021] Juni also conducted a meta-analysis of the pharmacoepidemiological studies of naproxen that address the issue of a possible protective effect of naproxen. The results

-12-

M000647025

of Juni's analyses show a small and marginally significant relative risk of MI on naproxen of 0.86, clearly inconsistent with the observed 0.20 relative risk from VIGOR.

In short, it was unreasonable for Merck to presume that the VIGOR trial brought a previously unseen cardioprotective effect of naproxen, rather than the more obvious and rational conclusion that rofecoxib significantly increased the risk of myocardial infarctions.

On December 8, 2005, the New England Journal of Medicine published an "Expression of Concern" (Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8) regarding the accuracy and completeness of the original VIGOR publication in the NEJM in 2000. This was a very serious action taken by NEJM, that was based on some of the omissions of results that I reported on above. Generally, an "Expression of Concern" is issued by a medical journal when "allegations of scientific misconduct or breach of publication ethics" have been made. I have only been able to locate 4 other times such an action was taken over the last five years. The non-Merck and Merck authors of the VIGOR paper responded to the Expression of Concern with a defense based on the fact that inaccuracies in the reporting of events didn't change any conclusions and that the data on the MI events that were not reported were reported to Merck 6 days after the date that they had specified as the cutoff date for analyses for the paper. This defense is wrong on both counts. First, as is clearly pointed out by the NEJM, the additional events do in fact change the results in a meaningful way because there is a difference in the magnitude of the relative risk, its statistical significance and the interpretation of the subgroup (aspirin indicated or not) in which the events occurred. Second, there was ample time for Merck to make the changes to the paper required to fully and accurately report the results. It is immaterial whether or not in the author's opinion the inclusion of these results would change the interpretation. The reported data should be accurate and complete. The cut-off date for analyses is not inviolate and accuracy and completeness always takes precedence. The NEJM rejected the response of Merck and the non-Merck authors and reaffirmed their Expression of Concern. As I described above, the omissions of critical serious side effect data was

-13-

MOO664702G

much more widespread than even the NEJM is aware.  The omission of the hypertension and CHF results was as serious as the omission of the MI and other CVD data.

### Pooled-Analysis of OA, RA, Alzheimer's and Low Back Pain Trials

In 2001, Merck published in the journal *Circulation* the result of a pooled analysis of cardiovascular thrombotic events in 23 separate clinical trials in rofecoxib and a variety of comparator agents, including placebo, naproxen, diclofenac, nabumetone, and ibuprofen. The analysis included rofecoxib doses of 12.5, 25 and 50 mg per day and a wide range of durations of 4 weeks or greater.  The principal endpoint was an aggregate of cardiovascular, hemorrhagic and sudden/unknown death together with non-fatal myocardial infarction and non-fatal stroke, known as the Anti-Platelet Trialists' Collaboration endpoint (ATPC).  Some of the underlying adverse events were adjudicated by a blinded panel and some were not.  Only events that occurred within 14 days of stopping the study agent were included in the Merck meta-analysis.

As set forth above, the VIGOR trial presented strong scientific evidence that rofecoxib was capable of causing a spectrum of cardiovascular events—primarily, myocardial infarctions.  In that context, it was appropriate and expected that Merck review its other rofecoxib clinical trials to determine whether these findings were seen across trials.  However, Merck's meta-analysis, as published in the journal *Circulation* in October 2001 (and presented to the FDA Advisory Committee in February 2001), suffers from considerable shortcomings.

In particular, given the strong signal for an increased risk of MI seen in the VIGOR trial, MI would have been a natural endpoint to use for any meta-analysis of the cardiovascular safety of rofecoxib.  Such a meta-analysis was done by Merck in October 2000, showing a statistically significant doubling of risk of MI in the rofecoxib users in the NSAID comparator trials (MRK-NJOO70395). This result was not published in the October 2001 *Circulation* article or presented to the FDA in February 2001.  Based on my review of the pertinent data files, the authors of the *Circulation* article had access to the data that I used for the analyses presented above and in fact had specific files identified for analyses of MIs alone.

-14-

M008647027

Merck's meta-analyses relied on the APTC composite endpoint to assess cardiovascular risk. The use of composite endpoints like the APTC endpoint—which was designed to measure efficacy and risks in a very different setting—has the effect of diminishing the apparent relative risk if some of the outcomes are unrelated to rofecoxib use. In the "View and Reviews" section of the journal Neurology, Albers presents a discussion of the use of composite endpoints for the evaluation of anti-platelet therapies [*Neurology* 2000;54:1022-1028]. He points out that "In fact, the use of a combined endpoint may lead to an underestimate of therapeutic benefits when patients at high risk for one particular endpoint are studied." While his discussion is about the evaluation of the benefits of treatment, the same principle holds for the evaluation of the detrimental effects of a therapy. In a search of the medical literature using PubMed and Google Scholar, I was able to find only one paper (other than those from the APTC group and Merck) that used the APTC endpoint, and that was a paper published in 2005 describing the cardiovascular safety results for another Cox 2 inhibitor, lumiracoxib.

The meta-analysis also could not detect excess risk that is not present until after long term exposure to the drug (referred to by the FDA statistical reviewer as non-constant risk ratio).[1] This consideration is particularly important with respect to the published meta-analysis because much of the data relied upon in the analysis came from short-term studies that would have little ability (in statistical terms, "power") to detect the excess risk for rofecoxib. Thus, in the present context, the initial diluting effect of relying on APTC endpoints for a cardiovascular safety analysis is further increased by the inclusion of data from underpowered short studies.

Merck produced the data files used for the meta-analysis published in *Circulation*, and the production included two data files containing adjudicated and unadjudicated data for the myocardial infarction and APTC events. For the meta-analysis presented here, all of the trials were combined for the purpose of estimating the rate of myocardial infarction in rofecoxib versus all of the control therapies used in various trials. As is typical for meta-analyses, this analysis estimates the relative risk of myocardial infarction for all of

---

[1]     The event rate curves for VIGOR are suggestive of an increasing relative risk with increasing exposure to rofecoxib. Thus, studies with short follow-up times would have little ability to detect the excess risk for rofecoxib.

M00064702B

the studies combined.  A test for heterogeneity of the relative risk between study groups was carried out.

Table 1 below shows the relative risk of myocardial infarction for rofecoxib versus the control agent by the disease group studied (Arthritis and non-Arthritis).  For the arthritis study grouping the RR for rofecoxib is 2.24, p<0.003 level.  For the non-arthritis grouping the RR= 1.27 which is not statistically significant. It should be noted that the confidence intervals for the two disease groups overlap considerably, suggesting that any apparent differences between study populations could be a result of chance.  A test for differences in the effect of rofecoxib in the two disease groups is non-significant (p=0.23).  An analysis done by dose also shows no statistically significant evidence of a dose effect.  Thus, with respect to this analysis, there is no statistically compelling evidence that the effect of rofecoxib varies by dose or medical condition of the patient population.  However, the lack of significance does not rule out that there are important differences; it simply indicates that the data are not sufficient to conclude that such effects exist.  It is worth noting that the follow-up time was very short for most of the studies (median of 3.4 and 11.9 months for the arthritis and non-arthritis groups, respectively) which has the effect of making it impossible for these studies to estimate any long term effects of rofecoxib on the risk of MI.

-16-

M006647029

| Table 1. Relative Risk of Myocardial Infarction by Study Population | | | |
|---|---|---|---|
| Study Population | Relative Risk | 95% Confidence Interval | | p-value |
| Arthritis Patients | 2.24 | 1.31 | 3.84 | 0.003 |
| Non-Arthritis | 1.27 | 0.57 | 2.84 | |
| Overall Estimate (stratified) | 1.89 | 1.22 | 2.94 | 0.004 |

*Blank entry indicates non-significant

Figure 5 (limited to 12 months of follow-up because of small number of patients followed beyond that time point) shows the unadjusted cumulative MI rates for rofecoxib and control. There was no statistically significant deviation from the Cox proportional hazards assumption. This indicates as is shown in Figure 5, that the relative risk is fairly constant over time. The lack of statistical significance of these tests does not rule out either heterogeneity of risk or non-proportional hazards, but these data do not support a conclusion that these exist.

M0068047030

**Figure 5.**



Merck's meta-analysis also suffered from several more general methodological limitations. In particular, the meta-analyses pooled (i) studies of different lengths (4-86 weeks), with most patients being exposed under 6 months, (ii) different doses (12.5, 25, and 50mg), (iii) multiple comparators—both placebo and active agents, and (iv) different patient disease states.    With respect to an earlier version of the meta-analysis that was prepared by Merck for the February 2001 FDA Advisory Committee, the FDA expressed many of the same criticisms.

My re-analysis of Merck's meta-analysis necessarily suffers from the same limitations as Merck's analysis because it is based on the same data with the exception that I did not use the APTC endpoint. By using MI as the endpoint, my analysis is not subject to the dilution effect due to including in the composite endpoint, events that were not associated with rofecoxib use. Thus, while the limitations apparent in Merck's APTC meta-analysis are also present in my myocardial infarction analysis, the latter analysis still provides the relevant evidence as to whether rofecoxib increases the risk of myocardial infarction.

-18-

M000547031

In another meta-analysis authored by Juni, et al. (investigators who were not connected to Merck) and published in *Lancet*, the authors reached similar results to those reported here based on summary data available from the FDA and peer-reviewed literature for the Merck rofecoxib studies in patients with chronic musculoskeletal disorders (arthritis). They describe their results and conclusions as follows: "By the end of 2000 (52 myocardial infarctions, 20 742 patients) the relative risk from randomized controlled trials was 2·30 (95% CI 1·22–4·33, p=0·010), and 1 year later (64 events, 21 432 patients) it was 2·24 (1·24–4·02, p=0·007). There was little evidence that the relative risk differed depending on the control group (placebo, non-naproxen NSAID, or naproxen; p=0·41) or trial duration (p=0·82)." As seen in table 1, my analyses verify Juni's results for the arthritis studies included in Juni's report.

In conclusion, the meta-analyses reported by Merck are extremely limited in their ability to either support or refute the finding from VIGOR. However, when the analyses use myocardial infarction as the endpoint—the logical choice for a primary endpoint in light of the VIGOR results—rofecoxib demonstrates a statistically significant and clinically important increased risk for myocardial infarction across all trials. As will be shown later in this report, the trials that were completed after the Merck meta-analyses show almost identical excess MI risks associated with rofecoxib use.

### Alzheimer's Studies (Protocols 078 and 091)

Merck conducted three clinical trials to assess the effects of rofecoxib on Alzheimer's disease. (Protocols 126 and 78 were terminated prior to completion.)

Protocol 078 enrolled 1457 patients over age 65 with mild cognitive impairment and randomized them to blinded treatment with rofecoxib 25 mg or placebo. The planned duration of the study was 48 months, but only 13.6% of the subjects completed the study while taking the agent to which they were randomized. The primary endpoint was conversion to Alzheimer's disease. Merck reported that significantly more patients taking rofecoxib were diagnosed with new onset Alzheimer's disease than those taking a placebo.

Protocol 091 involved 692 patients over age 50 diagnosed with possible or probable Alzheimer's and randomized them to blinded treatment with rofecoxib 25 mg or placebo. The planned duration of the study was 12 months. The primary endpoint was

-19-

MOO6847032

reduction in cognitive decline measured by the Alzheimer's Disease Assessment Scale. The company reported no difference between treatment groups upon completion. In both trials the company collected investigator-reported adverse events and adjudicated certain cardiovascular events and all deaths. Merck also conducted in early 2001 an interim analysis of cardiovascular endpoints for inclusion in the meta-analysis prepared by the company.

My analysis relied on the raw data files the company produced that included data files with the pertinent patient demographic, concomitant medication, adverse event, vital signs, efficacy measurements, and laboratory test results. As with previously examined trials, the data were in the form of SAS data files, tables, program code, value, and variable labels. The data differed from that available from the earlier Merck trials in that adverse event information was available not only for the on-drug period but for off-drug follow-up on some patients. With the exception of the APPROVe trial, only the Alzheimers trials followed patients off drug in the study.

The focus of my analyses will be on CHD events and mortality. For study 078, I will also briefly describe the results for the primary endpoint of progression to Alzheimer's Dementia (AD).

Before showing the results of my analyses, I will present the results from an analysis reported in April of 2001 by a Merck statistician, Joshua Chen PhD in a memo (MRK-ACR004) to Raymond Bain, PhD, also a Merck employee. At the time of the Chen memo, study 091 had finished. The title of the Chen memo was MRK-0966 Combined Mortality Analyses Protocol 091 + Protocol 078.

Chen's analyses were directed to the question of whether there was evidence of an effect of rofecoxib on mortality. The tables below (tables 1.2a and 1.2b), extracted from the Chen memo, shows the mortality data from both studies. The data shown are for an intent-to-treat (ITT) analysis that includes all deaths within the study period of 12 months +14 days in study 091 (median follow-up of 1 year) and in study 078 up to last follow-up + 14 days (median follow-up 1.7 years). As shown in the tables, in study 091 there were 13 deaths in the rofecoxib and 3 in the placebo subjects; for study 078 there were 21 deaths in the rofecoxib and 9 in the placebo subjects.

-20-

M006647033

**Table 1.2a 0-12 Month ITT Analysis For Protocol 091**

|  | MK-0966 (N=346) | Placebo (N=346) |
|---|---|---|
| Number of Deaths (%) | 13 (3.8) | 3 (0.9) |
| Number of Discon* (%) | 77 (22.3) | 70 (20.2) |
| Number still in Study (%) | 256 (74.0) | 273 (78.9) |
| * Discontinuation of study before 12-month AND alive 14 days after discontinuation | | |

**Table 1.2b ITT Analysis For Protocol 078**

|  | MK-0966 (N=723) | Placebo (N=732) |
|---|---|---|
| Number of Deaths (%) | 21 (2.9) | 9 (1.2) |
| Number of Discon* (%) | 290 (40.1) | 259 (35.4) |
| Number still in Study (%) | 412 (57.0) | 464 (63.4) |
| * Discontinuation of study AND alive 14 days after discontinuation | | |

Chen then carried out analyses that accounted for the exposure time of the subjects in the two treatment arms and estimated the hazard ratio (referred to hereafter as the relative risk, RR) using the Cox proportional hazards model. He did a separate analysis for each study as well as an analysis for the two studies combined.

Chen reported in study 091 that after adjustment for age and gender, the RR of death for a rofecoxib subject compared to a placebo subject was 4.43 (95% confidence interval of 1.26-15.53), which is statistically significant at the $p<0.01$. In study 078 he reported that after adjustment for age and gender, the RR of death for a rofecoxib subject compared to a placebo subject was 2.55 (95% confidence interval 1.17-5.56, p-value <0.02). He also reported on analyses that supported combining the two groups for a pooled analysis.

The table below (reproduced from the Chen memo) shows mortality from the pooled analysis. There are 34 deaths in the rofecoxib group and 12 in the placebo group.

**Table 1.2.2 Mortality Frequency (Combined ITT Analysis)**

| Number of Deaths (%) | MK-0966 (N=1069) | Placebo (N=1078) |
|---|---|---|
| Total * | 34 (3.2) | 12 (1.1) |
| Protocol 091 (AD) ** | 13 (38.2%) | 3 (25%) |
| Protocol 078 ** | 21 (61.8%) | 9 (75%) |
| * total number of deaths in each treatment arm (% number of patients in the treatment arm) | | |
| ** number of deaths from individual protocol (% total deaths in the treatment arm) | | |

-21-

M006647034

After adjustment for age, gender and protocol, the Cox model gives, a RR for death comparing rofecoxib to placebo of 2.99 (95% confidence interval of 1.55 to 5.77). This RR is significant at the $p<0.001$ level. Thus the data from the two Alzheimer's studies provide strong evidence of a major mortality excess associated with taking rofecoxib – a startling three-fold increase in the risk of death.

When I first saw the Chen memo, I assumed that Merck must have immediately notified the study Data Safety Monitoring Board (DSMB) and the FDA of this finding. However, neither of these actions was taken. The original protocol for Protocol 078 indicated that the study was to be monitored by a DSMB. However, soon after the study was started Merck filed a protocol amendment with the FDA (and I presume the Institution Review Boards of the study centers) that removed the DSMB. Thus, there was no one external to Merck who was monitoring the trial to protect the welfare of the trial participants.

The FDA has a role in the protection of the welfare of the participants, but this role is dependent on the company providing the necessary data for them to evaluate. The submission of individual adverse event reports by the company over time is insufficient to enable active trial monitoring.  FDA depends on the company and/or the DSMB (if there is one) to alert them if there is evidence of a possible harmful effect of the drug under study. Merck did not notify the FDA of the results of Chen's analyses. Further, the IRBs of the participating study sites should have been alerted to the possible detrimental effect of rofecoxib on mortality, as the IRBs are entrusted with protection of the welfare of people from their center who are in the trial. Merck did not notify the IRBs about the findings in the Chen memo. Study 078 continued for about 2 years; during that time there were approximately 8 additional excess deaths in the rofecoxib treated patients compared to placebo (20 rofecoxib versus 12 placebo, based on the difference in the numbers in the Chen report compared to the final totals from study 078).

In my opinion, Merck's failure to notify the appropriate organizations of the possible excess risk of death from taking rofecoxib sharply deviates from accepted clinical practice and constitutes gross scientific misconduct.

-22-

M000647035

In July 2001, Merck filed with the FDA, a SUR (MRK-01420145856) for rofecoxib. At that time they reported data on the mortality findings from study 091 and 078. Their report of the mortality results lacked clarity and effectively hid the magnitude of the mortality difference seen so clearly in the Chen memo. In the FDA review of the data presented in the SUR the following table is shown that summarizes the mortality data from the Alzheimer's studies.

