UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 1 4 2006
LORETTA G. WHYTE
CLERK
```

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

SECTION: L

This document relates to:

Civil Action No. 06-cv-290

JOSEPH DUTKO,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC,
        Defendant.    /

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JOSEPH DUTKO, by and through his undersigned counsel, hereby files a copy of an Affidavit of Service evidencing service upon Defendant, Amy Moore, on May 23, 2006.

Dated this 12th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Wilfred P. Coronato, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 12th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

3

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of LOUISIANA

Case Number: 05-CA-3873

Plaintiff:
**JOSEPH DUTKO**

vs.

Defendant:
**MERCK & CO., INC., HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST, ELIZABETH KOEPPEL, DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN, STEPHEN BOOKBINDER, AND CHRIS METROPOLUS**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 5th day of May, 2006 at 2:13 pm to be served on **AMY MOORE, 3817 102ND PLACE NORTH, CLEARWATER, FL 33762**.

I, Carol Storgion, being duly sworn, depose and say that on the **23rd day of May, 2006 at 4:00 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** to: **AMY MOORE** at the address of: **3817 102ND PLACE NORTH, CLEARWATER, FL 33762** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of June, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC Matthew McIlvain
MY COMMISSION # DD166056 EXPIRES
November 18, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Carol Storgion
Process Server

CHOICE PROCESS - TAMPA
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006002731

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of LOUISIANA

Case Number: 05-CA-3873

Plaintiff:
**JOSEPH DUTKO**

vs.

Defendant:
**MERCK & CO., INC., HEIDI DINGFELDER, JANET COYLE, KIM ALVAREZ, RICH JANCHESON, THOMAS M. ADAMS, TIMOTHY HAMMONS, ROXANNE POST, ELIZABETH KOEPPEL, DANIEL G. MYERS, JEROME PITTMAN, AMY MOORE, RICHARD TATMAN, VICKIE ST. JOHN, STEPHEN BOOKBINDER, AND CHRIS METROPOLUS**

For:
Brenda Fulmer
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
Tampa, FL  33601-3127

Received by CHOICE PROCESS - TAMPA on the 5th day of May, 2006 at 2:13 pm to be served on **AMY MOORE, 3817 102ND PLACE NORTH, CLEARWATER, FL 33762.**

I, Carol Storgion, being duly sworn, depose and say that on the **23rd day of May, 2006** at **4:00 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** to: **AMY MOORE** at the address of: **3817 102ND PLACE NORTH, CLEARWATER, FL 33762** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Bases upon inquiry of party served, defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of June, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Carol Storgion**
Process Server

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL  33601
(813) 229-1444

Our Job Serial Number: 2006002731

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6h

AC-440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 14  PM 4:03
LORETTA G. WHYTE
CLERK

JOSEPH DUTKO

V.

MERCK & CO., INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: MDL 1657
2:06-CV-290

Sect L

TO: (Name and address of defendant)

AMY MOORE
3817 102nd Place North
Clearwater, FL 33762

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA S. FULMER, ESQ.
ALLEY, CLARK, GREIWE & FULMER
701 E. WASHINGTON ST.
TAMPA, FL 33602
(813) 222-0977
FAX: (813) 224-0373

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE: MAY 0 3 2006

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 23, 2006 at 4:00 pm |
| Name of SERVER (PRINT) Carol Ann Sturgion   APS # 18555 | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 3817 - 102nd Pl. N, Clearwater, FL 33762

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 23, 2006
             Date

Signature of Server

Address of Server: 9153 - 127th St N in Seminole, FL 33772

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.