**Exhibit A - Cleland Deposition Excerpts**

• **Barnett Expert Motions**

[1:] - [1:24]          5/31/2006   Cleland, Leslie (Barnett)

```
page 1
   0001
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4      In re: VIOXX                    )
        PRODUCTS LIABILITY LITIGATION   ) MDL Docket No. 1657
 5                                      )
        This document relates to        ) Section L
 6                                      )
        GERALD BARNETT,                 ) Judge Fallon
 7                                      )
                     Plaintiff,         ) Civil Action No.
 8                                      ) 2:06cv485
 9                                      )
        MERCK & CO., INC.,              )
10                                      )
                     Defendant.         )
11      _____)
12
13
14
15              DEPOSITION OF LESLIE G. CLELAND, M.D.
16                   Newport Beach, California
17                   Wednesday, May 31, 2006
18
19
20
21
22      Reported by:
23      DIANA JANNIERE
        CSR NO. 10034
24      LA JOB No. 918301
        PHIL JOB No. 2210
```

[59:11] - [61:4]          5/31/2006   Cleland, Leslie (Barnett)

```
page 59
11      Q    Do you consider yourself an expert in the
12 United States FDA regulations for prescription
13 medicines?
14      A    No.
15      Q    You've never been employed by the FDA?
16      A    No.
17      Q    Never consulted for the FDA?
18      A    No.
19      Q    Never been asked by the FDA to participate in
20 an FDA Arthritis Advisory Committee meeting?
21      A    No.
22      Q    Any advisory committee meeting?
23      A    By the FDA?
24      Q    Yes.
25      A    No.
page 60
 1      Q    Have you worked for a pharmaceutical in the
 2 regulatory division?
 3      A    No.
 4      Q    Have you ever read the U.S. regulations
 5 regarding prescription medication?
 6      A    No.
 7      Q    Have you read U.S. prescription regulations
 8 related to label?
 9      A    No.
10      Q    Have you ever helped write a label for a
11 prescription medication to be dispensed in the United
12 States?
13      A    No.
```



EXHIBIT

A

Exhibit A - Cleland Deposition Excerpts

• **Barnett Expert Motions**

```
14      Q     Have you ever -- I guess, since you've never
15  sat on an advisory committee meeting, you never sat on
16  those to discuss label; correct?
17      A     That's fair.
18      Q     And have you ever been part of the
19  investigational new drugs process for a prescription
20  drug to be dispensed?
21      A     No.
22      Q     Have you ever been part of a new drug
23  application process for a new drug to be dispensed in
24  the United States?
25      A     No.
page 61
1       Q     Have you ever advised a company regarding how
2   to meet regulatory requirements in the U.S. for
3   prescription drugs?
4       A     No.
```

[61:5] - [61:16]        5/31/2006      Cleland, Leslie (Barnett)

```
page 61
5       Q     Are you familiar with the United States
6   regulations regarding marketing of prescription
7   medications?
8       A     No.
9       Q     You cannot say when you have to have FDA
10  approval for use of a marketing material and when you
11  don't; fair?
12      A     Correct.
13      Q     Do you know what division in the FDA regulates
14  the marketing of prescription medications in the United
15  States?
16      A     No.
```

[88:8] - [88:15]        5/31/2006      Cleland, Leslie (Barnett)

```
page 88
8       Q     And did you read the U.S. label prior to
9   prescribing Vioxx?
10      A     No.
11      Q     No?
12      A     (Witness nods head.)
13      Q     Have you ever read the U.S. label pertaining to
14  Vioxx?
15      A     I don't believe so.
```

[88:13] - [89:5]        5/31/2006      Cleland, Leslie (Barnett)

```
page 88
13      Q     Have you ever read the U.S. label pertaining to
14  Vioxx?
15      A     I don't believe so.
16      Q     And when did you start, like years-wise, when
17  did you start prescribing Vioxx?
18      A     I am trying to think when I did it, but we --
19  the hemophilia service in our states localize the
20  hospital and so we run a clinic for the hemophilia
21  arthritis.  And so I used it in the early 2001, in two
22  cases of hemophilia.
23            In my judgment, in that group of patients, the
24  risk benefit at that time, based on the evidence at that
25  time, was -- made that a justifiable choice with people
page 89
1   with hemophilia.
2             I mean, this was before Ray's database analysis
3   confirmed --
4       Q     After VIGOR, but before Ray?
5       A     Yes.
```

**Exhibit A - Cleland Deposition Excerpts**

• **Barnett Expert Motions**

[235:23] - [236:4]    5/31/2006    Cleland, Leslie (Barnett)

page 235
23    Q    It is not your opinion that after VIGOR, Vioxx
24    should have been withdrawn or Vioxx should not have been
25    used; but what I gather from your report is that
page 236
1    prescribers should have been made aware of the data in
2    VIGOR so that they -- and their patients could make a
3    reasonable choice; is that correct?
4    A    Exactly.

[286:1] - [286:24]    5/31/2006    Cleland, Leslie (Barnett)

page 286
1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; further, that the foregoing is an accurate
10    transcription thereof.
11    I further certify that I am neither
12    financially interested in the action nor a relative or
13    employee of any attorney of any of the parties.
14    IN WITNESS WHEREOF, I have this date
15    subscribed my name.
16
17
    Dated: _____
18
19
    _____
    Diana Janniere
20    CSR No. 10034
21
22
23
24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA,
NEW ORLEANS DIVISION

IN RE VIOXX PRODUCTS )
LIABILITY LITIGATION )          MDL DOCKET No. 1657
——————————————— )
            )
THIS DOCUMENT RELATES TO: )
            )
ALL ACTIONS )
——————————————— )

## EXPERT WITNESS REPORT AND DECLARATION
## OF LESLIE G. CLELAND, MD

**I, Leslie G. Cleland, MD, hereby state as follows:**

**I.      BACKGROUND AND QUALIFICATIONS**

1.   I graduated from the Medical School University of Adelaide, South Australia, with an overall distinction grade in my final examinations (the highest grade awarded, accorded to only seven students in a class of 130). I subsequently undertook training in general internal medicine and was awarded Membership of the Royal Australasian College of Physicians by examination in 1973. I began advance training in rheumatology at the Queen Elisabeth Hospital (TQEH), Woodville, South Australia in 1974. (TQEH is the second largest teaching hospital affiliated with the Adelaide University and at that time was the principal centre for rheumatology in Adelaide. )

2.   In 1975 and early 1976 I worked as Lecturer in the University Department of Medicine at the TQEH. During this period I learned laboratory techniques for isolating human blood lymphocytes as a basis for basic studies of lymphocyte cell

1

EXHIBIT

B

membranes. In mid 1976, I took up a residency post in Rheumatology at the University of Western Ontario, London, Ontario, Canada. In addition to clinical commitments, I undertook research studies into the immuno-genetic characteristics of families with multiple occurrences of systemic lupus erythematosus, a serious form of rheumatic inflammation. From mid 1977 to mid 1978 I undertook residency training in the Rheumatic Diseases Unit, University of Alberta, Edmonton, Alberta, Canada. This was followed in mid 1978 by appointment as a rheumatologist in this Unit, which I held until returning to the TQEH in mid 1979 to a post as Staff Rheumatologist. In 1980 I was appointed Deputy Director of Rheumatology at TQEH. At the end of 1981 I was offered the position of Director of Rheumatology at the Royal Adelaide Hospital, the principal teaching hospital of the University of Adelaide, with the brief to develop a the rheumatology service there. I took up this appointment in March 1982 and this remains my substantive position. I have been a full Clinical Professor, Department of Medicine, Adelaide University since 2000 and was an Associate Dean in the Faculty of Health Sciences 1997-2002.

3.  In addition to my substantive employment, I have acted in numerous honorary and consultative roles within my specialty. Erstwhile appointments include Presidency of Australian Rheumatology Association 1993-1995, Honorary Medical Director of the Arthritis Foundation of Australia 1996-2002, Chair, Arthritis Foundation Grants Assessment Committee 1990-1998, Chair of the Scientific Program Committee for the 8th Congress of Asia Pacific League of Associations in Rheumatology, Chair of Scientific Committee for the Australian Rheumatology Association 1985-1990, Member, National Arthritis and Musculoskeletal Conditions Advisory Group to

Department of Health and Ageing since 2003.

4. Early research experiences are detailed among training experiences. Below are described self-directed research experiences pertinent to an understanding of the mechanisms and clinical implications of therapeutic cyclooxygenase (COX) inhibition. During my two years in Edmonton, I undertook research studies into drug delivery systems in the laboratory of Dr Mark Poznansky. One of the two systems, with which I worked, involved encapsulation of drugs within phospholipid vesicles. These vesicles are formed by dispersing phospholipids in aqueous media and, in important respects, resemble natural cell membranes (e.g. physico-chemical structure, influence of unsaturated fatty acids on fluidity). The other system involved crosslinking the recently discovered enzyme superoxide dismutase, in order to increase its molecular weight and therefore its retention in the body as a therapeutic agent. Superoxide dismutase is a protective enzyme which reduces tissue damage caused by highly reactive molecular oxygen species, which are produced as by-products of biological oxidative reactions. These research projects into delivery systems provided me with expertise needed for studies I established upon my return to Adelaide into the effects of reactive oxygen species on tissue macromolecules and oxygenase reactions in cell membranes. The latter oxygenate polyunsaturated fatty acids, principally arachidonic acid (AA), which is released from phospholipids in cell membrane in response to a variety of cell stimuli. There are to at least two important oxygenases in white blood cells (leucocytes), viz, cyclo-oxygenase (COX) and 5-lipoxygease (5-LOX). The immediate product of COX is PGH2, which is substrate for specific synthases that generate different end products (eicosanoids).

