IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX ) | MDL NO. 1657 |
| | PRODUCTS LIABILITY ) | SECTION: L |
| | LITIGATION ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |

THIS DOCUMENT RELATES TO ALL ACTIONS

### ORDER REGARDING PSC MEMBER CARLENE RHODES LEWIS

This Court notes with great sadness the death of Plaintiffs' Steering Committee member Carlene Rhodes Lewis, who died in Houston, Texas on Monday, June 6, 2006.

This Court extends its expression of sorrow and condolences to Ms. Lewis's husband and daughters, other members of her family, and her friends and professional colleagues around the country, who now mourn her passing.

By all accounts, the life and career of Carlene Rhodes Lewis were exemplary.

Our civil justice system depends, for its fair and effective functioning, upon the dedication and efforts of men and women of good will and integrity to represent opposing parties; to assist judges and juries in finding the law, the facts, and ultimately the truth at trial; and to facilitate voluntary resolution wherever possible. By this means our society is strengthened, and its disputes are resolved without force or violence. Our adversary process is the better for the service of lawyers, like Carlene Rhodes Lewis, who engage in the clash of advocacy with both a tenacious and civil attitude and spirit.

This Court would like to take this opportunity to acknowledge, and to express its gratitude and appreciation for, Ms. Lewis' service to this Court, this case, and her clients, especially since that service continued in the face of her illness. Her work in this case, including

- 1 -
542831.1

her pioneering efforts in the Vioxx litigation, should serve as an example to all counsel. Her ability to balance family, community, and professional responsibilities, as evidenced from the attached reports, likewise serves as an example and inspiration to all, to strive to maintain and promote such balance in our lives and careers.

IT IS HEREBY ORDERED that: the contributions and service of Carlene Rhodes Lewis to this litigation, as an Officer of the Court, and as a Court-appointed member of the Plaintiffs' Steering Committee, are acknowledged by this Court with deep appreciation, respect and gratitude; and that this ORDER be entered on the docket of MDL No. 1657 with respect to all actions.

New Orleans, Louisiana, this 14 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE