## Exhibit B - Pechmann Deposition Excerpts

**• Barnett Expert Motions**

[1:1] - [1:24]          5/26/2006     Pechmann, Cornelia (Barnett)

```
page 1
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                       )
     PRODUCTS LIABILITY LITIGATION   ) MDL Docket No. 1657
 5                                       )
     This document relates to         ) Section L
 6                                       )
     GERALD BARNETT,                   ) Judge Fallon
 7                                       )
              Plaintiff,              ) Civil Action No.
 8                                       ) 2:06cv485
              vs                         )
 9                                       )
     MERCK & CO., INC.,                )
10                                       )
              Defendant.             )
11   _____)
12
13
14
15          DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16                  Newport Beach, California
17                    Friday, May 26, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 919215
     PHIL JOB No. 2153
```

[86:15] - [86:17]        5/26/2006     Pechmann, Cornelia (Barnett)

```
page 86
15      Q    You are not an expert on FDA regulations on
16   prescription drugs; are you?
17      A    I am an expert now.
```

[88:1] - [88:9]          5/26/2006     Pechmann, Cornelia (Barnett)

```
page 88
 1      Q    Have you ever consulted anybody on the FDA
 2   regulations or served as an expert in on FDA
 3   regulations?
 4      A    Have I ever consulted on FDA regulations prior
 5   to this time?
 6      Q    Um-hmm.
 7      A    Yes, I recommended American Psychological
 8   Association with regard to the FDA regulations for
 9   tobacco.
```

[88:23] - [89:8]         5/26/2006     Pechmann, Cornelia (Barnett)

```
page 88
23      Q    Other than consulting for the American
24   Marketing Association and the American Psychological
25   Association on the FDA proposed rules on -- concerns to
page 89
 1   tobacco advertising, have you had any other dealings
 2   with the FDA?
 3      A    Yes.  I regularly attend sessions that are --
 4   where there are speakers from the FDA.  The FDA comes to
 5   our conferences.  I review papers related to the FDA in
```

EXHIBIT

B

Blumberg No. 5119

### Exhibit B - Pechmann Deposition Excerpts

**• Barnett Expert Motions**

```
6   journals.
7          There may be more, but I'm not sure if I can
8   think of it off the top of my head.
```

[95:10] - [95:13]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 95
10    Q    Would you agree, Dr. Pechmann, that different
11  people can respond to the same advertisement
12  differently?
13    A    Yes.  That is why we do research.
```

[104:23] - [105:4]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 104
23          Is it your testimony, Dr. Pechmann, that you
24  can tell me how Mr. Barnett will respond to a particular
25  advertisement he sees on television?
page 105
1     A    No.  That is not my testimony.  My testimony is
2   that once they have research about a patient like his, I
3   can give a statistical prediction about him as a member
4   of that class of people might respond.
```

[113:8] - [113:22]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 113
8     Q    Dr. Pechmann, are you in a better position than
9   Dr. Micola to know what factors he considers when he
10  decides to prescribe a medicine like Vioxx?
11          MR. O'CALLAHAN:  Asked and answered.
12          MR. SKIKOS:  That is a different question.
13          Go ahead.  Read that question back.
14          (Whereupon, the question was read
15          back as follows:
16          "Q   Dr. Pechmann, are you in a
17          better position than Dr. Micola to
18          know what factors he considers when
19          he decides to prescribe a medicine
20          like Vioxx?")
21          THE WITNESS:  I know things about his decision
22  that he doesn't know.
```

[116:9] - [116:16]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 116
9     Q    So it is your testimony that 40 percent of
10  people who saw Vioxx advertisements initiated action and
11  went to their doctors to ask about Vioxx?
12    A    No.  It is my testimony that based on the Merck
13  research, which was very good research, that their
14  estimate was that 40 percent of the people who took
15  Vioxx or Celebrex were influenced by their integrated
16  marketing communications campaign.
```

[117:23] - [117:25]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 117
23    Q    You have no medical training; right?
24    A    Correct.  I am not -- I have not gone to
25  medical school.  No.
```

[118:7] - [118:10]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 118
7     Q    So you never done any consulting, writing, or
8   research addressing the medical risks of prescription
9   drugs?
10    A    Correct.
```

**Exhibit B - Pechmann Deposition Excerpts**

**▪ Barnett Expert Motions**

[120:13] - [120:16]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 120
13     Q     Okay.  Would you agree that you are not an
14 expert in the following areas:  Assessing medical risks
15 associated with prescription drugs?
16     A     Yes, I agree I am not an expert.
```

[122:24] - [122:25]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 122
24     Q     You are not a cardiologist; right?
25     A     That is correct.
```

[129:4] - [129:19]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 129
4      Q     Have you ever reviewed any materials that Merck
5 submitted to the FDA?
6      A     I am trying to think if I did.  I may have
7 but -- but I would say that in general, that is not --
8 that is not what I was looking at.
9            So I may have, but I wasn't -- it may have been
10 something that I looked at, but it was not labeled as
11 something they had submitted to the FDA.
12           I never received anything that said this is the
13 package of information that Merck sent to the FDA.
14     Q     Don't you think, Dr. Pechmann, as a scientist
15 wouldn't you want to know what Merck sent to the FDA
16 before coming to court and telling jurors what Merck
17 knew about the risks of Vioxx?
18           MR. ROBINSON:  Objection.  Argumentative.
19           THE WITNESS:  No, I don't think that is
```

[136:22] - [137:2]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 136
22     Q     And your only knowledge about Vioxx and any
23 cardiovascular risk associated with Vioxx came from your
24 review of documents that the plaintiffs' lawyers gave
25 you in this case; correct?
page 137
1      A     A few documents I obtained on the web, but
2 largely, yes.
```

[160:21] - [160:24]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 160
21     Q     Dr. Pechmann, have you ever written a single
22 article about the FDA regulations that apply to
23 pharmaceutical advertising?
24     A     No.
```

[161:5] - [161:9]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 161
5      Q     Have you ever presented anywhere to any
6 audience, other than maybe in your classroom, your
7 interpretation of the FDA regulations on pharmaceutical
8 advertising?
9      A     No.
```

