Exhibit A - Fosslien Deposition Excerpts

• Barnett Atherosclerosis Motion

[1:] - [2:1]     6/8/2006     Fosslien, Egil (Barnett)

```
page 1
     0001
 1              IN THE UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4     IN RE:  VIOXX                    )
 5     PRODUCTS LIABILITY LITIGATION    )
 6                                      ) MDL Docket
 7     This document relates to:        ) No. 1657
 8     GERALD BARNETT and               ) Section L
 9     CORRINE BARNETT,                 )
10                    Plaintiffs,       ) Judge Fallon
11             -vs-                     )
12     MERCK & CO., INC.,               ) Magistrate Judge
13                    Defendant.        ) Knowles
14                                      )
15     Civil Action No. 2:06cv485       )
16
17
18           THE DEPOSITION OF EGIL FOSSLIEN, M.D.
19
20                       June 8, 2006
21
22
23
24
page 2
1
```

[109:4] - [109:7]     6/8/2006     Fosslien, Egil (Barnett)

```
page 109
4          Q.    Okay.  As I read your report I
5     understand you have the opinion that Vioxx causes
6     atherogenesis.  Is that fair?
7          A.    Accelerates atherogenesis, that's fair.
```

[121:20] - [121:22]     6/8/2006     Fosslien, Egil (Barnett)

```
page 121
20                It's your opinion that Vioxx increases
21     atherogenesis.  True?
22          A.    Yes.
```

[353:1] - [354:13]     6/8/2006     Fosslien, Egil (Barnett)

```
page 353
1      STATE OF ILLINOIS  )
2                         ) SS:
3      COUNTY OF DU PAGE  )
4                I, CORINNE T. MARUT, C.S.R. No. 84-1968,
5      a Notary Public within and for the County of
6      DuPage, State of Illinois, and a Certified
7      Shorthand Reporter of said state, do hereby
8      certify:
9                That previous to the commencement of the
10     examination of the witness, the witness was duly
11     sworn to testify the whole truth concerning the
12     matters herein;
13               That the foregoing deposition transcript
14     was reported stenographically by me, was thereafter
15     reduced to typewriting under my personal direction
16     and constitutes a true record of the testimony
17     given and the proceedings had;
18               That the said deposition was taken
19     before me at the time and place specified;
20               That the reading and signing by the
```



Exhibit A - Fosslien Deposition Excerpts

• Barnett Atherosclerosis Motion

```
21        witness of the deposition transcript was agreed
22        upon as stated herein;
23              That I am not a relative or employee or
24        attorney or counsel, nor a relative or employee of
page 354
1         such attorney or counsel for any of the parties
2         hereto, nor interested directly or indirectly in
3         the outcome of this action.
4               IN WITNESS WHEREOF, I do hereunto set my
5         hand and affix my seal of office at Chicago,
6         Illinois, this 12th day of June, 2006.
7
8
9
10              CORINNE T. MARUT, C.S.R. No. 84-1968
11              Notary Public, DuPage County, Illinois.
12              My commission expires August 15, 2009.
13
```

- Barnett Atherosclerosis Motion

[1:] - [1:23]    6/2/2006    Moye, Lemuel A.

```
page 1
    0001
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
           IN RE: VIOXX          :  MDL DOCKET NO.
 3         LITIGATION PRODUCTS   :  1657
           LIABILITY LITIGATION  :  SECTION L
 4                               :
           This document relates:   JUDGE FALLON
 5         To                    :
           GERALD BARNETT AND    :  MAGISTRATE JUDGE
 6         CORRINE BARNETT       :  KNOWLES
                      V.         :
 7         MERCK & CO., INC.     :
                                 :
 8         Civil Action No.      :
           2:06cv485             :
 9                         - - -
10                     June 2, 2006
11                         - - -
12              Oral deposition of LEMUEL A. MOYE,
13         M.D., Ph.D., held in the offices of
14         Abraham, Watkins, Nichols, Sorrels,
15         Matthew & Friend, 800 Commerce, Houston,
16         Texas, commencing at 9:30 a.m., on the
17         above date, before Linda L. Golkow, a
18         Federally-Approved Registered Diplomate
19         Reporter and Certified Shorthand
20         Reporter.
                           - - -
21              GOLKOW LITIGATION TECHNOLOGIES
                      Four Penn Center
22              1600 John F. Kennedy Boulevard
                      Suite 1210
23              Philadelphia, Pennsylvania 19103
                      877.DEPS.USA
```

