Exhibit B - Zipes Deposition Excerpts

• Barnett Expert Motions

[1:] - [1:25]    6/9/2006    Zipes, Douglas (Barnett)

```
page 1
    0001
1                UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF LOUISIANA
3
4       In re: VIOXX                    )
        PRODUCTS LIABILITY LITIGATION   ) MDL Docket No. 1657
5                                       )
        This document relates to        ) Section L
6                                       )
        GERALD BARNETT,                 )
7                                       ) Judge Fallon
                   Plaintiff,           ) Civil Action No.
8                                       ) 2:06cv485
                vs                      )
9                                       )
        MERCK & CO., INC.,              )
10                                      )
                   Defendant.           )
11      _____)
12
13
14
15           DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16                 Newport Beach, California
17                   Friday, June 9, 2006
18
19
20
21
22      Reported by:
23      DIANA JANNIERE
        CSR NO. 10034
24      LA JOB No. 918528
        PHIL JOB No. 2211
25
```

[31:11] - [36:14]    6/9/2006    Zipes, Douglas (Barnett)

```
page 31
11    Q   Why did you meet with Dr. Popma in July, 2005?
12    A   To discuss the issues relating to Vioxx and its
13 potential role in producing cardiovascular adverse
14 effects.
15    Q   Where was that meeting?
16    A   Boston.
17    Q   Who attended?
18    A   There were six cardiologists:  Jeff Popma;
19 Martin LaWinter, who is chief of cardiology at the
20 University of Vermont.  Popma is head of interventional
21 cardiology at the Brigham at Boston.  Barry Marin, he is
22 a cardiologist at the Minnesota Heart Institute.  Wilson
23 Kalouchi, he is chief of cardiology at Boston University
24 and Paul Ruker, he is an epidemiologist from the Brigham
25 and Mark Haigney, he is the chief of cardiology at the
page 32
1  Uniform Services University.
2     Q   Did anyone attend this meeting with you on July
3  of 2005 other than the individuals you just mentioned?
4     A   Yes.  We met alone for the first day and I
5  think briefly late that afternoon or briefly the
6  following morning, John Thornton was there as well.
7     Q   Why did you meet in July of 2005 with those
8  cardiologists and then Mr. Thornton?
9     A   I met with those cardiologists, who are all
10 highly respected individuals, to discuss the issues
11 relating to Vioxx and the role that it may play in
12 creating cardio vascular adverse events.
```



EXHIBIT 13

Exhibit B - Zipes Deposition Excerpts

• Barnett Expert Motions

```
13            Mr. Thornton supplied us with a great deal of
14   literature to look at. We did our own literature
15   searches as well.
16            I asked these people, all of whom are experts
17   and friends, to look at these data and come to their own
18   independent conclusions about the role of Vioxx. And
19   then I wanted to meet with them to discuss what our
20   views were arrived at independently, but to talk about
21   it. And that is what we did.
22       Q   Was it your idea or Mr. Thornton's idea to set
23   up this meeting with the cardiologists that you have
24   identified in July of 2005?
25       A   It was my idea.
page 33
1        Q   Were you the person who identified the
2    individuals who you wanted to attend the meeting?
3        A   That is correct.
4        Q   Have you formed any opinions prior to meeting
5    with these cardiologists about whether Vioxx carries a
6    increased risk of cardiovascular events?
7        A   I did.
8        Q   What was your opinion as of July of 2005?
9        A   That it did.
10       Q   When did you form your opinion that Vioxx has
11   an increased risk of cardiovascular events?
12       A   After spending many hours reading all of the
13   literature in preparation for that first meeting.
14       Q   Did you take any notes of the meeting that
15   occurred with those cardiologists in July of 2005?
16       A   I don't think I did in 2005, but we had a
17   second meeting. I remember the precise date because it
18   was my birthday, February 27, 2006. And there are some
19   notes from that, a copy of which you have.
20       Q   Did the same cardiologists attend the second
21   meeting on February 27, 2006?
22       A   I think Mark Haigney was tied up for that
23   meeting and could not attend, but the others did.
24       Q   Was Mr. Thornton also at that meeting in
25   February of 2006?
page 34
1        A   Mr. Thornton was there, yes.
2        Q   I don't think I asked you about the second day
3    of your meeting back in July of 2005. What happened on
4    the second day?
5        A   It is vague in my mind. I am not certain that
6    there was a second day meeting. Either -- as a matter
7    of fact, I don't think there was because we had a late
8    dinner that night. And I think I left the next morning.
9            And I think Mr. Thornton briefly put his --
10   came in at the end of the first day. I do want to
11   emphasize, however, that this day-long meeting was to
12   simply discuss the science involved.
13       Q   Um-hmm.
14       A   We had no knowledge of any patients. This was
15   simply to -- for each of us to form an independent
16   conclusion. So I came with my conclusion and I wanted
17   to hear what the others said.
18           At the end of the day, there was complete
19   unanimity among the group. That all of us reviewing all
20   of the data, both the science and the biologic
21   plausibility, providing the mechanistic foundation for
22   Vioxx's effects, as well as the clinical studies, we
23   were firmly convinced that Vioxx indeed does cause an
24   increase in cardiovascular adverse events.
25       Q   Did you and the other cardiologists July of
page 35
1    2005 and February of 2006 talk about other COX-2
2    inhibitors or just Vioxx?
3        A   We may have talked briefly about Celebrex, but
4    it was specifically focused on Vioxx.
5        Q   Did you form an opinion about the
6    cardiovascular risks associated with Celebrex?
```

