Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

[1:1] - [1:24]          6/2/2006      Moye, Lemuel A.

page 1
1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2
                  IN RE: VIOXX          :   MDL DOCKET NO.
3                 LITIGATION PRODUCTS  :   1657
                  LIABILITY LITIGATION :   SECTION L
4                                       :
                  This document relates:  JUDGE FALLON
5                 To                    :
                  GERALD BARNETT AND    :   MAGISTRATE JUDGE
6                 CORRINE BARNETT       :   KNOWLES
                            V.          :
7                 MERCK & CO., INC.     :
                                        :
8                 Civil Action No.      :
                  2:06cv485             :
9                                     -  -  -
10                         June 2, 2006
11                                    -  -  -
12                   Oral deposition of LEMUEL A. MOYE,
13        M.D., Ph.D., held in the offices of
14        Abraham, Watkins, Nichols, Sorrels,
15        Matthew & Friend, 800 Commerce, Houston,
16        Texas, commencing at 9:30 a.m., on the
17        above date, before Linda L. Golkow, a
18        Federally-Approved Registered Diplomate
19        Reporter and Certified Shorthand
20        Reporter.
                                      -  -  -
21               GOLKOW LITIGATION TECHNOLOGIES
                           Four Penn Center
22               1600 John F. Kennedy Boulevard
                            Suite 1210
23               Philadelphia, Pennsylvania 19103
                            877.DEPS.USA
24


[52:14] - [53:22]          6/2/2006      Moye, Lemuel A.

page 52
14                    What other things have you
15        looked at other than what the Advisory
16        Committee looked at?
17              A.    Wait.
18                    MR. SIZEMORE:  Can you
19          specify which one, Joe?
20                    MR. PIORKOWSKI:  Yes.
21        BY MR. PIORKOWSKI:
22              Q.    Let's back up a minute.
23                    Let's start with the 1999
24        Advisory Committee.  What materials do
page 53
1         you believe that you've looked at that
2         were available at the time that the
3         Advisory Committee members in 1999 did
4         not look at?
5               A.    Just so I can be clear, you
6         mean materials that were provided by the
7         FDA or materials in general?
8               Q.    Well, I'm assuming -- let's
9         just say materials in general.
10              A.    Okay.
11                    Reports -- excuse me.
12        Reports within Merck that suggest the
13        appearance -- suggest the possibility,
14        I'll say, of a link between Vioxx use and
15        severe cardiac events and also data


EXHIBIT
B

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
16  within Merck that demonstrates a link
17  between Vioxx and severe cardiovascular
18  embolic events.
19        Q.    Are you referring to what
20  you call in your report the "Watson
21  analysis"?
22        A.    That's one thing, yes.
```

[56:23] - [57:6]        6/2/2006        Moye, Lemuel A.

```
page 56
23  Page 70 and 71, the first part of your
24  discussion starts with the proposition
page 57
1   that Merck misled the FDA and the FDA
2   Advisory Committee because at the time of
3   the original Advisory Committee meeting,
4   they did not disclose the Watson
5   analysis.  Right?
6         A.    Yes, sir.
```

[83:20] - [83:24]        6/2/2006        Moye, Lemuel A.

```
page 83
20          what was going on here, I think it
21          became clear to me what they
22          weren't doing, so, I suppose I am
23          going to speak to some degree
24          about the motives.
```

[84:22] - [85:3]        6/2/2006        Moye, Lemuel A.

```
page 84
22              Are you offering any
23  opinions that Merck intended to hurt
24  patients or intended to mislead the FDA?
page 85
1              MR. SIZEMORE:  Object to
2        form.
3              THE WITNESS:  I think I am.
```

[85:18] - [85:24]        6/2/2006        Moye, Lemuel A.

```
page 85
18        A.    I think I can probably speak
19  most clearly about Merck's intent.  And I
20  believe Merck's intent was not to provide
21  a fair, clear assessment of the
22  relationship between Vioxx and
23  cardiovascular events -- cardiovascular
24  serious adverse events.
```

[87:18] - [88:3]        6/2/2006        Moye, Lemuel A.

```
page 87
18        Q.    You are not fellowship
19  trained in cardiology, correct?
20        A.    That's true.  I'm not
21  fellowship trained.
22        Q.    You're not board certified
23  in cardiology?
24        A.    I'm not board certified.
page 88
1         Q.    You don't hold yourself out
2   as a cardiologist, right?
3         A.    That's right.
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

[88:22] - [89:1]          6/2/2006        Moye, Lemuel A.

```
page 88
22          Q.     You don't hold yourself out
23  as an expert in pharmacology, either,
24  right?
page 89
1           A.     That's correct.
```

[89:2] - [90:12]          6/2/2006        Moye, Lemuel A.

```
page 89
2           Q.     Am I correct you've not seen
3  a patient since March of 1992?
4           A.     That's not true.  Certainly,
5  I have not been in practice since March
6  of 1992, but I've seen patients, and the
7  biggest -- I saw many patients during the
8  Katrina debacle, but I've certainly not
9  been in practice since March 1992.
10          Q.     By "not in practice," that
11  means you didn't have regular office
12  hours?
13          A.     That's true.
14          Q.     Is that what that means?
15          A.     That's right.
16          Q.     All right.
17                 In what capacity have you
18  seen patients since March of 1992?
19          A.     Actually, more as courtesy
20  than anything else.  And also the
21  emergency care that first responders
22  provided at the Astro Arena last
23  September.
24          Q.     Do you currently keep a
page 90
1  valid medical license?
2           A.     I do.
3           Q.     In Texas?
4           A.     Yes.
5           Q.     Anywhere else?
6           A.     No.
7           Q.     What was your involvement in
8  the medical arena in Katrina?
9           A.     Providing emergency care and
10  then family practice general medicine
11  responder to the myriad difficulties that
12  the Katrina survivors had.
```

[89:2] - [89:23]          6/2/2006        Moye, Lemuel A.

```
page 89
2           Q.     Am I correct you've not seen
3  a patient since March of 1992?
4           A.     That's not true.  Certainly,
5  I have not been in practice since March
6  of 1992, but I've seen patients, and the
7  biggest -- I saw many patients during the
8  Katrina debacle, but I've certainly not
9  been in practice since March 1992.
10          Q.     By "not in practice," that
11  means you didn't have regular office
12  hours?
13          A.     That's true.
14          Q.     Is that what that means?
15          A.     That's right.
16          Q.     All right.
17                 In what capacity have you
18  seen patients since March of 1992?
19          A.     Actually, more as courtesy
20  than anything else.  And also the
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

21  emergency care that first responders
22  provided at the Astro Arena last
23  September.

[91:5] - [91:20]          6/2/2006      Moye, Lemuel A.

page 91
5          Q.      Have you ever prescribed
6     Vioxx?
7          A.      No.
8          Q.      Have you ever counseled a
9     patient about Vioxx?
10         A.      No.
11         Q.      Did you ever read the
12    product label for Vioxx while Vioxx was
13    on the market?
14         A.      No.
15         Q.      Have you ever prescribed any
16    COX-2 inhibitor drug?
17         A.      No.
18         Q.      Do you have any personal
19    experience with Vioxx?
20         A.      No.

[91:21] - [92:4]          6/2/2006      Moye, Lemuel A.

page 91
21         Q.      Are there any physicians
22    that you know who prescribed Vioxx with
23    whom you've discussed their experience?
24         A.      No.
page 92
1          Q.      Are there any patients you
2     know who've used Vioxx with whom you've
3     discussed their experience?
4          A.      No.

[94:1] - [94:24]          6/2/2006      Moye, Lemuel A.

page 94
1          Q.      How did you direct people to
2     use them?
3          A.      For a fairly short period of
4     time, no more than five to seven days.
5          Q.      Did you ever use
6     nonsteroidal anti-inflammatory drugs for
7     more than five to seven days?
8          A.      No.
9          Q.      Did you take care of any
10    arthritis patients?
11         A.      Osteoarthritic patients,
12    yes. Very rarely did I care for a
13    rheumatoid arthritic patient chronically,
14    but several osteoarthritic patients.
15         Q.      What medications did you use
16    to control pain and inflammation in
17    osteoarthritis patients?
18         A.      Actually, I didn't use —
19    well, to answer your question directly,
20    Tylenol. An acute bout — an acute bolus
21    I would say, five to seven days of a
22    nonsteroidal anti-inflammatory, but
23    primarily it was a combination of rest
24    and exercise and warm water baths.

[95:1] - [95:4]          6/2/2006      Moye, Lemuel A.

page 95
1          Q.      Did you conduct at any point
2     in your career any original laboratory

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
            3   research on COX-2 inhibitors?
            4        A.   No, sir.
```

[95:9] - [96:2]         6/2/2006      Moye, Lemuel A.

```
            page 95
            9        Q.    Were you the author of any
            10  original epidemiological studies on Vioxx
            11  or any other COX-2 inhibitor?
            12      , A.    No.
            13       Q.    Are you the author of any
            14  original epidemiological studies on the
            15  effects of NSAIDs?
            16             MR. SIZEMORE:  Did you get
            17       that question?
            18             THE WITNESS:  I did.  Let me
            19       answer this way.  I was not
            20       involved in an epidemiologic study
            21       that focused on the effect of
            22       NSAIDs.  That's true.
            23  BY MR. PIORKOWSKI:
            24       Q.    Were you involved in a study
            page 96
            1   that focused on the efficacy of NSAIDs?
            2        A.   No.
```

[101:14] - [103:3]      6/2/2006      Moye, Lemuel A.

```
            page 101
            14       Q.    Is it fair to say that you
            15  do not have any knowledge, experience,
            16  training, skill or education in
            17  pharmaceutical product marketing?  Is
            18  that correct?
            19             MR. WACKER:  Object to form.
            20             MR. SIZEMORE:  Objection.
            21             THE WITNESS:  I don't think
            22       I could agree with that.
            23  BY MR. PIORKOWSKI:
            24       Q.    You don't think you could
            page 102
            1   agree with that?
            2        A.   No, sir.
            3        Q.    Have you ever worked for
            4   DDMAC?
            5        A.   No, sir.
            6        Q.    Have you ever worked, been a
            7   consultant to DDMAC?
            8        A.   No.
            9        Q.    Do you remember giving
            10  testimony in the Rocha case in Jim Wells
            11  County Texas back in 1999?
            12       A.   Yes.
            13       Q.    In fact, I think I was the
            14  person that was examining you?
            15       A.    I think you were.
            16             MR. PIORKOWSKI:  Paul, I've
            17       got one copy of this, but I'll let
            18       you take a look at the transcript.
            19             MR. SIZEMORE:  I'd like him
            20       to see it before he comments.
            21  BY MR. PIORKOWSKI:
            22       Q.    Do you recall being asked
            23  this question and giving this answer?
            24             "Question:  Okay.  Now, you
            page 103
            1   have no knowledge, experience, training
            2   or education in pharmaceutical product
            3   marketing, do you?
```

Exhibit B - Moye Deposition Excerpts

**• Barnett Expert Motions**

[102:3] - [102:8]     6/2/2006     Moye, Lemuel A.

```
page 102
3           Q.    Have you ever worked for
4    DDMAC?
5           A.    No, sir.
6           Q.    Have you ever worked, been a
7    consultant to DDMAC?
8           A.    No.
```

[103:4] - [104:3]     6/2/2006     Moye, Lemuel A.

```
page 103
4                 "Answer:  I think that's
5    true.  Yes."
6                 MR. PIORKOWSKI:  (Handing
7    over document.)
8                 MR. SIZEMORE:  Is this from
9    the trial?
10                MR. PIORKOWSKI:  Yes
11                (Witness reviewing
12   document.)
13                THE WITNESS:  I understand.
14   Sure.  I recall that's what I
15   said.  I certainly meant then and
16   mean today that I'm not an expert
17   in marketing.  There's no question
18   of that.  I'm not an expert.  But
19   I think any physician who's had
20   marketers come in their office and
21   speak with them about products
22   understands good and bad marketing
23   techniques.
24 BY MR. PIORKOWSKI:
page 104
1           Q.    All right.
2           A.    So, that was the basis for
3    my answer to your question.
```

[103:16] - [103:18]     6/2/2006     Moye, Lemuel A.

```
page 103
16   mean today that I'm not an expert
17   in marketing.  There's no question
18   of that.  I'm not an expert.  But
```

[104:5] - [104:10]     6/2/2006     Moye, Lemuel A.

```
page 104
5                 You've never worked for any
6    company or given advice to any
7    pharmaceutical company about any aspect
8    of pharmaceutical product marketing; is
9    that correct?
10          A.    That's right.
```

[108:17] - [108:19]     6/2/2006     Moye, Lemuel A.

```
page 108
17          Q.    Advisory Committees also
18   include biostatisticians, correct?
19          A.    Yes.
```

