IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA,
NEW ORLEANS DIVISION

IN RE VIOXX PRODUCTS )
LIABILITY LITIGATION )        MDL DOCKET No. 1657
                     )
_____)
                     )
THIS DOCUMENT RELATES TO: )
                     )
ALL ACTIONS          )
_____)

## EXPERT WITNESS REPORT AND DECLARATION
## OF EGIL FOSSLIEN, MD

I, Egil Fosslien, MD, hereby state as follows:

## I.  BACKGROUND AND QUALIFICATIONS

1. I am a Professor (Emeritus) of Pathology, Department of Pathology (M/C 847), College of Medicine, The University of Illinois at Chicago, 1819 West Polk Street, Chicago, Illinois 60612. My last Service Position was Co-Director, Autopsy Service, University of Illinois Medical Center

2. **Medical Education** – I received my Medical Degree (MD) in 1965 from the University of Heidelberg, Medical School, Germany. From 1962 - 1966 I engaged in Graduate Studies for my Doctoral Thesis in Pediatrics, also from the University of Heidelberg, Germany and was awarded my academic doctoral degree (Dr. Med., Magna Cum Laude in 1966. From 1966 to 1968 I spent 24 months of clinical rotations for certification in Germany (19 months of internal medicine and Ob-Gyn in Germany, along with 5 months in surgery in Denmark, University of Odense).

1


EXHIBIT

From 1968 to 1969 I engaged in a U.S. Rotating Internship, La Crosse Lutheran Hospital and Gundersen Clinic, La Crosse, Wisconsin. From 1969 to 1971 I was a Resident in Clinical Pathology, University of Chicago. From 1971 to 1972 I was an Instructor and Trainee in the Department of Pathology, at the University of Chicago. From 1973 to 1975 I was a Resident in Anatomic Pathology (and Assistant Professor), at the University of Missouri, Columbia, Missouri.

3. **Academic Appointments** – From 2004 to the present time, I hold the academic rank of Professor Emeritus at the University of Illinois. From 1984 until 2004 I held the rank of Professor of Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. My responsibilities included teaching anatomic and clinical pathology to medical and dental students and pathology residents. From 1985 until 2004 I was a Member of the Graduate Faculty, University of Illinois. My responsibilities included teaching pathophysiology and molecular biology research methodologies. supervising research by medical students and M.S. and Ph.D. degree graduate students, and performing research in co-operation with a visiting international scholar.

4. From 1999 until 2004 I was Co-director of the Autopsy Service at the University of Illinois Medical Center, Chicago, Illinois. My responsibilities included interacting with Medical Staff regarding autopsy finding; supervising and teaching residents, performing autopsies, and evaluating resident performance. I had the responsibility for finalized autopsy reports and prepared and directed Autopsy Conferences. I reported to Head of the Department of Pathology and interacted with The Cook

2

County Medial Examiner's Office in forensic autopsy cases. I also testified at legal depositions regarding autopsy findings.

5. From 1986 until 1999 I was a staff pathologist in the Division of Anatomic Pathology, at the Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. My service responsibilities at that time included the teaching of autopsy pathology to pathology residents and serving as expert witness in medical-legal litigations.

6. From 1983 to 1985 I was an Associate Member of the Graduate Faculty, University of Illinois. My academic responsibilities at that time included the teaching of pathophysiology and molecular biology research methodologies and collaborating in research by medical students and M.S. and Ph.D. degree graduate students, and co-operating in research with Postgraduate Fellows and a Visiting Professor.

7. From 1980 to 1984 I was an Associate Professor of Pathology in the Department of Pathology, University of Illinois College of Medicine at Chicago. My responsibilities then included teaching anatomic and clinical pathology to medical and dental students and pathology residents. I also collaborated with the Chairman of Pathology and post-graduate researchers to develop suitable pilot study data for the Chairman's grant proposals.

8. From 1980 until 1986 I was the Director of the Division of Clinical Pathology, Department of Pathology, College of Medicine, and Director of Hospital Clinical Laboratories of the University of Illinois Hospital, the University of Illinois at Chicago. My areas of responsibility then included responsibility to the Head of Pathology (and to the Hospital) for daily operation, budgeting, renovation, and

3

strategic planning for the Hospital Clinical Laboratories, which at that time included the following sections: Hematology, Blood Bank, Microbiology and Parasitology, Clinical Chemistry, Immunology, and virology, each having a Ph.D. or M.D. or both as section Head(s). The Clinical Laboratories had a staff of 214 FTE technologists and technicians, excluding the blood-drawing team. Also, I was responsible for the training of resident and medical technologist in the Division of Clinical Pathology.

9. From 1978 to 1979 I was a Clinical Associate Professor of Pathology at the University of Alabama, Birmingham, and Associate Pathologist, Norwood Clinic and Carraway Methodist Medical Center, Birmingham, Alabama. My areas of responsibility included surgical pathology and cytology sign-outs, on call responsibility, directing the Clinical Chemistry Section, and the performance of autopsies.

10. From 1976 until 1978 I was an Associate Professor in Pathology at the University of South Florida, Tampa, and Director of the Clinical Laboratory at the University of South Florida College of Medicine Clinics, Tampa, Florida. My primary areas of responsibility then were the teaching of clinical and anatomic pathology to M2 medical students. I also conducted NIH-funded research on hemoglobinopathies at that time while directing day-to-day operations of the Pathology Laboratories in the University Clinic.

11. From 1972 until 1976 I was an Assistant Professor of Pathology, College of Medicine, and Assistant Professor of Bioengineering and Chemical Engineering in the College of Engineering at the University of Missouri, Columbia, Missouri. My areas of responsibility then was to conduct NIH-funded research as the primary

4

investigator on hemoglobinopathies in co-operation with Department of Bioengineering and Department of Chemical Engineering, School of Engineering. I also taught pathophysiology, laboratory analytical methods and principles of instrumentation to medical students, pathology residents, and medical technologists. I headed the biotechnology course for graduate students in bio-engineering and chemical engineering.

12. From 1971 until 1972 I was an instructor in Pathology at the University of Chicago. My responsibilities were to assist the Chairman of the department and visiting researchers in lipid metabolism research using animal models of atherogenesis. I also taught residents in Clinical Pathology.

13. Licensures - In 1967 I received my ECFMG, No. 092-478, by examination in Copenhagen, Denmark. In 1971 I was licensed to practice medicine by the State of Illinois, No. 36-45209 by FLEX Examination. During other periods of time I was licensed to practice medicine in the states of Missouri, Florida and Alabama. In each case I chose to not renew the license after my time in each state.

14. Board Certification - In 1973 I passed the Clinical Pathology Specialty Board Exam of the American Board of Pathology, and in 1975 I passed the Anatomic Pathology Specialty Board Exam, also administered by the American Board of Pathology, I am board certified in both Clinical Pathology and Anatomic Pathology.

15. Society Memberships — I hold membership in the Association of Clinical Scientists and Sigma Xi and I am an Emeritus Member of the American Heart Association. I am a former member of the Illinois Medical Society, and the Academy of Clinical

Laboratory Physician and Scientists. I am also a former Fellow of both the College of American Pathologists and the Association of Clinical Pathologists.

16. **Awards and honors** – In 1976 and again in 1979 I received the American Medical Association Physician's Recognition Award.

17. From 1983 to 1984 I prepared pilot data for the Chairman's application on Multi-Center Study on Pathobiological Determinants of Atherosclerosis in Youth, National Heart, Lung and Blood Institute, DHEW.

18. From 1987 until 1988, I was granted sabbatical leave by the Board of Trustees of the University of Illinois in order to conduct research with Dr. Karl Weisgraber, Dr. Mahley, and others on apolipoprotein E expression in human uterine leiomyomas (as a model of smooth muscle cell proliferation in atherosclerotic lesions) at the Gladstone Foundation Laboratories for Cardiovascular Disease, University of California, San Francisco.

19. In 1999 I became a member of the COX-2 Technology Group, supported by GD Searle's unrestricted education grant to the University of Illinois.

20. In 2001 I was selected as "Clinical Scientist of the Year" by the Association of Clinical Scientists.

21. In 2004 I was granted the title of Professor Emeritus by the University of Illinois Board of Trustees

22. **Reviewer for scientific journals** - I am, or have been a peer reviewer for the following medical and scientific journals: Annals of Clinical and Laboratory Science; Archives of Pathology & Laboratory Medicine; Biochemical Pharmacology; British Journal of Cancer; Cancer Detection and Prevention; Cancer

6

Investigation; Cancer Research; Cellular and Molecular Life Sciences; Clinical & Experimental Metastasis; Clinical Endocrinology; Expert Opinion on Investigational Drugs; Expert Opinion on Pharmacotherapy and Emerging Drugs; GUT; Journal of Clinical Oncology; Journal of Pediatric Gastroenterology and Nutrition; Journal of Pharmacy and Pharmacology; Neurotoxicity Research; Oncogene; and Pharmacological Research.

23. **Presentations and Abstracts** - Over the years I have made many scientific presentations including but not limited to:

    a. <u>Fosslien E</u>, Stastny J, Robertson Jr. AL. Protein Composition of Human Atherosclerotic Intima vs. Isolated Aortic Cells. Fed Proc 43:713, 1984.

    b. <u>Fosslien E</u>, Stastny J, Song J, Shek H, Yamashiroya H, Robertson AL. Arterial proteins in human aging and atherogenesis. Hugh Loefland Conference, 1985 Boston, MA.

    c. <u>Stastny J</u>, Fosslien E, Robertson AL. Aortic intima protein composition in "early" human atheroma. Fed Proc 44:1136, 1985

    d. <u>Fosslien E</u>. The pathogenesis of cardiovascular disorders. 75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985.

    e. <u>Fosslien E</u>. The relationship of lipid disorders to coronary heart disease. 75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985

    f. <u>Fosslien E</u>. Alterations in mitochondrial structure and function in aging. Presented at the Applied Seminar on Clinical Science of Aging; Nov. 16-20,

7

1994, Tampa, Florida; Annual meeting of the Association of Clinical Scientists.

g. <u>Fosslien E</u>. "Adverse effects of drugs on the gastrointestinal system"; 115th Meeting, Association of Clinical Scientists, Atlanta, Georgia, fall 1997.

h. <u>Fosslien, E</u>. "Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs", Practical Clinical Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, Wisconsin; June 25th 1998 (invited paper; invited by Dr. Steven H. Wong, Professor of Pathology, Department of Pathology, and Scientific Director, Toxicology, Milwaukee County Medical Examiner's Office).

i. <u>Fosslien E</u>. "Molecular pathology of cyclooxygenase-2 in neoplasia", 118th Meeting Association of Clinical Scientists, Academic Host: Ohio State University College of Medicine of Medicine, Columbus, Ohio, Spring 1999.

j. <u>Fosslien E</u>. "Molecular Pathology of Cyclooxygenase-2 (COX-2) in Cancer-induced Angiogenesis", Association of Clinical Scientists, 121st Meeting, University of North Caroline Medical School, Chapel Hill, NC, 2001

k. <u>Fosslien E</u>. "Cardiovascular Complications of Nonsteroidal Anti-Inflammatory Drugs". Presented at the 125th meeting of the Association of Clinical Scientists", Troy, MI, May 12–16, 2005.

l. <u>Fosslien, E</u>. "Role of Mitochondrial Dysfunction in the Etiology of neoplasia". Presented at the 126th meeting of the Association of Clinical Scientists", Amelia Island Plantation, Florida and the University of Florida, May 1-20, 2006".

8

24. **Current Scientific Interests** – include the pathophysiology and molecular pathology of cyclooxygenase-2 in carcinogenesis, angiogenesis, and morphogenesis, the role of bimodal growth factors in morphogenesis, mitochondrial medicine and Parkinson's disease.

25. **Publications** - As a result of my education, training, experience and research I have published extensively within the world's peer-reviewed medical and scientific literature. A complete listing of my publications is contained with my CV attached as Appendix A to this report. A sampling of my publications germane to the opinions I will proffer in this report include, but is not limited to the following:

   a. Stastny J, Fosslien E, Robertson AL. **Human aortic intima protein composition during initial stages of atherogenesis.** *Atherosclerosis* 1986;60:131-139.

   b. Song J, Stastny J, Fosslien E, Robertson AL. **Study on proteins of human aortic intima and atherosclerotic lesions.** *Journal of China Medical University* 1987;16:34-40.

   c. Stastny JJ, Fosslien E. **Quantitation of some intimal proteins in aortic intimas with and without atherosclerosis.** *Mol Exp Path* 1992;57(3):305-14.

   d. Fosslien E. **Molecular pathology of cyclooxygenase-2 in neoplasia.** *Annals of Clinical and Laboratory Science* 2000;30(1):3-21.

   e. Fosslien E. **The biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia.** *Crit Rev Clin Lab Sci* 2000;37(5):431-502.

9

f.  Fosslien E.  Mitochondrial medicine: Molecular pathology of defects in oxidative phosphorylation.  *Ann Clin Lab Sci* 2001;31(1):25-67.

g.  Fosslien E.  Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis.  *Ann Clin Lab Sci* 2001;31(4):325-47.

h.  Fosslien E.  Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs.  *Ann Clin Lab Sci* 2005 Fall;35(4):347

## II. BACKGROUND INTEREST IN ATHEROSCLEROTIC PLAQUE

26.  For many years I have been interested in the role of inflammation as a risk factor in the development of tumors (neoplasia) and atherosclerosis, the arterial disease that is a major risk factor for heart attacks and stroke.  During residency training and as a junior faculty member at the University of Chicago I worked with Dr. Robert Wissler on atherosclerosis research.  At the University of Illinois I started first a protein and then a cell proliferation research laboratory.  Working with medical and graduate students, post doctoral fellows and visiting researchers, we investigated protein expression and cell proliferation in young and old human aortas affected with or free of atherosclerotic lesions.  We investigated early atherosclerotic lesions (fatty streaks) and advanced lesions (plaques) and obtained biochemical evidence, which show that atherosclerotic plaques develop in a background of inflammation.  Our results corroborated other, different evidence in support of an important role of inflammation in the development of atherosclerosis, as was emphasized by Dr. Russell Ross, in his 'response to injury' theory.  Our results were presented at

10

national meetings and published in peer-reviewed journals such as Atherosclerosis
and Experimental and Molecular Pathology.

27. Whereas inflammation is a major risk factor for atherosclerosis, aberrant smooth
muscle cell proliferation plays an important role as well: Dr. Earl Benditt pointed
out that the growth of smooth muscle cells in plaques resembles growth of smooth
muscle cells in benign tumors of the human uterus, so-called uterine fibroids (uterine
leiomyomas). Fibroids are monoclonal tumors: the tumors cells are descendants of a
mutated cell. Benditt presented evidence that smooth muscle cells in plaques are
monoclonal, and correspondingly called his theory the 'monoclonal theory' of
atherosclerosis.

28. We supplemented cultured leiomyoma and normal uterine muscle cells with various
cytokines and growth factors, such as transforming growth factor-beta (TGF-β) that
plays an important role in atherosclerosis. TGF-β is a bimodal growth factor
because it stimulates and inhibits growth at low and high concentrations respectively.
It is part of a family of growth factors that play essential roles in embryogenesis.
Our cultured smooth muscle cells responded with bimodal cellular growth responses
to TGF-β. Also, the tumor cells grew very slowly but persistently, similar to the
growth behavior that Benditt had shown for smooth muscle cells from atherosclerotic
lesions. Our studies were supported by the Pathology Graduate Program and by the
Campus Research Board of the University of Illinois. On further analysis of our cell
culture data and comparing our results with relevant findings in the literature, I
developed a hypothesis (published in Medical Hypotheses) on curvature control by
gradients of bimodal growth factors, on their role in determining biological

structures, and how loss of curvature control may contribute to abnormal tissue architecture seen in atherosclerosis and tumors.

29. When a new enzyme was discovered that is expressed at sites of inflammation I became quite interested in its role in atherosclerosis and tumor development. The enzyme was cyclooxygenase (COX)-2. By comparison, COX-1, another isoform of the enzyme, is important especially for platelets function: too much inhibition of COX-1 causes excessive bleeding. I wrote review articles on COX-1 and COX-2, on the role of the latter in tumor development, atherosclerosis, in tumor-induced angiogenesis, and about anti-cancer effects of selective COX-2 inhibitors. These articles were published in peer-reviewed journals (Critical Reviews in Clinical and Laboratory Science and Annals of Clinical and Laboratory Science). When clinical studies revealed that some coxibs, such as rofecoxib (Vioxx, Merck), were associated with an increase in cardiovascular complications, and was finally withdrawn from the market, I decided to investigate how selective COX-2 inhibitors could be associated with cardiovascular complications, and wrote a long, detailed review that was published in Annals of Clinical and Laboratory Science in 2005. In the review I examined and summarized published clinical and basic science findings and outlined my opinions on mechanisms of the pathology involved in such complications. The present report focuses on the pathogenesis of rofecoxib-induced cardiovascular complications.

