Exhibit B - Fosslien Deposition Excerpts

- Fosslien Motion

| | | |
|---|---|---|
| [1:] - [2:1] | 6/8/2006 | Fosslien, Egil (Barnett) |

```
page 1
    0001
 1              IN THE UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4       IN RE: VIOXX                    )
 5       PRODUCTS LIABILITY LITIGATION   )
 6                                       ) MDL Docket
 7       This document relates to:       ) No. 1657
 8       GERALD BARNETT and              ) Section L
 9       CORRINE BARNETT,                )
10                       Plaintiffs,     ) Judge Fallon
11              -vs-                     )
12       MERCK & CO., INC.,              ) Magistrate Judge
13                       Defendant.      ) Knowles
14                                       )
15       Civil Action No. 2:06cv485      )
16
17
18           THE DEPOSITION OF EGIL FOSSLIEN, M.D.
19
20                        June 8, 2006
21
22
23
24
page 2
 1
```

| | | |
|---|---|---|
| [90:14] - [91:18] | 6/8/2006 | Fosslien, Egil (Barnett) |

```
page 90
14         Q.   You're not going to offer any FDA or the
15    FDA advisory opinion?
16         A.   That's what I said.  I don't offer an
17    opinion.  But, you see, there are things that are
18    important in this case.
19         Q.   Okay.
20         A.   But I don't offer an opinion.
21         Q.   I know there are things that you may
22    find interesting, but I want to know and I have a
23    right what your opinions are and what I can expect
24    to hear from you at trial.
page 91
 1              As I understand it you may think some
 2    things are interesting but you're not going to
 3    offer opinions with respect to the FDA or the FDA
 4    advisory committee meeting, the FDA advisory
 5    committee's actions with respect to Vioxx, is that
 6    fair?
 7         A.   You asked me if I have an opinion.  I
 8    certainly have an opinion.  I think it's very sad
 9    that the FDA evidently did not proceed very rapidly
10    on this case or the FDA had different opinions than
11    the company that applied for the approval and --
12    but it's not my report.  I wanted to avoid that.
13    That is a different story in my opinion.  But it's
14    certainly there and I have an opinion about it.
15         Q.   You're not going to be talking about
16    that at trial.  Fair?
17         A.   I don't intend to do so unless you bring
18    it up.
```

| | | |
|---|---|---|
| [92:23] - [93:4] | 6/8/2006 | Fosslien, Egil (Barnett) |

```
page 92
23         Q.   You are not going to be offering any
```



Exhibit B - Fosslien Deposition Excerpts

- Fosslien Motion

```
24      opinions regarding the FDA's original approval of
page 93
1       the drug or any of the labeling or anything like
2       that, correct?
3           A.    Well, I have an opinion, if you ask me
4       the general term "opinion."
```

[95:13] - [95:16]      6/8/2006      Fosslien, Egil (Barnett)

```
page 95
13          Q.    Sir, are you offering an opinion on
14      whether the original approval of the drug was
15      correct or incorrect?
16          A.    No, I'm not.
```

[97:11] - [97:13]      6/8/2006      Fosslien, Egil (Barnett)

```
page 97
11          Q.    Have you ever read the labeling that was
12      approved in the US for Vioxx?
13          A.    No.
```

[99:5] - [99:8]      6/8/2006      Fosslien, Egil (Barnett)

```
page 99
5           Q.    Are you familiar with the FDA
6       regulations regarding the marketing of
7       pharmaceutical drugs in the United States?
8           A.    No.
```

[100:3] - [100:10]      6/8/2006      Fosslien, Egil (Barnett)

```
page 100
3           Q.    Okay.  Do you intend to offer any
4       opinions regarding what Merck employees were
5       thinking at any certain point in time or what their
6       intent is?
7           A.    Intent and thinking, well, there is some
8       e-mail and, you know, I don't think there is any
9       question about what they were thinking from the
10      e-mail.
```

[100:21] - [101:1]      6/8/2006      Fosslien, Egil (Barnett)

```
page 100
21          Q.    You're not interpreting the e-mail?
22          A.    What do you mean by "interpreting"?
23      You're putting words in my mouth, you know.  I read
24      the e-mail.  I quoted it here.  We can look at it
page 101
1       if you want to.
```

[101:19] - [101:21]      6/8/2006      Fosslien, Egil (Barnett)

```
page 101
19          Q.    Have you read all of his e-mails?
20          A.    No, I have not been given all of his
21      e-mails.
```

[102:9] - [102:16]      6/8/2006      Fosslien, Egil (Barnett)

```
page 102
9           Q.    Have you read the deposition testimony
10      of Edward Scolnick?
11          A.    No, I have not.  It's not been available
12      to me.
13          Q.    Have you read any deposition testimony
14      of any Merck employee?
```

Exhibit B - Fosslien Deposition Excerpts

- Fosslien Motion

```
                    15        A.   That I don't recall.  I don't think so,
                    16   but -- I don't think so.
```

[103:22] - [104:5]    6/8/2006    Fosslien, Egil (Barnett)

```
page 103
22             Q.   Have you read internal company e-mails
23   for any company in your regular practice as a
24   pathologist in determining pathogenesis of a drug?
page 104
1    Have you done that?
2              A.   I have not been involved in this sort of
3    drug case before.  I have told you that.
4              Q.   So you have never done that before?
5              A.   No, not to my recollection.
```

[353:1] - [354:13]    6/8/2006    Fosslien, Egil (Barnett)

```
page 353
1         STATE OF ILLINOIS )
2                           )  SS:
3         COUNTY OF DU PAGE )
4                 I, CORINNE T. MARUT, C.S.R. No. 84-1968,
5         a Notary Public within and for the County of
6         DuPage, State of Illinois, and a Certified
7         Shorthand Reporter of said state, do hereby
8         certify:
9                 That previous to the commencement of the
10        examination of the witness, the witness was duly
11        sworn to testify the whole truth concerning the
12        matters herein;
13                That the foregoing deposition transcript
14        was reported stenographically by me, was thereafter
15        reduced to typewriting under my personal direction
16        and constitutes a true record of the testimony
17        given and the proceedings had;
18                That the said deposition was taken
19        before me at the time and place specified;
20                That the reading and signing by the
21        witness of the deposition transcript was agreed
22        upon as stated herein;
23                That I am not a relative or employee or
24        attorney or counsel, nor a relative or employee of
page 354
1         such attorney or counsel for any of the parties
2         hereto, nor interested directly or indirectly in
3         the outcome of this action.
4                 IN WITNESS WHEREOF, I do hereunto set my
5         hand and affix my seal of office at Chicago,
6         Illinois, this 12th day of June, 2006.
7
8
9
10                  CORINNE T. MARUT, C.S.R. No. 84-1968
11                  Notary Public, DuPage County, Illinois.
12                  My commission expires August 15, 2009.
13
```