UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to Case No. 06-0485 | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT, Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., Defendant. | * | |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING

Defendant Merck & Co., Inc. ("Merck") respectfully submits the following pleadings, filed concurrently herewith:

1. Motion for Order Excluding Opinion Testimony by Plaintiff's Experts That Vioxx® Accelerates Atherosclerosis

2. Motion for Order Excluding Testimony of Jerry Avorn, M.D.

3. Motion for Order Excluding Testimony of Richard Kronmal, Ph.D. with accompanying memorandum;

4. Motion for Order Excluding Testimony of Cornelia Pechmann, M.D. with accompanying memorandum; and

5. Motion for Order Excluding Testimony of Leslie Cleland, M.D. with accompanying memorandum;

6. Motion for Order Excluding Testimony of John W. Farquhar, M.D. with accompanying memorandum;

7.  Motion to Exclude Testimony of Doug Zipes, M.D. with accompanying memorandum; and,

8.  Motion for Order Excluding Testimony of Lemuel Moye, M.D. with accompanying memorandum;

9.  Motion for Order Excluding Testimony of Egil Fosslien, M.D. with accompanying memorandum;

10. Motion for Order Excluding Testimony of Richard M. Kapit, M.D. with accompanying memorandum.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of June, 2006.

/s/ *Dorothy H. Wimberly*