A CERTIFIED TRUE COPY

JUN 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15  AM 10: 05

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-50)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,730 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-50 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  06-756~~ | ~~Barry Frederick v. Garage Cafe, Inc., et al.~~ Vacated 6/8/06 | |
| ALN  4  06-745 | Cynthia W. Stone, etc. v. Merck & Co., Inc. | 06-3067 |
| **ARKANSAS EASTERN** | | |
| ARE  2  06-81 | Grace Adams, etc. v. Merck & Co., Inc. | 06-3068 |
| **ARKANSAS WESTERN** | | |
| ARW  4  06-4033 | Bill Hoover v. Merck & Co., Inc. | 06-3069 |
| **CONNECTICUT** | | |
| CT  3  06-671 | Matthews Steele, etc. v. Merck & Co., Inc. | 06-3070 |
| CT  3  06-673 | Nancy DeBiasio v. Merck & Co. Inc. | 06-3071 |
| **FLORIDA MIDDLE** | | |
| FLM  3  06-352 | Mark Forrester v. Merck & Co., Inc., et al. | 06-3072 |
| FLM  3  06-367 | Barry W. Raburn v. Merck & Co., Inc., et al. | 06-3073 |
| FLM  3  06-383 | Randy E. Rumfelt, et al. v. Merck & Co., Inc., et al. | 06-3074 |
| FLM  6  06-551 | Charles Colasanti, etc. v. Merck & Co., Inc., et al. | 06-3075 |
| **FLORIDA NORTHERN** | | |
| FLN  1  06-87 | James Lanier, etc. v. Merck & Co., Inc. | 06-3076 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  06-60548 | Norman Bishop, et al. v. Merck & Co., Inc. | 06-3077 |
| FLS  1  06-21042 | Dewey Ebanks v. Merck & Co., Inc. | 06-3078 |
| FLS  1  06-21059 | Suzanne Clemmons v. Merck & Co., Inc. | 06-3079 |
| FLS  1  06-21060 | Weston Michael Cutler, et al. v. Merck & Co., Inc. | 06-3080 |
| **GEORGIA NORTHERN** | | |
| GAN  1  06-1018 | Mark Decker v. Merck & Co., Inc. | 06-3081 |
| **IDAHO** | | |
| ID  2  06-160 | Ronald E. Coterill, et al. v. Merck & Co., Inc. | 06-3082 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-2177 | Clarence L. Brough, etc. v. Merck & Co., Inc. | 06-3083 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  06-344 | Don Wagner, et al. v. Merck & Co., Inc. | 06-3084 |
| **KANSAS** | | |
| KS  2  06-2158 | Allen Morgan v. Merck & Co., Inc. | 06-3085 |
| KS  5  06-4048 | Haze C. Kearney, etc. v. Merck & Co., Inc. | 06-3086 |
| **MARYLAND** | | |
| MD  1  06-1115 | Douglas C. Reynolds, et al. v. Merck & Co., Inc. | 06-3087 |
| MD  8  06-1081 | Lee M. Weston v. Merck & Co., Inc. | 06-3088 |

