RECEIVED
JUN - 9 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 16  AM 10: 10
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-0485 | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT, | |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### MOTION OF MERCK & CO., INC. ("MERCK") FOR ORDER EXCLUDING INFORMAL COMMUNICATIONS FROM THE FDA CONCERNING PROMOTIONAL MATERIALS

#### (MOTION IN *LIMINE* NO. 2)

Defendant Merck, through undersigned counsel, and pursuant to Federal Rules of Evidence 401, 402, 403, 801, and 802, hereby moves to exclude informal communications from the Food and Drug Administration ("FDA") concerning promotional materials, including plaintiff's exhibit 1.0006, a "Warning Letter" dated September 17, 2001 from the FDA to Merck. The facts and law supporting this motion are set forth in the accompanying memorandum and exhibits, which are incorporated as if fully set forth herein.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

814069v.1

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

814069v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion of Merck to Exclude Informal Communications From the FDA Concerning Promotional Materials has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of June, 2006.

_Dorothy H. Wimberly_

814069v.1