Exhibit A - MIL re Fries letter

• Exhibit A

[1264:] - [1264:25]     9/21/2005    Humeston Trial - Anstice Direct

```
page 1264
     1264
 1                           SUPERIOR COURT OF NEW JERSEY
                             ATLANTIC COUNTY/CIVIL DIVISION
 2                           DOCKET NO. ATL-L-2272-03MT
     --------------------------------x
 3   FREDERICK HUMESTON, et al.,
 4          PLAINTIFFS,
 5          VS.              STENOGRAPHIC TRANSCRIPT
                                 OF:
 6   MERCK & CO., INC.,
                                   - TRIAL -
 7          DEFENDANT.
     --------------------------------x
 8            PLACE: ATLANTIC COUNTY CIVIL COURTHOUSE
                     1201 BACHARACH BOULEVARD
 9                   ATLANTIC CITY, NJ 08401
10            DATE:  SEPTEMBER 21, 2005
11
     B E F O R E:
12
              THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
13
     TRANSCRIPT ORDERED BY:
14       DIANE P. SULLIVAN, ESQUIRE
         DAVID R. BUCHANAN, ESQUIRE
15
     A P P E A R A N C E S:
16
         DAVID R. BUCHANAN, ESQUIRE
17       CHRISTOPHER SEEGER, ESQUIRE
         SEEGER, WEISS, LLC
18         ATTORNEYS FOR THE PLAINTIFFS
19       DIANE P. SULLIVAN, ESQUIRE
         DECHERT, LLP
20       STEPHEN D. RABER, ESQUIRE
         WILLIAMS AND CONNOLLY, LLP
21       CHRISTY D. JONES, ESQUIRE
         BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
22         ATTORNEYS FOR THE DEFENDANT
23       *       *       *       *       *       *
                     REGINA A. TELL, CSR-CRR-RPR
24                   OFFICIAL COURT REPORTER
                     1201 BACHARACH BOULEVARD
25                   ATLANTIC CITY, NJ  08401
```

[1272:12] - [1272:22]    9/21/2005    Humeston Trial - Anstice Direct

```
page 1272
12          MS. JONES: Maybe I'm just used to hearing
13   your speech on it, whether it is on the transcript or
14   not.
15          MR. BUCHANAN: That may have been when we
16   were talking about the designations.
17          THE COURT: Okay. Well, I have read over to
18   page 416. All right. The Fries letter is -- may very
19   well be very damaging to Merck. It could be extremely
20   damaging to Merck, but it is hearsay, and unless you
21   have a doctor coming in to say, They did something to
22   me, you can't get it in. So from page 400 over to 414,
```

[1442:1] - [1442:16]    9/21/2005    Humeston Trial - Anstice Direct

```
page 1442
 1                    C E R T I F I C A T I O N
 2
 3
```



EXHIBIT A

Exhibit A - MIL re Fries letter

- Exhibit A

```
 4    I, REGINA A. TELL, C.S.R., C.R.R., License Number
 5    30XI00161000, an Official Court Reporter in and for the
 6    State of New Jersey, do hereby certify the foregoing to
 7    be prepared in full compliance with the current
 8    Transcript Format for Judicial Proceedings and is a
 9    true and accurate compressed transcript to the best of
10    my knowledge and ability.
11
12
13
14                              _____ 09-21-05
                                Regina A. Tell, CSR-CRR
15                              Official Court Reporter
                                Atlantic County Courthouse
16                              Mays Landing, New Jersey
```

[1:] - [1:]        2/28/2006    Cona-McDarby Trial (pgs. 1-44)

```
page 1
                    SUPERIOR COURT OF NEW JERSEY
                    ATLANTIC COUNTY/CIVIL DIVISION
-------------------------------x
THOMAS CONA AND JOYCE CONA,   DOCKET NO. ATL-L-3553-05MT
            PLAINTIFFS,
        VS.
MERCK & CO., INC.,
            DEFENDANT.
-------------------------------x
  JOHN MCDARBY,              DOCKET NO. ATL-L-1296-05MT
            PLAINTIFF,
        VS.
MERCK & CO., INC.,
            DEFENDANT.
-------------------------------x
            PLACE: ATLANTIC COUNTY CIVIL COURTHOUSE
                   1201 BACHARACH BOULEVARD
                   ATLANTIC CITY, NJ 08401
            DATE:  FEBRUARY 28, 2006
B E F O R E:
    THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
TRANSCRIPT ORDERED BY:
    MARK LANIER, ESQUIRE
    CHRISTY D. JONES, ESQUIRE
A P P E A R A N C E S:
    MARK LANIER, ESQUIRE
    LANIER LAW FIRM
    RICHARD MEADOW, ESQUIRE
    DARA HEGAR, ESQUIRE
        ATTORNEYS FOR PLAINTIFF CONA
    ROBERT GORDON, ESQUIRE
    JERRY KRISTAL, ESQUIRE
    ELLEN RELKIN, ESQUIRE
    WEITZ & LUXENBERG
        ATTORNEYS FOR PLAINTIFF MCDARBY
            *    *    *    *    *    *
                    REGINA A. TELL, CSR-CRR-RPR
                    OFFICIAL COURT REPORTER
                    1201 BACHARACH BOULEVARD
                    ATLANTIC CITY, NJ 08401
```

[20:4] - [20:5]     2/28/2006    Cona-McDarby Trial (pgs. 1-44)

```
page 20
 4   is hearsay.  There's really no question that the Fries
 5   letter is hearsay.  It is hearsay within hearsay.  And
```

[44:25] - [44:25]   2/28/2006    Cona-McDarby Trial (pgs. 1-44)

```
page 44
                    C E R T I F I C A T I O N
```

**Exhibit A - MIL re Fries letter**

- **Exhibit A**

> I, REGINA A. TELL, C.S.R., R.P.R., C.R.R., License Number 30XI00161000, an Official Court Reporter in and for the State of New Jersey, do hereby certify the foregoing to be prepared in full compliance with the current Transcript Format for Judicial Proceedings and is a true and accurate compressed transcript to the best of my knowledge and ability.
>
> _____  02-28-06
> Regina A. Tell, CSR-RPR-CRR
> Official Court Reporter
> Atlantic County Courthouse
> Atlantic City, New Jersey