RECEIVED
JUN - 9 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16 AM 10: 12

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-0485 | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT | |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### MOTION OF MERCK & CO., INC. ("MERCK") FOR ORDER EXCLUDING EVIDENCE RELATING TO THE *NEW ENGLAND JOURNAL OF MEDICINE*'S DECEMBER, 2005 "EXPRESSION OF CONCERN"

### (MOTION IN *LIMINE* NO. 4)

Defendant Merck, through undersigned counsel, and pursuant to Federal Rules of Evidence 401, 402, 403, 801, 802, and 803, hereby moves to exclude the *New England Journal of Medicine*'s December, 2005 "Expression of Concern." The facts and law supporting this motion are set forth in the accompanying memorandum and exhibit, which are incorporated as if fully set forth herein.

___ Fee_____
___ Process_____
X  /Dktd_____
___/CtRmDep____
___ Doc. No_____

814129v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Adam L. Hoeflich
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

814129v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of Merck for Order Excluding the *New England Journal of Medicine*'s December, 2005 "Expression of Concern" has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of June, 2006.

_Dorothy H. Wimberly_