# THE WALL STREET JOURNAL.

**Bitter Pill: How the New England Journal Missed Warning Signs on Vioxx --- Medical Weekly Waited Years To Report Flaws in Article That Praised Pain Drug --- Merck Seen as `Punching Bag'**
By David Armstrong
2936 words
15 May 2006
The Wall Street Journal
A1
English
(Copyright (c) 2006, Dow Jones & Company, Inc.)

BOSTON -- In August 2001, a Seattle pharmacist called a radio show on which Jeffrey Drazen, the top editor of the **New England Journal** of Medicine, was appearing. On the air, the pharmacist, Jennifer Hrachovec, begged Dr. Drazen to update an article in the journal that touted the benefits of the painkiller Vioxx while playing down its heart risks.

Dr. Hrachovec had been reviewing data on a Food and Drug Administration Web site indicating that patients in a Vioxx clinical trial had suffered more heart attacks than the journal article about the trial reported. "It bothers me there is more data from the trial than has ever been published and the **New England Journal** still hasn't published an editorial or any kind of update," she said. "My concern is that doctors are still using this and exposing their patients to higher risks of heart problems and they just don't even know that that's the case."

Dr. Drazen was dismissive. "We can't be in the business of policing every bit of data we put out," he told Dr. Hrachovec.

Three years later, Merck & Co. pulled Vioxx from the market, citing higher risk of heart attacks and strokes in some patients. An estimated 20 million Americans took Vioxx, and more than 11,500 lawsuits have been filed against Merck alleging death and other damage from the drug.

While Merck has taken the brunt of criticism in the affair, the **New England Journal**'s role in the Vioxx debacle has received little attention. The journal is the most-cited medical publication in the world, and its November 2000 article on Vioxx was a major marketing tool for Merck.

Last December, the journal repudiated the Vioxx article in an "expression of concern," but only after the drug had been recalled and more than five years after the article appeared. Had the journal acted before the recall, its authoritative voice almost certainly would have damped the Vioxx boom.

Dr. Hrachovec's radio-show call was one of several early warnings about the article's flaws including its failure to mention the extra heart attacks. She and a colleague also submitted a letter to the **New England Journal**, which was rejected for publication. The Journal of the American Medical Association reported on Vioxx's cardiac risk in an August 2001 article. In April 2002 the FDA added a caution on Vioxx's label that warned of cardiovascular risks.

Internal emails show the **New England Journal**'s expression of concern was timed to divert attention from a deposition in which Executive Editor Gregory Curfman made potentially damaging admissions about the journal's handling of the Vioxx study. In the deposition, part of the Vioxx litigation, Dr. Curfman acknowledged that lax editing might have helped the authors make misleading claims in the article. He said the journal sold more than 900,000 reprints of the article, bringing in at least $697,000 in revenue. Merck says it bought most of the reprints.

Stanford University medical professor Gurkirpal Singh, a rheumatologist who was among the first researchers to raise questions about Vioxx's cardiac risks, says the affair shows that journals need to be more vigilant about problems in what they publish. While praising the **New England Journal** for eventually taking action, he says "They absolutely should have corrected in 2001." Had it acted earlier, he says, sales of Vioxx "would have been killed."


EXHIBIT A

breaking information obtained by Dr. Curfman. "The reason is that tomorrow's testimony in the Vioxx trial may involve part of a deposition that Greg gave," Dr. Campion wrote. "It will be essential to notify press" about the statement "and make it prominent" on the journal's Web site, he added.

A public-relations specialist who has advised the journal since 2002 predicted the rebuke would divert attention to Merck and induce the media to ignore the **New England Journal** of Medicine's own role in aiding Vioxx sales.

"I believe that given what a public punching bag Merck has become, there is more than enough information and more than enough context in the statement to drive the media away from NEJM and toward the authors, Merck and plaintiff attorneys," wrote Edward Cafasso, a Boston-based public relations consultant, in a late-night email to journal staffers hours before the expression was released. Mr. Cafasso later added, "In my view, this disclosure may very well be seen as the final straw for Merck on the Vioxx matter."

