10.06.05 morrison direct.txt

1            (End of side-bar.)
2   BY MR. RABER:
3        Q.    Okay.  Dr. Morrison, without looking at the
4   book can you tell us why you believed in February of
5   1997 that VIOXX had had the potential to be such a
6   great drug?
7            MR. SEEGER:  Your Honor, I'm sorry to do
8   this, I'm just going to object to the reference
9   "without looking at the book" because the book is not
10  to be used for that, it shouldn't be referred to.  I
11  think the question should be what he knew.  It suggests
12  that he should be looking at the book.
13           MR. RABER:  I just didn't want him to pull
14  out the book, Your Honor.
15           THE COURT:  I think that the purpose of
16  counsel's question was to direct him not to use the
17  book, which is what the Court has ordered.
18           MR. SEEGER:  Okay.
19           THE COURT:  You can proceed, counselor.
20  BY MR. RABER:
21        Q.    Dr. Morrison, why do you believe in February
22  of 1997 when you wrote that e-mail that VIOXX had the
23  potential to be a great drug?
24  A.    As I said, I think in order to explain the
25  benefits of VIOXX it is important to understand the

page 3182
□Morrison Direct
page 3183

1   side effects that are known for nonsteroidal
2   anti-inflammatory drugs.  At the time nonsteroidal
3   anti-inflammatory drugs were widely used to treat pain
4   and inflammation, and it was understood that those
5   medications have a common set of side effects, and so
6   what we mean by side effects is these are things that
7   the drug does that the drug is not intended to.
8            The drug is intended to treat pain and
9   inflammation, but all of the nonsteroidal
10  anti-inflammatory drugs have a common set of side
11  effects that are detrimental to patients.  The most
12  important of those is the damage that it does to the
13  stomach.  So nonsteroidal anti-inflammatory drugs by
14  their mechanism of action damage the protective lining
15  of your stomach and so your stomach is filled with
16  acid, and, in fact, if you take stomach juice and put
17  it in a cup and put your finger in it you will get an
18  acid burn, it is an acid in your stomach.  The stomach
19  protects itself from that acid with a protective
20  lining.  Nonsteroidal anti-inflammatory drugs damage
21  that protective lining, so now patients get literally a
22  burn to their stomach.
23           As that burn progresses it can actually erode
24  into a blood vessel and you can get bleeding into your
25  stomach, and if that burn progresses even further it

page 3183
□Morrison Direct
page 3184

1   can actually put a hole completely through the stomach
2   wall, and, so, now the acid pours out into your
                    Page 12

10.06.05 morrison direct.txt

3   abdominal contents, and it was understood that that
4   side effect was common to all the NSAIDs, and it was
5   estimated that somewhere between two and 4 percent of
6   patients who take these medications on a chronic basis
7   would suffer one of these events.  And it was estimated
8   that probably in the United States alone on the order
9   of 20,000 people a year -- between 10 and 20,000 people
10  a year die from this complication of NSAIDs.
11          Based upon the biology, which we'll talk more
12  about later, we were excited that VIOXX would not do
13  this, so that side effect of the NSAIDs would not be
14  something that VIOXX did.
15          The second side effect of NSAIDs that we were
16  excited about that VIOXX would not have is that NSAIDs
17  affect your platelets, so it was understood that all
18  NSAIDs effect platelet function and increases your risk
19  of bleeding.  Now, there are certain clinical
20  situations where that risk is particularly harmful for
21  patients, so you can imagine patients who are already
22  at risk of bleeding if you now give them a nonsteroidal
23  anti-inflammatory drug which raises their risk even
24  higher that would be particularly bad for those
25  patients.  So those kinds of patients are patients who

page 3184
☐Morrison Direct
page 3185

1   were on blood thinners, patients who have hemophilia,
2   cancer patients who their cancer therapy lowers their
3   platelet count, so you already have very few platelets
4   and they're at risk for bleeding, if you now give them
5   a nonsteroidal anti-inflammatory drug and turn off the
6   platelets it further raises their risk.
7          And in the surgical setting you generally
8   don't want patients to be on NSAIDs because it
9   increases their risk of bleeding in the operating room,
10  increases their risk of bleeding after the operation.
11  So this side effect of NSAIDs of inhibiting your
12  platelets was something we were very excited that VIOXX
13  would not do.  So it would not harm your stomach the
14  way NSAIDs did, and it wouldn't cause you to have an
15  increased tendency to bleed the way NSAIDs caused.  So
16  those were two of the things we were very excited about
17  that VIOXX would be a great medicine, there would be
18  clearly clinical situations where patients would be
19  much better off with a medication that doesn't damage
20  the stomach and doesn't inhibit your platelets.
21       Q.   Dr. Morrison, did Merck do any studies with
22  VIOXX to see whether it had any effect on platelets or
23  had any effect on bleeding time?
24  A.   Yes.  Actually, the second study that it is called
25  Protocol 2.  It is the second human study that Merck

page 3185
☐Morrison Direct
page 3186

1   ever did and so just a little bit about when we do drug
2   development it is -- one of the hardest things is to
3   figure out exactly what the dose is that you should
4   give to people.  So early in the program you will often
5   see that the company studies a very wide range of

# Annals of Internal Medicine

*Established in 1927 by the American College of Physicians*

Search Annals:

[GO]

Advanced search

Home | Current Issue | Past Issues | Search | Collections | CME |
PDA Services | Subscribe | Contact Us | Help | ACP Online

**ARTICLE**

# Unnecessary Prescribing of NSAIDs and the Management of NSAID-Related Gastropathy in Medical Practice

▶Robyn **Tamblyn**, PhD; Laeora Berkson, MD, MHPE, FRCPC; W. Dale Dauphinee, MD, FRCPC; David Gayton, MD, PhD, FRCPC; Roland Grad, MD, MSc; Allen Huang, MD, FRCPC; Lisa Isaac, PhD; Peter McLeod, MD, FRCPC; and Linda Snell, MD, MHPE, FRCPC

**15 September 1997 | Volume 127 Issue 6 | Pages 429-438**

**Background:** Use of nonsteroidal anti-inflammatory drugs (NSAIDs) increases the risk for hospitalization and death from gastrointestinal bleeding and perforation.

**Objectives:** To 1) estimate the extent to which NSAIDs are prescribed unnecessarily and NSAID-related side effects are inaccurately diagnosed and inappropriately managed and 2) identify the physician and visit characteristics associated with suboptimal use of NSAIDs.

**Design:** Prospective cohort study.

**Setting:** Montreal, Canada.

**Participants:** 112 physicians representing academically affiliated general practitioners, community-based general practitioners, and residents in family medicine and internal medicine.

**Interventions:** Blinded, office-based assessment of the management of two clinical cases (chronic hip pain due to early osteoarthritis and NSAID-related gastropathy) using elderly standardized patients.

**Measurements:** Quality of drug management and potential predictors of suboptimal drug management.

**Results:** Unnecessary prescriptions for NSAIDs or other drugs were written during 41.7% of visits. Gastropathy related to NSAID use was correctly diagnosed in 93.4% of visits and was acceptably managed in 77.4% of visits. The risk for an unnecessary NSAID prescription was greater when the contraindications to NSAID therapy were incompletely assessed (odds ratio, 2.3 [95% CI, 1.0 to 5.2]) and when the case was managed by residents in internal medicine (odds ratio, 4.1 [CI, 1.2 to 14.7]). The risk for suboptimal management of NSAID-related side effects was increased by incorrect diagnosis (odds ratio, 16.6 [CI, 3.6 to 76.5]) and shorter visits.

**Conclusions:** Unnecessary NSAID prescribing and suboptimal management of NSAID-related side effects were sufficiently common to raise questions about the appropriateness of NSAID use in the general population. If these results reflect current practice, prescribing patterns may contribute to avoidable gastrointestinal morbidity in elderly persons.

Each year, 70 million prescriptions for nonsteroidal anti-inflammatory drugs (NSAIDs) are dispensed in the United States [1], 20 million are dispensed in Great Britain [2], and 10 million are

dispensed in Canada [3]. The widespread use of NSAIDs has raised concerns because these drugs have substantial gastrointestinal side effects. Studies done in Canada, the United States, Australia, and Great Britain have shown that NSAID use increases the risk for hospitalization and death from gastrointestinal bleeding and perforation [4-16]. Each year, use of NSAIDs accounts for an estimated 7600 deaths and 76 000 hospitalizations in the United States [17] and 365 deaths and 3897 hospitalizations in Canada [12,18,19]. One percent to 3% of NSAID users will have gastrointestinal bleeding [20], and 26% will be prescribed antiulcer therapy [11,21]. Treatment of NSAID-related gastrointestinal side effects accounts for one third of the cost of arthritis therapy [11]. Older age, history of peptic ulcer disease, higher NSAID dose, and concurrent use of corticosteroids and anticoagulants increase the risk for serious gastrointestinal side effects [5]. Almost all deaths from NSAID-related gastrointestinal side effects occur in elderly persons [2]; elderly women seem particularly susceptible [10,12,13].

In the mid-1980s, physicians were advised to avoid prescribing NSAIDs to elderly persons and patients with a history of peptic ulcer disease and to use low-dose NSAIDs only when other treatments had failed [2,6]. In 1990, however, an estimated 58% of women and 53% of men 65 years of age and older in Quebec were prescribed NSAIDs [22]; in Alberta, NSAIDs accounted for 47% of prescriptions for antiulcer therapy in elderly persons [21].

The prevalence of the use of NSAIDs and antiulcer therapy raises questions about whether elderly persons are receiving NSAIDs unnecessarily and whether NSAID-related side effects are recognized and adequately managed. This question is of particular interest in elderly women because they are twice as likely as men to experience adverse NSAID-related gastrointestinal events [12]. In addition, women have been noted to be more likely than men to be prescribed therapy for the same condition [23] and to receive inappropriate therapy [24]. Physician surveys conducted in the United States and Great Britain indicate that 4% to 42% of physicians are unaware of the side effects of these drugs [25], that NSAIDs are frequently chosen as first-line treatment for osteoarthritis [25-27], and that treatment approaches to NSAID gastropathy vary greatly [25,28]. Less extensive drug knowledge and higher rates of inappropriate prescribing are more common among physicians who have been in practice longer [29,30] and among general practitioners [30,31], possibly because of the challenges of keeping up to date on drug therapy [32]. Practice style also seems to influence drug prescribing: Shorter visits are associated with higher prescribing rates [33] and more inappropriate prescribing [34]. Moreover, a controversial Canadian study [35-39] found that general practitioners who saw more patients per day and billed for more services per patient were more likely to prescribe NSAIDs and other drugs [35] and that higher rates of NSAID prescribing were associated with higher rates of hospitalization and death [36]. These researchers speculated that physicians who prescribed more medication spent less time with their patients and delivered worse quality of care; as a result, their patients were sicker.

Although the level of NSAID use in the population may be a cause for concern, it is difficult to determine whether elderly patients are actually receiving unnecessary prescriptions or whether NSAID-related problems are being adequately diagnosed. Indications for therapy are rarely documented in sufficient detail to permit retrospective evaluation of the appropriateness of drug treatment decisions [40], and responses to questionnaires that describe cases do not accurately reflect what physicians do in actual practice [41-43]. A physician's ability to diagnose drug-related side effects cannot be ascertained by clinical studies. Only problems that are diagnosed can be assessed; those that go unrecognized or are misdiagnosed cannot [44,45].

In this study, we attempted to overcome these limitations by using standardized patients [43,46,47]. This allowed us to select cases that could be used to evaluate particular aspects of NSAID use and to conduct blinded evaluation of decision making for the same patient in physicians' usual practice environment. Our objectives were to estimate how often NSAIDs were unnecessarily prescribed; whether side effects from NSAID therapy were accurately diagnosed and managed; and whether NSAID treatment decisions were influenced by patient, physician, and visit characteristics. We hypothesized that inadequate recognition and management of NSAID-related problems and unnecessary NSAID prescriptions in elderly persons would be more likely to occur with shorter visits, female patients, and incomplete assessment of relative

contraindications. We also thought that these problems would occur more often with community-based general practitioners than with academically affiliated general practitioners and postgraduate trainees.

# Methods

## Design and Population

Management decisions for elderly patients with arthritis were assessed in a prospective follow-up study of 112 physicians. Each consenting physician saw two to four standardized elderly patients in his or her practice over a 6- to 8-month period. All physicians were blinded to the identity of the patient, the time of entry, and the nature of the problem being studied. Practices for NSAID prescribing were assessed in four populations of Canadian physicians: academically affiliated general practitioners, residents in family medicine, residents in internal medicine, and community-based general practitioners. To obtain representatives of all four groups, we invited the following to participate in our study: all general practitioners (n = 34) in one hospital-based family medicine residency program, all family medicine residents (n = 32) in a second hospital-based program at McGill University (Montreal, Quebec), all general internal medicine residents in the two hospital-based teaching programs at McGill University (n = 29), and a random sample of Montreal general practitioners listed in the College of Physicians registry (n = 82).

## Assessment of Medical Management

To assess physician management decisions for patients with arthritis, we selected two common clinical problems (Appendix). The first case was used to assess unnecessary NSAID prescribing for a patient with a recent exacerbation of chronic hip pain. In this case, the most likely diagnosis was osteoarthritis (not radiologically confirmed) and the treatment options were lifestyle modification, physiotherapy, and medication. The second case was used to assess the recognition and treatment of NSAID-related side effects in a patient with epigastric pain secondary to NSAID use. In both cases, the patients were 67 years of age, had a history of peptic ulcer disease, and had been prescribed medications for coexistent hypertension and type 2 diabetes mellitus.

