Exhibit A - Plunkett Trial Excerpts

• MIL 4 Opposition

[1:] - [1:25]    11/15/2005   Irvin Plunkett Trial - Daubert transcripts - (AM)

```
                page 1
                                                                    1
                1                    UNITED STATES DISTRICT COURT
                2                    EASTERN DISTRICT OF LOUISIANA
                3
                4
                  In Re: VIOXX PRODUCTS          *
                5 LIABILITY LITIGATION           *  MDL Docket No. 1657
                                                 *
                6                                *
                  This document relates to       *  New Orleans, Louisiana
                7 Case No. 05-4046:              *
                                                 *
                8 EVELYN IRVIN PLUNKETT, et al   *  November 15, 2005
                                                 *
                9 versus                         *
                                                 *  9:00 a.m.
               10 MERCK & CO., INC.              *
                  * * * * * * * * * * * * * * *
               11
               12
                                      PROCEEDINGS BEFORE THE
               13                    HONORABLE ELDON E. FALLON
                                   UNITED STATES DISTRICT JUDGE
               14
                  APPEARANCES:
               15
               16 For the Plaintiff:       Gainsburgh, Benjamin, David,
                                           Meunier & Warshauer
               17                          BY:  GERALD E. MEUNIER, ESQ.
                                           1100 Poydras Street, Suite 2800
               18                          New Orleans, Louisiana 70163
               19
                  For the Plaintiff:       Beasley Allen Crow Methvin
               20                           Portis & Miles
                                           BY:  J. PAUL SIZEMORE, ESQ.
               21                          234 Commerce Street
                                           Post Office Box 4160
               22                          Montgomery, Alabama 36103
               23
                  For the Plaintiff:       Lopez, Hodes, Restaino, Milman
               24                           & Skikos
                                           BY:  JOHN M. RESTAINO, JR., ESQ.
               25                          450 Newport Center Drive
                                           Newport Beach, California 92660
```

[30:12] - [31:4]    11/15/2005   Irvin Plunkett Trial - Daubert transcripts - (AM)

```
                page 30
                12             I don't want to hear from the defendant how
                13 wonderful and altruistic and motherly and fatherly Merck is.
                14 That's really not what this case is about.  At the same time, I
                15 don't want to hear from the plaintiff how evil and avaricious
                16 and all the other things that Merck is.  That's not an issue.
                17 I think it's legitimate to delve into what information was
                18 available, what studies were available, what was known in the
                19 medical community, what Merck knew, studies they conducted,
                20 reports they prepared, e-mails indicating what they knew about
                21 this situation may be germane, what Merck did, whether it was
                22 consistent with the pharmaceutical and medical community, what
                23 was given to the FDA, what should have been given to the FDA.
                24             I don't see comments coming in about "They
                25 didn't do this because they were trying to make a buck," "They
                page 31
                1 didn't do this because they were trying to kill people," "They
                2 didn't do this because they are evil."  That may or may not be
                3 fodder for closing argument.  That may be forensically dealt
                4 with at that stage.  I don't see it coming from an expert.
```

**Exhibit A - Plunkett Trial Excerpts**

**• MIL 4 Opposition**

[88:1] - [88:7]    11/15/2005    Irvin Plunkett Trial - Daubert transcripts - (AM)

```
page 88
1                          CERTIFICATE
2           I, Toni Doyle Tusa, CCR, Official Court Reporter,
    United States District Court, Eastern District of Louisiana, do
3   hereby certify that the foregoing is a true and correct
    transcript, to the best of my ability and understanding, from
4   the record of the proceedings in the above-entitled and
    numbered matter.
5
6
                                     _____
7                                    Toni Doyle Tusa, CCR
                                     Official Court Reporter
```