UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Sanders v. Merck & Co., Inc.*, 05-6198

## ORDER

On May 22, 2006, Defendant St. Louis ConnectCare filed a Motion to Dismiss (Rec. Doc. 4881).  The motion was not set for hearing.  Therefore, IT IS ORDERED that the motion will be set for hearing at a later date.

New Orleans, Louisiana, this   16th   day of   June  , 2006.

                                                                        */s/ Eldon E. Fallon*
                                                                UNITED STATES DISTRICT JUDGE