Exhibit A - Plunkett Trial Excerpts

• MIL 7 Opposition

[1:] - [1:25]        2/3/2006      Plunkett II Trial - Hearing - Pre-Trial Motions

```
page 1
     0001
1                             UNITED STATES DISTRICT COURT
2                              EASTERN DISTRICT OF LOUISIANA
3
4
5
          In Re: VIOXX PRODUCTS          *
6         LIABILITY LITIGATION           *  MDL Docket No. 1657
                                         *
7                                        *
          This document relates to       *  New Orleans, Louisiana
8         Case No. 05-4046:              *
                                         *
9         EVELYN IRVIN PLUNKETT, et al   *  February 3, 2006
                                         *
10        versus                         *
                                         *  10:00 a.m.
11        MERCK & CO., INC.              *
          * * * * * * * * * * * * * * *
12
13
14                            PROCEEDINGS BEFORE THE
                             HONORABLE ELDON E. FALLON
15                          UNITED STATES DISTRICT JUDGE
16
17        APPEARANCES:
18
          For the Plaintiff:          Beasley Allen Crow Methvin
19                                      Portis & Miles
                                      BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                         LEIGH O'DELL, ESQ.
                                       234 Commerce Street
21                                     Post Office Box 4160
                                       Montgomery, Alabama 36103
22
23        For the Plaintiff:          Levin, Papantonio, Thomas,
                                        Mitchell, Echsner & Proctor
24                                    BY:  TROY RAFFERTY, ESQ.
                                       316 South Baylen Street, Suite 600
25                                     Pensacola, Florida 32502
```

[9:4] - [9:9]        2/3/2006      Plunkett II Trial - Hearing - Pre-Trial Motions

```
page 9
4    Phil, for example, brought up the issue about the person taking
5    Vioxx.  I can see where at this point that might have some
6    relevance because of the attack on her credibility that's going
7    to be launched with the article and whatever it is.  My
8    thinking on that is that I would let her do that now because it
9    does go to the credibility.  I don't know whether you use it in
```

[9:12] - [9:24]      2/3/2006      Plunkett II Trial - Hearing - Pre-Trial Motions

```
page 9
12          MR. BIRCHFIELD:  Your Honor, is your ruling that it's
13   limited to just Alise Reicin?
14          THE COURT:  Yes.  I'm going to do that now, but there
15   may be something that comes up with credibility.  You see, it's
16   a credibility issue.  It doesn't have any relevance, as I see
17   it, unless the person says Vioxx is terrible and then they took
18   Vioxx and but for the fact it was taken off the market they
19   would still be taking Vioxx.  I see that as attacking the
20   credibility of somebody.  If somebody says Vioxx is just
21   wonderful, I don't see that as being essential, that they are
22   saying, "It's wonderful and I took it," but when you attack
23   that person and say that they're a liar, then it has some
```

Exhibit A - Plunkett Trial Excerpts

• **MIL 7 Opposition**

```
                            24  relevance to credibility.
```

[33:5] - [33:15]        2/3/2006        Plunkett II Trial - Hearing - Pre-Trial Motions

```
                         page 33
                         5                       CERTIFICATE
                         6          I, Toni Doyle Tusa, CCR, Official Court Reporter,
                         7    United States District Court, Eastern District of Louisiana, do
                         8    hereby certify that the foregoing is a true and correct
                         9    transcript, to the best of my ability and understanding, from
                        10    the record of the proceedings in the above-entitled and
                        11    numbered matter.
                        12
                        13
                        14                                  _____
                                                            Toni Doyle Tusa, CCR
                        15                                  Official Court Reporter
```