Exhibit A - Humeston Trial Excerpts

• MIL 8 Opposition

| | | |
|---|---|---|
| [3159:] - [3159:] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

```
page 3159
                    SUPERIOR COURT OF NEW JERSEY
                    ATLANTIC COUNTY/CIVIL DIVISION
                    DOCKET NO. ATL-L-2272-03MT
    ----------------------------x
    FREDERICK HUMESTON, et al.,
            PLAINTIFFS,
            VS.                STENOGRAPHIC TRANSCRIPT
                               OF:
    MERCK & CO.,INC.,
                                    - TRIAL -
                    DEFENDANT.
    ----------------------------x
            PLACE:   ATLANTIC COUNTY CIVIL COURTHOUSE
                     1201 BACHARACH BOULEVARD
                     ATLANTIC CITY, NJ 08401
            DATE:    OCTOBER 6, 2005
    B E F O R E:
        THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
    TRANSCRIPT ORDERED BY:
        DIANE P. SULLIVAN, ESQUIRE
        DAVID R. BUCHANAN, ESQUIRE
    A P P E A R A N C E S:
        DAVID R. BUCHANAN, ESQUIRE
        CHRISTOPHER SEEGER, ESQUIRE
        SEEGER, WEISS, LLC
           ATTORNEYS FOR THE PLAINTIFFS
        DIANE P. SULLIVAN, ESQUIRE
        DECHERT, LLP
        STEPHEN D. RABER, ESQUIRE
        WILLIAMS AND CONNOLLY, LLP
        CHRISTY D. JONES, ESQUIRE
        BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
           ATTORNEYS FOR THE DEFENDANT
                  *    *    *    *    *    *
                    REGINA A. TELL, CSR-CRR-RPR
                    OFFICIAL COURT REPORTER
                    1201 BACHARACH BOULEVARD
                    ATLANTIC CITY, NJ  08401
```

| | | |
|---|---|---|
| [3182:3] - [3183:7] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

```
page 3182
 3      Q.  Okay.  Dr. Morrison, without looking at the
 4   book can you tell us why you believed in February of
 5   1997 that VIOXX had had the potential to be such a
 6   great drug?
 7          MR. SEEGER:  Your Honor, I'm sorry to do
 8   this, I'm just going to object to the reference
 9   "without looking at the book" because the book is not
10   to be used for that, it shouldn't be referred to.  I
11   think the question should be what he knew.  It suggests
12   that he should be looking at the book.
13          MR. RABER:  I just didn't want him to pull
14   out the book, Your Honor.
15          THE COURT:  I think that the purpose of
16   counsel's question was to direct him not to use the
17   book, which is what the Court has ordered.
18          MR. SEEGER:  Okay.
19          THE COURT:  You can proceed, counselor.
20   BY MR. RABER:
21      Q.  Dr. Morrison, why do you believe in February
22   of 1997 when you wrote that e-mail that VIOXX had the
23   potential to be a great drug?
24      A.  As I said, I think in order to explain the
25   benefits of VIOXX it is important to understand the
page 3183
 1   side effects that are known for nonsteroidal
```

**Exhibit A - Humeston Trial Excerpts**

- **MIL 8 Opposition**

```
                    2   anti-inflammatory drugs.  At the time nonsteroidal
                    3   anti-inflammatory drugs were widely used to treat pain
                    4   and inflammation, and it was understood that those
                    5   medications have a common set of side effects, and so
                    6   what we mean by side effects is these are things that
                    7   the drug does that the drug is not intended to.
```

[3312:25] - [3312:25]      10/6/2005     Humeston Trial - Morrison Direct and Cross

```
            page 3312
                          C E R T I F I C A T I O N
                I, REGINA A. TELL, C.S.R., C.R.R., License Number
            30X100161000, an Official Court Reporter in and for the
            State of New Jersey, do hereby certify the foregoing to
            be prepared in full compliance with the current
            Transcript Format for Judicial Proceedings and is a
            true and accurate compressed transcript to the best of
            my knowledge and ability.
                                 _____ 10-6-05
                                     Regina A. Tell, CSR-CRR
                                     Official Court Reporter
                                     Atlantic County Courthouse
                                     Mays Landing, New Jersey
```