Exhibit A - Plunkett Trial Excerpts

• MIL 10 Opposition

[1492:] - [1492:25]    2/14/2006    Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

```
page 1492
         1492
 1                          UNITED STATES DISTRICT COURT
 2                          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
          IN RE: VIOXX PRODUCTS         *
 6        LIABILITY LITIGATION          *    MDL DOCKET NO. 1657
                                        *
 7                                      *
          THIS DOCUMENT RELATES TO      *    NEW ORLEANS, LOUISIANA
 8        CASE NO. 05-4046:             *
                                        *
 9        EVELYN IRVIN PLUNKETT, ET AL  *    FEBRUARY 14, 2006
                                        *
10        VERSUS                        *
                                        *    8:30 A.M.
11        MERCK & CO., INC.             *
          * * * * * * * * * * * * * *
12
13
                           VOLUME VII - DAILY COPY
14                          JURY TRIAL BEFORE THE
                         HONORABLE ELDON E. FALLON
15                       UNITED STATES DISTRICT JUDGE
16
17        APPEARANCES:
18
          FOR THE PLAINTIFF:       BEASLEY ALLEN CROW METHVIN
19                                   PORTIS & MILES
                                   BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                      LEIGH O'DELL, ESQ.
                                   234 COMMERCE STREET
21                                 POST OFFICE BOX 4160
                                   MONTGOMERY, ALABAMA 36103
22
23        FOR THE PLAINTIFF:       LEVIN, PAPANTONIO, THOMAS,
                                     MITCHELL, ECHSNER & PROCTOR
24                                 BY:  TROY RAFFERTY, ESQ.
                                   316 SOUTH BAYLEN STREET, SUITE 600
25                                 PENSACOLA, FLORIDA 32502
```

[1517:11] - [1520:9]    2/14/2006    Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

```
page 1517
11        Q.   IF YOU COULD, JUST BRIEFLY DESCRIBE YOUR DUTIES AS
12        VICE-PRESIDENT WITH MERCK.
13        A.   WELL, RIGHT NOW, I RUN A GROUP THAT DOES CLINICAL TRIALS
14        FOR THE DISCOVERY OF NEW CANCER MEDICINE.  SO I OVERSEE A LARGE
15        GROUP OF PEOPLE WHO ARE LOOKING FOR AND DOING CLINICAL STUDIES
16        ON POTENTIAL NEW MEDICINES FOR CANCER.
17        Q.   WHERE DO YOU LIVE AND WORK, SIR?
18        A.   I LIVE IN NEW JERSEY, AND I HAVE AN OFFICE BOTH IN NEW
19        JERSEY AND IN PENNSYLVANIA.
20        Q.   ARE YOU MARRIED?
21        A.   I AM.
22        Q.   WITH CHILDREN?
23        A.   I HAVE THREE BOYS.
24        Q.   DOCTOR, I'D LIKE TO BRIEFLY REVIEW YOUR BACKGROUND FOR A
25        MINUTE.  CAN YOU, JUST STARTING FROM COLLEGE, DESCRIBE YOUR
page 1518
 1        EDUCATIONAL AND MEDICAL TRAINING.
 2        A.   SURE.  I WENT TO GEORGETOWN UNIVERSITY FOR COLLEGE IN
 3        WASHINGTON, DC.  AFTER THAT, I WENT TO THE UNIVERSITY OF
 4        CONNECTICUT MEDICAL SCHOOL.  AFTER MEDICAL SCHOOL, I DID A
 5        RESIDENCY -- INTERNSHIP AND RESIDENCY IN INTERNAL MEDICINE,
 6        WHICH IS GENERAL ADULT MEDICINE, AND DID THAT IN BOSTON, AT THE
```

