Exhibit A - November 29, 2005 Plunkett Trial Excerpts

• Topol Motion

[1:] - [1:25]          11/29/2005   Irvin Plunkett Trial

```
page 1
    0001
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5
        IN RE: VIOXX PRODUCTS              *
6       LIABILITY LITIGATION               *  MDL DOCKET NO. 1657
                                           *
7                                          *
        THIS DOCUMENT RELATES TO           *  HOUSTON, TEXAS
8       CASE NO. 05-4046:                  *
                                           *
9       EVELYN IRVIN PLUNKETT, ET AL       *  NOVEMBER 29, 2005
                                           *
10      VERSUS                             *
                                           *  8:30 A.M.
11      MERCK & CO., INC.                  *
        * * * * * * * * * * * * * * * *
12
13
                              VOLUME I
14                      JURY TRIAL BEFORE THE
                      HONORABLE ELDON E. FALLON
15                  UNITED STATES DISTRICT JUDGE
16
17      APPEARANCES:
18
        FOR THE PLAINTIFF:        BEASLEY ALLEN CROW METHVIN
19                                   PORTIS & MILES
                                  BY:  JERE LOCKE BEASLEY, ESQ.
20                                     ANDY D. BIRCHFELD, JR., ESQ.
                                       J. PAUL SIZEMORE, ESQ.
21                                234 COMMERCE STREET
                                  POST OFFICE BOX 4160
22                                MONTGOMERY, ALABAMA 36103
23
        FOR THE PLAINTIFF:        ROBINSON, CALCAGNIE & ROBINSON
24                                BY:  MARK P. ROBINSON, JR., ESQ.
                                  620 NEWPORT CENTER DRIVE
25                                NEWPORT BEACH, CALIFORNIA 92660
```

[7:18] - [8:21]          11/29/2005   Irvin Plunkett Trial

```
page 7
18                      IN ANY EVENT, EVENTUALLY THE COURT WAS ASKED TO
19      GET INVOLVED AND THE COURT DID GET INVOLVED IN IT AND THE
20      DEPOSITION WAS TAKEN.  UNFORTUNATELY, IT WAS TAKEN IN NOVEMBER,
21      SIX DAYS AGO OR THEREABOUTS.  THE PARTIES TOOK THE DEPOSITION
22      FOR FOUR HOURS EACH SIDE OR PERHAPS LONGER, BUT IT WAS A RATHER
23      EXTENSIVE DEPOSITION.  THE PLAINTIFFS SEEK TO INTRODUCE THE
24      ENTIRE DEPOSITION AT THE TRIAL.  THE DEFENDANTS TAKE THE
25      POSITION THAT DR. TOPAL, IF HE WERE CALLED, WOULD BE CALLED AS
page 8
1       AN EXPERT WITNESS BECAUSE HE WOULD BE GIVING EXPERT TESTIMONY,
2       AND THAT IF HE WERE GIVING EXPERT TESTIMONY UNDER 26(A)(2)(A)
3       HE SHOULD HAVE BEEN LISTED AS SUCH AND UNDER 26(A)(2)(B) HE
4       SHOULD HAVE GIVEN A REPORT.  THEY RECEIVED NO REPORT.  THEY
5       RECEIVED A LISTING, BUT THEY SAY DID NOT KNOW THAT HE WAS GOING
6       TO TESTIFY AS AN EXPERT.  THEY SAY THEY ARE PREJUDICED,
7       SURPRISED, AND THAT HE SHOULDN'T BE ALLOWED TO TESTIFY.
8                       THE PLAINTIFFS TAKE THE POSITION THAT THEY KNEW
9       FOR A LONG PERIOD OF TIME ABOUT DR. TOPAL, KNEW WHAT HE WAS
10      GOING TO SAY, ARE NOT SURPRISED, AND THAT THERE IS NO HARM IN
11      PUTTING HIS DEPOSITION ON.  I JUST REALLY RECEIVED THE
12      DEPOSITION YESTERDAY, TOGETHER WITH LARGE MOUNDS OF PAPERS.  I
13      RECEIVED THE DEFENDANT'S OPPOSITION AT 5:00 YESTERDAY AND SO
```



