UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 06-0485<br><br>GERALD D. BARNETT<br><br>              Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>              Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**Merck & Co., Inc.'s Notice of**<br>**Filing Deposition Testimony** |

TO:       Mark P. Robinson, Jr.
           Robinson, Calcagnie & Robinson
           620 Newport Center Drive, 7th Floor
           Newport Beach, CA 92660

           Andrew Birchfield
           Leigh O'Dell
           Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
           218 Commerce Street
           Montgomery, AL 36104

                  and

           Russ Herman
           Herman, Herman, Katz & Cotlar, LLP
           Place St. Charles
           201 St. Charles Avenue, Office 4310
           New Orleans, LA 70170

Merck hereby submits its affirmatively designated deposition testimony for Ed Sconlick (Ex. A), Susan Baumgartner (Ex. B), David Curfman (Ex. C), Ray Gilmartin (Ex. D) Malachi Mixon (Ex. E), and Alan Nies (Ex. F). The transcripts reflect Plaintiff's counter-designations, if any, for each witness, and each party's objections to the affirmatively designated or counter-designated testimony. Merck does not submit its affirmative designations for Mr. David Anstice because the transcript the Plaintiff sent the Court included Merck's affirmative designations.

The Court addressed the vast majority of the objections to this testimony in the Plunkett cases. Merck provides the Court's prior ruling wherever it is applicable. Merck includes responses to most of the Plaintiff's objections. Where the Court previously overruled Plaintiff's objections, however, Merck includes a response and respectfully requests that the Court stand by its previous rulings.

Merck will submit a notebook to the Court by June 20 with these designations, as well as copies of the exhibits referenced herein.

As the Court may know, Plaintiff also filed affirmative designations for Mr. Anstice, Ms. Baumgartner, Dr. Curfman, Dr. Nies, and Dr. Scolnick. The Plaintiff already submitted transcripts to the Court for Mr. Anstice, Dr. Nies and Dr. Scolnick. The transcripts for Dr. Nies and Dr. Scolnick, however, *do not* contain all of Merck's affirmative designations. Merck has suggested to Plaintiff that it would be more efficient and helpful to the Court if the parties submitted one transcript for each witness that contains all of the designations and objections, rather than two competing and overlapping versions of the same witness's transcript. For some reason, Plaintiff has been unwilling to follow this approach. Therefore, Merck has no choice but to submit its own versions of these transcripts to the Court. If the Court prefers, Merck would be happy to work with Plaintiff to provide the Court one complete transcript with all of the

2

designations from both parties for each witness. Plaintiff to give the Court one complete transcript with all of the designations from both sides for each witness.

Dated: June 19, 2006

                                       Respectfully submitted,

                                       /s Dorothy H. Wimberly
                                       Phillip A. Wittmann, 13625
                                       Dorothy H. Wimberly, 18509
                                       STONE PIGMAN WALTHER
                                       WITTMANN L.L.C.
                                       546 Carondelet Street
                                       New Orleans, Louisiana 70130
                                       Phone: 504-581-3200
                                       Fax:    504-581-3361

                                       Defendants' Liaison Counsel

                                       Philip S. Beck
                                       Andrew L. Goldman
                                       Hamilton H. Hill
                                       Adam K. Mortara
                                       BARTLIT BECK HERMAN PALENCHAR
                                       & SCOTT LLP
                                       54 West Hubbard Street, Suite 300
                                       Chicago, Illinois 60601
                                       Phone: 312-494-4400
                                       Fax:    312-494-4440

                                       And

                                       Douglas Marvin
                                       WILLIAMS & CONNOLLY LLP
                                       725 Twelfth Street, N.W.
                                       Washington, D.C. 20005
                                       Phone: 202-434-5000
                                       Fax:    202-434-5029

                                       Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Notice of Filing Deposition Testimony** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June, 2006.

*/s/ Dorothy H. Wimberly*