UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 06-0485<br><br>GERALD D. BARNETT and CORINNE BARNETT,<br><br>           Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**Merck & Co., Inc.'s Objections to Plaintiff's<br>Pre-Admissible Exhibit List** |

TO:      Mark P. Robinson, Jr.
            Robinson, Calcagnie & Robinson
            620 Newport Center Drive, 7th Floor
            Newport Beach, CA 92660

            Andrew Birchfield
            Leigh O'Dell
            Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
            218 Commerce Street
            Montgomery, AL 36104

                  and

            Russ Herman
            Herman, Herman, Katz & Cotlar
            910 Airport Road
            Office 3-A
            Destin, Florida  32541

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's Pre-Admissible Exhibit List (attached as Exhibit A). Merck reserves the right to add additional objections, withdraw any objections, and supplement any changed based on the Court's rulings on motions in *limine*. Merck also reserves all right to object to the use of any of the documents on Plaintiff's Pre-Admissible Exhibit List (including exhibits Merck did not object to) with a specific witness.

Exhibit A reflects Merck's objections for purposes of the *Barnett* trial only. It also reflects Merck's objections to the exhibit in Plunkett II, and the Court's ruling, if any. If the "Court's Ruling" box says "Admitted; No ruling on objection", that means the Court did not specifically rule on Merck's objection and admitted the exhibit into evidence. If the Court overruled an objection to a document and the document was admitted, the box says "Admitted." If the Court overruled an objection to a document and the document was not admitted, the box says "Admissible."

Plaintiff has served two separate pre-admissible lists in this case. The first was served on May 15, 2006. Merck made objections to exhibits on that list on May 29, 2005. Plaintiff's second pre-admissible list was served on June 9, 2006. Plaintiff informed Merck that he would combine both of these lists into one, final pre-admissible list. Therefore Merck has combined the two lists and provides its objections for all of the Plaintiff's pre-admissible exhibits in this filing. Merck only made new objections to exhibits that appeared on Plaintiff's preliminary pre-admissible list if those exhibits also appeared (often as deposition exhibits) on the Plaintiff's Final pre-admissible list.

Dated: June 19, 2006

            Respectfully submitted,

By: */s Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

    Philip S. Beck
    Andrew L. Goldman
    Hamilton H. Hill
    Adam K. Mortara
    BARTLIT BECK HERMAN PALENCHAR &
    SCOTT LLP
    54 W. Hubbard Street, Suite 300
    Chicago, IL 60610
    Phone: 312-494-4400
    Fax:    312-494-4440

    And

    Douglas R. Marvin
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 434-5000
    Fax: (202) 434-5029

    Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Objections to Plaintiff's Pre-Admissible Exhibit List** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of June, 2006.

/s/ Dorothy H. Wimberly_____