Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibit No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0001 | 02/08/2001 | MRK-ACT0018064 | MRK-ACT0018064 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | 403. Takes statement out of context and confuses jury. Any probative value is outweighed by prejudicial effect. But as used with Mikola: 401, 402, 403, 602. Witness has no personal knowledge of document or subject matter. | 403 | Admitted |
| PX 1.0002 | 10/16/2001 | MRK-ABW0004799 | MRK-ABW0004799 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | 401, 402, 403. Any probative value is outweighed by prejudicial effect. But as used with Mikola: 401, 402, 403, 602. Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admissible to the extent they relate to testimony that has been admitted |
| PX 1.0003 | 04/06/2001 | MRK-ACR0014514 | MRK-ACR0014514 | Email from Scolnick to Greene in re Approvable letter | 401, 402, 403 | | |
| PX 1.0004 | 02/26/1997 | MRK-NJ0315892 | MRK-NJ0315894 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | None | | |
| PX 1.0005 | 11/26/2001 | MRK-ABX0016509 | MRK-ABX0016510 | Email from D. Anstice FW: Three items | None | | |
| PX 1.0006 | 09/17/2001 | MRK-ABA0003277 | MRK-ABA0003284 | Warning letter from Thomas Abrams to Raymond Gilmartin | 401, 402, 403, 801, 802. Any probative value is outweighed by prejudicial effect. The letter also contains hearsay statements by non-Merck individuals. | 401, 402, 403, 602, 801, 802 | Admitted |
| PX 1.0007 | 00/00/0000 | MRK-AAR0019773 | MRK-AAR0019786 | Vioxx Dodgeball | 401, 402, 403, 901. Any probative value is outweighed by prejudicial effect. Also is outweighed by prejudicial effect. Also irrelevant because the two prescribing physicians testified that no Merck sales rep avoided any of their questions. The exhibit is also incomplete because it does not include the rules of the training exercise. | 403 | Admissible |
| PX 1.0008 | 00/00/0000 | MRK-AAR0019055 | MRK-AAR0019060 | CV Card | 401, 402, 403. This is irrelevant and prejudicial because there is no evidence Barnett's prescribers ever saw the CV Card. | 401, 402, 403 | Admissible (Carroll deposition) |

EXHIBIT
A
Blumberg No. 5119

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0009 | 09/01/2000 | MRK-AAO0000073 | MRK-AAO0000126 | 2001 Profit Plan for Vioxx | 401, 402, 403, 602.  Sales data is irrelevant and unfairly prejudicial, especially in compensatory phase.  Witness lacks personal knowledge of document. | 401, 402, 403, 602 | Admissible for Carroll; For Dixon, admissible to the extent they relate to testimony that has been admitted |
| PX 1.0010 | 06/01/1998 | MRK-ABH0014114 | MRK-ABH0014118 | Email from Edward Scolnick to Errol McKinney  Re: Celebrax submission within 2 months - Schroders | 401, 402, 403, 801, 802.  Sales data is unfairly prejudicial, especially in compensatory phase.  Discussion of other medicines is irrelevant. Stock analyst report is hearsay. | 401, 402, 403, 801, 802 | Admitted; No ruling on objection |
| PX 1.0011 | 10/20/1998 | MRK-ABS0194661 | MRK-ABS0194664 | Email from Scolnick:  Message | 401, 402, 403, 801, 802.  Stock analyst report is hearsay.  Financial data is irrelevant and prejudicial. | 401, 402, 403, 801, 802 | No ruling on objection |
| PX 1.0012 | 04/03/2000 | MRK-ABK0302077 | MRK-ABK0302077 | Email from Patrono to Laurenzi--CV issue | 801, 802.  The email is inadmissible hearsay. | | |
| PX 1.0013 | 07/23/1999 | MRK-AFI0201416 | MRK-AFI0201442 | List of physicians to neutralize | 401, 402, 403, 801, 802.  No evidence any of the physicians mentioned ever had any contact with anyone in this case.  Any probative value outweighed by prejudice. | 401, 402, 403, 801, 802 | Admitted |
| PX 1.0015 | 02/01/2005 | MRK-AFK0190651 | MRK-AFK0190651 | VICTOR KM Plot--Confirmed Thrombotic CV events | Incomplete, 401, 402, 403.  This is preliminary clinical trial data and is confusing.  The jurors should not be confused with preliminary data when more complete data is available. | 403 | Ruling Reserved |
| PX 1.0016 | 02/01/2005 | MRK-AFK0190652 | MRK-AFK0190652 | VICTOR KM Plot--APTC events | Incomplete, 401, 402, 403.  This is preliminary clinical trial data and is confusing.  The jurors should not be confused with preliminary data when more complete data is available. | 403 | Ruling Reserved |
| PX 1.0017 | 10/18/2000 | MRK-NJ0070364 | MRK-NJ0070397 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Appears to be three separate documents stuck together.  Also, 602 as the witness lacks personal knowledge. | 602 | Admitted; No ruling on objection |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0019 | 10/27/1997 | MRK-NJ0152620 | MRK-NJ0152623 | Letter from John Oates to Alan Nies Re: Effect of Vioxx on Prostacyclin Biosynthesis | 801, 802.  This is hearsay, out of court statement by non-Merck witness. | | |
| PX 1.0020 | 09/12/1996 | MRK-NJ0000862 | MRK-NJ0000869 | Memo from Terri Randall to Vioxx Project Team Members Re: Project team minutes for 9-4-96 | 901.  There is no foundation for the handwriting. | 602, 801, 802 | Admitted; No ruling on objection |
| PX 1.0021 | 04/11/2001 | MRK-01420099060 | MRK-01420099061 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | None | 801, 802 | Admitted; No ruling on objection |
| PX 1.0022 | 04/17/2001 | MRK-01420101964 | MRK-01420101967 | April 17, 2001 "approval" letter from Jonca Bull of the FDA to R. Silverman | None | | |
| PX 1.0033 | 07/31/2003 | MRK-AAD0329040 | MRK-AAD0329043 | Standby Statement: Trial of Vioxx (rofecoxib) in Alzheimer's disease | None | | |
| PX 1.0060 | 00/00/0000 | MRK-AAR 0073258 | MRK-AAR 0073258 | VIDEO: Be the Power 2S01 | 401, 402, 403.  No evidence that anyone in the case saw this video, and therefore it is irrelevant.  Any probative value is outweighed by the danger of unfair prejudice. | 401, 402, 403 | No Ruling |
| PX 1.0061 | 05/23/2001 | MRK-AAR0007240 | MRK-AAR0007248 | Bulletin for Vioxx Action Required: Response to New York Times Article | None | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.0062 | 04/28/2000 | MRK-AAR0007383 | MRK-AAR0007384 | Bulletin for Vioxx: New Resource: Cardiovascular Card | 401, 402, 403.  No evidence that anyone in the case saw this document, and therefore it is irrelevant.  This is also a draft CV card that was never shown to any doctors, much less any doctor in this case.  Any probative value is outweighed by the danger of unfair prejudice. | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0064 | 00/00/0000 | MRK-AAR0010111 | MRK-AAR0010126 | Obstacle Jeopardy | 401, 402, 403.   No evidence that anyone in the case saw this document, and therefore it is irrelevant.  Both of the prescribing physicians in this case said no Merck sales rep ever docged any question about Vioxx.  Any probative value is outweighed by the dange of unfair prejudice. | | |
| PX 1.0069 | 08/00/2001 | MRK-AAR0021110 | MRK-AAR0021110 | Letter from Lewis Sherwood to Healthcare Provider | None | | |
| PX 1.0074 | 08/21/2001 | MRK-AAX0000597 | MRK-AAX0000600 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | None | 401, 402, 403 | Admissible |
| PX 1.0076 | 00/00/0000 | MRK-AAX0000696 | MRK-AAX0000705 | Deaths in MK-0966 Studies 078, 091, 126 | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0077 | 04/08/2001 | MRK-AAX0000710 | MRK-AAX0000724 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the Interim Mortality Analyses | 401, 402, 403.   Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0078 | 04/04/2001 | MRK-AAX0000725 | MRK-AAX0000751 | Memo from J. Chen to R. Bain re: MK-0966 protocol 091 first AD Treatment trial / summary of the mortality analysis | 401, 402, 403.   Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0079 | 04/08/2001 | MRK-AAX0000752 | MRK-AAX0000776 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) Imbalance in the Number of Deaths | 401, 402, 403.   Irrelevant, and any probative value is outweighed by prejudicial effect. | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0082 | 11/21/1996 | MRK-AAX0002413 | MRK-AAX0002420 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes Megatrial | None | | |
| PX 1.0084 | 12/20/1999 | MRK-AAX0002759 | MRK-AAX0002759 | Letters between Michael Weinblatt & Alise Reicin Re: VIGOR Trial | 801, 802.  This is hearsay -- out of court statement by non-Merck witness offered for its truth. | | |
| PX 1.0085 | 01/24/2000 | MRK-AAX0002760 | MRK-AAX0002760 | Letter to Alise Reicin from Michael Weinblatt Re: Merck Management's position on serious Thrombotic and Embolic Cardiovascular Adverse Events | 801, 802.  This is hearsay -- out of court statement by non-Merck witness offered for its truth. | | |
| PX 1.0086 | 02/07/2000 | MRK-AAX0002761 | MRK-AAX0002766 | Letter from Alise Reicin to Michael Weinblatt, MD re: Merck's for analyzing Adverse experiences in VIGOR | None | | |
| PX 1.0087 | 03/02/2000 | MRK-AAX0002768 | MRK-AAX0002850 | Statistical Data Analysis Plan - Amendment No. 1 for VIGOR by Deborah Shapiro, et al. | None | | |
| PX 1.0091 | 10/15/2001 | MRK-AAX0008561 | MRK-AAX0008581 | Draft VIOXX Label | None.  But as used with Mikola: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admitted |
| PX 1.0092 | 05/06/2001 | MRK-AAZ0001608 | MRK-AAZ0001609 | Email from Edward Scolnick to Laura Demopoulos Re: Topol Idea | None | | |
| PX 1.0095 | 02/04/2002 | MRK-ABA0003490 | MRK-ABA0003491 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol | 801, 802.  The document is hearsay and should not be admitted. | 401, 402, 403, 602, 801, 802 | No Ruling |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0106 | 11/17/1997 | MRK-ABC0002150 | MRK-ABC0002150 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin | 801, 802.  The document is hearsay and should not be admitted. | | |
| PX 1.0107 | 09/28/1998 | MRK-ABC0002198 | MRK-ABC0002198 | Memo from Martino Laurenzi to Alan Nies re: Proposal of Prof. Patrono in the fields of CV and Renal Physiopathology | None | | |
| PX 1.0108 | 09/09/1998 | MRK-ABC0002199 | MRK-ABC0002200 | Letter from Carlo Patrono to Martino Laurenzi re: Vivo Prostacyclin Biosynthesis | 401, 402, 403, 801, 802.  This letter is hearsay, out of court statement by non-Merck person.  Also irrelevant and prejudicial. | | |
| PX 1.0115 | 08/13/1997 | MRK-ABC0017484 | MRK-ABC0017484 | Memo from Alan Nies and Alise Reicin to Jim Bolognese, et al. MK-0966  GI outcomes study | None | | |
| PX 1.0116 | 04/27/2000 | MRK-ABC0022825 | MRK-ABC0022878 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result | None | | |
| PX 1.0118 | 04/12/2000 | MRK-ABC0033809 | MRK-ABC0033809 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV mortality | None | | |
| PX 1.0119 | 12/03/2001 | MRK-ABC0034124 | MRK-ABC0034124 | Email from Douglas Greene to Alan Nies Re: Bioterrorism | 801, 802.  Contains hearsay statements from third parties.  Also 403. | | |
| PX 1.0122 | 10/10/1996 | MRK-ABC0048699 | MRK-ABC0048706 | Research Management Committee No. 96-10 -- Blue Bell | None | 602 | Admitted |
| PX 1.0124 | 01/28/2001 | MRK-ABD0002346 | MRK-ABD0002347 | Email from Edward Scolnick to Eve Slate re: OPDRA report vs. FOI | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect.  Also should be excluded if Fries letter (PX 1.0176) is excluded. | 403 | Admissible |
| PX 1.0125 | 04/11/2002 | MRK-ABG0001226 | MRK-ABG0001243 | VIOXX Label Change Questions and Answers | None | 401, 402, 403 | No Ruling |
