# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1793 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| MELISSA RIZVI, ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF MELISSA RIZVI

Considering the foregoing Stipulation of Dismissal Without Prejudice of Claims of Melissa Rizvi,

IT IS ORDERED, that the claims of Melissa Rizvi against Merck & Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1