UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: Daisy Stevens v. Merck & Co., Inc., No. 05-04617 | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Daisy Stevens ("Stevens"), and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal *with prejudice* of the above-styled lawsuit.

Stevens stipulates and agrees to dismiss the instant lawsuit *with prejudice* to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit *with prejudice* to re-filing.

*/s/ Joy Rhyne Webb*
Joy Rhyne Webb
N.C. State Bar No. 22286
Browne, Flebotte, Wilson & Webb, PLLC
P.O. Box 2247
Durham, NC 27702
Telephone: (919) 688-7393 ext. 225
Facsimile: (919) 683-6323
Email: jwebb@browneflebotte.com

Counsel for Plaintiff,
Daisy Stevens

1

*/s/ Dorothy H. Wimberly*
Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Whittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel

*/s/ Robert A. Meynardie*
Robert A. Meynardie
N.C. State Bar No. 20566
Stephen D. Martin
N.C. State Bar No. 28658
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
Facsimile: (919) 877-3799
Email: bob.meynardie@nelsonmullins.com
    steve.martin@nelsonmullins.com

Attorneys for Merck & Company, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20 day of June, 2006.

*Dorothy H. Wimberly*