UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| | * | |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | |
| This document relates to: Jeffrey Adkins v. | * | JUDGE FALLON |
| Merck & Co., Inc., No. 05-4705; Karen Arnoff v. | * | |
| Merck & Co., Inc., No. 05-3193; Andrew Barnes v. | * | |
| Merck & Co., Inc., No. 05-3457; Linda Bailes v. | * | |
| Merck & Co., Inc., No. 05-3191; Pamala Brewer v. | * | |
| Merck & Co., Inc., No. 05-3466; Russell | * | |
| Davidson v. Merck & Co., Inc., No. 05-3562; | * | |
| James Distel v. Merck & Co., Inc., No. 05-3201; | * | |
| Estel Edwards v. Merck & Co., Inc., No. 05-3476; | * | |
| Richard Farnsworth v. Merck & Co., Inc., No. | * | |
| 05-3475; Dolores Fetterman v. Merck & Co., Inc. | * | |
| No. 05-3489; Lee Gill v. Merck & Co., Inc., No. | * | |
| 05-3177; Eugene Hamilton v. Merck & Co., Inc., | * | |
| No. 05-2939; Robert Hensler v. Merck & Co., Inc., | * | |
| No. 05-3546; Giuseppe Immorlica v. Merck & Co., | * | |
| Inc., No. 05-3505; Dale Jackson v. Merck & Co., | * | |
| Inc., No. 05-3525; Theodore Jenda v. Merck & Co., | * | |
| Inc., No. 05-3456; Henry Johnson v. Merck & Co., | * | |
| Inc., No. 05-6762; Doris Kitson v. Merck & Co., | * | |
| Inc., No. 05-3188; Rose Kolar v. Merck & Co., | * | |
| Inc., No. 05-3521; Gary Lindsey v. Merck & Co., | * | |
| Inc., No. 05-3527; David Lundgren v. Merck & | * | |
| Co., Inc., No. 05-3564; Michael Nolan v. Merck & | * | |
| Co., Inc., No. 05-3515; Johanna Risner v. Merck & Co., | * | |
| Inc., No. 05-3473; Norman Robinson v. Merck & | * | |
| Co., Inc., No. 05-3540; Caroline Sanker v. Merck & Co., | * | |
| Inc., No. 05-3552; Dorothea Small v. Merck & Co., | * | |
| Inc., No. 05-3506; Glenn Smith v. Merck & Co., | * | |
| Inc., No. 05-3548; Charlene Sparren v. Merck & | * | |
| Co., Inc., No. 05-3534; Lowell Staker v. Merck & | * | |
| Co., Inc., No. 05-3509; Valerie Wallace v. Merck & | * | |
| Co., Inc., No. 05-3533. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the above-styled captions ("Plaintiffs") and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of the above-styled lawsuits, subject to the following conditions:

1.   Plaintiffs agree that, in the event any or all of them re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.   Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had had an opportunity to participate in that discovery.

Plaintiffs agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

6/66/06
DATE

UNITED STATES DISTRICT JUDGE

Stephen S. Crandall #0063810
James M. Kelley III #0061990
Elk & Elk Co., L.P.A.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Telephone:     (440) 442-6677
Facsimile:     (440) 442-8281


Attorneys for Plaintiffs


Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:     (504) 581-3200
Facsimile:     (504) 581-3361

Defendant's Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:     (405) 235-9621
Facsimile:     (405) 235-0439

Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 24 day of May, 2006.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®                                        *          MDL Docket No. 1657
                                                     *
                                                     *
                                                     *
PRODUCTS LIABILITY LITIGATION                        *          SECTION L
                                                     *
                                                     *
This document relates to: Jeffrey Adkins v.          *          JUDGE FALLON
Merck & Co., Inc., No. 05-4705; Karen Arnoff v.      *
Merck & Co., Inc., No. 05-3193; Andrew Barnes v.     *
Merck & Co., Inc., No. 05-3457; Linda Bailes v.      *
Merck & Co., Inc., No. 05-3191; Pamala Brewer v.     *
Merck & Co., Inc., No. 05-3466; Russell              *
Davidson v. Merck & Co., Inc., No. 05-3562;          *
James Distel v. Merck & Co., Inc., No. 05-3201;      *
Estel Edwards v. Merck & Co., Inc., No. 05-3476;     *
Richard Farnsworth v. Merck & Co., Inc., No.         *
05-3475; Dolores Fetterman v. Merck & Co., Inc.      *
No. 05-3489; Lee Gill v. Merck & Co., Inc., No.      *
05-3177; Eugene Hamilton v. Merck & Co., Inc.,       *
No. 05-2939; Robert Hensler v. Merck & Co., Inc.,    *
No. 05-3546; Giuseppe Immorlica v. Merck & Co.,      *
Inc., No. 05-3505; Dale Jackson v. Merck & Co.,      *
Inc., No. 05-3525; Theodore Jenda v. Merck & Co.,    *
Inc., No. 05-3456; Henry Johnson v. Merck & Co.,     *
Inc., No. 05-6762; Doris Kitson v. Merck & Co.,      *
Inc., No. 05-3188; Rose Kolar v. Merck & Co.,        *
Inc., No. 05-3521; Gary Lindsey v. Merck & Co.,      *
Inc., No. 05-3527; David Lundgren v. Merck &         *
Co., Inc., No. 05-3564; Michael Nolan v. Merck &     *
Co., Inc., No. 05-3515; Johanna Risner v. Merck & Co., *
Inc., No. 05-3473; Norman Robinson v. Merck &        *
Co., Inc., No. 05-3540; Caroline Sanker v. Merck & Co., *
Inc., No. 05-3552; Dorothea Small v. Merck & Co.,    *
Inc., No. 05-3506; Glenn Smith v. Merck & Co.,       *
Inc., No. 05-3548; Charlene Sparren v. Merck &       *
Co., Inc., No. 05-3534; Lowell Staker v. Merck &     *
Co., Inc., No. 05-3509; Valerie Wallace v. Merck &   *
Co., Inc., No. 05-3533.                              *
                                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

811421v.1

## CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8A

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court she will make the change directly on File & Serve to reflect the dismissal without prejudice of the above-referenced cases.

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:     (504) 581-3200
Facsimile:     (504) 581-3361

Defendant's Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone:     (405) 235-9621
Facsimile:     (405) 235-0439

Counsel for Defendant Merck & Co., Inc.

Stephen S. Crandall #0063810
James M. Kelley III #0061990
Elk & Elk Co., L.P.A.
6110 Parkland Boulevard
Mayfield Heights, Ohio 44124
Telephone:     (440) 442-6677
Facsimile:     (440) 442-8281

Attorneys for Plaintiffs

811421v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Certificate of Compliance With Pre-Trial Order 8A has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 24 day of May, 2006.

811421v.1