UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**THIS DOCUMENT RELATES TO:** *Betty S. Smith v. Merck & Co., Inc.,* **No. 05-0460**

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Betty S. Smith ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of Plaintiff's claims against Merck. Specifically, the parties hereby stipulate and agree as follows:

1. Plaintiff dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court and it will not include defendants whose presence would destroy diversity jurisdiction;

3.   Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liability Litigation* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

4.   Each party will bear its own fees, expenses and costs.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. By signing below, Plaintiff's counsel of record, Mark B. Hutton, hereby certifies that, upon order of this Court granting said stipulation of dismissal without prejudice, he shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pre-Trial Order No. 8A, paragraph 14.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Betty S. Smith in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

2

Respectfully Submitted by:

Dated: _May 30_, 2006

Mark B. Hutton
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638
Telephone: (316) 688-1166
Telecopier: (316) 686-1077

Attorney for Plaintiff Betty S. Smith

Dated: _June 20_, 2006

Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

and

John C. Aisenbrey, KS Bar # 16187
George F. Vershelden, KS Bar # 21469
STINSON MORRISON HECKER, LLP
1201 Walnut Street
Kansas City, MO 64106
Telephone: (816) 842-8600
Telecopier: (816) 691-3494

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 20 day of June, 2006.

*Dorothy H. Wimberly*