

Printed on Recycled Paper
20% Post Consumer Waste

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
**HEALTH SCREENING**

NAME: Dedrick, Anthony          NUMBER: ZZ7853  DOB: 8/16/55
    Last         First       Initial

RECEIVING INSTITUTION: _____ WTSP-3 _____          DATE: 10/12/95 TIME: 11°° a.m./p.m.

**INQUIRE INTO:**

1. Are you currently being treated for any illness or health problem (including dental, venereal disease, or other infectious diseases)?  _X_ Yes _____ No  If yes, describe: hypotension, diabetes

2. Do you have any medical or dental complaints at this time?  _X_ Yes _____ No  If yes, describe: hearing

3. Are you currently on any medication(s)? _X_ Yes ___ No  If yes, was the medication transferred with the inmate? _X_ Yes _____ No (requires visual verification)

4. Have you recently used alcohol or other drugs? _____ Yes _X_ No  If yes, describe: (Include type, mode, amount, frequency, last use, problems resulting from discontinuance, detoxification involvement)

5. Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s) or suicidal behavior? _____ Yes _X_ No  If yes, describe: _____

6. Do you have any allergies? _____ Yes _X_ No  If yes, describe: _____

7. (For women) a. LMP _____  b. Are you pregnant? _____ Number of months _____ c. Have you delivered recently? _____ Date: _____ d. Are you on birth control pills? _____ e. Any gynecological problems? If yes, describe: _____

**OBSERVE:**

1. Behavior (including state of consciousness, mental status, appearance, conduct, tremor and sweating): _X_ Normal _____ Abnormal  If abnormal, describe: _____

2. Body deformities, condition of skin (including needle marks, trauma markings, bruises, lesions, jaundice, rashes and infestation(s): _X_ Yes _____ No If yes, describe: tattoo - ℗ shoulder, scar - ℗ side, abdomen

**DISPOSITION:**

_____ Housed with general population and instructed on emergency and sick call procedures for medical, dental and psychiatric/mental health services

_____ Housed with general population and prompt referral appointment with health provider 7A-09

_____ Referred to appropriate health provider on an emergency basis

**ADDITIONAL COMMENTS ON BACK OF FORM:**
_____ Yes _____ No

_Heather Gregory LPN_
Employee Signature and Title

I have received a copy of the procedure for obtaining routine and emergency health care (medical, dental and/or mental health).  It has been explained to me and I understand how to access health care services.

X _____
Inmate Signature

Original:  Inmate's Health Record
CR-2178 (Rev. 10/94)

RDA-1100

914-D

# STATE OF TENNESSEE
# DEPARTMENT OF CORRECTION

## DENTAL RECORD

**SECTION 1  DENTAL EXAMINATION**

PURPOSE OF EXAMINATION

1. Classification

MISSING TEETH AND EXISTING RESTORATIONS

REMARKS:

Med. H.
1. Diabetic
2. HBP
(Had rheumatic fever)

SIGNATURE OF DENTIST COMPLETING THIS SECTION _____  DATE 10/13/99

2. DISEASES, ABNORMALITIES, AND X-RAYS

| A. | CALCULUS | | |
|---|---|---|---|
| | SLIGHT ☒ | MODERATE | HEAVY |
| B. | PERIODONTOCLASIA | | |
| | LOCAL | GENERAL | |
| | INCIPIENT | MODERATE | SEVERE |
| C. | STOMATITIS (Specify) | | |
| D. | ☒ GINGIVITIS | VINCENT'S ANGINA | |

DENTURES NEEDED
(Include dentures needed after indicated extractions)

| FULL | | PARTIAL | |
|---|---|---|---|
| U | L | U ☒ | L |

ABNORMALITIES OF OCCLUSION—REMARKS:

C II

No. 1. Operative
2. Periods
3. Prosthetic

SIGNATURE OF DENTIST COMPLETING THIS SECTION _____  DATE 10/13/99

3. INDICATE X-RAYS USED IN THIS EXAMINATION

| FULL MOUTH PERIAPICAL | POSTERIOR BITE-WINGS | OTHER (Specify) |
|---|---|---|
| | | Pano |

DATE 10-13-99

PATIENTS NAME  Dedrick, Anthony

NAME OF HOSPITAL  WTSP-3

REGISTER NO.  22-853

| LAST NAME | FIRST NAME | MIDDLE NAME | WARD |
|---|---|---|---|
| CR-1889 | | (USE BOTH SIDES) | |

RDA-1458

DedrickA-SSAdmin-      00002

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick, Anthony

NUMBER 227853

WEST TENNESSEE STATE PENITENTIARY CLINIC

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 10·13·99 | 8A | S | To clinic for HIV pre-test counseling |
| | | O | HIV education/teaching needed |
| | | A | Knowledge deficit of HIV/AIDS related to disease transmiss |
| | | P | prevention, testing procedure, treatment, and confidentia Information about HIV/AIDS given to inmate on the followi transmission, prevention, testing and confidentiality |
| | | I | HIV/AIDS teaching/counseling on form CR 2742 |
| | | E | Inmate voices understanding, agrees—Broach Mullins, LP |
| 10·13·99 | 8A | S | Inmate in clinic for new intake lab and HIV testing |
| | | O | Lab work to be drawn as follows |
| | | | DNA ☐ done due to ☐ VHS |
| | | | RPR |
| | | | Chem Scan |
| | | | CBC c̄ diff |
| | | | Urinalysis |
| | | | GC/Chlamydia urethral swab |
| | | | HIV            ; Pre-test counseling completed; consent needed/not needed |
| | | A | Intake lab as required as per policy |
| | | P | Obtain lab |
| | | | Get consent for HIV test if needed |
| | | I | Lab drawn and sent to LABCORP and/or state lab |
| | | | Consent signed if indicated |
| | | E | Inmate voices understanding—Broach Mullins, LP |
| 10·13·99 | 8A | WTSP·3 | 0.1cc ① FA PPD planted, 0.5ml Tetanus-toxoid given ② deltoid —Broach Mullins, LP |

CR-1884 (Rev 8/90)                    Do Not Write on Back

RDA-1

DedrickA-SSAdmin-     00003



# TENNESSEE DEPARTMENT OF CORRECTION

## HEALTH HISTORY

Name _Dedrick, Anthony_  Number _227853_  Age _44_

SS# _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_  Sex _M_  Race _W_  D.O.B. _8/14/55_

Next of Kin: Name _Phil Dedrick_  Relation _Brother_

Address: _PO 1325_

City: _Waynesboro_  State: _TN_  Zip: _38485_

Phone: Area Code _931_  Number _722 7716_

### DO NOT WRITE BELOW THIS LINE

Defined Data Base: Date _10_ / _13_ / _99_
                         Month    Day    Year

Institution: _WTSP-3_

Height: _5'11_  Weight: _190 lbs_  Blood Pressure Sitting _120/80_ Temp: _98²_ Pulse _80_ Resp. _20_

Hair Color: _Gray_ brownish  Color of Eyes: _Brown_  Build: _Average_

| | |
|---|---|
| DATE, if done on Admission _10/13/99_<br><br>Serology _10-13-99_  EKG _10-21-99_<br>Urinalysis _10-13-99_  Chest X-Ray _11-5-99_<br>CBC _10-13-99_  Hemocult _refused_<br>Chem. Scan _10-13-99_<br>Tetanus Toxoid _10-13-99_<br>Other _____ | ALLERGIES: _NKDA_<br>____<br>____<br>____<br>____ |

Date of T.B. Skin Test _10-13-99_
Date Read _10-15-99_ Results _0_ mm
(Record in MM.)

Visual Acuity (Snellen)  R. _20/20_  L. _20/20_

Audiometric Screening (20 db.)

| 71. | AUDIOMETER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 250<br>250 | 500<br>515 | 1000<br>1001 | 2000<br>2011 | 3000<br>2900 | 4000<br>1000 | 6000<br>5115 | 8000<br>8175 |
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

Current Medications: (Specify drug, strength, dosage form and frequency)

_Adalat 1X A Day_

_Glyburide 1X a day_

CR-2007

RDA-1458

DedrickA-SSAdmin-   00004

1. **Family History:** Have any of your family or relatives had any of the following: If so, specify who.

Heart Disease ✓                Tuberculosis ✓ greatuncle   Cancer ✓ sister
Sickle Cell    none           Diabetes ✓               Seizures 0
Hypertension ✓           Mental Illness               Other 0
Are parents still living? Father Dead

2. **Social History:**

Usual Occupation Equipment Operator   Previous Incarcerations None
Marital Status  Divorced              Old Number (TN,
Alcoholism     No                     Other State, Fed.)  None
Narcotic or Drug Habit    No          Unusual Family Situations mother Invalid

3. When did you last see a doctor? 27 Sept 99
For What Reason: Blood Pressure + Diabetes

4. Have you ever been told by a doctor that you now have or have had any of the following:  Answer questions by checking yes or no.

| No | | | Yes | FOR CLINIC USE ONLY |
|---|---|---|---|---|
| ___ | a. | Rheumatic Fever | ✓ | |
| ✓ | b. | Heart trouble | | |
| ___ | c. | High Blood Pressure | ✓ Low | |
| ✓ | d. | Thyroid trouble or Goiter | ___ | |
| ___ | e. | Diabetes Is any member of your family a diabetic? yes What relation? Mother, brother, nephew | ✓ | |
| ✓ | f. | Kidney infections or Stones | ___ | |
| ✓ | g. | Jaundice, hepatitis or liver disease | ___ | |
| ✓ | h. | Ulcer | | |
| ___ | i. | Pneumonia | ✓ | |
| ✓ | j. | Tuberculosis | ___ | |
| ✓ | k. | Gallbladder Disease | ___ | |
| ✓ | l. | Venereal Disease | ___ | |
| ✓ | m. | Asthma | ___ | |
| ✓ | n. | Emphysema | ___ | |
| ✓ | o. | Anemia | ___ | |
| ✓ | p. | Hemophelia | ___ | |
| ✓ | q. | Cancer | ___ | |
| ✓ | r. | Epilepsy or Seizure disorder | ___ | |
| ___ | s. | Allergies, (if yes, do you know what you are allergic to?) | ✓ common hay fever | |
| ___ | t. | Any other serious illness, or injuries or operations, hospitalizations? | ✓ | |

CR-2007

-2-

RDA-1458



DedrickA-SSAdmin-   00005

Name: *Dedrick, Anthony*

Number: *227 853*

Date:                    Name of Hospital            Location            Reason

No                                    Yes

FOR CLINIC USE ONLY

_X_ u.  Any history of treatment in a Mental Health Clinic or Psychiatric Hospital?  ___

5.

___ a.  Has there been any change in your weight in the past year?  ✓

1. Lost _x_ How much *25 lb*
2. Gain ___ How much ___

___ b.  Have you ever had excessive anxiety/ nervousness, depression or worrying?  ✓

___ c.  Have you noticed a change in size or color of any wart or mole, or the appearance of a new one?  ✓

___ d.  Any itching, skin rash or boils?  ✓

_Q_ e.  Do you use tobacco?  ✓
   ✓  1.  Chew
   ✓  2.  Pipe       ___
   ___ 3.  Cigars     ___
   ___ 4.  Cigarettes  ✓
       5.  How many cigars, cigarettes, or pipes do you smoke in 24 hrs.? *2 pack*

6.  HEAD AND NECK

No                                    Yes

___ a.  Do you have dizzy spells?  ✓

___ b.  Do you have frequent headaches?  ✓
   How often? *once a day*
   What medicine helps your headaches? *Tykenol PM*

CR-2007                          -3-

6.  HEAD AND NECK (Cont'd.)

No                              Yes                    FOR CLINIC USE ONLY

X c.  Do you have any          — have in the past
       lumps or swelling          in Groin
       in your neck, armpits,
       groin or other areas?

