130ct1999 80:87am CCD TO:,9 981-738-5495    A4-2



* * * * * * * MEDICAL REPORT FAX * * * * * * * * *

TO->: 18886:WEST TENNESSEE HIGH SECURITY FACILITY
ATTN: DR. ZAIDI
SENT: 08:06AM Pacific Standard Time Wed 13 Oct 1999

in case of ERROR please call (800) 548-4400
GDXI Data Center
1201 Corporate Blvd.
Reno, NV 89502

* DEDRICK, ANTHONY 227853                    Acquired: 16:03 GMT 13 OCT 1999
DR. ZAIDI                                     Received: 08:03 PST 13 OCT 1999
18886:WEST TENNESSEE HIGH SECURITY FACILITY              Job: 1410
MALE   44 YRS  5' 11"  190 LBS   BP: NORMAL
CLINICAL: HIGH B.P.,            MEDS: DIABINESE, UNKNOWN/OTHER,
-------------------------------------------------------------------
   RATE AND RATE RANGE   INTERVALS:   P-R   QRS   QT    QTC   QRS AXIS
      80/MIN  79- 80     SECONDS     .15   .10   .36   .42   56 DEG.

2000                                SINUS RHYTHM
      REPORT MUST BE CORRELATED WITH CLINICAL DATA BY A PHYSICIAN

AUTOMATED ECG VERSION 9H99263CV         WITHIN NORMAL LIMITS FOR AGE 44

* DATA CENTER USE ONLY *
S-203-879-2 SAM ,HP65,      ,   ,
SEV:   , 00000   CAL= 99
SQL MD6 PO FAXT
CB: (901) 738-5044
Bus (901) 738-5044
(901)738-5495 FAX
! HEATHER
FAX  CallBack
MTX2 SN:03738(03)

DATE 10·14·99
TIME
SYED ASGHAR ABBAS ZAIDI M D



**State of Tennessee**
**DEPARTMENT OF CORRECTION**
**West Tennessee State Penitentiary**
P.O. Box 1150
Henning, Tennessee 38041-1150
Telephone (901) 738-5044     FAX (901) 738-5947

## *MEMORANDUM*

TO:               Medical Records

FROM:          Sgt. Scott Wilson, Drug Testing Coordinator

DATE:          *10-12-99*

SUBJECT:     **Initial Classification Drug Screen**

Inmate *Anthony Derrick* Number *227853* Was given an initial
classification drug screen for the following substances:

| | Substance | Positive | Negative |
|---|---|---|---|
| 1. | Marijuana - | _____ | _____ |
| 2. | Cocaine - | _____ | _____ |
| 3. | Barbiturates - | _____ | _____ |
| 4. | Methamphetamine | _____ | _____ |
| 5. | Amphetamines | _____ | _____ |
| 6. | Opiates | _____ | _____ |
| 7. | Alcohol | _____ | _____ |

Per TDOC Policy #506.21.  Please place these results in the inmates medical records.



**LabCorp®**

| | Type | | Report Status | | |
|---|---|---|---|---|---|
| | | LV | FINAL | PAGE | 1 |

TIME: 9:00 AM   Additional Information
DOB  : 16-AUG-1955
                          FAST : NO
                   M12242546
                   Sex        Age (Yr/Mos)
                   M          44

Clinical Information
RECEPTION CENTER
Physician ID          ZAIDI          Patient ID     227853
Account     80127-3
W. TENN STATE PENN SITE 3
P.O. BOX 1000

HENNING, TN 38041
901-738-5044

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 13-OCT-99 | 14-OCT-99 | 14-OCT-99 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| URINALYSIS | | | | | |
| | | | MG/DL | 65-109 | |
| CREATININE | 0.8 | | MG/DL | 0.6-1.5 | |
| CALCIUM, SERUM | 9.9 | | MG/DL | 8.5-10.6 | |
| SODIUM | 141 | | MMOL/L | 135-147 | |
| CHLORIDE | 103 | | MMOL/L | 96-109 | |
| PROTEIN (TOTAL), SERUM | 6.9 | | G/DL | 6.0-8.5 | |
| GLOBULIN | 2.5 | | G/DL | 2.0-3.9 | |
| TOTAL BILIRUBIN | 0.7 | | MG/DL | 0.1-1.2 | |
| LD (LDH) | 101 | | U/L | 0-241 | |
| ALT (GPT) | 20 | | U/L | 0-50 | |
| IRON, SERUM | 127 | | MCG/DL | 40-180 | |
| LIPID: | | | | | |
| TRIGLYCERIDES | 125 | | MG/DL | 0-199 | |
| COMPLETE BLOOD COUNT: | | | | | |
| RBC | 5.25 | | MILL/MM3 | 4.10-5.60 | |
| HEMATOCRIT | 48.6 | | % | 36-50 | |
| MCH | 31.7 | | PG | 27-34 | |
| NEUTROPHILS | 74 | | % | 40-74 | |
| MONOCYTES | 7 | | % | 0-15 | |
| BASOPHILS | 1 | | % | 0-3 | |

PAGE 1     FINAL REPORT FOR  R-DEDRICK, ANTHONY     CONTINUED...



**LabCorp®**

| | Type | Phys/Lab | Report Status |
|---|---|---|---|
| | | V | FINAL PAGE 2 |

TIME: 9:00 AM   Additional Information
DOB  : 16-AUG-1955

FAST : NO
M12242546

| Sex | Age (Yr/Mos) |
|---|---|
| M | 44 |

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 13-OCT-99 | 14-OCT-99 | 14-OCT-99 |

Clinical Information
RECEPTION CENTER

| Physician ID | Patient ID |
|---|---|
| ZAIDI | 227853 |

Account  80127-3
W. TENN STATE PENN SITE 3
P.O. BOX 1000

HENNING, TN 38041
901-738-5044

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| NEUTRO, ABSOLUTE | 5.6 | | X 1000/uL | 1.8-7.8 | |
| MONOS, ABSOLUTE | 0.5 | | X 1000/uL | 0.1-1.0 | |
| BASOS, ABSOLUTE | 0.1 | | X 1000/uL | 0.0-0.2 | |

Hemoglobin A1c:

The following ranges may be used for interpretation of

> 8 %   Action suggested
% Goal
< 6 %   Normal

HbA1c may be overestimated in diabetic patients exhibiting
heterozygou
HbS or HbC.  Total glycohemoglobin #001693 (LV#6246-9) is a
ntrol in p
hemoglobin variants.

URINALYSIS, ROUTINE:

| COLOR | AMBER | | | | |
|---|---|---|---|---|---|
| URINE pH | 5.0 | | pH | 5.0 - 7.5 | |
| | | | | NEGATIVE | |
| | | | | NEGATIVE | |
| | | | | NEGATIVE | |
| NITRITE | NEGATIVE | | | NEGATIVE | |
| LEUKOCYTE TEST | NEGATIVE | | | NEGATIVE | |

10-14-99
p

SYED ASGHAR ABBAS ZAIDI M.D

PAGE 2  FINAL REPORT  R-DEDRICK,ANTHONY  14-OCT-1999  10:46  TECH: MEI
E, KY.  40
CLIA# 18D0321540 RONALD J. ELIN, M.D.

REPORT                    ©1998 Laboratory Corporation of America® Holdings

DedrickA-SSAdmin-   00105

## SYPHILIS SEROLOGY

B2138315

| SOCIAL SECURITY NO. | TENNCARE NO. | MCO |
|---|---|---|
| MEDICARE NO. | | |

RECORD FOLDER NO. 227853

PATIENTS NAME - LAST, FIRST, MIDDLE  Dedrick Anthony   SPOUSE - FIRST NAME

STREET AND NUMBER

TOWN    STATE    ZIP

DATE OF BIRTH  8-16-55   RACE  W   ETHNICITY   SEX  M   PHONE NO.

COUNTY NO.   COUNTY NAME  Lauderdale   SITE NO.

**SEND REPORT TO**

NAME  WTSP 3
ADDRESS  PO Box 1150
CITY  Henning   STATE  Tn   ZIP CODE  38041

PH-1578  REV. 5-97

TENNESSEE DEPT. OF HEALTH  LABORATORY SERVICES  MICHAEL W. KIMBERLY, DR. P.H. DIRECTOR  LABORATORY PERFORMING EXAMINATION
☐K ☐J ☐M ☐JC ☐N

SW WTSP 10/20/99

DATE REPORTED  10/18/99   DATE/TIME RECEIVED  OCT 18 '99 AM  9:33 02933

COLLECTION DATE  10-13-99   TYPE OF SPECIMEN  ☐ SERUM ☐ CSF

**PURPOSE OF SPECIMEN**

☐ SCREENING FOR:  ☐ ROUTINE,  ☐ TREATMENT,  ☐ PRENATAL
☐ PREMARITAL  (For State of _____)
* ☐ MHA-TP  ☐ REACTIVE SCREEN,  ☐ NON-REACTIVE WITH CLINICAL SIGNS)
* ☐ FTA-ABS  (MHA-TP Reactive)   ↑ * SEE REVERSE SIDE

**TEST RESULTS**

| | | |
|---|---|---|
| RPR: ☒ NON-REACTIVE | ☐ REACTIVE (Titer) | |
| MHA-TP: ☐ NON-REACTIVE | ☐ REACTIVE | |
| FTA-ABS: ☐ NON-REACTIVE | ☐ REACTIVE, | ☐ REACTIVE MINIMALLY |
| VDRL: ☐ NON-REACTIVE | ☐ REACTIVE (Titer) | |
| SPECIMEN UNSATISFACTORY ☐ | | |

EXAMINED BY:  LND

RDA-1160

---

## CHLAMYDIA/GONORRHEA DETECTION

0820798

| SOCIAL SECURITY NO. | TENNCARE NO. | MCO |
|---|---|---|
| MEDICARE NO. | | |

RECORD FOLDER NO. 227853

PATIENTS NAME - LAST, FIRST, MIDDLE  Dedrick Anthony   SPOUSE - FIRST NAME

STREET AND NUMBER

TOWN    STATE    ZIP

DATE OF BIRTH  8-16-55   RACE  W   ETHNICITY   SEX  M   PHONE NO.

COUNTY NO.   COUNTY NAME  Lauderdale   SITE NO.

**SEND REPORT TO:**

ADDRESS  WTSP 3   P.O. Box 1150
CITY  Henning   STATE  Tn   ZIP  38041

PH-178  2-98

TENNESSEE DEPT. OF HEALTH  LABORATORY SERVICES  MICHAEL W. KIMBERLY, DR. P.H. DIRECTOR  LABORATORY PERFORMING EXAMINATION

WTSP 10/21/99

DATE REPORTED  10-18-99   DATE/TIME RECEIVED  OCT 18 '99 AM  9:18 05947

COLLECTION DATE  10/13/99

**LABORATORY RESULTS**

| | |
|---|---|
| ☒ Negative for Chlamydia trachomatis by DNA Probe | ☒ Negative for Neisseria gonorrhoea by DNA Probe |
| Positive for Chlamydia trachomatis by DNA Probe | Positive for Neisseria gonorrhoea by DNA Probe |
| Indeterminate for Chlamydia trachomatis by DNA Probe (submit another specimen) | Indeterminate for Neisseria gonorrhoea by DNA Probe (submit another specimen) |
| Unsatisfactory | |

EXAMINED BY:

RDA-1160

---

## HIV-1 SEROLOGY

B366837

| SOCIAL SECURITY NO. | | MEDICAID NO. |
|---|---|---|
| MEDICARE NO. | | |

RECORD FOLDER NO. 227853

PATIENTS NAME - LAST, FIRST, MIDDLE  Dedrick Anthony   SPOUSE - FIRST NAME

STREET AND NUMBER

TOWN    STATE    ZIP CODE

DATE OF BIRTH  8-16-55   RACE  W   SEX  M   PHONE NO.

