# MEDICATION ADMINISTRATION RECORD

SR#11849

**Facility:** 2  6125—  NORTHWEST CORRECTION COMPLEX

**CC#:**

**MONTH** 04/01/2001

| DRUG · DOSE MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLYBURIDE 5MG PO (DIABETA 5MG) DAILY | | | 7A issued 31 | | | | | | | (1 4-7-01 4-7-01 DCd Yelker | | | | | | | | | | | | | | | | | | | | | | | |
| N5129538 START:03/17/2001 STOP: 04/17/2001 NIFEDIPINE XL 60MG PO (ADALAT CC 60MG) DAILY | | | 7P issued 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N5129537 START:03/17/2001 STOP: 04/17/2001 PIROXICAM 20MG PO (FELDENE) DAILY | | | 7A issued 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N5129540 START:03/17/2001 STOP: 04/17/2001 | | | 7 | | | | | | | | 7 | | (8) | | | | 27 issued 31 | | | | discontinued 31 | | | | | | | | | | | DC'd 4-31 | |
| Glucte 10mg PO q AM Chronic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start 4-0-01  Step 4-30-01 | 8P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilute 5 mg q AM Chronic | 8P | | 8 | | | | | | | | 27 issued on-cir | | | | | | | | | | | | | | | | | | | | | | |
| Start 4-0-01  Step 4-30-01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:**

NONE

CMS R5151 REV.10/00

**DOB/INMATE #:** 227853

**LOCATION:** 6125—  ANNEX

**NAME:** DEDRICK, ANTHONY

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|---|
| D/C DISCONTINUE ORDER | | | | | | | |
| R - REFUSED | | 4-1-01 | | | | 4/1/01 | |
| A - ABSENT | | | | | | 4/2/01 | |
| C - COURT | | | | | | | |
| O - OTHER | | | | | | | |

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME | | | | |
|---|---|---|---|---|---|
| | | | | | |

DedrickA-SSAdmin-        00195

# MEDICATION ADMINISTRATION RECORD

NORTHWEST CORRECTION COMPLEX

SR:11806

Facility: 2  6125-

CC#:

MONTH 05/01/2001

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLYBURIDE 5MG PO (DIABETA 5MG) GIVE 2 EVERY MORNING AND 1 TAB EVERY EVENING | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AP |
| A5172158 START:5/-/-01 STOP: 07/07/2001 NIFEDIPINE 1L 60MG PO (ADALAT CC 60MG) DAILY | | 8 | | | | | | | | | DC | | | | | | | | | | | | | | | | | | | | | | | |
| A5172154 START:5/-/-01 STOP: 07/07/2001 PIROXICAM 20MG PO (FELDENE) DAILY | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AP |
| A5172159 START:5/-/-01 STOP: 07/07/2001 | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AP |
| Glyburide 10 mg i B. d 5/10 - 5/31 Change 9/8 | | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:
NONE

DOB/INMATE #:
227853

LOCATION:
6125-  ANNX

NAME:
DEDRICK, ANTHONY

CNS #3151 REV. 10/00

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|
| D/C DISCONTINUE ORDER | | | |
| R - REFUSED | | | |
| A - ABSENT | | | |
| C - COURT | | | |
| O - OTHER | | | |

| STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|
| | 5/1/01 | |
| | 5-4/01 | |
| | 5-2-01 | |
| | | |
| | 5/3/01 | |

| DATE/TIME | | | |
|---|---|---|---|
| BP | | | |
| P | | | |
| R | | | |
| T | | | |
| Weight | | | |
| Blood Sugar | | | |
| Staff Signature: | | | |

| DATE | TIME | | |
|---|---|---|---|
| | | | |

# MEDICATION ADMINISTRATION RECORD

SR:11620

MONTH 06/01/2001

Facility: 2   6125-   NORTHWEST CORRECTION COMPLEX

CC#:

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GLYBURIDE 5MG PO (DIABETA 5MG)
GIVE 2 TWICE DAILY AT FOR FOR 90 DAYS

#5191274 START:05/14/2001 STOP: 08/12/2001
NIFEDIPINE XL 60MG PO (ADALAT CC 60MG)
DAILY

#5172154 START:04/10/2001 STOP: 07/09/2001
PIROXICAM 20MG PO (FELDENE)
DAILY

#5172159 START:04/10/2001 STOP: 07/09/2001

amoil 500mg + pb
bid x 7 days.
Start 6-1-01 Stop 6/8/0

adenodon 77 po. bid
x 6 days.
Start 6-7-01 Stop 6-12-01

ALLERGIES:
NONE

DOB/INMATE #: 2278853

LOCATION: 6125-   ANNX

NAME: DEDRICK, ANTHONY

CMS A3151 REV. 10/00

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C DISCONTINUE ORDER | | | | | | |
| R - REFUSED | | | | Bobbie Jones CPN | 6-6-01 | QT |
| A - ABSENT | | | | Bobbie Leake RN | 6/6/01 | BL |
| C - COURT | | | | | 6-1-01 | MK |
| O - OTHER | Cindy L Morris LPN | 1/9/01 | CM | Pearl Alexander LPN | 6-8-01 | PA |
| | | | | Betsy Smith LPN | 6-1-01 | BS |

| DATE/TIME | | | |
|---|---|---|---|
| BP | | | |
| P | | | |
| R | | | |
| T | | | |
| Weight | | | |
| Blood Sugar | | | |
| Staff Signature: | | | |

| DATE | TIME | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DedrickA-SSAdmin-     00199

