

DEDRICK, ANTHONY
42 yr
Male Caucasian

ID: 413980144

| | | |
|---|---|---|
| Vent. rate | 75 | BPM |
| PR interval | 140 | ms |
| QRS duration | 116 | ms |
| QT/QTc | 384/428 | ms |
| P-R-T axes | 41 46 | 60 |

12-MAR-1998 07:44 V.A. MEDICAL CENTER, NASHVILLE-* ROUTINE RECORD

NORMAL SINUS RHYTHM
POSSIBLE INFERIOR INFARCT, AGE UNDETERMINED
MOTION ARTIFACT
NO PREVIOUS ECGS AVAILABLE

Technician: JOE

Referred by: AMB SUR

Confirmed by: PAT SIMPSON, M.D.

aVR
V1
V4
aVL
V2
V5
aVF
V3
V6
25mm/s 10mm/mV 150Hz 003A-003B 12SL 246 CID: 12

# Radiology Report

CHEST 2 VIEWS PA&LAT

Exm Date: MAR 12, 1998@08:05
Req Phys: KENNY,THOMAS J

Pat Loc: NA-AMBULATORY SURGERY (Req'g L
Img Loc: NA-RADIOLOGY OUTPATIENT
Service: Unknown

(Case 1009 COMPLETE) CHEST 2 VIEWS PA&LAT (RAD Detailed) CPT:71020

Clinical History:
PRE OP FOR SURGERY

Report Status: Verified

Date Reported: MAR 12, 1998
Date Verified: MAR 12, 1998

Verifier E-Sig:

Report:
SEE IMPRESSION.

Impression:
CHEST, PA AND LATERAL: COMPARED TO 2/4/97, THERE HAS BEEN NO SIGNIFICANT CHANGE. THE CARDIAC SILHOUETTE IS NORMAL IN SIZE. A DENSITY IN THE LEFT LOWER LUNG FIELD, THOUGHT TO REPRESENT PLEURAL THICKENING, IS UNCHANGED. BLUNTING OF THE LEFT CP ANGLE IS CONSISTENT WITH PLEURAL SCARRING OR A SMALL LEFT PLEURAL EFFUSION. NO ACUTE INFILTRATES ARE IDENTIFIED. THE BONY THORAX IS REMARKABLE ONLY FOR OLD HEALED RIB FRACTURES ADJACENT TO THE PLEURAL SCARRING.

Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
ANTHONY S WATTLEWORTH, ASSISTANT CHIEF
Verified by transcriptionist for ANTHONY S WATTLEWORTH
/JCW

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

DEPARTME[illegible] [illegible]TERANS AFFAIRS
NASHVILLE, TENNESSEE

AMBULATORY SURGERY FOLLOW-UP PHONE CALL

Patient's Name Dedrick Anthony Phone Number 931-722-7716

Procedure S/P Direct Laryngoscopy Epiglottis

1. Did patient have respiratory symptoms such as congestion, wheezing, sore throat or difficulty breathing?

✓ General No___Yes___ 3/13/98
___ Other:___ No___Yes___

2. Did patient complain of any bleeding? NO YES 3/16/98

3. Did patient experience impairment to circulation and/or nerves such as changes in color, increased pain, numbness, swelling, tingling or coldness?

___N/A___No___Yes

unable to reach after numerous trys

4. Did patient experience any unusual pain at home?

___N/A___No___Yes

5. Did the patient experience any nausea and/or vomiting after discharge?

| | | | |
|---|---|---|---|
| General | ___N/A | ___No | ___Yes |
| Local w/ Sedation | ___N/A | ___No | ___Yes |
| Local | ___N/A | ___No | ___Yes |
| Block: Type___/ | ___N/A | ___No | ___Yes |

6. Were there any signs of infection after surgery, such as foul odor, drainage, pain, redness, swelling, or fever?

___NO ___YES

7. Were any medications prescribed to be taken after surgery?

___NO ___YES

8. Do you feel you received adequate information about your surgery?

___NO ___YES

IMPRINT PATIENT DATA CARD (Name, Address and Social Security Number)

DEDRICK, ANTHONY
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

MEDICAL RECORD

NURSING DOCUMENTATION

VA FORM 10-0096(P)
SEP 1992

U.S. GOVERNMENT PRINTING OFFICE: 1993 343-134/74322

MEDICAL RECORD
CASE # 33320

OPERATION REPORT PAGE 1

Preoperative Diagnosis:
Primary: LUEKOPLAKIA

Surgeon: KENNY,THOMAS J
Attend Surgeon: DAY,TERRENCE A
1st Assistant: BERRY,JAMES M

Surgical Priority: ELECTIVE
Attend Code: 3. NOT PRESENT, BUT AVAILABLE
2nd Assistant: N/A

Anesthetist: MAKRANDI,VIJAY R
Asst. Anesthetist: MANGUM,ANGEL D
Attending Anesthesiologist: MAKRANDI,VIJAY R

OR Support Personnel:
Scrubbed
GRIFFITH,NORMA J. (FULLY TRAINED)
Circulating
KINNARD,MARY E (FULLY TRAINED)

Anesthesia Technique(s):
GENERAL (PRINCIPAL)
Agent: NONE ENTERED

Anesthesia Begin: MAR 12, 1998 09:40 Anesthesia End: MAR 12, 1998 11:40
Operation Begin: MAR 12, 1998 10:35 Operation End: MAR 12, 1998 11:15

Material Sent to Laboratory for Analysis: N/A

Postoperative Diagnosis:
Primary: LUEKOPLAKIA ICD9 Code: 528.6

Minor Operations Performed:
Primary: DIRECT LARYNGOSCOPY CPT Code: 31525
Other: BILATERAL MYRINGOTOMY TUBE PLAC'T CPT Code: 69421

Date/Time of Dictation: APR 06, 1998 12:24
Date/Time Transcribed: APR 06, 1998

Indications for Operation:
LEUKOPLAKIA

Surgeon's Dictation:
OPERATION: The patient was taken to the operating room and placed in the supine position and intubated. The tube was then taped off to the left oral commissure and the patient was turned 90 degrees away from anesthesia. An Ossoff-Pilling laryngoscope was placed into the oral cavity with gum protection being provided with a moist 4x4. The oral cavity, oropharynx, hypopharynx, postcricoid, supraglottic, glottic, and subglottic areas were examined and found to be normal. There was no evidence of leukoplakia on the epiglottis as described in the clinic. At this point, direct laryngoscopy was terminated. The patient was turned back 90 degrees towards anesthesia and the operating microscope was brought into place. The right tympanic membrane was inspected, appeared to be atelectatic and there appeared to be a small amount of effusion behind the right tympanic membrane. Therefore, using a small laryngotome knife, a medial incision was placed from the umbo towards the anterior/inferior quadrant. A small amount of effusion was actually suctioned out and a small Armstrong double-grommet tube was put in through the myringotomy with no complications. The scope was then brought over to

SURGEON'S SIG: [signature] APR 08, 1998 14:54
DEDRICK,ANTHONY WAYNE AGE: 42 ID#: 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
WARD: OUT ROOM-BED:
VAMC: NASHVILLE REPLACEMENT FORM 516

the left ear. The left tympanic membrane was examined and found to have a large effusion behind it. The myringotomy was placed in a radial fashion from the umbo to the anterior/inferior quadrant. A large amount of serous infusion was suctioned free of this and the Armstrong beveled grommet-style tube was then placed through this myringotomy incision. Cortisporin drops were placed in both ears and the patient was then brought out of anesthesia in the operating room and taken to the recovery room in stable condition.

