TRANS41901152          HP

SAINT THOMAS HOSPITAL
NASHVILLE, TENNESSEE

ADMISSION HISTORY AND PHYSICAL EXAMINATION

PATIENT: Dedrick, Anthony              ADMITTED: 01/08/2003
MR#: 667045                            ROOM:     2C  265P
CASE #: 00041901152
PHYSICIAN: John A. McPherson, M.D.


REFERRING PHYSICIAN:  Dr. Esmeraldo Herrera in Waynesboro, Tennessee.

REASON FOR ADMISSION: Acute myocardial infarction.

Mr. Dedrick is a very pleasant 47 year old man with no prior cardiac
history but multiple cardiac risk factors who presented to the Wayne County
Emergency Room with a 30 to 45 minute history of severe substernal chest
pain and diaphoresis. He was found to have EKG evidence of an acute
inferior ST segment elevation MI and underwent treatment with thrombolytic
therapy using TNK and heparin. He was then transferred via helicopter to
Saint Thomas Hospital. On arrival here he is feeling much better with
resolution of his chest pain and resolution of his ST segment elevation on
his EKG. He denies any shortness of breath or other cardiac symptoms. He
denies any prior history of chest pain, prior cardiac history, history of
syncope, palpitations or cardiac arrhythmia.

PAST MEDICAL HISTORY is notable for multiple cardiac risk factors including
active tobacco use, non-insulin dependent diabetes, hypertension,
hypercholesterolemia. The patient also has a history of rheumatoid
arthritis.

ALLERGIES: None.

CURRENT MEDICATIONS:

    1.        Vioxx 25 mg p.o. q. day.
    2.     Enalapril 5 mg p.o. q. day.
    3.     Cardizem 60 mg p.o. q. day.
    4.     Metformin 1,000 b.i.d.
    5.     Glyburide 5 b.i.d.
    6.     Avelox 400 q. day.
    7.     Altocor 60 mg p.o. q. h.s.

SOCIAL HISTORY: The patient lives with his mother in Waynesboro, smokes one
and a half packs of cigarettes per day and is on disability due to his
rheumatoid arthritis. He drinks mild amounts of alcohol.

FAMILY HISTORY: Notable for a younger brother with premature coronary
artery disease.

REVIEW OF SYSTEMS: Nursing notes were reviewed in detail and were negative
for any pertinent findings.

PHYSICAL EXAM: Pleasant, slightly anxious man in no acute distress. Blood
pressure is 140/86, pulse 74, respirations 14. HEENT: Normocephalic,
atraumatic. Oropharynx moist without lesions. NECK: Supple. No JVD.
Carotids 2+ without bruits. Normal thyroid. LUNGS: Clear to auscultation
bilaterally. CARDIAC: Normal PMI. Regular rate and rhythm. Normal S1,
physiologic S2. No murmurs, gallops or rubs. ABDOMEN: Soft, non-tender

TRANS41901152      HP      DEDRICK^ANTHONY

without organomegaly or masses. EXTREMITIES: No significant edema. Good
peripheral pulses throughout. NEURO: Alert and oriented times three.
Grossly non-focal. Moving all extremities.

12-LEAD EKG demonstrates sinus rhythm with inferior Q waves and 0.5 mm of
ST elevation in the inferior leads which is markedly improved from prior
tracings.

IMPRESSION: Mr. Dedrick is a 47 year old smoker with multiple risk factors
presenting with an acute inferior myocardial infarction. He appears to have
clinical reperfusion with thrombolytics with resolution of his ST elevation
and resolution of his chest pain.

PLAN:  The plan will be to admit him to the hospital, continue the heparin,
aspirin, IV nitroglycerin, beta blockers, ACE inhibitors and statins as
tolerated and we will initiate smoking cessation therapy. We will obtain an
echocardiogram in the morning and cardiac catheterization within the next
few days when it is safe from a bleeding perspective. Other plans as
ordered.

Signed
John A. McPherson, M.D. 01/10/2003 09:45

_____
John A. McPherson, M.D.

Dictated By:

JM/tjd
D: 01/09/2003 12:23 A T: 01/09/2003  5:54 A
JOB#: 000000133    DOC#: 986239

cc:    Esmeraldo Herrera, M.D.
       P. O. Box 1059
       Waynesboro TN 38485

       John A. McPherson, M.D.
       4230 Harding Road, Suite 330
       The Heart Group
       Nashville TN 37205

TRANS41901152     · CN

SAINT THOMAS HOSPITAL
NASHVILLE, TENNESSEE

CONSULTATION RECORD

PATIENT: Dedrick, Anthony          DATE: 01/11/2003

MR#:   667045                      ATTN PHY:    John A. McPherson, M.D.

CASE #:   00041901152

ROOM #:  2C  265P                  CONSULTANT: William H. Coltharp, M.D.


REFERRING PHYSICIAN:  Dr. Herrara in Waynesboro.
REFERRING CARDIOLOGIST: Dr. McPherson and Dr. Koenig.

HISTORY OF PRESENT ILLNESS: The patient is a 47 year old man with no
antecedent history of coronary artery disease who presented to Wayne County
Emergency Room on the 8th of January with an acute inferior myocardial
infarction. He was treated with lytic therapy and became pain free. The
ST-T abnormalities on his EKG resolved as well.

He had diaphoresis with chest pain but no shortness of breath, nausea or
vomiting.

He had no prior history of coronary artery disease, congestive heart
failure, valvular heart disease.

He has a history of diabetes, tobacco use, hypertension,
hypercholesterolemia.

He underwent cardiac catheterization and angiography which demonstrates
extensive triple vessel coronary artery disease with good distal vessels
and inferior hypokinesis but relatively well preserved left ventricular
function.

PAST HISTORY:

MEDICAL: Rheumatoid arthritis, hypertension, diabetes mellitus,
hypercholesterolemia.

SURGICAL: None.

MEDICATIONS:

   1.         Vioxx 25 mg daily.
2.      Enalapril 5 mg daily.
3.      Cardizem 60 mg daily.
4.      Metformin 1,000 b.i.d.
5.      Glyburide 5 mg p.o. b.i.d.
6.      Avelox 400 mg p.o. q. a.m.
7.      Altocor 60 mg p.o. q. h.s.

SOCIAL: He lives with his mother in Waynesboro. He is disabled because of
his rheumatoid arthritis. He smokes and drinks socially.

REVIEW OF SYSTEMS: Ten point review of systems negative and noncontributory

DedrickA-SSAdmin-     00268

TRANS41901152      CN      DEDRICK^ANTHONY

except as above.

PHYSICAL EXAMINATION: Blood pressure 126/80, pulse 80, temperature 98, weight 210 pounds. GENERAL: Well-developed, well-nourished man in no distress. HEENT: Pupils are equal, round and reactive to light. Sclera non-icteric. Extraocular motions intact. Oral mucosa is normal. NECK is supple without masses. Good carotid upstrokes bilaterally without bruit. No jugular venous distention. No thyroid nodule, goiter enlargement. Trachea is in the midline. CHEST is symmetric and moves symmetrically with respiration. LUNGS are clear bilaterally without wheezing, rales, rhonchi, dullness to percussion or hyperresonance. CV: Regular rate and rhythm without murmur. Abdominal aortic pulsation is normal. Femoral and foot pulses are 2+ and equal bilaterally. ABDOMEN: The abdomen is soft. There is no direct tenderness, rebound tenderness or guarding. There is no hepatomegaly or splenomegaly. NEURO/PSYCHIATRIC: He is normally alert and oriented and has appropriate affect. EXTREMITIES: He has darkish discoloration below his knees but he has good hair growth and booming foot pulses with good refill. MUSCULOSKELETAL: No scoliosis, kyphosis, atrophy or weakness.

DATA: Sodium 138, potassium 4.2, creatinine 0.6, white count 11,900, hematocrit 41, platelet count 146,000.

IMPRESSION:

1.      Acute inferior myocardial infarction status post lytic therapy.
2.      Moderately well-preserved left ventricular function with triple vessel coronary artery disease.
3.      Diabetes mellitus.
4.      Hypertension.
5.      Hypercholesterolemia.
6.      Rheumatoid arthritis.

PLAN: We will get an echocardiogram and plan to do his coronary artery bypass on Monday if his right ventricle is acceptable on the echo.

Signed
William H. Coltharp, M.D. 01/20/2003 07:19

_____
William H. Coltharp, M.D.

Dictated By:

WHC/tjd
D: 01/11/2003 1:29 P T: 01/12/2003 11:39 A
JOB#: 000001490   DOC#: 987239

cc:   William H. Coltharp, M.D.
      John A. McPherson, M.D.

TRANS41901152        05

CARDIAC CATHETERIZATION LABORATORY
SAINT THOMAS HOSPITAL
NASHVILLE, TENNESSEE


NAME: Dedrick, Anthony              DATE:  01/10/2003        AGE: 47

MR#:667045                          CASE#: 00041901152
REF. PHYS: John A. McPherson, M.D.
           Dr. Herrara, M.D.,  Waynesboro, In

PROCEDURES PERFORMED:
1.     Cardiac catheterization.
2.     Left ventriculography.
3.     Coronary angiography.
4.     Angiography to the mammary artery to assess use for bypass grafting.
5.     Conscious sedation.

INDICATION:  Myocardial infarction.

PROCEDURE IN DETAIL:  The patient was brought to the catheterization lab in
a fasting state. He was prepped and  draped  in  the  usual  fashion  using
betadine.  Arterial access was obtained  in  the right groin using modified
Seldinger technique with a #6 French sheath.   Conscious sedation used was
Versed  and  Fentanyl with continous  02  saturation,  hemodynmic  and  EKG
monitoring.   A  #6 French JL4, JR4  catheters  were  used  for  selective
coronary angiography and the JL4 catheter  was  used for angiography of the
left internal mammary artery to assess  its  use  in  bypass grafting.  The
pigtail  catheter  was  used  for  left  ventriculography.   There were  no
complications.

FINDINGS
LEFT VENTRICLE: Normal size left ventricle with severe inferior hypokinesis
to akinesis in the mid inferior wall.  The EF if 55 to 60%.

CORONARIES
LMCA:  A large vessel bifurcating to form  the left anterior descending and
the left circumflex artery.

LAD:  Tortous Type 3 vessel with an early  mid 40% stenosis and a late mid
eccentric 70% stenosis to 75% stenosis.   The  first diagonal branch has an
ostial 50 to 60% stenosis.

LCX:  A small, nondominant vessel long  proximal  to  mid  50-60% stenosis.
The first and second marginal branches  are  free  of  significant disease.
The  third  marginal  branch  has  an  ostial  50%  stenosis.   The distal
circumflex artery has a 70 to 80% eccentric stenosis.

RIGHT CORONARY ARTERY:  Large, dominant vessel with a mid 95% stenosis with
thrombus.  The posterior descending  artery  appears  to  be  two posterior
descending arteries. There is a long  60%  stenosis to 70% stenosis in the
second posterior descending artery; the  first  one has an ostial 50 to 60%
stenosis.

LIMA:  Large and suitable for use in bypass grafting.

HEMODYNAMICS:  (see computer pressure flow sheet)

IMPRESSION
1.     Critical disease in the right coronary artery with severe disease in both

DedrickA-SSAdmin-    00270

TRANS41901152      05      DEDRICK^ANTHONY

the left anterior descending artery and circumflex artery with normal overall systolic function.

DISCUSSION: Mr. Dedrick has multivessel coronary artery disease outlined above. I believe at this point in time, he would be best served by bypass grafting, especially with his known diabetes. We could consider percutaneous revascularization but we need to intervene on the mid right coronary artery, the posterior descending artery, the late mid LAD, passing a very tortuous proximal section, two vessels in the circumflex artery in two spots of the marginal branch requiring multiple stents to be placed and as significant restenosis risk and he is diabetic. If he refuses bypass surgery could consider multivessel intervention staging and doing the right coronary artery first then bringing the patient back for the LAD and circumflex artery intervention.


Signed
Mark Koenig, M.D. 01/17/2003 11:23

Mark Koenig, M.D.
Attending Cardiologist

MK/mrg
D: 01/10/2003
JOB#: 000000989 DOC#: 986937
cc:    Mark Koenig, M.D.
       John A. McPherson, M.D.

DedrickA-SSAdmin-    00271

TRANS41901152      OP

## SAINT THOMAS HOSPITAL
## NASHVILLE, TENNESSEE

### REPORT OF OPERATION

PATIENT: Dedrick, Anthony          DATE: 01/13/2003

MR#: 667045                        SURGEON: William H. Coltharp, M.D.

CASE #: 00041901152                ASSISTANT:

ROOM: SUR SURG8O                   PA/RN:

                                   CVS ASSIST: Todd Shuman, M.D.

PREOP DIAGNOSIS:          Coronary artery disease – critical stenosis of
                          the right coronary artery, critical stenosis of
                          the left anterior descending coronary artery
                          with involvement of the diagonal branch of the
                          left anterior descending coronary artery;
                          critical stenosis of the circumflex coronary
                          artery; acute inferior myocardial infarction.

POSTOP DIAGNOSIS:         Same.
OPERATION:                Coronary artery bypass grafting – left internal
                          mammary artery anastomosis to the left anterior
                          descending coronary artery, reverse saphenous
                          vein graft anastomosis to the diagonal branch of
                          the left anterior descending coronary artery,
                          reverse saphenous vein graft to the obtuse
                          marginal branch of the circumflex coronary
                          artery; reverse saphenous vein graft to the
                          posterior descending branch of the right
                          coronary artery (total of four distal
                          anastomoses).  Cardiopulmonary bypass,
                          internal/external myocardial cooling; antegrade
                          cardioplegia.

A:   (GENERAL DESCRIPTION OF PROCEDURE):

The patient was taken to the operating room and placed in the supine
position.  A Swan-Ganz catheter and arterial line were placed.  After
induction of general endotracheal anesthesia, the patient was prepped and
draped in standard fashion.  During this time, conduit necessary for bypass
grafting was harvested.  The conduit incisions were then closed in layers
in standard fashion.  Chest was opened via median sternotomy.  Following
confirmation of adequate heparinization by systemic ACT, the pericardium
was opened and the heart was suspended in the pericardial cradle.
Ascending aortic and right atrial cannulation were carried out.
Cardiopulmonary bypass was initiated at a flow of 2.2 liters per minute per
meter squared.  A left ventricular vent and cardioplegic cannula were
placed.  The aortic crossclamp was applied and cold blood cardioplegia, as
well as topical cooling employed to achieve myocardial arrest.  Doses of
cardioplegia and topical cooling were readministered at intervals
throughout the remainder of the case.  The patient was systemically cooled.
Attention was turned towards the distal coronary anastomoses.  Each
anastomosis was constructed using running Prolene.  Following completion of
the distal anastomoses, the crossclamp was removed.  The proximal
anastomoses were constructed using running Prolene.  Following completion

TRANS41901152      OP      DEDRICK^ANTHONY

of the proximal anastomoses, the grafts were de-aired and all clamps
removed, re-establishing full antegrade flow. Rewarming was completed.
Atrial and ventricular pacing wires were placed and the patient was weaned
from cardiopulmonary bypass. The heart was decannulated and Protamine
administered. Hemostasis was achieved. The mediastinum was copiously
irrigated with antibiotic solution. Chest tubes were placed and the
pericardium was loosely reapproximated anteriorly. The sternum was
reapproximated with stainless steel wires and the remainder of the incision
was closed in layers in the standard fashion. Sterile dressing was
applied. The patient was returned to the Intensive Care Unit in stable
condition. Sponge and instrument counts were correct at the conclusion of
the case.

B:      OPERATIVE SPECIFICS

1)      Ascending aortic atherosclerosis:  Minimal.

2)      Conduit harvested:  Left internal mammary artery, right greater
saphenous vein from the ankle to the mid thigh.

3)      Ventricular vent site:  Right superior pulmonary vein.

4)      Cardioplegia technique:  Antegrade.

5)      CBP time:  Approximately 1 hour and 30 minutes.

6)      Crossclamp time:  53 minutes.

7)      Distal Anastomoses:
        (Target, Target Size/Disease, Type, Conduit, Conduit Quality)

        1.      Posterior descending branch of the right coronary artery, 1.5
mm with moderate disease, end-to-side, reverse saphenous vein graft, good
caliber and quality.
        2.      Obtuse marginal branch of the circumflex coronary artery, 1.5
mm with moderate disease and heavy disease present proximal to the
anastomosis, end-to-side, reverse saphenous vein graft, good caliber and
quality.
        3.      Diagonal branch of the left anterior descending coronary
artery, 1.5 mm with moderate disease, end-to-side, reverse saphenous vein
graft, good caliber and quality.
        4.      Left anterior descending coronary artery, 1.5 mm with moderate
disease, end-to-side, left internal mammary artery, somewhat small caliber
but overall good quality.

