UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Esther Ned v. Merck & Co., Inc. et al.*, No. 05-cv-02584 | MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson") and Plaintiff Esther Ned, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, or defendant herein, provided that she commences such action in federal court and in no other forum, if such action has not been filed prior to May 10, 2006. If plaintiff files such an action after May 10, 2006 the parties agree that it must be commenced in federal court.

2. Each party is to bear its own costs and attorneys' fees.

Dated:

Dated: 5/26/06

LAW OFFICES OF EDWARD C. CASEY, JR.

_____
Edward C. Casey, Jr
300 Frank H. Ogawa Plaza
Suite 370
Oakland, CA 94612
Telephone: 510.251.2300

Attorneys for Plaintiff

Dated:

REED SMITH LLP

_____
Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

MORRIS, POLICH, AND PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

LAW OFFICES OF EDWARD C. CASEY, JR.

_____
Edward C. Casey, Jr
300 Frank H. Ogawa Plaza
Suite 370
Oakland, CA 94612
Telephone: 510.251.2300

Attorneys for Plaintiff

Dated: 6/8/06

REED SMITH LLP

_____
Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated

MORRIS, POLICH, AND PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

LAW OFFICES OF EDWARD C. CASEY, JR.

Edward C. Casey, Jr
300 Frank H. Ogawa Plaza
Suite 370
Oakland, CA 94612
Telephone: 510.251.2300

Attorneys for Plaintiff

Dated:

REED SMITH LLP

Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated June 5, 2006

MORRIS, POLICH, AND PURDY LLP

Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

IT IS SO ORDERED:

Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of June, 2006.

*Dorothy H. Wimberly*