UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-2584 | |
| | MAGISTRATE JUDGE KNOWLES |
| ESTHER NED, | |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC. et al., | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 8A

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certifies that as soon as the Order of Dismissal is entered by the Court she will make the change directly on File & Serve to reflect the dismissal with prejudice of the above-referenced case.

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:    (504) 581-3361

Defendant's Liaison Counsel

811421v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Compliance With Pre-Trial Order 8A has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or hand delivery and e-mail and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of June, 2006.

/s/ Dorothy H. Wimberly

811421v.1