UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Glen Martin and Donna Martin v. Merck & Co., Inc. et al., No.32:05-CV-1838 EEF DEK* | MAG. JUDGE KNOWLES |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck") and Plaintiffs Glen Martin and Donna Martin, through their respective undersigned counsel, as follows:

1.      This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) in accordance with the following stipulations:

A.      Plaintiffs will not re-file any suit based on any claims arising out of alleged personal injuries related to their use of Vioxx against Merck, any of it subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any other court.

B.      This stipulation is made without prejudice to plaintiffs' right, if any, to participate as class members if a medical monitoring class were ever certified in this Court or in

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

any another Vioxx proceeding.  In so stipulating, Merck specifically denies that any putative medical monitoring class action of Vioxx users can be certified and specifically denies that plaintiffs are or can be members of any such class.

    2.    Each party is to bear its own costs and attorneys' fees.

Dated: 6/7/06

    FURTADO, JASPOVICE & SIMONS

    Richard J. Simons
    22274 Main Street
    Hayward, CA 94541
    Telephone: 510.582.1080

    Attorneys for Plaintiffs

Dated: 6/12/06

    REED SMITH LLP

    Steven J. Boranian
    R. Euna Kim
    Two Embarcadero Center, Suite 2000
    San Francisco, CA  94111-3922
    Telephone:   415.543.8700
    Facsimile:   415.391.8269

    Attorneys for Defendant Merck & Co., Inc.

IT IS SO ORDERED:

Eldon E. Fallon
United States District Judge

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Dismissal

With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S.

Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File &

Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of June, 2006.

Dorothy H. Wimbel