UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | ) |
| | ) MDL Docket No. 1657 |
| PRODUCTS LIABILITY | ) |
| LITIGATION | ) SECTION L |
| | ) |
| This document relates to: *Susan A.* | ) JUDGE FALLON |
| *Thomas v. Merck & Co., Inc.*, (E.D. La. | ) |
| Index No. 05-5149) | ) MAG. JUDGE KNOWLES |
| | ) |

## STIPULATION OF DISMISSAL

COME NOW the parties pursuant to Rule 41(a)(1) and stipulate that the claims and causes of action set out in the pleadings of this case are dismissed, without prejudice, each party to bear her/its own costs. It is also stipulated that if said plaintiff re-files her claim, it will be done in the appropriate federal court. The parties also certify that approved changes will be made directly on File & Serve as soon as the Order is entered.

THE McINTOSH LAW FIRM, P.C.

By: *Steven L Hobson*

H. William (Bill) McIntosh   #26893
Steven L. Hobson   #25644
1125 Grand, Suite 1800
Kansas City, MO 64106
(816) 221-6464
(816) 221-6460   FAX
mcintosh@tmlf.com

ATTORNEY FOR PLAINTIFFS



*Dorothy H. Wimberly*

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

John C. Aisenbrey, MO Bar #31907
George F. Verschelden, MO Bar #55128
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2800
Kansas City, MO 64108
Tel: (816) 842-8600
Fax: (816) 691-3495

Counsel for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8 on this 20th day of June, 2006.

*Dorothy H. Wimberly*