UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-5149 | * | |
| SUSAN A. THOMAS, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITH OUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that all claims in the above-captioned proceeding be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1