UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to:** *Lynda Kay* | * | **JUDGE FALLON** |
| *Donegan, et al. v. Merck & Co., Inc.,* | * | |
| **(E.D. La. Index No. 05-1265)** | * | **MAG. JUDGE KNOWLES** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lynda Kay Donegan, individually and as executrix for James C. Donegan's estate ("Donegan"), and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to dismiss the above-styled lawsuit without prejudice, subject to the following conditions:

1.  Donegan agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.  Donegan further agrees that, in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re Vioxx Marketing, Sales Practices and Products Liability Litigation (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Donegan, as though Donegan had been a party and had had an opportunity to participate in that discovery.

Donegan agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing.  There are not counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

**Dennis S. Mackin, Esq.**
5381 Glenbrooke Trail
Dunwoody, Georgia  30338
Main:  404-329-1250
Email:  **dennismacklin@comcast.net**

**Stephen H. DeBaun**
3758 LaVista Road
Suite 100
Tucker, Georgia  30084
Main:  404-248-9330
Email:  **debaun@bellsouth.net**

*Counsel for Plaintiff Lynda Kay Donegan*

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

1464862 v01

[SIGNATURES CONTINUED FROM PREVIOUS PAGE]

**John P. MacNaughton, GA Bar #464550**
**Robert P. Alpert, GA Bar #013635**
**Jeffrey K. Douglass, GA Bar #227523**
**Morris, Manning & Martin, LLP**
3343 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, Georgia   30326
Telephone:  404-233-7000
Facsimile:  404-365-9532

*Counsel for Defendant Merck & Co., Inc.*

**Phillip A. Wittmann, 13625**
**Anthony M. DiLeo, 4942**
**Dorothy H. Wimberly, 18509**
**Carmelite M. Bertaut, 3054**
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  504-581-3200
Facsimile:  504-581-3361

*Defendant Merck & Co., Inc. 's Liaison*
*Counsel*

1464862 v01

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: *Lynda Kay* | * | JUDGE FALLON |
| *Donegan, et al. v. Merck & Co., Inc.*, | * | |
| (E.D. La. Index No. 05-1265) | * | MAG. JUDGE KNOWLES |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without

Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or

by hand delivery and e-mail and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this

20th day of ~~May~~ June, 2006.

Dorothy H. Wimberly

1464862 v01