IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX<br>Products Liability Litigation<br><br>(This document relates to the following individual case:)<br><br>Linda Diane Rodgers and Steve Allen Rodgers vs. Merck & Co., Inc. and Merck Pharmaceuticals, a/k/a Merck,<br><br>No. 05-1103 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br><br>MAG. JUDGE KNOWLES<br><br>Transferred from USDC Western District of Oklahoma at Oklahoma City,<br>Case #: 5:05cv00085 |

## STIPULATION OF DISMISSAL

Plaintiffs, Linda Diane Rodgers and Steve Allen Rodgers ("Rodgers"), and Defendant, Merck & Co., Inc. ("Merck")[1], hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(l), to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Rodgers agrees that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Rodgers further agrees that in the event they re-file such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States

---

[1] "Merck Pharmaceuticals, a/k/a Merck" is not an entity and has not been served.

-1-

    District Court for the Eastern District of Louisiana, and that is not specific to a

    particular plaintiff, can be used in any such lawsuit re-filed by Rodgers, as

    though Rodgers had been a party and had had an opportunity to participate in

    that discovery.

Rodgers agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: 4-18-06

Arthur Sherman, 24403
Richard Salkow, 204572
Sherman & Salkow
A Professional Corporation
11601 Wilshire Boulevard, Suite 675
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

Counsel for Plaintiffs
Linda Diane Rodgers and Steve Allen Rodgers

Kristopher E. Koepsel, OBA # 19147
Riggs Abney Neal Turpen Orbison & Lewis
502 W. 6th Street
Tulsa, OK 74119-1010
Tel: (918) 587-3161
Fax: (918) 587-2150

Local Counsel for Plaintiffs

Dated: June 20, 2006

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Tel: (504) 581-3200
Fax: (504) 581-3361

Defendants' Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Tel: (405) 235-9621
Fax: (405) 235-0439

Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 20th day of June, 2006.

*Dorothy H. Wimberly*

802998v.1