815588v.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2328 | * | |
| ANNIE BRADFORD, ET AL., | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH OUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Louis G. Holston,

IT IS ORDERED, that the claims of Louis G. Holston only be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1