UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL |
| | NO: MDL 1657 |
| | SECTION: L (3) |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 5382**

DESCRIPTION: MEMO IN SUPPORT

FILED BY: J. SAUNDERS

FILE DATE: 6/20/06