UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

CIVIL

NO: MDL 1657

SECTION: L (3)

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 5382**

**DESCRIPTION: PROPOSED ORDER**

**FILED BY: J. SAUNDERS**

**FILE DATE: 6/20/06**