UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 05-1838 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| GLEN MARTIN and DONNA MARTIN, | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC. et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation and Order of Dismissal With Prejudice,

IT IS ORDERED, that all claims of plaintiffs in the above-captioned proceeding be and they hereby are dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1