

**JOSEPH H. SAUNDERS**
BOARD CERTIFIED CIVIL TRIAL
LAWYER BY THE FLORIDA BAR AND
THE NATIONAL BOARD OF TRIAL ADVOCACY

**MARGARET N. WALKER**

**PARALEGALS**
Cindy Crawford
M. Alice Hudson
David R. Ernst
Peter L. Schweitzer, M.A., M.Div.

**LEGAL ASSISTANT**
Mary L. Edwards

**Saunders & Walker P.A.**
ATTORNEYS AT LAW
SaundersLawyers.com

**PINELLAS PARK**
3491 Gandy Boulevard North, Suite 200
Pinellas Park, Florida 33781
(727) 579-4500   FAX (727) 577-9696
800-748-7115

**BRADENTON**
1001 Third Avenue West, Suite 361
The Executive Offices at SunTrust Center
Bradenton, Florida 34205
(941) 745-1005

Please Reply to P.O. Box 1637
Pinellas Park, FL 33780-1637
E-Mail: info@saunderslawyers.com

**MEDICAL PRODUCTS LIABILITY**
Darlene T. Korab, RN, BSN, RAC

June 19, 2006

BY FAX TO 561/655-1509
Dori Katrine Stibolt, Esquire
Steel, Hector & Davis, LLP
777 S. Flagler Drive, Ste. 1900
West Palm Beach, FL 33401-6198

Re:   MDL Vioxx 1657
      Grech v. Merck, Case No. 2:05-cv-5587-EEF-DEK
      Hensley v. Merck, 2:05-cv-5588-EEK-DEK

Dear Ms. Stibolt:

It was a pleasure to speak with you today concerning the above two cases. These cases were initially filed in the Middle District of Florida. In both cases, Merck filed Answers before they were transferred to the MDL. We were not served with at least hard copies, so I was not aware until today that responses had been filed.

I now have copies of those Answers and intend to file Motions to Amend both complaints to add a claim for punitive damages in Count VI ("Culpable Negligence and Fraud") of each complaint in accordance with the attached proposed Amended Complaint. There is no change to either complaint except the words "compensatory and punitive damages" in Count VI.

Please let me know if your client will oppose our Motions to Amend so I can set the Motion for hearing. I have only 5 days within which to file this motion, so I would appreciate your getting back to me as soon as possible.

Thank you and I look forward to hearing from you soon.

Very truly yours,

*Margaret N. Walker*

Margaret N. Walker

/mw
Enc:

Ex "A"