UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Patricia Sanders v. Merck & Co., Inc.*, Case No. 2:05-CV-06198

### ORDER DENYING DEFENDANT ST. LOUIS CONNECTCARE'S MOTION TO DISMISS PURSUANT TO §538.225 RSMO AND FOR FAILURE TO STATE A CLAIM

On this day, the Court considered Defendant St. Louis ConnectCare's Motion to Dismiss Pursuant to §538.225 RSMO and For Failure to State a Claim, and after reviewing the motion and response and hearing arguments of counsel is of the opinion that said Motion should be DENIED.

SIGNED AND ENTERED on this _____ day of _____, 2006.

_____
Presiding Judge