FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 PM 1:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 02:06cv485: | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett, | * | |
| v. | * | |
| Merck & Co., Inc. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF SCOLNICK DEPOSITION TESTIMONY

Plaintiff Gerald Barnett, by and through his undersigned counsel, hereby designates the following deposition testimony that may be used at the trial of this matter. Plaintiff reserves the right to supplement this list. The list below does not include counter designations to any deposition testimony offered by Defendant Merck & Co. Plaintiff reserves the right to offer any deposition testimony designated by Defendant Merck & Co. Plaintiff reserves the right to withdraw any testimony designated herein:

_Fee_____
_Process_____
X Dktd_____
✓ CtRmDep_____
_Doc. No_____

1

**Edward Scolnick**

1/30/03 Deposition

102:17-102:22
104:2-106:3
107:3-107:10
107:16-108:10
109:6-109:19
109:22-110:9
110:22-111:2
111:9-114:11
114:14-115:7
115:10-116:3
116:8-117:21
118:2-118:14
118:20-119:4
119:11-119:20
119:24-121:17
121:24-122:20
123:18-124:13
124:17-124:20
125:1-125:10
126:8-126:15
126:23-127:1
127:11-127:18
127:22-128:19
129:3-129:19
130:4-130:10
130:16-131:12
131:15-132:2
132:6-132:7
133:1-133:8
133:10-134:23
134:25-135:2

Plaintiff reserves the right to remove any objections included upon resolution of the objection. By designating this testimony, Plaintiff does not waive his right to object to or move to exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of

deposition testimony and exhibits. Plaintiff reserves the right to make additional counter-designations upon receipt of Defendant Merck & Co.'s designations.

Dated:  June 16, 2006

Respectfully submitted,

By: */s/ Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff
GERALD BARNETT

## PLAINTIFF'S STEERING COMMITTEE

| | |
|---|---|
| **Russ M. Herman**, Esquire<br>Leonard A. Davis, Esquire<br>Stephen J. Herman, Esquire<br>HERMAN, HERMAN, KATZ & COTLAR<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>PH: (504) 581-4892<br>**PLAINTIFFS' LIAISON COUNSEL** | **Christopher A. Seeger**, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier)<br>**Co-Lead Counsel** |
| Richard J. Arsenault, Esquire<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court, P.O. Box 1190<br>Alexandria, LA 71301-1190<br>(318) 487-9874 (telephone)<br>(318) 561-2591 (telecopier) | Elizabeth J. Cabraser, Esquire<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000 (telephone)<br>(415) 956-1008 (telecopier) |
| Thomas R. Kline, Esquire | Arnold Levin, Esquire |

3

KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 9th day of June, 2006.

_____
LEXI W. MYER