

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 P 3:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO:** *Camellia R. Persica v. Merck & Co., Inc.*, No. 05-1016.

## RE-NOTICE OF DEPOSITION OF CAMELLIA R. PERSICA

To:   Camellia R. Persica, through her attorney of record,
      Kathryn Landry
      Ieyoub & Landry, LLC
      8180 YMCA Plaza, Suite C
      Baton Rouge, Louisiana 70810

PLEASE TAKE NOTICE that Defendant Merck & Co., Inc. will take the stenographic deposition of the plaintiff Camellia R. Persica pursuant to the Federal Rules of Civil Procedure, on July 17, 2006, at 9:00 a.m. at the offices of Ieyoub & Landry, 8180 YMCA Plaza, Suite C, Baton Rouge, Louisiana 70810, before an officer authorized to take the deposition and swear witness. The deposition will continue from day-to-day until completed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Additionally, the deponent is requested to produce prior to or at the deposition the following documents:

With the exception of medical records that you or your husband have already produced to Merck in this case,

1. All documents in your possession referring to or relating to all medications you have used over the last ten years.

2. To the extent not covered by No. 1, all prescription records for Vioxx for the entire time you used Vioxx.

3. To the extent not covered by No. 1, all notes, diaries, and other documents reflecting your use of Vioxx.

4. All documents referring, reflecting, or relating to your medical condition before, during, and after your use of Vioxx.

5. Any documents relating to injuries you allege as a result of your use of Vioxx.

6. Any documents or photographs you may refer to during your testimony at trial.

Dated: June 19, 2006

                                              *Respectfully submitted,*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
       Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
       Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition of Camellia R. Persica has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Plaintiff's counsel Kathryn Landry by facsimile, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 19th day of June, 2006.