**PLAINTIFF'S EXHIBIT A**



11425484
Jun 1 2006
5:33PM

Report of Dr Nicholas A Flavahan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ***COORDINATION PROCEEDING*** | DOCKET NO. 2:06-cv-00485-EEF-DEK_____ |
| SPECIAL TITLE [Rule 1550(b)] | MDL NO. 1657 |
| IN RE VIOXX® CASES | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| GERALD D. BARNETT and CORINNE BARNETT, | |
| Plaintiffs, | |
| vs. | |
| MERCK & COMPANY, INC., | |
| Defendants. | |

Expert Report of
**Nicholas A. Flavahan, PhD**
May 31st, 2006

I have been asked to provide my expert opinion regarding the pharmacological effects of COX-2 inhibitors (in particular vioxx) on the blood vessel wall and endothelium of human beings. All the opinions expressed herein are stated with a reasonable degree of medical scientific certainty, and are based on my education, research and experience, which are described in my CV, and on the references listed in this report.

I am currently Professor of Internal Medicine at The Ohio State University in Columbus, OH. I have been conducting research on the cardiovascular system for over 25 years. I obtained my PhD in Cardiovascular Physiology and Pharmacology in 1983 at the University of Glasgow in Scotland, UK. I then joined the Mayo Clinic in Rochester MN as a Mayo Foundation Senior Research Fellow and was appointed Assistant Professor of Pharmacology at

Report of Dr Nicholas A Flavahan

the Mayo Clinic in 1987. I was recruited to Johns Hopkins University in Baltimore MD in 1989 as Assistant Professor of Medicine, and was promoted to Associate Professor of Medicine in 1991. In August of 1997, I was recruited to The Ohio State University to help create the Heart and Lung Research Institute. I have published over 100 peer-reviewed manuscripts, including investigations into the role of cyclooxygenase in regulating endothelial and vascular smooth muscle function, the interaction between aggregating platelets and the blood vessel wall, and the mechanisms contributing to the atherosclerotic disease process.

## COX-2 INHIBITION AND VASCULAR HOMEOSTASIS

### PROSTANOIDS AND CYCLOOXYGENASES

Prostanoids are a family of bioactive lipids that includes prostaglandins $D_2$, $E_2$, $F_{2\alpha}$, $I_2$ (prostacyclin) and thromboxane ($TXA_2$) (2, 90, 103, 136). The initial step in prostanoid production is the liberation of arachidonic acid from membrane-bound phospholipids by phospholipase $A_2$. The cyclooxygenase enzyme (also termed prostaglandin H synthase) uses arachidonic acid as a substrate to generate the common prostanoid precursor, prostaglandin $H_2$ ($PGH_2$). Distinct downstream enzymes (including $PGI_2$ synthase and $TXA_2$ synthase) are then required to convert $PGH_2$ to the individual prostanoids (2, 90, 103, 136). Prostanoids are rapidly metabolized and therefore function as local modulators rather than circulating hormones (2, 90, 103, 136).

Cyclooxygenase (COX) exists in two isoforms that are structurally related. COX-1 is constitutively expressed in most cells and generates prostanoids that contribute to normal cellular functions, including regulation of platelet activity and gastric mucosal protection. COX-2 is not routinely present in most mammalian cells, but can be induced by inflammatory stimuli generating prostaglandins that contribute to inflammatory responses (2, 90, 103, 136).

2

Report of Dr Nicholas A Flavahan

Prostanoids regulate cell function by activating distinct receptors, e.g. $PGI_2$ activates IP receptors, $PGE_2$ activates EP receptors and $TXA_2$ (and $PGH_2$) activates TP receptors (67). Prostanoid receptors can also be activated by prostaglandin-like compounds (isoprostanes) that are formed by free radical-catalyzed peroxidation of arachidonic acid, independent of COX activity.

Aspirin inhibits the ability of COX to generate $PGH_2$ through acetylation of a specific serine residue (serine 530 of COX-1, or serine 516 of COX-2) (2, 90). Aspirin is 10 to 100-fold more potent at inhibiting COX-1 compared to COX-2 (2, 103) . Because of the irreversible nature of aspirin inhibition, cells must synthesize fresh COX enzyme to maintain production of prostanoids (2, 90). Circulating platelets lack nuclei and have limited capability for protein synthesis. Therefore, after exposure to aspirin, platelets, which express predominantly the COX-1 isoform (111, 145), are generally considered to have impaired COX activity for the lifetime of the cell (2, 49, 90). The cardioprotective effects of aspirin are thought to result from this prolonged, high-level inhibition of platelet COX-1 activity (2, 104). Traditional non-steroidal anti-inflammatory drugs (NSAIDs), e.g. ibuprofen and indomethacin, are reversible inhibitors of COX (124). Therefore, unlike aspirin, traditional NSAIDs must have continual access to COX to maintain enzyme inhibition. Furthermore, to provide an aspirin-like, prolonged high-level inhibition of platelet COX-1, these agents would need to provide effective inhibition of the platelet enzyme throughout the therapeutic dosing schedule. Although this is observed with some NSAIDs (e.g. naproxen, indobufen), long-term effective inhibition of platelet COX-1 is not a common feature of NSAIDs (17, 18, 80, 104, 132, 134, 146). NSAIDs that provide prolonged and effective inhibition of platelet COX-1 activity (e.g. naproxen, indobufen) are thought to confer an aspirin-like cardioprotective effect (104, 146). In contrast to aspirin and traditional

3

Report of Dr Nicholas A Flavahan

NSAIDs, vioxx and other clinically-used coxibs are highly-selective, reversible inhibitors of COX-2 (24).

## THE IMBALANCE THEORY

The imbalance theory proposes that vascular homeostasis is delicately balanced between the actions of two opposing prostanoids $TXA_2$ and $PGI_2$. Under this theory, $TXA_2$, which is generated by platelets and COX-1 activity, promotes platelet aggregation and vasoconstriction, whereas $PGI_2$ is a potent vasodilator and inhibitor of platelet aggregation, and is generated in endothelial cells following COX-2 action (39, 53, 54, 140). According to the imbalance theory, COX-2 inhibitors, by removing endothelium-derived $PGI_2$, will tip the balance in favor of $TXA_2$ precipitating vasoconstriction, platelet activation and vasculothrombotic complications (39, 53, 54, 140). However, this imbalance theory is based on multiple incorrect assumptions and is not plausible.

In Humans, Endothelium-Derived $PGI_2$ is Generated by COX-1 not COX-2

Endothelium-derived $PGI_2$ was originally considered to be generated by COX-1, a constitutively-expressed enzyme in endothelial cells, whereas COX-2 was considered to be an inducible enzyme that contributed to inflammatory responses (136-138). The concept that COX-2 was only inducible was challenged when selective COX-2 inhibitors (nimesulide, vioxx, celecoxib) reduced (up to 80%) the basal urinary excretion of a $PGI_2$ metabolite in healthy human volunteers (23, 40, 86, 122, 134). Although these results were unexpected, they merely demonstrated that COX-2 was not solely an inducible enzyme. The COX-2 enzyme is now known to be constitutively expressed in certain cells and organs (e.g. brain, kidney) (53, 90). However, the use of this urine analysis to propose that endothelial $PGI_2$ production is dependent on COX-2 (39, 53, 54, 105) is unfounded and inconsistent with numerous other studies.

4

$PGI_2$ does not act as a circulating hormone, but acts locally at its site of production (55, 58). Therefore, measuring urinary $PGI_2$ metabolites does not provide insight into the biological activity of $PGI_2$. Furthermore, the cellular source of the urinary metabolites has not been defined (40, 97). Prostaglandins can be generated by most cells and tissues, and $PGI_2$ synthase is widely expressed in human organs and tissues (91, 120). Furthermore, cells and tissues have considerable capacity to generate prostaglandins, which can exceed the normal biosynthetic rates observed *in vivo* (22). Therefore, generation of $PGI_2$ from non-endothelial sources could easily dominate the "systemic" profile of $PGI_2$ production. The metabolite that was analyzed in these urine studies is 2,3-dinor-6-keto $PGF_{1\alpha}$ (PGI-M). PGI-M is the major urinary metabolite of $PGI_2$ although it comprises only 7 to 8% of metabolized $PGI_2$ (14, 55). PGI-M can be generated in the liver by metabolism of 6-keto $PGF_{1\alpha}$, the more immediate hydration by-product of $PGI_2$ (14, 55). Analysis of urinary 6-keto $PGF_{1\alpha}$ has been proposed to reflect local generation of $PGI_2$ from the kidney, whereas PGI-M has been proposed to reflect systemic, non-renal generation of $PGI_2$ (22, 23, 86). However, metabolism of $PGI_2$ to PGI-M also occurs in the kidney (134). The kidney has high constitutive expression of COX-2 (125) and $PGI_2$ synthase (63) and could therefore contribute significantly to urinary levels of both 6-keto $PGF_{1\alpha}$ and PGI-M.

Direct analysis of the human vascular system provides convincing evidence that the endothelial production of $PGI_2$ is dependent on the COX-1 enzyme. Indeed, endothelial cells lining human blood vessels do not express COX-2 under physiological conditions (3, 6, 8, 70, 87, 96, 99, 118). Sensitive molecular, biochemical and immunochemical techniques have demonstrated that native endothelial cells express high levels of COX-1, but do not express COX-2 in human coronary arteries, coronary arterioles, carotid arteries, aorta, femoral arteries, internal mammary arteries, pulmonary arteries, umbilical arteries, pulmonary veins, umbilical

5

Report of Dr Nicholas A Flavahan

veins, and saphenous veins (3, 6, 8, 70, 87, 96, 99, 118). Functional studies in human volunteers and human blood vessels have also demonstrated that endothelial generation of $PGI_2$ is determined by COX-1 not COX-2. The local vascular production of $PGI_2$ occurring in response to vascular injury in human volunteers was not affected by selective inhibition of COX-2 with vioxx, but was abolished by low doses of aspirin (35 to 75 mg/day) (77, 132). Aspirin is a preferential inhibitor of the COX-1 enzyme (2, 103). Indeed, the basal urinary excretion of PGI-M, which is mediated primarily by COX-2 (23, 40, 86, 122, 134), was either unaffected or minimally affected by low doses of aspirin (<160 mg/day) (10, 12, 13, 18, 56, 57, 75, 93, 101). However, these same low doses of aspirin (<160 mg/day) dramatically inhibited the vascular and endothelial production of $PGI_2$ from human aorta, mesenteric arteries, mesenteric veins, forearm veins and saphenous veins (65, 71, 106, 107, 129). After ingestion of these low doses, the systemic circulating levels of aspirin are sufficient to inhibit COX-1 but not COX-2 (9, 35, 46, 47, 56, 74, 89). The effects of low dose aspirin therefore confirm: i) that analyzing the basal urinary excretion of PGI-M is not a sensitive or reliable measure of endothelial $PGI_2$ production, and ii) that endothelial $PGI_2$ is generated from the COX-1 not the COX-2 enzyme. The production of $PGI_2$ from human endothelial cells can be increased in response to endothelial cell activation with bradykinin (37, 68). Systemic administration of bradykinin to human volunteers increased the basal urinary excretion of PGI-M by 5 to 6-fold (37, 68). Although a low dose of aspirin (75 mg/day) did not inhibit the COX-2 mediated basal urinary excretion of PGI-M, it abolished the increase in PGI-M occurring in response to bradykinin (37). Therefore, activation of the endothelium in human volunteers generates $PGI_2$ (and urinary PGI-M) that is dependent on COX-1.

6

Report of Dr Nicholas A Flavahan

In an attempt to support COX-2 expression in human endothelium, Fitzgerald and colleagues (53, 54, 105) rely on a study by Topper et al (128), which analyzed endothelial cells cultured from human umbilical veins. Topper et al (128) demonstrated that when the cultured endothelial cells were exposed acutely (6 to 24 hours) to shear stress (to mimic arterial levels of blood flow), there was a small increase in expression of COX-2. Based on this observation, Fitzgerald and colleagues (53, 54, 105) propose that chronic exposure of endothelial cells to blood flow *in vivo* will stimulate expression of the COX-2 enzyme, and so enable COX-2-dependent endothelial generation of $PGI_2$. This proposal is inappropriate, and ignores the convincing evidence that native endothelial cells lining human blood vessels do not express COX-2, and that endothelial $PGI_2$ production is dependent on COX-1. Although cultured endothelial cells are a useful experimental technique, the isolation and forced proliferation of these cells on plastic generates cells that are markedly different from native endothelium. Furthermore, when initially exposed to shear stress (as performed by Topper et al), these cultured cells reposition themselves to align with the direction of the shear stress. The alignment process takes approximately 24 hours (42, 43). To determine whether COX-2 is increased under physiological conditions, Topper et al should have analyzed the endothelial cells after they had completed this process. Indeed, when this is done and the cultured cells are exposed to more prolonged shear stress (7 days), COX-2 expression is no longer increased (45). Therefore, chronic physiological shear stress, as proposed by Fitzgerald and colleagues (53, 54, 105), does not induce COX-2 in human endothelial cells. Indeed, the expression of COX-2 in these cultured endothelial cells is actually an artifact of culturing the cells, because COX-2 is not expressed in the native blood vessel (99).

There is therefore no plausible evidence to support the proposal that human endothelial $PGI_2$ is dependent on COX-2 activity. In fact, based on direct analysis of COX expression

7

Report of Dr Nicholas A Flavahan

in human blood vessels, and functional studies analyzing the generation of $PGI_2$ from the human vascular system *in vivo* and *in vitro*, there is overwhelming evidence that human endothelial $PGI_2$ is dependent on the COX-1 enzyme.

The Complex Regulation of Human Circulatory Homeostasis

The imbalance theory is also artificially focused on the role of two prostanoids in regulating thrombotic and vascular mechanisms, and fails to address important roles played by numerous COX-independent mediators. When compared to $PGI_2$ and $TXA_2$, many of these mediators are superior in terms of their antithrombotic/vasodilator and prothrombotic/vasoconstrictor activities, respectively (2, 38, 51, 72, 142).   The imbalance theory also ignores another important COX-dependent mediator.   Human atherosclerotic lesions generate significant quantities of $PGE_2$ (112). $PGE_2$ acts in a similar manner to $TXA_2$ (and opposite to $PGI_2$) by increasing platelet activity (50) and by stimulating vasoconstriction of human coronary arteries (60).   It is also highly atherogenic (30, 88).

