UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

FILED JUN 19 2006
LORETTA G. WHYTE
CLERK

## MOTION OF PLAINTIFF GERALD BARNETT FOR AN ORDER EXCLUDING ARGUMENT OR OPINION TESTIMONY THAT THE APPROVE STUDY AND PROTOCOL 203 CANNOT BE GENERALIZED TO OTHER POPULATIONS, AND TO EXCLUDE OPINIONS CONCERNING "INDIVIDUAL CONFIDENCE INTERVALS"

Plaintiff Gerald Barnett, through undersigned counsel, and pursuant to Federal Rules of Evidence 403 and 702, hereby moves to exclude argument or opinion testimony that APPROVe Study and Protocol 203 cannot be generalized to other populations, and to exclude opinions concerning "individual confidence intervals." The facts and law supporting this motion are set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

Date: June 16, 2006                    Respectfully submitted,

By _____
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 16th day of June, 2006.

MARK P. ROBINSON, JR.
State Bar No. 054426
Attorney for Plaintiff
Robinson, Calcagnie & Robinson