FDA Table 22.  Deaths in Alzheimer's studies

| Study # | Rofecoxib 25 mg N= 1448 | | Placebo N= 1451 | |
| --- | --- | --- | --- | --- |
| | n/Pt Years of exposure | | n/Pt Years of exposure | |
| 091 | 15/301 | | 8/366 | |
| 078 | 14/996 | | 8/1098 | |
| 126 | 4/165 | | 3/169 | |
| | n | (%) | n | (%) |
| Total* | 33 | (2.3) | 20 | (1.4) |
| CVT[1] | 8 | (0.6) | 4 | (0.3) |
| Other[2] | 24 | (1.7) | 16 | (1.1) |

Both the results in the SUR and in Chen's memo were based on a data files prepared in March of 2001.  Thus, the results from both analyses should be very similar. A comparison of this table 22 with table 1.2.2 from the Chen memo shows considerable disagreement. However, in checking the data files from the two Alzheimer's studies I have been able to largely resolve these discrepancies.  For both study 091 and 078, Chen produced tables based on the ITT population. Thus, all deaths were included, even those that occurred when the subject wasn't taking the drug, as long as the study was ongoing. For study 091, Chen limited his analyses to the 12 months (+ 14 days) of the study when it was still a parallel design study, e.g. patients were randomly allocated to rofecoxib and placebo.

After the 12 month period, 90% of the rofecoxib group was switched to placebo, with the remainder staying on rofecoxib with three months of additional follow-up. In table 22 above, Merck included deaths that occurred during or after the extra 3-month period. Thus, for study 091, Merck effectively reported an ITT analysis by including all deaths. However, for study 078, Merck did not include all of the deaths; rather they only included deaths that occurred within 14 days from the last dose of drug taken by the

-23-

M000647036

patient. Had this rule been applied for study 091, the reported deaths would have been distributed as 9 rofecoxib versus 2 placebo.

However one looks at it, the presentation of the data as summarized in Table 22 is a serious misrepresentation of the mortality data from the two studies. An unbiased, clear presentation of the results would have shown the ITT findings along the lines done by Chen. Clearly, had the results been presented as was done by Chen, the level of concern in the FDA and the broader medical community would have been far greater. In my view, the serious mortality concerns identified in these trials was cause to stop trial 078.

Merck scientists claimed in the medical literature and in reports to the FDA that the Alzheimer's studies were reassuring with respect to cardiovascular safety of rofecoxib. Even as late as January 2005, Kim and Reicin (Merck employees) in a letter to the editor of Lancet criticized the report by Juni on the excess risk of MI associated with rofecoxib. They state in reference to the Alzheimer's studies that, "The results of these trials show no difference between rofecoxib (Vioxx) and placebo" [The Lancet, Vol 365, Jan 1, 2005].

My analyses (below) of the data show that Merck again failed to accurately report the significant adverse data from these studies to the medical community and the FDA. Table 2 shows the results of my analyses. The relative risk of myocardial infarction on rofecoxib was 1.52 compared to placebo (p = 0.21). However, this analysis underestimates the true risk for MI because many of the events recorded as sudden deaths were likely concurrent with or preceded by an MI, but classified as a sudden death. This is because most sudden deaths occur unobserved, so there is inadequate documentation available to determine if an MI or arrhythmia or both was the cause of the death. As a result, those MIs were not counted in Merck's analyses as MIs. Thus a better indication of the risk of a heart disease event is the broader category of "hard" CHD defined as MI plus sudden death. This endpoint is widely used in cardiovascular studies. It was used in the Merck-sponsored trial of Zocor (Scandinavian Simvastatin Survival Study Group: Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). *Lancet* 344:1383–1389, 1994).

-24-

In my analyses, I have also included as a hard CHD and heart disease death endpoint, three subjects who were recorded as having unknown (or 'insufficient data') as the cause of death and had an adverse event of MI noted for the hospitalization at which the death occurred.  Merck did not count these events in any of their analyses as cardiac events.  The relative risk of hard CHD was 1.89 (p < 0.05).  The relative risk for fatal heart disease was 4.61 (p < 0.002).  These findings cannot be interpreted as being "reassuring" with respect to the CHD risk associated with rofecoxib.

| Table 2. Relative Risks for Alzheimer's Studies | | | |
|---|---|---|---|
| Endpoint | Relative Risk | Confidence Interval | p-value |
| MI | 1.52 | 0.78    2.94 | 0.21 |
| Hard CHD (MI + Sudden Cardiac Death) | 1.89 | 1.08    3.33 | <0.05 |
| Heart Disease Mortality | 4.61 | 1.73    12.23 | <0.002 |
| All Cause Mortality | 2.13 | 1.36    3.33 | <0.001 |

In addition, treatment with rofecoxib was associated with statistically significant excess total mortality in the rofecoxib group, indicating that treatment shortened life in this patient population.  For deaths from all causes, the relative risk of death for rofecoxib treatment was 2.13 (p < 0.001).  In January 2001, in an email addressed to other Merck scientists, Shapiro (a Merck statistician) discusses the possibility of doing an ITT analysis of mortality for all of the rofecoxib studies.  In the memo she states about the Alzheimer's deaths that, "But the count not excluding late deaths was 30 rofe to 10 placebo."

The time-to-event curves, Figures 6, 7 and 8, show the cumulative event rates for hard CHD, heart disease deaths, and total mortality, respectively.  The over four-fold excess risk for CHD death and two-fold excess risk of total mortality in those taking rofecoxib compared to those on placebo was striking and the finding robust.

-25-

MRK00647038

Figure 6.



Figure 7.



M00654709

Figure 8



Death Rate by Treatment in Alzheimers Studies
Intent to Treat

In a search of the files provided by Merck I was able to locate a file that included mortality data from all of the studies included in the published meta-analyses. This file was among the files in a folder entitled "meta-analysis." I did an analysis of all-cause mortality (information on the cause of death was not included in the file). There were 56 deaths in subjects taking rofecoxib and 26 in subjects taking the comparator agents, giving a RR = 1.73 (p<0.025). The Alzheimer's studies deaths agreed with what was presented in the Shapiro email.

In addition, in March 1, 2001 a report was written that presented a cataloging of the causes of the deaths in the Alzheimer's studies by three Merck physicians, Dr. Chodakewitz, Dr. Beck and Dr. Barr (MRK-AAX000696- MRK-AAX000705). The table 2 below is reproduced from this report. Note that there are 8 rofecoxib and 2 placebo cardiovascular deaths, a four fold difference. In addition, among the deaths classified in the table as other/unknown, 7 rofecoxib and 3 placebo deaths were listed with cardiovascular causes in appendix 2 of the document.

-27-

M006647040

Table 2:  Deaths on drug (including 14 days after discontinuation of drug) in MK-0966 studies 078, 091 and 126 based on secondary categorization

| Category of Death | Study | MK-0966 | Placebo |
|---|---|---|---|
| Cardiovascular[1] | 078 | 3 | 0 |
| | 091 | 3 | 1 |
| | 126 | 2 | 1 |
| | *Total* | *8* | *2* |
| Respiratory[1,2] | 078 | 1 | 0 |
| | 091 | 4 | 0 |
| | 126 | 0 | 0 |
| | *Total* | *5* | *0* |
| Cancer | 078 | 1 | 4 |
| | 091 | 0 | 0 |
| | 126 | 0 | 1 |
| | *Total* | *1* | *5* |
| Other/Unknown | 078 | 8 | 3 |
| | 091 | 2 | 1 |
| | 126 | 1 | 1 |
| | *Total* | *11* | *5* |
| | Overall Total | 25 | 12 |

Deaths listed for study 091 occurred during month 0-12,
study 078 is ongoing, study 126 is currently being discontinued, deaths listed for both
studies are as of 3/01
[1] based on blinded assessment by Eliav Barr, MD
[2] based on blinded assessment of deaths due to pneumonia Jeff Chodakewitz, MD

Thus, as early as January of 2001, Merck scientists were aware of the excess
mortality associated with rofecoxib across all of their studies and that much of this excess
was due to cardiovascular causes.  These results were not presented in any of the
published meta-analyses nor were they presented to the FDA. On the contrary, in the July
2001 SUR (page 101), it is stated that, "Therefore, review of the deaths does not identify
a specific increased risk with rofecoxib."  This statement is false.

Merck submitted a Clinical Safety Report (CSR) to the FDA in November 2003
on the results from study 078 (MRK-12690007833).  In addition, Merck summarizes the
mortality and cardiovascular risk results from the Alzheimer's studies in their
background document for the FDA Advisory Committee in February 2005.  Finally,
Merck and the investigators for studies 078 and 091 present the Alzheimer's results in

-28-

M000847041

journal articles (Reines et al., Neurology 2004 and Thal et al., Neuropsychopharmacology 2005).  The publication of the results of this trial, however, was incomplete and inaccurate.

In Merck's summary document for the 2003 CSR (MRK-AHP0085928) the following statement is made concerning the results of study 078: "There were no unexpected safety results in this study compared to what is in the current label ..." This statement is selective and misleading.  This pattern of basing statements about the safety of rofecoxib on the on-drug data and not mentioning the full ITT results is repeated in all of Merck's presentations and publications.  In the CSR (page 212), Merck states that "All deaths were adjudicated, whether they occurred on or off of study medication, ... . Statistical analyses of all-cause mortality and thrombotic cardiovascular mortality were performed only for patients on-drug ... ."  Even when Merck does statistical analyses for the on-drug period they fail to present the survival curves or the Cox model RR's and associated statistical tests.  Instead they present incidence rates and confidence intervals but not the statistical tests for differences in the rates (page 187).  The one time that they do a statistical test for the on-drug death rates, they state it is not statistically significant (page 127).  They come to this conclusion by computing the test based on the proportion of patients in each group who died rather than on the incidence rates (which accounts for exposure time).  This is not the correct test to use for data of this type. .

On page 130 of the SUR, Merck presents the proportion of patients who died for the ITT population; however they don't present the incidence rates, survival curves, or RRs. They do a test of the proportions and do indicate that it is statistically significant but otherwise ignore this finding.  In the final section of the CSR, Merck states that "Rofecoxib 25mg was generally well tolerated in patients with MCI."

The Company's submissions and presentations in connection with the 2005 Advisory Committee concerning the data from these trials did not reflect the substantial CHD and all-cause mortality risk associated with rofecoxib as determined by the trials.  Once again Merck failed to present an ITT analysis.  In Table 25 of Merck's Advisory Committee Briefing Document (page 117, MRK-AFK 02235712), the cardiovascular and mortality risk of rofecoxib is understated by omitting the events that occurred off-treatment.  Table 3 shows the results for the ITT data compared to the results in Table 25

-29-

M000847042

of the 2005 FDA report. In spite of the results from the ITT mortality and CHD events analyses, Merck continued to assert that the Alzheimer's studies demonstrate the cardiovascular safety of rofecoxib.

**Table 3.** Comparison of Results from Alzheimer's Data File to Results in FDA Presentation

| Adjudicated Event Category | ITT Results from Data File | | Results Presented to FDA | |
|---|---|---|---|---|
| | Placebo | rofecoxib | Placebo | rofecoxib |
| Acute myocardial infarction | 14 | 15* | 14 | 14 |
| Fatal acute myocardial infarction | 1 | 6 | 1 | 2 |
| Sudden cardiac death | 4** | 12* | 4 | 8 |
| Total Hard CHD Events | 19 | 32 | 19 | 24 |

*One acute myocardial infarction occurred on the same day as a sudden cardiac death and is included in both rows (but only once in the total hard CHD row).
**Two of the sudden cardiac deaths included here are deaths that the adjudication committee listed as 'respiratory arrest'. In my analyses in table 2, I did not include them as CHD events.

The results of study 091 were published in Neurology in 2004. Seven of the eight authors of the paper were Merck employees (the non-employee was a Merck paid consultant). The only mortality data presented were the number of deaths while on-drug, 9 on rofecoxib and 2 on placebo. No statistical tests were done. In the Chen memo based on the same on-drug data reported in Neurology, Chen reports that the RR for rofecoxib was 4.68, p<0.05. Further, the ITT analyses produced by Chen showed a RR for rofecoxib of 4.43 (p<0.01). The failure of the authors to include these analyses in the paper is consistent with Merck's failure to include essential information in the publication of its earlier VIGOR trial.

The paper describing the results of study 078, published in Neuropsychopharmacology in 2005, for which 8 of the 11 authors were employees of Merck, is very troubling in its presentation. The authors interpreted the results for the primary endpoint of the study, which is the progression from mild cognitive impairment (MCI) to Alzheimer's, in a very troubling manner. The RR for the progression to Alzheimer's for rofecoxib compared to placebo was 1.46, p=0.011. The study was planned so that a RR of 0.7 in favor of rofecoxib would be detectable (i.e., in planning the trial, the investigators believed that a 30% or greater reduction in the risk of Alzheimer's due to the use of rofecoxib would be an important medical difference). Had Merck observed a RR of 0.7 for the primary endpoint, it would have strongly supported

-30-

MOOS6470443

Merck's hypothesis that rofecoxib delayed the onset of Alzheimer's disease. One would think that having observed a RR of 1.46 (a forty-six percent *increase* in conversion to Alzheimers), Merck would have concluded that it was likely (although not certain) that the use of rofecoxib increased the progression from MCI to Alzheimer's. Instead, Merck concluded that, "The results from this MCI study did not support the hypothesis that rofecoxib would delay a diagnosis of Alzheimer's Disease. . ."

In the discussion section of the paper they state that, "The possibility that rofecoxib might be inferior to placebo was also not supported by data from two large previous AD treatment studies... and found that rofecoxib had no significant effect on progression of cognitive or functional decline (Aisen et al, 2003; Raines et al, 2004)." This statement is not correct. The Aisen paper (JAMA; 289, 21, 2003) shows a statistically significant difference between rofecoxib and placebo (p=0.044), favoring placebo. That is, in this study, the decline in intellectual functioning in the rofecoxib patients was statistically significantly greater than in the placebo group. The authors of the paper interpreted this difference as non-significant because they made an adjustment for the fact that they were also testing the hypothesis that naproxen was equal to placebo. However, for the purposes of whether or not the results of this study supported a possible harmful effect on progression of cognitive decline, the more appropriate p-value to use is the unadjusted one.

It is also important to note that the higher proportion of patients progressing to Alzheimer's on Vioxx verses placebo appeared after only four months in the study (Thal et al, page 1209, table 2). This difference persisted over the entire course of the study. Unfortunately, this study did not have a DSMB and, as a result, the patients on Vioxx unknowingly remained at increased risk of progressing to Alzheimer's Disease throughout the entire course of the study.

The inaccurate and misleading reporting of trial results in the medical literature is again present in the reporting and discussion of the mortality findings. The 091 publication first reports the proportion of patients who died on-treatment in the two arms of the study. It does not report the incidence rates, RR's, or any tests of significance. In this respect, the approach taken is identical to that in the FDA CSR report. While Merck does list the deaths that occur in the off-drug period, they provide no analyses concerning

-31-

the difference in the RR for total mortality or for heart disease mortality. Instead they state:

> "The total number of deaths and causes of death on–drug were consistent with expectation for an elderly population, and there was no specific pattern as to cause of death in either treatment group. The off-drug mortality data are difficult to assess since follow-up information was available for less than half of the patients, there was an imbalance in the extent of follow-up between the two groups, and the majority of the deaths occurred more than 48 weeks after the treatment had been discontinued."

This statement is both inaccurate and invites a misunderstanding of the importance of the mortality findings. Below are the critical facts:

- There was a statistically significant excess of mortality during the on-drug period, which continued into the off-drug period.
- An ITT analysis that includes all of the deaths is likely to be biased towards a reduced difference between the treatments. This is due to the fact that with longer follow-up deaths will occur due to "natural causes" - that is, deaths that are not related to the treatments used in the trials. Thus, the observation of a statistically significant difference for the ITT population should have been of great concern.
- The difference in the extent of follow-up was due to the higher rate of Alzheimers and of discontinuation due to side effects in rofecoxib patients than in placebo patients. Both of these would likely bias the results towards a smaller RR rather than a larger one, because Alzheimer's disease and side effects are themselves risk factors for subsequent mortality.
- Rather than there being "... no specific pattern as to cause of death in either treatment group," the majority of the difference in the risk of death was due to heart disease deaths. The number of cancer deaths, for example, was identical in the rofecoxib patients and placebo patients. There were also 5 deaths in the rofecoxib patients that were classified as accidental deaths (there were none in placebo patients). For several of these the adjudications could not rule out

-32-

M000647045

that the accidents that resulted in the death of the patient might have been due to a heart attack or stroke. If some of these 'accidents' were heart attacks, then the observed RR for rofecoxib underestimated the true risk.

- Study 091 also observed an excess of mortality both on-drug and ITT.

An accurate and complete discussion of the findings of this study would have made the points I've outlined above and reported that there was a highly statistically significant excess of mortality associated with the use of rofecoxib.

In conclusion, as early as January of 2001, when Shapiro reported that there were 30 deaths in the rofecoxib patients and 10 in placebo patients in the Alzheimer's studies, Merck was aware that there might be a serious mortality risk in the elderly associated with taking rofecoxib. That information should have been presented to FDA and its Advisory Committee at that point in time. The report in March 2001 and the April 2001 analyses by Chen further supported this mortality concern. At that point in time, study 078 should have been halted and the data should have been disclosed to the medical community. This was not done. The findings after the completion of study 078 provided further compelling evidence that rofecoxib was unsafe for use in the elderly. It also showed that rofecoxib might increase the deterioration of mental functioning in the elderly. Much of this information remains unknown to the scientific and medical communities to this day.