3

Individual species of the latter have distinctive effects on a wide range of physiological functions, which they can amplify in the case of stress or help to balance (i.e. achieve homeostasis). At the time of these early studies, only one isoforms of COX was known and selective effects of nonsteroidal anti-inflammatory drugs (NSAIDs) on COX isoforms was not an issue. Our initial laboratory interest was in 5-LOX, which is the first enzyme in the pathway for synthesis of leukotriene B4, then the most potent factor known for attracting and stimulating leucocytes. We developed an interest in the anti-inflammatory effects of fish oil, which contains natural competitive inhibitors of AA metabolism by both COX and 5-LOX. Importantly, in contrast to COX, no chemotherapeutic inhibitors of 5-LOX were available. Of these substrate inhibitors of AA, eicosapentaenoic acid (EPA) is especially important, since it is a close structural homologue of AA, differing only by the presence in EPA of an additional (omega-3) double bond. Sufficient enrichment of the diet with fish oil, a rich source of EPA and the related omega-3 fatty acid docosahexaenoic acid (DHA), has been shown to reduce AA in the cell membranes and to substantially increase EPA as a proportion of total fatty acids therein. For this reason, we undertook studies into the biochemical effects of EPA on 5-LOX and into anti-inflammatory effects of fish oil, firstly in an animal model of polyarthritis and then in patients with rheumatoid arthritis (RA). There have now been at least 14 studies showing benefit of fish oil in RA, of which we undertook one of the earliest (Cleland LG, French JK, Betts WH, Murphy GA, Elliott MJ Clinical and biochemical effects of dietary fish oil supplements in rheumatoid arthritis. J. Rheumatology 15: 1471-1475, 1988). In the early 1980s, we were also involved in

4

clinical studies into the gastro-toxicity of NSAIDs using appearance of radio-labeled red blood cells in the faeces to assess gastro-intestinal irritancy. Our principal, but not exclusive, research interest since that time has been the anti-inflammatory effects of fish oil and strategies for increasing omega-3 fatty acids in tissues through a diversity of foods, in order to increase the effectiveness of and reduce reliance on taking fish oil supplements to achieve anti-inflammatory effects through dietary means. We have also shown an inhibitory effect of fish oil in anti-inflammatory doses on synthesis of the important inflammatory proteins TNF$\alpha$ and IL-I$\beta$. Since the discovery of the second COX isoforms (COX-2), we have studied the selective inhibition of COX-2 and its implications for proportionate synthesis of individual products down-steam of COX, that have differing effects on homeostasis. In recent years, we have also pursued an active research interest in the mechanisms and clinical significance of cardiovascular benefits associated with fish oil ingestion and the increased cardiovascular risk associated with selective COX-2 inhibition. Clinical studies have included the use of fish oil in the management of early RA and the extent to which it reduces recourse to NSAIDs for symptomatic relief in RA, while improving disease control and reducing cardiovascular risk factors. In total, over a period of more than twenty years, I have published more than 80 original articles and reviews pertinent to COX, its substrates, their dietary precursors, inhibitors, down stream products, toxicities, effect on linked inflammatory pathways and clinical responses and safety. Furthermore the above research interests have been pursued within the context of providing clinical services as a consultant rheumatologist and director of rheumatology services.

5

5.  The awards I have received include, but are not limited to, the Australian Rheumatology Association Parr Prize for Research in 1993. The research which attracted this award involved investigations into natural competitive inhibitors of AA metabolism by COX and 5-LOX and dietary strategies for increasing tissue levels of long chain fatty acids of the omega-3 and omega-9 classes that can compete with the long chain omega-6 fatty acid AA.

## II.   PUBLICATIONS

6.  As a result of the research I have participated in and conducted in addition to my academic interests, especially within the subspecialty of rheumatology, I have published extensively within the world's medical and scientific literature dating back to the early 1970's and totaling over 130 publications as of the writing of this report.

7.  Some of the more germane publications to the opinions I hold in this regard include, but are not limited to:

a)  James MJ, Cleland LG. **Cyclooxygenase-2 inhibitors: what went wrong?** *Curr Opin Clin Nutr Metab Care.* 2006 Mar;9(2):89-94.

b)  Cleland LG, James MJ. **COX-2 selectivity varies across class.** 05 Feb 21;182(4):197-8

c)  Demasi M, Cleland LG, Cook-Johnson RJ, James MJ. **Effects of hypoxia on the expression and activity of cyclooxygenase 2 in fibroblast-like synoviocytes: interactions with monocyte-derived soluble mediators.** *Arthritis Rheum.* 2004 Aug;50(8):2441-9.

d)  Stamp LK, Cleland LG, James MJ. **Upregulation of synoviocyte COX-2 through interactions with T lymphocytes: role of interleukin 17 and tumor necrosis factor-alpha.** *J Rheumatol.* 2004 Jul;31(7):1246-54.

e)  James MJ, Cleland LG. **Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor**

6

rofecoxib.

*J Med Ethics.* 2004 Apr;30(2):182-4.

f) Demasi M, Cleland LG, Cook-Johnson RJ, Caughey GE, James MJ. **Effects of hypoxia on monocyte inflammatory mediator production: Dissociation between changes in cyclooxygenase-2 expression and eicosanoids synthesis.** *J Biol Chem.* 2003 Oct 3;278(40):38607-16.

g) Cleland LG, James MJ, Stamp LK, Penglis PS. **COX-2 inhibition and thrombotic tendency: a need for surveillance.** *Med J Aust.* 2001 Aug 20;175(4):214-7

h) Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. **Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2.** *J Immunol.* 2001 Sep 1;167(5):2831-8.

i) Caughey GE, Cleland LG, Gamble JR, James MJ. **Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2.** *J Biol Chem.* 2001 Oct 12;276(41):37839-45.

j) Penglis PS, James MJ, Cleland LG.   **Cyclooxygenase inhibitors: any reservations?**

*Intern Med J.* 2001 Jan-Feb;31(1):37-41.

k) James MJ, Penglis PS, Caughey GE, Demasi M, Cleland LG. **Eicosanoid production by human monocytes: does COX-2 contribute to a self-limiting inflammatory response?** *Inflamm Res.* 2001 May;50(5):249-53.

l) Demasi M, Caughey GE, James MJ, Cleland LG. **Assay of cyclooxygenase-1 and 2 in human monocytes.** *Inflamm Res.* 2000 Dec;49(12):737-43.

m) Penglis PS, Cleland LG, Demasi M, Caughey GE, James MJ. **Differential regulation of prostaglandin E2 and thromboxane A2 production in human monocytes: implications for the use of cyclooxygenase inhibitors.** *J Immunol.* 2000 Aug 1;165(3):1605-11.

n) Pouliot M, Baillargeon J, Lee JC, Cleland LG, James MJ. **Inhibition of prostaglandin endoperoxide synthase-2 expression in stimulated human**

monocytes by inhibitors of p38 mitogen-activated protein kinase. *J Immunol.* 1997 May 15;158(10):4930-7.

o) James MJ, Foreman RK, Burnett JR, Cleland LG. **Inhibition of human endothelial prostacyclin synthesis by different aspirin formulations.** *Aust N Z J Surg.* 1991 Nov;61(11):849-52.

p) Whitehouse MW, Cleland LG. **Reactive oxygen species and drug therapy for inflammatory diseases.** Agents Actions Suppl. 1985;17:177-88.

q) Cleland LG. **Oxy radicals, "peroxide tone" and inflammation.** J Rheumatol. 1984 Dec;11(6):725-6.

r) Cleland LG, Betts WH, Vernon-Roberts B, Bielicki J. **Role of iron and influence of antiinflammatory drugs on oxygen-derived free radical production and reactivity.** J Rheumatol. 1982 Nov-Dec;9(6):885-92.

## III.   SUMMARY OF OPINIONS

8. Based upon my education, training, and personal experience including research and clinical medicine, along with the review of the published peer-reviewed medical and scientific literature for my own clinical usage, research and preparation for authoring peer-reviewed published articles and this legal report, it is my opinion, stated to a reasonable degree of medical certainty, that:

a) Thromboxane ($TXA_2$) stimulates smooth muscle in blood vessels causing them to constrict and causing platelets to clump; thus, it is a factor that stops blood vessels leaking and is also an agent of blood clotting.

b) Prostacyclin (PGI2) relaxes vascular smooth muscle, thereby causing vessels to dilate; it has a potent 'unclumping' effect on platelets.

c) The balance between the respective actions of $TXA_2$ and $PGI_2$ is thought to be important in maintaining dynamic platelet – vascular homeostasis.

8

d) The concept of thromboxane-prostacyclin balance as an important element in vascular homeostasis as developed by Nobel Laureate John Vane has been an accepted physiological principal for more than 25 years and predates the introduction of Vioxx by 20 years.

e) Selective COX-2 inhibition has the potential to perturb the normal balance between $TXA_2$ and $PGI_2$ actions in the vascular space and provides a compelling explanation for the increased risk for serious thrombotic cardiovascular events seen with COX-2 inhibitors.

f) The stomach produces prostaglandin $E_2$ ($PGE_2$) and prostacyclin ($PGI_2$), both of which protect against experimentally induced gastric injury.

g) The actions and origins of $PGI_2$ both with regard to the stomach and the vascular system appear to have been paid too little emphasis. While this may have been useful when formulating simple, attractive marketing messages, the result has been an exaggeration of likely gastro-intestinal benefits and a de-emphasis of cardiovascular risks. The consequence was to raise over-optimistic expectations for selective COX-2 inhibitors with regard to their putative safety.

h) By 2000, there had been a substantial decline in the magnitude of NSAID gastropathy as a health problem, which was unrelated to the introduction of selective COX-2 inhibitors.

i) Since the incidence rates of serious upper GI events in 2000 (0.5%) reported in a large database analysis (5598 patients) compares favourably with the putatively lowered risk rate for such events (0.59%) described with rofecoxib

9

in the 12 month VIGOR safety study, arguments regarding the GI safety of rofecoxib need to be considered with this standard practice-based analysis in mind.

j)  The safety of medium term (up to 12 months) rofecoxib therapy relative to the standard NSAID naproxen was tested in the 'VIGOR study', which found fewer complicated upper gastro-intestinal adverse events (bleeds, perforations, obstruction) in the rofecoxib group. However, this potential safety advantage was offset by a higher incidence of serious thrombotic CV events seen in rofecoxib treated patients.

k)  These serious thrombotic CV events were then interpreted as being consistent with a postulated cardio-protective effect of naproxen achieved through inhibition by naproxen, but not by rofecoxib, of synthesis of the vaso-occlusive factor $TXA_2$ by platelets through COX-1. This interpretation was problematic for several reasons.

l)  The comparison of combined serious CV and complicated GI events is not favourable for rofecoxib, particularly if one considers that death is, in general, a greater risk with serious CV events and that survivors of CV events often have residual cardiac or neurological disabilities that are not usually sequelae of serious upper GI events.

m) A balanced interpretation of the results of the VIGOR study at the time of publication, should have, at the very least, included explicit warning regarding the potentially adverse CV effects of Vioxx, especially for those known to be at risk for CV events.