[186:16] - [186:20]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 186
16     Q     I would like to know what other research
17 reports that you would like to talk to the jury about.
18     A     Well, like I said, I would like to talk to them
19 about the research showing their sales, which is 69 and
```

Exhibit B - Pechmann Deposition Excerpts

**• Barnett Expert Motions**

20  70.  Giving them a context to understand that.

[212:4] - [212:12]          5/26/2006     Pechmann, Cornelia (Barnett)

page 212
4      Q      The jury does not need you to add up the number
5    of call visits that the sales representatives made on
6    Dr. Micola and Dr. McCaffrey; do they?
7               MR. SKIKOS:  Objection.
8               THE WITNESS:  They need someone to count it up.
9    BY MR. GOLDMAN:
10     Q      Do they need you to do that?
11     A      No.  Someone else could do it I can explain the
12   context, what it means.

[261:7] - [261:14]          5/26/2006     Pechmann, Cornelia (Barnett)

page 261
7      Q      Did you also understand that one interpretation
8    of the results in Vigor could be that Naproxen was
9    cardioprotective, not that Vioxx was harmful for the
10   heart?
11              MR. O'CALLAHAN:  Objection.  Foundation and
12   scope.
13.             THE WITNESS:  That that was a possible
14   explanation, yes.

[345:1] - [345:21]          5/26/2006     Pechmann, Cornelia (Barnett)

page 345
1                I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3                That the foregoing proceedings were taken
4    before me at the time and place herein set forth; that
5    any witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; further, that the foregoing is an accurate
10   transcription thereof.
11               I further certify that I am neither
12   financially interested in the action nor a relative or
13   employee of any attorney of any of the parties.
14               IN WITNESS WHEREOF, I have this date
15   subscribed my name.
16
17
                   Dated: _____
18
19                      _____
                                Diana Janniere
20                              CSR No. 10034
21

**CORNELIA (CONNIE) PECHMANN**
**PROFESSOR, MARKETING**
**THE PAUL MERAGE SCHOOL OF BUSINESS**
**UNIVERSITY OF CALIFORNIA, IRVINE**
**IRVINE, CALIFORNIA 92697**

| | | | |
|---|---|---|---|
| **HOME:** | 1604 Harkness Street.<br>Manhattan Beach, CA 90266 | **PHONES:** | (949) 824-4058 (work)<br>(949) 725-2840 (work fax) |
| **EMAIL:** | cpechman@uci.edu | | (310) 372-9007 (home) |
| **WEB:** | http://web.gsm.uci.edu/~cpechmann/ | | (310) 372-9008 (home fax) |

### TEACHING AND RESEARCH AFFILIATIONS SINCE PH.D.

- Graduate School of Management, University of California, Irvine (UCI)
- Renamed The Paul Merage School of Business in 2005.
    - UCI Graduate School of Management (GSM)
        - o Assistant Professor of Marketing, Fall 1988 - Spring 1995
        - o Associate Professor of Marketing, Summer 1995 - Spring 2003
        - o Full Professor of Marketing, Summer 2003 - present
    - UCI School of Social Ecology, Department of Environmental Analysis and Design
        - o Adjunct Professor, Fall 1997 - present
    - UCI Center for Health Policy & Research
    - UCI Transdisciplinary Tobacco Use Research Center
    - UCI Cancer Center

### TEACHING AFFILIATION PRIOR TO PH.D.

California State University - Fullerton, School of Business Administration and Economics
- o Assistant Professor of Marketing, Fall 1986 - Spring 1988

### TEACHING AND SERVICE AWARDS

2005 Co-chair of Association for Consumer Research North American Conference
2004 UCI Graduate School of Management "Exceptional Faculty Service" Award
2004 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Honorable Mention
2003 Graduate School of Management "Best Elective" course in Full Time MBA program
2001 Charles and Twyla Martin Excellence in Teaching Award, GSM, UCI
2001 Business 2.0 "Key Professor" List, in article on 20 Top Technology-Savvy Business Schools
2000 Lincoln Mercury Marketing Lab Sponsorship, GSM, UCI (5 year sponsorship)
2000 Conexant Teaching Award, GSM, UCI
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Professors" Listing
2000 BusinessWeek, B-Schools Rankings & Profiles, "Most Popular Electives" Listing
2000 Journal of Consumer Research "Outstanding Reviewer" Award
1999 Journal of Public Policy & Marketing "Exceptional Contribution by Reviewer" Award

### PARTIAL LIST OF ACADEMIC AND PROFESSIONAL HONORS

"Best Paper in 2002" Award, Journal of Consumer Research (awarded in 2005)
List of Top 50 Marketing Scholars, 2003 (based on citation counts)
Who's Who in Economics, Fourth Edition, 2002 (based on citation counts)
Chair of Terry Zhao's dissertation, runner-up in SCP-Sheth dissertation competition 2004
Chair of Dipayan Biswas' dissertation, recipient of ACR-Sheth dissertation competition 2002
Marketing Science Institute Alden G. Clayton Dissertation Award 1987
American Marketing Association Doctoral Consortium Faculty Member 1993, 1997, 2001
American Marketing Association Doctoral Consortium Fellow, 1986
Phi Beta Kappa National Honor Society (President)
Beta Gamma Sigma National Honor Society (Management)



Blumberg No. 5119

EXHIBIT

C

M008027979

Alpha Lambda Delta National Honor Society (Psychology)
Bucknell University Rhodes Scholar Nominee
Who's Who of American Women
Who's Who in Advertising
Who's Who in Executives and Professionals
Who's Who in Finance and Business
Who's Who in the West
Who's Who in the World
Who's Who in Executives and Professionals

## COURSES TAUGHT

Introduction to Marketing, Undergraduate
Consumer Behavior, Undergraduate
Freshman Seminar on Tobacco Use Prevention, Undergraduate
Principles of Marketing for Management, MBA
Consumer Behavior, MBA
Database Marketing, MBA
Micro Marketing, MBA
Marketing IT Lab, MBA (on GIS and POS systems)
Marketing Field Study Projects, MBA
Design of Experiments and Quasi Experiments (Ph.D.)
Analysis of Data from Experiments & Quasi Experiments (Ph.D.)
Research Topics in Marketing (Ph.D., team taught)

## EDUCATION

| | |
|---|---|
| Vanderbilt University, Nashville, TN | August 1988, Ph.D. (Marketing Management) |
| | December 1985, M.B.A. (Marketing Management) |
| | May 1985, M.S. (General Psychology) |
| Bucknell University, Lewisburg, PA | May 1981, B.A. (Psych/Spanish), Summa Cum Laude |

## DOCTORAL DISSERTATION IN MARKETING MANAGEMENT

The Development and Partial Validation of a Contingency Model of Comparative Advertising

## MASTER'S THESIS IN GENERAL PSYCHOLOGY

Development of a Scale to Measure the Marital Role Dissonance of Parents with Diabetic Children

## GRANTS

| | |
|---|---|
| Tobacco-Related Disease Research Program of the State of California 2005 | $480,000 |
| UCI Transdisciplinary Tobacco Use Research Center 2003 (Pilot) | $ 25,000 |
| Tobacco-Related Disease Research Program of the State of California 2000 | $590,375 |
| Tobacco-Related Disease Research Program of the State of California 1999 (Pilot) | $ 10,000 |
| Tobacco-Related Disease Research Program of the State of California 1997 | $136,953 |
| Palmer Jarvis Advertising (for Health Canada) 1996 | $ 3,759 |
| Tobacco-Related Disease Research Program of the State of California 1993 | $192,570 |
| U.C.I. Graduate School of Management, Office of Research Grant 1993 | $ 3,667 |
| Tobacco-Related Disease Research Program of the State of California 1991 | $ 72,837 |
| U.C.I. Faculty Career Development Grant 1990 | $ 8,563 |
| U.C.I. Faculty Research Grant 1990 | $ 3,600 |
| National Institute of Mental Health Undergraduate Research Grant 1976 | $ 5,000 |

2

M00G827990

## REFEREED PUBLICATIONS

**Journal Articles (chronological order)**

1. Pichert, J.W., S.L. Hanson, and C. Pechmann (1984), Modifying Dieticians' Use of Patient Time," *The Diabetes Educator*, 10, 1, 43-46.

2. Pichert, J.W., S.L. Hanson, and C. Pechmann (1985), "A System For Assessing Use of Patients' Time," *Evaluation and The Health Professions*, 8, 1, 39-54.

3. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Methodological and Theoretical Foundations of Advertising Copytesting: A Review," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds., Ann Arbor, MI: The University of Michigan Press, 1-74.

4. Pechmann, C. and D. W. Stewart (1988), "Advertising Repetition: A Critical Review of Wearin and Wearout," in *Current Issues and Research in Advertising*, J.H. Leigh and C.R. Martin, eds. Ann Arbor, MI: The University of Michigan Press, p. 285-330.

5. Stewart, D.W., G.B. Hickson, C. Pechmann, S. Koslow, and W.A. Altemeier (1989), "Information Search and Decision Making in the Selection of Family Health Care," *Journal of Health Care Marketing*, 9, 2 (June), 29-39.

6. Pechmann, C. and D. W. Stewart (1990), "The Effects of Comparative Advertising on Attention, Memory, and Purchase Intentions," *Journal of Consumer Research*, 17 (September), 180-191.

7. Pechmann, C. and S. Ratneshwar (1991), "The Use of Comparative Advertising for Brand Positioning: Association versus Differentiation," *Journal of Consumer Research*, 18 (September), 145-160.

8. Pechmann, C. and D.W. Stewart (1991), "How Direct Comparative Ads Promoting Low, Moderate and High Share Brands Affect Brand Choice," *Journal of Advertising Research*, 31 (December), 47-55.

9. Pechmann, C. (1992), "Predicting When Two-Sided Ads Will Be More Effective Than One-Sided Ads: The Role of Correlational and Correspondent Inferences," *Journal of Marketing Research*, 29 (November), 441-453.

10. Pechmann, C. and S. Ratneshwar (1992), "Consumer Covariation Judgments: Theory or Data Driven?" *Journal of Consumer Research*, 19 (December), 373-386.