[320:7] - [321:22]    6/2/2006    Moye, Lemuel A.

```
page 320
 7      Q.   Now, we started off talking
 8  about your having two mechanisms that you
 9  were discussing, and you told me in
10  addition, you had this destabilization
11  that was part of your opinion, right?
12      A.   Right.  Destabilization, I
13  mentioned that.  And also I need to
14  mention the potential for atherosclerosis
15  generation separate and apart from the
16  effect of elevated blood pressures.
17      Q.   Well, that's not in your
18  report either.
19      A.   I understand that.  Neither
20  was the fissure rupture, but I should
21  have put those in.
22      Q.   What scientific evidence do
23  you have to show that Vioxx causes
24  atherosclerosis promotion other than in
page 321
 1  the context of hypertension?
 2      A.   Let me see my -- I'm sorry.
 3  What paragraph of my report are we
 4  talking about?
 5      Q.   24.
 6      A.   24.
 7           MR. WACKER:  That's where
 8       you discuss it, but don't just
```



- Barnett Atherosclerosis Motion

```
 9           limit yourself to that.
10                THE WITNESS: Right, yes.
11                The best information I have
12           is the work done by Dr.
13           FitzGerald.
14 BY MR. PIORKOWSKI:
15      Q.   Dr. FitzGerald doesn't say
16 anywhere that it causes atherosclerosis,
17 does he?
18      A.   Well, he talks about the
19 possibility that atherosclerosis might be
20 caused by Vioxx, and, in fact, suggested
21 a test that might be carried out that
22 would answer this question that he posed.
```

[396:1] - [396:23]    6/2/2006    Moye, Lemuel A.

```
page 396
 1              CERTIFICATE
 2
 3      I, LINDA L. GOLKOW, a Notary
   Public and Certified Shorthand Reporter
 4 of the State of New Jersey, do hereby
   certify that prior to the commencement of
 5 the examination, LEMUEL A. MOYE, M.D. was
   duly sworn by me to testify to the truth,
 6 the whole truth and nothing but the
   truth.
 7
 8      I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
 9 testimony as taken stenographically by
   and before me at the time, place and on
10 the date hereinbefore set forth, to the
   best of my ability.
11
12      I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor
13 attorney nor counsel of any of the
   parties to this action, and that I am
14 neither a relative nor employee of such
   attorney or counsel, and that I am not
15 financially interested in the action.
16
17
18
19      _____
        LINDA L. GOLKOW, CSR
20      Notary Number: 1060147
        Notary Expiration: 1-2-08
21      CSR Number: 30XI176200
        Dated: June 9, 2006
22
23
```

• Barnett Atherosclerosis Motion

[1:] - [1:24]    6/9/2006    Zipes, Douglas (Barnett)

```
page 1
    0001
 1             UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4      In re: VIOXX                  )
        PRODUCTS LIABILITY LITIGATION ) MDL Docket No. 1657
 5                                    )
        This document relates to      ) Section L
 6                                    )
        GERALD BARNETT,               ) Judge Fallon
 7                                    )
                        Plaintiff,    ) Civil Action No.
 8                                    ) 2:06cv485
                vs                    )
 9                                    )
        MERCK & CO., INC.,            )
10                                    )
                        Defendant.    )
11      _____)
12
13
14
15         DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16              Newport Beach, California
17                Friday, June 9, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918528
     PHIL JOB No. 2211
```

[85:17] - [86:5]    6/9/2006    Zipes, Douglas (Barnett)

```
page 85
17      Q   What studies, sir, do you say demonstrates that
18  Vioxx causes atherosclerosis or acceleration of
19  atherosclerosis?
20          MR. ROBINSON: Go to your notes. It is not a
21  memory test.
22  BY MR. GOLDMAN:
23      Q   I just want you to tell me the studies. I
24  don't want you to tell me what their findings are.
25          I just want you to tell me what studies in
page 86
 1  animals or in humans you say show that Vioxx causes
 2  atherosclerosis or a progression of atherosclerosis?
 3      A   We can start with two clinical studies that I
 4  think are extremely supportive and those are the
 5  long-term APPROVe and 078 --
```