Exhibit B - Zipes Deposition Excerpts

• Barnett Expert Motions

```
7    A    I don't believe so.
8    Q    You don't believe you formed an opinion?
9    A    Well, we formed an opinion that in the sense
10   that we know it is a COX-2 inhibitor and that it has
11   less specific COX-2 inhibitory effects than does Vioxx.
12   But we did not discuss the trials in depth and so,
13   basically, the meeting was focused on Vioxx.
14   Q    What were the unanimous views on the
15   mechanistic effects of Vioxx concerning the potential
16   increase of cardiovascular risk?
17        And if you could state those generally, that
18   would be great.
19   A    It is hard to state it generally because the
20   issue -- the mechanistic issues are quite complex, but
21   the very broad issue is a decrease in prostacyclin and
22   PGE-2 and leaving thromboxane A2 unopposed.
23        That is the overall general effect, but as
24   Fitzgerald and others point out, it is much more complex
25   than that.
page 36
1         And indeed it is because it has to do with
2    chemo-attractant affects.  It has to do with LDL
3    oxidation.  It has to do with the development of
4    hypertension.
5         I'm sure we will get into that, but a plethora
6    of mechanistic events that happen.
7    Q    Are you planning on -- withdrawn.
8         Do you rely on the discussion that you had with
9    those various individuals you've mentioned before in
10   July of 2005 and in February of 2006 for your opinions,
11   sir?
12   A    No.  As I said, I formed my opinion prior to
13   meeting with them.  They simply reaffirmed my opinion by
14   coming to the same independent conclusions.
```

[41:15] - [41:21]          6/9/2006     Zipes, Douglas (Barnett)

```
page 41
15   Q    Do you hold yourself out as an expert in
16   biostatistics?
17   A    I don't, but I have a knowledge of
18   biostatistics as it relates to epidemiology, as it
19   relates to statistical validation of many of the studies
20   that I have published.  That is part and parcel of all
21   of the work that I do.
```

[41:22] - [42:13]          6/9/2006     Zipes, Douglas (Barnett)

```
page 41
22   Q    Do you consider yourself an expert in FDA
23   regulations?
24   A    I dealt with the FDA on numerous occasions.
25   Again, I have expertise in that area.  I have presented
page 42
1    to the FDA on numerous occasions.
2         They have asked me to join their panel on
3    numerous occasions, which I have not done.  So, in that
4    sense, yes, I have helped write drug labeling on several
5    occasions.  So I do have knowledge of FDA concepts,
6    proceedings, and so forth.
7    Q    You are not expressing an opinion in your
8    report, sir, about drug labeling; right?
9    A    It depends upon what you -- oh, was it in the
10   report?
11   Q    No.
12   A    It is not in the report, but if you ask me
13   questions about it, I plan to give you opinions.
```