[108:20] - [109:4]     6/2/2006     Moye, Lemuel A.

```
page 108
20          Q.    And even though you were on
21   the cardiorenal Advisory Committee,
22   you're not an expert in cardiology or
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

23  nephrology, right?
24        A.    I would disagree with you
page 109
1    about that.  I certainly am not a
2    cardiologist, but I have extensive
3    training and experience carrying out
4    cardiovascular clinical trials.

[120:15] - [121:4]        6/2/2006      Moye, Lemuel A.

page 120
15        Q.    And often one or more
16   Advisory Committee member dissents from
17   the majority view?
18        A.    Yes.
19        Q.    Because the decisions often
20   involve questions of medical judgment.
21   Fair to say?
22        A.    Yes.  Individual medical
23   judgment, yes.
24        Q.    And reasonable minds can
page 121
1    often differ on these questions.  Would
2    you agree?
3        A.    Yes.  There are some tough
4    questions.

[123:12] - [124:19]       6/2/2006      Moye, Lemuel A.

page 123
12        Q.    And you've not spoken to
13   anyone who is on that committee?
14        A.    That's true.  Again, about
15   Vioxx.
16        Q.    About Vioxx.
17        A.    Right.
18        Q.    You've never done any work
19   for Merck, is that right?
20        A.    That's true.  I've not done
21   any work for Merck.
22        Q.    Have you spoken to any
23   employee of Merck about any aspect of
24   this case?
page 124
1        A.    No, I have not.
2        Q.    Do you have any
3    recollections of having met with sales
4    representatives of Merck about Vioxx?
5        A.    No, I haven't.  It was
6    approved well after I was out of
7    practice, so, no.
8        Q.    I assume that you would
9    really have no occasion to meet with
10   sales reps for any reason now that you're
11   not in active practice?
12        A.    That's true.  Again, just to
13   be clear, there were many people in the
14   pharmaceutical industry who were at the
15   Astrodome in Katrina who really helped us
16   quite a bit, and so I had lots of
17   conversations with them, but it wasn't
18   about any of the matter we're talking
19   today.

[124:2] - [124:7]        6/2/2006      Moye, Lemuel A.

page 124
2        Q.    Do you have any
3    recollections of having met with sales
4    representatives of Merck about Vioxx?

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
            5       A.    No, I haven't.  It was
            6    approved well after I was out of
            7    practice, so, no.
```

[132:6] - [132:19]        6/2/2006        Moye, Lemuel A.

```
            page 132
            6       Q.    What about Proctor & Gamble?
            7       A.    Proctor & Gamble was a
            8    consultation about an antipsychotic
            9    medication.
            10      Q.    Was it in your capacity as a
            11   biostatistician?
            12      A.    Yes, it was, and also my
            13   expertise in cardiology because there was
            14   concern about the occurrence of
            15   arrhythmias.
            16      Q.    Did you design a study?
            17      A.    No, sir.  I beg your pardon.
            18   Yes.  I didn't execute it or analyze it,
            19   but I helped design it.
```

[134:13] - [135:18]        6/2/2006        Moye, Lemuel A.

```
            page 134
            13      Q.    How about Pfizer?
            14      A.    Pfizer, any psychotic
            15   medication for them I was involved in
            16   analyzing the results of the clinical
            17   study.  Same type of newer generation
            18   anti-schizophrenic medication that they
            19   feared was associated with arrhythmias.
            20      Q.    Is this by virtue of your
            21   work in the Seldane litigation that these
            22   came into you?
            23      A.    I don't know.  It certainly
            24   makes sense, because the kind of
            page 135
            1    arrhythmia we were concerned about in
            2    Seldane was related to the arrhythmias
            3    that were associated with these newer
            4    anti-psychotics.
            5       Q.    Okay.
            6             Did you design a clinical
            7    trial or was that just a one-time
            8    consultation?
            9       A.    I think it was just a short
            10   consultation evaluation of their Phase
            11   III clinical -- of their Phase III safety
            12   program.  So, it's preapproval.
            13      Q.    While it was still going on?
            14      A.    You mean while the trial was
            15   still going on?
            16      Q.    Yes.
            17      A.    I think while the trial --
            18   yes, yes, and afterwards, yes.
```

[135:20] - [137:13]        6/2/2006        Moye, Lemuel A.

```
            page 135
            20            Any other work for Pfizer?
            21      A.    I've given some lectures at
            22   Pfizer, but not consulted on a drug.
            23      Q.    What lectures have you
            24   given?
            page 136
            1       A.    I gave three lectures to
            2    Pfizer, November 2004.  Do you want the
            3    topics?
            4       Q.    Sure.
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
5        A.    Okay.
6        Q.    Would they be on your CV?
7        A.    Yes, they would.
8        Q.    Let me give you that if that
9   helps.
10                    -  -  -
11                 (Whereupon, Deposition
12         Exhibit Moye MDL 3, Curriculum
13         Vitae of Lemuel A. Moye, M.D.,
14         Ph.D. (22 pages), was marked for
15         identification.)
16                    -  -  -
17   BY MR. PIORKOWSKI:
18        Q.    I'm going to give you what I
19   marked as Exhibit 3, which is your CV.
20        A.    (Witness reviewing
21   document.)
22                 Yes.  Here they are.  Items
23   56, 57 and 58.  One was a discussion of
24   dependence in subgroup analyses.  The
page 137
1    other was hyperdependence in clinical
2    trial analyses.
3        Q.    I'm sorry, what page are you
4    on?
5        A.    I'm on Page 15.
6        Q.    56, 57 and 58?
7        A.    56, 57 and 58.  So,
8    dependence in subgroup analyses,
9    hyperdependence in clinical trial
10   analyses, and professionalism in science.
11       Q.    Okay.
12                 Anything else for Pfizer?
13       A.    No.
```

[176:7] - [177:5]    6/2/2006    Moye, Lemuel A.

```
page 176
7                 What was your role for
8    Bristol-Myers Squibb before the FDA?
9        A.    As --
10       Q.    You were hired by
11   Bristol-Myers Squibb to appear before the
12   FDA on their behalf?
13       A.    In the context of our
14   previous discussion about my work in SAE,
15   we had produced a new type of statistical
16   analysis that the FDA was not familiar
17   with, and I gave, I think, one lecture to
18   the FDA officials about the development
19   of this measure.
20       Q.    Okay.
21                 So, you were not serving as
22   an advocate for the product, you were
23   just explaining the statistical method?
24       A.    That's correct.
page 177
1        Q.    All right.
2                 And is that your only
3    involvement before the FDA with
4    Bristol-Myers Squibb?
5        A.    Yes.
```

[181:10] - [182:11]    6/2/2006    Moye, Lemuel A.

```
page 181
10                 Excuse me.  I owe you a
11   fourth presentation before I forget.
12       Q.    Yes.
13       A.    It was actually just last
14   year.  It was May of 2005, and I
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
15  presented before the FDA on the use of
16  orthogonal discriminate analysis in
17  developing mixtures of proteomic tests to
18  predict Alzheimer's disease and
19  Parkinson's disease.
20        Q.    On whose behalf was that
21  presentation?
22        A.    Power Three Medical.
23        Q.    Was it in association with a
24  particular product?
page 162
1         A.    Yes, it was.  The product
2   would be a test kit.
3         Q.    Did it have a product name
4   you were aware of?
5         A.    I would say not yet.  It
6   wasn't even that far.
7         Q.    All right.
8               Is it fair to say that that
9   presentation was also about the use of a
10  particular statistical technique?
11        A.    Yes, that's right.
```

[207:14] - [208:6]          6/2/2006      Moye, Lemuel A.

```
page 207
14        A.    Celebrex, I don't quite
15  agree with that with Celebrex, because my
16  understanding of Celebrex is that it has
17  more COX-1, anti-COX-1 activity than
18  Vioxx does.  So, to the degree that it
19  has more anti-COX-1 activity is the
20  degree to which it might inhibit
21  thromboxane.
22        Q.    Have you looked at any
23  literature that discusses the effect of
24  Celebrex on thromboxane or not?
page 209
1         A.    I have not looked at any
2   particular literature, no.
3         Q.    There's nothing you've seen
4   that tells you one way or the other?
5         A.    I haven't looked to answer
6   the question.
```

[242:15] - [243:6]          6/2/2006      Moye, Lemuel A.

```
page 242
15               And are there multiple
16  organs in the body that produce
17  prostacyclin?
18        A.    Yes, sir.
19        Q.    What are the organs?
20        A.    Prostacyclin -- kidney.
21        Q.    Kidney.
22        A.    That's the only one that
23  comes to mind right now.
24        Q.    Is it produced in the lung?
page 243
1         A.    I don't know about that.
2         Q.    How about the ovary?
3.        A.    I don't know about that.
4         Q.    You just don't know one way
5   or the other?
6         A.    Right.
```

[266:11] - [267:17]          6/2/2006      Moye, Lemuel A.

```
page 266
11        Q.    Dr. Moye, the data that you
```

Exhibit B - Moye Deposition Excerpts

• **Barnett Expert Motions**

```
12  indicated that the FDA did not have and
13  that the Advisory Committee did not have
14  was set forth in the Watson memo, right?
15       A.     That the Advisory Committee
16  did not have is in the Watson memo,
17  that's right.
18       Q.     Do you know whether the FDA
19  did or didn't have that?
20       A.     The FDA gets a wealth of
21  material from Merck.  I can't tell you,
22  I've gone through the thousands of pages
23  to see if the Merck -- this data was in
24  it, but I do know that the Advisory
page 267
1   Committee didn't get it.
2        Q.     You know that because it
3   wasn't in the background package and
4   because it wasn't in the FDA's package?
5        A.     And it wasn't discussed at
6   the meeting.
7        Q.     So, your assumption is if it
8   was provided, then it would have been
9   discussed at the meeting?
10              MR. WACKER:  Objection to
11         the form.
12              THE WITNESS:  Well, no.  My
13         assumption is, if it wasn't in the
14         FDA packet and it wasn't in the
15         background packet and it wasn't
16         discussed in the meeting, then the
17         Advisory Committee did not get it.
```

[271:4] - [271:24]      6/2/2006      Moye, Lemuel A.

```
page 271
4        Q.     The analysis that he
5   conducted was based on the incidence of
6   thrombotic cardiovascular serious adverse
7   events among patients in the Vioxx Phase
8   IIb and III osteoarthritis trials and
9   their extensions, right?
10       A.     Yes.
11       Q.     Okay.
12              Now, is it your
13  understanding that all of the data from
14  Phase IIb and III osteoarthritis studies
15  that were completed at the time of the
16  approval had been submitted to the FDA
17  for their consideration?
18       A.     I believe that that's true,
19  yes.  I think I would expect that to be
20  part of the NDA.
21       Q.     You would expect an
22  evaluation of all of the Phase II and III
23  OA trials to be part of the NDA?
24       A.     Yes.
```

[281:14] - [282:5]      6/2/2006      Moye, Lemuel A.

```
page 281
14       Q.     These data are later
15  unblinded, right?
16       A.     Yes.
17       Q.     Those unblinded data are
18  analyzed, right?
19       A.     Yes.
20       Q.     Those unblinded data are
21  reported, and the CV event rates are
22  analyzed, right?
23       A.     You mean where?
24       Q.     In the new drug application.
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

page 282
1        A.      In the NDA.  Somewhere in
2  the NDA.  Okay.
3        Q.      Well, in the integrated
4  safety summary.
5        A.      Okay.

[299:7] - [301:12]    6/2/2006      Moye, Lemuel A.

page 299
7                Well, let's take them one at
8  a time.  First of all, what's your basis
9  mechanistically for saying that Vioxx
10  destabilizes plaque?  Do you have any
11  paper or any scientific evidence of that?
12        A.      I don't have any paper that
13  shows definitively that in intravascular
14  atherosclerosis production that COX-2
15  inhibitors can accelerate that.  I guess
16  I would have expected to see that from
17  Merck's own development program.  I mean,
18  it wasn't there.
19                However, I do understand the
20  complexity of the atherosclerotic
21  generation system.  I also understand the
22  delicate interplay in the role of
23  thrombus, and I believe it is admissible
24  that COX-2 inhibitors, like Vioxx, and
page 300
1  exclusively COX-2 inhibitors, can make
2  atherogenic caps more friable.
3                MR. JOSEPHSON:  Objection,
4        nonresponsive.
5  BY MR. PIORKOWSKI:
6        Q.      Based on what?
7        A.      Based on my understanding of
8  how these mechanisms work.
9        Q.      We already talked about
10  MMP-9 and 2 and their effect on
11  stabilizing plaque when you inhibit them.
12  Do you have any theory or any paper that
13  supports that inhibiting COX-2 causes
14  destabilization of plaque specifically?
15                MR. WACKER:  Object to form.
16                THE WITNESS:  It is my
17        assessment -- it is my opinion
18        based on the summing up of my
19        understanding of the mechanisms by
20        which atherogenic mounds develop
21        and break off.
22                MR. PIORKOWSKI:  Objection,
23        nonresponsive.
24  BY MR. PIORKOWSKI:
page 301
1        Q.      So, the answer is, no, you
2  can't cite me to any scientific study?
3                MR. WACKER:  That's
4        argumentative.
5                THE WITNESS:  I guess my
6        answer is --
7                MR. PIORKOWSKI:  No, it's
8        not.  My question is, is there a
9        study, not what's his
10        understanding.
11                THE WITNESS:  My answer is,
12        no, there's not, and I would have

[331:7] - [332:9]    6/2/2006      Moye, Lemuel A.

page 331
7        Q.      Is prostacyclin a

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
8   prostaglandin?
9        A.      (Witness reviewing
10  document.)
11               I'm sorry.  I don't see
12  where I mention prostacyclin here.
13       Q.      You don't.
14       A.      Oh, okay.  I'm sorry.
15       Q.      I said you mentioned
16  prostaglandins.
17       A.      Yes.
18       Q.      My question is, is
19  prostacyclin a prostaglandin?
20       A.      It's related to it.  I don't
21  know the chemical composition of it.  So,
22  I don't know if it meets the chemist's
23  definition of being a prostaglandin or
24  not.
page 332
1        Q.      Is that outside your area of
2   expertise?
3        A.      Whether prostacyclin is a
4   prostaglandin, yes.
5        Q.      Do you know whether
6   thromboxane is a prostaglandin?
7        A.      It's regulated by
8   prostaglandin.  I don't know if itself it
9   is a prostaglandin.
```