## III. SUBJECT BACKGROUND

30. A few months after publication of my review paper on "Cardiovascular complications of non-steroidal anti-inflammatory drugs" (NSAIDs)[1], I was asked

by John Restaino, Esq. to analyze additional material and render an opinion on the pathogenesis of cardiovascular complications induced by rofecoxib (Vioxx®), a selective inhibitor of cyclooxygenase (COX-2), an enzyme mainly expressed at sites of inflammation such as atherosclerotic lesions. Rofecoxib exhibits fewer gastrointestinal complications than traditional NSAIDs, and found widespread use. However, rofecoxib was withdrawn from the world market in 2004 as clinical studies substantiated that its use increased the risk of cardiovascular complications.

31. The objective of this Rule26 report is to provide an opinion on the pathogenesis of adverse cardiovascular complications induced by rofecoxib.

32. Method: I reviewed and analyzed publications from the peer-reviewed medical and basic science literature, legal depositions, FDA documents, internal Merck communications, and other material provided by council. In reaching my opinions I relied on these materials as well as my own education, experience, and research, and I employed standard methodologies that are generally accepted in the scientific communities.

33. Findings: In clinical settings, rofecoxib selectively inhibits cyclooxygenase (COX)-2 but not COX-1. The two COX isoforms are rate-limiting for the synthesis of prostanoids, which regulate homeostasis via specific prostanoid receptors. Selective inhibition of COX-2 decreases the synthesis of prostacyclin, an inhibitor of thromboxane, a prothrombotic prostanoid and accelerator of atherogenesis, the development of atherosclerosis. In experimental models of atherosclerosis, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates

13

atherogenesis, respectively. In young, healthy adults, the effects of thromboxane, which promotes thrombogenesis, and prostaglandin, which opposes the effects of thromboxane, is balanced, as evidenced by the fact that there is no bleeding tendency and there is no inclination towards abnormal thrombosis. Experimental evidence shows that selective inhibition of COX-2 has an immediate prothrombotic effect. Patients with atherosclerosis, cardiovascular post-operative patients (coronary bypass grafting), and older subjects have elevated levels of thromboxane and prostacyclin. A study of an older population revealed increased rates of cardiovascular complications in rofecoxib users already during the first 60 days; the risk persisted for several years in either low of high baseline risk patients [2]. Aspirin, as noted above, inhibits thromboxane synthesis and reduces the risk of myocardial infarction. However, rofecoxib does not reduce thromboxane signaling, and therefore lacks the cardioprotective properties of aspirin. Rofecoxib causes hypertension in patients and in experimental models. Hypertension promotes thrombogenesis and atherogenesis. Thromboxane contracts arteries. Prostacyclin opposes this effect of thromboxane. Inhibition of prostacyclin synthesis leads to contraction of arteries, which causes hypertension. Rofecoxib-induced renal sodium retention additionally contributes to the development of hypertension [3],[4]. Furthermore, rofecoxib promotes atherosclerosis by increasing low density lipoprotein (LDL) oxidation leading to formation of oxidized LDL (oxLDL), an important risk factor in atherogenesis. Rofecoxib increases chemotaxis, it stimulates circulating monocytes to express receptors that bind to endothelial cells, thus increasing monocyte migration into the

14

arterial wall, an important component in the initiation and progression of atherosclerosis [5],[6].

34. Opinion: The risk of cardiovascular complications associated with rofecoxib treatment depends upon several factors.   Treatment with rofecoxib reduces cyclooxygenase-dependent prostacyclin synthesis and prostacyclin signaling. Rofecoxib also increases formation of non-enzymatically generated isoprostanes, which promote thrombosis and atherogenesis via the thromboxane receptor pathway. Furthermore, rofecoxib promotes formation of oxidized low-density lipoproteins (oxLDL), a risk factor for atherogenesis. In healthy, young subjects this leads to a modest but important excess of uncompensated thromboxane signaling that raises microthrombi formation and accelerates atherogenesis without causing immediate clinical symptoms (sub-clinical effects).    In patients with atherosclerosis, cardiovascular post-operative patients, and older subjects who already have elevated baseline risk levels for cardiovascular events rofecoxib treatment potently accelerates the risk of acute myocardial infarction and death. Rofecoxib-induced reduction in prostacyclin signaling in the presence of increased thromboxane pathway signaling (by thromboxane and isoprostanes) induces a prothrombotic state and accelerates atherogenesis. The thromboxane pathway signaling excess is higher in at risk patients than in young, healthy subjects who have low baseline cardiovascular risk. However, in the latter as well as the former, rofecoxib also promotes hypertension, monocyte chemotaxis, and oxLDL formation, all of which accelerate atherogenesis. In summary, rofecoxib induces a prothrombotic state and accelerates atherogenesis. These mechanisms explain how rofecoxib increases the risk of coronary

15

atherosclerosis, coronary thrombosis, and acute myocardial infarction. Further details are discussed below.

## IV. INTRODUCTION

35. I address the following issues in this report:

   a. What is the pathogenesis of rofecoxib-induced cardiovascular complications?

   b. What is the effect of rofecoxib on blood pressure?

   c. How does rofecoxib initiate and promote vascular inflammation and atherosclerosis?

   d. Does rofecoxib promote leukocyte recruitment and endothelial transmigration (chemotaxis)?

   e. Does rofecoxib induce coronary artery thrombus formation and acute myocardial infarction (AMI)?

   f. Does rofecoxib restrain formation and function of cardiac collateral circulation?

36. I hold the following opinions to a reasonable degree of medical certainty:

   a. Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease.

   b. Two factors, atherosclerosis, and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

   c. Rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$.

16

d.  A prothrombotic state is a risk factor for atherosclerosis and cardiovascular events.

e.  Rofecoxib-induced vasoconstriction, hypertension, and increase platelet aggregation, and increase chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis.

f.  Rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation, thrombus formation and cholesterol accumulation in arteries. Therefore, rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion.

g.  Rofecoxib disrupts the physiological balance in signaling of the thromboxane and prostacyclin pathways. The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which also promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications

h.  Rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima.  Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

i.  It is generally accepted that hypertension is an independent risk factor for atherosclerosis, an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke.

17

    j.   Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib.

    k.   A well developed collateral circulation can protect against gradual occlusion of a large coronary artery and against sudden ischemic damage. Inhibition of COX-2 by coxibs such as rofecoxib causes reduced prostacyclin synthesis, which hampers cardiac angiogenesis, the development of collateral circulation downstream of the plaque. Furthermore, if collaterals have already been established, lack of prostacyclin leads to reduced dilation of the collateral vessels, reduced blood flow via collaterals, and more downstream ischemic damage, even if the upstream plaque itself remains unaffected.

## V. ROFECOXIB

37. Merck and Company (Merck) obtained Food and Drug Administration (FDA) approval for rofecoxib (MK-966, VIOXX®) in May of 1999. Rofecoxib, like celecoxib and valdecoxib, selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Expression of COX-2 is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis [8] and atherosclerotic lesions. Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract. Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. However, in several clinical studies, rofecoxib became associated with higher risks of myocardial infarction (MI) and stroke.

18

38. In late 2000 the results from the Vioxx Gastrointestinal Outcomes Research Study (VIGOR, 8076 patients) suggested that rofecoxib had better gastrointestinal safety than naproxen. The VIGOR study was a randomized trial of rofecoxib comparing it with the non-steroidal anti-inflammatory drug, naproxen [9]. However, there was a statistically significant increase in cardiovascular complications in patients using rofecoxib compare to patients treated with naproxen [10]. Adverse cardiovascular events included unstable angina, thrombosis, myocardial infarction, cardiac arrest with resuscitation, and sudden and unexplained death. The relative risk in the rofecoxib-treated group compared with the naproxen group was 2.38 (95% confidence interval, 1.39-4.00; P=.002) [11].

39. Merck proposed that the difference was due to cardioprotective properties of naproxen or to the type of patients involved in the trial. In a March 27, 2000 press release Merck attributed the observed increase in cardiac events in patients given rofecoxib to 'naproxen's ability to block platelet aggregation". However, concerns about cardiotoxic effects of rofecoxib were clearly expressed by Dr. Scolnick, who wrote within an internal Merck memo, dated March 9, 2000:

> "The CV (cardiovascular) events are clearly there....this is real....it is a shame but it is a low incidence and it is mechanism-based as we worried it was. Oates and Alan and Barry were right about the metabolic meanings, i.e., urine Pg (prostaglandin) data....this will limit the class somewhat..."

19

40. The statement appears to express concern for rofecoxib-induced inhibition of prostacyclin, an antihypertensive and antithrombotic prostaglandin (Figure 1).

Figure 1. Adverse effects of rofecoxib (VIOXX®) on vasoactive eicosanoids

Fosslien: Rule26Report2006



Nevertheless, a Merck news release of April 28, 2000 (MRK-PRL0000122) states that "extensive review of data from the completed osteoarthritis trials and on-going clinical trials with Vioxx, as well as post-marketing experience with Vioxx, have shown no difference in the incidence of cardiovascular event, such as heart attack, among patients taking Vioxx…"

41. Furthermore, VIGOR was published in the New England Journal of Medicine (NEJM) on November 23, 2000 [9], and, despite it being known and generally accepted that an imbalance in thromboxane/prostacyclin synthesis can result in thrombosis formation, there is no mention whatsoever within the published study regarding effects of rofecoxib upon this essential physiological balance.

20

## VI.    ROFECOXIB-INDUCED CARDIOVASCULAR TOXICITY

42. Rofecoxib has both direct and indirect effects on the cardiovascular system. The direct effects are local in nature and involve the coronary arteries and the myocardium.    These complications include coronary artery thrombosis, vasoconstriction, and atherogenesis, exacerbation of pre-existing atherosclerosis, cardiac arrhythmias and intracardiac thrombosis. Another local effect consists of impairment of coronary angiogenesis (late-phase myocardial ischemic preconditioning). Indirect effects include rofecoxib-induced increases in blood pressure and blood volume, and development of edema (MRK-AAD0200946). Collectively and separately each of these can cause or substantially contribute to the cause of myocardial infarctions and/or sudden cardiac death; furthermore, one or more of these conditions can contribute to the cause of cerebrovascular accidents.

43. Rofecoxib selectively inhibits cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. COX-2 and COX-1 convert arachidonic acid to various prostaglandin (PG) $H_2$, the substrate for the synthesis by specific synthases to various prostanoid such as the vasoactive prostanoids prostacyclin and thromboxane, which are vital to vascular homeostasis and are important in vascular pathophysiology [12]. Arachidonic acid may also be converted by other enzymes (lipoygenases), to leukotrienes [13] or can also be converted to isoprostanoids by non-enzymatic pathways.

44. As discussed, unlike most traditional NSAIDs rofecoxib does not inhibit COX-1 and may be less toxic to the gastrointestinal tract. Hence, rofecoxib widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory

21

conditions. However, in clinical studies, rofecoxib caused cardiovascular adverse risks such as myocardial infarction (MI) and stroke. Several mechanisms involved in the pathogenesis of such complications are outlined below.

45. First, rofecoxib does not inhibit COX-1 and therefore does not reduce prothrombotic signaling by thromboxane $A_2$ ($TxA_2$), an arachidonic acid product that can induce platelet aggregation and thrombosis and contract arteries. By contrast, low-dose aspirin is cardioprotective because it inhibits COX-1 and lowers platelet synthesis of thromboxane. Also, rofecoxib can increase prothrombotic signaling via the thromboxane pathway: Rofecoxib can increase the generation of isoprostanes, which stimulates prothrombotic signaling by interacting with the thromboxane receptor.

46. Second, rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that potently limits platelet activation [14] and thrombus formation and cholesterol accumulation in arteries [15], [12]. Prostacyclin counteracts the effects of thromboxane and isoprostanes. Thus rofecoxib disrupt the physiological balance in signaling of the thromboxane and prostacyclin pathways. The rofecoxib-induced lowering of prostacyclin synthesis reduces restraints on the prothrombotic effect of signaling via the thromboxane receptor, which promotes atherosclerosis, thrombogenesis, and increases the risk of cardiovascular complications (Figure 2).

47. This opinion is supported by results obtained in mouse models of atherosclerosis ($apoE^{-/-}$ mice); interruption of the $TxA_2$ signaling pathway by deletion of the thromboxane receptor (TP) limits atherogenesis. By contrast, interruption of prostacyclin signaling by deletion of the prostacyclin receptor (IP) accelerates

22

atherogenesis. Also, COX inhibition can raise levels of arachidonic

Figure 2. Adverse effects of rofecoxib (VIOXX®): Reduced prostacyclin signaling, thromboxane-induced vasoconstriction, accelerated atherosclerosis, and thrombosis



Fosslien: Rule26Report2006

acid, which can inhibit mitochondrial oxidative phosphorylation (OXPHOS) and increase OXPHOS generation of reactive oxygen species (ROS). Studies of apoE$^{-/-}$ mice indicate that mitochondrial dysfunction plays an early role in atherogenesis.

48. Third, rofecoxib increases expression of monocyte receptors (CCR5) that can bind to endothelial monocyte chemoattractant proteins (MCP)-1. Thus rofecoxib promotes chemotaxis, the recruitment of monocytes to the endothelium and their migration into the intima. Chemotaxis plays an important role both in the initiation and progression of atherosclerosis.

VII.   **ROFECOXIB USE INCREASES THE RISK OF ACUTE MYOCARDIAL INFARCTION**

49. Myocardial infarction occurs when the blood supply to a region of the heart is insufficient for maintenance of normal function and causes irreversible damage.

23

Acute myocardial infarction occurs when an obstructing coronary thrombus stops the flow of blood though a coronary artery. A predisposing factor to the formation of a thrombus is typically the presence of an atherosclerotic lesion (atheromas or atherosclerotic plaques) in the coronary artery involved. Thus, these two factors, atherosclerosis and thrombosis, are major risk factors in the development of cardiovascular complications of selective COX-2 inhibition.

50. In coronary arteries the space-occupying atheromas can cause ischemia and angina. However, for some time, remodeling of the arterial wall of a coronary artery can maintain a near normal lumen diameter, as the lesion evolves outward, the "Glagov Phenomenon". Gradually, the internal lamina next to the atherosclerotic plaque is partially destroyed as the disease process extends into the inner part of the arterial media. In the aorta, this development may progress deep into the aortic wall and so weaken the wall that it leads to the formation of an aneurysm, a very serious complication as it may suddenly rupture and cause fatal hemorrhage. In coronary arteries, when the lumen gradually narrows due to the expansion of the space-occupying plaque, chronic ischemia develops that causes chronic ischemic heart disease, cardiac failure, and pulmonary edema. A most severe clinical complication of atherosclerosis is caused by plaque rupture, thrombosis, and acute myocardial infarction, which in a large number of cases causes sudden death due to arrhythmias and cardiac pump failure [16].

## VIII. HYPERTENSION – ROFECOXIB INCREASES BLOOD PRESSURE

51. Trials in hypertension show that lowering of elevated systolic blood pressure is essential in reducing cardiovascular risk. It is especially important in reducing

cardiovascular risk in elderly patients who have increased arterial stiffness and widening pulse pressure that cause isolated systolic hypertension [17]. Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib [18]. In the VIGOR trial data that was available in late 2000, users of rofecoxib experienced a mean blood pressure increase of 4.6 mm Hg compared to a mean increase of 1 mm Hg in the naproxen arm of the study (MRK-ANR0011512).

52. This problem with rofecoxib, i.e. that it increases blood pressure in hypertensive patients was acknowledged by Merck in late 2000 as evidenced in a Merck email transmission (MRK-NJ0281966) of December 26, 2000, from Dr. Rush of Merck US Medical and Scientific Affairs (US MEDSA) to Wendy Dixion of Merck's US Human Health Division (USHH). Dr. Rush notes that the effect of rofecoxib is greater on systolic than on diastolic blood pressure and also recognizes that rofecoxib will probably be used more in the elderly who are more likely suffer from systolic hypertension and who are therefore at higher risk of cardiovascular complications.

53. Figure 1 in the memo is a copy of Figure 2 in a paper by Staessen et al published in THE LANCET in March 2000. The authors found that in untreated patients systolic blood pressure was a more accurate indicator than diastolic blood pressure in predicting coronary risk and mortality. Risk of death increased with lower diastolic pressure and greater pulse pressure. The investigators concluded that treatment with hypotensive drugs is warranted in elderly patients whose blood pressure is higher than 159 mm Hg [19].