SCHEDULE CTO-50 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN  0  06-1453 | John Pouchnik, et al. v. Merck & Co., Inc. | 06-3089 |
| MN  0  06-1589 | Robert C. White v. Merck & Co., Inc. | 06-3090 |
| MN  0  06-1592 | Richard Brown, etc. v. Merck & Co., Inc. | 06-3091 |
| MN  0  06-1618 | Dale Sager v. Merck & Co., Inc. | 06-3092 |
| MN  0  06-1619 | Ann Margaret Roehrman v. Merck & Co., Inc. | 06-3093 |
| MN  0  06-1620 | Claudia Johnson v. Merck & Co., Inc. | 06-3094 |
| MN  0  06-1621 | Hudson Sparkman v. Merck & Co., Inc. | 06-3095 |
| MN  0  06-1655 | Sylvia B. Samuels v. Merck & Co., Inc. | 06-3096 |
| MN  0  06-1657 | Erhardt E. Schultz v. Merck & Co., Inc. | 06-3097 |
| **MISSISSIPPI NORTHERN** | | |
| ~~MSN  2  06-62~~ | ~~Norman Mahan v. Merck & Co., Inc., et al.~~ Opposed 6/13/06 | |
| ~~MSN  4  06-60~~ | ~~Larry Williams v. Merck & Co., Inc., et al.~~ Opposed 6/13/06 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  06-242 | Earl Harris Ables, etc. v. Merck & Co., Inc. | 06-3098 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-2618 | Jacqueline Kelly-Stokes v. Merck & Co., Inc. | 06-3099 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6215 | Emma Miller, etc. v. Merck & Co., Inc., et al. | 06-3100 |
| NYW  6  06-6216 | Robert W. Reddick, etc. v. Merck & Co., Inc., et al. | 06-3101 |
| NYW  6  06-6217 | Ronald J. Fenner, etc. v. Merck & Co., Inc., et al. | 06-3102 |
| **OREGON** | | |
| OR  3  06-555 | Beverly Myers v. Merck & Co., Inc. | 06-3103 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-1222 | Peggy A. Huberty v. Merck & Co., Inc., et al. | 06-3104 |
| PAE  2  06-1223 | Frank Nesbit, etc. v. Merck & Co., Inc., et al. | 06-3105 |
| PAE  2  06-1626 | Colleen Sizemore v. Merck & Co., Inc., et al. | 06-3106 |
| PAE  2  06-1785 | Norman Anderson, et al. v. Merck & Co., Inc., et al. | 06-3107 |
| PAE  2  06-1786 | Kenneth W. Bird, Sr., et al. v. Merck & Co., Inc., et al. | 06-3108 |
| PAE  2  06-1787 | William J. Treptau, et al. v. Merck & Co., Inc., et al. | 06-3109 |
| PAE  2  06-1789 | Glen Breezee, et al. v. Merck & Co., Inc., et al. | 06-3110 |
| PAE  2  06-1790 | Sally G. Taussig, et al. v. Merck & Co., Inc. | 06-3111 |
| PAE  2  06-1873 | Leonard C. Lidstrom, etc. v. Merck & Co., Inc., et al. | 06-3112 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  06-600 | Nick Suwak v. Merck & Co., Inc. | 06-3113 |
| **TEXAS EASTERN** | | |
| TXE  2  06-161 | Dorothy Green v. Merck & Co., Inc. | 06-3114 |
| TXE  2  06-182 | Ronald A. Bogue, et al. v. Merck & Co., Inc. | 06-3115 |
| **TEXAS NORTHERN** | | |
| TXN  2  06-110 | Barbara Wassom, etc. v. Merck & Co., Inc. | 06-3116 |
| TXN  2  06-111 | Lois Smith v. Merck & Co., Inc. | 06-3117 |
| TXN  2  06-112 | Linda Neie, etc. v. Merck & Co., Inc. | 06-3118 |
| TXN  2  06-114 | Andrew Nowak v. Merck & Co., Inc. | 06-3119 |
| TXN  2  06-115 | Sandra Smith v. Merck & Co., Inc. | 06-3120 |

SCHEDULE CTO-50 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| TXS  1  06-76 | Erma Simmons, et al. v. Merck & Co., Inc. | 06-3121 |
| TXS  4  06-1328 | Blake Dave Sarles, Jr., et al. v. Merck & Co., Inc. | 06-3122 |
| TXS  4  06-1384 | Predistell Robinson, et al. v. Merck & Co., Inc. | 06-3123 |
| **TEXAS WESTERN** | | |
| TXW  5  06-334 | Juan Sierra v. Merck & Co., Inc. | 06-3124 |
| **UTAH** | | |
| UT  2  06-357 | Tera Prudence v. Merck & Co., Inc. | 06-3125 |
| **WASHINGTON EASTERN** | | |
| WAE  2  06-112 | Clifford J. Grindley, et al. v. Merck & Co., Inc. | 06-3126 |
| **WASHINGTON WESTERN** | | |
| WAW  2  06-528 | Philip Levander, et al. v. Merck & Co., Inc. | 06-3127 |
| WAW  3  06-5202 | Art G. Macabeo, et al. v. Merck & Co., Inc. | 06-3128 |
| WAW  3  06-5207 | Sally Pilla, et al. v. Merck & Co., Inc. | 06-3129 |
| **WEST VIRGINIA NORTHERN** | | |
| WVN  1  06-66 | Mark K. Rollins, etc. v. Merck & Co., Inc. | 06-3130 |

# INVOLVED COUNSEL LIST (CTO-50)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David J. Vander Ploeg, Jr.
William G. Pintas & Associates, Ltd.
368 West Huron, 100
Chicago, IL 60610