Mr. Cafasso's prediction initially proved correct. The Texas court ended up delaying the release of Dr. Curfman's deposition, and the expression of concern released Dec. 8 received wide media attention.

A Dec. 12 list of talking points circulated among journal editors advised them to deny that the journal's statement was connected to the federal trial. If asked about the release date, editors were advised to say, "We made this information public as soon as we could, without regard to the trial." It isn't clear who wrote the memo.

The editors now concede the timing was connected to the planned release of Dr. Curfman's deposition at the trial. "We wanted a coherent statement to go out before that," says Dr. Curfman. However, they maintain that the statement was motivated by Dr. Curfman's discovery of new information about the Merck authors' advance knowledge of the three heart attacks.

Dr. Drazen says one discovery he made after the journal's statement was published shows how the authors deceived the journal. He found that the Vigor study of Vioxx continued to tally stomach-related events for several weeks after it stopped tallying heart-related events. "We were hoodwinked," he says. Merck says these cutoff dates were determined ahead of time and weren't designed to reduce the number of heart events included in the totals.

Perhaps the most sensational allegation in the journal's expression of concern was that the authors of the November 2000 article deleted heart-related safety data from a draft just two days before submitting it to the journal for publication. The journal said it was able to detect this by examining a computer disk submitted with the manuscript.

The statement was ambiguous about what data the authors deleted, hinting that serious scientific misconduct was involved. "Taken together, these inaccuracies and deletions call into question the integrity of the data," the editors wrote.

In reality, the last-minute changes to the manuscript were less significant. One of the "deleted" items was a blank table that never had any data in it in article manuscripts. Also deleted was the number of heart attacks suffered by Vioxx users in the trial -- 17. However, in place of the number the authors inserted the percentage of patients who suffered heart attacks. Using that percentage (0.4%) and the total number of Vioxx users given in the article (4,047), any reader could roughly calculate the heart-attack number.

Dr. Curfman says it would have been easier on readers to give the exact number and admits "both the authors and the editors slipped up" in not including it.

Many news organizations, including The Wall Street Journal, misunderstood the ambiguous language and incorrectly reported that the deleted data were the extra three heart attacks -- which, if true, would have reflected badly on Merck. The **New England Journal** says it didn't attempt to have these mistakes corrected. Dr. Curfman says the language about the deletions is "very precise and it is correct."

The day after the expression of concern, Mr. Cafasso emailed colleagues: "The story is playing out exceptionally well."

---

Online Today: WSJ.com subscribers can listen to an interview of pharmacist Jennifer Hrachovec contesting the NEJM editor over the Vioxx study, at WSJ.com/OnlineToday.

---

On Trial

The **New England Journal** of Medicine and Vioxx

-- May 1999: Vioxx approved for sale.

-- November 2000: Journal publishes article saying Vioxx causes fewer stomach problems than older drug, calls heart risk "not significant" for most patients.

-- February 2001: Food and Drug Administration Web site cites Vioxx heart attacks not mentioned in the article.

-- June 2001: Journal rejects letter detailing missing Vioxx heart data.

-- September 2004: Vioxx taken off market.

-- December 2005: Journal issues "expression of concern," says it was misled by authors of article.

**On Trial**
The New England Journal of Medicine and Vioxx

- **May 1999:** Vioxx approved for sale.
- **November 2000:** Journal publishes article saying Vioxx causes fewer stomach problems than older drug, calls heart risk "not significant" for most patients.
- **February 2001:** Food and Drug Administration Web site cites Vioxx heart attacks not mentioned in the article.
- **June 2001:** Journal rejects letter detailing missing Vioxx heart data.
- **September 2004:** Vioxx taken off market.
- **December 2005:** Journal issues "expression of concern," says it was misled by authors of article.



**Jeff Drazen**



**Gregory Curfman**

© 2006 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.