Standardized patients were recruited from community-based senior citizen groups and screened for suitability by one of the geriatrician investigators. Eight elderly persons were selected, and two men and two women were trained for each case. In 7 to 15 two-hour sessions, standardized patients were trained to present the essential features of the case (history, physical findings, affect) and to record visit time and actions taken by the physician during the visit by using a structured questionnaire for visit documentation [48]. The accuracy of standardized patient presentation and recording was pretested and monitored thereafter by biweekly videotaped investigator-standardized patient visits as quality control assessments. We previously reported that the accuracy of the standardized patients' presentations in double-blinded visit assessments was 96.4% and that the accuracy of visit documentation recording was 77% (kappa = 0.71 [95% CI, 0.56 to 0.85]) [48]. The provincial health board gave the standardized patients temporary health insurance cards so that they could remain anonymous to participating physicians and so that costs of the study visits could be billed to the research office. Standardized patients arranged visit appointments with the study physicians according to prearranged schedules that allowed approximately one visit per physician per month. After each visit, the standardized patient completed the structured questionnaire to record actions taken by the physician during the visit

and returned the completed checklist, prescriptions, referrals, and test requisitions to the research office. To detect unblinding of standardized patients during the study period, we gave participating physicians postcards that were to be returned to the research office if the physicians suspected that a patient was a study patient. At the end of the study period, we retrieved medical charts for all standardized patient visits from physicians' offices.

Each physician was scheduled to see one standardized patient for each of the two cases. Academically affiliated and community-based general practitioners saw a male and a female patient for each case (four visits per physician), whereas residents saw one standardized patient per case (two visits per physician). Residents were randomly assigned to a visit from either a male or a female patient for each case. At the time of our study, clinical recommendations for NSAID use had been published [2,6,49-52], but no consensus guidelines had been produced. Thus, a consensus panel of eight academically affiliated physicians, representing the fields of rheumatology, geriatrics, clinical pharmacology, internal medicine, and family medicine, enumerated and classified drug management decisions for each case into four mutually exclusive categories: optimal, acceptable, suboptimal, and unsafe (Table 1). The panel also identified relative contraindications to NSAID therapy that should be assessed, including history of peptic ulcer disease [5,12,20,53] and hypertension [54,55]. The physicians' actions during the visits were ascertained by reviewing and coding the documentation questionnaires completed after each standardized patient visit, prescriptions, referrals and test requisitions, and the medical chart. Requisitions for investigations, consultations, drug prescriptions, the follow-up appointment card, and the standardized patients' reports of drug therapy that was stopped were used to document management decisions made during the visit. The diagnosis for the visit was determined from the medical chart. The physician's assessment of relative contraindications was determined from the visit documentation questionnaire.

**View this table:**
[in this window]
[in a new window]



Table 1. Academic Panel Classification of Management Decisions for Standardized Patient Cases

## Statistical Analysis

The frequency of diagnostic and drug treatment decisions was calculated for each visit. Hypotheses about the relation between patient, physician, and visit characteristics and prescribing decisions were assessed by fitting multivariable logistic regression models using generalized estimating equations [56,57]. Dependencies in observations of visits to the same physician were considered by specifying, a priori, an exchangeable correlation structure for multiple visits for each physician. In these models, drug treatment decisions were collapsed into two groups (optimal/acceptable and suboptimal/unsafe). The association between physician and visit characteristics and the risk for suboptimal management was estimated for both cases combined and for each case individually. The analysis was done by using SAS version 6.11 with the SAS macro GEE (version 1.25) [58].

# Results

## Study Sample

One hundred twelve (63%) of the 177 physicians who were approached agreed to participate. Participation rates varied by cohort: Thirty-three of 82 (40%) community-based general practitioners, 24 of 34 (71%) academically affiliated general practitioners, 32 of 32 (100%) family medicine residents, and 23 of 29 (79%) internal medicine residents participated. General practitioners who participated were, on average, 4 years younger than nonparticipants, and male academic general practitioners were more likely to participate than their female counterparts (26% of participants and 36% of nonparticipants were female). No demographic differences were seen between residents who participated and those who did not.

The mean age (+/- SD) of the general practitioners was 47 +/- 13.2 years, and the mean duration of practice was 20 +/- 13.4 years. Until recently, Canadian training programs for primary care consisted of a 1-year internship or a 2-year family medicine training program. Specialists in internal medicine are required to complete a 4-year program, and 3 years of general internal medicine training is required for many medical subspecialties. In our study sample, 42.6% of general practitioners had completed a 2-year family medicine residency training program and were certified by the Canadian College of Family Physicians, 46.8% had completed a 1-year rotating internship, and 10.6% had postgraduate training in internal medicine or pediatrics but were not certified in these specialties. Most general practitioners (76%) worked in two or more settings (usually a hospital and private office), and 63% were in group practice. The most common health problems seen by general practitioners were chronic disease (particularly hypertension, asthma, ischemic heart disease, and diabetes), upper respiratory infections, and depression and anxiety [59]. All general practitioners were paid by the universal health insurance plan on a fee-for-service basis, a system in which the physician determines the number of patients seen per day. Physicians reported scheduling an average of 4.3 patients per hour (range, 2 to 9 per hour) and, on average, scheduled 35 minutes for a new patient (range, 15 to 90 minutes). Family medicine and internal medicine residents were in their first or second year of postgraduate training.

## Unblinding

During the 312 visits conducted, physicians detected the standardized patient 36 times (11.5%); on two occasions, a real patient was suspected of being a standardized patient. Unblinding tended to occur in office practices that accepted few new patients. Optimal treatment decisions were more likely to be made in unblinded visits (50%) than in blinded visits (35%). Although the differences were not statistically significant, unblinding seemed to systematically influence performance; unblinded visits were therefore excluded from further analysis.

## Management of Chronic Hip Pain

For the case of chronic hip pain, 139 blinded visits were completed. The average visit length was 27 +/- 14.3 minutes. Osteoarthritis was the most common diagnosis for the hip pain (90.6% of visits), followed by trochanteric bursitis (9.4% of visits). Histories of peptic ulcer disease and hypertension were elicited in 67.6% and 62.6% of visits, respectively, and a history of both risk factors was elicited in 44.6% of visits. Management decisions were optimal or acceptable in 58.3% of visits, suboptimal in 19.4%, and unsafe in 22.3% (Table 2). Unnecessary NSAID prescriptions were written in 52 (37.4%) visits. The four most commonly prescribed NSAIDs were naproxen (25% of NSAID prescriptions), diclofenac (20.8%), ketoprofen (16.7%), and tiaprofenic acid (12.5%). Most patients (68.5%) who were prescribed NSAID therapy were prescribed 75% to 100% of the maximum recommended adult dose [60]. Slightly more than half of patients (51.9%) who were prescribed an NSAID were not prescribed gastroprotective therapy, despite the history of peptic ulcer disease and intolerance of acetylsalicylic acid.



**View this table:**
[in this window]
[in a new window]



In four visits, physicians prescribed other medications (such as steroids and benzodiazepines) that were judged inappropriate by the academic panel. Nonpharmacologic therapy was recommended in 34.5% of visits; the most commonly recommended therapies were physiotherapy and non-weight-bearing exercise. Nonpharmacologic therapy was less likely to be recommended in visits during which an NSAID was prescribed (nondrug therapy was recommended in 21% of visits) than in visits during which either acetaminophen (nondrug therapy was recommended in 48.9% of visits) or no drug (nondrug therapy was recommended in 33.3% of visits) was prescribed (P = 0.02; chi-square test). In 24 visits, no treatment was recommended. In all of these visits, the physician requested investigations or consultations.

## Management of NSAID-Related Gastropathy

A total of 137 blinded visits were completed for the case of NSAID-related gastropathy. The average visit length was 33 +/- 16.1 minutes. In 128 visits (93.4%), NSAID-related gastropathy was correctly diagnosed. Histories of peptic ulcer disease and hypertension were elicited in 87.6% and 65.7% of visits, respectively, and a history of both risk factors was elicited in 57.7% of visits. Management was optimal in 11.7% of visits, acceptable in 65.7%, suboptimal in 13.1%, and unsafe in 9.5% (Table 3). Antiulcer therapy was prescribed in 82.5% of visits. A total of 133 prescriptions for antiulcer drugs were written in the 117 visits during which antiulcer therapy was prescribed. Histamine-2 antagonists were the most frequently prescribed class of antiulcer therapy (51.2% of all prescriptions), followed by antacids (24.8%) and misoprostol (15.5%). In the 16 visits during which two antiulcer drugs were prescribed, the most common combination was an antacid plus another class of gastroprotective therapy (14 visits).

**View this table:**
[in this window]
[in a new window]



## Predictors of Suboptimal Management

The analysis of all visits showed that suboptimal management occurred more frequently for the standardized patients with chronic hip pain. When NSAID-related gastrointestinal side effects occurred, there was a greater risk that NSAID therapy would be started unnecessarily (chronic hip pain case) than that it would be stopped or modified (NSAID-related gastropathy case) (odds ratio [OR], 2.2 [CI, 1.2 to 3.9]) (Table 4). Certain physician and visit characteristics were associated with the risk for suboptimal management; however, except for the assessment of relative contraindications, these associations seemed to be case specific.



**View this table:**
[in this window]
[in a new window]



For the chronic hip pain case, unnecessary prescriptions for NSAIDs were more likely when the physicians did not elicit histories of hypertension and peptic ulcer disease (OR, 2.3 [CI, 1.0 to 5.2]) and when an internal medicine resident (in comparison to an academic general practitioner) saw the main difference between academic general practitioners and internal medicine residents was in the likelihood that they would prescribe an NSAID (residents, 58% of visits; academic physicians, 25% of visits), not in whether they would prescribe gastroprotective therapy with an NSAID. Community-based general practitioners were also more likely to prescribe NSAIDs (OR, 2.1 [CI, 0.8 to 6.5]) than were academic general practitioners, but these differences were not statistically significant. Neither patient sex nor visit length was associated with risk for suboptimal management. However, visit length was related to the likelihood that contraindications to NSAID therapy would be assessed. Visits during which the physician elicited histories of peptic ulcer and hypertension were, on average, 9 minutes longer than visits during which the physician did not elicit these histories. The likelihood of obtaining a relevant history was increased by threefold to fourfold during visits that lasted longer than 15 minutes (visit length, 16 to 30 minutes: OR, 3.7 [P = 0.01]; 31 to 45 minutes: OR, 4.5 [P = 0.01]; >45 minutes: OR, 2.8 [P = 0.15]).

In the case of NSAID-related gastropathy, incorrect diagnosis was the strongest predictor of suboptimal or unsafe management (OR, 16.6 [CI, 3.6 to 76.5]). Gastropathy related to NSAID use was diagnosed in only 6 (46.2%) of the 13 visits in which therapy with both NSAIDs was continued; the correct diagnosis was made in 122 (98.4%) of the 124 visits in which NSAID therapy was modified. The risk for suboptimal management was also reduced when the visit lasted longer than 15 minutes and when the patient's history of hypertension or peptic ulcer disease had been elicited; the latter difference, however, was not statistically significant (P = 0.10). Longer visits were associated with a greater likelihood that relative contraindications would be assessed, but significant differences were seen only for visits that lasted longer than 30 minutes compared with visits that lasted 15 minutes or less (visit length, 31 to 45 minutes: OR, 3.9 [P = 0.01]; >45 minutes: OR, 3.9 [P = 0.05]). Physician group and the sex of the patient and physician were not significantly associated with the risk for suboptimal management of NSAID-related gastropathy.

# Discussion

Using blinded assessment with known standardized cases, we found that unnecessary NSAID prescriptions were written in more than one third of visits. Contrary to recommended guidelines [20,53], NSAIDs were prescribed even when patients were elderly and had relative contraindications to NSAID therapy. Persons who are the age of our standardized patients (60 to 69 years) have a threefold increase in the relative risk for serious gastrointestinal side effects

relative to persons 25 to 49 years of age; those with a history of peptic ulcer disease have a sixfold increase in risk [61]. Furthermore, therapy with most NSAIDs was started at or close to the maximum adult dose. Low doses have been recommended because the relative risk for serious gastrointestinal side effects increases from 2.8 with half the standard dose to 8.0 with the highest dose [12].

The existing evidence suggests that when NSAID therapy is required for patients with a history of peptic ulcer disease, misoprostol should be prescribed simultaneously [1,50,51,62,63]. Nonetheless, gastroprotective therapy was prescribed in only 48% of the visits during which NSAIDs were prescribed; misoprostol was prescribed in only 12% of visits. Although the cost-effectiveness of using misoprostol as preventive therapy for NSAID-related gastropathy in unselected populations has recently been debated [1,49,64], it seems to be agreed that misoprostol should be used in the higher-risk populations that were represented by our standardized patients (elderly persons and patients with a history of peptic ulcer disease) [1,49,64].