Exhibit A - Plunkett Trial Excerpts

**• MIL 10 Opposition**

```
          7    MASSACHUSETTS GENERAL HOSPITAL.  AND AFTER THAT, I DID A
          8    FELLOWSHIP IN ONCOLOGY IN CANCER AT THE DANA FARBER CANCER
          9    INSTITUTE THAT WAS ALSO IN BOSTON.  AFTER THAT I SPENT ABOUT
         10    FOUR OR FIVE YEARS IN A BASIC RESEARCH LABORATORY STUDYING
         11    BREAST CANCER.
         12    Q.   AND HOW MANY YEARS IN TOTAL DID YOU HAVE IN PRACTICE
         13    TREATING PATIENTS?
         14    A.   ABOUT TEN.
         15    Q.   AND WERE YOU EVER BOARD-CERTIFIED?
         16    A.   BOARD-CERTIFIED IN INTERNAL MEDICINE, GENERAL ADULT
         17    MEDICINE, AND IN CANCER.
         18    Q.   AND WHEN DID YOU JOIN MERCK, SIR?
         19    A.   NOVEMBER 1995.
         20    Q.   AND WHY DID YOU LEAVE THE PRACTICE OF MEDICINE TO JOIN
         21    MERCK?
         22    A.   WELL, WHEN I CAME TO MERCK, I WAS DOING A NUMBER OF
         23    DIFFERENT THINGS.  I WAS RUNNING A BASIC RESEARCH LABORATORY,
         24    STUDYING WAYS THAT WE CAN USE THE IMMUNE SYSTEM TO ATTACK
         25    CANCER.  I WAS SEEING PATIENTS.  I WAS WHAT WE CALL
       page 1519
          1    "MOONLIGHTING," WHICH IS I USED TO WORK IN EMERGENCY ROOMS ALL
          2    AROUND THE BOSTON AREA, TAKING CARE OF PATIENTS IN EMERGENCY
          3    ROOMS, AND I WAS TRYING TO DECIDE WHAT IT WAS I WANTED TO DO
          4    WITH ALL OF THIS TRAINING.
          5             I HAD A CHOICE OF BEING A PRACTICING ONCOLOGIST, OF
          6    BEING JUST A BASIC RESEARCH SCIENTIST, AND I DECIDED THAT I
          7    WANTED TO COME TO MERCK BECAUSE I THOUGHT THAT, IN MY FIELD OF
          8    CANCER, MOST OF THE MEDICINES THAT WE HAD THAT WE USE TO TREAT
          9    CANCER PATIENTS ARE NOT PARTICULARLY EFFECTIVE AND THEY ARE NOT
         10    PARTICULARLY SAFE, AND I THOUGHT IT WOULD BE AN EXCITING CAREER
         11    TO WORK ON DEVELOPING NEW MEDICINES THAT ARE BOTH MORE
         12    EFFECTIVE AND SAFER FOR PATIENTS.
         13    Q.   AND WHEN YOU ARRIVED AT MERCK IN NOVEMBER OF 1995, JUST
         14    FOCUSING IMMEDIATELY IN THAT PERIOD THEREAFTER, WHAT DID YOU
         15    BEGIN TO WORK ON?
         16    A.   WHEN I CAME TO MERCK IN 1995, I HAD -- MY PRIMARY
         17    RESPONSIBILITY WAS WORKING ON VIOXX, AND ABOUT 20 PERCENT OF MY
         18    EFFORT WAS WORKING WITH THE BASIC RESEARCH SCIENTISTS AT MERCK
         19    WHO WERE TRYING TO DEVELOP CANCER DRUGS.
         20    Q.   CAN YOU JUST BRIEFLY DESCRIBE YOUR -- JUST GIVE AN
         21    OVERVIEW OF THE PROJECTS THAT YOU WORKED ON WITH RESPECT TO
         22    VIOXX AND WHAT PERIOD OF TIME YOU WORKED ON THOSE.
         23    A.   RIGHT.  SO WHEN I FIRST CAME IN 1995 -- AND I THINK WE'LL
         24    TALK ABOUT THIS MORE -- VIOXX WAS IN WHAT WE CALL "PHASE II."
         25    SO IT WAS ALREADY IN PATIENTS.  WE WERE TRYING TO TEST WHETHER
       page 1520
          1    THIS IDEA THAT IT WOULD BE SAFER ON THE STOMACH AND STILL TREAT
          2    PAIN WAS TRUE.  SO THAT WAS GOING ON.
          3             MY PRIMARY ROLE WAS IN DESIGNING AND CONDUCTING
          4    STUDIES HAVING TO DO WITH THE PAIN INDICATION FOR VIOXX, AS
          5    WELL AS ONE OF THE OSTEOARTHRITIS TRIALS.  AND THERE IS ONE
          6    WHICH WE CALL "CLINICAL PHARMACOLOGY" WHICH STUDIES HOW THE
          7    DRUGS WORKS THAT I WORKED ON.  THEN, LATER IN THE PROGRAM, I
          8    WORKED ON A NUMBER OF STUDIES LOOKING TO SEE IF VIOXX WOULD
          9    ACTUALLY WORK IN THE PREVENTION OR TREATMENT OF CANCER.
```