EXHIBIT
A

Exhibit A - November 29, 2005 Plunkett Trial Excerpts

• Topol Motion

```
14        YOU KNOW WHAT I DID LAST NIGHT.  THE DEPOSITION IS SOME
15        600-SOME-ODD PAGES.  THE OTHER DOCUMENTATION IS ANOTHER 1,500
16        PAGES.  THE DEFENDANT SUBMITS ABOUT 680 PAGES ATTACHED TO THEIR
17        DOCUMENTS.  A LOT OF TREES HAVE BEEN SACRIFICED FOR THIS
18        INCIDENT.  I'VE HAD AN OPPORTUNITY TO REVIEW IT.  I NEED TO DO
19        IT A LITTLE MORE EXTENSIVELY WITH THE DEPOSITION, BUT I'VE
20        REVIEWED IT ENOUGH TO AT LEAST GIVE YOU THE BENEFIT OF MY VIEW
21        ON THE USE OF THE DEPOSITION.
```

[8:22] - [9:13]          11/29/2005   Irvin Plunkett Trial

```
page 8
22                    THE PLAINTIFF TAKES THE POSITION THAT THE DOCTOR
23        WILL TESTIFY MORE AS A FACT WITNESS AND NOT AS AN EXPERT
24        WITNESS.  OF COURSE, WE ARE AWARE OF 701, WHICH INDICATES THAT
25        IF A WITNESS IS NOT TESTIFYING AS AN EXPERT, THE WITNESS'
page 9
1         TESTIMONY IN THE FORM OF OPINIONS OR INFERENCES IS LIMITED TO
2         THOSE OPINIONS OR INFERENCES WHICH ARE; (A) RATIONALLY BASED ON
3         THE PERCEPTION OF THE WITNESS; AND, (B) HELPFUL TO A CLEAR
4         UNDERSTANDING OF THE WITNESS' TESTIMONY OR THE DETERMINATION OF
5         A FACT IN ISSUE.  THAT WAS THE LAW UNTIL 2000.  THE DRAFTERS
6         FELT, TO SOME EXTENT, THAT 701 WAS BEING ABUSED AND THAT IT WAS
7         NOT THE INTENT OF THE DRAFTERS OF THE RULES TO ALLOW EXPERTS TO
8         TESTIFY IN THE FORM OF 701 FACT EXPERTS, SO "(C)" WAS ADDED.
9         "(C)" IS NOT BASED ON SCIENTIFIC, TECHNICAL, OR OTHER
10        SPECIALIZED KNOWLEDGE WITHIN THE SCOPE OF 702.  CLEARLY, THIS
11        INFORMATION IS WITHIN SOME SPECIALIZED KNOWLEDGE, SO 702 TO
12        SOME EXTENT IS THE APPLICABLE EVIDENTIARY ARTICLE WHICH APPLIES
13        TO THIS PARTICULAR CASE.
```

[11:22] - [12:24]          11/29/2005   Irvin Plunkett Trial

```
page 11
22                    I'M GOING TO ALLOW HIM TO TESTIFY, BUT I DON'T
23        SEE HIM TESTIFYING BY WAY OF SIMPLY THE ENTIRE DEPOSITION.  I
24        THINK THE RELEVANCE OF HIS TESTIMONY IS WHAT MERCK KNEW, WHEN
25        MERCK KNOW IT, WHAT THEY DID, AND WHAT THEY DIDN'T DO.  I'M NOT
page 12
1         INTERESTED IN WHAT HE THINKS THE STATE OF MIND OF MERCK IS.
2         I'M NOT INTERESTED IN WHAT HE SAID ON 60 MINUTES.  I'M NOT
3         INTERESTED IN WHAT HE SAID IN NEWSPAPER ARTICLES.  HE WROTE AN
4         ARTICLE.  I UNDERSTAND THAT HE TOLD MERCK ABOUT THE ARTICLE.
5         HE SENT IT TO THEM SOMETIMES FOR REVIEW, GOT RESPONSES BACK
6         FROM THEM.  HE SHOULD BE ABLE TO TESTIFY AS TO WHAT MERCK KNEW
7         AND WHEN THEY KNEW IT.
8                     LET ME ALSO SAY THAT THIS CASE INVOLVES THE
9         DEATH OF A PERSON WHO WAS TAKING VIOXX IN APRIL OF 2001.  I
10        DON'T SEE ANY RELEVANCE IN THIS CASE AS TO WHAT HAPPENED IN
11        2004 UNLESS IT'S USED FOR IMPEACHMENT, BUT WHAT HAPPENED AFTER
12        THE DEATH IS OF NO SIGNIFICANCE IN THIS PARTICULAR CASE.  IT
13        MAY HAVE SIGNIFICANCE IN THE OVERALL PICTURE OF THE MDL, BUT
14        THAT'S A POTENTIAL, ALWAYS, PROBLEM WITH MDL WHEN YOU START
15        PEELING OFF CASES FOR TRIAL BECAUSE THE TRIAL OF THE CASE IS
16        WHAT'S AT ISSUE BEFORE THE JURY.  THE WHOLE MDL PROCEEDING IS
17        NOT AN ISSUE BEFORE THE JURY.  SO WHILE YOU CAN DISCOVER A LOT
18        IN THE MDL PROCEEDING, WHEN YOU GET DOWN TO THE TRIAL, IT HAS
19        TO BE SPECIFIC TO THE FACTS OF THAT PARTICULAR CASE.
20                    I JUST DON'T SEE A LARGE PART OF THAT DEPOSITION
21        COMING INTO PLAY.  IT'S FILLED WITH COLLOQUY.  IT'S FILLED WITH
22        CONVERSATION BETWEEN COUNSEL.  IT'S FILLED WITH JABS BACK AND
23        FORTH.  THAT'S NOT REALLY APPROPRIATE FOR PRESENTATION INTO
24        EVIDENCE, SO THE DEPOSITION IS GOING TO HAVE TO BE STREAMLINED.
```