| PX 1.0130 | 01/13/1998 | MRK-ABH0014002 | MRK-ABH0014002 | Email from A. Ford-Hutchinson to E. Scolnick RE: Tylenol and Cox 2 | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0132 | 03/09/2000 | MRK-ABH0016219 | MRK-ABH0016219 | Email from Edward Scolnick to Deborah Shapiro et al.; Subject:  Vigor | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect.  Concerns preliminary analysis of data which was subsequently revised. | 401, 402, 403 | Admitted |
| PX 1.0133 | 03/13/2000 | MRK-ABH0017386 | MRK-ABH0017386 | Email from Alise Reicin to Edward Scolnick Re:  An article stating the potential cardioprotective effects of an NSAID. | None | | |
| PX 1.0138 | 04/16/1999 | MRK-ABI0000515 | MRK-ABI0000515 | Email from Jan Nissen to Marty Carroll Re: VIOXX launch meeting theme party | 401, 402, 403.  Unfairly prejudicial, especially in compensatory phase. "Launch party" email is not relevant to any issue in the case and the Plaintiff seeks to use this solely to inflame the jury. | 403 | Admissible |
| PX 1.0140 | 02/23/1998 | MRK-ABI0001556 | MRK-ABI0001556 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex | 401, 402, 403.  Irrelevant, and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403 | Admitted (Carroll Deposition) |
| PX 1.0143 | 05/17/2000 | MRK-ABL0001899 | MRK-ABL0001915 | Key Marketing Messages HHPAC | 401, 402, 403.   Irrelevant, and unfairly prejudicial, especially in compensatory phase. | | |
| PX 1.0145 | 05/08/2000 | MRK-ABI0002126 | MRK-ABI0002128 | Email from Dixon to Edward Scolnick Re: Renal and CV issues for Vioxx | 401, 402, 403.  Irrelevant, and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403, 801, 802 | Admitted |
| PX 1.0147 | 04/20/2000 | MRK-ABI0002269 | MRK-ABI0002309 | Vioxx Interim Review for HHPAC | None | | |
| PX 1.0149 | 10/19/2000 | MRK-ABI0002784 | MRK-ABI0002784 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC campaign | None | 403 | Admissible |
| PX 1.0151 | 10/01/2001 | MRK-ABI0003148 | MRK-ABI0003155 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | Conditional: 401, 402, 403.  No objection if Warning Letter is admitted.  If the warning letter is excluded, object to this exhibit because it would be prejudicial. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0152 | 05/22/2001 | MRK-ABI0003228 | MRK-ABI0003230 | Press Release - Merck confirms favorable CV safety profile of Vioxx | 401, 402, 403, 602.  No evidence that anyone in the case saw this press release.  Any probative value outweighed by prejudicial effect. | 401, 402, 403, 602 | For Dixon deposition - Admissible to the extent they relate to testimony that has been admitted |
| PX 1.0154 | 12/16/1999 | MRK-ABI0003291 | MRK-ABI0003293 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | 401, 402, 403.  Concerns homemade marketing pieces that have nothing to do with this case.  The letter is overly prejudicial, especially since it has no probative value. | 401, 402, 403 | No ruling |
| PX 1.0155 | 05/24/1999 | MRK-ABI0004488 | MRK-ABI0004499 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | 401, 402, 403.  Irrelevant, and unfairly prejudicial.  It is simply Anstice remarks at a Vioxx launch meeting.  None of the treating doctors in this case attended this meeting. | 401, 402, 403 | No ruling |
| PX 1.0156 | 02/25/1999 | MRK-ABI0005078 | MRK-ABI0005078 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | None | | |
| PX 1.0157 | 02/25/1999 | MRK-ABI0005079 | MRK-ABI0005081 | Gilmartin Dinner Speech Talking Points | 401, 402, 403.  Statements regarding marketing are irrelevant and prejudicial | | |
| PX 1.0158 | 12/06/2001 | MRK-ABI0005912 | MRK-ABI0005915 | Email from David W. Anstice to Edward M. Scolnick re: FW: Analyst report on VIOXX | 401, 402, 403, 801, 802.  The analyst report is hearsay.  Irrelevant, and unfairly prejudicial. | 401, 402, 403, 801, 802 | No ruling |
| PX 1.0160 | 01/23/2001 | MRK-ABI0007170 | MRK-ABI0007173 | Memo from Sherwood to Anstice Re: Academic Interactions | 401, 402, 403, 801, 802.  Irrelevant and prejudicial since it relates to doctors that have nothing to do with Mr. Barnett or his doctors.  Also contains hearsay from non-Merck personnel. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0164 | 02/09/2001 | MRK-ABI0007205 | MRK-ABI0007211 | Memo from Richard Parfrey to Susan Baumgartner Re: Competitive feedback for Vioxx | 401, 402, 403, 801, 802.  Irrelevant and prejudicial since it relates to doctors that have nothing to do with Mr. Barnett or his doctors.  Also contains hearsay from non-Merck personnel. | | |
| PX 1.0166 | 07/15/2002 | MRK-ABI0011027 | MRK-ABI0011081 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | 401, 402, 403. Sales data is irrelevant and unfairly prejudicial, especially in compensatory phase. | 401, 402, 403 | No ruling |
| PX 1.0167 | 09/29/1998 | MRK-ABK0311068 | MRK-ABK0311068 | Nies Handwritten Memo Re: Carlo Patrono | 801, 802, 403.  Hearsay statements from non-Merck witnesses.  Also unfairly prejudicial. | | Admitted; No Ruling on Objection |
| PX 1.0176 | 01/09/2001 | MRK-ABO0000250 | MRK-ABO0000253 | Letter from James Fries to Raymond Gilmartin Re: Dr. Sherwood's complaints about Dr. Gurkipal Singh | 401, 402, 403, 602, 801, 802.  No evidence that anyone in this case had any contact with any of the doctors discussed in the letter.  Any probative value is substantially outweighed by the risk of unfair prejudice. | 401, 402, 403, 602, 801, 802 | Objection Sustained  - 403, 802 (w/ Baumgartner) |
| PX 1.0177 | 03/27/2001 | MRK-ABO0000257 | MRK-ABO0000263 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: scientific communication plan for VIOXX | 401, 402, 403.  Irrelevant because no evidence any one in this case was exposed to these particular marketing messages.  Any probative value is substantially outweighed by the risk of unfair prejudice.  Document is also incomplete and is missing Attachment #4. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0184 | 11/08/2000 | MRK-ABO0002864 | MRK-ABO0002865 | Email from Marilyn Krahe to David Abrahamson et al., Re: Meeting Dr. Gurkipan Singh | 401, 402, 403, 802.  The email is full of hearsay and double hearsay.  The email is also irrelevant because it relates to the comments of a California doctor who has no connection to Mr. Barnett's use of Vioxx. | 403, 802 | Admissible |
| PX 1.0192 | 00/00/0000 | MRK-ABP0016650 | MRK-ABP0016677 | Vioxx Ad program slide set | None | 401, 402, 403, 602 | Admitted; No ruling on objection |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0198 | 12/30/1997 | MRK-ABS0037036 | MRK-ABS0037048 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials | None | | |
| PX 1.0200 | 10/26/1998 | MRK-ABS0066396 (1st pg); MRK-ABS0066689 | MRK-ABS0067019 | E. Clinical Safety - MK-0966 Clinical Documentation | None | | |
| PX 1.0206 | 09/15/1999 | MRK-ABS0212130 | MRK-ABS0212132 | Email from Eric Mortensen to Cynthia Arnold et al. Re: FW: John Baron's Feedback | None | | |
| PX 1.0221 | 01/18/2000 | MRK-ABT0022650 | MRK-ABT0022657 | Email from Douglas Watson to Thomas Capizzi, et al. re VIGOR CV events analysis | None | | |
| PX 1.0225 | 11/12/2001 | MRK-ABW0003690 | MRK-ABW0003690 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill quantitative results | None | 403 | Admissible |
| PX 1.0226 | 09/17/2001 | MRK-ABW0005623 | MRK-ABW0005625 | Email from Steven A. Nichtberger to Wendy L. Dixon re: Conducting a CV Study | None | 401, 402, 403 | Dixon - Admissible to the extent they relate to testimony that has been admitted |
| PX 1.0227 | 08/25/2001 | MRK-ABW0010182 | MRK-ABW0010184 | Email from Kenneth Sperling to Alan Nies, et al. re: decision on CV meta-analysis journal selection | None | | |
| PX 1.0229 | 10/01/2001 | MRK-ABW0011956 | MRK-ABW0011957 | Email from Wendy Dixon to David Anstice re: CV outcomes trial press release | None | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0231 | 10/26/2001 | MRK-ABW0014720 | MRK-ABW0014722 | Email from Steven Vignau to Wendy Dixon re: new crop of arthritis drugs under safety cloud | 401, 402, 403, 801, 802.  The email attaches a newspaper article that is hearsay.  The email at the top of page 1 is irrelevant to any of the issues in this case. | 403, 802 | Ruling Reserved |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0234 | 01/01/1998 | MRK-ABX0002309 | MRK-ABX0002332 | Original label submission for VIGOR | None | | |
| PX 1.0235 | 02/01/2001 | MRK-ABX0002367 | MRK-ABX0002404 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 review of Cardiovascular Safety Database | None | 602 | Admitted (Carroll deposition) |
| PX 1.0240 | 00/00/0000 | MRK-ABX0050244 | MRK-ABX0050253 | Pharmaceutical Research and Manufacturers of America's Code  on Interactions with Healthcare Professionals | 401, 402, 403.  Irrelevant and unfairly prejudicial. | | |
| PX 1.0255 | 05/01/2001 | MRK-ABY0030000 | MRK-ABY0030030 | Memo from Joshua Chen to Raymond Bain re: MK-966 AD program mortality analysis for protocol 091, 078, &126 | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect. | 403 | Ruling Reserved |
| PX 1.0265 | 00/00/0000 | MRK-ACD0068340 | MRK-ACD0068344 | FDA's VIGOR label | None | | |
| PX 1.0278 | 01/29/2001 | MRK-ACF0004015 | MRK-ACF0004016 | Email from Deborah Shapiro to Eliav Barr, et al. re: Alzheimer's studies | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0283 | 01/21/1999 | MRK-ACG0000828 | MRK-ACG0000839 | DiCesare memo re: Clinical devleopment oversight committee meeting / January 6,1999 | None | | |
| PX 1.0287 | 11/19/2001 | MRK-ACI0013234 | MRK-ACI0013240 | Attachments to Casola to Abrams letter | Conditional: 401, 402, 403.  Merck does not object if the Warning Letter is admitted.  If the Warning Letter is not admitted, this document is irrelevant because no evidence any one in this case saw this lette. Also, any probative value is outweighed by prejudicial effect. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0288 | 11/19/2001 | MRK-ACI0013241 | MRK-ACI0013246 | Attachments to Casola to Abrams letter | Conditional: 401, 402, 403.  Merck does not object if the Warning Letter is admitted.  If the Warning Letter is not admitted, this document is irrelevant because no evidence any one in this case saw this lette. Also, any probative value is outweighed by prejudicial effect. | 403 | Admissible |
| PX 1.0298 | 01/31/2001 | MRK-ACR0008985 | MRK-ACR0008985 | Email from Edward Scolnick to Raymond Gilmartin, et al. re: Monday MC | 401, 402, 403.  Any probative value is substantially outweighed by the potential prejudicial effect.  Also, reference to Dr. Fries is irrelevant because no evidence any one in this case had interaction with him or the doctors listed in his letter.  As used with Mikola:  401, 402, 403, 602. Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0304 | 11/26/2001 | MRK-ACR0009295 | MRK-ACR0009296 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | None | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0305 | 02/25/2002 | MRK-ACR0009297 | MRK-ACR0009297 | Email from Edward Scolnick to Bonnie J. Goldmann re: VIOXX Label | None | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0309 | 03/22/2001 | MRK-ACR0014502 | MRK-ACR0014503 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD safety data - imbalance in the number of deaths | None | 401, 402, 403 | Admitted; No ruling on objection |
| PX 1.0311 | 04/08/2001 | MRK-ACR0040000 | MRK-ACR0040024 | Email from Joshua Chen to Raymond Bain regarding a summary of MK-0966 Combined Mortality Analysis | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect. | | |