7.  EYES

__ a.  Do you wear glasses     __
       or contact lens?
       For how long?
X b.  Do you see double?      __
X c.  Do you ever see         __
       colored halos
       around lights?
__ d.  When were your eyes    ✗
       last examined?
       1993
__ e.  Do you have trouble    ✓
       seeing objects at a
       distance or near
       objects such as a
       newspaper?
__ f.  Do you have vision     ✓
       in both eyes?

8.  EARS

__ a.  Do you have diffi-     ✓
       culty hearing?
__ b.  Have you had any       ✓
       earaches lately?       __
__ c.  Do you have repeated   ✓
       buzzing or ringing
       in your ears?

9.  MOUTH, NOSE AND THROAT

__ a.  Do you have any        ✓
       trouble with your
       teeth or gums?
__ b.  When did you last      ✗
       see a dentist?
       1997
__ c.  Have you ever had      ✓
       sinusitis?
X d.  Does your nose ever    __
       bleed for no reason
       at all?
__ e.  Is your voice more     ✓
       hoarse now than in
       the past?

CR-2007                              -4-

                                                      RDA-

DedrickA-SSAdmin-    00007

Name __Dedrick, Anthony__          Number __227853__

10. RESPIRATORY

No                              Yes

                                                  FOR CLINIC USE ONLY

X  a.  Do you have a chronic cough?

___ b.  Do you cough up any material?   ✓

X  c.  Do you have trouble getting your breath after climbing one flight of stairs or walking one city block?

X  d.  Do you have frequent colds or influenza attacks?

11. CARDIOVASCULAR

X  a.  Do you ever get pains or tightness in your chest?

___ b.  Have you been bothered by a thumping or racing heart?   ✓

X  c.  Do you have shortness of breath while doing your usual work?

X  d.  Are you using more pillows at night to breathe?

X  e.  Do you have trouble with swollen feet and ankles?

___ f.  Do you use a lot of salt on your food?   ✓

12. DIGESTIVE

X  a.  Do you suffer discomfort in the pit of your stomach?
    X  1.  Nausea
    X  2.  Vomiting
    X  3.  Indigestion
    X  4.  Heartburn

___ b.  Is it painful or difficult for you to swallow liquids or solid foods?   ✓  Lately

CR-2007                    –5–

RDA-1458

DedrickA-SSAdmin-    00008

12. DIGESTIVE (Cont'd.)

| No | | Yes | FOR CLINIC USE ONLY |
|----|---|-----|---------------------|
| ✓ | c. Do you have trouble with bowel movements? | | |
| ✓ | 1. Hemorrhoids | | |
| ✓ | 2. Bleeding | | |
| ✓ | 3. Constipation | | |
| ✓ | 4. Diarrhea | | |
| ✓ | 5. Bloody or Black Stools | | |
| ✓ | 6. Rectal Pain | | |

13. URINARY

___ a. Do you frequently get up at night to urinate?   ✓

___ b. Have you ever had burning or pains when you urinate?   ✓  iN Kidney area

14. MUSCULOSKELETAL

___ a. Are you troubled with stiff or painful muscles or joints?   ✓

___ b. Are your joints ever swollen?   ✓

___ c. Have you ever had any broken bones?   ✓  Right wRist, Jaw

___ d. Do you have difficulty bending or moving in certain ways?   ✓

15. FOR MALES ONLY

___ a. Is your urine stream very weak and slow?   ✓

✓ b. Has a doctor ever told you that you have prostate trouble?

✓ c. Have you had any burning or discharge from your penis?

___ d. Do you have any pain,  ✓  iN the pasT  swelling, sores or lumps on your testicles or penis?

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.

Date: __10/13/99__

X _____
Signature of Patient

_____
Signature of Person Collecting History

CR-2007                                        -6-                                        RDA-1458

DedrickA-SSAdmin-     00009

  

## TENNESSEE DEPARTMENT OF CORRECTION
### HEALTH SERVICES
### HEALTH CLASSIFICATION SUMMARY

Name: Dedrick, Anthony   Number: 777853   Date of Birth: 8/16/55

Physical Exam Date: 10/13/99          Dental Exam Date: 10-13-99

Allergies: _____

| | Code | Description |
|---|---|---|
| Health Classification (Code): ___B___ | Ⓐ | Class A - No Restrictions |
| | Ⓑ | Class B - Moderate Restrictions |
| | C | Class C - Severe Restrictions |
| Treatment Recommendation (Code): ___2___ | 1 | Grade 1 - Minor Attention Required |
| | Ⓩ | Grade 2 - Periodic Attention Required |
| | 3 | Grade 3 - Close Medical Supervision Required |
| Mental Health Treatment History (Code): _4_ | 1 | Inpatient |
| (Based on health record information | 2 | Outpatient |
| provided by Mental Health Treatment Team) | 3 | Inpatient/Outpatient |
| | ④ | No known history |
| Health Related Restrictions (Codes): B J m | 5 | None |

(List all applicable, circle codes)

| Code | Health Related Restrictions | Code | Health Related Restrictions |
|---|---|---|---|
| A | Visual Impairment | P | Neurological Disease/Disorder |
| Ⓑ | Hearing Impairment | Q | Arthritis |
| C | Speech Impairment | R | Obesity |
| Ⓓ | Orthopedic Disease/Disorder | S | Aging |
| E | Amputation/Missing Extremity | T | Dermatological Disease/Disorder |
| F | Pregnancy | U | Prosthetic Device Associated with Disability: (Specify) _____ |
| G | Cancer | | |
| H | Asthma/Hay Fever | | |
| I | Allergies | V | Confined to a Wheelchair/Mobility |
| | a) Drug ____ b) Other ____ | W | Mental Retardation |
| Ⓙ | Diabetes | X | Mental Illness |
| K | Seizure Disorder | Y | G.U. Disease |
| L | Cardiovascular Disease/Disorder | Z | Other: _____ |
| Ⓜ | Hypertension | | |
| N | Pulmonary Disease/Disorder | | |
| O | Gastrointestinal Disease/Disorder | | |

Original:   Inmate's Health Record
Copy:       Institutional File
            Jobs Coordinator

CR-1886 (Rev. 6/96)
Page 1 of 2

RDA 1458

DedrickA-SSAdmin-   00010

## TENNESSEE DEPARTMENT OF CORRECTION
### HEALTH CLASSIFICATION SUMMARY

Name: _Dedrick, Anthony_ Number: _ZZ7853_ Date of Birth: _8/16/55_

Specific Restrictions (Codes): _Mw_

(List all applicable, circle codes)

| Code | Restrictions/Abilities | Comments |
|---|---|---|
| A | Complete bed rest or limited activity | |
| B | Sedentary work only—lifting 10 lbs. maximum, occasional walking or standing | |
| C | No heavy lifting—lifting 20 lbs. maximum, able to frequently lift or carry objects weighing up to 10 lbs. | |
| D | Light work only—lifting 50 lbs. maximum, able to frequently lift or carry objects weighing up to 20 lbs. | |
| E | Medium work only—lifting 100 lbs. maximum, able to frequently lift or carry objects weighing up to 50 lbs. | |
| F | No continuous strenuous activity for extended periods of time: (Specify) _____ | |
| (G) | No continuous standing or walking for extended periods of time: (Specify) _> 7 0_ | Added 6/18/01 |
| H | No stooping or bending | |
| (I) | Housed on first floor/bottom bunk, no climbing and balancing (uneven ground) | 8/31/00 |
| J | No exposure to loud noises | |
| K | No exposure to dusty areas | DATE _10-14-99_ |
| L | No participation in weight lifting or strenuous athletics | TIME _____ |
| M | No activity involving potentially dangerous machinery or equipment | SYED ASGHAR ABBAS ZAIDI M D |
| N | No activity involving food preparation/handling | |
| O | Special footwear required | |

BILL HARBER, PA-C

_And    PAC_                _10/13/99_
Medical Practitioner Signature          Date

_____
Physician's Signature          Date

REVIEW DOCUMENTATION

_____   _8-31-00_
Medical Practitioner Signature          Date

_____
Physician's Signature          Date

Original:   Inmate's Health Record
Copy:       Institutional File
            Jobs Coordinator
CR-1886 (Rev. 6/96)
Page 2 of 2

RDA 1458

DedrickA-SSAdmin-    00011



# TENNESSEE DEPARTMENT OF CORRECTION

## REPORT OF PHYSICAL EXAMINATION

Name: Dedrick, Anthony    Number: 227853    Date of Exam: 10/13/99

INSTITUTION: WTSP-3

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Use progress notes for additional information.)

| NOR-MAL | CLINICAL EVALUATION (Check each item in appropriate column; enter "NE" if not evaluated.) | AB-NOR-MAL | NOTES |
|---|---|---|---|
| ✓ | 1. GENERAL: Appearance, Nails, Skin, and Identifying Marks, Tattoos, etc. | | |
| ✓ | 2. EYES: General, Opthalmoscopic; Pupils, and Ocular Motility | | |
| | 3. HEAD AND NECK | | |
| ✓ | 4. EARS: External and Otoscopic | ✓ | ↓ Hearing |
| ✓ | 5. MOUTH AND THROAT | | |
| ✓ | 6. NOSE AND SINUSES | | |
| | 7. LUNGS AND CHEST | | |
| | 8. CARDIOVASCULAR: Heart and Vascular System | ✓ | Hypertension |
| ✓ | 9. ABDOMEN: Inspection, Auscultation and Palpation | | |
| ✓ | 10. RECTUM AND ANUS: (Hemorrhoids, Fistulae and Prostate, if indicated) | | |
| ✓ | 11. G.U. SYSTEM: a. Genitalia b. Hernia | | |
| ( | 12. PELVIC | | |
| ✓ | 13. ENDOCRINE | ✓ | Diabetes |
| ✓ | 14. MUSCULOSKELETAL SYSTEM: Spine, Upper Extremities and Lower Extremities | | |
| ✓ | 15. NEUROLOGICAL: Cranial Nerves, Motor Functions, Cerebella and DTR's | | |
| ✓ | 16. PSYCHIATRIC | | |

T-98.2   P- 80   R- 20   BP-130/80   WT- 210   20/20 20/20

## SUMMARY OF DEFECTS AND DIAGNOSES

Decreased Hearing
Hypertension
Diabetes

DATE 10·14·99
TIME
SYED ASGHAR ABBAS ZAIDI M D

WORK CLASSIFICATION BASED ON PHYSICAL EXAMINATION: A

BILL HARBER, PA-C
PRINT NAME OF MEDICAL PRACTITIONER

SIGNATURE OF MEDICAL PRACTITIONER

SIGNATURE OF

 

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: _Dedrick, Anthony_ NUMBER _227 853_

~~WEST TENNESSEE STATE~~
~~PENITENTIARY~~
CLINIC

S=SUBJECTIVE      O=OBJECTIVE      A=ASSESSMENT      P=PLAN      I=INTERVENTION      E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 10/13/99 | 8A | WTSP3 | Arrived 10/12/99 c̄ Glucotrol XL 5mg, Adalat cc 60mg 1 po qd ——— Roach Mullis, rn |
| 10/13/99 1/99 | 11⁵⁰A | WTSP3 clinic | EKG complete. Job # 1410 ——— Heather Gregory, LPN Entrance Pe — States has had hearing Problem for years. Hx diabetes + Hypertension See care ——— Doug Harber, PA-C |
| 10/22/99 10/27/99 | 8A | clinic | PPD read Ø (illegible) ——— (Roach Mullis, rn? P) review of BP + BS. Both normal Cont c̄ current Rx |
| 5/99 | 8A | clinic | Officer Pickman attempted to bring inmate to Clinic for CXR, Dx HIV. Inmate refused to come. (Roach Mullis, rn) |
| 5/99 | 7A | clinic | No show for S/C c̄ C/O "tooth ache" Teresa Pattison (P) |
| 16/99 | 0700 | clinic | No show for S/C for C/O tooth ache. Tina Ansedra |
| /22/99 | 7A | WTSP3 clinic | No show for S/C c̄ C/O "tooth ache. Teresa Pattison |
| | | | |
| | | | |
| | | | |

Do Not Write on Back

CR-1884 (Rev 8/90)

RDA-1458

DedrickA-SSAdmin-     00013

BI01MHN
WTHS
CRAPCL01

TOMIS
CLASSIFICATION PSYCHOLOGICAL SUMMA
12/07/1999

TOMIS ID: 00227853
OFFENDER NAME: DEDRICK, ANTHONY W.