COUNTY NO.   COUNTY NAME  Lauderdale   SITE NO.

**SEND REPORT TO:**

NAME  WTSP 3
ADDRESS  PO Box 1150
CITY  Henning   STATE  Tn   ZIP CODE  38041

PH-3173  REV. 4-95

TENNESSEE DEPT. OF HEALTH  LABORATORY SERVICES  MICHAEL W. KIMBERLY, DR. P.H. DIRECTOR  LABORATORY PERFORMING EXAMINATION
☐K ☐J ☐M ☐N

SW  WTSP 10/21/99

DATE REPORTED  10/19/99   LAB RECEIPT DATE  10/18/99   SPECIMEN CONTROL NO.  LAB NO. 206

COLLECTION DATE  10-13-99

TYPE OF SPECIMEN:  ☐ SERUM ☐ PLASMA   RISK FACTOR(S):
☐ FOLLOW-UP TEST  DATE OF PREVIOUS TEST: __/__/__

**TEST RESULTS**

| NON-REACTIVE FOR HIV-1 ANTIBODY BY EIA | REPEATEDLY REACTIVE FOR HIV-1 ANTIBODY BY EIA | NON-REACTIVE FOR HIV-1 ANTIBODY BY WESTERN BLOT | REACTIVE FOR HIV-1 ANTIBODY BY WESTERN BLOT | INDETERMINANT RESULTS FOR HIV-1 ANTIBODY BY WESTERN BLOT |
|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ |

**TEST(S) INTERPRETATION**

| NEGATIVE FOR HIV-1 ANTIBODY | POSITIVE FOR HIV-1 ANTIBODY | INDETERMINANT RESULTS FOR HIV-1 ANTIBODY (SEE BACK OF FORM) | ☐ UNSATISFACTORY (REASON): |
|---|---|---|---|
| ☒ | ☐ | ☐ | |

EXAMINED BY:

RDA-1160

Form 1110P   BRIGGS, Des Moines, Iowa 50306  (800) 247-2343

DedrickA-SSAdmin-   00106



DedrickA-SSAdmin- 00107

TENNESSEE DEPARTMENT OF CORRECTION  *X-ray done 3/9/00 sn*

## X-RAY REQUEST/REPORT

NAME _Dedrick   Anthony_    NUMBER _22783_   AGE _876.55_   LOCATION _NWCx-Annex_
    Last      First   /MI

Priority:      Routine _____   ASAP _✓_   Stat _____

PROCEDURE _PAN-X_

Clinical Information: _Pre-op , bone graft/reconstruction_

_____ Return film to practitioner ·  _____ Have Radiologist call back interpretation
_____ Return patient to practitioner

My impression of film _____

Date _____   Signed _____ MD

Radiology Department Use:
    Receipt of Request:    Completion of Exam:   Examiner: _____
      Date _____      Date _____
      Time _____      Time _____   Supervisor: _____

INTERPRETATION:

_On report with Chest X-ray of same day_

Date: _____

Signed _____
          Roentgenologist

KENNETH DICKSON, M.D. 1458

Original:  Health Record via Physician
Copy:      Verification
Copy:      X-Ray Jacket
Copy:      X-Ray Department File

CR-2003 (Rev 3/82)

G2

## TENNESSEE DEPARTMENT OF CORRECTION X-ray done 3/9/00

### X-RAY REQUEST/REPORT

NAME Dedrick, Anthony  NUMBER 227853 AGE 81655 LOCATION Nwcx Annex
    Last        First        MI

Priority:    Routine ✓    ASAP_____    Stat_____

PROCEDURE    CXR _____

Clinical Information:    Pre-Op _____

_____ Return film to practitioner    _____ Have Radiologist call back interpretation
_____ Return patient to practitioner

My impression of film _____

Date_____    Signed_____ MD

Radiology Department Use:
    Receipt of Request:         Completion of Exam:     Examiner:_____
        Date_____            Date_____
        Time_____            Time_____        Supervisor:_____

---

### NORTHWEST CORRECTIONAL COMPLEX

PT. NAME: Dedrick, Anthony    DOB: 01/01/1901 X-RAY #: 227853

DOCTOR:    EXAM: Chest  DATE: 03/09/2000

HISTORY: Pre-op - bone graft reconstruction. ANTHONY DEDRICK
CHEST AND LATERAL:  Heart size and pulmonary vascularity are
normal. No focal lung abnormalities seen. There is deformity of
the left fourth, fifth, and sixth ribs anterio-laterally
suggesting old fractures with subsequent bony bridging of at
least the fourth and fifth ribs. No additional abnormalities
seen.
OPINION:  Old post-traumatic changes left ribs with no acute
abnormalities.
PANOREX OF THE MANDIBLE AND MAXILLA: No discrete mandibular
abnormalities detected other than the absence of multiple
teeth. The collonoid and condylar processes are not optimally
seen.
Multiple surgical plates and screws present involving the
maxilla apparently from fixation of previous fractures. No
gross bony destructive changes seen at this time.
OPINION:  Previous surgery to the maxillary region with no
ongoing abnormalities identified on this study.
                                        Roentgenologist

Original:  Health Record via Physician
Copy:      Verification
Copy:      X-Ray Jacket
Copy:      X-Ray Department File

CR-2003 (Rev 3/82)                 KENNETH DICKSON, M.D.    RDA-1458

U

| | | |
|---|---|---|
| 5201873-4 | LV FINAL PAGE 1 | **LabCorp®** |

TIME: 7:00 AM
DOB   : 16-AUG-1955
FAST : NO
M12801536

DICKSON   227853
80129-5

DEDRICK, ANTHONY   Sex M   Age 44

LAKE COUNTY REGIONAL
ROUTE 1 BOX 330

TIPTONVILLE, TN 38079
901-253-5000

09-MAR-00   10-MAR-00   10-MAR-00

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TEST(S) ORDERED: CBC WITH DIFFERENTIAL/PLATELET ,PROTHROMBIN TIME (PT) ,
             PTT, ACTIVATED ,

COMPLETE BLOOD COUNT:

| | | | | |
|---|---|---|---|---|
| WBC | 13.8 | HIGH | THOUS/MM3 | 4.0-10.5 |
| RBC | 4.88 | | MILL/MM3 | 4.10-5.60 |
| HEMOGLOBIN | 15.0 | | G/DL | 12.5-17.0 |
| HEMATOCRIT | 43.3 | | % | 36-50 |
| MCV | 89 | | FL | 80-98 |
| MCH | 30.7 | | PG | 27-34 |
| MCHC | 34.6 | | % | 32.0-36.0 |
| NEUTROPHILS | 80 | HIGH | % | 40-74 |
| LYMPHOCYTES | 11 | LOW | % | 14-46 |
| MONOCYTES | 8 | | % | 0-15 |
| EOSINOPHILS | 0 | | % | 0-7 |
| BASOPHILS | 1 | | % | 0-3 |
| PLATELET COUNT | 187 | | THOUS/MM3 | 140-415 |
| NEUTRO, ABSOLUTE | 11.0 | HIGH | X 1000/uL | 1.8-7.8 |
| LYMPHS, ABSOLUTE | 1.5 | | X 1000/uL | 0.7-4.5 |
| MONOS, ABSOLUTE | 1.1 | HIGH | X 1000/uL | 0.1-1.0 |
| EOS, ABSOLUTE | 0.0 | | X 1000/uL | 0.0-0.4 |
| BASOS, ABSOLUTE | 0.1 | | X 1000/uL | 0.0-0.2 |

PROTHROMBIN TIME (PT):
  INR                 QNS                        2.0-3.5
    The specimen volume was insufficient (tube less than 90 % full)
    to obtain the proper plasma/anticoagulant ratio.
  PATIENT PT          QNS          SECONDS       9.3-13.6
    The specimen volume was insufficient (tube less than 90 % full)
    to obtain the proper plasma/anticoagulant ratio.

PTT, ACTIVATED:
  APTT                QNS          SECONDS       23-39
    The specimen volume was insufficient (tube less than 90 % full)
    to obtain the proper plasma/anticoagulant ratio.

CBC WITH DIFFERENTIAL/PLATELET:
  COMMENT             NOTE
    DIFFERENTIAL REVIEWED AND CONFIRMED.
    PLATELET CLUMPS APPARENT ON PERIPHERAL SMEAR. REPORTED PLATELET
    COUNT MAY BE LOWER THAN ACTUAL PLATELET COUNT.
    ENLARGED PLATELETS NOTED

PAGE 1  FINAL REPORT  DEDRICK,ANTHONY  10-MAR-2000  9:32  TECH:
LABCORP 4500 CONAEM DRIVE, LOUISVILLE, KY.  40213
CLIA# 18D0321540 RONALD J. ELIN, M.D.

©1999 Laboratory Corporation of America® Holdings

REPORT

DedrickA-SSAdmin-   00110



Dedrick-SSAdmin—

00111

DEDRICK, ANTHONY #257853
DR. HINSON
18753:LAKE COUNTY REGIONAL PRISON
MALE  44 YRS   5' 11'  215 LBS
CLINICAL PRE-OP...

Acquired  00:14 GMT  1 MAR 2000
Received  16:27 EST  1 MAR 2000
                              Job: 2022

BP: NORMAL
MEDS: DISLNESS, UNKNOWN/OTHER.

RATE AND RATE RANGE  INTERVALS:  P-R  QRS  QT  QTC  QRS AXIS
  71/MIN  70-72      SECONDS    .15  .10  .39  .42   62 DEG.

                    SINUS RHYTHM
2000  REPORT MUST BE CORRELATED WITH CLINICAL DATA BY A PHYSICIAN
      WITHIN NORMAL LIMITS FOR AGE

AUTOMATED ECG VERSION 9H0005320V

NWCX Annex
Kennell Dickson, MD
Date   2-15-00



Kenneth Dickson, MD

Date 3-15-0

NWCX-Annex

PAGE 2000
8 MAR 2000
Job: 2022

VIS
DEG.