MEDICATION ADMINISTRATION RECORD

SR: 11770

Facility: 2  6125-  NORTHWEST CORRECTION COMPLEX

CG#:

MONTH 07/01/2001

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLYBURIDE 5MG PO (DIABETA 5MG) GIVE 2 TWICE DAILY AT RT FOR 90 DAYS | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A5191274 START:06/14/2001 STOP:09/12/2001 NIFEDIPINE XL 60MG PO (ADALAT CC 60MG) DAILY | | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A5172154 START:04/19/2001 STOP:07/03/2001 PIROXICAM 20MG PO (FELDENE) DAILY | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A5172159 START:04/12/2001 STOP:07/09/2001 | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:

NONE

DOB/INMATE #: 227853

LOCATION: 6125-  ANNEX

NAME: DEDRICK, ANTHONY

CMS 90161 REV. 10/00

| DOCUMENTATION CODES | | | | |
|---|---|---|---|---|
| D/C DISCONTINUE ORDER | STAFF SIGNATURE | DATE | INITIALS | |
| R - REFUSED | | | | |
| A - ABSENT | | | | |
| C - COURT | | | | |
| O - OTHER | Revd Alexander rn | 1-2-01 | PH | |

| | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|
| | | 2-01-01 | A |
| | | 3-20-01 | |
| | | 7-31-01 | |
| | Cathy Morris LPN | 7/1/01 | CM |
| | | 7/1/01 | AS |

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

# MEDICATION ADMINISTRATION RECORD

Facility:   2   6125-   NORTHWEST CORRECTION COMPLEX

Month: 08/01/2001

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

C21274
GLYBURIDE 3MG PO (DIABETA)
GIVE 2 TWICE DAILY AT FOR 90 DAYS
DRMD BUTLER, HAROLD
START 05/14/2001    RPH 07/12/2001

Naproxen 375mg PO B.i.d
DRMD Butler    START 8-1-01    RPH 8-31-01

NAME: DEDRICK, ANTHONY

LOCATION: 6125- ANNX

DOB/INMATE #: 227853

ALLERGIES:
NONE,

COMPREHENSIVE PHARMACY SERVICES

| DOCUMENTATION CODES | STAFF SIGNAT | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C - Discontinue Order | | | | | | |
| R - Refused | | | | Rob J. Lpn | 8-1-01 | AR |
| - Absent | | | | Debbi Jones Lpn | 8/1/01 | DJ |
| C - Court | | | | Debbi Taylor LPN | 8-1-01 | OK |
| S - Used Stock | | | | Jean James Lpn | 8-1-01 | JJ |
| - Other | | | | R.A. McIntireLpn | 8-1-01 | RM |
| | | | | Cindy Morris LPN | 8-1-01 | CM |
| | | | | Bettye Smith Lpn | 8-1-01 | BS |

| DATE / TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

NOTES

| DATE | TIME | | | |
|---|---|---|---|---|
| | | | | |

DedrickA-SSAdmin-   00203

MEDICATION ADMINISTRATION RECORD

NORTHWEST CORRECTION COMPLEX

Facility: 2 6125—

Month: 09/01/2001

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

DILTIAZEM 60MG PO (CARDIZEM)
DAILY
PCN ADAMS, ROBERT J,
START 9-1-01
STOP (9-30-01)

NAPROXEN 375MG PO (NAPROSYN)
GIVE TWICE DAILY AT FOR 90 DAYS
PCN MILLER, HAROLD
START 9-1-01
STOP (9-30-01)

ALLERGIES:
NONE,

DOB/INMATE #:
/ /      227853

LOCATION:
6125— ANNX

NAME:
DEDRICK, ANTHONY

COMPREHENSIVE PHARMACY SERVICES

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|
| D/C - Discontinue Order | | | |
| R - Refused | *(signature)* | 8-1-01 | *(illegible)* |
| A - Absent | *(signature)* | 9-1-01 | *(illegible)* |
| C - Court | *(signature)* | 9-1-01 | *(illegible)* |
| S - Used Stock | *(signature)* | 9-1-01 | *(illegible)* |
| O - Other | | | |
| | | | |

| | Cindy Morris LPN | 9-1-01 | CM |

| DATE / TIME | | STAFF SIGNATURE | DATE | INITIALS | | NOTES |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME |
|---|---|
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

Facility: 2  6125-  NORTHWEST CORRECTION COMPLEX

Month: 10/01/2001

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

R#4204753
DILTIAZEM 60MG TAB (CARDIZEM)
DAILY
DR: ADAMS, ROBERT D.
START 10-1-01   STOP 10/20/2001

R#6234990   PO
NAPROGEN 375MG TAB (NAPROSYN)
GIVE TWICE DAILY AT FOR 90 DAYS
DR: BUTLER, HAROLD
START 10-7-01   STOP 07/17/2001

LOCATION: 6125- ANNX

DOB/INMATE #: 227853

NAME: DEDRICK, ANTHONY

ALLERGIES:
NONE,

COMPREHENSIVE PHARMACY SERVICES

| DOCUMENTATION CODES |
| --- |
| D/C - Discontinue Order |
| R - Refused |
| A - Absent |
| C - Court |
| S - Used Stock |
| O - Other |

| STAFF SIGNATURE | DATE | INITIALS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| Barbara Wehrman | 10-6-01 | a |
| Cindy S. Margos RN | 10-7-01 | CM |
| | | |
| | | |

| STAFF SIGNATURE | DATE | INITIALS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DATE / TIME | | | | |
| --- | --- | --- | --- | --- |
| BP | | | | |
| P | | | | |
| R | | | | |
| T | | | | |
| Weight | | | | |
| Blood Sugar | | | | |
| Staff Signature: | | | | |