Thomas Kenny, M.D.

Date Transcribed: 04-06-98
Date Dictated: 04-06-98@1224
J: 0118
ski/ExecuMed

SURGEON'S SIG:
DEDRICK, ANTHONY WAYNE
WARD:
VAMC: NASHVILLE

APR 08, 1998 14:54
AGE: 42 ID#: 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
ROOM-BED:
REPLACEMENT FORM 516

# Problem List

HYPERTENSION NOS (401.9)

   Onset:
  Status: ACTIVE
 SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
  Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
 Entered: 6/25/03, by CHILDRESS,JOHN L
 Updated: 6/25/03


ALLERGIC RHINITIS NOS (477.9)

   Onset:
  Status: ACTIVE
 SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
  Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
 Entered: 6/25/03, by CHILDRESS,JOHN L
 Updated: 6/25/03


DIABETES W UNSPECIFIED COMP II (250.90)

   Onset:
  Status: ACTIVE
 SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
  Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
 Entered: 6/25/03, by CHILDRESS,JOHN L
 Updated: 6/25/03

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE  38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

# Problem List

Aug 18, 2003

COR ATHEROSCL UNSP TYP-VES (414.00)

Onset:
Status: ACTIVE
SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
Entered: 6/25/03, by CHILDRESS,JOHN L
Updated: 6/25/03

OSTEOARTHROS NOS-UNSPEC (715.90)

Onset:
Status: ACTIVE
SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
Entered: 6/25/03, by CHILDRESS,JOHN L
Updated: 6/25/03

ISSUE REPEAT PRESCRIPT (V68.1)

Onset:
Status: ACTIVE
SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

# Problem List

Entered: 6/25/03, by CHILDRESS,JOHN L
Updated: 6/25/03

ANXIETY STATE NOS (300.00)

Onset:
Status: ACTIVE
SC Cond: NO
Exposure: None

Provider: ROSENBLUM,SOL A
Clinic: NA-PCC/ROSENBLUM/FIRM E

Recorded: , by ROSENBLUM,SOL A
Entered: 6/25/03, by CHILDRESS,JOHN L
Updated: 6/25/03

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

# Progress Note

TITLE: PRIMARY CARE ROSENBLUM
DATE OF NOTE: JUN 25, 2003@11:33 ENTRY DATE: JUN 25, 2003@11:33:40
AUTHOR: ROSENBLUM,SOL A EXP COSIGNER:
URGENCY: STATUS: COMPLETED

VITALS:

| DATE/TIME | TEMP | PULSE | RESP | BP | PAIN | WEIGHT |
|---|---|---|---|---|---|---|
| 6/25/03 @ 1113 | | | | | 5 | |
| 6/25/03 @ 1104 | 98 | 93 | 20 | 182/104 | 5 | 218 |

Medications:
Flonase 2 sprays PRN
Singular 10mg daily
Plavix 75 mg daily
Diltaizem 60 mg daily
aspirin 81 mg daily
glyburide 5 mg BID
Metformin 1000 mg BID
Bextra 20 mg BID
Soma 500 mg tid
Xanax 10 mg tid
Liritab 7.5 tid
altocar 60 mg daily
viagra 100 mg prn

PMH
Age 8 yr (1962) rheumatic Fever, Scarlet fever, and chicken pox (three hospitalizations
1970's appendectomy - uncomplicated.
1980 - pilonidal cystectomy
1985 - fractured ribs from fall
1988 - auto wreck - 'punctured lung and cracked ribs and head injury' (no uncounsciouness)
1992 - Auto accident - head injury and again fractured ribs and fractured left patella
1996 -ear tubes inserted - bilaterally
Jan, 2003 - 'heart attack' followed by CABG ('four bypsses' - St Thomas Hospital.
He is seen here today only for medications. He has a Primary Care Physician with whom he plans to remain under his care.
He is under Ten-Care and receives all his medications without pay under that program.
Many of the above medications are non-formulary in this VA Facility.
Since he is not billed for his medications thru Tenn-Care - I suggested he contnue to do so...
He has no complaint at this visit.

/es/ SOL A ROSENBLUM, M.D.
M.D.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VA

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

Exhibit # 7P
No. 1 of 5

# Progress Note

Signed: 06/25/2003 12:19

TITLE: NURSING PRIMARY CARE ASSESSMENT
DATE OF NOTE: JUN 25, 2003@11:04 ENTRY DATE: JUN 25, 2003@11:04:09
AUTHOR: FRANK,SANDRA LYNN EXP COSIGNER:
URGENCY: STATUS: COMPLETED

CLINICAL REMINDER ACTIVITY
V9 Depression Screening:
Depression screen positive
Depression Suicide Screen was negative
V9 Alcohol Screening:
Patient has had at least 1 drink in last year.
Comment: 12 beers per week, usually on the weekends
CAGE (Mental Health Instrument)
An alcohol screening test (CAGE) was positive (score=3).
V9 Tobacco Cessation Education:
Patient was screened for tobacco use today.
Patient is a current smoker and smoking cessation counseling was given
Comment (optional): 1 pk/day
Patient was offered smoking cessation class.
Patient declines referral to smoking cessation class.
Pain Evaluation:
PAIN EVALUATION - 1st Location:
Patient states "experiencing pain" on a scale of 1-10.
5
Location of Pain:
Comment: Right, Left, Shoulder
Pain Quality:
Comment: Aching
Pain Onset/Duration:
Comment: >2 years
Pain Interferes With:
Comment: Sleep, Appetite, Physical Activity, Relationship with Others, Emotions, Concentration
Pain Patterns/Variations:
Comment: Constant
Non-Pharmacological Interventions include:
Comment: Positioning, Heat
Pharmacological Interventions include:
Comment: Opioid, Non-opioid, Lortab, Xanax, Soma

Pt says meds help make his pain tolerable, but it is still constant.

/es/ SANDRA LYNN FRANK
LPN

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

# Progress Note

Page 8
Aug 18, 2003

Signed: 06/25/2003 11:14

TITLE: C&P EXAMINATION
DATE OF NOTE: APR 13, 2003@14:48 ENTRY DATE: APR 14, 2003@10:31:14
AUTHOR: BRATT,GENE W EXP COSIGNER:
URGENCY: STATUS: COMPLETED
SUBJECT: 90413

SSN: 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
C-FILE #:

A. REVIEW OF MEDICAL RECORDS: The C-file was not available for inspection at the time the patient was seen for his Compensation and Pension examination. This patient has been seen previously in this clinic including a routine hearing evaluation that was obtained on February 4 of 1998. The results of all prior examinations were carefully reviewed prior to beginning today's examination.

B. MEDICAL HISTORY (SUBJECTIVE COMPLAINTS):
1. Chief complaint - this patient reports bilateral hearing loss and bilateral tinnitus.

2. Situation of greatest difficulty - the patient reports difficulty understanding speech heard in backgrounds of noise and in groups of people.