8)      Proximal Anastomoses:
        (Graft, Type, Site)

        1.      Reverse saphenous vein graft to the diagonal, end-to-side,
aortic direct.
        2.      Reverse saphenous vein graft to the posterior descending,
end-to-side, aortic direct.
        3.      Reverse saphenous vein graft to the obtuse marginal,
end-to-side, aortic direct.

9)      Inotropic requirement at conclusion:    None.

10)     Chest tube site:    One pericardial, one mediastinal.

11)     Complications:    None.

TRANS41901152     OP     DEDRICK^ANTHONY

12)    Comments (includes proximal anastomoses technique):    Three
proximal anastomoses were done with partial occlusion clamp in place.

The patient's distal vessels all had moderate disease.  The posterior
descending was the largest vessel on the posterior wall.  The
posterolateral ventricular branch was a small vessel and not amenable to
bypass grafting.  The posterior descending was approximately 1.5 mm in
size.  The obtuse marginal became intramyocardial and it was done as it
entered the myocardial portion.  The proximal part of this anastomosis was
through a heavy plaque but the plaque extended onto the distal vessel,
which was adequate and free of disease.  The left anterior descending had
plaquing throughout its entire course but a soft area was chosen in the
mammary graft done at this level.  The patient tolerated the operation
well.

Signed
Todd Shuman, M.D. 01/17/2003 07:13

_____
William H. Coltharp, M.D.

Dictated By:  Todd Shuman, MD

TS/aks
D: 01/13/200312:54 P T: 01/13/2003  1:34 P
JOB#: 000001991    DOC#: 987783

cc:    William H. Coltharp, M.D.
       John A. McPherson, M.D.
       Todd Shuman, M.D.

DedrickA-SSAdmin-    00274

RAD41901152 DI

### S A I N T   T H O M A S   H O S P I T A L
MEDICAL IMAGING
4220 Harding Road
Nashville, TN  37205
615-222-6768

```
DEDRICK, ANTHONY              ADM#: 41901152  MR#:        667045
08/16/1955     M                               Room #:    2C  265P
Order #: 00008                        Date of Service:  01/09/2003
```

X/R CHEST AP 1V

Verified

ANTHONY DEDRICK

PORTABLE CHEST X-RAY 1/9/03

COMPARISON:  None.

INDICATION:  Chest pain.

DESCRIPTION:  There is borderline cardiomegaly.  There is central
pulmonary vascular congestion and indistinctness of the perihilar
vessels, suggestive for the presence of mild interstitial edema.
There are prominent left basilar interstitial markings and a
superimposed infiltrate cannot be excluded.

IMPRESSION:
1.   Borderline cardiomegaly with mild perihilar interstitial edema.
2.   Prominent left basilar interstitial markings which may represent
a focal infiltrate.  Followup should be helpful for clarification.

ng/HEMALATHA GOKHALE, M.D.

_____

```
Dictated By:  HEMALATHA GOKHALE, M.D. on  1/09/2003    8:17
Transcribed By: NG on 01/09/2003 09:34
Verified By:  HEMALATHA GOKHALE, M.D. on  1/09/2003  22:34
Page 1 of 1       RESULT ID / ADDENDUM:    1246498 / 0
```
**** end of result ****

DedrickA-SSAdmin-    00275

RAD41901152 DI

S A I N T   T H O M A S   H O S P I T A L
MEDICAL IMAGING
4220 Harding Road
Nashville, TN  37205
615-222-6768

---

| | | |
|---|---|---|
| DEDRICK, ANTHONY | ADM#: 41901152   MR#: | 667045 |
| 08/16/1955      M | Room #: | DISC |
| Order #: 00052 | Date of Service: | 01/14/2003 |

---

X/R CHEST AP 1V

Verified

ANTHONY DEDRICK

PORTABLE CHEST — JANUARY 14, 2003, 1758 HOURS:

HISTORY:  Inferior MI, chest tube removal.

COMPARISON:  01/09/03.

FINDINGS:  Relatively improved aeration of the upper lung zones
relative to previous.  There is opacity at the right base suggestive
of atelectasis.  There likely is mild atelectasis at the left base
as well.  Relatively poor inspiratory effort.  Right subclavian
catheter tip overlies the SVC.  Sternotomy wires are present.
Follow up films are recommended.

IMPRESSION:  There has been slight interval improvement of the upper
lung zones.  There now is a more prominent opacity at the right base
most suggestive of atelectasis.  Continued follow up films are
recommended until resolution.

ams/PHILIP MCGUIRE, M.D.

---

Dictated By:  PHILIP MCGUIRE, M.D. on  1/14/2003   19:35
Transcribed By: AS on 01/14/2003 20:57
Verified By:  PHILIP MCGUIRE, M.D. on  1/17/2003   18:40
Page 1 of 1      RESULT ID / ADDENDUM:   1249867 / 0
**** end of result ****

DedrickA-SSAdmin-    00276

ANTHONY DEDRICK 01/09/03                                    Page 1 of 2



## SAINT THOMAS
## HEALTH SERVICES

4220 Harding Road
Nashville, TN 37205

*Echo Report*

Ordering Physician: McPherson, Dr. John

| | |
|---|---|
| **Name:** DEDRICK, ANTHONY | **Study Date:** 01/09/2003 10:24 AM |
| **MRN:** 667045 | **Patient Location:** 265 |
| **DOB:** 08/16/1955 | **Gender:** Male |
| **Age:** 47 yrs | **Height:** 71 in   **Weight:** 210 lb   **BSA:** 2.1 meters$^2$ |

**Reason For Study:** EVALUATE LV FUNCTION
**History:** Patient admitted with anterior MI; H/O MI, HTN, smoking; DM, hepatitis, RHEUMATIC FEVER; for cardiac cath tomorrow

### Interpretation Summary
A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode, Doppler and color flow Doppler). Ejection fraction is estimated at 35-40 %.

### Left Ventricle
The left ventricle is borderline dilated. There is borderline concentric left ventricular hypertrophy. Ejection fraction is estimated at 35-40 %. There is inferior wall akinesis. There is moderate posterior wall hypokinesis.

### Right Ventricle
The right ventricle is normal in size and function.

### Atria
The left atrium is mildly dilated. Right atrial size is normal. There is no Doppler evidence for an atrial septal defect.

### Mitral Valve
The mitral valve leaflets appear thickened, but open well. There is mild to moderate mitral regurgitation.

### Tricuspid Valve
The tricuspid valve is normal in structure and function. There is trace tricuspid regurgitation. Doppler findings do not suggest pulmonary hypertension.

### Aortic Valve
The aortic valve opens well. The aortic valve is trileaflet. No hemodynamically significant valvular aortic stenosis. No aortic regurgitation is present.

### Pulmonic Valve
The pulmonic valve is not well visualized. Mild to moderate pulmonic valvular regurgitation.

### Great Vessels
The aortic root is normal size.

DedrickA-SSAdmin-    00277

ANTHONY DEDRICK 01/09/03                                      Page 2 of 2

**Pericardium/Pleural**
No pericardial effusion.

**IVC**
The Inferior Vena Cava is normal and collapses easily with quiet respiration.

**Rhythm**
Normal sinus rhythm.

**MMode/2D Measurements & Calculations**

| | | | |
|---|---|---|---|
| IVSd: 1.0 cm | LVIDd: 5.6 cm | FS: 34 % | Ao root diam: 3.5 cm |
| | LVIDs: 3.7 cm | | ACS: 2.2 cm |
| | LVPWd: 1.1 cm | | LA dimension: 4.1 cm |

**Time Measurements**
MM HR: 71 BPM

**Doppler Measurements & Calculations**

| | | |
|---|---|---|
| PA V2 max: 94 cm/sec | PI max vel: 123 cm/sec | TR max vel: 213 cm/sec |
| PA max PG: 3.5 mmHg | PI max PG: 6.1 mmHg | TR max PG: 18 mmHg |
| PA V2 mean: 72 cm/sec | | |
| PA mean PG: 2.2 mmHg | | |
| PA V2 VTI: 17 cm | | |

---

**Electronically Signed By:**

Dr. Evans Kemp  on 01/09/2003 01:54 PM

Performed By: French, Judy, R.N.

DedrickA-SSAdmin-      00278

DEDRICK, ANTHONY
16-AUG-1955 (47 yr)
Male      Caucasian
Room: 268
Loc:

ID:000867046



SAINT THOMAS HOSPITAL-INPAT     ROUTINE RECORD

09-JAN-2003  08:36:55

| | | |
|---|---|---|
| Vent. rate | 73 | BPM |
| PR interval | 142 | ms |
| QRS duration | 102 | ms |
| QT/QTc | 362/399 | ms |
| P-R-T axes | 31  -11 | 55 |

Normal sinus rhythm
Inferior infarct , possibly acute
*** *** *** *** * ACUTE MI ** ** **
Abnormal ECG

Technician: SHERRYL MINNIS
Test ind: TIMRD

Referred by: MCPHERSON JOHN I         Confirmed By: EVANS KEMP JR, M.D.

FORM APPROVED
OMB NO. 0960-0431

## PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

CLAIMANT: _ANThONY DEDRICK_

NUMBERHOLDER (IF CDB CLAIM): _____

SOCIAL SECURITY NUMBER: _413 - 98 - 0144_

PRIMARY DIAGNOSIS: _Coronary artery disease / MI_

SECONDARY DIAGNOSIS: _diabetes mellitus_

OTHER ALLEGED IMPAIRMENTS: _heavy, HTN, knee, back_

RFC ASSESSMENT IS FOR:

☒ Current Evaluation

☐ Date Last Insured: _____ (Date)

☐ Date 12 Months After Onset: _____ (Date)

☐ Other (Specify): _____

**PRIVACY ACT/PAPERWORK ACT NOTICE:** The information requested on this form is authorized by Section 223 and Section 1633 of the Social Security Act. The information provided will be used in making a decision of this claim. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with Federal laws requiring the exchange of information between Social Security and other agencies.

**PAPERWORK REDUCTION ACT:** This information collection meets the clearance requirements of 44 U.S.C. §3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 20 minutes to read the instructions, gather the necessary facts, and answer the questions.

## I. LIMITATIONS:

For Each Section A - F

➤ Base your conclusions on all evidence in file (clinical and laboratory findings; symptoms; observations, lay evidence; reports of daily activities; etc.)

➤ Check the blocks which reflect your reasoned judgement.

➤ Describe how the evidence substantiates your conclusions. (Cite specific clinical and laboratory findings, observations, lay evidence, etc.)

➤ Ensure that you have requested:
- Appropriate treating and examining source statements regarding the individual's capacities. (DI 22505.00ff. and DI 22510.00ff.) and that you have given appropriate weight to treating source conclusions. (See Section III.)

- Considered and responded to any alleged limitations imposed by symptoms (pain, fatigue, etc.) attributable, in your judgement, to a medically determinable impairment. Discuss your assessment of symptom-related limitations in the explanation for your conclusions in A - F below. (See also Section II.)

- Responded to all allegations of physical limitations or factors which can cause physical limitations.

➤ Frequently means occurring one-third to two-thirds of an 8-hour workday (cumulative, not continuous). Occasionally means occurring from very little up to one-third of an 8-hour workday (cumulative, not continuous).

Exhibit # _10 F_

No. _1_ of _9_

BK (1-1989) EF (03-2002) 734-U8 Use prior editions)

Page 1

☐ Continued on Page 2

DedrickA-SSAdmin-   00280

6. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

No evidence for severe peripheral neuropathy. Ct's DM is [illegible]; pain [illegible] re: neuropathy
pain ⊖ exam not persuasive for elevation of severity.

no documentation for a hearing loss or problem.

BP controlled.

Ct c̄ acute MI 1/03. Underwent 4 vessel CABG c̄ LIMA→LAD,
SVG – PDA, SVG – OM, SVG – OI.
EF on cath 55-60%.
No CHF or 4.00 E [illegible] in f/u.

Severe CAD, SOL.

B. POSTURAL LIMITATIONS

☒ None established. (Proceed to section C.)

| | Frequently | Occasionally | Never |
|---|---|---|---|
| 1. Climbing - ramp/stairs<br>- ladder/rope/scaffolds | ☐ | ☐ | ☐ |
| 2. Balancing | ☐ | ☐ | ☐ |
| 3. Stooping | ☐ | ☐ | ☐ |
| 4. Kneeling | ☐ | ☐ | ☐ |
| 5. Crouching | ☐ | ☐ | ☐ |
| 6. Crawling | ☐ | ☐ | ☐ |

7. When less than two-thirds of the time for frequently or less than one-third for occasionally, fully describe and explain. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.

Ct c̄ c/o (L) knee pain, back pain.
12/02 - R + L knee XR WNL
CSXR - osteophytes; mild SS on MRI.
MRI (L) knee - grade II signal D/ 5 [illegible]. Mild DJD

At CE ct c̄ sl (L) limp c̄ FROM (L) knee s̄ swelling. FROM LS c̄ ⊖ SLR.
FROM neck. C/o pain c̄ elev. (L) shoulder (2/02 XR (L) shoulder WNL)
but ROM 160-70°.

See p 8

E. COMMUNICATIVE LIMITATIONS

☒ None established. (Proceed to section F.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Hearing ⟶ | ☐ | ☐ |
| 2. Speaking ⟶ | ☐ | ☐ |

3. Describe how the faculties checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in items 1 and 2. Cite the specific facts upon which your conclusions are based.

F. ENVIRONMENTAL LIMITATIONS

☒ None established. (Proceed to section II.)

|  | UNLIMITED | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| 1. Extreme cold ⟶ | ☐ | ☐ | ☐ | ☐ |
| 2. Extreme heat ⟶ | ☐ | ☐ | ☐ | ☐ |
| 3. Wetness ⟶ | ☐ | ☐ | ☐ | ☐ |
| 4. Humidity ⟶ | ☐ | ☐ | ☐ | ☐ |
| 5. Noise ⟶ | ☐ | ☐ | ☐ | ☐ |
| 6. Vibration ⟶ | ☐ | ☐ | ☐ | ☐ |
| 7. Fumes, odors, dusts, gases, poor ventilation, etc. ⟶ | ☐ | ☐ | ☐ | ☐ |
| 8. Hazards (machinery, heights, etc.) ⟶ | ☐ | ☐ | ☐ | ☐ |

9. Describe how these environmental factors impair activities and identify hazards to be avoided. Also, explain how and why the evidence supports your conclusions in items 1 through 8. Cite the specific facts upon which your conclusions are based.

DedrickA-SSAdmin-   00282

III. TREATING OR EXAMINING SOURCE STATEMENT(S)

A. Is a treating or examining source statement(s) regarding the claimant's physical capacities in file?

☒ Yes

☐ No (Includes situations in which there was no source or when the source(s) did not provide a statement regarding the claimant's physical capacities.)

B. If yes, are there treating/examining source conclusions about the claimant's limitations or restrictions which are significantly different from your findings?

☒ Yes

☐ No

C. If yes, explain why those conclusions are not supported by the evidence in file. (Cite the source's name and the statement date.)

See ____ p. 8. _____ re: _____ also applies to MA. (_____ that ce MD did not have access to XR, MRI reports).

DedrickA-SSAdmin-    00283



**CORE Physicians**
COLUMBIA REGIONAL MEDICAL CENTER, LLC

INTERNAL MEDICINE

William A. Robinson II, M.D.

Darrel R. Rinehart, M.D.

John O. Simmons, M.D., M.P.H.

Gaylon L. Harris, M.D.

Shawn L. Reed, M.D.

Anuradha P. Mann, M.D.

Gibran B. Naddy, M.D.

INTERNAL MEDICINE
AND RHEUMATOLOGY

__ Rodriguez, M.D.

FAMILY PRACTICE

R. Reams Powers, Jr., M.D.

John O. Williams, Jr., M.D.
    Emeritus

UROLOGY

James H. Marshall, M.D.

RADIOLOGY

Norman E. Jones, M.D.

ADMINISTRATOR

    Neely

May 16, 2003

Michael Goodson
Consultative Examination Unit
Disability Determination Section
P.O. Box 775
Nashville, TN 37202

RE:  DEDRICK, Anthony
SS#  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

Dear Mr. Goodson:

Thank you for allowing me to see Anthony Dedrick in consultation.
The following is a report of exam on 05/16/03.