Thrombosis results from complex interactions between coagulation factors and cellular components present in blood.   Platelets circulate in an inactive state and under normal conditions do not adhere to the blood vessel wall (2, 38, 51, 72, 142).   Following vascular (and endothelial) injury, the antithrombotic properties of the endothelium are lost and the underlying matrix is exposed.   Platelets express adhesion receptors for matrix (and matrix-associated) proteins and avidly adhere to the injured vessel surface (2, 38, 51, 72, 142).   Adhesion causes activation of platelets, which results in increased avidity of adhesion receptors (including the fibrinogen receptor, GPIIb/IIIa), expulsion of granule contents and an altered shape of the platelet, which includes altered orientation of plasma membrane lipids exposing a phosphatidyserine-rich surface (2, 38, 51, 72, 142). This cellular surface is important for

8

Report of Dr Nicholas A Flavahan

assembly of the macromolecular enzymatic complexes of the coagulation system, which culminates in the explosive generation of thrombin (2, 38, 51, 72, 142). During the initial stages of thrombosis, activated platelets recruit and activate additional platelets. This is mediated by a myriad of platelet activators (or agonists) released by adherent and aggregating platelets, including adenosine diphosphate (ADP), serotonin, and $TXA_2$ (2, 38, 51, 72, 142). As described above, aspirin irreversibly inhibits COX-1 and $TXA_2$ generation by platelets. Although aspirin is a potent inhibitor of platelet aggregation in response to the COX precursor, arachidonic acid, it is a relatively weak inhibitor when platelets are stimulated by other agents, including ADP and thrombin (2, 38, 51, 72, 142). Thrombin, which is generated during thrombosis, is a powerful platelet activator and vasoconstrictor. It is also responsible for causing further activation of coagulation factors (and further generation of thrombin) as well as the cleavage of soluble fibrinogen into insoluble fibrin, the structural support for the developing thrombus (2, 38, 51, 72, 142). Another important component of the thrombotic process is Tissue Factor (TF). TF is expressed by a variety of blood vessel cells that normally do not come into contact with flowing blood, including smooth muscle cells and macrophages (2, 38, 51, 72, 142). In the setting of plaque rupture, the acellular core contains tremendous quantities of TF (derived from dead and dying macrophages), which can be released into the developing thrombus (1, 38, 66, 133, 141). TF activates the "extrinsic" pathway of coagulation, culminating in the generation of thrombin (2, 38, 51, 72, 142).

Powerful endogenous anti-thrombotic mediators are present in circulating blood and are generated by vascular endothelial cells (2, 38, 51, 72, 142). Endothelial cells also function passively to physically separate coagulation factors and cellular components of blood from the prothrombotic environment of the subendothelium. Active antithrombotic mechanisms

9

Report of Dr Nicholas A Flavahan

generated by endothelial cells include: i) Tissue Factor Pathway Inhibitor (TFPI), which inhibits the TF-dependent "extrinsic" pathway of coagulation at multiple points, ii) Thrombomodulin, a membrane-bound protein that binds to thrombin and terminates its prothrombotic activity while generating an important antithrombotic mediator (the thrombin:thrombomodulin complex activates protein C, which inactivates several prothrombotic coagulation factors), and iii) CD39 and CD73 which degrade the important platelet activator ADP, converting it to adenosine, which inhibits platelet activation (2, 38, 51, 72, 84, 142).

Under physiological conditions, endothelial cells release two additional chemical mediators ($PGI_2$, and nitric oxide or NO) which act locally to inhibit platelet activity and relax smooth muscle cells (causing vasodilation) (72, 142). Whereas $PGI_2$ is generated from COX-1, NO is produced by a distinct enzyme system (NO synthase or NOS) (72, 142). The basal production of these mediators can be rapidly increased following endothelial cell activation by numerous stimuli. Importantly, mediators generated by the thrombotic process (ADP, serotonin, thrombin) can activate endothelial cells to release NO and prostacyclin (72, 142). Endothelium-derived NO is a more effective inhibitor of platelet function compared to $PGI_2$ and, unlike $PGI_2$, NO contributes to the anti-adhesive function of the endothelium (4, 109, 110, 130). Furthermore, when endothelial dilator function is assessed either in isolated human blood vessels or in human volunteers (including coronary arteries), the predominant mediator is NO with little or no contribution from $PGI_2$ (68, 83). Indeed, when human platelets were allowed to aggregate on coronary arteries from patients with coronary artery disease, the resulting endothelium-dependent response was mediated by ADP-stimulated endothelial generation of NO, with no role for $PGI_2$ (60). Platelet-derived serotonin can also activate the endothelium to cause vasodilatation; however in individuals with coronary artery disease, serotonin actually initiates

10

Report of Dr Nicholas A Flavahan

vasoconstriction (62). Serotonin-induced vasoconstriction of coronary arteries from patients with symptomatic atherosclerotic disease is mediated by the COX-2-dependent generation of $TXA_2$, and is inhibited by COX-2 selective inhibitors (87).

## COX-2 Inhibitors and Human Circulatory Homeostasis

If the imbalance theory were correct, then COX-2 inhibitors, by reducing critical levels of endothelium-derived $PGI_2$, would increase the activity of platelets and increase susceptibility to thrombosis. Measuring circulating levels of platelet or thrombotic activity is prone to error because platelet aggregation can occur at the sampling site (102). An alternate approach is to measure the major urinary metabolites of $TXA_2$, 2,3,-dinor-$TXB_2$ and 11-dehydro-$TXB_2$, which obviates the need to injure the blood vessel wall (20, 102). The level of these urinary $TXA_2$ metabolites, which reflect predominantly platelet-derived $TXA_2$, have been used to monitor platelet activity in human disease processes (20, 21, 52, 79, 82, 102, 148). Numerous studies have demonstrated that administration of vioxx or other selective COX-2 inhibitors does not increase urinary levels of 2,3,-dinor-$TXB_2$ and 11-dehydro-$TXB_2$ either from healthy individuals or from patients with cardiovascular or atherosclerotic disease who have evidence of increased platelet and thrombotic activity (6, 23, 26, 40, 41, 85, 86, 122, 134). Indeed, COX-2 inhibition did not increase the already heightened $TXA_2$ metabolite levels occurring in patients with atherosclerotic disease or the dramatic increase following invasive vascular surgery (6). Likewise, vioxx and other COX-2 inhibitors did not increase plasma markers of platelet activation (including $TXB_2$, CD40 ligand, P-selectin, platelet factor 4) in smokers or patients with severe coronary artery disease (25, 85). Furthermore, vioxx did not accelerate the thrombotic process occurring in response to a standardized skin incision: vioxx did not increase the local generation of $TXA_2$ or thrombin, and did not shorten the bleeding time (132, 134).

11

Report of Dr Nicholas A Flavahan

Therefore, there is overwhelming evidence that vioxx and other COX-2 inhibitors do not cause a pathological imbalance in human circulatory homeostasis.

**The imbalance theory is therefore flawed at multiple levels. In humans, the endothelial generation of $PGI_2$ is mediated by the COX-1 not the COX-2 enzyme. Furthermore, vascular homeostasis is not determined solely by a balance between platelet-derived $TXA_2$ and endothelium-derived $PGI_2$. There are numerous other endothelium, platelet, blood and vascular derived mediators that regulate vascular homeostasis. There is no sound scientific evidence that selective COX-2 inhibitors pathologically disrupt this vascular homeostatic balance in humans, and considerable evidence that they do not increase platelet or thrombotic activity.**

## ROLE AND REGULATION OF COX-2 IN HUMAN ATHEROSCLEROSIS

Our understanding of the atherosclerotic disease process has evolved over the last three decades (113-115). The disease was originally proposed to be initiated by the loss of the endothelial cell lining with subsequent deposition and activation of platelets, which then stimulated remodeling of the blood vessel wall (115). However, analysis of atherosclerotic lesions and their underlying mechanisms has demonstrated that atherosclerosis is primarily an inflammatory disease, with endothelial disruption occurring much later in the disease process (e.g. during plaque rupture) (113). Atherosclerosis is initiated by the deposition and modification of lipids in the subendothelial layer of blood vessels (1, 66). One of the earliest features of the disease is recruitment of monocytes into the subendothelial space by activated endothelial cells. The evolving atherosclerotic lesion represents a coordinated interaction between the endothelium, monocyte/macrophages and smooth muscle cells (1, 66). Monocyte-derived macrophages attempt to remove the modified lipids. However, they become engorged

12

with lipid, are then unable to leave the lesion and eventually die, releasing their lipid content into the developing lesion. These engorged "foam cells" and extracellular lipid droplets form a core region within the atherosclerotic lesion. Smooth muscle cells, which expand within the developing lesion in response to factors released by activated endothelial cells, are responsible for producing matrix proteins including collagen that provide strength and stability to the lesion (1, 66). Indeed, the atherosclerotic plaque can remain relatively stable in which a cap of smooth muscle cells and matrix proteins covers the lipid core. Alternatively, the plaque can develop into a chronic active inflammatory lesion with accumulation and activation of macrophages and T cells. These cells stimulate new blood vessel growth within the lesion (angiogenesis), kill the smooth muscle cells (apoptosis), and remodel and weaken the stabilizing matrix. Macrophage-mediated inflammatory destruction and remodeling within the plaque can result in rupture of the fibrous cap, precipitating thrombosis and luminal occlusion. Plaque rupture is the principal mechanism underlying acute coronary syndromes such as unstable angina, myocardial infarction and sudden cardiac death (1, 66, 133).

Atherosclerosis in humans is associated with increased expression of COX-2 and COX-1 in coronary, carotid, femoral arteries and aorta (3, 6, 34, 70, 118, 121). Although both enzymes are associated with the endothelium and smooth muscle of atherosclerotic arteries, the predominant expression of COX-2 is localized to macrophages within the lesion (3, 34, 70, 118, 121) and to the endothelium of angiogenic vessels supplying the lesion (3, 34, 70, 118, 121). The expression of COX-2 (but not COX-1) is further increased in unstable symptomatic lesions (associated with ischemic events) compared to stable asymptomatic lesions (34, 118). Increased COX-2 expression is paralleled by increases in the expression of $PGE_2$ synthase and activation of the matrix metalloproteinases MMP2 and MMP9, which all colocalize with macrophages in the

13

Report of Dr Nicholas A Flavahan

atherosclerotic lesion (3, 34).   The co-localization and functional coupling of COX-2, $PGE_2$ synthase and active MMPs with activated macrophages is highly significant (3, 34, 35).  $PGE_2$ is considered to be one of the most atherogenic prostanoids, acting to increase vascular permeability, promote macrophage chemotaxis and lipid retention (30, 31, 34, 35).  Importantly, $PGE_2$ can increase the susceptibility of plaques to rupture, is a powerful stimulus for platelet aggregation and thrombosis, and initiates constriction of human coronary arteries (50, 60, 88). The levels of $PGE_2$ are approximately 6-fold higher in symptomatic compared to asymptomatic plaques, and appear to be derived principally from COX-2 in macrophages (27, 30, 31).  Indeed, progression of human atherosclerotic lesions is associated with diminishing generation of $PGI_2$, which may reflect inactivation of $PGI_2$ synthase (153), and increasing generation of $PGE_2$ (69, 70, 73, 112, 119).

    $PGE_2$ stimulates the production and activation of MMPs from macrophages (30, 31, 34, 35). These enzymes can degrade all components of the blood vessel matrix and represent the principal mechanism for collagen breakdown and cap weakness (30, 31, 34, 35, 51).  $PGE_2$ derived from macrophages can also kill smooth muscle cells (143), further weakening the atherosclerotic plaque.  Thinning of the fibrous cap is a key feature of unstable plaques, with ruptured plaques containing less matrix proteins (including collagen) than stable plaques (30, 31, 34, 88).  Inhibition of $PGE_2$ receptors reduces the production of MMPs from plaque-derived macrophages (31).  Furthermore, the stabilization of atherosclerotic plaques following treatment with statins or an angiotensin inhibitor is associated with decreased expression of COX-2 and $PGE_2$ synthase, with a concomitant reduction in MMP activity (28-30, 32, 88).

    The prominent localization of COX-2 within angiogenic blood vessels of the lesion is also highly significant (3, 34, 118, 121).  COX-2 is an important promoter of angiogenesis in a

14

Report of Dr Nicholas A Flavahan

number of pathological conditions, including tumor growth and metastases, rheumatoid arthritis and retinopathy (61, 131, 149, 151). The growth of new blood vessels in atherosclerotic lesions is thought to play a crucial role in enabling expansion of the plaque, delivering inflammatory cells to the lesion and ultimately facilitating rupture of the plaque through intralesional hemorrhage (44, 94, 95, 141). Angiogenesis inhibitors are currently being investigated as a therapeutic strategy to inhibit lesion development and prevent plaque rupture in atherosclerosis (94, 95, 141).

An important single nucleotide polymorphism (SNP) is present in the promoter region of the COX-2 gene (33, 36, 100). Promoter regions regulate the transcriptional activity of a gene, and ultimately the expression of the gene product (the protein or enzyme). The COX-2 SNP (-765G to C) is located in a key regulatory site of the promoter, and the C variant decreases the promoter activity of the COX-2 gene and reduces expression of the COX-2 enzyme (33, 36, 100). Individuals with the C variant have a much lower risk of myocardial infarction and stroke compared to those with the G variant, and this protective effect is associated with reduced expression of COX-2 and MMPs and more stable atherosclerotic lesions (36).

As occurs under physiological conditions, the endothelial and vascular generation of $PGI_2$ occurring in human atherosclerosis appears to be derived predominantly from the COX-1 enzyme. The basal and stimulated production of $PGI_2$ from human atherosclerotic arteries is impressively inhibited by low doses of aspirin (20 to 150 mg/day) (129, 147), which act preferentially to inhibit COX-1. Likewise, the local vascular production of $PGI_2$ in response to vascular injury in patients with atherosclerosis was abolished by a low dose of aspirin (50 mg/day) (78). In contrast, circulating levels of $PGI_2$ (assessed using 6-keto-$PGF_{1\alpha}$) in patients with coronary artery disease were not affected by selective inhibition of COX-2 using vioxx or

15

Report of Dr Nicholas A Flavahan

celecoxib (25, 76).  Human atherosclerosis is associated with an approximate doubling of the urinary excretion of the $PGI_2$ metabolite PGI-M (6, 59).  As with healthy individuals, the source of this $PGI_2$ has not been determined.  Although urinary excretion of PGI-M in healthy volunteers was resistant to inhibition by aspirin (10, 12, 13, 18, 56, 57, 75, 101), the increased urinary excretion of PGI-M in atherosclerotic patients was significantly inhibited (by approximately 50%) by low doses of aspirin (40 mg to 50 mg/day) (19, 75).  The increased urinary excretion PGI-M in atherosclerotic patients is therefore associated with COX-1 activity.