### Protocol 122 Colon Polyps Study (APPROVe)

Protocol 122 enrolled 2586 patients with recently-removed colorectal adenomas to receive 25 mg of rofecoxib or placebo. They completed approximately 3 years of treatment before the trial was halted for safety reasons by the external data safety monitoring board. The study's intended endpoint was the recurrence of colorectal adenomas, but in addition it was among a group of clinical trials included in a plan established in 2003 to monitor and adjudicate certain cardiovascular endpoints. As in the Alzheimer's studies, follow up was continued in some patients after completion or discontinuation of drug treatment.

The SAS data files, tables, program code, variable and value labels provided by the company and used in this analysis were similar to those described in previous

M000647046

sections. The relative risks of an MI and CHD were calculated with a Cox proportional hazard model using the same event definitions as in the Alzheimer's protocols.

The relative risk of rofecoxib for an MI was 2.07 (p=0.05, 95% CI=(1.00, 4.29)). The relative risk of hard CHD was 2.17 (p<0.025, 95% CI=(1.12, 4.23)).   The excess risk of MI or CHD with rofecoxib was statistically significant and consistent with those observed in the previous three analyses.  A test of the hypothesis of a constant hazard ratio (no differences in relative risk over time) found no statistically significant evidence of either increased or decreased risk over time. The time-to-event curves for MI and CHD are shown below in Figures 8 and 9.

-34-

M006647047

Figure 8.



Figure 9.



-35-

MOO8647048

The withdrawal of rofecoxib in September 2004 was publicly attributed to the results of the APPROVe trial. With respect to the APPROVe data, Merck has stated that the data demonstrated "an increased cardiovascular risk in patients using rofecoxib beginning after 18 months of continuous use . . ." The statement above is misleading because—as Merck did in its presentation of its meta-analysis and Alzheimer's data—it has failed to provide a separate analysis of the previously signaled cardiovascular events; particularly MI events and hard CHD. Further, the CSR for the APPROVe trial reveals that the investigator reported cardiovascular events, which were a secondary endpoint in the trial, separated early and remained separate over the duration of the trial: "The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study." The publication of the APPROVe trial failed to reveal this information, which was contrary to the Company's public position. This was not proper.

As noted above, the relative risk for MI from a Cox model is 2.07 (p=0.05, 95% CI=(1.00, 4.29)). For CHD (MI & sudden cardiac death), the relative risk is 2.17 (p<0.025, 95% CI=(1.12, 4.23)). Both of these are consistent with the risks observed in my previous analyses for VIGOR, Alzheimer's, and the meta-analysis. It is also worth noting that, as is shown in Figures 8 & 9, the cumulative event rate curves appear to separate early and thus do not show the same degree of early similar risk and later increasing risk of rofecoxib compared to placebo shown for the APTC endpoint. Such findings are contrary to Merck's public assertions that in the APPROVe trial, an increased risk of cardiovascular events was not evident until after 18 months of continuous use.

An additional year of off therapy follow-up is nearing completion for the APPROVe study. I have examined an incomplete dataset of the data from this follow-up, but understand that a final data set will be promptly forthcoming. I intend to analyze this follow-up data upon receipt.

**Protocol 203 Pooled Analyses**

In January of 2004, Merck produced a document entitled "Statistical Data Analysis Plan – A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib (Study 203)." The report was authored by Jennifer Ng and Jim Bolognese, both members of the Merck Clinical Biostatistics unit.

-36-

M000647049

The report lays out the analysis plan for an analysis of CV events based on the data from pooling the data from three studies of rofecoxib, APPROVe, VIP, and VICTOR. The planned analyses would be presented on a periodic basis to an unblinded independent DSMB referred to by Merck as the External Safety Monitoring Board (ESMB). The thrombotic endpoint is defined as a confirmed acute MI, unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus, pulmonary embolism, ischemic cerebrovascular stroke, cerebrovascular venous thrombosis and transient ischemic attack. The report lays out a detailed sequential analysis plan that was never implemented because of the slow accrual to the VIP and VIGOR trials. Thus ESMB review focused on the APPROVe trial which was recommended for termination by them in September of 2004 based on the excess CV events in the rofecoxib group compared to the placebo group.

I have received data files from all three studies which I have combined for the pooled analyses reported here. I provide results for the analysis of three endpoints, thrombotic events, MI and hard CHD. I am only including the thrombotic endpoint because it was pre-specified in the protocol 203. My view on the use of this composite endpoint is the same as for the APTC endpoint; namely that it mixes disparate events that have differing etiologies and is thus likely to mask the evidence of the increased MI risk associated with rofecoxib that was seen in VIGOR.

The results for the three endpoints are shown in Table 3. Note that there is a highly statistically and medically significant excess risk associated with rofecoxib use compared to placebo for each endpoint. For MI the RR is 2.45, for hard CHD it is 2.31 and for the thrombotic endpoint it is 1.75 (p-value<0.005 for all of the endpoints).

-37-

M000664705O

| Table 4. Relative risks for Protocol 203 pooled analyses | | | |
|---|---|---|---|
| Endpoint | Relative Risk | 95% Confidence Interval | p-value |
| **MI** | 2.43 | 1.30    4.56 | <0.005 |
| Hard CHD (MI + Sudden Cardiac Death) | 2.32 | 1.30    4.12 | <0.004 |
| Thrombotic Events | 1.76 | 1.22    2.53 | <0.003 |

Figures 10, 11 and 12 show the cumulative event curves for MI, hard CHD and thrombotic events, respectively. It is apparent from the curves for MI and hard CHD that the excess risk from Rofecoxib starts soon after beginning therapy and continues throughout the follow-up. For the thrombotic endpoint, the curves similarly separate early, with the rofecoxib curve remaining above the placebo curve during the entire period.

**Figure 10**



-38-

M006847051

**Figure 11**



**Figure 12**



M006647052

**Pooled MI analysis of all Merck Trials**

In this section I describe the results of a pooled analysis for MI of all of the Merck trials discussed in this report.   Using a Cox proportional hazards analyses, I stratified the analyses into two study populations as was done in the section on the "Pooled-Analysis of OA, RA, Alzheimer's and Low Back Pain Trials".  Table 5 summarizes the results of this analysis.  The RR estimate is 2.09, which is highly statistically significant at the p=0.00002 level.  This provides overwhelming evidence that rofecoxib causes MI's.  A test of the hypothesis that the RR's are equal in the two study populations is **not** rejected (p=0.71).  This indicates that we have no statistical evidence that the RR for rofecoxib is different in the arthritis and non-arthritis populations that were included in the rofecoxib clinical trial program.

**Table 6. Relative Risk of MI by Study Population**

| Study Population | Relative Risk | 95% Confidence Interval | | p-value |
|---|---|---|---|---|
| Arthritis | 2.24 | 1.31 | 3.84 | 0.003 |
| Non-Arthritis | 1.99 | 1.39 | 3.05 | 0.003 |
| **Overall Estimate (stratified)** | **2.09** | **1.48** | **2.95** | **0.00002** |

Figure 13 shows the cumulative MI event rates for rofecoxib versus all control agents.  A test of proportional hazards is not rejected (p=0.61) indicating no statistical support for the hypothesis that the RR varies with time.  Again it is clear from the figure that there is an immediate separation of the curves, with a clear linear trend separation in the cumulative event rates in both the rofecoxib and control groups.

M000847053

**Figure 13**



**Cardiovascular Data in Rofecoxib Product Label**

It is my understanding that pharmaceutical labels "shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug: a causal relationship need not have been proved." 21 CFR Section 201.57(e). The phrase "reasonable evidence of an association" is a statistical concept that is well within my area of expertise.

As expressed in this report, by early 2000, there was reasonable evidence of an association between rofecoxib and the development of a spectrum of cardiovascular disease, including MI, hard CHD, CHF, and hypertension.  Similarly, the Alzheimer's trials provided reasonable evidence of an association between rofecoxib and total mortality, cardiovascular mortality, and the conversion to Alzheimer's disease.  The clinical trials provided evidence of the frequency, character, and severity of these serious hazards.  It is my opinion that both the 2000 and 2002 labels for rofecoxib failed to accurately portray the statistical data that reflected these serious health risks.

In particular, prior to 2002, the rofecoxib label did not contain any reference to the statistical evidence of the marked increased risk of myocardial infarction that should

-41-

M00684705A

have been evident to Merck at least as early as the spring of 2000. It is my opinion that without this clinical trial data, the label was inaccurate and incomplete. In 2002, the label was amended to include references to *select* VIGOR data and data from the meta-analysis. As presented in the label, this statistical information misstates the consistent findings seen across clinical trials concerning the frequency, character, severity, and spectrum of cardiovascular adverse events seen in the rofecoxib clinical trials. It also refers to the meta-analysis and Alzheimer's data, even though there were many methodological and substantive flaws in that analysis and presentation. Finally, the label failed to disclose the strong evidence of an association of rofecoxib with increased mortality and progression to Alzheimer's disease seen in the Alzheimer's studies.

-42-

M00684 7055

## IV.    CONCLUSION

In conclusion, I have reviewed and analyzed Merck clinical trials data files that were sufficient in number to provide a comprehensive overview of the scientific evidence available to the Company about the cardiac and cardiovascular risks of rofecoxib. The significant risks of rofecoxib to the heart and cardiovascular system were apparent in the spring of 2000 and confirmed and reinforced by data that became available in succeeding years. In addition, the evidence of significant mortality risk seen in the Alzheimer's trials should have been reported to the medical community. In my opinion, Merck did not accurately present the adverse effects of rofecoxib seen in these data in published articles, presentations to the FDA, and the product labeling.

Richard A. Kronmal

-43-

M000647056

<u>Reliance Material of Dr. Richard Kronmal</u>

1.  "Comparision of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" By Claire Bombardier et al  *New Engl J Med* 2000;343:1520-8

2.  "Comparative Overview of randomized trials of antiplatlet therapy Prevention of death, myocardial infarction, and stroke by prolonged antiplatlet therapy in various categories of patients" *BMJ* 1994;308:81-106

3.  Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-ABA0019599-0019655)

4.  Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-AFV0347592-0347663)

5.  FDA Advisory Committee Background Information (21 January 2005)

6.  "Risk of Cardiovascular Events and Rofecoxib: A Cumulative Meta-Analysis by Peter Juni et al *The Lancet* 11/5/2004 (MRK-ABG0004394-0004402)

7.  "Cardiovascular Thrombotic Events in Controlled Clinical Trials of Rofecoxib" by Marvin Konstam et al (MRK-ABA0001310-0001318)

8.  July 12, 2001 FDA Medical Officer Review

9.  APPROVe ESMB Minutes 1/23/2002 (MRK-AFF0000095-0000098)

10.  "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared to NSAIDs" By Michael Langeman et al *JAMA* Vol. 282 No. 20, 11/24/99

11.  "Blood Pressure in Native Americans Switched from Celecoxib to Rofecoxib" by Jefferson Fredy et al  *Ann Pharmacother* 2005:39

12.  MRK-ZAI0001252

13.  MRK-ZAI0001253

14.  MRK-ZAI0001254

15.  MRK-ZAI0001255

16.  MRK-ZAI0001256

17.  MRK-ZAI0001257

18.  MRK-ZAI0001258

M0006647057

19.     MRK-ZAI0001259

20.     MRK-ZAI0001260

21.     MRK-ZAI0001261

22.     MRK-ZAI0001262

23.     MRK-ZAI0001263

24.     "Meta-Analyisis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood
        Pressure" by Tai-Juan Aw et al  *Arch Intern Med* 2005;165:1-7

25.     "The Effect of Cyclooxygenase-2 Inhibitors and Nonsteriodal Anti-Inflammatory
        Therapy on 24 Hour Blood Pressure in Patients with Hypertension, Osteoarthritis
        and Type 2 Diabetes Melittus by James Sowers et al  *Arch Intern Med*
        2005;165:161-168

26.     "Cardiovascular Complications of Cocaine Use" by Richard Lange et al *New Engl
        J Med* 345;5:351-358

27.     APPROVe Study ESMB Committee Meeting Minutes (MRK-ABS0200367-
        0200388)

28.     F01398 KW SAS Inventory

29.     F01399 Quan SAS Inventory

30.     F01400 Vigor SAS Inventory

31.     "Relationship Between Cox-2 Specific Inhibitors and Hypertension by Daniel
        Solomon et al *Hypertension*  2004;44:140-145

32.     "Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-
        inflammatory drugs and congestive heart failure outcomes in outcomes in elderly
        patients: a populations based cohort study" by Muhammed Mamdami et al  *Lancet*
        2004;363:1751-56

33.     MRK-ZAI0001264

34.     MRK-ZAI0001378

35.     MRK-ZAI0001379

36.     MRK-ZAI0001265

37.     MRK-ZAI0001266

2

M00647058

38.     Deposition Transcript of Deborah Shapiro  1/25/05

39.     Deposition Transcript of Jennifer Ng 1/21/05

40.     Draft of "Cardiovascular Events Associated with Rofecoxib in a 3-Year
        Randomized Colorectal Adenoma Chemoprevention Trial" (MRK-AFO0286559-
        0286584)

41.     APPROVe ESMB Closed Session Meeting Minutes-1/23/02 (MRK-
        AFV0056013-14)

42.     MRK-ZAI0001267

43.     MRK-ZAI0001268

44.     MRK-ZAI0001269

45.     MRK-ZAI0001270

46.     MRK-ZAI0001271

47.     MRK-ZAI0001272

48.     MRK-ZAI0001273

49.     APPROVe ESMB Meeting Minutes 11/23/03 (MRK-AFF0000116-0000118)

50.     Memorandum from T. Simon, dated 3/6/02 re: Minutes of Teleconference
        Conference of ESMB (MRK-0373841-0373845)

51.     Presentation-Data Analysis Plan-ESMB-1/23/02 (MRK-ABS0369134-0369141)

52.     ESMB Presentation-11/26/02 (MRK-ABS0449542-0449554)

53.     Study Status Update Presentation (MRK-ABS0458093-0458101)

54.     Study Update Presentation 9/17/04- (MRK-ABS0038612-0038621)

55.     ESMB Meeting Presentation 11/7/01 (MRK-AFO0113936-0113948)

56.     Dataset for Study 122

57.     "Antithrombotic Therapy in Hypertension: a Cochrane Schematic Review" by DC
        Felmeden et al  *J Human Hypertension* (2005) 19, 185-196

58.     "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Events" by Fadia
        Shaya et al *Arch Intern Med* 2005;165:181-186

3

M00647059

59.    November 21, 1996 Memorandum from T. Musliner (MRK-AAX0002413)

60.    December 9, 1997 Project Team Minutes Attachments

61.    "High Dose Statins in Acute Coronary Syndrome" *JAMA* 293;1

62.    APPROVe ESMB Minutes 11/26/02 (MRK-AFF0000091-0000093)

63.    APPROVe ESMB Minutes 5/15/03 (MRK-AFF0000112-0000114)

64.    APPROVe ESMB Minutes 9/17/04 (MRK-ABD0054391-0054392)

65.    "Rofecoxib, Merck and the FDA" by Peter Kim et al  *N Engl J Med* 351;27

66.    Vioxx Label (MRK-LBL0000031-0000034)

67.    Vioxx Label (MRK-LBL0000035-0000038)

68.    Vioxx Label (MRK-LBL0000039-0000042)

69.    Vioxx Label (MRK-LBL0000047-0000050)

70.    Vioxx Label (MRK-LBL0000051-0000054)

71.    Vioxx Label (MRK-LBL0000055-0000058)

72.    Vioxx Label (MRK-LBL0000059-0000062)

73.    Vioxx Label (MRK-LBL0000063-0000066)

74.    Vioxx Label (MRK-LBL0000240-0000243)

75.    Vioxx Label (MRK-LBL0000258-0000261)

76.    April 6, 2005 memorandum from Jenkins and Sigelman re: Analysis and
       recommendations for Agency action regarding non-steroidal anti-inflammatory
       drugs and cardiovascular risk

77.    "Risk of myocardial infarction in patients taking cyclo-oxygenase 2 inhibitors or
       conventional non-steroidal anti-inflammatory drugs; population based nested case
       control analysis" *BMJ* 2005;330:1336

78.    "NSAID use and BP in treated hypertensives: a retrospective controlled
       observational study" *J Human Hypertension* 10 March 2005

79.    Merck's Recall of Rofecoxib-A Strategic Perspective" by Gee et al *N Eng J Med*
       351;21

4

M000647060

80.     Email from Eric Mortensen re: FW: John Baron's Feedback (MRK-ABS0212130-0212132)

81.     Email from R. Bain re: CV Analysis for Alzheimer's Protocols (MRK-NJ0186457-0186565)

82.     November 5, 2001 letter from R. Silverman to Jonca Bull (MRK-01420163678-01420163680)

83.     Attachment 1-Lists of Deaths by Treatment Group (MRK-01420163683-01420163695)

84.     "Increased Unrecognized Coronary Heart Disease and Sudden Deaths in Rheumatoid Arthritis" by Cynthia Crowson et al *Arthritis and Rheumatism* 52;2:402-411

85.     "Cardiovascular Toxicity of Valdecoxib" by Wayne Ray et al *N Engl J Med* 351;26

86.     American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shapiro, RS Sperling, E Barr, Q Yu appeared on pp. 204-209 of volume 89.