10

n) Considering Vioxx is essentially a comfort drug, which is not disease modifying in arthritis (the primary indication for its use), for which it is prescribed for symptomatic (i.e. analgesic) effect, potential users and prescribers should have been made aware of CV data through explicit statements regarding the risks.

## IV.   ORIGINS OF NSAIDs

9. In order to evaluate issues regarding the promotion, the risks and benefits of rofecoxib, a brief history of nonsteroidal anti-inflammatory drugs (NSAIDs) is helpful. The therapeutic action of rofecoxib is that of an NSAID. Claims of advantage for rofecoxib relate to safety not efficacy.

10. NSAIDs gained their curious negative designation because the lead compound phenylbutazone was released contemporaneously with cortisone in the late 1949s. Second generation NSAIDs emerged through the screening of candidate compounds in animal models of acute inflammation. Inhibition of the local swelling that follows injection of the irritant carrageenan into the hind paw of rats was a commonly used model. The inhibition of paw swelling at 3 hours in this model correlates with inhibition of the synthesis of the mediator prostaglandin $E_2$ ($PGE_2$). When injected directly into tissues $PGE_2$ is oedemogenic (i..e. it promotes tissue swelling) and nociceptive (i.e it sensitizes nerve endings such that pressure and stretch are experienced as pain more readily). Vane reported in 1971 that inhibition of $PGE_2$ synthesis accounts for the analgesic and anti-inflammatory effects of NSAIDs[1]. Much later studies show that $PGE_2$ synthesis in the rat hind paw model is attributable to the action of the enzyme cyclooxygenase-2 (COX-2), which is induced by the

11

irritant stimulus[2].

**V.    NSAIDs INHIBIT COX**

11. The landmark studies of Vane and co-workers circa 1970 referred to above[1] defined

the action of aspirin and other NSAIDs as inhibitors of the enzyme cyclo-oxygenase

(COX), at a time when it was not known that two isoforms existed.  This enzyme

uses the $n$-6 (a.k.a omega-6) polyunsaturated fatty acid (PUFA), arachidonic acid

(AA) as substrate.  Its product is the intermediate $PGH_2$, which is converted by

respective terminal synthases to prostacyclin ($PGI_2$), $PGE_2$, other prostaglandins and

to thromboxane $A_2$ ($TXA_2$). These compounds are known collectively as eicosanoids

in reference to their complement of 20 carbon atoms (eicosa is Greek for 20). While

COX is ubiquitous, tissues vary in expression of terminal synthases, some of which

are inducible.

**VI.   THE DISCOVERY OF COX-2**

12. About 1990, it was found that COX has two isoforms[3].  The constitutive form was

designated COX-1 and the newly recognised inducible form COX-2.  The latter is

induced in stromal and infiltrating cells at sites of inflammation.  Specific inhibitors

of COX-2 were developed using cells artifactually enriched with COX-2 transgenes

to screen candidate compounds.

**VII.  DOWNSTREAM COX PRODUCTS AND VASCULAR HOMEOSTASIS**

13. $TXA_2$ stimulates smooth muscle in blood vessels causing them to constrict.  It also

causes platelets to clump[4] . $TXA_2$ is thus a factor that stops blood vessels leaking and

is also an agent of blood clotting.  $PGI_2$ relaxes vascular smooth muscle, thereby

causing vessels to dilate. $PGI_2$ also has a potent 'unclumping' effect on platelets[4].

Collectively, these actions make $PGI_2$ a potent vascular patency factor. The balance between the respective actions of $TXA_2$ and $PGI_2$ is thought to be important in maintaining dynamic platelet – vascular homeostasis. $TXA_2$ is produced by platelets which contain COX-1, but generally little if any COX-2[5]. Aspirin covalently acetylates COX-1[6] and thereby disables COX in platelets irreversibly since mature platelets have no machinery for regeneration of COX-1 or induction of COX-2. Vascular endothelial cells express COX-1. They can also express COX-2, which is inducible by shear stress[7]. Endothelial cells produce $PGI_2$ principally through COX-2 and $TXA_2$ via COX-1[8]. Selective COX-2 inhibition thus has the potential to perturb the normal balance between $TXA_2$ and $PGI_2$ actions in the vascular space[9]. This provides a compelling explanation for the increased risk for serious thrombotic CV events seen with COX-2 inhibitors. Since non selective COX inhibitors inhibit COX-1 (and therefore $TXA_2$ synthesis), one might expect them to be less problematic in this regard. On the other hand, they also inhibit COX-2, and therefore vascular $PGI_2$ synthesis, and so may still adversely disturb vascular homeostasis. Whereas low dose aspirin inhibits platelet COX-1 irreversibly, endothelial cells can regenerate COX-1[10] and, as discussed above, express COX-2. Aspirin can thereby promote dominance of the vascular patency factor $PGI_2$ and has been shown to reduce risk for CV events by about 25%[11]. The concept of thromboxane-prostacyclin balance as an important element in vascular homeostasis as developed by Nobel Laureate John Vane[9] has been an accepted physiological principal for more than 25 years and predates the introduction of Vioxx by 20 years.

13

## VIII.   COX INHIBITION AND THE STOMACH

14. Vane and co-workers showed that the stomach produces $PGE_2$ and $PGI_2$, both of which protect against experimentally induced gastric injury[12]. The first report of association of serious upper gastro-intestinal bleeding with aspirin therapy was in 1974[13]. In late 1980s, NSAID-related gastric damage emerged as focus of attention, in part, through differences in endoscopic appearances between NSAID-related gastropathy and the typical duodenal ulceration of 'peptic ulcer disease'[14]. Fries and co-workers, through analyses of the large ARAMIS database of rheumatic patients, drew attention to the magnitude of this problem within the context of widespread NSAID use[15]. These considerations gained impetus from the marketing of treatments to ameliorate NSAID related gastric damage. Among these was misoprostol, a prostaglandin $E_1$ analogue which proved to be amongst the most protective agents[16] but is not infrequently associated with the inconvenience of increased bowel motility. The efficacy of misoprostol and its homology with PGE may have reinforced perceptions that $PGE_2$ was the principal gastroprotective prostaglandin. However, in many respects the actions of $PGE_1$ resemble those of $PGI_2$ more closely than those of $PGE_2$[17] and $PGI_2$ had been shown to be more active as a gastroprotective agent than $PGE_2$[18]. These perceptions became the basis for a simple marketing message - $PGE_2$ is produced by COX-1 in the stomach where it is protective and by COX-2 at sites of inflammation, where it causes pain and swelling. That low dose aspirin increases risk for upper gastro-intestinal bleeding is not captured by this simple hypothesis, as it is thought to inhibit platelets selectively[19]. Clearly, the realities in terms of gastro-protection are more complex as evinced by prior physiological and pharmacological

14

studies and as corroborated by pre-clinical animal studies using gene inactivation methodologies[20]. The actions and origins of $PGI_2$, both with regard to the stomach and the vascular system appear to have been paid too little emphasis.  While this may have been useful when formulating simple, attractive marketing messages, the result has been an exaggeration of likely gastro-intestinal benefits and a de-emphasis of cardiovascular risks.  The consequence was to raise over-optimistic expectations for selective COX-2 inhibitors with regard to their putative safety.

15. An important role for COX-2 activity in maintaining gastro-intestinal integrity may proceed from its induction when the GI tract is challenged, e.g. by infection with Helicobacter pylori, the organism implicated in peptic ulcer disease[21].  Studies using selective inhibitors show that both COX-1 and COX-2 are involved in gastro-protection in acute chemical injury to the gut[22].

IX.   **MAGNITUDE OF NSAID GASTROPATHY PROBLEM AT THE ADVENT OF SELECTIVE COX-2 INHIBITORS**

16. Fries and workers, again using the ARAMIS database, analysed the rate of hospitalizations in RA patients for serious upper GI events over the 20 year period from 1981-2000[23].  The rate rose from 0.6% in 1981 to 1.5% in 1992, then declined again to 0.5% in 2000 (P<0.001).  The rise was related mainly to increasing patient age and composite 'GI risk propensity score' (which is contributed to by age, disability, global health status, prior GI-related hospitalizations, glucocorticoid use and prior NSAID-related upper GI events). The decline was related to use of lower does of ibuprofen and aspirin, less use of more gastrotoxic NSAIDs in favour of less gastrotoxic NSAIDs, increasing use of gastro-protective proton pump inhibitors, but

15

not with age or composite GI risk propensity score.   Thus by 2000, there had been a substantial decline in the magnitude of NSAID gastropathy as a health problem, which was unrelated to the introduction of selective COX-2 inhibitors. Since the incidence rates of serious upper GI events in 2000 (0.5%) reported in this large database analysis (5598 patients) compares favourably with the putatively lowered risk rate for such events (0.59%) described below with rofecoxib in the 12 month VIGOR safety study[24], arguments regarding the GI safety of rofecoxib need to be considered with this standard practice-based analysis in mind.