11. Pechmann, C. and S. Ratneshwar (1994), "The Effects of Anti-Smoking and Cigarette Advertising on Young Adolescents' Perceptions of Peers Who Smoke," *Journal of Consumer Research*, 21 (September), 236-251.

12. Pechmann, C. and G. Esteban (1994), "Persuasion Processes Associated with Direct Comparative and Noncomparative Advertising and Implications for Advertising Effectiveness," *Journal of Consumer Psychology*, 2(4), 403-432.

13. Pechmann, C. (1996), "Do Consumers Overgeneralize One-sided Comparative Price Claims and Are More Stringent Regulations Needed?" *Journal of Marketing Research*, 33 (May), 150-162.

M006827981

14. Ratneshwar, S., C. Pechmann, and A.D. Shocker (1996), "Goal-Derived Categories and the Antecedents of Across-Category Consideration," *Journal of Consumer Research*, 23 (December), 240-250.

15. Pechmann, C., P. Dixon, and N. Layne (1998), "An Assessment of the United States and Canadian Smoking Reduction Objectives for Year 2000," *American Journal of Public Health*, 88 (September), 1362-1367.

16. Pechmann, C. and C.F. Shih (1999), "Smoking Scenes in Movies and Antismoking Advertisements Before Movies: Effects on Youth," *Journal of Marketing*, 63 (July), 1-13.
    o   **Presented at California legislative hearings on smoking in movies**
    o   **Presented to National Association of Attorneys' General**
    o   **Presented to National Association of Theater Owners**

17. Pechmann, C. and E.T. Reibling (2000), "Planning an Effective Anti-Smoking Mass Media Campaign Targeting Adolescents," *Journal of Public Health Management and Practice*, 6 (3), 80-94.

18. Pechmann, C. and E.T. Reibling (2000), "Anti-Smoking Advertising Campaigns Targeting Youth: Case Studies from USA and Canada," *Tobacco Control*, Supplement II, Volume 9, ii18-ii31.

19. Ratneshwar, S., L.W. Barsalou, C. Pechmann, and M. Moore (2001), "Goal-Derived Categories: The Role of Personal and Situational Goals in Category Representations," *Journal of Consumer Psychology*, 10 (3), 147-158.

20. Pechmann, C. (2001), "A Comparison of Health Communication Models: Risk Learning Versus Stereotype Priming," *Media Psychology*, 3 (2), 189-210.

21. Pechmann, C. and S. J. Knight (2002), "An Experimental Investigation of the Joint Effects of Advertising and Peers on Adolescents' Beliefs and Intentions about Cigarette Consumption," *Journal of Consumer Research*, 29 (June), 5-19.
    o   **Selected "Best Paper in 2002" by Journal of Consumer Research**
    o   **Reprinted in "Consumer Behaviour" edited by Margaret Hogg, Sage Library in Business and Management Series, 2005 (forthcoming)**
    o   **Presented during trial of U.S. Attorney General's case against tobacco firms, 2005**

22. Pechmann, C. (2002), "Overview of the Special Issue on Social Marketing Initiatives," *Journal of Public Policy and Marketing*, 21 (Spring), 1-2.

23. Kelder, S., C. Pechmann, M.D. Slater, J.K. Worden, and A. Levitt (2002), "The National Youth Anti-drug Media Campaign," *American Journal of Public Health*, 92 (8), 1211-1212 (letter).

24. Pechmann, C., G. Zhao, M.E. Goldberg, and E.T. Reibling (2003), "What to Convey in Antismoking Advertisements for Adolescents? The Use of Protection Motivation Theory to Identify Effective Message Themes," *Journal of Marketing*, 67 (April), 1-18.

25. Foley, D. and Pechmann, C. (2004), "The National Youth Anti-Drug Media Campaign Copy Test System," *Social Marketing Quarterly*, X-Special Issue (2-Summer), 34-42.

26. Pechmann, C., L. Levine, S. Loughlin, and F. Leslie (2005), "Impulsive and Self-conscious: Adolescents' Vulnerability to Advertising and Promotion, *Journal of Public Policy and Marketing*, forthcoming (Vol. 24, Number 2).

4

27. Pechmann, C. and E.T. Reibling (2006), "Antismoking Advertisements for Youth: An Independent Evaluation of Health, Counter-industry, and Industry Approaches," *American Journal of Public Health*, forthcoming.

## Book Chapters and Edited Volumes (chronological order)

28. Pechmann, C. and D.W. Stewart (1988), "The Multidimensionality of Persuasive Communication: Theoretical and Empirical Foundations," in *Cognitive and Affective Responses to Advertising*, A. Tybout and P. Cafferata eds., Lexington, MA: Lexington Press, 31-65.

29. Pechmann, C. and D.W. Stewart (1994), "The Psychology of Comparative Advertising" in *Attention, Attitude and Affect in Response to Advertising*, E. M. Clark, T. C. Brock, and D. W. Stewart eds., Hillsdale, NJ: Lawrence Erlbaum Associates, 79-96.

30. Pechmann, C. (1997), "Does Antismoking Advertising Combat Underage Smoking?  A Review of Past Practices and Research," in *Social Marketing: Theoretical and Practical Perspectives*, M.E. Goldberg, M. Fishbein and S. Middlestadt eds., Hillsdale, NJ:  Lawrence Erlbaum Associates, 189-216.

31. D. Grewal and C. Pechmann (1998), Editors of *American Marketing Association Winter Educators' Conference Proceedings: Marketing Theory and Applications*, Volume 9, Chicago, Illinois: American Marketing Association.

32. Pechmann, C. (2002), "Changing Adolescent Smoking Prevalence: Impact of Advertising Interventions," in *Changing Adolescent Smoking Prevalence: Where It Is and Why*, D. Burns, ed., Silver Spring, MD: National Cancer Institute, 171-181.

33. Pechmann, C., L. FitzSimons and A. Chamie (2003), "Using Geographic Information Systems for Marketing Research," *Marketing Research*, A. Parasuraman, D. Grewal and R. Krishnan, eds., Houghton Mifflin Co., Chapter 5, 128-155.

34. Pechmann, C. and Slater, M.D. (2005), "Social Marketing Messages That May Motivate Irresponsible Consumption Behavior, " in *Inside Consumption: Frontiers of Research on Consumer Motives, Goals, and Desires*, D. Mick and S. Ratneshwar, eds., London, UK: Routledge, 185-207, 185-207.

35. Pechmann, C. and Price, L. (2006), Editors of *Advances in Consumer Research*, Volume 33, Duluth, MN: Association for Consumer Research, forthcoming.

## Conference Proceedings Papers (chronological order)

36. Pechmann, C. (1983), "A System For Assessing Use of Time in Clinic," in *Diabetes*, New York, NY: American Diabetes Association, 20.

37. Stewart, D.W., G.B. Hickson, S. Ratneshwar, C. Pechmann, and W. Altemeier (1985), "Information Search and Decision Strategies Among Health Care Consumers," in *Advances in Consumer Research*, Volume 12, E.C. Hirschman and M.B. Holbrook eds., Provo, Utah: Association for Consumer Research, 252-257.

38. Stewart, D.W., C. Pechmann, S. Ratneshwar, J. Stroud, and B. Bryant (1985), "Advertising Evaluation: A Review of Measures," in *Marketing Communications – Theory and Research*, M.J. Houston and R.J. Lutz eds., Chicago, IL.: American Marketing Association, 3-6.

5

M005827983

39.    Pechmann, C. and D.W. Stewart (1989), "A Learning Perspective of How Advertising Works:
       The Accumulation Model of Advertising Response," in the *Proceedings of the Division of
       Consumer Psychology*, Washington, DC: American Psychological Association, 97-99.

40.    Pechmann, C. and D.W. Stewart (1989), "Nonverbal Communication in a Natural Context:
       Consumer Markets," in the *Proceedings of the Division of Consumer Psychology*, Washington,
       DC: American Psychological Association, 68-71.

41.    Pechmann, C. (1990), "How Do Consumer Inferences Mediate the Effectiveness of Two-Sided
       Messages?" in *Advances in Consumer Research*, Volume 17, M. Goldberg, G. Gorn and R.
       Pollay eds., Provo, Utah: Association for Consumer Research, 337-341.

42.    Pechmann, C. and S. Ratneshwar (1990), "The Use of Comparative Advertising for Positioning
       Unfamiliar Brands: The Moderating Role of Attribute Typicality," in the *Proceedings of the
       Society for Consumer Psychology*, Washington, DC: American Psychological Association, 35-
       36.

43.    Pechmann, C. and G. Esteban (1991), "How Comparative Ads Affect Persuasion: The
       Moderating Role of Prior Motivation" in the *Proceedings of the Society for Consumer
       Psychology*, Washington, DC: American Psychological Association, 11.

44.    Pechmann, C. and S. Ratneshwar (1993), "Smoking-Related Advertising and Its Effects on
       Preteens: A Social Cognitive Perspective," in *Advances in Consumer Research*, Volume 20, L.
       McAlister and M. Rothschild eds., Provo, Utah: Association for Consumer Research, 265.

45.    Ratneshwar, S., C. Pechmann and A.D. Shocker (1994), "Consumer Consideration Sets and
       Choice Across Nominal Categories: The Role of Individual and Situational Goals," *Advances in
       Consumer Research*, Volume 22, C.T. Allen and D. Roedder John eds., Provo, Utah: Association
       for Consumer Research, 589.

46.    Pechmann, C. (1995), "When and How Extraneous Reference Prices Deter Choice of
       Competitors: Alternative Mediational Paths and Implications for Consumer Deception,"
       *Advances in Consumer Research*, Volume 21, F.R. Kardes and M. Sujan eds., Provo, Utah:
       Association for Consumer Research, 430-431.

47.    Pechmann, C. and S.J. Knight (1996), "Cigarette Ads, Anti-Smoking Ads and Peers: Why Do
       Underage Youths Start Smoking Cigarettes?" *Advances in Consumer Research*, Volume 23, K.P.
       Corfman and J. Lynch eds., Provo, Utah: Association for Consumer Research, 267.

48.    Pechmann, C. and C.F. Shih (1997), "How Smoking in Movies and Antismoking Ads Before
       Movies may Affect Teenagers' Perceptions of Peers who Smoke, *Advances in Consumer
       Research*, Volume 24, M. Brucks and D.J. MacInnis eds., Provo, Utah: Association for
       Consumer Research, 62-63.

49.    Pechmann, C. and M.E. Goldberg (1999), "Should Anti-smoking Ads Attempt to Denormalize