[86:6] - [86:12]    6/9/2006    Zipes, Douglas (Barnett)

```
page 86
 6      Q   What else?
 7      A   -- because they had intention to treat so --
 8  you don't want me to go into that?
 9      Q   Right. Just identify the studies.
10      A   Okay. Egan, Rudic, Kobayashi, Grosser, Chang,
11  Bulut -- excuse me, the latter may not relate to
12  artherosclerosis.
```



• **Barnett Atherosclerosis Motion**

| | | |
|---|---|---|
| [86:13] - [86:15] | 6/9/2006 | Zipes, Douglas (Barnett) |

```
page 86
13          The one by Bulut relates to the PGI-2 having a
14  vasodilatory effect.
15          Review article by Antman.  Review article by
```

| | | |
|---|---|---|
| [87:25] - [88:6] | 6/9/2006 | Zipes, Douglas (Barnett) |

```
page 87
25          Am I right that one opinion that you plan to
page 88
1   give is that Vioxx causes heart attacks; right?
2       A   Yes.
3       Q   Another is that Vioxx is the only conceivable
4   cause of Mr. Barnett's heart attack by accelerating the
5   progression of his atherosclerosis?
6       A   Yes.
```

| | | |
|---|---|---|
| [99:15] - [100:2] | 6/9/2006 | Zipes, Douglas (Barnett) |

```
page 99
15      Q   Are you aware of any studies in animals or
16  humans that suggest that Vioxx does not cause
17  atherosclerosis or its progression?
18      A   Yes.
19      Q   Like what?
20      A   One is by Oates.  And they suggested that it
21  may be the timing as well as the duration of COX-2
22  inhibition that might affect the development of
23  atherosclerosis.
24      Q   Are there other animal or human studies, sir,
25  other than Oates that suggests that Vioxx does not cause
page 100
1   atherosclerosis or its progression?
2       A   Yes, I can't really cite them to you, but yes.
```

| | | |
|---|---|---|
| [102:2] - [102:20] | 6/9/2006 | Zipes, Douglas (Barnett) |

```
page 102
2       Q   Yes.  What evidence in the VIGOR study actually
3   showed that Vioxx increased the progression of
4   atherosclerosis in the patients of that study?
5       A   They developed infarcts.
6       Q   Is that the only way?
7       A   Well, they did not have serial stress tests or
8   angiograms, so that would be the only way.  In that
9   particular trial, they had a 5- to 1 infarct ratio
10  between Vioxx and Naproxen.  So --
11      Q   And you think -- I'm sorry.
12      A   So there is no other explanation really other
13  than there is an increase in atherosclerosis.  And the
14  process that goes on to plaque rupture, thrombosis, et
15  cetera.
16      Q   Are you aware of any article, sir, that
17  interpreted the VIGOR results and said the reason for
18  the difference in heart attacks was because Vioxx
19  increases the progression of atherosclerosis?
20      A   I don't know if they stated it in that fashion.
```

| | | |
|---|---|---|
| [104:15] - [108:8] | 6/9/2006 | Zipes, Douglas (Barnett) |

```
page 104
15      Q   Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18      A   Absolutely.
19      Q   What is your basis for that?
20      A   At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
```