Exhibit B - Zipes Deposition Excerpts

- **Barnett Expert Motions**

[44:11] - [44:19]        6/9/2006        Zipes, Douglas (Barnett)

> page 44
> 11   Q   Have you ever prescribed Vioxx for any of your
> 12 patients, sir?
> 13   A   I have tried to answer that question in my own
> 14 mind and I can't cite a specific patient but that
> 15 doesn't mean that I didn't do it at such point prior to
> 16 forming my opinions about the harm of Vioxx.
> 17   Q   Have you prescribed other NSAIDs or COX-2
> 18 inhibitors to patients?
> 19   A   I have to give you the same answer.

[45:16] - [45:24]        6/9/2006        Zipes, Douglas (Barnett)

> page 45
> 16   Q   Have you ever diagnosed a patient, sir, with a
> 17 heart attack and said that the cause of that heart
> 18 attack was Vioxx?
> 19   A   Not to my knowledge, with the exception of
> 20 Mr. Barnett.
> 21   Q   Other than with Mr. Barnett, have you ever
> 22 diagnosed a patient with a heart attack that you
> 23 believed was caused by Vioxx?
> 24   A   Not to my knowledge.

[67:13] - [67:16]        6/9/2006        Zipes, Douglas (Barnett)

> page 67
> 13   Q   Did you review any of the clinical trials that
> 14 were reported for Celebrex?
> 15   A   Yes, but not in depth.  And I am not prepared
> 16 to talk about them.

[68:21] - [69:1]        6/9/2006        Zipes, Douglas (Barnett)

> page 68
> 21   A   You are asking me to interpret what Merck's
> 22 thinking was and I cannot do that.
> 23   Q   You are not going to come to trial and state
> 24 what is Merck's state of mind or motivation; right?
> 25   A   I don't know.  It would depend on the questions
> page 69
> 1 that I am asked.

[76:20] - [76:24]        6/9/2006        Zipes, Douglas (Barnett)

> page 76
> 20   Q   Did you read the E-mail from Dr. Scolnick to
> 21 others on March 9th of 2000?
> 22   A   I read many of Dr. Scolnick's E-mails and I
> 23 read his -- one of the depositions.  You would have to
> 24 tell me which one or show it to me.

[78:13] - [79:7]        6/9/2006        Zipes, Douglas (Barnett)

> page 78
> 13   Q   My question was whether you plan to come to the
> 14 jury -- and come to trial and tell the jury what you
> 15 think Mr. -- Dr. Scolnick knew about the cardiovascular
> 16 risks of Vioxx?
> 17   A   Yes, that is certainly a possibility.
> 18   Q   The question was a little bit broken up.  So
> 19 let me ask it again.
> 20       Are you planning on coming to trial to tell the
> 21 jury about what you think Dr. Scolnick or others at
> 22 Merck thought about any potential cardiovascular risks
> 23 associated with Vioxx?
> 24       MR. ROBINSON:  Other than what he has already

Exhibit B - Zipes Deposition Excerpts

- Barnett Expert Motions

```
25  talked about, about Scolnick?
page 79
 1  BY MR. GOLDMAN:
 2     Q    I want your complete answer.
 3     A    Yes, I certainly could come and do that.
 4     Q    Do you believe you are an expert in what
 5  Dr. Scolnick knew about the cardiovascular risks?
 6     A    I can only draw conclusions based on memos or
 7  E-mails that I have seen.
```

[79:13] - [80:9]          6/9/2006      Zipes, Douglas (Barnett)

```
page 79
13     Q    Have you reviewed both of Dr. Kronmal's expert
14  reports?
15     A    Yes.
16     Q    Have you identified in your report what you
17  intend to rely on from Dr. Kronmal's reports?
18     A    I believe so.
19     Q    Have you spoken with Dr. Kronmal at all?
20     A    You asked me that before.  No.
21     Q    Have you read Dr. Kronmal's deposition
22  testimony?
23     A    I believe I have.
24     Q    Have you read any of Dr. Kronmal's trial
25  testimony?
page 80
 1     A    I don't think so.
 2     Q    Did you attempt to confirm the accuracy of
 3  Dr. Kronmal's analysis?
 4     A    I did not do statistical analysis myself.
 5     Q    Am I right that you are accepting Dr. Kronmal's
 6  conclusions about his interpretations of the Alzheimer's
 7  and APPROVe studies without independently verifying
 8  those findings?
 9     A    That is correct.
```