[333:13] - [333:21]      6/2/2006      Moye, Lemuel A.

```
page 333
13               You say that disturbing the
14  balance, delicate clotting balance is one
15  of the mechanisms by which you believe
16  Vioxx can exert an effect, right?
17       A.      Right.
18       Q.      And is that effect one that
19  is related to what you believe to be its
20  effect on prostacyclin?
21       A.      Yes.
```

[336:8] - [336:15]      6/2/2006      Moye, Lemuel A.

```
page 336
8        Q.      Now, the idea about this
9   imbalance is that the imbalance is caused
10  by inhibiting prostacyclin without the
11  thromboxane, right?
12       A.      Of the clotting imbalance.
13       Q.      Of the clotting imbalance?
14       A.      Yes.
15       Q.      Right.
```

[339:21] - [340:7]      6/2/2006      Moye, Lemuel A.

```
page 339
21       Q.      -- "is unsafe at any
22  dose/duration combination in any patient
23  regardless of their underlying risk for
24  cardiovascular disease."
page 340
1                Is that your opinion?
2        A.      Yes.
3        Q.      So, there's no patient ever
4   for whom the risks of Vioxx justify
5   giving that product?  Is that your view?
6        A.      That's my view.  That is my
7   view, yes.
```

Exhibit B - Moye Deposition Excerpts

**• Barnett Expert Motions**

[343:14] - [343:18]          6/2/2006        Moye, Lemuel A.

```
page 343
14          Q.      Who decides if the benefits
15  outweigh the risks, you?
16                  MR. WACKER:  Objection.
17                  THE WITNESS:  The patients
18          do.
```

[343:21] - [343:24]          6/2/2006        Moye, Lemuel A.

```
page 343
21                  Well, you're expressing the
22  view that there's no patient for whom the
23  benefits outweigh the risks?
24          A.      That's true.
```

[351:12] - [351:15]          6/2/2006        Moye, Lemuel A.

```
page 351
12          Q.      There are alternatives that
13  are less risky?
14          A.      There are alternatives that
15  don't cause heart attacks and strokes.
```

[360:7] - [360:13]          6/2/2006        Moye, Lemuel A.

```
page 360
7                   But your view is that there
8   are no circumstances in which the
9   benefits of Vioxx outweigh the risks,
10  right?
11          A.      Yes, sir.
12          Q.      Ever?
13          A.      Yes.
```

[368:22] - [369:24]          6/2/2006        Moye, Lemuel A.

```
page 368
22                  Do you disagree that the FDA
23  also found that data from long-term
24  controlled clinical trials that have
page 369
1   included a comparison of COX-2 selective
2   and nonselective NSAIDs do not clearly
3   demonstrate that the COX-2 selective
4   agents confer a greater risk of serious
5   adverse CV events than nonselective
6   NSAIDs?
7           A.      If you ask me do I disagree
8   with the fact that they said that, of
9   course not.
10          Q.      Okay.
11                  So, let me make sure I got
12  this --
13          A.      That's what they said and I
14  acknowledged that.
15          Q.      And you disagree with that?
16          A.      Well, I'm here to speak
17  today about rofecoxib.
18          Q.      I understand.
19          A.      I'm not here to speak about
20  Bextra or Celebrex.
21          Q.      I understand.
22          A.      And so based on my
23  understanding of the effects of
24  rofecoxib, I would disagree with that.
```

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

[370:2] - [370:10]        6/2/2006        Moye, Lemuel A.

page 370
2                But you haven't done a
3     scientific review of the literature on
4     the cardiovascular effects of other
5     NSAIDs, have you?
6          A.    That's true.
7          Q.    And the FDA says that they
8     did that?
9          A.    Fair enough.
10         Q.    Okay.  All right.


[370:11] - [371:21]       6/2/2006        Moye, Lemuel A.

page 370
11               Is it your position that you
12    know that Vioxx has a greater
13    cardiovascular risk than these other
14    drugs which you have not done a
15    scientific investigation of, or is it
16    your opinion you've not looked at the
17    question and don't have an opinion one
18    way or the other?
19         A.    I have not looked at the
20    question, so, I can't rank order, I think
21    is the term used by the FDA.  At this
22    point in time, I can't rank order.
23         Q.    With respect to
24    cardiovascular risk?
page 371
1          A.    Right.
2          Q.    Okay.
3                And that's true with respect
4     to Vioxx and Celebrex also, right?
5          A.    Well, it means the same
6     thing.  Rank order with respect to
7     COX-2s -- with respect to rofecoxib and
8     other COX-2s, because I haven't looked at
9     other COX-2s.
10         Q.    I just want to make sure
11    we're clear on two things.
12         A.    Maybe not.
13         Q.    Rank order with respect to
14    Vioxx versus Celebrex, you haven't looked
15    at that question, right?
16         A.    That's right.  I have not
17    looked at that point.
18         Q.    So, you can't have an
19    opinion not having looked at that
20    question?
21         A.    Right.


[376:21] - [377:13]       6/2/2006        Moye, Lemuel A.

page 376
21         Q.    Dr. Moye, is there any
22    specific study that you're relying on for
23    your opinion that Vioxx causes an
24    imbalance between prostacyclin and
page 377
1     thromboxane?
2          A.    No.  It was my understanding
3     of the biochemistry of it, but I haven't
4     reviewed the basic biochemical studies,
5     no.
6          Q.    Do you know whether the
7     studies measure prostacyclin directly or
8     whether they measure a metabolite of
9     prostacyclin?
10         A.    I don't know that.

Exhibit B - Moye Deposition Excerpts

• Barnett Expert Motions

```
11        Q.    Do you know the difference
12   between PGI2 and PGF1a?
13        A.    No.
```

[394:11] - [394:18]          6/2/2006          Moye, Lemuel A.

```
page 394
11              THE WITNESS:  I would say
12        not just based on those studies,
13        but based on my understanding of
14        the role of the -- the
15        differential role of COX-1, COX-2,
16        that Vioxx is the worst.  That's
17        my understanding as I sit here
18        today.
```

[396:1] - [396:22]          6/2/2006          Moye, Lemuel A.

```
page 396
1              C E R T I F I C A T E
2
3              I, LINDA L. GOLKOW, a Notary
     Public and Certified Shorthand Reporter
4    of the State of New Jersey, do hereby
     certify that prior to the commencement of
5    the examination, LEMUEL A. MOYE, M.D. was
     duly sworn by me to testify to the truth,
6    the whole truth and nothing but the
     truth.
7
8              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
9    testimony as taken stenographically by
     and before me at the time, place and on
10   the date hereinbefore set forth, to the
     best of my ability.
11
12             I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor
13   attorney nor counsel of any of the
     parties to this action, and that I am
14   neither a relative nor employee of such
     attorney or counsel, and that I am not
15   financially interested in the action.
16
17
18
19             _____
               LINDA L. GOLKOW, CSR
20             Notary Number:  1060147
               Notary Expiration:  1-2-08
21 .           CSR Number:  30XI176200
               Dated:  June 9, 2006
22
```

# CURRICULUM VITAE

### Lemuel A. Moyé, M.D., Ph.D.
### February 4, 2006

**OFFICE ADDRESS:**

The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, Suite 801
Houston, Texas  77030
(713) 500-9518

## Education

| 1987 | Ph.D. | Community Health Sciences-Biometry | The University of Texas School of Public Health Houston, Texas |
| 1980 | M.S. | Statistics | Purdue University West Lafayette, Indiana |
| 1978 | M.D. | Medicine | Indiana University School of Medicine Indianapolis, Indiana Cornell University Medical College New York 9/74-6/76 |
| 1974 | B.A. | Mathematical Sciences(Honors) | The Johns Hopkins University |

### Professional Experience

**Professor of Biostatistics,** The University of Texas School of Public Health;
Houston, Texas  (2002- current)
**Secondary Appointment in Epidemiology,** The University of Texas School of Public Health;
Houston, Texas  (2004-)
**Associate Professor of Biometry.**  The University of Texas School of Public Health;
Houston, Texas (1995-2002)
**Assistant Professor of Biometry.**  The University of Texas School of Public Health;
Houston, Texas (1989-1995).
**Research Assistant Professor of Biometry.**  The University of Texas School of Public Health;
Houston, Texas (1987-1989).
**Consulting Clinical Biostatistician.**  Baylor College of Medicine;
Houston, Texas (1985-Present).
**Owner : MediClinic Physicians' Association:** Houston Texas 1986-87
**Physician.**  MediClinic; 2473 South Braeswood; Houston, Texas  77030 (1984-Present).



EXHIBIT
C
Blumberg No. 5119

M00C0D9B659

**Acting Medical Director.** Methodist Health Care Centers; 1919 North Capitol; Indianapolis, Indiana (1984).

**Clinical Biostatistician.** Regenstrief Institute for Health Care; 1001 West Tenth Street; Indianapolis, Indiana 46202 (1979-1984).

**Acting Medical Director Methodist Health Care Center;** 1919 North Capitol; Indianapolis, Indiana (1982-1984).

**Physician.** Methodist Health Care Center; 1919 North Capitol; Indianapolis, Indiana (1982-1984).

**Physician.** Industrial Medicine/Employee Health; Methodist Hospital Graduate Medical Center; Indianapolis, Indiana (1979-1982).

**Physician.** United States Steelworks; Gary, Indiana (1982-1983).

## HONORS

**Best Presentation**

> International Joint Statistical Meetings, Teaching Statistics to Health Science Professionals, Toronto, 2004

**Peer Recognition for Outstanding Scholarship, 2000**

> University of Texas Health Science Center at Houston

**Peer Recognition for Outstanding Scholarship, 1999**

> University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1994.**

> University of Texas Health Science Center at Houston

**Outstanding New Faculty Achievement Award, 1992.**

> University of Texas Health Science Center at Houston

**Outstanding Scholarly Contribution Award, Systems Research Foundation;**

> Baden-Baden, West Germany, August 1988.

**Rudin Scholar, 1974.**

> Cornell University Medical College

**Departmental Honors, Mathematical Sciences, 1974.**

> The Johns Hopkins University

**Alpha Epsilon Delta Premedical Honorary Society, 1972.**

> The Johns Hopkins University

## Professional Certification and Licenses

Diplomate, National Board of Medical Examiners, 1979.

Physician, State of Indiana Licensing Board, 1979- present

Physician, State of Texas Board of Medical Examiners, 1984-present

## Journal Reviewer

Journal of Clinical Epidemiology

Journal of the American Statistical Association

Biometrics

Controlled Clinical Trials

Journal of Biopharmaceutical Statistics

Jouirnal of Applied Research

PharmacoEconomics

American Journal of Epidemiology

Statistics in Medicine

New England Journal of Medicine

Circulation

American Family Physician

Lancet

Atherosclerosis

MODD930699

## Book Reviewer

Springer

## Current Funded Research

3P50NS04427-03S2  PI: Moyé     7/1/2002-6/30/2007     15%
NIH     $16,212.00
University of Texas Program in Acute Stroke
Develop effective new stroke therapies; appication of more efficient stroke
treatment;development of clinical, statistical, and training cores to facilillate the aims of this
project.

5P20MD000170-03  PI McCormick     3/3/2003-2/29/2008     8%
NIH     $988,798.00
EXPORT – Creation of a Hispanic Health Research Center in the Lower Rio Grande (LRGV)
Develop research capacity in a nucleus of individuals in partner minority serving academic
institutions in the LRGV; transfer of scientific technology and expertise to the LRGV; create
capacity for collecting, managing, and disseminating information on Hispanic Health locally,
regionally, and eventually globally; develop community participatory research and intervention
strategies specific for Hispanic (Mexicn American) cultures; develop the HHRC into a
collaborative center for Hispanic Health research with other institutions.

5R01HL069397-04  PI Taylor     9/1/2001-8/31/2005     5%
BCM     $36,455.00
Lifestyle Adherence in High CVD Risk African-American
To improve adherence to lifestyle recommendations included in the clinical practice guidelines
for treatment of major cardiovascular disease risk factors, including hypertension,
hyperlipidemia, and Type 2 diabetes, in low-income African-Amcerican patients treated in a
public health care system.

Pending     PI Moyé     5/1/2005-4/30/2006     20%
Methodist     $16,686.00
SPH-MH Collaborative Project for Biostatistical Endeavors
The purpose of this agreement is related to the biostatistical activities and support of Methodist
researchers.

5P50NS044227-04  PI Moyé     7/1/2002-6/30/2007     10%
NIH     $119,002.00
University of Texas Program in Acute Stroke
Develop effective new acute stroke therapies; application of more efficient stroke treatment;
development of clinical, statistical, human, and training cores to facilitate this projects aims.

## Publications

1. Moody MR, Morris MJ, Young VM, **Moyé LA**, Schimpff SC, Wiernik PM. Effect of
two cancer chemotherapeutic agents on the antibacterial activity of three antimicrobial
agents. *Antimicrobial Agents and Chemotherapy* 1978; 14:737-742.