25

54. In patients with treated hypertension use of an NSAID can destabilize blood pressure. In such patients, even a relatively modest increase in blood pressure is significant [20]. Russel et al (MRK-ABK0493642) in evaluating the effect of rofecoxib-induced increase in systolic blood pressure calculated that during a 4 year period an increase of 3 mm Hg was associated with 20,800 additional events caused by congestive heart failure and 21,600 additional stroke events (MRK-ABK0493642). .

55. Furthermore, in the March/April 2001 issue of the American Journal of Therapeutics, Whelton et al warned about loss of blood pressure control in older, at risk patients treated with rofecoxib [21]. Clearly, Merck was concerned about problems with rofecoxib use in 'at risk' populations. Already in a January 23, 2000 meeting of the MSGP Review Committee for VIOXX™, a proposal titled *"Modulating inflammation in symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome"* was rejected with a comment that it was an "at risk" population and that "...it would be undesirable to pursue VIOXX in this patient population" (MRK-AEH0016403).

56. The apprehension expressed by Welton et al was based upon a 6-week study of patients who were taking antihypertensive medications and who were treated either with celecoxib or with rofecoxib [21]. In May of 2001, results of the study were presented at the 16th Scientific Meeting of the American Society of Hypertension. The study revealed adverse cardiovascular effects of rofecoxib treatment in older treated hypertensive patients with osteoarthritis. In the trial, 411 patients were treated with celecoxib 200 mg QD and 399 patients were treated with rofecoxib 25

26

mg QD. After 6 weeks of treatment, rofecoxib was linked with significant increases in mean systolic blood pressure and peripheral edema. According to a Merck memo of May 21, 2001 (from Dr. Rush) these results were communicated to Dr. Scolnick (MRK-AGV009670-74). In addition, an abstract published in February 2001 suggests that the same data had been presented even at an earlier date (MRK-AHO0072871).

57. Inhibition of renal COX-2 by traditional NSAIDs or selective COX-2 inhibitors causes potential adverse events such as fluid retention, edema, hypertension, and congestive heart failure [22]. In August 2001 Zhao et al published a report on renal-related adverse drug reactions induced by rofecoxib and celecoxib. Their findings were based on the World Hearth Organization/Uppsala Monitoring Centre (WHO/UMC) safety database, a large data base, which at that time included over 2 million reports from 57 countries. Zhao et al found that adverse renal effects such as water retention, renal failure, cardiac failure, and hypertension were significantly higher in patients treated with rofecoxib compared to celecoxib. Renal-related adverse drug reactions (ADRs) were up to 4-fold higher with rofecoxib than with celecoxib. Fatal events in the renal-failure group were 2.8-fold higher in patients treated with rofecoxib compared with patients treated with celecoxib. Furthermore, cardiac failure was 4.4 times higher in the rofecoxib group compared to the celecoxib group [23].

58. In April 2002 Gebo et al presented data from a comparison of the effects of rofecoxib and naproxen treatments in a group of 5557 osteoarthritis patients (MRK-ADJ0044415). No significant difference in relative incidence of edema-related

27

events or events related to increased blood pressure were detected among patients who were treated with either rofecoxib 25 mg QD or naproxen 500 mg BID. However, in women, in patients who were 65 years or older, in patients with baseline hypertension, and in non-black race patients there was an associated with edema-related events in both arms of the study.

59. Rofecoxib increases in blood pressure and edema formation is dose-related [24]. Concomitant treatment with an ACE inhibitor or β-blocker augments the increase in blood pressure, edema, and weight gain [25]. In a comparison study of rofecoxib versus celecoxib, patients receiving rofecoxib 25 mg/day had close to twice the number of cases with blood pressure elevations and edema formation as those treated with celecoxib 200 mg/day.. In the VIGOR trial, rofecoxib increased diastolic blood pressure and systolic blood pressure by 1.7 mm Hg and 4.6 mg Hg respectively.

60. Prostacyclin is a potent vasodilator and concern was expressed early during the marketing period of rofecoxib that inhibition of COX-2 reduces prostacyclin synthesis and would increase blood pressure (Dr. Scolnick, internal Merck memo, dated March 9, 2000). This concern was also understandable in view of other experimental findings showing that inhibition of COX-2 can increase blood pressure in both normal and hypertensive rats and promote leukocyte adherence [26]. Moreover, the importance of COX-2 products in preventing hypertension was demonstrated in mice: COX-2 products lowered blood pressure and selective COX-2 inhibition increased the response to vasopressors [27].

61. COX-2 supports important physiological functions in healthy organs (MRK-ANR0011512). In the kidney, COX-2 is involved in regulation of salt and water

balance [28], [10]. Inhibition of COX-2 by traditional NSAIDs or by selective COX-2 inhibitors such as rofecoxib leads to fluid retention and edema in patients with baseline risk factors, such as cardiac, renal, or vascular disease. In at risk patients, rofecoxib induced destabilization of their blood pressure control after but one week of treatment and the adverse effect persisted during the treatment thereafter (MRK-ANR0011512).

62. It is generally accepted that hypertension is an independent risk factor for atherosclerosis; an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke. Whelton and Spalding provide a linkage between blood pressure treatments and adverse thrombovascular events associated with the use of rofecoxib: In treated hypertensive patients there was a significant increase in the risk of AMI and stroke during chronic rofecoxib dosing (MRK-ANR0011512).

IX.   ROFECOXIB INCREASES THE RISK OF THROMBOSIS AND MYOCARDIAL INFARCTION

IX.1.   Thromboxane Synthesis and Signaling

63. Because of the key role of inflammation in initiation and progression of atherosclerosis, it was hoped that an anti-inflammatory drug such as rofecoxib might potentially have antiatherogenic effects. However, unlike aspirin, which has cardioprotective effects, rofecoxib does not inhibit cyclooxygenase (COX)-1, the COX isoform that is mainly responsible for platelet thromboxane (Tx) $A_2$ synthesis. Rofecoxib activates platelets, promotes thrombosis, atherogenesis, and reduces vascular perfusion because it inhibits COX-2-derived synthesis of prostacyclin, the prostanoid that normally counteracts the effects of thromboxane [29], [28].

29

Rofecoxib-induced inhibition of prostacyclin production decreases vascular dilation, increases blood pressure, and increases platelet aggregation and prothrombotic activity [11].

64. By comparison, traditional non-selective NSAIDs, which inhibit both COX-1 and COX-2 [30], and coxibs that are less COX-2-selective than rofecoxib and therefore inhibit COX-1 to some extent, are less likely to disrupt the balance of thromboxane and prostacyclin signaling. The proper balance of these two vasoactive prostanoids, thromboxane and prostacyclin, is vital for normal homeostasis and for prevention of atherosclerosis.

65. Thromboxane is a thrombogenic and atherogenic eicosanoid that activates platelets and stimulates platelet mediated processes that are involved in all stages of atherogenesis.  Platelets adhere to the endothelium during the early phase of atherogenesis and also mediate processes in acute vessel closure at sites of atherosclerotic plaque rupture that lead to thrombosis and acute myocardial infarction [31].

66. Thromboxane is largely synthesized by platelets, in which cyclooxygenase (COX)-1 converts arachidonic acid to prostaglandin (PG) $H_2$ that serves as substrate for thromboxane synthase.    The latter produces thromboxane that signals via thromboxane receptors (TP) expressed by platelets and vascular smooth muscle cells.  The signaling activates platelets and contracts vascular smooth muscle cells that causes vascular constriction and promotes hypertension.

67. Aspirin inhibits COX-1, which, located upstream in the chain of thromboxane synthesis, lowers platelet synthesis of thromboxane.  This lowers the risk of

30

thrombosis and inhibits atherogenesis. Thromboxane-induced vasospasm, platelet aggregation, thrombosis and smooth muscle cell proliferation are reduced. The synthesis of thromboxane can also be inhibited by inhibition of prostaglandin synthase [32]. In mice, complete deletion of the thromboxane receptor eliminates the excessive proliferative response to vascular injury [33].

68. Rofecoxib does not inhibit COX-1. Clinical evidence that rofecoxib does not inhibit thromboxane synthesis emerged from a study of 44 patients with Alzheimer's disease. Urinary 11-dehydro-$TxB_2$, a stable metabolite of thromboxane (Tx) $A_2$ and a marker of platelet activation, was found to be elevated in these patients. Treatment with aspirin, but not with rofecoxib, significantly reduced the urinary metabolite, corroborating a COX-1-mediated biosynthesis of thromboxane and that aspirin lowers platelet activation, whereas rofecoxib does not [34].

69. Concerns were raised in the medical literature about possible thrombotic tendencies attributable to selective inhibition of COX-2 [35]. Clinical studies revealed an increased rate of cardiovascular complications after use of rofecoxib. It emerged that rofecoxib significantly increased the risk of adverse thrombosis-related events such as myocardial infarction and stroke. Recently released copies of internal document suggest that the manufacturer of rofecoxib was aware of increased cardiovascular risks of rofecoxib use even during the early development and clinical marketing of the drug [36].

70. Experimental evidence verifies that selective inhibition of COX-2 can trigger thrombotic events, and that aspirin can inhibit such events. Selective inhibition of COX-2 was thrombogenic in a hamster model of thrombosis: Treatment with the

31

COX-2-selective inhibitor NS-398, increased firm platelet adhesion to hamster arterioles and increased the rate of occlusion of damaged vessels. Importantly, prostacyclin could inhibit such formation of platelet thrombi in the hamster cheek arterioles and venules    Aspirin treatment abridged these effects [37], [38]. Furthermore, aspirin but not rofecoxib inhibits adhesion of platelets to neutrophils induced by thrombin or lipopolysaccharide (LPS) [39].

71. Thromboxane is rapidly converted to 11-dehydro-$TxB_2$ ($TxB_2$), a stable hydration product, which is metabolized in further steps including $\beta$-oxidation [40]. A study of the effect of 17 different traditional NSAIDs found that they all bound to a subunit of tri-functional protein, an important enzyme of $\beta$-oxidation. All the NSAIDs tested inhibited oxidation of long-chain fatty acids (LCFA) such as prostanoids [41]. Inhibition of $\beta$-oxidation would reduce the rate of $TxB_2$ degradation and increase the urinary output of $TxB_2$, thus leading to underestimation of rofecoxib-induced lowering of prostacyclin synthesis. Surprisingly, no report is available in the literature on the effect of rofecoxib on $\beta$-oxidation.

72. Returning to the vasoactive balance problem, Fries and Grosser opine that it is not just a matter of an imbalance of prostacyclin and thromboxane that causes the elevation in blood pressure, a prothrombotic state, and acceleration of atherogenesis. They suggest that such a view might imply that suppression of thromboxane signaling with low-dose aspirin could completely protect against cardiovascular hazards induced by selective inhibition of COX-2. The authors imply that other agonists, not inhibited by aspirin, but having activities that resemble thromboxane may also be involved [42]. For example, 'other agonists' such as isoprostanes, non-

32

enzymatic arachidonic products, also interact with the thromboxane receptor. Rofecoxib can markedly increase formation of isoprostanes [43] and can therefore promote thrombosis and accelerate atherogenesis via the thromboxane receptor pathway.

## IX.2.  Prostacyclin Synthesis and Signaling

73. Prostacyclin $I_2$ ($PGI_2$), counteracts the effects of thromboxane signaling. It is an active, in vivo antithrombotic prostanoid [44]. It inhibits platelet aggregation, vasoconstriction, and smooth muscle cell proliferation [45]. Selective inhibition of COX-2 by rofecoxib reduces synthesis of prostacyclin, and limits restraints on adverse effect of excessive thromboxane signaling.

74. Grosser et al recently opined that suppression of COX-2-derived prostacyclin synthesis accelerates atherogenesis by augmenting the response to thrombotic and hypertensive stimuli. In support of their mechanistic view of the cardiovascular hazard caused by selective COX-2 inhibition, they noted that COX-1 is the only isoform expressed in endothelial cell under static in vitro conditions. However, under in vivo physiological conditions in humans endothelial prostacyclin is mainly COX-2-derived. Rofecoxib, which selectively inhibits COX-2, therefore suppresses formation of urinary 2,3-dinor 6-ketao $PGF_{1\alpha}$, a stable metabolite (PGIM) of prostacyclin ($PGI_2$). Whereas traditional NSAIDS, which inhibit both COX-2 and COX-1, also reduce COX-1-dependent thromboxane synthesis, rofecoxib does not because it does not inhibit COX-1. As a result, rofecoxib exaggerates thromboxane signaling [46].

33

### XI.2.1. Prostacyclin Synthase

75. Prostacyclin synthase (PGIS) converts the cyclooxygenase product $PGH_2$ to prostacyclin. A deletion (intron 9) of the prostacyclin synthase gene is associated with essential hypertension. The deletion produces a truncated protein and reduces urinary excretion of prostacyclin metabolites, which illustrates that defective prostacyclin signaling can increase blood pressure [45]. Furthermore, direct evidence of the vital importance of prostacyclin signaling was obtained in mice with genetic disruption of the prostacyclin receptor: the mice developed mural thickening of the aorta and of renal arteries with arteriosclerosis, renal cysts and progressive renal fibrosis. Disruption of the prostacyclin receptor also verified the importance of prostacyclin signaling in restraining adverse thromboxane effects. The prostacyclin receptor gene disruption increased thromboxane synthesis and significantly elevated the blood pressure [47].

76. Prostacyclin is produced by endothelial cells in response to shear stress or other physical forces and [48]. The genes for COX-2 and for prostacyclin synthase both contain shear stress responsive elements in their promoter region, and mechanical stress increases both COX-2 [48] and prostacyclin expression. Thus, vascular shear stress can increase prostacyclin signaling, which can dilate arteries and reduce shear stress. For example, in cultured HUVECs laminar fluid shear stress induces COX-2 and stabilizes COX-2 mRNA. However, COX-1 expression is unaltered [49]. In rat coronary arteries, mild physical trauma induces endothelial cell COX-2 expression and COX-2 is expressed in cultured endothelial cells [50]. Selective COX-2 inhibitors, such as NS-398, inhibits flow-induced vessel dilation and reduces the

34

vasculature's ability to respond to changes in blood flow and pressure [51]. In rabbits, prostacyclin synthase gene transfer prevents in-stent restenosis in atheromatous iliac arteries [52] again illustrating the importance of prostacyclin in restricting detrimental effects of thromboxane signaling.

77. Prostacyclin synthase (PGIS) is inhibited by 15-HPETE, a precursor of 15-HETE (15-hydroxy-5,8,11,13-eicosatetraenoic acid), a major eicosanoid in atherosclerotic aortas of cholesterol-fed rabbits. Such aortas, but not aortas from control animals, when co-incubated ex vivo with arachidonic acid produce 15-HETE, indicating that prostacyclin synthesis may be suppressed in atherosclerotic arteries due to inhibition of PGIS by 15-HPETE [53]. Under such at risk circumstances, further inhibition of prostacyclin synthesis by selective inhibitors of COX-2 such as rofecoxib would further limit the beneficial effects of prostacyclin and accelerate adverse cardiovascular effects of unrestricted thromboxane signaling.

## IX.2.2. Prostacyclin Receptors

78. In 1997, Murata et al found that in mice, disrupting the gene that encodes the prostacyclin receptor (inducible protein, IP) increases mouse susceptibility to thrombosis [44]. Complete deletion of the gene increases platelet activation [33], increases thrombogenesis following vascular injury [44], promotes neointima hyperplasia [33] and augments atherosclerotic lesion area. These findings are consistent with the opinion expressed by Grosser et al [46] that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of rofecoxib-induced adverse cardiovascular complications.

35

79. In mice, disruption of the prostacyclin receptor gene results in an exaggerated response to thromboxane receptor agonist, which increases blood pressure, promotes thrombosis, and accelerates atherosclerosis [54].

80. Experimental findings show that prostacyclin receptors form heterocomplexes with thromboxane receptors and thus attenuate the response to thromboxane receptor agonists [55].   This observation offers a mechanism that explains why selective COX-2 inhibition reverses aspirin-induced inhibition of experimental canine in vivo coronary thrombosis and how selective COX-2-inhibition limits the cardioprotective effects of concomitant aspirin therapy and provides reason for concern about increased risk of acute cardiovascular events during therapy with selective COX-2 inhibitors [56].

81. Signal transmission via the IP receptor required receptor isoprenylation, which is inhibited by statin therapy, which raises concerns about long-term statin use [57]. Disruption of the prostacyclin receptor gene in mice significantly accelerated arterial thrombus formation in response to local injury compared with wild mice, but interestingly, also reduced the inflammatory response in response to carrageenan, a standard agent used to induce experimental inflammation [44].