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Ronald W. Armstrong
R.W. Armstrong & Asscoiates
2600 Old Alice Road, Suite A
Brownsville, TX 78521

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Amanda M. Cialkowski
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Michael J. Culkin
Law Offices of Jason L. McCoy
280 Talcottville Road
Vernon, CT 06066

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196

Charles C. Dawson, Jr.
Dawson & Associates, LLC
9 Office Park Circle, Suite 109
Birmingham, AL 35223

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Eddie Easa Farah
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Barry V. Frederick
Frederick Firm
5409 Trace Ridge Lane
Birmingham, AL 35244

Millard Lane Fretland
Conroy, Simberg, Ganon, Krevans
& Abel
125 W. Romana Street
Suite 150
Pensacola, FL 32502

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Robert B. Guild
Matthews & Hession
6 East Bay Street
Suite 210
Jacksonville, FL 32202

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Corinne C. Hodak
Corinne C. Hodak, P. A.
1920 San Marco Blvd.
Jacksonville, FL 32207

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98101

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

Bryan R. Howard
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Micheal Alfred Jacob, II
Chapman, Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Cindy J. Kiblinger
James Humphreys & Associates, LC
800 United Center
500 Virginia St. E.
Charleston, WV 25301

Eric Hans Kirchman
Kirchman & Kirchman
717 D. Street, N.W.
4th Floor
Washington, DC 20004

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

D. David Lambert
Howard, Lewis & Petersen
120 East 300 North
P.O. Box 778
Provo, UT 84603

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002

Michael A. London
Douglas & London, P.C.
111 John Street
14th Floor
New York, NY 10038

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

William Glenn Mayfield
Mayfield & Ogle
200 E. Granada Boulevard
Suite 206
P.O. Box 337
Ormond Beach, FL 32175-0337

Jason L. McCoy
Law Office Of Jason L. Mccoy
280 Talcottville Road
Vernon, CT 06066

Kevin James McDonough
Miles, McGoff & Moore
320 Dahlonega Street, Suite 200
Cumming, GA 30040-2410

Claudio E. Molteni
Popham Law Firm, P.C.
323 West 8th Street
Suite 200
Kansas City, MO 64105-1679

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Vincent E. Nowak
Mullin, Hoard & Brown, LLP
500 South Taylor
Suite 800 LB 213
Amarillo, TX 79101-1656

John D. Owen
Bradley Arant Rose & White, LLP
P.O. Box 830709
Birmingham, AL 35283-0709

Larry Alan Pankey
Miles, McGoff & Moore
4360 Chamblee Dunwoody Road
Suite 400
Atlanta, GA 30341-1055

John K. Povall
J. Kirkham Povall, P.A.
P.O. Box 1199
Cleveland, MS 38732-1199

Randell C. Roberts
Roberts & Roberts
118 W. Fourth Street
Tyler, TX 75701-4000

Kenneth M. Robinson
Robinson Law Firm
717 D. Street, N.W.
4th Floor
Washington, DC 20004

Robert L. Rountree
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Blake Dave Sarles, Jr.
2914 Apple Seed Court
Houston, TX 77082

Jerome J. Schlichter
Schlichter, Bogard & Denton
2661 North Illinois
Suite 187
Swansea, IL 62226

Gene E. Schroer
115 E. Seventh Street
Topeka, KS 66603

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Richard B. Schwartz
Schwartz & Associates
P.O. Box 3949
Jackson, MS 39207-3949

Anne M. Seibel
Bradley Arant Rose & White, LLP
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-2119

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Benjamin R. Skjold
Hellmuth & Johnson, PLLC
10400 Viking Drive
Suite 500
Eden Prairie, MN 55344

Larry N. Sokol
Sokol & Anuta, P.C.
735 S.W., 1st . Ave.
Portland, OR 97204

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Peter M. Suwak
P.O. Box 1
Washington, PA 15301

Thomas F. Urban, II
James F. Humphreys & Associates, L.C.
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Russell Van Camp
Van Camp & Bennion
West 1707 Broadway
Spokane, WA 99201

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

Erik B. Walker
Hissey, Kientz & Herron, PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Regina L. Wells
Schlichter, Bogard & Denton
100 S. Fourth Street
Suite 900
St. Louis, MO 63102

Kim A. Williams
Williamson & Williams
811 1st Avenue
Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

David E. Wood
1317 E. Quebec Ave.
McAllen, TX 78503

Corrie J. Yackulic
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104