We explored possible reasons why NSAIDs may be prescribed unnecessarily. Although other researchers have found that shorter visits and higher practice volume were associated with greater prescribing rates [33,35,65], we observed that visit length played an indirect role in NSAID prescribing. Relative contraindications to NSAID therapy were less likely to be assessed during shorter visits, and the failure to assess contraindications was associated with unnecessary NSAID prescribing. The observation that risk factors were assessed in only 19 of the 57 visits during which NSAIDs were prescribed is in itself disturbing. Physicians may have failed to assess contraindications for NSAID use because they lacked knowledge of the relevant risks, underestimated the importance of these risks for NSAID treatment, or simply forgot to assess these risks. In a previously reported investigation (done in a subset of the general practitioners included in the present study), we found no association between knowledge of NSAID therapy and suboptimal management [66]. Differences in knowledge of relative contraindications may explain the differences in NSAID prescribing between physician groups. However, residents in internal medicine, who were at greatest risk for prescribing unnecessary NSAIDs, elicited relative contraindications to NSAID therapy in more visits (63%) than any other physician group (other groups, 42%). A more likely explanation is that physicians differ in their perceptions of the importance of treatment risks or in the expected benefits of drug therapy [67]. This possibility should be studied because it may explain some of the variation seen in prescribing patterns [33,68,69]. Finally, the link between visit length and risk assessment suggests that time constraints may play an important role in suboptimal prescribing. Computerized reminders and therapy guidelines may be one practical way to handle this problem [70]. At a more basic level, some contend that the root of the problem is the fee-for-service system, which creates incentives for high patient volume, short visits, and suboptimal care [35,36]. However, the reimbursement method does not explain the variation in visit lengths in our study because all general practitioners were paid by fee-for-service. Neither does it explain why similar problems are reported in settings in which physicians are paid on a capitation or salaried basis [33,71]. Alternate explanations need to be pursued.

Antiulcer therapy among NSAID users is costly [6,49], and it was unclear whether excess costs were being created by inaccurate diagnosis and management of NSAID gastropathy. We found that NSAID gastropathy was correctly diagnosed in almost all visits; when it was not, however, the risk for suboptimal management was considerable. In contrast, optimal management, which was defined as stopping therapy with both NSAIDs, was seen in only 11.7% of visits. This finding primarily occurred because in most visits, some form of antiulcer therapy was prescribed. Our findings probably reflect the absence of consensus on the appropriate treatment of NSAID-related gastrointestinal side effects [51,62,72]. Thus, our classification of optimal versus acceptable treatment could be debated. What is evident from our findings is the tendency for the side effects of one medication to be treated with another medication, even when therapy with the problematic medication is stopped. This "cascade effect," in which side effects of one treatment lead to another treatment, has been seen in other areas of medical practice [73-75]. The possibility that

cascade effects exist in drug treatment needs to be investigated because these effects are relevant to the assessment of the cost of drug treatment and possibly to the problem of polypharmacy in elderly patients.

Appropriate management of adverse drug effects in elderly persons takes time. This was evidenced by the difference in average visit length between the two cases (the average visit for the NSAID-related gastropathy case lasted 5.4 minutes longer than the average visit for the case of chronic hip pain) and in the association between visit length and risk for suboptimal management. Management of drug-related problems may be particularly time-consuming in older patients because physicians must rule out competing causes related to coexisting disease for the patient's symptoms. Physicians must also take the time to counsel the patient on changes needed in therapy. Giving physicians adequate remuneration for the time taken to manage drug-related problems may be an important policy issue that must be addressed to reduce the risk for drug-related illness in elderly patients.

Our study had several limitations that could affect the interpretation of our findings. First, high rates of nonparticipation in community-based and academic physicians may have biased our estimate of management practices. Our results probably underestimate the extent of unnecessary NSAID prescribing because physicians who refuse to participate in studies of medical practice have been shown to have lower examination scores than those who agree to participate [76], and lower examination scores have been linked to higher rates of NSAID prescribing [77]. Second, residents included in our study were from a single university program in one country, and the number of visits conducted for residents in internal medicine was small. Caution should be exercised in drawing conclusions about practices in countries other than Canada and about internal medicine compared with family practice on the basis of the data presented. Third, physician performance was studied for only two cases, and our results may or may not be generalizable to other aspects of the management of osteoarthritis and NSAID-related side-effects.

We conclude that unnecessary NSAID prescribing and suboptimal management of NSAID-related side effects were sufficiently common in our study to raise questions about the appropriateness of NSAID use in the general population. Moreover, shorter visits and inaccurate diagnosis seem to compromise physician performance. If these results reflect current practice, prescribing patterns may be contributing to avoidable gastrointestinal morbidity in elderly persons. The implementation of computerized reminders and decision-making support for drug therapy decisions in practice may provide a short-term practical solution to forgetfulness or lack of knowledge. Policies that would provide adequate reimbursement for drug management in elderly patients must be considered. In the long term, better methods of providing education on drug management in training programs need to be developed and evaluated, and the health care system and physician-related factors that contribute to suboptimal prescribing in practice should be further elucidated.

# Appendix

## Case 1: Chronic Hip Pain

A 67-year-old woman or man presents with a 5-year history of episodic stiffness and pain of the right hip that radiates to the groin. The pain has become worse in the past 3 weeks after an episode of strenuous physical exertion. The pain is aggravated by wet weather and exercise; stiffness and soreness occur after the patient walks a half mile or climbs approximately two flights of stairs. Over-the-counter acetaminophen (< or = to2600 mg/d) had worked well to control the pain until the past few weeks. In the past week, the patient added an over-the-counter

acetylsalicylic acid (325 mg)-codeine (8 mg) combination product to acetaminophen (variably taken at 500 to 2600 mg/d). This medication produced upset stomach. Radiography of the hip and lumbosacral spine done 6 months before presentation was normal. Medical history includes peptic ulcer disease that was diagnosed radiologically and treated successfully 10 years ago. Current medical problems include a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include restricted range of motion of the right hip and pain on abduction.

## Case 2: Gastropathy Related to Nonsteroidal Anti-Inflammatory Drug

A 67-year-old woman or man presents with a 3-week history of intermittent midepigastric pain. The pain is gnawing in character and is sometimes precipitated by missed meals, coffee, and stress. The patient has no nausea, vomiting, or history of black stools. The patient had a similar problem 10 years ago that was diagnosed radiologically as peptic ulcer disease and then treated. The patient has a 5-year history of pain and stiffness in the right hip that was diagnosed (by radiography of the hip) as osteoarthritis 6 months before presentation. Naproxen, 250 mg four times daily, was prescribed at that time. The patient had used naproxen on an as-needed basis until 1 month before presentation, when he or she started taking the full prescribed dose. In the past week, the patient added an over-the-counter ibuprofen product to better control the pain and has been taking half of the recommended maximum adult dose. The patient has a 10-year history of hypertension, currently treated with hydrochlorothiazide, 25 mg/d; methyldopa, 250 mg three times daily; and potassium supplement, 1 tablet twice daily. The patient also has a 5-year history of diabetes that was detected during routine screening and has been well controlled with glyburide, 5 mg twice daily, and diet. Findings on physical examination include midepigastric tenderness with no rebound tenderness or radiation and restricted motion of the right hip with pain on abduction.

Acknowledgements: The authors thank the persons who participated as standardized patients; Mrs. Tracey Reid, who coordinated training, study visits, and data management; and the Regie de l'assurance maladie du Quebec, which provided standardized patients with temporary health insurance cards.

Grant Support: In part by grant 6605-3752-57P from the National Health Research and Development Program of Health Canada. Dr. Tamblyn is funded as a National Health Scholar by National Health Research and Development Program of Health Canada (no. 6605-5130-48).

Requests for Reprints: Robyn Tamblyn, PhD, Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Current Author Addresses: Dr. Tamblyn: Division of Clinical Epidemiology, Room R4.11, Royal Victoria Hospital, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Dr. Berkson: Jewish General Hospital, Department of Rheumatology, 3755 Cote Ste. Catherine, Montreal, Quebec H3T 1E2, Canada.

Dr. Dauphinee: Medical Council of Canada, PO Box 8234 Station T, Ottawa, Ontario K1G 3H7, Canada.

Dr. Gayton: Peace Arch Hospital, Russell Unit, 15521 Russell Avenue, White Rock, British Columbia V4B 2R4, Canada.

Dr. Grad: Herzl Family Practice Center, Department of Family Medicine, McGill University, 3755 Cote Ste Catherine Road, Montreal, Quebec H3T 1E2, Canada.

Dr. Huang: Royal Victoria Hospital, Department of Geriatrics, 687 Pine Avenue West, Montreal, Quebec H3A 1A1, Canada.

Dr. Isaac: 1993 Fallen Leaf Lane, Los Altos, CA 94024.

Dr. McLeod: Montreal General Hospital, Department of Medicine, Room B2-118, 1650 Cedar Avenue, Montreal, Quebec, H3G 1A4, Canada.

Dr. Snell: 89 Durham Road, Lambton, New South Wales 2299, Australia.

## Author and Article Information

Ann Intern Med. 1997;127:429-438.
From McGill University, Montreal, Quebec, Canada; Medical Council of Canada, Ottawa, Ontario, Canada; and Kaiser Permanente, San Francisco, California.

▲Top
▲Methods
▲Results
▲Discussion
▲Author & Article Info
• References

## References

1. Gabriel SE, Jaakkimainen RL, Bombardier C. The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug-associated adverse gastrointestinal events. Arthritis Rheum. 1993;36:447-59.[Medline]

2. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions-2. Br Med J (Clin Res Ed). 1986;292:1190-1.

3. National Totals for Prescriptions of Antiarthritic Drug Therapies in Canada. Montreal: IMS Canada; 1997.

4. Hochberg MC. Association of nonsteroidal anti-inflammatory drugs with upper gastrointestinal disease: epidemiologic and economic considerations. J Rheumatol. 1992;19:63-7.

5. Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med. 1991;115:787-96.[Medline]

**6.** Greene JM, Winickoff RN. Cost-conscious prescribing of nonsteroidal anti-inflammatory drugs for adults with arthritis. A review and suggestions. Arch Intern Med. 1992;152:1995-2002.[Abstract]

**7.** Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol. 1995;141:539-45.[Abstract]

**8.** Laporte JR, Carne X, Vidal X, Moreno V, Juan J. Upper gastrointestinal bleeding in relation to previous use of analgesics and non-steroidal anti-inflammatory drugs. Catalan Countries Study on Upper Gastrointestinal Bleeding. Lancet. 1991;337:85-9.[Medline]

**9.** Langman MJ, Weil J, Wainwright P, Lawson DH, Rawlins MD, Logan RF, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994;343:1075-8.[Medline]

**10.** Bloom BS. Cross-national changes in the effects of peptic ulcer disease. Ann Intern Med. 1991;114:558-62.

**11.** Bloom BS. Direct medical costs of disease and gastrointestinal side effects during treatment of arthritis. Am J Med. 1988;84:20-4.

**12.** Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med. 1991;114:257-63.[Medline]

**13.** Garcia Rodriguez LA, Walker AM, Perez Gutthann S. Nonsteroidal anti-inflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology. 1992;3:337-42.[Medline]

**14.** Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Savage R, et al. Variability in risk of gastrointestinal complications with individual non-steriodal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ. 1996;312:1563-6.[Abstract/Free Full Text]

**15.** Guess HA, West R, Strand LM, Helston D, Lydick EG, Bergman U, et al. Fatal upper gastrointestinal hemorrhage or perforation among users and nonusers of nonsteroidal anti-inflammatory drugs in Saskatchewan, Canada, 1983. J Clin Epidemiol. 1988;41:35-45.[Medline]

**16.** Henry DA, Johnston A, Dobson A, Duggan J. Fatal peptic ulcer complications and the use of non-steroidal anti-inflammatory drugs, aspirin, and coticosteroids. Br Med J (Clin Red Ed). 1987;295:1227-9.[Medline]

**17.** Fries JF. Assessing and understanding patient risk. Scand J Rheumatol Suppl. 1992;92:21-4.

**18.** Statistics Canada. Catalogue 82-003S1. Hospital Morbidity, 1989-90. Health Reports. 1992;4(Suppl 1):34.

**19.** Statistics Canada. Catalogue 82-003S12. Mortality Summary List of Causes, 1989. Health Reports. 1991;3(Suppl 12):40-41.

**20.** Tannenbaum H, Davis P, Russell AS, Atkinson MH, Maksymowych W, Huang SH, et al. An evidence-based approach to prescribing NSAIDS in musculoskeletal disease: a Canadian consensus. Canadian NSAID Consensus Participants. Can Med Assoc J. 1996;155:77-88.[Abstract]

**21.** Hogan DB, Campbell NR, Crutcher R, Jennett P, MacLeod N. Prescription of nonsteroidal anti-inflammatory drugs for elderly people in Alberta. Can Med Assoc J. 1994;151:315-22.[Abstract]

22. **Tamblyn RM**, McLeod P, Abrahamowicz M, Monette J, Gayton DC, Berkson L, et al. Questionable prescribing for elderly patients in Quebec. Can Med Assoc J. 1994;150:1801-9.[Abstract]

23. Cafferata GL, Meyers SM. Pathways to psychotropic drugs. Understanding the basis of gender differences. Med Care. 1990;28:285-300.[Medline]

24. Beers MH, Ouslander JG, Fingold SF, Morgenstern H, Reuben DB, Rogers W, et al. Inappropriate medication prescribing in skilled-nursing facilities. Ann Intern Med. 1992;117:684-9.[Medline]

25. Keys J, Beardon PH, Lau C, Lang CC, McDevitt DG. General practitioners' use of non-steroidal anti-inflammatory drugs in Tayside and Fife regions. J R Soc Med. 1992;85:442-5.[Abstract]

26. Mazzuca SA, Brandt KD, Anderson SL, Musick BS, Katz BP. The therapeutic approaches of community based primary care practitioners to osteoarthritis of the hip in an elderly patient. J Rheumatol. 1991;181593-600.