[1601:24] - [1602:8]    2/14/2006    Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

```
       page 1601
         24    Q.   HOW ABOUT PHASE II STUDIES, DID THOSE CONTINUE EVEN AFTER
         25    THE DRUG WAS APPROVED?
       page 1602
          1    A.   REMEMBER, PHASE II STUDIES IS WHERE YOU ARE ESSENTIALLY
          2    ASKING THE QUESTION DOES THE DRUG WORK?  THE INITIAL PHASE II
          3    STUDIES FOR VIOXX ARE, DOES IT WORK TO TREAT OSTEOARTHRITIS,
          4    AND DOES IT NOT DAMAGE YOUR STOMACH?  BUT THERE WERE MANY OTHER
          5    QUESTIONS DOES IT WORK IN RHEUMATOID ARTHRITIS?  DOES IT WORK
          6    TO PREVENT OR TREAT CANCER, DOES IT WORK IN MIGRAINES, DOES IT
          7    WORK IN OTHER DISEASES?  AND SO THERE ARE ESSENTIALLY PHASE II
          8    STUDIES GOING ON FOR OTHER INDICATIONS AFTER DRUG APPROVAL.
```

## Exhibit A - Plunkett Trial Excerpts

• **MIL 10 Opposition**

[1604:2] - [1607:13]    2/14/2006    Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

```
page 1604
 2    Q.   AND HOW ABOUT PHASE IV AND V STUDIES.  I DON'T THINK WE'VE
 3    TALKED ABOUT THOSE, BUT CAN YOU DESCRIBE THOSE AND WHETHER OR
 4    NOT THEY WERE DONE HERE ON VIOXX?
 5    A.   PHASE IV STUDIES ARE ESSENTIALLY STUDIES THE FDA ASKS YOU
 6    TO DO AT THE TIME THAT YOUR DRUG IS APPROVED, AND PHASE V ARE
 7    SORT OF THESE NEW INDICATIONS.  SO YES, WE WERE DOING PHASE IV
 8    AND V STUDIES AS WELL.
 9    Q.   NOW, DOCTOR, YOU SAID -- YOU DESCRIBED THE BACKGROUND IN
10    ONCOLOGY AND YOUR WORK ON DEVELOPING CANCER DRUGS.
11              MR. RAFFERTY:  YOUR HONOR, I WOULD LIKE TO APPROACH.
12              (WHEREUPON, THERE WAS A DISCUSSION HELD AT THE
13    BENCH.)
14              MR. RAFFERTY:  YOUR HONOR, IN HIS PREVIOUS TESTIMONY,
15    THIS IS WHEN THE DOCTOR LAUNCHES INTO A DIATRIBE -- VIOXX IS
16    POTENTIALLY THE CURE FOR CANCER.  AND THERE IS ABSOLUTELY NO
17    SCIENTIFIC BASIS FOR IT.  IT WOULD BE INAPPROPRIATE AND
18    PREJUDICIAL FOR HIM TO NOW TALK ABOUT THIS IS SOMEHOW A CANCER
19    AGENT, LEAVING THE JURY THE IMPRESSION THAT VIOXX HAS -- IT'S
20    EXTREMELY PREJUDICIAL.
21              MR. ISMAIL:   DR. MORRISON HAS A PATENT FOR THE USE
22    OF VIOXX IN TREATING COLON CANCER.  HE DESIGNED THE VICTOR
23    TRIAL, WHICH WAS AN OUTCOME MORTALITY TRIAL ON CANCER.  HE WAS
24    KNOWN FOR THE APPROVE STUDY, AND VIOXX DOES HAVE STATISTICALLY
25    SIGNIFICANT EFFICACY IN THE REDUCTION OF PRECANCEROUS POLYPS SO
page 1605
 1    ALL THAT AND HE'S FAMILIAR WITH IT AS AN ONCOLOGIST.