Exhibit B - December 3, 2005 Plunkett Trial Excerpts

• Topol Motion

[987:] - [988:13]        12/3/2005      Irvin Plunkett Trial - (Schirmer C, Topol)

```
page 987
    0987
 1                              UNITED STATES DISTRICT COURT
 2                              EASTERN DISTRICT OF LOUISIANA
 3
 4
           IN RE: VIOXX PRODUCTS              *
 5         LIABILITY LITIGATION               *  MDL DOCKET NO. 1657
                                              *
 6                                            *
           THIS DOCUMENT RELATES TO           *  HOUSTON, TEXAS
 7         CASE NO. 05-4046:                  *
                                              *
 8         EVELYN IRVIN PLUNKETT, ET AL       *  DECEMBER 3, 2005
                                              *
 9         VERSUS                             *
                                              *  8:30 A.M.
10         MERCK & CO. INC.
           * * * * * * * * * * * * * * * *
11
12
                                  VOLUME V
13                          JURY TRIAL BEFORE THE
                          HONORABLE ELDON E. FALLON
14                       UNITED STATES DISTRICT JUDGE
15
16         APPEARANCES:
17
           FOR THE PLAINTIFF:         BEASLEY ALLEN CROW METHVIN
18                                       PORTIS & MILES
                                      BY:  JERE LOCKE BEASLEY, ESQ.
19                                         ANDY D. BIRCHFELD, JR., ESQ.
                                           LEIGH O'DELL, ESQ.
20                                         J. PAUL SIZEMORE, ESQ.
                                           FRANK WOODSON, ESQ.
21                                    234 COMMERCE STREET
                                      POST OFFICE BOX 4160
22                                    MONTGOMERY, ALABAMA 36103
23
           FOR THE PLAINTIFF:         ROBINSON, CALCAGNIE & ROBINSON
24                                    BY:  MARK P. ROBINSON, JR., ESQ.
                                      620 NEWPORT CENTER DRIVE
25                                    NEWPORT BEACH, CALIFORNIA 92660
page 988
 1         APPEARANCES, (CONTINUED):
 2
           FOR THE PLAINTIFF:         ABRAHAM, WATKINS, NICHOLS,
 3                                       SORRELS, MATTHEWS & FRIEND
                                      BY:  DAVID P. MATTHEWS, ESQ.
 4                                    800 COMMERCE STREET
                                      HOUSTON, TEXAS 77002
 5
 6         FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
 7                                    BY:  PHILIP S. BECK,  ESQ.
                                           TAREK ISMAIL, ESQ.
 8                                    54 W. HUBBARD STREET, SUITE 300
                                      CHICAGO, ILLINOIS 60601
 9
10         OFFICIAL COURT REPORTERS:  CATHY PEPPER, CCR, RPR, CRR
                                      TONI DOYLE TUSA, CCR
11                                    500 POYDRAS STREET, ROOM HB-406
                                      NEW ORLEANS, LOUISIANA 70130
12                                    (504) 589-7778
13
```



**Exhibit B - December 3, 2005 Plunkett Trial Excerpts**

**• Topol Motion**

[990:22] - [990:23]          12/3/2005      Irvin Plunkett Trial - (Schirmer C, Topol)

page 990
22      I THINK COUNSEL HAS A POINT ABOUT 403, WHERE SOME OF IT MAY BE
23      A LITTLE OVER THE PAIL FROM THE 403 STANDPOINT.  I DON'T KNOW

[991:21] - [991:23]          12/3/2005      Irvin Plunkett Trial - (Schirmer C, Topol)

page 991
21              THE COURT:  OKAY.  I'M GOING TO ALLOW IT IN, BUT I'M
22      GOING TO EXCISE A PORTION OF IT UNDER 403.  50.8 THROUGH 50.16
23      I'M GOING TO SUSTAIN.  TAKE A LOOK AT THIS, BOTH OF YOU, SO YOU