| PX 1.0328 | 00/00/0000 | MRK-ACX0005041 | MRK-ACX0005041 | National Advocates - Call in next 10 business days | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0329 | 10/04/2000 | MRK-ACX0005129 | MRK-ACX0005132 | Memo from Susan Baumgartner to Lou Sherwood re Interactions with Gurkipal Singh | 401, 402, 403, 801, 802. The document contains numerous hearsay statements by non-Merck persons. The document is also irrelevant because it relates to presentations that none of the doctors in this case attended. | 401, 402, 403, 801, 802 | Admissible (Baumgartner deposition) |
| PX 1.0339 | 00/00/0000 | MRK-ADB0009039 | MRK-ADB0009042 | Roadmap to CV Card | 401, 402, 403. CV card issues are irrelevant to this case because there is no evidence that Mr. Barnett's doctors saw the CV card. Also, any probative value is outweighed by prejudicial effect. | | |
| PX 1.0354 | 06/04/1999 | MRK-ADI0007971 | MRK-ADI0007972 | Email correspondence between Scolnick and Weiner | 801, 802. The document is hearsay. | | |
| PX 1.0356 | 06/04/1999 | MRK-ADI0007975 | MRK-ADI0007975 | Email correspondence between Scolnick and Weiner | None | | |
| PX 1.0362 | 06/20/2000 | MRK-ADL0082197 | MRK-ADL0082197 | Email from Martino Laurenzie to Brian Daniels, et al. Re: Patrono - Eular | 401, 402, 403, 602, 801, 802. The statements attributed to Patrono are hearsay. No evidence that anyone involved in this case attended the presentation. | 403, 602, 801, 802 | Admitted (Baumgartner deposition) |
| PX 1.0364 | 04/12/2001 | MRK-ADO0040848 | MRK-ADO0040848 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A | None | 401, 402, 403, 602 | Admitted (Baumgartner deposition) |
| PX 1.0372 | 01/28/2002 | MRK-AEF0000025 | MRK-AEF0000026 | Email from Kathleen Metters to Peter Kim, et al. re: Article on relationship bet cox2 expression and pgi2 synthesis | Incomplete, 801, 802. Incomplete because does not include attachment. Contains hearsay. | | |
| PX 1.0374 | 03/04/2002 | MRK-AEF0000653 | MRK-AEF0000653 | Email from James Yergey to Tom Baille-Subject re Prostanoid assays | None | | |
| PX 1.0383 | 09/12/2002 | MRK-AEG0037638 | MRK-AEG0037639 | Email from Mervyn Turner to Joan Lasota re: NitroMed | None | 401, 402, 403 | Admissible |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0386 | 05/06/1998 | MRK-AEI0002734 | MRK-AEI0002746 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | None | | |
| PX 1.0396 | 05/09/2002 | MRK-AFF0000318 | MRK-AFF0000352 | Hui Quan Memo re: Safety Update for APPROVe | None | | |
| PX 1.0400 | 02/07/2001 | MRK-AFI0000001 | MRK-AFI0000197 | Baumgartner Diary: 01/01/2001 to 09/27/2001 | 801, 802.  The document contains multiple hearsay statements by non-Merck personnel. | 401, 402, 403, 801, 802 | Admitted (Baumgartner deposition) |
| PX 1.0401 | 01/31/2001 | MRK-AFI0010255 | MRK-AFI0010255 | National Thought Leader Summary VIGOR Study | 602, 801, 802.  Witness lacks personal knowledge.  Document contains hearsay statements of non-Merck personnel. | 602, 801, 802 | Sustained objection (Baumgartner) |
| PX 1.0402 | 04/18/2001 | MRK-AFI0010400 | MRK-AFI0010401 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | 401, 402, 403.  This is sales data and is irrelevant and unfairly prejudicial in compensatory phase. | 401, 402, 403 | Admissible |
| PX 1.0408 | 07/26/1999 | MRK-AFI0044662 | MRK-AFI0044665 | Email from Bruce Freundlich to Susan Baumgartner RE physicians to neutralize | 401, 402, 403, 801, 802.  Irrelevant because no evidence that it relates to any of the doctors in this case.  Also unfairly prejudicial.  Also contains hearsay statements from non-Merck personnel. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0409 | 09/09/1999 | MRK-AFI0045236 | MRK-AFI0045237 | Email from Caroline Yarbrough to Susan Baumgartner re: Background on Dr. Andrew Welton | 401, 402, 403.  Irrelevant because not related to any of the doctors in this case.  Also unfairly prejudicial. | | |
| PX 1.0411 | 11/09/1999 | MRK-AFI0045966 | MRK-AFI0045967 | Email from Thomas McCready to Susan L. Baumgartner re: Nov 3rd Appointment with Dr. James McMillen | 401, 402, 403, 801, 802.  Irrelevant because no evidence that it relates to any of the doctors in this case.  Also unfairly prejudicial.  Also contains hearsay statements regarding non-Merck personnel. | | |
| PX 1.0412 | 06/06/2000 | MRK-AFI0048262 | MRK-AFI0048263 | Email from Daniel L. Hall  - to Susan L. Baumgartner re: Gurkipal Singh | 401, 402, 403, 801, 802.  Dr. Singh has nothing to do with Mr. Barnett or any of his doctors, and this email is therefore irrelevant and prejudicial.  Also contains hearsay from non-Merck employees. | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibit No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0413 | 08/22/2001 | MRK- AFI0136524 | MRK- AFI0136524 | Email from Linda Coppola to Russell Kosiorek re: CV Card (1year) Revalidation for use in Promotion | 401, 402, 403.  CV card issues are irrelevant to this case because there is no evidence that Mr. Barnett's doctors saw the CV card.  Also, any probative value is outweighed by prejudicial effect. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.0414 | 04/29/1999 | MRK- AFI0174637 | MRK- AFI0174637 | Email from Leonardo Mendez to Susan Baumgartner, et al. re: Physicians to Neutralize | 401, 402, 403.  Irrelevant and prejudicial because this does not relate to any of Mr. Barnett's doctors. | | |
| PX 1.0415 | 07/01/1999 | MRK-AFI0182292 | MRK-AFI0182293 | Memo from Susan Baumgartner to Charlotte McKines, et al. re: Advocate Development Opportunity: physicians to neutralize | 401, 402, 403.  Irrelevant because the document has nothing to do with any of the doctors in this case.  Also unfairly prejudicial given the lack of probative value. | 401, 402, 403 | Admitted (Baumgartner deposition) |
| PX 1.0420 | 04/29/1999 | MRK-AFI0201399 | MRK-AFI0201399 | Email from Susan Baumgartner to Leonardo Mendez re: physicians to neutralize | 401, 402, 403.  Irrelevant and prejudicial since none of Mr. Barnett's doctors are included on this list. | | |
| PX 1.0423 | 02/03/2002 | MRK-AFJ0000520 | MRK-AFJ0000520 | Email from Edward Scolnick to Peter Kim; Subject: Coxib Task Force | None | | |
| PX 1.0424 | 03/09/2002 | MRK-AFJ0000576 | MRK-AFJ0000576 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC options for CV outcome trials | None | | |
| PX 1.0426 | 08/27/2004 | MRK-AFJ0008381 | MRK-AFJ0008382 | Email from Drs. Richard and Jane Dybas to Peter S. Kim re: Merck's stock retreats over VIOXX concerns | 401, 402, 403, 801, 802.  The document contains a hearsay press report, followed by an email from a non-Merck individual. | 401, 402, 403, 802 | Ruling Reserved 401? (date) |
| PX 1.0445 | 04/19/2004 | MRK-AFT0005926 | MRK-AFT0005927 | Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to set up external DSMB for ongoing Vioxx AD prevention trial | 602.  There is no foundation as to handwriting. | | |
| PX 1.0460 | 11/26/2003 | MRK-I2690007833 | MRK-I2690008224 | Clinical Study Report for Protocol 078 | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0463 | 11/00/1999 | MRK-LBL0000035 | MRK-LBL0000038 | Vioxx Label Nov. '99 | None | | |
| PX 1.0464 | 07/01/2000 | MRK-LBL0000047 | MRK-LBL0000050 | Vioxx Label July 2000 | None | | |
| PX 1.0465 | 07/01/2001 | MRK-LBL0000059 | MRK-LBL0000062 | Vioxx Label July 2001 | None | | |
| PX 1.0466 | 04/01/2002 | MRK-LBL0000063 | MRK-LBL0000066 | Vioxx Label April 2002 | None | | |
| PX 1.0467 | 03/01/2004 | MRK-LBL0000248 | MRK-LBL0000251 | Vioxx Label March 2004 | None | | |
| PX 1.0470 | 09/26/1996 | MRK-NJ0000827 | MRK-NJ0000835 | Memo from Terri Randall re: MK-0966 Project Team Minutes | None | | |
| PX 1.0473 | 02/17/1998 | MRK-NJ0017825 | MRK-NJ0017853 | Letter from Catella-Lawson and Garrett Fitzgerald to Briggs Morrison re: MK 966 in the elderly | 801, 802.  Hearsay -- out of court statement from non-Merck employee | | |
| PX 1.0477 | 10/24/1997 | MRK-NJ0051533 | MRK-NJ0051534 | Email from Alan Nies to Barry Gertz and Briggs Morrison; Subject: FW: cox2 | 801, 802.  Hearsay -- out of court statement by non-Merck employee. | | |
| PX 1.0479 | 00/00/0000 | MRK-NJ0066297 | MRK-NJ0066301 | Charts re: VIGOR: Myocardial Infarctions Over Time | None | | |
| PX 1.0482 | 08/24/1999 | MRK-NJ0087216 | MRK-NJ0087296 | VIGOR Data Analysis Plan | None | | |
| PX 1.0487 | 10/13/2000 | MRK-NJ0106699 | MRK-NJ0106722 | Shapiro Meta-analysis | None | | |
| PX 1.0489 | 01/17/2000 | MRK-NJ0120246 | MRK-NJ0120248 | Changes to the VIGOR data analysis plan 12-1-99 | None | | |
| PX 1.0498 | 04/13/2000 | MRK-NJ0121906 | MRK-NJ0121907 | Email from James Bolognese to Alise Reicin et al., re: RA and CV mortality | None | | |
| PX 1.0506 | 02/14/2000 | MRK-NJ0130083 | MRK-NJ0130087 | Email from Edward Scolnick to Deborah Shapiro re: Searle Recapturing Momentum in COX-2 Inhibitor Market | 801, 802.  Article attached to the document is hearsay. | 802 | Ruling Reserved |
| PX 1.0510 | 08/13/1999 | MRK-NJ0155912 | MRK-NJ0155916 | Letter from John Oates to Edward Scolnick re: Thrombotic Complications occuring in Patients with Antiphospholipid Syndrome | 801, 802.  Hearsay - out of court statement by non-Merck employee. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibit No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0511 | 04/13/1998 | MRK-NJ0162361 | MRK-NJ0162371 | Attachment #1, Dr. Alan Nies' write-up for meeting of Board of Scientific Adviors on | None | | |
| PX 1.0514 | 11/06/2001 | MRK-NJ0183397 | MRK-NJ0183402 | Draft Letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | None | | |
| PX 1.0516 | 03/28/2000 | MRK-NJ0189508 | MRK-NJ0189509 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR | 801, 802.  The email contains hearsay statements from a non-Merck individual. | 602, 801, 802 | Admitted (Baumgartner deposition) |
| PX 1.0531 | 01/08/2001 | MRK-NJ0267715 | MRK-NJ0267777 | Letter from Robert Silverman to Jonca Bull attaching IND 46,894: VIOXX (rofecoxib) | None | | |
| PX 1.0535 | 03/24/2000 | MRK-NJ0284590 | MRK-NJ0284590 | Email from Alan S. Nies to Barry K. Gertz, et al. re: NSAIDs and Naproxen | 801, 802.  The email from Fitzgerald is hearsay. | | |
| PX 1.0539 | 08/14/1997 | MRK-NJ0317338 | MRK-NJ0317341 | Email from Kyra Lindermann to Beth Seidenberg et al re: MK9666 GI outcomes Standby | None | | |
| PX 1.0541 | 05/25/2000 | MRK-NJ0320174 | MRK-NJ0320177 | Email from Margie McGlynn to Alise Reicin | 401, 402, 403, 602, 801, 802.  Analyst reports are hearsay.  The witness does not have personal knowledge. | 401, 402, 403, 602, 801, 802 | Not Admissible (Weiner) 602, 801, 802 |
| PX 1.0542 | 03/21/2001 | MRK-NJ0333225 | MRK-NJ0333235 | Memo Re: MK-0966 AD Progression Trail (Protocol No 091) Imbalance in the Number of Deaths | 401, 402, 403.  The all-cause mortality data in this exhibit is irrelevant to this case. | 401, 402, 403 | Admitted;  No ruling on objections |
| PX 1.0581 | 03/27/2000 | MRK-PRL0000114 | MRK-PRL0000115 | Press Release:  Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | None | | |
| PX 1.0583 | 04/28/2000 | MRK-PRL0000122 | MRK-PRL0000123 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | 401, 402, 403, 602 as used with this Mikola.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 (602 for Weiner) | Admitted (Weiner deposition) |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0584 | 05/24/2000 | MRK-PRL0000124 | MRK-PRL0000127 | Press release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | None | | |