TESTS ADMINISTERED:

**CONFIDENTIAL**

| REV. BETA II: 115.0 | GATB: | 0.0 | WRAT: | 999.9 | CPS: | 0.0 |
| SLOSSON: 0.0 | WAIS-R: | 0.0 | PPVT: | 0.0 | MMPI: | 0.0 |

FINDING DATE: 10/18/1999    FINDING TYPE: PSYCHOLOGICAL EVALUATION
PSYCHOLOGICAL EXAMINER: JACOBY, GEORGE E.

TEST SYNOPSIS/ASSESSMENT COMMENTS:

ANTHONY DEDRICK IS A 44 YEAR OLD WHITE MALE INMATE WHO STATED THAT HE
IS SERVING TIME FOR VIOLATING HIS PROBATION WITH A DUI. HE AVERRED
THAT HE WAS ORIGINALLY PLACED ON PROBATION FOR VEHICULAR ASSAULT. HE
REPORTED THAT HE HAS A TOTAL OF 4 DUI OFFENCES AS AN ADULT AND HE
DENIES ANY JUVENILE CHARGES.

INMATE DEDRICK STATED THAT HE HAS A GED AND WAS EVEN PURSUING AN
ASSOCIATES DEGREE IN BUSINESS MANAGEMENT; THAT HE WAS NEVER SUSPENDED
FROM SCHOOL. HE STATED THAT HE HAD BEEN RECENTLY EMPLOYED FOR AS LONG
AS 4 YEARS FOR THE SAME EMPLOYER AND EVEN HAS A SKILL AS AN EQUIPMENT
OPERATOR. HE LISTED SPARE TIME ACTIVITIES INCLUDING CAMPING, FISHING,
AND SPENDING TIME WITH FRIENDS. THIS INMATE REPORTED HEAVY ALCOHOL
ABUSE.

INMATE DEDRICK SCORED IN THE HIGH AVERAGE RANGE ON THE GROUP
INTELLIGENCE TEST. ACADEMICALLY, HE READS AT THE HIGH SCHOOL LEVEL,
SPELLS AT THE 8TH GRADE LEVEL, AND DOES ARITHMETIC AT THE HIGH SCHOOL
LEVEL.

INMATE DEDRICK IS AVERAGE IN SIZE. HE WAS COOPERATIVE AND IN GOOD
SPIRITS WHEN HE PRESENTED HIMSELF FOR THE INTERVIEW AS WELL AS
DISPLAYING EMOTIONS ESSENTIALLY IN THE NORMAL RANGE AND A SENSE OF
HUMOR. HOWEVER, HE DID LACK INSIGHT REGARDING SUBSTANCE DEPENDENCE
ISSUES AND RATIONALIZED SOME OF HIS BEHAVIOR THEREOF.

IT IS FAVORABLE THAT INMATE DEDRICK DISPLAYED GOOD ACHIVEMENT
MOTIVATION AND ADJUSTMENT IN THE ACADEMIC SPHERE AS WELL AS GOOD
ACHIEVEMENT MOTIVATION AND ADJUSTMENT VOCATIONALLY. HOWEVER, HE DOES
HAVE ALCOHOL DEPENDENCE. HE NEEDS TO PURSUE SUBSTANCE ABUSE TREATMENT;
UNFORTUNATELY, WHEN ASKED ABOUT THIS BY THE EXAMINER HE RESPONDED



DedrickA-SSAdmin-    00014

BI01MHN
WTHS
CRAPCL01



TOMIS
CLASSIFICATION PSYCHOLOGICAL SUMM?
12/07/1999

TOMIS ID: 00227853
OFFENDER NAME: DEDRICK, ANTHONY W.

FINDING DATE: 10/18/1999     FINDING TYPE: PSYCHOLOGICAL EVALUATION
PSYCHOLOGICAL EXAMINER: JACOBY, GEORGE E.

TEST SYNOPSIS/ASSESSMENT COMMENTS:

AMBIVALENTLY.

INMATE DEDRICK STATED THAT HE HAS NEVER BEEN TO A MENTAL HEALTH CENTER
NOR EVER RECEIVED PYCHOTROPIC MEDICATION. HE DENIES ANY HISTORY OF
SUICIDE ATTEMPTS. BRIEFLY, AT THE TIME OF THE INTERVIEW THERE WAS NO
INDICATION OF THROUGHT OR MOOD DISORDER NOR OF PARANOIA. IF THIS
INMATE'S ATTITUDE CHANGES IN THE AFFIRMATIVE AND TERMS OF SUBSTANCE
ABUSE TREATMRNT, HE WOULD BE A GOOD CANIDATE.

GEORGE JACOBY, M.A.
LICENSED PSYCHOLOGICAL EXAMINER

ANN MCSPADDEN, PH.D.
CLINICAL PSYCHOLOGIST

** END OF REPORT **



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: _Dedrick Anthony_   NUMBER _227853_

WEST TENNESSEE STATE PENITENTIARY CLINIC

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| Date | Time | Prob. No. | |
|---|---|---|---|
| 11/22/99 | 7ᵃ | WTSP3 | (S) Inmate to clinic c/o tooth pain – had tooth pulled last week. States tooth area is still hurting. need to see dentist. (O) T 97.4 P 80 R 20 BP 130/80 Skin w/D color normal (A) Request to see dentist (P) Referral to be made (I) Notified of referral to be made (E) Agrees — Maria Landt RN |
| 2/2/99 | 7³⁰ᵖ | WTSP3 clinic | Perm transfer to NWCX Carol Wedman RN |
| 2/3/99 | 11:00 PM | NWCC | Transferred From WTSP/3  To NWCC. Record Received Yes✓ No  Medication Order Yes✓ No  Medication Received Yes✓ No KOP  Most Recent PE 10/13/99 PPD 10/13/99  Orientation & Health Screening Completed✓  Comments: Joyce Smith RN |
| 2/6/99 | 255p | NWCX | (S) In main clinic for sick call c/o cold, runny nose, scratchy throat (O) T 98.0 BP 130/80 P 72 R 18  Wt 204 lbs throat slightly pink, noted sniffles (A) Possible sinus drainage (P) Dissue Dimetapp x 6 days (E) carried out plan. Inmate agrees c̄ tx — Shari Jones L |

CR-1884 (Rev 8/90)     Do Not Write on Back     RDA-1458

DedrickA-SSAdmin-   00016




TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
HEALTH STATUS/TRANSFER SUMMARY

Inmate Name: _Dedrick, Anthony_ Number _22753_ DOB: Mo. _8_ Day _16_ Yr. _55_
         Last    First    Initial
Transferring Institution: _WTSP_ Transfer Date: Mo. _12_ Day _3_ Yr. _99_
Receiving Institution: _NWCX_ Scheduled Arrival: Mo. _12_ Day _3_ Yr. _99_

--- SIGNIFICANT HEALTH INFORMATION ---

Allergies: _NKDH_

Last Physical Examination (Initial Classification or Periodic)    Date: _10_/_13_/_99_
Last Dental Examination (Initial Classification or Periodic)    Date: _10_/_13_/_99_
Last TB Screening/PPD Date: _10_/_13_/_99_    Last Chest X-ray  Date: ___/___/___
TB Prophylaxis Treatment Initiated: (√) Yes___ No _✓_ If Yes, Date: ___/___/___
TB Evaluation Completed by Physician: (√) Yes___ No___ If Yes, Date: ___/___/___

_HTN_ Requires Chronic Illness Monitoring: (√ as applicable/specify date of last evaluation)
(✓) Cardiovascular _10/13/99_ ( ) Seizure Disorder ___/___/___ ( ) INH Proph. ___/___/___
(✓) Diabetes    _10/13/99_ ( ) Respiratory ___/___/___ ( ) Inf. Disease ___/___/___

Current acute condition (if applicable) specify: _____
Next Specialty Clinic Appointment (if applicable) Date: ___/___/___ Location: _____
Requires Mental Health/Psychiatric Monitoring: (√) ___/_✓_ Re-evaluation Date: ___/___/___
                                          Yes No                      If Yes

Check (√) If Present

| Prosthetics: | Assistive Devices: | Activity/Limitations: | Impairments: |
|---|---|---|---|
| ( ) Limbs | ( ) Crutches/Cane | (✓) None | ( ) Mental |
| ( ) Hearing Aids | ( ) Braces | ( ) Moderate | ( ) Speech |
| ( ) Glasses | ( ) Walker | ( ) Severe | ( ) Hearing |
| ( ) Dentures | ( ) Wheel Chair | | ( ) Vision |
| ( ) Contact Lens | ( ) Splints | | ( ) Sensation |
| ( ) Pace Maker | | | ( ) Extremities |

MEDICATION       --- CURRENT PHYSICIAN/DENTIST ORDERS ---

| Name of Drug | Strength/Route | Frequency | Last Dose Date/Time | Medication Sent With Patient (√) | Amounts |
|---|---|---|---|---|---|
| 1. Adalat cc | 60 mg | QD | | Yes___ No _✓_ | KOP |
| 2. Glucotrol | 5 mg | QD | | Yes___ No _✓_ | |
| 3. Penicillin | 500 mg | TID | | Yes___ No _✓_ | |
| 4. Ibuprofen | 800 mg | TID | | Yes___ No _✓_ | |
| 5. | | | | Yes___ No___ | |
| 6. C | | | | Yes___ No___ | |
| 7. | | | | Yes___ No___ | |
| 8. | | | | Yes___ No___ | |

Treatments (Dressings, bandages, irrigation, etc.) Specify type, location, frequency:
_3 mo FU 1/7/2000_

Special Dietary Requirements (if applicable): _Regular_

Report Prepared By: _Carol Wedman RN_    Date: _12,2,99_
               Signature/Professional Title

Receiving Institution Review: _____ Date: ___/___/___
                        Signature/Professional Title

Original: Inmate Health Record
Copy:      File

CR-1895 (Rev. 06/94)

                                             RDA

TENNESSEE DEPARTMENT OF CORREC___
HEALTH SERVICES
HEALTH SCREENING

NAME: Dedrick        Anthony        W    NUMBER: 227853 DOB: 8-16-55    N8-21
        Last              First      Initial
RECEIVING INSTITUTION:  NWCX MC
                                        DATE 12/5/99  TIME: 12:00  a.m.
                                                                   p.m.