30V

* DATA CENTER USE ONLY *
S-015-727-1 DXD .KF61.
SRV. 00000   CAL= 99
PO FXXF
CN: (901) 251-5000
R&R (901) 251-5000
(901)253-5253
RETURN
FAX Callback
MXX2 SN:04888(13)

2022 18752
LAKE COUNTY REGIONAL PRISON
ATTN: MEDICAL DEPT
ROUTE 1, BOX 330
TIPTONVILLE TN 38079

COVANCE
THE DEVELOPMENT SERVICES COMPANY

**LabCorp®**

```
5205625-7        Type   Primary ID  Secondary Source   LV   FINAL  PAGE
TIME: 9:00 AM           Additional Information
DOB    : 16-AUG-1955    FAST :  NO
                        M12801548
```

| Clinical Information | |
|---|---|
| Physician ID | Patient ID |
| HINSON | 227853 |
| Account | |
| 80129-5 | |

```
Patient Name                        Sex   Age (Yr/Mo)
DEDRICK, ANTHONY                     M     44
Patient Address
```

LAKE COUNTY REGIONAL
ROUTE 1 BOX 330

TIPTONVILLE, TN 38079
901-253-5000

```
Date Collected    Date Entered    Date Reported
10-MAR-00         11-MAR-00       11-MAR-00
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TEST(S) ORDERED: URINALYSIS, ROUTINE ,PROTHROMBIN TIME (PT) ,PTT, ACTIVATED ,

PROTHROMBIN TIME (PT):
INR                   1.0          LOW                    2.0-3.5
PATIENT PT            11.9                    SECONDS     9.3-13.6
     Due to a change in reagent lot number, effective Monday,
     April 3, 2000, the reference interval for PT will be
     10.0 - 13.6 seconds.

     INR THERAPEUTIC RANGE:
     Patients with mechanical prosthetic heart valves:  2.5 - 3.5
     All other conditions:                              2.0 - 3.0

     Note: INR values are intended to be used only to monitor
     patients who have been stabilized for several weeks on oral
     anticoagulants.  Their use for pre-operative screening or to
     monitor hemostatic abnormalities is not widely accepted at
     the present time.

     A new reagent is now being used for Prothrombin Time
     measurements.  Although the reference interval has been
     slightly expanded, normal patient results and INR values
     will remain similar.  However, patients with coagulation
     defects and those receiving warfarin (Coumadin) will have
     Prothrombin Times progressively higher than previously seen.
     At least 90% of a full draw must be obtained, or the test
     cannot be done.

PTT, ACTIVATED:
APTT                  29.8                    SECONDS     23-39
     APPT results for HEPARINIZED PATIENTS on specimens older than
     one hour may not be accurate unless WELL SEPARATED  plasma from
     a FULL 4.5 ML VACUTAINER DRAW is immediately FROZEN and sent in
     this condition.

URINALYSIS, ROUTINE:
*** URINALYSIS ***       CLEAR
COLOR                    YELLO
SPECIFIC GRAVITY         1.025
URINE pH                 5.0                  pH          5.0 - 7.5
URINE PROTEIN            TRACE                            NEGATIVE-TRACE
URINE GLUCOSE            +3            ABN                NEGATIVE
URINE KETONE             TRACE         ABN                NEGATIVE
PAGE 1    FINAL REPORT FOR  DEDRICK,ANTHONY   CONTINUED...

REPORT                                  ©1999 Laboratory Corporation of America® Holdin

DedrickA-SSAdmin-        00113

**LabCorp®**

| | | |
|---|---|---|
| 5205625-7 | Type LV FINAL PAGE 2 | |
| TIME: 9:00 AM | | |
| DOB : 16-AUG-1955 | | |

FAST : NO
M12801548

DEDRICK, ANTHONY   Sex M   Age (Y/M/wk) 44

| Clinical Information | |
|---|---|
| Physician ID HINSON | Patient ID 227853 |
| 80129-5 | |
| Account LAKE COUNTY REGIONAL | |
| ROUTE 1 BOX 330 | |
| TIPTONVILLE, TN 38079 | |
| 901-253-5000 | |

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 10-MAR-00 | 11-MAR-00 | 11-MAR-00 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| URINALYSIS, ROUTINE: (Continued). | | | | | |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | |
| BLOOD | NEGATIVE | | | NEGATIVE | |
| NITRITE | NEGATIVE | | | NEGATIVE | |
| UROBILINOGEN | NEGATIVE | | EHRLICH U | 0.0-2.0 | |
| LEUKOCYTE TEST | NEGATIVE | | | NEGATIVE | |

PAGE 2  FINAL REPORT  DEDRICK, ANTHONY  11-MAR-2000  7:31  TECH: ME
LABCORP 4500 CONAEM DRIVE, LOUISVILLE, KY. 40213
CLIA# 18DO321540 RONALD J. ELIN, M.D.



**LabCorp®**

Specimen #  290-891-2863-0

Patient Name: DEDRICK, ANTHONY

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Glucose, Serum | | H | mg/dL | 65 - 109 | |
| BUN | 13 | | mg/dL | 5 - 26 | |
| BUN/Creatinine Ratio | 18 | | | | |
| Potassium, Serum | 4.3 | | mEq/L | 3.5 - 5.5 | |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | |
| Protein, Total, Serum | 6.7 | | g/dL | 6.0 - 8.5 | |
| Globulin, Total | 2.3 | | g/dL | 1.5 - 4.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | |
| LDH | 105 | | IU/L | 100 - 250 | |
| ALT (SGPT) | 16 | | IU/L | 0 - 50 | |
| Iron, Serum | 96 | | mcg/dL | 40 - 180 | |
| **LIPIDS** | | | | | |
| Triglycerides | 142 | | mg/dL | 0 - 199 | |
| **URINALYSIS GROSS EXAM** | | | | | |
| pH | 5.0 | | | 5.0 - 7.5 | |
| Appearance | Clear | | | Clear | |
| Protein | NEGATIVE | | | Negative/Trace | |
| Ketones | NEGATIVE | | | Negative | |
| Bilirubin | NEGATIVE | | | Negative | |

**Please N.1. Reference Intervals

Nitrite, Urine          NEGATIVE                              Negative

Microscopic follows if indicated.

LAB: KL LABCORP LOUISVILLE          DIRECTOR: RONALD

REPORT          ©1999 Laboratory Corporation of America® Holdings

094-85T-2825-0   Type S  Primary RES  FINAL  PG       03 N 01                    **LabCorp**®RVA
TIME 0645                                                                        04-05-01  12:05
R 2L U                           DOB:
                                 08/16/55                 Clinical Information
CD- AL941801292                  FASTING        Physician ID        BUTLER        Patient ID 227853        TVOL

DEDRICK, ANTHONY          M   0445707     Accession ID  LAKE COUNTY REGIONAL                    4180129
                                          ROUTE 1 BOX 330                                       00
Patient Address                           TIPTONVILLE      , TN  38079-               00

04/04/01   04/05/01   04/05/01    0317    731-253-5000      TNS

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRIES | | | | | KL |
| Glucose, Serum | | 264 | H mg/dL | 65 - 109 | KL |
| Uric Acid, Serum | 3.3 | | mg/dL | 2.4 - 8.2 | KL |
| BUN | 9 | | mg/dL | 5 - 26 | KL |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | KL |
| BUN/Creatinine Ratio | 12 | | | | |
| Sodium, Serum | 146 | | mmol/L | 135 - 148 | KL |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | KL |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | KL |
| Calcium, Serum | 9.6 | | mg/dL | 8.5 - 10.6 | KL |
| Phosphorus, Serum | 3.6 | | mg/dL | 2.5 - 4.5 | KL |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | KL |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | KL |
| Globulin, Total | 2.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | KL |
| Alkaline Phosphatase, Serum | 122 | | IU/L | 25 - 150 | KL |
| LDH | 118 | | IU/L | 100 - 250 | KL |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | KL |
| ALT (SGPT) | 25 | | IU/L | 0 - 40 | KL |
| GGT | 40 | | IU/L | 0 - 65 | KL |
| Iron, Serum | 63 | | mcg/dL | 40 - 155 | KL |
| | | | | | KL |
| LIPIDS | | | | | KL |
| Cholesterol, Total | 195 | | mg/dL | 100 - 199 | KL |
| Triglycerides | 194 | | mg/dL | 0 - 199 | KL |
| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
| White Blood Cell (WBC) Count | | 11.2 | H X 10-3/uL | 4.0 - 10.5 | KL |
| Red Blood Cell (RBC) Count | 5.29 | | X 10-6/uL | 4.10 - 5.60 | KL |
| Hemoglobin | 15.9 | | g/dL | 12.5 - 17.0 | KL |
| Hematocrit | 46.6 | | % | 36.0 - 50.0 | KL |
| MCV | 88 | | fL | 80 - 98 | KL |
| MCH | 30.0 | | pg | 27.0 - 34.0 | KL |
| MCHC | 34.1 | | g/dL | 32.0 - 36.0 | KL |
| RDW | 13.9 | | % | 11.7 - 15.0 | KL |
| Platelets | 164 | | X 10-3/uL | 140 - 415 | KL |
| Polys | 71 | | % | 40 - 74 | KL |
| Lymphs | 20 | | % | 14 - 46 | KL |
| Monocytes | 5 | | % | 4 - 13 | KL |
| Eos | 3 | | % | 0 - 7 | KL |
| Basos | 1 | | % | 0 - 3 | KL |
| Polys (Absolute) | | 8.1 | H X 10-3/uL | 1.8 - 7.8 | KL |
| Lymphs (Absolute) | 2.2 | | X 10-3/uL | 0.7 - 4.5 | KL |
| Monocytes(Absolute) | 0.5 | | X 10-3/uL | 0.1 - 1.0 | KL |
| Eos (Absolute Value) | 0.3 | | X 10-3/uL | 0.0 - 0.4 | KL |
| Baso(Absolute) | 0.1 | | X 10-3/uL | 0.0 - 0.2 | KL |

REPORT                          ©1999 Laboratory Corporation of America® Holdings
All Rights Reserved

```
094-BYT-2825-0   Type 9  Patient KL  P1NAL   PG   2   03 N 01          LabCorp®RVA
TIME 0645                                                              04-05-01  12:05
R 2L U        Additional Information      DOB:           Clinical Information
                                          08/16/55              BUTLER                        TV01
CD- AL941801292                           FASTING Y    Physician ID              Patient ID  227853

DEDRICK, ANTHONY          M   047507       LAKE COUNTY REGIONAL              4180129
                                           ROUTE 1 BOX 330                         00
Patient Address          ,                 TIPTONVILLE    , TN 38079-            00

04/04/01  04/05/01  04/05/01  0317         731-253-5000       TNS
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| URINALYSIS, ROUTINE | | | | | KL |
| URINALYSIS GROSS EXAM | | | | | KL |
| Specific Gravity | 1.015 | | | 1.005 - 1.030 | KL |
| pH | 6.5 | | | 5.0 - 7.5 | KL |
| Urine-Color | YELLOW | | | Yellow | KL |
| Appearance | Clear | | | Clear | KL |
| WBC Esterase | NEGATIVE | | | Negative | KL |
| Protein | NEGATIVE | | | Negative/Trace | KL |
| Glucose | 3+ | | | Negative | KL |
| (  nes | NEGATIVE | | | Negative | KL |
| Occult Blood | NEGATIVE | | | Negative | KL |
| Bilirubin | NEGATIVE | | | Negative | KL |
| Urobilinogen,Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | KL |
| Nitrite, Urine | NEGATIVE | | | Negative | KL |
| Microscopic Examination | | | | | KL |
| Microscopic follows if indicated. | | | | | |
| emoglobin A1c | | | | | |
| Hemoglobin A1c | 10.4 | H % | | 4.5 - 5.7 | KL |
| | | | | | KL |

```
    (Factors such as        The following ranges may be used
    duration of diabetes,   for interpretation of results:
    adherence to therapy    HgbA1c degree of glucose control:
    and the age of the          )8%   Action suggested*
    patient should also be      (7%   Goal of Diabetic
    considered in assessing                Therapy**
    the degree of blood         (6%   Normal
    glucose control)

    *High risk of developing long term complications such
    as retinopathy, nephropathy, neuropathy, cardiopathy,
    etc.  **Some danger of hypoglycemic reaction in type
    I diabetics.  Some glucose intolerant individuals
    and "sub-clinical" diabetics may demonstrate HgbA1c
    levels in this area.

    HgbA1c may be overestimated in diabetic patients exhibiting
    poor control and who are also heterozygous or homozygous
    for HgbS or HgbC.  Total glycohemoglobin is a better
    indicator diabetic control in patients with these
    hemoglobin variants.

LAB: KL LABCORP LOUISVILLE           DIRECTOR: JAMES    MEYERS    MD
     4500 CONAEM DRIVE LOUISVILLE, KY 40213-1961

R INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 731/660-1477 LAB: 502-456-470
```