NOTES

| DATE | TIME | | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

DedrickA-SSAdmin-     00207

WB

## MEDICATION ADMINISTRATION RECORD

Facility:

DRUG – DOSE – MODE – INTERVAL – PRESCRIBER – START – STOP

Month: 11-01

| DRUG | INIT. | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardizem 60 mg bid<br>foote m  START 11-1  STOP 11-30 | 10/6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diabeta 5 mg bid<br>foote m  START 11-1  STOP 11-30 | 10/6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 375 mg bid<br>foote m  START 11-1  STOP 11-30 | 10/14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 2.5 mg daily x 30x2<br>foote m  START 11-1  STOP 11-30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START   STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START   STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START   STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START   STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB/INMATE #: 227853

LOCATION:

NAME: Dedrick Anthony

ALLERGIES: NCA

28 Rev. 5401

DedrickA-SSAdmin-    00208

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | IN... |
|---|---|---|---|---|---|---|
| D/C - Discontinue Order | | | | | | |
| R - Refused | *Carol Brickner, (pm)* | *1/21/01* | | | | *of* |
| A - Absent | | | | | | |
| C - Court | | | | | | |
| S - Used Stock | *Barbara Wedman (pm)* | *11-1-1* | | | | *2* |
| O - Other | | | | | | |
| | | | | | | |
| | | | | | | |

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

| DATE | TIME | NOTES |
|---|---|---|
| | | |
| | | |
| | | |

DedrickA-SSAdmin-        00209

# MEDICATION ADMINISTRATION RECORD

**Facility:** 2  6100—  BRUSHY MOUNTAIN COMPLEX

Month: 12/01/2001

DRUG – DOSE – MODE – INTERVAL – PRESCRIBER – START – STOP

R#A15#E353
ENALAPRIL 2.5MG TAB (VASOTEC)
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
PHY: FONTE, CLARY
START: 11/31/2001   STOP: 01/29/2002

Naprosyn 375 mg  t.i.d
PHY: Spohn
START: 12—1   STOP: 12-31

AlitiButa 10mg B/D X 30 x 2
PHY: 10-09/10/01
START: 12-7-01   STOP: 12-31-01

**ALLERGIES:** NONE,

**DOB/INMATE #:** / /

**INMATE #:** 227853

**LOCATION:** 6100— 1

**NAME:** DEDRICK, ANTHONY

COMPREHENSIVE PHARMACY SERVICES

DedrickA-SSAdmin-        00210

| DOCUMENTATION CODES | STAFF SIGNATURE | DATE | INITIALS | STAFF SIGNATURE | DATE | INITIALS |
|---|---|---|---|---|---|---|
| D/C – Discontinue Order | | | | | | |
| R – Refused | Edna Johnson MP | 12-10-1 | Ej | Marie Gilliam /gw | 12-010-1 | Gy |
| A – Absent | | | | | | |
| C – Court | | | | | | |
| S – Used Stock | | | | | | |
| O – Other | | | | | | |
| | | | | | | |

| DATE / TIME | | | | | | |
|---|---|---|---|---|---|---|
| BP | | | | | | |
| P | | | | | | |
| R | | | | | | |
| T | | | | | | |
| Weight | | | | | | |
| Blood Sugar | | | | | | |
| Staff Signature: | | | | | | |

NOTES

| DATE | TIME | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

MEDICATION ADMINISTRATION RECORD

Facility: 2 6100 - BRUSHY MOUNTAIN COMPLEX

Month: 01/01/2002

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

RHS305900
DILTIAZEM 60MG TAB (CARDIZEM)
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
MD: FOOTE, CLARY
FROM 12/06/2001   STOP 03/06/2002

RHS305910
GLYBURIDE 5MG TAB (DIABETA)
TAKE 2 TABLETS BY MOUTH TWICE DAILY FOR 90 DAYS
MD: FOOTE, CLARY
FROM 12/06/2001   STOP 03/06/2002

Glucophage 1gm BIDS
MD: Foote   FROM 1-31

Indocin 50mg 1 po TID
x 30 days
MD Foote 1/2   FROM 1-26-02

ALLERGIES:
NONE,

COMPREHENSIVE PHARMACY SERVICES

DOB/INMATE #: / /

INMATE #: 227853

LOCATION: 6100- 1

NAME: DEDRICK, ANTHONY

MEDICATION ADMINISTRATION RECORD

Month: 02/01/2002

Facility: 2  6100-   BRUSHY MOUNTAIN COMPLEX

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

RXH5285908
DILTIAZEM 60MG TAB (CARDIZEM)
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
PHY: FOOTE, CLARY     START: 12/06/2001   STOP: 03/06/2002

RXH5285912
ENALAPRIL 2.5MG TAB (VASOTEC)
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
PHY: FOOTE, CLARY     START: 01/09/2002   STOP: 04/09/2002

RXH5285910
GLYBURIDE 5MG TAB (DIABETA)
TAKE 2 TABLETS BY MOUTH TWICE DAILY FOR 90 DAYS
PHY: FOOTE, CLARY     START: 12/06/2001   STOP: 03/06/2002