3. Pertinent service history - the patient reports a gradual onset of hearing loss that began in the late 1970s, while he was in the military and chronically exposed to high levels of noise as the result of his military duty. The patient states that the hearing loss has been progressive since onset. The patient also continues to experience feelings of fullness or pressure in both ears, and the history is positive for the placement of PE tubes in both ears in 1996. He also continues to report tinnitus in both ears.

4. History of military, occupational, and recreational noise exposure - the patient reports a history positive for military noise exposure, occupational noise exposure, and recreational noise exposure.

5. Tinnitus - if present, state:
a. Date and circumstance of onset - the patient reports a gradual onset of tinnitus occurring at the same time as the onset of the hearing loss that is in the late 1970s, when he was chronically exposed to high levels of noise as the result of his

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

Printed at TENNESSEE VALLEY HCS

DedrickA-SSAdmin- 00240

# Progress Note

military duty.
b. Whether it is unilateral or bilateral - bilateral.
c. Whether it is recurrent (indicate frequency and duration) - the patient reports a constant tinnitus.
d. The most likely etiology of the tinnitus, and specifically, if hearing loss is present, whether the tinnitus is due to the same etiology (or causative factor) as the hearing loss: The patient reports in his history both hearing loss and tinnitus. He states that both symptoms began at approximately the same time when he was chronically exposed to high levels of noise as the result of his military duty in the late 1970s. A brief review of the audiogram demonstrates in the right ear, a sensorineural hearing loss, and in the left ear a mixed hearing loss, both ears with hearing loss possibly consistent with noise exposure and past history of eustachian tube dysfunction. A brief review of the record demonstrates no obvious cause for the tinnitus beginning when it did, other than the patient's military noise exposure, and so for these reasons it would seem as likely as not that the hearing loss in both ears was the result of events that occurred while the patient was in the military.

C. PHYSICAL EXAMINATION (OBJECTIVE FINDINGS):
1. Measured pure-tone thresholds in decibels at the indicated frequencies (air conduction):

Right ear:
500 Hz is 40 dB.
1000 Hz is 35 dB.
2000 Hz is 40 dB.
3000 Hz is 65 dB.
4000 Hz is 85 dB.

Average for the right ear is 56.3 dB.

Left ear:
500 Hz is 60 dB.
1000 Hz is 70 dB.
2000 Hz is 70 dB.
3000 Hz is 105+ dB.
4000 Hz is 105+ dB.

Average for the left ear is 87.5+ dB.

2. Speech Recognition Score: Maryland CNC word list, right ear 88%, left ear 82%.

D. DIAGNOSTIC AND CLINICAL TESTS:
1. Report middle ear status, confirm type of loss, and indicate

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

# Progress Note

the need for medical followup: Immittance findings are consistent with a significant negative middle ear pressure in the right ear combined with normal admittance in that ear. The left ear demonstrates a flat tympanogram, possibly consistent with eustachian tube malfunction in that ear. Pure-tone audiometrics and speech audiometrics demonstrate in the right ear sensorineural hearing loss, and in the left ear a mixed hearing loss. In the right ear, the sensorineural hearing loss is of a mild to moderate degree in the low and mid frequencies, and then becomes moderate to severe in the higher frequencies. In the left ear, the mixed hearing loss is of a moderate degree in the low frequencies, and then becomes severe to profound in the mid and high frequencies. In the left ear, there is also present a significant conductive component to the hearing loss.

E. DIAGNOSES:
1. Summary of audiologic test results: Right ear - sensorineural hearing loss, left ear - mixed hearing loss, bilateral tinnitus.
2. Note whether, based on audiologic results, medical followup is needed for an ear or hearing problem, and whether there is a problem which, if treated, might cause a change in hearing threshold levels - the left ear does demonstrate a significant conductive component to the hearing loss. It is possible that with successful medical and/or surgical intervention, the hearing loss in the left ear could improve slightly.

Date Transcribed: 04/14/03
Date Dictated: 04/13/03@1448
J:15945
V:jc.
INFOPRO

/es/ GENE W BRATT
CHIEF, AUDIOLOGY
Signed: 04/14/2003 15:54

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

DEDRICK, ANTHONY
APT 47 WILLOWBROOK DR.
WAYNESBORO, TENNESSEE 38485
413980144

VISTA Electronic Medical Documentation

Printed at TENNESSEE VALLEY HCS

MAURY REGIONAL HOSPITAL COLUMBIA, TN 38401

ADMISSION / OUTPATIENT RECORD

MEDICAL RECORD/CHART

ACCOUNT: 97065-00614
ADM DATE & TIME: 03/06/97 15:03
ADM BY: FEC
TESTING DATE: 03/06/97
STATION: SPW

SPW TC UNK

BIRTHDATE: 08/16/55 | AGE: 41Y | SEX: M | ADM TYPE: 3 | MED REC #: 000283859

ADMITTING PHYSICIAN: HERRERA, ESMERALDO
ATTENDING PHYSICIAN: HERRERA, ESMERALDO DIAZ

**PATIENT**

NAME / ADDRESS: DEDRICK, ANTHONY
RT 4 BOX 658
WAYNESBORO TN 38485
PHONE: (615)722-6902
OCCUPATION / SS # / PHONE: 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

**GUARANTOR**

NAME / ADDRESS: DEDRICK, ANTHONY
RT 4 BOX 658
WAYNESBORO TN 38485
RELATION / PHONE: SELF (615)722-6902
OCCUPATION / SS # / PHONE: 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

**INSURANCE**

INSURANCE 1: BLUE CARE TENNCARE OP
ZBC00C41398014401 999999
DEDRICK, ANTHONY
BX TENNCARE

INSURANCE 2: 1500 BLUE CARE TENNCARE
ZBC00C41398014401 999999
DEDRICK, ANTHONY
BX TENNCARE

ADMISSION COMPLAINT: ARTHRITIS

FINAL DIAGNOSIS

CODE #: 716.90

MAR 1 4 1997

OPERATION

I HAVE EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD ON

ATTENDING PHYSICIAN



MAURY [illegible] ONAL HOSPITAL LABORATORY [illegible] STEM
CENTRAL LAB
1224 Trotwood Ave, Columbia TN 38401
John R Olson MD, Medical Director

MEDICAL PLAZA LAB
[illegible] James Campbell Blvd
Columbia TN 38401
Joseph C Moore MD

LEWIS ACC LAB
617 West Main St
Hohenwald TN 38462
Jack T Pearson MD

LAWRENCEBURG REF LAB
104 N Locust Ave
Lawrenceburg TN 38464
Charles B Bramlett MD

NAME: DEDRICK ANTHONY
LOC: SPC, WAYNE
MREC #: 283859
AGE: 41Y
SEX: M
ACCT #: 0970650061[illegible]
PHY: HERRERA, ESMERAL[illegible]
[illegible]: 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

ANTHONY DEDRICK
MREC #: 283859
ACCT #: 0970650061[illegible]

EPISODE FINAL/MEDICAL RECORDS
PRINTED: 03/07/97 04:[illegible]
END OF REPORT

PAGE 1

MAURY REGIONAL HOSPITAL COLUMBIA, TN 38401

ADMISSION / OUTPATIENT RECORD

MEDICAL RECORD/CHART

| ACCOUNT # | ADM DATE & TIME | ADM BY | TESTING DATE | STATION |
|---|---|---|---|---|
| 597344-00793 | 12/10/97 16:48 | TLS | 12/10/97 | SPW |