CHIEF COMPLAINT:  Mr. Dedrick is a 47-year-old white male, who gives a history of some arthritis which he states affects his upper back, neck area, shoulders as well as his knees.  Apparently, he has had some x-rays and was told that it is more so in his left shoulder as well as his left knee.  The areas in particular seem to bother him more.  He claims limited use with that left arm as a result of the arthritis in that shoulder.  Also with his knee he is somewhat limited in his ability to stand and walk.  He also cannot squat well.  He states he can squat but sometimes cannot get up.  In the morning time he does a little bit better.  About 10 years ago he was seen by Dr. McCombs and had his C-spine evaluate and was told that he had three disk that were bulging and recommended surgery, however declined.  More recently he has been followed by Dr. Herrera his primary care physician who ordered a series of x-rays as well as a MRI which apparently showed mostly arthritis in the left shoulder and left knee.

He has also been a diabetic since 1999.  Currently, he states his sugars are doing really well averaging around 160.  He has no known complications including eyes, kidneys or a peripheral neuropathy.  He also notes at the beginning of January of this year that he had the onset of chest pain and suffered an acute MI while at home.  He

Exhibit # 5
Nn. 1 of 3

DedrickA-SSAdmin-    00284

DEDRICK, Anthony
Page 2

was eventually transferred to ST Thomas Hospital where arteriography revealed four vessel disease. Dr. Coltharp performed a four vessel CABG and he has done well postoperatively. He now has chest wall discomfort but no evidence of any angina. He states his heart is doing well.

He also has hypertension and hyperlipidemia for which he takes medication and he states that his cholesterol is now down where it needs to be.

He has also had some allergies but states that are doing well.

PAST MEDICAL HISTORY: No known allergies and currently on Flonase two sprays prn. Singulair 10 mg daily, Plavix 75 mg daily, Diltiazem 60 mg daily, Aspirin 81 mg daily, Glyburide 5 mg po b.i.d, Metformin/Glucophage 1 gram twice a day, Bextra 20 mg po b.i.d, Neurontin 600 mg two at bedtime, Altocor 60 mg daily, Lortab 7.5 as directed. Flexeril 5 mg po t.i.d, Viagra 100 mg as directed. He has had an appendectomy plus a cyst removed. He has had a four vessel heart bypass surgery. In 1963 he had a toe reattached. In 1996 he had tubes placed apparently in both ears.

REVIEW OF SYSTEMS: GENERAL: Really complains mostly of his joints. EYE: No blurred vision, double vision. ENT: No earaches, sore throat, runny nose. NECK: No neck pain. LUNGS: No cough, congestion, shortness of breath. COR: No chest pain, palpitations, or tachycardia. ABD: No abdominal pain, nausea, vomiting. GU: No urination complaints. MUSC: As outlined above. NEURO: No history of strokes, seizures, focal weakness, or paraesthesias.

SOCIAL HISTORY: He has his GED and went through two years of college. Currently, unemployed and worked as a heavy equipment operator. He is divorced and drinks about 6 beers a week and smokes 10 cigarettes a day. He has no children.

FAMILY HISTORY: Father died with cancer and heart disease and mother is alive. There are two full brothers and two half brothers living. There are twelve half sisters living and one half sister is deceased. There is a tremendous amount of heart disease and diabetes in his family.

PHYSICAL EXAMINATION: Well developed, well nourished white male alert and oriented times three with a B/P 142/84, Pulse 80, Respirations of 12, Temp. 98.6 F., Weight of 218 lbs. and Height of 5'11". HEENT: Pupils equal and round, vision in the right eye uncorrected 20/20, left 20/20. TM's clear. Throat clear. NECK: Carotids 2+ without bruits. LUNGS: Completely clear to auscultation and percussion. COR: Regular rate and rhythm without

DEDRICK, Anthony
Page 3

murmurs, rubs or gallops. The midline sternotomy scar is well
healed. There is just a little bit of tenderness to palpation of
the anterior chest wall. Pulses were 2+ and symmetrical. ABD:
Abdomen is soft, nontender, no hepatosplenomegaly. BACK/EXT:
Range of motion in joints of hands, wrists, elbows, and neck was
normal. Range of motion in feet, ankles, knees, hips and back was
completely normal. There was no swelling, erythema or warmth to
touch of any of his joints. No muscle atrophy or fasciculations
were noted. In particular on passive range of motion of his left
knee this was totally normal and there was no swelling of that
joint and just minimal crepitus was noted. With respect to his
right shoulder he had normal range of motion although he complained
of pain. With respect to his left shoulder he had forward
elevation to about 160-70 degrees and complained of pain.
Otherwise, range of motion in that shoulder was normal. He got up
and down from the table reasonably well. He limped slightly
favoring his left knee. He was able to balance on either foot
without difficulty. Straight leg reflexes were negative
bilaterally. He was able to heel walk, toe walk and heel to toe
walk. He was able to bend over and touch his toes. He indicated
he could squat all the way the down but would have to hold on to
something to get back up. NEURO: Cranial nerves are intact.
Reflexes were 2+ and symmetrical. Sensory exam was intact. Muscle
strength testing around 4/5 in all muscle groups.

LABORATORIES: None were obtained.

IMPRESSION-PLAN: At this particular time, Mr. Dedrick complains
mostly of his left shoulder and left knee with those arthritic
changes. It's my feeling with respect to sitting, standing, and
walking these are things he could intermittently at lower levels
maybe 4 hours in an 8-hour workday. With respect to standing or
lifting about 20 lbs. intermittently over that same period of time.

Thank you,

Marcus R. Rimshaft, M.D.
DRR/hdh

DATE __1-13-97__

CHART #: __9105__

## ESMERALDO DIAZ HERRERA, M.D.
### HISTORY

PATIENT NAME: __Anthony Wayne Dedrick__
AGE: __41__   DOB: __8-16-55__   SEX: __MALE__   WEIGHT: __209__

| CHIEF COMPLAINT | Pt. states fell on ice, 3 days ago — c/o pain Entire back - ⊖ States also struck the back of his head. c/o pain posterior head + Neck ⊕ LOC. ⊖ c/o headache x 2 days |
|---|---|
| HX OF PRESENT ILLNESS | c/s above |
| ST MEDICAL HISTORY | 1(L)Collapsed Lung 2° MVA 1992 (L) Rib Fx's 2° MVA 1992 |
| PAST SURGICAL HISTORY | Appendectomy           Laceration forehead 2° MVA Pilonidal Cyst Removed. |
| ALLERGIES | NKDA |
| MEDICATIONS | OTC Allergy Meds |
| FAMILY HISTORY | ⊖Cancer   ⊕Heart Dz. (Mom s/p MI c CABG (Grandmother deceased from MI) ⊕DM (Mom @adm) |
| SOCIAL HISTORY | SMOKE: ✓ YES ___ NO 1½ PACKS/DAY 25 YEARS......ALCOHOL: YES......DRUGS: No |
| REVIEW OF SYSTEMS | |
| - HENT | |
| - CARDIOPULMONARY | |
| - GASTROINTESTINAL | |
| - GENITO-URINARY | |
| - NEUROLOGICAL | |
| - IMMUNIZATIONS | MEASLES: ✓ MUMPS: ✓ RUBELLA: ✓ DPT: ✓ |
| PPD SKIN TEST YES ✓ NO ___ COMMENTS: ⊖ | |
| REPRODUCTIVE HISTORY | LAST MENSTRUAL PERIOD: ___ G ___ P ___ |
| COMMENTS: | |

Name: Anthony W. Dedrick

Age: 41

Date: 1-13-97

**PAGE 2**
**PHYSICAL EXAMINATION**

Allergies: NKDA

| VITAL SIGNS | BP: 130/94 | PULSE: 84 | RESP: 20 | TEMP: 96.7 |
|---|---|---|---|---|

**HEENT** — WNL: ✓ YES ___ NO  (NL FINDINGS: PERLA, EONI, ANICTERIC, PINK CONJUNCTIVA)

*skin rounded fold mid forehead*

**NECK** — WNL: ___ YES ___ NO  (NL FINDINGS: (-) JVD, (-) BRUITS, (-) MASS)

**LYMPH NODES** — WNL: ✓ YES ___ NO  (NL FINDINGS: (-) CERVICAL, (-) SUPRACLAVICULAR, (-) AXILLARY, (-) INGUINAL LNS)

**CHEST** — WNL: ✓ YES ___ NO  (NL FINDINGS: SYMMETRICAL ON EXPANSION)

**HEART** — WNL: ✓ YES ___ NO  (NL FINDINGS: S1 S2 (-2) MURMUR, (-) GALLOPS, (-) RUBS)

**LUNGS** — WNL: ✓ YES ___ NO  (NL FINDINGS: CTA (-) RALES, (-) WHEESES, (-) BRONCHI)

**ABDOMEN** — WNL: ✓ YES ___ NO  (NL FINDINGS: (+) BOWEL SOUNDS, SOFT, NONTENDER, (-) ESM, (-) ASCITIS)

*Probed abdominal pain sine method*

**BACK** — WNL: ✓ YES ___ NO  (NL FINDINGS: (-) SCOLIOSIS, (-) KYPHOSIS, (-) LORDOSIS, (-) GOLDFLAM TEST)

**EXTREMITIES** — WNL: ✓ YES ___ NO  (NL FINDINGS: (-) EDEMA, (-) CYANOSIS, (-) CLUBBING)

**NEURO** — WNL: ✓ YES ___ NO  (NL FINDINGS: NO SENSORY/MOTOR DYSFUNCTION, (-) BABINSKI)

**RECTAL** — WNL: ___ YES ___ NO  (NL FINDINGS: (-) GUAIAC, PROSTATE NOT ENLARGED)

**BREAST** — WNL: ___ YES ___ NO  (NL FINDINGS: (-) MASS, (-) SKIN DIMPLING, (-) NIPPLE DISCHARGE)

**ASSESSMENT**

① Headache        ✓ EKG today
② Chest pain after falling down    alcohol N-veg. TID & 45
    due to apen + ice       motrin 800 mg TID & 45
                Flexiril 10 mg TID & 45
    ✓ heredon 4 mg prn
    vic front        **PLAN**
                Nexium

PROGRESS NOTES

Patient Name _Anthony W. Dedrick_ AGE __41__   Page _3_ ___ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|
| 01-14-97 | BP - 148/92 | c/o ↑'d pain in neck & back States medicine not helping? Relieving pain Unable to sleep last |
| | S on chair O sore ext. cues OTC | |
| | A/P O pain neck + back Lortab 5 mg Tid 7 days #21 PRN use 1 week | prn |
| | | Dennis |
| 1-21-97 | BP - 130/84  S on chair P-80  O sore ext. R-22  cues OTC | F/U on pain in neck & back States feels some better but still has stiffness neck & ↑ back |
| | A/P O pain neck + back - sl better - Lortab 5 mg #30 Rx 2 days - heat pad use | |
| | | Dennis |
| 3-12-97 | BP - 136/82 | c/o still have pain ↑ back & neck Wants Refill on Lortab? States had been taking 2 a day since returning to work |
| | S on chair O frozen ext. cues OTC | |
| | A/P O stiffness + pain back & neck + upper back pain - Lortab 5 mg #30 Rx 2 - Motrin 800 mg Tid #90 Rx 2 | |
| | | Dennis |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.    (OVER)

PROGRESS NOTES

Patient Name _Anthony W Dedrick 141_ _____ Page _4_ / ___ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|
| 03.04.97 | BP-124/82   S ac chm | Continues to c/o pain |
| | P-108        o weez    ξSz | T-Spine ¿ C-Spine |
| | R-18         lungs  CTP | area |
| | AP | Would like to discuss |
| | O Arthritis   Rule Rheuma. arthritis | Seeing a specialist |
| | [illegible] | |
| | motrin 800 q TID | |
| | X-ray showed arthritis neck, LS area | |
| | RF, ANA ¿ ESR ordered ; wee T wut | |
| | [signature] | |
| 03.11.97 | BP-130/88 | F/U on RF, ANA |
| | S ac chm | ¿ SSR |
| | O resor ↓Sz | |
| | lungs   CTP | ESR   4 |
| | AP | RA   (−) |
| | O arthritis | ANA  ↔ |
| | [illegible] | |
| | motrin ... | |
| | [signature] | |
| 03.25.97 | WT-213½ | c/o cough ¿ sm. |
| | BP-132/86   O hour ... sleep | (int. yellow) sputum |
| | TEMP-97⁶    lungs ξSz | growing Sinus drainage |
| | AP   lungs  cra | Sore Throat |
| | O wt | Chest Tightness |
| | biaxin 500 mg BID 7days | ¿ Temp |
| | ... BID 7days | onset 5 days ago |
| | #1 | ¿ ip |
| | [signature] | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.    (OVER)

PROGRESS NOTES

Patient Name __Anthony Dedrick__   AGE __41__   Page __5__   Chart No. __965__

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES: NKDA |
|---|---|---|
| 04-02-97 | BP- 154/100     Erecta<br>P- 120    o wear sysm<br>R- 18      lower area | Continues to c/o pain<br>shoulders, neck &<br>T-Spine. |
| | o/e<br>⊃ Pain neck & upper back<br>MRI Cs ... Cervical ... also T-mine<br>... MRq<br>... } Rx5 | |
| | ... Deneva | |
| 04-03-97 | Made appointment for MRI C-s<br>and T-Spine for April 4 @ 3:00 pm.<br>@ W.M. Center.          Jennifer Jones.<br><br>Made app for May 14th at DR. McCombs<br>office at Clinic 11:30 | |
| 04-29-97 | BP- 148/94     Erecta<br>P- 104    o upm sysm<br>R- 20      lower area | Evaluation of pain<br>C-Spine / T-Spine<br>Follow MRI<br>Write Refill on Meds |
| | o/e<br>⊃ Bulging disc C5-7 + T7 T9<br>after other meds ... } 2. #<br>... } | |
| 5-12-97<br>BP-144/90<br>T- 96 | ⊃ needs physical therapy<br>still in pain in neck & upper back; @ can circ ... to ...<br>o heart sys<br>lower area | |
| | o/e<br>⊃ Bulging disc C5-7 & T7 T9<br>... } 2 = #<br>...  Denna | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.     (OVER)

## PROGRESS NOTES

Patient Name _Anthony Dedick_ AGE _41_     Page _61_   Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|
| 07-11-97 | BP - 106/73   S _illegible_<br>Temp - 96⁶ O _illegible_  S₁S₂<br>_illegible_  CTA | Evaluation of back<br>pain and refill<br>of Meds |

_illegible handwritten clinical notes_

| 8-26-97 | S evaluate LBP & HTN<br>O _illegible_ S₁S₂<br>_illegible_ CTA | |

_illegible handwritten clinical notes_

| 9-24-97 | WT - 214   S _illegible_<br>BP - 140/94 O _illegible_ S₁S₂<br>P - 88   _illegible_ CTA<br>R - 24 | Evaluation of HTN<br>LBP<br>Wants Refill of Meds. |

_illegible handwritten clinical notes_

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.     (OVER)

DedrickA-SSAdmin-    00292

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _42_ Page _7_ / ___ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 10-24-97 | WT - 215    Scram | Evaluation of HTN |
| | BP - 140/80    & wait for | & LBP |
| | P - 100    were not | Wants Refill of Meds. |
| | R - 24    30 | |
| | ① HTN  cropril 20mg 1co & 60  Re 1x | |
| | ② LBP  2-tulerg dui  ca₇  ±T₇ T₉ | |
| | cold Smith  630 | |
| | motim 800mg TID  & 90  } Re # | |
| | ✓③ Flushed wr / Ⓡ deltoid | |
| | ④ atopic dermatitis              derme | |
| | Lidocain cool Reo  60 v±121% | |
| | derme | |
| 11-10-97 | 17 listed 5mg got statin in bad | |
| | Lemscrit N+ ecy BID  160  } Re # | |
| | motim 800mg TID  rice | |
| | Called to Duane's Pharmacy  derme | |
| 12-09-97 | BP-160/98    Scram | Evaluation of HTN |
| | Temp - 975   & wait for | & LBP |
| | P - 100    were not | Wants Refill of Meds. |
| | R - 94    30   want cont regm | Also eval b/c |
| | Ē HTN  Cropril 20mg/160 & 60 R-1x | ① Ear trading feels |
| | ② LBP 2- eulerg dui  ca₇  ±T₇ T₉ | stopped up |
| | Colgil 630 | numbness in Ⓡ arm |
| | Benod rice  815  160 | } R-# | x3 wks |
| | motim 800mg TID  85 = } R-# | |
| | ③ US  left for SW, ear 2 Dep & LP | Hx DM in family |
| | Eval ears TID  8  R-1x | Would like to be |
| | ④ Rus Rosettr | ck'd for Diabetes |
| | hepatic profile  } repeat | |
| | uren sim | |
| | cbc/d | |
| | derme | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