Several studies have analyzed the influence of COX-2 inhibitors on endothelium-dependent vasodilation in patients with coronary artery disease.  Endothelial dilator function is a sensitive indicator of the atherosclerotic disease process, with diminished activity occurring at an early stage of the disease process.  Indeed, diminished endothelial dilator function can be predictive of poor outcome (64, 117, 123, 140).  If endothelium-derived prostacyclin, generated from the COX-2 enzyme were contributing significantly to the dilator function of the endothelium, then COX-2 inhibitors should inhibit endothelium-dependent relaxation in these patients.  However, vioxx had no effect on endothelium-dependent dilation after short or long term use (1 week to 6 months) (11, 81, 92, 126, 127). A similar lack of effect was observed in healthy individuals (139).  However, in patients with coronary heart disease, short and long-term (1 week to 6 months) treatment with vioxx had beneficial effects to reduce circulating levels of inflammatory mediators including C-reactive protein (CRP) and interleukin-6 (IL-6), and to reduce levels of oxidative stress, all of which can negatively impact endothelium-dependent relaxation and vascular health (11, 81, 92).  Two additional studies observed no effect of vioxx (4 to 8 weeks) on CRP levels in patients with low levels of CRP (126, 127), which may reflect selection of lower-risk patients (11).

16

Report of Dr Nicholas A Flavahan

These results indicate that COX-2 has important pro-inflammatory, pro-atherogenic and pro-thrombotic effects in human atherosclerotic disease. Furthermore, in human atherosclerotic lesions, COX-1 is still the predominant source of vascular $PGI_2$, whereas COX-2 is linked to generation of alternate prostanoids, including the pro-atherothrombotic mediators $PGE_2$ and $TXA_2$. COX-2 inhibitors should not accelerate the atherothrombotic process, and would be expected to provide a stabilizing influence on atherosclerotic lesions.

## OBSERVATIONS IN ANIMAL MODELS OF ATHEROSCLEROSIS

A number of animal models of atherosclerosis have been developed. Mice are normally resistant to atherosclerosis due to high levels of anti-atherogenic HDL and low levels of pro-atherogenic lipoproteins (VLDL and LDL). Therefore, studies have traditionally been performed using rabbits and pigs that are fed a high fat diet. However, because of their ease of use, mice have been genetically-engineered to develop atherosclerosis either spontaneously or following chronic ingestion of a high-fat diet (152). Mice are now the most commonly used laboratory model for atherosclerosis, with most studies involving mice lacking genes for apolipoprotein E (ApoE$^{-/-}$) or the LDL receptor (LDLR$^{-/-}$). Although mice represent an attractive model, there are significant limitations in their relevance to the human disease process (108, 135, 152).

Atherosclerotic lesion development in ApoE$^{-/-}$ and LDLR$^{-/-}$ mice was inhibited by selective COX-2 inhibition with Vioxx or by generating animals with macrophages that could not express COX-2 (15, 16). Although the selective COX-2 inhibitor NS-398 also reduced lesion development in ApoE$^{-/-}$ mice (16), other COX-2 inhibitors including celecoxib and SC-236 had no apparent effect in this model (5, 7). The selective COX-2 inhibitor MF-tricyclic was reported to increase the rate of early lesion development following short-term administration (3 weeks) (116), but to have no effect during long-term administration and more advanced lesion

17

Report of Dr Nicholas A Flavahan

development (4 months) in ApoE-/- mice (98). In LDLR$^{-/-}$ or double LDLR$^{-/-}$ ApoE$^{-/-}$ knockout mice fed high-fat diets, the selective COX-2 inhibitors (nimesulide, MF-tricyclic) did not significantly affect lesion development (48, 105).

In a rabbit model of atherosclerosis, selective inhibition of COX-2 with celecoxib inhibited the development of atherosclerotic lesions, which was associated with reduced macrophage infiltration and decreased activity of MMPs (144). Furthermore, in a distinct model of rabbit atherosclerosis, the generation of PGI$_2$ from atherosclerotic arteries was dependent on COX-1 not COX-2 activity, and was not affected by Vioxx (150).

Despite the limitations in extrapolating from animal models of atherosclerosis to the human disease, the results are consistent with observations made in patients with atherosclerosis, indicating that: i) PGI$_2$ production in atherosclerosis is determined by COX-1 not COX-2, ii) COX-2 is functionally coupled with macrophage and MMP activity, and iii) COX-2 inhibition may have therapeutic benefits in atherosclerosis.

In conclusion, based on direct analysis of COX expression in human blood vessels, and functional studies analyzing the generation of PGI$_2$ from the human vascular system *in vivo* and *in vitro*, there is overwhelming evidence that human endothelial PGI$_2$ is dependent on the COX-1 enzyme. There is no sound scientific evidence that selective COX-2 inhibitors pathologically disrupt vascular homeostasis. Furthermore, COX-2 generates important pro-inflammatory, pro-atherogenic and pro-thrombotic activity in human atherosclerotic disease. Therefore, COX-2 inhibitors should not accelerate the atherothrombotic process, and would be expected to provide a stabilizing influence on atherosclerotic lesions.

18

Report of Dr Nicholas A Flavahan

## REFERENCES

1.      Aikawa M and Libby P. The vulnerable atherosclerotic plaque: pathogenesis and therapeutic approach. *Cardiovasc Pathol* 13: 125-138, 2004.

2.      Awtry EH and Loscalzo J. Aspirin. *Circulation* 101: 1206-1218, 2000.

3.      Baker CS, Hall RJ, Evans TJ, Pomerance A, Maclouf J, Creminon C, Yacoub MH, and Polak JM. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. *Arterioscler Thromb Vasc Biol* 19: 646-655, 1999.

4.      Bath PM, Hassall DG, Gladwin AM, Palmer RM, and Martin JF. Nitric oxide and prostacyclin. Divergence of inhibitory effects on monocyte chemotaxis and adhesion to endothelium in vitro. *Arterioscler Thromb* 11: 254-260, 1991.

5.      Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, and Rosenfeld ME. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res* 60: 198-204, 2003.

6.      Belton O, Byrne D, Kearney D, Leahy A, and Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation* 102: 840-845, 2000.

7.      Belton OA, Duffy A, Toomey S, and Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. *Circulation* 108: 3017-3023, 2003.

8.      Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, and Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. *Arterioscler Thromb Vasc Biol* 17: 1644-1648, 1997.

9.      Blanco FJ, Guitian R, Moreno J, de Toro FJ, and Galdo F. Effect of antiinflammatory drugs on COX-1 and COX-2 activity in human articular chondrocytes. *J Rheumatol* 26: 1366-1373, 1999.

10.     Bode-Boger SM, Boger RH, Schubert M, and Frolich JC. Effects of very low dose and enteric-coated acetylsalicylic acid on prostacyclin and thromboxane formation and on bleeding time in healthy subjects. *Eur J Clin Pharmacol* 54: 707-714, 1998.

11.     Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, and Dagenais GR. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. *Circulation* 110: 934-939, 2004.

20

Report of Dr Nicholas A Flavahan

12.   Boger RH, Bode-Boger SM, Schroder EP, Tsikas D, and Frolich JC. Increased prostacyclin production during exercise in untrained and trained men: effect of low-dose aspirin. *J Appl Physiol* 78: 1832-1838, 1995.

13.   Braden GA, Knapp HR, and FitzGerald GA. Suppression of eicosanoid biosynthesis during coronary angioplasty by fish oil and aspirin. *Circulation* 84: 679-685, 1991.

14.   Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, and FitzGerald GA. Metabolic disposition of prostacyclin in humans. *J Pharmacol Exp Ther* 226: 78-87, 1983.

15.   Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, and Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation* 105: 1816-1823, 2002.

16.   Burleigh ME, Babaev VR, Yancey PG, Major AS, McCaleb JL, Oates JA, Morrow JD, Fazio S, and Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. *J Mol Cell Cardiol* 39: 443-452, 2005.

17.   Capone ML, Sciulli MG, Tacconelli S, Grana M, Ricciotti E, Renda G, Di Gregorio P, Merciaro G, and Patrignani P. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. *J Am Coll Cardiol* 45: 1295-1301, 2005.

18.   Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, and Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation* 109: 1468-1471, 2004.

19.   Carlsson I, Benthin G, Petersson AS, and Wennmalm A. Differential inhibition of thromboxane A2 and prostacyclin synthesis by low dose acetylsalicylic acid in atherosclerotic patients. *Thromb Res* 57: 437-444, 1990.

20.   Catella F and FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. *Thromb Res* 47: 647-656, 1987.

21.   Catella F, Healy D, Lawson JA, and FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. *Proc Natl Acad Sci U S A* 83: 5861-5865, 1986.

22.   Catella F, Nowak J, and Fitzgerald GA. Measurement of renal and non-renal eicosanoid synthesis. *Am J Med* 81: 23-29, 1986.

23.   Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, and FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 289: 735-741, 1999.

Report of Dr Nicholas A Flavahan

24.     Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, and et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. *J Pharmacol Exp Ther* 290: 551-560, 1999.

25.     Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, and Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation* 107: 405-409, 2003.

26.     Ciabattoni G, Porreca E, Di Febbo C, Di Iorio A, Paganelli R, Bucciarelli T, Pescara L, Del Re L, Giusti C, Falco A, Sau A, Patrono C, and Davi G. Determinants of platelet activation in Alzheimer's disease. *Neurobiol Aging*, 2006.

27.     Cipollone F, Fazia M, Iezzi A, Ciabattoni G, Pini B, Cuccurullo C, Ucchino S, Spigonardo F, De Luca M, Prontera C, Chiarelli F, Cuccurullo F, and Mezzetti A. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. *Arterioscler Thromb Vasc Biol* 24: 1259-1265, 2004.

28.     Cipollone F, Fazia M, Iezzi A, Pini B, Cuccurullo C, Zucchelli M, de Cesare D, Ucchino S, Spigonardo F, De Luca M, Muraro R, Bei R, Bucci M, Cuccurullo F, and Mezzetti A. Blockade of the angiotensin II type 1 receptor stabilizes atherosclerotic plaques in humans by inhibiting prostaglandin E2-dependent matrix metalloproteinase activity. *Circulation* 109: 1482-1488, 2004.

29.     Cipollone F, Fazia M, Iezzi A, Zucchelli M, Pini B, De Cesare D, Ucchino S, Spigonardo F, Bajocchi G, Bei R, Muraro R, Artese L, Piattelli A, Chiarelli F, Cuccurullo F, and Mezzetti A. Suppression of the functionally coupled cyclooxygenase-2/prostaglandin E synthase as a basis of simvastatin-dependent plaque stabilization in humans. *Circulation* 107: 1479-1485, 2003.

30.     Cipollone F, Fazia M, and Mezzetti A. Novel determinants of plaque instability. *J Thromb Haemost* 3: 1962-1975, 2005.

31.     Cipollone F, Fazia ML, Iezzi A, Cuccurullo C, De Cesare D, Ucchino S, Spigonardo F, Marchetti A, Buttitta F, Paloscia L, Mascellanti M, Cuccurullo F, and Mezzetti A. Association between prostaglandin E receptor subtype EP4 overexpression and unstable phenotype in atherosclerotic plaques in human. *Arterioscler Thromb Vasc Biol* 25: 1925-1931, 2005.

32.     Cipollone F, Fazia ML, and Mezzetti A. Role of angiotensin II receptor blockers in atherosclerotic plaque stability. *Expert Opin Pharmacother* 7: 277-285, 2006.

Report of Dr Nicholas A Flavahan

33.     Cipollone F and Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? *Arterioscler Thromb Vasc Biol* 22: 1516-1518, 2002.

34.     Cipollone F, Prontera C, Pini B, Marini M, Fazia M, De Cesare D, Iezzi A, Ucchino S, Boccoli G, Saba V, Chiarelli F, Cuccurullo F, and Mezzetti A. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. *Circulation* 104: 921-927, 2001.

35.     Cipollone F, Rocca B, and Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. *Arterioscler Thromb Vasc Biol* 24: 246-255, 2004.

36.     Cipollone F, Toniato E, Martinotti S, Fazia M, Iezzi A, Cuccurullo C, Pini B, Ursi S, Vitullo G, Averna M, Arca M, Montali A, Campagna F, Ucchino S, Spigonardo F, Taddei S, Virdis A, Ciabattoni G, Notarbartolo A, Cuccurullo F, and Mezzetti A. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. *Jama* 291: 2221-2228, 2004.

37.     Clarke RJ, Mayo G, Price P, and FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. *N Engl J Med* 325: 1137-1141, 1991.

38.     Conde ID and Kleiman NS. Arterial thrombosis for the interventional cardiologist: from adhesion molecules and coagulation factors to clinical therapeutics. *Catheter Cardiovasc Interv* 60: 236-246, 2003.

39.     Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. *Science* 306: 384-385, 2004.

40.     Cullen L, Kelly L, Connor SO, and Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. *J Pharmacol Exp Ther* 287: 578-582, 1998.

41.     Davi G, Neri M, Falco A, Festi D, Taraborelli T, Ciabattoni G, Basili S, Cuccurullo F, and Patrono C. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. *Arterioscler Thromb Vasc Biol* 25: 246-251, 2005.

42.     Davies PF. Flow-mediated endothelial mechanotransduction. *Physiol Rev* 75: 519-560, 1995.

43.     Davies PF. Overview: temporal and spatial relationships in shear stress-mediated endothelial signalling. *J Vasc Res* 34: 208-211, 1997.

44.     de Boer OJ, van der Wal AC, Teeling P, and Becker AE. Leucocyte recruitment in rupture prone regions of lipid-rich plaques: a prominent role for neovascularization? *Cardiovasc Res* 41: 443-449, 1999.

Report of Dr Nicholas A Flavahan

45.     Dekker RJ, van Soest S, Fontijn RD, Salamanca S, de Groot PG, VanBavel E, Pannekoek H, and Horrevoets AJ. Prolonged fluid shear stress induces a distinct set of endothelial cell genes, most specifically lung Kruppel-like factor (KLF2). *Blood* 100: 1689-1698, 2002.

46.     Demasi M, Caughey GE, James MJ, and Cleland LG. Assay of cyclooxygenase-1 and 2 in human monocytes. *Inflamm Res* 49: 737-743, 2000.

47.     Dooley CM, Devocelle M, McLoughlin B, Nolan KB, Fitzgerald DJ, and Sharkey CT. A novel family of hydroxamate-based acylating inhibitors of cyclooxygenase. *Mol Pharmacol* 63: 450-455, 2003.

48.     Egan KM, Wang M, Fries S, Lucitt MB, Zukas AM, Pure E, Lawson JA, and FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation* 111: 334-342, 2005.