87.     Neurology - "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62.

88.     "Cyclooxygenase Inhibition and Cardiovascular Risk" by Antman et al *Circulation* 2005;112:759-770

89.     "The Impact of Non-Steroidal Anti-Inflammatory Drugs on Blood Pressure, with an Emphasis on Newer Agents" by Edwards Armstrong et al Excerpta Medica 2003

90.     Safety Update for APPROVe-2/12/04 (MRK-AFF0000370-0000416)

91.     Safety Update for APPROVe-8/2/02 (MRK-AFF0000279-0000317)

92.     Safety Update for APPROVe-11/20/02 (MRK-AFF0000233-0000278)

93.     Safety Update for APPROVe-5/9/02 (MRK-AFF0000318-0000352)

94.     Safety Update for APPROVe-9/13/04 (MRK-AFQ0000461-0000522)

95.     APPROVe SAS Programs (MRK-AFL0015427-0015431)

5

96.     Programmatic Review (MRK-AEI0002734-0002746)

97.     SAS documentation (MRK-AFL0015111-0015112)

98.     Memorandum from T. Simon re: Coversations with Drs. Recin, Neaton and Simon (MRK-ABS0398045-0398046)

99.     Memorandum fro T. Simon re: Minutes of Teleconference of ESMB (MRK-AFV0043942-0043943)

100.    Statistical Data Analysis Plan (MRK-I2220004239-0004308)

101.    Study Status Update (MRK-ABS0458333-0458341)

102.    Slides-Summary of Hypertension Incidence

103.    Table E-64 (MRK-ABS0068972)

104.    Table E-64 (MRK-ABS0068986)

105.    VIGOR Endpoint Chart (MRK-NJ0100874)

106.    FDA Advisory Committee VIGOR Slides

107.    MRK-ZAO0000017

108.    MRK-ZAO0000053

109.    MRK-ZAR0001942

110.    MRK-ZAN0000003

111.    MRK-ZAN0000004

112.    MRK-ZAN0000005

113.    MRK-ZAN0000006

114.    MRK-ZAN0000007

115.    MRK-ZAA0000141

116.    MRK-ZAA0000148

117.    MRK-ZAA0000152

6

M00684706

# CURRICULUM VITAE

## Richard A. Kronmal, Ph.D.

*Date of Birth:*    May 3, 1939

*Place of Birth:*    Los Angeles, California

*Education:*    University of California, Los Angeles, California, A.B., 1961
University of California, Los Angeles, California, Ph.D., Biostatistics, 1964

*Positions:*

Programmer, Nortronics Company, El Segundo, California, Summer 1960
US Public Health Graduate Fellow in Biostatistics, UCLA, Los Angeles, California, 1961-64
Programmer, Department of Preventive Medicine and Public Health, UCLA, Los Angeles, California, Summer 1961
Instructor, Preventive Medicine, University of Washington, Seattle, Washington, 1964-66
Assistant Professor, Preventive Medicine, University of Washington, Seattle, Washington, 1966-70
Associate Professor, Department of Biostatistics, University of Washington, Seattle, Washington, 1970-75
Adjunct Associate Professor, Computer Science, University of Washington, Seattle, Washington, 1973-74
Chairman, Biomathematics Group, University of Washington, Seattle, Washington, 1973-85
Professor, Department of Statistics, University of Washington, Seattle, Washington, 1987-present
Professor, Department of Biostatistics, University of Washington, Seattle, Washington, 1975-present

*Appointments:*

Consultant, Bureau of Vital Health Statistics, Department of Public Health, State of California, 1963
Consultant, Bureau of Chronic Diseases, Department of Public Health, State of California, 1963
Consultant, US Navy Medical Research Unit #2, Taipei, Taiwan, 1968-69
Consultant, Pan American Health Organization-World Health Organization, Guatemala, 1971-75
Consultant for the Collaborative Study of Phenylketonuria (PKU), 1975-84 .

M00064706 3

Richard A. Kronmal                                                    Curriculum Vitae

*Appointments (cont.):*

    Consultant to the National Heart and Lung Institute, 1976-77
    Consultant, Institute of Investigator for Health, Costa Rica, 1976-80
    Consultant, National Institute of Child Health and Human Development, 1973-89
    Member, Food and Drug Administration Advisory Committee on Cardiovascular and
        Renal Diseases, 1979-83 (Chairman, 1983)
    Consultant, AID, 1981
    Member, Clinical Applications and Prevention Advisory Committee, National Heart,
        Lung and Blood Institute, 1982-84
    Consultant, Maternal PKU Project, 1984-1987
    Member, Epidemiology and Disease Control Study Section, NIH, 1984-88
    Associate Editor, *Journal of Statistical Computation and Simulation*, 1986-89
    Member, Advisory Board, *Screening* (Official Journal of the International Society for
        Neonatal Screening) 1995-1997.
    Member, Editorial Advisory Board, Statistical Methods in Medical Research; Associate
        Editor, 1997-
    Statistical Consultant and DSMB member,  Syntex Ticlopidine Studies, 1981-1990.
    Statistical Consultant and DSMB Chairman, Genentec TPA in Stroke Studies, 1990-1998
    Statistical Consultant to HeartStream, studies of defibrillator, 1996-1999.
    Statistical Consultant and DSMB member for Weyeth Ayherst Stroke Study, 1996-1998
    Statistical Consultant and DSMB member for Bristol-Meyers Squibb Studies of
    Pravastatin for CHD prevention, 1986-1995
    Statistical Consultant for NeoRex, 1998
    Statistical Consultant and Chairman, DSMB Knoll Studies of Ancrod in Stroke, 1991-
        1999
    Statistical Consultant for DuPont, 1999 - 2000
    Statistical Consultant and DSMB member,  ICOS, 1998-2000
    Statistical Consultant and DSMB member,  Intrabiotics Corp. 1999 – 2001.
    Member of DSMB, Bristol Meyers Squibb OPERA Study, 1999 –2002.
    Chair of DSMB, Genome Corporation, RAVE study, 2002-2004.
    Chair of DSMB, Human Genome Sciences, WHO4 study, 2002-2004.
    Chair of DSMB, Intrabiotics Corp., VAP Study, 2002-2004.
    Member of DSMB, Fred Hutchinson Cancer Research Center, Cellular Immunotherapy
        Study, 2004-present
    Chair of DSMB, Corcept Corp. C-1073 Studies, 2003-Present
    Statistical Consultant, Northstar Corp. 2004-Present

*Honors:*

    U.S. Public Health Fellowship, 1961-63
    Research Career Development Award, Public Health Service, 1968-72
    Elected Fellow of the American Statistical Association, 1981

*University Appointments:*

M000647064

Richard A. Kronmal                                           Curriculum Vitae

Executive Committee, School of Public Health and Community Medicine, 1979-83
Graduate School Executive Committee, 1980-83
Faculty Senate, September 1980-September 1982
Graduate Faculty Council, 1980-84
Chair, Committee to Review the Radiological Sciences Program, 1994-95
Faculty Research Council, 1995-2000

*Societies:*

American Statistical Association
Biometric Society (Western North American Region)

M00684 7065

Richard A. Kronmal                                                    Curriculum Vitae

*Grants and Contracts Awarded:*

Coordinating Center for Collaborative Studies in Coronary Artery Surgery, National Heart, Lung and Blood Institute, 1973-77

Computer Data and Related Services, Guatemala Project, Institute of Nutrition of Central America and Panama, 1972-75

Computer System Conversion, National Institutes of Health, 1973

Efficient Generation of Random Variables from an Arbitrary Probability Distribution, National Science Foundation, Principal Co-Investigator with A V Peterson, Jr., 1980-83

Stroke Prevention and Atrial Fibrillation Statistical Center, Coordinating Center, National Institutes of Health, 1987-97

Further Analysis of Growth Data in PKU, National Institutes of Health, 1987-89

A Case-control Study of Vasectomy and Urolithiasis, 1989-92

Coronary Heart Disease and Stroke in People Aged 65 to 84 Years, Coordinating Center, National Institutes of Health, 1988-2005

Calcium Channel Blockers and the risk of breast Cancer, National Cancer Institute, 1998-1999

Multi-Ethnic Study of Atherosclerosis (MESA), Coordinating Center, National Institutes of Health, 1999-2008

1     Cystic Fibrosis Theraputic Development Coordinating Center, National Institutes of Health and the Cystic Fibrosis Foundation, Co-PI with Bonnie Ramsey, MD 1999-2005

Ginko Evaluation of Memory Study (GEMS), Coordinating Center, National Institutes of Health, 2000-2006

Cardiovascular Biostatistics Training, National Institutes of Health, 2001-2006

Fat Redistribution and Metabolic Change in HIV Infection (FRAM-2), Data Management Center, National Institutes of Health, 2003 – 2007,

MESA Family Study, Coordinating Center, National Institutes of Health, 2003 – 2008,

Epidemiology of Vascular Inflammation and Atherosclerosis, Data Management Center, National Institutes of Health, 2004 – 2009

MESA – Air Pollution Study, Coordinating Center, EPA, 2004 - 2013

**Articles in Refereed Journals**

1.     Kronmal RA:  Evaluation of a pseudorandom normal number generator.  *J Asso Comput Mch* 11:357-63, 1964.

2.     Dixon WJ, Kronmal RA:  The choice of origin and scale for graphs.  *J Asso Comput Mch* 12:259-61, 1965.

3.     Alexander ER, Foy HM, Kenny GE, Kronmal RA, McMahan R, Clark ER, MacColl WA, Grayston JT:  Pneumonia due to Mycoplasma pneumonia.  *N Engl J Med* 275:131-33, 1966.

M006647066

4.    Grayston JT, Kenny GE, Foy HM, Kronmal RA, Alexander ER:  Epidemiological studies of Mycoplasma pneumonia infections in civilians.  *Ann New York Acad Sci* 143:436-46, 1967.

5.    Kogan A, Kronmal RA, Peterson DR:  The relationship between infectious hepatitis and Down's Syndrome.  *Am J Public Health* 58:305-11, 1968.

6.    Kronmal RA, Tarter ME:  The estimation of probability densities and cumulatives by Fourier series methods.  *JASA* 63:925-52, 1968.

7.    Kronmal RA, Bender L, Mortensen J:  A conversational statistical system for medical records.  *JRSS* 19:82-92, 1970.

8.    Tarter ME, Kronmal RA:   On multivariate density estimates based on orthogonal expansions.  *Ann Math Stat* 41:718-22, 1970.

9.    Bryant JI, Emanuel I, Huang S, Kronmal RA, Lo J:  Dermatoglyphs of Chinese children with Down's Syndrome.  *J Med Gen* 7:338-44, 1970.

10.   Strickland GT, Costell DO, Kronmal RA:  Prolonged observations on the liver function tests in infectious hepatitis.  *Am J Gastroent* 55:257-64, 1971.

11.   Fox JP, Hall CE, Cooney MK, Luce RE, Kronmal RA:  The Seattle virus watch.  II. Objectives, study population and its observation, data processing and summary of illnesses.  *Am J Epidemiol* 96:270-85, 1972.

12.   Kronmal RA:  Letter to the editors:  Symptom diagnosis using Bahadur's distribution.  *Int J Biomed Comput* 3(4):313-315, 1972.

13.   Foltz EL, Kronmal RA, Shurtleff DB:  To treat or not treat:  A neurosurgeon's perspective of myelomeningocele.  *Clin Neurosurg* 20:147-63, 1973.

14.   Foltz EL, Kronmal R, Shurtleff DB:  Chapter 10.  To treat or not to treat:   A Neurosurgeon's perspective of myelomeningocele.  *Clin Neurosurg* 20:147-163, 1973.

15.   Shurtleff DB, Kronmal RA:  Myelodysplasia:  Decision for death or disability.  *N Engl J Med* 291:1005-11, 1974.

16.   Mata LJ, Urrutia JJ, Kronmal RA, Joplin C:  Survival and physical growth in infancy and early childhood by birth weight and gestation age:  Study in a Guatemalan Indian village.  *Am J Dis Child* 129:561-66, 1975.

17.   Shurtleff DB, Kronmal RA, Foltz EL:  Follow-up comparison of hydrocephalus with and without myelomeningocele.  *J Neurosurg* 42:61-88, 1975.

18.   Ott J, Kronmal R:  Some classification procedures for multivariate binary data using orthogonal function.  *JASA* 71:391-99, 1976.

M00664706J

Richard A. Kronmal                                     6                                     Bibliography

2.    Mata LJ, Kronmal RA, Urrutia JJ, Garcia B: Antenatal events and postnatal growth and survival of children in a rural Guatemalan village. *Ann Human Biol* 3:303-15, 1976.

20.   Tarter ME, Kronmal RA:   An introduction to the implementation and theory of nonparametric density estimation. *Am Stat* 30:105-12, 1976.

21.   Mata LJ, Kronmal RA, Urrutia JJ, Garcia B: Effect of infection on food intake and the nutritional state: Perspectives as viewed from the village. *Am J Clin Nutr* 30:1215-27, 1977.

22.   Wahl PW, Kronmal RA:   Discriminant functions when covariances are unequal and sample sizes are moderate. *Biometrics* 33:479-84, 1977.

23.   Kronmal RA, Davis K, Fisher LD, Jones R, Gillespie MJ:  Data management for a large cooperative clinical trial (CASS). *Comput Biomed Res* 11:533-66, 1978.

24.   Frank R, Brain JD, Knudson DE, Kronmal RA:  Ozone exposure, adaptation, and changes in lung elasticity. *Environ Res* 19:449-59, 1979.

25.   Holm VA, Kronmal RA, Williamson M, Roche AF:  Physical growth in phenylketonuria. II.  Growth of treated children in the PKU Collaborative Study from birth to four years of age. *Pediatrics* 63:700-07, 1979.

26.   Kronmal RA, Peterson AV Jr:  On the alias method for generating random variables from a discrete distribution. *Am Stat* 33:71-83, 1979.

27.   Vlietstra RE, Frye RL, Kronmal RA, Sim DA, Tristani FE, Killip T, Participants in the Coronary Artery Surgery Study (CASS): RISk factors and angiographic coronaryartery disease:  A report from the CASS study (CASS). *Circulation* 62:254-61, 1980.

28.   Peterson AV Jr, Kronmal RA:  A representation for discrete distribution by equiprobable mixture. *J Appl Prob* 17:102-11, 1980.

29.   Kronmal RA, Peterson AV Jr:  A variant of the acceptance-rejection method for computer generation of random variables. *JASA* 76:446-51, 1981.

30.   Kronmal RA, *et al.*:  National Heart, Lung and Blood Institute Coronary Artery Surgery Study (T Killip, LD Fisher and MB Mock, eds.). *Circulation (Supplement)* 63(6):1-81, 1981.

31.   Vlietstra RE, Kronmal RA, Frye RL, Seth AK, Tristani FE, Killip T:  Factors affecting the extent and severity of coronary artery disease in patients enrolled in the Coronary Artery Surgery Study (CASS). *Arteriosclerosis* 2:208-15, 1982

32.   Vlietstra RE, Kronmal RA, Seth AK, Frye RL:  Correlation of the coronary heart disease risk factors and coronary angiographic data. *Kardiologiia* 22(2):67-72, 1982.

M00664706B

33.   Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal RA, Gillespie MJ:  C2:  A database management system developed for the Coronary Artery Surgery Study (CASS) and other clinical studies.  *J Med Syst* 6(5):501-518, 1982.

34.   Peterson AV Jr, Kronmal RA:  On mixture methods for the computer generation of random variables.  *Am Stat* 36:184-82, 1982.

35.   White JE, Kronmal R, Acosta PB:  Excess weight among children with phenylketonuria.  *J Am Coll Nutr* 1:293-303, 1982.

36.   Gersh B, Kronmal RA, Frye R, Schaff HV, Ryan TJ, Gosselin AJ, Kaiser GC, Killip T, Participants in the Coronary Artery Surgery Study:  Coronary arteriography and coronary artery bypass surgery:  Morbidity and mortality in patients ages 65 years or older.  A report from the Coronary Artery Surgery Study (CASS).  *Circulation* 67:483-91, 1983.

37.   Gersh B, Kronmal RA, Schaff H, Frye R, Ryan TJ, Myers WO, Athearn M, Gosselin AJ, Kaiser GC, Participants in the Coronary Artery Surgery Study:  Long-term (5-year) results of coronary bypass surgery in patients aged 65 years or older.  A report from the Coronary Artery Surgery Study (CASS).  *Circulation* 68(Supplement II):II-190-99, 1983.

38.   Mata L, Simhon A, Urrutia JJ, Kronmal RA:  Natural history of rotavirus infection in the children of Santa Maria Cauque.  *Prog Food Nutr Sci* 7:167-77, 1983.

39.   Russek E, Kronmal R, Fisher L:  The effect of assuming independence in applying Bayes' Theorem to risk estimation and classification in diagnosis.  *Comput Biomed Res* 16:537-52, 1983.

40.   CASS Principal Investigators and their Associates:  Myocardial infarction and mortality in the Coronary Artery Surgery Study (CASS) randomized trial.  *N Engl J Med* 310:750-58, 1984.

41.   CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS):  A randomized trial of coronary artery bypass surgery.  Survival data.  *Circulation* 68:939-50, 1983.

42.   CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS): A randomized trial of coronary artery bypass surgery.  Quality of life in patients randomly assigned to treatment groups.  *Circulation* 68:939-50, 1983.

43.   CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS):  A randomized trial of coronary artery bypass surgery.  Comparability of entry characteristics and survival in randomized patients and nonrandomized patients meeting randomization criteria.  *J Am Coll Cardiol* 3:114-28, 1984.