## X.   CLINICAL TESTING OF THE 'SELECTIVE COX-2 INHIBITION EQUATES TO SAFE NSAID' HYPOTHESIS

17. Upper gastro-intestinal pain and dyspepsia occurs in 10% or more of NSAID users and gastric erosions will be found on endoscopy in more than 10% of chronic users and often occur without symptoms[25]. Neither of these problems accurately predicts occurrence of more threatening upper gastro-intestinal complications, such as major haemorrhage and perforation, which require hospitalization. The safety of medium term (up to 12 months) rofecoxib therapy relative to the standard NSAID naproxen was tested in patients with rheumatoid arthritis. The study (generally referred to as the 'VIGOR study') found fewer complicated upper gastro-intestinal adverse events (bleeds, perforations, obstruction) in the rofecoxib group[24]. This potential safety advantage was offset by a higher incidence of serious thrombotic CV events seen in rofecoxib treated patients. The reporting of these unwanted events is remarkable. In spite of substantial reasons for concern that selective inhibition COX-2 inhibition might increase CV risk (as discussed above), the serious CV events were described

16

repeatedly as being fewer in the naproxen group. The findings were then interpreted as being consistent with a postulated cardio-protective effect of naproxen achieved through inhibition by naproxen, but not by rofecoxib, of synthesis of the vaso-occlusive factor $TXA_2$ by platelets through COX-1. This interpretation was problematic for several reasons. Naproxen had been in use for 30 years and was not regarded as being cardio-protective. Rofecoxib was the new drug and there were ample grounds for suspecting it may increase risk for serious CV events. No mention was made of $PGI_2$ and the potentially adverse effects on CV homeostasis of selective inhibition of its synthesis by rofecoxib, with consequent unbalanced action of unsuppressed prothrombotic $TXA_2$, within the vascular space[26]. Furthermore, the putative aspirin like effect of naproxen needed to be substantially greater than that of aspirin itself to explain the findings[27]. Also a Kaplan-Meier plot of accrual of serious thrombotic CV events had a remarkable contour, displayed an inflection at 8 months that could not be explained by a comparator (naproxen) effect. This plot, which is shown below, was not included in the paper but could be found in a document posted on the web by the FDA[28].

A summary of adjudicated Thrombotic Cardiovascular serious adverse events in the VIGOR study is presented in Appendix 2a and 2b.

Figure 2.   Confirmed Thrombotic CV serious adverse experiences in the VIGOR study. Time to event plot (all patients randomized).



Source: sponsor's Figure 1 of safety update.

**18.** This plot of accrued CV events was later published in an independent commentary by Mukherjee and co-workers[29] and thereby belatedly fell into the pathway of Medline database search engines. By contrast, a Kaplan-Meier plot (shown below) of accrual of confirmed upper GI events of unremarkable contour, which favoured rofecoxib, was included in the VIGOR paper.



**Figure 1.** Cumulative Incidence of the Primary End Point of a Confirmed Upper Gastrointestinal Event among All Randomized Patients.

19. It should be emphasised that this graph depicts the selected 'primary end-point' of the study of 'confirmed upper gastrointestinal events' defined by the authors as gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers. The more important category of 'confirmed complicated events' defined as perforation, obstruction, and severe upper gastrointestinal bleeding, was chosen to be secondary. Since the latter more serious and threatening events are a sub-category of the broader category of confirmed upper GI events, it is to follows that the incidence of serious events would be fewer than those depicted in this graph, with the cumulative incidence of complicated events being 0.59% with rofecoxib and 1.37% in the naproxen group. It is with these figures that the trade off of increased serious CV events should be compared[28]. The comparison of combined serious CV and complicated GI events is not favourable for rofecoxib, particularly if one considers that death is, in general, a greater risk with

19

serious CV events and that survivors of CV events often have residual cardiac or neurological disabilities that are not usually sequelae of serious upper GI events.

20. In the VIGOR paper it was stated that 4% of the study subjects fulfilled FDA criteria for secondary cardiovascular prophylaxis (presence of a history of myocardial infarction, angina, cerebrovascular accident, transient ischemic attack, angioplasty, or coronary bypass) but were not given low-dose aspirin therapy (which was an exclusion for the study). It is further stated that these patients accounted for 38 percent of the patients in the study who had myocardial infarctions. A comment was then made that the company had, subsequent to the analysis, advised investigators in other studies to use aspirin for CV prophylaxis where indicated. Readers were thereby given an impression that this problem could be solved by using aspirin when otherwise indicated. There is no discussion of the striking increase in incidence in CV events in this at risk group[28] nor of the potentially nullifying effect of low dose aspirin on the putative advantage of rofecoxib with regard to gastro-toxicity relative to other NSAIDs.

## XI. REVIEW OF MERCK STUDIES INVOLVING ROFECOXIB COMPARED TO OTHER NSAIDs AND PLACEBO.

21. There is a second early paper, which had a major influence on perceptions regarding the CV safety of rofecoxib[30]. While published in Circulation, a peer reviewed journal of high repute, this paper appears not to have been subject to peer review - as stated in the article "Received October 2, 2001; accepted October 3, 2001" Peer review would have been particularly helpful in this instance as the analysis is complex and the interpretations inappropriately favourable with regard to the putative CV safety

20

of rofecoxib. Two of the authors had been paid consultants to Merck and the other five were Merck employees. The failure of the Journal to submit this paper to peer review invites explanation.

22. The paper reinforces the perceptions, which had been fostered by the VIGOR report, that the difference in CV events in VIGOR was due to a CV protective effect of naproxen. The combined analysis also develops the notion that increased CV events were not seen in comparisons with NSAIDs other than naproxen nor against placebo. However, naproxen was the only comparator used in RA studies (where CV events are most likely to occur) and rofecoxib doses used in comparisons with naproxen were generally higher than those used in comparisons with other NSAIDs. Thus, conditions were such that adverse CV events that may have been rofecoxib related were more likely to be evident in comparisons with naproxen than with other NSAIDs. This provided the basis for an argument that it was only when naproxen was used as the comparator that differences in CV events were seen. This in turn provided the basis for the false inference that the difference seen was a naproxen effect. Comparisons against placebo in RA and in osteoarthritis (the usual indications for NSAID treatment) involved small numbers and were of short duration, neither of which were sufficient to generate adequate statistical power to reveal a difference of similar magnitude to that seen in VIGOR. In these placebo controlled studies in both RA and OA relative risk, while not statistically significant, was unfavourable for rofecoxib (Relative Risk [95% Confidence Interval] RA 1.78 [0.14, 9.37]; osteoarthritis 1.53 [0.43, 5.44]). Thus this paper served to help dispel inappropriately concerns regarding the CV safety of rofecoxib.

XII.  **SUBSEQUENT INFORMATION THAT INFORMS REGARDING OBSERVED DIFFERENCES IN CV EVENTS BETWEEN ROFECOXIB AND NAPROXEN SEEN IN VIGOR**

23. The differences in CV events seen in VIGOR stimulated a number of subsequent independent analyses of databases held by Health Maintenance Organizations that allowed associations between serious CV events and prescription of NSAIDs to be explored[31,32,33]. These and other analyses showed consistently a substantially increased risk of CV events associated with rofecoxib in comparisons with use of other NSAIDs (including celecoxib) and nonuse of NSAIDs or placebo[34]. A small cardio-protective effect was seen with naproxen (34). This naproxen effect explains less than 10% of the difference in CV events between the rofecoxib and naproxen groups seen in the VIGOR study.

XIII.  **ASSERTIONS OF CV SAFETY OF VIOXX**

24. In contrast to the evidence that had accumulated regarding the adverse CV effects of rofecoxib, as late as September 7, 2004, Merck released a letter to prescribers which stated "Based on all the data available, Merck stands behind the efficacy, overall safety profile and cardiovascular safety profile of Vioxx". Three weeks later, Vioxx was withdrawn worldwide with release of data regarding cardiovascular events in the APPROVe study (into prevention of colonic polyps with rofecoxib), which were significantly greater for Vioxx relative to placebo.  It my view, based on the accumulate findings at hand, there was ample evidence that Vioxx increased adverse CV events prior to the APPROVe report. Furthermore, in the context of prior knowledge, a balanced interpretation of the results of the VIGOR study at the time of

22

publication, should have, at the very least, included explicit warning regarding the potentially adverse CV effects of Vioxx, especially for those known to be at risk for CV events. The Tennessee Medicaid database analysis published in 2002, which corroborated the evidence for CV risk with rofecoxib, should have lead to a strengthened warning, rather than being dismissed as 'not a randomized controlled trial', as were subsequent corroborative database analyses. One should not have needed to await the results of a trial against placebo (in the event designed to develop a further clinical indication with testing of CV risk a secondary consideration) to provide potential users and prescribers with explicit warnings. Considering Vioxx is essentially a comfort drug, which is not disease modifying in arthritis (the primary indication for its use), for which it is prescribed for symptomatic (i.e. analgesic) effect, potential users and prescribers should have been made aware of CV data through explicit statements regarding the risks[35]. Instead patients were put at risk in the interests of, from their perspective, pain relief, for which there were many alternatives. In my view patients and prescribers were not provided with an adequate description of the balance of risks and benefits involved.

XIV.   **THE MAGNITUDE OF THE CV RISK ASSOCIATED WITH ROFECOXIB**

**25.** The data from VIGOR and APPROVe[36] provide a basis for estimating the number needed to treat (NNT) for 1 year to incur one fatal or non-fatal coronary event with rofecoxib. In the VIGOR study, 1.04 such events occurred per 100 patients years in the rofecoxib group compared with 0.37 in the naproxen group[28]. In APPROVe, the event rate is 1.01 for rofecoxib and 0.36 for placebo. By subtraction, one obtains an absolute risk increase of 0.67 per 100 patient-years in VIGOR and 0.65 in

23

APPROVe. The reciprocal provides the NNT to harm: 149 (VIGOR data) and 154 (APPROVe).  For context, in statin trials in which overt coronary heart disease is absent at enrollment, the number needed to treat per year to prevent one fatal or non-fatal coronary event was 217 to 256[37] (37).  Thus, Vioxx appears to have increased coronary events at least as much as statins reduce them.  Neither the existence nor the magnitude of this risk was conveyed adequately to potential prescribers or users.