       Tobacco Use? Alternative Perspectives and Theoretical Frameworks," *Advances in Consumer
       Research*, Volume 26, E. Arnold and L. Scott, eds., Provo, Utah: Association for Consumer
       Research, 410-411.

50.    Pechmann, C., M.E. Goldberg. E.T. Reibling and G. Zhao (2001), "Antismoking Advertising
       Campaigns Targeting Youth in the U.S. and Canada," *Proceedings of the 2001 Conference of the
       American Academy of Advertising*. C.R. Taylor, ed., Villanova, PA: Villanova University.

6

51. Pechmann, C. et al. (2001), "Adolescents and Cigarette Advertising in Popular Magazines: The Fifteen Percent Rule and Beyond," *Marketing and Public Policy Conference Proceedings,* Chicago, Illinois: American Marketing Association, 47-51.

52. Pechmann, C and E.T. Reibling (2003), "Research on Antismoking Advertising Messages For Youth," American Public Health Association 2003 Conference Abstracts, *http://apha.confex.com/apha/131am/techprogram/paper_59362.htm.*

## Published Working Papers (chronological order)

53. Pechmann, C. and D.W. Stewart (1990), "Advertising Repetition: A Critical Review of Wear-In and Wear-Out," Marketing Science Institute, 90-106.

54. Pechmann, C. and D.W. Stewart (1990), "The Development of a Contingency Model of Comparative Advertising," Marketing Science Institute, 90-108.

55. Pechmann, C. and S. Ratneshwar (1993), "Advertising Versus Prior Beliefs: Does Anti-Smoking and Cigarette Advertising Alter Young Adolescents' Perceptions of Smokers?", Marketing Science Institute, 93-125.

## TECHNICAL REPORT

56. Pechmann, C. and M.E. Goldberg (1998), "Evaluation of Ad Strategies for Preventing Youth Tobacco Use," report submitted to the California Tobacco Related Disease Research Program.
   o **Highlighted in Tobacco-Related Disease Research Program's "Report of Research from 1990 – 2000," p. 20.**

## PRESENTATIONS AT ACADEMIC CONFERENCES (alphabetical order)

Advertising and Consumer Psychology (1985, 1987, 1995)
American Academy of Advertising (1989, 1992, 2001)
American Diabetes Association (1983)
American Marketing Association (1985-1989, 2004, 2005)
American Public Health Association (2003)
American Psychological Association (1982, 1989-1992, 1994, 1998)
Association for Consumer Research (1987-1996, 1998, 2005)
Evaluation Network/Evaluation Research Society (1982)
Public Policy and Marketing Conference (1994, 2000, 2001)
Society for Consumer Psychology (1997)
Tobacco-Related Disease Research Program, Annual Investigator Meeting (1993, 1997, 1998)

## INVITED PRESENTATIONS (most current listed first)

Stanford University, Department of Marketing, January 2006
University of California Irvine, HCEMBA luncheon talk, July 2005
INSEAD, France, Department of Marketing, April 2005
University of Southern California, Annenberg School for Communication, January 2005
Colorado State University, Ft. Collins, Marketing Dept., November 2004
University of Missouri, Columbia, Marketing Dept., October 2004
Researching Risk Workshop, University of Utah, sponsored by AMA, May 2004
UCI Transdisciplinary Tobacco Use Research PhD trainee program, guest speaker, Spring 2003

7

M006827985

University of Pennsylvania, Annenberg Center, Conference on "Reducing Adolescent Risk," June 2002
University of Oregon, Department of Marketing, April 2002
UCLA/USC/UCI Marketing Colloquium, University of California, Los Angeles, April 2002
UCI Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2001
American Marketing Association, Doctoral Consortium, University of Miami, June 2001
University of California, Irvine, Graduate School of Management, Corporate Partners, May 2001
Pennsylvania State University, Dept. of Marketing, talks on tobacco research, ITM for MBAs, May 2001
UCI, Transdisciplinary Tobacco Use Research undergraduate class, guest speaker, Fall 2000
University of California, Irvine, Dept. of Psych. & Social Bch., School of Social Ecology, October 2000
Association for Consumer Research Doctoral Consortium, Annual Conference, October 2000
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, July 2000
Georgetown University, School of Business, April 2000
Tri-County Regional Team, Tobacco Education and Prevention, Ventura CA, March 2000
University of California, Irvine, Health Research Seminar, School of Social Ecology, January 2000
University of California, San Diego, Tobacco Control Policies Project, May 1999
University of California, Los Angeles (UCLA), Marketing Camp, January 1999
University of Alabama, Department of Marketing, December 1998
Tobacco-Related Disease Research Program, Annual Investigator Meeting, Plenary Session, Dec 1998
Simi Valley, CA High School Journalism Competition, November 1998
California State Senate Judiciary Committee Hearing on "Antismoking Advertising," October 1998
The Depiction of Tobacco and Illicit Drug Use in Entertainment Forum, June 1998
Project Directors' Meeting, California Department of Health Services, May 1998
University of Pennsylvania, Wharton School of Business Administration, April 1998
University of California, Irvine, Tobacco Research Mini-Conference, March 1998
Dartmouth University, Medical School, Cancer Center, December 1997
California State Senate Judiciary Committee Hearing on "Smoking in the Movies," October 1997
American Marketing Association Doctoral Consortium, University of Cincinnati, August 1997
University of Houston, Department of Marketing, April 1997
Seminar on Conducting Applied Research, CA Dept. of Health Services, Spring 1997
National High School Journalism Convention, CA Dept. of Health Services and Rogers & Assoc., 1996
Televised Press Conference, CA Depart. of Health Services and Rogers & Assoc.,1995
Ph.D. Student Information Session, Association for Consumer Research Conference, October 1995
GSM Corporate Partners and Faculty Speaker Series, June 1995
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1995
University of Washington, Department of Marketing, March 1995
Washington State University, Department of Marketing, Winter 1993
Tobacco-Related Disease Research Program, First Scientific Conference, December 1993
American Marketing Association Doctoral Consortium, University of Illinois, August 1993
University of Southern California, Instit. for Health Promotion & Disease Prev. Research, Nov. 1992
University of Southern California, UCLA/USC/UCI Marketing Colloquium, June 1991
University of California, Santa Barbara, Department of Psychology, May 1990

## MEDIA COVERAGE OF RESEARCH (partial list, most current listed first)

- *REAL ORANGE* interview on KOCE-TV, Antismoking Messages in TV Sitcoms, July 15, 2005
- Mike Beirne, Brandweek.com, Effectiveness of anti-smoking messages in sit coms, July 5, 2005
- Gregory, John (2004), "Groundbreaking Research on Antismoking Ads," *i Magazine*, UC Irvine
  Graduate School of Management, Winter 2004, Issue 4, p. 4.

M000827986

- Burton, Scot et al. (2003), "Certain Themes in Anti-smoking Ads Deter Teens," *Marketing News*, April 14, p. 30.
- Fairclough, Gordon (2002), "Study Slams Philip Morris Ads Telling Teens Not to Smoke," *Wall Street Journal*, May 29, B1.
- Newman, Deirdre (2002), "Ahead of the Curve," *Daily Pilot*, a division of the *LA Times*, Feb. 26.
- *Prevention File* (2001), "A Q&A With Connie Pechmann," Orange County, CA Edition, Spring, 3-4.
- Martelle, Scott & Yi, Daniel (2001), "Diversity Comes with Division," *LA Times*, April 15, B1 & B5.
- Dill, Mallorre (2000), "Butt-Kicking Advertising," *AdWeek*, November 6, p. 28.
- Rose, Jaimee (2000), "Messages that Cut Through the Smoke," *LA Times*, Aug. 20, B2.
- Orange County Newschannel (2000), Prime Story, Report on Antismoking Advertising Campaigns Targeting Youth, August 15.
- Johansson, Catrine (2000), *Irvine Spectrum News*, "Study Dissects Anti-smoking Campaigns' Effect on Teens," July 24-28, A5 & A7.
- Morgan, John (2000), "Movie Ratings Board Gets an 'F' on Smoking," *USA TODAY.com*, May 26.
- Boucher, Philippe (2000), "Rendez-vous with Cornelia (Connie) Pechmann," *Philippe Boucher's Rendez Vous*, May 15, www.tobacco.org.
- Pollay, Jeff (2000), "Silver Smoke Screen. Reality Bites Back," *Brill's Content*, January, p. 120.
- Beck, Jerome (1999), "Unselling Tobacco: An Overview of Counteradvertising Campaigns," *TRDRP Newsletter*, News from Tobacco-Related Disease Research Program, Vol. 2, No. 3, Nov., p. 6-8.
- Marketing News (1999), "Identifying Enemy is Key Theme in JM," July 19, p. 45.
- Azar, Beth (1999), "Antismoking Ads that Curb Teen Smoking," *American Psychological Association Monitor*, January, p. 14.
- Garvey, Megan (1998), "US Anti-Smoking Drive Falling Short," *LA Times*, Sept. 9, Metro 1.
- Gellene, Denise (1997), "Anti-Smoke Screen: L. A. County Films Ads to Counter Cigarettes' 'Cool' Movie Image --but Few Theaters Show Them," *LA Times*, Dec. 11, D1 & D5.
- Canadian Broadcast Service (1997), Sunday Morning News Show, Depictions of Smoking in Movies, November.
- Russell, Sabin (1997), "Studios Asked to Deglamorize Smoking: State Legislator Wants Films to Stop Gratuitous Tobacco Use," *San Francisco Chronicle*, Oct. 28, A1.
- ABC World News This Morning (1997), Report on Depictions of Smoking in Movies, Oct. 28.
- Eyewitness News (1997), KABC-TV, LA, Report on Depictions of Smoking in Movies, Oct. 27.
- Vanzi, Max (1997), "Lawmaker Targets On-Screen Smoking," *LA Times*, Oct. 26, A3.
- Adelson, Andrea (1997), "Is Anybody Getting the Picture? Despite Ads, Teen-Age Smoking is Unabated, *The New York Times*, July 16, C1 & C6.
- Parker-Pope, Tara (1997), "Push Against Smoking Opens on Silver Screen", *Wall Street Journal*, May 19, B1 & B6.