• Barnett Atherosclerosis Motion

```
22  apical or mild lateral decrease in the fusion.
23          On May 2nd, 2006, Mr. Barnett now has an area
24  of fixed defect with anterior wall ischemia, wall motion
25  abnormalities. And by echo -- which is the first echo
page 105
 1  that he has had, so we don't have comparisons -- he has
 2  got significant scar and wall motion abnormalities.
 3          He has got left atrial enlargement. He has got
 4  a right ventricular pressure that is borderline
 5  elevated. He has got right ventricular systolic
 6  dysfunction. And by the CT angiogram and occluded
 7  graft -- vein graft and new lesions in his right
 8  coronary artery, that were not seen in the
 9  catheterization on September 9, 2002, so he has
10  significantly advanced coronary atherosclerosis with
11  mild cardial scar since his heart attack -- since his Q
12  wave heart attack.
13      Q   Have you finished telling me the basis for why
14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15  progressed because of Vioxx after his heart attack?
16      A   No, I am not finished.
17          He has reduced exercise tolerance in that he
18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
19  able to do on prior stress tests.
20          He has abnormal left ventricular relaxation
21  which is diastolic dysfunction by echo. So the echo
22  report shows left circumflex wall motion abnormalities,
23  right coronary wall motion abnormalities; abnormal left
24  ventricular diastolic dysfunction; left atrial
25  enlargement; right ventricular systolic pressure 30- to
page 106
 1  35, that I mentioned earlier; and then the significant
 2  wall motion abnormalities of hypokinesia in the
 3  mid-lateral and basal lateral left ventricle, severe
 4  hypokinesia in the basal posterior and basal anterior
 5  walls of his ventricle.
 6          So he has significant myocardial and coronary
 7  disease that has advanced from his myocardial infarction
 8  in September of '02.
 9      Q   Are you finished now telling me the basis?
10      A   I think so.
11      Q   Why do you think that Vioxx caused all of what
12  you just described and how is it that Vioxx would have
13  done that between July of 2003 and May of 2006?
14      A   We need to start back in January of 2000.
15  Because in January of 2000 -- January 24 -- Mr. Barnett
16  has a stress test and he walked 15 minutes on that
17  stress test. He has by Cardiolite a mild area of
18  lateral ischemia.
19          And that is his only abnormality. He has no
20  chest pain. He has no ECG changes. He has excellent
21  exercise tolerance. He has normal blood pressure and
22  heart rate response, which tells me that he has mild
23  atherosclerosis and a risk assessment at that time by
24  multiple parameters.
25          And there are several equations that I actually
page 107
 1  plugged him into, which showed that he has a risk of
 2  myocardial infarction of 4 to 6 percent over 10 years.
 3  So, at that time, he has got mild coronary disease
 4  probably affecting one vessel.
 5          In 32 months, he ends up with six vessel
 6  coronary atherosclerosis and mild cardial infarction.
 7  And from that time until May of '06, he now has
 8  significant wall motion abnormalities -- all of the
 9  things that I just told you -- and that is accelerated
10  atherosclerosis.
11          In an individual, who has total lipid control
12  from the time he starts Lipitor, which is his major risk
13  factor -- we can argue about family history and whether
14  it played a role or not -- but his major risk factor is
15  elevated lipids and that is under total control. There
```

- **Barnett Atherosclerosis Motion**

```
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18         Now, he stops Vioxx in September of '04. We
19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22         The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary
page 108
1   arteries by causing atherosclerosis.
2          And therefore, even stopping the drug, if it
3   indeed does do what Fitzgerald suggested, would show
4   increased risk following stopping the drug.
5          And then, in addition, Mr. Barnett takes Vioxx
6   for two years after his mild cardioinfarction. This, to
7   me, is absolute proof that Vioxx has caused the
8   accelerated atherosclerosis.
```

[268:1] - [268:20]        6/9/2006    Zipes, Douglas (Barnett)

```
page 268
1          I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3          That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11         I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14         IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
                Dated: _____
18
19
                       _____
                       Diana Janniere
20                     CSR No. 10034
```

Exhibit D - Irvin-Plunkett Trial Excerpts

- **Barnett Atherosclerosis Motion**

| | | |
|---|---|---|
| [2056:] - [2056:25] | 2/16/2006 | Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler |

```
page 2056
     2056
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
        IN RE: VIOXX PRODUCTS         *
 6      LIABILITY LITIGATION          *   MDL DOCKET NO. 1657
                                      *
 7                                    *
        THIS DOCUMENT RELATES TO      *   NEW ORLEANS, LOUISIANA
 8      CASE NO. 05-4046:             *
                                      *
 9      EVELYN IRVIN PLUNKETT, ET AL  *   FEBRUARY 16, 2006
                                      *
10      VERSUS                        *
                                      *   8:30 A.M.
11      MERCK & CO., INC.             *
        * * * * * * * * * * * * * * *
12
13
                       VOLUME IX - DAILY COPY
14                      JURY TRIAL BEFORE THE
                     HONORABLE ELDON E. FALLON
15                   UNITED STATES DISTRICT JUDGE
16
17  APPEARANCES:
18
    FOR THE PLAINTIFF:       BEASLEY ALLEN CROW METHVIN
19                              PORTIS & MILES
                             BY: ANDY D. BIRCHFELD, JR., ESQ.
20                              LEIGH O'DELL, ESQ.
                             234 COMMERCE STREET
21                           POST OFFICE BOX 4160
                             MONTGOMERY, ALABAMA 36103
22
23  FOR THE PLAINTIFF:       LEVIN, PAPANTONIO, THOMAS,
                                MITCHELL, ECHSNER & PROCTOR
24                           BY: TROY RAFFERTY, ESQ.
                             316 SOUTH BAYLEN STREET, SUITE 600
25                           PENSACOLA, FLORIDA 32502
```