[89:3] - [91:12]          6/9/2006      Zipes, Douglas (Barnett)

```
page 89
 3     Q    Tell me all of the mechanisms, without getting
 4  into all of the details, about how they do it.  Tell me
 5  the mechanisms that you think show that Vioxx causes
 6  heart attacks.
 7          MR. ROBINSON:  We are not in a hurry here and
 8  take your time.
 9          THE WITNESS:  It is quite complex and very
10  involved.
11          Atherosclerosis appears to begin with some sort
12  of insult to the vascular wall.  This certainly can be
13  done by hypertension.  So Vioxx unquestionably causes
14  hypertension and that may be an initial insult to the
15  vascular wall.
16          In addition, Vioxx or COX-2 plays a major role
17  in the chemoattractant mechanism by which white blood
18  cells primarily monocytes then become attracted to that
19  damaged endothelium.
20          COX-2 plays a major role with the migration of
21  the white blood cells into the intima.  COX-2 plays a
22  major role in the oxidation of low density lipoprotein,
23  LDL, which then becomes ingested by the monocytes which
24  becomes macrophages and then forms cells.
25          This then is all the beginnings of the atheroma
page 90
 1  or the lipid-laden plaque on the inside of the vessel.
 2  Vioxx plays a major role in destabilizing the fibrous
 3  cap of this atheroma and it can cause the cap to be —
 4  to become unstable and rupture.
 5          The rupturing of the plaque then releases
 6  activated platelets and other cholesterol debris that
 7  attract platelets to the thrombose area.  And we know
```

Exhibit B - Zipes Deposition Excerpts

- Barnett Expert Motions

```
 8  prostacyclin is -- is the most powerful antiplatelet
 9  clumping factor in the body.  And by inhibiting it, it
10  then increases the development for thrombosis.
11       We know that the development of atherosclerosis
12  is, in essence, by fits and starts.  And by that I mean,
13  there is the process that I have just described to you.
14  That if it does not occlude the vessel, it can gradually
15  enlarge the atheroma because it then heals over after
16  the thrombosis and the process then continues.
17       And this then fits and starts of the atheroma
18  can gradually cause it to build and become greater and
19  greater to reduce blood flow and to then, ultimately,
20  occlude a coronary artery.  And Vioxx then plays a role
21  in all of these potential mechanisms.
22       Now, in addition, Vioxx has a -- plays a major
23  role in smooth muscle cell proliferation and I neglected
24  to mention that as part of this process, but the
25  development of the atheroma, essentially,
page 91
 1  de-differentiates smooth muscle cells that proliferate
 2  and adds to the development of atheroma and Vioxx has
 3  been demonstrated to play a role there.
 4       The Rott/Epstein article demonstrated the
 5  importance of infection and inflammation.  In using the
 6  MF tricyclic as a congener of Vioxx, they demonstrated
 7  that it was, No. 1, an increase in viral load, but also
 8  the development of atherosclerosis.
 9       And, oh, it's certainly a prime part of this
10  which I neglected to establish is that it leaves
11  thromboxane A2 unopposed, which is a vasoconstrictor and
12  a platelet gluconater, which is critically important.
```