M003D98660

2.    Schreiner RL, Eitzen H, Gfell MA, Kress A, Gresham EL, French M, Moyé L.
      Environmental contamination of continuous drip feedings. *Pediatrics* 1979; 63:232-237.
3.    Meyer CL, Eitzen HE, Schreiner RL, Gfell MA, Moyé L, Kleiman MB. Should linen in
      newborn intensive care units be autoclaved? *Pediatrics* 1981; 67:362-364.
4.    Lemons JA, Moyé LA, Hall D, Simmons M. Differences in the composition of preterm
      and term human milk during early lactation. *Pediatric Research* 1982; 16:113-117.
5.    Meyer CL, Gresham EL, Moyé LA, Jansen RD, Lemons JA, Schreiner RL. Evaluation
      of a system for continuous neonatal blood pressure monitoring. *Critical Care Medicine*
      1982; 10:689-691.
6.    Rickard KA, Ernst JA, Brady MD, Moyé LA, Schreiner RI, Gresham EL, Lemons JA.
      Nutritional outcome of 207 very low-birth-weight infants in an intensive care unit.
      *Journal of the American Dietetic Association* 1982; 81:674-682.
7.    Moyé LA, and Roberts SD. Modeling the pharmacologic treatment of hypertension.
      *Management Science* 1982; 28:781-797.
8.    Green D, Moyé L, Schreiner RL, Lemons JA. The relative efficacy of four methods of
      human milk expression. *Early Human Development* 1982; 6:153-159.
9.    Lemons JA, Reyman D, Moyé L. Amino acid composition of preterm and term breast
      milk during lactation. *Early Human Development* 1983; 8:323-329.
10.   Ernst JA, Bull MJ, Moyé LA, Brady BS, Rickard KA, Schreiner RL, Gresham EL,
      Lemons JA. Growth outcome of the very low birth weight (VLBW) infants at one year.
      *Journal of the American Dietetic Association* 1983; 82:44-49.
11.   Scott PH, Eigen H, Moyé LA, Georgitis J, Laughlin JJ. Predictability and consequences
      of spontaneous extubation in a pediatric ICU. *Critical Care Medicine* 1985; 13:228-232.
12.   The SHEP Cooperative Research Group. Rationale and design of a randomized clinical
      trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidem*. Vol 41, No
      12 pp 1197-1208(1988).
13.   Moyé L, Kapadia A, Cech I, Hardy R. The theory of runs with application for drought
      predictions. *J Hydrol*. 103(1988)127-137.
14.   Moyé LA, Kapadia A, Cech I, Hardy R. A prediction model for outpatient visits and
      cash flow: Development in prospective run theory. *Statistics*. Vol. 39(1990) No 4. pp.
      399-414.
15.   Pratt CM, Moyé, LA 'The Cardiac Arrhythmia Suppression Trial: Background, Interim
      Results and Implications. *Am J Card 65(4) B::20-B 29, Jan 16, 1990*
16.   Pratt CM, Moyé LA. The cardiac arrhythmia suppression trial - implications for
      antiarrhythmic drug development. *J Clin Phar* 30(11):967-974, Nov 1990.
17.   The SHEP Cooperative Research Group. Monograph of the Baseline Findings in SHEP.
      *Hypertension*, Vol 17, No 3, March 1991.
18.   The SHEP Cooperative Research Group. Prevention of Stroke by Antihypertensive Drug
      Therapy in Older Persons with Isolated Systolic Hypertension: Final Results of the
      Systolic Hypertension in the Elderly Program (SHEP). *Journal of the American Medical
      Association*. June 26, 1991: Vol 265, No. 24.
19.   Mahmarian JJ, Moyé LA et al. Development of Algorithms for Accurate Interpretation
      on Changes in Left Ventricular Ejection Fraction and Cardiac Volumes as Assessed by
      Rest and Exercise Radionuclide Angiography. *Journal of the American College of
      Cardiology*, Vol 18, No. 1, July 1991: 112-9.

MOID99B061

20.   Steingart RM, Packer M, Hamm P, Coglianese ME, Gersh B, Geltman E, Sallano J, Katz
      S, Moyé L, et al. "Sex Bias in the Management of Coronary Artery Disease". *New
      England Journal of Medicine.* July 25, 1991: Vol 325, 226-230.

21.   Pfeffer MA, **Moyé** LA, et al. Selection Bias in the Use of Thrombolytic Therapy in Acute
      Myocardial Infarction. *J Am Med A* 266(4):528-532, Jul 24, 1991.

22.   Moyé LA for the SAVE Cooperative Group. Rationale and Design of a Trial to Assess
      Patient Survival and Ventricular Enlargement after Myocardial Infarction. *Am J Cardiol*
      1991;68:70D-79D.

23.   Sacks FM, Pfeffer MA, **Moyé, LA,** et. al. The Cholesterol and Recurrent Events Trial
      (*Cholesterol and Recurrent Events Clinical Trial*): Rationale, Design and Baseline
      Characteristics of Secondary Prevention Trial of Lowering Serum Cholesterol and
      Myocardial Infarction. *Am J Card* 68(15):1436-1446, Dec 1, 1991.

24.   Moyé **LA.** Central Laboratory Sampling Plans and Quality Control in Clinical Trials.
      *Controlled Clinical Trials* 12:761-767 (1991).

25.   Rouleau JL, Moyé LA, de Champlain J, Klein M, Bichet D, Packer M, Dagenais G,
      Sussex B, Arnold JM, Sestier F, et al. Activation of neurohumoral systems following
      acute myocardial infarction.Am J Cardiol. 1991 Nov 18;68(14):80D-86D. Review

26.   Goff DC, Shekelle RB, **Moyé, LA,** Katan MB, Gotto AN, Stamler J. Does body fatness
      modify the effect of dietary cholesterol on serum cholesterol: Results for the Chicago
      Western Electric Study. *Am J of Epidemiol;1993;137:171-7.*

27.   Pfeffer MA, Braunwald, E, **Moyé** LA et al. Effect of Captopril on mortality and
      morbidity in patients with left ventricular dysfunction after myocardial infarction - results
      of the Survival and Ventricular Enlargement Trial. *N Eng J Med* 327(10):669-677, Sep
      3, 1992.

28.   Rouleau JL, **Moyé, LA,** et al. A Comparison of management patterns after acute
      myocardial infarction in Canada and the United States. US vs. Canada. *N Eng J
      Med;328:779-784.*

29.   Moyé **LA,** Davis BR, Hawkins CM. Analysis of a Clinical Trial Involving a Combined
      Mortality and Adherence Dependent Interval Censored Endpoint. *Statistics in Medicine.*
      Vol. 11, 1705-1717 (1992).

30.   Davis BR, Wittes J, Pressel S, Berge KG, Hawkins CM, Lakatos E, **Moyé LA,**
      Probstfield JL. Statistical Considerations in the Monitoring of Systolic Hypertension in
      the Elderly Program (SHEP). *Controlled Clinical Trials.* Vo 14. No 5. Oct 1993 350-
      361.

31.   Rouleau JL, de Champlain J, Klein M, Bichet D, Moyé L, Packer M, Dagenais GR,
      Sussex B, Arnold JM, Sestier F, et al.Activation of neurohumoral systems in
      postinfarction left ventricular dysfunction. *J Am Coll Cardiol.* 1993 Aug;22(2):390-8.

32.   The Systolic Hypertension in the Elderly Program Cooperative Research Group.
      Implications of the Systolic Hypertension in the Elderly Program. *Hypertension.*
      1993;21:335-343.

33.   Moyé LA, Davis BR, Hawkins CM. Conclusions and Implications of the Systolic
      Hypertension in the Elderly Program. *Clinical and Experimental Hypertension.*
      15(6),911-924(1993).

34.   Mahmarian JJ, Smart FW, **Moyé** L,Kingry CL, Young JB, Francis MJ, et al. Exploring
      the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. *Am. J.
      Cardiol* 1994;74:681-686. Oct, 1994.

MC03D9962B

35.   Hall CH, Rouleau JL, **Moyé LA**, et al. N-Terminal Proatrial Natriuretic Factor - An Independent Predictor of Long Term Prognosis After Myocardial Infarction. *Circulation* 1994;89:1934-1942.

36.   Sutton, St JS, Pfeffer, MA, Plappert T, Rouleau JL, **Moyé LA.** Quantititative two dimensional echocardiographic measurements are major predictors of adverse cardiovascular events following acute myocardial infarction. *Circulation*;1994;89:68-75.

37.   Pratt CM, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, **Moyé L.** The dose-response relationship between terfenadine (SELDANE) and the QTc interval on the scalar electrocardiogram: distinguishing a drug effect from spontaneous variability. *American Heart Journal.* Vol 73. February 15, 1994.346-352.

38.   Pratt CM, Hertz RP, Ellis BE, Crowell SP, Louv W, **Moyé LA.** Risk of developing life threatening ventricular arrhythmia associated with terfenadine (SELDANE) in comparison with over the counter antihistamines, Ibuprofen, and Clemastin". *Am J. Cardiol;1994;73:346-352.*

39.   **Moyé LA,** Pfeffer MA, Wun CC, Davis BR, et al. Uniformity of Captopril Benefit in the Post Infarction Population: Subgroup Analysis in SAVE. *European Heart Journal(1994)* 15; Supplement B;2-8.

40.   Rutherford JD, Pfeffer MA, **Moyé LA,** Davis BR, et. al. Effects of Captopril on Ischemic Events After Myocardial Infarction. *Circulation.*1994;90:1731-1738.

41.   Pratt CM, Mahmarian J, **Moyé LA.** Exploring the Minimal Dose of Amiodarone with Antiarrhythmic and Hemodynamic Activity. *Am J Cardiol* 1994;74:681-686.

42.   Applegate WB, Presel S, Wittes J. Luhr J, Shekelle RB, Camel GH, Greenlick MR, Hadley E, **Moyé L,** et al. Impact of the Treatment of Isolated Systolic Hypertension on Behavioral Variables: Results from the Systolic Hypertension in the Elderly (SHEP) Study. *Archives of Internal Medicine.* 154(19):2154-60, 1994 Oct 10.

43.   Rouleau, JL, Packer M., **Moyé LA.,** et al.  "Prognostic value of neurohumoral activation in patients with an acute myocardial infarction: effect of captopril". *J. Am Coll Cardiol* 1994;24:583-91.

44.   Pfeffer MA, Sacks FM, **Moyé LA** et. al. for the Cholesterol and Recurrent Events Clinical Trial Investigators.  Cholesterol and Recurrent Events (Cholesterol and Recurrent Events Clinical Trial) trial: A secondary prevention trial for normolipidemic patients. *Am J. Cardiol.* 1995;76:98C-106C.

45.   Mahmarian JJ, Smart FW, **Moyé LA,** Young JB. et al.  Exploring the minimal dose of Amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiology* 1994;74:681-686.

46.   **Moyé, LA,** Richardson MA, Post-White J, Justice B.  Research Methodology in Psychoneuroimmunology:  Rationale and Design of the IMAGES-P (Imagery and Group Emotional Support Study-Pilot) Clinical Trial.  . *Alternative Therapy in Medicine*, May, 1995.

47.   **Moyé, LA,** Kapadia AS.  Predictions of drought length extreme order statistics using run theory. *Journal of Hydrology*, 169(1995) 95-110.

48.   Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh, BJ, Wun CC, **Moyé LA,** et al.  The Effect of Infarct Artery Patency on Prognosis Following Acute Myocardial Infarction. *Circulation.* 1995;92;1101-1109.

49.   Hartley LH. Flaker G. Basta L. Menapace F. Goldman S. Davis B. Hamm P. Lamas G. **Moyé L.** Wun CC. et al. Physical working capacity after acute myocardial infarction in

MOO3D98663

patients with low ejection fraction and effect of captopril. *American Journal of Cardiology.* 76(12):857-60, 1995 Nov 1.

50.   Simes RJ on behalf of the PPP and CTT Investigators. Cholesterol and recurrent events: A secondary prevention trial for normolipidemic patients. *American Journal of Cardiology* 76:98C-106C, 1995.

51.   The PPP Project Investigators. Design, rationale, and baseline characteristics of the Prospective Pravastatin Pooiling (PPP ) Project. A combined analysis of three large scale randomized trials LIPID, CARE, and WOSCOPS. *American Journal of Cardiology* 76:899-905,1995.

52.   Pratt C, Moyé LA, et. al.  The dose-response relationship between Terfenadine (Seldane) and the QTc interval on the scalar electrocardiogram: Distinquishing a drug efect from spontaneous variability. *American Heart Journal,* 31(3):472-480.

53.   Mahmarian JJ, Moyé LA, et.al.  High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 Tomagraphy. *Am Jour. Cardiol* 1995;75:1116-1119.

54.   Moyé LA, Davis BR, Sacks F, Cole T, Brown L, Crawford B, Hawkins CM. "Decision Rules for Predicting Future Lipid Values in a Cholesterol Reduction Clinical Trial" *Controlled Clinical Trials*(1996)17;536-546.

55.   Sacks FM. Pfeffer MA, Moyé, LA. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996;335:1001-9.

56.   Moyé LA.  Sizing Clinical Trials with Variable Endpoint Event Rates. *Statist in Med.,*16,2267-2282(1997).

57.   Mahmarian JJ, Moyé LA, Nasser GA, et al.  A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. , *J Am Coll Cardiol* 1997;30:125-30.

58.   Loh E, Sutton MST, Wun CC, Rouleau JL, Flaker GC, Gottlieb SS, Lamas GA, Moyé, LA, Goldhaber SZ, Pfeffer MA. "Ventricular Dysfunction and the risk of stroke after myocardial infarction. *N Engl J Med* 1997;356;251-7.

59.   Mitchell GF, Moyé LA, Braunwald E, Rouleau JL, Berstein V, Geltman EM, Flaker GC, Pfeffer MA. Sphygmomanometrically determined pulse pressure is a powerful independent predictor of recurrent events after myocardial infarction in patients with impaired left ventricular function. SAVE investigators. Survival and Ventricular Enlargement. *Circulation.* 1997 Dec 16;96(12):4254-60.

60.   Vantrimpont P, Rouleau JL, Wun CC, Ciampi A, Klein M, Sussex B, Arnold JM, Moyé L, Pfeffer M. Additive beneficial effects of beta-blockers to angiotensin-converting enzyme inhibitors in the Survival and Ventricular Enlargement (SAVE) Study. SAVE Investigators. *J Am Coll Cardiol* 1997;29:229-236.