82. Experiments using apoE$^{-/-}$ mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase inhibition can promote atherogenesis: deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one copy is atheroprotective [58]. In this model, combined inhibition of COX-2 and COX-1 reduces the rate of atherogenesis. Also, selective COX-2 inhibition alone failed to accelerate atherogenesis, even if prostacyclin levels were significantly

36

reduced: inhibiting prostacyclin synthesis in the mouse by up to 60% by inhibition of COX-2 failed to generate atherosclerosis [58]. A likely possibility to explain this response is that COX-1 in normal endothelial cells contributes to prostacyclin synthesis and was not inhibited by selective inhibition COX-2, the isoform that, as noted, is induced by shear stress and other physical forces [48].

83. Evidence that C-reactive protein can contribute to atherogenesis by reducing prostacyclin synthesis was obtained by supplementing cultured human aortic endothelial cells with CRP, which decreased prostacyclin release from cultured human coronary artery endothelial cells. CRP induced superoxide and nitric oxide production, which increased nitration of prostacyclin synthase (PGIS) and inactivated the enzyme, but did not alter PGIS mass [59]. Conversely, in cultured human umbilical vein endothelial cells (HUVECs) high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [60].   This latter, beneficial effect of HDL would be reduced by selective inhibition of COX-2.

84. A rare case of a patient with an inherited lack of platelet high-affinity prostacyclin binding sites on platelets resulting in reduced platelet sensitivity to prostacyclin corroborate that prostacyclin signaling is important in counteracting the effects of thromboxane and in preventing thromboxane-induced thrombosis and atherosclerosis. The case involved a 10 year-old girl with Wien-Hietzung syndrome. She suffered from intermittent claudication caused by stenosis of the left popliteal artery. After arterial blood flow was restored by surgical removal of the thrombus the patient was treated with low-dose aspirin, 20 mg daily, and was symptom-free

37

five years later[ 61]. This case demonstrates that aspirin-induced reduced thromboxane signaling compensated for the inherited reduction in prostacyclin signaling [62].

### IX.3. Rofecoxib-Induced Prothrombotic State and Atherosclerosis

85. A prothrombotic state is a risk factor for atherosclerosis. Figure 3 illustrates the effects of serum cholesterol on thromboxane ($TxA_2$) and prostacyclin ($PGI_2$) in a rabbit model of atherosclerosis, and suggests why a high serum cholesterol level is a significant risk factor for human atherosclerosis. In fat-fed rabbits thromboxane levels increased by 86% and prostacyclin by 39%, leaving a considerable amount of

Figure 3. Rabbit model of atherogenesis.
Excess thromboxane ($TxA_2$) signaling in cholesterol-induced atherosclerosis



Ref.: 3478739 = Henriksson P et al # 1987                    Fossilen: Rule26Report2006

relative thromboxane excess ($TxA_2$ excess). Compared to a rabbit control group, where thromboxane and prostacyclin are expected to be in balance and there would be neither thrombosis nor bleeding, in the cholesterol-fed rabbits a prothrombotic state is induced due to the thromboxane signaling excess.

38

86. Figure 4 illustrates the effect of inhibition of prostacyclin synthesis by a selective COX-2 inhibitor such as rofecoxib. In the normal adult, signaling by the thromboxane pathway and the prostacyclin pathway are in balance, as there is neither visible bleeding nor visible thrombosis. By comparison, in rofecoxib-treated, normal, healthy adults, there is a significant rofecoxib-induced decrease in prostacyclin (PGI$_2$) synthesis (an example of 60% is used here for comparison purposes). Because rofecoxib does not inhibit COX-1, thromboxane signaling via the COX-1 pathway is unaltered, which results in a prothrombotic state due to excess

Figure 4. Prothrombotic effects of selective COX-2 inhibition in healthy young adults



Fossler: Rule26Report2006

thromboxane signaling (Figure 4, TxA$_2$ excess). This prothrombotic signaling state very likely induces formation of mural microthrombi that would contribute the atherogenesis; however, there is no visible clinical effect in the healthy, young adult at the very beginning of rofecoxib treatment.

39

87. By contrast, Figure 5 illustrates thromboxane and prostacyclin signaling in at risk
patients. There is a significant increase in thromboxane and prostacyclin levels in
cardiac surgery post-operative patients and in patients with atherosclerosis. In such
patients, when rofecoxib reduces prostacyclin synthesis by 60%, the thromboxane
signaling excess (Figure 5, $TxA_2$ excess) is considerable larger compared to the
corresponding thromboxane signaling excess in the young, healthy adult. It is
therefore no surprise that adverse cardiovascular complications occur much sooner

Figure 5.  Prothrombotic effects of selective COX-2 inhibition in patients with pre-
existing disease



after initiation of rofecoxib therapy in the at risk patient than in the young, healthy
adult, who at the beginning of therapy lack any known risk factor.

88. Figure 6 compares these two scenarios side-by-side. The small rofecoxib-induced
excess in thromboxane signaling, more likely than not, induces mural microthrombi
in the young, healthy adult, initially, without clinical symptoms. However, with the
above noted hypertensive effects of rofecoxib, initiation of atherosclerosis is likely

even in the healthy, young adult. Sustained rofecoxib treatment very likely accelerates atherogenesis and gradually increases the risk of adverse cardiovascular complications, eventually matching the greatly increased risk observed in patients who at the beginning of rofecoxib treatment already has atherosclerosis.

Figure 6. Uncompensated thromboxane signaling is higher in patients with pre-existing disease than in healthy young adults



## X.   ATHEROSCLEROSIS – ROFECOXIB ACCELERATES ATHEROGENESIS

89. Atherosclerosis is a chronic disease and a major risk factor for myocardial infarction. Atherogenesis is the pathophysiology of the temporal development of the disease. During the early stages of atherogenesis the disease is usually clinically silent. The disease starts in the arterial inner layer, the intima. It forms fatty streaks, some of which develop into atherosclerotic plaques, also called atheromas, which are raised

41

lesion that first involve the intima. As the disease progresses, smooth muscle cells from the media dedifferentiate, migrate into the intima, and proliferate [63]. Cellular dedifferentiation and uncontrolled growth in the plaque resembles processes observable in benign smooth muscle cell tumors [64].

90. Rofecoxib is an anti-inflammatory agent and it was anticipated that rofecoxib would deter development of atherosclerosis. However, rofecoxib reduces the synthesis of the anti-thrombotic, blood pressure lowering prostacyclin (PG) $I_2$, which promotes hypertension and a prothrombotic state, both potent risk factors for atherogenesis. Rofecoxib also enhances chemotaxis, the binding of leukocytes to the endothelium and their migration into the arterial intima. Leukocyte adherence to the endothelium and their migration into the intima is involved in the initial steps as well as the progression of atherosclerosis. Factors that increase chemotaxis lead to acceleration of atherogenesis. Importantly, the mechanisms involved in atherogenesis resemble events involved in inflammation (Figure 7) [63]. The mechanisms involved are discussed below.



Figure 7. Adverse effects of rofecoxib (VIOXX®)
Accelerated atherogenesis

## X.1.    Inflammation and Atherogenesis

91. Inflammation is response to injury. Endothelial dysfunction and leukocyte entry into the inner layer of arteries, the intima, represent the initial step in atherogenesis. The inflammatory process may completely repair the injury and restore normal architecture and function, or resolve the injury with scar tissue formation and partial return of normal function, or not resolve the injury resulting in chronic, sustained damage with continuous defects in architecture and function. Chronic inflammation plays a key role in all stages of atherogenesis, from fatty streak development to plaque formation, chronic ischemic heart diseases, plaque rupture, thrombosis, and acute myocardial infarction [16]. Several important inflammatory mediators have been identified in human atherosclerotic lesions and lesions in animal models of atherogenesis.

92. Cytokines are soluble factors secreted by cells that are involved in atherogenesis. Two important cytokines that affect atherogenesis are interleukin-10 (IL-10) and

43

transforming growth factor-beta (TGF- β).  Activated endothelial cells express chemokines and adhesion molecules that promote monocyte adhesion to the endothelium and monocyte migration into the intima.  Cells in atherosclerotic plaques secrete matrix metalloproteases that degrade matrix protein, weaken the plaque cap, causing cap rupture, release of thrombogenic material from the plaque, thrombosis, and acute myocardial infarction [16].

93. In 1999 (before the results of VIGOR trial were published), Schönbeck et al published a study of surgical specimens of human carotid arteries and aortas. They found that normal vessels lacked COX-2 and expressed COX-1 only in endothelial and smooth muscle cells.  By contrast, human atherosclerotic lesions expressed COX-1 and COX-2 mRNA and proteins, especially in shoulder areas of the lesions and around the lipid core.  Immunoreactive COX-1 co-localized with endothelial and smooth muscle cells and macrophages in the lesions, and in micro-vascular endothelium.  The authors of the study expressed concern that because selective COX-2 inhibitors suppress the anti-atherogenic prostanoids $PGE_2$ and $PGI_2$, clinical trials should consider that treatment with COX-2-selective inhibitors could possibly have pro-atherogenic effects [12].

## X.2.    Chemotaxis – Rofecoxib promotes leukocyte adherence and endothelial transmigration

94. Chemotaxis consists of the recruitment of leukocytes to the endothelium and their migration into the intima.  This transmigration leads to accumulation of inflammatory cells in the intima, where the accumulating cells play an important role

44

both in the initiation and progression of atherosclerosis (Figure 8).   In vitro, prostacyclin has been shown to inhibit chemotaxis of polymorphonuclear cells.

95. Rofecoxib, as noted above, reduces the synthesis of prostacyclin and rofecoxib-induced lack of prostacyclin increases chemotaxis and accelerates atherogenesis. This opinion is supported by findings that iloprost, a prostacyclin analogue [65], can reduce human in vitro neutrophil chemotaxis and that prostacyclin can reduce canine in vivo neutrophil chemotaxis [66].   Also, platelets can stimulate leukocyte chemotaxis of leukocytes, which promotes inflammation by releasing mediators that increase vascular permeability [67].   Furthermore, in rats, selective inhibition of COX-2 during mesenteric small vein superfusion increased leukocyte adherence to the endothelium [26].

## X.2.a Rofecoxib increases chemotaxis by inducing expression of monocyte receptors.

96. Monocyte chemotaxis plays a central role in atherogenesis.   A clinical study demonstrated that rofecoxib can increase serum levels of C-C chemokine receptor 5 (CCR5), a monocyte receptor [6], which belongs to a family of CC motif (2 contiguous cysteines) chemokines that control migration of leukocytes to sites of inflammation (OMIN # 602565).   Experimental findings show that CCR5, a RANTES receptor, binds to monocyte attractant protein-1 (MCP-1), thus forming a pathway for recruiting monocytes to the endothelium and facilitating their entry into the intima.   Importantly, an experimental agent, Met-RANTES, that blocks CCR5 binding, restrains atherogenesis in mice fed an atherogenic diet [5].   The importance of CCR5 in chemotaxis is also demonstrated by genetic deletion of CCR5 in apolipoprotein E-deficient mice (apoE$^{-/-}$ mice): The deletion of CCR5 significantly

45

reduces arterial neo-intima formation after endothelial injury [68]. Taken together, these results indicate that rofecoxib treatment promotes monocyte recruitment to the endothelium and monocyte migration into the intima, a process involved in both initiation and progression of atherogenesis.

97. Monocytes also can bind via monocyte chemotaxis receptor CCR2 receptors to MCP-1 expressed on the endothelial cells, thereby recruiting monocytes to the endothelium and facilitation their trans-endothelial migration into the intima, the first step of inflammation. MCP-1 is produced by endothelial cells, lesion macrophages, and vascular smooth muscle cells [69]. It is expressed by endothelial cells of primates on a hypercholesterolemic diet, and by cultured endothelial cells exposed to minimally oxidized lipids [70]. Elevated serum cholesterol levels and elevated serum low-density lipoprotein levels are independent risk factor for atherosclerosis. In human atherosclerotic lesions MCP-1 is particularly abundant in macrophage-rich shoulder areas [71].

98. Several established atherogenic risk factors increase experimental chemotaxis. For example, in vitro, co-incubation of monocytes with free cholesterol or LDL enhances CCR2 expression. Free cholesterol and LDL may synergistically contribute to atherogenesis by enhancing monocyte chemotaxis [72], [73]. In the mouse, endothelial monocyte chemoattractant proteins (MCP)-1 is responsible for accumulation of about 60% of macrophages in the atherosclerotic lesions. Rong et al found that lysophosphatidylcholine (LPC), a major component of oxidized LDL (oxLDL), induces expression of MCP-1 in vascular smooth muscle cells; the authors

46

suggested that this mechanism explains why oxLDL is a significant atherogenic risk factor [74].

99. The importance of monocyte chemotaxis receptors for monocyte/endothelial cell interaction in atherogenesis has been demonstrated in apoE$^{-/-}$ (apoE null mice) lacking such receptors. The number of macrophages and atherosclerotic lesions in aortas from apoE null mice lacking CCR2 expression was significantly reduced compared to apoE null mice that expressed CCR2 [70].

100. In experimental models of atherogenesis, expression of MCP-1 is also influenced by selective inhibitors of COX-2. Importantly, different duration of inhibition of COX-2 results in divergent experimental findings. Employing celecoxib, a different selective COX-2 inhibitor in atherogenesis studies using two animal models, rabbits and apoE$^{-/-}$ mice, indicate that the effect on MCP-1 expression and mural entry of monocytes depends upon the duration of COX-2 inhibition. In the rabbit, short-term (21-days) celecoxib treatment significantly decreased MCP-1 expression, macrophages infiltration, and intimal hyperplasia associated with balloon injury and also reduced post-injury neo-intimal proliferation after stent placement [75]. Such findings appear important, as they may help explain why short-term selective inhibition of COX-2 may cause an initial decrease in the risk of cardiovascular complications.

101. By comparison, in older (26-weeks) apoE$^{-/-}$ mice with established atherosclerotic lesions, 15 weeks of celecoxib treatment markedly increased MCP-1 mRNA levels. Serum cholesterol level was unaltered, and celecoxib had no effect on advanced atheroma size or composition compared with non-treated mice. The MCP-1

47

increase may have been caused by reduced synthesis of $PGE_2$, a potent suppressor of MCP-1 synthesis [76]. Similar experimental results are not available for rofecoxib. Also, these experimental observations involved two different animal models. However, like celecoxib, rofecoxib also inhibits $PGE_2$ synthesis. $PGE_2$ can suppress CCR5 expression [77] and rofecoxib is therefore very likely to increases expression of both MCP-1 and CCR5.

## XI. MOLECULAR PATHOLOGY

102. Rofecoxib-induced vasoconstriction, hypertension, increased platelet aggregation, and increased chemotaxis, all contribute to a substantial degree to coronary atherosclerosis and coronary thrombosis. These are some major factors that



Figure 8. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases MCP-1 expression and atherogenesis

collaborate to increase the risk of rofecoxib-induced adverse cardiovascular complications such as myocardial infarction (Figure 8).

103. Details of the regulation of monocyte adhesion and chemotaxis arachidonic acid products and by radical oxygen species are illustrated in Figure 9.

Figure 9. Adverse effects of rofecoxib (VIOXX®): Inhibition of COX-2 increases CCR5 expression and accelerates atherogenesis



## XI.1. Cyclooxygenase

104. Several important inflammatory mediators such as COX-2 have been identified in human atherosclerotic lesions and in animal models of atherogenesis. The gene that encodes cyclooxygenase COX-2, prostaglandin-endoperoxide synthase 2 (PTGS2) (prostaglandin G/H synthase), located on chromosome region 1q25.2–q25.3 (OMIM # 600262), is commonly referred to as the COX-2 gene. By comparison, the COX-1 gene is located on chromosome region 9q32-q33.3 (OMIM # 176805). In spite of their different chromosomal locations, the proteins isoforms that the two genes encode structurally similar proteins. Both COX-1 and COX-2 convert arachidonic acid to prostaglandin (PG) $H_2$ that serves as common substrate

for specific synthases that produce various prostanoids such as thromboxane, prostaglandins, and leukotrienes.

105. Both COX isoforms are bi-functional protein, each harboring two enzymatic sites, which provide cyclooxygenase (COX sites or arachidonic acid sites) and hydroperoxide (HOX) activities respectively. Aspirin and other NSAIDs including coxibs inhibit the arachidonic acid (COX) site but not the HOX activity. Traditional NSAIDs vary considerably in their selectivity of inhibition of COX-1 and COX-2. Aspirin predominantly inhibits COX-1 whereas coxibs such as rofecoxib selectively inhibit COX-2 (Figure 10). COX-1 is mainly a

Figure 10. Adverse effects of rofecoxib (VIOXX®): Radical oxygen species (ROS) at COX-2 peroxidase site



Generation of ROS at COX peroxidase site

■ = COX-2-selective NSAID
▢ = COX-1-selective NSAID

Fossier: Rule26Report2006

'housekeeping' gene that supports normal homeostatic functions. COX-2 is inducible by pro-inflammatory agents such as bacterial lipopolysaccharide (LPS), by tumor promoters, and mitogens [78].