27. Holt WS Jr, Mazzuca SA. Prescribing behaviors of family physicians in the treatment of osteoarthritis. Fam Med. 1992;24:524-7.[Medline]

28. Hardo PG, Chalmers DM, Jakeways M, Wright V, Axon AT. Management of NSAIDs-related dyspepsia in the community. Br J Clin Pract. 1993;47:241-2.[Medline]

29. Ferry ME, Lamy PP, Becker LA. Physicians' knowledge of prescribing for the elderly. A study of primary care physicians in Pennsylvania. J Am Geriatr Soc. 1985;33:616-25.[Medline]

30. Monette J, **Tamblyn RM**, McLeod PJ, Gayton DC. Characteristics of physicians who frequently prescribe long-acting benzodiazepines for the elderly. Eval Health Prof. 1997;20:115-30.[Medline]

31. Ferguson JA. Patient age as a factor in drug prescribing practices. Canadian Journal on Aging. 1990;9:278-95.

32. **Tamblyn R**. Medication use in the seniors population: optimization of physician prescribing as a means of preventing drug-related illness. Canadian Journal on Aging/Canadian Public Policy Supplement. 1997.

33. Hartzema AG, Christensen DB. Nonmedical factors associated with the prescribing volume among family practioners in an HMO. Med Care. 1983;21:990-1000.[Medline]

34. Miles DL. Multiple prescriptions and drug appropriateness. Health Serv Res. 1977;12:3-10.

35. Davidson W, Malloy W, Somers G, Bedard M. Relation between physician characteristics and prescribing for elderly people in New Brunswick. Can Med Assoc J. 1994;150:917-21.[Abstract]

36. Davidson W, Malloy DW, Bedard M. Physician characteristics and prescribing for elderly people in New Brunswick: relation to patient outcomes. Can Med Assoc J. 1995;152:1227-34.[Abstract]

37. Wheeler B. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:139.

38. Soucie J. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:139-40.

39. Davidson W, Molloy DW, Somers G, Bedard M. Prescribing practices [Letter]. Can Med Assoc J. 1994;151:142-4.

**40.** Cox J, Mulholland H. An instrument for assessment of videotapes of general practitioners' performance. BMJ. 1993;306:1043-6.[Medline]

**41.** Jones TV, Gerrity MS, Earp J. Written case simulations: do they predict physicians' behavior? J Clin Epidemiol. 1990;43:805-15.

**42.** Kopelow ML, Schnabl GK, Hassard TH, **Tamblyn** RM, Klass DJ, Beazley G, et al. Assessing practicing physicians in two settings using standardized patients. Acad Med. 1992;67:S19-21.

**43.** Rethans JJ, van Boven CP. Simulated patients in general practice: a different look at the consultation. Br Med J (Clin Res Ed). 1987;294:809-12.[Medline]

**44.** Demlo LK. Assuring quality of health care. An overview. Eval Health Prof. 1983;6:161-96.

**45.** Tugwell P. A methodological perspective on process measures of the quality of medical care. Clin Invest Med. 1979;2:113-21.

**46.** Van Der Vleuten CP, Swanson DB. Assessment of clinical skills with standardized patients: state of the art. Teaching and Learning in Medicine. 1990;2:58-76.

**47.** Woodward CA, McConvey GA, Neufeld V, Norman GR. Measurement of physician performance by standardized patients. Refining techniques for undetected entry in physicians' offices. Med Care. 1985;23:1019-27.[Medline]

**48.** **Tamblyn** RM, Grad R, Gayton D, Petrella L, Reid T. Impact of inaccuracies in standardized patient portrayal and reporting on physician performance during blinded clinic visits. Teaching and Learning in Medicine. 1997;9:25-38.

**49.** Greene JM, Winickoff RN. Cost-conscious prescribing of NSAIDs [Abstract and Commentary]. Internal Medicine Alert. 1992;179-80.

**50.** Numo R. Prevention of NSAID-induced ulcers by the coadministration of misoprostol: implications in clinical practice. Scand J Rheumatol Suppl. 1992;92:25-9.

**51.** Walt RP. Misoprostol for the treatment of peptic ulcer and antiinflammatory-drug-induced gastroduodenal ulceration. N Engl J Med. 1992;327:1575-80.

**52.** Fenner H. Nonsteroidal antiinflammatory drugs: benefit/risk evaluation in rheumatic diseases. J Rheumatol Suppl. 1992;19:98-9.

**53.** Committee on Safety of Medicines. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions 1. Br Med J. 1986;292:614.

**54.** Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med. 1994;121:289-300.[Abstract/Free Full Text]

**55.** Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA. 1994;272:781-6.[Abstract]

**56.** Liang KY, Zeger SL. Longitudinal data analysis using generalized linear models. Biometrics. 1986;73:13-22.

**57.** Zeger SL, Liang KY. Longitudinal data analysis for discrete and continuous outcomes. Biometrics. 1986;42:121-30.[Medline]

**58.** Groemping U. SAS Macro GEE: A SAS macro for longitudinal data analysis. Cary, NC: SAS Institute, Inc.; 1995.

**59.** Strengthening the foundation: the role of the physician in primary health care in Canada. Ottawa: Can Med Assoc; 1994.

**60.** Physicians' Desk Reference. Montvale, NJ: Med Econ; 1996:2879.

**61.** Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet. 1994;343:769-72.[Medline]

**62.** Hawkey CJ. Healing and prevention of NSAID-induced peptic ulcers. Scand J Gastroenterol Suppl. 1994;29:42-7.

**63.** Silverstone FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med. 1996;123:241-9.

**64.** Levine JS. Misoprostol and nonsteroidal anti-inflammatory drugs: a tale of effects, outcomes, and costs [Editorial]. Ann Intern Med. 1995;123:309-10.

**65.** Renaud M, Beuchemin J, Lalonde C, Poirier H, Berthiaume S. Practice settings and prescribing profiles: the simulation of tension headaches to general practitioners working in different practice settings in the Montreal area. Am J Public Health. 1980;70:1068-73.[Abstract]

**66.** Grad R, **Tamblyn** R. Does knowledge of drug prescribing predict drug management of standardized patients in office practice? Med Educ. 1997;31:132-7.

**67.** Baumann AO, Deber RB, Thompson GG. Overconfidence among physicians and nurses: the 'micro-certainty, macro-uncertainty' phenomenon. Soc Sci Med. 1991;32:167-74.[Medline]

**68.** Pitts J, Vincent S. What influences doctors' prescribing? Sore throats revisited. J R Coll Gen Pract. 1989;39:65-6.[Medline]

**69.** McGavock H, Wilson-Davis K, Niblock RW. Unsuspected patterns of drug utilization revealed by interrogation of a regional general practitioner prescribing database. Pharmacoepidemiology and Drug Safety. 1992;1:73-80.

**70. Tamblyn** RM, Jacques A, Laprise R, Huang A, Perreault R. The Office of the Future Project: the integration of new technology into office practice. Academic detailing through the super highway. Quebec Research Group on Medication Use in the Elderly. Clin Perform Qual Health Care. 1997;5:104-8.[Medline]

**71.** Gilley J. Towards rational prescribing [Editorial]. BMJ. 1994;308:731-2.

**72.** Lichtenstein DR, Syngal S, Wolfe MM. Nonsteroidal antiinflammatory drugs and the gastrointestinal tract. The double-edged sword. Arthritis Rheum. 1994;38:5-18.

**73.** Pel M, Heres MH, Hart AA, van der Veen H, Treffers PE. Provider-associated factors in obstetric interventions. Eur J Obstet Gynecol Reprod Biol. 1995;61:129-34.[Medline]

**74.** Alfirevic Z, Walkinshaw SA. A randomized controlled trial of simple compared with complex antenatal fetal monitoring after 42 weeks of gestation. Br J Obstet Gynecol. 1995;102:638-43.[Medline]

**75.** Goeree R, Hannah M, Hewson S. Cost-effectiveness of induction of labour versus serial antenatal monitoring in the Canadian Multicentre Postterm Pregnancy Trial. Can Med Assoc J. 1995;152:1445-50.[Abstract]

**76.** Verhulst SJ, Distlehorst LH. Examination of nonresponse bias in a major residency follow-up study. Acad Med. 1993;68:S61-3.

**77.** Tamblyn RM, Abrahamowicz M, Brallovsky C, Grand'Maison P, Lescop J, Norcini J, et al. Final Report: The Prediction of Practice Profile by Licensure Examination. National Health Research and Development Program, Project Reference no 6605-4101-57E; 1996.

**Table 1. Academic Panel Classification of Management Decisions for Standardized Patient Cases***

| Quality of Management | Case 1: Chronic Episodic Hip Pain | Case 2: NSAID-Related Gastropathy |
|---|---|---|
| Optimal | Increase dose of acetaminophen (4 mg/d) or nonpharmacologic therapy | Stop therapy with both NSAIDS |
| Acceptable | Prescribe acetaminophen with codeine (≤15 mg) or codeine (≤15 mg 3–4 times/d) | Stop therapy with both NSAIDs and prescribe antiulcer therapy or reduce NSAID dose by ≥50% and prescribe antiulcer therapy |
| Suboptimal | Prescribe NSAID with a gastroprotective agent or codeine (>15 mg 3–4 times/d) | Reduce current NSAID dose by <50% with or without prescribing a gastroprotective agent |
| Unsafe | Prescribe NSAID without gastroprotection | Continue therapy with current dose of NSAIDs |

* NSAID = nonsteroidal anti-inflammatory drug.

**Table 2. Physicians' Treatment Decisions in 139 Blinded Visits with Standardized Patients-Case 1: Chronic Hip Pain***

| Quality of Management | Visits | Treatment Decisions | Frequency | Nonpharmacologic Treatment† |
|---|---|---|---|---|
| | % | | n (%)‡ | |
| Optimal | 58.3 | No drug prescribed | 36 (25.9) | 12 (33.3) |
| | | Prescribe acetaminophen | 45 (32.4) | 22 (48.9) |
| Acceptable | 0 | Prescribe acetaminophen with codeine ≤ 15 mg | –§ | – |
| | | Prescribe codeine ≤ 15 mg | 0 | – |
| Suboptimal | 19.4 | Prescribe NSAID with a gastroprotective agent | 25 (18.0) | 5 (20.0) |
| | | Prescribe codeine > 15 mg | 2 (1.4) | 2 (100) |
| Unsafe | 22.3 | Prescribe NSAID without gastroprotection | 27 (19.4) | 6 (22.2) |
| | | Inappropriate prescription‖ | 4 (2.9) | 1 (25.0) |

* NSAID = nonsteroidal anti-inflammatory drug.
† Nonpharmacologic treatment recommendations included physiotherapy (n=18), non-weight-bearing exercise (n=3), thermal therapy (n=2), walking aids (n=2), weight reduction (n=2), and acupuncture (n=1).
‡ Values are the number (percentage) of visits.
§ In one visit, an NSAID plus acetaminophen and codeine were prescribed. This visit was classified as an NSAID prescribing visit.
‖ Drugs prescribed with NSAIDs for gastroprotection were misoprostol (n=18), histamine-2 blockers (n=6), sucralfate (n=2), and omeprazole (n=1).
¶ Inappropriate prescriptions were for corticosteroids (n=1), cyclobenzaprine (n=1), diazepam (n=1), and methacloprolamine salicylate (n=1).

**Table 3. Physicians' Treatment Decisions in 137 Blinded Standardized Patient Visits-Case 2: NSAID-Related Gastropathy***

| Quality of Management | Visits | Treatment Decisions | Frequency† |
|---|---|---|---|
| | % | | n (%) |
| Optimal | 11.7 | Stop therapy with both NSAIDs | 16 (11.7) |
| Acceptable | 65.7 | Stop therapy with both NSAIDs and prescribe antiulcer therapy | 75 (54.7) |
| | | Reduce dose by ≥50% and prescribe antiulcer therapy | 15 (10.9) |
| Suboptimal | 13.1 | Reduce NSAID dose by ≤50% | 0 – |
| | | Reduce NSAID dose by ≤50% and prescribe antiulcer therapy | 18 (13.1) |
| Unsafe | 9.5 | Keep both NSAIDs and prescribe antiulcer therapy | 9 (6.6) |
| | | Keep both NSAIDs | 4 (2.9) |

* NSAID = nonsteroidal anti-inflammatory drug.
† Values are the number (percentage) of visits.