 2              THE COURT:  IT'S A QUESTION OF FACT TO SOME EXTENT.
 3    THERE HAS BEEN SOME TESTIMONY THAT CANCER FOR SOME PEOPLE
 4    ASSOCIATED WITH SOME OF THE INFORMATION, THAT THIS DRUG MAY
 5    HAVE SOME EFFECT OVER THE USE OF INFLAMMATION, THEREFORE MAY
 6    HAVE SOME EFFECT ON CANCER, BUT IT'S AN EARLY STAGE AND I'LL
 7    LET YOU GO ON CROSS-EXAMINATION.  IT IS SOMEWHAT IRRELEVANT IN
 8    THIS SITUATION.  SO LET'S NOT SPEND A LOT OF TIME.
 9              MR. RAFFERTY:  THANK YOU, YOUR HONOR.
10    BY MR. ISMAIL:
11    Q.   DOCTOR YOU DESCRIBED YOUR BACKGROUND AS AN ONCOLOGIST, HOW
12    DID YOU, WHEN YOU CAME TO MERCK, END UP ON THE VIOXX TEAM WITH
13    YOUR BACKGROUND?
14    A.   SO WE TALKED ABOUT WHEN I WENT TO MEDICAL SCHOOL, WE ONLY
15    THOUGHT THERE WAS ONE CYCLOOXYGENASE, AND EVENTUALLY WE FOUND
16    OUT THERE WERE TWO.  WELL, ONE OF THE SCIENTISTS WHO WAS ONE OF
17    THE FIRST ONES TO IDENTIFY THIS SECOND FORM WAS A CANCER
18    RESEARCHER.  AND WHAT THE CANCER RESEARCHER WAS TRYING TO
19    FIGURE OUT WAS ARE -- IS THERE ANYTHING AT ALL IN A CANCER CELL
20    THAT'S NOT IN A NORMAL CELL.  AND HIS LOGIC WAS, IF THERE IS A
21    SPECIFIC MACHINERY IN A CANCER CELL THAT'S NOT IN A NORMAL
22    CELL, MAYBE I CAN MAKE A DRUG AGAINST THAT, AND THAT WOULD
23    TREAT CANCER WITHOUT DAMAGING NORMAL CELLS.  AND WHEN HE WENT
24    LOOKING FOR THINGS THAT ARE IN CANCER CELLS BUT NOT NORMAL
25    CELLS HE FOUND COX-2.
page 1606
 1              SO AT THE VERY BEGINNING OF THE DISCOVERY OF COX-2,
 2    THERE WERE PEOPLE WHO THOUGHT THAT COX-2 ACTUALLY HAD SOMETHING
 3    TO DO WITH THE FORMATION OF CANCER, AND THERE WERE RESEARCH
 4    SCIENTISTS AT MERCK WORKING ON THIS.  THERE WERE RESEARCH
 5    SCIENTISTS ALL OVER THE WORLD WORKING ON THIS.  A COLLEAGUE OF
 6    MINE AND I EVENTUALLY FILED A PATENT AND OBTAINED THE PATENT
 7    FOR THE USE OF VIOXX TO PREVENT PROSTATE CANCER.
 8              AND WHEN I CAME TO MERCK, I REMEMBER MY INTERVIEW
 9    WITH ALAN NIES, WHO SAID TO ME, THERE IS THIS WHOLE IDEA THAT
10    THESE THINGS MIGHT WORK IN CANCER.  AS PART OF YOUR ASSIGNMENT
11    HERE, WE WOULD LIKE YOU TO, YOU KNOW, LOOK INTO THAT AND HELP
12    US THINK ABOUT HOW WE MIGHT BE ABLE EITHER PROVE THAT'S TRUE OR
13    NOT TRUE.
14    Q.   AND DID YOU WORK DESIGNING CLINICAL TRIALS THAT WOULD
15    HOPEFULLY ADDRESS THAT QUESTION?
16    A.   YES.
17    Q.   AND WHAT TRIAL WAS THAT?
18    A.   THE BIGGEST ONE THAT I WORKED ON WAS A TRIAL CALLED
```