[992:17] - [993:1]           12/3/2005      Irvin Plunkett Trial - (Schirmer C, Topol)

page 992
17      FUZZY AROUND THE EDGES IN THAT SITUATION.  SO THE THINGS THAT
18      JUST WERE DEVELOPED OR OCCURRED OR IF MERCK SAID SOMETHING IN
19      2004 THAT IS OFFENSIVE TO THE WITNESS AND THE WITNESS MAKES A
20      STATEMENT IN 2005 ABOUT SOMETHING THAT HAPPENED IN 2004, I CAN
21      SEE THAT THAT'S IRRELEVANT.  BUT IF THEY COMMENT ON SOME
22      ACTIVITY THAT PREDATED, IS AROUND 2000, OR PREDATED THE
23      DECEDENT'S DEATH IN THIS CASE, EVEN THOUGH THE COMMENT MAY HAVE
24      COME AFTER, IT'S REALLY A COMMENT OR A SUMMARY OR AN
25      OBSERVATION OR STUDIES OF ACTIVITIES THAT HAPPENED DURING THE
page 993
1       GERMANE TIME.  SO IT'S SOMEWHAT DIFFICULT IN SOME OF THIS TO

Exhibit C - Topol Deposition Excerpts

• Topol Motion

[1:1] - [1:24]           11/22/2005   Topol, Eric (MDL)

page 1
1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
      IN RE: VIOXX LITIGATION: MDL DOCKET
3                              NO. 1657

4      _____
      SUPERIOR COURT OF THE STATE OF CALIFORNIA
5              COUNTY OF LOS ANGELES
                     -  -  -
6
      Coordination Proceeding: CASE NO.   JCCP
7     Special Title         : JCCP NO. 4247
      (Rule 1550(b))        :
8                           :
      This Document Applies  :
9     To All                :
      VIOXX CASES
10
                     -  -  -
11
                  CONFIDENTIAL
12
             SUBJECT TO PROTECTIVE ORDER
13       .
                     -  -  -
14
                  November 22, 2005
15
                     -  -  -
16
17          Videotape deposition of ERIC J.
      TOPOL, M.D., held in the InterContinental
18    Hotel, 9801 Carnegie Place, Cleveland,
      Ohio 44106, commencing at 9:41 a.m., on
19    the above date, before Linda L. Golkow, a
      Federally-Approved Registered Diplomate
20    Reporter and Certified Shorthand Reporter.
21                   -  -  -
22          GOLKOW LITIGATION TECHNOLOGIES
             Four Penn Center - Suite 1210
23          1600 John F. Kennedy Boulevard
             Philadelphia, Pennsylvania 19103
24                1.877.DEPS.USA


[27:4] - [28:4]          11/22/2005   Topol, Eric (MDL)

page 27
4          Q.    You are -- what is your
5     current position, sir?
6          A.    I'm Provost of the Cleveland
7     Clinic Lerner College of Medicine, Chief
8     Academic Officer of the Cleveland Clinic,
9     and also the chairman of the Department
10    of Cardiovascular Medicine of the
11    Cleveland Clinic.
12         Q.    Take them one at a time.
13    Identify each one of those positions, and
14    tell me very briefly what they entail.
15         A.    The Provost of the medical
16    college is providing the oversight of
17    this college of medicine, which had its
18    beginning just three years ago, and it's
19    part of Case Western Reserve University.
20              The chief academic officer
21    responsibility is responsible for all
22    research and education here at this



Exhibit C - Topol Deposition Excerpts

• Topol Motion

```
23   academic medical center, and I've been
24   chairman of the department of
page 28
1    cardiovascular medicine since 1991, and
2    this is a large department, one of the
3    largest departments in cardiovascular
4    medicine in the country.
```

[50:1] - [51:1]        11/22/2005   Topol, Eric (MDL)

```
page 50
1              Sir, I'm looking at the part
2    where you say, "I am bothered."  Do you
3    see where you say to David Graham -- is
4    Graham a physician?
5         A.    Yes.
6         Q.    So, you're saying to Dr.
7    Graham, "I am bothered."  Would you read
8    that for us, please?
9         A.    "I am bothered by the
10   continued outrageous lies of Merck with
11   their fullpage multiple ads that 'they
12   published everything' and that they never
13   had a trial which showed any harm of
14   Vioxx until APPROVe, when, in fact, there
15   were two by May 2000."
16        Q.    Continue.
17        A.    "I am also upset that the
18   story of their scientific misconduct for
19   the VIGOR paper in" the New England
20   Journal of Medicine, that's "NEJM, with
21   errors of omission (deaths), erroneous
22   data (MIs)," or heart attacks, "and
23   incomplete data (more than 1/2 of the
24   thrombotic events) has not received any
page 51
1    attention whatsoever."
```