| PX 1.0587 | 06/22/2000 | MRK-PRL0000131 | MRK-PRL0000133 | Press Release:  Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | None | | |
| PX 1.0667 | 04/14/1999 | | | Wall Street Journal Article "Drugs: Merck's Health Hinges on Sale of Arthritis Pill" By R Langreth | 403, 602, 801, 802.  This is a Wall Street Journal article and is pure hearsay, and also contains hearsay statements by non-Merck personnel.  Also irrelevant and its prejudicial effect outweighs any probative value. | 403, 602, 801, 802 | Sustained (Carroll depostion) |
| PX 1.0726 | 10/03/2004 | MRK-AAD0356476 | MRK-AAD0356477 | Email from Peter Kim to Alise Reicin re NO-Naproxen | 401, 402, 403.  Irrelevant because this is past-withdrawal, and because this is a discussion about potential combinations of drugs that have not ever actually been combined. | 401, 402, 403 | Admissible |
| PX 1.0727 | 09/20/2001 | MRK-ACD0012344 | MRK-ACD0012344 | Email from Dawn Chitty to Christa Defusco, et al., regarding VIOXX CBE | None | | |
| PX 1.0729 | 11/01/2001 | MRK-AFO0128716 | MRK-AFO0128716 | Email from Edward Scolnick to Karen Grosser re Vioxx Circular | None | | |
| PX 1.0732 | 00/00/0000 | MRK-NJ0220388 | MRK-NJ0220454 | Product Development Plan Stage 0 Review | None | | |
| PX 1.0739 | 06/06/1997 | MRK-ABS0034494 | MRK-ABS0034577 | Clinical Investigator's Confidential Informational Brochure | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0755 | 00/00/0000 | MRK-AFN0052502 | MRK-AFN0052523 | NEJM Manuscript 05-0493- Author's responses to Reviewer's Comments | 401, 402, 403, 801, 802.  The document is hearsay, and contains hearsay statements from non-Merck employees. Also irrelevant and unfairly prejudicial given the lack of probative value. | | |
| PX 1.0812 | 00/00/0000 | MRK-V0000041 | MRK-V0000041 | VIDEO: Dorothy Hamill - Morning: 30 | 401, 402, 403.  Irrelevant because Mr. Barnett testified that the Dorothy Hamill ad had nothing to do with his decision to take Vioxx. | 401, 402, 403 | Ruling Reserved |
| PX 1.0815 | 00/00/0000 | MRK-V0000044 | MRK-V0000044 | VIDEO:  "Dog Park" Letterbox: 30 | 401, 402, 403.  Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0816 | 00/00/0000 | MRK-V0000045 | MRK-V0000045 | VIDEO:  Clammer: 30 Reminder DR | 401, 402, 403.  Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0817 | 00/00/0000 | MRK-V0000046 | MRK-V0000046 | VIDEO: Teacher: 60 | 401, 402, 403.  Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0818 | 00/00/0000 | MRK-V0000046 | MRK-V0000046 | VIDEO: Teacher: 60 | 401, 402, 403.  Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0819 | 00/00/0000 | MRK-V0000046 | MRK-V0000046 | VIDEO: Teacher: 30 | 401, 402, 403.  Irrelevant because there is no evidence that Mr. Barnett ever saw this video. | 401, 402, 403 | Ruling Reserved |
| PX 1.0965 | 08/01/2001 | MRK-NJ0200304 | MRK-NJ0200304 | Email from Ken Truitt to Barry Gertz RE: 966 peds | 401, 402, 403.  The document contains profit and sales data, which is irrelevant and unfairly prejudicial in the compensatory phase of the trial. | | |
| PX 1.0966 | 00/00/2002 | MRK-ABW0005449 | MRK-ABW0005475 | Profit Plan 2002-Merck A&A Franchise | 401, 402, 403, 602.  The document contains profit and sales data, which is irrelevant and unfairly prejudicial in the compensatory phase of the trial. | 401, 402, 403, 602 | No ruling on objections |
| PX 1.0971 | 00/00/0000 | MRK-AAR0011527 | MRK-AAR0011549 | Obstacle Response Guide | 401, 402, 403.  Irrelevant and prejudicial, has no relation to this case. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.0972 | 01/10/2005 | MRK-AFO0286612 | MRK-AFO0286638 | Draft Article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802.  The draft article contains hearsay from non-Merck authors. | | |
| PX 1.0973 | 01/13/2005 | MRK-AGO0076955 | MRK-AGO0076990 | Draft Article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial" | 801, 802.  The draft article contains hearsay from non-Merck authors. | | |
| PX 1.1004 | 06/21/1999 | MRK-ABL0000609 | MRK-ABL0000654 | VIOXX INTERIM STAGE REVIEW | None | 401, 402, 403 | Admissible (Carroll deposition) |
| PX 1.1005 | 07/15/1999 | MRK-ABL0000688 | MRK-ABL0000690 | Minutes of 6/25/1999 HHPAC meeting | 401, 402, 403, 602.  The document is irrelevant because relates to pill-splitting, which has nothing to do with Mr. Barnett. | 401, 402, 403, 602 | No ruling on objections |
| PX 1.1013 | 05/17/2000 | MRK-ABL0000921 | MRK-ABL0000937 | HHPAC Presentation - Key Marketing Messages | None | 403 | Admissible |
| PX 1.1014 | 06/06/2000 | MRK-ABL0000938 | MRK-ABL0000941 | Memorandum from R.T. Bissett re: Meeting Minutes- 5/17/2000 HH PAC Meeting | None | 401, 402, 403, 602 | No ruling on objections |
| PX 1.1016 | 02/27/2002 | MRK-ABA0025859 | MRK-ABA0025860 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | None | | |
| PX 1.1021 | 02/02/1998 | MRK-NJ0281185 | MRK-NJ0281208 | MRL Epidimeiology Department Technical Report No. EP07006.005.98 | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1034 | 00/00/0000 | MRK-S0420051001 | MRK-S0420053185 | MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK 0966) on the Recurrence of Neoplastic Poly | None | | |
| PX 1.1036 | 02/09/2001 | MRK-ACI0012836 | MRK-ACI0012840 | Bulletin for Vioxx: FDA AAC Meeting for Vioxx | 401, 402, 403.  Irrelevant and prejudicial. | | |
| PX 1.1044 | 00/00/0000 | MRK-ACC0009462 | MRK-ACC0009462 | Merck & Co. Inc. - Code of Conduct for Clinical Trials | None | | |
| PX 1.1049 | 00/00/0000 | | | Physicians Desk Reference - 54th Edition 2003 | None | | |
| PX 1.1052 | 00/00/2000 | | | Physicians Desk Reference - 51st Edition 2000 | None | | |
| PX 1.1066 | 00/00/0000 | MRK-NJ0244665 | MRK-NJ0244672 | Patient Informed Consent | None | | |
| PX 1.1073 | 04/07/2001 | MRK-ACR0009148 | MRK-ACR0009149 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | None | | |
| PX 1.1081 | 00/00/2000 | MRK-AAO0000035 | MRK-AAO0000072 | Anti-inflammatory and analgesic TBG- 2000 profit plan | 401, 402, 403.  Irrelevant and unfairly prejudicial, especially in compensatory phase, because the exhibit relates to the 2000 profit plan. | | |
| PX 1.1084 | 02/08/2001 | MRK-ABW0000581 | MRK-ABW0000607 | FDA Advisory Committee Briefing Document | None | | |
| PX 1.1085 | 02/08/2001 | MRK-NJ0174804 | MRK-NJ0175048 | Transcript of the Arthritis Advisory Committee Meeting | 801, 802.  The transcript is hearsay. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1086 | 05/12/1998 | MRK-ABH0014143 | MRK-ABH0014166 | Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998 | None | | |
| PX 1.1087 | 00/00/0000 | | | Excerpts from the Merck Manual - 16th Edition | 401, 402, 403.  Irrelevant and potentially confusing.  No evidence that anyone involved with this case has seen the Merck Manual. | 401, 402, 403 | Admissible |
| PX 1.1094 | 09/11/1999 | MRK-ABH0016104 | MRK-ABH0016104 | Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC | None | | |
| PX 1.1097 | 09/29/2004 | MRK-ABI0011772 | MRK-ABI0011787 | Questions and Answers: VIOXX Voluntary Market Withdrawal | 401, 402, 403, 602.  Mr. Scolnick does not have personal knowlegde of the document.  The document is also irrelevant and unfairly prejudicial. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.1098 | 11/08/2001 | MRK-AFJ0001537 | MRK-AFJ0001537 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | None | 401, 402, 403 | Admitted; No ruling on objections |
| PX 1.1099 | 04/15/2000 | MRK-ABT0000639 | MRK-ABT0000639 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | None | | |
| PX 1.1100 | 00/00/0000 | MRK-ABT0014818 | MRK-ABT0014827 | VIOXX Outcomes Study Potential Designs | None | 602 | Admitted; No ruling on objection |
| PX 1.1101 | 05/08/2001 | MRK-AAZ0001608 | MRK-AAZ0001609 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | None | | |
| PX 1.1103 | 00/00/0000 | MRK-AAR0033237 | MRK-AAR0033243 | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | 401, 402, 403.  This exhibit is irrelevant because it was used by sales reperesentatives and there is no evidence that Mr. Barnett or any of the doctors in this case saw this exhibit. | 401, 402, 403, 602. | Admitted; No ruling on objections |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1104 | 10/09/2001 | MRK-NJ0030204 | MRK-NJ0030204 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome total cost - still HIGH | None | | |
| PX 1.1106 | 03/28/2000 | MRK-ABH0017814 | MRK-ABH0017814 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | 801, 802.  The email contains hearsay statements from non-Merck personnel. | 801, 802 | Admitted; No ruling on objection |
| PX 1.1111 | 00/00/0000 | | | Extracts from P3.0021 - H James Williams | 401, 402, 403, 801, 802, 901.  The exhibit is incomplete, contains multiple documents, is irrelevant to the issues in this case, and contains hearsay. | | |
| PX 1.1112 | 00/00/0000 | | | Extracts from P3.0021 - M Michael Wolfe | 401, 402, 403.  The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Barnett and who has nothing to do with this case. | | |
| PX 1.1113 | 00/00/0000 | | | Extracts from P3.0021 - Byron L Cryer | 401, 402, 403.  The exhibit is irrelevant and unfairly prejudicial because it relates to a doctor who has never seen Mr. Barnett and who has nothing to do with this case. | | |
| PX 1.1123 | 00/00/0000 | MRK-I8940096392 | MRK-I8940096445 | Protocol 201 (VIP) CSR | None | | |
| PX 1.1130 | 05/24/2000 | | | Dear Doctor Letter from Jeffrey Melin | 901, 902.  There is no foundation for the handwriting on p. 3 and p. 4, and it appears that of plaintiffs' expert Dr. Egilman. | | |
| PX 1.1132 | 06/29/2000 | MRK-00420008087 | MRK-000420008117 | Excerpts of 6/29/00 sNDA | None | | |
| PX 1.1135 | 07/01/2001 | MRK-ABI0008659 | MRK-ABI0008683 | US Long Range operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | 401, 402, 403.  Sales data is irrelevant and unfairly prejudicial in compensatory phase. | 403 | Admissible |
| PX 1.1140 | 12/17/2003 | MRK-18940078840 | MRK-18940078842 | Letter to Brian Harvey from Diane Louie regarding IND 46, 894. | 901.  Incomplete document. | | |
| PX 1.1141 | 11/21/2001 | MRK-NJ0214478 | MRK-NJ0214478 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design. | None | 401, 402, 403 | No ruling on objections |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1142 | 08/13/1997 | MRK-ABC0017482 | MRK-ABC0017482 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et al. regarding GI Outcomes Study. | None | | |
| PX 1.1144 | 06/20/2000 | MRK-ACD0105492 | MRK-ACD0105815 | Clinical Study Report of Protocol 088/089 | None | | |
| PX 1.1160 | 02/27/2001 | MRK-AAF0003713 | MRK-AAF0003715 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | None | | |
| PX 1.1194 | 00/00/1997 | MRK-ADI0800000 | MRK-ADI0800045 | Personnel File on Jan Weiner | 401, 402, 403.  Individual employee's personnel file is not probative of any issue in this case.  This employee's responsibilities involved press releases, which are not relevant given the facts of this case. | 401, 402, 403 | Admitted (Weiner deposition) |
| PX 1.1227 | 00/00/2003 | MRK-AAD08000069 | MRK-AAD08000079 | 2003 Year-End Review for Alise Reicin | 401, 402, 403.  Individual employee's personnel file is not probative of any issue in this case. | | |