INQUIRE INTO:

1. Are you currently being treated for any illness or health problem (including dental, venereal disease, or other infectious diseases)?  ✓ Yes ____ No  If yes, describe: Diabetes, HTN
_____

2. Do you have any medical or dental complaints at this time? ____ Yes ____ No  If yes, describe:
   Dental — teeth pulled
_____

3. Are you currently on any medication(s)?  ✓ Yes ____ No  If yes, was the medication transferred with the inmate? ____ Yes ____ No (requires visual verification)  PCN; IBP 800mg Adalat 60mg;
   Diabeta - 5mg

4. Have you recently used alcohol or other drugs? ____ Yes ____ No  If yes, describe: (Include type, mode, amount, frequency, last use, problems resulting from discontinuance, detoxification involvement)
_____

5. Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s) or suicidal behavior? ____ Yes ✓ No  If yes, describe: _____

6. Do you have any allergies? ____ Yes ____ No  If yes, describe: _____

7. (For women) a. LMP ____  b. Are you pregnant? ____ Number of months ____  c. Have you delivered recently?
   ____ Date: ____  d. Are you on birth control pills? ____  e. Any gynecological problems? If yes, describe:

OBSERVE:

1. Behavior (including state of consciousness, mental status, appearance, conduct, tremor and sweating):
   ✓ Normal ____ Abnormal  If abnormal, describe: _____

2. Body deformities, condition of skin (including needle marks, trauma markings, bruises, lesions, jaundice, rashes and infestation(s): ✓ Yes ____ No  If yes, describe: Tattoo of eagle on (L) shoulder
_____

DISPOSITION:

____ Housed with general population and instructed on emergency and sick call procedures for medical, dental and psychiatric/mental health services
____ Housed with general population and prompt referral appointment with health provider
____ Referred to appropriate health provider on an emergency basis

ADDITIONAL COMMENTS ON BACK OF FORM:
____ Yes ____ No                                April _____

                                                Employee Signature and Title
_____
I have received a copy of the procedure for obtaining routine and emergency health care (medical, dental and/or mental health). It has been explained to me and I understand how to access health care services.

                                                _____
                                                Inmate Signature

Original: Inmate's Health Record
CR-2178 (Rev. 10/94)

 

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: *Dedrick Anthony*          NUMBER **227853**

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 12-13-98 | | M.1 | MONTHLY CHRONIC MEDICATION REVIEW |
| | | 1000 | 1. No Medication Changes |
| | | | 2. Reorder Medication from Central Pharmacy |
| | | | *(signature)* |
| | | | Donna Klutts, RN/FNC |
| 1/16/99 | 9¹⁵am | NNCK-NCC | Temporary transfer to NWCK-Nance on this date - *Fran Dawson, NCC* |
| 2/16/99 | 10³⁰ | NWCK-NCC | Jackie Rec. Jane & Feb. MARs, need to fax for Dec mo. |
| 2-17-99 | 12:30ᴾ | NWCK-Nance | *(illegible notes)* |
| | | | Transfer from NWCK to Nance |
| | | | Record Received  Yes ✓  No |
| | | | Medication Order  Yes ✓  No |
| | | | Verification Received  Yes ✓  No |
| | | | Most Recent PE/PPD 10-15-98 4 PM |
| | | | Orientation |
| 3/11 | 3¹⁰pm | NWCK-A | S) Inmate in clinic @ sc ē c/o pains in both ears, light headed. States has had tinnitus for 20 yrs. Also c/o HA. |
| | | | O) Temp 97.1 Pulse 84 Resp 20 B/P 140/84 ® ear normal Ⓛ ear has shiny appearance ē eardrum. RBS 181 per fingerstick. Inmate thinks problem could be HTN or blood sugar problems. |
| | | | A) Dizziness, sharp pains in ears, light headed & HA |
| | | | P) Give Tylenol for HA & refer to FNP/MD |
| | | | I) Tylenol issued & referred med. |
| | | | E) Inmate agrees    *(signature)* |

R-1884 (Rev 8/90)

Do Not Write on Back

RDA-1458

DedrickA-SSAdmin-     00019



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick, Anthony                          NUMBER: 227853

S=SUBJECTIVE   O=OBJECTIVE   A=ASSESSMENT   P=PLAN   I=INTERVENTION   E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 1-4-99 | 550 | S | toothache, gums bleeding |
| | | O. | T 98° toothache upper rt. gums tender. some discomfort; stated - gums bleed @ times |
| | | A | toothache |
| | | P | Refer to dentist |
| | | I | Referral done - cont to take Tylenol as ordered. Warm salt water rinses |
| | | E | _illegible_ |
| 1-6-00 | 1300 | S | 64 y/o WM presents _illegible_ that has progressively worsened pain 20 years. POS → _illegible_ "bleeding" pain to AS; _illegible_ for AD; also has dizziness. PILIOE → _illegible_. ADE _illegible_ hearing problems. DHX → _illegible_ _illegible_ |
| | | O. | 98 - 88 - R 8/20. PRN 200 lbs. Gen-NAD. heart - AS _illegible_ TM _illegible_ _illegible_. AD _illegible_ fluid. |
| | | A | ① Meniere's Disease ② _illegible_ Otitis Media _illegible_ ③ NIDDM |
| | | P | ① Amox ② Diuretaps ③ _illegible_ refused referral to ENT. ENT for audiometric exam + _illegible_ to audiographic _illegible_ _illegible_. |
| | | I | Meds given |
| | | E | _illegible_ to Rx plan |
| 1-7-00 | | | Monthly Chronic Medication Review |

P.  1. No Medication Changes
    2. Reorder Medication From Central Pharmacy

_No Note Written on Back_

Donna Klutts, RN/FNL

CR-1884 (Rev 8/90)

RDA-1458

DedrickA-SSAdmin-   00020

 

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Anthony Dedrick,                                    NUMBER 227853

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| Date | Time | Prob. No. | |
|---|---|---|---|
| 1-11-00 | 530 | S | In Annex Clinic for Health review for Food Handler's Permit |
| | | | Inmate denies diarrhea, cough, cold, rash, skin problems. |
| | | O | T. 99' P 84        BP. 130/90       Wt 215 lb |
| | | | Lungs Clear |
| | | | Skin No rash or lesions |
| | | | RPR            Date 10-18-99      Results Non Reactive |
| | | | GC             Date 10-18-99      Results NEG. |
| | | | TB Skin Test   Date 10-15-99      Results 0 mm |
| | | | Health Problems  HTN, NIDDM. |
| | | | No other problems @ present |
| | | A | Suitable for Food Handler's Permit |
| | | P | Issue Food Handler's Permit |
| | | I | Instructions given to sign up for sick call if any |
| | | | diarrhea, cold, cough, or any health problems arise. |
| | | | Inmate instructed on importance of good handwashing |
| | | | especially after eating, drinking, smoking or using |
| | | | the restroom. |
| | | E | Inmate Agrees |

Do Not Write on Back

CR-188
(Rev. 8/

DedrickA-SSAdmin-    00021



**TENNESSEE DEPARTMENT OF CORRECTION**

**PROBLEM ORIENTED - PROGRESS RECORD**

Name: _Dedrick, Anthony_          Number: _22 785.3_

S=SUBJECTIVE  O=OBJECTIVE  A=ASSESSMENT  P=PLAN  I=INTERVENTION  E=EVALUATION

### QUARTERLY ASSESSMENT

| Date | Time | Prob.No. | | Yes | N/A | No |
|------|------|----------|---|-----|-----|-----|
| 1-11-00 | 8⁴⁰ | AnnX.A- | S  Pt. Was seen in (Main,NRU,PC,HAS) clinic for a quarterly **Diabetic** clinic. | | | |
| | | | O  BP ¹³⁴/90 . P  8⁴.R 2) .WT. _215 lbs_ | | | |
| | | | Blood sugar (last reading and date on report) _FBS - 239   10-14-99_ | | | |
| | | | Baseline EKG, BP, P, documented in health record | ✓ | | |
| | | | FBS (fingerstick)  bid x 1 daily q 2weeks (IDDM-controlled) | | ✓ | |
| | | | FBS (fingerstick)  bid x 5 days-  Refer to MD (IDDM-uncontrolled) | | ✓ | |
| | | | FBS (fingerstick)  bid x 1 daily q month (NIDDM-controlled) | ✓ | | |
| | | | FBS (fingerstick)  bid x 5 days-  Refer to MD (NIDDM-uncontrolled) | | ✓ | |
| | | | IDDM: ACP q 6 months, Hemoglobin A1c and UA q year | | ✓ | |
| | | | NIDDM: ACP, Hemoglobin A1c, UA yearly | ✓ | | |
| | | | MD appointment yearly FNC q 3 months (if controlled) | | | ✓ |
| | | | MD appointment q 3 months FNC q month (if uncontrolled) | | ✓ | |
| | | | Appointment with Optometrist q year recorded | | | ✓ |
| | | | Sensory deficits in feet | | | ✓ |
| | | | Sensory deficits in legs | | | ✓ |
| | | | Foot ulcers present | | | ✓ |
| | | | Skin lesions present | | | ✓ |
| | | | Pain,ache,cramp in calf when walking | ✓ | | |
| | | | Pedal pulse present in right foot | ✓ | | |
| | | | Pedal pulse present in left foot | ✓ | | |
| | | | Polyuria (increased urination) | | | ✓ |
| | | | Polyuria (increased thirst) | | | ✓ |
| | | | Marked weight loss | | | ✓ |
| | | | Compliant with medication therapy | ✓ | | |
| | | | Compliant with diet therapy | | ✓ | |
| | | | A  Quarterly diabetic assessment | ✓ | | |
| | | | P  Continue monitoring pt.-notify MD/FNC of abnormal findings-provide health teaching | | | |
| | | | as needed | | | |
| | | | I  Pt.health teaching provided on the following: _handout material & illustrates given_ | | | |
| | | | Exercise | ✓ | | |
| | | | Proper foot care | ✓ | | |
| | | | Importance of keeping scheduled appointments | ✓ | | |
| | | | Reporting wounds that do not heal properly | ✓ | | |
| | | | Diet compliance/counseling | ✓ | | |
| | | | Medication compliance | ✓ | | |
| | | | Compliance with diagnostic studies | ✓ | | |
| | | | MD/FNC notified of abnormal findings/non-compliance | | ✓ | |
| | | | E  Pt. Verbalizes understanding of his disease and prescribed treatment | ✓ | | |

_A. King 85_

Do not write on back

CR-1884                                                          (Rev.8/90)

TENNESSEE DEPARTMENT OF CORRECTION

HEALTH SERVICES

FOOD HANDLER'S PERMIT

_NWCX- ANNEX_
Name of Institution

NAME: _Anthony Dedrick_ NUMBER _227853_ DOB: _8 16 55_

TYPE OF HEALTH REVIEW: Designate ( )

INITIAL _____   ANNUAL _✓_   INTERVAL _____

A HEALTH REVIEW, WITH DIRECT PHYSICAL OBSERVATION, HAS BEEN CONDUCTED ON THE ABOVE NAMED INMATE.