RECOP                                    ©1999 Laboratory Corporation of America® Holdings
                                          All Rights Reserved

**LabCorp®**

| Specimen # | Type | Primary | Report Status |
| --- | --- | --- | --- |

339-893-0181-0  Additional Information KL   FINAL   PG   1
TIME 0500

Chart Information ]                                      RVFi
                                    12-06-01   07:09

Physician ID              Patient ID
                          227853          TVOL

Patient Name C9L41025560      Sex M Age(Yrs/Mos) Y

Physician Name CK, ANTHONY      M   046703

Account   313054

BRUSHY MOUNTAIN STATE PENN.      41025560
INMATE ACCT                          00
P.O. BOX 1000                        00
PETROS        TN  37845

| Date Collected | Date Entered | Date Reported |
| --- | --- | --- |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| :MP12+LP+6AC | | | | | |
| Glucose, Serum | | H | mg/dL | 65 - 109 | KL |
| Uric Acid, Serum | 4.1 | | mg/dL | 2.4 - 8.2 | KL |
| BUN | 14 | | mg/dL | 5 - 26 | KL |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | KL |
| BUN/Creatinine Ratio | 20 | | | | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | KL |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.5 | KL |
| Chloride, Serum | 101 | | mmol/L | 96 - 109 | KL |
| Calcium, Serum | 10.2 | | mg/dL | 8.5 - 10.6 | KL |
| Phosphorus, Serum | 4.1 | | mg/dL | 2.5 - 4.5 | KL |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | KL |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | KL |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | KL |
| Alkaline Phosphatase, Serum | 118 | | IU/L | 25 - 150 | KL |
| LDH | 153 | | IU/L | 100 - 250 | KL |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | KL |
| ALT (SGPT) | 33 | | IU/L | 0 - 40 | KL |
| GGT | 44 | | IU/L | 0 - 65 | KL |
| Iron, Serum | 98 | | mcg/dL | 40 - 155 | KL |
| LPIDS | | | | | KL |
| Cholesterol, Total | 192 | | mg/dL | 100 - 199 | KL |
| Triglycerides | 536 | H | mg/dL | 0 - 199 | KL |
| HDL Cholesterol | | | mg/dL | 35 - 150 | KL |
| LDL Cholesterol Cal | | | | 5 - 40 | |

The calculation for the VLDL
cholesterol is not valid when
triglyceride level is )400 mg/dL.

D H
DALE HADDEN, FNP

DEC 07 2001

| DL Cholesterol Calc | | | | 0 - 129 | |

Triglyceride result indicated is
too high for an accurate LDL
cholesterol estimation.

| L/HDL Ratio | | | | 0.0 - 3.6 | |

Unable to calculate result since non-
numeric result obtained for component
test.

|  | LDL/HDL | |
| --- | --- | --- |
|  | Men | Women |
| 1/2 Avg.Risk | 1.0 | 1.5 |
| Avg.Risk | 3.6 | 3.2 |
| 2X Avg.Risk | 6.3 | 5.0 |
| 3X Avg.Risk | 8.0 | 6.1 |

**REPORT**

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

CK, ANTHONY

**LabCorp®**

| Specimen # | | Type | Primary | Report Status | | | | RVM |
|---|---|---|---|---|---|---|---|---|
| 339-893-0181-0 | Additional Information: KL | FINAL | PG  2 | | | 12-06-01 | 07:09 | |
| TIME 0500 | | | | | Physician ID | Patient ID | | |
| | | | | | | 227853 | | TVOL |
| Specimen #: YL41025560 | | | Sex: AS [ ] Fasting: Y | | Account | 313450 | | |
| Patient: DERRICK, ANTHONY | | M  046703 | | | BRUSHY MOUNTAIN STATE PENN.    41025560 | | | |
| | | | | | INMATE ACCT                          00 | | | |
| | | | | | P.O. BOX 1000                        00 | | | |
| Date Collected | Date Entered | Date Reported | | | PETROS        , TN  37845 | | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| emoglobin A1c | | | | | KL |
| Hemoglobin A1c | 11.2 | H | % | 4.5 - 5.7 | KL |

(Factors such as          The following ranges may be used
duration of diabetes,    for interpretation of results:
adherence to therapy     HgbA1c degree of glucose control:
and the age of the           >8%   Action suggested*
patient should also be     (7%    Goal of Diabetic
considered in assessing             Therapy**
the degree of blood           (6%   Normal
glucose control)

*High risk of developing long term complications such
as retinopathy, nephropathy, neuropathy, cardiopathy,
etc.   **Some danger of hypoglycemic reaction in type
I diabetics.  Some glucose intolerant individuals
and "sub-clinical" diabetics may demonstrate HgbA1c
levels in this area.

HgbA1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous
for HgbS or HgbC.  Total glycohemoglobin is a better
indicator of diabetic control in patients with these
hemoglobin variants.

----------------------------------------------------------------
KL LABCORP LOUISVILLE          DIRECTOR: JAMES MEYERS, MD
    4500 CONREM DRIVE LOUISVILLE, KY 40213-1961
----------------------------------------------------------------
! INQUIRIES, THE PHYSICIAN MAY CONTACT BRANCH: 865-588-2036 LAB: 502-456-4700
                    LAST PAGE OF REPORT

b4

DALE HADDEN, FNP

DEC 07 2001

REPORT

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

DERRICK, ANTHONY          PATID: 227853

DedrickA-SSAdmin-      00120

Feb 01 2002 17:35:32 EST International Radiology Group   MSG# 5710(   )-005-1      Page 006 Of 016

International Radiology Group, LLC
**1909 Hi Line Drive**
**Dallas, Texas 75207**

Facility:        cms6100

Patient:         Anthony Dedrick           Date of Birth:     08/16/1955

Medical Record # 227853                     Referring Physician: Foote

Date of Study:   01/30/2002                 Technologist:      M L

History:

LEFT SHOULDER:

Frontal images obtained in internal and external humeral rotation demonstrate
normal joint widths and no evident fracture or dislocation.  No
chondrocalcinosis is seen.  The AC joint and other surrounding bony structures
visualized are unremarkable.

IMPRESSION:

Normal left shoulder.

GIRENDRA HOSKERE, M.D.
FEB 0 1 2002

Delphia M. Clarke M.D.
02/01/2002

**LabCorp®**

| Specimen # | Type | Primary L# | Report Status | | | RVM |
|---|---|---|---|---|---|---|
| 077-891-3007-0 | B | KL | FINAL PG | 1 | 03 N 01 | 03-19-02   08:07 |

TIME 0500

Clinical Information

| Physician ID | FOOTE | Patient ID | 227853 | TVOL |
|---|---|---|---|---|

CD- DR341025560          FASTING Y

DEDRICK, ANTHONY      Sex M   Age (Yr/Mon) 046/06

Account

BRUSHY MOUNTAIN STATE PENN.     410255
INMATE ACCT                                    00
P.O. BOX 1000                                   00
PETROS          TN  37845-
423-324-4011    TNX

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/13/02 | 03/19/02 | 03/19/02 | 2933 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+6AC | | | | | |
| Glucose, Serum | 218 | H | mg/dL | 65 - 109 | KL |
| Uric Acid, Serum | 4.0 | | mg/dL | 2.4 - 8.2 | KL |
| BUN | 10 | | mg/dL | 5 - 26 | KL |
| Creatinine, Serum | 0.6 | | mg/dL | 0.5 - 1.5 | KL |
| BUN/Creatinine Ratio | 16 | | | | |
| Sodium, Serum | 137 | | mmol/L | 135 - 148 | KL |
| Potassium, Serum | 4.7 | | mmol/L | 3.5 - 5.5 | KL |
| Chloride, Serum | 102 | | mmol/L | 96 - 109 | KL |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | KL |
| Phosphorus, Serum | 3.8 | | mg/dL | 2.5 - 4.5 | KL |
| Protein, Total, Serum | 7.0 | | g/dL | 6.0 - 8.5 | KL |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | KL |
| Globulin, Total | 2.7 | | g/dL | 1.5 - 4.5 | KL |
| A/G Ratio | 1.5 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | KL |
| Alkaline Phosphatase, Serum | 91 | | IU/L | 25 - 150 | KL |
| LDH | 125 | | IU/L | 100 - 250 | KL |
| AST (SGOT) | 17 | | IU/L | 0 - 40 | KL |
| ALT (SGPT) | 33 | | IU/L | 0 - 40 | KL |
| GGT | 40 | | IU/L | 0 - 65 | KL |
| Iron, Serum | 103 | | mcg/dL | 40 - 155 | KL |
| | | | | | KL |
| LIPIDS | | | | | KL |
| Cholesterol, Total | 195 | | mg/dL | 100 - 199 | KL |
| Triglycerides | 282 | H | mg/dL | 0 - 149 | KL |
| HDL Cholesterol | 26 | L | mg/dL | 40 - 59 | KL |
| VLDL Cholesterol Cal | 56 | H | mg/dL | 5 - 40 | KL |
| LDL Cholesterol Calc | 112 | H | mg/dL | 0 - 99 | KL |
| LDL/HDL Ratio | 4.3 | H | Ratio Units | 0.0 - 3.6 | |

|  | LDL/HDL | |
|---|---|---|
|  | Men | Women |
| 1/2 Avg.Risk | 1.0 | 1.5 |
| Avg.Risk | 3.6 | 3.2 |
| 2X Avg.Risk | 6.3 | 5.0 |
| 3X Avg.Risk | 8.0 | 6.1 |

DALE HADDEN, FNP
MAR 2 1 2002

LAB: KL LABCORP LOUISVILLE          DIRECTOR: JAMES MEYERS, MD
     4500 CONAEM DRIVE LOUISVILLE, KY 40213-1961

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 865-588-2036 LAB: 502-456-470
                    LAST PAGE OF REPORT

REPORT

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

DRICK, ANTHONY       PATID: 227853       SPEC DATE: 03/19/2002

Order Form 1206/4 (if 4-part set)
Order Form 1206/4TP (if 4-part set, 5-hole top punch)

Order Form 1206/5 (if 5-part set)
Order Form 1206/5TP (if 5-part set, 5-hole top punch)

   

# PHYSICIAN'S ORDERS

NAME Dedrick, Anthony                8/16/55

ROOM NO. (ADDRESS) WTSP-3

HOSP. NO. ZZ7853                 7B-40

PHYSICIAN Zaidi          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

Drug Allergies  NKDA

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|
| 10-13-99 | HGBA1C          Done | | |
| | EKG            Done | | |
| | VO Bill Harber, PA-C / Rhonda Mullis,p | | |
| | Noted Rhonda Mullis,p    8A 10/13/99 | | |
| 10/13/99 116P | Blood sugar & BP 2x weekly X 2 wks done | | |
| | chest xray when eligible (10-29-99) | | |
| | BILL HARBER, PA-C     DATE 10-14-98 | | |
| | TIME 12:55 pm | | |
| | SYED ASGHAR ABBAS ZAIDI M D | | |
| 10/13/99 116P | Admit cc ben, QD 〉 30 drops = 2cc | | |
| | Dirhetor 5 mg QD 〉 | | |
| | BILL HARBER, PA-C | | |
| 9/14/99 3/10 Am noted Miko Parker LPN | | | |
| 10/21/99 Clog | BP & BS monthly | | |
| | repeat 3 mon (1-07-99) | | |
| | noted Teresa Pettus m. LPN | | |
| | BILL HARBER, PA-C | | |
| | DATE 11-4-99 | | |
| | TIME 1:00 pm | | |
| | SYED ASGHAR ABBAS ZAIDI M.D. | | |
| | W.T.S.P. | | |

n 1206  BRIGGS, Des Moines, IA 50306 (800) 247-2343
PRINTED IN U.S.A.