RXH5285948
METFORMIN 500MG TAB (GLUCOPHAGE)
TAKE 2 TABLETS BY MOUTH DAILY AT BEDTIME
PHY: FOOTE, CLARY     START: 12/17/2001   STOP: 03/19/2002

RXH5285912
NAPROXEN 375MG TAB (NAPROSYN)
TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 90 DAYS
PHY: FOOTE, CLARY     START: 12/06/2001   STOP: 03/06/2002

Indocin 50mg TID x 10 d
PHY: Foote     START: 2-1-     STOP: 2-10

ALLERGIES: NONE,

DOB/INMATE #: / /

227853

LOCATION: 6100- 1

NAME: DEDRICK, ANTHONY

#3150 REV 501 (RLPX, $ELPP)

COMPREHENSIVE PHARMACY SERVICES

MEDICATION ADMINISTRATION RECORD

Month: 03/01/2002

Facility: 6100-A   BRUSHY MOUNTAIN COMPLEX   2

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

11503799   ORAL
DILTIAZEM   60MG TAB (CARDIZEM)
TAKE 1 TAB DAILY FOR 90 DAYS
PHYS FOOTE, CLARY   START 02/13/2002   STOP 05/14/2002

ENALAPRIL   2.5MG TAB (VASOTEC)
ORAL
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
PHYS FOOTE, CLARY   START 01/23/2002   STOP 04/23/2002

R14497043   ORAL
INDOMETHACIN   50MG CAP (INDOCIN)
TAKE 1 CAP THREE TIMES DAILY FOR 30 DAYS
>>> TAKE WITH FOOD OR MEALS <<<
PHYS FOOTE, CLARY   START 01/31/2002   STOP 03/02/2002

R14438099   ORAL
NAPROXEN   375MG TAB (NAPROSYN)
TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 90 DAYS
PHYS FOOTE, CLARY   START 12/06/2001   STOP 03/06/2002

ALLERGIES:
NO KNOWN ALLERGIES,

DOB/INMATE #: 00227853

LOCATION:
6100-A 1

NAME: DEADRICK, ANTHONY

CORRECTIONAL MEDICAL SERVICES

DedrickA-SSAdmin-   00214

MEDICATION ADMINISTRATION RECORD

Facility: 2  6100-A   BRUSHY MOUNTAIN COMPLEX

Month: 04/01/2002

DRUG – DOSE – MODE – INTERVAL – PRESCRIBER – START – STOP

Rx#5039799
DILTIAZEM 60MG TAB (CARDIZEN)
TAKE 1 TAB DAILY FOR 90 DAYS
PHY: FOOTE, CLARY    START: 02/13/2002   STOP: 03/14/2002

Rx#5039792
GLYBURIDE 5MG TAB (MICRONASE/DIABETA)
TAKE 2 TABS (10MG) BY MOUTH TWICE DAILY FOR 90 DAYS
PHY: FOOTE, CLARY    START: 02/13/2002   STOP: 03/14/2002

Indocin 50mg caps
T TID X 90 days
PHY: Footh/06    START: 4-1-02   STOP: 4-31-02

DOB/INMATE #:
00227853

LOCATION:
6100-A 1

NAME: DEADRICK, ANTHONY

ALLERGIES:
NO KNOWN ALLERGIES.

CORRECTIONAL MEDICAL SERVICES

DedrickA-SSAdmin-     00215

 

## TENNESSEE DEPARTMENT OF CORRECTION

NAME: _Dedrick Anthony_   Number  227853

| DATE | 4-5-00 | | | | | | | | | | | | | | | | |

| HOUR | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM |

Temperature chart rows: 105° 104° 103° 102° 101° 100° 99° NORMAL 98° 97°

| PULSE & RESP. | HOUR | PULSE | RESP. | ... |
| 4 8 12 | 80 | 10 | |

WEIGHT  214 lbs

| INTAKE | 7-3 | 3-11 | 11-7 | ... |
| ORAL | | | | |
| PARENTERAL | | | | |
| TOTAL 24 HR. | | | | |

| OUTPUT | 7-3 | 3-11 | 11-7 | ... |
| URINE | | | | |
| STOOL | | | | |
| EMESIS | | | | |
| SUCTION | | | | |
| TOTAL 24 HR. | | | | |

| BLOOD PRESSURE | 140/84 | ... |

## GRAPHIC CHART

CR-1896

DedrickA-SSAdmin-    00216

TENNESSEE DEPARTMENT OF CORRECTION

NAME: _Dedrick Anthony_   Number _227853_

| DATE | 8/26/00 | 10/10/00 | 11-22-00 | 12-18-00 | | | | | |
|------|---------|----------|----------|----------|---|---|---|---|---|

GRAPHIC CHART

CR-1896

DedrickA-SSAdmin-    00217



# TENNESSEE DEPARTMENT OF CORRECTION

NAME: _Dedrick Natherey_     Number _227853_

| DATE | 1-8-01 | | | 2-16-01 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AM | | PM | | AM | | PM | | AM | | PM | | AM | | PM | | AM | | PM | | AM | | PM | |
| HOUR | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | | 4 8 12 | |

TEMPERATURE
105°
104°
103°
102°
101°
F. 100°
99°
NORMAL
98°
97°

| PULSE & RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | |
| | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | |
| | 12 | 84 | | 12 | 93 | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | |
| | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | |
| | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | |
| | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | |

WEIGHT  214   217

| INTAKE | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL | | | | | | | | | | | | | | | | | | | | | |
| PARANTERAL | | | | | | | | | | | | | | | | | | | | | |
| TOTAL 24 HR. | | | | | | | | | | | | | | | | | | | | | |

| OUTPUT | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | | | | | | | | | | | | | | | | | | | | | |
| STOOL | | | | | | | | | | | | | | | | | | | | | |
| EMESIS | | | | | | | | | | | | | | | | | | | | | |
| SUCTION | | | | | | | | | | | | | | | | | | | | | |
| TOTAL 24 HR. | | | | | | | | | | | | | | | | | | | | | |

| BLOOD PRESSURE | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN |
| | 122/76 | | | 120/79 | | | | | | | | | | | | | | | | | |

## GRAPHIC CHART




CR-1896

DedrickA-SSAdmin-   00218

BP ✓ q. day
x 3 days                w/ ⊘

# TENNESSEE DEPARTMENT OF CORRECTION

NAME: Dedrick, Anthony _____ Number 227853

Bmc4-Bm

| 2001 DATE | | | PM 10-18 | | 10-19 | | B 10-20 | | 11-18 | | 11-19 | | 12-10 | | 12-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOUR | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM |
| | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 | 4 8 12 |

TEMPERATURE: 105° 104° 103° 102° 101° 100° 99° NORMAL 98° 97°

| PULSE & RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. | HOUR | PULSE | RESP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | |
| | 8 | 88 | | 8 | 82 | | 8 | 80 | | 8 | 90 | | 8 | 100 | | 8 | 68 | | 8 | 88 | |
| | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | |
| WEIGHT | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | | 4 | | |
| | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | | 8 | | |
| | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | | 12 | | |

| INTAKE | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL | | | | | | | | | | | | | | | | | | | | | |
| PARENTERAL | | | | | | | | | | | | | | | | | | | | | |
| TOTAL 24 HR. | | | | | | | | | | | | | | | | | | | | | |

| OUTPUT | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | | | | | | | | | | | | | | | | | | | | | |
| STOOL | | | | | | | | | | | | | | | | | | | | | |
| EMESIS | | | | | | | | | | | | | | | | | | | | | |
| SUCTION | | | | | | | | | | | | | | | | | | | | | |
| TOTAL 24 HR. | | | | | | | | | | | | | | | | | | | | | |

| PRESSURE | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N | 4 AM | 8 AM | 12 N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN | 4 PM | 8 PM | 12 MN |
| | 165/93 | | | 160/90 | | | 140/80 | | | 128/84 | | | 128/84 | | | 134/72 | | | 124/80 | | |

## GRAPHIC CHART

DedrickA-SSAdmin-   00219

TENNESSEE DEPARTMENT OF CORRECTION
HUMAN IMMUNODEFICIENCY VIRUS (HIV) ANTIBODY TEST
INFORMED CONSENT

Name, _Anthony W Dedrick_____ Number _227853_ Date, _13 OCT 99_

Date of Birth, _8-16-55_____ Institution, _W T S P_

I have read the patient education materials provided to me by, _Mary Ann Jarrett LPN_
                                                            Health Professional's Name

regarding the Human Immunodeficiency Virus (HIV) Antibody Test. The Test information has been fully explained to me and my questions have been answered to my satisfaction.

I understand the benefits and possible serious adverse social consequences of the HIV Antibody Test. I realize that the absolute confidentiality of the HIV Antibody Test results cannot be fully guaranteed.

I further understand that the HIV Antibody Test is NOT a test for Acquired Immunodeficiency Syndrome (AIDS) or AIDS-Related Complex (ARC) and that the test will not tell me if I will develop AIDS or ARC.

I hereby authorize and consent to the HIV Antibody Test. I am fully informed that I am free and able to withdraw and revoke this consent at any time prior to testing.

_____          _13 OCT 99_
        Patient Signature                        Date


_____          _____
Parent or Legal Guardian Signature              Date
      (For Minors Only)

_____          _10-13-99_
        Witness Signature                        Date

I have fully explained and discussed the patient education materials regarding the HIV Antibody with

_Anthony W. Dedrick_____ and I have reviewed the possible implications of the Test result
Name of Patient and/or Parent
or Legal Guardian for Minors

as it pertains to _✓_ housing ___✓_availability of jobs/programs __✓_ patient security

_✓_confidentiality of results ___✓_insurability ___✓_health _____other (specify)_____

_____          _____


_____   _LPN_   _10-13-99_
      Health Professional           Title        Date

Original - Health Record
CR-3247 (4/88)
                                                    RDA-1458

DedrickA-SSAdmin-   00220

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
CONSENT FOR TREATMENT

Name: _Dedrick Anthony_   Number: _227853_   Date of Birth: _8/16/55_
      Last    First    Middle

I hereby authorize _Dr. R.K. Smith DDS_ and assistants to perform the following operation,
                        (Practitioner)
procedure, treatment, or psychiatric intervention.