MRD SPW 1 N PP UNK 08/16/55 42Y M U 0002B8859

ADMITTING PHYSICIAN: HERRERA, ESMERALDO · ATTENDING PHYSICIAN: HERRERA, ESMERALDO · OTHER PHYSICIAN: HERRERA, ESMERALDO DIAZ · LAST VISIT: 03/08/97

PATIENT

NAME / ADDRESS: DEDRICK, ANTHONY, 1655 LAWRENCEBURG HWY, WAYNESBORO TN 38485

PHONE / MOTHER: (931)722-6902

EMPLOYER NAME / ADDRESS

OCCUPATION / SS # / PHONE: 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

GUARANTOR

NAME / ADDRESS: DEDRICK, ANTHONY, 1655 LAWRENCEBURG HWY, WAYNESBORO TN 38485

RELATION / PHONE: SELF (931)722-6902

EMPLOYER NAME / ADDRESS

OCCUPATION / SS # / PHONE: 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

PREVIOUS NAME: DEDRICK, ANTHONY

INSURANCE 1 · INSURANCE 2 · INSURANCE 3 · INSURANCE 4

FINAL DIAGNOSIS

CODE #

DEC 16 1997

401.9

OPERATION

I HAVE EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD ON

ATTENDING PHYSICIAN



MAU[illegible] REGIONAL HOSPITAL LABORAT[illegible] SYSTEM
CENTRAL LAB
1224 Trotwood Ave - Columbia TN 38401
John R Olson, MD - Medical Director

MEDICAL PLAZA LAB
854 [illegible] Campbell Blvd
Columbia TN 38401
Joseph D Moore, MD

LEWIS ACC LAB
617 West Main St
Hohenwald TN 38462
Jack T Pearson, MD

LAWRENCEBURG RRY LAB
104 N Locust Ave
Lawrenceburg TN 38464
Charles B Bramlett, MD

NAME: DEDRICK, ANTHONY

URNO: 283859
ACCT: 09731(00793
SS#: 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

LOC: SPC-WAYNE
AGE: 47Y
SEX: M
PHY: HERRERA, ESMERAL

[illegible]

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

[illegible]

[illegible]

NOTE: ACCORDING TO THE CDC [illegible] LEVELS GREATER THAN [illegible] [illegible] INDICATE IMMUNITY TO HEPATITIS B.

[illegible]

NEGATIVE
Reported range
Normal: NEGATIVE

ANTHONY, DEDRICK
URNO: 283859
ACCT: 09731(00793

EPISODE FINAL MEDICAL RECORD
PRINTED 12/15/97 [illegible]
END OF REPORT

PAGE 1

WAYNE MEDICAL CENTER
103 J. V. MANGUBAT DRIVE
WAYNESBORO, TN, 38485
(931) 722-5411
DR J. TERRY PEARSON MD. LAB DIRECTOR

Patient: Dedrick, Anthony Doctor: Esmeraldo Herrera M.D. Location: OP
Med. Record #: 26290 Sex: M Age: 44 DOB: 8/16/1955 REG INS Other ID: 413980144
Accn #: 003216 Drawn: 9/28/99 6:35 Recv'd: 9/28/99 6:35 Printed: 9/28/99 9:57 FINAL

Tests ordered: GLUCOSE

| Test | Normal | Abnormal | Units | Reference Range |
|---|---|---|---|---|
| CHEMISTRY | | | | |
| GLUCOSE | | 215 H | mg/dL | 70-110 |

Tech: aa 9-28-99 Reviewed by: ______________

DEDRICK, ANTHONY OP 26290 12-18-02

WAYNE
MEDICAL
CENTER
An Affiliate of
Maury Regional Hospital

RADIOLOGY
REPORT

CLINICAL HISTORY AND DIAGNOSIS: Pain
EXAM: C-spine, thoracic, knee
X-RAY NUMBER: 45735
PHYSICIAN: Herrera
AGE: 47

CERVICAL SPINE SERIES: Vertebral body heights and disc spaces appear well maintained. No fractures are identified. There are demonstrated osteophytes arising from the anterior inferior aspects of C5 and C6. Alignment appears normal and prevertebral soft tissues appear normal. Neuroforamina are less than optimally visualized.

OPINION: Osteophytes C5 and C6.

THORACIC SPINE 3 VIEWS: Vertebral body heights and disc spaces appear well maintained. No fractures are identified. Small osteophytes are noted. Alignment appears normal and pedicles appear intact.

OPINION: Small osteophytes. Otherwise normal appearing thoracic spine.

RIGHT KNEE 3 VIEWS: No bone or joint abnormalities are identified.

LEFT KNEE 3 VIEWS: No bone or joint abnormalities are identified.

HUBERT LANGLEY, M.D.
T/12-18-02,ms

MAURY REGIONAL HOSPITAL

ADMISSION / OUTPATIENT RECORD

MEDICAL RECORD / CHART

| ACCOUNT # | ACCOM | ADM DATE & TIME | ADM BY | TESTING DATE | STATION | EXPECTED ADM DATE | DISCHARGE DATE & TIME |
|---|---|---|---|---|---|---|---|
| 02365-00208 | | 12/31/02 08:44 | SAP | 12/31/02 | REF | 12/31/02 | |

| ROOM & BED | PREF. | SERV | PT TYPE | SRC | ACCID | FC | SMK | BIRTHDATE | AGE | RACE | SEX | MS | REF FAC | ADM TYPE | MED REC # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | | MED | REF | 1 | NO | TC | UNK | 08/18/55 | 47Y | 0 | M | S | HO | 3 | 000283859 |

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | PCP | ADV DIR | ARRIVAL MODE | LAST VISIT AT MRH |
|---|---|---|---|---|---|
| HERRERA,ESMERALDO | HERRERA,ESMERALDO | HERRERA,ESMERALDO | NO | WAL | 12/10/97 |

**PATIENT**

NAME / ADDRESS: DEDRICK,ANTHONY, WILLOWBROOK APT 47, WILLOWBROOK DRIVE, WAYNESBORO, TN 38485

PHONE / MOTHER: (931)722-6902

EMPLOYER NAME / ADDRESS:

OCCUPATION / SSN / PHONE / EMP STATUS: NOT EMPLOYED, 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, NOT EMPLOYED

**GUARANTOR**

NAME / ADDRESS: DEDRICK,ANTHONY, WILLOWBROOK APT 47, WILLOWBROOK DRIVE, WAYNESBORO, TN 38485

RELATION / PHONE: SELF, (931)722-6902

EMPLOYER NAME / ADDRESS:

OCCUPATION / SSN / PHONE: NOT EMPLOYED, 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

**RELATIVE**

NAME / ADDRESS: DEDRICK,PHIL, 102 MINDY DRIVE, WAYNESBORO, TN 38485

RELATION / PHONE: BROTHER, (931)722-7716

EMPLOYER NAME / ADDRESS: ;WAYNE HALFWAY HOUS, 1117 SAVANNAH HWY, WAYNESBORO, TN 38485

OCCUPATION / SSN / PHONE: CORRECTIONS OFFIC, (931)722-3272

LATEX SENSITIVITY:

ISOLATION CODE:

PREVIOUS NAME:

ALLERGIES: nka

**INSURANCE 1**

[illegible]NCARE SELECT
[illegible]00C41398014401 6007970
DEDRICK,ANTHONY
TENNCARE SELECT

INS CONTACT:
AUTH BY:
AUTH #: N/A
OTHER CERT #:
VERIFIED BY: SAP
DATE: 12/31/02
DAYS:

**INSURANCE 2**

1500 TENNCARE SELECT
ZEC00C41398014401 6007970
DEDRICK,ANTHONY
TENNCARE SELECT

INS CONTACT:
AUTH BY:
AUTH #: N/A
OTHER CERT #:
VERIFIED BY: SAP
DATE: 12/31/02
DAYS:

**INSURANCE 3**

INS CONTACT:
AUTH BY:
AUTH #:
OTHER CERT #:
VERIFIED BY:
DATE:
DAYS:

**INSURANCE 4**

INS CONTACT:
AUTH BY:
AUTH #:
OTHER CERT #:
VERIFIED BY:
DATE:
DAYS:

JAN - 6 2003

ADMISSION COMPLAINT: MRI/NECK PN/LT KNEE PAIN

COMMENT:

RELIGION: NPK

CHURCH:

FINAL DIAGNOSIS / CODE #

| | |
|---|---|
| | 723.1 |
| 5507 MRI Cervical Spine | 719.46 |
| 5572 MRI Knee | 722.4 |
| Neck Pain & Lt Knee Pain | |

OPERATION

Exhibit # 2E

No. 1 of 1

[H]AVE EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD ON ________________, 19____

[SIG]NED ________________ ATTENDING PHYSICIAN



MAURY REGIONAL HOSPITAL
RADIOLOGY DEPARTMENT Columbia, Tennessee Phone: (931) 381-1111 Fax: (931) 380-4104

Name : DEDRICK,ANTHONY
Unit# : H000283859
SSN : 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
PT # : H0236500208
A/R/S : 47Y W M

Room : REF
Date : 12/31/02 0859
Ord MD: HERRERA,ESMERALDO DIAZ
Att MD: HERRERA,ESMERALDO DIAZ
Cpy To:

Procedure: MR-CERVICAL W/O CONT. Ck-in #: 1086269
Ord Diag: NECK PAIN & LT KNEE PAIN

---

D: 12/31/02 11:25
T: 12/31/02 12:42/ep
JOB #: 26687

CERVICAL SPINE MRI, 12/31/02

TECHNIQUE: Sagittal T1 gradient echo and T2 weighted images and transaxial T1 and gradient echo images are reviewed.

FINDINGS:
C2-3: Normal.

C3-4: Normal.

C4-5: There is mild spondylitic ridging. There is no spinal stenosis or herniated nucleus pulposus.

C5-6: There is prominent spondylitic ridging with narrowing of the spinal canal to approximately 8-9 mm. There is a posterior disc and osteophyte complex.

C6-7: Normal.

C7-T1: Normal.

IMPRESSION:
1. Prominent disc space degeneration at C5-6 with posterior disc and osteophyte complex with narrowing of the spinal canal to approximately 8-
9 mm.

2. Mild spondylitic ridging at C4-5 and C6-7.

READ BY: JERRY M. BROWN, M.D.
released by: JMB
12/31/02 1539

EMP

MAURY REGIONAL HOSPITAL
RADIOLOGY DEPARTMENT Columbia, Tennessee Phone: (931) 381-1111 Fax: (931) 380-4104

Name : DEDRICK,ANTHONY
Unit# : H000283859
SSN : 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
PT # : H0236500208
A/R/S : 47Y W M

Room : REF
Date : 12/31/02 0859
Ord MD: HERRERA,ESMERALDO DIAZ
Att MD: HERRERA,ESMERALDO DIAZ
Cpy To:

Procedure: MR-KNEE W/O CONT*L Ck-in #: 1086269
Ord Diag: NECK PAIN & LT KNEE PAIN

---

D: 12/31/02 11:25
T: 12/31/02 12:48/ep
JOB #: 26687

LEFT KNEE MRI

TECHNIQUE:

Sagittal and coronal proton density T2.
Transaxial gradient echo images are reviewed.

FINDINGS: There is no evidence of marrow infiltrative process. There are Grade II signal abnormalities in the posterior horns of both medial and lateral menisci. There are no meniscal tears. The anterior and posterior cruciate ligaments are intact. The articular cartilage of the patella is intact. There is no joint effusion. The anterior and posterior cruciate ligaments and mediolateral collateral ligaments appear normal. There is mild peaking of the tibial spines.

IMPRESSION:
1. Mild degenerative changes of knee with peaking of the tibial spines.

2. Grade II signal abnormalities posterior horns of both medial and lateral menisci without evidence of tear.

3. No joint effusion or other significant abnormalities evident.

READ BY: JERRY M. BROWN, M.D.
released by: JMB
12/31/02 1539

EMP

# WAYNE MEDICAL CENTER

## Physician Certification and Patient Consent for Transfer in Accordance with COBRA Transfer Requirements

Dedrick, Anthony — PATIENT'S NAME
000026290 — MEDICAL RECORD #
01-08-03 — DATE

**SECTION 1 – PATIENT STATUS** (Check one or more of the following:)

A. ✓ The patient has been stabilized such that, within reasonable medical probability, on material deterioration of the patient's condition is likely to result from transfer.
B. ______ Patient has not been stabilized, but medically requires treatment for further stabilization.
C. ______ Patient is in active labor.

**SECTION 2 – REASON FOR TRANSFER** (Check one or more of the following: )

A. ______ The patient or a legally responsible person acting on the patient's behalf, requests transfer.
Name of Person Requesting Transfer: ______
Relationship to Patient: ______
B. ______ Patient's private physician not on staff at Wayne Medical Center and ☐Patient, ☐Physician requests that the patient be transferred to another facility and patient agrees.
C. ✓ Service not available to meet patient needs at Wayne Medical Center.
D. ______ Based on the reasonable risks and benefits to the patient, and based upon the information available at the time of the patient's examination, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility outweigh the increased risks, if any, to the individual's medical condition from effecting the transfer.

**SECTION 3 – ACCEPTANCE** (Check each step completed: )

A. ✓ The receiving facility has available space and qualified personnel for the treatment of the patient.
NAME OF FACILITY: St. Thomas Hospital
NAME OF CONTACT: Denise Harris, RN
B. ✓ The receiving physician and/or designee has agreed to accept transfer and to provide medical treatment.
NAME OF RECEIVING PHYSICIAN: Dr. McPherson
C. ______ ED Physician has spoken with accepting physician.

**SECTION 4 – MODE OF TRANSPORTATION PER PHYSICIAN'S DECISION** (Check one of the Following:)

A. ✓ The patient will be transferred by qualified personnel required, including the use of necessary and medically appropriate life support measures.