DedrickA-SSAdmin~   00293

PROGRESS NOTES

Patient Name __Anthony Dedrick__ AGE __42__   Page __8/__   Chart No. __965__

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES  NKDA |
|---|---|---|
| 02.09.98 | BP- 146/98   Sep abn | Evaluation of HTN |
| | Temp- 98⁶   Ⓢ throat congest phlegm | + LBP |
| | P-92   post nasal | Wants Refill of Med |
| | R-20   clear CTA | c/o headache x3 days |
| | ♂♀ | last wk + dizziness |
| | Ⓢ H/N   cerumen 20g sr clr R♂♀ | but denies any n/ |
| | Ⓢ LBP s+ bulge/spasm C4C7 + T7 T8 | Also c/o head |
| | nasum drg T8 +92L-× | congestion |
| | denied urg T8 +92L-P | Throat Scratchy |
| | Ⓢ uri | cough c yellow |
| | Indefed Srp 2Tp s 4-7 day | sputum |
| | Keflex 500 mg 2 days + 250 | ? + Temp |
| | | 2½p Omit 2 days ago |
| | | |
| | Temp | |
| | | |
| 03.16.98 | Accupril 20mg #60 Sig: 4. BID RXD | —M Butler |
| | Called To Duren's Pharm. | |
| | | |
| 09.22.99 | WT- 198   S-ep abn | C/o ↑ BP |
| P.O. # 584 | BP- 134/100   Ⓢ throat s-s-s-s | 180/101 5 days ago |
| on lib Ⓐ | Temp- 97⁷   clear CTA | c/o throbbing sensation |
| Wayne Co. | P- 100 | in head √ |
| Sheriff's Office | R- 20   ♂♀ | Also c/o ↑'d Blood |
| 18181 19/9/99  42 | Ⓢ HTN cont 6 am 02 r 20 Rx | Sugar of 356 5 days |
| | Ⓢ hypoglycemia | ago (non fasting) |
| | FBS in AM | c/o Peri urination |
| | | Tingling in legs |
| | | Some numbness in |
| | | toes |
| | | Blood Sugar was cK'd |
| | Temp | @ jail where pt. is |
| | | incarcerated |
| | | Family Hx. of DM |
| | | Pt. has never been |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.  **(OVER)**

cK'd for diabetes

DedrickA-SSAdmin-   00294

3813

**PROGRESS NOTES**

Patient Name _Anthony Dedrick_ AGE _____     Page _9_ / ____ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|

9-23-99  — Avandia 4mg one free 14 tablets
patient to use one in 2 week

                                             Herrera

09.23.99  Avandia 4mg po OD (#14 free tablets)
RTC 1 wk.
                                        RS/dr. K(?)

9-27-99
09-27-99  We spoke with Nurse Sharon @ Wayne Co Sheriff's
office. Carol stated that Anthony did not
receive Avandia samples given to Phil Dedrick
for Anthony on 9/23/99. Dr. Herrera and
Carol both felt in patient's best interest that
Anthony have blood sugar and office visit
tomorrow 9/28/99.
                                        Herrera

#584 - Per Wib @ Sheriff's Office · Given 9/28/99 - W3

09.28.99  Wt 103½      Screen
          BP 124/84   2 hrs Sta
          P 104       was
          R 18
          ◯ Am
          Chewable Rx ◯ 6pm (free 28)
          FBS 215 mg/dl (9-28)
          recheck B.S. & record & nurse will call me
          ◯ Flush face
          nausea
                                        Herrera

urineaye  (—)
Hct  C
st.linagen  4
st  (—)
h  5.0
s0  (—)
g..t..  ◯
tot  8.0
s..t..  ◯
s..se  25.0

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.     (OVER)

DedrickA-SSAdmin-     00295

PROGRESS NOTES

Patient Name Anthony Dedrick AGE 43 Page 10 / ___ Chart No. 965

ALLERGIES NKDA

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) |
| --- | --- |
| 09-29-99 | 3pm Accucheck = 143 per nurse @ Wayne Co. Jail — R Black RN |
| 10/4/99 | Medical Records copied for patient pages 8 9 & 10 & given to brother Phil Dedrick for use by lawyer in court. — [illegible] |
| 7-8-02 | Wt 205; BP - 118/82; P - 94; R = 18 — Evaluation of DM - uses Glyburide 5mg bid, Glucophage 1000mg bid & Cardizem long; HTN; [illegible] |
| | DM: Glyburide 5mg bid #60; Glucophage 1000mg bid #60; 2) HTN: Vasotec 5mg qd #30; Cardizem long qd #30; 3) arthritis [illegible] #30 RVP; CBC; [illegible]; TFT, TSH; lipid, LFT; Arthritis pain in legs, knees - sometimes in shoulders - would like some med for this. Evaluation of HTN. Wants to discuss sexual problems. |
| | RTC ē week |
| | [illegible signature] |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column. (OVER)

PROGRESS NOTES

Pt. Name _Anthony Dedrick_ AGE _46_ _____ Page _11_/____ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 7-24-02 | Wt= 207   Sea dm | Evaluation |
| | BP 138/80   ☺ | CADM |
| | P92   warm | FU lab work |
| | R-24   dry | in chart |

A/P

① ↑ chol   LDL 134 (7-9-02)
used pt. 80 mg po #30 R×0
repeat LFT + lipid one month

② HTN
↑ vasotec 5mg po #30 R=1×
rec ↑ work for BP F/U

| 8-8-02 | BP=132/78   Sea dm | Seven   Evaluation |
| | P-112   ☺ | CAD PM + |
| | R-20   boggy sig | HTN Arthritis |
| | | (cont.) |
| | | failed |
| | 1) DM | Drug Store |
| | ...snd b/l... says he has | No refills |
| | ...po mg   No refills | Clogines |
| | ...b/l... | drainage |
| | 2) HTN | smoking |
| | Cardizem 1comg po #30   still has vasotec |
| | 3) Arthritis | |
| | Vioxx 25mg po #30 | |
| | 3) Sinus allergic rhinitis | |
| | Nasonex nasal spray × 1 | |
| | Zyrtec D   ... & 2P P.85 (Gris) | |
| | rec   9-8-02 | Sims |

DedrickA-SSAdmin-   00297

PROGRESS NOTES

Patient Name _Anthony Dedrick_   AGE _____   Page _12_ / ____   Chart No. ____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|

10/9/00   Glyburide 5mg bid #14
Glucophage 1000mg bid #14
Cardizem 60mg qd #7   ✗ R
Vasotec 5mg qd #7
Vioxx 25mg qd #7
Called to Dewey

_K. mdg (R)_

10-14-02   Wt 199   5 cs after   Eval. og DM
BP 148/84   ○   HTN arthritis
P 96   ○   ○
R 24   unes   ○
T 97.2   Wants
Flu Shot

FLU (R)
VACCINE
Date 10/14/02   1. DM
#U0932AA   Glyburide 5mg bid #60
EXP 6-30-03   Glucophage 1000mg bid #60
2. HTN
Cardizem 60mg qd #30   x1y
Vasotec 5mg qd #30
3. Arthritis
Vioxx 25mg qd #30

free vioxx samples (3)

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

DedrickA~SSAdmin~   00298

PROGRESS NOTES

Name Anthony Dedrick AGE 47 Page 13 / ___ Chart No. 9625

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) ALLERGIES NKDA |
|---|---|
| | S [illegible] for DM & arthritic pain at back |
| | O [illegible] |
| | [illegible] |
| 12-17-02 | AP |
| BP-150/86 | 1) arthritic pain back & lt-knee |
| | c spine |
| | T spine |
| | [illegible] knee |
| | Vioxx 25 mg QD x 30 Rx |
| | 2) DM |
| | glyburide 5 mg BID x 60 |
| | glucophage 1000 mg BID x 60 |
| | 3) HTN |
| | cardizem 60 mg QD x 30 / Rx |
| | vasotec 5 mg QD x 30 |
| | 4) ↑ chol altocor 60 mg QD x 30 Rx |
| | RTC 7 week for BW |
| | [signature] |
| 12-23-02 | BP 130/80 S as above — Evaluation of arthritis |
| | P- 94 O — F/U on x-rays |
| | R- 24 [illegible] — States Vioxx is |
| | [illegible] — not relieving pain |
| | AP |
| | 1) arthritis |
| | a: ↑ pain neck MRI c spine } Mercy |
| | ↑ pain lt knee MRI lt knee |
| | [illegible] [illegible] [illegible] x 30 Rx |
| | RTC 7 week after MRI |
| | [signature] |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column. (OVER)

**PROGRESS NOTES**

Patient Name _Anthony Dedricic_ AGE _____ Page _14_ / ____ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 12-24-02 | MRI's scheduled @ MRH on 12-31-02 @ 10:00. Pt to call back for appoint date and time | |
| | — L Sanders | |
| 12-24-02 | Pt notified of the above appoint by phone | |
| | — L Sanders | |
| 01-09-03 | WT- 209½      5ᵒᵒ chr | Evaluation of Pain |
| | BP- 110/70        0 | (L) Knee & (R) Spine |
| | P- 94         ___ S/E | F/U on MRI Results |
| | R- 18         ___ | Also c/o dry cough |
| | Temp- 97.4        ___ N. | Runny nose |
| | | Sneezing — |
| | 60 | No Temp, NR Sore Throat |
| | Pain @ ___ neck | Orbit 2- Bucks eye |
| | 1- ___ ___ | |
| | 2 Vioxx 25 mg ___ # 30 R/x | |
| | c allergic rhinitis + cP? | |
| | ___ ___ ___ 7 days #7 | |
| | B tain 2 tab ___ ___ 280 — 12x | |
| | Flonase nasal spray # 1 | |
| | Claritin D 12 no ico 12x | |
| | ___ ___ | |

DedrickA-SSAdmin-    00300

PROGRESS NOTES

Name Anthony Dedrick AGE ______ Page 15 / ____ Chart No. 9105

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
| --- | --- | --- |
| 01-24-03 | BP: 108/80 [illegible] | Evaluation |
| Current | P: 66 | of arthritis |
| meds | R: 24 [illegible] | would like |
| | T: 97.0 [illegible] | refill of Lortab |
| 10mg 4 cc[illegible] | [illegible] | Needs a |
| [illegible] 40mg QD | [illegible] surgical | script for orange |
| ASA 81mg QD | [illegible] | machine - heart |
| Glucophage | [illegible] | Dr. wants record |
| 1000 bid | [illegible] | of blood sugars |
| [illegible] 25mg QD | [illegible] | wants med |
| Pioglitazone [illegible] | [illegible] | to help him |
| QD | [illegible] | stop smoking |
| Glipizide 5mg | [illegible] | c/o cough - prod. |
| bid | [illegible] Rx | clear phlegm. |
| | [illegible] | need a suggestion |
| | [illegible] Rx | wants to know |
| | [illegible] | what med to |
| | [illegible] | take for allergies |
| | [illegible] | wants to know |
| | [illegible] | if he should |
| | [illegible] | resume following |
| | [illegible] Rx | meds: |
| | [illegible] | Atorvastatin, |
| | [illegible] | Clarithro 12° bid, |
| | [illegible] | Enalapril, Flonase, |
| | [illegible] | Cyclox |
| | [illegible] | c/o some swelling |
| | [illegible] | in (R) leg - |
| | [illegible] | redness around |
| | | surgical site |
| | | (R) leg - denies |
| | [illegible] | pain |
| | [illegible] | c/o anxiety - |
| | | insomnia |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column. (OVER)

PROGRESS NOTES

Patient Name **Anthony Dedrick** AGE _____ Page 16 / ____ Chart No. 9[_]

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 01-31-03 | WA-199 / B/P 82/60 / P-84  S  [illegible] / R-22 | Evaluation of DM to area of surgical site on (L) foot that hurts demose constantly. To area on chest where drain tube was that hurts. See as [illegible] sheet |

| 02-17-03 | T-367  S  [illegible] / BP-133/84  [illegible] / [temp-90]  [illegible] / P-42 / R-38 / A/P / (.) DM / Glyburide 5mg BID #60 / Glucophage 500mg BID #60 | Evaluation of DM Flu [illegible] ... (R) leg varicose vein ... |

(over)

DedrickA-SSAdmin-   00302

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE __47__ Page _17_ / ___ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES  ⓃKDA |
|---|---|---|

02-17-03 (Cont'd)

(2). HTN
Cardizem (cc)mp ⊕ #30 Ref

(3) Arthritis
Lortab 5mg ⊕ HS PRN #30 Ref

(4) Peripheral Neuropathy
Neurontin 600 mg #3 AM & 3 PM

_____

_____

Emma

---

02/24/03   Vioxx 25mg OD #30 Ref called to Duren's — spoke
to Amanda @ 11:00 ——————— Briggs RN

---

3-14-03
Wt=217
BP=136/88
P=96
R=12

C/o blood
swelling (R)
foot/shin
around
incision site
Needs Rx
Lortab
Hard
like to ↑
Lortab—
drug's not
helping
MVA
states recently
only helping
states
blood sugar
running
from 100-110

1. Osteoarthritis/
   (R) foot pain
   + peripheral neuropathy
   Lortab 7.5mg × 30 Rx
   + Neurontin (cc)mp
   2 tabs TID × 60 Rx

   cc Rx

   Emma

DedrickA-SSAdmin-   00303

PROGRESS NOTES

Patient Name _Anthony Dedrick_____ AGE _____ Page _18_ / ___ Chart No. ___

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|
| 03-24-03 | Vioxx 25mg po QD #30 }Rx'd Zyrtec 10mg} po QD #30 Called to Nixon Pharmacy RB/Jack (P.) | |
| 4-1-03 | Copied chart for Disability. Including clinical notes pg 0-18, Lab (7-10-02 through 12-10-97), + EKG/x-ray (12-31-02 through 1-13-97). Request in Misc. Will be mailed 4-2-03. | |
| 04-11-03 | WT- 212        ↓ in pain<br>BP- 124/80        ○<br>Temp- 96.9        w/ SS.<br>P- 100        w/ CT<br>R- 24<br><br>A/P<br>① Arthritis<br>Lortab 7.5mg @ HS Rx'd #30<br>② Peripheral Neuropathy<br>Neurontin 600mg 2 tabs @ HS #60 }Rx'd<br>③ _____ | Evaluation of Arthritis & Peripheral Neuropathy. Needs Refill of Meds. Also c/o Hay Crisis Worse when goes outside. Is taking Flonase, Zyrtec & Claritin. |

DedrickA-SSAdmin-   00304

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _____ Page _19_ / ____ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 4-11-03 | Appt made arterial doppler @ WMC for 4-16-03 @ 10:45 am. Pt notified of appt in person. DS | |
| 4-14-03 | Glucophage 1000mg #30 Rx called to Duren's JSimmons RN | |
| 04.25.03 | BP- 118/88   5 cs chn R 96 R 20   nor s/s cc   cor | Evaluation of DM HTN Arthritis S/p MI  Allergic Rhinitis Needs Meds Refilled Also for F/U on Arterial Doppler |
| | A/P | |
| | ① DM Glyburide 5mg BID #60 Glucophage 1000mg BID #60 | |
| | ② HTN Cardizem 60mg OD #30 | Rx |
| | ③ Arthritis Vioxx 25mg OD #30 | |
| | ④ S/p MI ASA 81mg OD #30 | |
| | ⑤ Allergic Rhinitis Flonase Nasal Spray #1 | |
| | ⑥ Incidental erosion 6mm ×7 (area 14) | CBT & lipid May 13, 03 |
| | @ med l.o.q  @ leg & ankle (Peripheral arterial disease) Plavix 75mg OD × 30 R 15 | |
| | Duren | |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.   (OVER)

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _47_ Page _20_ / ___ Chart No. ___

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 05.02.03 | BP 112/80    S as chron | c/o after pulling a muscle (R) lateral ribcage area 4 days ago |
| | Temp 97³    O | |
| | P - 92    SIS | Stated ↑'d pain if |
| | R - 20    ans crd | coughs or sneezes |
| | A/P | |
| | muscle strain | |
| | (R) lateral ribcage | |
| | - Flexeril 5mg TID x10 + SCR6 | |
| | - Ultab 7.5mg #6 RRW + 30 Rp | |
| | prn pain | |
| | Verna | |
| 5-7-03 | Copied chart for Disability clinical notes pg 18-20 | |
| | DS | |
| 5-15-03 | BP 132/78    S as chron | Evaluation of T knee Fleson laborare |
| | P 88    O | |
| | R 24    lung SIS | |
| | ans con | |
| | A/P | |
| | Fredericksburg | |
| | for 36 | |
| | action long O2 to enter | |
| | Verna | |
| 05.27.03 | Altoprin 60mg po QD #30 x1 | |
| | Called to Quien Pharmacy | |
| | RDedrick RN | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.     (OVER)