49.     Evangelista V, Manarini S, Di Santo A, Capone ML, Ricciotti E, Di Francesco L, Tacconelli S, Sacchetti A, D'Angelo S, Scilimati A, Sciulli MG, and Patrignani P. De novo synthesis of cyclooxygenase-1 counteracts the suppression of platelet thromboxane biosynthesis by aspirin. *Circ Res* 98: 593-595, 2006.

50.     Fabre JE, Nguyen M, Athirakul K, Coggins K, McNeish JD, Austin S, Parise LK, FitzGerald GA, Coffman TM, and Koller BH. Activation of the murine EP3 receptor for PGE2 inhibits cAMP production and promotes platelet aggregation. *J Clin Invest* 107: 603-610, 2001.

51.     Faxon DP, Fuster V, Libby P, Beckman JA, Hiatt WR, Thompson RW, Topper JN, Annex BH, Rundback JH, Fabunmi RP, Robertson RM, and Loscalzo J. Atherosclerotic Vascular Disease Conference: Writing Group III: pathophysiology. *Circulation* 109: 2617-2625, 2004.

52.     Fitzgerald DJ, Roy L, Catella F, and FitzGerald GA. Platelet activation in unstable coronary disease. *N Engl J Med* 315: 983-989, 1986.

53.     FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. *Am J Cardiol* 89: 26D-32D, 2002.

54.     Fitzgerald GA. Coxibs and cardiovascular disease. *N Engl J Med* 351: 1709-1711, 2004.

55.     FitzGerald GA, Brash AR, Falardeau P, and Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. *J Clin Invest* 68: 1272-1276, 1981.

56.     FitzGerald GA and Oates JA. Selective and nonselective inhibition of thromboxane formation. *Clin Pharmacol Ther* 35: 633-640, 1984.

24

Report of Dr Nicholas A Flavahan

57.    FitzGerald GA, Oates JA, Hawiger J, Maas RL, Roberts LJ, 2nd, Lawson JA, and Brash AR. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. *J Clin Invest* 71: 676-688, 1983.

58.    FitzGerald GA, Pedersen AK, and Patrono C. Analysis of prostacyclin and thromboxane biosynthesis in cardiovascular disease. *Circulation* 67: 1174-1177, 1983.

59.    FitzGerald GA, Smith B, Pedersen AK, and Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. *N Engl J Med* 310: 1065-1068, 1984.

60.    Forstermann U, Mugge A, Alheid U, Bode SM, and Frolich JC. Endothelium-derived relaxing factor (EDRF): a defence mechanism against platelet aggregation and vasospasm in human coronary arteries. *Eur Heart J* 10 Suppl F: 36-43, 1989.

61.    Gately S and Li WW. Multiple roles of COX-2 in tumor angiogenesis: a target for antiangiogenic therapy. *Semin Oncol* 31: 2-11, 2004.

62.    Golino P, Piscione F, Willerson JT, Cappelli-Bigazzi M, Focaccio A, Villari B, Indolfi C, Russolillo E, Condorelli M, and Chiariello M. Divergent effects of serotonin on coronary-artery dimensions and blood flow in patients with coronary atherosclerosis and control patients. *N Engl J Med* 324: 641-648, 1991.

63.    Govindarajan S, Nast CC, Smith WL, Koyle MA, Daskalopoulos G, and Zipser RD. Immunohistochemical distribution of renal prostaglandin endoperoxide synthase and prostacyclin synthase: diminished endoperoxide synthase in the hepatorenal syndrome. *Hepatology* 7: 654-659, 1987.

64.    Halcox JP, Schenke WH, Zalos G, Mincemoyer R, Prasad A, Waclawiw MA, Nour KR, and Quyyumi AA. Prognostic value of coronary vascular endothelial dysfunction. *Circulation* 106: 653-658, 2002.

65.    Hanley SP and Bevan J. Inhibition by aspirin of human arterial and venous prostacyclin synthesis. *Prostaglandins Leukot Med* 20: 141-149, 1985.

66.    Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. *N Engl J Med* 352: 1685-1695, 2005.

67.    Hata AN and Breyer RM. Pharmacology and signaling of prostaglandin receptors: multiple roles in inflammation and immune modulation. *Pharmacol Ther* 103: 147-166, 2004.

68.    Heavey DJ, Barrow SE, Hickling NE, and Ritter JM. Aspirin causes short-lived inhibition of bradykinin-stimulated prostacyclin production in man. *Nature* 318: 186-188, 1985.

69.    Holmes DR, Wester W, Thompson RW, and Reilly JM. Prostaglandin E2 synthesis and cyclooxygenase expression in abdominal aortic aneurysms. *J Vasc Surg* 25: 810-815, 1997.

Report of Dr Nicholas A Flavahan

70.     Hong BK, Kwon HM, Lee BK, Kim D, Kim IJ, Kang SM, Jang Y, Cho SH, Kim
HK, Jang BC, Cho SY, Kim HS, Kim MS, Kwon HC, and Lee N. Coexpression of
cyclooxygenase-2 and matrix metalloproteinases in human aortic atherosclerotic lesions. *Yonsei
Med J* 41: 82-88, 2000.

71.     James MJ, Foreman RK, Burnett JR, and Cleland LG. Inhibition of human
endothelial prostacyclin synthesis by different aspirin formulations. *Aust N Z J Surg* 61: 849-852,
1991.

72.     Jin RC, Voetsch B, and Loscalzo J. Endogenous mechanisms of inhibition of platelet
function. *Microcirculation* 12: 247-258, 2005.

73.     Jouve R, Rolland PH, Delboy C, and Mercier C. Thromboxane B2, 6-keto-PGF1
alpha, PGE2, PGF2 alpha, and PGA1 plasma levels in arteriosclerosis obliterans: relationship to
clinical manifestations, risk factors, and arterial pathoanatomy. *Am Heart J* 107: 45-52, 1984.

74.     Kalgutkar AS, Crews BC, Rowlinson SW, Garner C, Seibert K, and Marnett LJ.
Aspirin-like molecules that covalently inactivate cyclooxygenase-2. *Science* 280: 1268-1270,
1998.

75.     Knapp HR, Healy C, Lawson J, and FitzGerald GA. Effects of low-dose aspirin on
endogenous eicosanoid formation in normal and atherosclerotic men. *Thromb Res* 50: 377-386,
1988.

76.     Kuklinska AM, Musial WJ, Kaminski KA, Kralisz P, Modrzejewski W, Sobkowicz
B, Dobrzycki S, Stec S, and Wojtkowska I. Low dose rofecoxib, inflammation and
prostacyclin synthesis in acute coronary syndromes. *Rocz Akad Med Bialymst* 50: 339-342, 2005.

77.     Kyrle PA, Eichler HG, Jager U, and Lechner K. Inhibition of prostacyclin and
thromboxane A2 generation by low-dose aspirin at the site of plug formation in man in vivo.
*Circulation* 75: 1025-1029, 1987.

78.     Kyrle PA, Minar E, Brenner B, Eichler HG, Heistinger M, Marosi L, and Lechner
K. Thromboxane A2 and prostacyclin generation in the microvasculature of patients with
atherosclerosis—effect of low-dose aspirin. *Thromb Haemost* 61: 374-377, 1989.

79.     Lawson JA, Patrono C, Ciabattoni G, and Fitzgerald GA. Long-lived enzymatic
metabolites of thromboxane B2 in the human circulation. *Anal Biochem* 155: 198-205, 1986.

80.     Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, and Geis GS. Effects of
celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a
randomized, controlled trial. *J Clin Pharmacol* 40: 124-132, 2000.

81.     Lekakis JP, Vamvakou G, Andreadou I, Ganiatsos G, Karatzis E, Protogerou A,
Papaioannou T, Ikonomidis I, Papamichael C, and Mavrikakis ME. Divergent effects of

Report of Dr Nicholas A Flavahan

rofecoxib on endothelial function and inflammation in acute coronary syndromes. *Int J Cardiol,* 2005.

82.     Lupinetti MD, Sheller JR, Catella F, and Fitzgerald GA. Thromboxane biosynthesis in allergen-induced bronchospasm. Evidence for platelet activation. *Am Rev Respir Dis* 140: 932-935, 1989.

83.     Luscher TF, Tanner FC, Tschudi MR, and Noll G. Endothelial dysfunction in coronary artery disease. *Annu Rev Med* 44: 395-418, 1993.

84.     Marcus AJ, Broekman MJ, Drosopoulos JH, Olson KE, Islam N, Pinsky DJ, and Levi R. Role of CD39 (NTPDase-1) in thromboregulation, cerebroprotection, and cardioprotection. *Semin Thromb Hemost* 31: 234-246, 2005.

85.     McAdam BF, Byrne D, Morrow JD, and Oates JA. Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. *Circulation* 112: 1024-1029, 2005.

86.     McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, and FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A* 96: 272-277, 1999.

87.     Metais C, Bianchi C, Li J, Simons M, and Sellke FW. Serotonin-induced human coronary microvascular contraction during acute myocardial ischemia is blocked by COX-2 inhibition. *Basic Res Cardiol* 96: 59-67, 2001.

88.     Mezzetti A. Pharmacological modulation of plaque instability. *Lupus* 14: 769-772, 2005.

89.     Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, and Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. *Proc Natl Acad Sci U S A* 90: 11693-11697, 1993.

90.     Mitchell JA and Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. *Nature Reviews* 5: 75-85, 2006.

91.     Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, and Tanabe T. Molecular cloning and expression of human prostacyclin synthase. *Biochem Biophys Res Commun* 200: 1728-1734, 1994.

92.     Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, and Tzivoni D. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. *Chest* 125: 1610-1615, 2004.

27

93.    Montalescot G, Maclouf J, Drobinski G, Salloum J, Grosgogeat Y, and Thomas D. Eicosanoid biosynthesis in patients with stable angina: beneficial effects of very low dose aspirin. *J Am Coll Cardiol* 24: 33-38, 1994.

94.    Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, and Folkman J. Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque growth in apolipoprotein E-deficient mice. *Circulation* 99: 1726-1732, 1999.

95.    Moulton KS, Vakili K, Zurakowski D, Soliman M, Butterfield C, Sylvin E, Lo KM, Gillies S, Javaherian K, and Folkman J. Inhibition of plaque neovascularization reduces macrophage accumulation and progression of advanced atherosclerosis. *Proc Natl Acad Sci U S A* 100: 4736-4741, 2003.

96.    Norel X, Walch L, Gascard JP, deMontpreville V, and Brink C. Prostacyclin release and receptor activation: differential control of human pulmonary venous and arterial tone. *Br J Pharmacol* 142: 788-796, 2004.

97.    Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, and Roberts LJ, 2nd. Clinical implications of prostaglandin and thromboxane A2 formation (1). *N Engl J Med* 319: 689-698, 1988.

98.    Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, Lyngdorf L, and Falk E. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. *Scand Cardiovasc J* 36: 362-367, 2002.

99.    Ost M, Uhl E, Carlsson M, Gidlof A, Soderkvist P, and Sirsjo A. Expression of mRNA for phospholipase A2, cyclooxygenases, and lipoxygenases in cultured human umbilical vascular endothelial and smooth muscle cells and in biopsies from umbilical arteries and veins. *J Vasc Res* 35: 150-155, 1998.

100.    Papafili A, Hill MR, Brull DJ, McAnulty RJ, Marshall RP, Humphries SE, and Laurent GJ. Common promoter variant in cyclooxygenase-2 represses gene expression: evidence of role in acute-phase inflammatory response. *Arterioscler Thromb Vasc Biol* 22: 1631-1636, 2002.

101.    Patrignani P, Filabozzi P, and Patrono C. Selective cumulative inhibition of platelet thromboxane production by low-dose aspirin in healthy subjects. *J Clin Invest* 69: 1366-1372, 1982.

102.    Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, and FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. *J Clin Invest* 77: 590-594, 1986.

103.    Patrono C, Coller B, Dalen JE, FitzGerald GA, Fuster V, Gent M, Hirsh J, and Roth G. Platelet-active drugs : the relationships among dose, effectiveness, and side effects. *Chest* 119: 39S-63S, 2001.

Report of Dr Nicholas A Flavahan

104.    Patrono C, Coller B, FitzGerald GA, Hirsh J, and Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *Chest* 126: 234S-264S, 2004.

105.    Pratico D, Tillmann C, Zhang ZB, Li H, and FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. *Proc Natl Acad Sci U S A* 98: 3358-3363, 2001.

106.    Preston FE, Greaves M, Jackson CA, and Stoddard CJ. Low-dose aspirin inhibits platelet and venous cyclo-oxygenase in man. *Thromb Res* 27: 477-484, 1982.

107.    Preston FE, Whipps S, Jackson CA, French AJ, Wyld PJ, and Stoddard CJ. Inhibition of prostacyclin and platelet thromboxane A2 after low-dose aspirin. *N Engl J Med* 304: 76-79, 1981.

108.    Rader DJ and FitzGerald GA. State of the art: atherosclerosis in a limited edition. *Nat Med* 4: 899-900, 1998.

109.    Radomski MW, Palmer RM, and Moncada S. Endogenous nitric oxide inhibits human platelet adhesion to vascular endothelium. *Lancet* 2: 1057-1058, 1987.

110.    Radomski MW, Palmer RM, and Moncada S. The role of nitric oxide and cGMP in platelet adhesion to vascular endothelium. *Biochem Biophys Res Commun* 148: 1482-1489, 1987.

111.    Rocca B, Secchiero P, Ciabattoni G, Ranelletti FO, Catani L, Guidotti L, Melloni E, Maggiano N, Zauli G, and Patrono C. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. *Proc Natl Acad Sci U S A* 99: 7634-7639, 2002.

112.    Rolland PH, Jouve R, Pellegrin E, Mercier C, and Serradimigni A. Alteration in prostacyclin and prostaglandin E2 production. Correlation with changes in human aortic atherosclerotic disease. *Arteriosclerosis* 4: 70-78, 1984.

113.    Ross R. Atherosclerosis--an inflammatory disease. *N Engl J Med* 340: 115-126, 1999.

114.    Ross R. The pathogenesis of atherosclerosis--an update. *N Engl J Med* 314: 488-500, -1986.

115.    Ross R and Glomset JA. The pathogenesis of atherosclerosis (second of two parts). *N Engl J Med* 295: 420-425, 1976.

116.    Rott D, Zhu J, Burnett MS, Zhou YF, Zalles-Ganley A, Ogunmakinwa J, and Epstein SE. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. *J Am Coll Cardiol* 41: 1812-1819, 2003.

29

Report of Dr Nicholas A Flavahan

117.   Schachinger V, Britten MB, and Zeiher AM. Prognostic impact of coronary vasodilator dysfunction on adverse long-term outcome of coronary heart disease. *Circulation* 101: 1899-1906, 2000.

118.   Schonbeck U, Sukhova GK, Graber P, Coulter S, and Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* 155: 1281-1291, 1999.