M006647069

Richard A. Kronmal                        8                        Bibliography

44.    Peterson AV Jr, Kronmal RA:  Analytic comparison of three general-purpose methods for the computer generation of discrete random variables.  *Appl Stat JRSS (C)* <u>32</u>:276-86, 1983.

45.    Mata L, Kronmal RA, *et al.*:  Epidemiology of rotaviruses in a cohort of 45 Guatemalan Mayan Indian children observed from birth to three years of age.  *J Infect Dis* <u>148</u>:452-61, 1983.

46.    Kronmal RA, Peters AV Jr:  An acceptance-complement variant of the mixture-plus-acceptance-rejection method.  *Trans Math Software* <u>10</u>:271-81, 1984.

47.    Gersh BJ, Schaff HV, Kronmal RA:  Bypass for the elderly:  A CASS registry update.  *Cardiovasc Med* 897-901, 1984.

48.    Kronmal RA:  Commentary on the published results of the Lipid Research Clinics Coronary Primary Prevention Trial. *JAMA* <u>253</u>:2091-93, 1985.

49.    Butler WJ, Kronmal RA:  Discrimination with polychotomous predictor variables using orthogonal functions. *JASA* <u>80</u>:443-48, 1985.

50.    Kronmal RA:  Commentaire sur les resultats d l'essai de prevention primaire de la maladie coronarienne par abaissement du taux de cholesterol (LRC-CPPT).  *JAMA (French Edition)* <u>10</u>:841-44, 1985 (French translation of #44).

51.    Gersh BJ, Kronmal RA, Schaff HV, Frye RL, Ryan TJ, Mock MB, Myers WO, Athearn MW, Gosselin AJ, Kaiser GC, Bourassa MG, Killip T:  Comparison of coronary artery bypass surgery and medical therapy in patients 65 years of age or older.  *N Engl J Med* <u>313</u>:217-24, 1985.

52.    McCormick JR, Schick EC, McCabe C, Kronmal RA, Ryan TJ:  Determinants of operative mortality and long-term survival in patients with unstable angina:  The CASS experience. *J Thorac Cardiovasc Surg* <u>89</u>:683-88, 1985.

53.    Kronmal RA:  Kommentar zu den veroffentlichten Ergebnissen der Lipidstudie zur Pravention koronarer Herzkrankheiten. *JAMA (German Edition)* <u>7</u>:8468-73, 1985.

54.    Farthing MJG, Mata L, Urrutia JJ, Kronmal RA:  Natural history of Giardia infection of infants and children in rural Guatemala and its impact on physical growth. *Am J Clin Nutr* <u>43</u>:395-405, 1986.

55.    Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T:  Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease. *JAMA* <u>255</u>:1023-27, 1986.

56.    Kemp HG, Kronmal RA, Vlietstra RE, Frye RL:  Seven year survival of patients with normal or near normal coronary arteriograms:  A CASS registry study.  *J Am Coll Cardiol* <u>7</u>:479-83, 1986.

M000647070

57.   Holtzman T, Kronmal RA, van Doorninck W, Azen C, Koch R:  Effect of age at loss of dietary control on intellectual performance and behavior of children with phenyl-ketonuria.  *N Engl J Med* 314:593-98, 1986.

58.   Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T:  Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease.  *JAMA (Southeast Asia Version)* 2:21-26, 1986 (Reprint of #51).

59.   Teitz C, Hermanson B, Kronmal R, Diehr P:  Evaluation of the use of braces to prevent injury to the knee in collegiate football players.  *J Bone Joint Surg (A)* 69:2-9, 1987.

60.   Thigpen JT, Kronmal R, Vogel S, Hynes HE, Nahhas W, Belt RJ, Balcerzak SP, Epstein RB, Costanzi JJ:  A phase II trial of vinblastine in patients with advanced or recurrent endometrial carcinoma.  *Am J Clin Oncol* (CCT) 10(5):429-431, 1987.

61.   Alberts DS, Kronmal R, Baker LA, Stock-Novack DL, Surwit EA, Boutselis JG, Hannigan EB:  Phase II randomized trial of cisplatin chemotherapy regimens in the treatment of recurrent or metastatic squamous cell cancer of the cervix:  A Southwest Oncology Group study.  *J Clin Oncol* 5(11):1791-1795, 1987.

62.   Von-Hoff DD, Kronmal R, O'Toole RV, Surwit EA, Hutton JJ, Alberts DS:  Phase II study of fludarabine phosphate (NSC-312887) in patients with advanced ovarian cancer.  A Southwest Oncology Group study.  *Am J Clin Oncol* 11:146-148, 1988.

63.   Cameron A, Schwartz MJ, Kronmal RA, Kosinski A:  The prevalence and significance of atrial fibrillation in chronic coronary artery disease (CASS registry).  *Am J Cardiol* 61(10):714-717, 1988.

64.   Kronmal RA, Alderman E, Krieger JN, Killip T, Kennedy JW, Athearn MW:  Vasectomy and urolithiasis.  *Lancet* 1:22-23, 1988.

65.   Hermanson B, Omenn GS, Kronmal RA, Gersh BJ, Participants in the Coronary Artery Surgery Study:  Beneficial six-year outcome of smoking cessation in older men and women with coronary artery disease:  Results from the Coronary Artery Surgery study registry.  *N Engl J Med* 319:1365, 1988.

66.   Eaker E, Kronmal RA, Davis KB, Kennedy JW:  Comparison of the long-term, post-surgical survival of women and men in the Coronary Artery Surgery Study (CASS).  *Am Heart J* 117:71-81, 1989.

67.   Click R, Holmes Dr, Vliestra RE, Kosinski A, Kronmal RA:  Anomalous coronary arteries:  Location, degree of atherosclerosis, and effect on survival:  A report from the Coronary Artery Surgery Study.  *J Am Coll Cardiol* 13:531-537, 1989.

68.   Sherry B, Smith AL, Kronmal RA:  Anemia associated with Haemophilus influenze meningitis:  Lack of effect of chloramphenicol.  *Dev Pharmacol Ther* 12:188-190, 1989.

M00684/071

69.   Sherry B, Weber A, Williams-Warren J, Char L, Smith AL, Kronmal RA:  The impact of
      Haemophilus influenzae meningitis on nutritional status.  *Am J Clin Nutr* 50:425-434,
      1989.

70.   Sherry B, Emanuel I, Kronmal RA, Smith AL, Char L, Gale J, Walkley E:  Interannual
      variation of the incidence of Haemophilus influenzae type b meningitis.  *JAMA*
      261(13):1924-1929, 1989.

71.   Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit
      EA, Eyre HJ, Baker LH:  Randomized phase III trial of chemoimmunotherapy in patients
      with previously untreated stages III and IV suboptimal disease ovarian cancer:  A
      Southwest Oncology Group study. *Gynecol Oncol* 32:8-15, 1989.

72.   Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit
      EA, Eyre HJ, Baker LH:  Randomized phase III trial of chemoimmunotherapy in patients
      with previously untreated stage III, optimal disease ovarian cancer:  A Southwest
      Oncology Group Study.  *Gynecol Oncol* 32:16-21, 1989.

73.   SPAF Investigators:   Warfarin compared to aspirin for prevention of arterial
      thromboembolism in atrial fibrillation:  Design and patient characteristics of the SPAF II
      Study. *Lancet* 1(8639):670, 1989.

74    Kronmal RA, Kosinski AS, Mock MB:  The relationship between cholesterol level and
      myocardial infarction or mortality risk in patients with coronary artery disease.  A report
      from the Coronary Artery Surgery Study (CASS) registry.  *J Thorac Cardiol Surg*
      97(4):487-95, 1989.

75.   Psaty B, Siscovick D, Wahl P, Kronmal R:  Cardiovascular events in the elderly. *Wash
      Public Health*, Winter 1990.

76.   SPAF Investigators:  Special Report, Preliminary report of the stroke prevention in atrial
      fibrillation study. *N Engl J Med* 322:863-868, (March 22) 1990.

77.   SPAF Investigators:  Design of a multicenter randomized trial for the stroke prevention in
      atrial fibrillation study.  *Stroke* 21(4):538-545, 1990.

78.   Hermanson B, Vlietstra RE, Kronmal RA, Bersh BJ, Omenn GS, Participants in the
      Coronary Artery Surgery Study:  Quitting smoking:  Effect on survival of patients with
      proven coronary artery disease. *Cardiol Board Rev* 7(4):111-121, 1990.

79.   Psaty BM, Koepsell TD, Manolio TA, Longstreth WT Jr, Wagner EH, Wahl PW,
      Kronmal RA:  Risk ratios and risk differences in estimating the effect of risk factors for
      cardiovascular disease in the elderly. *J Clin Epidemiol* 43(9):961-970, 1990.

80.   Chaitman BR, Ryan TJ, Kronmal RA, Foster ED, Frommer PL, Killip T, CASS
      Investigators:  Coronary Artery Surgery Study (CASS):  Comparability of 10 year

M006847072

survival in randomized and randomizable patients.  *J Am Coll Cardiol* 16(5):1071-1078, 1990.

81.   Omenn GS, Anderson KW, Kronmal RA, Vlietstra RE:   The temporal pattern of reduction of mortality risk after smoking cessation.  A CASS registry report.  *Am J Prev Med* 6(5):251-57, 1990.

82.   Kronmal RA, Whitney CW, Mumford SD:   The intrauterine device and pelvic inflammatory disease:  The women's health study reanalyzed.   *J Clin Epidemiol* 44(2):109-122, 1991.

83.   Thom DH, Wang S-P, Grayston JT, Siscovick DS, Stewart DK, Kronmal RA, Weiss NS:   Chlamydia pneumoniae strain TWAR antibody and angiographically demonstrated coronary artery disease. *Arterioscler Thromb* 11(3):547-551, 1991.

84.   SPAF Investigators:  The stroke prevention in atrial fibrillation study:  Final results. *Circulation* 84:527-539, 1991.

85.   Langholz B, Kronmal R:  Tests of distributional hypotheses with nuisance parameters using Fourier series methods. *JASA* 10(3):473-85, 1991.

86.   Von Hoff DD, Alberts DS, Kronmal R, Salmon SE, Turner J, Green JB, Bonorris JS, Moorhead EL, Hynes HE, Pugh RE, Belt RJ:  A Southwest Oncology Group Study of the use of a human tumor cloning assay for predicting response in patients with ovarian cancer. *Cancer* 67(1):20-27, 1991.

87.   McBurnie MA, Kronmal RA, Schuett VE, Koch R, Azeng CG:   Physical growth of children with phenylketonuria. *Ann Human Biol* 18(4):357-68, 1991.

M00684/073

Richard A. Kronmal                    12                    Bibliography

88.    Fried LP, Borhani NO, Enright P, Furberg CD, Gardin JM, Kronmal RA, Kuller LH,
       Manolio TA, Mittelmark MB, Newman A, O'Leary DH, Psaty B, Rautaharju P, Tracy RP,
       Weiler PG:  The Cardiovascular Health Study:  Design and rationale (for CHS
       Collaborative Research Group). *Ann Epidemiol* 1(3):263-76, 1991.

89.    SPAF Investigators:  Predictors of thromboembolism in atrial fibrillation.  I.  Clinical
       features of patients at risk. *Ann Int Med* 116:1-5, 1992.

90.    SPAF Investigators:   Predictors of thromboembolism in atrial fibrillation.   II.
       Echocardiographic features of patients at risk. *Ann Int Med* 116:6-12, 1992.

91     Cain KC, Kronmal RA, Kosinski AS:  Analyzing the relationship between change in a
       risk factor and risk of disease. *Stat Med* 11:783-797, 1992.

92.    Flaker GC, Blackshear J, McBride R, Kronmal RA, Halperin JL, Hart RG:
       Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation.  *J Am Coll
       Cardiol* 20:527-532, 1992.

93.    Frye RL, Kronmal RA, Schaff HV, Myers WO, Gersh BJ, Participants in the Coronary
       Artery Surgery Study (CASS).  Stroke in coronary artery bypass graft surgery:  Analysis
       of the CASS experience. *Int J Cardiol* 36:213-221, 1992.

94.    Kadel NJ, Teitz CC, Kronmal RA:  Stress fractures in ballet dancers.  *Am J Sports Med*
       20(4):445-449, 1992.

95.    Oleary DH, Polak JF, Kronmal RA, Kittner SJ, Bond MG, Wolfson SK, Bommer W,
       Price TR, Gardin JM, Savage PJ:  Distribution and correlates of sonographically detected
       carotid artery disease in the cardiovascular health study. *Stroke* 23 (12):1752-1760, 1992.

96.    SPAF Investigators:   Warfarin compared to aspirin for prevention of arterial
       thromboembolism in atrial fibrillation:  Design and patient characteristics of the SPAF II
       study. *Cerebrovasc Dis* 2:332-341, 1992.

97.    Kronmal RA, Kosinski AS, Mock MB:  The relationship between cholesterol level and
       myocardial infarction or mortality risk in patients with coronary artery disease.  A report
       from the Coronary Artery Surgery Study (CASS) registry.  *Ann Epidemiol* 2:129-136,
       1992.

98.    Kronmal RA, Cain, Ye, Omenn:  Total serum cholesterol level and mortality:  Risk as a
       function of age.  A report based on the Framingham data. *Arch Intern Med* 153:1065-
       1073, 1993.

99.    Enright PL, Kronmal RA, Higgins M, Schenker M, Haponik EF:  Spirometry reference
       values for men and women ages 65-85:  Cardiovascular health study. *Am Rev Respir Dis*
       147:125-133, 1993.

100.   Kronmal RA, Rutan GH, Manolio TA, Borhani NO:  Properties of the random zero
       sphygmomanometer. *Hypertension* 21(5):632-637, 1993.

M000647074

Richard A. Kronmal                              13                              Bibliography

101. Higgins MW, Enright PL, Kronmal RA, Schenker MB, Anton-Culver H, Lyles M: Smoking and lung function in eldery men and women: The Cardiovascular Health study. *JAMA* 269(21):2741-2748; 1993.

102. Krohn MA, Hillier SL, Bell TA, Kronmal RA, Grayston JT, the Eye Prophlaxis Study Group: The bacterial etiology of conjunctivitis in early infancy. *Am J Epidemiol* 138(5):326-332, 1993.

103. Kronmal RA: Spurious correlation and the fallacy of the ratio standard revisited. *J Roy Stat Soc (A)* 156(Part III):379-392, 1993.

104. Polak JF, O'Leary DH, Kronmal RA, Wolfson SK, Bond MG, Tracy RP, Gardin JM, Kittner SJ, Price TR, Savage PJ: Sonographic evaluation of carotid artery atherosclerosis in the elderly: Relationship of disease severity to stroke and transient ischemic attack. *Cardiovasc Radiol* 188:363-370, 1993.

105. SPAF Investigators: A differential effect of aspirin on prevention of stroke in atrial fibrillation. *J Stroke Cerebrovasc Dis* 3:181-188, 1993.

106. Bell TA, Grayston JT, Krohn MA, Kronmal RA, The Eye Prophylaxis Study Group: Randomized trial of silver nitrate, erythromycin, and no eye prophylaxis for the prevention of conjunctivitis among newborns not at risk for gonococcal ophthalmitis. *Pediatrics* 92(6):755-760, 1993.

107. Sherry B, Smith A, Kronmal RA: A case-control assessment of risk factors for Haemophilus influenzae type b meningitis. *Eur J Public Health* 3(4):290-91, 1993.

108. Flaker GC, Blackshear JL, Kronmal RA, McBride R, Halperin JL, Hart RG (for the Stroke Prevention in Atrial Fibrillation Investigators): Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation. *Cardiol Board Rev* 10:28-37, 1993.

109. Cohen M, Adams PC, Parry G, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Chesebro JH, Strain J, Keller C, Kelly A, Lancaster G, Ali J, Kronmal R, Fuster V, The Antithrombotic Therapy in Acute Coronary Syndromes Research Group: Combination antithrombotic therapy in unstable rest angina and on-q-wave infarction in nonprior aspirin users: Primary end points analysis from the ATACS trial. *Circulation* 89(1):81-88, 1994.

110. Kronmal RA, *et al.*: Niveles sericos de colesterol total y riesgo de mortalidad como funcion de la edad. *Lipid Digest* 3:7-8, 1994 (also in *Arch Intern Med* 153:1065-1073, 1993).

111. Enright PL, Kronmal RA, Manolio TA, Schenker MB, Hyatt RE: Respiratory muscle strength in the elderly: Correlates and reference values. *Am J Respir Crit Care Med* 149:430-438, 1994.

M006647075

Richard A. Kronmal                    14                        Bibliography

112.   The SPAF Investigators:  Warfarin versus aspirin for prevention of thromboembolism in atrial fibrillation:  Stroke Prevention in Atrial Fibrillation (SPAF) II Study.  *Lancet* 343:687-693, 1994.

113.   Hoffman RM, Psaty B, Kronmal RA:  Modifiable risk factors for incident heart failure in the coronary artery surgery study. *Arch Intern Med* 154:417-423, 1994.

114.   Laupacis A, Boysen G, Kronmal R, et al:  Risk factors for stroke and efficacy of anti-thrombotic therapy in atrial fibrillation:  Analysis of pooled data from five randomized controlled trials. *Arch Intern Med* 154(13):1449-1457, 1994.

115.   Tell G, Rutan G, Kronmal RA:  Correlates of blood pressure in community-dwelling older adults:  The Cardiovascular Health Study. *Hypertension* 23:59-67, 1994.