26. The opinions expressed above are based on my training, research and experience and my review of the peer-reviewed medical literature, and are held to a reasonable degree of scientific certainty.  My consulting fee for Plaintiffs' counsel is $380 per hour.  I have spent approximately 14 hours in the review of the pertinent medical literature specifically in preparation for writing this report.  However, I have carried out original research throughout the last 30 years of my professional life.  Intrinsic to this involvement has been critical analysis of the peer-reviewed scientific literature.  Over the last decade in particular, I have written multiple peer-reviewed medical articles specifically on thromboxane, prostacyclin, COX-1 and COX-2.  The opinions expressed in this report draw on this experience.  In the last four years I have not been engaged in any depositions or trials in the United States.

Signed this 16th day of May, 2006

Leslie G. Cleland, MD

24

# References

[1] Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature - New Biology 1971;231:232-5

[2] Seibert K, Zhang Y, Leahy K. Hauser S. Masferrer J. Perkins W. Lee L. Isakson P. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Nat Acad Sci USA 1994;91:2013-12017

[3] Fu JY, Massferrer JL, Seibert K et al. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes J Biol Chem 1990;265:16737-40

[4] Moncada S. Vane JR. Pharmacology and endogenous roles of prostaglandin endoperoxides, thromboxane A2, and prostacyclin. Pharmacological Reviews. 1978;30:293-331

[5] Cipollone F, Rocca B, Patrono C. COX-2 expression and inhibition of atherosclerosis. Arterioscler Thromb Vasc Biol 2004;24:246-255

[6] Roth GJ. Siok CJ. Acetylation of the NH2-terminal serine of prostaglandin synthetase by aspirin. J Biol Chem 1978;253:3782-4

[7] Inoue H. Taba Y. Miwa Y. Yokota C. Miyagi M. Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arteriosclerosis, Thrombosis & Vascular Biology. 2002;22:1415-20

[8] Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. J Immunol. 2001;167:2831-8

[9] Vane JR. Nobel lecture, 8th December 1982. Adventures and excursions in bioassay: the stepping stones to prostacyclin. Brit J Pharmacol 1983;79:821-38

[10] Jaffe EA, Weksler BB. Recovery of endothelial cell prostacyclin production after inhibition by low dose aspirin. J Clin Invest 1979;63:532-535

[11] Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients.BMJ 2002;324:71-86

[12] Whittle, B J. Boughton-Smith, N K. Moncada, S. Vane, J R. Actions of prostacyclin (PGI2) and its product, 6-oxo-PGF1alpha on the rat gastric mucosa in vivo and in vitro. Prostaglandins 1978;15:955-67

[13] Levy M. Aspirin use in patients with major upper gastro-intestinal bleeding and peptic ulcer disease N Engl J Med 1974;290:1158-62

[14] Roth SH. Bennett RE. Nonsteroidal anti-inflammatory drug gastropathy. Recognition and response. Archives of Internal Medicine. 1987;147:2093-2100

[15] Fries JF. Miller SR. Spitz PW. Williams CA. Hubert HB. Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology. 96(2 Pt 2 Suppl):647-55, 1989

[16] Hooper L. Brown TJ. Elliott R. Payne K. Roberts C. Symmons D. The effectiveness of five strategies for the prevention of gastrointestinal toxicity induced by non-steroidal anti-inflammatory drugs: systematic review. Brit Med J.2004;329(7472):948, 2004)

[17] Whittle BJ. Moncada S. Vane JR. Comparison of the effects of prostacyclin (PGI2), prostaglandin E1 and D2 on platelet aggregation in different species. Prostaglandins. 1978;16:373-88

[18] Whittle, B J. Boughton-Smith, N K. Moncada, S. Vane, J R. Actions of prostacyclin (PGI2) and its product, 6-oxo-PGF1alpha on the rat gastric mucosa in vivo and in vitro. Prostaglandins 1978;15:955-67

[19] Garcia Rodriguez LA, Hernandez-Diaz S, de Abajo F. Association between aspirin and upper gastrointestinal complications: Systematic review of epidemiologic studies.Brit J Clin Pharmacol 2001;52: 563-571

[20] Langenbach R, Morham SG, Tiano HF et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonate induced inflammation and indomethacin-induced gastric ulceration. Cell 1995;83:483-92

[21] Jackson LM. Wu KC. Mahida YR. Jenkins D. Hawkey CJ. Cyclooxygenase (COX) 1 and 2 in normal, inflamed, and ulcerated human gastric mucosa. Gut 2000;47:762-70

[22] Takeeda M. Hayashi Y. Yamato M. Murakami M. Takeuchi K.Roles of endogenous prostaglandins and cyclooxygenase izoenzymes in mucosal defense of inflamed rat stomach. J. Physiol Pharmacol. 55(1 Pt 2):193-205, 2004

[23] Fries JF, Murtagh KN, Bennett M el al. The rise and decline of nonsteroidal-anti-inflammatory drugs-associated gastropathy in rheumatoid arthritis. Arthritis Rheum 2004;50:2433-40

[24] Bombardier C, Laine L, Reicin A,  et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8

[25] Graham, D Y. Prevention of gastroduodenal injury induced by chronic nonsteroidal antiinflammatory drug therapy. Gastroenterology 1989;96 (2 Pt 2 Suppl):675-81

[26] McAdam BF, Catella-Lawson F, Mardini IA et al. Systemic biosynthesis of prostacyclin by cyclooxygenase(COX)-2: the human pharmacology of a selective COX-2 inhibitor

[27] Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomized trials of anti-platelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients.   Brit J Med 2002;324:71-86

[28] http://www.fda.gov/ohms/dockets/ac/01/briefing/3677b2.htm

[29] Mukherjee D Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-9

[30] Konstam M, Weir M, Reicin A et al. Cardiovascular r thrombotic events in controlled clinical trials of rofecoxib. Circulation 2001;2280-8

[31] Ray WA, Stein M, Daugherty JR et al. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease Lancet 2002;360:1071-3

[32] Soloman DH, Schneeweiss S, Glynn RJ et al. Relationship between selective COX-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73

[33] Graham DJ, Campen D, Spence M Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase-2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study Lancet 2005;365:475:81,2005

26

[34] Juni P, Nartey L, Reichenbach S et al. Risk of cardiovascular events and rofecoxib: cumulative metanalysis. Lancet 2004;364:2021-9

[35] James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib.J Med Ethics 2004; 30:182-4

[36] Bresalier RS, Sandler Rs, Quan H et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial N Engl J Med 2005;352:1092-1102

[37] Kumana CR Cheung BM, Lauder LJ. Gauging the impact of statins using number needed to treat. JAMA 1999;282:1899-1901

**Exhibit C - McCaffrey Deposition Excerpts**

• Cleland C

[1:] - [1:19]          5/3/2006        McCaffrey, Michael, M.D.

page 1
    0001
1             IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

2
3
4       IN RE:  VIOXX                * MDL Docket No. 1657
        PRODUCTS LIABILITY           *
5       LITIGATION                   * Section L
                                     *
6       THIS DOCUMENT RELATES TO:  * Judge Fallon
        GERALD BARNETT v. MERCK     * Mag. Judge Knowles
7
        *****************************
8
9
10      VIDEOTAPE
        DEPOSITION OF:MICHAEL McCAFFREY, MD
11
        DATE:       May 3, 2006
12
        TIME:       1:04 PM
13
        LOCATION:   Strand Regional Specialty Assoc.
14                  8170 Rourk Street
                    Myrtle Beach, SC
15
        TAKEN BY:   Counsel for Defendant
16
        REPORTED BY: TERRI L. BROSSEAU,
17                   Registered Professional
                     Reporter, CP, CRR
18
19

[231:10] - [232:8]    5/3/2006        McCaffrey, Michael, M.D.

page 231
10          Q.   In your dealings with Merck sales
11   representatives, sir, did you find that they were
12   trying to push you into prescribing Vioxx?
13          A.   No, sir.
14          Q.   Did you find that Merck sales
15   representatives were just telling you that in the
16   VIGOR study, the explanation was because of
17   naproxen?
18          A.   No.
19          Q.   Did you feel that the sales
20   representatives were leaving it up to you to decide
21   what the appropriate interpretation of the VIGOR
22   study was?
23          A.   Yes, sir.
24          Q.   Had any Merck sales representatives who
25   called on you ever refused to answer any questions
page 232
1    or avoided any questions you had about Vioxx?
2          A.   No, sir.
3          Q.   Did you feel that if you had a question
4    to ask a particular sales representative that they
5    would get you the answer or if they couldn't get
6    it, they would have somebody else at Merck send you
7    a letter giving you the answer?
8          A.   Yes, they would.

EXHIBIT

C

Exhibit C - McCaffrey Deposition Excerpts

• Cleland C

[241:1] - [241:18]        5/3/2006        McCaffrey, Michael, M.D.

page 241

1               CERTIFICATE OF REPORTER
2        I, Terri L. Brusseau, Registered
3   Professional Reporter and Notary Public for the
4   State of South Carolina at Large, do hereby certify
5   that the foregoing transcript is a true, accurate,
6   and complete record.
7        I further certify that I am neither related
8   to nor counsel for any party to the cause pending
9   or interested in the events thereof.
10       Witness my hand, I have hereunto affixed my
11  official seal this 5th day of May, 2006 at
12  Charleston, Charleston County, South Carolina.
13
14
15
16
               _____
               Terri L. Brusseau,
17             Registered Professional
               Reporter, CP, CRR
18             My Commission expires
               May 7, 2006.