- Adelson, Andrea (1997), "California Takes on the Tobacco Industry with a $22 Million Campaign to Discourage Smoking," *The New York Times*, April 4, C2.
- Peterson, Karen S. (1997), "Teens Pick Up on Move Smoking. Study: Turn Them Off with Anti-tobacco Ads," *USA Today*, Jan. 6, D1.
- Alsberg, Peter, (1996), "Up in Smoke," *The Washington Post*, Dec. 29, C5.
- Archibold, Randal C., (1996), "Anti-Tobacco Ads 'Inoculate' Teen Filmgoers in UCI Study," *LA Times*, Dec. 20, B1 & B6.

## OTHER PROFESSIONAL ACTIVITIES

**Service to Academic Community**

Editor

Journal of Public Policy and Marketing, Special Issue, Social Marketing Initiatives (Spring '02)

9

M006027987

Editorial Review Boards
>    Journal of Consumer Research (1992 - present)
>    Journal of Public Policy and Marketing (1993 - present)
>    Journal of Consumer Psychology (1996 - 2000, 2005 - present)
>    Current Issues and Research in Advertising (1998 - present)
>    Media Psychology (1995 - present)
>    Social Influence (2005 - present)
>    Journal of Marketing (1996 - 2005)
>    Journal of Marketing Research (1999 - 2003)

Conference Co-chair
>    Association for Consumer Research, North American Conference (9/05)
>    American Marketing Association Winter Educators' Conference (2/98)
>    Tobacco-Related Disease Research Program, Second Scientific Conference (12/97)
>    Society for Consumer Psychology Annual Conference (2/97)

Conference Track Chair
>    American Marketing Association Winter Educators' Conference, Promotions Track, 1995
>    American Psychological Association Annual Conference, Division 23 Track, 1994

Conference Program Committee
>    Association for Consumer Research (1991, 1993, 1995, 1997)

Ad Hoc Reviewer
>    American Journal of Public Health
>    Health Psychology
>    Journal of Advertising
>    Journal of Business Research
>    Journal of American Medical Association (JAMA)
>    Journal of Communication
>    Journal of Health Communication
>    Journal of International Marketing
>    Journal of Interactive Marketing
>    Journal of Marketing
>    Marketing Letters
>    National Cancer Institute, Monograph Series on Tobacco
>    Nicotine and Tobacco Research
>    Prevention Research Center, Berkeley, California
>    Psychology and Marketing
>    Sloan Management Review
>    Tobacco Control

Conference Paper Reviewer
>    Association for Consumer Research
>    American Marketing Association
>    American Academy of Advertising
>    Academy of Marketing Science
>    Public Policy and Marketing
>    Advertising and Consumer Psychology

Dissertation Award Reviewer
>    Academy of Marketing Science
>    American Marketing Association
>    John A. Howard Dissertation Competition
>    SCP-Sheth Foundation Dissertation Proposal Competition
>    Marketing Science Institute
>    Procter & Gamble

Grant Proposal Reviewer or Grant Evaluator
>    Louisiana Health Excellence Fund
>    Social Sciences and Humanities Research Council of Canada

10

MDC0827998

Ontario Tobacco Research Unit, University of Toronto
U.S. National Science Foundation
Textbook Reviewer
    Prentice Hall
    Harper Collins Publishers
    South-Western Publishing Company
External Reviewer for Promotion Cases
        2004-05: Wrote 4 letters

**School and Campus Service (most current listed first)**
GSM Faculty Chair, 2004 - 2005
GSM Faculty Advisory Committee 2003 - 2005 (chair in 03-04)
GSM Strategic Planning Committee, 2003 - 2005 (chair)
GSM Masters' Program Committee, 1989-1990, 1995-1996, 1999-2001, 2001-2002 (chair), 2002-2003
GSM Information Technology and Management Program Committee, 1998-2001 (chair)
GSM Computing Committee, 1997-1999
GSM Faculty Advisor to Director of Marketing, 1993-1998
GSM Affirmative Action Committee, 1993-1996
GSM Marketing Area Coordinator, 1994-1995
GSM Undergraduate Educational Policy Committee, 1994
GSM Faculty Executive Committee, 1990-1993
GSM Faculty Recruiting Committee, 1988-1989

UCI Council on Research, Computing & Library Resources, 2003-2007 (chair 04-05)
UCI Academic Senate, Council Representative, 2004-2005
UCI Ad-hoc Reviewer of Faculty Career Development Awards (2005)
UCI Human Subjects' Institutional Review Board, member 1998 – 2001, vice chair 2001-2002
UCI Advisory Board, Extension Program in Marketing Communications, 1988-1998
UCI Pregraduate Mentorship Program, Faculty Mentor, 1995-1996
UCI Advisory Committee on Research Infrastructure and Computing, 1995-1996
UCI Fulbright Campus Committee, 1994
UCI Chancellor's Advisory Committee on Intercollegiate Athletics, 1990-1993

**Professional Affiliations**
American Academy of Advertising (AAA)
Association for Consumer Research (ACR)
American Marketing Association (AMA)
American Psychological Association (APA)
American Public Health Association (APHA)
Society for Consumer Psychology (SCP), served as Education and Training Chair

**Consulting – Paid and Pro Bono (most current listed first)**
- Robinson, Calcagnie & Robinson, Newport Beach, CA, tobacco litigation (2004 – present)
- PRISM Awards Reviewer (EIC, NIDA, Robert Wood Johnson; pro-bono, 1997 – present)
- Sentinel Awards Reviewer (Hollywood, Health & Society, CDC, NCI; pro-bono, 2005 – present)
- Wilmer Cutler Pickering Hale & Dorr, Washington DC, American Legacy Foundation v. Lorillard (2004 – 2005)
- Consultant on Mary Ann Pentz's smoking prevention media literacy project, USC (2000 – 2005)
- Youth Media Expert Panel, University of Vermont project on antismoking ads (2001- 2003)
- American Legacy Foundation, Media and Countermarketing Expert Panel (2000 – 2004)
- White House Office of National Drug Control Policy, Behavior Change Expert Panel, National Youth Anti-Drug Media Campaign (1998 – 2004)
- Blumenthal & Markham, San Diego, CA, tobacco litigation (1999 – 2003)
- Consultant on Don Helme's antismoking ad research project, Cooper Institute, CO (2001 – 2002)

11

M0068279989

- US Census Bureau, Advisory Committee of Professional Associations (pro-bono, 1998 – 2002)
- Campaign for Tobacco-Free Kids (tobacco policy expert)
- American Psychological Association (pro-bono), contributed to APA response to FDA Tobacco regs.
- Houston Effler Favat Advertising (now Arnold Advertising; contract with Mass. Dept. Health)
- California Air Resources Board (ICAT Program)
- Merrill Lynch (for Munger, Tolles & Olsen - Attorneys at Law)
- Rogers & Sheffield, Attorneys and Counselors At Law, Santa Barbara, CA
- Osler, Hoskin and Harcourt, Barristers & Solicitors, Toronto, Canada (comparative ad litigation)
- American Savings Bank, Irvine, CA
- CommerceBank, Newport Beach, CA
- San Clemente Savings and Loan, Irvine, CA
- The Nashville Consulting Group, Nashville, TN
- Neighborhood Housing Services, Nashville, TN
- The Vanderbilt University Diabetes Research and Training Center, Nashville, TN
- The Program Evaluation Laboratory, Vanderbilt University, Nashville, TN
- The Veterans Administration Hospital, Nashville, TN

## PERSONAL

Mother of Erica Henrietta Leventhal, born October 25, 2002.
USHGA Para IV Advanced Paraglider pilot and safety observer, 1992-1999.
Institute of European Studies Junior Year Abroad Program, Madrid, Spain, 1979-1980.
Founder and 1st President of Gamma Phi Beta Sorority, Bucknell University, 1978-1979.
Rotary International Exchange Student Program, Cochabamba, Bolivia, 1975-1976.

12

M006827990

## Exhibit D - McCaffrey Deposition Excerpts

**• Barnett Expert Motions**

[1:1] - [1:18]        5/3/2006        McCaffrey, Michael, M.D.

page 1
1                 IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
2
3
4        IN RE: VIOXX                * MDL Docket No. 1657
         PRODUCTS LIABILITY          *
5        LITIGATION                  * Section L
                                     *
6        THIS DOCUMENT RELATES TO:   * Judge Fallon
         GERALD BARNETT v. MERCK     * Mag. Judge Knowles
7
          **************************
8
9
10       VIDEOTAPE
         DEPOSITION OF:MICHAEL McCAFFREY, MD
11
         DATE:        May 3, 2006
12
         TIME:        1:04 PM
13
         LOCATION:    Strand Regional Specialty Assoc.
14                    8170 Rourk Street
                      Myrtle Beach, SC
15
         TAKEN BY:    Counsel for Defendant
16
         REPORTED BY: TERRI L. BRUSSEAU,
17                    Registered Professional
                      Reporter, CP, CRR
18


[99:13] - [99:17]        5/3/2006        McCaffrey, Michael, M.D.

page 99
13       Q.    Because you don't have time to sit with
14   sales representatives to talk about the benefits
15   and risks, I take it you don't rely on sales
16   representatives for safety information?
17       A.    I don't rely on sales representatives.


[231:19] - [231:23]        5/3/2006        McCaffrey, Michael, M.D.

page 231
19       Q.    Did you feel that the sales
20   representatives were leaving it up to you to decide
21   what the appropriate interpretation of the VIGOR
22   study was?
23       A.    Yes, sir.


[241:1] - [241:19]        5/3/2006        McCaffrey, Michael, M.D.

page 241
1                    CERTIFICATE OF REPORTER
2        I, Terri L. Brusseau, Registered
3    Professional Reporter and Notary Public for the
4    State of South Carolina at Large, do hereby certify
5    that the foregoing transcript is a true, accurate,
6    and complete record.
7        I further certify that I am neither related
8    to nor counsel for any party to the cause pending
9    or interested in the events thereof.
10       Witness my hand, I have hereunto affixed my
11   official seal this 5th day of May, 2006 at
12   Charleston, Charleston County, South Carolina.
13

Blumberg No. 5119

EXHIBIT

D

Exhibit D - McCaffrey Deposition Excerpts

• Barnett Expert Motions