| | | |
|---|---|---|
| [2262:11] - [2263:2] | 2/16/2006 | Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler |

```
page 2262
11             MR. BECK: YOUR HONOR, AT THIS TIME WE HAVE A
12   STIPULATION, IF YOUR HONOR COULD EXPLAIN WHAT THAT IS TO THE
13   JURY BEFORE I DO.
14             THE COURT: OFTENTIMES, MEMBERS OF THE JURY, IN ORDER
15   TO SHORTEN THE TRIAL FOR YOU, RATHER THAN PUT ON EVIDENCE OR
16   RATHER THAN DISCUSS ISSUES WHICH ARE NOT PART OF THE CASE, THE
17   PARTIES WILL GET TOGETHER AND AGREE THAT IF A WITNESS WAS
18   CALLED THIS IS WHAT THEY WOULD SAY, OR AN ISSUE IS NO LONGER
19   RELEVANT IN THE CASE OR IS NOT IN THE CASE. THAT'S A
20   STIPULATION. YOU ARE TO ASSUME THAT THAT IS A FACT. ONCE IT'S
21   STIPULATED TO BY AND BETWEEN COUNSEL, YOU ASSUME THAT IS A
22   FACT.
23             MR. BECK: YOUR HONOR, THE STIPULATION IS THAT THE
24   PARTIES HAVE AGREED THAT VIOXX DID NOT CAUSE PLAQUE FORMATION
25   IN MR. IRVIN.
page 2263
 1             THE COURT: ARE YOU AGREEABLE WITH THAT STIPULATION?
 2             MR. BIRCHFIELD: YES.
```



- Barnett Atherosclerosis Motion

[1024:] - [1024:25]    3/14/2006    Cona-McDarby Trial

```
page 1024
     1024
1                       SUPERIOR COURT OF NEW JERSEY
                        ATLANTIC COUNTY/CIVIL DIVISION
2           ---------------------------------x
            THOMAS CONA AND JOYCE CONA,    DOCKET NO. ATL-L-3553-05MT
3                    PLAINTIFFS,
                 vs.
4           MERCK & CO., INC.,
                     DEFENDANT.
5           ---------------------------------x
            JOHN MCDARBY,                  DOCKET NO. ATL-L-1296-05MT
6                    PLAINTIFF,
                 vs.
7           MERCK & CO., INC.,              - TRIAL -
                     DEFENDANT.
8           ---------------------------------x
                     PLACE: ATLANTIC COUNTY CIVIL COURTHOUSE
9                           1201 BACHARACH BOULEVARD
                            ATLANTIC CITY, NJ 08401
10
                     DATE:  March 14, 2006
11
            B E F O R E:
12               THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
13          TRANSCRIPT ORDERED BY:
                 W. MARK LANIER, ESQUIRE
14               CHRISTY D. JONES, ESQUIRE
            A P P E A R A N C E S:
15
                 W. MARK LANIER, ESQUIRE
16               THE LANIER FIRM
                 JERRY KRISTAL, ESQUIRE
17               ROBERT GORDON, ESQUIRE
                 WEITZ & LUXENBERG
18                 ATTORNEYS FOR PLAINTIFFS CONA & McDARBY
19               CHRISTY D. JONES, ESQUIRE
                 BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
20               KEVIN J. DUNNE, ESQUIRE
                 SEDGWICK, DETERT, MORAN & ARNOLD, LLP
21               MICHAEL BROCK, ESQUIRE
                 HOPE FRIEWALD, ESQUIRE
22               DECHERT, LLP
                   ATTORNEYS FOR THE DEFENDANT
23                 *     *     *     *     *     *
                            REGINA A. TELL, CSR-CRR-RPR
24                          OFFICIAL COURT REPORTER
                            1201 BACHARACH BOULEVARD
25                          ATLANTIC CITY, NJ  08401
```