[103:5] - [104:14]   6/9/2006   Zipes, Douglas (Barnett)

```
page 103
 5  Q    Dr. Zipes, what relative risk are you going to
 6  tell the jury applies to Mr. Barnett in his use of Vioxx
 7  when it comes to an increased risk of heart attack?
 8  A    I will tell the jury based on the APPROVe data
 9  those patients who had blood pressure spikes similar to
10  Mr. Barnett's after taking Vioxx had a relative risk of
11  3.82 and -- and that is what I will tell the jury.
12       So he has almost a fourfold increased risk of
13  myocardial infarction.
14  Q    Have you looked at the clinical safety -- CSR's
15  for -- withdrawn.
16       Have you looked at the CSR's for the APPROVe
17  study?
18  A    Tell me what CSR is again.
19  Q    Clinical Study Results -- reports?
20  A    I have looked at a lot of the aspects of that
21  study.  Tell me what you --
22       MR. ROBINSON:  Can you show him that document?
23  Show him that document because he did not -- he does not
24  know the terms like you and I do.
25  BY MR. GOLDMAN:
page 104
 1  Q    Dr. Zipes, is it your testimony and your
 2  opinion that there were patients in the APPROVe study
 3  that had the same number of blood pressure spikes as
 4  Mr. Barnett and that the results of the APPROVe study
 5  showed that they had a 3.82 increase in relative risk?
 6  A    Yes -- well, the same degree of blood pressure
 7  changes.  In other words, I didn't count the number of
 8  spikes, but to my knowledge, the APPROVe trial
 9  demonstrated that if the patient had the blood pressure
10  spike, which was a systolic greater than 140 millimeters
11  of mercury and 20 millimeter absolute increase, that
12  they had a relative risk of 3.82.
13       And it would be my testimony that Mr. Barnett
14  indeed had those kinds of blood pressure changes.
```

Exhibit B - Zipes Deposition Excerpts

- Barnett Expert Motions
[104:15] - [108:8]          6/9/2006      Zipes, Douglas (Barnett)

```
page 104
15    Q    Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18    A    Absolutely.
19    Q    What is your basis for that?
20    A    At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
22  apical or mild lateral decrease in the fusion.
23         On May 2nd, 2006, Mr. Barnett now has an area
24  of fixed defect with anterior wall ischemia, wall motion
25  abnormalities.  And by echo -- which is the first echo
page 105
1   that he has had, so we don't have comparisons -- he has
2   got significant scar and wall motion abnormalities.
3          He has got left atrial enlargement.  He has got
4   a right ventricular pressure that is borderline
5   elevated.  He has got right ventricular systolic
6   dysfunction.  And by the CT angiogram and occluded
7   graft -- vein graft and new lesions in his right
8   coronary artery, that were not seen in the
9   catheterization on September 9, 2002, so he has
10  significantly advanced coronary atherosclerosis with
11  mild cardial scar since his heart attack -- since his Q
12  wave heart attack.
13    Q    Have you finished telling me the basis for why
14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15  progressed because of Vioxx after his heart attack?
16    A    No, I am not finished.
17         He has reduced exercise tolerance in that he
18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
19  able to do on prior stress tests.
20         He has abnormal left ventricular relaxation
21  which is diastolic dysfunction by echo.  So the echo
22  report shows left circumflex wall motion abnormalities,
23  right coronary wall motion abnormalities; abnormal left
24  ventricular diastolic dysfunction; left atrial
25  enlargement; right ventricular systolic pressure 30- to
page 106
1   35, that I mentioned earlier; and then the significant
2   wall motion abnormalities of hypokinesia in the
3   mid-lateral and basal lateral left ventricle, severe
4   hypokinesia in the basal posterior and basal anterior
5   walls of his ventricle.
6          So he has significant myocardial and coronary
7   disease that has advanced from his myocardial infarction
8   in September of '02.
9     Q    Are you finished now telling me the basis?
10    A    I think so.
11    Q    Why do you think that Vioxx caused all of what
12  you just described and how is it that Vioxx would have
13  done that between July of 2003 and May of 2006?
14    A    We need to start back in January of 2000.
15  Because in January of 2000 -- January 24 -- Mr. Barnett
16  has a stress test and he walked 15 minutes on that
17  stress test.  He has by Cardiolite a mild area of
18  lateral ischemia.
19         And that is his only abnormality.  He has no
20  chest pain.  He has no ECG changes.  He has excellent
21  exercise tolerance.  He has normal blood pressure and
22  heart rate response, which tells me that he has mild
23  atherosclerosis and a risk assessment at that time by
24  multiple parameters.
25         And there are several equations that I actually
page 107
1   plugged him into, which showed that he has a risk of
2   myocardial infarction of 4 to 6 percent over 10 years.
3   So, at that time, he has got mild coronary disease
4   probably affecting one vessel.
5          In 32 months, he ends up with six vessel
```