61.   Sutton MSJ, Pfeffer MA, Moyé, LA. Et.al. Cardiovascular death and left ventricular remodeling two years after myocardial infarction; baseline predictors and impact of long term use of aptopril;information from the survival and ventricular enlargement (SAVE) *Circulation.* 1997;96:3294-3299.

62.   Richardson MA, Post-White J, Grimm E, Moyé LA, Singletary E, Justice B. Coping, Life attitudes, and immune responses to imagery and group support after breast cancer treatment. *Alternative Therapies in Health and Medicine. 1997;3*(5);62-70.

M003D98654

*Publications*

*Lemuel A. Moyé, M.D., Ph.D*
*Page 8 of 25*

63.   Lamas GA, Mitchell FG, Glaker GC, Smith SC, Gersh BJ, Basta L, **Moyé**, L, Braunwald
      E, Pfeffer, MA. "Clinical significance of mitral regurgitation after acute myocardial
      infarction". *Circulation*.1997;96:827-833.

64.   Mahmarian JJ, **Moyé, LA** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A,
      Chaitman BR, Weng CSW, Morales-Ballejo H, Pratt CM. Transdermal nitroglycerin
      patch therapy improves left ventricular function and prevents remodeling after acute
      myocardial infarction: results of a multicenter prospective randomized double-blind
      placebo controlled trial. *Circulation*. 1998;97:2017-2024.

65.   Hager WD, Davis BR, Riba A, **Moyé LA**, Wun CC, Rouleau JR. Lamas GA. Pfeffer
      MA, for the SAVE Investigators. Absence of a deleterious effect of calcium channel
      blockers in patients with left ventricular dysfunction following myocardial infarction:
      The SAVE study experience. *Am Heart J* 1998;135:406-413.

66.   **Moyé**, LA. P-Value Interpretation and Alpha Allocation in Clinical Trials. *Ann
      Epidemiol* 1998;8:351-357.

67.   Pratt CM, MD, Mahmarian JJ, Morales-Ballejo H,Casareto R and **Moyé, LA** for the
      Transdermal Nitroglycerin Investigators Group. The long-term effects of Intermittent
      transdermal nitroglycerin on left ventricular remodeling after acute myocardial infaction:
      Design of a randomized, placebo controlled mulitcenter trial. . *American Journal of
      Cardiology*;1998:81-719-724.

68.   Wittes J, Lakatos E, Black D Geraci B, Davis B, **Moyé** L, Probstfield J. Selecting
      Screening Criteria for Clinical Trials: An Example for the Systolic Hypertension in the
      Elderly Program (SHEP). *Control Clin Trials*. 1999 Apr;20(2):121-32.

69.   Sacks FM, **Moyé LA**, Davis BR, Cole TB, Rouleau JL, Nash D, Pfeffer M, Braunwald
      E. Relationship between plama LDL concentrations during treatment with pravastatin and
      recurrent coronary events in the Cholesterol and Recurrent Events trial. *Circulation*.
      1998;97:1446-1452.

70.   Vantrimpont P, Rouleau J, Ciampi A, Harel F, de Champlain J, Bicher D, **Moyé L**,
      Pfeffer M for the SAVE Investigators. Two-year Time Course and Significance of
      Neurohumoral Activation in the survival and Ventricular Enlargement (SAVE) Study.
      *Eur Heart J* 1998;19:1552-1563.

71.   Lewis SJ, **Moye' LA**, Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher M, Kell
      S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on
      cardiovascular events in older patients with myocardial infarction and cholesterol levels
      in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Ann
      Intern Med* 1998;129;681-689.

72.   Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M,
      **Moyé LA**, Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular
      events in women after myocardial infarction: the cholesterol and recurrent events
      (CARE) trial. *J Am Coll Cardiol* 1998;32:140-6.

73.   Ridker PM, Ritai, N, Pfeffer MA, Sacks FM, **Moyé LA**,  Goldman S, Flaker GC,
      Braunwald E for the Cholesterol and recurrent events (CARE) ivestigators.
      'Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in
      patients with average cholesterol levels. *Circulation* 1998;98:839-44.

74.   Mahmarian JJ, **Moyé LA**, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Avanindra J,
      Chaitman BR, Weng CSW, Morales-Ballejo Hugo, Pratt CM. "Transdermal nitroglycerin
      patch therapy improves left ventricular function and prevents remodeling after acute
      myocardial infarction" *Circulation*. 1998;97:2017-2024.

MODGEC9996

75. Wittes J, Lakatoes I, Black E, Black D, Garaci B, Davis B, Moyé L, Probstfield J. . "Selecting blood pressure entry criteria for the Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials;1999;20:121-132.*

76. Plehn JF, Davis BR, Rouleau, JL, Pfeffer MA, Bernstein V, Cuddy TE, Moyé L, Piller L, Rutherford J, Simpson L, Braunwald E, Sacks F for the CARE Investigators. Reduction of stroke incidence following myocardial infarction with the pravastatin: The Cholesterol and recurrent events (CARE) study. *Circulation* 1999;99:216-223.

77. Fisher LD, Moyé LA. Carvedilol and the Food and Drug Administration Approval Process: An Introduction. *Controlled Clin Trials* 1999,20:1-15.

78. Moyé LA P-Value Interpretation in Clinical Trials. The Case for Discipline. *Controlled Clin Trials* 1999;20:40-49.

79. Pfeffer MA,, Sacks FM, Moyé LA, East C, Goldman S, Nash DT, Rouleau JR, Rouleau LJ, Sussex BA, Theroux P, Vanden Belt RJ, Braunwald E. Influence of baseline lipids on effectiveness of pravastatin in the CARE trial. *J Am Coll Cardiol* 1999;33:125-130.

80. Goldberg RB, Mellies M, Sacks F, Moyé LA, Howard B, Howard WJ, Davis B. Cole TG, Pfeffer MA, Braunwald E for the CARE Investigators. Cardiovascular Events and their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction survivors with average cholesterol levels:observations in the CARE trial. *Circulation* 1998;98:2513-2519.

81. Moyé LA. Alpha Calculus in Clinical Trials: Considerations and Commentary for the New Millenium. *Statist. Med.*2000;19:767-779.

82. Richardson MA, Ramirez T, Russell N, Moyé, LA. Coley toxins immunotherapy: A retrospective review. Altern Ther Health Med. 1999;5(3):42-47.

83. Kapadia AS, Chan W, Sachdeva R, Moyé LA, Jefferson LS. Predicting Duration of Stay in a Pediatric Intensive CARE Unit: A Markovian Approach. *European Journal of Operations Research* 124 (2000) 353-359.

84. Moyé LA. Alpha Calculus in Clinical Trials: Considerations and Commentary for the New Millenium. Rejoinder *Statist. Med.*2000;19:795-99.

85. Mikhail OI, Brinker MR Swint JM, Moyé LA, Sabino M.Technology Evolution: The technology spectrum and its appliation to orthopaedic technologies. *Int J Technol Assess Health Care.* 1999 Winter;15(1):254-63.

86. Flaker GC, Warnica J W, Moyé LA, Sacks FM for the Cholesterol and recrurent events CARE investigators. 'Pravastatin prevents clinical events in PTCA patients with normal cholesterol levels". *J Am Coll Cardiol* 1999;34:106-112.

87. Gorlick et. al. Moyé L et. al. Therapeutic benefit. Aspirin revisited in light of the introduction of clopidogrel. *Stroke.* 1999 Aug;30(8):1716-21.

88. Plehn JF, Davis BR, Sacks FM, Rouleau JL, Pfeffer MA, Bernstein V, Cuddy E, Moyé LA, Piller LB, Rutherford J, Simpson LM, Braunwald E. Reduction of Stoke Incidence after myocardial infarction with pravastatin; The CARE Study. *Circulation.*1999;99:216-223.

89. Morgenstern L, Wein T, Smith M, Moyé L, Pandey D, Labarthe D. Comparison of stroke hospitalization rates among Mexican Americans and non Hispanic whites. *Neurology* 2000;54:2000-2002.

90. Flather MO, Yusuf S, Kaber L, Pfeffer M, Hall A, Murray G, Torp-Pedersen C, Ball S, Pogue J, Moyé L, Braunwald E, for the ACE inhibitor Mycardial Infarction Collaborative Group. Long-term ACE-inhibitor therapy in patients with heart failure or

M003D98669

left-ventricular dysfunction: a systematic overview of data from individual patients. *Lancet* 2000;355:1575-81.

91.  Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. *Circulation* 2000;102:1886-1892.

92.  Lai D. Moyé LA, Davis BM. Brownian Motion and Long-Term Clinical Trial Recruitment.". *Journal of Statistical Planning and Inference.* 93(2001)239-246.

93.  Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

94.  Moyé LA. Random Research. *Circulation.*2001;103:3150-3.

95.  Campos, H,. Moyé LA, Glasser S. Stampfer M, Sacks FM. Low Density Lipoprotein Particle Size, Cholesterol and Apolipoprotein B concentration and Coronary Events. The Cholesterol and Recurrent Events (CARE) Trial. J. Am. Med, Ass. 286(12):1468-74.

96.  Bray P, Cannon CP, Goldschmidt-Clermont, Moyé LA, Pfeffer MA, Sacks FM, Braunwald E. The platelet $Pl^{A2}$ and angiotensin-converting enzyme (ACE) D allele Polymorphisms and the risk of recurrent events after acute myocardial infarction. *Am J Cardiol* 2000;88:347-352.

97.  Moyé LA. The perils of nonprospectively planned research. Part1: Drawing conlcusions from sample-baseed research. *American Clinical Laboratory.* April 2001. pp34-36.

98.  Moyé LA. The perils of nonprospectively planned research. Part 2: Guidelines for reviewing the results of sample-based research. *American Clinical Laboratories.*May 2001. pp20-22.

99.  Moyé LA, Power JH. Evaluation of Ethnic Minorities and Gender Effects in Clinical Trials:Opportunities Lost and Rediscovered.. *J Natl Med Assoc.2001;93(suppl):1-6..*

100.  Moyé LA, Deswal, A. Trials with trials: confirmatory subgroup analyses in controlled clinical experiments. *Controlled Clinical Trials* 2001;22:605-619.

101.  Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.

102.  Piriyawat P, Smajsova M, Smith MA, Pallegar S, Al-Wabil A, Garcia N, Risser JM, Moyé LA, Morgenstern LB. Comparison of active and passive surveillance for cerebrovascular disease: The Brain Attack Surveillance in Corpus Christi (BASIC) Project.. *Am J Epidemiol* 2002;156:1062-1069.

103.  Lai D, King T, Moyé LA, Wei Q. Sample size for biomarker studies. More subjects or more measurements per subject. Accepted. 2002.. *Annals of Epidemiology.*

104.  Zornoff LA, Sutton MSJ, Rouleau ML, Lamas GA, Plattert T, Rouleau J, Moyé LA, Lewis, S. Right ventricular dysfunction and risk of heart failure and mortality folliwng myocardial infaction. Accepted. *Journal of the American College of Cardiology.* February, 2002.

105.  Moyé LA, Tita, A. Defending the Rationale for the Two-Tailed Test in Clinical Research. *Circulation,* 2002;105:3062-3065. June, 2002.

106.  Moyé LA, Deswal A. The Perils of the Random Experiment. *J Card Failure:* 2002; 8: 247-253.

107.  Solomon S, Rouleau J, Sutten, MStJ. Moyé LA. Ventricular remodeling does not accompany the development of heart failure in diabetic patients. Accepted. *Circulation.* June 2002.

108.  Tonelli M, **Moyé LA.** Sacks FM, Kiberg B, Curham G for the Cholesterol and Clinical Event (CARE) Trial Investigators. Pravastatin for Secondary Prevention of Cardiovascular Events in Mild Chronic Renal Insufficiency. Analysis of CARE Randomized Trial. *Ann Intern Med*, 2003; 138:98-104.

109.  Piriyawat P, Smajsova M, Smith M, Pellagar S, Al-Wabil A, Garcia NM, Risser JM, **Moyé LA,** Morgenstern LB. Comparison of Active and Passive Surveillance for Cerebrovascular Disease. The BASIC Project. Am J. Epidemiol 2002:156:1062-1069.

110.  Al-Wabil A, Smith MA, **Moyé LA,** Burgin WS. Morgenstern LB. Improving efficiency of stroke research. The Brain Attack Surveillance in Corpus Christi (BASIC) Study. *Journal of Clinical Epidemiology*. 56 (2003) 351-357.

111.  **Moyé LA,** Deswal A. Perils of the random experiment. *Am J Ther*. 2003 Mar-Apr;10(2):112-21.

112.  Lai DJ, King TM, **Moyé LA.** Sample size for biomarker studies: More subjects or more meassurements per subject? *Ann Epidemiol* (2003) 13 (3):204-208.

113.  Lewis EF, **Moyé LA,** Rouleau JL, Sacks FM, Arnold MO, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of Late Development of Heart Failure in Stable Survivors of Myocardial Infarction. The CARE Study. *J Am Coll Cardiol* 2003;42:1446-53.

114.  Al-Wabil A, Cox MA, **Moyé LA,** Burgin WS, Morgenstern LB. Improving efficiency of stroke research: The Brain Attack Surveillance In Corpus Christi (BASIC) Study. *J Clin Epid* 2003;56:351-357.

115.  Smith MA, Risser JMH, Lisabeth LD, **Moyé LA,** Morgenstern LB. Access to care, acculturation and risk factors for stroke in Mexican Americans: The Brain Attack Surveillance in Corpus Christi Project. *Stroke* 2003;34:2671-2675.