50

106. Cyclooxygenase is rate-limiting for conversion of arachidonic acid (AA) to eicosanoids via prostaglandin $H_2$ (PGH$_2$), that serves as a common substrate for specific synthases that produce thromboxane (Tx) $A_2$ and prostaglandins (PG) such as prostacyclin (PGI$_2$), PGD$_2$, PGJ$_2$, and PGE$_2$. The latter plays a key role in standard models of carrageenan-induced inflammation.    Also, various lipoxygenases can convert arachidonic acid to leukotrienes. In addition, radical oxygen species (ROS) can convert arachidonic acid to isoprostanes that can activate the thromboxane receptor (Figure 8).

107. Arachidonic acid is a 20-carbon long-chain (Greek, eicosa = 20), omega-6 polyunsaturated acid (PUFA). A few other long-chain fatty acids such as omega-3 PUFA found in fish oil can also serve as substrate for cyclooxygenase. Eicosapentaenoic acid (EPA), an omega-3-fatty acid found in fish oil inhibits COX-1 and decreases thromboxane synthesis via the COX-1 pathway [79]. EPA is cardioprotective [80] as it reduces cellular responses to inflammatory stimuli [81]. As noted above, cyclooxygenase peroxidase sites reduce PGG$_2$ to PGH$_2$. Importantly, the peroxidase activity can proceed independently of cyclooxygenase activity, and in addition to PGG$_2$, the peroxidase site can use hydroperoxides such as $H_2O_2$ as substrate and generate reactive oxygen species (ROS) [82],[83].

108. NSAIDs can induce secondary effects by increasing the size of the arachidonic acid pool, which depends upon a dynamic balance between supply and consumption. Supply is determined by cytosolic (c) and soluble (s) phospholipase $A_2$ (PLA$_2$), which catalyze cleavage of fatty acids from membrane phospholipids. Cytosolic PLA$_2$ is not inhibited by coxibs. Consumption is regulated by conversion

51

to $PGH_2$ by COX-1 and COX-2, depletion of arachidonic acid, conversion to leukotrienes via the lipoxygenase pathway, and non-enzymatic conversion of arachidonic acid by radical oxygen species to prothrombotic isoprostanoids [84].

## XI.2. Role of Mitochondrial Dysfunction

109. Mitochondrial dysfunction can be detected in the early stages of atherogenesis Mitochondrial β-oxidation, the Krebs cycle, and oxidative phosphorylation produce most of the energy required for cellular metabolism. Inhibition of COX-2 can cause accumulation of arachidonic acid, which inhibits the mitochondrial electron transport chain. Also, as noted, many NSAIDs inhibit β-oxidation [41].

110. Studies on oxygen consumption in atherosclerotic vessels show increased levels of oxygen consumption in intima with atherosclerosis compared with lesion-free intima, which suggest mitochondrial uncoupling or increased energy utilization. In the cholesterol-fed rabbit model of atherosclerosis, oxygen consumption in the intima is highest in the aortic arch, which develops atherosclerotic lesions more rapidly than the abdominal aorta [85].

111. Inefficient vessel mitochondrial metabolism causes vascular disease. Experimental evidence demonstrate that mitochondrial dysfunction can cause hypertension in mice with inducible mitochondrial uncoupling: Inducing the mitochondrial uncoupling protein (UCP)-1 in vivo in the arterial smooth muscle cells led to reduced mitochondrial energy production and hypertension,. Importantly, when fed an atherogenic diet the mice developed atherosclerosis despite unaltered cholesterol levels [86]. Uncoupling reduces ATP synthesis, and these results suggest that energy is required to relax smooth muscle cells and dilate arteries.

52

112.  Endothelial cells are exposes to variable shear stress, and shear stress signaling is involved in endothelial cell responses to mechanical forces. Mitochondria anchor to the cytoskeleton and function as shear-stress-responsive mechano-transducers. Cyclic shear stress increases mitochondrial ROS generation: Ex vivo, human umbilical vein endothelial cells (HUVEC) exposed to cyclic stress exhibit significantly increased rates of ROS production. By contrast, HUVEC cells populated with mitochondria lacking mitochondrial DNA, thus lacking a functional electron transport chain, lost their ability to increase ROS production in response to cyclic strain.

113.  Inhibition of the electron transport chain electron flux ahead of Complex III inhibited endothelial cell response to cyclic strain and further in vitro studies showed that mitochondrial electron chain complex III was the source of ROS of surface adhesion molecules,. ROS promotes inflammation by activating NF-kB, which regulates transcript of inflammatory genes such as COX-2, VCAM, and surface adhesion molecules [87].

114.  These experimental findings underscore the importance of vascular dilation in response to shear stress, as dilation decreases shear stress. Rofecoxib inhibits prostacyclin synthesis and limits vascular dilation in response to shear stress.

## XI.3.  Pro-Oxidant Effects: Rofecoxib increases formation of oxidized low-density lipoproteins (oxLDL)

115. Oxidative stress induces endothelial cell dysfunction, an early event in atherogenesis. For example, LDL oxidation leads to formation of oxLDL, a potent risk factor for atherosclerosis. Walter et al provided experimental data which show that rofecoxib-induced non-enzymatic mechanisms increase the risk of clinical atherothrombotic events. They found that rofecoxib dose-dependently increases the susceptibility of low-density lipoprotein (LDL) to oxidative modification. Trolox, an antioxidant, significantly attenuated this effect of rofecoxib, corroborating that the rofecoxib-induced LDL oxidation occurred mainly through a non-enzymatic, ROS-dependent process [43]. Urinary $8$-iso-PGF$_{2\alpha}$ is a marker of lipid peroxidation. A study of 44 Alzheimer patients corroborated that synthesis of $8$-iso-PGF$_{2\alpha}$ is ROS-dependent. These patients had elevated levels of urinary $8$-iso-PGF$_{2\alpha}$. Neither treatment with aspirin, nor with rofecoxib significantly reduced urinary $8$-iso-PGF$_{2\alpha}$ excretion in these patients. These findings are consistent with an oxidative stress etiology. The antioxidant vitamin E reduced both urinary TxB$_2$ and urinary $8$-iso-PGF$_{2\alpha}$ corroborating their ROS-induced formation. As noted above, rofecoxib increases the susceptibility of LDL to oxidation. Also, in these experiments, aspirin, but not rofecoxib, significantly decreased urinary excretion of TxB$_2$, the urinary metabolite of thromboxane, showing that thromboxane synthesis was COX-1 derived [34].

XI.4.   **Rofecoxib Inhibits Development of Coronary Collateral Circulation**

116. COX-2-dependent coronary angiogenesis, new coronary vessel formation, is important in myocardial ischemic preconditioning. A well developed collateral

54

117. circulation can protect against gradual occlusion of a large coronary artery and against sudden ischemic damage. Exposing rats to short, repetitive cardiac ischemia induces formation of coronary collateral development. Also, coronary shear stress can promote enlargement of capillaries that interconnect different myocardial perfusion territories [88].

118. Inhibition of COX-2 by coxibs such as rofecoxib causes reduced prostacyclin synthesis, which hampers cardiac angiogenesis, the development of collateral circulation downstream of the plaque. Furthermore, if collaterals have already been established, lack of prostacyclin leads to reduced dilation of the collateral vessels, reduced blood flow via collaterals, and more downstream ischemic damage, even if the upstream plaque itself remains unaffected. Ischemia damages cardiac mitochondria, leading to ROS generation and further damage.

119. Rudic et al suggested that selective inhibition of COX-2, which reduces synthesis of prostacyclin and therefore limit vascular remodeling, explains the increased incidence of adverse cardiovascular complications such as myocardial infarction and stroke induced by coxibs. The investigators stated that "*Suppression of COX-2 derived $PGI_2$ or deletion of $PGI_2$ receptor (IP) profoundly influences the architectural response of the vasculature to hemodynamic stress. Mechanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular*

120. Toyota et al demonstrated that vascular endothelial growth factor (VEGF) is required for coronary collateral growth in rats [90]. Synthesis of VEGF is COX-2-

121.   dependent [91].  In conclusion, rofecoxib contributes to myocardial infarction by limiting coronary collateral blood.   The rofecoxib-induced effect is due to rofecoxib-induced reduction of prostacyclin and VEGF synthesis.

## XII.   ROFECOXIB-INDUCED ADVERSE CARDIOVASCULAR RISK

122.  Figure 11 conceptualizes my opinion, stated to a reasonable degree of medical certainty, about the temporal risk of rofecoxib treatment. Point 1 illustrates the start

Figure 11. Adverse effects of rofecoxib (VIOXX®)
Inhibition of COX-2 increases CCR5 expression and accelerates atherogenesis



of therapy in a young, healthy adult who lacks risk factors.  This person is less likely to soon suffer adverse cardiovascular complications.  By comparison, as illustrated at point 2, an adult with occult risk factors, is more likely to be adversely

affected by rofecoxib treatment in a shorter time span than the healthy young adult illustrated at point 1.

56

123. Point 3 illustrates the case of a patient with clinical atherosclerosis, a patient at known cardiovascular risk. In this case rofecoxib-induced adverse cardiovascular risks are likely to occur quite soon after commencement of therapy. A patient at point 4, for example, a patient who just recently underwent open heart surgery with the use a heart-lung machine, is at extremely high risk of immediate, serious, rofecoxib-induced cardiovascular complications such as acute myocardial infarction and stroke.

124. The opinions expressed above are based on my training, research and experience and my review of the peer-reviewed medical literature, and are held to a reasonable degree of scientific certainty. My consulting fee for Plaintiffs' counsel is $350 per hour. Other charges apply for depositions and travel.

125. I have spent approximately 200 hours in the review of the pertinent medical literature specifically in preparation for writing this report. However, I have spent the past 36 years of my professional life conducting original research, clinical pathology and contributing to the medical literature, all of which has included reviewing the peer-reviewed medical literature germane to pathology, pathopathology, and molecular pathology. I would estimate that I spent 900 hours in reviewing the 317 references and writing the various drafts of what was published as Fosslien, E.: **Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs.** Ann Clin Lab Sci 2005 Fall;35(4):347-

85. In the last four years I have testified in depositions or trials in the cases listed

in Exhibit B to this report.


Signed this 21 day of May, 2006

Egil Fosslien, MD

58

## REFERENCES

1. Fosslien, E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. *Ann Clin Lab Sci* (2005) Autumn;35(4):347-85.

2. Solomon, D.H., Avorn, J., Sturmer, T., et al., Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: High-risk subgroups and time course of risk. *Arthritis Rheum* (2006) May;54(5):1378-89.

3. FitzGerald, G.A.  Coxibs and cardiovascular disease. *N Engl J Med* (2004) Oct 21;351(17):1709-11.

4. Monsuez, J.J. Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology. *Arch Mal Coeur Vaiss* (2004) Jun;97(6):632-40.

5. Veillard, N.R., Kwak, B., Pelli, G. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. *Circ Res* (2004) 94(2):253-61.

6. Lang, S., Lauffer, L., Clausen, C. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. *FASEB J* (2003) 17(2):286-8.

7. Hernandez-Diaz, S., Varas-Lorenzo, C., Garcia Rodriguez, L.A. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. *Basic Clin Pharmacol Toxicol.* (2006) Mar;98(3):266-74.

8. Siegle, I., Klein, T., Backman, J.T., et al., Expression of cyclooxygenase 1 and cyclooxygenase 2 in human synovial tissue: differential elevation of cyclooxygenase 2 in inflammatory joint diseases. *Arthritis Rheum* (1998) Jan;41(1):122-9.

9. Bombardier, C, Laine, L., Reicin, A., et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Eng J Med* (2000) 343:1520-8.

59

10.  Whelton, A. The coxib conundrum: lessons from the rise and fall of rofecoxib. *Am J Ther* (2004) Nov-Dec;11(6):417-21.

11.  Mukherjee, D., Nissen, S.E., and Topol, E.J..  Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors. *JAMA* (2001) 286:954-959.

12.  Schönbeck, U., Sukhova, G.K., Graber, P., Libby, P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* (1999) 155(4):1281-91.

13.  Granstrom, E. The arachidonic acid cascade.  The prostaglandins, thromboxanes and leukotrienes. *Inflammation* (1984) Jun;8 Suppl:S15-25.

14.  Moncada, S., Gryglewski, R., Bunting, S., Vane, J.R.  An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. *Nature* (1976) Oct 21;263(5579):663-5.

15.  Hajjar, D.P. and Pomerantz, K.B.  Signal transduction in atherosclerosis: integration of cytokines and the eicosanoids network. *FASEB J* (1992) Aug;6(11):2933-41.

16.  Tedgui, A. and Mallat, M.  Cytokines in Atherosclerosis: Pathogenic and Regulatory Pathways *Physiol. Rev.* (2006) 86: 515-581.

17.  Wang, J.G., Staessen, J.A., Franklin, S.S., et al.  Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. *Hypertension* (2005) May;45(5):907-13.

18.  Kimmel, S.E., Berlin, J.A., Reilly, M. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. *Ann Intern Med.* (2005) Feb 1;142(3):157-64.

19. Staessen, J.A., Gasowski, J., Wang, J.G., et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. *Lancet* (2000) Mar

11;355(9207):865-72.

20. Osterhaus, J.T., Burke, T.A., May, C., et al. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. *Clin Ther.* (2002) Jun;24(6):969-89.

21. Whelton A, Fort JG, Puma JA, et al. Cyclooxygenase-2-Specific Inhibititors and Cardiorenal Function: A Randomized, Controlled Trial of Celecoxib and Rofecoxib in Older Hypertensive Osteoarthritis Patients. *Am J Ther.* (2001) Mar/Apr 8; 85-95.

22. Kean, W.F., Buchanan, W.W. The use of NSAIDs in rheumatic disorders 2005: a global perspective. *Inflammopharmacology* (2005);13(4):343-70.

23. Zhao, S.Z., Reynolds, M.W., Lejkowith, J., et al. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. *Clin Ther.* (2001) Sep;23(9):1478-91.

24. Whelton, A. Clinical Implications of Nonopioid Analgesia for Relief of Mild-to-Moderate Pain in Patients with or at Risk for Cardiovascular Disease. *Am J Cardiol* (2006) 97[suppl]:3E-9E.

25. Whelton, A., White, W.B., Bello, A.E., et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. *Am J Cardiol.* (2002) Nov 1;90(9):959-63.

26. Muscara, M.N., Vergnolle, N., Lovren, F., et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. *Br J Pharmacol.* (2000) Apr;129(7):1423-30.

27. Qi, Z., Hao, C.M., Langenbach, R.I., et al. Opposite effects of cyclooxygenase-1 and -

61

2 activity on the pressor response to angiotensin II. *J Clin Invest.* (2002) Jul;110(1):61-9.

28. Catella-Lawson, F., McAdam, B., Morrison, B.W., et al. Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids. *J Pharmacol Exp Ther* (1999) 289:735-741.

29. McAdam, B.F., Byrne, D., Morrow, J.D., and Oates, J.A.. Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane $A_2$ and Prostacyclin in Cigarette Smokers. *Circulation* (2005) 112:1024-1029.

30. Warner, TD, Giuliana, F, Vojnovic, I., et al. Nonsteroid drug sensitivities for cyclooxygenase-1 rather than cyclooxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. *Proc. Natl. Acad. Sci. USA* (1999) 96:7563-7568.

31. Ahrens, I., Bode, C., Peter, K. Inhibition of platelet activation and aggregation. *Handb Exp Pharmacol.* (2005);(170):443-62.

32. Patrono, C., Ciabattoni, G., Pugliese, F., et al. Estimated rate of thromboxane secretion into the circulation of normal humans. *J Clin Invest.* (1986) Feb;77(2):590-4.

33. Cheng, Y., Austin, S.C., Rocca, B., et al. Role of Prostacyclin in the Cardiovascular Response to Thromboxane $A_2$. *Science* (2002) 296:539-541.

34. Ciabattoni, G., Porreca, E., Di Febbo, C., et al. Determinants of platelet activation in Alzheimer's disease. *Neurobiol Aging.* (2006) Jan 23; [Epub ahead of print].

35. Cleland, L.G., James, M.J., Stamp, L.K/, Penglis, P.S. COX-2 inhibition and thrombotic tendency: a need for surveillance. *Med J Aust.* (2001) Aug 20;175(4):214-7.