**Table 4. Physician and Visit Characteristics Associated with Quality of Drug Management Decisions: Adjusted Odds Ratios Estimated by Multivariable Logistic Regression***

| Characteristics | Frequency by Quality of Management for All Visits | | | Odds Ratio for All Visits (95% CI) | Risk for Suboptimal or Unsafe Drug Management | |
|---|---|---|---|---|---|---|
| | Visits | Optimal or Acceptable Management | Suboptimal or Unsafe Management | | Odds Ratio for Chronic Hip Pain (95% CI) | Odds Ratio for NSAID-Related Gastropathy (95% CI) |
| | n | % | % | | | |
| Visit characteristics | | | | | | |
| Case | | | | | | |
| NSAID-related gastropathy | 137 | 77.4 | 22.6 | 1 | – | – |
| Hip pain | 139 | 59.0 | 41.0 | 2.2 (1.2–3.9) | – | – |
| Correct diagnosis‡ | | | | | | |
| Yes | 128 | 81.3 | 18.7 | | – | 1 |
| No | 9 | 22.2 | 77.8 | | – | 16.6 (3.6–76.5) |
| Relative contraindications assessed | | | | | | |
| Yes | 141 | 78.0 | 22.0 | 1 | 1 | 1 |
| No | 135 | 57.8 | 42.2 | 2.0 (1.1–3.7) | 2.3 (1.0–5.2) | 2.4 (0.9–6.7) |
| Visit length§ | | | | | | |
| ≤15 minutes | 75 | 61.8 | 38.2 | 1 | 1 | 1 |
| 16–30 minutes | 108 | 67.0 | 33.0 | 0.9 (0.4–1.8) | 1.6 (0.6–4.2) | 0.3 (0.1–0.9) |
| 31–45 minutes | 89 | 76.6 | 23.4 | 0.8 (0.3–2.0) | 1.0 (0.3–3.2) | 0.3 (0.1–1.2) |
| >45 minutes | 42 | 64.9 | 35.1 | 1.4 (0.5–3.9) | 1.4 (0.3–6.2) | 0.8 (0.2–3.7) |
| Patient sex | | | | | | |
| Male | 124 | 74.2 | 25.8 | 1 | 1 | 1 |
| Female | 152 | 63.2 | 36.8 | 1.5 (0.9–2.6) | 1.8 (0.9–3.7) | 1.3 (0.6–3.0) |
| Physician characteristics | | | | | | |
| Group | | | | | | |
| Academic general practitioner | 63 | 77.8 | 22.2 | 1 | 1 | 1 |
| Community general practitioner | 115 | 62.6 | 37.4 | 2.1 (0.9–5.0) | 2.3 (0.8–6.5) | 1.3 (0.3–5.1) |
| Resident in family medicine | 62 | 74.2 | 25.8 | 1.3 (0.5–3.5) | 1.9 (0.6–6.0) | 0.8 (0.2–3.9) |
| Resident in internal medicine | 36 | 58.3 | 41.7 | 2.8 (1.1–7.5) | 4.1 (1.2–14.7) | 1.0 (0.2–5.0) |
| Physician sex | | | | | | |
| Male | 179 | 69.8 | 30.2 | 1 | 1 | 1 |
| Female | 97 | 65.0 | 35.0 | 1.6 (0.9–2.9) | 1.9 (0.8–4.3) | 1.1 (0.4–3.2) |

* Odds ratios were estimated by using generalized estimating equations with all variables in the model. The correlation in outcomes for visits to the same physician was estimated from the data, assuming an exchangeable correlation structure. NSAID = nonsteroidal anti-inflammatory drug.
‡ Correct diagnosis of NSAID-related gastropathy was included in the model for NSAID-related gastropathy only.
§ The relation between visit time and risk for suboptimal management was nonlinear. An ordinal classification of 15-minute intervals was used to model this variable.

FEB-02-2001  13:37  FROM                        TO              ANSTICE   P.001/004

**Confidential Document**

# STANFORD UNIVERSITY MEDICAL CENTER
### STANFORD, CALIFORNIA 94305

PRIVILEGE REDACTION

STANFORD UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF MEDICINE
Division of Immunology and Rheumatology
1000 Welch Road, Suite 203
Palo Alto, CA 94304
(650) 723-6003
(650) 723-9656 (Fax)

RAYMOND V. GILMARTIN

PRIVILEGE
REDACTION

JAN 1 9 2001

January 9, 2001

Mr. Raymond Gilmartin
Chief Executive Officer
Merck and Co.
One Merck Drive
Whitehouse Station, New Jersey 08889

Dear Dr. Gilmartin,

A series of serious events involving certain employees of, and possibly a policy of, Merck & Co. has come to my attention rather accidentally and I wanted to relay these events which might have substantial implications and complications. The result is harmful to the traditionally very fine Merck public image and is counter-productive to the Vioxx sales effort. My perspective is that of the Principal Investigator of ARAMIS (Arthritis, Rheumatism, and Aging Medical Information System). This NIH-funded national data bank first identified and quantitated the stealth epidemic of NSAID gastropathy, quantitated differences in toxicity among NSAIDs, and ARAMIS investigators have worked hard for a long time to find and implement ways of reducing the frequency of serious GI adverse events with NSAIDs. I believe that the Cox-1 sparing agents are our best approach toward better drug safety in this area.

My accidental involvement: On Saturday October 28th I received a call at home from Dr. Louis Sherwood of Merck Pharmaceuticals. Dr. Sherwood complained that Dr. Gurkirpal Singh of our group had an anti-Merck bias and was giving lectures that were irresponsibly anti-Merck and specifically anti-Vioxx. Dr. Singh was held to have used a slide which depicted a person hiding data under the covers, had called Merck the "Firestone of the drug industry", and had requested data from Merck which was not appropriate for him to have. Dr. Sherwood suggested that if this continued Dr. Singh would "flame out" and there would be consequences for myself and for Stanford. Dr. Sherwood had previously called Dr. Judith Swain, Chair of our Department, and subsequently called Dr. Edward Harris, Chair of our Division, with similar complaints. I agreed to look into the matter and to take appropriate action and indicated that it is not our policy to bias any presentation in any direction. I asked him to provide me with full details of any such transgression that occurred after this date.

P1.0176

MRK-ABO0000250

Confidential Document

I spoke with Dr. Singh and reviewed the slides of his presentation.  The talk was mainly about the frequency and severity of NSAID Gastropathy and secondly about the advantages of the new Cox-1 sparing agents, of which Vioxx is one. Equal numbers of slides were devoted to Celebrex and to Vioxx. The talk was strongly in favor of broad use of the new Cox-1 sparing agents. Data were mainly from the standard studies, although three slides were from a presented but not yet published randomized renal toxicity study of Celebrex and Vioxx by Andrew Whelton comparing side-by-side renal and cardiovascular toxicity which was not in favor of Vioxx.  The little man under the covers was not in the sequence, having been removed when Dr. Singh succeeded in getting the requested data (again not favorable to Vioxx), from Merck.  Dr. Singh clearly did not understand the "Firestone" reference and indicated that he had not made the statement. I asked Dr. Singh to be certain to be rigorously balanced in future presentations and he agreed, although stressing that he had also been balanced in the past.  I talked with three people who had been in Dr. Singh's audience; one thought the presentation contained humor directed at Merck but that the data were balanced and the other two found the presentations completely unremarkable.

The much broader issues, which surfaced at the American College of Rheumatology meetings, were most disturbing and involve suppression of data by Merck and a consistent pattern of intimidation of investigators by Merck staff, principally Dr. Sherwood but also others on his staff.

A number of physicians have concerns that Vioxx may have some serious and under-emphasized drug toxicity problems, particularly at the 50 mg dose approved for pain control—these concerns are shared by the FDA renal reviewer. Vioxx has been reported to have more frequent peripheral edema problems, more aggravated hypertension, more congestive heart failure, and more heart attacks than other NSAIDs, especially Celebrex. Some 0.4 % of Vioxx subjects had heart attacks compared with 0.1 % in the naproxen arm in the Merck-sponsored VIGOR study and this was statistically significant.  Some of these data have been described in the Wall Street Journal and may have affected stock prices but there has been little information presented to date in the medical literature. Merck presented two posters on the VIGOR trial at the recent ACR meetings which did not contain data on the side effects of interest; the posters were very well attended, with everyone wanting to know about the data on these points, but it was not available. I tried unsuccessfully to get the data myself; it is hard to judge these areas without the numerical details.  Yet, one could not avoid the conclusion that because of the interest in these issues the data would have been presented had they been favorable.  There was a lot of muttering and a lot of people with concerns.  The publication of the VIGOR trial recently in the NEJM did not contain the data on edema and fluid retention at all, and dismissed the heart attack data with weak arguments.

Even worse were the allegations of Merck damage control by intimidation, often with a pattern of going to the Dean or Department Head with complaints of anti-Merck bias and always alleging unbalanced anti-Vioxx presentations.  This has happened to at least eight investigators: Dr. Singh; Dr. Peter Lipsky, now research chief at the Arthritis Institute;

MRK-ABO0000251

Confidential Document

Dr. Andrew Whelton of Hopkins; Dr. Michelle Petri of Hopkins; Dr. David Yocum of Tucson, currently head of the FDA advisory panel; Dr. Lee Simon of Harvard; Dr. James McMillen; and Dr. Thomas Stillman. I suppose I was mildly threatened myself, although I have never spoken or written on these issues.

I documented the intimidation of the individuals listed above by personally speaking with each of them. Dr. Simon believes that one of his two academic appointments has been jeopardized. Dr. McMillen believes that his VCF appointment at Hershey was revoked because of these accusations. Dr. Petri had a speaking engagement unprofessionally cancelled by Merck and an unrenowned speaker substituted; he was also bothered by phone calls from Merck persons alleging unbalanced presentations. Dr. Singh had a speaking engagement cancelled and the audience was told that he had been fired. Dr. David Yocum had similar experiences. Dr. Lipsky, while at Southwestern, was forced to do a slide by slide justification of a CME program felt to be critical of Vioxx. These are respected investigators with long experience and high integrity. I also spoke with several past Merck employees who asked to remain anonymous but who confirmed the existence of a pattern of intimidation through the Department Chairs or the equivalent, often with the hint of loss of Merck funding to the institution.

An ironic result of all this is that Vioxx is getting more scrutiny of its salt and water toxicity than if the data had been clearly presented, and Merck is taking a big public relations hit among rheumatologists. The investigators whose balance was criticized are prominent and several advise the FDA—a role not often given to unbalanced presenters. In the view of most rheumatologists including myself, Vioxx (and Celebrex) represent a major medical advance in terms of improving GI safety, which is the dominant toxicity of NSAIDs and is the most common serious adverse event of NSAIDs. These drugs should on balance, save a substantial number of lives. The fluid retention and related problem data are actually not all that bad, and the cover-up is a worse problem than the side effects of fluid retention and hypertension and CHF, which could be handled by stronger labeling for at risk patients, or by other means. Else, there is a risk of case reports of seriously complicated congestive heart failure or other serious adverse reactions, which could threaten the drug approval. The heart attack data, of course, need to be confirmed or refuted by further study, as do the data on comparative renal toxicity between Cox-1 sparing agents.

I spoke with Dr. Sherwood at length on November 22 and aired the above concerns directly. He defended by saying that Merck was a great company and, therefore, could not be doing anything inappropriate. He said that he had been with Merck for 13 years and had never noticed anything that was not appropriate. He noted that he had previously been a Department Chair and that he knew what was appropriate and what was not, and that he knew how to get things done through the network. He said that if he heard about something that was alleged to be anti-Vioxx that it was his right to call anyone he wanted to about it. When told that each of the investigators maintained that presentations had been balanced he said he didn't want to get into "he said, she said" kinds of discussions. He said that there weren't any problems with the drug and that anyway they only occurred at high dose. When told that an ex-Merck employee had quoted him as saying

MRK-ABO0000252



Confidential Document

"we only have three problems, Whelton, Simon, and McMillen, and Simon has been taken care of" there was a long pause and then he said that he "did not remember" saying that. When told that while both I and the people I had talked with had often had differences in viewpoint with one or another drug firm, none of us had ever heard of harassment of investigators through their institutions he did not have a response but said that he "heard me."

From the discussions above I make three conclusions. First, some investigators at some times probably do make statements that may seem seriously unbalanced to those vested or instructed in opposite opinions and that close attention to strict impartiality is essential for any person making presentations on any such subject.   Second, Merck has been attempting to systematically downplay some unusual side effect patterns of Vioxx.   I would hesitate to use the term "hiding data" but Merck has certainly not been forthcoming with data and has made access to the data difficult. Finally, and most importantly, Merck employees have systematically attacked those investigators or speakers who expressed what Merck staff felt were critical opinions in a manner which seriously impinges on academic freedom.

I believe that these are serious matters and that Merck should take care of them internally, in its own interest, and in the interest of patients.  I will appreciate your response to the issues raised here and to learning about actions which have been taken.

Sincerely,

James F. Fries, MD/jr

James F. Fries, M. D.
Professor of Medicine

cc: Mr. David Anstice, President Merck U. S. Human Health
    Dr. Ed Skolnick, President Merck Research Labs

MRK-ABO0000253

ARTHRITIS & RHEUMATISM
Vol. 50, No. 8, August 2004, pp 2433–2440
DOI 10.1002/art.20440
© 2004, American College of Rheumatology

# The Rise and Decline of Nonsteroidal Antiinflammatory Drug–Associated Gastropathy in Rheumatoid Arthritis

James F. Fries, Kirsten N. Murtagh, Mihoko Bennett, Ernesto Zatarain,
Bharathi Lingala, and Bonnie Bruce

*Objective.* Nonsteroidal antiinflammatory drug (NSAID)–associated gastropathy is a major cause of hospitalization and death. This study was undertaken to examine whether recent preventive approaches have been associated with a declining incidence of NSAID gastropathy, and, if so, what measures may have caused the decline.

*Methods.* We studied 5,598 patients with rheumatoid arthritis (RA) over 31,262 patient-years at 8 sites. We obtained standardized longitudinal information on the patients that had been previously used to establish the incidence of NSAID gastropathy, and also information on patient risk factors and differences in toxicity between NSAIDs. Consecutive patients were followed up with biannual Health Assessment Questionnaires and medical record audits between 1981 and 2000. The major outcome measure was the annual rate of hospitalization involving bleeding, obstruction, or perforation of the gastrointestinal (GI) tract and related conditions.

*Results.* Rates of GI-related hospitalizations rose from 0.6% in 1981 to 1.5% in 1992 ($P < 0.001$), and then declined to 0.5% in 2000 ($P < 0.001$). The fitted spline curve fit the data well ($R^2 = 0.70$). The period of rise was mainly associated with increasing patient age and the GI risk propensity score. The period of decline was associated with lower doses of ibuprofen and aspirin, a decline in the use of "more toxic" NSAIDs from 52% to

42% of patients, a rise in the use of "safer" NSAIDs from 19% to 48% of patients, and increasing use of proton-pump inhibitors, but not with change in age, NSAID exposure, or GI risk propensity score.

*Conclusion.* The risk of serious NSAID gastropathy has declined by 67% in these cohorts since 1992. We estimate that 24% of this decline was the result of lower doses of NSAIDs, while 18% was associated with the use of proton-pump inhibitors and 14% with the use of less toxic NSAIDs. These declines in the incidence of NSAID gastropathy are likely to continue.