Exhibit A - Plunkett Trial Excerpts

**• MIL 10 Opposition**

```
                          19      VICTOR.  AND VICTOR WAS A TRIAL THAT WE WORKED WITH A GROUP IN
                          20      ENGLAND TO SET UP.  AND THE TRIAL WAS, AGAIN, ONE OF THESE
                          21      OUTCOMES TRIALS.  WHAT IT WAS PEOPLE WHO HAD COLON CANCER, THEY
                          22      WOULD HAVE SURGERY, THEY WOULD RECEIVE CHEMOTHERAPY, WHATEVER
                          23      THE STANDARD OF CARE WAS IN ENGLAND AT THE TIME, AND THEN THEY
                          24      WOULD BE RANDOMIZED TO VIOXX VERSUS PLACEBO.  AND THE QUESTION
                          25      WAS, COULD VIOXX PREVENT THEM FROM HAVING THEIR CANCER COME
                          page 1607
                          1       BACK?
                          2       Q.    IN YOUR WORK WITH THE RESEARCHERS IN ENGLAND, WHAT WAS THE
                          3       HOPED-FOR PROMISE WITH THAT THERAPY?
                          4       A.    PEOPLE WERE PRETTY EXCITED ABOUT COX-2'S, COX-2 INHIBITORS
                          5       AS A POTENTIAL EFFECTIVE CANCER THERAPY, AND CERTAINLY FROM A
                          6       SAFETY POINT OF VIEW, COMPARED TO THE TRADITIONAL CANCER
                          7       MEDICINES, THEY HAVE A LOT OF SIDE EFFECTS, IF THIS WERE TRUE
                          8       THAT THIS COULD PREVENT OR TREAT CANCER, PEOPLE WERE VERY
                          9       EXCITED IT.
                          10      Q.    AND ULTIMATELY WERE YOU ABLE TO GET AN ANSWER TO THAT
                          11      QUESTION IN THE VICTOR TRIAL?
                          12      A.    NO, THE VICTOR TRIAL WAS STOPPED EARLY WHEN THE DRUG WAS
                          13      TAKEN OFF THE MARKET.


[1604:2] - [1607:13]     2/14/2006    Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

                          page 1604
                          2       Q.    AND HOW ABOUT PHASE IV AND V STUDIES.  I DON'T THINK WE'VE
                          3       TALKED ABOUT THOSE, BUT CAN YOU DESCRIBE THOSE AND WHETHER OR
                          4       NOT THEY WERE DONE HERE ON VIOXX?
                          5       A.    PHASE IV STUDIES ARE ESSENTIALLY STUDIES THE FDA ASKS YOU
                          6       TO DO AT THE TIME THAT YOUR DRUG IS APPROVED, AND PHASE V ARE
                          7       SORT OF THESE NEW INDICATIONS.  SO YES, WE WERE DOING PHASE IV
                          8       AND V STUDIES AS WELL.
                          9       Q.    NOW, DOCTOR, YOU SAID -- YOU DESCRIBED THE BACKGROUND IN
                          10      ONCOLOGY AND YOUR WORK ON DEVELOPING CANCER DRUGS.
                          11              MR. RAFFERTY:  YOUR HONOR, I WOULD LIKE TO APPROACH.
                          12              (WHEREUPON, THERE WAS A DISCUSSION HELD AT THE
                          13      BENCH.)