[53:23] - [54:14]        11/22/2005   Topol, Eric (MDL)

```
page 53
23        Q.    Let me show you an article
24   which was in the Cleveland Clinic Journal
page 54
1    in December of 2004.  December of 2004,
2    there's an article which was written,
3    you'll have it in your hands in a moment,
4    called "The sad story of Vioxx, and what
5    we should learn from it."  Did you
6    co-author that article?
7         A.    Yes, I did.
8         Q.    What is the Cleveland Clinic
9    Journal of Medicine?
10        A.    That's the medical journal
11   of this institution, which is widely
12   circulated, has a circulation of nearly
13   100,000 physicians and paraprofessional
14   staff.
```

[56:6] - [56:10]        11/22/2005   Topol, Eric (MDL)

```
page 56
6              You said the story starts in
7    1999.  I don't want you to read the
8    article, but I want you to use this as a
9    basis to tell us the story.
10        A.    Yes.
```

Exhibit C - Topol Deposition Excerpts

▪ Topol Motion

[56:22] - [57:18]            11/22/2005   Topol, Eric (MDL)

                             page 56
                             22              THE WITNESS:  -- in May, the
                             23      FDA approved Vioxx for commercial
                             24      use, so, that is an important
                             page 57
                             1       time, timeline.  That was also at
                             2       the time when the FDA had a formal
                             3       review of the medicine, where the
                             4       primary reviewer already had
                             5       expressed in her document, Dr.
                             6       Villalba, that there was a concern
                             7       regarding clotting events with
                             8       Vioxx even at the time of approval
                             9       in May 1999.
                             10  BY MR. KLINE:
                             11          Q.    You write here that, "The
                             12      approval was based on data from trials
                             13      lasting 3 to 6 months and involving
                             14      patients at low risk for cardiovascular
                             15      illness."  Do you see that?
                             16              MR. GOLDMAN:  Object to the
                             17      form, lacks foundation.
                             18              THE WITNESS:  That's right.


[57:24] - [58:12]            11/22/2005   Topol, Eric (MDL)

                             page 57    . .
                             24              THE WITNESS:  Well, this is
                             page 58
                             1       one of the most significant parts
                             2       of the whole clinical development
                             3       of the Vioxx medicine, and that is
                             4       that patients with heart disease
                             5       were not tested in any meaningful
                             6       way, and we know from multiple
                             7       databases and surveys that at
                             8       least 40 to 50 percent of the
                             9       patients who actually took this
                             10      medicine when it was in clinical
                             11      use actually did have known heart
                             12      disease.


[58:20] - [59:18]            11/22/2005   Topol, Eric (MDL)

                             page 58
                             20          Q.    Why, as you view it, is that
                             21      an important fact?
                             22              MR. GOLDMAN:  Objection,
                             23      calls for opinion testimony.
                             24              THE WITNESS:  Well, it's
                             page 59
                             1       important because if the medicine
                             2       has a clotting risk in arteries
                             3       such that it could induce heart
                             4       attacks, strokes or death, the
                             5       patients who are most liable to
                             6       suffer as a consequence of that
                             7       would be patients with preexisting
                             8       or known atherosclerotic artery
                             9       disease.
                             10  BY MR. KLINE:
                             11          Q.    And did this medicine or
                             12      does this medicine, in your opinion, have
                             13      such a risk?
                             14              MR. GOLDMAN:  Objection,
                             15      calls for opinion testimony.
                             16              THE WITNESS:  There isn't
                             17      any question about the medicine's
                             18      risk in this regard.

**Exhibit C - Topol Deposition Excerpts**

• Topol Motion

[75:7] - [75:11]                    11/22/2005   Topol, Eric (MDL)

```
page 75
7                 THE WITNESS:  As soon as we
8         looked at -- well, as soon as I
9         read about the FDA panel, as I
10        said, that morning, in the
11        newspaper, I was concerned.  But
```