| PX 1.1231 | 07/05/2000 | MRK-NJ0071320 | MRK-NJ0071332 | Memo Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR | 602.  The witness through whom the plaintiff attempts to offer this document has no first-hand knowledge of the document (it is an internal Merck document, the witness's name appears nowhere on the document, and the witness has no personal knowledge of its contents. | 602 | Admitted; No ruling on objection |
| PX 1.1234 | 07/12/2001 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | FDA medical Officer Review for NDA 21-042 and NDA 21-052 | None | | |
| PX 1.1236 | 07/01/2000 | MRK-AAX0008561 | MRK-AAX0008581 | Draft Vioxx Label | None | | |
| PX 1.1240 | 01/31/2005 | MRK-AGO0077012 | MRK-AGO0077013 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | 801, 802.  The exhibit contains hearsay from a non-Merck employee. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1245 | 07/21/2001 | MRK-AFV0341732 | MRK-AFV0341794 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | None | | |
| PX 1.1249 | 01/27/2004 | MRK-AAC0139936 | MRK-AAC0139937 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | None | | |
| PX 1.1328 | | MRK-NJ0092058 | MRK-NJ0092133 | Drug Regulations: The Essentials, Medical Background Merck Resource Document not to be used for detailing [Ex 1 Blake depo 11/29/05] | No objection to its use with Blake. | 401, 402, 403 | Admissible (with Blake) |
| PX 1.1344 | 05/18/2000 | 2000 NEMJ 000001 2000 NEMJ 000005 2000 NEMJ 000007 2000 NEMJ 000016 | 2000 NEMJ 000002 2000 NEMJ 000005 2000 NEMJ 000007 2000 NEMJ 000016 | Cover Letter to Dr. Robert Utiger, Deputy Editor of NEJM from Dr. Claire Bombardier Enclosing Manuscript (Curfman Deposition Exhibit #9) | None | | |
| PX 1.1346 | 08/20/2000 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | Letter to Dr. Robert Steinbrook, Deputy Editor of NEJM from Dr. Claire Bombardier Regarding Changes to Manuscript (Curman Deposition Exhibit #12) | 401, 402, 403, 801, 802 | | |
| PX 1.1347 | | 2000 NEMJ 000235 | 2000 NEMJ 000282 | Hard Copy of Contents of Floppy Disc Submitted to NEJM (Curfman Deposition Exhibit#14) | None | No Objection | Admitted; No ruling on objection |
| PX 1.1348 | | | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #16) | Document is incomplete | Doc is incomplete | No ruling |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1349 | | MRK-AAB0109378 | MRK-AAB0109411 | Manuscript of "Comparison of Rofecoxib , A Highly Selective Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial" (Curfman Deposition Exhibit #17) | None, provided it is used with a witness where there is proper foundation | No objection | Admitted; No ruling on objection |
| PX 1.1351 | 07/17/2000 | 2000 NEMJ 000028 | 2000 NEMJ 000038 | Letter from Dr. Claire Bombardier to Dr. Marshall Kaplan Regarding Revisions to Manuscript (Curfman Deposition Exhibit #20) | None | No objection | Admitted; No ruling on objection |
| PX 1.1355 | 09/13/2000 | 2000 NEMJ 000056 | 2000 NEMJ 000056 | Letter from Pat Lamy, Director of Editorial Support Services, Regarding Galleys (Curfman Deposition Exhibit #24) | 801, 802 | | |
| PX 1.1356 | 10/17/2000 | 2000 NEMJ 000057 | 2000 NEMJ 000057 | Fax from Alise Reicin and Loren Laine to Sandra McLain Regarding Additional Text (Curfman Deposition Exhibit #25) | None | | |
| PX 1.1357 | 02/06/2005 | 2005 NEJM 000286 | 2005 NEJM 000318 | Email from Dr. John Baron to Dr. Jeff Drazen (NEJM) with Attachment of Manuscript of "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" by Dr. Robert Bresalier, et al. (Curfman Deposition | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contains hearsay. | 401, 402, 403, 801, 802 | Admitted; No ruling on objection |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1358 | 02/09/2005 | 2005 NEJM 000013 2005 NEJM 000270 2005 NEJM 000008 | 2005 NEJM 000014 2005 NEJM 000285 2005 NEJM 000008 | Letter from Dr. Gregory Curfman to Dr. John Baron Asking for Extensive Revisions to Manuscript (Curfman Deposition Exhibit #29) | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contains hearsay. | 401, 402, 403, 801, 802 | Admitted; No ruling on objection |
| PX 1.1362 | 02/09/2005 | MRK-AFV0403096 | MRK-AFV0403096 | Email from Ned Braustein to Janet Van Adelsberg Re: DO NOT FORWARD.  NEJM Letter on APPROVe Study (Curfman Deposition Exhibit #35) | 401, 402, 403, 602.  No foundation to use with Curfman.  Also irrelevant and prejudicial. | 401, 402, 403, 602 | Admitted; No ruling on objection |
| PX 1.1363 | | MRK-AHD0075789 | MRK-AHD0075794 | Investigator-Reported Cardiovascular Events (Curfman Deposition Exhibit #36) | Incomplete document | | |
| PX 1.1369 | 11/18/2005 | | | Memo from Tom Easley (NEJM Managing Director of Publishing) to Greg Curfman Re: Number of Reprints of Bombardier Article  (Curfman Deposition Exhibit #42) | 401, 402, 801, 802.  Irrelevant, and contains hearsay. | 401, 402, 403, 802, (801) | Admitted |
| PX 1.1384 | 12/12/2005 | NEJM000011 | NEJM000014 | Email re NEJM Expression of Concern | No objection if this is only used during the Curfman deposition testimony.  Otherwise objection based on 401, 402, 403, 801, 802. | | |
| PX 1.1393 | 12/10/2005 | NEJM001013 | NEJM001013 | Email re the reaction to the new revelations and the unique aspects of the Vigor vioxx problem | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contains hearsay from non-Merck employees. | | |
| PX 1.1394 | 01/24/2000 | MRK-NJ0071309 | MRK-NJ0071309 | Email re Merck Management Requests to Vigor Data Safety and Monitoring Board | 401, 402, 403, 602, 801, 802.  No foundation for using this with a witness (like Dr. Curfman) who never saw it before. Also contains hearsay from non-Merck personnel. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1397 | 05/26/2000 | MRK-AJA0119085 | MRK-AJA0119087 | Email from Linda Nelsen to Alise Reicin Re:  Adjudication results for 11 events after 2/10/00 | 602.  Foundation objection if used with a witness (like Curfman) who has never seen this before. | | Admitted |
| PX 1.1398 | 01/03/2006 | NEJM000280 | NEJM000280 | Email re Washington Post Editorial | 401, 402, 403, 801, 802.  Irrelevant and unfairly prejudicial -- email contains speculation from Curfman about what Merck wanted and what Merck did.  Also contains hearsay. | | |
| PX 1.1442 | 05/00/2005 | TOPOLE 0000001 | TOPOLE 0000127 | Curriculum Vitae Eric Jeffrey Topol, M.D. | 401, 402, 403, 801, 802.  Topol's CV is irrelevant, prejudicial, and hearsay -- it is not admissible. | | |
| PX 1.1443 | 11/24/2004 | TOPOLE 0000450 EJT 000319 | TOPOLE 0000450 EJT 000319 | Email from Dr. David Graham to Dr. Eric Topol re: Senate Hearings (Topol Deposition Exhibit #2) | 401, 402, 403, 701, 801, 802.  This email is irrelevant to this case, and unfairly prejudicialial.  It also reflects improper opinion testimony, and contains hearsay. | | |
| PX 1.1444 | 04/20/2001 | MRK-ABA0009274 | MRK-ABA0009274 | Email string between Dr. Eric Topol, Alise Reicin, Laura Demopoulos and Peter DiBattiste re: Follow up to meeting about JAMA paper (Topol Deposition Exhibit #5) | None | No Objection | Admitted |
| PX 1.1446 | 06/12/2001 | MRK-ABA0009661 | MRK-ABA0009693 | Email Chain re Topol Manuscript with attached article Are Selective Cox-2 Inhibitors Associated with An Increased Risk of Cardiovascular Events? | 801, 802.  Hearsay and learned treatises are not admissible.  Also 602 for the email on the first page since Topol has never seen it before. | | |
| PX 1.1447 | 11/15/2004 | TOPOLE 0000458 EJT 000327 | TOPOLE 0000458 EJT 000327 | Email String Between David Graham and Eric Topol re: 60 Minutes (Topol Deposition Exhibit #20) | 401, 402, 403, 801, 802.  Irrelevant and prejudicial statements.  Also the email is hearsay, and the email contains hearsay. | | |
| PX 1.1468 | | | | Dr. Topol's Analysis of CV Events in Study 090 (Topol Deposition Exhibit #48) | None | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1484 | 08/16/2001 | MRK-AFI0071884 | MRK-AFI0071884 | Email from Susan Baumgartner to Tracy Mills re: review/opinions re Mukherjee article from JAMA | None | No Objection | Baumgartner - Admissible |
| PX 1.1485 | 08/23/1999 | MRK-AFI0045078 | MRK-AFI0045078 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List" | 401, 402, 403, 602.  The witness plaintiff seeks to use this document with has no personal knowledge of the document.  These draft answers to potential questions from journalists are also irrelevant and unfairly prejudicial. | 401, 402, 403, 602 | Admitted (Baumgartner deposition) |
| PX 1.1486 | 05/24/2000 | MRK-AFI0047953 | MRK-AFI0047953 | Email from Gregory Bell to Reiss, Sandra Marie, El Dada, Riad H., Baumgartner and Gregory Bell re: Singh tells Belgiams Vioxx isn't safe and they are going to get a warning CV. | 401, 402, 403, 801, 802.  The email contains hearsay from non-Merck personnel.  Also irrelevant and prejudicial since Dr. Singh has nothing to do with this case. | 401, 402, 403, 802 | Admitted (Baumgartner) |
| PX 1.1488 | 03/09/2005 | N/A | N/A | Code of conduct | 401, 402 | | |
| PX 1.1491 | | MRK-ADG0057776 | MRK-ADG0057845 | Slides from Presentation by Tom Cannell | None | | |
| PX 1.1492 | 6/5/2002 | MRK-ADG0059921 | MRK-ADG0059921 | Email from Thomas Cannell to Antonia Sisti titled RE: ["3,2,1, Go Theme"]" | 401, 402, 403.  This email relates to a specific marketing program, and there is no evidence that Mr. Barnett or his doctors ever saw that marketing program.  Therefore the document is irrelevant and prejudicial. | | |
| PX 1.1530 | 11/01/2001 | MRK-ADW0024602 | MRK-ADW0024605 | Email re New crop of arthritis drugs under safety cloud | 801, 802, 803 as to hearsay news article included in e-mail. | | |
| PX 1.1534 | 10/15/2001 | MRK-ABK0043450 | MRK-ABK0043489 | Operations Review A&A Franchise; shows sales of Vioxx dipping after NY times reports on Vigor and after Mukherjee article in JAMA. Then "Project Offense" is launched w/CV Card. | 401, 402, 403.  Prejudicial and irrelevant, especially in compensatory phase. | 401, 402, 403 | Admissible |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1555 | 07/06/2000 | MRK-ADK0004325 | MRK-ADK0004436 | Handwritten Notes of Jo Jerman | None | | |
| PX 1.1556 | 05/10/2001 | MRK-ADK0001667 | MRK-ADK0001667 | Email re GI Risk Slim Jim | None | | |
| PX 1.1568 | 8/26/2002 | MRK-ACJ0004568 | MRK-ACJ0004591 | 2003 Profit Plan for Vioxx | 401, 402, 403.  Salaries and stock options for various executives at various companies are irrelevant and unfairly prejudicial, especially in the compensatory phase. | | |
| PX 1.1570 | 09/28/2001 | MRK-ADW0057100 | MRK-ADW0057101 | Email from Dunn to Shaffer re:  project offense; media reports, Vioxx being pulled off market; Vioxx extremely import to Merck. | None | 401, 402, 403 | Admissible |
| PX 1.1577 | 08/23/2001 | MRK-ADG0002386 | MRK-ADG0002386 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Health care is concerned, Kaiser is recommending doctors don't use Vioxx until safety is | 401, 402, 403, 801, 802.  Irrelevant and prejudicial since has nothing to do with Mr. Barnett or his doctors.  Also contains hearsay. | 401, 402, 403, 802 | Ruling Reserved |
| PX 1.1615 | 08/04/2003 | MRK-ACO0075897 | MRK-ACO0075897 | Email from Alise Reicin to Thomas Bold et al., re: MI Risk-short term use of rofecoxib | 401, 402, 403.  Irrelevant to this case, and unfairly prejudicial. | | |
| PX 1.1647 | | MRK-1890096438 | MRK-18940096445 | Protocal 145 (VICTOR) Memo | None | | |