THE ABOVE NAMED INMATE HAS BEEN DETERMINED: Designate ( )

✓ FREE FROM COMMUNICABLE DISEASE

✓ TUBERCULOSIS SCREENING CURRENT

✓ IS APPROPRIATE FOR FOOD SERVICE ASSIGNMENT

THIS PERMIT IS VALID FOR ONE YEAR UNLESS INMATE HAS AN INTERVENING HEALTH CONDITION REQUIRING REMOVAL FROM FOOD SERVICE ASSIGNMENT

AUTHORIZED BY: _____   DATE: _1 11 06_
Health Care Provider Signature/Professional Title

Original: Food Service Manager
Copy:   Health Services File
        Institutional Jobs Coordinator

CR-2239 (Rev. 5/98)

RDA-1100

DedrickA-SSAdmin-   00023



## TENNESSEE DEPARTMENT OF CORRECTION

### PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick Anthony          NUMBER 227853

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 1-18-00 | 875 8am | | In clinic for lab. DNA Blood sample obtained sent to TBI.  Marilyn Syton LPN |
| 1-22-00 | 200 | | FBS 108  wt. 209 ——  Carol Alexander RN |
| 1-26-00 | 515p | | S) Inmate c/o joints aching & being stiff. States (R) hand hurts usual. |
| | | | O) Jng 96.9 BP 100/90 R18. R hand & wrist cold. swollen |
| | | | A) Pain in joints |
| | | | P) Refer to NP/MD for further eval. Ibuprofen 200mg gr II q6h prn pain c fd. |
| | | | I) Use warm heat on joint |
| | | | E) Inmate agrees to plan      Jaum Mean |
| 1-27-00 | 1230p | | S- 44 yo WM presents c "arthritic pains" especially (R) wrist pains x 3-4 days, then arthritic x 5 @ 12 yrs. + URI → J URI. trauma 2° to MVAs. ros — still has Meniere's sx's. |
| | | | O- 98-88-160/90 BP 209 lbs. MS → joint swelling and stiffness. Heart - RRR w/o murmur gallop or rub. |
| | | | A- 1) Acute Osteoarthritis 2) Meniere's Disease 3) NIDDM |
| | | | P- 1) DJD 2) Feldene 3) Motrin Dose Pack 4) RTC prn to refer to ENT Clin for Meniere's f/u |
| | | | I- Meds given |
| | | | E- Pt receptive to Rx plan |
| | | | [signature] M.D. |



## TENNESSEE DEPARTMENT OF CORRECTION

### SPECIALTY CONSULTATION REQUEST

NAME: _Dedrick_ _Anthony_ NUMBER: _227853_ DATE: _1-26-00_
      (Last)      (First)    (Middle)

DOB: _8/4/55_ SECURITY STATUS: _MIR_ REFERRING INSTITUTION: _NWCX-Annex_
              _413 98-0144_

SPECIALTY SERVICES REQUESTED: _extractions &_   PRIORITY: _II_
_Pre-prosthetic surgery_                                 I,II/III

REASON FOR REFERRAL (ACTUAL OR TENTATIVE DIAGNOSIS): _Oral surgery_

HISTORY OF PRESENT ILLNESS: _____

OBJECTIVE PHYSICAL FINDINGS: _____

LABS, X-RAYS, SPECIAL STUDIES: _Pan-x_

TREATMENT/REGIMEN: _____

CURRENT MEDICATION/ALLERGIES: _____

Referring Physician/Dentist Signature          Date _1/26/00_

Original: Specialty Clinic
Copy:    Inmate's Health Record

CR-3429 (Rev. 5/98)

Faxed
1-26-00

RDA-1100

DedrickA-SSAdmin-    00025



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick, Anthony          NUMBER  227853

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 2-3-00 | | nurx annex | inmate agrees to keep his appointment at SNF Dental 2-24-00 |
| 2-18-06 | 4:15p | nurx annex | B/P 130/90 P 82   N/C |
| 2 | 3 | nrox annex | Temporary to SPNO 2-23-00   Canala Morris, DEO |
| | | | Has meds on self. MAr sent c chart |

CR-1884 (Rev 8/90)

Do Not Write on Back

RDA-1458

DedrickA-SSAdmin-    00026

 

**TENNESSEE DEPARTMENT OF CORRECTION**

**PROBLEM ORIENTED - PROGRESS RECORD**

Name: Dedrick, Anthony                    Number: 227853

(Loz Annex)

S=SUBJECTIVE O=OBJECTIVE A=ASSESSMENT P=PLAN I=INTERVENTION E=EVALUATION

| Date | Time | Prob.No. | |
|------|------|----------|--|
| 02/16/00 | 10:14 | | AGE: 44 |
| | | | cc: Diabetic, NIDDM — trouble c reading |
| | | | 30 |
| | | | 20/20        NEAR    20/ |
| | | | PUPILS: PERRL        TA      @ |
| | | | LLL    WNL  OU     D  1  @ |
| | | | CONJ. |
| | | | CORNEA        C/D   +3  O.U. |
| | | | AC            MACULA  WNL  OU |
| | | | IRIS          FLR   (+) O.U. |
| | | | LENS          PP   clar  od. |
| | | | ANGLERS  +4 OU. |
| | | | REF:   OD: -0.50 -0.50 x010 20/  20 |
| | | | OS:  pl              20 |
| | | | +1.50 Add |
| | | | FCC |
| | | | (A)  CmA o.D. / Emmetropia os /Presbyopi |
| | | | (P)  SpRx |
| | | |        Brian F. Allen |

Do Not Write on Back                    CR-1884

(Rev.8/90)

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(717) 523-3493
FAX (717) 524-2817

| PATIENT | Dedrick, Anthony | DATE | 2/16/2000 |

| NUMBER | #237853 | (202) | INSTITUTION NEPA - annex |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -.50 | -50 | 10 | | |
| OS | Plano | | | | |

| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
|---|---|---|---|---|---|
| OD | +1.50 | 20 fl. | 68 | 65 | FT 28 |
| OS | +1.50 | | | | |

LENS COLOR/COATINGS

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| | NICK | Grey |

| EYE SIZE | BRIDGE | TEMPLE | HEAT | CHEM |
|---|---|---|---|---|
| 56 | 18 | 150 | | |

| ALL REC'D | DROP BALL | FINAL INSPECTION |

LENSES: _____

FRAME: _____

OVERSIZE: _____

TINT/PGX: _____

CHEM. TEMP. GLASS: _____

DIOPTERS: _____

_____

_____

S/H: _____

TOTAL DUE ($): _____

VISION SAFETY NOTICE:
These lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not refrangeable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

• The complete impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

• If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

DedrickA-SSAdmin-      00028

  

NESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
HEALTH SCREENING

NAME: _DEDRICK Anthony W_   NUMBER 227853 DOB: 8-16-55
        Last         First      Initial
RECEIVING INSTITUTION: ___D.S.N.F.___   DATE: 02-23-00 TIME: 5:00   a.r / p.r

INQUIRE INTO:
1. Are you currently being treated for any illness or health problem (including dental, venereal disease, or oth infectious diseases)? ✓ Yes ___ No  If yes, describe: _DIABETIES, High Blood pres, Rheuritic Arthritis_

2. Do you have any medical or dental complaints at this time? ✓ Yes ___ No  If yes, describ _Dental_ _____, _Rheumatic Arthritis, Hearing_

3. Are you currently on any medication(s)? ___ Yes ___ No  If yes, was the medication transferred with th inmate? ✓ Yes ___ No (requires visual verification)

4. Have you recently used alcohol or other drugs? ___ Yes ✓ No  If yes, describe: (Include type, mod amount, frequency, last use, problems resulting from discontinuance, detoxification involvemen _____
_____

5. Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s) or suicid behavior? ___ Yes ✓ No  If yes, describe: _____
_____

6. Do you have any allergies? ___ Yes ✓ No  If yes, describe: _____

7. (For women) a. LMP ___ b. Are you pregnant? ___ Number of months ___ c. Have you delivered recently ___ Date: ___ d. Are you on birth control pills? ___ e. Any gynecological problems? If yes, describe

OBSERVE:
1. Behavior (including state of consciousness, mental status, appearance, conduct, tremor and sweating): ✓ Normal ___ Abnormal  If abnormal, describe: _____

2. Body deformities, condition of skin (including needle marks, trauma markings, bruises, lesions, jaundice, rashe and infestation(s): ___ ✓ Yes ___ No If yes, describe: _Tattoo (L) Shoulder_

DISPOSITION:
✓ Housed with general population and instructed on emergency and sick call procedures for medical, dental ar psychiatric/mental health services
___ Housed with general population and prompt referral appointment with health provider
___ Referred to appropriate health provider on an emergency basis

ADDITIONAL COMMENTS ON BACK OF FORM:
___ Yes ✓ No                    _Mary Euler LPN_
                                Employee Signature and Title

I have received a copy of the procedure for obtaining routine and emergency health care (medical, dental and/or men health). It has been explained to me and I understand how to access health care services.

                                _____
                                Inmate Signature

**TENNESSEE DEPARTMENT OF CORRECTION**
**HEALTH SERVICES**
**HEALTH STATUS/TRANSFER SUMMARY**

Inmate Name: Dedrick Anthony     Number: 227853 DOB: Mo. 8 Day 6 Yr. 55
                 Last      First     Initial
Transferring Institution: NWCX-Drex       Transfer Date: Mo. 2 Day 23 Yr. 00
Receiving Institution: SPND         Scheduled Arrival: Mo. 2 Day 23 Yr. 00

--- **SIGNIFICANT HEALTH INFORMATION** ---

Allergies: NKDA

Last Physical Examination (Initial Classification or Periodic)   Date: 10/13/99
Last Dental Examination (Initial Classification or Periodic)     Date: 1/26/00
Last TB Screening/PPD Date: 10/12/99  Last Chest X-ray  Date: ___/___/___
TB Prophylaxis Treatment Initiated:   (✓) Yes____ No____ If Yes, Date: ___/___/___
TB Evaluation Completed by Physician: (✓) Yes____ No ✓ If Yes, Date: ___/___/___

Requires Chronic Illness Monitoring: (✓ as applicable/specify date of last evaluation)
( ) Cardiovascular__/__/__ ( ) Seizure Disorder__/__/__ ( ) INH Proph. __/__/__
( ) Diabetes  10/13/99  ( ) Respiratory__/__/__ ( ) Inf. Disease__/__/__

Current acute condition (if applicable) specify: #HA Dental
Next Specialty Clinic Appointment (if applicable) Date: 2/24/00 Location: SPUF
Requires Mental Health/Psychiatric Monitoring: (✓) ___/ ✓ Re-evaluation Date:__/__/__
                                               Yes  No              If Yes

Check (✓) If Present
**Prosthetics:**        **Assistive Devices:**    **Activity Limitations:**    **Impairments:**
( ) Limbs              ( ) Crutches/Cane          ( ) None                    ( ) Mental
( ) Hearing Aids       ( ) Braces                 ( ) Moderate                ( ) Speech
( ) Glasses            ( ) Walker                 ( ) Severe                  (✓) Hearing
( ) Dentures           ( ) Wheel Chair                                        ( ) Vision
( ) Contact Lens       ( ) Splints                                            ( ) Sensation
( ) Pace Maker                                                                ( ) Extremities

**MEDICATION**      --- **CURRENT PHYSICIAN/DENTIST ORDERS** ---

| Name of Drug | Strength/ Route | Frequency | Last Dose Date/Time | Medication Sent With Patient (✓) | | Amounts |
|---|---|---|---|---|---|---|
| 1. Aclalaf | 60 mg PO | 2/day | 2-22-00 | Yes ✓ | No____ | KOP |
| 2. Diabeta | 5 mg | PO 2/day | 2-22-00 | Yes ✓ | No____ | KOP |
| 3. | | | | Yes____ | No____ | |
| 4. | | | | Yes____ | No____ | |
| 5. | | | | Yes____ | No____ | |
| 6. | | | | Yes____ | No____ | |
| 7. | | | | Yes____ | No____ | |
| 8. | | | | Yes____ | No____ | |

Treatments (Dressings, bandages, irrigation, etc.) Specify type, location, frequency:
N/A

Special Dietary Requirements (if applicable): N/A

Report Prepared By: Reord Alphander LPN       Date: ___/___/___
                    Signature/Professional Title

Receiving Institution Review: Mau Sadu RN     Date: 2/23/00
                    Signature/Professional Title