PLEASE! USE BALL POINT

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-     00123



# PHYSICIAN'S ORDERS

NAME: Dedrick Anthony

ROOM NO. (ADDRESS): WTSP 3

HOSP. NO.: ~~etorre~~ 227853

PHYSICIAN: Zaidi  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

8/16/5

NKDA   7B-40

Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ | Nurse's Initials |
|---|---|---|---|

11-2-99 10 am   CXR On HTN   DATE: 11-4-99 TIME: 10 p.m.

N.O. Mr. Harber PAC ) Confir for RN

Notd Chich Mullins 11-2-99 3p

SYED ASGHAR ABBAS ZAIDI M. W.T.S.P.

4/7/99 ot #21

11/17/99 Penicillin 500m : tab ii stat po; tab i tid X 7 days
Ibuprofen 800m : tab i stat po; tab i tid X 7 days

Ronald Smith MD

Noted 11-17-99 @ 10³⁰ am / Mary Jo Marlin   DATE: 11/17/99

TIME: 0930

RONALD K. SMITH DDS W.T.S.P.

12/2/99 Penicillin 500m : tab ii stat po; tab i tid X 7 day
Ibuprofen 800m : tab i stat po; tab i tid X 7 day

noted Teresa Pattern LPN   Ronald Smith MD

12-2-99  10A   DATE: 12/2/99

TIME: 0830

RONALD K. SMITH DDS W.T.S.P.

PLEASE! USE BALL POINT

Frm 1208   SPROES, Des Moines, IA 50306  (500) 247-2343  PRINTED IN USA

PHYSICIAN'S ORDERS

Order Form 1206/4 (if 4-part set)
Order Form 1206/4TP (if 4-part set, 5-hole top punch)

Order Form 1206/5 (if 5-part set)
Order Form 1206/5TP (if 5-part set, 5-hole top punch

# PHYSICIAN'S ORDERS

NAME Dedrick Anthony          8/16/55

ROOM NO. (ADDRESS) WTSP 3                    42

HOSP. NO. 227853

PHYSICIAN Zaidi

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

NKDA          7B-40
Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤➤➤ | Nurse's Initials |
|---|---|---|---|

Verbal

8-12-99 ① Adalat cc 60 po qd th 1-31-00

② Diabeta 5 po qd thu 1-31-00

③ Draw ACP, Hemoglob A1C, LUAgg, ъt w/z 32
whle on meds. eNodkne closed

Noted 12/6/99 11½
Frances Dunn

(Dr. Dream) Jack Jeel

K. Dickson, MD
KENNETH DICKSON, M.D.
12-6-99

DedrickA-SSAdmin-   00125

Order Form 1266/4 (If 4-part set) or
Order Form 1266/3 (If 3-part set)

PRINTED IN U.S.

 Sheet1

# PHYSICIAN'S ORDERS

| NAME | |
|---|---|
| ROOM | DEDRICK ANTHONY 227853 |
| ADDRESS | NWCX-ANNEX |
| HOSPITAL | D.O.B: 8/16/55 |
| PHYSICIAN | SS# 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 |
| | DR. DICKSON, M.D. |

| DIET | | AGE | WEIGHT | SEX |
|---|---|---|---|---|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES | NKDA | | | |

| 12/17/99 | ADALAT CC 60 MG PO Q DAY | # 31 | X 1 MONTH |
|---|---|---|---|
| | | | CHRONIC |
| | DIABETA 5 MG PO Q DAY | # 31 | FEB. 12 |
| | | | MAR. 13 |

K. Dickson, M.D.
KENNETH L. DICKSON, M.D., NWCX-ANNEX
12-17-99

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

rm 1268
POGS, Des Moines, IA 50306 (800) 247-2843

DedrickA-SSAdmin-    00126

Order Form 1266/4 (If 4-part set) or
Order Form 1266/5 (If 5-part set)

PRINTED IN U.S.A.





# PHYSICIAN'S ORDERS

| DIET | | AGE | WEIGHT | SEX | NAME Dedrick, Anthony 227852 |
| DIAGNOSIS | | | | | ROOM NO. (ADDRESS) NWCX - Annex |
| DRUG ALLERGIES | NKDA | | | | HOSP. NO. 8-16-55   41398-0144 |
| | | | | | PHYSICIAN Dickson |

1-27-00  ① Dsblood 600mg po (now) 12 30 A
12 30 P  ② Peldase 20mg po (now), then 20mg po q D
NKO-AG     x 3 mos.              12 30 A
           ③ Medrol Dose Pack (UAD) 12 30 A

       noted 1-27-00        Kenneth Dickson MD
       Paul Alexander RN

                         Kenneth Dickson, MD
                                        1-27-00
                         Date      NWCX-Annex

m 1266
JGS, Des Moines, IA 50306 (800) 247-2343

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

Order Form 1266/4 (if 4-part set) or
Order Form 1266/5 (if 5-part set)

PRINTED IN U.S.I



Sheet1

# PHYSICIAN'S ORDERS

NAME DEDRICK ANTHONY 227853
ROOM NO.
ADDRESS NWCX ANNEX
HOSP. NO.
D.O.B. 8/16/55
SS# 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
PHYSICIAN DR. DICKSON, M.D.

| DIET | | AGE | WEIGHT | SEX |
| --- | --- | --- | --- | --- |
| DIAGNOSIS | | | | |

DRUG ALLERGIES NKDA

| 2/16/00 | ADALAT CC 30 MG PO Q DAY | # 30 | TO SIGN  CHRONIC |
| | X 1 MONTH | | 4-1-00 CB 4.30 SR 3-2-00  020 |
| | DIABETA 5 MG PO Q DAY | # 30 | |
| | X 1 MONTH | | |

K. Dickson, MD
KENNETH L.  DICKSON   MD   NWCX ANNEX
2-16-00

noted at NWCX Annex on 2-16-00
to start 4-1-00 Pat Rundown

-28-00 (1) Amoxicillin 2g po Stat
Stat
dose given
@ 0915 per William
Eddie Adelman MS

-28-00 (1) Pen VK 500 mg q6h x 5day
1 (2) Tylenol #3 ½ tab q4h prn x 1day
Medically cleared
Eddie Adelman MD

Noted @ 1045 June Williams Rn on 2/28/00

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

1266
S. Des Moines, IA 50306  (800) 247-2343
PRINTED IN U.S.A

DedrickA-SSAdmin-    00128

Order Form 1266/4 (If 4-part set) or
Order Form 1266/5 (If 5-part set)

PRINTED IN US

# PHYSICIAN'S ORDERS

6 2

| | | AGE | WEIGHT | SEX | |
|---|---|---|---|---|---|
| DIET | | | | | NAME  Dedrick, Anthony |
| DIAGNOSIS | | | | | ROOM NO. (ADDRESS)  22785 3      8-16-55 |
| DRUG ALLERGIES  NKA | | | | | HOSP. NO.  413-58-014?  Dickson PHYSICIAN |

3-8-00  ① _____ Dose Pack UAD _____

① _____ 750 mg po _____ X 7 uts

Mr. Rx  ③ AVO _____

3-8-00  noted  Paul Alexander ?? _____ , ___

Kenneth Dickson, MD
3800
Date         NWCX-Annex

3-8-00  C X R   and Pan X

CBC c̄ diff , UA    PT, PTT

EKG

V.O. Dr. Hinson / Paul Alexander LPN

Noted 3-8-00  Paul Alexander LPN

L.T. Hinson DDS

medically cleared

_____

1/00  noted _____

Form 1266

PLEASE USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDER

DedrickA-SSAdmin-      00129

Order Form 1206/4 [if 4-part set].
Order Form 1206/4TP [if 4-part set, 5-hole top punch]

Form 1206/5 [if 5-part set].
Order Form 1206/5TP [if 5-part set, 5-hole top pun

# PHYSICIAN'S ORDERS

117

## D.S.N.F.

NAME _Dedricke, Anthony_
ROOM NO. (ADDRESS) _227853_
HOSP. NO. _8-16-55_
PHYSICIAN _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_

Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|
| 3/30/00 | Admit to Health Center: _Reconstruction anterior maxillary 5/1_ | | |
| | Activity as Tolerated: | | |
| | Routine Vital Signs: | | |
| | Diet: | | |
| | NPO After Midnight: _3/30/00_ _3/31/00_ | | |
| | Shower @ 4:00 a.m.: | | |
| | Routine Medications Until Midnight: _8/31/00_ | | |
| | _V.O. Dr. Salcedo / Susie Hamilton LPN_ | | |
| 3/30/00 | 0700 _Can remain in transit until ̄p Surgery_ | | |
| | _cont. all previous orders_ | | |
| | _T.O. Dr. Salcedo / Kohler RN_ | | |
| | _Mary Zahn  3/30/00  1545_ | | |

PLEASE! USE BALL POINT

PHYSICIAN'S ORDER

Form 1206  BRIGGS, Des Moines, IA 50306  (800) 247-2343

DedrickA-SSAdmin-   00130

Order Form 1206/4 [If 4-part set] or
Order Form 1206/8 [If 8-part set]

# PHYSICIAN'S ORDERS

NAME *Dedrick Anthony*

ROOM NO. *S 311*
(ADDRESS)