_____ _extract #21_ _____
                (Use Layman's Terms)

The nature and extent of the intended operation, procedure, treatment, or psychiatric intervention
has been explained to me in detail. I have been advised by _Dr. R.K. Smith DDS_
                                                              (Practitioner)
of the following alternatives, if any, probable consequences if I remain untreated, risks and possible
complications of proposed treatment as indicated:

Post-.operative pain. Infection; possible numbness of area; temporary or permanent
                        (Use Layman's Terms)
fracture; possibility of fragments of root tips being left in the jaw for reason of

practicality and overall safety. Involvment of the sinuses, reactions to medications

given; bleeding; dry socket.
    I acknowledge that no guarantee or assurance has been made as to the result that may be
obtained.

    If any unforeseen condition arises in the course of the operation calling for the judgement of the
practitioner for procedures in addition to or different from those now contemplated, I further request
and authorize the practitioner to do whatever is deemed necessary.

    I consent to the administration of anesthesia to be applied by or under the direction and supervision
of _Dr. R.K. Smith DDS_
        (Practitioner)

    I have read and fully understand the terms of this consent and acknowledge that the explanations
referred to were made and that all blanks have been filled.

Date: _11/17/99_ Time: _9:30_   X _(signature)_
                                        (Signature of Patient)

Witness: _(signature)_   _Ronald Bircham_   _11/17/99_
                            (Signature of Practitioner and Professional Title)   Date

If the patient is a minor or incompetent to consent:

_____   Date:_____ Time:_____   a.m.
(Signature of parent or person authorized to consent for patient)                  p.m.

Witness: _____   Witness: _____

Original: Health Record

CR-1897 (Rev. 09/95)

                                            RDA-1100

DedrickA-SSAdmin-    00221

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
CONSENT FOR TREATMENT

Name: _Dedrick_    Number: _22 7853_  Date of Birth: _8/10/55_
         Last        First        Middle

I hereby authorize __R. K. Smith DDS__ and assistants to perform the following operation,
                    (Practitioner)
procedure, treatment, or psychiatric intervention.

_____ _Extract #5_ _____
                    (Use Layman's Terms)

The nature and extent of the intended operation, procedure, treatment, or psychiatric intervention
has been explained to me in detail. I have been advised by _____R. K. Smith DDS_____
                                                                  (Practitioner)
of the following alternatives, if any, probable consequences if I remain untreated, risks and possible
complications of proposed treatment as indicated:

post-operative pain.  Infection; possible numbness of area; temporary or permanent
                          (Use Layman's Terms)
fracture; possibility of fragments of root tips being left in the jaw for reason of

of practicality and overall safety.  Involvement of the sinuses, reactions to medications

given; bleeding; dry socket.

I acknowledge that no guarantee or assurance has been made as to the result that may be
obtained.

If any unforeseen condition arises in the course of the operation calling for the judgement of the
practitioner for procedures in addition to or different from those now contemplated, I further request
and authorize the practitioner to do whatever is deemed necessary.

I consent to the administration of anesthesia to be applied by or under the direction and supervision
of _____R. K. Smith DDS_____
         (Practitioner)

I have read and fully understand the terms of this consent and acknowledge that the explanations
referred to were made and that all blanks have been filled.

Date: _12/2/99_  Time: _8.00_   X _____
                                       (Signature of Patient)

Witness: _Earl Vickery RN_   _Ronald Smith_  _12/2/99_
                                (Signature of Practitioner and Professional Title)   Date

If the patient is a minor or incompetent to consent:

                                                    a.m.
_____ Date:_____ Time:_____ p.m.
(Signature of parent or person authorized to consent for patient)

Witness: _____   Witness: _____

Original: Health Record

CR-1897 (Rev. 09/95)

RDA-1100

 

## TENNESSEE DEPARTMENT OF CORRECTION

### CONSENT FOR DNA ANALYSIS

NAME: _DEDRICK_____ _Anthony_____ _W____
            Last              First            Middle

NUMBER: _227853_   D.O.B. _8-16-55_   FACILITY: _NWCX- ANNEX_

I, _Anthony Dedrick_____ understand that I am being requested to allow the health professional to collect a blood specimen as required in statute TCA §40-35-321, collection of biological specimens for DNA analysis - persons convicted of certain offenses - condition of release from imprisonment.

TCA §40-35-321 provides that any person convicted of violating or attempting to violate §39-13-502 (Aggravated Rape, §39-13-503 (Rape), §39-13-504 (Aggravated Sexual Battery), §39-15-505 (Sexual Battery), §39-13-522 (Rape of a Child), or §39-15-302 (Incest), must provide a biological specimen for the purpose of DNA analysis. Furthermore, TCA §40-35-321 provides that any person convicted of any felony offense committed on or after July 1, 1998, must provide a biological specimen for the purpose of DNA analysis. The biological specimen will be forwarded to the Tennessee Bureau of Investigation which shall maintain it as provided in §38-6-113.

If a person convicted of violating or attempting to violate §39-13-502, §39-13-503, §39-13-504, §39-13-505, §39-13-522, §39-15-302, or §40-35-321, and committed to the custody of the commissioner of correction for a term of imprisonment, does not provide a biological specimen for the purpose of DNA analysis before completion of the person's term of imprisonment, that person may not be released on parole or otherwise unless and until such person provides such a specimen.

If an inmate is convicted of a disciplinary offense for refusing to provide a biological specimen, he/she shall forfeit the opportunity to earn behavior sentence credits until such time he/she provides a biological specimen. If applicable, previously earned behavior sentence credits shall not be forfeited. A person refusing to provide a biological specimen may at a later date provide a specimen. For those persons refusing to provide a specimen, a due process hearing shall be provided by the disciplinary board.