ACLS ✓ AMBULANCE PROVIDER ______
BLS ✓ AIRLIFT PROVIDER Life flight
ADDITIONAL:
Respiratory Therapy ______ NAME ______
RN ______ NAME ______
PHYSICIAN ______ NAME ______
Transportation Equipment: (list) ______

B. ______ Patient and/or significant other elects to provide transportation of patient to receiving facility via private auto.
C. ______ Patient is a medically stable psychiatric patient committed for evaluation and will be transferred to a psychiatric facility by Sheriff or designee, as provided by law.

**SECTION 5 - INFORMED CONSENT:**

A. ✓ I have been advised of some of the medical risks and benefits to be, but not limited to stabilization vs deterioration of current condition and I hereby request and accept transfer as set forth above and hereby release and forever discharge Wayne Medical Center from any and all liability arising and in any way connected with this transfer. I am aware all transfers have the inherent risks of traffic delays, accident during transport, inclement weather, rough terrain or turbulence and the limitations of equipment and personnel present in the vehicle, all of which are potentially a threat to the health, medical safety and possible survival of the patient.

B. ______ Patient is unresponsive/unable to provide consent and no family is present or able to be contacted.

______________________ Patient Signature  Date

[signature] 1-8-03 Responsible person Signature  Date

[signature] Henderson RN Witness

Brother Relationship

Dr. Herrera Print name of physician certifying transfer

[signature] Physician Signature

**SECTION 6 - TRANSFER REPORT**

A. ✓ *Report called to receiving facility St. Thomas by [signature] Henderson RN (person), at 2150 (time).

*Called report consists of: Dx, LOC, V/S, diet, meds, therapies, activity level, nearest relative.

B. ✓ V/S at transfer: T 96.9 P 90 R 24 BP 132/74

C. ✓ The receiving facility will be provided with appropriate medical records of the examination and treatment of the patient, including ex-rays, lab work, nurses' notes, physician notes.

Information sent by: FAX ______ With Patient ✓

D. ______ Disposition of Valuables: With patient ✓
With family ______ (Name) ______
Other ______

E. ✓ RN Signature [signature] Henderson RN

**SECTION 7 - EN ROUTE**

Radio contact is to be maintained during transfer with on line medical direction over the patient's care and will be exercised by: Transfer hospital ______ Receiving hospital ______
Other ______

Medical Orders: NS @ open rate x2; Hep gtt 1000u/hr, MS 4mg IVP q 5" until pain relieved.

WAYNE MEDICAL CENTER EMERGENCY RECORD

| Last Name / First / Middle Name | Social Security Number | Admission Date | Time |
|---|---|---|---|
| Dedrick Anthony W | 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 | 1-8-03 | 2130 |

| Address / City / State / Zip | Religion | ER Physician |
|---|---|---|
| Willowbrook Apt. 47 WBoro | HPK | Herrera |

| Home Phone | Age | Date of Birth | Sex | Civil Status | Family Physician |
|---|---|---|---|---|---|
| 722-6902 | 47 | 8/16/55 | (M) F | M (S) W D Sep | Herrera |

Nearest relative or friend: Phil Dedrick Relationship: brother

Address: 102 Mindy Dr WBoro Phone: 722-7714

Employer: Ø Address: Ø Phone: Ø

Ins.: TN Care LEC00C413980144 01 Contract # Group # Sec. Ins. Ø Contract # Ø Group # Ø Admt. by HE

Select 6082970

ALLERGIES: NKA

LMP TETANUS

MODE OF ARRIVAL: Amb W/C

CHARGES

RADIOLOGY

LABORATORY: CBC, CMP, CE, PT, PTT

RESPIRATORY

SUBJECTIVE

Chief Complaint: To ER via w/c c̄ cc: Severe chest pain. Rates "6 or 7". Pale, diaphoretic. O2 sat 96% RA. O2 applied c̄ sats 95%. SR c̄ ST elevation on telemetry

VITAL SIGNS

| TIME | T | P | R | B/P |
|---|---|---|---|---|
| 2130 | 96.9 | 72 | 24 | 99/67 |
| 2140 | | | | 123/82 |
| 2200 | | | | 119/77 |
| 2210 | | | | 126/84 |
| 2230 | | | | 139/92 |

OBJECTIVE

| | WNL | ABN | DETAILS OF ABNORMALS |
|---|---|---|---|
| 1. Neuro | ☐ | ☑ | pale, diaphoretic |
| 2. HEAD/FACE (eyes, ears, nose, throat) | ☑ | ☐ | |
| 3. NECK | ☑ | ☐ | |
| 4. CHEST | ☑ | ☐ | |
| 5. HEART | ☐ | ☑ | tachycardic |
| 6. LUNGS | ☑ | ☐ | |
| 7. ABDOMEN | ☑ | ☐ | |
| 8. BACK-SPINE | ☑ | ☐ | |
| 9. PELVIS/GENITALIA /RECTUM | ☐ | ☐ | |
| 10. EXTREMITIES | ☑ | ☐ | |

ASSESSMENT

DIAGNOSIS: ① acute inferior MI 410.41

401.9

250.00

99.10

V9.54

PLAN

Orders/Treatment: CBC, CMP, CE, PT, PTT, MS 4mg IVP 2145, T.O. O2 @ 2L/min, ASA 81mg po Hep 4000 u IVP then Hep gtt 1000 u/hr 2148, TNKase mg 2150, MS 4mg IVP stat 2153, MS 4mg IVP 2200, MS 4mg IVP stat 2218, Foley-16Fr. 2215, MS 4mg IVP 2230, Nitro oint. 2in. 2240. Transfer to St. Thomas via Lifeflight per Dr. McPherson

DISPOSITION: HOME ☐ ADMIT ☐ TRANSFER ☑ VIA: EMS ☐ PRIVATE VEH. ☐ MEDEVAC ☑ Lifeflight

TO SERVICES OF: Dr. McPherson

Appt. Given Instruction Sheet Given

CONDITION ON DISCHARGE: Stable

[signature] PHYSICIAN'S SIGNATURE 1-8-03 2310 DATE & TIME [signature] NURSE'S SIGNATURE

DedrickA-SSAdmin- 00254

WAYNE MEDICAL CENTER
103 J. V. MANGUBAT DRIVE
WAYNESBORO, TN, 38485
(931) 722-5411
DR. JOHN R. OLSON, M.D., MEDICAL DIRECTOR

Patient: Dedrick, Anthony Doctor: Esmeraldo Herrera M.D. Location: ER
Med. Record #: 26290 Sex: M Age: 47 DOB: 8/16/1955 REG INS Other ID: 413980144
Accn #: 058780 Drawn: 1/08/03 21:45 Recv'd: 1/08/03 21:45 Printed: 1/08/03 22:09 FINAL