DedrickA-SSAdmin-     00306

PROGRESS NOTES

Patient Name _Anthony Dedrick_   AGE __47__   Page _21_ / ___ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 06-04-03 | Wt - 216    S. as written | Evaluation of Allergic |
| | BP 144/80    O | Rhinitis & Arthritis |
| | P- 96    Heart - RRR s (M) | Needs refill of meds. |
| | R- 24    Lungs - CTA | States Singulair is |
| | HEENT - PERRLA | really helping |
| | pharynx pink | to allergic rhinitis |
| | A/P    Turbinates pink, drainage swollen | |
| | ① Allergic Rhinitis | |
| | Singulair 10mg @HS #30 ?x1 | |
| | ② Arthritis | |
| | Lortab 7.5mg @HS PRN #30 ?x0 | |
| | P. Coleman RN, MSN, FNP student | |
| | | |
| | | Kim |
| 06-09-03 | Neurontin 600mg ÷ tabs @ HS #160 RX0 | |
| | Called to Duren's | |
| | L Sanders | |
| 6-27-03 | Glyburide 5mg bid #14 | |
| | Glucophage 1000mg bid #14 ⟩ ∅ Rx | |
| | Cardizem 60mg daily #7 | |
| | Vioxx 25mg daily #7 | Vicky Leas |
| | Asa 81mg daily #7 | DC'd |
| | Bextra 20mg daily #7 | |
| | Called to Duren's | J Simongia |

DedrickA-SSAdmin-    00307

PROGRESS NOTES

Patient Name _Anthony Dedrick_____ AGE __47__  Page _22_ / ___ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 7-3-03 | Wt: 215    5'5" cm | c̄ evaluation |
| | BP: 132/78    ☐ | DB DM HTN, |
| | P: 22    BSR 5.5R | arthritis, |
| | R: 96R    cR cR | S/P MI |
| | T: | allergic |
| | | rhinitis |
| | | States |
| | 1) DM - Avandamet 2mg/500mg BID #120 | blood sugar |
| | d/c Glyburide 5mg BID #60 | have been |
| | Glucophage 1000mg bid | running about |
| | #60 | 250 |
| | 2) HTN Altace 10mg BID #6 c 2fil | States BP has |
| | d/c Cardizem 180mg qd #30 | been running |
| | 3) Allergic rhinitis | about |
| | Flonase Nasal spray #1 | 188- systolic |
| | 4) S/P MI | around 90-diastolic |
| | ASA 81mg qd #30 | |
| X1 | 5) mild PAD(c) Tingle & Dan̄tle | |
| Rx | Plavix 75mg qd #30 | |
| | 6) ↑chol. | |
| | Altocor 60mg qd #30 | |
| | 7) Neuropathy | |
| | Neurontin 600mg ∂@hs #60 | |
| | 8) Arthritis | |
| | Bextra 20mg qd #30 | |
| | Ø Rx - Lortab 7.5mg @hs prn #30 | |
| | continue ____, invent ____ ____ Thursday | |
| | | _____ |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.    (OVER)

DedrickA-SSAdmin-    00308

PROGRESS NOTES

Patient Name _Anthony Dedrick_____ AGE __47__ Page _23_ / ___ Chart No. ____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 07-10-03 | BP 120/84 | Evaluation of DM |
| | P- 108 | Fill on Reciecheck |
| | R- 24 | Reading |
| | | (c legs tingling) |
| | | when he touches |
| | | them - states feels |
| | | like pins sticking |
| | | in them |
| | | |
| 07-11-03 | One Touch Strips # 100  Blood Sugars 3-0  RX 6 | |
| | Faxed to Duren Pharm.  —— Dr. Butler —— | |
| 07-31-03 | Copied chart for disability | |
| 08-01-03 | Singulair 10mg pr. QHS #30 Rsd | |
| | Called to Duren Pharmacy | |

DedrickA-SSAdmin-   00309

PROGRESS NOTES

Patient Name _Anthony J Dedrick_  AGE __47__  Page __24__ / ____  Chart No. _9___

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|
| 08-05-03 | BP-134/90    S w com | Evaluation of Arthritis |
|  | P- 80 | Needs Refill of Lortab |
| Informed Patient Signed | R. 24 | |
|  | A/P | |
|  | ① Arthritis | |
|  | Lortab 7.5mg @ HS PRN #30 Rxd | |
|  | | |
|  | pt Rtn | |
|  | | |
|  | Une | |
| 09-03-03 | BP 114/80    S w com | Followup on DM, |
|  | P 92 | HTN, Allergic rhinitis, |
|  | R 20 | ↑ Chol, Neuropathy |
|  | T 96° | Arthritis. Requests |
|  | | something to dry up |
|  | | nasal secretions. |
|  | | Needs refills of meds. |
|  | | States Flonase not helps |
|  | ① DM | |
|  | Avandamet 2mg/500mg  2 tabs BID #120 | |
|  | ② HTN | |
|  | Altace 10mg BID #60 | |
|  | ③ Allergic rhinitis | |
|  | Zyrtec ? | |
|  | ④ s/p MI | |
|  | ASA 81mg QD #30 | |
|  | ⑤ + MILD PAD ⓇKnee + Ⓛ ankle | |
|  | Plavix 75mg QD #30 | |
|  | ⑥ ↑ Chol. | |
|  | Altocor 60mg QD #30 | |
|  | ⑦ Neuropathy | |
|  | ~~Neurotin 600mg PO HS #60~~ | |
|  | Neurotin 800mg ? PO TID #90 | |
|  | ⑧ Arthritis | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.    (OVER)

Bextra 20 mg QD #30

Rx ② ∟ Lortab 7.5 mg @ HS PRN # 30       (Cont)

DedrickA-SSAdmin-      00310

PROGRESS NOTES

Name _Anthony Dedrick_____ AGE _47___   Page _25_ / ___ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|

09-03-03 Rx'd @ Allergic rhinitis
(Cont)   Singulair 10mg PO @ HS #30

_illegible_

10-03-03   Wt=208      _illegible_      Evaluation
           BP-104/62     0            On Arthritis
           P=126         _illegible_   Needs
           R=28          _illegible_   refills
           T-97.8                      Clonidine -
_U1144AA_                              ___ patient
**FLU                                  was on only
VACCINE**                             Sleeping almost
Date 10-3-03                          2 hrs too a
                                       night
           1) Arthritis
        Rx Roxia 2mg q @ #30
        Rx Lortab 7.5mg @ hs pm #30

           _illegible_
           _illegible_
           _illegible_ /Rx

           _illegible_

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

PROGRESS NOTES

Patient Name _Anthony Dedrick_  AGE __47__  Page _25 1_  Chart No. _____

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 10-31-03 | BP 140/86    5 w/edema | Eval. of DM HTN |
| | P 96        ○ tender SR | 5/PMI mild PAD(L) |
| | R 20        WS ⊘ b5 | knee (L) ankle Achil |
| | | arth + All. Rhin. Need |
| | 1) HTN | refill of meds. Would |
| | | like to ask about valu |
| | Avandamet 2mg/500mg 1 BID #120 | |
| | 2) HTN | |
| | Altace 10mg BID #60 | |
| | 3) 5/PMI | |
| | Asa 81mg OD #30 | |
| | 4) Mild PAD (L knee (L) ankle | |
| | Plavix 75mg OD #30 | |
| | 5) ↑ chol | |
| | Altocor 60mg OD  (free #28) | |
| | 6) Arthritis | |
| | Lortab 7.5mg @ HS PRN #30   R≠ | |
| | 7) Allergic Rhinitis | |
| | Singulair 10mg @ HS #30 RX 1 | |

Rx 1

DedrickA-SSAdmin-   00312

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _47_ Page _26 1_ Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|

11-12-03    BP - 110/65
            P - 96        *illegible*
            R - 20

                    *illegible*
                    *illegible*

                    *illegible*
                    Ⓞ *illegible*
                    -- controlled
                    - *illegible* 60mg daily
                    - LDL    58  (11-3-04)

                    *illegible*
                                 Dinner

12-3-03     I evaluate for *illegible* + med refill *illegible*
BP- 150/92  Ⓞ *illegible*
P- 92       *illegible*
R- 20       *illegible*
            = *illegible*
            *illegible*  ( *illegible* )
            1. Arthritis
               Lortab 7.5mg @ HS PRN #30 2x0
            2. Anxiety
               Valium 5mg @ HS PRN #20 2x0
            3. Peripheral Neuropathy
               Neurontin 800mg TID #90
            4. Allergic Rhinitis         } 2x1
               Flonase Nasal Spray #1

DedrickA-SSAdmin-    00313

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE ___48___ Page _27_ / ___ Chart No. ___

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 01-07-04 | WT- 215          Stanton | Evaluation ↑ DM |
| | BP 124/86       ∅ | HTN   S/p SMI |
| | P- 96      uns   s/s | Mild PAD (L) Knee |
| | R- 18      uns   cn | ↓ Ankle |
| | | ↑ Chol   Arthritis |
| | | Allergic Rhinitis |
| | A/P | Anxiety |
| | ① DM | Needs refill of meds |
| | Avandamet 2mg/500mg ↑ BID #120 | |
| | ② HTN | |
| | Altace 10mg BID #60 | |
| | ③ S/p MI | 3x1 |
| | ASA 81mg QD #30 | |
| | ④ Mild PAD (L) Knee ↓ Ankle | |
| | Plavix 75mg QD #30 | |
| | ⑤ ↑ Chol  → D/c Altocor | |
| | Zocor 40mg QD #30 | |
| | ⑥ Allergic Rhinitis | |
| | Singulair 10mg QHS #30 | 1x1 |
| | ⑦ Anxiety | |
| | Wellbutrin SR 150mg BID #60 | |
| | ⑧ Valium 5mg QHS PRN #30 | 2x1 |
| | ⑨ Arthritis | |
| | Lortab 7.5mg QHS #30 | |
| | per Virgic   angle gram | |

PROGRESS NOTES

nt Name Anthony Dedrick AGE 48 Page 28 Chart No. 965

ALLERGIES NKDA

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) |
|---|---|
| 1-30-04 | S [illegible] for LSP [illegible] [illegible] |
| | [illegible] [illegible] |
| B/P 150/82 | [illegible] [illegible] |
| T: 97.6 | A/P |
| P: 100 | 1) LSP |
| R: 18 | Lortab 7.5mg [illegible] [illegible] 60 Rx |
| | 2) [illegible] |
| | Percocet [illegible] 500mg [illegible] Rx |
| | 3) [illegible] |
| | Valium 5mg HS #30 } Rx |
| | Wellbutrin XL 300mg HS #30 } Rx |
| | 4) ED |
| | Levitra 20mg [illegible] #30 [illegible] |
| | [illegible] |

Exhibit Received
At Hearing
9F

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column. (OVER)

*Dedrick, Anthony*
*DPage 41*
*Dr. Herrera*

PLEASE CHECK EXAMINATION REQUIRED

| | | GASTROINTESTINAL | URINARY TRACT |
|---|---|---|---|
| SKULL | ☐ CHEST | ☐ GALLBLADDER | ☐ KUB |
| SINUSES | ☐ ABDOMEN | ☐ BARIUM ENEMA | ☐ IVP |
| RIB | ☐ SHOULDER | ☐ UPPER G.I. | ☐ RETROGRADE |
| CERVICAL | ☐ ARM | ☐ ESOPHAGUS STUDY | ☐ CYSTOGRAM |
| DORSAL (THORACIC) | ☐ LEG | CLINICAL HISTORY AND DIAG. | |
| LUMBO SACRAL | ☐ OTHERS (SEE BELOW) | *Fell on ice* | |
| OTHER EXAMINATIONS | | | TOTAL CHARGE |

*1-13-97* — Attending Physician *18332*

REPORT:          PAGE 1 of 2

SKULL SERIES:    The bony calvarium appears intact with no
                 fractures being identified.  Sella turcica and
                 petrous ridges appear normal.  There are
                 demonstrated multiple screws within small
                 metallic strips regional to the facial bones
                 bilaterally.  We have no prior exam for
                 comparison.

OPINION:         Evidence of previous facial surgery.  No
                 acute fractures seen.

CERVICAL SPINE:  Vertebral body heights and disc spaces appear
                 fairly well maintained.  There is again noted
                 prominence of the spinous process of C2, unchanged
                 since previous of 3-20-92.  There is demonstrated
                 a small calcification or ossification regional
                 to the anterior/inferior aspect of the C6 vertebral
                 body possibly representing a small osteophyte or
                 calcification.  This was not present or previous on
                 previous exam.  There is demonstrated slight reversal
                 of the normal lordotic curvature.  Prevertebral soft
                 tissues appear unremarkable.

OPINION:         Prominent spinous process of C2 appearing unchanged
                 since previous exam.  Small osteophyte or calcification
                 regional to the anterior/inferior aspect of C6.
                 Slight straightening of the normal lordotic curvature
                 possibly on the basis of muscle spasm.  No fractures
                 seen.

THORACIC SPINE:  Vertebral body heights and disc spaces appear well
                 maintained.  No fractures are identified.  Small
                 anterior osteophytes are noted.  There is very
                 slight curvature of the thoracic spine with convexity
                 to the right.  Pedicles appear intact.

OPINION:         Very slight scoliosis.  Small osteophytes.  No
                 fractures seen.

continued on page 2      Dr._____
                                                ROENTGENOLOGIST
                                    HUBERT LANGLEY, M.D.    X-RAY REPORT

DedrickA-SSAdmin-   00321

CK, ANTHONY
GE 41
HERRERA

| PLEASE CHECK EXAMINATION REQUIRED | | |
|---|---|---|
| | GASTROINTESTINAL | URINARY TRACT |
| ☐ CHEST | ☐ GALLBLADDER | ☐ KUB |
| ☐ ABDOMEN | ☐ BARIUM ENEMA | ☐ IVP |
| ☐ SHOULDER | ☐ UPPER G.I. | ☐ RETROGRADE |
| ☐ ARM | ☐ ESOPHAGUS STUDY | ☐ CYSTOGRAM |
| ☐ LEG | CLINICAL HISTORY AND DIAG. | |
| ☐ OTHERS (SEE BELOW) | | |

TOTAL CHARGE

18332

Attending Physician

GE 2 of 2

SPINE:      Vertebral body heights and disc spaces appear well
            maintained.  No fractures are identified.  There
            does appear to be some sclerosis possibly regional
            to the apophyseal joint on the right at L5-S1.
            Alignment appears normal and pedicles appear
            intact.  Slight calcification of the abdominal
            aorta is noted.

            Possible apophyseal joint arthritis particularly
            on the right at L5-S1 with sclerosis present in
            this area.  No fractures seen.


                        HUBERT LANGLEY, M.D.
                        t/1-15-97,mp

DedrickA-SSAdmin-      00322

**CERVICAL AND THORACIC SPINE 4-4-97:**

Views of the T spine show minimal spondylosis. Vertebral body heights, disc spaces and pedicles are preserved.

In the cervical spine, there is straightening of the lordosis. There is some spondylosis. There is no acute traumatic change.

GARY JONES, M.D., Radiologist
Dictated:       04/05/97
Transcribed:   04/05/97
GJ/mw

MRI OF CERVICAL AND THORACIC SPINE 4-4-97:

Using a variety of excitation and relaxation parameters and in the sagittal and axial projections, the cervical spine and thoracic spine are evaluated.

In the cervical spine, the study is markedly abnormal at C5-6 where there appears to be discogenic abnormality impressing upon the spinal canal space centrally and slightly to the right. There is a less apparent central bulge at C6-7 much of which may be secondary to spondylosis.

In the thoracic spine, imaging shows impression upon the spinal canal space by central disc at T7- T8 and to a lesser extent T8-T9. No other particular area of abnormality is seen.

IMPRESSION:

The study is abnormal at two locations. There appears to be a disc in the cervical region as described above. There is a second area of abnormality in the mid thoracic spine as described.