119.   Shikano M, Ito T, Ogawa K, and Satake T. Effects of a selective thromboxane synthetase inhibitor (OKY-046) in patients with coronary artery disease during exercise. *Jpn Heart J* 28: 663-674, 1987.

120.   Siegle I, Klein T, Zou MH, Fritz P, and Komhoff M. Distribution and cellular localization of prostacyclin synthase in human brain. *J Histochem Cytochem* 48: 631-641, 2000.

121.   Stemme V, Swedenborg J, Claesson H, and Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. *Eur J Vasc Endovasc Surg* 20: 146-152, 2000.

122.   Stichtenoth DO, Marhauer V, Tsikas D, Gutzki FM, and Frolich JC. Effects of specific COX-2-inhibition on renin release and renal and systemic prostanoid synthesis in healthy volunteers. *Kidney Int* 68: 2197-2207, 2005.

123.   Suwaidi JA, Hamasaki S, Higano ST, Nishimura RA, Holmes DR, Jr., and Lerman A. Long-term follow-up of patients with mild coronary artery disease and endothelial dysfunction. *Circulation* 101: 948-954, 2000.

124.   Taketo MM. Cyclooxygenase-2 inhibitors in tumorigenesis (part I). *J Natl Cancer Inst* 90: 1529-1536, 1998.

125.   Therland KL, Stubbe J, Thiesson HC, Ottosen PD, Walter S, Sorensen GL, Skott O, and Jensen BL. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. *J Am Soc Nephrol* 15: 1189-1198, 2004.

126.   Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, and Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. *Acta Med Okayama* 59: 11-17, 2005.

127.   Title LM, Giddens K, McInerney MM, McQueen MJ, and Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. *J Am Coll Cardiol* 42: 1747-1753, 2003.

128.   Topper JN, Cai J, Falb D, and Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2,

Report of Dr Nicholas A Flavahan

manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Natl Acad Sci U S A* 93: 10417-10422, 1996.

129.   Tsang V, Jeremy JY, Mikhailidis DP, Walesby RK, Wright JC, and Dandona P. Release of prostacyclin from the human aorta. *Cardiovasc Res* 22: 489-493, 1988.

130.   Tsao PS, Lewis NP, Alpert S, and Cooke JP. Exposure to shear stress alters endothelial adhesiveness. Role of nitric oxide. *Circulation* 92: 3513-3519, 1995.

131.   Tsujii M, Kawano S, Tsuji S, Sawaoka H, Hori M, and DuBois RN. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. *Cell* 93: 705-716, 1998.

132.   Tuleja E, Mejza F, Cmiel A, and Szczeklik A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. *Arterioscler Thromb Vasc Biol* 23: 1111-1115, 2003.

133.   van der Wal AC and Becker AE. Atherosclerotic plaque rupture--pathologic basis of plaque stability and instability. *Cardiovasc Res* 41: 334-344, 1999.

134.   Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallob A, Tanaka W, Wynants K, Buntinx A, Arnout J, Wong PH, Ebel DL, Gertz BJ, and De Schepper PJ. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 40: 1109-1120, 2000.

135.   VanderLaan PA, Reardon CA, and Getz GS. Site specificity of atherosclerosis: site-selective responses to atherosclerotic modulators. *Arterioscler Thromb Vasc Biol* 24: 12-22, 2004.

136.   Vane JR. My life and times with enzymes and mediators. *Med Sci Monit* 7: 790-800, 2001.

137.   Vane JR and Botting RM. Anti-inflammatory drugs and their mechanism of action. *Inflamm Res* 47 Suppl 2: S78-87, 1998.

138.   Vane JR and Botting RM. Mechanism of action of nonsteroidal anti-inflammatory drugs. *Am J Med* 104: 2S-8S; discussion 21S-22S, 1998.

139.   Verma S, Raj SR, Shewchuk L, Mather KJ, and Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. *Circulation* 104: 2879-2882, 2001.

140.   Verma S and Szmitko PE. Coxibs and the endothelium. *J Am Coll Cardiol* 42: 1754-1756, 2003.

31

Report of Dr Nicholas A Flavahan

141.   Virmani R, Kolodgie FD, Burke AP, Finn AV, Gold HK, Tulenko TN, Wrenn SP, and Narula J. Atherosclerotic plaque progression and vulnerability to rupture: angiogenesis as a source of intraplaque hemorrhage. *Arterioscler Thromb Vasc Biol* 25: 2054-2061, 2005.

142.   Voetsch B, Jin RC, and Loscalzo J. Nitric oxide insufficiency and atherothrombosis. *Histochem Cell Biol* 122: 353-367, 2004.

143.   Walton LJ, Franklin IJ, Bayston T, Brown LC, Greenhalgh RM, Taylor GW, and Powell JT. Inhibition of prostaglandin E2 synthesis in abdominal aortic aneurysms: implications for smooth muscle cell viability, inflammatory processes, and the expansion of abdominal aortic aneurysms. *Circulation* 100: 48-54, 1999.

144.   Wang K, Tarakji K, Zhou Z, Zhang M, Forudi F, Zhou X, Koki AT, Smith ME, Keller BT, Topol EJ, Lincoff AM, and Penn MS. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. *J Cardiovasc Pharmacol* 45: 61-67, 2005.

145.   Weber AA, Przytulski B, Schumacher M, Zimmermann N, Gams E, Hohlfeld T, and Schror K. Flow cytometry analysis of platelet cyclooxygenase-2 expression: induction of platelet cyclooxygenase-2 in patients undergoing coronary artery bypass grafting. *Br J Haematol* 117: 424-426, 2002.

146.   Weir MR, Sperling RS, Reicin A, and Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 146: 591-604, 2003.

147.   Weksler BB, Tack-Goldman K, Subramanian VA, and Gay WA, Jr. Cumulative inhibitory effect of low-dose aspirin on vascular prostacyclin and platelet thromboxane production in patients with atherosclerosis. *Circulation* 71: 332-340, 1985.

148.   Wennmalm A, Edlund A, Sevastik B, and FitzGerald GA. Excretion of thromboxane A2 and prostacyclin metabolites during treadmill exercise in patients with intermittent claudication. *Clin Physiol* 8: 243-253, 1988.

149.   Wilkinson-Berka JL, Alousis NS, Kelly DJ, and Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. *Invest Ophthalmol Vis Sci* 44: 974-979, 2003.

150.   Wong E, Huang JQ, Tagari P, and Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. *Atherosclerosis* 157: 393-402, 2001.

151.   Woods JM, Mogollon A, Amin MA, Martinez RJ, and Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. *Exp Mol Pathol* 74: 282-290, 2003.

32

Report of Dr Nicholas A Flavahan

152.   **Wouters K, Shiri-Sverdlov R, van Gorp PJ, van Bilsen M, and Hofker MH.** Understanding hyperlipidemia and atherosclerosis: lessons from genetically modified apoe and ldlr mice. *Clin Chem Lab Med* 43: 470-479, 2005.

153.   **Zou MH and Ullrich V.** Peroxynitrite formed by simultaneous generation of nitric oxide and superoxide selectively inhibits bovine aortic prostacyclin synthase. *FEBS Lett* 382: 101-104, 1996.

33

1

## CURRICULUM VITAE

**Nicholas A. Flavahan, Ph.D.**
**Professor of Internal Medicine,**
**Heart and Lung Research Institute,**
**The Ohio State University,**
**473 West 12th Avenue, Room 110E**
**Columbus, OH 43210.**
**Phone: 614 247 7787**
**Fax: 614 247 7799**
nicholas.flavahan@osumc.edu

## PERSONAL

**Name:** Nicholas A. Flavahan
**Date of Birth:** 12 August 1956   **Age:** 49
**Place of Birth:** Glasgow, Scotland
**Citizenship:** USA
**Marital Status:** Married   **Wife's Name:** Sheila   **Occupation:** Nurse/Research Associate
**Children:** Billy (22 years), Andrew (20 years), Louise (17 years), Kelly (13 years)

## PROFESSIONAL

### Qualifications:

B.Sc (hons) in Pharmacology; University of Glasgow, Glasgow, Scotland, 1978.

M.Sc. in Pharmacology; University of Strathclyde, Glasgow, Scotland, 1979.

Ph.D. in Physiology; University of Glasgow, 1983.
Doctoral Thesis: Subtypes of $\alpha$-Adrenoceptors in the Cardiovascular System.
Supervisor:  Dr. J.C. McGrath

**EMPLOYMENT HISTORY**

**British Heart Foundation Research Fellow** (1982 to 1983)
    Department of Physiology,
    University of Glasgow
    Head of Laboratory: Dr. J.C. McGrath

**Mayo Foundation Senior Research Fellow** (1983 to 1986)
    *Departments of Physiology and Pharmacology,*
    Mayo Clinic,
    Rochester, Minnesota 55905.
    Head of Laboratory: Drs. Paul M. Vanhoutte and John T. Shepherd

**Visiting Research Scientist (Funded by Mayo Clinic)** (1986 to 1987)
    Department of Anatomy and Embryology,
    University College, Gower Street, London WC1.
    Head of Laboratory: Professor G. Burnstock

**Assistant Professor of Pharmacology** (1987 to 1989).
    *Department of Pharmacology,*
    Mayo Clinic,
    Rochester, Minnesota 55905.

**Assistant Professor of Medicine and Physiology** (1989 to 1991)
    Department of Medicine,
    Johns Hopkins University Schools of Medicine and Public Health,
    Baltimore, MD 21205

**Associate Professor of Medicine and Physiology** (1991 to 1997)
    Department of Medicine,
    *Johns Hopkins University Schools of Medicine and Public Health,*
    Baltimore, MD 21205

**Professor of Internal Medicine, Physiology and Cell Biology** (1997 to present)
    Departments of Internal Medicine and Physiology/Cell Biology,
    The Ohio State University, Columbus, OH 43210

**Associate Director, Heart and Lung Research Institute** (1997 to 2002)
    Heart and Lung Research Institute,
    The Ohio State University, Columbus, OH 43210

***Deputy Director, Heart and Lung Research Institute*** (2002 to 2005)
    Heart and Lung Research Institute,
    Ohio State University, Columbus, OH 4321

3

**Research Funding:**

*Active Support:*

1.  SOURCE OF SUPPORT:             NIH
    TITLE:                         $\alpha_{2C}$-Adrenergic Receptors and the
                                   Cutaneous Circulation
    PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
    TOTAL DIRECT COSTS:            $1,250,000
    TOTAL PERIOD OF SUPPORT:       2/01/05 - 1/31/10

2.  SOURCE OF SUPPORT:             NIH
    TITLE:                         Mechanisms of Vascular Dysfunction in
                                   Vibration Injury
    PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
    TOTAL DIRECT COSTS:            $875,000
    TOTAL PERIOD OF SUPPORT:       8/01/05 - 7/31/10

3.  SOURCE OF SUPPORT:             NIH
    TITLE:                         Redox Regulation of Arteriole Function
    PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
    TOTAL DIRECT COSTS REQUESTED:  $1,150,000
    TOTAL PERIOD OF SUPPORT:       4/1/01 - 1/31/07

4.  SOURCE OF SUPPORT:             NIH
    TITLE:                         Role of Granzyme B Pathway in
                                   Accelerated Graft Arteriosclerosis
    PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan (subcontract with
                                   Johns Hopkins University)
    TOTAL DIRECT COSTS:            $325,000
    TOTAL PERIOD OF SUPPORT:       7/01/03 to 6/30/08

5.  SOURCE OF SUPPORT:             NIH
    TITLE:                         Myofibroblasts and fibrosis after cardiac
                                   transplantation
    PRINCIPAL INVESTIGATOR:        Art Strauch
    CO-INVESTIGATOR                Nicholas A. Flavahan
    TOTAL DIRECT COSTS:            $1,000,000
    TOTAL PERIOD OF SUPPORT:       7/1/01 to 6/30/06

6.  SOURCE OF SUPPORT:             Scleroderma Research Foundation
    TITLE:                         Vascular Dysfunction in Scleroderma
    PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
    TOTAL DIRECT COSTS:            $150,000

4

TOTAL PERIOD OF SUPPORT:            5/01/04-4/30/07

7.   SOURCE OF SUPPORT:              Peninsula Foundation
     TITLE:                         Efficacy, Tolerability and Biology of a Rho-
                                    kinase (ROCK) Inhibitor (Fasudil) in the
                                    Treatment of Raynaud's Phenomenon
     PRINCIPAL INVESTIGATOR:        Nicholas A Flavahan and Fredrick Wigley
     TOTAL DIRECT COSTS:            $246,917
     TOTAL PERIOD OF SUPPORT:       9/01/06-8/31/07

*Previous Support:*

8.   SOURCE OF SUPPORT:              NIH
     TITLE:                         Mechanisms of Altered Vasoreactivity in
                                    Scleroderma
     PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED:  $921,695
     TOTAL PERIOD OF SUPPORT:       7/1/98 – 6/30/04

9.   SOURCE OF SUPPORT:              American Society of Transplant Surgeons
     TITLE:                         ASTS Collaborative Scientist Research
                                    Award
     PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan and Charles G Orosz
     TOTAL DIRECT COSTS:            $85,000
     TOTAL PERIOD OF SUPPORT:       7/01/02 to 6/30/04

10.  SOURCE OF SUPPORT:              NIH
     TITLE:                         Endothelial Cell Dysfunction in AGA
     PRINCIPAL INVESTIGATOR:        Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED:  $1,024,827
     TOTAL PERIOD OF SUPPORT:       5/1/97 - 4/30/02

11.  SOURCE OF SUPPORT:              NIH
     TITLE:                         Postmenopausal Hormone Replacement
                                    Therapy after CABG
     PRINCIPAL INVESTIGATOR:        Pamela Ouyang
     CO-INVESTIGATOR:               Nicholas A. Flavahan
     TOTAL DIRECT COSTS REQUESTED:  $1,413,254
     TOTAL PERIOD OF SUPPORT:       4/1/96 - 3/31/01

12.  SOURCE OF SUPPORT:              NIH
     PROJECT 3:                     Adrenergic Sensitivity in Nociceptors
     PRINCIPAL INVESTIGATOR:        Richard A. Meyer
     CO-INVESTIGATOR:               Nicholas A. Flavahan

5

|  | TOTAL DIRECT COSTS REQUESTED: | $629,323 |
|--|--|--|
|  | TOTAL PERIOD OF SUPPORT: | 7/1/94 - 6/30/99 |

13. SOURCE OF SUPPORT: NIH
    TITLE: Acute Pulmonary Arterial Responses To Hypoxia
    PRINCIPAL INVESTIGATOR: J.T. Sylvester, MD
    CO-INVESTIGATOR: N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS: $954,380
    TOTAL PERIOD OF SUPPORT: 12/1/94 - 11/30/99