116.   Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association:  Guidelines for the management of transient ischemic attacks. *Circulation* 89(6):2950-2965, 1994.

117.   Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association:  Review:  Guidelines for the management of transient ischemic attacks. *Stroke* 25:1320-1335, 1994.

118.   Cohen M, Parry G, Adams PC, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Kronmal RA, Fuster V:  Prospective evaluation of a prostacyclin-sparing aspirin formulation and heparin/warfarin in aspirin users with unstable angina or non-Q wave myocardial infarction at rest. *European Heart Journal* 15(9):1196-1203, 1994.

119.   Enright PL, Kronmal RA, Higgins MW, Schenker MB and Haponik EF:  Prevalence and correlates of respiratory symptoms and disease in the elderly. *Chest* 106(3):827-834, 1994.

120.   Barzilay J, Kronmal R, Bittner V, Eaker E, Evans C, Foster ED:  Coronary artery disease and coronary artery bypass grafting in diabetic patients aged ≥65 years. *Am J Card* 74(4):334-339, 1994.

121.   Manolio TA, Kronmal RA, Burke GL, Poirier V, O'Leary DH, Gardin JM, Fried LP, Steinberg EP, Bryan RN (for the CHS Collaborative Research Group):  Magnetic resonance abnormalities and cardiovascular disease in older adults:  The Cardiovascular Health Study. *Stroke* 25(2):318-327, 1994.

122.   Schulz R, Mittelmark M, Kronmal R, Polak JF, Hirsch CH, Germain P, Bookwala J:  Predictors of Perceived Health Status in Elderly Men and Women. *Journal of Aging and Health*, 6(4):419-447, 1994.

123.   Bryan RN, Manolio TA Schertz LD, Jungreis C, Poirier VC, Elster AD, Kronmal RA:  A method for using MR to evaluate the effects of cardiovascular disease on the brain:  the Cardiovascular Health Study. *Am J Neuroradiol* 15(9):1625-1633, 1994.

Richard A. Kronmal                    15                    Bibliography

124.   Omenn GS, Cain KC, Ye Z, Kronmal RA:  Lowering total cholesterol level in the older adult raises serious questions.  *Cardiol Board Rev* 11:37-41, 1994.

125.   Enright PL, Kronmal RA, Smith VE, Gardin JM, Schenker MB, Manolio TA:  Reduced vital capacity in elderly persons with hypertension, coronary heart disease, or left ventricular hypertrophy.  The Cardiovascular Health Study.  *Chest* 107(1):6-7, 1995.

126.   Feinberg WM, Blackshear JL, Laupacis A, Kronmal R, Hart RG:  Prevalence, age distribution, and gender of patients with atrial fibrillation.  Analysis and implications.  *Arch Intern Med* 155(5):469-473, 1995.

127.   O'Leary DH, Polak JF, Kronmal RA, Savage PJ, Borhani NO, Kittner SJ, Tracy R, Gardin JM, Price TR, Furberg CD for the Cardiovascular Health Study Collaborative Research Group: Thickening of the carotid wall.  A marker for atherosclerosis in the elderly?  *Stroke* 27(2):224-231, 1996.

128.   Kronmal RA, Smith VE, O'Leary DH, Polak JF, Gardin JM, Manolio TA: Carotid artery measures are strongly associated with left ventricular mass in older adults (a report from the Cardiovascular Health Study). *Am J Cardiol* 77(8): 628-33 1996.

129.   Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A:  Classification Accuracy of Electrocardiographic Criteria for Left Ventricular Hypertrophy in Older Adults:  The Cardiovascular Health Study. *Annals of Noninvasive Electrocardiology* 1(2 pt. 1):121-132, 1996.

130.   O'Leary D, Kronmal R, *et al*:  Prevalence and determinants of carotid atherosclerosis in the elderly:  The Cardiovascular Health Study. *Perfusion*.

131.   Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD,  Borhani NO, Newman A:  Utility of new electrocardiographic models for left ventricular mass in older adults. *Hypertension* 28:8-15, 1996.

132.   Krieger JN, Kronmal RA, Coxon V, Wortley P, Thompson L, Sherrard DJ:  Dietary and behavioral risk factors for urolithiasis: potential implications for prevention. *Am J Kidney Dis* 28(2):195-201, 1996.

133.   Manolio TA, Kronmal RA, Burke GL, O'Leary DH, Price TR:  Short-term predictors of incident   stroke   in   older  adults.   The  Cardiovascular  Health  Study. *Stroke* 27(9):1479-1486, 1996.

134.   Polak JF, Kronmal RA, Tell GS, O'Leary DH, Savage PJ, Gardin JM, Rutan GH, Borhani NO:  Compensatory increase in common carotid artery diameter.  Relation to blood pressure and artery intima-media thickness in older adults. Cardiovascular Health Study. *Stroke*  27(11):2012-2015, 1996.

M008470771

Richard A. Kronmal                    16                         Bibliography

135.  Bardy GH, Marchlinski FE, Sharma AD, Worley SJ, Luceri RM, Yee R, Halperin BD, Fellows CL, Ahern TS, Chilson DA, Packer DL, Wilber DJ, Mattioni TA, Reddy R, Kronmal RA, Lazzara R:  Multicenter comparison of truncated biphasic shocks and standard damped sine wave monophasic shocks for transthoracic ventricular defibrillation. Transthoracic Investigators. *Circulation* 94(10):2507-2514, 1996.

136.  Jonas HA, Kronmal RA, Psaty BM, Manolio TA, Meilahn EN, Tell GS, Tracy RP, Robbins JA, Anton-Culver H:  Current estrogen-progestin and estrogen replacement therapy in elderly women: association with carotid atherosclerosis. CHS Collaborative Research Group. Cardiovascular Health Study. *Ann Epidemiol* 6(4):314-323, 1996.

137.  Kronmal RA, Krieger JN, Coxon V, Wortley P, Thompson L, Sherrard DJ:  Vasectomy is associated with an increased risk for urolithiasis. *Am J Kidney Dis* 29(2):207-213, 1997.

138.  Price TR, Manolio TA, Kronmal RA, Kittner SJ, Yue NC, Robbins J, AntonCulver H, OLeary DH:  Silent brain infarction on magnetic resonance imaging and neurological abnormalities in community-dwelling older adults:  The Cardiovascular Health Study. *Stroke* 28(6):1158-1164, 1997.

139.  Howard G, Chambless LE, Kronmal RA: Assessing differences in clinical trials comparing surgical vs. nonsurgical therapy: using common (statistical) sense. *JAMA* 278(17):1432-1436, 1997.

140.  Psaty BM, Manolio TA, Kuller LH, Kronmal RA, Cushman M, Fried LP, White R, Furberg CD, Rautaharju PM: Incidence of and risk for atrial fibrillation in older adults. *Circulation* 96(7): 2455-2461, 1997.

141.  Barzilay JI, Kronmal RA, Bittner V, Eaker E:  Coronary artery disease in diabetic patients with lower extremity arterial disease: characteristics and survival.  *Diabetes Care* 20(9): 1381-1387, 1997.

142.  Chambless LE, Hosking JD, Kronmal RA, et al.: Clearing up misunderstandings about clinical trial methodology: a reply to Barnett et al.'s commentary on the ACAS Trial. *Neurology* 48(6): 1743-1745,1997.

143.  Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL:  Use of calcium channel blockers and breast cancer in post-menopausal women.  *Cancer* 80(8): 1438-1447, 1997.

144.  Volinsky CT, Madigan D, Raftery AE, Kronmal RA:  Bayesian model averaging in proportional hazard models:  Assessing the risk of a stroke.  *Applied Statistics* 46(3): 1997.

145.  Gardin JM, Arnold A, Gottdiener JS, Wong ND, Fried LP, Klopfenstein HS, O'Leary DH, Tracy R, Kronmal RA: Left ventricular mass in the elderly. The Cardiovascular Health Study. *Hypertension* 29(5): 1095-1103, 1997.

146.  Fried LP, Kronmal RA, Newman AB, et al.:  Risk factors for five-year mortality in older
      adults:  the Cardiovascular Health Study. *JAMA* 279(8): 585-592, 1998.

147.  Poole JE, White RD, Kanz KG, Hengstenberg F, Jarrard GT, Robinson JC, Santana V;
      McKenas DK, Rich N, Rosas S, Merritt S, Magnotto L, Gallagher JV 3rd, Gliner BE,
      Jorgenson DB, Morgan CB, Dillon SM, Kronmal RA, Bardy GH. Low-energy
      impedance-compensating biphasic waveforms terminate ventricular fibrillation at high
      rates in victims of out-of-hospital cardiac arrest. LIFE Investigators. J Cardiovasc
      Electrophysiol 1997 Dec;8(12):1373-85.

148.  Howard G, Chambless LE, Kronmal RA. Assessing differences in clinical trials
      comparing surgical vs nonsurgical therapy: using common (statistical) sense.  JAMA
      1997 Nov 5;278(17):1432-6

149.  Kronmal RA, Hart RG, Manolio TA, Talbert RI, Beauchamp NJ, Newman A: Aspirin
      Use and Incident Stroke in the Cardiovascular Health Study. *Stroke* 29: 1998.

150.  Barzilay JI; Kronmal RA; Bittner V; Eaker E; Foster ED: Coronary artery disease in
      diabetic and nondiabetic patients with lower extremity arterial disease: A report from the
      Coronary Artery Surgery Study Registry. *Am Heart J*  135(6 Pt 1): 1055-62, 1998.

151.  Gliner BE, Jorgenson DB, Poole JE, White RD, Kanz KG, Lyster TD, Leyde KW,
      Powers DJ, , Morgan CB, Kronmal RA, Bardy GH:  Treatment of out-of-hospital cardiac
      arrest with a low-energy impedance-compensating biphasic waveform automatic external
      defibrillator. The LIFE Investigators. *Biome Instrum Technol*  32(6): 631-44, 1998.

152.  Fang XH; Kronmal RA; Li SC; Longstreth WT Jr.; Cheng XM; Wang WZ; Wu S; Du
      XL; Siscovick D: Prevention of stroke in urban China: a community-based intervention
      trial. *Stroke* 30(3): 495-501, 1998.

153.  Feinberg WM; Kronmal RA; Newman AB; Kraut MA; Bovill EG; Cooper L; Hart RG:
      Stroke risk in an elderly population with atrial fibrillation. *J Gen Intern Med* 14(1): 56-9,
      1999.

154.  O'Leary DH; Polak JF; Kronmal RA; Manolio TA; Burke GL; Wolfson SK Jr: Carotid-
      artery intima and media thickness as a risk factor for myocardial infarction and stroke in
      older adults. Cardiovascular Health Study Collaborative Research Group. *N Engl J Med*
      340(1): 14-22, 1999.

155.  Visser M; Langlois J; Guralnik JM; Cauley JA; Kronmal RA; Robbins J; Williamson JD;
      Harris TB: High body fatness, but not low fat-free mass, predicts disability in older men
      and women: the Cardiovascular Health Study.  Am J Clin Nutr. 68(3): 584-90, 1999.

156.  Lin DY, Psaty BM, Kronmal RA:  Assessing the sensitivity of regression results to
      unmeasured confounders in observational studies. *Biometrics* 54(3): 948-63, 1999.

M000647079

157.   Yanez ND III, Kronmal RA, Shemanski LR: The effects of measurement error in
       response variables and tests of association of explanatory variables in change models.
       *Stat Med* 17(22): 2597-606, 1999.

158.   Grayston JT, Jackson LA, Kennedy WJ, Kronmal RA. Secondary prevention trials for
       coronary artery disease with antibiotic treatment for Chlamydia pneumoniae: design
       issues. *Am Heart J* 138(5 Pt 2):S545-9, 1999.

159.   Wappner R, Cho S, Kronmal RA, Schuett V, Seashore MR . Management of
       phenylketonuria for optimal outcome: a review of guidelines for phenylketonuria
       management and a report of surveys of parents, patients, and clinic directors. *Pediatrics*
       104(6):e68, 1999.

160.   Hart RG, Halperin JL, McBride R, Benavente O, Man-Son-Hing M, Kronmal RA.
       Aspirin for the primary prevention of stroke and other major vascular events: meta-
       analysis and hypotheses. *Arch Neurol* 57(3):326-32, 2000.

161.   Rosen H, Muhlestein JB, Bartlett J, Chen S, Chikami G, Corson M, Shah PK, Gurfinkel
       E, Handsfield H, Jackson L, Knirsch C, Kronmal R, McCutchan JA, Shea S.
       Collaborative multidisciplinary workshop report: clinical antimicrobial trials for primary
       and secondary prevention of atherosclerotic cardiovascular disease. *J Infect Dis* 181
       Suppl 3:S582-4, 2000.

162.    Siscovick DS, Schwartz SM, Corey L, Grayston JT, Ashley R, Wang SP, Psaty BM,
       Tracy RP, Kuller LH, Kronmal RA.  Chlamydia pneumoniae, herpes simplex virus type
       1, and cytomegalovirus and incident myocardial infarction and coronary heart disease
       death in older adults : the cardiovascular health study. *Circulation:* 102(19):2335-40,
       2000.

163.   McClelland RL, Kronmal RA, Bryan RN, Manolio TA, Herskovits E, Kuller LH,
       O'Leary DH. Neurological Correlates of MRI Infarct Location in the Cardiovascular
       Health Study. *J Stroke and Cerebrovasc. Dis.* 9(5):218-228, 2000.

164.   Fang, XH,  Longstreth WT Jr, Kronmal RA, Li SC, Cheng XM, Wang WZ, Wu S, Du
       XL, Dai XY. Longitudinal Study of Blood Pressure and Stroke in over 37,000 People in
       China. *Cerebrovasc Dis:* 11(3):225-9, 2001.

165.   de Simone G, McClelland R, Gottdiener JS, Celentano A, Kronmal RA, Gardin JM.
       Relation of hemodynamics and risk factors to ventricular-vascular interactions in the
       elderly: the Cardiovascular Health Study. *J Hypertens* 19(10):1893-903, 2001.

M000647080

166.    Rautaharju PM, Nelson JC, Kronmal RA, Zhang AM, Robbins J, Gottdiener J, Furberg
        C, Manolio T, Fried L. Usefulness of T-axis deviation as an independent risk indicator for
        incident cardiac events in older men and women free from coronary heart disease (the
        Cardiovascular Health Study). *Am J Cardiol.* 88(2):118-23, 2001.

167.    Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL. Hypertension, heart
        rate, use of antihypertensives, and incident prostate cancer. *Ann Epidemiol.* 11(8):534-42,
        2001.

168.    Yanez ND, Warnes G, Kronmal RA. A measurement error model for longitudinal change.
        Communications in Statistics. 30(2):279-287, 2001.

169.    Yanez ND 3rd, Kronmal RA, Shemanski LR, Psaty BM. A regression model for
        longitudinal change in the presence of measurement error. *Ann Epidemiol.* 12(1):34-8,
        2002.

170.    Lumley T, Kronmal RA, Cushman M, Manolio TA, Goldstein S. A stroke prediction
        score in the elderly: validation and Web-based application. *J Clin Epidemiol.* 55(2):129-
        36, 2002.

171.    Smith NL, Barzilay JI, Shaffer D, Savage PJ, Heckbert SR, Kuller LH, Kronmal RA,
        Resnick HE, Psaty BM. Fasting and 2-hour postchallenge serum glucose measures and
        risk of incident cardiovascular events in the elderly: the Cardiovascular Health Study.
        *Arch Intern Med.* 162(2):209-16, 2002.

172.    McClelland RL, Kronmal RA. Regression-based variable clustering for data reduction.
        *Stat Med.* 21(6):921-41, 2002.

173.    Yanez ND, Kronmal RA, Nelson JC, Alonzo TA. Analyzing change in clinical trials
        using quasi-likelihoods. *J. Applied Stat.* 29(8): 1135- 1145, 2002.

174.    Lemaitre RN, Psaty BM, Heckbert SR, Kronmal RA, Newman AB Burke GL. Therapy
        with hydroxymethylglutaryl coenzyme a reductase inhibitors (statins) and associated risk
        of incident cardiovascular events in older adults: evidence from the Cardiovascular
        Health Study. *Arch Intern Med.* 162(12):1395-400, 2002.

175.    Kuller L, Arnold A, Tracy R, Otvos J, Burke G, Psaty B, Siscovick D, Freedman DS,
        Kronmal R. Nuclear magnetic resonance spectroscopy of lipoproteins and risk of
        coronary heart disease in the cardiovascular health study. *Arterioscler Thromb Vasc Biol.*
        22(7):1175-80, 2002.

176.    Green D, Ropper A, Kronmal R, Psaty B, Burke G . Serum potassium level and dietary
        potassium intake as risk factors for stroke. *Neurology.* 59(3):314-20, 2002.

177.    Wong TY, Hubbard LD, Klein R, Marino EK, Kronmal R, Sharrett AR, Siscovick DS,
        Burke G, Tielsch JM. Retinal microvascular abnormalities and blood pressure in older
        people: the Cardiovascular Health Study. *Br J Ophthalmol.* 86(9):1007-13, 2002.

M006847081

Richard A. Kronmal                          20                          Bibliography

178.   Newman AB, Naydeck BL, Sutton-Tyrrell K, Edmundowicz D, O'Leary D, Kronmal RA, Burke G, Kuller LH.  Relationship between coronary artery calcification and other measures of subclinical cardiovascular disease in older adults. *Arterioscler Thromb Vasc Biol.* 22(10):1674-9, 2002.