Exhibit D - Mikola Deposition Excerpts

• **Barnett Expert Motions**

[1:1] - [1:25]        4/25/2006     Mikola, Michael

```
page 1
1                   IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2
3
4        IN RE:  VIOXX            * MDL Docket No. 1657
         PRODUCTS LIABILITY       *
5        LITIGATION               * Section L
                                  *
6        THIS DOCUMENT RELATES TO: * Judge Fallon
         GERALD BARNETT v. MERCK  * Mag. Judge Knowles
7
         ****************************
8
9
10       VIDEOTAPE
         DEPOSITION OF:MICHAEL MIKOLA, MD
11
         DATE:        April 25, 2006
12
         TIME:        8:27 AM
13
         LOCATION:    Law Offices of
14                    Motley Rice, LLC
                      28 Bridgeside Boulevard
15                    Mt. Pleasant, SC
16       TAKEN BY:    Counsel for Plaintiff
17       REPORTED BY: TERRI L. BRUSSEAU,
                      Registered Professional
18                    Reporter, CP, CRR
19
20
21           GOLKOW LITIGATION TECHNOLOGIES
22           Four Penn Center, Suite 1210
             1600 John F. Kennedy Blvd.
23           Philadelphia, PA 19103
                 877.DEPS.USA
24
25
```

[322:22] - [333:15]      4/25/2006     Mikola, Michael

```
page 322
22            Q.   I've handed you what I've marked as
23       Exhibit 44 --
24            A.   Yes, sir.
25            Q.   -- a package insert that is dated April
page 323
1        of 2002 approved by the Food and Drug
2        Administration, okay?
3            A.   Yes, sir.
4            Q.   When you were prescribing Vioxx to
5        Mr. Barnett in the April 2002 time frame, were you
6        familiar with the risks and benefits of the label
7        that was in existence at the time?
8            A.   Yes, sir.
9            Q.   So you would have been familiar with
10       the information contained in Exhibit 44?
11           A.   Yes, sir.
12           Q.   Do you see that in the right-hand
13       column there's a description of the VIGOR study and
14       it describes the design of the study, right column?
15           A.   Yes, sir.
16           Q.   Then there are study results in the
17       middle of the column, gastrointestinal safety in
18       VIGOR.  Do you see that?
19           A.   Yes, sir.
20           Q.   And under Table 1 there's an indication
```



EXHIBIT

D

**Exhibit D - Mikola Deposition Excerpts**

• **Barnett Expert Motions**

21 that says, quote, the risk reduction for PUB's and
22 complicated PUB's for Vioxx compared to Naproxen,
23 approximately 50 percent, was maintained in
24 patients, and then it continues.
25          Do you see that?

page 324
1          A.   Yes, sir.
2          Q.   That's an indication that Vioxx did
3 what it was supposed to do by reducing the number
4 of GI bleeds relative to Naproxen?
5          A.   Yes, sir.
6               MR. WACKER:  Well, it misstates the
7 document.
8 BY MR. GOLDMAN:
9          Q.   And you --
10              MR. WACKER:  And just -- just so that
11 my objection is clear, I don't know that it
12 specifically says GI bleeds.
13              THE WITNESS:  PUB I think is peptic
14 ulcer bleeds.
15 BY MR. GOLDMAN:
16         Q.   Perforations, ulcers, bleeds?
17         A.   Yeah.
18         Q.   What is your understanding of the
19 acronym PUB's?
20         A.   It stands for symptomatic ulcers, upper
21 GI perforation obstruction, major or minor, upper
22 GI bleed.
23         Q.   And did you understand from reading
24 this -- from knowing the VIGOR study while you were
25 prescribing Vioxx to Mr. Barnett before his heart

page 325
1 attack that Vioxx had reduced by 50 percent the
2 number of -- the frequency of PUB's relative to a
3 thousand milligrams of Naproxen?
4          A.   Yes, sir.
5          Q.   And then further down where it says,
6 other safety findings, cardiovascular safety, do
7 you see that it indicates the VIGOR study showed a
8 higher incidence of adjudicated serious
9 cardiovascular thrombotic events in patients
10 treated with Vioxx 50 milligrams once daily as
11 compared to patients treated with Naproxen 500
12 milligrams twice daily?
13         A.   Yes, sir.
14         Q.   You understood that information back in
15 November of 2000 when you read the VIGOR study,
16 right?
17         A.   Yes, sir.
18         Q.   And then you see there's Table 2, which
19 again --
20              MR. WACKER:  I'm sorry, let me just lay
21 a late-founded objection to the last question that
22 that's not -- not what the VIGOR study shows.  That
23 misstates the VIGOR study specifically.
24              MR. GOLDMAN:  Okay.  Well, this is a
25 Food and Drug Administration-approved label and I'm

page 326
1 just reading what it says.
2               MR. WACKER:  Right, but you're --
3 BY MR. GOLDMAN:
4          Q.   Do you see --
5               MR. WACKER:  This is what this says and
6 now you're relating that back to what the VIGOR
7 study said in the Bombardier article and that's not
8 what it says in the Bombardier article.  It never
9 says there was a significant --
10              MR. GOLDMAN:  Can you just make your
11 objection and not a speech, please?
12              MR. WACKER:  Well, I want the record to
13 be clear.
14              MR. GOLDMAN:  Okay.  You can clear that

**Exhibit D - Mikola Deposition Excerpts**

• Barnett Expert Motions

15  up.
16  BY MR. GOLDMAN:
17      Q.   Do you see Table 2 in the bottom of the
18  right-hand corner, VIGOR summary of patients with
19  serious cardiovascular thrombotic adverse events
20  over time?  Do you see that?
21      A.   Yes, sir.
22      Q.   And that, again, is the same
23  information we just had in the dear healthcare
24  professional letter where there's a 45-to-19
25  numerical difference in serious cardiovascular
page 327
1   thrombotic events at ten-and-a-half months between
2   Vioxx 50 milligrams and Naproxen a thousand
3   milligrams?
4       A.   Yes, sir.
5       Q.   And then if you look on the next page
6   where it says, Table 3, serious cardiovascular
7   thrombotic adverse events, in the middle of that
8   table, do you see that under cardiac events, if you
9   look at nonfatal MI, the label indicates that there
10  were 18 events on Vioxx 50 milligrams and 4 on
11  Naproxen thousand milligrams?
12      A.   Yes, sir.
13      Q.   And that's a four to five times
14  difference?
15      A.   Yes, sir, four-and-a-half times
16  difference.
17      Q.   And you understood in April of 2002
18  that -- that there was a four to five times
19  difference in the number of heart attacks between
20  Vioxx and Naproxen for this dosage?
21      A.   Yes, sir.
22      Q.   And then if you look in the precautions
23  section -- so that -- those tables were on the
24  front page and the top of the second page of the
25  label and that's information that you read back in
page 328
1   April of 2002, right?
2       A.   This came out April 2002?
3       Q.   Yeah.
4       A.   Yes, sir.
5       Q.   And if you look on the right-hand
6   column under precautions under cardiovascular
7   effects, the information below should be taken into
8   consideration and caution should be exercised when
9   Vioxx is used in patients with a medical history of
10  ischemic heart disease and then it continues to
11  describe the VIGOR study.
12           Do you see that?
13      A.   Not yet.
14      Q.   Right-hand column under precautions,
15  cardiovascular effects.
16      A.   Oh, yes, sir.
17      Q.   Do you see the sentence, the
18  information below should be taken into
19  consideration and caution should be exercised when
20  Vioxx is used in patients with a medical history of
21  ischemic heart disease?  Do you see that?
22      A.   Yes, sir.
23      Q.   But this is, I think, really important
24  as well, sir, that I want to ask you about.
25           MR. WACKER:  Objection, strike the
page 329
1   commentary.
2   BY MR. GOLDMAN:
3       Q.   Do you see how in that next paragraph,
4   there is a description of the number of serious
5   cardiovascular thrombotic events that says that the
6   number of serious cardiovascular thrombotic events
7   was significantly higher in patients treated with
8   Vioxx versus Naproxen?  Do you see that?

Exhibit D - Mikola Deposition Excerpts

• Barnett Expert Motions

```
 9          A.   I don't find that yet.
10          Q.   Okay.  It's the second sentence --
11    actually, it's in the first sentence of the second
12    paragraph under cardiovascular effects.  It says,
13    in VIGOR, and it describes it.
14          A.   Yes, sir.
15          Q.   And after the comma, it says, the risk
16    of developing a serious cardiovascular thrombotic
17    event was significantly higher in patients treated
18    with Vioxx 50 milligrams once a day as compared to
19    patients treated with Naproxen 500 milligrams twice
20    a day.  Do you see that?
21          A.   Yes, sir.
22          Q.   And then further down, it says, in a
23    placebo-controlled database derived from two
24    studies with a total of 2,142 elderly patients,
25    mean age 75 with a median duration of exposure of
page 330
 1    approximately 14 months, the number of patients
 2    with serious cardiovascular thrombotic events was
 3    21 versus 35 for patients treated with Vioxx 25
 4    milligrams once daily, versus placebo.
 5          A.   Yes, sir.
 6          Q.   What's the significance of that to you?
 7          A.   I would have to know the P value to
 8    know if it was statistically significant, but I
 9    could state that in that data, there were less
10    cardiovascular events in patients on Vioxx 25
11    milligrams than on placebo.
12          Q.   And knowing that back in April of 2002,
13    why was that significant to you?
14          A.   Well, comparing that to the VIGOR
15    trial, and it's not always valid to compare one
16    trial to the other due to a number of variables, it
17    seemed to indicate that at least in elderly
18    patients, 25-milligram dose of Vioxx daily for I
19    think up to nine months did not increase their risk
20    of vascular -- of major cardiovascular events.
21          Q.   And when you have results in a
22    placebo-controlled environment like they're
23    describing here and there is no difference between
24    Vioxx and placebo concerning serious cardiovascular
25    thrombotic events, that would suggest that there is
page 331
 1    no increase in risk associated with Vioxx, correct?
 2          A.   That would suggest that there's no
 3    increased risk, yes, sir.
 4          Q.   And it was your understanding back in
 5    April of 2002 that the positive results of the
 6    placebo-controlled studies, in other words, that
 7    Vioxx did not increase cardiovascular events,
 8    supported the interpretation of VIGOR that Naproxen
 9    was cardioprotective and not that Vioxx was causing
10    heart attacks?
11          MR. WACKER:  Objection, calls for
12    expert testimony beyond the scope.  It also
13    misstates the evidence.  It doesn't say
14    placebo-controlled studies.  It says a database
15    that apparently Merck selected.
16          THE WITNESS:  You're asking me if --
17    you're going back to the VIGOR trial and asking me
18    if my interpretation --
19    BY MR. GOLDMAN:
20          Q.   I'll ask it differently.
21          A.   Okay.
22          Q.   To you as a prescribing physician when
23    you were prescribing Vioxx to Mr. Barnett before
24    his heart attack, was the most important clinical
25    trial evidence concerning heart attack risk
page 332
 1    evidence that would be generated in
 2    placebo-controlled studies?
```