```
14
15
16                    _____
                      Terri L. Brusseau,
17                    Registered Professional
                      Reporter, CP, CRR
18                    My Commission expires
                      May 7, 2006.
19
```

Exhibit E - Mikola Deposition Excerpts

• Barnett Expert Motions

[1:1] - [1:25]      4/25/2006   Mikola, Michael

```
page 1
1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2
3
4       IN RE:  VIOXX              * MDL Docket No. 1657
        PRODUCTS LIABILITY         *
5       LITIGATION                 * Section L
                                   *
6       THIS DOCUMENT RELATES TO:  * Judge Fallon
        GERALD BARNETT v. MERCK    * Mag. Judge Knowles
7
        ****************************
8
9
10      VIDEOTAPE
        DEPOSITION OF:MICHAEL MIKOLA, MD
11
        DATE:       April 25, 2006
12
        TIME:       8:27 AM
13
        LOCATION:   Law Offices of
14                  Motley Rice, LLC
                    28 Bridgeside Boulevard
15                  Mt. Pleasant, SC
16      TAKEN BY:   Counsel for Plaintiff
17      REPORTED BY: TERRI L. BRUSSEAU,
                    Registered Professional
18                  Reporter, CP, CRR
19
20
21          GOLKOW LITIGATION TECHNOLOGIES
22              Four Penn Center, Suite 1210
                1600 John F. Kennedy Blvd.
23                Philadelphia, PA 19103
                      877.DEPS.USA
24
25
```

[180:6] - [180:23]     4/25/2006   Mikola, Michael