[1182:13] - [1183:14]    3/14/2006    Cona-McDarby Trial

```
page 1182
13          And the reason I'm not allowing it is because
14   there is basically a prejudicial versus probative
15   analysis, and even though it is probative on supporting
16   his opinion, it could I think, be admissible for that,
17   I think it would be extremely prejudicial to allow him
18   to say that it is possible that it has increased
19   atherosclerosis because it doesn't carry that position
20   because on damages that would suggest -- could suggest
21   to the jury if they accepted that or believed that that
22   somehow they could use it to determine that, in fact,
23   VIOXX caused atherosclerosis as opposed to causing a
24   heart attack, and that there is an atherosclerotic
25   condition that Mr. Cona now has which was either -- and
page 1183
1    counsel for plaintiff has assured me they weren't, he
```



- Barnett Atherosclerosis Motion

```
 2   wasn't going to say it was only from that — but it had
 3   been increased or worsened as a result of the taking of
 4   VIOXX.  And I'm not going to allow that testimony.  I
 5   think that would be extremely prejudicial and I think
 6   it would be not something that I could deal with a
 7   curative instruction.  Not a curative instruction, but
 8   an instruction that it is being admitted for one
 9   purpose and not the other.
10           Therefore, I'm not going to allow the
11   testimony by the expert, and I'm instructing him not to
12   speak about that it is possible or biologically
13   plausible that VIOXX can be, in fact, causing
14   atherosclerosis.  All right?
```

Exhibit F - Epstein Deposition Excerpts

- Barnett Atherosclerosis Motion

[1:1] - [1:24]   5/30/2006   Epstein, Stephen MD - (Barnett)

```
page 1
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE EASTERN DISTRICT OF LOUISIANA
 3                          - - -
 4          IN RE: VIOXX          :MDL DOCKET NO.
            PRODUCTS LIABILITY    :1657
 5          LITIGAION             :Case:
                                  :2:06-cv-00485-EEF-DK
 6                                :Section L
            THIS DOCUMENT RELATES :
 7          TO: GERALD BARNETT V. :
            MERCK                 :
 8                          - - -
 9                       May 30, 2006
10                          - - -
11                Videotape deposition of STEPHEN E.
12          EPSTEIN, M.D., held in the offices of
13          Zuckerman Spaeder, LLP, 1800 M Street,
14          NW, Washington, D.C. 20036-5802,
15          commencing at 9:10 a.m., on the above
16          date, before Denise D. Bach, a Federally
17          Approved Reporter for the United States
18          District Court and a Certified Shorthand
19          Reporter, License No. 30X10009330.
20                          - - -
21
22                 GOLKOW LITIGATION TECHNOLOGIES
                     Four Penn Center, Suite 1210
23                  1600 John F. Kennedy Boulevard
                    Philadelphia, Pennsylvania 19103
24                        (877) DEPS-USA
```

[197:12] - [197:21]   5/30/2006   Epstein, Stephen MD - (Barnett)

```
page 197
12       Q.   Are you aware of other mice
13  studies that did study the effect of
14  MF-tricyclic and Vioxx and other COX-2
15  inhibitors for a longer period of time
16  than your study and found either that
17  there was no effect on the size of the
18  atherosclerotic plaque or that the COX-2
19  inhibitor actually reduced the size of
20  the plaque?
21       A.   Yes.
```

[296:1] - [296:23]   5/30/2006   Epstein, Stephen MD - (Barnett)

```
page 296
 1              C E R T I F I C A T E
 2              I hereby certify that the
 3  proceedings and evidence noted are
 4  contained fully and accurately in the
 5  notes taken by me on the deposition of
 6  the above matter, and that this is a
 7  correct transcript of the same.
 8
 9
10
11              _____
12              DENISE D. BACH, CSR
13
14              DATE:_____
15
16
17
18         (The foregoing certification
```



- Barnett Atherosclerosis Motion

```
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
```