Exhibit B - Zipes Deposition Excerpts

• Barnett Expert Motions

```
 6  coronary atherosclerosis and mild cardial infarction.
 7  And from that time until May of '06, he now has
 8  significant wall motion abnormalities -- all of the
 9  things that I just told you -- and that is accelerated
10  atherosclerosis.
11         In an individual, who has total lipid control
12  from the time he starts Lipitor, which is his major risk
13  factor -- we can argue about family history and whether
14  it played a role or not -- but his major risk factor is
15  elevated lipids and that is under total control. There
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18         Now, he stops Vioxx in September of '04. We
19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22         The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary
page 108
 1  arteries by causing atherosclerosis.
 2         And therefore, even stopping the drug, if it
 3  indeed does do what Fitzgerald suggested, would show
 4  increased risk following stopping the drug.
 5         And then, in addition, Mr. Barnett takes Vioxx
 6  for two years after his mild cardioinfarction. This, to
 7  me, is absolute proof that Vioxx has caused the
 8  accelerated atherosclerosis.
```

[133:10] - [134:15]    6/9/2006    Zipes, Douglas (Barnett)

```
page 133
10         Is it your opinion, Dr. Zipes, that traditional
11  NSAIDs do not cause heart attacks? Can you answer that
12  yes or no? And if you need to explain, then you can
13  explain.
14      A  I would answer it that, that is probably true.
15  They do not cause heart attacks, but that the very
16  well-done perspective, randomized trials have not been
17  done to prove that; but there appears to be no data to
18  suggest that they do.
19      Q  Is it your testimony then that there is not
20  enough evidence to conclude whether NSAIDs cause heart
21  attacks or is it your testimony that you don't believe
22  that they do?
23      A  I don't believe that they do based on the
24  evidence presently available.
25      Q  Do you believe that Celebrex and Bextra cause
page 134
 1  atherosclerosis and heart attacks?
 2      A  Bextra, you mean valdecoxib? Yes, certainly,
 3  for that and I think the paracoxib and the valdecoxib
 4  studies post CABG are certainly supportive of that.
 5         The issues with Celebrex are a little bit more
 6  controversial. It depends upon what study you pick.
 7  One of them -- and I've forgotten the acronym -- didn't
 8  show an increase in heart attacks. Another did.
 9         I did not come prepared to talk about Celebrex,
10  but it clearly has less COX-2 specific inhibitory
11  actions then does Vioxx.
12      Q  Okay. Is it your testimony then that because
13  Celebrex has less COX-2 inhibitory actions that it is
14  less of a risk for heart attacks than Vioxx?
15      A  Yes.
```

[231:22] - [232:6]    6/9/2006    Zipes, Douglas (Barnett)

```
page 231
22      Q  Do you know if Dr. Kronmal made any errors in
23  his analysis of the APPROVe off-drug events?
```

Exhibit B - Zipes Deposition Excerpts

• Barnett Expert Motions

```
24     A   I think there was a miscalculation of 16 versus
25  17. I read it quite some time ago, and I don't remember
page 232
1   precisely, but I think there was one error that I saw in
2   total numbers, but I am very hazy about that.
3      Q   Is it fair to say that you did not assess
4   Dr. Krommal's analysis to see whether or not he made any
5   errors; true?
6      A   That's absolutely true.
```

[238:19] - [238:22]    6/9/2006    Zipes, Douglas (Barnett)

```
page 238
19     Q   Do you know based on the urine studies that
20  have been done, sir, do you know whether Vioxx reduces
21  prostacyclin more than Celebrex does?
22     A   I don't know.
```