116.  Aguilar D, Skali H, **Moyé LA,** Lewis EF. Gazianzo M, Rutherford JD, Hartley H, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD. Alchohol Consumption and Prognosis in Patients with Left Ventricular Systolic Dysfunction After a Myocardial Infarction. Accepted. *Journal of the American College of Cardiology*. January, 2004.

117.  Morgenstern LB, Smith MA, Lisabeth LD, Risser JMH, Uchino K, Garcia N, Longwell PJ, McFarling DA, Akuwumi O, Al-Wabil A, Al-Senani F, Brown DL, **Moyé LA.** Excess stroke in Mexican Americans compared with non-Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) Project. *Am J Epidemiol*, in press.

118.  Uchino K, Risser JMH, Smith MA, **Moyé LA,** Morgenstern LB. Ischemic Stroke sub-types among Mexican Americans and non Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) project. *Neurology,* in press.

119.  Alexandrov AV, Molina CA, Grotta JC, Garami Z, Ford SR, Alvarez-Sabin J, Montaner J, Saqqur M, Demchuk A.M., **Moyé LA.** Hill M.D., Wogner A.W. for the CLOTBUST Investigators. Ultrasound-enhanced systemc thrombolysis for acute ischemic stroke. *New England Journal of Medicine*;251:2170-2178.

120.  Tokmakova M.P., Skali H, Kenchaiah, Braunwald E, Rouleau J.L, Packer M, Chertow G.M. **Moyé L.A.,** Pfeffer M.A., Solomon S.D. Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction. *Circulation*:110;3667-3673.

121.  Kass-Hout TA. **Moyé LA,** Smith MA. Morgenstern LB. (2005) Simple Scoring Scheme for Ascertainment of Acute Stroke; the Risk Index Score. Methods of Information in Medicine 45: 27-36 In Press.

8998860QQM

*Published Correspondence*

122.   Sugg RM, Pary JK, Shaltoni HM, Baraniuk MS, Gonzales NR, Garami Z, Shaw SG,
       Matherne DE, Moyé LA, Alexandrov AV, Grotta JC. TPA argatroban stroke study
       (TARTS): study design and results in the first treated cohort. Accepted. *Archives of
       Neurology.*
123.   Lisabeth LD, Risser JMH, Brown D, Al-Senami F, Uchino K, Smith M, Garcia N,
       Longwell PG, McFarling DA, Al-Wabil A, Akuwumi O, Moyé LA, Morgenstern L.
       (2006) Stroke Burden in Mexican-Americans: The Impact of Mortality Following Stroke.
       *Annals of Epidemiology* 16;33-40.

124.

## Submitted Manuscripts

1.  Moyé, LA. Baraniuk S.  Dependence, Hyperdependence, and Hypothesis Testing in
    Clinical Trials. Submitted. *Controlled Clinical Trials.* January 2006.
2.  Boake C, Noser, EA, Ro T, Baraniuk S, Gager M, Johnson R, Salmeron ET, Tran TM,
    Lai JM, Taub E, Moyé LA, Grotta JC, Levin HS. Effectivness of constraint-induced
    movement therapy in early stroke rehabilitation. Neurorehabilitation and Neural Repair.
    Submitted January 2006.
3.  Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova
    MJ, Keng F, Allam A, Moyé LA, Pratt CM. A multinational study to establish the value
    of early adenosine technetium-99m sestamibi myocardial perfusion imaging in
    identifying a low-risk group for early hospital discharge following acute myocardial
    infarction. Submitted Journal of the American Cardiology Society. January 2006.

## Editorials

Pratt CM, Moyé LA.  The Cardiac Arrhythmia Suppression Trial.  Casting Ventricular
Arrhythmia Suppression in a New Light.  *Circulation.*  Vol 91, No 1, January 1, 1995.

## Published Correspondence

1.   Moyé L, The theory of runs with application for drought predictions - reply, *J Hydrol.*
     110(3-4):391, Oct 1989.
2.   Pfeffer MA, Moyé, LA, et al.  Reply to Correspondence. *N Engl J Med* 1993;329:
3.   Moyé LA, Abernethy D. Carvedilol in Patients with Chronic Heart Failure. *N Engl J.
     Med.* Vo., 335  October 24, 1996 pp 1318-1319.
4.   Moyé LA, Annegers JA. Anorexigen and Valvulopathy.  *N Engl J. Med.* February 11,
     1999.
5.   Moyé LA, Annegers JA. Underestimation of Valvulopathy Effect of Fenfluramines. *J Am
     Col Car;*36:1434-1435.
6.   Moyé LA, Tita ATN, Hypothesis Testing Complexity in the Name of Ethics. *American
     Journal of Clinical Epidemiology.* July 2001.

## Books

1.   Moyé LA.(2000) *Statistical Reasoning in Medicine – The P value Primer.* New York.
     Springer.
2.   Moyé LA, Kapadia AS(2000). *Difference Equations with Public Health Applications.*
     New York. Marcel Dekker.

M003096699

3.   Moyé LA (2003) *Multiple Analyses in Clinical Trials: Fundamentals for Investigators*
     New York. Springer. .
4.   Moyé LA. (2004) *Finding Your Way in Science: How to Combine Character,
     Compassion, and Productivity in Your Research Career*. Vancouver, Canada. Trafford.
5.   Kapadia AS. Chen W. Moyé LA. (2005) *Mathematical Statistics with Applications:*.
     New York. Taylor Francis.
6.   Moyé L.A. (2005) *Statistical Monitoring of Clinical Research: Fundmentals for
     Investigators*. New York. Spinger. October 2005.
7.   Moyé L.A.(2006) *Statistical Reasoning in Medicine – The P value Primer*. 2nd Edition
     New York. Springer (to appear Summer 2006).
8.   Moyé LA (2006) Elemenary Bayesian Biostatistics. Francis and Taylor. (to appear Fall,
     2007.

## Book Chapters

1.   Lewis RA and Moyé, LA Basic and Clinical Science Course- Section 1. Fundamentals
     and Principles of Ophthalmology. 1986-87. American Academy of Ophthalmology. San
     Francisco, California.
2.   Sacks F, Pfeffer MA, Moyé LA . Clinical Trials in Atherosclerotic Disease. Marcel
     Dekker. May 2000.
3.   Moyé LA, and Pfeffer MA. Attenuation of Ventricular Enlargement: The SAVE Study.
     Invited Chapter for Clinical Trials in Hypertension. Henry Black, editor.  Marcel Dekker
     2000.
4.   MoyéLA. (2003)Adjustment The SAGE Encyclopedia of Social Science Research
     Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
5.   Moyé LA. (2003)Aggregation (see Ecological Fallacy)The SAGE Encyclopedia of
     Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao.
6.   Moyé LA. (2003)Alpha Significance Level of a Test. The SAGE Encyclopedia of Social
     Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim
     Futing Liao
7.   Moyé LA. Modern Issues in Multiple Analyses. Invited Chapter. Handbook of
     Epidemiology and Medical Statistics. Edited by C.R.Rao, J. Philip Miller, and D.C. Rao.
     To appear in 2006.

### Teaching Experience

| # | Term | Course | Description |
|---|------|--------|-------------|
| 1. | Spring 1987 | PH1910 | Statistical Theory of Biometry -50% responsibility |
| 2. | Fall 1988 | PH1910 | Statistical Theory of Biometry -10% responsibility |
| 3. | Fall 1988 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 4. | Spring 1988 | PH1911 | Statistical Theory of Biometry-20% responsibility |
| 5. | Fall 1989 | PH1970 | Multivariate Analysis - 100% responsibility |
| 6. | Spring 1989 | PH1911 | Statistical Theory of Biometry- 20% responsibility |
| 7. | Spring 1990 | PH1971 | Multivariate Analysis - 100% responsibility |
| 8. | Spring 1990 | PH1998 | Bayesian Analysis - 15% responsibility |
| 9. | Fall 1990 | PH1998 | Theoretical Statistics with Applications -80% responsibility |

070698600DM

| 10. | Fall 1990 | PH1725 | Intermediate Biometry - 100% responsibility |
| 11. | Fall 1991 | PH1970 | Multivariate Analysis - 100% responsibility |
| 12. | Spring 1992 | PH1971 | Multivariate Analysis - 100% responsibility |
| 13. | Fall 1992 | PH1725 | Intermediate Biometry - 100% responsibility |
| 14. | Spring 1993 | PH1726 | Intermediate Biometry - 100% responsibility |
| 15. | Fall 1993 | PH1725 | Intermediate Biometry - 100% responsibility |
| 16. | Spring 1994 | PH1726 | Intermediate Biometry - 100% responsibility |
| 17. | Fall 1994 | PH1725 | Intermediate Biometry - 100% responsibility |
| 18. | Spring 1995 | PH1821 | Statistical Analysis - 100% responsibility |
| 19. | Fall 1995 | PH1820 | Statistical Analysis - 100% responsibility |
| 20. | Spring 1996 | PH1821 | Statistical Analysis - 100% responsibility |
| 21. | Fall 1996 | PH1820 | Statistical Analysis - 100% responsibility |
| 22. | Spring 1997 | PH1821 | Statistical Analysis - 100% responsibility |
| 23. | Fall 1997 | PH1820 | Statistical Analysis - 100% responsibility |
| 24. | Spring 1998 | PH1821 | Statistical Analysis - 100% responsibility |
| 25. | Fall 1998 | PH1820 | Statistical Analysis - 100% responsibility |
| 26. | Spring 1999 | PH1821 | Statistical Analysis - 100% responsibility |
| 27. | Fall 1999 | PH1820 | Statistical Analysis - 100% responsibility |
| 28. | Spring 2000 | PH1821 | Statistical Analysis - 100% responsibility |
| 29. | Fall 2000 | PH1820 | Statistical Analysis - 100% responsibility |
| 30. | Fall 2000 | PH1998 | Difference Equations in Public Health – 50% resp. |
| 31. | Spring 2001 | PH1998 | Overview of Clinical Trials -100% responsibility |
| 32. | Fall 2001 | PH1820. | Statistical Analysis – 100 % responsibility |
| 33. | Fall 2001 | PH2712 | Experimental Methods in Epidemiology 25% |
| 34. | Spring 2002 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 35. | Fall 2002 | PH1820 | Statistical Analysis – 100% responsibility |
| 36. | Fall 2002 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 37. | Spring 2003 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 38. | Fall 2003 | PH1820 | Statistical Analysis – 100% responsibility |
| 39. | Fall 2003 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 40. | Spring 2004 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 41. | Fall 2004 | PH1725 | Intermediate Biostatistics – 100% |
| 42. | Spring 2005 | PH1726 | Intermediate Biostatistics – 100% |
| 43. | Fall 2005 | PH1820 | Statistical Analysis – 100% |
| 44. | Fall 2005 | PH2712 | Experimental Methods in Epidemiology – 25% |

## Student supervision

- **Thesis and Dissertation Committee**
- Susana Halabi-Boussard. "Optimal Time Point Selection in Cox Proportional Hazard Analysis. June, 1994.
- Ken Hess, Ph.D. Use of Cubic Splines in Cox Regression Analysis. August, 1992.
- Jean Hoepfel, Ph.D.(Epidemiology) Behavioral Risk Profile of Marathon Runners. November, 1994.
- Renuka Trividi. Prospective Run Theory for Multinomial Outcomes. May, 1994.
- Dillip Pandey, Ph,.D. in Epidemiology 1995
- Barbara Kimmel MS in Biometry, 1996.

M003D98671

- Cristina Sanders M.S. "Alternative Approach to Time-Dependent Covariates in Survival Analysis" May 2000
- Anita Deswal M.P.H. "Impact of Race on Health Care Utilization and Outcomes in Veterans with Congestive Heart Failure" December 2002.
- Yumei Cao M.S. "Application of Run Theory Analysis to Visit Adherence in Clinical Trials" May 2003.
- Alubumi Akiwumi M.S. Epidemiology"Comparison Between Mexican-Americans and Non-Hispanic Whites of Destimationa and Disability at Hospital Discharge Among First Ischemic Stroke Survivors. The Brain Attack Surveillance in Corpus Christi (BASIC), May 2004
- Tracie Gardner Ph.D. (Epidemiology). Evaulation of Mycobacterium Avium Complex Lung Disease in Women. May 2004
- Janet Sterner PhD (Epidemiology). Expressive Writing as a Presurgical Stress Management Intervention in Breast Cancer. May 2004.
- Jennifer Jean Wood PhD (Epidemiology). Are Functional and Genetic Components of Platelets Linked to Coronary Artery Disease: A Case-Control Study. May 2004.
- Benjamin-Garner, PhD(Epidemiology). Effect of Maternal Weight Status on the Relationship Between Prenatal Smoking and Infant Birth Weight. May 2005.
- Kymberlie Sterling. PhD (Community Health Sciences)  Predicting Adolescent Intention to Continue Smoking. May 2005.