36. Expert Report of Jerry Avorn, M.D., March 20, 2006.

37. Higgs, E.A., Higgs, G.A., Moncada, S., Vane, J.R. Prostacyclin ($PGI_2$) inhibits the formation of platelet thrombi in arterioles and venules of the hamster cheek pouch. 1977.

*Br J Pharmacol.* (1997) Feb;120(4 Suppl):439-43.

38. Buerkle, M.A., Lehrer, S., Sohn, H.Y., et al. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. *Circulation.* (2004) Oct 5;110(14):2053-9.

39. Chlopicki, S., Lomnicka, M., Gryglewski, R.J. Obligatory role of lipid mediators in platelet-neutrophil adhesion. *Thromb Res.* (2003) Jun 15;110(5-6):287-92.

40. Patrono, C. Biosynthesis and pharmacological modulation of thromboxane in humans. *Circulation* (1990) Jan;81(1 Suppl):I12-5

41. Baldwin, G.S., Murphy, .V.J., Yang, Z., Hashimoto, T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. *J Pharmacol Exp Ther.* (1998) Aug;286(2):1110-4.

42. Fries, S., Grosser, T. The Cardiovascular Pharmacology of COX-2 Inhibition. *Hematology (Am Soc Hematol Educ Program)* (2005);:445-51.

43. Walter, M.F. Jacob, R.F. Day, C.A., et al. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. *Atherosclerosis.* (2004) Dec;177(2):235-43.

44. Murata T, Ushikubi F, Matsuoka T, et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. *Nature.* (1997) Aug 14;388(6643):678-82.

45. Nakayama, T., Soma, M., Watanabe, Y., et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. *Biochem Biophys Res Commun.* (2002) Oct 11;297(5):1135-9.

46. Grosser, T., Fries, S., FitzGerald, G.A. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. *J Clin Invest*

(2006) 116;1:4-15.

47. Yokoyama, C., Yabuki, T., Shimonishi, M., et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. *Circulation*. (2002) Oct 29;106(18):2397-403.

48. Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. *Am J Physiol Heart Circ Physiol*. (2004) Mar;286(3):H1114-23.

49. Inoue, H., Taba, Y., Miwa, Y., et al. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. *Arterioscler Thromb Vasc Biol*. (2002) Sep 1;22(9):1415-20.

50. Bishop-Bailey, D., Pepper, J.R., Haddad, E.B., et al. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. *Arterioscler Thromb Vasc Biol*. (1997) Sep;17(9):1644-8.

51. Huang A, Wu Y, Sun D, et al. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. *J Appl Physiol*. (2001) Dec; 91(6):2561-6.

52. Numaguchi, Y., Okumura, K., Harada, M., et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. *Cardiovasc Res*. (2004) Jan 1;61(1):177-85.

53. Henriksson, P., Hamberg, M., Diczfalusy, U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. *Biochim Biophys Acta*. (1985) Apr 25;834(2):272-4.

54. Wang, D., Wang, M., Cheng, Y., Fitzgerald, G.A. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. *Curr Opin Pharmacol*. 2005 Apr;5(2):204-10.

55. Wilson, S.J., Roche, A.M., Kostetskaia, E., Smyth, E.M. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. *J Biol Chem.* (2004) Dec 17;279(51):53036-47. .

56. Hennan, J.K., Huang, J., Barrett, T.D., et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. *Circulation.* (2001) Aug 14;104(7):820-5.

57. Hayes, J.S., Lawler, O.A., Walsh, M.T., Kinsella, B.T. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. *J Biol Chem.* (1999) Aug 20;274(34):23707-18.

58. FitzGerald, G.A., Austin, S., Egan, K., et al. Cyclo-oxygenase products and atherothrombosis. *Ann Med.* (2000) Dec;32 Suppl 1:21-6.

59. Venugopal, S.K., Devaraj, S., Jialal, I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. *Circulation.* (2003) Oct 7;108(14):1676-8.

60. Cockerill, G.W., Saklatvala, J., Ridley, S.H., et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. *Arterioscler Thromb Vasc Biol.* (1999) Apr;19(4):910-7.

61. Kaliman, J., Sinzinger, H., Staudacher, M., Mannheimer. E. Defects in the prostaglandin system. II. Familial platelet-prostacyclin receptor defect (Wien-Hietzing defect)--pathogenetic significance for (early) development of atherosclerosis? *Wien Klin Wochenschr.* (1985) Mar 29;97(7):323-6.

62. Steurer, G., Kaliman, J., Gludovacz, D., Sinzinger, H. Successful therapy of the prostaglandin defect "Wien-Hietzing" (lack of platelet high-affinity binding sites for prostaglandin $I_2$). *Prostaglandins.* (1990) Jun;39(6):693-703.

63. Munro, J.M., and Cotran, R.S. The pathogenesis of atherosclerosis: atherogenesis and inflammation. *Lab Invest* (1988) 58(3):249-61.

64. Ramos, K.S. and Partride, C.R. Atherosclerosis and cancer: flip sides of the neoplastic response in mammalian cells? *Cardiovasc Toxicol* (2005) 5(3):245-55.

65. Nicolini, F.A., Mehta, P., Lawson, D., Mehta, J.L. Reduction in human neutrophil chemotaxis by the prostacyclin analogue iloprost. *Thromb Res* (1990) 59(3):669-74.

66. Simpson, P.J., Mitsos, S.E., Ventura A., et al. Prostacyclin protects ischemic reperfused myocardium in the dog by inhibition of neutrophil activation. *Am Heart J* (1987) 113(1):129-37.

67. Weksler, B.B. amd Coupal, C.E. Platelet-dependent generation of chemotactic activity in serum. *J Exp Med* (1973) 137(6):1419-30.

68. Zernecke, A., Liehn, E.A., Gao, J.L., et al. Deficiency in CCR5 but not CCR1 protects against neointima formation in atherosclerosis-prone mice: involvement of IL-10. *Blood* (2006) Feb 7.

69. Kimura, S., Wang, K.Y., Tanimoto, A. Acute inflammatory reactions caused by histamine via monocytes/macrophages chronically participate in the initiation and progression of atherosclerosis. *Pathol Int* (2004) 54(7):465-74.

70. Boring, L., Gosling, J., Cleary, M. et al. Decreased lesion formation in CCR2$^{-/-}$ mice reveals a role for chemokines in the initiation of atherosclerosis. *Nature* (1998) 394(6696):894-7.

71. Nelken, N.A., Coughlin, S.R., Gordon, D., et al. Monocyte chemoattractant protein-1 in human Atheromatous plaques. *J Clin Invest* (1991) 88(4):1121-7.

72. Han, K.H., Tangirala, R.K., Green, S.R., Quehenberger, O. Chemokine receptor CCR2

expression and monocyte chemoattractant protein-1-mediated chemotaxis in human monocytes. A regulatory role for plasma LDL. *Arterioscler Thromb Vasc Biol.* (1998) Dec;18(12):1983-91.

73. Han, K.H., Hong, K.H., Park, J.H., et al. C-reactive protein promotes monocyte chemoattractant protein-1-mediated chemotaxis through upregulating CC chemokine receptor 2 expression in human monocytes. *Circulation.* (2004) Jun 1;109(21):2566-71.

74. Rong, J.X., Berman, J.W., Taubman, M.B., Fisher, E.A.  Lysophosphatidylcholine stimulates monocyte chemoattractant protein-1 gene expression in rat aortic smooth muscle cells. *Arterioscler Thromb Vasc Biol.* (2002) Oct 1;22(10):1617-23.

75. Wang, K., Tarakji, K., Zhou, Z.,  et al.  Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model.  *J Cardiovasc Pharmacol.* (2005) Jan;45(1):61-7.

76. Bea, F., Blessing, E., Bennett, B.J.,  et al.  Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res.* (2003) Oct 15;60(1):198-204.

77. Panzer, U., Uguccioni, M.  Prostaglandin $E_2$ modulates the functional responsiveness of human monocytes to chemokines. *Eur J Immunol.* (2004) Dec;34(12):3682-9.

78. FitzGerald, G.A., Cheng, Y., Austin, S.  COX-2 inhibitors and the cardiovascular system. *Clin Exp Rheumatol.* (2001) Nov-Dec;19(6 Suppl 25):S31-6.

79. Smith, W.L. Cyclooxygenases, peroxide tone and the allure of fish oil. *Curr Opin Cell Biol.* (2005) Apr;17(2):174-82.

80. De Lorgeril M, Salem P.  Use and misuse of dietary fatty acids for the prevention and

67

treatment of coronary heart disease. *Reprod Nutr Dev.* (2000) May-Jun; 44(3):283-8.

81. Bagga, D., Wang, L., Farias-Eisner, R., et al. Differential effects of prostaglandin derived from omega-6 and omega-3 polyunsaturated fatty acids on COX-2 expression and IL-6 secretion. *Proc Natl Acad Sci U S A.* (2003) Feb 18;100(4):1751-6.

82. Smith, W.L., DeWitt, D.L., Garavito, R.M. Cyclooxygenases: structural, cellular, and molecular biology. *Annu Rev Biochem.* (2000);69:145-82.

83. Nagano, S., Huang, X., Moir, R.D., et al. Peroxidase activity of cyclooxygenase-2 (COX-2) cross-links beta-amyloid (Abeta) and generates Abeta-COX-2 hetero-oligomers that are increased in Alzheimer's disease. *J Biol Chem.* (2004) Apr 9;279(15):14673-8.

84. Barbosa, N.R., Fischmann, L., Talib, L.L., Gattaz, W.F. Inhibition of platelet phospholipase $A_2$ activity by catuaba extract suggests antiinflammatory properties. *Phytother Res.* (2004) Nov;18(11):942-4.

85. Whereat, AF. Oxygen consumptions of normal and atherosclerotic intima. *Circ Res.* (1961) May;9:571-5.

86. Bernal-Mizrachi, C., Gates, A.C., Weng, S., et al. Vascular respiratory uncoupling increases blood pressure and atherosclerosis. *Nature.* (2005) May 26;435(7041):502-6.

87. Ali, M.H., Pearlstein, D.P., Mathieu, C.E., Schumacker, P.T. Mitochondrial requirement for endothelial responses to cyclic strain: implications for mechanotransduction. *Am J Physiol Lung Cell Mol Physiol.* (2004) Sep;287(3):L486-96.

88. Hoefer, I.E., Piek, J.J., Pasterkamp, G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. *Curr Med Chem.* (2006);13(9):979-87.

89. Rudic RD, Brinster D, Cheng Y, et al. COX-2 derived prostacyclin modulates vascular

remodeling. *Circ Res*. (2005) Jun 24;96(12):1240-7.

90. Toyota E, Warltier DC, Brock T, et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. *Circulation*. (2005) Oct 4;112(14);2108-13.

91. Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. *Ann Clin Lab Sci*. (2001) Oct;31(4):325-48.

## APPENDIX A

# EGIL FOSSLIEN, M.D.
Expanded Curriculum Vitae
Professor Emeritus, University of Illinois. Mail: 502 Fairview Avenue Glen Ellyn, Illinois 60137 Telephone:
(630) 469-6824
Emails: efosslie@uic.edu and drfosslien@wowway.com

## I. PERSONAL INFORMATION

### A. Home Address
502 Fairview Avenue, Glen Ellyn, IL 60137
Phone: (708) 469-6824
Fax: (708) 469-6823

### B. Citizenship:  United States
### C. Place and Date of Birth: Norway, December 14, 1935

### D. Marital and Family Status
Married to Silvia Fosslien, Ph.D., one child, Elisabeth, age 18 (at Pomona College,
Claremont, California.

### E. Military Service:
Norwegian Army & Norwegian Air Force (NATO)
U.S. classification: 1H.

### F. Society Memberships:

Present member
- American Heart Association, Emeritus
- Association of Clinical Scientists
- Sigma Xi
Former member
- American Medical Association
- Illinois Medical Society
- DuPage County Medical Society
- Chicago Medical Society
- Academy of Clinical Laboratory Physician and Scientists
- College of American Pathologists, Fellow
- Association of Clinical Pathologists, Fellow

## II. PRESENT STATUS

### A. Emeritus Professor, University of Illinois

### B. Last Full-Time Academic Position: Professor of Pathology, Department of
Pathology (M/C 847), College of Medicine, The University of Illinois at Chicago, 1819
West Polk Street, Room CMW 420, Chicago, Illinois 60612, Phone: (312) 996-7323;
Fax: (312) 996-7856; email; efosslie@uic.edu

70

**C. Last Service Position:** Co-Director, Autopsy Service, University of Illinois Medical Center

## III. BACKGROUND AND EDUCATION

### A. Medical School, Graduate School, and College

1942 - 1956 Elementary School, High School, and Business School, Norway
1958 - 1959 Electrical Engineering, University of Technology, Braunschweig, Germany
1959 - 1965 M.D, University of Heidelberg, Medical School, Germany
1962, Medical School, Free University of Berlin, West Berlin (exchange semester from Heidelberg)
1963, Medical School, University of Geneva, Switzerland (exchange semester from Heidelberg)
1963 La Crosse Lutheran Hospital and the Gundersen Clinic, La Crosse, Wisconsin, three month externship (invited)
1962 - 1966 Graduate Studies, Doctoral Thesis in Pediatrics, University of Heidelberg, Germany

### B. Externship, Internships, Residencies

1963    Externship, Gundersen Clinic and La Crosse Lutheran Hospital, La Crosse, Wisconsin.
1966 – 1968 24 months of clinical rotations for certification in Germany (19 months of surgery, internal medicine and Ob-Gyn in Germany, 5 months in surgery in Denmark, University of Odense).
1968 - 1969 U.S. Rotating Internship, La Crosse Lutheran Hospital and Gundersen Clinic, La Crosse, Wisconsin
1969 - 1971 Resident in Clinical Pathology, University of Chicago
1971 - 1972 Instructor and Trainee, Department of Pathology, University of Chicago
1973 -1975 Resident in Anatomic Pathology, University of Missouri, Columbia

### C. U.S. Medical Licensures

1967    ECFMG, No. 092-478 in by examination in Copenhagen, Denmark
1971 -  State of Illinois, No. 36-45209 by FLEX Examination in December 1971, license issued February 4th, 1972.
1972 – 1993, State of Missouri, No. R4762 by reciprocity with Illinois (I did not renew it)
1976 – 1978, State of Florida.  License number, 28963 by reciprocity with Illinois, (I did not renew it)
1978 - 1993 State of Alabama, No. 8619, by reciprocity with Illinois (I did not renew it)

### D. Specialty Board Certification

1973 Clinical Pathology Specialty Board Exam, American Board of Pathology,
1975 Anatomic Pathology Specialty Board Exam, American Board of Pathology,

## III. ACADEMIC AND SERVICE TIMELINES

## A. List of academic appointments and service experience (in reverse order)

2004 – Professor Emeritus, University of Illinois

1984 – 2004 Professor of Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. Responsibilities: Teaching anatomic and clinical pathology to medical and dental students and pathology residents.

1985 – 2004, Member of the Graduate Faculty, University of Illinois. Responsibilities: Teaching pathophysiology and molecular biology research methodologies and supervising research by medical students and M.S. and Ph.D. degree graduate students

1999-2004 Co-director of the Autopsy Service, University of Illinois Medical Center, Chicago, Illinois Responsibilities: Interacting with Medical Staff regarding autopsy finding. Supervised and taught residents, performed autopsies, and evaluated resident performance. Finalized autopsy reports and prepared and directed Autopsy Conferences. Obtained and maintained Continuing Medical Education (CME) approval for Wednesday Morning Autopsy Conferences. Revised and approved technical and organizational procedure protocols and risk reduction procedures and implemented compliance. Reported to Head of the Department of Pathology; Interacted with The Cook County Medial Examiner's Office in forensic autopsy cases;  Testified at legal depositions regarding autopsy findings.

1986 - 1999 Staff pathologist, Division of Anatomic Pathology, Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois. Responsibilities: Teaching of autopsy pathology to pathology residents and serving as expert witness in medical-legal litigations.