Supported by a grant from the NIH (AR-43584) to the Arthritis, Rheumatism, and Aging Medical Information System.

James F. Fries, MD, Kirsten N. Murtagh, MS, Mihoko Bennett, PhD, Ernesto Zatarain, MD, Bharathi Lingala, PhD, Bonnie Bruce, DrPH: Stanford University, Stanford, California.

Address correspondence and reprint requests to James F. Fries, MD, Department of Medicine, Stanford University Medical School, 1000 Welch Road, Suite 203, Palo Alto, CA 94304. E-mail: jff@stanford.edu.

Submitted for publication January 29, 2004; accepted in revised form April 22, 2004.

Nonsteroidal antiinflammatory drug (NSAID)–associated gastropathy, which is associated with gastrointestinal (GI) pathology involving hemorrhage, perforation, or obstruction of the GI tract and related conditions, is the most prevalent of serious drug side effects, resulting in an estimated 100,000 hospitalizations annually in the US (1). Although it was originally considered to be rare, the incidence of NSAID gastropathy is recognized to be ~1.2–1.6% per year in patients with rheumatoid arthritis (RA), a relatively high-risk population. The relative risk of developing serious GI complications in patients exposed to NSAIDs is 5–6 times that in those not exposed (2). The present status of the epidemic (whether the incidence is rising, falling, or constant) is not known. We hypothesized that recent preventive approaches to NSAID gastropathy should have led to a reduction in its incidence.

ARAMIS (Arthritis, Rheumatism, and Aging Medical Information System) investigators have been following up consecutively enrolled RA patients from multiple settings since 1980, using systematic outcome assessment protocols (see the ARAMIS Web site at http://www.ARAMIS.stanford.edu). We follow up patients longitudinally, audit hospitalizations, and collect

detailed data on drug use and adverse reactions (3,4). In the present study, we sought to examine trends in the incidence of NSAID gastropathy over time in this cohort. We also sought to examine associations of NSAID gastropathy with changes in potentially explanatory variables, which were prespecified as age, sex, GI risk propensity score, NSAID dose, use of specific NSAIDs, use of misoprostol, proton-pump inhibitors, and $H_2$ receptor antagonists, percentage of patients at each data bank center, and frequency of NSAID exposure.

## PATIENTS AND METHODS

**Patients.** We studied 5,598 RA patients whose data were drawn from 8 ARAMIS data banks in the US and Canada (Stanford, California [2 data banks], Santa Clara County, California, Wichita, Kansas, Saskatoon, Saskatchewan, Canada, Cincinnati, Ohio, Baltimore, Maryland, and Pittsburgh, Pennsylvania), comprising 31,262 patient-years of observation. These centers are population-based (Saskatoon and Santa Clara County), university clinics with quite different characteristics (Stanford, Cincinnati, Baltimore, and Pittsburgh), and private practice–based (Wichita), and thus are believed to be reasonably representative of RA patients in the US and Canada. ARAMIS is a prospective, observational data bank system in which patients are enrolled consecutively under institutional review board approval, followed up for life, and assessed prospectively by standard protocol for multiple variables, including demographics, clinical and hospital outcomes, mortality, and the frequency, dose, effectiveness, and toxicity of specific treatments (5). The RA cohort reported herein was the subject of early reports establishing incidence rates, risk factor models, and the relative toxicity of NSAIDs in gastropathy, and thus provides a unique perspective from which to evaluate trends over time (1,2).

**Measures.** Patients in the ARAMIS are asked to complete the Health Assessment Questionnaire (HAQ) every 6 months. The HAQ is a widely used, comprehensive, patient self-reported outcome assessment instrument (6,7). Patients report on medication use, dosage, duration of use, and side effects. Information on both prescription and nonprescription aspirin and NSAID use is included. The protocol requires followup of nonresponders, patient contact for missing information, acquisition of patient records for hospitalizations, and stringent quality control. Data from 1981 to 2000, during which time prospective protocols were in place and remained constant, were analyzed.

**Ascertainment of serious GI events.** The primary outcomes were the number and incidence of serious GI events that required hospitalization. Patients with bleeding of the upper or lower GI tract, clinically symptomatic gastritis, ulcers, gastric outlet obstructions, and GI symptoms serious enough to require hospitalization (abdominal pain, nausea, vomiting, or diarrhea) were identified from medical records. GI-related hospitalizations were first determined by patient self-report of hospitalization. Hospital records were then audited by trained reviewers for identification of International Classification of Diseases, Ninth Revision, Clinical Modification diagnostic codes 531–535, 787, and 789. Attributions were validated by a physician who was blinded to each patient's medication use.

**Statistical analysis.** The percentage of patients with GI-related hospitalizations (number of hospitalizations per 100 patient-years) was calculated as the total number of incident GI-associated hospitalizations in a given year, divided by the number of RA patients in that year, and allowing only 1 hospitalization per patient per year. Since there was a period of rising incidence followed by a period of declining incidence, we used second-degree spline regression to determine the transition inflection point.

We identified patients receiving each NSAID for every year at every site, including both prescription and over-the-counter use, and computed the percentage of patients receiving each particular NSAID among all NSAID users. We prespecified NSAIDs as relatively more toxic or relatively safer based on our own data (8), on the meta-analysis by Henry et al (9), and on the CLASS and VIGOR (Celebrex Long-Term Arthritis Safety and Vioxx Gastrointestinal Outcomes Research) studies (10,11). Time trends also allowed classification of NSAIDs into those with increased use over time and those with decreased use over time. The percentage of patients receiving gastroprotective agents was calculated as the proportion of patients being treated with $H_2$ receptor antagonists by prescription or over-the-counter, misoprostol, sucralfate, and/or proton-pump inhibitors, divided by the number of patients per year.

We also examined trends in average age, disease duration, disability, the percentage of patients receiving NSAIDs, the percentage of patients with increased use or decreased use of NSAIDs, the percentage of patients receiving prednisone, and the GI risk propensity score. GI risk propensity scores were computed using the method of Singh et al (12), based on age, disability, global health, prior GI-related hospitalization, prednisone use, and prior NSAID-related GI side effect. This score represents the likelihood of a patient having a serious GI complication in the following year. Statistics were computed using SAS for Windows, version 8.2 (Chicago, IL).

## RESULTS

The major finding on the rates of hospitalization for NSAID gastropathy is apparent in Figure 1. By conservatively using the fitted spline regression data, rather than the raw values for each year, we found that the rate of GI-related hospitalizations first increased from 0.6% per year in 1981 to a peak of 1.5% in 1992, and then decreased to 0.5% in 2000. The rate initially nearly tripled, then declined by 67% from its high point in 1992. The spline regression indicated a concave function that peaked in 1992. We therefore defined the period of rise as 1981–1992 (the first period) and the period of decline as 1993–2000 (the second period).

Trends over the period of rise and over the period of decline each were highly statistically significant ($P < 0.001$), as was the fitted spline regression for these trends ($P < 0.001$, $R^2 = 0.70$). GI-related hospitaliza-



**Figure 1.** Percentage of rheumatoid arthritis patients with serious gastrointestinal (GI) events that required hospitalization, over time. The dotted line is a second-degree spline-fitted curve for these data.

tions as a percentage of all hospitalizations declined from 7.3% in 1981, to 5.7% in 1992, and to 4.8% in 2000. When considering only those patients who were exposed to NSAIDs, a curve that was higher than, but of similar shape as, that in Figure 1 was found, with a beginning rate of GI-related hospitalizations of 0.5%, a peak of 2.1% in 1992, and the final value of 0.5%. Results were consistent across the 8 data bank centers.

Table 1 summarizes the trends in some poten-

tially explanatory variables. The average age of the patients in the cohort increased by nearly 6 years from 1981 to 1992, from 56.7 years to 62.2 years, and then remained relatively constant thereafter. Composite GI risk propensity scores followed a pattern of rise through 1992 similar to that of the GI-related hospitalization rates, followed by a plateau. The percentage of patients receiving NSAIDs declined from 87% to 76% by 1992, and thereafter remained fairly constant. Average HAQ disability index scores, on a 0–3 scale (7), rose slightly in the first period and improved considerably in the second period, which is consistent with recent findings of declining disability in RA associated with more aggressive use of disease-modifying medications over the past 2 decades (13). Average pain scores, on a 0–3 visual analog scale, and average patient global health assessment scores, on a 0–100 scale, similarly rose and then fell, but differences were slight. Average disease duration rose during the first period and subsequently declined slightly. Prednisone use (average dosage ~7 mg/day throughout) increased in the second period; this would have been expected to increase the rates of serious GI events during the period in which they were observed to decline.

We also examined changes in drug dosage over

**Table 1.** Characteristics of the study population by year*

| Year | No. | Mean age, years | % female | Mean HAQ DI score | Mean duration of RA, years | % taking NSAIDs | % taking NSAIDs with less toxicity† | % taking NSAIDs with greater toxicity‡ | % taking prednisone | Mean GI risk propensity score |
|---|---|---|---|---|---|---|---|---|---|---|
| 1981 | 866 | 56.7 | 76.7 | 1.17 | 15.1 | 87 | 9 | 82 | 35 | 12.5 |
| 1982 | 1,269 | 57.7 | 75.3 | 1.23 | 14.7 | 89 | 9 | 84 | 33 | 12.5 |
| 1983 | 1,167 | 57.6 | 76.5 | 1.27 | 15.6 | 89 | 8 | 82 | 33 | 12.7 |
| 1984 | 1,256 | 58.0 | 77.0 | 1.35 | 16.2 | 86 | 7 | 79 | 35 | 12.9 |
| 1985 | 1,233 | 58.3 | 77.7 | 1.32 | 16.6 | 87 | 10 | 79 | 35 | 13.0 |
| 1986 | 1,223 | 58.7 | 77.5 | 1.32 | 17.3 | 85 | 11 | 74 | 38 | 13.1 |
| 1987 | 1,451 | 59.4 | 77.7 | 1.28 | 17.5 | 83 | 12 | 70 | 41 | 13.2 |
| 1988 | 1,545 | 60.3 | 77.6 | 1.35 | 17.9 | 83 | 12 | 71 | 42 | 13.4 |
| 1989 | 1,604 | 60.9 | 77.6 | 1.34 | 18.1 | 83 | 14 | 66 | 42 | 13.4 |
| 1990 | 1,545 | 61.2 | 78.5 | 1.30 | 18.6 | 80 | 13 | 62 | 47 | 13.5 |
| 1991 | 1,569 | 61.4 | 78.5 | 1.29 | 18.8 | 76 | 12 | 57 | 50 | 13.4 |
| 1992 | 1,500 | 62.2 | 79.6 | 1.31 | 19.2 | 76 | 18 | 54 | 52 | 13.9 |
| 1993 | 1,448 | 62.5 | 80.0 | 1.30 | 19.9 | 75 | 19 | 52 | 53 | 13.8 |
| 1994 | 1,474 | 62.9 | 79.2 | 1.29 | 19.6 | 72 | 17 | 51 | 56 | 14.0 |
| 1995 | 1,381 | 62.7 | 79.3 | 1.26 | 20.0 | 73 | 21 | 49 | 56 | 13.9 |
| 1996 | 1,822 | 61.5 | 78.8 | 1.18 | 17.1 | 72 | 22 | 46 | 58 | 13.5 |
| 1997 | 2,673 | 59.9 | 78.1 | 1.06 | 14.6 | 71 | 23 | 42 | 59 | 12.9 |
| 1998 | 2,462 | 60.6 | 78.6 | 1.07 | 15.4 | 73 | 29 | 51 | 56 | 13.7 |
| 1999 | 2,226 | 61.3 | 78.9 | 1.06 | 16.3 | 77 | 45 | 45 | 52 | 13.7 |
| 2000 | 1,924 | 62.1 | 79.4 | 1.07 | 17.6 | 77 | 48 | 42 | 46 | 13.6 |

* HAQ DI = Health Assessment Questionnaire disability index; RA = rheumatoid arthritis; NSAIDs = nonsteroidal antiinflammatory drugs; GI = gastrointestinal.
† See Figure 2.
‡ See Figure 3.

FRIES ET AL



Figure 2. Percentage of use of those drugs with increased usage over time ("less toxic" drugs), from among the total nonsteroidal antiinflammatory drug (NSAID) use.



Figure 4. Percentage of rheumatoid arthritis (RA) patients taking gastroprotective agents over time. $H_2$ antagonists (H2) include cimetidine, ranitidine, and famotipine. Proton-pump inhibitors (PPI) include omeprazole and lansoprazole. Misoprostol (Miso) is a synthetic prostaglandin, including misoprostol alone and in combination with diclofenac.

time. Ibuprofen and noncardiac aspirin dosages each declined by ~40% in the second period and thus correlated with the decline in GI complications; other NSAID dosages did not appreciably change. The percentage of patients taking low-dose (≤325 mg per day) aspirin increased from 3% in 1992 to 8% in 2000, while the average low-dose cardiac aspirin dosage declined from ~200 mg per day to ~150 mg per day. We did not find increasing doses for any of the drugs in either period, and thus "dose creep" was eliminated as a possible cause of the rise in NSAID gastropathy.

The proportion of use of each specific NSAID in these cohorts was also calculated for each year. Figure 2 shows trends for use of the drugs that were prespecified as less toxic. The largest increase was in the use of ibuprofen (which showed, at the same time, a decline in dose) and in the use of the more specific cyclooxygenase 1–sparing drugs rofecoxib and celecoxib over the last



Figure 3. Percentage of use of drugs with decreased usage over time ("more toxic" drugs), from among the total nonsteroidal antiinflammatory drug (NSAID) use. The aspirin data exclude use of cardioprotective doses of aspirin.