                          14              MR. RAFFERTY:  YOUR HONOR, IN HIS PREVIOUS TESTIMONY,
                          15      THIS IS WHEN THE DOCTOR LAUNCHES INTO A DIATRIBE -- VIOXX
                          16      POTENTIALLY THE CURE FOR CANCER.  AND THERE IS ABSOLUTELY NO
                          17      SCIENTIFIC BASIS FOR IT.  IT WOULD BE INAPPROPRIATE AND
                          18      PREJUDICIAL FOR HIM TO NOW TALK ABOUT THIS IS SOMEHOW A CANCER
                          19      AGENT, LEAVING THE JURY THE IMPRESSION THAT VIOXX HAS -- IT'S
                          20      EXTREMELY PREJUDICIAL.
                          21              MR. ISMAIL:  DR. MORRISON HAS A PATENT FOR THE USE
                          22      OF VIOXX IN TREATING COLON CANCER.  HE DESIGNED THE VICTOR
                          23      TRIAL, WHICH WAS AN OUTCOME MORTALITY TRIAL ON CANCER.  HE WAS
                          24      KNOWN FOR THE APPROVE STUDY, AND VIOXX DOES HAVE STATISTICALLY
                          25      SIGNIFICANT EFFICACY IN THE REDUCTION OF PRECANCEROUS POLYPS SO
                          page 1605
                          1       ALL THAT AND HE'S FAMILIAR WITH IT AS AN ONCOLOGIST.
                          2               THE COURT:  IT'S A QUESTION OF FACT TO SOME EXTENT.
                          3       THERE HAS BEEN SOME TESTIMONY THAT CANCER FOR SOME PEOPLE
                          4       ASSOCIATED WITH SOME OF THE INFORMATION, THAT THIS DRUG MAY
                          5       HAVE SOME EFFECT OVER THE USE OF INFLAMMATION, THEREFORE MAY
                          6       HAVE SOME EFFECT ON CANCER, BUT IT'S AN EARLY STAGE AND I'LL
                          7       LET YOU GO ON CROSS-EXAMINATION.  IT IS SOMEWHAT IRRELEVANT IN
                          8       THIS SITUATION.  SO LET'S NOT SPEND A LOT OF TIME.
                          9               MR. RAFFERTY:  THANK YOU, YOUR HONOR.
                          10      BY MR. ISMAIL:
                          11      Q.    DOCTOR YOU DESCRIBED YOUR BACKGROUND AS AN ONCOLOGIST, HOW
                          12      DID YOU, WHEN YOU CAME TO MERCK, END UP ON THE VIOXX TEAM WITH
                          13      YOUR BACKGROUND?
                          14      A.    SO WE TALKED ABOUT WHEN I WENT TO MEDICAL SCHOOL, WE ONLY
                          15      THOUGHT THERE WAS ONE CYCLOOXYGENASE, AND EVENTUALLY WE FOUND
                          16      OUT THERE WERE TWO.  WELL, ONE OF THE SCIENTISTS WHO WAS ONE OF
                          17      THE FIRST ONES TO IDENTIFY THIS SECOND FORM WAS A CANCER
                          18      RESEARCHER.  AND WHAT THE CANCER RESEARCHER WAS TRYING TO
                          19      FIGURE OUT WAS ARE -- IS THERE ANYTHING AT ALL IN A CANCER CELL
                          20      THAT'S NOT IN A NORMAL CELL.  AND HIS LOGIC WAS, IF THERE IS A
                          21      SPECIFIC MACHINERY IN A CANCER CELL THAT'S NOT IN A NORMAL
```