[110:8] - [111:8]                   11/22/2005   Topol, Eric (MDL)

```
page 110
8                 THE WITNESS:  Well, you
9         know, I had been trying to have an
10        intellectually fulfilling and
11        collaborative relationship with
12        people at Merck, and that was
13        something that I think we enjoyed
14        up until this sort of thing, which
15        is obviously a departure from
16        that, but --
17  BY MR. KLINE:
18        Q.    Is it --
19        A.    -- it's unfortunate.
20        Q.    Is it a departure --
21              MR. GOLDMAN:  Move to strike
22        as nonresponsive.
23  BY MR. KLINE:
24        Q.    -- from sound academic and
page 111
1    scientific practice to attempt to
2    neutralize papers and try to inject a
3    .particular perspective, rather than what
4    is the down the middle truth?
5              MR. GOLDMAN:  Objection,
6         lacks foundation, opinion
7         testimony.
8              THE WITNESS:  Yes.  I mean,
```

[111:8] - [112:2]                   11/22/2005   Topol, Eric (MDL)

```
page 111
8                 THE WITNESS:  Yes.  I mean,
9         I think that the role of academic
10        medicine is to publish a highly
11        objective independent processing
12        of data and perspective, and
13        anything to try to warp that or
14        twist it is unacceptable.
15  BY MR. KLINE:
16        Q.    Is that how you view these
17  e-mails that I've just shown you --
18              MR. GOLDMAN:  Move to strike
19        the nonresponsive portion.
20  BY MR. KLINE:
21        Q.    -- for the first time?
22              MR. GOLDMAN:  Objection,
23        lacks foundation, opinion
24        testimony.
page 112
1              THE WITNESS:  Yes, I'm quite
2         bothered by this.
```

[111:16] - [112:2]                  11/22/2005   Topol, Eric (MDL)

```
page 111
16        Q.    Is that how you view these
17  e-mails that I've just shown you --
18              MR. GOLDMAN:  Move to strike
19        the nonresponsive portion.
```

Exhibit C - Topol Deposition Excerpts

• Topol Motion

```
20  BY MR. KLINE:
21        Q.    -- for the first time?
22              MR. GOLDMAN:  Objection,
23        lacks foundation, opinion
24        testimony.
page 112
1               THE WITNESS:  Yes, I'm quite
2        bothered by this.
```

[112:4] - [112:17]    11/22/2005   Topol, Eric (MDL)

```
page 112
4         Q.    Those e-mails, sir, clearly
5   do relate to you and your paper, and they
6   have attached your paper; correct?
7         A.    Yes.
8         Q.    And they're markups of your
9   paper; correct?
10        A.    Yes.
11        Q.    Which did not make their way
12  into the New England Journal; correct?
13        A.    No, JAMA.
14        Q.    I'm sorry.
15        A.    They didn't even make their
16  way to me.  I've never -- I've not seen
17  these.
```

[166:5] - [166:10]    11/22/2005   Topol, Eric (MDL)

```
page 166
5               The warnings on this drug,
6   were there adequate warnings on this
7   drug, sir, in the '99 and 2002 labels?
8               MR. GOLDMAN:  Objection.
9   BY MR. KLINE:
10        Q.    As to cardiovascular risks?
```

[166:11] - [166:21]    11/22/2005   Topol, Eric (MDL)

```
page 166
11              THE WITNESS:  In my opinion,
12        both the original label and then
13        the revision in April 2002 did not
14        show adequate safety concerns
15        about heart attacks, strokes and
16        death that could occur from the
17        medicine.  So, it wasn't present
18        at all in the first iteration in
19        1999, and it certainly was not
20        adequately flagged in the 2002
21        revision.
```

[197:4] - [197:18]    11/22/2005   Topol, Eric (MDL)

```
page 197
4         Q.    And you did believe at that
5   time that the drug needed a black box
6   warning; correct?
7               MR. GOLDMAN:  Objection.
8               THE WITNESS:  Yes.  We're
9         now in August of 2004 publishing
10        this.
11  BY MR. KLINE:
12        Q.    Yes, sir.
13        A.    And the extraordinary amount
14  of evidence, not just from VIGOR, but
15  from various other trials and studies,
16  was really quite excessive in my opinion,
17  and that's why the black box warning was
18  long overdue in August 2004.
```

Exhibit C - Topol Deposition Excerpts

• **Topol Motion**

[197:22] - [198:12]          11/22/2005   Topol, Eric (MDL)

```
page 197
22                    THE WITNESS:   It could have
23          easily been imposed as of February
24          2001, or if we go back to the Juni
page 198
1           analysis in the Lancet, also
2           published in the Lancet, it could
3           have been back in year 2000.  So,
4           somewhere between 2000 and 2001
5           there was more than adequate
6           confirmation.
7                    Essentially all you need is
8           VIGOR and study 090 together, and
9           I could take you through the Juni
10          analysis in the Lancet, but that
11          basically crosses the line for
12          proven hazard of heart attacks.
```