| PX 1.1676 | | | | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition Exhibit #15) | Incomplete document, also no foundation. | Doc is incomplete | Not admitted |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1681 | 08/30/2000 | 2000 NEMJ 000050 | 2000 NEMJ 000050 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook Regarding Additional Changes to Manuscript (Curfman Deposition Exhibit #21) | 801, 802 | No objection | No ruling |
| PX 1.1686 | | MRK NJ0274249 | MRK NJ0274249 | Page C-27, Figure C-2 of Comparison of Rofecoxib , A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events:  The VIGOR Trial" (Curfman Deposition Exhibit #27 | 602, 801, 802.  No foundation, hearsay | 602, 801, 802 | No ruling |
| PX 1.1689 | | 2005 NEJM 000319 | 2005 NEJM 000350 | Manuscript of "Cardiovascular Events Associated with Rofecoxib in a Three-Year Randomized Colorectal Adenoma Chemoprevention Trial" with Notes of Deleted Notes and Edits (Curfman | 401, 402, 403, 801, 802  Irrelevant, prejudicial, and contains hearsay | 401, 402, 403, 801, 802 | No ruling |
| PX 1.1691 | 02/09/2005 | MRK-AFV0399485 | MRK-AFV0399488 | Email re Approve-Urgent | 401, 402, 403, 602, 801, 802.  No foundation to use with Curfman.  Also contains hearsay, and is irrelevant and prejudicial | | |
| PX 1.1697 | 04/26/2004 | MRK-AAZ0001561 | MRK-AAZ0001593 | Email from Alise Reicin to Laura Demopoulos re: JAMA Manuscript with Manuscript attached (Topol Deposition Exhibit #6) | 602 -- Topol never saw the cover email before.  Also 801, 802 -- hearsay and learned treatises are not admissible. | No Objection to cover email | Admitted |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1702 | 04/04/2001 | MRK-ABI0003662 | MRK-ABI0003679 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice (Anstice Deposition Exhibit #130) | 401, 402, 403.  Sales and profit information is irrelevant and unfairly prejudicial, especially in the compensatory phase of the case. | | |
| PX 1.1703 | | TOPOLE0000469 EJT 000338 | TOPOLE0000469 EJT 000338 | Topol Handwritten Notes - Knowledge, what/when (Topol Deposition Exhibit #22) | 401, 402, 403, 801, 802.  Topol's handwritten notes are hearsay.  They are also irrelevant and prejudicial, especially since Topol's notes make claims about what Merck knew, ways he believes Merck engaged in deception and suppressed data | | |
| PX 1.1711 | 03/04/2002 | MRK-AFI0800014 | MRK-AFI0800016 | Merck Year-End Employee Input Form - Susan Baumgartner 2001 (Ex 1 Baumgartner Deposition 2/25/05) | 401, 402.  Baumgartner personnel records are not relevant. | | |
| PX 1.1712 | | | | Merriam Webster Online Neutralize (Ex 3 Baumgartner Deposition 2/25/05) | 801, 802.  Learned treatises are not admissible.  Also this dictionary definition is irrelevant | | |
| PX 1.1714 | 04/19/1999 | MRK-AFI0043312 | MRK-AFI0043313 | Email - To Baumgartner; From Yarbrough; Re: Healthsouth Programs [Ex 14 Baumgartner Deposition 2/25/05) | 401, 402, 403.  Information about partnership with Health South is totally irrelevant.  No evidence that Mr. Barnett ever went to Health South. | | |
| PX 1.1717 | 07/23/1999 | MRK-AFI0044563 MRK-AFI0044662 | MRK-AFI0044563 MRK-AFI0044662 | Email - To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize [Ex 21 Baumgartner Deposition 2/25/05] | 401, 402, 403, 801, 802.  These emails relating to the "neutralize" issue are irrelevant since they do not relate to Mr. Barnett's doctors, and they are prejudicial and contain hearsay. | | |
| PX 1.1718 | 07/23/1999 | MRK-AFI0044569 | MRK-AFI0044569 | Email- cover to list, To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize (Ex 25 Baumgartner Deposition 2/25/05) | 401, 402, 403.   This email is irrelevant since none of the 36 physicians ever saw Mr. Barnett.  Also prejudicial. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection - Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1729 | 5/4/2004 | | | Includes Mention of Cannuscio 'Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 [Ex 7 Cannuscio depo 10/08/04]" | 401, 402, 801, 802.  Hearsay, and learned treatises are not admissible.  Also irrelevant. | | |
| PX 1.1730 | 01/09/2002 | MRK-ACT0003274 | MRK-ACT0003275 | Memo to Cannuscio re Cox-2/MI proposed milestones | 401, 402, 403.  Irrelevant and prejudicial | | |
| PX 1.1735 | | MRK-ACW0800000 | MRK-ACW0800030 | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition 11/29/05] | 401, 402, 403.  Irrelevant and prejudicial | 401, 402, 403 | Admissible (Blake deposition) |
| PX 1.1889 | | | | Raw Footage of the Filiming of Video News Releases (mulitiple DVDs) | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contain hearsay.  Also Merck has not | | |
| PX 1.1890 | 12/19/2004 | MRK-AHD000817 | MRK-AHD000841 | Emaill from Robert Bresalier to C. Lines re: APPROVe cardiovascular with attached draft of "Cardiovascular events associated with Rofecoxib in a 3 year randomized colorectal adenoma chemoprevention trial" | 401, 402, 403, 801, 802.  Hearsay -- out of court statements by non-Merck personnel. | | |
| PX 1.1891 | 08/27/1998 | MRK-ABC0024093 | MRK-ABC0024164 | Clinical study report for protocol 061 | None | | |
| PX 1.1892 | | | | Confidential Memorandum of Invention | Privileged document.  If if is "de-privileged", defense counsel will need to review. | | |
| PX 1.1893 | 09/30/2004 | | | FDA news: FDA issues Public Health advisory on Vioxx as its manufacturer voluntarily withdraws the product | 801, 802.  FDA press release is hearsay. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1894 | 01/27/1998 | MRK-NJ0017640 | MRK-NJ0017663 | Memo from Morrison to B. Seidenberg et al, re Protocol 023 manuscript | 401, 402, 403, 801, 802.  Irrelevant and contains hearsay. | | |
| PX 1.1895 | | | | 2005 Award in Excellence of Clinical Pharmacology given to Dr. Alan Nies with his story as seen at www.phrmafoundation.org website | 401, 402, 403, 801, 802.  Hearsay, and unclear who actually wrote this piece., which appears to have  been written a few years after Dr. Nies left Merck  Also irrelevant and prejudicial. | | |
| PX 1.1896 | 11/18/2004 | N/A | N/A | Summary of Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance | None | | |
| PX 1.1897 | | 2005 NEJM 000001 | 2005 NEJM 000285 | NEJM File for Robert Bresalier Article | 401, 402, 801, 802.  Contains hearsay and is irrelevant. | | |
| PX 1.1898 | 2/25/2002 | MRK-NJ0450908 | MRK-NJ0450910 | Email string ending from Thomas Simon to Barry Gertz re: CE Event Counts | 401, 402, 403. | | |
| PX 1.1899 | 12/13/2001 | MRK-ABK0483578 | MRK-ABK0483588 | University of Pennsylvania General Clinical Research Center Protocol Application to study "the Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" by Garret Fitzgerald | 401, 402, 403, 801, 802.  Hearsay and irrelevant | | |
| PX 1.1900 | 11/26/2001 | MRK-ABK0483589 | MRK-ABK0483597 | Objectives of the study of "The Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" | 801, 802.  The document is hearsay | | |
| PX 1.1901 | 12/12/1997 | MRK-AFO0023318 | MRK-AFO0023318 | Email from James Bolognese to Ellior Ehrich, et al. re:  MK-0966 serious CV AE info | 401, 402.  Irrelevant | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1902 | 10/18/2004 | MRK-AFF0000179 | MRK-AFF0000201 | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study | None | | |
| PX 1.1903 | 10/28/2001 | MRK-NJ0186410 | MRK-NJ0186410 | Email from Ned Braunstein to Alise Reicin re: task list from VP Data Review meeting | None | | |
| PX 1.1904 | 10/31/2001 | MRK-NJ0337077 | MRK-NJ0337109 | Email from Alise Reicin to Dena Ramey re: task list from VP Data Review meeting with attachment | None | | |
| PX 1.1905 | | | | Label for flurbiprofen | 401, 402.  Irrelevant | | |
| PX 1.1906 | | | | 1999 Physicians Desk Reference entry for naproxen | None | | |
| PX 1.1907 | | | | Memorandum from David Graham to Paul Seligman re: Risk of Acute Myocardial Infarction and Sudden Cardiac Death in Patients Treated with COX-2 Selective and Non-Selective NSAIDs | 401, 402, 403, 801, 802.  This is a hearsay document and is not admissible. Also irrelevant and unfairly prejudicial. | | |
| PX 1.1908 | | MRK-AAC0146909 | MRK-AAC0146918 | Author's Responses to Reviewers Comments of the draft of Manuscript NPP-04-0106, "A Randomized, Double Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment | 801, 802 -- contains hearsay. | | |
| PX 1.1909 | 11/14/2001 | MRK-ABW0003613 | MRK-ABW0003614 | Email string from David Anstice to Wendy Dixon re: Dorothy Quantitative Results | 401, 402, 403.  Irrelevant and prejudicial | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1910 | | MRK-ABW0000166 | | Project Offense-Revised | 401, 402, 403, 801, 802.  The marketing plan is irrelevant and prejudicial.  Handwritten comments also state that they are "hearsay" and "heard 3rd hand". | | |
| PX 1.1911 | | | | Analysis of Protocol 203 | 801, 802.  Hearsay. | | |
| PX 1.1912 | 2/16/2005 | | | Transcript of FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | 401, 402, 403, 801, 802.  Transcript is hearsay, and is irrelevant and prejudicial. | | |
| PX 1.1913 | 2/16/2005 | | | Summary of Minutes and Table of Contents from the FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | 401, 402, 403, 801, 802 -- summary of FDA meeting minutes is hearsay, irrelevant and prejudicial. | | |
| PX 1.1914 | | | | Preliminary Review of APPROVe Data- Background Package for February, 2005 AC Meeting | 401, 402, 403, 801, 802.  This outside analysis of APPROVe is irrelevant, prejudicial, and hearsay. | | |
| PX 1.1915 | | | | APPROVe Data | There is a placeholder in Plaintiff's prodcution that says "APPROVe Data" -- when Plaintiff provides this for Defendant, Defendant can decide if it will object. | | |
| PX 1.1916 | 12/18/2004 | | | Interim Review of NDA 21042/s030 by Lourdes Villalba, MD | 401, 402, 403, 801, 802.  This interim review of data is irrelevant, prejudicial and is hearsay. | | |
| PX 1.1917 | 10/13/2004 | MRK-AFJ0008920 | MRK-AFJ0008938 | Q&A for Media Briefing | 401, 402, 403.  Irrelevant and prejudicial | | |
| PX 1.1918 | 11/18/2004 | MRK-ABG0004364 | MRK-ABG0004385 | Q&A for Testimony of Ray Gilmartin before Senate Finance Committee | 401, 402, 403.  Irrelevant and prejudicial | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibit No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| PX 1.1919 | | MRK-AFJ0009371 | MRK-AFJ0009371 | Powerpoint Slide of Effects of NSAIDs on Thromboxane and Prostacyclin (Exhibit 51 Peter Kim deposition) | None | | |
| PX 1.1920 | 10/28/2001 | MRK-AFJ0001533 | MRK-AFJ0001533 | Email from Deborah Shapiro to Alise Reicin re: VIGOR analysis of death by age group | None | | |
| PX 1.1937 | | | | Video of Dr. Graham's Testimony before Congress RE: Putting Patient Safety First | 401, 402, 403, 801, 802. Graham testimony in front of Congress is hearsay, prejudicial and irrelevant. | | |
| PX 2.0227 | 01/06/2000 | | | NEJM, Information for Authors, Curfman Deposition 11/21/2005 - Exhibti 2 | 401, 402, 403, 801, 802. Hearsay, and learned treatises are not admissible. Also irrelevant and prejudicial. | | |
| PX 2.0261 | 2/11/2005 | | | Article - "Marketing of Vioxx: How Merck Played Game of Catch-up" - NYT - Susan Baumgartner (Ex 4 Baumgartner Deposition 2/25/05) | 401, 402, 403, 801, 802. Newspaper article is pure hearsay. Also irrelevant and prejudicial. | | |
| CM.0002 | 6/5/2000 | MRK-ABO0001407 | MRK-ABO0001415 | Email string from Niekelski to Melon, Daniels, Dervishian, Russell, Lahner, Basaman, Baumgartner, Bazmi, Bell, Bourdow, Chope, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cadiovascular Safety Issues Unresolved; GI Sa | 801, 802. This exhibit contains a stock analyst report which is hearsay. | | |