Original: Inmate Health Record
Copy:     File

CR-1895 (Rev. 06/94)                              RDA  1458

1992 – Maxillary trauma
*# cigarettes 1.5ppd x 30yrs – rheumatic fever by h
1988 – Frontal trauma

**TENNESSEE DEPARTMENT OF CORRECTION**

Hx Rheumatic fever/HTN
NIDDM, Arthritis medication

**SPECIALTY CONSULTATION REPORT**

NAME: Dedrick, Anthony    NUMBER: 227853   DATE: 2/25/00
(Last)   (First)   (Middle)

DOB: 8/16/55   SS#: AA d/o   SECURITY STATUS_____   REFERRING INSTITUTION_____

SPECIALTY SERVICE CONSULTANT: OMS

PATIENT'S CHIEF COMPLAINT: They want you to pull my tooth so I can have partial dentures

EXAMINATION: Extraoral – speaks c lisp; tooth # 6 is dark in color, off the plane appr 1-2mm; the (R) alveolus is edentulous; AVF app x 2mm superiorly orb is narrowed anteriorly; sufficient facial-pal width

DIAGNOSIS: 1) S/P Facial trauma, midface, reconstructed 2) anterior maxillary deficiency 3) Trauma to tooth #6

RECOMMENDED TREATMENT PLAN: 1) Admit to NMH for (a) Right iliac crest graft (b) reconstruction of anterior maxilla 3) Extraction tooth #6

Note: Plan formulated in concert c Dental Director
4) Fabrication of upper partial denture, admit to hospital

RECOMMENDED DIAGNOSTIC STUDIES: 1 day prior to surgery
1) H & P   2) Labs (a) CBC c Differential, PT, PTT   U/A; EKG   Chest x-ray

FOLLOW-UP APPOINTMENT DATE: Admit to NM Hospital as In-Patient 1 day prior to surgery

SPECIALTY CONSULTANT SIGNATURE/TITLE_____   DATE_____

Original:   Inmate's Health Record
Copy:   Specialty Clinic File

CR-3430 (4/91)

RDA-1458

DedrickA-SSAdmin-   00031

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

AME: Dedrick Anthony                          NUMBER  227853

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUAT

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| D.S.N.F. | | | RECEIVED @ SPND FROM *Twa* DATE 2/23 TIME 1700 FOR *dental* ANY COMPLAINTS *no dental* MEDS SENT *KOP* HEALTH CARE SCREEN *yes* SPECIAL DIET *Reg* NURSE *TWilliams* |
| 2-2Fw 10⁴ | T/7 | | P Extraction # 6 Po Per UK, TJ/PS I Medorif closed Eddie Odum no |
| 2-29-00 DSNF | 0911 T/17 | | O Pt on sickcall responds to go activities but pt refused sick call. Pt referred to sending institution Lacy Osborne pu |
| 3-7-00 | 5:45 Pm RWRNee | | Transferred From DSNF To RWRNee Record Received Yes ✓ No Medication Order Yes No Medication Received Yes No ✓ Most Recent PE 10-13-99 PPD 10-15-99 Dr Me Orientation & Health Screening Completed Comments: Mayshu Meeks |
| 3/6/00 | 5⁴⁵ pm | rwex A | S Inmate in clinic @ sc c request to see MD because Feldene is not relieving pain in knees + ankles. States MD told him to come back if pain persist. Pain sitting, standing or lying in bed O Temp 97.9 Pulse 89 Resp 16 BP 130/78 wt 215 lbs A arthritic pain P Refer to MD |

 

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
HEALTH STATUS/TRANSFER SUMMARY

Inmate Name: __Dedrick       Anthony__ Number: __227853__ DOB: Mo. __8__ Day __16__ Yr. __55__
            Last      First   Initial

Transferring Institution: __DSNF__
Receiving Institution: __NWCX__        Transfer Date: Mo. __3__ Day __1__ Yr. __00__
                           Scheduled Arrival: Mo. ___ Day ___ Yr. ___

Allergies: __NKDA__    --- SIGNIFICANT HEALTH INFORMATION ---

Last Physical Examination (Initial Classification or Periodic)
Last Dental Examination (Initial Classification or Periodic)     Date: __10__/__13__/__99__
Last TB Screening/PPD Date: __10__/__12__/__99__ Last Chest X-ray Date: __1__/__26__/__00__
                                         Last Chest X-ray Date: ___/___/___
TB Prophylaxis Treatment Initiated: (√) Yes___ No___ If Yes, Date: ___/___/___
TB Evaluation Completed by Physician: (√) Yes___ No___ If Yes, Date: ___/___/___

Requires Chronic Illness Monitoring: (√ as applicable/specify date of last evaluation)
( ) Cardiovascular ___/___/___ ( ) Seizure Disorder ___/___/___ ( ) INH Proph. ___/___/___
( ) Diabetes    ___/___/___ ( ) Respiratory ___/___/___ ( ) Inf. Disease ___/___/___

Current acute condition (if applicable) specify: _____
Next Specialty Clinic Appointment (if applicable) Date:___/___/___ Location:_____
Requires Mental Health/Psychiatric Monitoring: (√) ___/___/___ Re-evaluation Date:___/___/___
                                 Yes No                 If Yes

Check (√) If Present
**Prosthetics:**
( ) Limbs
( ) Hearing Aids
( ) Glasses
( ) Dentures
( ) Contact Lens
( ) Pace Maker

**Assistive Devices:**
( ) Crutches/Cane
( ) Braces
( ) Walker
( ) Wheel Chair
( ) Splints

**Activity Limitations:**
( ) None
( ) Moderate
( ) Severe

**Impairments:**
( ) Mental
( ) Speech
( ) Hearing
( ) Vision
( ) Sensation
( ) Extremities

**MEDICATION**    --- CURRENT PHYSICIAN/DENTIST ORDERS ---

| Name of Drug | Strength/Route | Frequency | Last Dose Date/Time | Medication Sent With Patient (√) | | Amounts |
|---|---|---|---|---|---|---|
| 1. adult | 60m po | QD | 3-1 6Am | Yes ___ | No ___ | |
| 2. Diabetic | 5gm | QD | ↓ | Yes √ | No ___ | |
| 3. | | | | Yes ___ | No ___ | |
| 4. | | | | Yes ___ | No ___ | |
| 5. | | | | Yes ___ | No ___ | |
| 6. | | | | Yes ___ | No ___ | |
| 7. | | | | Yes ___ | No ___ | |
| 8. | | | | Yes ___ | No ___ | |

Treatments (Dressings, bandages, irrigation, etc.) Specify type, location, frequency:
_____
Special Dietary Requirements (if applicable): _____

Report Prepared By: _____ Date: __3__/__1__/__2__
                       Signature/Professional Title
Receiving Institution Review: _____ Date: __3__/__1__/__00__
                       Signature/Professional Title

Original: Inmate Health Record
Copy:    File

RDA 1458

DedrickA-SSAdmin-   00033



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: _Anthony Dedrick_                                   NUMBER _227853_

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

| Date | Time | Prob. No. | cont |
|------|------|-----------|------|
| 3/6/00 | 5pm | nwcx AE | Referral made |
| | | E | Inmate agrees — Betty Smith LPN |
| 3-8-00 | 1255 | S | CCP I/D WNL presented for "arthritic pains" in legs, R05→ knee pains principally. |
| | | O | Mild knee swelling and stiffness |
| | | A | Osteoarthritis |
| | | P | ① cont. Feldene ② Medical Dose Pack ③ Celebrex @ PM po |
| | | I | Meds given |
| | | E | ① RTC no work until Mon (3-13-00) ② Pt receptive to Rx plan |
| | | | K. Dulude, MD |
| 3/8/00 | 630 pm | nwcx Clinic | EKG done as ordered — Betty Smith LPN |
| | | | lab obtained p three attempts for CBC & PT, PTT sent to lab |
| -9-00 | Nwcx | Annex | Inmate transported to Main Compound for X-ray, X-ray completed, returned to Annex this date — Cassandra Norris DEO |
| -10 | 8pm | | decline for lab. (T, PTT obtained AUA) Marilyn Enlow |
| -13-00 | 3pm | Annex | Monthly Chronic Medication Review |
| | | | P. 1. No Medication Changes |
| | | | 2. Reorder Medication from Central Pharmacy |
| | | | Donna Sanders FNP |

Donna Sanders, RN/FNP

R-1884 (Rev 8/90)                    Do Not Write on Back

RDA-1458

DedrickA-SSAdmin-   00034



NEE DEPARTMENT OF CORREC

PROBLEM ORIENTED – PROGRESS RECORD

Name: *Anthony Dedrick*          Number: 227853

S=SUBJECTIVE  O=OBJECTIVE  A=ASSESSMENT  P=PLAN  I=INTERVENTION  E=EVALUATION

## QUARTERLY ASSESSMENT

| Date | Time | Prob.No. | | |
|------|------|----------|---|---|
| 9/6/03 | 5⁵pm | nwcx | S | Pt. was seen in (Main,NRU,PC,HSA) clinic for a quarterly Hypertensive clinic. |
| | | | O | BP    ,P    ,R    ,WT. |

| | YES | N/A | NO |
|---|---|---|---|
| BP & P controlled on medication | (✓) | ( ) | ( ) |
| If uncontrolled BP & P parameters are: | | | |
| Compliant with medication therapy | (✓) | ( ) | ( ) |
| MD/FNC notified if non-compliant with therapy | ( ) | (✓) | ( ) |
| Baseline SMAC, EKG, WT, UA, chest x-ray recorded | (✓) | ( ) | ( ) |
| SMAC q 6 months, UA yearly obtained/recorded | ( ) | ( ) | ( ) |
| MD appointment yearly FNC q monthly (if controlled). | (✓) | ( ) | ( ) |
| MD appointment q 3 months FNC q month (if uncontrolled) | ( ) | ( ) | ( ) |
| Signs/symptoms evaluated as follows: | (✓) | ( ) | ( ) |
| Severe HA | ( ) | ( ) | (✓) |
| Dizziness | ( ) | ( ) | (✓) |
| Chest pain | ( ) | ( ) | (✓) |
| SOB | ( ) | ( ) | (✓) |
| Swelling or sudden weight gain | ( ) | ( ) | (✓) |

A   Quarterly hypertensive assessment

P   Continue monitoring pt. monthly–Notify MD/FNC of abnormal findings or
    non-compliance provide pt. health teaching as needed.