DOB: 8-16-55

HOSP. NO. *227-853*        **D.S.N.F.**

SS  413 98 0144

PHYSICIAN *Salcedo*

Drug Allergies

NKDA

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ | Nurse's Initials |
|---|---|---|---|
| 3/31/00 1700 | Admit to DSNF under the service of Dr. Salcedo | | |
| | DX Mid Face trauma | | |
| | VS q shift x 24 hrs then routine if stable | | |
| | Act: Bed rest x 4 days | | |
| | Diet: Clear liq. x 6 hr then as tol. | | |
| | Vicodin i po q 4 hrs PRN pain x 3 days | | |
| | p.o. Dr. Bennett / Dr. Salcedo / Dolly Gomez RN | | |
| | Noted: Dolly Gomez RN 3/31/00 1700 | | |
| | | *signature* 4/1/00 | |
| 3/31/00 1730 | F/U c̄ Dr. Bennett in 1 week | | |
| | Adalat cc 60 mg po qd x 30 days | | |
| | Diabeta 5 mg po qd x 30 days | | |
| | Feldene 20 mg po qd x 30 days | | |
| | p.o. Dr. Bennett / Dolly Gomez RN | | |
| | Noted: Nelly Kohushisons RN 3/31/00 1900 | | |
| | | *signature* 4/1/00 | |

rm 1206  SNOOS, Des Moines, IA 50306 (800) 247-2343   PRINTED IN U.S.A.   **PLEASE USE BALL POINT**   **PHYSICIAN'S ORDERS**

Order Form 1206/4 [If 4-part set] or
Order Form 1206/5 [If 3-... set]

  

# PHYSICIAN'S ORDERS

## D.S.N.F.

NAME *Anthony Dedrick*

ROOM NO. *S 311*
(ADDRESS)

HOSP. NO. *227853*

PHYSICIAN *Salceda*

Drug Allergies
*N K A*

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ ② | Nurse's Initials |
|---|---|---|---|
| 4/3/00 0630 | Vicodin i po q 6 hr PRN pain x 5 days p.o. Dr. Salceda / Dilly Storey Noted: Dilly Storey RN 4/3/00 0800 | | |
| 4/4-00 2 45 | Meds dly cleared | PBHudson 4/4/00 Eddie Adam | |
| 5/11/00 1500 | noted Marc Shea RN | | |
| 7/12/00 97 30 | may go to library and gym p.o. Dr. Salceda / Dilly Storey RN | PBHudson 7/12/00 | |

DedrickA-SSAdmin-     00132

Order Form 1266/4 (If 4-part set) or
Order Form 1266/5 (If 5-part set)

PRINTED IN U.S.

 Sheet1 

# PHYSICIAN'S ORDERS

| DIET | | AGE | WEIGHT | SEX |
|---|---|---|---|---|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES | | | | |
| | NKDA | | | |

NAME
DEDRICK, ANTHONY 227853
ROOM NO.
(ADDRESS) WCX-ANNEX
D.O.B. 8/16/55
HOSP. NO.
SS# 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
PHYSICIAN
DR. DICKSON, M.D.

| 5/1/00 | ADALAT CC 60 MG PO Q DAY | # 31 | To Start CHRONIC |
| | X 1 MONTH | | 6-1-00 JUNE 1-30 |
| | DIABETA 5 MG PO Q DAY | # 31 | 7-1-00 JULY 1-31 |
| | X 1 MONTH | | 8-1-00 AUG 1-31 |
| | FINGERSTICK BID X 1 DAY | | |
| | Q 2 WEEKS PRN | | |
| | X 1 MONTH | | |
| | IF UNCONTROLED DO FINGER | | |
| | STICK BID X 5 DAYS AND | | |
| | REFER PRN, X 1 MONTH | | |

*K D Dickson, MD*

KENNETH  L.  DICKSON, MD   WWCX ANNEX
5-1-00

*noted at Wcx-A anx on 2-22-00*
*To start 5-1-00 Per Bunch MD*

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-        00133

Order Form 1266/4 (if 4-part set) or
Order Form 1266/5 (if 5-part set)

PRINTED IN USA




# PHYSICIAN'S ORDERS

NAME Anthony. Dedrick

ROOM NO.
(ADDRESS) 227853

HOSP. NO. NWCX Annex              816-55

PHYSICIAN Dickson          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

| DIET | | AGE | WEIGHT | SEX |
|------|--|-----|--------|-----|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES NKDA | | | | |

5-22-00    Feldene 20 mg ÷ P.O. qd X 3 months

                    K.A. Dickson MD
                    Kenneth Dickson, MD

5/22/00 noted Betty moss LPN NWCX Annex

8-31-00   1) Feldene 20 mg ÷ qd X 30 days —
              chronic
              (Down, Sander, Fry) K.A. Kev Dickson, MD

8/31/00  8²⁵/AM noted Cindy Hale LPN
NWCXA

PLEASE! USE BALL POINT
PEN ONLY

rm 1266
NWCX One Indian IA 50306  (800)247-2243

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-     00134

Order Form 1266/4 (in 4-part set) or
Order Form 1266/3 (in 5-part set)

  Sheet1  

PRINTED IN U.S.A.

# PHYSICIAN'S ORDERS

NAME  DEDRICK ANTHONY 227853

ROOM NO  NWCX-ANNEX
[ADDRESS]

D.O.B. 8/16/55

HOSP  SS# 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

PHYS  DR. DICKSON, M.D.

| DIET | | | AGE | WEIGHT | SEX |
|---|---|---|---|---|---|
| **DIAGNOSIS** | | | | | |
| **DRUG ALLERGIES** NKDA | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/00 | ADALAT CC 60 MG PO Q DAY | # 31 | To Start  CHRONIC | | |
| | X 1 MONTH | | 10-1-00 OCT. 1-31  ym 9-1-00 | asro |
| | DIABETA 5 MG PO Q DAY | # 31 | 11-1-00 NOV. 1-30 m 9-13-00 | 0W72 |
| | X 1 MONTH | | DEC. 1-31 m 10-31-00 | 0JJ2 |
| | FELDENE 20 MG 1 PO Q DAY | # 31 | 12-1-00 | |
| | X 1 MONTH | | | |
| | FINGERSTICK BID X 1 DAY Q | | | |
| | 2 WEEKS PRN X 1 MONTH | | | |
| | IF UNCONTROLED DO FINGER | | | |
| | STICK BID X 5 DAYS AND | | | |
| | REFER PRN , X 1 MONTH | | | |

KENNETH  L.  DICKSON, MD, NWCX-ANNEX

91 00

recd at NWCX-Annex on 9-1-00
to start 9-1-00  Set M^c Murran?

™ 1266
3GA, Des Moines, IA 50306  (800) 247-2243

PLEASE! USE BALL POINT
PEN ONLY

**PHYSICIAN'S ORDERS**

Order Form 1266/4 (if 4-part set) or
Order Form 1266/5 (if 5-part set)



Sheet1



PRINTED IN U.S.A.

# PHYSICIAN'S ORDERS

NAME: DEDRICK ANTHONY 227853
ROOM: NWCX-ANNEX
(ADMIT) DOB. 8/16/55
HOSP. SS# 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
PHYSICIAN: DR. DICKSON, M.D.

| DIET | | | AGE | WEIGHT | SEX |
|---|---|---|---|---|---|
| DIAGNOSIS | | | | | |
| DRUG ALLERGIES NKDA | | | | | |

| 1/1/01 | 1) | ADALAT CC 60 MG PO Q DAY | # 31 | To Start  CHRONIC |
| | | X 1 MONTH | | 2-1-01 (FEB. 1.28) ℞ 12-25 — 04L |
| | 2) | DIABETA 5 MG PO Q DAY | # 31 | 3-1-01 (MAR. 1.31) ℞ 1-8-01 04L |
| | | X 1 MONTH | | 4-1-0 (APR. 1.30) ℞ 2-7-01  02L/0 |
| | 3) | FELDENE 20 MG 1 PO Q DAY | # 31 | |
| | | X 1 MONTH | | |
| | 4) | FINGERSTICK BID X 1 DAY Q | | |
| | | 2 WEEKS PRN X 1 MONTH | | |
| | 5) | IF UNCONTROLED DO FINGER | | |
| | | STICK BID X 5 DAYS AND | | |
| | | REFER PRN. X 1 MONTH | | |

*K. Dickson, MD*

KENNETH  L.  DICKSON,  MD,  NWCX-ANNEX

1-1-01

noted at NWCX - A.ming on 11-14-00
to start 1-1-01 ☆☆ Mc Ammon

2-22-01  1) Amoxil 500 mg ī q id X ) 10 day
with Annex 2) ATM ī bid x 5 days
Dora Chisholm, RN, LD Harold Butler, RN

2-0 Noted Karen Blakley, LPN /
XX-A
OS

Order Form 1256/4 (II 4-part set) or
Order Form 1256/5 (II 5-part set)

 

PRINTED IN U S

# PHYSICIAN'S ORDERS

NAME Dedrick, Anthony       227853

ROOM NO. NWCX Annex
(ADDRESS)

HOSP. NO. 8-16-55

PHYSICIAN 41358-0144

Dickson

| DIET | | | AGE | WEIGHT | SEX |
|------|--|--|-----|--------|-----|
| **DIAGNOSIS** | | | | | |
| **DRUG ALLERGIES** | | | | | |

UNLESS A RED NUMBER SHOWS →

10/16/00   ACP/UA 5 year while @ NWCX-Annex
by

D.C. Dr Dickson / Marilyn Sutton LPN
Noted 10-16-00 marilyn sutton lp

Kenneth Dickson, MD
10-16-00

Date        NWCX-Annex

8:30p

4-10-01 (1)   ↑ Dialuta 40   10 mg ⊗ Aon ↓ 5 mg ↑ p.o.

noted ___ RN
D/P    4-10-01
       10/
       11/AM

Harold Butler, MD
4-10-01
Date

rm 1266
3005, Des Moines, IA 50306  (800)247-1243

**PLEASE! USE BALL POINT**
**PEN ONLY**

**PHYSICIAN'S ORDERS**

Order Form 1268/4 (3) 4-part set) or
Order Form 1268/5 (If 5-part set)

PRINTED IN U S J



# PHYSICIAN'S ORDERS

| | | GS | | | NAME Dedrick, Anthony 227853 |
| DIET | | | AGE | WEIGHT | SEX | ROOM NO. 8-16-55 IADDRESS |
| DIAGNOSIS | | | | | | HOSP. NO. 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 |
| DRUG ALLERGIES NKDA | | | | | | PHYSICIAN Beth Dickson         NWCX-A |

4-15-01 ① AdALaT CC 60 mg P.O. q day    Chronic Meds
urx  ② Diabeta 5 mg Ho q day        to begin
Annie ③ Feldene 20m q PO q day            May 1-3,
      4. Fingerstick BiD x q day q        June 1-30
      2 week PRN, IF uncontroled        July 1-3,
      do Fingerstick B6d x 5 days
      And Refer PRN
      ↑ Diabeta 10 mg P.O. q AM + 5 mg P q PM

4-16-01  Noted Pearl Alexander RN

5-9-01  1)  ↑ Diabeta to 10mg  Bid x 30 days/
wrof tinef      Chronic
64/A      2) FBS + Y mg BS's 2 x week/y x 1 month
          Dans Nicholn FB/, D.H. & Heru,

Noted
Jomuhu
5/01
10/9

5-18-01  Diabeta 10 mg P.O. Bid x 30 days. Chronic to begin
wrx              June 1-30
tNrely            July 1-31

x-01 noted Pearl Alexander RN

                              Harold Butler, MD

PLEASE USE BALL POINT                  PHYSICIAN'S ORDERS
PEN ONLY

m 1268
105, Des Moines, IA 50306  (800) 247-2343
PRINTED IN U.S.A.