By signing this I acknowledge that I understand the above mentioned.

_Anthony W Dedrick_____              _Jan 18 , 00_
    Inmate Signature                       Date

_Marilyn Easton R.N_____            _1-18-00_
  Witness/Health Professional                  Date

I am refusing to participate in the DNA testing process:

_____            _____
     Inmate Signature                       Date

_____            _____
    Health Professional                  Date

_____            _____
    Witness/Conservator               Date

Original Copy: Inmate's Health Record
Copy: Institutional Record

CR-3521 (Rev. 12-98)

RDA-1100



**TENNESSEE DEPARTMENT OF CORRECTION**

**PROSTHETIC DEVICE**

**RECEIPT**

NAME: _Dedrick_ _Anthony_ NUMBER: _227853_ INSTITUTION: _NWap II_
    (Last)    (Middle)    (First)

I have received the following prosthetic device: _RPL_
                                                    (Item)

for _____ or until released from the custody of
    (# days, weeks, etc., if applicable)

Tennessee Department of Correction.

I understand the Prosthetic Device issued to me remains the property of the
Tennessee Department of Correction until I am released from custody.  Willful or
negligent damage, destruction, or loss of the device may result in disciplinary
action and/or replacement of the device at my expense.

Received By: _____ _12/23/05_
              Inmate's Signature           Number        Date

Issued By: _____ _12/23/05_
            Signature/Title                           Date

Original:  Inmate's Health Record
Copy:      Clinic File
Copy:      Inmate

CR-3428  04/91

RDA-1458

DedrickA-SSAdmin-    00224

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
CONSENT FOR TREATMENT

Name: _Dedrick      Anthony_      Number: _227853_   Date of Birth: _8/16/55_
         Last        First        Middle

I hereby authorize _Dr. Edward Adelman_ and assistants to perform the following operation,
                      (Practitioner)
procedure, treatment, or psychiatric intervention.

_____ Extraction of Tooth # _6_ _____
                  (Use Layman's Terms)

The nature and extent of the intended operation, procedure, treatment, or psychiatric intervention
has been explained to me in detail. I have been advised by _Dr. Edward Adelman_
                                                              (Practitioner)
of the following alternatives, if any, probable consequences if I remain untreated, risks and possible
complications of proposed treatment as indicated:

INFECTION, PAIN, AND LOSS OF ADDITIONAL TEETH ARE ALTERNATIVES TO SURGERY.
                    (Use Layman's Terms)
POSSIBLE COMPLICATIONS : DRY SOCKET, INFECTION, SWELLING, BLEEDING AND BRUSING. THE
DECISION TO LEAVE A SMALL PIECE OF ROOT IN THE JAW WHEN REMOVAL WOULD REQUIRE EXTENSIVE
SURGERY AND INCREASED RISK, INJURY TO ADJACENT TEETH OR FILLINGS, SINUS INVOLVEMENT.
I acknowledge that no guarantee or assurance has been made as to the result that may be
obtained.

If any unforeseen condition arises in the course of the operation calling for the judgement of the
practitioner for procedures in addition to or different from those now contemplated, I further request
and authorize the practitioner to do whatever is deemed necessary.

I consent to the administration of anesthesia to be applied by or under the direction and supervision
of _Dr. Edward Adelman_
      (Practitioner)

I have read and fully understand the terms of this consent and acknowledge that the explanations
referred to were made and that all blanks have been filled.

Date: _2/28/06_ Time: _9 45_      _____
                                        (Signature of Patient)
Witness: _____      _____ _DDS_ _2-28-00_
                                        (Signature of Practitioner and Professional Title)   Date

If the patient is a minor or incompetent to consent:

_____ Date: _____ Time: _____  a.m.
(Signature of parent or person authorized to consent for patient)                       p.m.

Witness: _____      Witness: _____

Original: Health Record

CR-1897 (Rev. 09/95)

                                                            RDA-1100

DedrickA-SSAdmin-   00225



TENNESSEE DEPARTMENT OF CORRECTION

PROSTHETIC DEVICE

RECEIPT

NAME: _Dedrick, Anthony_      NUMBER: _227853_ INSTITUTION: _NWCX annex_
         (Last)   (Middle)   (First)

I have received the following prosthetic device: _glasses_
                                                        (Item)

for _2 years_                                   or until released from the custody of
    (# days, weeks, etc., if applicable)

Tennessee Department of Correction.

I understand the Prosthetic Device issued to me remains the property of the
Tennessee Department of Correction until I am released from custody.  Willful or
negligent damage, destruction, or loss of the device may result in disciplinary
action and/or replacement of the device at my expense.

Received By: _Anthony Dedrick_        _227853_           _2 man 00_
             Inmate's Signature         Number              Date

Issued By: _Rau Deem, MRT_                              _3-2-00_
           Signature/Title                               Date

Original:  Inmate's Health Record
Copy:      Clinic File
Copy:      Inmate

CR-3428  04/91

RDA-1458

DedrickA-SSAdmin-      00226

 

TENNESSEE DEPARTMENT OF CORRECTION
HEALTH SERVICES
REFUSAL OF MEDICAL SERVICES

Date 2/12/02 19 2002 Time 1 (AM / PM)

This is to certify that I _Anthony Dedrick_

_227853_ have been advised that I have been scheduled
(TDOC number)

for the following medical services and/or been advised to have
the following evaluations, treatments, or surgical/other
procedures: _Use of Insulin — Importance_
_of blood sugar control for prevention_
_development of blood vessel disease, Kidney disease_
_blindness and stroke_

I am refusing the above listed medical services against
the advice of the attending physician and/or the Health
Services staff. I acknowledge that I have been informed of the
risks involved by my refusal and hereby release the State of
Tennessee, Department of Correction, and their employees from
all responsibility for any ill effects which may be experienced
as a result of this refusal. I also acknowledge this medical
service may not be made readily available to me in the future
unless an attending physician certifies my medical problem as a
medical emergency.

Signed: _Anthony Dedrick_         _227853_        _2/12/02_
(Inmate)                    (TDOC number)   (Date)

Witness: _Dale Hadden RN FNS_    _2/12/02_
(Signature)               (Title)          (Date)

Witness: _____    _____    _2/12/02_
(Signature)               (Title)          (Date)

The above information has been read and explained to

_____                    _____
(Inmate's name)                              (TDOC number)
but has refused to sign the form.

Witness: _____    _____    _____
(Signature)               (Title)          (Date)

Witness: _____    _____    _____
(Signature)               (Title)          (Date)

Original:  Health Record
Copy:      File

CR-1984 (Rev. 11/91)

RDA-1100

DedrickA-SSAdmin-   00227

**AUDIOLOGY EXAMINATION**
Addendum to VA Form 10-2364

VETERANS HOSPITAL        VAMC Nashville, TN



NAME: DEDRICK, ANTHONY          DATE SEEN: 02-04-98
SSN: 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    VISIT: ROU    AGE: 42    STATUS: OPSC

**AUDIO SUMMARY**

|  | RIGHT | LEFT |
|---|---|---|
| SRT |  |  |
| 2 Freq | 30.0 | 62.5 |
| 3 Freq | 33.3 | 65.0 |
| 4 Freq | 40.0 | 85.0 |
| PB Max | 88 | 84 |
| PI-PB |  |  |

**ACOUSTIC IMMITTANCE**

|  | RIGHT | LEFT |
|---|---|---|
| ME Press | -110 | -160 |
| St Admit | .40 | .20 |
| Type | C | C |
| Acoustic Reflex (1K) |  |  |
| Contra | NR | NR |
| Ipsi | 90 | NR |
| Reflex Decay |  |  |
| 500 |  |  |
| 1000 |  |  |

**SYMBOLS KEY**

EAR
R    L

| AIR CONDUCTION | | |
|---|---|---|
| Unmasked | O | X |
| Masked | △ | □ |
| BONE CONDUCTION | | |
| Unmasked | ⟨ | ⟩ |
| Masked | [ | ] |
| NO RESPONSE | | |
| Unmasked | | |
| Air | O | X |
| Bone | ⟨ | ⟩ |
| Masked | | |
| Air | △ | □ |
| Bone | [ | ] |

Examiner: GENE W. BRATT, Ph.D.

**REMARKS:**
Immittance findings consistent with normal middle ear function R; L shows essentially flat tympanogram with absent reflexes probe L.  For audio results, see below.

**COMMENTS:**
M = Masked Responses
AU shows mixed hearing loss AU; R shows mild involvement in low and mid freqs sloping to severe in the high freqs with 5-30 dB air-bone gaps; L shows moderate to severe mixed loss with 35-55 dB air-bone gaps; word recognition is good bilaterally.
This SC veteran presents today with hx of longstanding mixed hearing loss with flat tymapnograms.  He was last seen for audiometrics here 6/4/92.  Audio today shows slight decrease in hearing R with improved tymapanogram today; audio todays shows significant increase in conductive hearing loss  Since 1992, pt had been fit here with hearing aids AU, and he requests are aids.  We will need medical clearance before ordering aids so we will walk into ENT.  RX:  RTC 2/10 for walk-into ENT--already scheduled.

SIGNATURE:

Oct 1989

Computer-generated form created at the
VA Medical Center, Little Rock, AR

DedrickA-SSAdmin-      00228

DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER
NASHVILLE, TENNESSEE

AMBULATORY PROCEDURE REQUEST FORM

Patient's Name : _Dedrick , A_____      SSN : _0144_____

Date of Request : _2/10/98_____

Date of Procedure : _TBA_____

                              YES      NO      23 HR OBSERVATION
To be admitted    Pre - op [ ]    [ ]     [X]         [ ]
                  Post-op [ ]
                  If yes, complete Scheduled Admission Form

Procedure : _D L of Biopsy of epiglothic lesion, Adenoidectomy, Possible_

Type of Anesthesia : _General_____

Surgeon : _Colence_____      Attending : _Day_____

Time to Start : _TBA_____

                                                                    931
                                                                    722 3594
CBC              (patient > 40 years of age)              [X]

K+, Glucose, CR  (patient > 40 years of age)             [X]

                                                 Home #
Additional Labs (specify) as clinically indicated :    931-722-7716

    _PTT/INR/PT_

    _____              Pt. instructed to arrive at _____
                                  to be NPO after MN except meds: _____
    _____                  To have driver if going home after
                                              operation.

Chest Xray (> 60 years of age and no study within 12 months)   [X]

EKG      (> 50 years of age and no study within 12 months)    [X]

IMPRINT PATIENT DATA CARD (Name, Address and Social Security Number)

    Dedrick, A  0144              MEDICAL RECORD

    413  98  0144               DOCTOR'S ORDERS--VERTICAL