Tests ordered: PT PANEL,PTT/CONTROL,COMP. METABOLIC,CBC
CARDIAC STUDIES

| Test | Normal | Abnormal | Units | Reference Range |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| TOTAL BILIRUBIN | 0.5 | | mg/dL | 0.2-1.5 |
| ALT (SGPT) | | 74 H | IU/L | 0-36 |
| CREATININE | 0.9 | | mg/dL | 0.7-1.3 |
| GLUCOSE | | 169 H | mg/dL | 70-110 |
| LDH | 140 | | IU/L | 104-214 |
| ALBUMIN | 3.70 | | g/dL | 3.2-5.0 |
| CPK | | 237 H | U/L | 21-232 |
| TOTAL PROTEIN | 6.80 | | g/dL | 6.4-8.3 |
| AST (SGOT) | 38 | | IU/L | 0-41 |
| BUN | 16 | | mg/dL | 7-18 |
| CALCIUM | 9.5 | | mg/dL | 8.7-11.5 |
| SODIUM | 138 | | mEq/L | 135-150 |
| POTASSIUM | 3.8 | | mEq/L | 3.5-5.5 |
| CHLORIDE | 100 | | mEq/L | 92-115 |
| CO2 | 29.3 | | mEq/L | 23-32 |
| ALK PHOSPHATASE | 46.0 | | IU/L | 34-114 |
| CKMB | | 9.200 H | ng/mL | 0.00-5.0 |
| CKMB INDEX | 3.9 | | % | 0.0-10.0 |
| TROPONIN 1 | 0.65 | | | 1.2 |
| BUN CREA RATIO | 17.8 | | Ratio | 12-20 |
| GLOBULIN (Calc) | 3.10 | | g/dL | 1.5-4.3 |
| ANION GAP (Calc) | 16.2 | | | 0.0-25.0 |
| A/G RATIO (Calc) | 1.2 | | Ratio | 1.1-2.5 |
| **HEMATOLOGY** | | | | |
| HGB | 15.9 | | g/dL | 14.0-18.0 |
| HCT | 47.3 | | % | 42-52 |
| WBC | 10.4 | | 10³/uL | 4.5-11.0 |
| RBC | 5.01 | | M/uL | 4.7-6.1 |
| MCV | 94.4 | | fL | 82-98 |
| MCH | | 31.8 H | pg | 27.0-31.0 |
| MCHC | 33.7 | | g/dL | 32-36 |
| PLATELETS | 184 | | K/uL | 130-400 |
| GRANULOCYTES % | 66.20 | | % | 42.2-75.2 |
| LYMPHOCYTES % | 25.3 | | % | 20.5-51.1 |
| MONOCYTES % | 4.3 | | % | 1.7-9.3 |
| EOSINOPHIL% | 3.3 | | % | 0.0-6.0 |
| BASOPHILS % | 0.9 | | % | 0-5 |



Patient: Dedrick, Anthony Doctor: Esmeraldo Herrera M.D. Location: ER
Med. Record #: 26290 Sex: M Age: 47 DOB: 8/16/1955 REG INS Other ID: 413980144
Accn #: 058780 Drawn: 1/08/03 21:45 Recv'd: 1/08/03 21:45 Printed: 1/08/03 22:09 FINAL

| Test | Normal | Abnormal | Units | Reference Range | |
|---|---|---|---|---|---|
| COAGULATION | | | | | |
| PROTIME | | 11.0 L | sec | 12-14 | |
| PROTIME CONTROL | 12.5 | | sec | 11.3-13.1 | |
| INT'L NORM RATIO | | 0.90 L | | 1.0-1.7 | Non Theraputic |
| | | | | 1.7-3.1 | Theraputic |
| | | | | 3.1-7.0 | Heart Valve/Emb |
| PTT | 27.2 | | sec | 20-40 | |
| PTT CONTROL | 28.4 | | sec | 24-32 | |

Tech: WS 1/8/03 Reviewed by: ______



01/08/2003 21:35:23 DEDRICK, ANTHONY WAYNE MEDICAL CENTER
47 years Male Race: C

Dx: Combined valvular dis.,P

Room: ER
Oper: DUG

| | | |
|---|---|---|
| Rate | 71 | . Normal sinus rhythm, rate 71....................Normal P axis, PR, rate & rhythm |
| PR | 152 | . Right axis deviation...............................QRS axis 91 to 269 & age > 40 |
| QRSD | 103 | . LVH by voltage.................................S V1[V2]+ R V5,V6 > 3.5 [4.0] mV |
| QT | 392 | . Acute Inferior infarct................................Q's & ST>.20mV II,III,aVF |
| QTc | 426 | |

--AXIS--

| | |
|---|---|
| P | 46 |
| QRS | 93 |
| T | 81 |

Requested by:
HERRERA

#1 - ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW



01/08/2003 22:03:06 DEDRICK, ANTHONY WAYNE MEDICAL CENTER
47 years Male

Dx: Room: ER
Oper:

| | |
|---|---|
| Rate | 95 |
| PR | 159 |
| QRSD | 111 |
| QT | 335 |
| QTc | 421 |

. Normal sinus rhythm, rate 95....................Normal P axis, PR, rate & rhythm
. Right axis deviation............................QRS axis 91 to 269 & age > 40
. Borderline intraventricular conduction delay................QRS 110 mS or wider
. Inferior infarct, possibly acute......................Q's & ST>.10mV II,III,aVF

Requested by:

--AXIS--

| | |
|---|---|
| P | 76 |
| QRS | 98 |
| T | 85 |

#2

- ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW



01/08/2003 22:31:29 DEDRICK, ANTHONY
47 years Male

WAYNE MEDICAL CENTER

Dx:

Room: ER
Oper:

| | |
|---|---|
| Rate | 90 |
| PR | 155 |
| QRSD | 107 |
| QT | 393 |
| QTc | 481 |

--AXIS--

| | |
|---|---|
| P | 87 |
| QRS | 95 |
| T | 19 |

. Normal sinus rhythm, rate 90....................Normal P axis, PR, rate & rhythm
. Right axis deviation..............................QRS axis 91 to 269 & age > 40
. LVH voltage.......................................S V1-V2 > 2.5 mV
. Recent Inferior infarct...........................Q's, ST>.07 & T neg II,III,aVF
. Nonspecific Anterolateral T wave abnormalities....T waves -.10 mV I,aVL,V2-V6
. Probable Lateral Subepicardial injury.............ST > .15 mV, T neg I,aVL, V5-6

Requested by:

- ABNORMAL ECG -

#3

PRELIMINARY-MD MUST REVIEW

01/08/2003 22:42:09 DEDRICK, ANTHONY
47 years Male Race: C

WAYNE MEDICAL CENTER

Dx: Combined valvular dis.,P

Room: ER
Oper: DUG

Rate 90
PR 150
QRSD 103
QT 384
QTc 470

--AXIS--
P 83
QRS 96
T 3

. Normal sinus rhythm, rate 90....................Normal P axis, PR, rate & rhythm
. Right axis deviation..........................QRS axis 91 to 269 & age > 40
. LVH voltage.....................................S V1-V2 > 2.5 mV
. Recent Inferior infarct.........................Q's, ST>.07 & T neg II,III,aVF
. Nonspecific Lateral T abnormalities............T neg, T/QRS ratio <.07 I,L,V5-V6
. Probable Anterolateral Subepicardial injury..........ST > .15 mV in I,aVL, V2-V6

Requested by:
HERRERA

- ABNORMAL ECG -

#4

PRELIMINARY-MD MUST REVIEW

# Monitor Strips

TIME:

Date:

REMARKS

TIME:

Date:

REMARKS

TIME:

Date:

REMARKS

CODE SUMMARY

Critical event record

| | | Time | Event |
|---|---|---|---|
| Power On: | [illegible] 22:23:05 | 22:23:05 | Power On |
| Device: | 100 | 22:23:06 | Initial Rhythm |
| Site: | 100 | 22:24:01 | [illegible] |
| Total Shocks: | 0 | 22:28:01 | Vital Signs |
| Total Time Paced: | 00:00:00 | 22:30:31 | Print 1 |
| Elapsed Time: | 00:25:5[illegible] | 22:33:04 | Vital Signs |
| | | 22:36:04 | Vital Signs |
| | | 22:39:20 | Print 2 |

MEDTRONIC PHYSIO-CONTROL P/N 804700

TIME:

Date:

REMARKS

▼Initial Rhythm

[illegible]22306

08 Jan 04

22:23:06

X1.0 1-30Hz 25mm/sec

ADDRESSOGRA

WAYNE COUNTY GENERAL HOSPITAL

MONITOR STRIPS

# Monitor Strips

TIME:
Date:
REMARKS
TIME:
Date:
REMARKS
TIME:
Date:
REMARKS
TIME: 2248
Date: 01-08-03
REMARKS
X1.0 1-30Hz 25mm/sec
MEDTRONIC PHYSIO-CONTROL
ADDRESSOGRAPH

Dedrick, Anthony
03008-00081

01-08-03

WAYNE COUNTY GENERAL HOSPITAL

**MONITOR STRIPS**

DedrickA-SSAdmin- 00262

## Monitor Strips

TIME: 2239
Date: 1-8-03
REMARKS
TIME: 2230
Date: 1-8-03
REMARKS
TIME: 2204
Date: 1-8-03
REMARKS
TIME: 2126
Date: 1-8-03
REMARKS
25mm/sec
P/N 804700
ADDRESSOGRAPH

Dedrick, Anthony
03008-00081

01-08-03

WAYNE COUNTY GENERAL HOSPITAL

**MONITOR STRIPS**

**SAINT THOMAS HOSPITAL**
4220 HARDING ROAD
NASHVILLE, TN 37202
PHONE 615-222-2111

INPATIENT RECORD

| ADMISSION DATE/TIME | MED. REC. NO. |
|---|---|
| 01/09/03 0100 | 667045 |

**PATIENT**

| PATIENT REG. NO. | ROOM | TYPE | ADM. BY | HOW ADMIT | ACCOMPANIED BY | STATUS | SVC | ADVANCED DIRECTIVE | RELIGION |
|---|---|---|---|---|---|---|---|---|---|
| 41901152 | 265P | 1 | FBRO | HELI | | IA | MED | N | |

NAME AND ADDRESS
DEDRICK ANTHONY
APT 47 WILLOWBROOK DR
WAYNESBORO TN 38485
PH# 931-722-6902
SSN 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

SITE/CLINIC CODE: ERX
SEX/MS/CODE: M S 1
BIRTH DATE/AGE: 08/16/55 47

EMPLOYER
UNEMPLOYED/NONE
PH#
STATUS 3

LANGUAGE PREFERENCE: ENG

**CONTACTS**

PRIMARY CONTACT
DEDRICK ,PHIL
102 MINDY DR
WAYNESBORO TN 38485
PH# 931-722-7716

PLACE OF BIRTH

SECONDARY CONTACT
PH#

MAIDEN NAME

**GUARANTOR**

NAME AND ADDRESS
DEDRICK ,ANTHONY
APT 47 WILLOWBROOK DR
WAYNESBORO TN 38485
PH# 931-722-6902
SSN 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

ADMITTING PHYSICIAN: MCPHERSON, JOHN A.

EMPLOYER
UNEMPLOYED/NONE
PH#
STATUS 3

ATTENDING PHYSICIAN: MCPHERSON, JOHN A.

**INSURANCE**

| COB | SUBSCRIBER | DATE OF BIRTH | POLICY NO./EFFEC DATE | GROUP/GROUP NO. PRE ADM NO./#DAYS CERT |
|---|---|---|---|---|
| 1 W02 | DEDRICK ,ANTHONY<br>TENNCARE SELECT BC CRT | 08/16/1955<br>003740128 | ZEC00C41398014401<br>01/07/01 | TENNCARE<br>6007970 |

| PROCEDURES/TESTS | RESP CODE | FC/INS PLN | VERIFIED BY |
|---|---|---|---|
| | | W 1 | |

ADMITTING COMPLAINT/ADMITTING DIAGNOSIS: INFERIOR MI

OCCUR CODE/DESC/DATE/TIME: 1 01/08/03 0936P

**CASE SUMMARY**

HISTORY AND PHYSICAL FINDINGS:

FINAL DIAGNOSES:

PROCEDURES AND TREATMENT:

CONSULTATIONS

PHYSICIAN NOT TO COMPLETE THIS SECTION

DISCHARGE ANALYSIS

SERVICE CLASS ______ DISCHARGE DATE/TIME ______

ATTENDING PHYSICIAN'S SIGNATURE:

______ M.D.

______ DATE

# Saint Thomas Hospital
## Discharge Summary

**PATIENT NAME:** Anthony Dedrick
**MR#:** 667045

**DATE OF ADMISSION:** 1/8/03
**DATE OF DISCHARGE:** 1/17/03

**ATTENDING PHYSICIAN:** William H. Coltharp, M.D.

**REFERRING PHYSICIAN:** Mark Koenig, M.D.; John McPherson, M.D.; Esmeraldo Herrera, M.D.

**DISCHARGE DIAGNOSIS:** 1. Acute myocardial infarction. 2. Triple-vessel coronary artery disease with normal left ventricular function. 3. Diabetes mellitus. 4. Hypertension.

**PROCEDURES:** 1. Cardiac catheterization. 2. Coronary artery bypass on the 13th of January.

**HOSPITAL COURSE:** The patient is a 47-year-old man who suffered an acute inferior wall myocardial infarction on the 8th of January. He received lytic therapy and was transferred to St. Thomas by helicopter. He underwent echocardiogram which showed that the left ventricle was borderline dilated with inferior wall akinesis, an ejection fraction of 35-40%, and a normal right ventricle, along with normal valvular structure and function. He underwent cardiac catheterization which demonstrated triple-vessel coronary artery disease and on the 13th of January, a coronary artery bypass was performed. Four grafts were constructed. The left internal mammary was used as a graft to the anterior descending, and reverse saphenous vein grafts were used to graft the obtuse marginal, the posterior descending, and the diagonal branch of the anterior descending. His operation went well and his postoperative course has been uneventful. He has remained in a sinus rhythm. He is tolerating a regular diet at this point and participating in the rehabilitation program.

His blood pressure is in the 110/60 range, with a pulse in the 70's. His blood sugar has been controlled well during the postoperative period.

**DISCHARGE MEDICATIONS:** One aspirin tablet daily, Lasix 40 mg. p.o. b.i.d. times one month, potassium chloride 20 mEq. p.o. b.i.d. times one month, Glucophage 1000 mg. p.o. b.i.d., Vioxx 25 mg. p.o. q. a.m., Cardizem 60 mg. p.o. q. a.m., Glyburide 5 mg. p.o. q. a.m., and Darvocet for pain.

**FOLLOW-UP APPOINTMENT:** He will be followed in my office in one month.

Dictated by William H. Coltharp, M.D.

WHC/dhm

Exhibit # AF
No. 1 of 16

DedrickA-SSAdmin- 00265