*made apt May 7th*
*at 11:30*

*refer to her record*

GARY JONES, M.D., Radiologist
Dictated:      04/05/97
Transcribed:  04/05/97
GJ/mw

DedrickA-SSAdmin-        00326

WAYNE MEDICAL CENTER
103 J. V. MANGUBAT DRIVE
WAYNESBORO, TENN. 38485
(931)-722-5411
DR. J. TERRY PEARSON MD. LAB DIR

12/10/97   13:05

Page 1

Accession #: 046167     Loc: OP
Patient Name: DEDRICK, ANTHONY
Phone(s):   (H)               (W)
Patient DOB:  8/16/55   Sex: MALE
Comments: OP#4948568/OOJ
          REG INS

965

Patient ID:   413580144

Date Drawn:      12/10/97
Time Drawn:        10:23
Date Received:  12/10/97
Time Received:     10:29

| Procedure | Result | Flg | Units | Reference Rng | | Performed | Tech |
|---|---|---|---|---|---|---|---|
| CHEMSCAN | | | | | | | |
| GGT | 48 | | U/L | 0 | : 50 | 12/10/97 | OOJ |
| TOTAL BILLIRUBIN | 0.9 | | mg/dl | 0.2 | : 1.5 | 12/10/97 | OOJ |
| SGPT (ALT) | 22 | | U/L | 0 | : 36 | 12/10/97 | OOJ |
| CHOL | 237 | H | mg/dL | 110 | : 200 | 12/10/97 | OOJ |
| CREAT | 0.7 | | mg/dL | 0.7 | : 1.3 | 12/10/97 | OOJ |
| GLUCOSE | 195 | H | mg/dL | 70 | : 110 | 12/10/97 | OOJ |
| LDH | 104 | | U/L | 104 | : 214 | 12/10/97 | OOJ |
| ALBUMIN | 3.8 | L | G/DL | 3.9 | : 5.0 | 12/10/97 | OOJ |
| PHOS | 3.0 | | mg/dL | 2.5 | : 4.9 | 12/10/97 | OOJ |
| CPK | 65 | | U/L | 25 | : 190 | 12/10/97 | OOJ |
| TPROT | 6.3 | L | g/dL | 6.4 | : 8.3 | 12/10/97 | OOJ |
| SGOT (AST) | 14 | | U/L | 0 | : 41 | 12/10/97 | OOJ |
| BUN | 9 | | MG/DL | 7 | : 18 | 12/10/97 | OOJ |
| URIC ACID | 3.2 | L | mg/dL | 3.5 | : 7.2 | 12/10/97 | OOJ |
| CALCIUM | 8.7 | | mg/dL | 8.7 | : 11.5 | 12/10/97 | OOJ |
| NA | 142 | | mEq/L | 135 | : 150 | 12/10/97 | OOJ |
| K | 4.2 | | mEq/L | 3.5 | : 5.5 | 12/10/97 | OOJ |
| CL | 104 | | mEq/L | 98 | : 115 | 12/10/97 | OOJ |
| CO2 | 23.9 | | Meq/L | 22 | : 33 | 12/10/97 | OOJ |
| ALK PHOS | 74 | | U/L | 34 | : 114 | 12/10/97 | OOJ |
| TRIG | 165 | H | mg/dL | 40 | : 160 | 12/10/97 | OOJ |
| MAG | 1.9 | | mEq/L | 1.5 | : 2.3 | 12/10/97 | OOJ |
| GLOB | 2.50 | | | | | 12/10/97 | OOJ |
| BUN/CREAT RATIO | 12.9 | | RATIO | 12 | : 50 | 12/10/97 | OOJ |
| COMPLETE BLOOD COUNT | | | | | | 12/10/97 | OOJ |
| HGB | 16.2 | | g/dL | 13.5 | : 18 | 12/10/97 | OOJ |
| HCT | 45.5 | | % | 40 | : 54 | 12/10/97 | OOJ |
| WBC | 4.2 | | K/uL | 4.5 | : 11.0 | 12/10/97 | OOJ |
| RBC | 5.43 | | M/uL | 4.3 | : 5.2 | 12/10/97 | OOJ |
| MCV | 84 | | FL | 82 | : 92 | 12/10/97 | OOJ |
| MCH | 33.9 | | PG | 27 | : 31 | 12/10/97 | OOJ |
| MCHC | 35.7 | | g/dL | 32 | : 36 | 12/10/97 | OOJ |
| PLTS | 189 | | K/uL | 130 | : 400 | 12/10/97 | OOJ |
| GRANX | 65.8 | | % | 42.2 | : 75.2 | 12/10/97 | OOJ |
| LYMX | 28.3 | | % | 20.5 | : 51.1 | 12/10/97 | OOJ |
| MIDX | 5.9 | | % | 1.7 | : 9.3 | 12/10/97 | OOJ |

DEDRICK, ANTHONY                    046167                    DR. FL HERRERA M.D.

Date: 12/16/97

Reviewed by:

DedrickA-SSAdmin-    00327

MAURY .EGIONAL HOSPITAL LABORATO, SYSTEM
CENTRAL LAB
1224 Trotwood Ave   Columbia TN  38401
John R Olson,MD - Medical Director

MEDICAL PLAZA LAB
854 James Campbell Blvd
Columbia TN  38401
Joseph C Moore,MD

LEWIS ACC LAB
617 West Main St
Hohenwald TN  38462
Jack T Pearson,MD

LAWRENCEBURG REF LAB
104 N Locust Ave
Lawrenceburg TN  38464
Charles B Bramlett,MD

NAME   DEDRICK,ANTHONY

MREC # 283859
ACCT # 09734400793
SS#    415980144

LOC   SPC, WAYNE
AGE   42Y
PHY   HERRERA,ESMERAL

SEX   M

,¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤ TESTS PERFORMED BY LABCORP, LO
UISVILLE, KY ¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤

12/10/97
  1648  COMPR. HEPATITIS PAN
        HEP A AB-TOTAL
                          NEGATIVE
                          Reported range:
                            Normal: NEGATIVE

        HEP A AB-IGM
                          NEGATIVE
                          Reported range:
                            Normal: NEGATIVE

        HEP B CORE AB-TOTAL
                          NEGATIVE
                          Reported range:
                            Normal: NEGATIVE

        HEP B CORE AB-IGM
                          NEGATIVE
                          Reported range:
                            Normal: NEGATIVE

        HEP B SURFACE AG
                          NEGATIVE
                          Reported range:
                            Normal: NEGATIVE

        HEP B SURFACE AB
                          < 2.0          MIU/ML
                          (NOTE)
        NOTE: ACCORDING TO THE CDC, ANTIBODY LEVELS GREATER THAN
              OR EQUAL TO 10 MIU/ML INDICATE IMMUNITY TO HEPATITIS B.

        HEP C AB-TOTAL
                          NEGATIVE
                          Reported range:

                                            ((RESULTS

CONTINUED ON NEXT PAGE))

ANTHONY DEDRICK
MREC # 283859
ACCT # 09734400793

DAILY EPISODE REPOR
PRINTED  12/14/97   15:0
CONTINUE.

PAGE   1

DedrickA-SSAdmin-      00328

NAME   DEDRICK, AN..ONY
MREC # 283859
ACCT # 09734400793

++++++++++++++++++++++++++++++++++++ TESTS PERFORMED BY LABCORP, LO
UISVILLE, KY ++++++++++++++++++++++++++++++++

COMPR. HEPATITIS PAN                        ((CONTINUED
FROM PREVIOUS PAGE))
                        Normal: NEGATIVE

ANTHONY DEDRICK
MREC # 283859
ACCT # 09734400793                PAGE   2

DAILY EPISODE REP[
PRINTED  12/14/97    15:
END OF REP[

DedrickA-SSAdmin-    00329

WAYNE MEDICAL CENTER
103 S. W. MARGUERT DRIVE
LAYNESBORO, TN, 38485
(931) 722-5411
DR S. TERRY PEARSON MD, LAB DIRECTOR

Patient: Dedrick, Anthony                 Doctor: Esmeraldo Herrera M.D.        Location: 0-
Med. Record #: 20290          Sex: M  Age: 49   DOB: 9/16/1950   REG UNG  Other ID: 4130461aa
Accn #: 603216 Drawn:  9/28/99  6:36 Recv'd: 9/20/99  6:36 Printed:  9/16/99  9:57  FINAL

        Tests ordered: GLUCOSE

        Test          Normal    Abnormal      Units    Reference Range
CHEMISTRY
  GLUCOSE                        216 H    mg/dl          70-110

DedrickA-SSAdmin-      00330

10-JUL-2002    10:29        LabOne, Inc.

**LabOne**   10101 Renner Boulevard
Lenexa, KS 66219

*For Customer Service, call 1-800-646-7788*

Site #: ON-DEMAND     Report: 1/1

LabOne, Inc.
10101 Renner Blvd. Lenexa, Ks. 66219

PATIENT: DEDRIC, ANTHONY              ACCOUNT: 2998
CLIENT PATIENT ID: ?                  REF DR: UNKNOWN
REQ NUMBER: 74449635-16               ATTN: ?
ID OR ROOM NO: UNKNOWN
PAGE  DOB/AGE: Aug 16 1955/46 YEARS
1   SEX: M     FASTING: UNKNOWN  HRS:
DATE/TIME COLL: Jul 08 2002 00:00     CLIENT SERVICES
DATE RECEIVED:  Jul 09 2002 11:56 PM  IN HOUSE ACCOUNT
DATE REPORTED:  Jul 10 2002           10101 RENNER BLVD
DATE RE-SENT:   Jul 10 2002           LENEXA, KS 66219
REPORT STATUS:  FINAL REPORT          MGR CLIENT SERVICES

*** AN ADDITIONAL FAX COPY OF THIS REPORT WAS SENT TO: 19317227265   ***

                        IN RANGE   OUT OF RANGE    REFERENCE  UNITS
RESULT NAME

BLOOD CHEMISTRY
  NO HEMOLYSIS DETECTED
  NO LIPEMIA DETECTED
  NO ICTERUS DETECTED
  SODIUM               140                          136 - 146  MEQ/L
  POTASSIUM            4.2                           3.6 - 5.1  MEQ/L
  CHLORIDE             104                            98 - 109  MEQ/L
  GLUCOSE                         162                 60 - 125  MG/DL
  CALCIUM              9.7                           8.5 - 10.5 MG/DL
  BUN                  12                              6 - 23   MG/DL
  CREATININE           0.7                           0.3 - 1.5  MG/DL
  TOTAL BILIRUBIN      0.5                           0.2 - 1.3  MG/DL
  DIRECT BILIRUBIN     0.2                           0.0 - 0.4  MG/DL
  AST (SGOT)           24                             10 - 45   U/L
  ALT (SGPT)           40                             11 - 45   U/L
  ALKALINE PHOSPHATASE 61                             40 - 115  U/L
  TOTAL PROTEIN        7.3                            6.3 - 7.8  G/DL
  ALBUMIN              4.4                            3.9 - 5.2  G/DL
  TRIGLYCERIDES        133                            10 - 160  MG/DL
  CHOLESTEROL                     212                           MG/DL
                          DESIRABLE CHOLESTEROL      140 - 199  MG/DL
                          BORDERLINE HIGH CHOL       200 - 239  MG/DL
                          HIGH CHOLESTEROL           >= 240     MG/DL
  HDL CHOLESTEROL       51                            27 - 75   MG/DL
  CHOL/HDL RATIO       4.2                             0 - 5
  LDL CHOLESTEROL, CALC        134                     0 - 129  MG/DL
  VLDL, CALCULATED     27                              5 - 35   MG/DL
  LDL/HDL RATIO        2.64                          1.73 - 5.59
  BICARBONATE          24                             21 - 30   MEQ/L

LabOne's test requisitions and test ordering policies have been revised to
reflect the continuing changes in Medicare regulations.  We remind physicians
of Medicare's mandate that only tests which are medically necessary be ordered.
The chemistry profile requested was not a standard disease or organ specific
profile as defined by Physicians Current Procedural Terminology (CPT).  A
standard profile that most closely matches the request has been reported for
this patient.  If there are additional medically necessary tests required,
please call our client service department (1-800-646-7788) and individually

              - REPORT CONTINUED ON NEXT PAGE -

DedrickA-SSAdmin-    00331

10-JUL-2002    10:29        LabOne, Inc.                                    Page    3

**LabOne**   10101 Renner Boulevard
Lenexa, KS 66219          *For Customer Service, call 1-800-646-7788*

Site #: ON-DEMAND      Report: 1/1

LabOne, Inc.
10101 Renner Blvd. Lenexa, Ks.  66219

PATIENT: DEDRIC, ANTHONY                    ACCOUNT: Z998
CLIENT PATIENT ID: ?                        REF DR: UNKNOWN
REQ NUMBER: 74449635-16                     ATTN: ?
ID OR ROOM NO: UNKNOWN
PAGE  DOB/AGE: Aug 16 1955/46 YEARS
 2  SEX: M    FASTING: UNKNOWN  HRS:
     DATE/TIME COLL: Jul 08 2002 00:00      CLIENT SERVICES
     DATE RECEIVED: Jul 09 2002 11:56 PM    IN HOUSE ACCOUNT
     DATE REPORTED: Jul 10 2002             10101 RENNER BLVD
     DATE RE-SENT:  Jul 10 2002             LENEXA, KS 66219
     REPORT STATUS: FINAL REPORT            MGR CLIENT SERVICES

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE  UNITS |
|---|---|---|---|
| order them. | | | |
| A1C HEMOGLOBIN | | 7.0 | 3.0 - 6.0 % |
| THYROID STUDIES | | | 27.8 - 40.7 % |
| T3 UPTAKE | 32.9 | | 4.5 - 12.0 MCG/DL |
| THYROXINE (T4) | 7.4 | | 4.6 - 11.0 |
| FREE THYROXINE INDEX | 7.1 | | 0.4 - 6.0 MCIU/ML |
| THYROID STIM. HORMONE | 0.42 | | |

LabOne's test requisitions and test ordering policies have been revised to
reflect the continuing changes in Medicare regulations.  We remind physicians
of Medicare's mandate that only tests which are medically necessary be ordered.
The thyroid profile requested was not a standard disease or organ specific
profile as defined by Physicians Current Procedural Terminology (CPT).  The
smallest standard profile that most closely matches the request has been
reported for this patient.  If there are additional medically necessary tests
required, please call our client service department (1-800-646-7788) and
individually order them.

| | | | |
|---|---|---|---|
| URINE CHEMISTRY - RANDOM. | | | 5 - 300 MG/DL |
| URN CREATININE | 184 | | 0 - 1.8 MG/DL |
| MICROALBUMIN | | 8.1 | < 20 MG/G |
| MICROALBUMIN/CREAT RATIO | | 49.2 | < 12 MG/DL |
| URN PROTEIN | | 19 | |
| HEMATOLOGY | | | 14 - 18 G/DL |
| GB | 17.0 | | 44 - 54 % |
| HCT | 52.6 | | 4.7 - 6.1 MILLION/MCL |
| RBC | 5.40 | | 83 - 103 FL |
| MCV | 97 | | 26 - 35 PG |
| MCH | 31.4 | | 30 - 37 G/DL |
| MCHC | 32.3 | 15.0 | 11.5 - 14.5 % |
| RDW | | | 4.0 - 11.0 K/MCL |
| WBC | 9.4 | | 42 - 77 % |
| NEUTROPHILS | 68 | | 16 - 43 % |
| LYMPHOCYTES | 18 | | 4 - 12 % |
| MONOCYTES | 12 | | 0 - 8 % |
| EOSINOPHILS | 2 | | |

- REPORT CONTINUED ON NEXT PAGE -

10-JUL-2002     10:29          LabOne, Inc.

**Lab*One***     10101 Renr        )ulevard
                 Lenexa, KS 66219

*For Customer Service, call 1-800-646-7788*

Site #: ON-DEMAND      Report: 1/1

---

LabOne, Inc.
10101 Renner Blvd. Lenexa, Ks.  66219

PATIENT: DEDRIC, ANTHONY                    ACCOUNT: Z998
CLIENT PATIENT ID: ?                        REF DR: UNKNOWN
REQ NUMBER:74449635-16                      ATTN: ?
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Aug 16 1955/46 YEARS
3   SEX: M     FASTING: UNKNOWN  HRS:
    DATE/TIME COLL:  Jul 08 2002 00:00      CLIENT SERVICES
    DATE RECEIVED:   Jul 09 2002 11:56 PM   IN HOUSE ACCOUNT
    DATE REPORTED:   Jul 10 2002            10101 RENNER BLVD
    DATE RE-SENT:    Jul 10 2002            LENEXA, KS 66219
    REPORT STATUS:   FINAL REPORT           MGR CLIENT SERVICES

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 222 | | 130 - 400 | K/MCL |

END OF REPORT FOR DEDRIC, ANTHONY

DedrickA-SSAdmin-    00333

ESMERALDO HERRERA, M.D.
103 J. V. MANGUBAT DRIVE
SUITE C
P.O. BOX 1059
WAYNESBORO, TN. 38485

PATIENT:             ANTHONY DEDRICK
AGE:                 47
PROCEDURE:           ARTERIAL STUDY LOWER EXTREMITIES
SIGNS & SYMPTOMS:    CLAUDICATION LEFT LOWER EXTREMITY
PHYSICIAN:           DR. HERRERA
HOSP. NO.            26290
DATE:                4-21-03

REPORT:        The right and left iliac, common femoral, superficial femoral, profunda
femoral, popliteal and posterior tibial arteries were visualized by real time
imaging and showed mild to moderate plaque in both lower extremities.

Pulsed and color flow doppler showed triphasic wave form to monophasic
wave form in the bilateral tibial arteries with no spectral wave broadening.