14. SOURCE OF SUPPORT: NIH
    TITLE: Anesthesia and Pulmonary Vasodilator Signal Transduction
    PRINCIPAL INVESTIGATOR: P.A. Murray, Ph.D.
    CO-INVESTIGATOR: N.A. Flavahan, Ph.D.
    ANNUAL DIRECT COSTS: $738,010
    TOTAL PERIOD OF SUPPORT: 4/1/93 - 3/31/98

15. SOURCE OF SUPPORT: NIH
    TITLE: Atherosclerosis and Endothelial Dysfunction
    PRINCIPAL INVESTIGATOR: Nicholas A. Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $634,112
    TOTAL PERIOD OF SUPPORT: 12/1/91-11/30/96

16. SOURCE OF SUPPORT: NIH
    PROJECT TITLE: Endothelium-Dependent Relaxation: G Protein Regulation
    PRINCIPAL INVESTIGATOR: Nicholas Flavahan, Ph.D.
    TOTAL DIRECT COSTS REQUESTED: $349,909
    TOTAL PERIOD OF SUPPORT: 7/01/90 - 6/31/95

**Sponsor of Postdoctoral Fellowship Awards:**

1. SOURCE NIH NRSA
   TITLE: Oxygen Sensitivity of Isolated Blood Vessels
   FELLOW: Kevin Kovitz, MD
   TOTAL PERIOD OF SUPPORT: 7/1/91 - 6/30/93

2. SOURCE: NIH NRSA
   TITLE: Mechanisms Underlying Hypoxic Responses of Pulmonary Arteries
   FELLOW: Sean Gaine

6

|   | TOTAL PERIOD OF SUPPORT: | 7/1/95-6/30/97 |
|---|---|---|
| 3. | SOURCE:<br>TITLE: | NIH NRSA<br>Mechanism of Protective Action of Estrogen<br>on Vascular Wall |
|   | FELLOW:<br>TOTAL PERIOD OF SUPPORT: | Christine Roos.<br>7/1/97-6/30/99 |
| 4. | SOURCE<br>TITLE: | AHA<br>Analysis of Alpha2-Adrenoceptor Function<br>in Scleroderma |
|   | FELLOW:<br>TOTAL PERIOD OF SUPPORT: | Halit Canatan, DVM, PhD<br>12/1/98 - 11/30/00 |

Because of family problems, Halit had to return to Turkey. Project was funded, but not activated

| 5. | SOURCE:<br>TITLE: | AHA<br>Role of Alpha2-Adrenoceptors in Vascular<br>Smooth Muscle Cell Biology: Towards an<br>In Vitro Model of Scleroderma |
|---|---|---|
|   | FELLOW:<br>TOTAL PERIOD OF SUPPORT: | Maqsood Chotani, Ph.D.<br>7/1/99-6/30/01 |

**Patents and Intellectual Property**

US Patent# US 6,444,681 (September, 2002): $\alpha_{2C}$-Adrenergic blockers for the treatment of Raynaud's Disease and Scleroderma.

## Grant Review Committees:

### NIH Study Sections:
Experimental Cardiovascular Sciences, Temporary Reviewer, February, 1994.
Pathology A, Special Member (Tele-Conference Review), August, 1994.
Lung Biology Pathology A, Temporary Reviewer, February 1995.
Pharmacology, Special Member (Tele-Conference Review), September1998
Comprehensive Oral Health Research Centers of Discovery (COHRCD), January, 1999
Pharmacology, Special Member (Tele-Conference Review), November, 2000
Experimental Cardiovascular Sciences, Temporary Reviewer, March, 2001
COBRE Study Section, Temporary Reviewer May 2003
Hypertension and Microcirculation Study Section, Temporary Reviewer, March 2005 to
    June, 2006
Hypertension and Microcirculation Study Section, Regular Member, 7/1/06 to 6/30/09

### American Heart Association:
National AHA: Lung, Respiration and Resuscitation 1997-2001
Ohio Valley AHA Research Consortium, Committee 2B, 2005
Ohio Valley AHA Research Consortium, Co-Chairman, Committee 2A, 2005-2008

## Editorial Assistance:

### Editorial Boards:
American Journal of Physiology: Heart and Circulatory Physiology (1987 - 1999),
Journal of Cardiovascular Pharmacology (1991 -    ),
Archives Internationales Pharmacodynamie et de Therapie (1987 -  ).

### "Paper Alert" Coordinator for cardiovascular pharmacology, Current Opinion in Pharmacology
(2001- 2003)

### Guest Editor:
Arteriosclerosis, Thrombosis and Vascular Biology

### Reviewer:
American Journal of Physiology, Arteriosclerosis Thrombosis & Vascular Biology, British
Journal of Pharmacology, Cardiovascular Research, Circulation, Circulation Research,
FASEB Journal, Journal of Applied Physiology, Journal of Clinical Investigation, Journal
of Pharmacology and Experimental Therapeutics, New England Journal of Medicine,
Proceedings of National Academy of Sciences.

**University Service** (inclusive of last five years only)

Deputy Director, Heart and Lung Research Institute, 2002 - 2005
Member, Executive Committee, Heart and Lung Research Institute, 1997 - 2005
Member, Space Committee, Heart and Lung Research Institute, 2000 - 2005
Member, Core Oversight Committee, Heart and Lung Research Institute, 2004 - 2005
Member, Cardiovascular Biomedical Engineering Selective Investment Governance Committee,
    2003 – 2005
Director and Founder, Heart and Lung Research Institute Grant Review Study Section, 2004 –
    present
Member, Appointments, Promotions and Tenure Advisory Committee, College of Medicine,
    2004 – present
Chairman, Clinical Subcommittee, Appointments, Promotions and Tenure Advisory Committee,
    College of Medicine, 2005 - present
Member, Appointments, Promotions and Tenure Advisory Committee, Department of Internal
    Medicine, 2005 – present
Member, Research Advisory Committee, Department of Internal Medicine. 2003 – present
Member, Roessler Research Scholarship Committee, 2002 – 2005
Co-Director, Microscopy Core Facility, Heart and Lung Research Institute, 2000 to 2004
Organizing Committee, DHLRI Leadership Retreat, 2004
Facilitator/Moderator, DHLRI Leadership Retreat, 2004
Review Panel, Research Proposals, DHLRI Leadership Retreat, 2004
Member, Tissue Engineering Search Committee, Biomedical Engineering Initiative, 2004 - 2005
Member, Search Committee, Pharmacology 2002 – 2003
Member, Search Committee for Biomedical Engineering, 2003
Associate Director, Heart and Lung Research Institute, 1997 to 2002
Member, Operations Committee, Heart and Lung Research Institute, 2000 to 2001
Director, Flow Cytometry Core Facility, Heart and Lung Research Institute, 2000 to 2001
Chairman, Search Committee for "Head of Cardiology Research", 2001
Co-Chairman, Search Committee for "Chief of Cardiology", 2001-2002
Member, Search Committee for "Director of Heart and Lung Research Institute", 2000 to
    2001
Member, Search Committee for "Director of Research, Minimally Invasive Surgery",
    2000
Member, Search Committee for "Nanotechnology" and "Imaging" Faculty Positions,
    Biomedical Engineering, 2000
Member, Search Committee for "Faculty, Heart and Lung Research Institute", 1999

<u>Teaching</u> (inclusive of last five years only)

Core Curriculum "Integrated Organ Systems" for the new "Integrated Biomedical Sciences
    Graduate Program" (IBGP).  The IBGP has replaced all of the Departmental Graduate
    Programs within the College of Medicine and Public Health (highlighted in "Science"
    magazine: http://recruit.sciencemag.org/feature/advice/foc-gp.shl).  The
    lecture/laboratory-based course provides a multidisciplinary and integrative view of
    human systems biology, with particular emphasis on human disease.  2002 to present
Organizer and Director, "NIH Grantsmanship Workshop" entitled "Survivor: How to be Voted
    On/Off the Island -- A Mock Study Section ".  The goal of the presentation was to
    explain (in a humorous and interesting manner) the grant review process.  2001.
"Survey of Cardiovascular Bioengineering", Graduate Course in Biomedical Engineering.
    Lecture "Bio-Mechanical Aspects of the Microcirculation" 2000 to present
"Immunogenetics and Autoimmunity".  Graduate Course in Molecular Virology, Immunology
    and Medical Genetics.  Lecture "Scleroderma", 2002.
"The Art of Scientific Writing", Annual lecture series offered by the Department of Internal
    Medicine and the Heart and Lung Research Institute.  Various lectures, 2004 to present
Moderator and Organizer, Student Seminar Course in the Molecular, Cellular and
    Developmental Biology (MCDB) Graduate Program, 2000
"Advanced Cardiovascular Physiology", Graduate Course in Physiology.  Lecture
    "Microvascular Function and Microvascular Disease", 2001
Member, Molecular, Cellular and Developmental Biology Graduate Program, 1997 to present
Member, Integrated Biomedical Graduate Program, 2001 to present
Member, MD/PhD Program, 2001 to present
"Graduate Council Representative" or member on numerous PhD committees.

<u>List of Trainees</u>

*Medical/Scientist Postdoctoral Fellows*

| Name | Present in Laboratory | Current Position |
|---|---|---|
| Kevin Kovitz, MD | 1991-1993 | Associate Professor Tulane University |
| Sean Gaine, MD | 1994 -1997 | Professor University College Dublin, Ireland |
| Qiang Liu, MD | 1995-1997 | Assistant Professor Duke University |
| William Tidmore, MD | 1995 | Private Rheumatology Practice Valdosta , GA |
| Christine Roos, PhD | 1995-1996 | Assistant Professor Ohio State University |
| Halit Canatan, PhD | 1997-1998 | Associate Professor Euphrates University, Turkey |

10

| Baogen Su, PhD | 1999-2001 | Assistant Professor Children's Research Inst, Columbus OH |
|---|---|---|
| Keith Morrison, PhD | 1999 - 2002 | Head of Cardiovascular Pharmacology Actelion Pharmaceuticals, Basel, Switzerland |
| Max Chotani, PhD | 1998 - present | Assistant Professor Ohio State University |
| Rui Xu, PhD | 2002 - 2003 | Postdoctoral Researcher Children's Research Institute, Columbus, OH |
| Simon R. Bailey, DVM, PhD | 2002 - 2004 | Lecturer, Royal Veterinary College, London, England |
| Seon Ae Han, PhD | 2002 - 2004 | Family leave, South Korea |
| Ali Eid, PhD | 2004 - 2005 | Postdoctoral Researcher, McGill University, Montreal |
| Yingbi Zhou | 2005 - present | Assistant Professor Ohio State University |
| Kaushik Maiti, PhD | 2005 - present | Postdoctoral Researcher, Ohio State University |

*Medical Students/MS/PhD Students*

| Name | Present in Laboratory | Current Position |
|---|---|---|
| Linda Gambone, BS PhD student | 1993 - 1996 | Senior Scientist, Alliance Pharmaceuticals, San Diego |
| Sean Gaine, MD PhD student | 1994 -1997 | Professor University College Dublin, Ireland |
| Selvi Jeyeraj, BS MS student | 2000 - 2002 | PhD student, Ohio State University |
| Herb Gregg, BS Medical Student | 1998 - 2001 | Lost contact |
| Mark G Moseley, BS Medical Student | 1998-1999 | Assistant Professor Ohio State University |
| Carla Ford, BS Medical Student | 2002 | Medical Student Ohio State University |
| Cheng Xu BS Medical Student | Summer 2002 | Medical Student Johns Hopkins University |
| Ali Eid, BS PhD student | 2002 - 2004 | Postdoctoral Researcher McGill University |
| Trevor Miller Undergraduate | 2004 - present | Undergraduate Student Ohio State University |

**INVITED LECTURES (2004 - present only)**

1. National Institute for Occupational Safety and Health (NIOSH). March 11th, 2004. Seminar title: "The Remarkable Biology of Arterioles"

2. 8th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH. University of Cambridge, Trinity College, Cambridge, England, 31th July - 4th August 2004. Lecture: "Gene Profiling in Smooth Muscle Cells" (cancelled because of thyroid surgery).

3. Division of Rheumatology, Johns Hopkins University, Baltimore, MD. August 10th, 2004. Divisional Seminar Series, title: "Microvessels Unmasked: The Biology of Arterioles"

4. Noll Physiological Laboratory, Penn State University, State College, PA. October 22nd, 2004. Postdoctoral Fellows Seminar Series, title: "The Secret Life of Arterioles".

5. Johns Hopkins University Scleroderma Advisory Board, Baltimore, MD. October 29th, 2004. Guest Keynote Speaker, title "Novel Therapeutic Targets in Raynaud's Phenomenon and Scleroderma".

6. Department of Physiology, University of Texas Health Sciences Center (UTHSCSA), San Antonio, TX. March 21st, 2005. Departmental Seminar, title: "The Cool Biology of Arterioles".

7. Department of Anesthesiology, Johns Hopkins University, Baltimore, MD. September 14th, 2005. Departmental "Research Lab Seminar" Series, title: "A Radical View of Microvascular Biology".

8. Department of Anesthesiology, Johns Hopkins University, Baltimore, MD. September 15th, 2005. Departmental "Grand Rounds" Seminar, title: "Molecular Mechanisms of Cold-Induced Vasospasm".

9. Department of Physiology, Case Western University, Cleveland, OH. October 24th, 2005. Departmental Seminar, title "The Cool Vascular Biology of $\alpha_2$-Adrenoceptors"

10. Department of Cell Biology, Neurobiology & Anatomy, Medical College of Wisconsin, Milwaukee, WI. November 10th, 2005. Departmental Seminar: "The Cold Facts about Cutaneous Vasoconstriction".

11. Cleveland Clinic, Cleveland, OH. December 1st 2005. Seminar title: "The Cool Biology of the Cutaneous Circulation".

12. 11th INTERNATIONAL VASCULAR NEUROEFFECTOR MECHANISMS AND CARDIOVASCULAR PHARMACOLOGY AND MEDICINE SYMPOSIUM. Shanghai-Suzhou, China, June 27-30, 2006. Session Chair and Keynote Speaker. Title: Mobilizing

12

α-Adrenoceptors: a Novel Mechanism for Regulating Vascular Neuroeffector Function

13.  9th INTERNATIONAL WORKSHOP ON SCLERODERMA RESEARCH.  Boston
     University, Boston MA, August 5-9, 2006.  Lecture: TBA.