179.   Bild DE, Bluemke DA, Burke GL, Detrano R, Diez Roux AV, Folsom AR, Greenland P, Jacob DR Jr, Kronmal R, Liu K, Nelson JC, O'Leary D, Saad MF, Shea S, Szklo M, Tracy RP. Multi-ethnic study of atherosclerosis: objectives and design. *Am J Epidemiol* 156(9):871-81, 2002

180.   Hindorff LA, Heckbert SR, Tracy R, Tang Z, Psaty BM, Edwards KL, Siscovick DS, Kronmal RA, and Nazar-Stewart V.  Angiotensin II Type 1 Receptor Polymorphisms in the Cardiovascular Health Study: Relation to Blood Pressure, Ethnicity, and Cardiovascular Events. *Am J Hypertens.* 15:1050–1056, 2002.

181.   Goss, CH, Mayer-Hamblett, N, Kronmal, RA, and Ramsey, BW.  The Cystic Fibrosis Therapeutics Development Network (CF TDN): A paradigm of a clinical trials network for genetic and orphan diseases. *Adv Drug Deliv Rev.* 54(11):1505-28, 2002.

182.   Arnold A., Kronmal RA.  Multiple imputation of baseline data in the Cardiovascular Health Study. *Am J of Epidemiol.* 157:74-84, 2003

183.   Fried LF, Shlipak MG, Crump C, Bleyer AJ, Gottdiener JS, Kronmal RA, Kuller LH, Newman AB. Renal insufficiency as a predictor of cardiovascular outcomes and mortality in elderly individuals. *J Am Coll Cardiol.* 41(8):1364-72 2003.

184.   Hart RG, Halperin JL, Pearce LA, Anderson DC, Kronmal RA, McBride R, Nasco E, Sherman DG, Talbert RL, Marler JR; Stroke Prevention in Atrial Fibrillation Investigators.  Lessons from the Stroke Prevention in Atrial Fibrillation trials. *Ann Intern Med.* 138(10):831-8. Review  2003.

185.   Smith NL, Psaty BM, Rutan GH, Lumley T, Yanez D, Chaves PH, Kronmal RA. The association between time since last meal and blood pressure in older adults: the cardiovascular health study. *J Am Geriatr Soc* 51(6):824-8 2003.

186.   Heckbert SR, Hindorff LA, Edwards KL, Psaty BM, Lumley T, Siscovick DS, Tang Z, Kronmal RA, Tracy RP.  Beta-2 adrenergic receptor polymorphisms and risk of incident cardiovascular events in the elderly.  *Circulation* 107(15):2021-4. Epub 2003.

187.   Mukamal KJ, Kronmal RA, Mittleman MA, O'Leary DH, Polak JF, Cushman M, Siscovick DS. Alcohol consumption and carotid atherosclerosis in older adults: the Cardiovascular Health Study. *Arterioscler Thromb Vasc Biol.* (12):2252-9 2003.

M00647082

188.  Aviles RJ, Martin DO, Apperson-Hansen C, Houghtaling PL, Rautaharju P, Kronmal RA, Tracy RP, Van Wagoner DR, Psaty BM, Lauer MS, Chung MK. Inflammation as a risk factor for atrial fibrillation. *Circulation.* 108(24):3006-10 2003.

189.  Mukamal KJ, Kronmal RA, Tracy RP, Cushman M, Siscovick DS.  Traditional and novel risk factors in older adults: cardiovascular risk assessment late in life. *Am J Geriatr. Cardiol.* 13(2):69-80 2004

190.  Barzilay JI, Kronmal RA, Gottdiener JS, Smith NL, Burke GL, Tracy R, Savage PJ, Carlson M. The association of fasting glucose levels with congestive heart failure in diabetic adults > or =65 years: the Cardiovascular Health Study. *J Am Coll Cardiol.* 43(12):2236-41 2004.

191.  Kronmal RA, Barzilay JI, Tracy RP, Savage PJ, Orchard TJ, Burke GL. The relationship of fasting serum radioimmune insulin levels to incident coronary heart disease in an insulin-treated diabetic cohort. *J Clin Endocrinol Metab.* 89(6):2852-8 2004.

192.  Manolio TA, Cushman M, Gottdiener JS, Dobs A, Kuller LH, Kronmal RA; CHS Collaborative Research Group. Predictors of falling cholesterol levels in older adults: the Cardiovascular Health Study. *Ann Epidemiol.* 14(5):325-31 2004

193.  Psaty BM, Anderson M, Kronmal RA, Tracy RP, Orchard T, Fried LP, Lumley T, Robbins J, Burke G, Newman AB, Furberg CD.  The association between lipid levels and the risks of incident myocardial infarction, stroke, and total mortality: The Cardiovascular Health Study. *J Am Geriatr Soc.* 52(10):1639-47 2004.

194.  Han C, Kronmal R. Box-Cox transformation of left-censored data with application of coronary artery calcication and pharmacokinetic data to the analysis. *Statist. Med.* 23:3671–3679 2004.

195.  Arnold AM, Psaty BM, Kuller LH, Burke GL, Manolio TA, Fried LP, Robbins JA, Kronmal R. Incidence of cardiovascular disease in older Americans: the Cardiovascular Health Study. *Am Geriatr Soc.* 53(2):211-8 2005.

196.  Han C, Kronmal RA.  Box-Cox transformation of left-censored data with application to the analysis of coronary artery calcification and pharmacokinetic data. Stat Med. 23(23):3671-9 2005

**In Press**

Richard A. Kronmal                    22                         Bibliography

1   Stein PK, Yanez D, Domitrovich PP, Gottdiener J, Chaves P, Kronmal R, Rautaharu P.
    Heart Rate Variability is Confounded By the Presence of Erratic Sinus Rhythm. Computers
    in Cardiology.


2   Mayer-Hamblett N, Kronmal RA, Yunker AM.  Improving estimation of change in
    pulmonary function in cystic fibrosis clinical trials. Clinical Trials.


**In Preparation or Submitted**

1.   Kronmal RA, *et al.*:  Prediction of left ventricular mass from body size.

2.   Siscovick D, Kronmal RA, et al.:  The relationship of TWAR antibody with carotid artery
     wall thickness in the elderly.

3.   DeMoor C, Kronmal R:  Adaptive testing in clinical trials.

4.   DeMoor C, Kronmal R:  Adaptive estimation and confidence intervals.

5.   Kronmal R, DeMoor C:  Adaptive sample size determination in clinical trials.

6.   O'Leary D, Kronmal RA, Polak J.  Does the addition of carotid wall thickness to the
     Framingham risk score variables improve prediction of CHD events in the Elderly.  A
     report from CHS.

7.   Howard G, Burke GL, Chambless LE, Folson AR, Kronmal RA, Wagenknecht LE,
     Williams OD, and Morgan T. Could a decrease in correlation between cardiovascular risk
     factors underlie their apparent smaller estimated magnitude of impact on heart disease in
     the elderly?

8.   Caps MT, Siscovick DS, Schwartz SM, Grayston JT, Wang SP, Wolfson SK, Koepsell
     TD, Kuller LH, Kronmal RA. Association of antibody to cytomegalovirus and herpes
     simplex virus (type 1) with abdominal aortic aneurysm: The Cardiovascular Health Study.

9.   Han C, Kronmal R. Two-Part Models for Analysis of Agatston Scores with Possible
     Proportionality Constraints.

10.  Han C, Kronmal R. Using Regression to Estimate the Relative Risk

M006547084

Richard A. Kronmal                                                                 Teaching

**Other Published Scholarly Papers (proceedings, policy papers and reviews, book chapters)**

1.  Kronmal RA, Tarter ME:  Cumulative polygon address calculation sorting.  In:  Proc Assoc Comput Mch Natl Conf, 1965, pp. 376-85.

2.  Yarnall SR, Kronmal RA:  Computer aids to medical diagnosis:  Problems and progress. In: Proc Assoc Comput Mch National Conference, 1966, pp. 269-74.

3.  Tarter ME, Kronmal RA:  Non-uniform key distribution and address calculation sorting. In: Proc Assoc Comput Mch Natl Conf, 1966, pp. 331-37.

4.  Tarter ME, Holcomb RL, Kronmal RA:  After the histogram what?  A description of new computer methods for estimating the population density.  In:  Proc Assoc Comput Mch Natl Conf, 1966, pp. 511-19.

5.  Yarnall SR, Kronmal RA:  Mathematical assessment of clinical data for diagnosis and prognosis.  In: Biometric Society VI International Conference Handbook, Sydney, Australia, 1967, pp. 4.82-4.93.

6.  Kronmal RA, Yarnall SR:  A conversational mode computer system for statistical analysis.  In: Biometric Society VI International Conference Handbook, Sydney, Australia, 1967, pp. 6.66-6.79.

7.  Tarter ME, Kronmal RA:  Estimation of the cumulative by Fourier series methods and application to the insertion problem.  In: Proc Assoc Comput Mch Natl Conf, 1968, pp. 491-97.

8.  Foltz EL, Kronmal RA, Shurtleff DB:  Hydrocephalus and hydrocephalus-myelo-meningocele:  Thirteen year survival of 401 patients. Neurosur Rev, Cassette, 1972.

9.  Kronmal RA:  Organization of large, complex data files for analysis.  In: Proc Comp Sci & Stat, 6th Annual Symposium on the Interface, University of California, Berkeley, CA, October 1972, pp. 161-63.

10. Kronmal RA, Tarter ME:  The use of density estimates based on orthogonal expansions. In:  Exploring Data Analysis, the Computer Revolution in Statistics, 6th Annual Symposium on the Interface (WJ Dixon and WL Nicholson, eds.).  University of California Press, 1973, pp. 365-400.

11. Mata LJ, Urrutia JJ, Garcia B, Kronmal RA, Trent F, Cruz JR:  Determinantes ambientales de la salud, la enfermedad y el crecimiento de la poblacion.  Boletin de la Oficine Sanitaria Panamericana, November 1974.

12. Mata LJ, Kronmal RA, Urrutia JJ, Garcia B:  Antenatal events and postnatal growth and survival of children:  Prospective observation in a rural Guatemalan village. In: Western Hemisphere Nutrition Congress IV, Condensed (PL White and N Selvey, eds.).  Miami: RD Publishing Sciences Group Inc., 1975.

M006647085

M000847086

Richard A. Kronmal                                                              Teaching

13.   Fisher LD, Kronmal RA, Diehr P:  Mathematical aids to medical decision-making.  In:
      Operations Research in Health Care:  A Critical Analysis (LJ Shuman, RD Speas and JP
      Young, eds.).  Baltimore: Johns Hopkins University Press, 1976, pp. 365-402.

14.   Mata LJ, Kronmal RA, Garcia B, Butler W, Urrutia JJ, Murillo S:  Breast-feeding,
      weaning and the diarrhoeal syndrome in a Guatemalan Indian village.  London:  Ciba
      Foundation Symposium, 1976, pp. 311.

15.   Mata L, Kronmal RA:  Processing and analysis of data (Chapter 7); Feeding practices
      (Chapter 15); Multivariate analysis of physical growth (Chapter 19).  In:  The Children of
      Santa Maria Cauque:  A Prospective Field Study of Health and Growth.  Cambridge:
      MIT Press, 1978.

16.   Kronmal RA, Peterson AV Jr, Lundberg ED:  The alias-rejection-mixture method for
      generating random variables from continuous distributions.  In:  Proceedings of the Joint
      Statistical Meetings of the American Statistical Association, Statistical Computing
      Section, 1978, pp. 106-10.

17.   Kronmal RA, Peterson AV Jr:  The alias and alias-rejection-mixture methods for
      generating random variables from probability distributions (a review).  IEEE Winter
      Simulation Conference, San Diego, CA, 1979, pp. 269-80.

18.   Kronmal RA, Peterson AV Jr:  Generating normal random variables using the uniform
      alias-rejection-mixture method.  Proceedings of the ASA Computing Section, 1979
      Annual Meeting, Washington DC, 1980.

19.   Mata L, Kronmal RA, Villegas H:  Diarrheal disease:  A leading world health problem.
      Nobel Symposium 43.

20.   Fisher LD, Lundberg ED, McBride R, Kronmal R, Mauritsen R, Ormond TH, Rawson
      TE, Gillespie MJ:  The design of a database management system, C2, for research use in
      the Coronary Artery Surgery Study (CASS).  In:  Proceedings of the Fifteenth Hawaii
      International Conference on System Sciences, Volume II, Medical Information
      Processing (B Shriver, TM Walker and TH Sprague, eds.).  North Hollywood: Western
      Periodicals Co., 1982, pp. 468-83.

21.   Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal
      RA, Gillespie MJ:  C2:  A database management system developed for the Coronary
      Artery Surgery Study (CASS) and other clinical studies.  In:  Proceedings of the Fifteenth
      Hawaii International Conference on System Sciences, 1982, Volume II, Medical
      Information Processing (B Shriver, TM Walker TM and TH Sprague, eds.).  North
      Hollywood: Western Periodicals Co., 1982, pp. 468-83.

22.   Vlietstra RE, Kronmal RA, Seth AK, Frye RL:  Correlation of risk factors for coronary
      artery disease with coronary angiography findings.  In:  Ischemic Heart Disease:  Second
      US-USSR Symposium.  NIH Publication No. 82-1965, 1982, pp. 1-14.

M006647067

Richard A. Kronmal                                              Teaching

23.   Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB:
      Distributed data entry in a large collaborative medical study (CASS):  Seven years
      experience.  In: Proceedings Computer Networks, Compcon 1982.  Silver Spring:  IEEE
      Computer Society Press, 1982, pp. 627-34.

24.   Kronmal RA:  Book review of R Y Rubinstein's Simulation and the Monte Carlo Method.
      *Am J Math Manage Sci*, 1982.

25.   Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB:
      Distributed data entry in the Coronary Artery Surgery Study (CASS).  In: Workshop on
      the Role of Computers in Cancer Clinical Trials (BK Edwards, ed.).  NIH Publication No.
      83-2627, 1983, pp. 97-104.

26.   Kronmal RA, Peterson AV:  Marsaglia's table method.  In: Encyclopedia of Statistical
      Sciences, Vol. 5 (S Kotz and NL Johnson, eds.).  New York:  Wiley & Sons, 1985, pp.
      275-76.

27.   Peterson AV, Kronmal RA:  Mixture method.  In: Encyclopedia of Statistical Sciences,
      Vol. 5 (S Kotz and NL Johnson, eds.).  New York:  Wiley & Sons, 1985, pp. 579-83.

28.   Farthing MJG, Mata LJ, Urrutia JJ, Kronmal RA:  Giardiasis:  Impact on child growth.
      In: Diarrhoea and Malnutrition in Childhood (JA Walker-Smith and AS McNeish, eds.).
      London:  Butterworths, 1986, pp. 68-78.

29.   Kronmal RA, Rutan GH, Borhani NO, Manolio TA, Furberg CD:  Potential problems
      with random zero sphygmomanometer. Letter to the editor. *Lancet* 335:360, 1990.

30.   Psaty B, Siscovick D, Wahl P, Kronmal R:  Cardiovascular events in the elderly. *Wash
      Public Health* 8(1):40-42, 1990.

31.   Alberts DS, Mason-Liddil N, Surwit EA, O'Toole RV, Kronmal R, Slymen DJ, Salmon
      SE:  State III, optimal disease ovarian cancer relatively resistant to adjuvant cisplatin
      chemotherapy *in-vitro* and *in-vivo*.  In: Adjuvant Therapy of Cancer, Vol. V (SE Salmon,
      ed.).  Orlando:  Grune & Stratton, Inc.

32.   Kronmal RA:   Blood cholesterol and mortality risk in the elderly.  In: Nutrition
      Personnes Agee Publie par le CERIN Paris, France: 219-230, 1997.

M00684708B

Richard A. Kronmal                                        Teaching

**Formal Teaching**

| **Course** | **Title** | **Quarter** |
|---|---|---|
| BIOST 511 | Medical Biometry I | Autumn 1978 |
| | | Autumn 1979 |
| | | Autumn 1987 |
| | | Autumn 1990 |
| | | Autumn 1992 |
| | | Autumn 1993 |
| BIOST 512 | Medical Biometry II | Winter 1993 |
| BIOST 513 | Medical Biometry III | Spring 1986 |
| | | Spring 1987 |
| BIOST 514 | Biostatistics | Autumn 1994 |
| | | Autumn 1995 |
| | | Autumn 1996 |
| BIOST 515 | Biostatistics II | Winter 1988 |
| | | Winter 1990 |
| | | Winter 1994 |
| | | Winter 1995 |
| | | Winter 1996 |
| | | Winter 1997 |
| BIOST 524 | Design of Medical Studies | Autumn 1980 |
| | | Winter 1983 |
| | | Winter 1985 |
| | | Autumn 1986 |
| | | Winter 1991 |
| BIOST 574 | Statistical Computing | Summer 1981 |
| | | Autumn 1983 |
| BIOST 578 | Special Topics in Advanced Biostatistics | Summer 1980 |
| BIOST 580 | Seminar | Spring 1983 |
| | | Winter 1984 |
| | | Autumn 1985 |

M000647099

Richard A. Kronmal                                                      Teaching

## Independent Study, Master's Thesis, and Doctoral Dissertation Advisees

BIOST 600 - Independent Study
Whitney (1987), Voegele (1987), Hermanson (1987), Athearn (1987), McBurnie (1988),
Pierce (1988), Anderson (1988), Cai (1989, 1990), Myles (1989), Wortley (1989), Lynch
(1990, 1991, 1992), Moe (1990, 1991), Wang (1991), McBurnie (1991), Krone (1991),
Yang (Spring 1993), Lymp (Summer 1993, Winter 1994), Jacobsen (1994), Hawkins
(Autumn 1993, Winter-Spring 1994), Anderson (Autumn 1993, Winter-Spring1994),
Arbogast (Autumn 1993), Lovejoy (Winter-Spring 1994)

BIOST 700 - Master's Thesis
Athearn (1987), Voegele (1987), McBurnie (1988), Hermanson (1987), Jacobson
(Summer 1993, Winter-Spring 1994), Hawkins (Autumn 1993, Spring 1994)

BIOST 800 - Doctoral Dissertation
Stone (1986), Greer (1986, Statistics), Whitney (1989), de Moor (Summer-Autumn 1993,
Winter-Spring 1994), McClelland (2001)

M000647090

Richard A. Kronmal                                                    Teaching

## Academic Advisees

### Past

Gary Anderson, PhD 1974; Marion Athearn, MS 1987; Jacqueline Benedetti, PhD 1974;
Douglas Bolgiano, MS 1986; William Butler, PhD 1980; Loveday Conquest, PhD 1975;
Kathryn Davis, PhD. 1974; Carl de Moor, PhD. 1994; Hollie Ellis, MS 1976; Lindy
Friedlander, PhD 1980; Greer, PHD, 1986; Natalie Hawkins, MS, 1995; Bonnie
Hermanson, MS; Daniel Kimura, PhD 1972; Bryan Langholz, PhD 1984; Mary Larsen,
MS 1982; Jack Lemonik, MS 1973; McClelland 2001, Elizabeth Noonan, MS 1984; Jurg
Ott, MS 1972; Brian Plikaytis, MS 1977; Estelle Russek, PhD 1979; Roslyn Stone, PhD
1986; Ronald Thomas, PhD 1983; Kajo Vesanan, MS 1979; Keith Voegele, MS 1987;
Patricia Wahl, PhD 1971; Joan White, MS 1979; Coralyn Whitney, PhD, 1989.