Exhibit D - Mikola Deposition Excerpts

• Barnett Expert Motions

```
3          A.   I think conclusions drawn from
4   placebo-controlled studies are easier to interpret
5   cause and effect and probably more generalizable
6   when you're looking at safety and efficacy.
7          Q.   And when you say they are more -- well,
8   you say that placebo-controlled studies are easier
9   to interpret cause and effect and probably more
10  generally able to --
11         A.   Generalizable.
12         Q.   I couldn't --
13         A.   I don't know if that's a word, but --
14         Q.   Let me ask the question.
15         A.   Okay.
16         Q.   When you say that placebo-controlled
17  studies are easier to interpret cause and effect
18  and probably more generalizable to safety and
19  efficacy, what do you mean?
20         A.   That means that there are less
21  potentially-confounding variables when you look at
22  the results of the study if a drug is compared to
23  placebo versus a drug that's compared to another
24  drug because the adverse or beneficial effects of
25  the other drug also have to be taken into
page 333
1   consideration.  And it varies dramatically between
2   different patient populations, the way the study's
3   set up, the way the questions are asked.  It
4   induces a lot more variability into interpreting
5   the outcomes.
6          Q.   If you skip down to the next sentence,
7   the significance of the cardiovascular findings
8   from these three studies, VIGOR and two
9   placebo-controlled studies, is unknown.
10         Do you see that?
11         A.   Not yet.  I'll find it, though.  Yes,
12  sir.
13         Q.   That was information you knew in April
14  of 2002, right?
15         A.   Yes, sir.
```

 **MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA



9183810

# VIOXX®
## (rofecoxib tablets and oral suspension)

### DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5*H*)-furanone. It has the following chemical structure:

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

### CLINICAL PHARMACOLOGY

*Mechanism of Action*

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

*Pharmacokinetics*

*Absorption*

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

*Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved

1

MRK-NJ0094478


EXHIBIT
E

M00586/4941

VIOXX® (rofecoxib tablets and oral suspension)                                        9183810

*Food and Antacid Effects*

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX Tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

*Distribution*

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

*Excretion*

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

*Special Populations*

*Gender*

The pharmacokinetics of rofecoxib are comparable in men and women.

*Geriatric*

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

*Pediatric*

VIOXX has not been investigated in patients below 18 years of age.

*Race*

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

*Hepatic Insufficiency*

A single-dose pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. A pharmacokinetic study in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency indicated that mean rofecoxib plasma concentrations were higher (mean AUC: 55%; mean $C_{max}$: 53%) relative to healthy subjects. Patients with severe hepatic insufficiency have not been studied.

*Renal Insufficiency*

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal

2

MRK-NJ0094479

M00585-0942

VIOXX® (rofecoxib tablets and oral suspension)                               9183810

insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended. (See WARNINGS, *Advanced Renal Disease*.)

*Drug Interactions* (Also see PRECAUTIONS, *Drug Interactions*.)

*General*

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.

Drug interaction studies with the recommended doses of rofecoxib have identified potentially significant interactions with rifampin, theophylline, and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and clinically important interactions have not been found.

## CLINICAL STUDIES

*Osteoarthritis (OA)*

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies of pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first determination (after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In all OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

*Rheumatoid Arthritis (RA)*

VIOXX has demonstrated significant reduction of joint tenderness/pain and joint swelling compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of RA in two 12-week placebo- and active-controlled clinical trials that enrolled a total of approximately 2,000 patients. VIOXX was shown to be superior to placebo on all primary endpoints (number of tender joints, number of swollen joints, patient and physician global assessments of disease activity). In addition, VIOXX was shown to be superior to placebo using the American College of Rheumatology 20% (ACR20) Responder Index, a composite of clinical, laboratory, and functional measures of RA. VIOXX 25 mg once daily and naproxen 500 mg twice daily showed generally similar effects in the treatment of RA. A 50-mg dose once daily of VIOXX was also studied; however, no additional efficacy was seen compared to the 25-mg dose.

*Analgesia, including Dysmenorrhea*

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

3

MRK-NJ0094480

M005654943

VIOXX® (rofecoxib tablets and oral suspension)                                     9183810

*Special Studies*
   The following special studies were conducted to evaluate the comparative safety of VIOXX.
*VIOXX GI Clinical Outcomes Research (VIGOR Study)*
*Study Design*
   The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:
      PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.
      Complicated PUBs (a subset of PUBs)-upper GI perforation, obstruction or major upper GI bleeding.
*Study Results*
*Gastrointestinal Safety in VIGOR*
   The VIGOR study showed a significant reduction in the risk of development of PUBs, including complicated PUBs in patients taking VIOXX compared to naproxen (see Table 1).

### Table 1
### VIGOR-Summary of Patients with Gastrointestinal Safety Events[1]
### COMPARISON TO NAPROXEN

| GI Safety Endpoints | VIOXX 50 mg daily (N=4047)[2] n[3] (Cumulative Rate[4]) | Naproxen 1000 mg daily (N=4029)[2] n[3] (Cumulative Rate[4]) | Relative Risk of VIOXX compared to naproxen[5] | 95% CI[5] |
|---|---|---|---|---|
| PUBs | 56 (1.80) | 121 (3.67) | 0.46* | (0.33, 0.64) |
| Complicated PUBs | 16 (0.52) | 37 (1.22) | 0.43* | (0.24, 0.78) |

[1]As confirmed by an independent committee blinded to treatment, [2]N=Patients randomized, [3]n=Patients with events, [4]Kaplan-Meier cumulative rate at end of study when at least 500 patients remained (approx. 10 1/2 months), [5]Based on Cox proportional hazard model

*p-value ≤0.005 for relative risk compared to naproxen

   The risk reduction for PUBs and complicated PUBs for VIOXX compared to naproxen (approximately 50%) was maintained in patients with or without the following risk factors for developing a PUB (Kaplan-Meier cumulative rate of PUBs at approximately 10 1/2 months, VIOXX versus naproxen, respectively): with a prior PUB (5.12, 11.47); without a prior PUB (1.54, 3.27); age 65 or older (2.83, 6.49); or younger than 65 years of age (1.48, 3.01). A similar risk reduction for PUBs and complicated PUBs (approximately 50%) was also maintained in patients with or without *Helicobacter pylori* infection or concomitant corticosteroid use.
*Other Safety Findings: Cardiovascular Safety*
   The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 2). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 3.) (See PRECAUTIONS, *Cardiovascular Effects*.) Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

### Table 2
### VIGOR-Summary of Patients with Serious Cardiovascular
4

MRK-NJ0094481

M00585I4944

VIOXX® (rofecoxib tablets and oral suspension)                                        9183810

### Thrombotic Adverse Events[1] Over Time
### COMPARISON TO NAPROXEN

| Treatment Group | Patients Randomized | | 4 Months[2] | 8 Months[3] | 10 ½ months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[1] | 0.46% | 0.82% | 1.81%* |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[1] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [2]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively. [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively. [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.

†Kaplan-Meier cumulative rate.

* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

### Table 3
### VIGOR- Serious Cardiovascular
### Thrombotic Adverse Events[1]

| | VIOXX 50 mg N[2]=4047 n[3] | Naproxen 1000 mg N[2]=4029 n[3] |
|---|---|---|
| Any CV thrombotic event | 45 * | 19 |
| Cardiac events | 28** | 10 |
| Fatal MI/Sudden death | 5 | 4 |
| Non-fatal MI | 18** | 4 |
| Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
| Ischemic stroke | 9 | 8 |
| TIA | 2 | 0 |
| Peripheral | 8 | 1 |

[1]Confirmed by blinded adjudication committee, [2]N=Patients randomized, [3]n=Patients with events

* p-value <0.002 and ** p-value ≤0.008 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects.*

*Upper Endoscopy in Patients with Osteoarthritis and Rheumatoid Arthritis*
   The VIGOR study described above compared clinically relevant outcomes. Several studies summarized below have utilized scheduled endoscopic evaluations to assess the occurrence of asymptomatic ulcers in individual patients taking VIOXX or a comparative agent. The results of outcomes studies, such as VIGOR, are more clinically relevant than the results of endoscopy studies (see CLINICAL STUDIES, *Special Studies, VIGOR*).
   Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active *Helicobacter pylori* infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and

MRK-NJ0094482

M00585494S

VIOXX® (rofecoxib tablets and oral suspension)                                    9183810

who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. See Figures 1 and 2 for the results of these studies.

### Figure 1

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)



| | | |
|---|---|---|
| ☒ Placebo | (N=158) |
| ☐ Rofecoxib 25mg | (N=186) |
| ☐ Rofecoxib 50mg | (N=178) |
| ■ Ibuprofen 2400 mg | (N=167) |

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

### Figure 2

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)

6

MRK-NJ0094483

M00585A946

VIOXX® (rofecoxib tablets and oral suspension)                                        9183810



Multinational Study



| | | |
|---|---|---|
| ⊠ Placebo | (N=182) | |
| ▭ Rofecoxib 25mg | (N=187) | |
| ▭ Rofecoxib 50mg | (N=182) | |
| ■ Ibuprofen 2400 mg | (N=187) | |

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

In a similarly designed 12-week endoscopy study in RA patients treated with VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) or naproxen 1000 mg daily (common therapeutic dose), treatment with VIOXX was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with naproxen.

Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*).

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*

Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo were evaluated in a study utilizing $^{51}$Cr-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*

Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. There was no inhibition of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

Because of its lack of platelet effects, **VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** (See PRECAUTIONS, *Cardiovascular Effects.*)

## INDICATIONS AND USAGE

VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For relief of the signs and symptoms of rheumatoid arthritis in adults.
For the management of acute pain in adults.
For the treatment of primary dysmenorrhea.