```
page 180
6            A.   Generally not only Merck but most of
7       the pharmaceutical reps I would typically prefer
8       not to be detailed to extent and generally I would
9       ask them for copies of the original articles from
10      which they drew their detail pieces.
11               When you practice medicine, I'll see
12      the Pfizer rep come in and tell me why Lipitor is
13      the best drug.  Three minutes later, the Merck rep
14      comes in and tells me why Zocor is the best drug.
15      Three minutes later, the Novartis rep will come in
16      and tell me why Lescol is the best drug.  They
17      can't all be right.  They have a lot of glossies
18      and detail pieces which contain factual
19      information, but it generally doesn't contain all
20      the information available.  So I would generally
21      ask that they not particularly detail me but
22      present me with the original articles from -- that
23      I could read it and draw my own conclusion.
```

[322:22] - [333:15]     4/25/2006   Mikola, Michael

```
page 322
22           Q.   I've handed you what I've marked as
23      Exhibit 44 --
```



EXHIBIT

E

• Barnett Expert Motions

```
24        A.    Yes, sir.
25        Q.    -- a package insert that is dated April
page 323
1    of 2002 approved by the Food and Drug
2    Administration, okay?
3         A.    Yes, sir.
4         Q.    When you were prescribing Vioxx to
5    Mr. Barnett in the April 2002 time frame, were you
6    familiar with the risks and benefits of the label
7    that was in existence at the time?
8         A.    Yes, sir.
9         Q.    So you would have been familiar with
10   the information contained in Exhibit 44?
11        A.    Yes, sir.
12        Q.    Do you see that in the right-hand
13   column there's a description of the VIGOR study and
14   it describes the design of the study, right column?
15        A.    Yes, sir.
16        Q.    Then there are study results in the
17   middle of the column, gastrointestinal safety in
18   VIGOR.  Do you see that?
19        A.    Yes, sir.
20        Q.    And under Table 1 there's an indication
21   that says, quote, the risk reduction for PUB's and
22   complicated PUB's for Vioxx compared to Naproxen,
23   approximately 50 percent, was maintained in
24   patients, and then it continues.
25              Do you see that?
page 324
1         A.    Yes, sir.
2         Q.    That's an indication that Vioxx did
3    what it was supposed to do by reducing the number
4    of GI bleeds relative to Naproxen?
5         A.    Yes, sir.
6               MR. WACKER:  Well, it misstates the
7    document.
8    BY MR. GOLDMAN:
9         Q.    And you --
10              MR. WACKER:  And just -- just so that
11   my objection is clear, I don't know that it
12   specifically says GI bleeds.
13              THE WITNESS:  PUB I think is peptic
14   ulcer bleeds.
15   BY MR. GOLDMAN:
16        Q.    Perforations, ulcers, bleeds?
17        A.    Yeah.
18        Q.    What is your understanding of the
19   acronym PUB's?
20        A.    It stands for symptomatic ulcers, upper
21   GI perforation obstruction, major or minor, upper
22   GI bleed.
23        Q.    And did you understand from reading
24   this -- from knowing the VIGOR study while you were
25   prescribing Vioxx to Mr. Barnett before his heart
page 325
1    attack that Vioxx had reduced by 50 percent the
2    number of -- the frequency of PUB's relative to a
3    thousand milligrams of Naproxen?
4         A.    Yes, sir.
5         Q.    And then further down where it says,
6    other safety findings, cardiovascular safety, do
7    you see that it indicates the VIGOR study showed a
8    higher incidence of adjudicated serious
9    cardiovascular thrombotic events in patients
10   treated with Vioxx 50 milligrams once daily as
11   compared to patients treated with Naproxen 500
12   milligrams twice daily?
13        A.    Yes, sir.
14        Q.    You understood that information back in
15   November of 2000 when you read the VIGOR study,
16   right?
17        A.    Yes, sir.
```

• Barnett Expert Motions

```
18          Q.    And then you see there's Table 2, which
19     again --
20               MR. WACKER:  I'm sorry, let me just lay
21     a late-founded objection to the last question that
22     that's not -- not what the VIGOR study shows.  That
23     misstates the VIGOR study specifically.
24               MR. GOLDMAN:  Okay.  Well, this is a
25     Food and Drug Administration-approved label and I'm
page 326
1      just reading what it says.
2                MR. WACKER:  Right, but you're --
3      BY MR. GOLDMAN:
4           Q.    Do you see --
5                MR. WACKER:  This is what this says and
6      now you're relating that back to what the VIGOR
7      study said in the Bombardier article and that's not
8      what it says in the Bombardier article.  It never
9      says there was a significant --
10               MR. GOLDMAN:  Can you just make your
11     objection and not a speech, please?
12               MR. WACKER:  Well, I want the record to
13     be clear.
14               MR. GOLDMAN:  Okay.  You can clear that
15     up.
16     BY MR. GOLDMAN:
17          Q.    Do you see Table 2 in the bottom of the
18     right-hand corner, VIGOR summary of patients with
19     serious cardiovascular thrombotic adverse events
20     over time?  Do you see that?
21          A.    Yes, sir.
22          Q.    And that, again, is the same
23     information we just had in the dear healthcare
24     professional letter where there's a 45-to-19
25     numerical difference in serious cardiovascular
page 327
1      thrombotic events at ten-and-a-half times between
2      Vioxx 50 milligrams and Naproxen a thousand
3      milligrams?
4           A.    Yes, sir.
5           Q.    And then if you look on the next page
6      where it says, Table 3, serious cardiovascular
7      thrombotic adverse events, in the middle of that
8      table, do you see that under cardiac events, if you
9      look at nonfatal MI, the label indicates that there
10     were 18 events on Vioxx 50 milligrams and 4 on
11     Naproxen thousand milligrams?
12          A.    Yes, sir.
13          Q.    And that's a four to five times
14     difference?
15          A.    Yes, sir, four-and-a-half times
16     difference.
17          Q.    And you understood in April of 2002
18     that -- that there was a four to five times
19     difference in the number of heart attacks between
20     Vioxx and Naproxen for this dosage?
21          A.    Yes, sir.
22          Q.    And then if you look in the precautions
23     section -- so that -- those tables were on the
24     front page and the top of the second page of the
25     label and that's information that you read back in
page 328
1      April of 2002, right?
2           A.    This came out April 2002?
3           Q.    Yeah.
4           A.    Yes, sir.
5           Q.    And if you look on the right-hand
6      column under precautions under cardiovascular
7      effects, the information below should be taken into
8      consideration and caution should be exercised when
9      Vioxx is used in patients with a medical history of
10     ischemic heart disease and then it continues to
11     describe the VIGOR study.
```

**Exhibit E - Mikola Deposition Excerpts**

• Barnett Expert Motions