[260:6] - [263:11]    6/9/2006    Zipes, Douglas (Barnett)

```
page 260
6      Q   Okay. Another thing, Mr. Goldman asked you
7   some questions earlier about the Cardiolite exam, and
8   briefly you mentioned the ACC guidelines and you had a
9   report about that, how does that play into your
10  evaluation of Mr. Barnett at the time of his Cardiolite
11  in January of 2000 versus his plaque buildup or
12  whatever, as of September 6 of 2002?
13         MR. GOLDMAN:  Object to the form.
14         THE WITNESS:  This was part of my supplement
15  report.  It became obvious to me that I did not express
16  adequately the low risk that Mr. Barnett had of
17  subsequent myocardial infarction with the Cardiolite
18  test that he had.
19         So I went through the percutaneous coronary
20  intervention guidelines recently published by the
21  American Heart Association, the American College of
22  Cardiology and the Society for Coronary Angioplasty and
23  Intervention.
24         And based on their recommendations, as to who
25  should have an intervention, there is no question that
page 261
1   Mr. Barnett was at very low risk.
2          Further, I actually went to the literature
3   because there are some equations that had been provided
4   by several sources to estimate individual risk.
5          One is by Phillip Pool Wilson and his group
6   from England where one plugs in various risk factors,
7   which I did and came out with a predicted risk of death
8   myocardial infarction with disabling stroke in the next
9   five years as 4.3 percent for Mr. Barnett.
10     Q   That is as of January, 2000?
11     A   That would be as of January 2000.
12         In addition, there is an international equation
13  risk calculator and I did the same thing.  Totally
14  separate group of individuals, who put this together,
15  and if one -- and they include the presence of family
16  history.
17         If one says that he had no first-degree
18  relative with coronary disease at age less than 60,
19  assuming that his father had his heart attack at age 62
20  one comes up with a 4 percent risk of myocardial
21  infarction or dying with an acute coronary event.
22         If one says the family history is positive, the
23  risk is 6 percent and that is over a ten-year period of
24  time.
25         And then, finally, I found a paper by O'Keefe,
page 262
1   et al., which is in the Journal of Nuclear Cardiology,
2   in 1998, and they evaluated over 4,000 stress tests and
3   indeed, used that as a predictor of an individual's
```

Exhibit B - Zipes Deposition Excerpts

- **Barnett Expert Motions**

```
 4  risk.
 5          And using Mr. Barnett's response to that
 6  Cardiolite stress test, he would have an extremely good
 7  prognosis and at extremely low risk of cardiac event
 8  based on his nuclear stress test.
 9          MR. ROBINSON:  I don't have anything further.
10          MR. GOLDMAN:  Mark, I don't think any of those
11  opinions that Dr. Zipes just mentioned were in the
12  report that I saw.
13          MR. ROBINSON:  They support his ACC findings.
14  Is that right?
15          THE WITNESS:  Yes.
16          MR. GOLDMAN:  This risk profile that you're
17  describing here --
18          THE WITNESS:  That provides the substance for
19  the PCI guidelines.
20          MR. GOLDMAN:  Okay.  Mark, we are going to
21  object to any testimony about this risk profile.  You
22  never sent it to me -- let me finish.
23          MR. ROBINSON:  This is important to our case.
24          MR. GOLDMAN:  Mark, let me finish.
25          MR. ROBINSON:  We are six weeks before trial,
page 263
 1  so you have it now.
 2          MR. GOLDMAN:  Mark, I am telling you right now
 3  that we are going to object to any testimony about this
 4  risk profile that Dr. Zipes did because you've never
 5  produced it to me, and I am looking at handwritten notes
 6  for the first time.
 7          MR. ROBINSON:  No, they are part of Exhibit 2.
 8          MR. GOLDMAN:  Well, you've never provided to me
 9  any analysis by Dr. Zipes about Mr. Barnett's risk
10  profile as of January, 2000.  And I am going to object
11  because it is too late.
```

[268:1] - [268:20]     6/9/2006    Zipes, Douglas (Barnett)

```
page 268
 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4  before me at the time and place herein set forth; that
 5  any witnesses in the foregoing proceedings, prior to
 6  testifying, were placed under oath; that a verbatim
 7  record of the proceedings was made by me using machine
 8  shorthand which was thereafter transcribed under my
 9  direction; further, that the foregoing is an accurate
10  transcription thereof.
11          I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14          IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
            Dated: _____
18
19          _____
            Diana Janniere
20          CSR No. 10034
```