## Guest Lectures

1. "Contrasting Community Trials - A Comparison of MRFIT and HDFP": Baylor Cardiology Research Program  (1 lecture in May, 1988)
2. "Multicenter Clinical Trials - Topics in Epidemiology Course" (Dr. Labarthe) (2 lectures in March, 1988)
3. "Brownian Motion and Clinical Trials":Brownbag lecture: January 20, 1989
4. "General Linear Model and Hypothesis Testing": Baylor Cardiology Research Program (1 lecture in May, 1988)
5. "Bayesian Analysis of the Reproductive Cycle" University of Texas School of Medicine (1 lecture, February 28, 1989)
6. "Multicenter Clinical Trials" Topics in Epidemiology Course (Dr. Labarthe) (1 lectures in May, 1989)
7. "Significance Testing - Statistics in Medicine Course" (Dr. Glasner) (1 lecture in October, 1989)
8. "Cardiovascular Disease" The Natural History of Disease Course (1 lecture in October, 1989)
9. "Repeated Measure Designs with Missing Observations" Biometry Seminar (1 lecture, October, 1989).
10. "Biostatistics:  Uses and Abuses in Clinical Trials": Cardiology Department, Baylor College of Medicine (5 lectures, October 1990 - December 1990)
11. "Physician Quality Control": Behavioral Sciences Lecture (July 1991)
12. "Run Theory and the Prediction of Droughts": Environmental Sciences Lecture (September 1991)
13. Host for Joint Clinical Coordinating Center Meeting: UTSPH -November 18-20, 1991

M003D98672

14. "Design Aspects of the NitroDur Trial" Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, December, 1993).

15. "Statistical Theory, Bayesian Analysis and Public Health" UTSPH (June, 1993)

16. "Design Aspects of the SAVE Trial" Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, April, 1994)

17. "The Trouble with Terfenedine - Seldane, Safeguarding the Population, and the Policy Maker's Dilemma" Opportunities in Biostatistics Workshop 1994.

18. "Advances in Stochastic Run Theory" Rice University, February, 1995

19. "The Carvedilol Controversy"Baylor University School of Medicine, June, 1996

20. "Clinical Trial Fundamentals" National Institute of Aging Summer Institiute for Research July 21, 1996.

21. "Results of the CARE Trial"Invited Lecture International Meeting of Internists Bogota, Columbia October 14, 1996.

22. "Results of the CARE Trial"Invited Lecture Cardiology Spanish Society Annual Congress Tenerife, Spain October 30, 1996.

23. "Advances in Stochastic Run Theory" UTSPH December, 1996.

24. "Clinical Trial Methodology. UTSPH, February, 1997.

25. IMDUR II- Congestive Heart Failure New York City, New York Schering-Plough Pharmaceuticals March 24-25, 1997.

26. Clinical Trial Design Innovations –ALIVE Invited Discussant Baylor College of Medicine March 31, 1997.

27. IMDUR II- Angina Pectoris New York City, New York Schering-Plough harmaceuticals  May 22-23, 1997.  Calcium Channel Blockers – The State of the Science Invited Discussant San Francisco. May 28, 1997.

28. Sample Size Guidelines Invited Lectures. Texas Southern University. November 14, 21, 1997

29. F.D.A. and Research Issues Nobel Laureate Lectureship. McMurray University September 10, 1998

30. Keynote Address. Evidence Based Medicine Conference Texas A & M Medical School March 23, 1999.

31. Anorexigens and Health Outcomes. Baylor Noon Research Conference. April 7   - April 14 1999. The Legal System and Medicine – Panel Discussion UT School of Public Health April 14 1999.

32. Keynote Address Biostatistics and Evidence Based Medicine. Alpha One Foundation June 20, 1999.

33. Lecture – Statistical Reasoning in Medicine. University of Texas Medical School February 23, 2000.

34. Keynote Address –Midwest Biopharmaceutical Statistics Workshop. Muncie Indiana May, 2000

35. Lecture – Clinical Trial Methodology Baylor Medical School August, 2000.

36. Type I Error Allocations. Drug Information Agency. March 14, 2001. Savannah, Ga.

37. Allocating Alpha for Dependent Hypothesis Testing. Joint Statistical Meeting.August 8, 2001.  Atlanta, Ga.

38. Introduction to Probability.  University of Texas at Brownsville. January 2002

39. Multiple Selection Process in Regression Analysis – University of Texas at El Paso. February 2002.

M003D98873

40. The Drug Approval Process. Perspective of an F.D.A. Advisory Committee Member. HCASA. Rice University. Houston. March 2002.
41. Guidelines for Clinical Trial Design and Execution. The Society of Gynecologic Oncologists. Miami. March 2002.
42. Multiple Analyses Issues in Clinical Trials. COTS. Houston, Texas, April 2002.
43. Clinical Trial Methodology and Interpretation: Research Fellow Graduate Program. Houston. August 2002.
44. Cardiology Grand Rounds. Brigham and Womens Hospital, Harvard University, October 2002.
45. MD Anderson Cardiology Grand Rounds. MD Anderson Cancer Center. February 2003.
46. Introduction to Clinical Trials. UTSPH Houston. July 2002.
47. Heart Teaching Day Lecture. "Simple Interpretation of Complex Clinical Trials. Plattsburgh, New York, March, 2003.
48. Clinical Trial Methodology and Interpretation: Research Fellow Graduate Program. Houston. July 2003.
49. Introduction to Clinical Trials. UTSPH Houston. July 2003
50. Alpha Allocation in the Analysis of Combined Endpoints in Clinical Trials. Joint Statistical Meetings. San Francisco. August 7, 2003.
51. Lecture in Research Principles. UTSPH. July 2004.
52. Professionalism for the Junior Statistician, JSM. Toronto August 11, 2004.
53. Ximelogatran. Introduction. Baylor College of Medicine, September 23, 2004
54. Ximelogatran. Efficacy. Baylor College of Medicine, September 29, 2004
55. Ximelogatran. Adverse Events. Baylor College of Medicine, October 7 2004
56. Dependence in Subgroup Analyses. Pfizer Corporation, November 11, 2004.
57. Hyperdependence in Clinical Trial Analyses: Pfizer Corporation, November 11, 2004
58. Professionalism in Science: Pfizer Corporation, November 12, 2004
59. Professionalism in Science: Texas A&M Rural School of Public Health, November 19, 2004.
60. Professionalism in Science: Lousiana State University , New Orleans, Louisiana, January 2005.
61. Professionalism in Science:MD Anderson Cancer Center, Houston, Texas, February 2005.
62. Statistical Reasoning in Medicine. UTSPH. Houston, Texas, March 31, 2005.
63. Multiple Analyses in Clinical Trials: The IMPAACT Meetings. May 31, 2005
64. Statistical Reasoning in Medicine UBAylor College of Medicine: Cardiology Division June, 2005.
65. Finding Your Way in Science:MD Anderson Cancer Center, Houston, Texas, February 2005.
66. An Honor to Treat: Biostatistics Seminar. September 13, 2005.
67. Public Health versus Mathematical Modeling: Dangerous Asynchrony. University of Southern Florida. October 4, 2005.
68. Public Health – Mathematical Modeling Asynchrony: University of Houston. November 2, 2005.
69. Sample Size Considerations in Phase II Clinical Studies: Methodist Hospital.January 13, 2006
70. FDA – A House Divided: Biostatistics Seminar: UTSPH – January 17, 2006

M003098674

## Community Service
## Government

1.   National Heart, Lung, and Blood Institute SCOR Site Visit Renin-Angiotensin System in Hypertension: New York City, New York October 25-27, 1989.
2.   National Heart, Lung, and Blood Institute SCOR Site Visit Myocardial Remodeling in Ventricular Enlargement Chicago Illinois January 25-28, 1989.
3.   National Heart, Lung, and Blood Institute SCOR Site Visit Review of Coordinating Center Proposals in the Cooperative Sickle Cell Trial Bethesda, Maryland September 29-30, 1988.
4.   National Heart, Lung, and Blood Institute SCOR Site Visit  Coronary and Vascular Disease Baltimore Maryland December 21-23, 1988.
5.   National Heart, Lung, and Blood Institute SCOR Pulmonary Disease Site Review Chicago: January 1988.
6.   National Heart, Lung, and Blood Institute  Grant Review PEPI Program Bethesda, Maryland July, 1987.
7.   National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review Boston, Massachusetts:May, 1987.
8.   National Heart, Lung, and Blood Institute Application Review. Ischemia Prevention Trial: Bethesda, Maryland  June, 1990.
9.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for The Johns Hopkins University Bethesda, Maryland June, 1991.
10.   National Heart, Lung, and Blood Institute SCOR Parent Review Committee Sickle Cell SCOR Program Bethesda, Maryland November, 1991.
11.   National Institutes of Health Superfund Grant Review Research Triangle Raleigh, North Carolina October, 1991
12.   National Heart, Lung, and Blood Institute SCOR Parent Review Committee Atherosclerotic SCOR Program Bethesda, Maryland August, 1991
13.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for University of Washington Portland, Oregon July, 1991.
14.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit – Atherosclerotic SCOR Program for University of San Francisco Portland, Oregon July, 1991.
15.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit  Atherosclerotic SCOR Program for Washington University Bethesda, Maryland June, 1991.
16.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for Columbia University Bethesda, Maryland June, 1991.
17.   National Heart, Lung, and Blood Institute SCOR Reverse Site Visit
18.   Atherosclerotic SCOR Program for University of Chicago Bethesda, Maryland June, 1991.
19.   National Heart, Lung, and Blood Institute Application Review Psychophysiology of Ischemia  The Asymptomatic Ischemia Prevention Trial:Bethesda, Maryland May, 1991.
20.   National Heart, Lung, and Blood Institute SCOR Parent Committee Atherosclerosis SCOR Program Bethesda Maryland April, 1991
21.   National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review National Institutes of Health - Emory University, Atlanta May 1992.

M003D98875

22. National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review National Institutes of Health Columbia University, New York CityMarch 1992.

23. National Institutes of Health for Emory UniversityEmory University, Bethesda; October, 1993.National Institute of Aging Study Section- Reverse Site Visit of the ACTIVE ProtocolBethesda MarylandJune 1-2, 1993.

24. Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandNovember, 1994

25. National Institutes of Health Superfund Grant ReviewResearch TriangleRaleigh, North CarolinaOctober, 1994.

26. National Institutes of Health Research Center in Minority Institutions Site Visit Charles R. Drew Medical Center Los Angeles, California August 21-24, 1994

27. National Institute of Aging Study Section Bethesda, Maryland June 6-7, 1994

28. National Heart, Lung, and Blood Institute Coordinating Center Review Bethesda, Maryland March 9-10, 1994.

29. National Institute of Aging Study SectionBethesda, MarylandMarch 6-7, 1994.Member, Data, Safety and Monitoring BoardToxicity of Lead in Children Trial 1993-1995 - National Institute of Environmental Health Sciences

30. National Heart, Lung, and Blood Institute SCOR Contract Review - Pediatric Component of the Cooperative Sickle Cell Disease Center Program Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandOctober, 1995.

31. National Institute of Aging Study SectionBethesda, Maryland October, 1995.

32. CardioRenal Advisory Board Member 1995-present.Ibutilide for Treatment of Atrial FibLabeling Criteria for Antihypertensive Agents Bethesda, MarylandOctober, 1995.

33. CardioRenal Advisory Board Member 1995-present.Nitric Oxide Therapy and PPHN Syndrome. Bethesda, MarylandAugust, 1995

34. National Institute of Aging Study Section Bethesda, MarylandJune, 1995.

35. Member, Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health SciencesResearch Triangle, North CarolinaMay, 1995

36. Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandMay, 1995.

37. National Institute of Aging Study SectionBethesda, MarylandMarch, 1995.

38. Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health SciencesNewark, New JerseyFebruary, 1995

39. Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandNovember, 1995

40. FDA CardioRenal Advisory Board Member Calcium Channel Blocking AgentsBethesda, MarylandJanuray, 1996

41. Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandApril, 1996.

42. National Institute of Aging Study SectionBethesda, MarylandMarch, 1996

43. National Institute of Aging Site Visit - Temple UniversityPhiladelphia, Pa.April, 1996

44. FDA CardioRenal Advisory Board Meeting Carvedilol - Digoxin LabellingBethesda, MarylandMay, 1996

*Lemuel A. Moyé, M.D., Ph.D*
*Government*                                                    *Page 20 of 25*

45.  National Institute of Aging Study SectionBethesda, MarylandJune, 1996
46.  FDA CardioRenal Advisory Board Meeting Training Sessions Bethesda, MarylandAugust, 1996
47.  National Institute of Health Grant ReviewLung Volume Reduction Clinial Trial for EmphysemaBethesda, Maryland September, 1996
48.  National Institute of Aging Study SectionBethesda, Maryland October, 1996
49.  FDA CardioRenal Advisory Board Meeting Rockville, Maryland Recommendations for FDA decisions based on drug safety and efficacy October, 1996
50.  National Institute of Aging Study SectionBethesda, Maryland October, 1996.
51.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, MarylandNovember, 1996
52.  Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health SciencesCincinnati, Ohio December, 1996
53.  TLC Data Safety and Monitoring Board Meeting with Director National Institutes of Enviromental Health ServicesResearch Triangle, North CarolinaFebruary, 1997
54.  FDA CardioRenal Advisory Board Meeting Extending the Professional Indications for Aspirin UseBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1997
55.  FDA Statisticians Meeting  Bethesda, MarylandFebruary, 1997
56.  FDA CardioRenal Advisory Board Meeting Professional Approval Considerations for Bidil, Carvedilol, Mebipridil, and Integrelin Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyFebruary 27-28, 1997
57.  National Institute of Aging Study Section Bethesda, Maryland March 4, 1997
58.  Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences Research Triangle, North Carolina March, 24, 1997
59.  NIH Protocol Review Committee – DASH 2Bethesda, MarylandApril 16, 1997.
60.  NHLBI Sickle Cell SCORE Parent CommitteeBethesda, MarylandMay 14-16, 1997
61.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland May, 1997
62.  National Instiute of Aging Study Section Meeting Bethesda, MarylandJune, 1997
63.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJune 26-27, 1997
64.  Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee Bethesda, Maryland August, 1997
65.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacy October 22-23, 1997
66.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1998
67.  CardioRenal Advisory Panel Meeting – Food and Drug Administration Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyApril 1998
68.  Guess Member  - Blood Products Advisory Panel Meeting – Food and Drug AdminstrationBethesda, Maryland