1983 - 1985 Associate Member of the Graduate Faculty, University of Illinois. Responsibilities: Teaching pathophysiology and molecular biology research methodologies and collaborating in research by medical students and M.S. and Ph.D. degree graduate students

1980 - 1984 Associate Professor of Pathology Department of Pathology, University of Illinois College of Medicine at Chicago. Responsibilities: Teaching anatomic and clinical pathology to medical and dental students and pathology residents.  Collaborating with Chairman of Pathology and post-graduate researchers to develop suitable pilot study data for Chairman's grant proposals

1980 - 1986 Director, Division of Clinical Pathology, Department of Pathology, College of Medicine, and Director of Hospital Clinical Laboratories, University of Illinois Hospital,  University of Illinois at Chicago.  Areas of responsibility: Responsible to the Head of Pathology (and to the Hospital) for daily operation, budgeting, renovation, and strategic planning for the Hospital Clinical Laboratories, which at that time included the following sections: Hematology, Blood Bank, Microbiology and Parasitology, Clinical Chemistry, Immunology, and virology, each having a Ph.D. or M.D. or both as section Head(s).  The Clinical Laboratories had a staff of 214 FTE technologists and technicians, excluding the blood-drawing team.  Also, I was responsible for training of resident and medical technologist in the Division of Clinical Pathology.  Major accomplishment: Upgrading the quality of technical staff, obtaining laboratory certification from the Center For Disease Control (CDC), passing several inspections by College of American Pathologists (CAP) inspection teams, performing

many CAP inspections as a team leader with a large team to inspect other medical laboratories such as the Pathology Laboratories at Northwestern University; reducing legal risk through conflict resolution, upgrading, replacing, and interfacing the laboratory computer system to the hospital computer system, saving money by suggesting and implementing multiplexing of data signals between the clinic and the hospital, and submitting extensive proposal for out-reach laboratory facilities. Major strategic failures:  Unable to centralize all satellite laboratories, did not accept an offer by the Medical School Administration to establish an independent Department of Laboratory Medicine under my leadership, did not foresee the significance of an attempt by the Medical Technology School to take control of the Laboratories to secure an income stream (the attempt failed).

1978 - 1979 Clinical Associate Professor of Pathology, University of Alabama, Birmingham, and Associate Pathologist, Norwood Clinic and Carraway Methodist Medical Center, Birmingham, Alabama.  Areas of responsibility: Rotations through surgical pathology and cytology sign-outs, on-call for all laboratory sections, performed autopsies, and directed the Clinical Chemistry Laboratory.  Assigned tasks: budget preparation, modernization, and strategic planning, teaching of pathology residents (surgical pathology, cytology, autopsy pathology, hematology, blood banking, and clinical chemistry).

1976 - 1978 Associate Professor in Pathology, University of South Florida, Tampa, and Director, Clinical Laboratory, University of South Florida College of Medicine Clinics, Tampa, Florida.  Areas of responsibility: Teaching clinical and anatomic pathology to M2 medical students; Conducted NIH-funded research on hemoglobinopathies (as PI); Directed day-to-day operation of the Pathology Laboratories in the University Clinic.  Prepared budgets, hired and trained technologists, and taught residents.  Helped revise and greatly improved billing procedures, collections improved from 40% to over 70%.

1972 -1976 Assistant Professor of Pathology, College of Medicine, and Assistant Professor of Bioengineering and Chemical Engineering, College of Engineering, University of Missouri, Columbia, Missouri.  Areas of responsibility: Conducted NIH-funded research (as P.I.) on hemoglobinopathies in co-operation with Department of Bioengineering and Department of Chemical Engineering, School of Engineering; taught pathophysiology, laboratory analytical methods and principles of instrumentation to medical students, pathology residents, and medical technologists; Headed biotechnology course for graduate students in bio-engineering and chemical engineering.  Organized quality control programs for University of Missouri-Columbia Department of Pathology and affiliated VA chemistry laboratories; planned immediate response laboratory, served as Co-Director and signed laboratory reports from the University (400 beds) and affiliated new VA-Hospital Chemistry Laboratories (700 beds).  Conducted laboratory ward rounds at the University Hospital and affiliated VA-Hospital.

1971 - 1972, Instructor in Pathology, University of Chicago. Responsibilities: Assisted Chairman and visiting researchers in lipid metabolism research using animal (monkey) models of atherogenesis; taught residents in Clinical Pathology; helped plan and implement laboratory computer facilities; served as Head of Clinical Chemistry Laboratory Computer Section.

**B.  Awards and honors:**

1974-1978 Principal Investigator, NIH Grant Nos. R01HL 16017-01/02 and R011HL 20947-01/02

1979, ASCP/CAP/AIP Recognition Awards

1979 & 1976 American Medical Association Physician's Recognition Award

1983 Senator: Medical Center Senate, University of Illinois at Chicago

1983-1984 Prepared pilot data for own RO1 application on Multi-Center Study on Pathobiological Determinants of Atherosclerosis in Youth National Heart, Lung and Blood Institute, DHEW. However, results and application integrated into Departmental Chairman's RO1 grant application at Chairman's request.

1986 -1988: Senator, University of Illinois Senate.

1987 - 1988, Sabbatical leave, granted by the Board of Trustees, University of Illinois. Research with Dr. Karl Weisgraber, Dr. Mahley, and others on apolipoprotein E expression in human uterine leiomyomas; at Gladstone Foundation Laboratories for Cardiovascular Disease, University of California, San Francisco

1988 Principal Investigator, Grant Award, Campus Research Board and University of Illinois College of Medicine Dean's Office: Hormonal Modulation of Apolipoprotein E Synthesis in Human Uterine Leiomyoma.

1990 Principal Investigator, Campus Research Board: Molecular Biology of Human Uterine Leiomyoma.

1992 Principal Investigator, Campus Research Board: Role of TGF-beta in leiomyomas.

1994 Elected member of Sigma Xi, University of Illinois at Chicago Chapter

1999 Member, COX-2 Technology Group; Group supported by GD Searle unrestricted education grant to the University of Illinois

2001 "Clinical Scientist of the Year", Association of Clinical Scientists; Awarded at the University of North Carolina School of Medicine, Chapel Hill, NC

2004 National Register's of WHO's WHO, Executives and Professionals, by invitation

2004 Professor Emeritus, awarded by the University of Illinois Board of Trustees

## C. Continuing Medical Education (CME, in reverse order)

Seminars, 3-days, Joint seminar sponsored by the Association of Clinical Scientists and the American Association of Pathologists (CAP) for ontinuing medical education (CME), Amelia Island Plantation, Florida, 2006. Host: The University of Florida Health Science Center/Jacksonville, Florida.
American Heart Association 7th Annual Conference on Arteriosclerosis, Thrombosis and Vascular Biology, April 27-29, 2006, Denver Marriott City Center, Denver, Colorado.

Seminars, 3-days, Joint seminar sponsored by the Association of Clinical Scientists and the American Association of Pathologists (CAP), Troy, Michigan, 2005

Seminars, 3-days, Annual Meeting of the Association of Clinical Scientists, Houston, Texas, May 12 – 16, 2004; Academic sponsor: The University of Texas, Houston, Texas

Seminars, 3-days, Meeting of the Association of Clinical Scientists, St. Petersburg, Florida, Academic Host, University of Tampa, 2003

Seminars, 3-days, Meeting Association of Clinical Scientists, Academic Host, The School of Medicine of the University of Utah, Salt Lake City, Utah, 2002

Seminars, 3-days, Meeting of the Association of Clinical Scientists, University of North Caroline Medical School, Chapel Hill, NC., 2001

Seminars, 3-days, Meeting of the Association of Clinical Scientists, The Medical College of Georgia, Augusta, Georgia, 2000

Seminars, 3-days, Meeting of the Association of Clinical Scientists, The Ohio State University College of Medicine of Medicine, Columbus, Ohio, 1999

Seminars, 3-days, Meeting of the Association of Clinical Scientists, University of California San Diego School of Medicine and the Scripps Clinic, California, 1999

Seminars, 3-days, Meeting of the Association of Clinical Scientists, Brown University, Providence, Rhode Island, 1998

Seminars, 3-days, Meeting of the Association of Clinical Scientists, Emory University, Atlanta, Georgia, 1997

"UIC 1996-97 Lab Safety Conference for Research Faculty, Staff and Graduate Students", Office of Vice Chancellor for Research, University of Illinois at Chicago, 1996

"CAP Laboratory Accreditation Program Inspector Training Seminar", College of American Pathologists, 1994

"Frontiers in Clinical Science"; Spring Meeting, Charleston, South Carolina, Association of Clinical Scientists, 1994

"Clinical Pathology of Aging"; Seminar, Tampa, Florida, Fall Meeting, Association of Clinical Scientists, 1994

"Midwest Clinical Conference", Chicago Medical Society, Chicago, Illinois, 16.5 CME credit hours, 1993

"Advances in Anatomic and Clinical Pathology"; National Center for Advanced Medical Education, Chicago, Illinois; Certificate awarded, 51 CME credit hours, 1992

"Midwest Clinical Conference", Chicago Medical Society, Chicago, Illinois, 18 CME credit hours, 1992

"CAP/LAP Inspector Training Program Seminar", Rosemont, Illinois; College of American Pathologists, 1991

## D. Other Education

1967 IBM course for physicians in FORTRAN IV programming, University of Odense, Denmark

1970 Two week programming seminar, Digital Equipment Corporation, Maynard, Mass. (PDP-8: DEC Laboratory Computer System), sent by the University of Chicago.

1977 Microprocessor programming course (Motorola 6800), Tampa, Florida, Microprocessor user group

1977 Laboratory Management Workshop, College of American Pathologists

1980 – 1994 College of American Pathologists (CAP) Laboratory Inspectors Seminar (one about every other year)

1980 How to be an expert witness, College of American Pathologists (CAP) Seminar, Las Vegas

1981 Executive Leadership Seminar:  Seven day seminar given by the Office of Organizational Development, University of Illinois

## III. RESEARCH ADVISOR

### A. Bioengineering Graduate Student
1972 - 75: Zon-Nol Chen, Ph.D. in Chemical Engineering, University of Missouri, Columbia, Missouri; Advisor

### B. Medical Students
1987: Advisor to Heide Foerster, M2 summer student: Two-dimensional electrophoresis of proteins in cultured human uterine leiomyoma cells.

1993: Advisor to William Findley, M2 summer student, PCR of HPV6, 16, and 18 in human uterine leiomyomas

1994: Advisor to Ognjen Pitra, M2 summer student, PCR of osteopontin in human uterine leiomyomas.

### C. Graduate Students
1983 - 1986: Shek, Yo Ho; M.S. Thesis in Pathology: Expression of tumor-associated proteins during the proliferative phase and secretory phase in human uterine leiomyoma.  Graduate College; UIC Health Sciences Center; Major Advisor

1992-1996: Lin Qiu: Ph.D. Thesis in Pathology: Role of growth factors and sex hormones in the pathogenesis of human uterine leiomyomas.  Graduate College; UIC Health Sciences Center; Major Advisor

1996-1998: Qiang Zhang: Research towards Ph.D. thesis on characterization including sequencing of p34, a human leiomyoma protein discovered in my

76

laboratory. However, this research was halted as the entire Pathology Graduate Program was closed and the Graduate Students terminated. The financial support for the Graduate Program was re-directed to support post-graduate eye pathology research.

1989-1998: Minor Advisor and Member of Examination Committees for many other Graduate Students in the Pathology Graduate Program

## VII. COMMITTEES

### A. University and Clinical Committees (in reverse order)

1999 - 2004: James Scholar Committee for Independent Studies (gifted students Program for Independent Studies), College of Medicine, University of Illinois at Chicago, Member.

1992 – 1998 Departmental Research and Graduate Education Committee, Member.

1993 - 1994 Departmental Search Committee for Research Faculty Member, Member.

1984 – 1987, College of Medicine, Committee on Continuing Medical Education, Member.

1984 - 1985, Dean's Committee to Review the Department of Radiology; Member.

1984 -1986, Committee on Physical Diagnosis, a Sub-committee of College of Medicine Committee on Instruction; Member

1983 -1986, Search Committee for Head of Microbiology Laboratories, Chairman, University of Illinois at Chicago

1983 Search Committee for Head of Immunology Laboratories, Chairman, University of Illinois at Chicago

1983 - 1985, Search Committee for Head of Chemical Pathology Laboratories, Chairman, University of Illinois at Chicago
1983 Search Committee for Head of Cytogenetics Laboratories, Chairman, University of Illinois at Chicago

1984 -1986 Hospital Laboratories and Blood Bank Committee, Vice Chairman, University of Illinois at Chicago

1982 -1986 Committee on Undergraduate Medical Education, Member, Department of Pathology, University of Illinois at Chicago

1981 Search Committee for Staff Pathologist, Chairman, University of Illinois at Chicago

1981 -1982 Search Committee for Head of Pathology, Member, University of Illinois at Chicago

1981 -1982 Committee on Committees, Member, University of Illinois at Chicago

<u>1980 -1987</u> Faculty Advisory Committee to Head of Pathology, Member, University of Illinois at Chicago

<u>1980 -1986</u> Resident Selection and Evaluation Committee, Member, University of Illinois at Chicago

<u>1980 -1983</u> Committee on Instruction, Member, University of Illinois at Chicago

<u>1980 -1983</u> Hospital Laboratories and Blood Bank Committee, Chairman, University of Illinois at Chicago

<u>1980 -1981</u> Replacement Hospital Laboratory Planning Committee, Member, University of Illinois at Chicago

<u>1980 -1981</u> Ad Hoc Committee to survey the Abraham Lincoln School of Medicine Department of Pathology, Member, University of Illinois at Chicago

<u>1980 – 1986</u> Chairman, Laboratory Quality Assurance Committee, University of Illinois at Chicago

<u>1976 - 1978</u> Ambulatory Care Center Advisory Committee, Member, University of Illinois at Chicago

<u>1976 - 1978</u> Ad Hoc Committee on Laboratory Services, Member, University of South Florida

<u>1976 - 1978</u> Laboratory Utilization Committee, Member, University of South Florida

<u>1976 - 1978</u> Medical Care Evaluation Committee, Member, University of South Florida

<u>1974 - 1975</u> Radiation Safety Committee, Member, Harry S. Truman Veterans Administration Hospital and University of Missouri, Columbia Medical Center

<u>1973 -1975</u> Faculty Advisory Committee to the Dean, Member, University of Missouri, Columbia

<u>1970-1971</u> Planning Committee for Laboratory Computerization, Department of Pathology, University of Chicago.

**B. National Committees**

<u>1982-1983</u> Credentials Committee, Association of Clinical Scientists

<u>1983-1984</u> Planning and Scope Committee, Association of Clinical Scientists

<u>1984-1989</u> Member, Executive Committee, Association of Clinical Scientists

<u>2002 -</u>  Member, Awards Committee, Association of Clinical Scientists

**V.  PUBLIC SERVICE:**

**A.  Association of Clinical Scientists and Annals of Clinical and Laboratory Science**

78

2000 – Member, Scientific Council, the Association of Clinical Scientists

2000 – Member of the Editorial Board, Annals of Clinical and Laboratory Science

1984 - 1985, President, Association of Clinical Scientists

1983 - 1984, Vice President, Association of Clinical Scientist

1983 - 1988, Member of the Executive Committee of the Association of Clinical Scientists

1983 -1984 Planning and Scope Committee, Association of Clinical Scientists

1982 -1983 Credentials Committee, Association of Clinical Scientists

1980 - 1984, Association of Clinical Scientists Member of Scientific Council

### B. Consultant, Clinical

1979 University of South Alabama, Department of Pathology, Mobile, Alabama, organized residency training program.

1980 - 1990, West Side Veterans Administration Hospital, Department of Pathology, Chicago, Illinois.

1980 - 1994 College of American Pathologists, Laboratory Inspector

1981 Amersham Corporation, Radioimmunoassay.

1996 – Expert witness, medical-legal cases

### C. Reviewer for scientific journals

- Annals of Clinical and Laboratory Science
- Archives of Pathology & Laboratory Medicine
- Biochemical Pharmacology
- British Journal of Cancer
- Cancer Detection and Prevention
- Cancer Investigation
- Cancer Research
- Cellular and Molecular Life Sciences
- Clinical & Experimental Metastasis
- Clinical Endocrinology
- Expert Opinion on investigational Drugs
- Expert Opinion on Pharmacotherapy and Emerging Drugs
- GUT
- Journal of Clinical Oncology
- Journal of Pediatric Gastroenterology and Nutrition
- Journal of Pharmacy and Pharmacology
- Neurotoxicity Research
- Oncogene
- Pharmacological Research

**D. Grant Application Reviews (Recent)**

External reviewer for the Alberta Cancer Research Board

Reviewer for the Broad Foundation

External reviewer for the Health Research Board of Ireland

Reviewer for the Wellcome Trust

Member, 3 years, Cancer Panel, Tobacco Related Disease Program (TRDRP) State of California

Member, 3 years, Cancer Panel, Tobacco Related Disease Program (TRDRP) State of Colorado

## VIII. PRESENT SCIENTIFIC INTERESTS

1. Molecular pathology of cyclooxygenase-2 in atherosclerosis, carcinogenesis, angiogenesis, and morphogenesis

2. Role of bimodal growth factors in morphogenesis and vascular remodeling

3. Mitochondrial medicine

4. Parkinson's disease

## IX. PRESENTATIONS AND ABSTRACTS

(Presenter's or first authors name is underlined)

Musil F, Fosslien E, Lumeng J, Lubran M.  A continuous extraction system for TLC using automatic spot application.  Presented at the Interim Meeting of the American Society of Clinical Pathologists in Houston, Texas, February 1970

Fosslien E, Blickenstaff LR, Miller MM, Lumeng J.  A simple system for continuous flow analysis.  Presented at the Scientific Assembly of the Annual Meeting of the American Society of Clinical Pathologists in Atlanta, Georgia, September 1970

Fosslien E, Musil F, Lumeng J.  Scintillation determination of lipid fractions automatically scraped from standard TLC  plates.  Presented at the World Congress of the American Oil Chemist Society in Chicago, Illinois, September 1970

Fosslien E, Chen B, Kavechi AE, Preckshot GW.  Automated hemoglobin electrophoresis.  Read at the Fall Meeting of Clinical Pathologists in Chicago, Illinois, 1973.