2 years of the study. The 5 NSAIDs that showed an increase in use are all drugs that have been reported to be among the least toxic of the NSAIDs (8–11). During our entire observation period, patients taking these drugs had a rate of serious GI events of 0.54% per year.

Figure 3 shows the time trends in market share for the 8 drugs that were prespecified as more toxic. All of these had reduced usage over the entire period. Aspirin lost the largest share, although the greatest declines were in the usage of piroxicam, sulindac, and indomethacin. Each of these 8 drugs has been reported to have a higher-than-average toxic effect on the GI tract (9,10). Over our observation period, patients taking these drugs had a rate of serious GI events of 0.78% per year.

Time trends in the use of gastroprotective agents are shown in Figure 4. Two striking trends were evident: a rapid rise in the use of $H_2$ receptor antagonists in the first period, and a rapid rise in the use of proton-pump inhibitors in the second period, which ended with a 16% use of proton-pump inihitors. Misoprostol (~5%) and sucralfate were not widely used. Data on identification or treatment of *Helicobacter pylori* infection were not reliably reported in the charts reviewed, but treatment for *H pylori* appeared to be rare.

## DISCUSSION

The prevalence of serious GI events associated with NSAID use in this large, longitudinal, multicenter

study of RA patients rose markedly from 0.6% of patients per year in 1981 to 1.5% per year in 1992, and then fell to 0.5% per year in 2000. Both the rise and the decline were steady, were consistent, and have plausible explanations. The decline in NSAID-related GI problems, if generalizable, represents a substantial improvement in the health of the public. These improvements are likely to be the result of the joint efforts of epidemiologists, gastroenterologists, rheumatologists, regulatory authorities, and industry.

A number of relevant events over the past decades may have directly influenced these trends (14). We have taken note of a few of the earliest reports and those that may have had some of the greatest impacts. The earliest hints of NSAID-related GI problems are found in the observations of Douthwaite and Lintott in 1938 (15), and these observations were repeated in a more modern era by Sun et al in 1974 (16). Levy noted the association between aspirin use and major GI bleeding in 1974 (17). The high prevalence of NSAID-associated endoscopic erosions and ulcers led Roth and Bennett to coin the term NSAID gastropathy in 1987 and to suggest that it might be quite common (18). The potentially life-threatening nature of these problems was suggested by Armstrong and Blower in 1987 (19). In 1988, Griffin and colleagues noted the association of NSAID use and mortality linked to peptic ulcer disease in the elderly (20). In 1989, our group, using the patient cohorts of this current report, began to quantitate the epidemiology of NSAID gastropathy, finding a GI-related hospitalization incidence of 1.6% per year in RA patients and a relative risk of 5.2 (21); these data are approximated in the present study by the average values in the period of rising incidence.

In 1991, our group extended these observations and identified age and other variables that were associated with increased risk of NSAID gastropathy (2). Griffin and colleagues also observed the strong association with age in the Tennessee Medicaid data set in 1991 (22). We also analyzed differences in toxicity among the NSAIDs in 1991, finding up to 4-fold differences (8) between each NSAID despite a prevailing prior view that there were no such differences (23). By 1996, Henry et al were able to identify 12 sets of studies consistently showing differential toxicity among the NSAIDs, with a similar magnitude of differences and with similar ordering (9).

These findings, even before they were published and disseminated, began to affect the development of new treatments. Roth and colleagues began, in 1987, to explore the uses of $H_2$ antagonists in the prevention of

NSAID gastropathy (24). Results were disappointing when regular doses were used, but prevention was subsequently documented with double doses of $H_2$ antagonists (25). Misoprostol, a synthetic prostaglandin analog, was studied by Graham et al in 1988, and those authors showed that endoscopic ulcers decreased following this therapy (26). Decreases in GI complications of ~40% with the use of misoprostol were shown by Silverstein et al in 1995 (27). A meta-analysis of prevention trials by Koch et al in 1996 suggested that the newer proton-pump inhibitors would be more effective preventive agents (28), and this was confirmed by Yeomans et al in 1998 (29). Treatment of *H pylori* infection has been found to be as effective as proton-pump inhibitors in some studies (30–32), although the incidence of this infection appears to be decreasing.

New NSAIDs were approved and came into broad use during the period of declining incidence of NSAID gastropathy in this study, and all of these agents were promoted as being safer than their predecessors. They included nabumetone and etodolac in 1991, Arthrotec (which combined diclofenac and misoprostol) in 1997, celecoxib in 1998, and rofecoxib in 1999 (30). Studies have suggested that the cyclooxygenase 1-sparing agents celecoxib and rofecoxib have toxic effects on the GI tract that are only half that of the traditional NSAIDs (10,11,33,34). Even newer agents have since entered the market but were not available during the present study period. A change in treatment strategy for RA patients from one based on NSAIDs to one based on disease-modifying antirheumatic drugs (DMARDs) occurred over this period of observation (35–37) and likely explains the decline in NSAID usage during the first period.

The period of rising frequency of NSAID gastropathy was associated with a strong trend toward increasing age with NSAID use in these cohorts. Age has consistently been identified as the most important risk factor for NSAID gastropathy, other than prior GI-related hospitalization, and acts exponentially as a risk factor (2,22). The average age of RA patients in these cohorts rose by 5.5 years from 1981 to 1992, which is sufficient by itself to account for a near doubling of the incidence of serious GI events. The percentage of NSAID-receiving patients older than age 75 years rose from 4% to 14% over this same period. There also was a smaller trend toward more use of NSAIDs in women, and an increase in average disability levels, in prednisone use, and in the overall GI risk propensity score.

Nevertheless, the percentage of RA patients taking NSAIDs in these cohorts was steadily decreasing,

which should have acted to lower the risks; this decline in NSAID use was likely to be related to the increasing emphasis on use of DMARDs to control disease activity in RA (35–37). Although use of $H_2$ antagonists increased during the period of rise, these agents have been found to be of little value, in regular doses, when used as prophylaxis against serious NSAID gastropathy (28). The frequency of prednisone use, another risk factor, increased during the period of rising incidence. Therefore, some originally plausible explanatory factors, such as sex or increasing NSAID exposure, do not appear to have played a role in the development of the epidemic. Increases in patient age, prednisone use, and the GI risk propensity score are the most likely explanations for the period of rising incidence.

In the period of declining frequency of serious GI complications, the frequency of NSAID use, average age, and GI risk propensity score all reached a plateau, and therefore could not have made major contributions to the decline. Disability levels declined somewhat, possibly suggesting that the patients were sturdier. Impressively, there was a striking shift in the use of specific NSAIDs, with a decrease in use of the more toxic drugs and an increase in use of those with lesser toxicity. There was a 40% decrease in the dosage of both aspirin and ibuprofen, both of which have a high frequency of use. Moreover, a steady stream of new drugs entered the market, including nabumetone and etodolac, and the cyclooxygenase 1–sparing drugs rofecoxib and celecoxib achieved large market shares toward the end of our observation period.

Which of these various trends may have contributed to the decline in serious GI events? The answers are intrinsically speculative, and therefore we discuss them here, rather than presenting them as results. There are 3 particularly suggestive associations. First, we observed a shift away from the use of NSAIDs with an incidence of serious toxicity in the GI tract of 0.78% per year toward NSAIDs with an average incidence of 0.54%, yielding a blended toxicity incidence rate of 0.72% in 1992 and of 0.65% in 2000, which is sufficient to explain a reduction of ~14% of the overall 67% decline in the incidence of serious GI events (a decline of 9% of total events).

Second, use of proton-pump inhibitors rose from none in 1992 to 16% in 2000. Assuming a preventive benefit of 50% from the use of proton-pump inhibitors, their use would reduce the incidence of serious GI complications by 8%. Assuming a 40% protection rate from the use of misoprostol, with its lower frequency of use, the incidence rates would be reduced by an addi-

tional 2%. After accounting for the increased GI risk propensity scores, from a mean of 14 to a mean of 16, among those patients taking proton-pump inhibitors (8), the estimate of the effects of gastroprotection sums to ~12% overall, and 18% of the observed decline.

Third, conservatively assuming a linear dose-response curve for NSAID complications, the 40% reduction in dose for aspirin and ibuprofen, which made up 40% of the NSAID market share, would account for a reduction of 16%, or 24% of the observed reduction. Thus, we estimate that 24% of the observed decline was due to lower doses of some NSAIDs, 18% was due to use of proton-pump inhibitors, and 14% was due to use of safer NSAIDs. We therefore have suggestive evidence to explain about two-thirds (66%) of the observed decline.

What factors may have contributed to the remainder of the decline? These are more speculative because of limitations in our data. It could be explained, in part, by uncaptured aspects of the 3 dominant forces. For example, within the "more toxic NSAID" category, were there greater decreases in use of the most toxic drugs? Were proton-pump inhibitors used almost exclusively in the highest-risk patients, which would increase effects beyond what we projected? Were dose reductions in the most toxic, but less frequently used, agents, for which we did not have sufficient data, important? Interaction terms, which go beyond our data, could have made material contributions. Moreover, our explanations are not entirely mutually exclusive, so that we might have overestimated some contributions. What were the effects, if any, of increasing use of endoscopy or generally declining hospitalization rates? As disability levels in RA decline as a result of increasing DMARD use, do RA patients become more resistant to GI complications? There are many other potential contributions to the decline that we could not measure.

For example, we do not have data on H pylori prevalence over time. Treatment of H pylori infection or reduction in prevalence of H pylori could have had an effect. We tend to discount a major effect of H pylori, however, since its prevalence in our cohort is likely to have been low (US and Canadian patients with access to care) and the relationship of H pylori to serious NSAID-related GI events itself remains controversial. Overall, it appears to be reasonable to assume that most of the decline in serious NSAID effects came from lower doses of safer drugs in conjunction with greater use of gastroprotection.

National effects upon the epidemic of NSAID gastropathy are less encouraging. The national market for NSAIDs (in millions of tablets/capsules) rose from

2,836 in 1981 to 4,242 in 1993 and to 6,305 in 2000 (Fort J: personal communication). Thus, even if the results in our RA cohorts can be generalized, much of the decline in incidence will have been countered by the increases in exposure, and the estimate of more than 100,000 hospitalizations annually in the US (2) may still be relatively current. Continued introduction and marketing of newer NSAIDs, even though they are safer, may increase the frequency of exposures to NSAIDs in the future. Migration of products from prescription to over-the-counter use may also increase exposures, although this may be offset by lower doses. New guidelines for use of low-dose aspirin for cardioprotection in essentially the same population as that which uses the most NSAIDs will act to limit declines in the incidence of serious GI effects (38); low-dose aspirin use itself, even while protecting the heart, increases the relative risk of these events by a factor of ~2 (39).

How, then, may we continue and even accelerate these declines? At least 5 complementary approaches may be recommended, building on the immediate past (40,41). First, we recommend even more selective use of NSAIDs, particularly in high-risk patients. Much of the NSAID use is still for simple analgesia in noninflammatory conditions. Second, introduction of newer and safer agents should be continued, although, for the reasons mentioned above, a limit may soon be reached. Third, we recommend aggressive, continued migration of the NSAID market share from more toxic to less toxic NSAIDs. This migration so far appears relatively slight. Fourth, use of proton-pump inhibitors for prophylaxis should be substantially increased, particularly in high-risk patients. These drugs appear to be greatly underutilized and are becoming available in generic versions. However, if $H_2$ antagonists are used for prevention, the dose must be twice the standard doses, to avoid promulgation of a false sense of security. Systematic diagnosis and treatment of $H pylori$ infection may have a role, although these findings remain controversial. Fifth, the lowest effective dose should be used for any NSAID.

Developments in reducing the incidence of NSAID gastropathy to date are gratifying. As long as trends continue toward the use of safer NSAIDs, more frequent use of proton-pump inhibitors, and de-escalation of dosages, particularly in high-risk patients, the trend toward reduction in the incidence of NSAID gastropathy is likely to continue.

## REFERENCES

1. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis. Arch Intern Med 1996;156:1530–6.
2. Fries JF, Williams CA, Bloch DA, Michel BA. NSAID-associated gastropathy: incidence and risk factor models. Am J Med 1991;91:213–22.
3. Fries JF. The ARAMIS (American Rheumatism Association Medical Information System) post-marketing surveillance program. Drug Inf J 1985;19:257–62.
4. Fries JF, Spitz PW, Williams CA, Bloch DA, Singh G, Hubert HB. A toxicity index for comparison of side effects among different drugs. Arthritis Rheum 1990;33:121–30.
5. Fries JF. ARAMIS and toxicity measurement. J Rheumatol 1995;22:995–7.
6. Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980;23:137–45.
7. Bruce B, Fries JF. The Stanford Health Assessment Questionnaire: a review of its history, issues, progress, and documentation. J Rheumatol 2003;30:167–78.
8. Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991;34:1353–60.
9. Henry D, Lim LL, Rodriguez LA, Gutthann SP, Carson JL, Griffin M, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. Br Med J 1996;312:1563–6.
10. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS study: a randomized controlled trial. JAMA 2000;284:1247–55.
11. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, et al, VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–8.
12. Singh G, Ramey DR, Triadafilopoulus G, Brown BW, Balise RR. GI score: a simple self-assessment instrument to quantify the risk of serious NSAID-related GI complications in RA and OA [abstract]. Arthritis Rheum 1998;41 Suppl 9:S75.
13. Krishnan E, Fries JF. Reduction in long-term functional disability in rheumatoid arthritis 1977-1998: longitudinal study of 3035 patients. Am J Med 2003;115:371–6.
14. Rostom A, Dube C, Wells G, Tugwell P, Welch V, Jolicouer E, et al. Prevention of NSAID-induced gastroduodenal ulcers. Cochran Database Syst Rev 2002;(4):CD002296.
15. Douthewaite AH, Lintott SA. Gastroscopic observation of the effect of aspirin and certain other substances on the stomach. Lancet 1938;2:1222–5.
16. Sun DC, Roth SH, Mitchell CS, Englund DW. Upper gastrointestinal disease in rheumatoid arthritis. Am J Dig Dis 1974;19:405–10.
17. Levy M. Aspirin use in patients with major upper gastrointestinal bleeding and peptic ulcer disease. N Engl J Med 1974;290:1158–62.
18. Roth SH, Bennett RE. Nonsteroidal anti-inflammatory drug gastropathy. Arch Intern Med 1987;147:2093–100.
19. Armstrong CP, Blower AL. Nonsteroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. Gut 1987;28:527–32.
20. Griffin MR, Ray WA, Schaffner W. Non-steroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988;109:359–63.
21. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with NSAID use. Gastroenterology 1989;96:647–55.
22. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Non-steroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991;114:257–63.