**Exhibit A - Plunkett Trial Excerpts**

**• MIL 10 Opposition**

```
                  22      CELL, MAYBE I CAN MAKE A DRUG AGAINST THAT, AND THAT WOULD
                  23      TREAT CANCER WITHOUT DAMAGING NORMAL CELLS.  AND WHEN HE WENT
                  24      LOOKING FOR THINGS THAT ARE IN CANCER CELLS BUT NOT NORMAL
                  25      CELLS HE FOUND COX-2.
                  page 1606
                  1              SO AT THE VERY BEGINNING OF THE DISCOVERY OF COX-2,
                  2       THERE WERE PEOPLE WHO THOUGHT THAT COX-2 ACTUALLY HAD SOMETHING
                  3       TO DO WITH THE FORMATION OF CANCER, AND THERE WERE RESEARCH
                  4       SCIENTISTS AT MERCK WORKING ON THIS.  THERE WERE RESEARCH
                  5       SCIENTISTS ALL OVER THE WORLD WORKING ON THIS.  A COLLEAGUE OF
                  6       MINE AND I EVENTUALLY FILED A PATENT AND OBTAINED THE PATENT
                  7       FOR THE USE OF VIOXX TO PREVENT PROSTATE CANCER.
                  8              AND WHEN I CAME TO MERCK, I REMEMBER MY INTERVIEW
                  9       WITH ALAN NIES, WHO SAID TO ME, THERE IS THIS WHOLE IDEA THAT
                  10      THESE THINGS MIGHT WORK IN CANCER.  AS PART OF YOUR ASSIGNMENT
                  11      HERE, WE WOULD LIKE YOU TO, YOU KNOW, LOOK INTO THAT AND HELP
                  12      US THINK ABOUT HOW WE MIGHT BE ABLE EITHER PROVE THAT'S TRUE OR
                  13      NOT TRUE.
                  14      Q.   AND DID YOU WORK DESIGNING CLINICAL TRIALS THAT WOULD
                  15      HOPEFULLY ADDRESS THAT QUESTION?
                  16      A.   YES.
                  17      Q.   AND WHAT TRIAL WAS THAT?
                  18      A.   THE BIGGEST ONE THAT I WORKED ON WAS A TRIAL CALLED
                  19      VICTOR.  AND VICTOR WAS A TRIAL THAT WE WORKED WITH A GROUP IN
                  20      ENGLAND TO SET UP.  AND THE TRIAL WAS, AGAIN, ONE OF THESE
                  21      OUTCOMES TRIALS.  WHAT IT WAS PEOPLE WHO HAD COLON CANCER, THEY
                  22      WOULD HAVE SURGERY, THEY WOULD RECEIVE CHEMOTHERAPY, WHATEVER
                  23      THE STANDARD OF CARE WAS IN ENGLAND AT THE TIME, AND THEN THEY
                  24      WOULD BE RANDOMIZED TO VIOXX VERSUS PLACEBO.  AND THE QUESTION
                  25      WAS, COULD VIOXX PREVENT THEM FROM HAVING THEIR CANCER COME
                  page 1607
                  1       BACK?
                  2       Q.   IN YOUR WORK WITH THE RESEARCHERS IN ENGLAND, WHAT WAS THE
                  3       HOPED-FOR PROMISE WITH THAT THERAPY?
                  4       A.   PEOPLE WERE PRETTY EXCITED ABOUT COX-2'S, COX-2 INHIBITORS
                  5       AS A POTENTIAL EFFECTIVE CANCER THERAPY, AND CERTAINLY FROM A
                  6       SAFETY POINT OF VIEW, COMPARED TO THE TRADITIONAL CANCER
                  7       MEDICINES, THEY HAVE A LOT OF SIDE EFFECTS, IF THIS WERE TRUE
                  8       THAT THIS COULD PREVENT OR TREAT CANCER, PEOPLE WERE VERY
                  9       EXCITED IT.
                  10      Q.   AND ULTIMATELY WERE YOU ABLE TO GET AN ANSWER TO THAT
                  11      QUESTION IN THE VICTOR TRIAL?
                  12      A.   NO, THE VICTOR TRIAL WAS STOPPED EARLY WHEN THE DRUG WAS
                  13      TAKEN OFF THE MARKET.
```

[1608:3] - [1608:7]      2/14/2006      Plunkett II Trial - Vol. 07 - Morrison, Weeks, Pacetti, Rayburn

```
                  page 1608
                  3       A.   IT WAS STOPPED WHEN VIOXX WAS TAKEN OFF THE MARKET, YES.
                  4       Q.   AND THE FDA, THE DRUG VIOXX HAD NEVER BEEN APPROVED TO BE
                  5       MARKETED AS ANYTHING IN TERMS OF CURE FOR CANCER; IS THAT
                  6       CORRECT?
                  7       A.   THAT'S CORRECT.
```