[244:14] - [246:2]          11/22/2005   Topol, Eric (MDL)

```
page 244
14                    THE WITNESS:  She told me in
15          a phone conversation in October of
16          '04 that she was very distraught
17          about the fact that she had done
18          extensive work with the team in
19          Boston, at Harvard, and that at
20          the last minute, after having been
21          on the paper, manuscript
22          submission, she had to have her
23          name taken off at the request of
24          Merck, because they did not agree
page 245
1           with the conclusions of the study.
2           BY MR. KLINE:
3                Q.   Okay.
4                    I want to show you an e-mail
5           that you had between yourself and David
6           Graham.  We covered this way earlier, but
7           I want to make sure that whoever hears
8           this knows who Graham was.  Please.  Who
9           is Graham?
10               A.   David Graham is a safety
11          officer at the FDA.
12                        -  -  -
13                    (Whereupon, Deposition
14          Exhibit Topol-20, E-mails, TOPOLE
15          0000458, was marked for
16          identification.)
17                        -  -  -
18          BY MR. KLINE:
19               Q.   I'm marking this as Exhibit
20          Number 20.  It's an e-mail between
21          yourself and Graham, and you say in yours
22          on the bottom, it's an e-mail dated
23          November 15, 2004, you say, "David, I
24          attach my analysis of the 2 trials
page 246
1           submitted to FDA as part of Supplement
2           007."
```

[246:5] - [246:17]          11/22/2005   Topol, Eric (MDL)

```
page 246
5                    THE WITNESS:  That's the FDA
6           supplement of the three trials,
7           090, 085 and VIGOR.
8           BY MR. KLINE:
9                Q.   One never published, that
```

Exhibit C - Topol Deposition Excerpts

• Topol Motion

```
10  referring to 090?
11        A.    090 never published.
12        Q.    "I'd be interested in your
13  thoughts as I think this, along with the
14  Juni paper, nails this down as to when
15  there was confirmatory evidence that
16  rofecoxib was," to use your words, "a
17  dangerous drug."
```

[247:4] - [247:19]        11/22/2005   Topol, Eric (MDL)

```
page 247
4         Q.    "A dangerous drug," you say.
5   It nails down "when there was
6   confirmatory evidence." So, I have to
7   ask you, what is that date that you can
8   nail down, your private words to David
9   Graham, safety officer of the FDA, when
10  can you nail down when there was
11  confirmatory evidence that Vioxx was a
12  dangerous drug?
13        A.    The paper that I reviewed
14  earlier, the Juni paper that shows that
15  time cumulative analysis, shows in 2000,
16  when VIGOR and 090 are put together,
17  that's when you cross the line of
18  statistical significance, and that's the
19  definition of a dangerous drug.
```

[248:1] - [248:17]        11/22/2005   Topol, Eric (MDL)

```
page 248
1         Q.    If you look at David
2   Graham's response, he says to you in the
3   second paragraph, "Each day the issue
4   gets more and more complicated and fishy
5   smelling. Apparently, Merck was heavily
6   lobbying the members of the Finance
7   Committee to cancel the hearing today,
8   and our acting center director, Dr.
9   Galson, has reportedly refused to appear
10  before the Committee."
11              Skipping down a little bit.
12  Anyone who wants to fill in later, may.
13              "But it does make you
14  wonder, why is everyone afraid and what
15  are they trying to hide?"
16              That was his response to
17  you.
```

[248:20] - [249:2]        11/22/2005   Topol, Eric (MDL)

```
page 248
20        Q.    Did you receive that
21  response?
22        A.    Yes.
23        Q.    And did you recognize that
24  it was coming from a safety officer at
page 249
1   the FDA?
2         A.    Certainly.
```

[249:7] - [249:10]        11/22/2005   Topol, Eric (MDL)

```
page 249
7         Q.    Did you share his
8   sentiments?
9         A.    I shared Dr. Graham's
10  sentiments in this regard.
```

Exhibit C - Topol Deposition Excerpts

• **Topol Motion**

[262:11] - [263:17]            11/22/2005   Topol, Eric (MDL)

page 262
11              While we're getting those,
12    maybe I can talk about the study called
13    ADVANTAGE.  Did you come into possession
14    of information regarding a study called
15    ADVANTAGE that was performed by Merck?
16           A.    I didn't come into anything
17    special.  I just read the New York Times
18    article when it came out about that
19    trial.
20           Q.    What did you learn?
21                 MR. GOLDMAN:  Objection.
22                 THE WITNESS:  That there had
23           been misclassification of events
24           and that the FDA had records that
page 263
1            there was, by their tally, a
2            significant excess of events, but
3            in the manuscript published by
4            Lisse and colleagues, the New York
5            Times demonstrated that it was
6            ghostwritten, that he had never
7            participated in the writing of the
8            article or the trial, and that he
9            had somehow been made the first
10           author of the paper and that the
11           events were misclassified, and
12           they had e-mails in the article
13           which showed, amazingly enough,
14           how a death, a sudden death was
15           classified as a hypertensive
16           event, which is quite
17           extraordinary.