| CM.0005 | | MRK-AFI0043905 | MRK-AFI0043923 | Email re Physicians to Neutralize | 401, 402, 403. This document is irrelevant and unfairly prejudicial because none of Barnett's doctors are on this list | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| CM.0006 | 2000 | MRK-ADN0018203 | MRK-ADN0018224 | Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | 401, 402, 403.  This document is irrelevant and prejudicial in the compensatory phase because it relates to sales and profits. | | |
| CM.0008 | 7/14/1999 | MRK-ADA0015245 | MRK-ADA0015273 | 2000 Profit Plan Extended Team Meeting for Vioxx | 401, 402, 403.  401, 402, 403.  This document is irrelevant and prejudicial in the compensatory phase because it relates to sales and profits. | | |
| CM.0009 | 07/07/2000 | MRK-ADK0003208 | MRK-ADK0003407 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | 401, 402, 403.  This document is irrelevant because it is only a draft.  It is also unfairly prejudicial because it does not relate to any of Barnett's doctors. | | |
| CM.0013 | 9/28/1999 | MRK-ABI0004441 | MRK-ABI0004441 | Email from Anstice to McKines Dixon, Donnelly, and Tacconi  re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same. | None | | |
| CM.0026 | 1999 | MRK-AFI0038769 | MRK-AFI0038772 | List of Physicians | 401, 402, 403, 602.  None of the doctors on this exhibit have anything to do with Mr. Barnett or this case, and therefore this document is irrelevant and unfairly prejudicial. | | |
| CM.0034 | 4/30/1999 | MRK-AFI0043358 | MRK-AFI0043359 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of 04/29/1999 attached. | 401, 402, 403.  This document relates to certain physicians, and none of them are doctors who ever saw Mr. Barnett.  Therefore it is irrelevant and unfairly prejudicial to use this document in this case. | | |
| CM.0051 | 1/25/1999 | MRK-ADI0017595 | MRK-ADI0017597 | Email string from Higbee to Weiner, Lindemann, Fanelle in regards to Intelligence/NEJM | 401, 402, 403, 801, 802.  Much of the document contains hearsay in the form of articles or regarding conversations with non-Merck personnel.  It is also irrelevant and unfairly prejudicial because Dr. Wolfe has nothing to do with this case. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| CM.0052 | 2/10/1999 | MRK-ADI0013761 | MRK-ADI0013764 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | 401, 402, 403, 801, 802.  Much of the document contains hearsay in the form of articles or regarding conversations with non-Merck personnel.  It is also irrelevant and unfairly prejudicial because Dr. Wolfe has nothing to do with this case. | | |
| CM.0059 | 4/9/2002 | MRK-ACJ0005170 | MRK-ACJ0005215 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | None | | |
| CM.0060 | 5/19/2000 | MRK-EAD0001604 | MRK-EAD0001605 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments | 901.  There appear to be three different documents put together. | | |
| CM.0071 | 1998-2000 | MRK-AKO0026709 | MRK-AKO0031037 | Merck Disbursement Voucher Requests | 401, 402, 403, 901.  This is a compilation of multiple documents that do not belong together and is also irrelevant and unfairly prejudicial because it relates to doctors who did not treat Mr. Barnett. | | |
| CM.0072 | 2000 | MRK-ACJ0004336 | MRK-ACJ0004445 | 2000 Profit Plan | 401, 402, 403.  This document relates to the 2000 profit plan for Vioxx, and is therefore irrelevant and unfairly prejudicial for the compensatory phase of the trial. | | |
| CM.0074 | 9/20/2001 | MRK-ABY0030136 | MRK-ABY0030137 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter | 401, 402, 403, 801, 802.  Merck objects to the Warning Letter itself.  The Warning Letter also contains hearsay statements by non-Merck individuals. Therefore, if the Warning Letter is not admitted, this exhibit should not be admitted either. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| CM.0075 | 11/15/2000 | FRI0000021 | FRI0000031 | Fax from James McMillen, M.D. To Jim Fries Enclosing letters from Merck.  One letter from Huskey Medical Center; one to James McMillen inviting him to a VIGOR meeting and then one rescinding that invitation. | 401, 402, 403, 801, 802.  The exhibit is full of hearsay statements.  Because it does not relate to anything in this case and concerns individuals with no relation to this case, it is also irrelevant and unfairly prejudicial. | | |
| CM.0077 | | MRK-AFI0181589 | MRK-AFI0181597 | Physician Action Plans - ADVOCATE | 401, 402, 403.  The document is irrelevant and unfairly prejudicial because it does not relate to any doctors that have anything to do with Mr. Barnett or this case. | | |
| Anstice Ex. 166 | | MRK-ACW0008375 | MRK-ACW000837 | Table re deaths from VIGOR analyses | 602.  There is no showing that the witness (Anstice) has personal knowledge. | | |
| Bold 20050311 Ex. 05 | | LAU 0000067 | LAU 0000106 | WPS&E Standard Operating Procedure, Processing of Adverse Experience Information, Effective Date 4/1/98 | None | | |
| Bold 20050729 Ex. 30 | 01/20/2000 | MRK-ACO0064483 | MRK-ACO0064483 | Memo to the File 1-20-00 AE Label Review:  Rofecoxib | None | | |
| Bold 20050729 Ex. 31 | | MRK-ACO0030008 | MRK-ACO0030032 | WAES Adverse Event Summary Sheets | None | | |
| Bold 20050729 Ex. 57 | 12/03/2003 | MRK-ACO0107709 | MRK-ACO0107723 | E-mail 12-3-03 with attachment | None | | |
| Bryan Ex. 001 | | | | GrandStrand Regional Medical Center Consult Report for Geral Barnett | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Bryan Ex. 002 | | | | GrandStrand Regional Medical Center Department of Radiology Report for Geral Barnett | None | | |
| Bryan Ex. 003 | | | | Progress Notes for Gerald Barnett | None | | |
| Bryan Ex. 004 | | | | Operative Report for Gerald Barnett | None | | |
| Bryan Ex. 005 | | | | Discharge Summary for Gerald Barnett | None | | |
| Bryan Ex. 006 | | | | Progress Notes for Gerald Barnett | None | | |
| Bryan Ex. 007 | 09/23/2002 | | | Progress Notes for Gerald Barnett | None | | |
| Bryan Ex. 008 | 10/07/2002 | | | Progress Notes for Gerald Barnett | None | | |
| Bryan Ex. 009 | 10/10/2002 | | | Letter re: Gerald Barnett follow up | None | | |
| Bryan Ex. 015 | | | | GrandStrand Regional Medical Center Test Results for Gerald Barnett | None | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Bryan Ex. 017 | | | | Cardiology/Gastroenterology Associates Report for Gerald Barnett | None | | |
| Curfman 20051121 Ex. 08 | 1/23/1997 | | | Special Report Uniform Requirements for manuscripts submitted to biomedical journals | 801, 802, 803.  Learned treatises not admissible. | | |
| Curfman 20060124 Ex. 11 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals | 801, 802.  Hearsay and learned treatises are not admissible. | | |
| Epstein Ex. 001 | 00/00/0000 | | | Curriculum Vitae of Stephen Edward Epstein, M.D. | 801, 802, 803 | | |
| Epstein Ex. 002 | 05/03/1998 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review -- Vioxx Program | None | | No Objection; Admissible |
| Epstein Ex. 003 | 04/17/2000 | MRK-ABA0029203 | MRK-ABA0029203 | MSG Proposal from Steve Epstein | None | | |
| Epstein Ex. 004 | | | | Effects of MF-Tricyclic, a Selective Cyclooyenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice | Learned treatises are not admissible | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Epstein Ex. 005 | 07/20/2001 | MRK-AEH0016614 | MRK-AEH0016619 | MSGP #346 (Frank) | None | | |
| Epstein Ex. 006 | 06/02/2000 | | | MSGP study #213 | None | | |
| Epstein Ex. 009 | 07/27/2001 | | | E-mail re: Epstein #213 Abstract | None | | |
| Epstein Ex. 010 | 06/16/2000 | MRK-AEH0016466 | MRK-AEH0016469 | Memo re: Vioxx MSGP Review Committee Meeting Minutes - June 16, 2000 | None | | |
| Epstein Ex. 011 | 10/12/2001 | | | E-mail re: Selective COX-2 inhibition and atherogenesis paper | None | | |
| Epstein Ex. 013 | 10/29/2001 | MRK-NJ0267303 | MRK-NJ0267322 | Cardiovascular Outcomes Study Consultant Meeting | None | | |
| Epstein Ex. 015 | 01/26/2000 | | | Dr. Epstein's materials | None | | |
| Epstein Ex. 019 | 12/14/2001 | | | E-mail re: Rofecoxib ETTs 3116 (Furuta - NIH) | None | | |
| Graham Ex. No. 01 | 04/00/2006 | | | Curriculum vitae of David Graham, M.D., M.P.H. | 401, 402, 403, 801, 802.  His CV is irrelevant and not admissible. | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Graham Ex. No. 02 | | | | Powerpoint slides - Drug Safety in America:  A Nation Still at Risk by David J. Graham, MD, MPH | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contains hearsay.  In addition, this exhibit was not produced to Merck in a timely manner before Graham's deposition, and therefore should be excluded on those grounds as well. | | |
| Graham Ex. No. 03 | | | | Rofecoxib - Diagnosis & treatment:  What went wrong? Can we Avoid? | 401, 402, 403, 801, 802.  Irrelevant, prejudicial and contains hearsay.  In addition, this exhibit was not produced to Merck in a timely manner before Graham's deposition, and therefore should be excluded on those grounds as well. | | |
| Graham Ex. No. 04 | 2/5/2005 | | | Lancet Study - Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study, Vol 365, Pg. 475-481 | 801, 802.  Learned treatises are hearsay and not admissible | | |
| Karavan Ex. 003 | 01/20/2000 | | | Grand Strand Regional Medical Center Medical Report for Gerald | None | | |
| Karavan Ex. 004 | 01/24/2000 | | | Cardiology/Gastroenterology Associates Report for Gerald Barnett | None | | |
| Karavan Ex. 005 | 09/06/2002 | | | Grand Strand Regional Medical Center Medical Report for Gerald Barnett | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Karavan Ex. 006 | 09/06/2002 | | | Grand Strand Regional Medical Center Medical Report for Gerald | None | | |
| Karavan Ex. 007 | 09/07/2002 | | | Grand Strand Regional Medical Center Medical Summary for Gerald | None | | |
| Karavan Ex. 009 | 09/06/2002 | | | Physician's Orders for Gerald Barnett | None | | |
| Karavan Ex. 010 | 09/06/2002 | | | Progress Notes for Gerald Barnett | None | | |
| Karavan Ex. 011 | 09/06/2002 | | | Progress Notes for Gerald Barnett | None | | |
| Karavan Ex. 012 | 09/07/2002 | | | Progress Notes for Gerald Barnett | None | | |
| Karavan Ex. 013 | 09/09/2002 | | | Grand Strand Regional Medical Center - Cardiac Catherzation Report for Gerald Barnett | None | | |
| Karavan Ex. 014 | 09/09/2002 | | | Picture of Angio/heart for Gerald Barnett | None | | |
| Karavan Ex. 015 | 09/09/2002 | | | Picture of Angio/heart for Gerald Barnett | None | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Karavan Ex. 016 | 09/07/2002 | | | Picture of heart with handwritten note re: percentage of blockage for Gerald Barnett | None | | |
| Karavan Ex. 019 | 5/3/1998 | | | Programmatic Review -- Vioxx Program | Merck objects to the use of this document with Dr. Mikola or Dr. Karavan.  Neither doctor ever saw this document before their deposition, and therefore there is no foundation or personal knowledge. | | |
| Karavan Ex. 029 | 00/00/0000 | | | Article entitled Evaluation of Coronary Collateral Circulation in Early Ischemia in Rat Hearts | No foundation to use this document with Dr. Karavan.  Also it is hearsay, 801-802. | | |
| Krahe Ex. No. 05 | 1/8/2001 | MRK CAAD 0001696 | MRK-CAAD0001757 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | 401, 402, 403.  There is no evidence that any of the sales reps that called on Barnett's two prescribing physicians (Dr. McCaffrey and Dr. Mikola) ever used this information.  The document has nothing to do with this case and is unfairly prejudicial. | | |