I   Pt. health teaching provided to include:

| | YES | N/A | NO |
|---|---|---|---|
| Smoking | (✓) | ( ) | ( ) |
| Compliant with medication therapy | (✓) | ( ) | ( ) |
| Compliant with diet therapy | ( ) | ( ) | ( ) |
| Exercise | ( ) | ( ) | ( ) |
| Diagnostic study compliance | ( ) | ( ) | ( ) |
| MD/FNC notified of abnormal findings/non-compliance | ( ) | ( ) | ( ) |

E   Pt. verbalizes understanding of his disease and prescribed treatment.
    *Beth Smith* cw

Do Not Write on Back

CR-1884

(Rev.8/9

  L2
3-9-00
8:46am

    

# TENNESSEE DEPARTMENT OF CORRECTION
## LIMITED ACTIVITY NOTICE

Inmate's Name: _Dedrick Anthony_     TDOC Number: _227853_
              Last     First     Middle

Please be advised that the above-named inmate is: (specify)

_____Confined to his/her living area except for:_____

_____ ✓Restricted from physical activity including participation in sports.

_____Restricted to complete bedrest except for:_____

_____ ✓Unable to work a regularly scheduled assignment:

_____Other:_____

Length of restriction/limited activity: _5 days & begin 3-8-00 — 3-13-_

Health problem: _Knees_

Special instructions: _NOWORK until Monday_

Authorized by: _Janet Free_     Date: _3-8-00_

Original:  Inmate's Health Record
Copy:      Inmate
Copy:      Correctional Officer
Copy:      Work Supervisor
CR-2893 (Rev 1/86)

RDA-1458

DedrickA-SSAdmin-    00036



### TENNESSEE DEPARTMENT OF CORRECTIONS
#### PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick, Anthony                    NUMBER 227853

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 3-28-00 | NWCX | Annex | Temporary to SPND 3/29/00 for short stay surgery 3/31/00 ———— Lori Dean, MRT Mar. for March & April sent. Med. Rep. — A.T., & |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CR-1884 (Rev 8/90)                    Do Not Write on Back                    RDA-1458

NESSEE DEPARTMENT OF CORRE      ON
HEALTH SERVICES
HEALTH SCREENING

NAME: _DEDRICK_ _Anthony_ _W_ NUMBER: _327853_ DOB: _8-16-5?_
        Last          First        Initial
RECEIVING INSTITUTION: _____ D.S.N.F. _____ DATE: _3/28/0~_ TIME: _6:00(_

**INQUIRE INTO:**

1. Are you currently being treated for any illness or health problem (including dental, venereal disease, or infectious diseases)? _✓_ Yes ____ No   If yes, describe: _dentals, diabetics,_ _high blood pressure, arthritis_

2. Do you have any medical or dental complaints at this time? _✓_ Yes ____ No   If yes, des _Bad sinus infection_

3. Are you currently on any medication(s)? _✓_ Yes ____ No   If yes, was the medication transferred wit inmate? _✓_ Yes ____ No (requires visual verification)

4. Have you recently used alcohol or other drugs? ____ Yes _✓_ No   If yes, describe: (Include type, n amount, frequency, last use, problems resulting from discontinuance, detoxification involve _____

5. Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s) or su behavior? ____ Yes _✓_ No   If yes, describe: _____

6. Do you have any allergies? _✓_ Yes ____ No   If yes, describe: _Hay fever_

7. (For women) a. LMP ____ b. Are you pregnant? ____ Number of months ____ c. Have you delivered rece ____ Date: _____ d. Are you on birth control pills? ____ e. Any gynecological problems? If yes, desc _____

**OBSERVE:**

1. Behavior (including state of consciousness, mental status, appearance, conduct, tremor and sweating): _✓_ Normal ____ Abnormal   If abnormal, describe: _____

2. Body deformities, condition of skin (including needle marks, trauma markings, bruises, lesions, jaundice, ra and infestation(s): ____ Yes ____ No   If yes, describe: _Tatoos_ _R side_ _Apearing s_

**DISPOSITION:**

_✓_ Housed with general population and instructed on emergency and sick call procedures for medical, dent psychiatric/mental health services

____ Housed with general population and prompt referral appointment with health provider

____ Referred to appropriate health provider on an emergency basis

**ADDITIONAL COMMENTS ON BACK OF FORM:**
____ Yes _✓_ No

_Maureen Carr_
Employee Signature and Title

I have received a copy of the procedure for obtaining routine and emergency health care (medical, dental and/or r health). It has been explained to me and I understand how to access health care services.

_Anthony D_
Inmate Signature

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
HEALTH STATUS/TRANSFER SUMMARY

Inmate Name: Dedrick, Anthony            Number: 227853 DOB: Mo. 8 Day 16 Yr. 55
            Last    First   Initial
Transferring Institution: Nwcx Annex     Transfer Date: Mo. 3 Day 29 Yr. 00
Receiving Institution: SPND              Scheduled Arrival: Mo. 3 Day 29 Yr. 00

--- SIGNIFICANT HEALTH INFORMATION ---

Allergies: NKDA
Last Physical Examination (Initial Classification or Periodic)    Date: 10/13/99
Last Dental Examination (Initial Classification or Periodic)      Date: 10/13/99
Last TB Screening (PPD Date) 10/15/89   Last Chest X-ray  Date: _/_/_
TB Prophylaxis Treatment Initiated: (✓) Yes___ No___ If Yes, Date: _/_/_
TB Evaluation Completed by Physician: (✓) Yes___ No___ If Yes, Date: _/_/_

Requires Chronic Illness Monitoring: (✓ as applicable/specify date of last evaluation)
( ) Cardiovascular _/_/_    ( ) Seizure Disorder _/_/_    ( ) INH Proph. _/_/_
(X) Diabetes  10/13/99      ( ) Respiratory _/_/_          ( ) Inf. Disease _/_/_
(X) HTN 10-13-99   Hearing difficult 10-13-99
Current acute condition (if applicable) specify: _____
Next Specialty Clinic Appointment (if applicable) Date: _/_/_  Location: _____
Requires Mental Health/Psychiatric Monitoring: (✓) _/_/_  Re-evaluation Date: _/_/_
                                               Yes  No                      If Yes

Check (✓) If Present
Prosthetics:            Assistive Devices:     Class A.
( ) Limbs               ( ) Crutches/Cane      Activity Limitations:      Impairments:
( ) Hearing Aids        ( ) Braces             (X) None                   ( ) Mental
( ) Glasses             ( ) Walker             ( ) Moderate               ( ) Speech
( ) Dentures            ( ) Wheel Chair        ( ) Severe                 ( ) Hearing
( ) Contact Lens        ( ) Splints                                       ( ) Vision
( ) Pace Maker                                                            ( ) Sensation
                                                                          ( ) Extremities

MEDICATION          --- CURRENT PHYSICIAN/DENTIST ORDERS ---

| Name of Drug | Strength/ Route | Frequency | Last Dose Date/Time | Medication Sent With Patient (✓) | | Amounts |
|---|---|---|---|---|---|---|
| | | | | Yes | No | |
| 1. Odalet ec | 60mg | a day | | Yes | No ✓ | KOP |
| 2. Diabeta | 5mg | q did | | Yes | No ✓ | KOP |
| 3. Feldene | 20mg | a day | | Yes | No ✓ | KOP |
| 4. | | | | Yes | No | |
| 5. | | | | Yes | No | |
| 6. | | | | Yes | No | |
| 7. | | | | Yes | No | |
| 8. | | | | Yes | No | |

Treatments (Dressings, bandages, irrigation, etc.) Specify type, location, frequency:
_____

Special Dietary Requirements (if applicable): _____

Report Prepared By: Ann Ferguson                Date: 3/28/00
                Signature/Professional Title

Receiving Institution Review: Mary Sue Carr, LPN   Date: 3/28/01
                Signature/Professional Title

Original: Inmate Health Record
Copy:     File

CR-1895 (Rev. 06/94)                              RDA 1458

DedrickA-SSAdmin-    00039

Copies done 4/11 (m)

## Lois M. Deberry Special Needs Facility
### Dental Discharge Summary

Patient Name: *Dedrick, Anthony*  TDOC #: *221853*

Admission Date: *8-30-2001*

Discharge Date: *4-11-2001*

Admission Diagnosis: *Alveoloplasty and removal of granulomas*

Discharge Diagnosis: *Pt. healing well*

Disposition: *Medically cleared*

Discharge Medications: *nra*

_____
Eddie Adelman, D.D.S.

EA:ad
4-8-97

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick    Anthony                    NUMBER 227853

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

**D.S.N.F. SKILL**

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 3/31/00 7N S311 | 2008 | Admission Note. | I/m walked in for admission in by of security officer @ 2008 hr. after he reportedly had reconstruction of anterior maxilla done today @ VMH following midface trauma. Also hx of rheumatic fever as a child, NIDDM and arthritis. A & O x4, skin w/d, color noted sl ery inside oral cavity today, bleeds easily from oral cavity. Respiration even and non-labored, chest with rales bil r to chest auscultation. HRRR. Abd. soft non-tender nor distended. BS x4 9. Peripheral pulses x4, ∅ edema L.E. non-verbal gestures appear avant, co-operative, Vs T97⁸ P112 R20 Bp 158/97. ———— Nikhowson R |
| | 2300 | O | I/m oriented to cell & sfc schedule, voiced understanding by signing form. Was medicated @ 2125 c Vicodin 9 po. Now resting in bed with even and easy respiration ∅ bleeding from oral cavity @ this time, on clear liquids to be advanced will cont. to monitor ———— Nikhowson R |
| 4/1/00 NR Vicodin III | 09⁰⁰ | S | offered no complaint. |
| | | O | While alert. Skin warm and dry to touch. Resp even and unlabored. No bleeding noted. Ext Soft Regular & dextrose. Rt Feds given. |
| | | A | S/P Reconstruction Anterior Maxillary |
| | | P | Cont. plan of care |
| | | | will f/u or ddeed |
| | | E | Stable ———— tissue (see how |
| 4/1/00 DSNF SKIII S311 | 2100 | S | "My mouth is sore & starting to hurt. Can I have something for pain." |
| | | O | Sitting on side of bed, trying to finish supper |
| | | A | S/P Reconstruction of maxillary |
| | | P | Cont PO C as ordered |
| | | I/E | Med c Vicodin ½ po crushed & H₂O. Stable. ———— Vicky Speck |

CR-1884 (Rev 8/9...)                    **Do Not Write on Back**                    RDA-1458



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED — PROGRESS RECORD

NAME: _Dedrick Anthony_     NUMBER _227._

D.S.N.F. SK I

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|---|---|---|---|
| 4/7/2001 | 11³⁰ | S | Pt was seen in [...] yesterday. He was admitted after reconstruction of anterior [...] by Dr. Bennett. |
| | | O | Operative site has no bleeding. |
| | | A | S/P reconstruction of anterior [...] S/P midface trauma |
| | | P | patient to be monitored by Dr. [...] & Dr. Bennett. [...] DNF [...] in 5 days |
| | | | See orders |
| | | | [...] |
| 4/8/01 | 0900 | O | s/c |
| | | P | Had lk |
| | | N | anxious, react clear, gait steady, color [...] [...] no [...] NAD |
| | | P | cont POC |
| | | I | routine meds |
| | | E | stable, pain [...] |
| 4-2-00 | 2100 | S | Resting quietly in cell |
| DSNF | | O | Dx c̄ Mid-face trauma |
| 95311 | | A | A↓OX3; Cooperative; PERRL. Resp. even + unlab - Ø Cyanosis. Ø difficulty swallowing pain pill. Skin W↓D; Skin color WNL. MAE's well. ↑ ad lib; gait steady. |
| | | P | Monitor Resp. Status Q2° + PRN |
| | | I | Issue Meds as ordered. Pain Management |
| | | E | NAD noted. [...] PRESENT    Eddie D. Starr RN |

CR-1884 (Rev 8/90)      Do Not Write on Back      RDA-14

DedrickA-SSAdmin-   00042

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: Dedrick, Anthony                    NUMBER 227853