DedrickA-SSAdmin-        00138

Order Form 1266/4 (N 8-part set) or
Order Form 1266/3 (N 8-part set)

PRINTED IN US

# PHYSICIAN'S ORDERS

G15

NAME  Dedrick, Anthony
ROOM NO. (ADDRESS) 227853
HOSP. NO. 8-16-55        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
PHYSICIAN  Butler

DIET | | AGE | WEIGHT | SEX
DIAGNOSIS
DRUG ALLERGIES  NKDA

5-10-01 ① Change Class to B — done

Harold Butler, MD
5-10-01
Date

6-11-01 ① amoxil 500mg ÷ tid x 7 days
           ② allerchot ÷ tid x ( days
7A        — Ray Chisholm RN] [W.H. Butler] MD

1°A 6-11-01 Noted Pearl Alexander RN

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-    00139

Order Form 1266/4 (if 4-part set) or
Order Form 1266/5 (if 5-part set)





PRINTED

# PHYSICIAN'S ORDERS

G 15

NAME Dedrick, Anthony   2278

ROOM NO.
(ADDRESS) 8-16-55

HOSP. NO. 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

PHYSICIAN Butler   unvcx-Awvex

| DIET | | AGE | WEIGHT | SEX |
|------|--|-----|--------|-----|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES | NKDA | | | |

| | | |
|--|--|--|
| 7-501 | Adalat CC 60mg P.O. q day   Chronic Meds to begin | |
| NWO | Diabeta 10 mg P.O. Bid | 8-1-01 |
| ANNO | Feldene 20 mg ɫ P.O. q day | 9-1-01 |
| | Fingerstick Bid ✓ ɫ day q 2 | 10-1-01 |
| | weeks PRN If uncontroled | |
| | do Fingerstick Bid X5days ɫ | |
| | Refer PRN | |

7-501 Noted Pearl Alexander HN

Harold Butler, MD
7-5-01

Date

| | | | |
|--|--|--|--|
| 7-17-01 | change Adalat cc 60 to | | |
| NWO | Cardizem ~~CD~~ 60mg P.O. q day | to begin | 8-1-01 |
| NWO | Change Feldene 20mg to Naprosyn | | 9-1-01 |
| | 375 mg P.O. Bid X ɫ mo, | | 10-1-01 |

Robert D. Ackinger Jr

**PLEASE! USE BALL POINT PEN ONLY**

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-   00140

Order Form 1285/4 (if 4-part set) or
Order Form 1285/5 (if 5-part set)

PRINTED IN U.S.A.

 

# PHYSICIAN'S ORDERS

NAME Dedrick, Anthony

ROOM NO. (ADDRESS) #227853   8-16-55

HOSP. NO.   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

PHYSICIAN  Adams/Butler

| DIET | | AGE | WEIGHT | SEX |
|------|--|-----|--------|-----|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES   NKDA | | | | |

F/U (1) Continue Rx + other classification

ROBERT ADAMS, M.D.   8-1-01

9-10-01 (1) FBS + 4pm BS's weekly x1 month

11-1-01 (1) FBS + 4pm BS's weekly x1 month

rn 1285
GGS, Des Moines, IA 50306   (800) 247-2343

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-   00141

Order Form 1268/4 (If 4-part set) or
Order Form 1268/5 (If 5-part set)



# PHYSICIAN'S ORDERS

NAME Dedrick, Anthony
ROOM NO. / ADDRESS 8-16-55
HOSP NO. 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     #227853
PHYSICIAN    NWCX-Annex
Adams Butler

| DIET | | AGE | WEIGHT | SEX |
|------|--|-----|--------|-----|
| DIAGNOSIS | | | | |
| DRUG ALLERGIES | NKDA | | | |

| 10-4-01 | Cardizem 60 mg P.O. 5 day chronic meds to beg |
| NWCX-A | Diabeta 10 mg PO-BId | 11-1-01 |
| 1°P | Naprosyn 375 mg P.O. BId | 12-1-01 |
| | Fingerstick BId 4 x day q Mo | 1-1-02 |
| | if uncontrolled do fingerstick |
| | BId x 5 days & refer PR |

10-4-01    1°P Noted Read Alphabet

ROBERT ADAMS, M.D.     10-4-01

RM 1268
2268, Des Moines, IA 50306  (800) 247-2249

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-     00142

Order Form 1208/4 (if 4-part set) or
Order Form 1208/5 (if 5-part set)

# PHYSICIAN'S ORDERS

NAME *Dedrick, Anthony*

ROOM NO.
(ADDRESS) 227853

HOSP. NO. *Bmcl-Bm*

PHYSICIAN *Foote*

NKDA

Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➡ | Nurse's Initials |
|---|---|---|---|
| 10/16/01 2⁰⁰pm | ① Cardizem 60mg ÷ g. day | Noaded | |
| | ② Glyburide 5mg, 2 tabs BID | Cont. | |
| | ③ Naproxen 375mg, ÷ BID | until seen | |
| | T.O. Dr. Foote / Carol Sullivan / cpu | | |
| | Carol Sullivan / cpu | | |
| | 10/16/01 2⁰⁰ | Clary P. Foote, M.D.   OCT 16 2001 | |
| 10/16/01 2⁰⁰p | ① BP ✓ g. day X 3 days | | |
| | ⑤ FFSBS & 4pm BS g. day X 3 days | | |
| | T.O. Dr. Foote / Carol Sullivan / cpu / | | |
| | Carol Sullivan / cpu | | |
| | 10/16/01 2⁰⁰p | Clary P. Foote, M.D.   OCT 16 2001 | |
| 10/22/01 2⁴⁰ | See MD 1wk Haskere | | |
| | Dale Haddennn | | |
| 10-22⁰¹ 2³⁰p | | | 3⁰ |

**PLEASE! USE BALL POINT**

**PHYSICIAN'S ORDERS**

DedrickA-SSAdmin-    00143

Order Form 1206/4 (If 4-part set) or
Order Form 1206/3 (If 3-part set)

# PHYSICIAN'S ORDERS

NAME *Dedrick, Anthony*

ROOM NO.
(ADDRESS) *BMCX-8M*

HOSP. NO. *227853*

PHYSICIAN *Foote*

*NKDA*
Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|

10/30   Vasotec 25 mg QD × 30 × 2   ✓

√ UA/C / CMP in 4 weeks.

F/U in 8 weeks

Carol Gillian FNP
10/30/01  6⁰⁰p

11/09/01  2P      Bottom Bunk > (lower)
                  Dale Hadden RN, FNP

Carol Gillian FNP
11/09/01  2⁴⁵p

                  √ BS  2X/week × 2 wks   Alternate
                                          schedule.
12/5/01   ↑ Diabeta 10 mg , BID × 30 × 2
   ↑↑      Dale Hadden RN FN

afem       √ BS  2X/day using alternate.
start      schedule  2X/week × 2 wk
Diabeta    Dale Hadden RN
Shaw FNP

Carol Gillian FNP
12/7/01  6⁰⁰p

rm 1206  BRIGGS, Des Moines, IA 50306  (800)247-2343
PRINTED IN U.S.A.

**PLEASE! USE BALL POINT**

PHYSICIAN'S ORDERS

DedrickA-SSAdmin-      00144

Order Form 1206/4 (if 4-part set) or
Order Form 1206/5 (if 5-part set)

# PHYSICIAN'S ORDERS

NAME _Dedrick, Anthony_

ROOM NO.
(ADDRESS) _BMCX-8m_

HOSP. NO. _227853_

PHYSICIAN _Foote_

NKDA
Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➔ | Nurse's Initials |
|---|---|---|---|
| 12/14/01 | Flu Shot 0.5cc Im qday ☐ | | |
| 8P | P.o. Dr. Hoskere / Echophram Um | | |
| | Carol Gillian Rn | | |
| | 8pm 12/14/01 | | |
| | DEC 18 2001 | | |
| | GIRENDRA HOSKERE, M.D. | | |
| 12/18 | See Eye Dr | | |
| 12/18 | Glucophage 1gm QhS x 30 x 2 | | |
| | √ BS B2D x 1wk | | |
| | re q weekly | | |
| 12/18/01 | | | |
| | alternate | | |
| 15 | re √ BS BID x 2 wks 3days a week | | |
| | re qwrly | | |
| 1/5/02 | | | |

PLEASE! USE BALL POINT

PHYSICIAN'S ORDERS

m 1206 BRIGGS, Des Moines, IA 50306. (800) 247-2343 PRINTED IN U.S.A.

DedrickA-SSAdmin-    00145

# PHYSICIAN'S ORDERS

NAME: DEDRICK, ANTHONY
INMATE NUMBER: 227853
FACILITY: BMCX SITE #1 BM
PHYSICIAN: DR. CLARY P.   FOOTE
           DR. G. HOSKERE
           DR. CASEY ARNEY
           DR. JILL POWELL

**DRUG ALLERGIES**

**NONE KNOWN**

| DATE/TIME | | INITIALS |
|---|---|---|
| | Cardizem 60 mg po QD | |
| | ~~DILANTIN 100mg PO BID~~ | |
| JAN 15 2002 | GLUCOPHAGE 1 gm PO Q HS | |
| | Vasotec 2.5 mg po QD | |
| | Diabeta 10 mg 1 tab po BID | |
| | RENEW MONTHLY          8am CLARY FOOTE M.D.   JAN 15 2002 | |
| | X 2 REFILLS          GIRENDRA HOSKERE M.D. | |
| | Shirley Harmon RN   JAN 15 2002 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM1206

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S
ORDERS

Order Form 1206/4 [if 4-part set] or
Order Form 1206/5 [if 5-part set]

 

# PHYSICIAN'S ORDERS

NAME Dedrick, Anthony

ROOM NO. BMCX-BM
(ADDRESS)

HOSP. NO. 227853

PHYSICIAN Foote

NKDA

Drug Allergies

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ➤ | Nurse's Initials |
|---|---|---|---|
| 1-16-02 | Sch. Dilantin | | |
| | J E Crispen | | |
| 1-16-02 | DP Barbarian N Watrman NP | | |
| 1/24/02 8:15 n n Glucophage 1000mg BID x30 x2 | | | |
| | See MD Re (l) Shoulder | | |
| | Vidson long N 3m | | |
| | -25-02 | | |
| /02 | X Ray (l) Shoulder. | | |
| | Indomin 50 TID x30 | | |
| 1-29-02 | 6 P Jones B P Watrman NP | | |

DedrickA-SSAdmin-     00147

# PHYSICIAN'S ORDERS

NAME: DEDRICK, ANTHONY
INMATE NUMBER: 227853
FACILITY: BMCX SITE #1 BM
PHYSICIAN: DR. CLARY P.   FOOTE
          DR. G. HOSKERE
          DR. CASEY ARNEY
          DR. JILL POWELL

DRUG ALLERGIES

NONE KNOWN

| DATE/TIME | | INITIALS |
|---|---|---|
| | VASOTEC 2.5mg PO DAILY | |
| | CARDIZEM 60mg PO BID | |
| | GLUCOPHAGE 1 gm PO BID | |
| APR 0 9 2002 | DIABETA 10mg PO 2 TABS BID | |
| | RENEW MONTHLY          8am CLARY FOOTE M.D. | |
| | X 2 REFILLS            GIRENDRA HOSKERE M.D. | |
| | APR 0 9 2002 | |