The brachial pressure was 120 over 88 bilaterally.   Blood pressure of the
lower extremities were taken as follows:  144 at the right thigh, 120 above
the knee and 142 at the right ankle.  The left thigh measures 134, 110
below the left knee and 112 at the left ankle.

The right ankle brachial index was 1.18 while the left was 0.93.

IMPRESSION:    1.   Mild left popliteal, tibial, arterial occlusive disease without any
hemodynamically significance.
2.   Repeat arterial study in one year for follow-up evaluation.


_____
Esmeraldo Herrera, M.D.
t/4-30-03, as

DedrickA-SSAdmin-    00334

14-MAY-2003    07:13        LabOne, Inc.

 **LabOne**   10101 Renner Boulevard
Lenexa, KS 66219

*For Customer Service, call 1-800-646-7788*

Site #: ON-DEMAND        Report: 1/3

LabOne, Inc.
10101 Renner Blvd. Lenexa, Ks. 66219

PATIENT: DEDRICK, ANTHONY W.          ACCOUNT: Z998
CLIENT PATIENT ID: ?                  REF DR: UNKNOWN
REQ NUMBER:75592954-16                ATTN: ?
ID OR ROOM NO: UNKNOWN
PAGE DOB/AGE: Aug 16 1955/47 YEARS
1 SEX: M    FASTING: UNKNOWN  HRS:
    DATE/TIME COLL: May 13 2003 00:00     CLIENT SERVICES
    DATE RECEIVED:  May 13 2003 11:20 PM  IN HOUSE ACCOUNT
    DATE REPORTED:  May 14 2003           10101 RENNER BLVD
    DATE RE-SENT:   May 14 2003           LENEXA, KS 66219
    REPORT STATUS:  FINAL REPORT          MGR CLIENT SERVICES

***  AN ADDITIONAL FAX COPY OF THIS REPORT WAS SENT TO: 19317227265    ***
                    PATIENT PHONE NUMBER:  9317226902

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| BLOOD CHEMISTRY | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| TOTAL BILIRUBIN | 0.4 | | 0.2 - 1.3 | MG/DL |
| DIRECT BILIRUBIN | 0.1 | | 0.0 - 0.2 | MG/DL |
| AST (SGOT) | 15 | | < 45 | U/L |
| ALT (SGPT) | 27 | | < 45 | U/L |
| ALKALINE PHOSPHATASE | 57 | | 40 - 125 | U/L |
| TOTAL PROTEIN | 6.6 | | 6.3 - 7.8 | G/DL |
| ALBUMIN | 4.6 | | 3.7 - 5.2 | G/DL |
| TRIGLYCERIDES | 143 | | < 150 | MG/DL |
| CHOLESTEROL | 119 | | | MG/DL |
| | | DESIRABLE CHOLESTEROL | < 200 | MG/DL |
| | | BORDERLINE HIGH CHOL | 200 - 239 | MG/DL |
| | | HIGH CHOLESTEROL | >= 240 | MG/DL |
| HDL CHOLESTEROL | 34 | | > 39 | MG/DL |
| CHOL/HDL RATIO | 3.5 | | < 5.0 | |
| LDL CHOLESTEROL, CALC | 56 | | < 130 | MG/DL |
| VLDL, CALCULATED | 29 | | 5 - 35 | MG/DL |
| LDL/HDL RATIO | 1.66 | | < 3.25 | |

A standard Medicare profile that most closely matches the request has
been reported for this patient. If there are additional medically necessary
tests required, please call our client service department (1-800-646-7788)
and individually order them.

LabOne Laboratory Director: Robert L. Breckenridge, MD
            END OF REPORT FOR DEDRICK, ANTHONY W.

PROGRESS NOTES

Patient Name _Anthony Dedrick_____   AGE __47___   Page _23_ / ____ Chart No. _____

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 07-10-03 | BP 120/84 | Evaluation of DM |
| | P- 108   Sm clr | RU on Accucheck |
| | R- 24      O | readings |
| | | C/o legs stinging |
| | | when he stands on |
| | | them — states feels |
| | | like pins sticking |
| | is uncontrolled DM | in them |
| | cut mad a week dict | |
| | D: Peripheral Neuropathy ↑ | |
| | Neurontin 300 mg po qd Rx | |
| | + other ED | |
| | prn cm | disap |
| 07-11-03 | One Touch Strips # 100   Blood Sugars QID   RX 6 | |
| | faxed to Duren Pharm. — M. Butler | |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

DedrickA-SSAdmin-   00385

PROGRESS NOTES

Patient Name **Anthony Dedrick**   AGE **47**   Page **22** / ____   Chart No. ____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 7-3-03 | Wt: 215   <fasting> | Evaluation |
| | BP: 132/78   ○ | of DM, HTN, |
| | P = 22   ○○○ 5in | arthritis, |
| | R = 96   ○○ ○9 | S/P MI, |
| | T = | allergic |
| | | rhinitis |
| | | States |
| | 1) DM - Avandamet 2mg/500mg BID #120  atabs | blood sugar |
| | D/C Glyburide 5mg bid #60 | have been |
| | D/C Glucophage 1000mg bid | running about |
| | #60 | 250 |
| | 2) HTN Atacac 10mg BID #60 2x1 | States BP has |
| | D/C Cardizem 60mg qd #30 | been running |
| | 3) allergic rhinitis | about |
| | Flonase Nasal spray #1 | 188-systolic |
| | 4) S/P MI | around 90-diastolic |
| | asa 81mg qd #30 | |
| X1 | 5) Mild PAD(S)Free & Dangle | |
| Rx | Plavix 75mg qd #30 | |
| | 6) ↑Chol. | |
| | Altocor 60mg qd #30 | |
| | 7) Neuropathy | |
| | Neurontin 600mg 2@hs #60 | |
| | 8) Arthritis | |
| | Bextra 20mg qd #30 | |
| | Ø Rx - Lortab 7.5mg @hs PRN #30 | |
| | | |
| | comeback pro, need core monday thursday | |
| | | |
| | | Denise |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

DedrickA-SSAdmin-   00386

PROGRESS NOTES

Patient Name _Anthony Dedrick_   AGE __47__   Page _21 / 1_____ Chart No. _____

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 06-04-03 | WT-216   S. as written | Evaluation of Allergic Rhinitis + Arthritis |
| | BP 144/80   O | Needs refill of meds, |
| | P 96   Heart - RRR s̄ (R) | states Singulair is |
| | R-24   Lungs - CTA | really helping |
| | HEENT - PERRLA | c̄ allergic rhinitis |
| | Pharynx pink | |
| | Turbinates pink, ō drainage sculer | |
| | A/P | |
| | ① Allergic Rhinitis | |
| | Singulair 10mg @ HS #30 2x1 | |
| | ② Arthritis | |
| | Lortab 7.5mg @ HS PRN #30 Rxd | |
| | | P. Coleman RN, MSN, FNP student |

| | | |
|---|---|---|
| 06-09-03 | Neurontin 600mg ↑ tabs @ HS #160 RX O | |
| | Called to Duren's | |
| | | T. Sanders |

| | | |
|---|---|---|
| 2703 | Glyburide 5mg bid #14 | |
| | Glucophage 1000mg bid #14 | Ø RX |
| | Cardizem 60mg daily #7 | |
| | Vioxx 25mg daily #7 | Vicky Leas |
| | Asa 81mg daily #7 | D/C'd |
| | Bextra 20mg daily #7 | |
| | Called to Duren's | JSimonquin |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.   (OVER)

DedrickA-SSAdmin-   00387

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _47_ Page _22_ / ___ Chart No. ___

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 05.02.03 | BP 112/80   S. as chm | c/o of pulling a |
| | Temp- 97³   o | muscle (R) lateral |
| | P- 92   hosp  S₁S₂ | Ribcage area 4 days |
| | R- 20   avg  cap | ago |
| | A/P | States ↑'d pain if |
| | ⊙ muscle strain | coughs or sneezes, o |
| | (R) lateral ribcage | |
| | - Flexeril 5mg ⊤/D  po w + Sc R# | |
| | - Lortab 7.5mg ## po w # 30 # | |
| | po w prn | |
| | | [sign] |
| 5-7-00 | Copied chart for Disability clinical notes pg 18-20 | |
| | _DS_ | |
| 5-15-03 | BP 132/78   S. as chm | Evaluation |
| | P 88   o | of the |
| | R 24   hosp  S₁S₂ | Flexon |
| | avg  cap | Lab work |
| | ⊤/D | |
| | o Flexeril | |
| | con  5× | |
| | citing 60mg o2 to return | |
| | | [sign] |
| 05.27.03 | Altocor 60mg po QD #30×1 | |
| | Called to Quien Pharmacy | |
| | | RDedrick MD |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.   (OVER)

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _____ Page _19_ / _____ Chart No. _____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES _NKDA_ |
|---|---|---|

4-11-03 — Appt made arterial doppler @ WMC for 4-16-03 @ 10:45 a.m. Pt notified of appt in person. TS

4-14-03 — Glucophage 1000mg #30 QRx called to Durens — Simmons RN

04.25.03 — BP = 118/88   5 cc chr
P 96
R 20

Evaluation of DM
HTN   Arthritis
S/p MI   Allergic Rhinitis
Needs Meds Refilled
Also for Fill on
Arterial Doppler

A/P
① DM
   Glyburide 5mg BID #60
   Glucophage 1000mg BID #60
② HTN
   Cardizem 60mg OD #30
③ Arthritis
   Vioxx 25mg OD #30
④ S/p MI
   ASA 81mg OD #30
⑤ Allergic Rhinitis
   Flonase Nasal Spray #1

Rx1

CFT a biped
May 13, 05

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.   (OVER)

PROGRESS NOTES

Patient Name __Anthony Dedrick__ AGE _____ Page 18 / ___ Chart No. 9s

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 03-24-03 | Vioxx 25mg po OD #30 } Rx∅ | |
| | Zyrtec 10mg po OD #30 } | |
| | Called to Dixon Pharmacy | RBlackRPh |
| | | |
| 4-1-03 | Copied chart for Disability. Including clinical notes pg 0-18, Lab (7-10-02 through 12-10-97), + EKG/x-e (12-31-02 through 1-13-97) Request in Misc. Will be mailed 4-2-03. | |
| | ✓S | |
| 04-11-03 | WT- 212    ↓ copter | Evaluation of Arthritis |
| | BP- 124/80   ∅ | & Peripheral Neuropathy |
| | Temp- 96⁹   HTT SS. | Appts 2/ill of meds, |
| | P-100   cws cs | Also c/o BRY/cough |
| | R-24 | Worse when goes outside |
| | A/P | Is taking Flonase, |
| | ① Arthritis | Zyrtec + Claritin |
| | Lortab 7.5mg @HS Rx∅ #30 } Rx∅ | |
| | ② Peripheral Neuropathy | |
| | Neurontin 600mg 2tabs @HS #60 } | |
| | ③ allergic rhinitis | |
| | Singulair 10mg po ⊘ 20 Rx | |
| | Lichelle Atelium Hc stop cws po ↓ two ce Rx | |
| | ④ claudication 6×+ LE | |
| | arterial dopplar Lower ext - Revisit | |
| | oct. T isole else arterial worder | |

Record your findings in the unshaded column, writing through the shaded area if you wish.   Record Plans in the shaded column.   (OVER)

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _47_ Page _17/_ Chart No. _____

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) |
|---|---|
| 02-17-03 (Cont'd.) | ② HTN Cardizem 6Carp OD #30 Rx |
| | ③ Arthritis: Lortab 5mg @ HS PRN #30 Rx |
| | ④ Peripheral Neuropathy Neurontin 600mg tid #30 Rx |
| | rcc rcv |
| | Duare |
| 3/24/03 | Vioxx 25mg OD #30 RxB called to Duren's spoke Maggie rc Amanda C/o 1600 |
| 3-14-03 | Wt=210   Sweden   4/o stiffness Swelling (R) Foot, pain around incision site Needs Rx Lortab said it's not helping said it's not helping States blood sugar running from 100-170 |
| | BP=136/88 |
| | P=96 |
| | R=12 |
| | 1. Osthritis/ (R) foot pain + peripheral neuropathy Lortab 7.5mg US prn #30 Rx ↑ Neurontin 600mg 3 tablets c HS + 65.2x |
| | rcc rcv |
| | Duare |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.   (OVER)

**PROGRESS NOTES**

Patient Name: Anthony Dedrick  AGE _____  Page No. 1 ____ Chart No. 965

ALLERGIES NKDA

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 01-31-03 | Wt-199 | Evaluation |
| | BP-82/60 | of DM |
| | P-84  S  es edema | of area |
| | T-99  Ø | of surgical |
| | | site on (R) |
| | boot size | foot that |
| | (illegible) on | Hurts almost |
| | | constantly |
| | of | to area on |
| | D  DM | chest where |
| | controlled cont patient | drain tube |
| | needs to watch | was that |
| | his diet more | Hurts |
| | ② infected surgical site | see on |
| | ③ (illegible) vit + anti | allow sheet |
| | chest tube site | |
| | insertion | |
| | → refer (illegible) RN (illegible) | |
| | | |
| | ret 30 days | |
| | (illegible) | |
| | | |
| 02-17-03 | Wt-367  S es edema | Evaluation of DM |
| | BP-122/84  Ø boot size | Fill on new Dr work |
| | Temp-99°  (illegible) | Readings |
| | P-92 | His need refill |
| | R-34 | of meds |
| | | Fill on wound (R) |
| | | leg from vein |
| | A/P | harvesting |
| | ① DM | Ral states treatment |
| | Glyburide 5mg BID #60 | pain Change of |
| | Glucophage 1000mg BID #60 | Swelling in |
| | | wound ankle |
| | | area numbness |
| | | lower portion of (R) |
| | | leg + some swelling |

(OVER)

DedrickA-SSAdmin-    00392

PROGRESS NOTES

Patient Name Anthony Dedrick AGE ______ Page 15 / ___ Chart No. 965

ALLERGIES NKDA

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 01-24-03 | BP: 108/80 [illegible] | Evaluation |
| Current | P: 66 | of arthritis |
| meds | R: 24 [illegible] | [illegible] like |
| | T: 97.0 [illegible] | refill of Lortab |
| K 10meq 4 qd | [illegible] | needs a |
| [illegible] 40mg qd | [illegible] surgical | script for a |
| [illegible] 81mg qd | | machine-heart, |
| Glucophage | Rx | Dr. wants to rec |
| 1000 bid | 1) arthritis | of blood sugar |
| [illegible] 5mg qd | [illegible] +30 Rx | wants med |
| [illegible] 10mg | 2) DM | to help him |
| qd | [illegible] machine # 1 Rx | stop smoking |
| glyburide 5mg | [illegible] | c/o cough-prod. |
| bid | [illegible] | clear phlegm, |
| | [illegible] + 120 Rx | head congestion |
| | lancets # 1 box } | wants to know |
| | [illegible] # 1 box } Rx | what med to |
| | 3) depression | take for allergies |
| | Wellbutrin SR 150mg | wants to know |
| | BID # 60 Rx | if he should |
| | 4) URI + allergic rhinitis | resume following |
| | Flonase nasal spray # 1 | meds: |
| | Zyrtec 10mg qd / 30 } Rx | Atacor 10mg, |
| | 5) [illegible] | Claritin D 12° bid |
| | [illegible] 60mg qd # 30 Rx | Enalapril, Flonase |
| | 6) [illegible] infected | Zyelox |
| | around [illegible] | c/o some swelling |
| | surgical [illegible] | in (R) leg- |
| | [illegible] | redness around |
| | # 20 Rx | surgical site |
| | | (R) leg - denies |
| | | pain |
| | RTC [illegible] | c/o ↑ anxiety |
| | [illegible] | insomnia |

(OVER)

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _____ Page _14_ Chart No. _965_

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 12-24-02 | MRI's scheduled @ MRH (N) 12-31-02 @ 10:00. Pt to call back for appoint date and time — L Sanders | |
| 12-24-02 | Pt notified of the above appoint by phone — L Sanders | |
| 21-02-03 | WT- 209½    5 ss clear BP- 110/20    0 P- 84 R- 18 Temp- 97.9 | Evaluation of Pain (L) Knee : (L) Spine F/U on MRI Results Also c/o dry cough Runny nose Sneezing No Temp for Sore Throat Onset 2-3 wks ago |

Record your findings in the unshaded column, writing through the shaded area if you wish.  Record Plans in the shaded column.      (OVER)

## PROGRESS NOTES

Patient Name Anthony Dedrick AGE 47 Page 13 / ___ Chart No. 965

ALLERGIES NKDA

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) |
|---|---|
| | S [illegible] for [illegible] arthritis pain [illegible] |
| | O [illegible] [illegible] |
| | [illegible] [illegible] |
| 12-17-02 | A/P |
| BP-150/86 | 1) arthritic pain neck & lt knee |
| | c spine |
| | T spine |
| | [illegible] lt knee |
| | Vioxx 25 mg QD #30 Rx |
| | 2) DM |
| | glyburide 5 mg BID #60 |
| | glucophage 1000 mg BID #60 |
| | 3) HTN Rx |
| | cardizem 60 mg QD #30 |
| | vasotec 5 mg QD #30 |
| | 4) [illegible] altocor 60 mg QD #30 Rx |
| | RTC 7 week [illegible] |
| | [signature] |
| | Evaluation of arthritis |
| 12-23-02 | BP-133/84 S [illegible] F/U on x rays |
| | P- 94 O Signs Vioxx is |
| | R- 24 [illegible] relieving pain |
| | [illegible] [illegible] |
| | A/P |
| | 1) arthritis |
| | a) ↑ pain neck MRI c spine |
| | ↑ pain (L) knee MRI (L) knee Mercy |
| | [illegible] [illegible] BID #30 Rx |
| | RTC 1 week after MRI |
| | [signature] |

(OVER)

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column.

PROGRESS NOTES

Patient Name _Anthony Dedrick_____ AGE _____ Page _12_ / ____ Chart No. _____

ALLERGIES _NKDA_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | |
|---|---|---|
| 10/9/03 | Glyburide 5mg bid #14 | QT |
| | Glucophage 1000mg bid #14 | |
| | Cardizem 60mg qd #7 | |
| | Vasotec 5mg qd #7 | |
| | Niox 25mg qd #7 | |
| | (added to Diovan) | monzula |
| 10-14-03 | wt 199   5 co ebr | Eval. og DM |
| | BP 148/84   o | HTN arthritis |
| | P 96   HEENT | Neck s |
| | R 24   LNG | Lungs s |
| | T 97.0 | Wants |
| | | flu shot |

FLU (R)
VACCINE
Date 10/14/03

#U0932AA
EXP 6-30-03

1. DM
   Glyburide 5mg bid #60
   Glucophage 1000mg bid #60

2. HTN
   Cardizem 60mg qd #30
   Vasotec 5mg qd #30

3. Arthritis
   Vioxx 25mg qd #30

VHH

free Vioxx samples (3)

DedrickA-SSAdmin-   00396

PROGRESS NOTES

Patient Name _Anthony Dedrick_ AGE _46_    Page _11_    Chart No. _965_

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | ALLERGIES NKDA |
|---|---|---|
| 7-24-02 | WT = 207  Seated | Evaluation |
| | BP 138/80 | exam |
| | P 92 | Full lab work |
| | R 24 | is in chart |
| | | |
| | ↓ ↑ chol LDL 134 (2-9-02) | |
| | Lescol XL 80 mg po @ 30 RXs | |
| | repeat LFT & lipid one month | |
| | ② HTN | |
| | 4 Vasotec 5mg po @ 30 #2-1✗ | |
| | RTC → work for BP FU | |
| 8-8-02 | BP = 132/78  Seated | Evaluation |
| | P = 112 | CARPM |
| | R = 20   boggy size | HTN Arthritis |
| | LUNGS  CTA | DOTOD |
| | | Drug Stores |
| | 1) DM Glyburide 5mg bid #60 | |
| | Glucophage 1000mg bid #60 | |
| | 2) HTN Cardizem 120mg po #30 | |
| | | sneezing |
| | still nasal Vasotec | |
| | 3) Arthritis | |
| | Vioxx 25mg po #30 | |
| | ④ Sinus allergic rhinitis | |
| | Nasonex nasal spray | |
| | Zyrtec D PO & 2P Rx (fiero) | |
| | RTC  9-8-02 | |

CENTRAL LAB
1224 Trotwood Ave    Columbia TN 384
John R Olson,MD — Medical Director

MEDICAL PLAZA LAB
854 James Campbell Blvd
Columbia TN  38401
Joseph C Moore, MD

LEWIS ACC LAB
617 West Main St
Hohenwald TN  38462
Jack T Pearson,MD

LAWRENCEBURG REF LAB
104 N Locust Ave
Lawrenceburg TN  38464
Charles B Bramlett,MD

NAME   DEDRICK, ANTHONY

MREC # 283859
ACCT # 09734400793
SS#   415980144

LOC  SPC, WAYNE
AGE  42Y
PHY  HERRERA, ESMERAL

SEX  M

++++++++++++++++++++++++++++++++++++ TESTS PERFORMED BY LABCORP, LO

UISVILLE, KY ++++++++++++++++++++++++++++++++++

12/10/97
1648   COMPR. HEPATITIS PAN
       HEP A AB-TOTAL
                        PEND

       HEP A AB-IGM
                        PEND

       HEP B CORE AB-TOTAL
                        PEND

       HEP B CORE AB-IGM
                        PEND

       HEP B SURFACE AG
                        NEGATIVE
                        Reported range:
                         Normal: NEGATIVE

       HEP B SURFACE AB
                        < 2.0            mIU/ML
                        (NOTE)

       NOTE:  ACCORDING TO THE CDC, ANTIBODY LEVELS GREATER THAN
              OR EQUAL TO 10 MIU/ML INDICATE IMMUNITY TO HEPATITIS B.

       HEP C AB-TOTAL
                        PEND

ANTHONY DEDRICK
MREC # 283859
ACCT # 09734400793              PAGE  1

DAILY EPISODE REPORT
PRINTED  12/12/97   15:04
END OF REPORT

DedrickA-SSAdmin-   00398



**MAURY REGIONAL HOSPITAL**
RADIOLOGY DEPARTMENT     Columbia, Tennessee     Phone: (931) 381-1111     Fax: (931) 380-4104

```
Name  : DEDRICK,ANTHONY               Room  : REF
Unit# : H000283859                    Date  : 12/31/02 0859
SSN   : 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                   Ord MD: HERRERA,ESMERALDO DIAZ
PT #  : H0236500208                   Att MD: HERRERA,ESMERALDO DIAZ
A/R/S : 47Y W    M                    Cpy To:
```

Ck-in #:  1086269

Procedure: MR-KNEE W/O CONT*L
Ord Diag: NECK PAIN & LT KNEE PAIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
D: 12/31/02 11:25
T: 12/31/02 12:48/ep
JOB #: 26687
```

LEFT KNEE MRI

TECHNIQUE:

Sagittal and coronal proton density T2.
Transaxial gradient echo images are reviewed.

FINDINGS:   There is no evidence of marrow infiltrative process.  There
are Grade II signal abnormalities in the posterior horns of both medial
and lateral menisci. There are no meniscal tears. The anterior and
posterior cruciate ligaments are intact.  The articular cartilage of the
patella is intact. There is no joint effusion. The anterior and
posterior cruciate ligaments and mediolateral collateral ligaments
appear normal.  There is mild peaking of the tibial spines.

IMPRESSION:
1.   Mild degenerative changes of knee with peaking of the tibial
spines.

2.   Grade II signal abnormalities posterior horns of both medial and
lateral menisci without evidence of tear.

3.   No joint effusion or other significant abnormalities evident.

READ BY: JERRY M. BROWN, M.D.
released by:   JMB
12/31/02 1539

EMP

FINAL                          Page 1                        Physician
                                                              Radiology
```



**MAURY REGIONAL HOSPITAL RADIOLOGY DEPARTMENT**

Columbia, Tennessee

Phone: (931) 381-1111    Fax: (931) 380-4104

```
Name   : DEDRICK,ANTHONY              Room  : REF
Unit#  : H000283859                   Date  : 12/31/02 0859
SSN    : 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                  Ord MD: HERRERA,ESMERALDO DIAZ
PT #   : H0236500208                  Att MD: HERRERA,ESMERALDO DIAZ
A/R/S  : 47Y W      M                 Cpy To:
```

Ck-in #:  1086269

Procedure: MR-CERVICAL W/O CONT.
Ord Diag: NECK PAIN & LT KNEE PAIN

---

```
D: 12/31/02 11:25
T: 12/31/02 12:42/ep
JOB #: 26687
```

965

CERVICAL SPINE MRI, 12/31/02

TECHNIQUE:  Sagittal T1 gradient echo and T2 weighted images and transaxial T1 and gradient echo images are reviewed.

FINDINGS:
C2-3: Normal.

C3-4: Normal.

C4-5: There is mild spondylitic ridging. There is no spinal stenosis or herniated nucleus pulposus.

C5-6: There is prominent spondylitic ridging with narrowing of the spinal canal to approximately 8-9 mm. There is a posterior disc and osteophyte complex.

C6-7: Normal.

C7-T1: Normal.

IMPRESSION:
1.   Prominent disc space degeneration at C5-6 with posterior disc and osteophyte complex with narrowing of the spinal canal to approximately 8-9 mm.

2.   Mild spondylitic ridging at C4-5 and C6-7.

```
                              READ BY: JERRY M. BROWN, M.D.
                              released by:   JMB
                              12/31/02 1539
EMP
```

FINAL                          Page 1                    Physician
                                                          Radiology

DedrickA-SSAdmin-    00400

DEDRICK, ANTHONY       OP   26290      12-18-02

 **WAYNE
MEDICAL
CENTER**
An Affiliate of
Albany Regional Hospital

**RADIOLOGY
REPORT**

| | |
|---|---|
| **CLINICAL HISTORY AND DIAGNOSIS:** | Pain |
| **EXAM:** | C-spine, thoracic, knee |
| **X-RAY NUMBER:** | 45735 |
| **PHYSICIAN:** | Herrera |
| **AGE:** | 47 |

**CERVICAL SPINE SERIES:**   Vertebral body heights and disc spaces appear well maintained.  No fractures are identified.  There are demonstrated osteophytes arising from the anterior inferior aspects of C5 and C6.  Alignment appears normal and prevertebral soft tissues appear normal.  Neuroforamina are less than optimally visualized.

**OPINION:**   Osteophytes C5 and C6.

**THORACIC SPINE 3 VIEWS:**   Vertebral body heights and disc spaces appear well maintained.  No fractures are identified.  Small osteophytes are noted.  Alignment appears normal and pedicles appear intact.

**OPINION:**   Small osteophytes.  Otherwise normal appearing thoracic spine.

**RIGHT KNEE 3 VIEWS:**   No bone or joint abnormalities are identified.

**LEFT KNEE 3 VIEWS:**   No bone or joint abnormalities are identified.

HUBERT LANGLEY, M.D.
T/12-18-02,ms

# MEDICATION ADMINISTRATION RECORD

**Facility:** 2  6100-A  BRUSHY MOUNTAIN COMPLEX

**Month:** 03/01/2002

DRUG - DOSE - MODE - INTERVAL - PRESCRIBER - START - STOP

FOOTE, CLARY

---

**RX#** 8434799
ORAL
BUTRACY TAB (CARDIZEM)
TAKE 1 TAB DAILY FOR 90 DAYS

start: 02/13/2002  stop: 05/14/2002

---

**RX#** 143915
ORAL
2.5MG TAB (VASOTEC)
TAKE 1 TABLET BY MOUTH ONE TIME DAILY FOR 90 DAYS
FOOTE, CLARY

start: 01/23/2002  stop: 04/23/2002

---

**RX#** 143919
ORAL
CONCENTRACIN 50MG CAP (INDOCIN)
TAKE 1 CAP THREE TIMES DAILY FOR 30 DAYS
>>> TAKE WITH FOOD OR MEALS <<<

start: 01/31/2002  stop: 03/02/2002

---

**RX#** 141172813
ORAL
ACNE TAB (CARDIZEM)
TAKE 1 CAP THREE TIMES DAILY FOR 30 DAYS
>>> TAKE WITH FOOD OR MEALS <<<
FOOTE, CLARY

start: 12/06/2001  stop: 03/06/2002

---

ORAL
37CMG TAB (NAPROSYN)
TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 90 DAYS
FOOTE, CLARY

**ALLERGIES:**
NO KNOWN ALLERGIES,

**DOB/INMATE #:** 00227853

**LOCATION:** 6100-A 1

**NAME:** DEADRICK, ANTHONY

CORRECTIONAL MEDICAL SERVICES

DedrickA-SSAdmin-  00402



State of Tennessee
DEPARTMENT OF HUMAN SERVICES
**DISABILITY DETERMINATION SECTION**
P.O. BOX 775
NASHVILLE, TENNESSEE 37202

*2/84)*

### CHEST PAIN QUESTIONNAIRE

CLAIMANT *Anthony W. Dedrick* SSN *2/13-58-0144* DOB

In order to evaluate this claimant's eligibility for disability benefits answers to the following questions are needed. Your assistance in providing this information on your patient named above will be appreciated. If claimant has had a recent infarction or cardiac surgery, findings more than three months after that event are required.

1. Date of last visit?

2. Does the patient complain of chest pain?

3. How does the patient describe the pain, i.e., location and character?

4. Does the pain radiate and if so, where?

5. What brings on the pain? If the precipitating factor is exertion, what kinds of exertion bring on the pain?

6. How long does the pain last?

7. Is the pain relieved promptly by rest or nitroglycerin? If not, how long does it take to obtain relief?

8. Are there any associated symptoms (nausea, vomiting, sweating, or syncope)?

9. Is there evidence of CHF, functionally significant arrythmias, or other cardiac complications that impair physical capacity? If so, please provide clinical and lab findings.

Signature_____,M.D. Date_____

5617
DDS-SS

HS-1528 (7-83)

DedrickA-SSAdmin-    00403

2/84?

 Department of Human Services
Disability Determination Service

PO Box 775
Nashville, TN  37202

NAME _Anthony W. Dedrick_ SSN _4/13-98-4/4 V_ DATE TESTED _____

## RANGE OF MOTION

### CERVICAL SPINE

| CERVICAL SPINE | Normals | | |
|---|---|---|---|
| Flexion | 50° | | |
| Extension | 60° | | |
| Right Lateral Flexion | 45° | | |
| Left Lateral Flexion | 45° | | |
| Right Rotation | 80° | | |
| Left Rotation | 80° | | |

### DORSOLUMBAR SPINE

| DORSOLUMBAR SPINE | Normals | | |
|---|---|---|---|
| Flexion | 90° | | |
| Extension | 25° | | |
| Right Lateral Flexion | 25° | | |
| Left Lateral Flexion | 25° | | |

### SHOULDER

| SHOULDER | Normals | Right | | Left | |
|---|---|---|---|---|---|
| | | Active | Passive | Active | Passive |
| Abduction | 150° | | | | |
| Forward Elevation | 150° | | | | |
| Internal Rotation | 80° | | | | |
| External Rotation | 90° | | | | |

### ELBOW

| ELBOW | Normals | Right | | Left | |
|---|---|---|---|---|---|
| | | Active | Passive | Active | Passive |
| Abduction | 150° | | | | |
| Forward Elevation | 0° | | | | |
| Internal Rotation | 80° | | | | |
| External Rotation | 80° | | | | |

DOS-102
Rev. 5/02

HS-1807 (4-85)

DedrickA-SSAdmin-    00404

## HIP

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | | | | |
| Adduction | 20° | | | | |
| Flexion | 120° | | | | |
| Extension | 30° | | | | |
| Internal Rotation | 40° | | | | |
| External Rotation | 50° | | | | |

## KNEE

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 130° | | | | |
| Extension | 0° | | | | |

## ANKLE

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | | | | |
| Plantar flexion | 40° | | | | |

## WRIST

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | | | | |
| Palmar flexion | 60° | | | | |

## HAND-FINGERS
(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion Normal 90° Right | Flexion Normal Left | Extension Normal 0° Right | Extension Left |
|---|---|---|---|---|---|
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | 1 | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | 1 | Normal 70° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

Comment:

Physician's printed name _____

Physician's signature _____

Date _____

DedrickA-SSAdmin-        00405

02/27/06  14:42:58

# R E P L Y   F O R M

## ATTN: RECORDS CUSTODIAN

RE: Anthony Dedrick

Social Security number:  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
Date of birth:  8/16/1955

## PLEASE COMPLETE AND SIGN THIS RECORD CERTIFICATION
I hereby certify that the following is true and correct and complete:
(Check appropriate response)

✓ A. Records Attached - Please complete the attached Certificate of Records Custodian.
Number of Pages Included: _512_

_____B. There are no records in our possession due to

_____Records Destroyed.    Retention Policy is _____years.
_____We have no record of a person by this name. (All A.K.A.' s were researched),
_____Records are in the possession of _____
_____Other _____
_____

_3/14/06_
Date

_Jennifer Brazier_
Printed Name

_Jennifer Brazier_
Signature

_Technical Expert_
Title

SOCIAL SECURITY ADMINISTRATION
Medical Records Department
(ADDRESS UNKNOWN)
LAWRENCE, TN Attn: Medical Record Custodian     ,
Record ID: 201069