13

# BIBLIOGRAPHY (ABSTRACTS NOT LISTED)

**Manuscripts** *(published, in press, submitted)*

M-111  Hassanain HH, Rauscher, FM, Gregg D, Marcelo ML, Selvakumar B, Ma Q, Moustafa MB, Binkley PB, Zweier JL, Flavahan NA, Morris M, Dong C and Goldschmidt-Clermont PJ.  Hypertension caused by transgenic over-expression of rac1.  Am J Physiol Cell Physiol, submitted

M-110  Ali NA, Gaughan AA, Orosz CG, Baran CP, Lobb JM, Wang Y, Eubank T, Flavahan NA, Lawler J, Marsh CB.  Latency Associated Peptide has In Vitro and In Vivo immune effects independent of TGF-β.  Nature Immunology, submitted.

M-109  Bailey SR, Mitra S, Flavahan S, Bergdall VK and Flavahan NA. In vivo endothelial denudation disrupts smooth muscle caveolae and differentially impairs constrictor responses in small cutaneous arteries. Journal of Vascular Research, submitted.

M-108  Yang EV, Sood AK, Chen M, Yeh PE, Eubank TD, Marsh CB, Jewell S, Flavahan NA, Morrison C and Glaser R.  Norepinephrine up-regulates the expression of VEGF, MMP-2 and MMP-9 in nasopharyngeal carcinoma tumor cells.  Nature Medicine, submitted.

M-107  Zhou Y, Mitra S, Varadharaj S, Parinandi N, Zweier JL and Flavahan, NA (2006). Increased expression of cyclooxygenase-2 mediates enhanced contraction to endothelin $ET_A$ receptor stimulation in endothelial nitric oxide synthase knockout mice.  Circulation Research, Apr 27; [Epub ahead of print].

M-106  Flavahan, NA (2006).  Editorial: A Farewell Kiss Triggers a Broken Heart? Circulation Research, 98(9):1117-9

M-105  Su BY, Shontz KM, Flavahan NA and Nowicki PT (2006).  The effect of phenotype on mechanical stretch-induced vascular smooth muscle cell apoptosis.  Journal of Vascular Research, 43(3):229-237.

M-104  Krajnak K, Dong RG, Flavahan S, Welcome DE and Flavahan NA (2006).  Acute vibration selectively increases $\alpha_{2C}$-adrenergic smooth muscle constriction and alters thermosensitivity of cutaneous arteries.  J. Appl Physiol, 100(4):1230-7 Epub Dec 8, 2005.

M-103  Zhou Y, Varadharaj S, Zhao X, Parinandi N, Flavahan NA and Zweier, JL (2005) Acetylcholine causes endothelium-dependent contraction of mouse arteries Am J Physiol Heart Circ Physiol 289: H1027-H1032, 2005 Epub 2005 May 6.

M-102  Bailey SR, Mitra S, Flavahan S and Flavahan NA. (2005) Reactive oxygen species from smooth muscle mitochondria initiate cold-induced constriction of cutaneous arteries.  Am

*J Physiol Heart Circ Physiol*, 289(1):H243-50. Epub 2005 Mar 11.

M-101  Flavahan NA, Bailey SR, Flavahan WA, Mitra S and Flavahan S. (2005) Imaging actin *cytoskeleton remodeling in vascular smooth muscle during arteriolar constriction*. Am J Physiol Heart Circ Physiol, 288(2):H660-9. Epub 2004 Sep 23.

M-100  Flavahan, NA (2005) Phenylpropanolamine constricts mice and human blood vessels by preferentially activating $\alpha_2$-adrenoceptors. J Pharmacol Exp Ther, 313(1):432-9; Epub 2004 Dec 17.

M-99   Chotani, MA, Eid, AH, Mitra, S, Han, SA and Flavahan, NA (2005) Distinct cyclic AMP signaling pathways differentially regulate $\alpha$2C-adrenoceptor expression: Role in serum induction in human arteriolar smooth muscle cells.  Am J Physiol Heart Circ Physiol, 288(1):H69-H76. Epub 2004 Sep 2

M-98   Wilgus TA, Bergdall VK, Tober KL, Hill KJ, Mitra S, Flavahan NA and Tatiana M. Oberyszyn. (2004) *The impact of cyclooxygenase-2 mediated inflammation on scarless fetal wound healing.* Am J Pathol, 165: 753-761.

M-97   *Bailey SR, Eid A, Mitra S, Flavahan S and Flavahan NA. (2004) Rho kinase mediates cold-induced constriction of cutaneous arteries: Role of $\alpha_{2c}$-adrenoceptor translocation. Circulation Research, 94(10):1367-74
       * Accompanying Editorial at Circ Res 94(10):1273-5, 2004.

M-96   Ulanet, DB, Flavahan NA, Casciola-Rosen L and Rosen A. (2004) Selective cleavage of nucleolar autoantigen B23 by Granzyme B in differentiated vascular smooth muscle cells: insights into association of specific autoantibodies with distinct disease phenotypes. Arthritis and Rheumatism, 50(1): 233-41.

M-95   *Chotani MA, Mitra S, Su BY, Flavahan S, Eid AH, Clark KR, Montague CR, Paris H, Handy DE, Flavahan NA. (2004) Regulation of $\alpha_2$-adrenoceptors in human vascular smooth muscle cells.* Am J Physiol Heart Circ Physiol. 286(1): H59-H67

M-94   Flavahan NA, Flavahan S, Mitra S and Chotani MA (2003) The vasculopathy of raynaud's phenomenon and scleroderma.  Rheum Dis Clin N Am, 29: 277-293

M-93   Baldwin, WM, III, Flavahan, NA and Fairchild, RL (2002) Integration of complement and leukocytes in responses to allotransplantation. Current Opinion in Organ Transplantaton, 7(1): 92-100.

M-92   Seshiah, P, Kereiakes, D., Vasudevan, SS, Lopes, N, Su, BY, Flavahan, NA and Goldschmidt-Clermont, PJ (2002) Activated monocytes induce smooth muscle cell death – role of M-CSF and cell contact.  Circulation 105: 174-180

M-91   Jeyaraj, SC, Chotani, MA, Mitra, S, Gregg, HE, Flavahan, NA and Morrison, KJ (2001).
       Cooling evokes redistribution of $\alpha_{2C}$-adrenoceptors from golgi to plasma membrane in
       transfected HEK293 cells. Molecular Pharmacology, 60(6):1195-200.
       *Dr. Morrison was a Research Assistant Professor in my laboratory*

M-90   Nowicki, PT, Flavahan S, Hassanain, H, Holland, S, Mitra, S, Goldschmidt-Clermont,
       P.J.and Flavahan. NA (2001) Redox signaling of the arteriolar myogenic response.
       Circulation Research, 89:114-116

M-89   Su, B, Mitra, S, Gregg, H, Flavahan, S, Chotani, M.A., Clark, K.R., Goldschmidt-
       Clermont, P.J. and Flavahan, N.A.  (2001) Redox regulation of vascular smooth muscle
       differentiation. Circulation Research, 89:39-46

M-88   Shapiro RE, Winters B, Hales M, Barnett T, Schwinn DA, Flavahan N, Berkowitz DE.
       (2000) Endogenous circulating sympatholytic factor in orthostatic intolerance.
       Hypertension, 36: 553-560.

M-87   Flavahan, N.A., S. Flavahan, W. Tidmore, Q. Liu, S. Wu, C.M. Weiner, R.J. Spence and
       F.M. Wigley. (2000) Increased $\alpha_2$-adrenergic constriction of isolated arterioles in diffuse
       scleroderma.  Arthritis and Rheumatism, 43: 1886-1890.

M-86   Chotani, M.A., Flavahan, S., Mitra, S., Daunt, D. and Flavahan, N.A. (2000)  Silent $\alpha_{2C}$-
       adrenergic receptors enable cold-induced vasoconstriction in cutaneous arteries. Am. J.
       Physiol, 278: H1075-H1083.

M-85   Nyhan, D., Gaine, S., Hales, M.A., Zanaboni, P., Simon, B.A. and Flavahan, N.A. (1999)
       Pulmonary artery responses are altered following cardiopulmonary artery bypass. J.
       Cardiov. Pharmacol, 34:518-525

M-84   Gaine, S.P., Booth, G., Flavahan, N.A., Choi, A.M.K. and Wiener, C.M. (1999)
       Induction of heme oxygenase −1 with hemoglobin depresses vasoreactivity in rat aorta.
       J. Vasc. Res. 36:114-119.

M-83   Ali Z, Ringkamp M, Hartke TV, Chien HF, Flavahan NA, Campbell JN, and Meyer, RA
       (1999) Uninjured C-fiber nociceptors develop spontaneous activity and $\alpha$-adrenergic
       sensitivity following L6 spinal nerve ligation in monkey. J Neurophysiol 81(2):455-66

M-82   Seki, S, Flavahan, N.A., Yoshida, K., Smedira, N.G. and Murray, P.A. (1999) *Superoxide*
       anion scavengers restore NO-mediated pulmonary vasodilation after lung transplantation.
       Am. J. Physiol., 276: H42-6.

M-81   Yoshida, K, Flavahan, N.A., Smedira, N.G. and Murray, P.A. (1999) Endothelial defect
       mediates attenuated vasorelaxant response to isoproterenol after lung transplantation. Am
       J Physiol. 276: H159-66..

M-80   Moldovan, N.I., Qian, Z., Chen, Y., Chen, C-L, Mouton, P., Hruban, R.H., Flavahan, N.A., Baldwin, W.M., Sanfilippo, F. and Goldschmidt-Clermont, P.J. (1998) Fas-mediated apoptosis and transplant vasculopathy.  Angiogenesis, 2:245-254.

M-79   Liu, Q, Wiener CM and N.A. Flavahan. (1998)  Superoxide mediates flow-induced vasoconstriction in small pulmonary arteries.  Br. J. Pharmacol. 124: 331-336.

M-78   S. Gaine, M.A. Hales and N.A. Flavahan. (1998)  A novel diffusable endothelium-derived contractile factor mediates hypoxic vasoconstriction in porcine pulmonary arteries.  Am. J. Physiol, 274: L657-664.

M-77   Flavahan, N.A., Hales M.A., S.P. Gaine, Aleskowitch, T.D. and Vanhoutte, P.M. (1998) $\alpha_{1L}$-Adrenoceptors in canine pulmonary artery.  J. Cardiov. Pharmacol. 32: 308-316.

M-76   Hare, J.M., Kim, B., Flavahan, N.A., Ricker, K.M., Peng, X., Colman, L., Weiss, R. G. and Kass, D.A. (1998) Pertussis toxin sensitive G-proteins influence nitric oxide synthase III activity and protein levels in rat heart.  J. Clin. Invest. 101: 1424-1431.

M-75   Gambone, L, Murray, P. and Flavahan, N.A. (1997) Synergistic interaction between endothelium-derived NO and prostacyclin in pulmonary artery: potential role for $K_{ATP}$-channels.  Br. J. Pharmacol., 121: 271-279.

M-74   Gambone, L, Murray, P. and Flavahan, N.A. (1997)  $K_{ATP}$-channel blockade mediates the inhibitory effect of isoflurane on endothelium-dependent relaxation.  Anesthesiology, 86: 936-944.

M-73   Q. Liu and N.A. Flavahan (1997) Hypoxic dilatation of coronary artery microvessels: role of endothelium and $K_{ATP}$-channels.  Br. J. Pharmacol.120: 728-734.

M-72   Wigley, F.M. and Flavahan, N.A. (1996) Raynaud's Phenomenon. Rheum. Dis. Clin. N. Am., 22:765-81..

M-71   Freeman, J.E., W.Y. Kuo, B. Drenger, M.A. Levine and N.A. Flavahan (1996).Analysis of lysophosphatidylcholine-induced endothelial dysfunction.  J. Cardiovasc. Pharmacol. 28: 345-352.

M-70   Zakhary, R., Gaine, S.P., Dinerman, J.L., Flavahan, N.A. and Snyder, S.H. (1996) Heme oxygenase-2: Endothelial and neuronal localization and role in endothelium-dependent relaxation. Proc. Natl. Acad. Sci.93: 795-798.

M-69   Freeman, J.E., W.Y. Kuo, M.A. Levine, G, Milligan and N.A. Flavahan (1995). Analysis of pertussis toxin-sensitive receptor: G-protein interactions in porcine endothelial cells. Endothelium, 3: 321-330.

17

M-68   Weiner, C.M., Banta, M.R., Flavahan, N.A. and Sylvester, J.T. (1995) Potassium
       channels and vasodilator responses of ferret pulmonary arteries to hypoxia.  Am. J.
       Physiol. 269: L351-L357.

M-67   Flavahan, N.A. and Vanhoutte, P.M. (1995). Endothelial cell signaling and endothelial
       dysfunction. Am. J. Hypertens. 8:28S-41S.

M-66   Flavahan, N.A., Aleskowitch, T.D. and Murray, P.A. (1994). Endothelial and vascular
       smooth muscle responses are altered following left lung autotransplantation. Am. J.
       Physiol. 266: H2026-H2032.

M-65   Kovitz, K.L., Aleskowitch, T.D., Sylvester, J.T. and Flavahan, N.A. (1993).
       Endothelium derived contracting and relaxing factors contribute to hypoxic responses of
       pulmonary arteries. Am. J. Physiol. 256: H1139-H1148.

M-64   Flavahan, N.A. (1993). Lysophosphatidylcholine modifies G-protein-dependent
       signalling in porcine endothelial cells.  Am. J. Physiol. 264: H722-H727.

M-63   Flavahan N.A. (1992).  Atherosclerosis or lipoprotein-induced endothelial dysfunction:
       Potential mechanisms underlying the reduction in EDRF/nitric oxide activity.
       Circulation, 85: 1927-1938.

M-62   Flavahan, N.A. (1992).  Role of G-proteins in endothelial function, endothelial
       dysfunction and vascular disease.  In: 'Endothelial regulation of vascular tone'. Eds. U.
       Ryan and G.M. Rubanyi; Marcel-Dekker.

M-61   Flavahan N.A.  (1991). The role of $\alpha_2$-adrenoceptors as cutaneous thermosensors.  News
       Physiol. Sci., 6:251-255.

M-60   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1991) Loss of endothelial G-
       protein function in atherosclerotic porcine coronary arteries.  Circulation 83:652-660.

M-59   Miller, V.M., Flavahan, N.A. and Vanhoutte, P.M. (1991).  Pertussis toxin reduces
       endothelium-dependent and independent responses to $\alpha_2$-adrenergic stimulation in canine
       systemic arteries and veins.  J. Pharmacol. Exp. Ther. 257:290-293.

M-58   Flavahan, N.A., Shimokawa, H., and Vanhoutte, P.M. (1991) Inhibition of endothelium-
       dependent relaxation by phorbol 12-myristate 13-acetate in canine coronary arteries: Role
       of a pertussis toxin-sensitive G-protein.  J. Pharmacol. Exp. Ther. 256:50-55.

M-57   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M.  (1990). Endothelium-dependent
       relaxations to serotonin:  signal transduction and effects of diets.  In 'Serotonin: from cell
       biology to pharmacology and therapeutics'.  Eds. R. Paoletti, P.M. Vanhoutte, Gruwer

Academic Publishers.

M-56   Shimokawa, H., Flavahan, N.A., and Vanhoutte, P.M. (1990).  Synergistic interaction between prostacyclin and endothelium-derived relaxing factor in porcine coronary arteries.  In: 'Endothelium derived vasoactive factors'. Eds. P.M. Vanhoutte and G.M. Rubanyi.  Karger, PP. 303-309.

M-55   Flavahan, N.A., and Vanhoutte, P.M. (1990) G-proteins and endothelium-dependent responses.  Blood Vessels 27:218-229.

M-54   Flavahan, N.A. and Vanhoutte, P.M. (1990)  Regulation of endothelium-dependent relaxation by protein kinase C: Possible inhibition of a pertussis toxin-sensitive G-protein.  Proceedings of the 1st International Symposium on Endothelium-Derived Factors', Ed. P.M. Vanhoutte and G.M. Rubanyi, Raven Press, PP. 136-143.

M-53   Flavahan, N.A. and Vanhoutte, P.M. (1990)  Pertussis toxin inhibits endothelium-dependent relaxations evoked by fluoride.  Eur. J. Pharmacol., 178:121-125.

M-52   Komori, K., Flavahan, N.A., Miller, V.M. and Vanhoutte, P.M. (1990)  Electrophysiological analysis of adrenergic neurotransmission and its modulation by chronic denervation in canine saphenous veins.  J. Pharmacol. Exp. Ther. 252:1197-1201.

M-51   Morrison, K.J., Flavahan, N.A., and Vanhoutte, P.M. (1990).  Differential effects of the antianginal drug nicorandil on canine arteries and veins.  J. Cardiovasc. Pharmacol. 15:791-798.

M-50   Boulanger, C., Flavahan, N.A., Katusic, Z.S., Komori, K., Vos, A.A. and Vanhoutte, P.M. (1990)  Effects of CRL 41034 on the responsiveness of isolated canine arteries and veins, Fund. Clin. Pharmacol. 4:525-538.

M-49   Busk, MF, Flavahan, N.A., and Vanhoutte, P.M. (1990).  Effects of the methyl xanthine S9795 on isolated bronchi of the dog.  J. Pharmacol. Exp. Ther. 254:1045-1053.

M-48   Flavahan, N.A. and Vanhoutte, P.M. (1989)  Mechanisms underlying the inhibitory interaction between the nitrovasodilator, SIN-1, and the endothelium.J.Cardiovasc. Pharmacol. 14:S86-S91.

M-47   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989)  Natural Course of the impairment of endothelium-dependent relaxations after balloon endothelium-removal in porcine coronary arteries.  Possible involvement of G-protein dysfunction.  Circ. Res. 65, 740-753.

M-46   Shimokawa, H., Flavahan, N.A. and Vanhoutte, P.M. (1989) Endothelium-dependent inhibition of ergonovine-induced contraction is impaired in porcine coronary arteries

19

with regenerated endothelium.  Circulation 80:643-650.

M-45  Hoeffner, U., Feletou, M., Flavahan, N.A. and Vanhoutte, P.M. (1989) Canine arteries release two different endothelium-derived relaxing factors.  Am. J. Physiol. 257:4330-4333.

M-44  Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1989) Muscarinic receptor-reserve and B-adrenergic sensitivity in tracheal smooth muscle.  J. Appl. Physiol. 67:1249-1298.

M-43  Flavahan, N.A., Shimokawa, H. and Vanhoutte, P.M. (1989) Pertussis toxin inhibits endothelium-dependent relaxations evoked by certain agonists in porcine coronary artery. J. Physiol (Lond), 408: 549-561.

M-42  Shimokawa, H., Flavahan, N.A., Lorenz, R.R. and Vanhoutte, P.M. (1988)  Prostacyclin stimulates the release of endothelium-derived relaxing factor(s) and potentiates its action in porcine coronary arteries.  Br. J. Pharmacol., 95: 1197-1203.

M-41  Flavahan, N.A., Slifman, N.R., Gleich, G.J. and Vanhoutte, P.M. (1988)  Human eosinophil major basic protein causes hyperreactivity of respiratory smooth muscle: role of the epithelium.  Am. Rev. Resp. Dis. 138: 685-688.

M-40  Gleich, G.J., Flavahan, N.A., Fujisawa, T. and Vanhoutte, P.M. (1988)  The eosinophil as a mediator of damage to respiratory epithelium: a model for bronchial hyperreactivity.  J. All. Clin. Immunol. 81: 776-781.

M-39  Flavahan, N.A. and Vanhoutte, P.M. (1988) Threshold phenomena and interactions between receptors. J. Cardiovasc. Pharmacol., 11 (suppl 1): s67-s72.

M-38  Flavahan, N.A. and Vanhoutte, N.A. (1988)  Receptor reserve and heterogeneity of vascular responses to vasodilator stimuli.  In  'Vasodilatation', pp 201-210, Ed. P.M. Vanhoutte.  Raven Press.

M-37  Ruff, F., Zander, J.F., Edoute, Y., Santais, M.C., Flavahan, N.A., Verbeuren, T.J. and Vanhoutte, P.M. (1988)  $\beta_2$-Adrenergic responses to tulobuterol in airway smooth muscle, vascular smooth muscle and adrenergic nerves.  J. Pharmacol. Exp. Ther. 244: 173-180.

M-36  Flavahan, N.A. (1988) Thermosensitivity of cutaneous veins. Phlebology, 3 (suppl 1): 41-45.

M-35  Flavahan, N.A., Cooke, J.P., Shepherd, J.T. and Vanhoutte, P.M. (1987)  Human postjunctional $\alpha_1$- and $\alpha_2$-adrenoceptors: differential distribution in limb arteries.  J. Pharmacol. Exp. Ther. 241: 361-365.

M-34   Flavahan, N.A., Miller, V.M., Aarhus, L.L. and Vanhoutte, P.M. (1987)  Denervation augments $\alpha_2$- but not $\alpha_1$-adrenergic responses in canine saphenous veins. J. Pharmacol. Exp. Ther. 240: 589-593.

M-33   Gisclard, V., Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha$-Adrenergic responses of blood vessels of rabbits after ovariectomy and administration of 17-beta estradiol. J. Pharmacol. Exp. Ther. 240: 466-470.

M-32   Flavahan, N.A. and Vanhoutte, P.M. (1987)  $\alpha_1$-Adrenoceptor subclassification in vascular smooth muscle:  Reply to J.R. Docherty. Trends Pharmacol. Sci. 8: 124-125.

M-31   Flavahan, N.A. and Vanhoutte, P.M. (1987) Heterogeneity of $\alpha$-adrenergic responses in vascular smooth muscle: role of receptor subtypes and receptor-reserve.   In 'The $\alpha_1$-Adrenoceptor', pp.351-403, Ed. R.R. Ruffolo, Jnr. Humana Press.

M-30   Danser, J., van den Ende, R., Lorenz, R.R., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Prejunctional $\beta_1$-adrenoceptors inhibit cholinergic transmission in canine bronchial smooth muscle. J. Appl. Physiol. 62: 785-790.

M-29   Beck, K.C., Vettermann, J., Flavahan, N.A. and Rehder, K. (1987)  Muscarinic M1-receptors mediate the increase in pulmonary resistance during vagal stimulation in dogs. Am. Rev. Resp. Dis. 136: 1135-1139.

M-28   O'Rourke, S.T., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Characterization of muscarinic receptors in canine bronchial smooth muscle.  Eur. J. Pharmacol.  140: 117-120.

M-27   Vanhoutte, P.M. and Flavahan, N.A. (1987) Modulation of cholinergic neurotransmission in the airways.  In 'Cholinergic Neurotransmission in the Airways', pp 203-215, Eds. P. Barnes and M.A. Kaliner.  Marcel Dekker, New York.

M-26   Gunst, S.J., Stropp, J.Q., Kurwa, H.A. and Flavahan, N.A. (1987)  Interaction of contractile responses in canine tracheal smooth muscle.   J. Appl. Physiol. 63: 514-520.

M-25   Gunst, S.J., Stropp, J.Q. and Flavahan, N.A. (1987) Receptor: response coupling in canine tracheal smooth muscle. J. Appl. Physiol. 62: 1755-1758.

M-24   Daskalopoulos, D.A., Rimele, T.J., Flavahan, N.A. and Vanhoutte, P.M. (1987)  Flunarizine and $\alpha$-adrenergic responses in isolated canine saphenous veins. Gen. Pharmacol. 18: 193-196.

M-23   Bulloch, J.M., Docherty, J.R., Flavahan, N.A., McGrath, J.C., and McKean C.E. (1987). Difference in the potency of $\alpha_2$-adrenoceptor agonists and antagonists between the pithed rabbit and rat. Br. J. Pharmacol. 91:457-466.

M-22  Flavahan, N.A. and Vanhoutte, P.M. (1986)  $\alpha_1$- and $\alpha_2$-Adrenoceptor: response coupling in canine saphenous and femoral veins.  J. Pharmacol. Exp. Ther. 238: 131-138.

M-21  Flavahan, N.A. and Vanhoutte, P.M. (1986)  The effect of cooling on $\alpha_1$- and $\alpha_2$-adrenergic responses in canine saphenous and femoral veins.  J. Pharmacol. Exp. Ther. 238: 139-147.

M-20  Flavahan, N.A. and Vanhoutte, P.M. (1986)  $\alpha_1$-Adrenoceptor subclassification in vascular smooth muscle.  Trends Pharmacol. Sci. 7: 347-349.

M-19  Flavahan, N.A. and Vanhoutte, P.M. (1986)  Sympathetic purinergic vasoconstriction and thermosensitivity in a canine cutaneous vein.  J. Pharmacol. Exp. Ther. 239: 784-788.

M-18  Vanhoutte, P.M. and Flavahan, N.A. (1986)  The effects of temperature on $\alpha$-adrenoceptors in limb veins.  Role of receptor reserve. Fed. Proc. 45: 2347-2354.

M-17  Vanhoutte, P.M. and Flavahan, N.A. (1986) The heterogeneity of adrenergic receptors. In 'Pharmacology of Adrenoceptors', pp 43-46, Ed. E. Szabadi, C.M. Bradshaw, S.R. Nahorski. Macmillan Press.

M-16  Flavahan, N.A., Lindblad, L-E., Verbeuren, T.J., Shepherd, J.T. and Vanhoutte, P.M. (1985) Cooling and $\alpha_1$- and $\alpha_2$-adrenergic responses in cutaneous veins: role of receptor-reserve. Am. J. Physiol. 249: H950-H955.

M-15  Flavahan, N.A., Grant, T.L., Greig, J., and McGrath, J.C. (1985)   Analysis of $\alpha$-adrenoceptor-mediated, and other, components of the vasopressor responses of the pithed rat.  Br. J. Pharmacol. 86: 265-274.

M-14  Flavahan, N.A., Rimele, T.J., Aarhus, L.L. and Vanhoutte, P.M. (1985)  The respiratory epithelium inhibits bronchial smooth muscle tone. J. Appl. Physiol. 58: 834-838.

M-13  Flavahan, N.A. and Vanhoutte, P.M. (1985)  The respiratory epithelium releases a smooth muscle relaxing factor.  Chest 87s: 189s-190s.

M-12  Cooke, J.P., Rimele, T.J., Flavahan, N.A. and Vanhoutte, P.M. (1985)  Nimodipine and inhibition of $\alpha$-adrenergic responses of the isolated canine saphenous vein. J. Pharmacol. Exp. Ther. 234: 598-602.

M-11  Vanhoutte, P.M., Rimele, T.J. and Flavahan, N.A. (1985)  Lipoxygenase and calcium entry in vascular smooth muscle.  J. Cardiovasc. Pharmacol. 7: s47-s52.

M-10  Vanhoutte, P.M., Cooke, J.P., Lindblad, L-E., Shepherd, J.T. and Flavahan, N.A. (1985) Modulation of postjunctional $\alpha$-adrenergic responsiveness by local changes in

22

temperature.  Clin. Sci. 68 (suppl. 10): 121s-123s.

M-9   Grant, T.L., Flavahan, N.A., Greig, J., McGrath, J.C., McKean, C.E. and Reid, J.L.
(1985)  Attempts to uncover subtypes of α-adrenoceptors and associated mechanisms by
using sequential administration of blocking drugs.   Clin. Sci. 68 (suppl. 10): 25s-30s.

M-8   O'Brien, J.W., Flavahan, N.A., Grant, T.L., McGrath, J.C. and Marshall, R.J. (1985)
Influence of blood gases, Ca++-entry blockade and angiotensin converting enzyme
inhibition on pressor responses to α-adrenoceptor agonists: evidence in vitro for subtypes
of response independent of receptor subtype? Clin. Sci. 68 (suppl. 10): 99s-104s.

M-7   Flavahan, N.A., Rimele, T.J., Cooke, J.P. and Vanhoutte, P.M. (1984) Characterization of
the postjunctional $\alpha_1$- and $\alpha_2$-adrenoceptors activated by exogenous and nerve-released
norepinephrine in the canine saphenous vein. J. Pharmacol. Exp. Ther. 230: 699-705.

M-6   Flavahan, N.A. and McGrath, J.C. (1984) Are human vascular α-adrenoceptors atypical?
J. Cardiovasc. Pharmacol. 6: 208-210.

M-5   Flavahan, N.A. (1983) α-Adrenoceptor subtypes in the cardiovascular system.  Ph.D.
Thesis, University of Glasgow.

M-4   Flavahan, N.A. and McGrath, J.C. (1982)  $\alpha_1$-Adrenoceptor activation can increase heart
rate directly or decrease it indirectly through parasympathetic activation.   Br. J.
Pharmacol. 77: 310-328.

M-3   McGrath, J.C., Flavahan, N.A. and McKean, C.E. (1982)  $\alpha_1$- and $\alpha_2$-Adrenoceptor-
mediated pressor and chronotropic effects in the rat and rabbit.  J. Cardiovasc.
Pharmacol. 4: s101-s107.

M-2   Flavahan, N.A. and McGrath, J.C. (1981)  $\alpha_1$-Adrenoceptors can mediate chronotropic
responses in the rat heart.  Br. J. Pharmacol. 73: 586-588.

M-1   Flavahan, N.A. and McGrath, J.C. (1980)  Blockade by yohimbine of prazosin-resistant
pressor effects of adrenaline in the pithed rat.  Br. J. Pharmacol. 69: 355-357.