M0068470SI

**Exhibit D - Humeston Trial Transcript Excerpts**

♦ **Barnett Expert Motions**

[1443:] - [1444:]          9/22/2005     Humeston Trial - Kronmal Direct and Cross

page 1443

                                                          1443

                          SUPERIOR COURT OF NEW JERSEY
                          ATLANTIC COUNTY/CIVIL DIVISION
                          DOCKET NO. ATL-L-2272-03MT

    ------------------------------x
    FREDERICK HUMESTON, et al.,
                PLAINTIFFS,
          VS.                       STENOGRAPHIC TRANSCRIPT
                                         OF:
    MERCK & CO.,INC.,
                                         - TRIAL -
                DEFENDANT.
    ------------------------------x
              PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
                      1201 BACHARACH BOULEVARD
                      ATLANTIC CITY, NJ 08401
              DATE:   SEPTEMBER 22, 2005
    B E F O R E:
              THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
    TRANSCRIPT ORDERED BY:
              DIANE P. SULLIVAN, ESQUIRE
              DAVID R. BUCHANAN, ESQUIRE
    A P P E A R A N C E S:
              DAVID BUCHANAN, ESQUIRE
              CHRISTOPHER SEEGER, ESQUIRE
              SEEGER, WEISS, LLC
                 ATTORNEYS FOR THE PLAINTIFFS
              DIANE SULLIVAN, ESQUIRE
              DECHERT, LLP
              STEPHEN D. RABER, ESQUIRE
              WILLIAMS AND CONNOLLY, LLP
              CHRISTY D. JONES, ESQUIRE
              BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                 ATTORNEYS FOR THE DEFENDANT
                   *     *     *     *     *
                      CAROL A. FARRELL, CSR-CRR-RMR
                      OFFICIAL COURT REPORTER
                      1201 BACHARACH BOULEVARD
                      ATLANTIC CITY, NJ  08401
    page 1444
                                                          1444


[1493:8] - [1493:20]      9/22/2005     Humeston Trial - Kronmal Direct and Cross

page 1493

8       Q    Well, after that initial information, before
9    the clinical trial starts, after that initial
10   information is given by the sponsor to the DSMB or the
11   IRBs, if new information is learned by the sponsor,
12   does the sponsor have an obligation to provide that
13   information to the DSMBs and IRBs?
14   A    Absolutely, because for the same reason.  If --
15   particularly during -- before the trial, you obviously
16   don't know what's going to happen.  Once the trial is
17   underway, if there is an observation of an excess risk
18   for any kind of end point that's important to the
19   health and welfare of the patients, that has to be
20   communicated to the DSMB.


[1510:19] - [1514:2]      9/22/2005     Humeston Trial - Kronmal Direct and Cross

page 1510

19           I want to know, sir, based on your number
20   crunching you did on these data files you looked at, do
21   you have an opinion as to whether VIOXX can cause
22   serious heart injury?



EXHIBIT

D

**Exhibit D - Humeston Trial Transcript Excerpts**

• **Barnett Expert Motions**

23  A    Based on the analysis I've done, I think there is
24  little doubt that VIOXX can cause heart injury.
25      Q    What types of heart injury, sir, based on the
page 1511
1  analysis that you did?
2  A    Well, very specifically, there is strong evidence
3  that VIOXX can cause myocardial infarctions.  It's
4  basically what is generally called a heart attack.
5      It can cause what is called sudden death,
6  which is where the heart actually goes into an
7  arrhythmia, where it just -- the whole heart,
8  basically, the big chamber that pumps the blood to the
9  body, instead of pumping, just sort of wiggles, and
10  that goes on for a few minutes, and the person dies,
11  basically.  That's called sudden death.
12      It's called sudden death because it's usually
13  not observed, or if it's observed, there is no one
14  right around the person.  They just drop dead right in
15  their sleep or they are found dead on the floor
16  someplace.
17      There is little doubt that there is evidence
18  that, from the data, that it can cause both of those
19  events.
20      There is also very little doubt that it can
21  cause congestive heart failure, which I know is not a
22  specific end point that's involved in this particular
23  litigation, but which is a very serious disease where
24  the heart muscle basically stops having the ability to
25  pump sufficiently, so it becomes weaker and weaker, and
page 1512
1  can't pump the blood to the body, and ultimately
2  results in death.  And there is no doubt in my mind
3  that there is substantial evidence that it can cause
4  congestive heart failure.
5      Finally, although it's not heart disease, per
6  se, it can cause hypertension, which is another serious
7  medical condition of high blood pressure that, in
8  itself, can lead to heart disease, heart attack,
9  stroke, and a variety of other conditions.
10      Q    Let me just catch up to you, Doctor.
11  A    What?
12      Q    Let me just catch up to you.
13  A    Okay.
14      Q    Did you say congestive heart failure?
15  A    Yes, I did.
16      Q    Can we call that CHF?
17  A    Yes.
18      Q    I think you also said heart attacks, right?
19  A    Well, I talked about sudden death.
20      Q    I wrote down MIs.  Is that the same thing as
21  a heart attack?
22  A    Yes, it is.
23      Q    Okay.
24  A    A heart attack is actually a broader term than
25  just MIs.  People can suffer what's called angina,
page 1513
1  where they get chest pain because the vessels are
2  narrowed, or there may be clots that are forming that
3  are small that are narrowing it even further, the
4  vessels, and then the heart doesn't get enough blood.
5  If it doesn't get enough blood, the person experiences
6  pain.  There may be even some death to some of the
7  heart muscle.  And that's called angina.  And that's
8  CHD as well.
9      I didn't specifically look at angina in the
10  studies because it was not part of the data that was
11  readily available to me at the time.
12      Q    Okay.  All these items here in your list, MI,
13  congestive heart failure, hypertension, and sudden
14  death, are those serious?
15  A    All of them are serious.
16      Q    Sudden death, obviously.

Exhibit D - Humeston Trial Transcript Excerpts

• Barnett Expert Motions

```
17  A    Yes.
18       Q    How about congestive heart failure?
19  A    Congestive heart failure is a terrible disease.
20  It leads to substantial hospitalization, becoming
21  ultimately bedridden, short of breath because fluids
22  accumulate in the lungs, and ultimately, will lead to
23  death.
24       The average survival of someone with
25  congestive failure is about five years.  It is an
page 1514
1   extraordinarily serious disease.  It's one of the major
2   causes of death of the elderly.
```

[1525:4] - [1525:7]        9/22/2005     Humeston Trial - Kronmal Direct and Cross

```
page 1525
4   A    That it clearly is a drug that has severe effects
5   on the vascular system.  What the mechanism is by which
6   it causes hypertension, I don't know and I don't think
7   anyone does, but it clearly does that.
```

[1525:8] - [1527:6]        9/22/2005     Humeston Trial - Kronmal Direct and Cross

```
page 1525
8        Q    Well, to be clear, sir, the VIGOR trial was
9   comparing VIOXX to another NSAID, right?
10  A    That's correct.
11       Q    Okay.  And VIOXX showed more hypertension
12  compared to traditional NSAIDs?
13  A    Than Naproxen, yes, that's correct.
14       Q    Okay.  Any other things you saw from a
15  cardiovascular perspective in your analysis of the
16  data?
17  A    Yes.  There was an excess of congestive heart
18  failure in the VIGOR trial in the VIOXX group.  Very
19  specifically -- I will refer to my notes here -- there
20  were 19 cases of CHF in the VIOXX arm compared to nine
21  in the Naproxen arm, a relative risk of slightly bigger
22  than two.  That did not quite reach statistical
23  significance, that is, the p-value was at the .065.
24  Statistical significance is usually at the 05 level.
25  It was close, but it didn't reach statistical
page 1526
1   significance.
2        However, of the -- those 28 cases of
3   congestive heart failure, 15 were judged by the
4   investigators to be severe adverse events.  And a
5   severe adverse event in congestive failures will be
6   typically hospitalization for the congestive failure.
7   That is, the person was so sick they had to be
8   hospitalized.
9        For the 15 that were severe, 12 of them were
10  in the VIOXX group and three were in the placebo -- in
11  the Naproxen group, which is a relative risk of
12  approximately four.  They were about four times as
13  likely to have a severe congestive heart failure if
14  they were taking VIOXX than if they were taking
15  Naproxen.
16       As I mentioned earlier, congestive failure is
17  an extraordinarily serious disease with very poor
18  prognosis.
19       Q    Okay.  So just so we are clear on this, and
20  it's starting to slant down, I don't know if you can
21  read this, you said there were 19 cases of congestive
22  heart failure on VIOXX and nine on Naproxen in the
23  VIGOR trial, right?
24  A    That's right.
25       Q    You said even though it's a little more than
page 1527
1   two times as many, it wasn't statistically significant?
2   A    That's correct.
```

## Exhibit D - Humeston Trial Transcript Excerpts

• **Barnett Expert Motions**

```
3      Q    So that, as a statistician, by traditional
4   measures, you couldn't rule out that that was just a
5   chance effect?
6      A    That's correct.  You could not rule it out.
```

[1531:24] - [1533:17]      9/22/2005      Humeston Trial - Kronmal Direct and Cross

```
page 1531
24     Q    Okay.  Let's talk about this.  Well, total
25   mortality, that's the term you used, is that an end
page 1532
1    point that's typically looked at in analyzing clinical
2    trials?
3      A    It's always monitored in clinical trials.
4      Q    All the studies --
5      A    The first thing you look at is to be sure you are
6    not killing people.  Because obviously, in a trial,
7    that's the worst thing you can possibly do.
8      Q    And in your work for the NIH and other people
9    you do clinical trials for, do you look at total
10   mortality?
11     A    Absolutely, always.
12     Q    Did you look at total mortality in the VIGOR
13   trial?
14     A    Yes, we did.
15     Q    Do you remember what the numbers were?
16     A    I have them here, but I'm having trouble finding
17   them.  Just a second.
18          Well, the deaths were 22 in the VIOXX -- in
19   the VIOXX arm, and 15 in the Naproxen arm.  That did
20   not obtain statistical significance.  It corresponds to
21   a relative risk of 1.46, a 46 percent increase.
22          And by itself, that would not have caused me,
23   if I had been, say, monitoring the trial in the DSMB,
24   to be extraordinarily concerned by itself.  But when
25   you add to it the extraordinary number of excess MIs,
page 1533
1    the congestive heart failure, the hypertensions, that
2    would have been worrisome to me, and should have been
3    worrisome to the company.
4      Q    Doctor, we just laid out some numbers here.
5    When you did your analysis, you actually graphed some
6    of this out too, didn't you?
7      A    Yes, I did.
8      Q    Okay.  Let me pass up to you what we are
9    marking as P5.0004 for identification.
10          Sir, can you tell us what it is I just passed
11   over to you?
12     A    These are what are called mortality curves.  And
13   we can go to the blackboard or something or show one, I
14   can explain to you what they are.  They are a way of
15   showing not only how many events occurred, but when
16   they occur, the pattern of occurrence of the events
17   across time.
```

[1539:20] - [1540:13]      9/22/2005      Humeston Trial - Kronmal Direct and Cross

```
page 1539
20          And then overall, the curve for mortality for
21   VIOXX exceeded that for the Naproxen group by a
22   reasonable margin, not statistically significant,
23   admittedly, but certainly very suggestive that there
24   might be a problem.
25          But when it comes to mortality, there is
page 1540
1    something that really needs to be emphasized, and that
2    is you don't take risks with people's lives.  You don't
3    need statistical significance to stop a trial based on
4    mortality.  What you need is basically enough evidence
5    that makes you significantly worried that you may be
6    causing deaths.
```

Exhibit D - Humeston Trial Transcript Excerpts

• **Barnett Expert Motions**

```
 7        In this trial, not only did we have the worry
 8  here, but we also had this extraordinary risk for MI of
 9  five-fold.  We had a four-fold risk of serious
10  congestive heart failure.  We had excessive amounts of
11  hypertension in the VIOXX group compared to the
12  Naproxen group.  We had an overall extraordinary
13  picture of a drug that was not safe.
```

[1572:2] - [1573:1]        9/22/2005      Humeston Trial - Kronmal Direct and Cross

```
page 1572
 2      Q    Did Merck just learn about this mortality
 3  issue in 2005?
 4      A    No.  The statis- -- one of the -- the statistician
 5  that was assigned to the Alzheimer's study in April of
 6  2001, did analyses that showed that in both of the
 7  clinical trials that were going on, Study 78 and 79 --
 8  91, that there was a significant excess mortality
 9  associated with the use of VIOXX, and the relative
10  risks were over two for mortality, both statistically
11  significant in both studies.  And this was -- this was
12  with only a year of follow-up -- 91 was complete at the
13  time.  79 was still ongoing.  And 78 had another three
14  years to run almost at that time.  And yet they had
15  data from two studies, both significant, about the
16  point of 01 level.
17      Q    One in a hundred?
18      A    One in a hundred, for both.  Combined, they were
19  less than .001.
20      Q    So that's a one in a thousand chance that the
21  combined number --
22      A    That's correct.
23      Q    -- was a fluke?
24      A    That's correct.  And that was in April.
25      Q    April of?
page 1573
 1      A    2001.
```

[1573:5] - [1573:25]        9/22/2005      Humeston Trial - Kronmal Direct and Cross

```
page 1573
 5      Q    Okay.  Could we pull up another slide,
 6  please.
 7      A    Could I make one last comment on this, if it's all
 8  right?
 9        In April of 2001, they should have stopped
10  that trial.  It was scientifically, totally wrong not
11  to have stopped that trial.  They had evidence that
12  they were potentially killing people, and they let that
13  trial go on for another two years, to 2003.
14        Had there been a DSMB, that trial would have
15  been stopped.  There is absolutely no question in my
16  mind.
17        They had an obligation to report that finding
18  to the FDA, and they had an obligation to report it to
19  the IRBs from the individual institutions.
20        They put at risk the people who were still in
21  that trial and the people who stayed in it from then
22  on, as well as tens of thousands of people who were
23  taking the drug who were elderly in the general
24  population.  They did not do that.
25        To me, that was scientific misconduct.
```

[1583:24] - [1584:6]        9/22/2005      Humeston Trial - Kronmal Direct and Cross

```
page 1583
24      Q    Okay.  Are you able to date your Alzheimer's
25  analysis?
page 1584
 1      A    Well, Alzheimer's was complete in 2003.  So,
```

### Exhibit D - Humeston Trial Transcript Excerpts

• **Barnett Expert Motions**

```
2   presumably, that's when the data was generated.  But,
3   of course, they knew that they had an excess risk as
4   early as 2001.
5        Q    When in 2001?
6   A    April, 2001.
```

[1691:20] - [1691:25]        9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1691
20       Q    Incidentally, Doctor, do you know how -- what
21  Merck did in terms of their safety studies compared
22  with what FDA requires?
23  A    I don't know what the FDA requirements are.
24       Q    You are not an expert in FDA regulations?
25  A    No.
```

[1722:20] - [1722:23]        9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1722
20            This label was carefully crafted by Merck to
21  make sure that people did not know what the safety
22  profile of this drug was.  The FDA may have approved
23  it, but that wasn't the point.
```

[1737:3] - [1737:16]        9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1737
3                    CERTIFICATION
4
5            I, Carol A. Farrell, CRR, RMR, C.S.R. License
6   Number XI01173, an Official Court Reporter in and for
7   the State of New Jersey, do hereby certify the
8   foregoing to be prepared in full compliance with the
9   current Transcript Format for Judicial Proceedings and
10  is a true and accurate compressed transcript, to the
11  best of my knowledge and ability.
12
13                                      _____
14  Carol A. Farrell, CRR, RMR, CSR          Date
15  Official Court Reporter
16  Cumberland County Courthouse
```