7

MRK-NJ0094484

M00565/6947

VIOXX® (rofecoxib tablets and oral suspension)                                9183810

## CONTRAINDICATIONS

VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

## WARNINGS

*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

Although the risk of GI toxicity is not completely eliminated with VIOXX, the results of the VIOXX GI outcomes research (VIGOR) study demonstrate that in patients treated with VIOXX, the risk of GI toxicity with VIOXX 50 mg once daily is significantly less than with naproxen 500 mg twice daily. (See CLINICAL STUDIES, *Special Studies, VIGOR*.)

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. **To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration.** For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Previous studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*

As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactic/anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*

Treatment with VIOXX is not recommended in patients with advanced renal disease. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

8

MRK-NJ0094485

M00585494B

VIOXX® (rofecoxib tablets and oral suspension)                                          9183810

## PRECAUTIONS

### General

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

### Cardiovascular Effects

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety*.) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo-controlled studies) is unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

### Fluid Retention, Edema, and Hypertension

Fluid retention, edema, and hypertension have been reported in some patients taking VIOXX. In clinical trials of VIOXX at daily doses of 25 mg in patients with rheumatoid arthritis the incidence of hypertension was twice as high in patients treated with VIOXX as compared to patients treated with naproxen 1000 mg daily. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occurred with an increased frequency with chronic use of VIOXX at daily doses of 50 mg. (See ADVERSE REACTIONS.) VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

### Renal Effects

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state.

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

### Hepatic Effects

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe

9

MRK-NJ0094486

M00585499

VIOXX® (rofecoxib tablets and oral suspension)                              9183810

hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including VIOXX. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with severe hepatic insufficiency (see *Pharmacokinetics, Special Populations*). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

*Hematological Effects*

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, *Special Studies, Platelets*).

*Preexisting Asthma*

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

*Information for Patients*

Physicians should instruct their patients to read the patient package insert before starting therapy with VIOXX and to reread it each time the prescription is renewed in case any information has changed.

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up. For additional gastrointestinal safety information see CLINICAL STUDIES, *Special Studies, VIGOR* and WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation*. Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. For additional cardiovascular safety information see CLINICAL STUDIES, *Special Studies, VIGOR* and PRECAUTIONS, *Cardiovascular Effects*.

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, edema or chest pain to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

*Laboratory Tests*

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

*Drug Interactions*

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an

10

MRK-NJ0094487

M00595.9950

VIOXX® (rofecoxib tablets and oral suspension)                                          9183810

average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies*, *Platelets* and PRECAUTIONS, *Cardiovascular Effects*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

*Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily] increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. In post-marketing experience there have been reports of increases in plasma lithium levels. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 12.5, 25, and 50 mg, each dose administered once daily for 7 days, had no effect on the plasma concentration of methotrexate as measured by $AUC_{0-24hr}$ in patients receiving single weekly methotrexate doses of 7.5 to 20 mg for rheumatoid arthritis. At higher than recommended doses, VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Theophylline:* VIOXX 12.5, 25, and 50 mg administered once daily for 7 days increased plasma theophylline concentrations ($AUC_{(0-\infty)}$) by 38 to 60% in healthy subjects administered a single 300-mg dose of theophylline. Adequate monitoring of theophylline plasma concentrations should be considered when therapy with VIOXX is initiated or changed in patients receiving theophylline.

These data suggest that rofecoxib may produce a modest inhibition of cytochrome P450 (CYP) 1A2. Therefore, there is a potential for an interaction with other drugs that are metabolized by CYP1A2 (e.g., amitriptyline, tacrine, and zileuton).

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

11

MRK-NJ0094488

M00585495I

VIOXX® (rofecoxib tablets and oral suspension)                                        9183810

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

*Pregnancy*

*Teratogenic effects: Pregnancy Category C.*

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects*

Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

*Labor and delivery*

Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

*Nursing mothers*

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

*Pediatric Use*

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

*Geriatric Use*

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older. This included 460 patients who were 75 years or older, and in one of these studies, 174 patients who were 80 years or older. No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. As with other NSAIDs, including those that selectively inhibit COX-2, there have been more spontaneous post-marketing reports of fatal GI events and acute renal failure in the elderly than in younger patients. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

12

MRK-NJ0094489

M00585496Z

VIOXX® (rofecoxib tablets and oral suspension)                                  9183810

## ADVERSE REACTIONS

### Osteoarthritis

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

| Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX in OA Clinical Trials | | | | |
|---|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 4.8 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

*Body as a Whole:* abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

*Cardiovascular System:* angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heartbeat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

*Digestive System:* acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

*Eyes, Ears, Nose, and Throat:* allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

13

MRK-NJ0094490

VIOXX® (rofecoxib tablets and oral suspension)                                    9183810

*Immune System:* allergy, hypersensitivity, insect bite reaction.

*Metabolism and Nutrition:* appetite change, hypercholesterolemia, weight gain.

*Musculoskeletal System:* ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

*Nervous System:* hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

*Psychiatric:* anxiety, depression, mental acuity decreased.

*Respiratory System:* asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

*Skin and Skin Appendages:* abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

*Urogenital System:* breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

*Cardiovascular:* cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, *pulmonary edema,* pulmonary embolism, transient ischemic attack, unstable angina.

*Gastrointestinal:* cholecystitis, colitis, colonic malignant neoplasm, *duodenal perforation,* duodenal ulcer, *esophageal ulcer, gastric perforation, gastric ulcer,* gastrointestinal bleeding, *hepatic failure, hepatitis,* intestinal obstruction, *jaundice,* pancreatitis.

*Hemic and lymphatic:* agranulocytosis, leukopenia, lymphoma, *thrombocytopenia.*

*Immune System:* anaphylactic/anaphylactoid reaction, angioedema, bronchospasm, *hypersensitivity vasculitis.*

*Metabolism and nutrition:* hyponatremia.

*Nervous System:* aseptic meningitis.

*Psychiatric:* confusion, hallucinations.

*Skin and Skin Appendages:* severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.

*Urogenital System:* acute renal failure, breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

**Rheumatoid Arthritis**

Approximately 1,100 patients were treated with VIOXX in the Phase III rheumatoid arthritis efficacy studies. These studies included extensions of up to 1 year. The adverse experience profile was generally similar to that reported in the osteoarthritis studies. In studies of at least three months, the incidence of hypertension in RA patients receiving the 25 mg once daily dose of VIOXX was 10.0% and the incidence of hypertension in patients receiving naproxen 500 mg twice daily was 4.7%.

*Analgesia, including primary dysmenorrhea*

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

*Clinical Studies in OA and RA with VIOXX 50 mg (Twice the highest dose recommended for chronic use)*

In OA and RA clinical trials which contained VIOXX 12.5 or 25 mg as well as VIOXX 50 mg, VIOXX 50 mg QD was associated with a higher incidence of gastrointestinal symptoms (abdominal pain,

14

MRK-NJ0094491

M00585,9954

VIOXX® (rofecoxib tablets and oral suspension)                                9183810

epigastric pain, heartburn, nausea and vomiting), lower extremity edema, hypertension, serious* adverse experiences and discontinuation due to clinical adverse experiences compared to the recommended chronic doses of 12.5 and 25 mg (see DOSAGE AND ADMINISTRATION).

## OVERDOSAGE

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

## DOSAGE AND ADMINISTRATION

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.
*Osteoarthritis*
The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.
*Rheumatoid Arthritis*
The recommended dose is 25 mg once daily. The maximum recommended daily dose is 25 mg.
*Management of Acute Pain and Treatment of Primary Dysmenorrhea*
The recommended dose of VIOXX is 50 mg once daily. The maximum recommended daily dose is 50 mg. Use of VIOXX for more than 5 days in management of pain has not been studied. Chronic use of VIOXX 50 mg daily is not recommended. (See ADVERSE REACTIONS, *Clinical Studies in OA and RA with VIOXX 50 mg*).
*Hepatic Insufficiency*
Because of significant increases in both AUC and $C_{max}$, patients with moderate hepatic impairment (Child-Pugh score: 7-9) should be treated with the lowest possible dose (see CLINICAL PHARMACOLOGY, *Special Populations*).

VIOXX Tablets may be taken with or without food.
*Oral Suspension*
VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

## HOW SUPPLIED

No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
**NDC** 0006-0074-31 unit of use bottles of 30
**NDC** 0006-0074-28 unit dose packages of 100
**NDC** 0006-0074-68 bottles of 100
**NDC** 0006-0074-82 bottles of 1000
**NDC** 0006-0074-80 bottles of 8000.
No. 3834 — Tablets VIOXX, 25 mg, are yellow, round tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
**NDC** 0006-0110-31 unit of use bottles of 30
**NDC** 0006-0110-28 unit dose packages of 100
**NDC** 0006-0110-68 bottles of 100
**NDC** 0006-0110-82 bottles of 1000
**NDC** 0006-0110-80 bottles of 8000.

---

*adverse experience that resulted in death, permanent or substantial disability, hospitalization, congenital anomaly, or cancer, was immediately life threatening, was due to an overdose, or was thought by the investigator to require intervention to prevent one of the above outcomes

15

MRK-NJ0094492

M00585-4955

VIOXX® (rofecoxib tablets and oral suspension)                                      9183810

   No. 3835 — Tablets VIOXX, 50 mg, are orange, round tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
   **NDC** 0006-0114-31 unit of use bottles of 30
   **NDC** 0006-0114-28 unit dose packages of 100
   **NDC** 0006-0114-68 bottles of 100
   **NDC** 0006-0114-74 bottles of 500
   **NDC** 0006-0114-81 bottles of 4000.
   No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
   **NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).
   No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
   **NDC** 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

*Storage*
*VIOXX Tablets:*
   Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]
*VIOXX Oral Suspension:*
   Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

**Rx only**

---

**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued April 2002
Printed in USA

16

MRK-NJ0094493

M00585495G