```
12              Do you see that?
13       A.   Not yet.
14       Q.   Right-hand column under precautions,
15   cardiovascular effects.
16       A.   Oh, yes, sir.
17       Q.   Do you see the sentence, the
18   information below should be taken into
19   consideration and caution should be exercised when
20   Vioxx is used in patients with a medical history of
21   ischemic heart disease?  Do you see that?
22       A.   Yes, sir.
23       Q.   But this is, I think, really important
24   as well, sir, that I want to ask you about.
25              MR. WACKER:  Objection, strike the
page 329
1    commentary.
2    BY MR. GOLDMAN:
3        Q.   Do you see how in that next paragraph,
4    there is a description of the number of serious
5    cardiovascular thrombotic events that says that the
6    number of serious cardiovascular thrombotic events
7    was significantly higher in patients treated with
8    Vioxx versus Naproxen?  Do you see that?
9        A.   I don't find that yet.
10       Q.   Okay.  It's the second sentence --
11   actually, it's in the first sentence of the second
12   paragraph under cardiovascular effects.  It says,
13   in VIGOR, and it describes it.
14       A.   Yes, sir.
15       Q.   And after the comma, it says, the risk
16   of developing a serious cardiovascular thrombotic
17   event was significantly higher in patients treated
18   with Vioxx 50 milligrams once a day as compared to
19   patients treated with Naproxen 500 milligrams twice
20   a day.  Do you see that?
21       A.   Yes, sir.
22       Q.   And then further down, it says, in a
23   placebo-controlled database derived from two
24   studies with a total of 2,142 elderly patients,
25   mean age 75 with a median duration of exposure of
page 330
1    approximately 14 months, the number of patients
2    with serious cardiovascular thrombotic events was
3    21 versus 35 for patients treated with Vioxx 25
4    milligrams once daily, versus placebo.
5        A.   Yes, sir.
6        Q.   What's the significance of that to you?
7        A.   I would have to know the P value to
8    know if it was statistically significant, but I
9    could state that in that data, there were less
10   cardiovascular events in patients on Vioxx 25
11   milligrams than on placebo.
12       Q.   And knowing that back in April of 2002,
13   why was that significant to you?
14       A.   Well, comparing that to the VIGOR
15   trial, and it's not always valid to compare one
16   trial to the other due to a number of variables, it
17   seemed to indicate that at least in elderly
18   patients, 25-milligram dose of Vioxx daily for I
19   think up to nine months did not increase their risk
20   of vascular -- of major cardiovascular events.
21       Q.   And when you have results in a
22   placebo-controlled environment like they're
23   describing here and there is no difference between
24   Vioxx and placebo concerning serious cardiovascular
25   thrombotic events, that would suggest that there is
page 331
1    no increase in risk associated with Vioxx, correct?
2        A.   That would suggest that there's no
3    increased risk, yes, sir.
4        Q.   And it was your understanding back in
5    April of 2002 that the positive results of the
```

Exhibit F - Gerald Barnett Deposition Excerpts

• **Barnett Expert Motions**

[1:1] - [1:22]            4/20/2006    Barnett, Gerald

```
page 1
 1              UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3   In re: VIOXX                *  MDL Docket No. 1657
     PRODUCTS LIABILITY          *
 4   LITIGATION                  *  SECTION L
                                 *
 5                               *
                                 *  JUDGE FALLON
 6   This document relates to    *
                                 *  MAGISTRATE JUDGE
 7   GERALD BARNETT              *  KNOWLES
                                 *
 8            Plaintiff,         *
                                 *
 9   V.                          *
                                 *
10   MERCK & CO., INC.,          *
                                 *
11                               *
             Defendant.          *
12                               *
     Civil Action No. 2:06cv485  *
13
     * * * * * * * * * * * *
14
         CROSS NOTICED IN VARIOUS OTHER ACTIONS
15                     * * *
         CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
16                     * * *
                  April 20, 2006
17         Deposition of GERALD D. BARNETT
18
19                     * * *
20         GOLKOW LITIGATION TECHNOLOGIES
                  Four Penn Center
21         1600 John F. Kennedy Boulevard
                     Suite 1210
22         Philadelphia, Pennsylvania  19103
                  877.DEPS.USA
```

[129:23] - [129:25]       4/20/2006    Barnett, Gerald

```
page 129
23     Q.    You didn't rely on any advertisement for
24  Vioxx or Celebrex in deciding to use Vioxx; correct?
25     A.    No, no.  He -- that's his decision.
```

[256:1] - [256:25]        4/20/2006    Barnett, Gerald

```
page 256
 1              C E R T I F I C A T E
 2   I, DEBBY M. GLADISH, CSR No. 9803, do hereby certify
 3   that GERALD D. BARNETT, appeared before me at the
 4   time and place mentioned in the caption herein; that
 5   the witness was by me first duly sworn on oath, and
 6   examined upon oral interrogatories propounded by
 7   counsel; that said examination, together with the
 8   testimony of said witness, was taken down by me in
 9   stenotype and, by computer-aided transcription,
10   thereafter reduced to typewriting; and that the
11   foregoing transcript constitutes a full, true and
12   accurate record of said examination of and testimony
13   given by said witness, and of all other proceedings
14   had during the taking of said deposition, and of the
15   whole thereof, to the best of my ability.
16   Witness my hand at San Diego, California, this 24th day of
```



EXHIBIT

F

• Barnett Expert Motions

```
6       placebo-controlled studies, in other words, that
7       Vioxx did not increase cardiovascular events,
8       supported the interpretation of VIGOR that Naproxen
9       was cardioprotective and not that Vioxx was causing
10      heart attacks?
11              MR. WACKER: Objection, calls for
12      expert testimony beyond the scope.  It also
13      misstates the evidence.  It doesn't say
14      placebo-controlled studies.  It says a database
15      that apparently Merck selected.
16              THE WITNESS:  You're asking me if --
17      you're going back to the VIGOR trial and asking me
18      if my interpretation --
19 BY MR. GOLDMAN:
20      Q.  I'll ask it differently.
21      A.  Okay.
22      Q.  To you as a prescribing physician when
23 you were prescribing Vioxx to Mr. Barnett before
24 his heart attack, was the most important clinical
25 trial evidence concerning heart attack risk
page 332
1  evidence that would be generated in
2  placebo-controlled studies?
3       A.  I think conclusions drawn from
4  placebo-controlled studies are easier to interpret
5  cause and effect and probably more generalizable
6  when you're looking at safety and efficacy.
7       Q.  And when you say they are more -- well,
8  you say that placebo-controlled studies are easier
9  to interpret cause and effect and probably more
10 generally able to --
11      A.  Generalizable.
12      Q.  I couldn't --
13      A.  I don't know if that's a word, but --
14      Q.  Let me ask the question.
15      A.  Okay.
16      Q.  When you say that placebo-controlled
17 studies are easier to interpret cause and effect
18 and probably more generalizable to safety and
19 efficacy, what do you mean?
20      A.  That means that there are less
21 potentially-confounding variables when you look at
22 the results of the study if a drug is compared to
23 placebo versus a drug that's compared to another
24 drug because the adverse or beneficial effects of
25 the other drug also have to be taken into
page 333
1  consideration.  And it varies dramatically between
2  different patient populations, the way the study's
3  set up, the way the questions are asked.  It
4  induces a lot more variability into interpreting
5  the outcomes.
6       Q.  If you skip down to the next sentence,
7  the significance of the cardiovascular findings
8  from these three studies, VIGOR and two
9  placebo-controlled studies, is unknown.
10         Do you see that?
11      A.  Not yet.  I'll find it, though.  Yes,
12 sir.
13      Q.  That was information you knew in April
14 of 2002, right?
15      A.  Yes, sir.
```

Exhibit F - Gerald Barnett Deposition Excerpts

**▪ Barnett Expert Motions**

```
17  April, 2006.
18
19
20
        Debby M. Gladish
21      Certified Shorthand Reporter #9803
        Registered Professional Reporter
22      Certified LiveNote Reporter
23
24
25
```