69.  Recommendations for FDA decisions based on drug safety and efficacyJune, 1998
70.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda,
     Maryland Recommendations for FDA decisions based on drug safety and efficacyJuly
     1998.
71.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda,
     Maryland – Recommendations for FDA decisions based on drug safety and
     efficacyOctober 1998
72.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda,
     Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary
     1999
73.  CardioRenal Advisory Panel Meeting – Food and Drug AdministrationBethesda,
     Maryland – Recommendations for FDA decisions based on drug safety and efficacyApril
     1999
74.  DSMB Member  ACTION Clinical Trial.
75.  Duke Clinical Research Center Research in Acute Coronary Syndrome College
     Park,MarylandAugust, 1999
76.  TLC Data Safety and Monitoring Board Meeting Boston, MassachusettsJanuary, 2000
77.  TLC Data Safety and Monitoring Board Meeting with Director National Institutes of
     Enviromental Health ServicesResearch Triangle, North Carolina May, 2000
78.  NHLBI Grant ReviewBethesda, MarylandNovember, 2000
79.  NIA Grant Review.Washington DCAugust, 2001
80.  Statistical Consultant to Advisory Committee FDA Bethesda, Maryland – Scheduled
     September 11, 2001.
81.  Nomination: F.D.A. Advisory Committee on Pharmaceutical Science
82.  Statistical Consultant to Oncology Advisory Committee FDA Silver Springs
     Maryland. December 6, 2001.
83.  FDA Advisory Committee Meeting. Pharmaceutical Sciences. November 28-29, 2001.
84.  FDA Advisory Committee Meeting. Pharmaceutical Sciences. May, 2002.
85.  FDA Advisory Committee Meeting. Pharmaceutical Sciences. October 22-23, 2002.
86.  NHLBI DSMB –ACTION Clinical Trials; February 2003
87.  FDA Advisory Committee Meeting. Pharmaceutical Sciences. March, 2003.
88.  FDA Advisory Committee – Pharmaceutical Sciences. April 2003.
89.  FDA Statisticians Meeting – Bethesda, May 2003.
90.  National Youth Leadership Forum – Houston, July 2003
91.  Clinical Scientist Training Program Lecture – Houston, July 2003
92.  FDA Advisory Committee — Pharmaceutical Sciences. October 2003
93.  NHLBI DSMB Meeting – Sickle Cell Consortium. Bethesda. November 2003.
94.  NHLBI ATION DSMB Meeting – Rockville MD, December, 2003
95.  Presentation- 60th Deming Conference – December 2005..
96.  Caffeinol DSMB Meeting – Houston, Tx February 2004
97.  Argatroban DSMB Meeting – Houston, Tx February 2004
98.  National Youth Leadership Forum – Houston, July 2004
99.  Clinical Scientist Training Program Lecture – Houston, July 2004
100. ACTION DSMB Meeting – Bethesda Maryland – December 2004.
101. Data Safety and Monitoring Meeting – Berlex  Pharmaceuticals – December 2004.
102. Cooperative Program for Sickle Cell Disease DMC Meeting ; Bethesday, June 2005.
103. ACTION DSMB Meeting – Bethesda Maryland – June 2005.

M003D96676

104. **Clinical Scientist Training Program Lecture** – Houston, July 2005
105. **National Youth Leadership Forum** – Houston, July 2005.
106. **ODDIS Clinical Trial DMC: 2005**

### Community Service
### Nongovernment

1. **Publications Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
2. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
3. **Publications Committee** Survival And Ventricular Enlargement Clinical Trial 1987-present.
4. **Behavioral Assessment Subcommittee Member:**Systolic Hypertension in the Elderly Program  National Heart, Lung, and Blood Institute sponsored clinical trial: June 1987-1993.
5. **Statistical Analysis of Reproductive Cycle:**Texas Foundation for Research in Reproductive Medicine, Nov 1988.
6. **Yag Laser and Retinal Detachments** Department of Ophthalmology, Baylor College of Medicine Spring, 1989.
7. **Incidence Rate of Lesch Nodules in Neurofibromatosis** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
8. **CHAIR; Quality Control Session of Society of Clinical Trials meeting:** Minneapolis, Minn.May 16-May 18, 1989.
9. **Development of Sampling Frame for Ophthalmologist Survey** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
10. **Design of the PREFER Trial:** Cornell University Medical College,New York City, NY September 1990.
11. **Design of the HEART Trial:** Upjohn Pharmaceutical Boston, MA October,1991.
12. **Design of the PREFER Trial**Bristol Meyer Squibb Princeton, New Jersey October, 1991.
13. **Protocol Design Committee** The NitroDur Study 1991.
14. **Protocol Design Committee**HEART Clinical Trial 1991.
15. **Publications Committee** *Cholesterol and Recurrent Events Clinical Trial* Clinical Trial 1991-present.
16. **Executive Committee -Cholesterol and Recurrent Events Clinical Trial Clinical Trial** 1990-1996.
17. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
18. **Publications Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
19. **Seldane and Arrhythmias:**Marion Merrell DowAugust 1992-March, 1994.
20. **Consultant** Schering Plough Pharmaceutical - NitroDur Study January 1993 – 1996.
21. **Consultant Biostatistician Research Centers in Minority Institutions (RCMI)**. Texas Southern University.
22. **Chairman NRAC RCMI Committee.** Texas Southern University.
23. **Consultant Proctor and Gamble** Review of SupraVentricular Arrhythmia Studies.

M00305679

24. Consultant Pfizer Review of Zaprasidone –QTc IssuesMemberHuman Safety Board for the Kansas Claude D. Pepper Oder AmericansIndependence Center,

25. Consultant - Osuta Pharmaceutical:- Efficacy and Safety of Vesnarinone March, 1994.

26. Consultant - Marrion Merrel DowThe NICODERM StudySeptember, 1995 - February 1996.

27. Advisory Board Member. UTHSC Center for Research and Evaluation of Alternative Medicine (1995-present).

28. Consultant - 3M Pharmaceuticals Causality in Clinical Research May, 1995 – present.

29. Consultant -Searle Pharmaceuticals Clinical Trial Design for Calcium Channel Blockers May, 1995.

30. Consultation: Endpoint Ascertainment in Raynaud's Phenomena StudyBerlix Pharmaceutical New Jersey April, 1996.

31. Consultation: Clinical Trial Event Rates and Stochastic Curtailment Schering A.G.Berlin, Germany April 1996.

32. Consultation: Clinical Trial Event Rates and Stochastic Curtailmen tSchering A.G.Budapest, Hungary May 1996.

33. Chairman - Data and Safety Monitoring Board Committee 92045 European StudyBerlix Pharmaceuticals.

34. Consultation: Independence of Clinical Trials with Overlapping Investigator Sets Cytogen Pharameuticals Summer, 1996.

35. Consultant-Schering-Plough Pharmaceuticals IMDUR II in Heart Failure New York City, New York March, 1997.

36. Consultant-Schering-Plough Pharmaceuticals IMDUR II in Ischemic Heart Disease New York City, New York May, 1997.

37. Consultant-AVCO Corporation Consensus Statement on Calcium Channel Blockers San Francisco, California May, 1997 CARE presentation:

38. Results of CARE Cadiz, Spain, December, 1997.

39. Consultant - Zaprasidone and QTc prolongation Pfizer January, 1998.

40. Consultant - Antiarrhythmic Agents and Study Design Proctor and Gamble February, 1998.

41. Consultant - Interpretation of the *CAPRIE* Trial The Weinberg GroupMarch, 1998.

42. Consultant – Interpretation of QTC Data for AntibioticHoerst – Marion –Rousel December 1998.

43. Consultant – QTC Data and Ziprasidone Pfizer 1998

44. Consultant – Interpretation of QTC Data for Antibiotic.Hoerst – Marion –Rousel December 1998

45. Consultant – Interpretation of QTC Data for Antibiotic Hoerst – Marion –RouselJune 1999

46. Consultant – QTC Data and ZiprasidonePfizer - ChicagoJune 1999

47. Consultant – Orion-Abbott Levosimedrin – New York City June 1999

48. Consultant – Orion-Abbott Levosimedrin – London September 1999

49. Consultant – Pfizer Zeldox – New York City March 2000

50. Chairman – Data and Safety Monitoring Board –INSPIRE 2000

51. Consultant – FDA Advisory Committee Preparation AdvantisJune 2000

52. Consultant – Coronary Ischemia Berlex Industries August 2000

53. Consultant – FDA Advisory Committee Preparation Adventis New York City, September, 2000

MOY0038960

54. **Consultant – FDA Advisory Committee Preparation** Aventis New York City October, 2000

55. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans November, 2000

56. **Consultant – Approvability and Labeling Issues** Astra Zeneca Philadelphia November, 2000

57. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans March, 2001.

58. **Angina Data Safety and Monitoring Board Meeting** Berlex Pharmaceuticals New Jersey May, 2001.

59. **Consultant** – Angioedema in Clinical Trials Aventis New Jersey April, 2001.

60. **Consultant** – Advisory Committee – Diovan, New Jersey, September, 2001

61. **Medtronics- Steering Committee Membership** Define AF Trial June – Aug 2001.

62. **Chair DSMB Meeeting** – INSPIRE Clinical Trial. Houston, December 11, 2001

63. **Chair DSMB Meeeting** – INSPIRE Clinical Trial. Houston, June, 2002.

64. **University of Alabama Site Visit** – October 25, 2002

65. **Berlex Consultancy** – Chicago, IL November 19, 2002.

66. **ACRI Coordinating Center Site Visit for INSPIRE** – November 26, 2002

67. **Data Safety and Monitoring Board Committee Meeting** –INSPIRE February 20, 2003

68. **Berlex Data and Safety Monitoring Board Meedint** – New Jersey – May 12, 2003.

69. **Multi-Cultural Ethics Panel** – Moderation. April 25, 2003.

70. **National Youth Leadership Speaker** : July 2003.

71. **Consultant _ IMPACT Survey:** National Medical Association: November 2003.

72. **Consultant** –Defibrillator Registry: November 2003.

73. **Consultant** – Sankyo ACAT Study: Boston: November 2003.

74. **DSMB Meeting** – Berlex Pharmaceuticals. New Jersey, November 2003.

75. **DSMB Meeting** – Berlex Pharamceuticals. New Jersey, Janauary 2004.

76. **Study Planning Meeting**– Berlex Pharamceurticals. New Jersey, January 2004.

77. **Principles of Clinical Research:** MD Anderson Houston, April 2004.

78. **National Youth Leadership Speaker** : July 2004..

79. **Consultant** – Astra Zenica, Mock Advisory Committee Meeting – August 2004.

80. **Neurodiagnostic Proteomics** – Consultant Power 3 Medical, September 2004-2005

81. **CHAIR:** National RCMI Advisory Committee Meeting May 19, 2005

82. **Consultant** – Fujisawa. 2005.

83. **National Youth Leadership Speaker** : July 2005.

84. **CSCC DSMB Sickle Cell Disease:** Washington DC. July 13, 2005

85. **Treating Physician:** Houston AstroDome-Reliant Arena. Hurricane Katrina Evacuees. September 2005.

86. **CHAIR:** National RCMI Advisory Committee Meeting – November 1, 2005

87. **Consultant Vasogen:** ACCLAIM Closeout Meeting – November 2005

88. **CHAIR:** National RCMI Advisory Committee Meeting – January 2006

89. **Consultant:** Astellas Pharmaceuticals; Post INSPIRE Work – August 2005-March 2006.

## Programming Technologies

ACCESS Database Development
.NET database development using ASP.Net, VB.NET, ADO.NET and Microsoft SQL 2000 Server

## School Activities

**Internal Service to School of Public Health**

SPH Biometry Convener 2002-2004.
SPH Financial Aid Committee - Chairman 1992-1995.
SPH Admissions Committee- 1990-present.
SPH Minority Action Committee (1987-1991).
SPH Biometry Student Financial Aid (1987-1991).
SPH Biometry Department Student Recruiting (1987-1988).
SPH Strategic Planning Committee (1988).
SPH Biometry Convener 2001-2003.
SPH Faculty Affairs Committee 2001-2003.
SPH Faculty Search Committee - Quantitative Behavioralist – 1994.
SPH Faculty Search Committee - Epidemiologist – 1994.
UT Dental Branch Dean Search – 1995.
SPH Faculty Search Committee - Biometrist – 1996.
SPH Facullty Search Committee – Dallas MPH Program – 1998-2000.
SPH Faculty Search Committee – Cardiovascular Epidemiology 2001.
SPH Regional Campus Search Committee – Biometry.
SPH Information Technology Manger Search Committee – 2002.
SPH Faculty Self Study Reaccreditation Team – 2002-2004.
SPH Faculty Chair-Elect 2003-2004.
SPH Faculty Council 2004-2006.
SPH Faculty Search Committee Biostatistics 2004-2005.
SPH Faculty Chair 2005
SPH Faculty Search Committee Epidemiology 2005
SPH Faculty Peer Review Redesign Committee 2005
SPH Six Year Review Committee 2005
SPH Tenure and Promotion Coordinator 2005.
SPH Immediate Past Faculty Chair 2005
HSC InterFaculty Council 2005-2006

**Other**

**Medical Quality Control Review.** *MediClinic* Incorporated 1990-1991
**Physician.** *MediClinic* Incorporated 1984-1992.
Expert Witness Activity 1999-2005:

M003D98682