Fosslien E, Chen B, Kavechi AE, Preckshot GW.  Automated hemoglobin electrophoresis.  AJCP 62:134, 1974, Abstract

Fosslien E.  Modalities of automation in zone electrophoresis.  Paper presented at the Ninth Annual Symposium on Advanced Analytical Concepts for the Clinical Laboratory, Oak Ridge National Laboratories, March 1977

Fosslien E, Anderson DN, Nastir A.  Continuous flow zone electrophoresis: experimental demonstration of a novel electrophoretic principle and discussion of potential research and clinical applications.  Presented at the Eleventh Annual Symposium on Advanced Analytical Concepts for the Clinical Laboratory, Oak Ridge National Laboratories, April 1980

Fosslien E, Cummings P.  Evaluation of the COBAS-BIO centrifugal fast analyzer. Presented at the Semi-annual meeting of the Association of Clinical Scientists, 1981

Wynn A, Maturen A. Fosslien E.  Glycosylated hemoglobin minicolumn assays in hemoglobinopathies.  Presented at the Fifteenth IAMLT Congress in Amsterdam, June 1982

Loren AB, Yokoyama MM,  Fosslien E.  Improved immuno-diagnosis of neutrophil dysfunction in the  newborn and infant.  Presented at the 63rd Annual Meeting of the Association of Clinical Scientists, Philadelphia, 1982

Fosslien E.  Proteins in solid tumors.  Presented at the Seminar on Laboratory Diagnosis and Monitoring of Cancer (64th Annual  Meeting) of the Association of Clinical Scientists  in Chicago, Illinois, 1983

Fosslien E.  Alterations in Tissue Proteins in Hepatic Tumors.  Presented at the 64th Annual Meeting of the Association of Clinical Scientists in Washington, D.C., 1983

Fosslien E, Stastny J.  Calibration of two-dimensional electrophoresis by use of internal standards.  Ann Clin Lab Sci 1984,13:349

Fosslien E, Stastny J, Song J, Robertson AL.  New insight into aging: Protein alterations in the senescent human aortic intima.  Ann Clin Lab Sci, 1984;14:324

Fosslien E.  Recombinant DNA methods for antenatal diagnosis by means of  placental biopsy.  Presented at the Seminar on the Clinical Pathology of Reproductive Systems, Association of Clinical Scientists, Annual Meeting, Philadelphia, Pennsylvania, November 1984

Fosslien E, Stastny J, Robertson Jr. AL.  Protein Composition of Human Atherosclerotic Intima vs. Isolated Aortic Cells.  Fed Proc 43:713, 1984

Song J, Stastny J, Fosslien E, Robertson AL.  Effects of aging on human aortic protein composition.  Fed Proc 1985;4:1136

Fosslien E, Stastny J, Song J, Shek H, Yamashiroya H, Robertson AL.  Arterial proteins in human aging and atherogenesis.  Hugh Loefland Conference, 1985 Boston, MA

Stastny J, Fosslien E, Robertson AL.  Aortic intima protein composition in "early" human atheroma.  Fed Proc 44:1136, 1985

Fosslien E.  The pathogenesis of cardiovascular disorders.  75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985

81

Fosslien E. The relationship of lipid disorders to coronary heart disease. 75th meeting of the Association of Clinical Scientists, Louisville, Kentucky, 1985

Fosslien E, Stastny J, Yamashiroya H. Recent advances in protein separation by two-dimensional electrophoresis. Ann Clin Lab Sci 1985;15:322

Shek YH, Stastny J, Fosslien E. Cyclic expression of unique proteins in human uterine leiomyomas. Fed Proc 1986;44:1136

Fosslien E, Stastny JJ, Shek YH. In vivo modulation of marker protein in human uterine leiomyoma. Presented at the Association of Clinical Scientists Seminar on Application of Nucleic Acid Probes and Monoclonal Antibodies in Human Disease (79th Annual Meeting) in Atlanta, Georgia, November, 1986

Fosslien E, Stastny J, Robertson AL. Quantitative alterations in proteins in human atherosclerotic lesions of young trauma victims. Fed Proc 1987;44:977

Fosslien E. et al.: Apolipoprotein E and in vivo smooth muscle cell proliferation. Ann Clin Sci 1988;18:402-403

Fosslien E. Alterations in mitochondrial structure and function in aging. Presented at the Applied Seminar on Clinical Science of Aging; Nov. 16-20, 1994, Tampa, Florida; 106th Meeting of the Association of Clinical Scientists

Qui L, Yamashiroya H, Fosslien, E. "Age-related Loss of Response to TGF-beta in Human Uterine Leiomyoma Cells in Vitro", ASBMB/ASIP/AAI Joint Meeting, New Orleans, 1996 (late breaking abstract poster session, poster LB132)

Qiu L, Yamashiroya H, Fosslien E. "Growth Enhancement of Uterine Leiomyoma Cell in Vitro by EGF, Estrogen, and Progesterone"; Experimental Biology (EB97), New Orleans, April 1997, Neoplasia Session 357, Board Nr. B-109

Fosslien E, Qiu L, Yamashiroya H. "Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta". 114th Meeting, Association of Clinical Scientists, University of Utah Medical School, Salt Lake City, 1997

Fosslien E. "Adverse effects of drugs on the gastrointestinal system"; 115th Meeting, Association of Clinical Scientists, Atlanta, Georgia, fall 1997

Fosslien E. "Molecular pathology of haptoglobins", Association of Clinical Scientists, Spring Meeting, Brown University, Providence, Rhode Island, 1998

Zhang Q, Fosslien E. "Immunodetection of a haptoglobin-like protein in the human uterine leiomyoma", Federation Meeting, San Francisco, 1998 (poster presentation)

Fosslien E. "Uterine fibroids: Characterization and partial micro-sequencing of uterine tumor proteins". 5th Annual Leadership Symposium, University of Illinois at Chicago, 1998 (poster presentation, by invitation)

Fosslien E, Qiu L. Human uterine leiomyoma cells: "Growth responses to insulin-like growth factor I (IGF–I) and gonadotropin releasing hormone (GnRH)", Experimental Biology (EB98), San Francisco, 1998 (poster presentation)

Fosslien, E. "Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs", Practical Clinical Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, Wisconsin; June 25th 1998 (invited paper; invited by Dr. Steven H. Wong, Professor of Pathology, Department of Pathology, and Scientific Director, Toxicology, Milwaukee County Medical Examiner's Office)

Fosslien E. "Molecular pathology of cyclooxygenase-2 in neoplasia", 118th Meeting Association of Clinical Scientists, Academic Host: Ohio State University College of Medicine of Medicine, Columbus, Ohio, Spring 1999

Fosslien E. "Escape from immunological surveillance in blastocyst implantation and cancer", Association of Clinical Scientists, 119th Meeting, University of California San Diego School of Medicine, California, Fall 1999

Fosslien E. "Mitochondrial Medicine: Molecular Pathology of Defective Oxidative Phosphorylation", 120th Meeting of the Association of Clinical Scientists, The Medical College of Georgia, Augusta, Georgia, May 2000

Fosslien E. "Molecular Pathology of Cyclooxygenase-2 (COX-2) in Cancer-induced Angiogenesis", Association of Clinical Scientists, 121st Meeting, University of North Caroline Medical School, Chapel Hill, NC, 2001

Fosslien E. "Molecular Pathology of Mitochondrial Dysfunction in Parkinson's Disease", 122nd Meeting Association of Clinical Scientists, Academic Host, The School of Medicine of the University of Utah, Salt Lake City, Utah, 2002

Fosslien E. "Mitochondrial Dysfunction in Cardiomyopathies", Association of Clinical Scientists, 123rd Meeting, St. Petersburg, Florida, 2003

Fosslien E. "Molecular Pathology of Alterations in Thermoregulation: Role of Mitochondrial Uncoupling Proteins". Presented at the Association of Clinical Scientists", Annual Meeting, Houston, Texas, May 12 – 16, 2004

Fosslien E. "Cardiovascular Complications of Nonsteroidal Anti-inflammatory Drugs". Presented at the 125th meeting of the Association of Clinical Scientists", Troy, MI, May 12–16, 2005.

Fosslien E. "Role of Mitochondrial Dysfunction in the Etiology of Neoplasia". 126th Meeting of the Association of Clinical Scientists, Amelia Island Plantation, Florida.

## X. PUBLICATIONS:

### A. Experimental and Clinical

Fosslien, E.: Drahtlose Electroencephalographie-Übertragung. Möglichkeiten ihrer Realisierung und praktischer Aufbau einer Kodierungsanlage und einer Dekodierungsanlage für die Simultantelemetrie von acht Schädelableitungs-signalen nach dem Zeitmultiplexverfahren. Dissertation, University of Heidelberg, Germany, 1966

Musil F, Fosslien E. An automated eight-channel spot applicator for thin-layer chromatography. J Chromatog. 1970;47:116-118.

Fosslien E, Musil F.  Automatic lipid extraction and thin-layer chromatography application with a programmed flow system.  J Lipid Res 1970;11:605-609.

Feldman SA, Fosslien E.  Microanalytical quantitation of serum lipids by thin-layer chromatography utilizing an automated applicator.  J Chromatog 1971;63:63-65.

Fosslien E.  An improved automatic lipid extraction and thin-layer spot application system.  J Chromatog 1971; 63:59-62.

Fosslien E, Musil F, Domizi D, BLickenstaff L, Lumeng, J.  A computer-controlled scraper for standard thin-layer plates.  J Chromatog 1971; 63:131-139.

Fraser R, DuBien L, Musil F, Fosslien E, Wissler RW.  Transport of cholesterol in thoracic duct lymph and serum of rhesus monkeys fed cholesterol with various food fats.  Atherosclerosis 1972; 16:203-216.

Fosslien E.  Automated zone electrophoresis - experiments and new concepts.  Clin Chem 1977;23(8):1436-1443.

Fosslien E, Anderson DN, Nastir A.  Continuous-flow zone electrophoresis: experimental demonstration of a novel electrophoretic principle and discussion of potential research and clinical applications.  Clin Chem 1980;26:1450-1453.

Ayat F, Fosslien E, Kint R, Hudson HC.  Myelolipoma of the adrenal gland.  Urology 1980;4/16:415-418, 1980.

Loren AB, Yokoyama MM, Fosslien E.  Improved Immunodiagnosis of neutrophil dysfunction of the newborn and infant.  Clin Lab Science 1982;12/2:111-115.

Fosslien E, Stastny J, Prasad R.  High resolution two-dimensional electrophoresis. Manual of Procedures for the Seminar on Laboratory Diagnosis and Monitoring of Cancer 1982; Philadelphia, Institute for Clinical Science, 1-7, 1982.

Prasad R, Fosslien E, Vidyasagar D.  Role of radioimmunoassay in neonatal thyroid screening.  Perinat.-Neonat 1983;7/3:49-58.

Fosslien E, Stastny J, Yamashiroya H.  Advances in protein analysis of biological systems.  Surv Synth Path Res 1983;1:282-290.

Fosslien E, Prasad R, Stastny J.  Computer-aided standardization of two-dimensional electrophoresis: improvement of biophysical description of proteins in relative versus absolute coordinate systems.  Electrophoresis 1984;5:102-109.

Fosslien E, Stastny J.  Two-dimensional electrophoresis maps markers.  Clin Chem News 1984; May: 6-7.

Stastny J, Prasad R, Fosslien E.  Tissue proteins in breast cancer, as studied by use of two-dimensional electrophoresis.  Clin Chem 1984;30/12:1914-1918.

Song J, Stastny J, Fosslien E, Robertson AL.  Effect of aging on human protein composition.  I. One-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts.  Exp Mol Path 1985;43:233-241.

Song J, Stastny J, Fosslien E, Robertson AL. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts. Exp Mol Path 1985;43:297-304.

Fosslien E. Clinical aspects of lipid analysis. Diagnostic Medicine, 1985;April:43-47.

Stastny J, Fosslien E, Robertson AL. Human aortic intima protein composition during initial stages of atherogenesis. Atherosclerosis 1986;60:131-139.

Stastny J, Robertson AL, Fosslien E. Basic proteins in the human aortic intima. Non-equilibrium two-dimensional electrophoresis analysis of tissue extracts. Exp Mol Path 1986;45: 279-286.

Stastny J, Fosslien E. Determination of relative amounts of silver stained proteins on two-dimensional gels using internal calibrator. Electrophoresis 1986; 7:544-551.

Shek YH, Stastny J, Fosslien E. Effect of menstrual cycle on protein expression in human uterine leiomyomas. Obstet Gynecol 1987;70:128-133.

Song J, Stastny J, Fosslien E, Robertson AL. Study on proteins of human aortic intima and atherosclerotic lesions. Journal of China Medical University 1987;16:34-40.

Song J, Stastny J, Fosslien E, Robertson AL. Aging of human aortic intima proteins. Chinese Journal of Cardiology 1987;15:356-360.

Daikos GL, Kathpalia SB, Lolans VT, Jackson GG, Fosslien E. Long-term oral ciprofloxacin: Experience in the treatment of incurable infective endocarditis. A J Med 1988;84:786-790.

Stastny JJ, Fosslien E. Quantitation of some intimal proteins in aortic intimas with and without atherosclerosis. Mol Exp Path 1992;57(3):305-14.

## B. Reviews and Theoretical

Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. Annals of Clinical and Laboratory Science 2000;30(1):3-21.

Fosslien E. The biochemistry of cyclooxygenase(COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000;37(5):431-502.

Fosslien E. Mitochondrial medicine: Molecular pathology of defects in oxidative phosphorylation. Ann Clin Lab Sci 2001;31(1):25-67.

Fosslien E. Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001;31(4):325-47.

Fosslien E. Establishment and maintenance of curvature in biology. Medical

Hypotheses 2002; 59(3):233-238.

Fosslien E. Mitochondrial medicine--cardiomyopathy caused by defective oxidative phosphorylation. Ann Clin Lab Sci. 2003;33(4):371-95.

Fosslien E. Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005 Fall;35(4):347-85.

Fosslien E. Review: Mitochondrial dysfunction and inflammation in Parkinson's disease. In preparation

## XI. EXPERT VITNESS

Served as expert witness in cases involving private and university medical practices, hospitals, and nursing homes. Evaluated procedures, charts, and clinical and anatomic pathology reports and testified as to the probable cause of death. Details available during personal interview.

## EXHIBIT B

In the last four years I have testified, either at deposition or in trial for the following cases:

## Outside Cases

A) 1/14/2004 – 9/30/2004; Consultation Order No. 008315, regarding Forensic Pathology

(review and analysis of medical records and coroner's report), paid by American Institute

for Research, 1000 Thomas Jefferson St., HW, Washington, DC 2007. Consultation for

James L. Reed, Jr., Esq., Assistant Regional Council, US DHHS OFFICE OF GENERAL

COUNCIL, Region V, 233 North Michigan Avenue, Suite 700, Chicago, IL 60601-5502;

Phone (312) 353-1640; Facsimile: (312) 886-1718.


B) File No. 431.8993, for Robert J. Feldt, Esq, EICHHORN & EICHORN, Attorneys at

Law, Hammond Office, 200 Russel Street, Hammond, Indiana, 46325; Phone (219) 931-

0560, Telecopier: (219) 931-5370. Consultation activity: Review of medical records,

photographs, autopsy reports, and microscopic slides, rendering opinion as to the cause

of death. Case settled at mediation, February 13, 2004


## Inside Cases

Documents regarding depositions for the defense for UIC internal (autopsy) cases should

be available from the Office of Legal Council, University of Illinois at Chicago. I have

retained no copies of those cases.