FRIES ET AL

23. Brooks PM, Day RO. Nonsteroidal anti-inflammatory drugs: differences and similarities. N Engl J Med 1991;324:1716–25.
24. Roth SH, Bennett RE, Mitchell CS, Hartmann RJ. Cimetidine therapy in non-steroidal anti-inflammatory drug gastropathy: double-blind long-term evaluation. Arch Intern Med 1987;147:1798–801.
25. Taha AS, Hudson N, Hawkey CJ, Swannell AJ, Trye PN, Cottrell J, et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1998;338:719–26.
26. Graham D, Agrawal NM, Roth SH. Prevention of NSAID-induced gastric ulcer with misoprostol: multicentre, double-blind, placebo-controlled trial. Lancet 1988;2:1277–80.
27. Silverstein F, Graham D, Senior J, Davies H, Struthers B, Bittman R, et al. Misoprostol reduces gastrointestinal complications in patients with rheumatoid arthritis receiving non-steroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241–9.
28. Koch M, Dezi A, Ferrario F, Capurso I. Prevention of non-steroidal anti-inflammatory drug-induced gastrointestinal mucosal injury: a meta-analysis of randomized controlled clinical trials. Arch Intern Med 1996;156:2321–32.
29. Yeomans ND, Tulassay Z, Juhassz L, Racz I, Howard J. A comparison of omeprazole with ranitidine for ulcers associated with non-steroidal anti-inflammatory agents. N Engl J Med 1998; 338:719–26.
30. Food and Drug Administration, US Department of Health and Human Services. Approved drug products with therapeutic equivalence evaluations. Available from URL: http://www.fda.gov/cder/ob/docs/queryai.htm.
31. Chan FKL, Chung S, Suen BY, Lee YT, Leung WK, Leung VK, et al. Preventing recurrent upper gastrointestinal bleeding in patients with Helicobacter pylori infection who are taking low-dose aspirin or naproxen. N Engl J Med 2001;344:967–73.
32. Lai KC, Lam SK, Chu KM, Wong BC, Hui WM, Hu WH, et al. Lansoprazole for the prevention of recurrences of ulcer complications from long-term low-dose aspirin use. N Engl J Med 2002; 346:2033–8.
33. Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929–33.
34. Goldstein J, Agrawal NM, Silverstein F, Burr M, Verburg KM. Celecoxib is associated with a significantly lower incidence of clinically significant upper gastrointestinal (UGI) events in osteoarthritis and rheumatoid arthritis patients as compared with NSAIDs. Gastroenterology 1999;116:A174.
35. Hoffmeister RT. Methotrexate in rheumatoid arthritis [abstract]. Arthritis Rheum 1972;15:114.
36. Wilske KR, Healey LA. Remodeling the pyramid: a concept whose time has come. J Rheumatol 1989;16:565–7.
37. Fries JF. Reevaluating the therapeutic approach to rheumatoid arthritis: the sawtooth strategy. J Rheumatol 1990;17:12–5.
38. U. S. Preventive Services Task Force. Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002;136:157–60.
39. Hayden M, Pignone M, Phillips C, Mulrow C. Aspirin for the primary prevention of cardiovascular events: a summary of the evidence for the U.S. Preventive Services Task Force. Ann Intern Med 2002;136:161–72.
40. Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998;93:2037–46.
41. American College of Rheumatology Subcommittee on Rheumatoid Arthritis Guidelines. Guidelines for the management of rheumatoid arthritis: 2002 update. Arthritis Rheum 2002;46:328–46.

To:             Reicin, Alise S. <alise_reicin@merck.com>
From:           Kim, Peter S
                </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=KIMPETER>
Cc:
Bcc:
Received Date:  2004-10-03 02:47:42
Subject:        RE: NO-Naproxen

---

Hey! Can I call you? What number?

    -----Original Message-----
From:    Reicin, Alise S.
Sent:    Saturday, October 02, 2004 10:47 PM
To:      Ford-Hutchinson, Anthony; Turner, Mervyn; Kim, Peter S; Gertz, Barry J.; Stoner, Elizabeth; Honig,
Peter K
Cc:      Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject:      RE: NO-Naproxen

A couple of comments based on published data
1) GI safety appears to be in between that of Naproxen and COXIB. I dont know how it would compare to
Naproxen +PPI--Tony is correct that it might be quite close. My sense is that Naproxen + PPI is also not as good
as a COXIB but no one has actually evaluated this (there were plans to us to evaluate this next year but
uncertain if we will ask for this at Branchburg given last weeks events)

2) Nitromed is now taking a different tack and trying to position the product as "HTN sparing". In their early
studies affects on BP were lower than Naproxen or VIOXX (which had elevations in MAP which are similar to
what we have seen previously). However these results are problematic since the amount of naproxen in the NO-
naproxen dose was 1/2 that in the naproxen arm. Garrett Fitzgerald was about to start a study looking at BP
effects of NO-Naproxen compared with vioxx--unfortunately the correct control (ie same molar amount of
naproxen alone) was not to be included. In addition, I think there were some issues around orthostatic
hypotention with this product (not sure at what dose).

Alise

    -----Original Message-----
From:    Ford-Hutchinson, Anthony
Sent:    Friday, October 01, 2004 5:37 PM
To:      Turner, Mervyn; Kim, Peter S; Gertz, Barry J.; Stoner, Elizabeth; Honig, Peter K; Reicin, Alise S.
Cc:      Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject:      RE: NO-Naproxen

I think this really scraping the barrel and does not fit in with our avowed mission of producing medically important
products. Naproxen plus a generic PPI, as Peter Honig keeps reminding me, essentially fixes most of the issues.
Tony

-----Original Message-----
From: Turner, Mervyn
Sent: Friday, October 01, 2004 10:49 AM
To: Kim, Peter S; Ford-Hutchinson, Anthony; Gertz, Barry J.; Stoner, Elizabeth; Honig, Peter K; Reicin, Alise S.
Cc: Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject: NO-Naproxen

All,
I appreciate that everyone is still raw after the events of the last few days. However, The I&R-RLC has raised
the question of whether we should reconsider NO-Naproxen from NiCox as a licensing candidate. Recall that

P1.0726

Confidential - Subject To Protective
Order

AZ turned this back to Nicox, following PII data showing GI protection <coxib but >naproxen.  Presumably, we
could move this rapidly into the pipeline, if we have the intestinal fortitude and marketing is supportive.
Initial thoughts, comments?
Thanks
Merv

---

Confidential - Subject To Protective
Order

MRK-AAD0356477

MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version

40:24-47:2

```
40:24              MALE SPEAKER:  Usually
41: Page 41
41: 1         (inaudible.)  because those
41: 2         numbers, by the way, are totally
41: 3         incorrect and they're based on
41: 4         just extreme totally incorrect
41: 5         data.  Everybody uses them because
41: 6         they sound good.  They sound good,
41: 7         but it's the same person that
41: 8         keeps putting them out.  I have
41: 9         recalculated (inaudible.)  so the
41:10         only way you can do it is subtract
41:11         those who do from those who don't,
41:12         and that number doesn't take into
41:13         account.  So to say it's due to
41:14         NSAID is also incorrect.
41:15              There's about five different
41:16         reasons why those numbers are
41:17         totally bogus, but I agree.  It's
41:18         out there in the common realm and
41:19         everybody uses those numbers.  I
41:20         know, because it's a very
41:21         impressive sound byte.
41:22              FEMALE SPEAKER:  Does it
41:23         help that we're using the word
41:24         associated with NSAIDs; does that
42: Page 42
42: 1         sort of water it down a little
42: 2         bit?
42: 3              MALE SPEAKER:  No. I mean
42: 4         because the issue is -- part of
42: 5         the issue is the -- you just don't
42: 6         have an idea.  I'm not saying it's
42: 7         actually wrong.  The death rate is
42: 8         probably wrong.  The
42: 9         hospitalizations may be right.
42:10         Just the death rate is probably
42:11         wrong, but anyway --
42:12              FEMALE SPEAKER:  All right.
42:13         Let's --
42:14              MALE SPEAKER:  As long as we
42:15         say it's estimated or reported,
42:16         it's not me saying it.
42:17              FEMALE SPEAKER:  So give me
42:18         the estimates, the estimates on
42:19         hospitalizations and death
42:20         rates --
42:21              MALE SPEAKER:  Okay.
42:22              FEMALE SPEAKER:  --
42:23         associated with NSAIDs.
42:24              MALE SPEAKER:  It's been
43: Page 43
43: 1         estimated by some that over
43: 2         100,000 patients in the United
43: 3         States are hospitalized, and over
43: 4         16,000 die due to the use of non
43: 5         steroidal antiinflammatory drugs
43: 6         called NSAID drugs, such as Advil,
43: 7         Aleve and Motrin.
43: 8              MALE SPEAKER:  Do it again.
```

Page 1

MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version

43: 9        MALE SPEAKER:  Too much
43:10    noise?  I'm sorry.
43:11        FEMALE SPEAKER:  That was
43:12    great.  It was almost exactly
43:13    there, because we didn't mention
43:14    (inaudible.)
43:15        MALE SPEAKER:  It was
43:16    exactly what you have written.
43:17        FEMALE SPEAKER:  We'd love
43:18    to have the GI side effects,
43:19    so instead of saying these
43:20    problems --
43:21        MALE SPEAKER:  That's fine.
43:22        FEMALE SPEAKER:  We ready?
43:23    So give me the estimates again on
43:24    the hospitalizations and death
44: Page 44
44: 1    rates because of GI side effects
44: 2    associated with NSAIDs.
44: 3        MALE SPEAKER:  Okay.  In
44: 4    patients who take non steroidal
44: 5    antiinflammatory drugs such as
44: 6    Advil, motrin, Aleve, it's been
44: 7    estimated that over 100,000 people
44: 8    are hospitalized for stomach
44: 9    problems, such as bleeding, and
44:10    that over 16,000 die due to these
44:11    problems every year.
44:12        FEMALE SPEAKER:  I just want
44:13    it reversed.  I want the NSAIDs at
44:14    the end.
44:15        MALE SPEAKER:  I know you
44:16    do.
44:17        FEMALE SPEAKER:  Can we try
44:18    that one more time?
44:19        MALE SPEAKER:  I'll think
44:20    about it.  Okay.
44:21        FEMALE SPEAKER:  It's been
44:22    estimated, and leave that at the
44:23    end.  It's just -- I just don't
44:24    want to have legal problems.
45: Page 45
45: 1        MALE SPEAKER:  I don't think
45: 2    it's legal problems.  You just
45: 3    want the numbers up front to grab
45: 4    people.
45: 5        FEMALE SPEAKER:  Yeah.
45: 6        MALE SPEAKER:  There's no
45: 7    different legally --
45: 8        FEMALE SPEAKER:  No.
45: 9        MALE SPEAKER:  -- because it
45:10    says the same thing.  Let me see
45:11    if we can do it.
45:12        It's been estimated that
45:13    over 100,000 people in the United
45:14    States every year, and over 16,000
45:15    people -- excuse me.
45:16        It's been estimated that
45:17    over 100,000 people in the United
45:18    States are hospitalized every
45:19    year, and that over 16,000 people
45:20    die every year due to stomach
45:21    problems, such as bleeding, due to

Page 2

MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version

```
45:22        the use of antiinflammatory -- no,
45:23        I don't like that.
45:24            FEMALE SPEAKER:  It was
46: Page 46
46: 1     good.
46: 2            MALE SPEAKER:  No, I don't
46: 3     like that.  No.  Okay.
46: 4            It's been estimated that
46: 5     over 100,000 people in the United
46: 6     States are hospitalized every
46: 7     year, and that over 16,000 die
46: 8     every year.
46: 9            See the problem is, it's
46:10     really that's saying due to
46:11     NSAIDs, and it really isn't due to
46:12     NSAIDs, so I feel more comfortable
46:13     saying in NSAID users, it's been
46:14     estimated that.  That's really
46:15     what the numbers -- that's, to be
46:16     precise, what it is.  So I feel
46:17     more comfortable saying it that
46:18     way.  The other way says it's due
46:19     to NSAIDs, which isn't exactly
46:20     correct, while this says NSAID
46:21     users, this is why many people
46:22     die, which is really what the
46:23     study showed.
46:24            FEMALE SPEAKER:  As long as
47: Page 47
47: 1     we get the GI side effects.
47: 2            MALE SPEAKER:  That's fine.
```

Total Length - 00:03:30