[265:6] - [266:3]            11/22/2005   Topol, Eric (MDL)

page 265
6            Q.    Now, sir, I want to look at
7     your notes, which relate to -- let me
8     show you an exhibit marked Topol-22.
9                       -  -  -
10                 (Whereupon, Deposition
11           Exhibit Topol-22, Handwritten
12           notes, TOPOLE 0000469, was marked
13           for identification.)
14                      -  -  -
15    BY MR. KLINE:
16           Q.    Topol-22 appear to be
17    handwritten notes.  Are they in your
18    handwriting, sir?
19           A.    This is my handwriting.
20           Q.    And when were these notes
21    made?
22           A.    These notes were made in
23    October 2004, you know, shortly after the
24    withdrawal, my op/ed, and at the time
page 266
1     when I was putting together the New
2     England Journal and talking to the
3     producer at 60 Minutes.


[266:13] - [266:22]            11/22/2005   Topol, Eric (MDL)

page 266
13                 THE WITNESS:  These are the
14           salient points that I've reviewed
15           in this deposition, the data
16           safety monitoring board, the study
17           090, the Juni paper, the naproxen

Exhibit C - Topol Deposition Excerpts

**• Topol Motion**

```
18          that was untenable, and then the
19          suppression issues of what
20          appeared to be deception and
21          falsifying.  All these things are
22          enumerated here.
```

[272:19] - [273:11]        11/22/2005   Topol, Eric (MDL)

```
page 272
19        Q.      "Marketing and sales."  What
20   did you mean there?
21        A.      Well, the marketing and
22   sales has been very much demonstrated in
23   the Waxman report, the Congressional
24   report of the cardiovascular card.  This
page 273
1    is where it was a card that was
2    distributed by the sales team throughout
3    the country, 3,000, I believe, sales reps
4    for Merck that had a card that showed
5    that there was somehow an eight to
6    ten-fold protection of Vioxx compared to
7    other non-steroidals.
8               So, this was quite
9    extraordinary, these sorts of sales
10   tactics that were going on by the
11   specially-trained Merck sales reps.
```

[273:20] - [274:7]        11/22/2005   Topol, Eric (MDL)

```
page 273
20        Q.      Assuming that the drug
21   was -- assuming what you said -- what you
22   just told us was being said about the
23   cardioprotective effects, are you with me
24   so far, that would not only be, I forget
page 274
1    the word you used, extraordinary, that
2    would just be plain false; correct?
3               MR. GOLDMAN:  Objection.
4               THE WITNESS:  If you look at
5          the cardiovascular card, it's very
6          clear that the data that are being
7          presented are highly misleading.
```

[542:9] - [542:15]        11/22/2005   Topol, Eric (MDL)

```
page 542
9         Q.      You're not an expert in
10   warnings and labeling under the Food &
11   Drug Administration guidelines, are you,
12   sir?
13        A.      Well, I'm certainly familiar
14   with them.  I wouldn't call myself an
15   expert, no.
```

[643:1] - [643:23]        11/22/2005   Topol, Eric (MDL)

```
page 643
1          C E R T I F I C A T E
2
3
4          I, LINDA L. GOLKOW, a Notary
     Public and Certified Shorthand Reporter
5    of the State of New Jersey, do hereby
     certify that prior to the commencement of
6    the examination, ERIC J. TOPOL, M.D. was
     duly sworn by me to testify to the truth,
7    the whole truth and nothing but the
     truth.
```

Exhibit C - Topol Deposition Excerpts

• Topol Motion

8
9
            I DO FURTHER CERTIFY that the
10  foregoing is a verbatim transcript of the
    testimony as taken stenographically by
11  and before me at the time, place and on
    the date hereinbefore set forth, to the
12  best of my ability.
13
14         I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor
15  attorney nor counsel of any of the
    parties to this action, and that I am
16  neither a relative nor employee of such
    attorney or counsel, and that I am not
17  financially interested in the action.
18
19
20
    _____
21  LINDA L. GOLKOW, CSR
    Notary Number:  1060147
22  Notary Expiration:  1-2-08
    CSR Number:  30XI176200
23