| Krahe Ex. No. 07 | 06/25/1905 | MRK-ADN0111549 | MRK-ADN0111600 | Presentation "Project Power Play" slides | 401, 402, 403 | | |
| Krahe Ex. No. 08 | 04/24/2003 | MRK-ADN0157964 | MRK-ADN0157964 | Email from Tyrus Barker to Marilyn Krahe et al.  Subject: Porject Powerplay Program for Vioxx - Dialy Counts: 5700 received in the first week! | 401, 402, 403 | | |
| Krahe Ex. No. 09 | 04/01/2003 | MRK-ADN0124683 | MRK-ADN0124692 | Presentation "National Cross-Functional Team Meeting for Vioxx April 1, 2003, Dallas Texas | 401, 402, 403 | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Krahe Ex. No. 11 | 07/19/2001 | MRK-CAAD0013902 | MRK-CAAD0013919 | National Cross-Functional Team Meeting for Vioxx Summary | 401, 402, 403 | | |
| Krahe Ex. No. 17 | Sept./Oct/2001 | MRK AKC 0014303 | MRK-AKC0014320 | PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc." | 401, 402, 403, 602, 801, 802.  The document contains triple hearsay -- it is a document prepared by a third party relating to what doctors they interviewed recalled about what Merck sales reps allegedly told the doctors.  Also irrelevant because it relates to sales reps in California, who have nothing to do with this case. | | |
| Krahe Ex. No. 23 | | | | Merriam Webster Online Dictionary entry for "obstacle" | 401, 402, 403, 801, 802.  This is hearsay, and learned treatises are not admissible. Also, the dictionary definition of obstacle is irrelevant and prejudicial. | | |
| Krahe Ex. No. 24 | 01/01/2000 | MRK-ABW0000243 | MRK-ABWO00248 | Cardiovascular system; clin. profile in osteoarthritis studies | None | | |
| Krahe Ex. No. 30 | 12/29/2005 | | | NEJM Article re Expression of Concern Bombardier et al Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis, N Engl J Med 2000 | 801, 802, 803, 401, 402, 403, if learned treatise inadmissible | | |
| McCaffrey Ex. 001 | 03/26/1998 | | | Medical Report for Gerald Barnett | None | | |
| McCaffrey Ex. 002 | 03/31/1998 | | | Medical Report for Gerald Barnett | None | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection-Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| McCaffrey Ex. 003 | 04/06/1998 | | | Medical Report for Gerald Barnett | None | | |
| McCaffrey Ex. 008 | 12/28/2001 | | | Easy Rx Form: Vioxx Tabs, 25MG | None | | |
| McCaffrey Ex. 009 | 08/03/2000 | | | Attached file used for presentation - SPKR Top Earner VIOXX | 401, 402, 403, 602, 801, 802.  This is a document that lists thousands of doctors and amounts of money they were paid by Merck.  The  information relating to doctorss that have no relation to Mr. Barnett or his doctors is irrelevant to this case, and unfairly prejudicial.  Additionally, Dr. McCaffrey had never seen this document before and there was no foundation.  The document also contains hearsay.  At most, all information about other doctors not involved in this case should be redacted before this document can be shown in court. | | |
| McCaffrey Ex. 010 | 09/04/2001 | | | re: 2001-8-27 Future Vioxx - Zocor programs | 401, 402, 403, 602, 801, 802.  This is a document that lists hundreds of doctors and meeting sites, as well as amounts of money paid by Merck.  The information relating to doctors and clinics that have no relation to Mr. Barnett or his doctors irrelevant to this case, and unfairly prejudicial.  Additionally, Dr. McCaffrey had never seen this document before and there was no foundation.  The document also contains hearsay.  At most, all information about other doctors not involved in this case should be redacted before this document can be shown in court. | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| McCaffrey Ex. 012 | 00/00/0000 | MRK-MPF0173672 | MRK-MPF0173672 | Printout - Program List | 602 -- There is no foundation because Dr. McCaffrey had never seen this before. Also irrelevant because there is no evidence that any of this had anything to do with Vioxx (related to other Merck medicines). | | |
| McCaffrey Ex. 013 | 04/18/2006 | | | pgm_affil - status | 602 -- There is no foundation because Dr. McCaffrey had never seen this before. Also irrelevant because there is no evidence that any of this had anything to do with Vioxx -- simply related to lectures Dr. McCaffrey attended.  Also irrelevant and unfairly prejudicial because other doctors are mentioned -- all of that information should be removed before this document is shown in court. | | |
| McCaffrey Ex. 014 | 04/18/2006 | | | pgm_expns - status | 602 -- There is no foundation because Dr. McCaffrey had never seen this before. Also irrelevant because there is no evidence that any of this had anything to do with Vioxx -- simply related to lectures Dr. McCaffrey attended.  Also irrelevant and unfairly prejudicial because other doctors are mentioned -- all of that information should be removed before this document is shown in court. | | |
| McCaffrey Ex. 015 | 00/00/0000 | | | Printout | 602 -- There is no foundation because Dr. McCaffrey had never seen this before. Also irrelevant because there is no evidence that any of this had anything to do with Vioxx (related to other Merck medicines). | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| McCaffrey Ex. 016 | 04/17/2006 | | | Printout: Call_Notes | 602 -- There is no foundation because Dr. McCaffrey had never seen this before. Also irrelavant and unfairly prejudicial because other doctors and call notes relating to them are mentioned -- all of that information should be removed before this document is shown in court. Should also remove the "Case Name" and "Legal" field from the document. | | |
| McCaffrey Ex. 017 | 00/00/0000 | | | Printout: | 602 -- no foundation because witness had never seen the document before. | | |
| McCaffrey Ex. 020 | 04/00/2002 | | | Changes to the current Prescribing information and Patient Product Information for Vioxx | None | | |
| McCaffrey Ex. 021 | 12/30/1999 | | | Handwritten Office Visits for Gerald Barnett | None | | |
| Mikola Ex. 001 | 10/22/1999 | | | Medical Report for Gerald Barnett | None | | |
| Mikola Ex. 002 | 01/19/2000 | | | Mikola Medical Report - Grand Strand Regional Medical Center | None | | |
| Mikola Ex. 003 | 12/28/2001 | | | Easy Rx Form: Vioxx Tabs, 25MG | None | | |

Dated:  June 19, 2006

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Mikola Ex. 004 | 03/08/2006 | | | Medical Record for Gerald Barnett | None | | |
| Mikola Ex. 005 | 05/20/1999 | | | PI 9183800 - Vioxx label | None | | No Objection; Admissible |
| Mikola Ex. 006 | 03/09/2000 | | | Email from Edward Scolnick to Deborah Shapiro et al.; Subject:  Vigor | 401, 402, 403.  Irrelevant, and any probative value is outweighed by prejudicial effect.  Concerns preliminary analysis of data which was subsequently revised. | 401, 402, 403 | Admitted |
| Mikola Ex. 007 | 03/28/2000 | | | Laurenzi E-mail re Patrono's views on VIGOR | 401, 402, 403, 602 as used with this witness.  Witness has no personal knowledge of document or subject matter. | | |
| Mikola Ex. 008 | 04/28/2000 | | | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | 401, 402, 403, 602 as used with this Mikola.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 (602 for Weiner) | Admitted (Weiner deposition) |
| Mikola Ex. 009 | 00/00/0000 | | | Printout | None | | |
| Mikola Ex. 010 | 01/31/2001 | | | Email from Edward Scolnick to Raymond Gilmartin, et al. re: Monday MC | 401, 402, 403.  Any probative value is substantially outweighed by the potential prejudicial effect.  Also, reference to Dr. Fries is irrelevant because no evidence any one in this case had interaction with him or the doctors listed in his letter.  As used with Mikola: 401, 402, 403, 602 as used with Mikola.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admitted; No ruling on objection |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Mikola Ex. 011 | 10/15/2001 | | | Draft VIOXX Label | None.  But as used with Mikola: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admitted |
| Mikola Ex. 012 | 10/16/2001 | | | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | 401, 402, 403.  Any probative value is outweighed by prejudicial effect.  But as used with Mikola:: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | 401, 402, 403 | Admissible to the extent they relate to testimony that has been admitted |
| Mikola Ex. 013 | 2/13/2001 | | | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | 403.  Takes statement out of context and confuses jury.  Any probative value is outweighed by prejudicial effect.  But as used with Mikola:: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | 403 | Admitted |
| Mikola Ex. 014 | 11/22/2001 | | | Email from Adam Schechter to Thomas Cannell, et al. re: CV study design | 401, 402, 403.  As used with Mikola:: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | | |
| Mikola Ex. 015 | 09/14/2002 | | | Schreckengast Discharge Summary for Gerald Barnett | None | | |
| Mikola Ex. 017 | 10/12/2001 | | | Re: Selective COX-2 inhibition and aterogenesis paper | As used with Mikola:: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | | |
| Mikola Ex. 024 | 02/08/2001 | | | FDA Advisory Committee Briefing Document NDA 21-042, s007 Vioxx Gastrointestinal Safety | As used with Mikola:: 401, 402, 403, 602.  Witness has no personal knowledge of document or subject matter. | | |
| Mikola Ex. 040 | | | | Bombardier, Laine, Reicin, et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | Learned treatises are not admissible | | |

Barnett v. Merck
Exhibit A - Defendant's Objections to Plaintiff's Pre-admissible Exhibit Lists

| Exhibt No. | Document Date | Begin Bates | End Bates | Description | Merck Objection - Barnett | Merck Objection- Plunkett II | Court's Ruling - Plunkett II |
|---|---|---|---|---|---|---|---|
| Mikola Ex. 042 | 08/29/2001 | | | Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors | Learned treatises are not admissible | | |
| Mikola Ex. 044 | 04/00/2002 | | | Vioxx Package Insert | None | | |
| Mikola Ex. 047 | 07/05/2000 | | | Memo re: Cardiovascular Update - VIGOR | As used with Mikola: 401, 402, 403, 602. Witness has no personal knowledge of document or subject matter. | | |
| Mikola Ex. 049 | 02/23/2006 | | | Expression of Concern Reaffirmed | As used with Mikola: 401, 402, 403, 602. Witness has no personal knowledge of document or subject matter.  If learned treatise inadmissible.  Also 801, 802, 803 | | |
| NiesA 20050302 Ex.10 | 09/16/1998 | MRK-ABC0015053 | MRK-ABC0015214 | Clinical Study Report MK-0966 | None | | |
| Topol Dep. Ex. 06 | 04/26/2004 | | | Email from Alise Reicin to Laura Demopoulos re: JAMA Manuscript with Manuscript attached (Topol Deposition Exhibit #6) | 602 -- Topol never saw the cover email before.  Also 801, 802 -- hearsay and learned treatises are not admissible. | No Objection to cover email | Admitted |
| Topol Dep. Ex. 07 | 06/12/2001 | | | Email from Alan Nies to Laura Demopoulos, et al. re: Topol Manuscript (Topol Deposition Exhibit #7) | No objection to cover email.  Rest of exhibit is hearsay (801, 802) | No Objection to cover email | Admitted; No ruling on objection |
| Topol Dep. Ex. 25 | | | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies (Topol Deposition Exhibit #25) | 602, 401, 402, 403.  No foundation to use this document with Topol.  Also irrelevant and prejudicial since there is no evidence that any of Mr. Barnett's doctors ever saw this card. | | |