S=SUBJECTIVE   O=OBJECTIVE   A=ASSESSMENT   P=PLAN   I=INTERVENTION   E=EVALUATION

**D.S.N.F. Skill 7**

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/3/00 DSNF SK 3 | 0900 | S | "I need my pain medication" |
| | | O | slurred words d/t surgery by opening his mouth |
| | | A | s/p mid face trauma |
| | | P | monitor s/sx of |
| | | I | medication for pain as requested |
| | | E | stable.                                   Sally Spicer, R |
| 4/3/00 DSNF 95311 | 2100 | S | Resting quietly in Cell – Ø difficulties noted |
| | | O | A&O x 3; Cooperative; PERRL. Resp. even + unlab. Skin W&D; Skincolor WNL. Ø dysphagia noted. MAE's well |
| | | A | Dx c̄ Mid-face trauma – Ø seizure activity noted – Neuro √'s WNL |
| | | P | Monitor Resp. Status Q2° & PRN |
| | | I | Issue Meds as ordered |
| | | E | NAD noted @ present – Eddie W. Tutor, RNS |
| 4/5/00 DSNF SK 3 S31 | 1120 | S | no complaints/requests voiced at present. |
| | | O | ↑ ad. lib in cell. Resp. even/unlabored. PERRL. mid face swollen c̄ redness. A&O x 3. Denies dizziness/syncope/ Ø seizure activity noted |
| | | A | Dx mid face trauma |
| | | P | cont. current poc. Neuro checks |
| | | I | Med. per MD order |
| | | E | Appears stable.                          Alga Askew, LPN |

Do Not Write on Back

R-1884 (Rev. 8/90)                                              RDA-1458

DedrickA-SSAdmin-    00043

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

AME: _Dedrick, Anthony_                    NUMBER _227853_

S=SUBJECTIVE      O=OBJECTIVE      A=ASSESSMENT      P=PLAN      I=INTERVENTION      E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| | | | **D.S.N.F. Skill 7** |
| 4/4/10 DSNF Skill III S311 | 9:00 | S | Voiced no complaints or requests |
| | | O | Patient setting up at bed side. |
| | | A | Alert and oriented x3 skin color within normal limits, respiration even and unlabored S/P reconstruction of anterior Maxillary. |
| | | P | Continue with current plan of care |
| | | I | Administer schedule medication and treatments as ordered |
| | | E | Appears stable. _Toni Johnstmuiskt_ |
| 5/09 DSNF S311 | 1000 | S | No C/O |
| | | O | A+O No SOB noted. Skin is warm + dry Moves all extremities, ate well for breakfast |
| | | A | No[illegible] |
| | | P | Monitor for pain or HA |
| | | I | assessed PS + PRN |
| | | E | stable at this time _Joseph Mueller RN_ |
| 8/6/10 DSNF 9w311 | 2:00 | S | "Can I get my pill?" |
| | | O | x3 O x y, up ad lib in cell, skin w/d, clear, WNL, Resp even, 1 mm labored. |
| | | A | S/p reconstruction for anterior Maxilla & bleeding noted in mouth |
| | | P | Cont. POC |
| | | I | meds as ord'd. |
| | | E | In no acute distress _[illegible] RN_ |

R–1884 (Rev 8/90)

Do Not Write on Back

RDA-1458

DedrickA-SSAdmin-    00044



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED -- PROGRESS RECORD

NAME: _Dedrick Anthony_                    NUMBER _227853_

D.S.N.F. _SK III_

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/6/00 | 09⁰⁰ | | S) Con at Rade my pain Med. |
| DSNF | | | O) Awake alert. Skin perfum and dry to touch. Res |
| Skill III | | | even and unlabored. Rt Med given |
| S311 | | | Medicated for pain c Vicoden & Stab as |
| | | | ordered |
| | | | A) S/p Reconstruction Anterior Maxillary |
| | | | P) Cont plan of Care |
| | | | I) Med as ordered |
| | | | E) Stable ——————— Nurse (signature) |
| 4/6/00 | 2200 | S | Do you have my pain pill? |
| DSNF | | O | Vital lab in Cell. A & O x 4, Skin W/D, Color WNL; Resp. |
| 95311 | | | even and non-labored at mouth Needs noted. Some |
| | | | halitosis |
| | | A | Alt in Comfort, Alt s/p reconstructive-face. Support |
| | | P | Encourage mouth gargles c warm salt H₂O till reviewed by Md |
| | | I | Meds as order |
| | | E | Appears stable ——————— Nurse (signature) RN |
| 4/7/00 | 09⁰⁰ | | S) Con at Rade my pain med |
| DSNF | | | O) Awake alert Skin Warm and dry to Touch |
| Skill III | | | Res even, and unlabored. Rt med given |
| S311 | | | Medicated for pain c Vicod + Stab as ordered |
| | | | A) S/p Reconstruction Anterior Maxillary |
| | | | P) Cont plan of care |
| | | | I) Meds as ordered |
| | | | E) Stable ——————— Nurse (signature) |

Do Not Write on Back

Q-1884 (Rev 8/90)                                    RDA-14

DedrickA-SSAdmin-    00045



TENNESSEE DEPARTMENT OF CORRECTIONS

PROBLEM ORIENTED – PROGRESS RECORD

AME: _Dedrick  Anthony_                    NUMBER _227858_

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

**D.S.N.F. SKill I**

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/7/00 | 2200 | S | Voiced no need _____. Requested for pain med. |
| 9S311 | | O | A&O up as to _____ even easy resp. Colum was _____ |
| | | A | Alt. in comfort of _____ procedure |
| | | P | cont. poe |
| | | I | meds to orders |
| | | E | stable _____ Nh _____ Rn |
| 4/8/00 | 1400 | S | no 95° |
| | | O | Up ad lib in w/c A&O x4. MGAW. Continue to eat mostly regular diet - little difficulty on same occasional pain |
| | | A | Stable |
| | | P | Cont. poe |
| | | I | _____ |
| | | E | Stable _____ _____ |
| 4/9/00 | 2100 | S | NO complaints or requests voiced |
| DSNF | | O | in bed reading quietly |
| SK3 | S311 | A | A&O x3, resp well/nonlabored, skin w/d, NAD |
| | | P | Cont c current plan of care. |
| | | I | Monitor & assist prn. |
| | | E | Stable _____ Deanne _____ |
| 4/10/00 | 0900 | S | o/c |
| | | O | has left |
| | | A | AA&O |
| | | P | Cont |
| | | I | routine _____ |
| | | S | Stable _____ |

Do Not Write on Back

DedrickA-SSAdmin-  00046

TENNESSEE DEPARTMENT OF CORRECTION

SPECIALTY CONSULTATION REPORT

NAME: Derrick Anthony   NUMBER: 227853 DATE: 4/7/00
(Last)   (First)   (Middle)

DOB:_____ SS#_____ SECURITY STATUS_____ REFERRING INSTITUTION_____

SPECIALTY SERVICE CONSULTANT: _OMS_

PATIENT'S CHIEF COMPLAINT: _Do you need to get these stitches out_

EXAMINATION: _Pat is S/P exploration of antrior maxilla; 3-0 plain gut sutures in place_

DIAGNOSIS: _S/P Alveoplasty; removal of granulomas x 2 maxilla_

RECOMMENDED TREATMENT PLAN:
_Sutures will "come out by themselves" 4-_

RECOMMENDED DIAGNOSTIC STUDIES: _none_   4-11-00

_Discharge immediately to sending institution_

FOLLOW-UP APPOINTMENT DATE: _____

SPECIALTY CONSULTANT SIGNATURE/TITLE _____   04-67-700
DATE

Original:  Inmate's Health Record
Copy:      Specialty Clinic File

CR-3430 (4/91)

RDA-1458



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED — PROGRESS RECORD

AME: Dedrick — Anthony                    NUMBER 227853

S=SUBJECTIVE   O=OBJECTIVE   A=ASSESSMENT   P=PLAN   I=INTERVENTION   E=EVALUATION

D.S.N.F. SKill 7

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/9/00 DSNF 95311 | 2100 | S | Inmate ↑ ad lib in Cell - Ødifficulties noted |
| | | O | A+O x3; Cooperative; PERRL. Resp. even & unlab - ØSOB - Mild dysphagia noted. Skin w+D. Skin color WNL - Ø cyanosis noted. MAE's well. |
| | | A | S/p Reconstruction Anterior Maxillary — AS ABOVE |
| | | P | Monitor Resp. Status Q2° & PRN |
| | | I | Issue Meds as ordered |
| | | E | NAD noted @ present — Eddie D??? RN5 |
| 4/10/00 DSNF 95311 | 7002 | S | No c/o |
| | | O | A+O; No SOB noted. Skin is warm + dry Moves all extremities ate all his breakfast |
| | | A | S/p Reconstruction anterior Maxillary |
| | | P | Monitor for pain Ø c/o related to D? |
| | | I | assessed; PRN Meds given |
| | | E | Stable at this time ??? Muller ✓ |
| 4/10/00 DSNF 95311 | 2100 | S | Inmate ↑ ad lib - Ødifficulties noted |
| | | O | A+O x3; Cooperative. Resp. even & unlab — ØSOB. Skin w+D; Skin color WNL; MAE's well. Appears well-nourished |
| | | A | S/p Reconstruction of Anterior Maxillary — AS ABOVE |
| | | P | Monitor Resp. Status Q2° & PRN |
| | | I | Issue Meds as ordered |
| | | E | NAD noted @ present — Eddie D??? RN5 |
| 4/11/00 2 p.m. | | | Medically cleared ??? |

Do Not Write on Back

CR-1884 (Rev 8/90)                    RDA-1458

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

NAME: _Dedrick, Anthony_          NUMBER: _227853_

S=SUBJECTIVE     O=OBJECTIVE     A=ASSESSMENT     P=PLAN     I=INTERVENTION     E=EVALUATION

D.S.N.F. SKill I

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/1/00 | 1495 | S | Up in Bed, no c/o distres nor difficulthi |
| | | O | Sour and unlabored breathing, no signs of resp. distres skin warm et moist to touch, WNL, skin color WNL good capillary refill, cooperative |
| | | A | S/P Reconstruction of anterior Maxillary — As above |
| | | P | Administer meds all prn meds as scheduled per MD's orde |
| | | E | No acute distres e this time, — Rani to Johnson |
| 4/11/00 DSNF 1-5311 | 2100 | S | ↑ ad lib in Cell — Ø difficulties noted |
| | | O | A+0x3. Cooperative; PERRL. Resp. even+ unlab- ØSOB. Skin W+D; Skin color WNL. MAE's well. Medically cleared |
| | | A | S/p Reconstruction of Anterior Maxillary |
| | | P | Monitor Resp. status Ø2° & PRN |
| | | I | Issue Meds as ordered |
| | | E | WAD noted @ present. Ø dysphagia noted Eddie D Stob, RN3 |
| 4/12/00 SNF | 10 00 9-5311 | S | No C/O |
| | | O | A+O appetite is good No SOB noted Skin is warm + dry Moves all extremities Ambulates ē difficulty |
| | | A | S/p Facial injury |
| | | P | Monitor for C/O pain |
| | | I | assess BS & PRN |
| | | E | Stable Joseph Mullen |
| 4/5/ 1-5311 | 20 | S | Voiced no c/o in bed reading all evening |
| | | O | Up as tol, excited about going home even & easy resp. skin W/D |
| | | A | S/p reconstructive surg. to ant. Maxillary cleared to go home |
| | | P | Cont. D/C planning ___ R Johnson RN |

Do Not Write on Back

R-1884 (Rev 8/90)                                           RDA-1458

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED — PROGRESS RECORD

AME: Dedrick, Anthony                          NUMBER 227853

S=SUBJECTIVE    O=OBJECTIVE    A=ASSESSMENT    P=PLAN    I=INTERVENTION    E=EVALUATION

D.S.N.F. SKill 7

| Date | Time | Prob. No. | |
|------|------|-----------|---|
| 4/13/00 | 0700 | S | No c/o |
| | | O. | In cell up rad lib. Taking regular diet well. Denies difficulty in mobility arowd. |
| | | A. | s/p Mandibery reconstruction |
| | | P. | Cont Med |
| | | I. | PM Med. |
| | | E. | Stable. |

Do Not Write on Back

CR-1884 (Rev 8/90)                                              RDA-1458

DedrickA-SSAdmin-    00050