FORM1206

PLEASE! USE BALL POINT
PEN ONLY

PHYSICIAN'S
ORDERS

DedrickA-SSAdmin-   00148



TENNESSEE DEPARTMENT OF CORRECTION

### DIABETIC RECORD

| Name | | | Number | | | Physician | | | | Location | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dedrick  Anthony | | | 227853 | | | | | | | | |

| Normal Weight | | Height | | Age | | Month of: | | Oct. | | 19 99 | |

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication – Diet, Etc. | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 10/19/99 | 6 | 30/A | | | FBS ✓  119 mg/dl | | | | | | JP |
| 10/21/99 | 6 | 30/A | | | FBS ✓  124 mg/dl | | | | | | JP |
| 10-26-99 | 6 | 30/A | | | FBB ✓  117 mg/dl | | | | | | yp |
| 10/27/99 | 12 | 30 pm | | | BS ✓'s monthly | | | | | J Patterson | |
| 10/28/99 | 6A | | | | BS ✓ 80 mg/dl | | | | | | |



TENNESSEE DEPARTMENT OF CORRECTION

DIABETIC RECORD

| Name Dedrick, Anthony | Number 207853 | Physician Zaidi | Location 1340 |
| Normal Weight | Height | Age | Month of: Nov | 19 99 |

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication - Diet, Etc. | Nurse Initials |
|------|----|----|----|----|------|------|------|------|------|------|------|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 11/29 | | | | | NS Gl ERD | | | | | | un |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

CR-2006

RDA-1458

DedrickA-SSAdmin-    00150

 

# TENNESSEE DEPARTMENT OF CORRECTION

### DIABETIC RECORD

Name Dedrick Anthony   Number 227853   Physician Dickson   Location WCX-A

Normal Weight _____   Height _____   Age _____   Month of: Jan   2000

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks,Reaction to Medication - Diet, Etc. | Nurse Initials |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 1-22-00 | 7⁰⁰ | | | | FBS 108 | | | | | wt. 209 | AA |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

CR-2006



# TENNESSEE DEPARTMENT OF CORRECTION

### DIABETIC RECORD

Name: Dedrick, Anthony   Number: 227853   Physician: Dr. Duban   Location: WWCK-14

Normal Weight: ____   Height: ____   Age: ____   Month of: April + May 2000

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks Reaction to Medication - Diet, Etc. | Nurse Initials |
|------|----|----|----|----|------|------|------|------|------|------|------|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 4-15-00 | | | | 6⁵⁰ | 155 | | | | | Paul Alexander | PA |
| 5-20-00 | | | | 7⁰⁰ | 186 | | | | | Paul Alexander | PA |
| 6-17-00 | | | | 6³⁰ | 137 | | | | | P.A. | |
| 7/17/00 | | | | 6³⁰ | 175 | | | | | | |
| 7/28/00 | | | | 6⁰ | 167 | | | | | | |
| 8-19 | | | | | 167 | | | | | | |
| 9/16 | 8³⁰ | | | | 166 B/S | | | | | Joyce Smith RN | |
| 10/23/00 | | | | | 146 | | | | | Cindy Hale LPN | |
| 11/21/00 | | | | | N/S | | | | | YH | |
| 12/24/00 | | | | | 159 | | | | | CH | |

CR-2006

RDA-14

DedrickA-SSAdmin-   00152



# TENNESSEE DEPARTMENT OF CORRECTION   "G 15

### DIABETIC RECORD

| Name Dedrick Anthony | Number 227857 | Physician D. Duhon | Location Nw CX A |
|---|---|---|---|
| Normal Weight | Height 0 | Age | Month of: Jan 19 2001 |

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication – Diet, Etc. | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 1/27 | 630A | | | | 193 | | | | | | CH |
| | SP | | | | NA | | | | | | CH |
| 2/25 | 6³A | | | | FB 176 | int. | | | | | CH |
| | SP | | | | BS NS | | | | | | CH |
| 3-10-01 | Sat | | | | FBS NS | | | | | | |
| | | | | | BS NS | | | | | | |
| 3-12-01 | Mon | | | | FBS 238 | | | | | | PA |
| | | | | | BS 194 | | | | | | PG |
| 3-15-01 | Thurs | | | | FBS 225 | | | | | | |
| | | | | | BS 46 | | | | | | |
| 3-19-01 | Mon | | | | FBS 260 | | | | | | PA |
| | 5pm | | | | BS 207 | | | | | | A1 |
| 3-22-01 | Thurs | | | | FBS 190 | | | | | | On |
| | 5pm | | | | BS -166 | | | | | | P1 |
| | | | | | refer to FNP for review | | | | | | |
| | | | | | | | | | | | |
| 3/5/01 | | | | | U? FBS- 214 | | | | | | CH |
| 5-7-01 | 6 AM | | | | FBS 181 | | | | | | CH |
| | 5 pm | | | | | | | | | | |
| 5-10 | | | | | | | | | | | |
| | 5p | | | | BS ✓ 186 | | | | | | OK |
| | | | | | | | | | | | |

CR-2006

RDA-1458

DedrickA-SSAdmin-   00153

# TENNESSEE DEPARTMENT OF CORRECT

## DIABETIC RECORD

Name: Dedrick Anthony    Number: 227853    Physician: Kutler    Location: Annex

Normal Weight:    Height:    Age:    Month of: 2001

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication — Diet, Etc. | Nurse Initials |
|------|----|----|----|----|------|---------|------|------|------|-----|-----|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| 3/15/01 | | | 5pm | | BS 205 | | | | | | 62 |
| 5/17/01 | | | 5pm | | BS 153 | | | | | | AL |
| 5/18/01 5/20/01 | | | 6³⁰A | | FBS 196 | | | | | | 82 |
| | | | 5p | | BS 142 | | | | | | AR |
| 24 | | | 6³⁰ | | FBS 132 | | | | | | 82 |
| | | | 5pm | | BS 231 | | | | | | DK |
| 5/27/01 | | | 6³⁰A | | FBS: 81 | | | | | wt. 218 | CM |
| | | | SA | | BS: 215 | | | | | | CM |
| 5/28/01 | | | 5pm | | 167 | | | | | | AL |
| 5/29/01 | | | 5pm | | BS 190 | | | | | | LL |
| 6/2/01 | | | 5pm | | BS✓ 83 | | | | | wt - 215 | DK |
| 6/24/01 | | | 6³⁰A | | FBS 217 | | | | | wt 218 | CM |
| | | | | | BS 214 | | | | | | PO |
| 7/20/01 | | | 6³⁰A | | FBS 219 | | | | | wt. 219 | DO |
| 8/20/01 | | | 7A | | FBS: 205 | | | | | wt 217 | CM |
| 9/23 | | | 7A | | FBS: 214 | | | | | wt. 212 | CM |

CR-2006            RDA-1458

TENNESSEE DEPARTMENT OF CORRECTION  *75BC ā AM
a AC sup - X 3 days

NAME: Dedrick, Antbng.    NUMBER: 227853
BMCX- BM

### BLOOD SUGAR MONITORING REPORT

| Date | Time | Fasting | Pre-Breakfast | Pre-Lunch | Pre-Supper | At HSs | Initials |
|------|------|---------|---------------|-----------|------------|--------|----------|
| 10-18-01 | 4³⁰/p | | | | 167 | | Bn |
| 10-19 | 5a | 152 | | | | | DS |
| 10-19 | 4.³⁰/p | | | | 181 | | Cg |
| 10-20 | 5a | 179 | | | | | DS |
| 10-20 | 4³⁰/p | | | | 164 | | Cg |
| 10-30 | 123 p | | | post lunch 242 | | | VM |
| 11-5 | 5ᴬ | 236 | | | | | Cn |
| 11-20 | 5ᴬ | 247 | | | | | Cn |
| 12-5 | 5ᴬ | 277 | gives no reason for ↑ BS | | | | Cm |
| 12-10 | 5ᴬ | 266 | | | | | Cn |
| 12-10 | 4³⁰/p | | | | 182 | | Bn |
| 12-11 | 11⁰⁵ᴬ | | 333 | ate breakfast only, not on diet | | | VM |
| 2-12 | 8ᴾ | | | | | 294 | m |
| 12-17 | 4³⁰/p | | | after lunch 242 | | | Cg |
| 12-18 | 12²⁰ p | | | 286 | | | |
| 12-18 | 8³⁰ | | | | | 258 | Cg |
| 12-19 | 8³⁰ | | | | | 239 | Cg |
| 12-19 | 5ᴬ late entry | 186 | | | | | Cn |
| 12-20 | 5ᴬ | 256 | eating a lot of junk food | | | | Cn |
| 12-20-01 | 8³⁰/p | | | | | 237 | Bn |
| 12-21 | 5a | 227 | | | | | DS |
| 12-21 | 8³⁰/p | | | | | 236 | Cg |
| 12-22 | 5a | 222 | | | | | DS |
| 12-22 | 8³⁰ p | | | | | 294 | Cg |
| 12-23 | 5a | 256 | | | | | DS |

Accu ✓ BID x 2 whs
3 days/wk
w/B

## TENNESEE DEPARTMENT OF CORRECTION

NAME: Dedrick, Anthony          NUMBER: 227853
                    BnCx-8n

### BLOOD SUGAR MONITORING REPORT

| Date | Time | Fasting | Pre-Breakfast | Pre-Lunch | Pre-Supper | At HS: | Initials |
|------|------|---------|---------------|-----------|------------|--------|----------|
| 12-23-01 | 8 PM | | | | | 254 | m |
| 12-24-01 | 5ᴬ | 264 | | | | | Cm |
| 12/24/01 | 8P | | | | | 278 | m |
| 1-21-02 | 5ᴬ | 234 | | | | | Cm |
| 1-21-02 | 8 ²⁰/p | | | | | 193 | Bw |
| 1-23-02 | 5ⁿ | 206 | | | | | Cm |
| 1-23-02 | 8 pm | | | | | 236 | Cg |
| 1-25 | 5a | 184 | | | | | ρβ |
| 1-25 | 8 pm | | | | | 244 | Cg |
| 1-28 | 5ᴵᴬ | 221 | | | | | Cm |
| 1-28 | 8 PM | | | | | 174 | m |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

 

## TENNESSEE DEPARTMENT OF CORRECTION

### DIABETIC RECORD

| Name | | Number | | Physician | | Location |
|---|---|---|---|---|---|---|
| Dedrick, Anthony | | 227953 | | Butler | | Annex |
| Normal Weight | Height | | Age | Month of: | | |

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication – Diet, Etc. | Nurse Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

PDA-1450

DedrickA-SSAdmin-    00157

 

# TENNESSEE DEPARTMENT OF CORRECTION

## DIABETIC RECORD

| Name | | | Number | | Physician | | Location |
|------|--|--|--------|--|-----------|--|----------|
| Dedrick Anthony | | | 227857 | | Ruth | | Annex |

| Normal Weight | | | Height 8 | | Age | | Month of: | | |

| DATE | Urine Test SUGAR/ACETONE | | | | Diet | Insulin | | Oral Medication | | Remarks, Reaction to Medication – Diet, Etc. | Nurse Initials |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | HR | HR | HR | HR | | TYPE | DOSE | TYPE | DOSE | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |