

The **NEW ENGLAND**
**JOURNAL** of **MEDICINE**

EDITORIAL OFFICES

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: Robert S. Bresalier          E-mail: rbresali@mdanderson.org

Manuscript Title or Number:

|  | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| **Entity** |  |  |  |
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☐ | ☐☐☐☐ | ☒☐☐☐ |
| *Merck Research Laboratories* |  |  |  |
| Equity ownership/stock options (publicly or privately traded firms) | ☒ | ☐☐ | ☐☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☒ | ☐☐☐ | ☐☐☐ |

Are you employed by the commercial entity that sponsored the study?   ☐ Yes   ☒ No

Grant support from industry? If yes, complete next section. If none, indicate here: ☒ None

|  | Total Amount | Years Covered |
|---|---|---|
| Current grant support, including nonprofit/government entities (attach "Other Support" page if necessary) |  |  |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area?  (please provide a brief description)

NO

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature _____   Date 2/12/05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000001



### The NEW ENGLAND JOURNAL of MEDICINE

05-0493

EDITORIAL OFFICES

# FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: ROBERT SANDLER          E-mail: rsandler@med.unc.edu

Manuscript Title or Number: 05-0493

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards *(per year, for the past two years or known future)* | ☐ | | |
|   Merck | | ☒ | ☒ |
|   Takeda | | ☒ | ☐ |
|   GlaxoSmithKline | | ☐ | ☐ |
| Equity ownership/stock options *(publicly or privately traded firms)* | ☒ | ☐ | ☐ |
| | | ☐ | ☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor *(for the past two years or known future)* | ☒ | | |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Are you employed by the commercial entity that sponsored the study?     ☐ Yes   ☒ No

Grant support from industry? If yes, complete next section. If none, indicate here: ☐ None

| Current grant support, including nonprofit/government entities *(attach "Other Support" page if necessary)* | Total Amount | Years Covered |
|---|---|---|
| NIH | $ 4,124,799 | 2004-5 |
| see attached | | |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*   NO

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature _____   Date 2/12/05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000002

02/14/2005  09:24   9199965        CGIBD

ROBERT S. SANDLER, MD
University of North Carolina
Other Support

R01 CA44684-09 (Sandler)                    4/1/01–3/31/05
National Institutes of Health               $431,272
Epidemiology of Rectal Mucosal Proliferation

5 P30 DK34987 (Sandler)                     12/01/94–11/30/09
NIH                                         $1,000,000
Digestive Disease Research Core Center
(Center for Gastrointestinal Biology and Disease)

T32 DK07634 (Sandler)                       07/01/94–6/30/09
NIH                                         $208,780
Digestive Disease Epidemiology Training Program

R01 CA66635 (Sandler)                       7/1/01–6/30/05
National Cancer Institute                   $858,277
Population Study of Rectal Cancer in Blacks and Whites

U01 CA93326  (Sandler)                      9/1/01–8/31/06
National Cancer Institute                   $1,002,656
Cancer Care Outcomes Research and Surveillance Consortium

U01 CA74799 (Halle, USC)                    7/01/02–6/30/07
National Cancer Institute                   $153,754  (UNC subcontract ADC)
Colorectal Cancer Family Registry

1 R01 CA98286-01A1  (Baron)                 1/1/04–12/31/09
NCI/NIH                                     $79,094 (UNC subcontract yr 1 DC)
Colorectal Chemoprevention with Calcium and Vitamin D

1P50CA106991 (Tepper)                       6/1/04–5/31/09
National Cancer Institute                   $1,598,286
SPORE in Gastrointestinal Cancer
Project 1 Project Leader                    $193,002

1R01CA104132 (Le Marchand)                  7/1/04–6/31/09
NCI/NIH                                     $241,098
Epidemiologic Research on Ethnic/Racial minorities in the Colon CFR

5T35DK007386-25 (Sandler)                   5/1/80–8/31/05
NIH/NIDDK                                   $197,964
Short Term Research Training

2005 NEJM 000003

FEB-12-2005 19:42    CREOS      732594    P.01/01

05-0493



# The NEW ENGLAND JOURNAL of MEDICINE

EDITORIAL OFFICES

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

**Name:** Hui Quan

**E-mail:** hui_quan@merck.com

**Manuscript Title or Number:** 05-0493

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards *(per year, for the past two years or known future)* | ☑ | ☐ ☐ ☐ | ☐ ☐ ☐ |
| Equity ownership/stock options *(publicly or privately traded firms)* | ☐ | | |
| Merck & Co., Inc. | | ☐ | ☑ |
| Lucent | | ☐ | ☑ |
| Chinadotcom corp | | ☐ | ☑ |
| Lecture fees from speaking at the invitation of a commercial sponsor *(for the past two years or known future)* | ☑ | ☐ ☐ ☐ | ☐ ☐ ☐ |

Are you employed by the commercial entity that sponsored the study? ☑ Yes ☐ No

Grant support from industry? *If yes, complete next section. If none, indicate here:* ☑ None

| Current grant support, including nonprofit/government entities *(attach "Other Support" page if necessary)* | Total Amount | Years Covered |
|---|---|---|
| | | |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*

2005 NEJM 000004

patent "Method of Lessening the Risk of Vertebral Fractures"
US Application No.: 08/388,860; Case No.: 19396

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature _____  Date 2/12/2005

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.



# The NEW ENGLAND JOURNAL of MEDICINE

EDITORIAL OFFICES

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. **If nothing to disclose, please so indicate.**

Name: JAMES A. BOLOGNESE        E-mail: JAMES_BOLOGNESE@MERCK.COM

Manuscript Title or Number: COLORECTAL ADENOMA CHEMOPREVENTION TRIAL; CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB IN A

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☑ | ☐☐☐ | ☐☐☐ |
| Equity ownership/stock options (publicly or privately traded firms)  MERCK | ☐ | ☐☐ | ☑☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☑ | ☐☐ | ☐☐ |

Are you employed by the commercial entity that sponsored the study?   ☑ Yes   ☐ No

Grant support from industry? If yes, complete next section. If none, indicate here: ☑ None

Current grant support, including nonprofit/government entities (attach "Other Support" page if necessary)   none

| | Total Amount | Years Covered |
|---|---|---|

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? (please provide a brief description)

YES, EMPLOYED BY SPONSOR; MERCK & CO., INC.

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature  Jame A. Bologn        Date 2-14-05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.



# The NEW ENGLAND JOURNAL of MEDICINE

EDITORIAL OFFICES

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: Bettina Oxenius          E-mail: bettina_oxenius@merck.com

Manuscript Title or Number: 05-8489

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☑ | ☐☐☐☐ | ☐☐☐☐ |
| Equity ownership/stock options (publicly or privately traded firms) Merck&Co | ☐ | ☑☐☐ | ☐☐☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☑ | ☐☐☐☐ | ☐☐☐☐ |

Are you employed by the commercial entity that sponsored the study?   ☑ Yes   ☐ No

Grant support from industry? *If yes, complete next section. If none, indicate here:* ☑ None

| Current grant support, including nonprofit/government entities (attach "Other Support" page if necessary) | Total Amount | Years Covered |
|---|---|---|
| None | | |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*

None

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature *Bettina Oxenius*   Date 12-Feb-06

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000006



The **NEW ENGLAND**
**JOURNAL** of **MEDICINE**

EDITORIAL OFFICES

# FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statement. If nothing to disclose, please so indicate.

Name: Kevin J. Horgan                  E-mail: kevin_horgan@merck.com

Manuscript Title or Number: 05-0493

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards *(per year, for the past two years or known future)* | ☑ | ☐ ☐ | ☐ ☐ |
| Equity ownership/stock options *(publicly or privately traded firms)* Merck&Co | ☐ | ☑ ☐ | ☐ ☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor *(for the past two years or known future)* | ☑ | ☐ ☐ ☐ | ☐ ☐ ☐ |

Are you employed by the commercial entity that sponsored the study?   ☑ Yes   ☐ No

Grant support from industry? *If yes, complete next section. If none, indicate here:*  ☑ None

| Current grant support, including nonprofit/government entities *(attach "Other Support" page if necessary)* | Total Amount | Years Covered |
|---|---|---|
|  |  |  |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*

None.

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature   *Kevin Horgan*                  Date  2/12/05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000007



EDITORIAL OFFICES

The NEW ENGLAND
JOURNAL of MEDICINE

# FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: Christopher Lines

E-mail: chris_lines@merck.com

Manuscript Title or Number: 05-0483

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☑ | ☐ ☐ ☐ | ☐ ☐ ☐ |
| Equity ownership/stock options (publicly or privately traded firms) | ☐ | | |
| Merck | | ☐ ☐ ☐ | ☑ ☐ ☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☑ | ☐ ☐ ☐ | ☐ ☐ ☐ |

Are you employed by the commercial entity that sponsored the study?   ☑ Yes   ☐ No

Grant support from industry?  If yes, complete next section.  If none, indicate here: ☑ None

| Current grant support, including nonprofit/government entities (attach "Other Support" page if necessary) | Total Amount | Years Covered |
|---|---|---|
| None | | |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area?  (please provide a brief description)

No

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature _C. R. Lines_   Date 2/14/05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-2250.

2005 NEJM 000008



# The NEW ENGLAND
# JOURNAL of MEDICINE

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: Angel Lanas                          E-mail: alanas@unizar.es

Manuscript Title or Number: 05-0493.

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☐ | ☐ ☐ ☐ | ☑ ☐ ☐ |
| Equity ownership/stock options (publicly or privately traded firms) | ☑ | ☐ ☐ | ☐ ☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☐ | ☑ ☐ ☐ | ☐ ☐ |

Are you employed by the commercial entity that sponsored the study?   ☐ Yes   ☑ No

Grant support from industry?  If yes, complete next section. If none, indicate here: ☑ None

| | Total Amount | Years Covered |
|---|---|---|
| Current grant support, including nonprofit/government entities (attach "Other Support" page if necessary) | | |

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area?  (please provide a brief description)

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the journal.

Signature _____   Date 14-2-05

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000009



The **NEW ENGLAND**
**JOURNAL** of **MEDICINE**

EDITORIAL OFFICES

# FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: Marvin A. Konstam                         E-mail: MKonstam@tufts-nemc.org

Manuscript Title or Number: 05-0493

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards (per year, for the past two years or known future) | ☐ | | |
| Merck | | ☐ ☐ ☐ ☐ | ☐ ☑ ☐ ☐ |
| Equity ownership/stock options (publicly or privately traded firms) | ☑ | ☐ | ☐ |
| Lecture fees from speaking at the invitation of a commercial sponsor (for the past two years or known future) | ☐ | | |
| Merck | | ☐ ☑ ☐ ☐ | ☐ ☐ ☐ |

Are you employed by the commercial entity that sponsored the study?     ☐ Yes     ☑ No

Grant support from industry? *If yes, complete next section. If none, indicate here:* ☑ None

Current grant support, including nonprofit/government entities          **Total Amount**          **Years Covered**
(attach "Other Support" page if necessary)

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the Interdisciplinary national Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the journal.

Signature _Marvin A. Konstam MD_ Date 2/4/05

**PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.**

2005 NEJM 000010



# The NEW ENGLAND
# JOURNAL of MEDICINE

EDITORIAL OFFICES

## FINANCIAL DISCLOSURE & AUTHORSHIP FORM

Each author is required to complete this form. The editors' interest extends to those areas relevant to the article that, broadly viewed, could be construed as constituting a conflict of interest or the appearance thereof. This form should be submitted with the manuscript. The information will be used only in paraphrase to write disclosure statements. If nothing to disclose, please so indicate.

Name: JOHN BARON     E-mail: JOHN. A. BARON @ DARTMOUTH, EDU

Manuscript Title or Number: CARDIOVASCULAR EVENTS - ROFECOXIB

| Entity | None | less than U.S. $10,000 | more than U.S. $10,000 |
|---|---|---|---|
| Consulting fees or paid advisory boards *(per year, for the past two years or known future)* MERCK | ☐ | ☐ ☐ ☐ | ☒ ☐ ☐ |
| Equity ownership/stock options *(publicly or privately traded firms)* | ☒ | ☐ ☐ | ☐ ☐ |
| Lecture fees from speaking at the Invitation of a commercial sponsor *(for the past two years or known future)* | ☒ | ☐ ☐ ☐ | ☐ ☐ ☐ |

Are you employed by the commercial entity that sponsored the study?   ☐ Yes   ☒ No

Grant support from industry? If yes, complete next section. If none, indicate here: ☒ None

Current grant support, including nonprofit/government entities     **Total Amount**     **Years Covered**
*(attach "Other Support" page if necessary)*

SEE FOLLOWING - ONLY FEDERAL / NONPROFIT
GRANT SUPPORT. HOWEVER MERCK DOES
PROVIDE TABLETS FOR RESEARCH.

Do you have patents and/or royalties, have you served as an expert witness, or do you perform other activities for an entity with a financial interest in this area? *(please provide a brief description)*   USE PATENT FOR CALCIUM CARBONATE AS CHEMOPREVENTIVE AGENT IN THE LARGE BOWEL.

I, the undersigned, certify that I accept responsibility for the conduct of this study and for the analysis and interpretation of the data. I helped write this manuscript and agree with the decisions about it. I meet the definition of an author as stated by the International Committee of Medical Journal Editors, and I have seen and approved the final manuscript. Neither the article nor any essential part of it, including tables and figures, will be published or submitted elsewhere before appearing in the Journal.

Signature _John A. Baron_   Date _____

PLEASE RETURN THE COMPLETED FORM BY FAX TO (617) 739-9864 OR (800) 210-4350.

2005 NEJM 000011

*BARON*

## C. Research Support

"Aspirin in the Prevention of Large Bowel Polyps"
    PI: John A. Baron, MD
    NIH/NCI (5 U01 CA 59005-09)
This proposal is to continue investigation related to a successful chemoprevention trial of
aspirin and folate as preventive agents against the recurrence of colorectal adenomas.
Dartmouth is the coordinating center.

Calcium/Vitamin D Prevention of Neoplastic Polyps
    PI: John A. Baron, MD
    NIH/NCI
This multi-centered placebo controlled clinical trial studies calcium and vitamin D as
chemopreventive agents in the large bowel. Dartmouth is the coordinating center.

"Consortium for Colorectal Cancer Family Registry"
    PI: John A. Baron, MD
    NIH/NCI  07/01/97 – 06/30/03
The purpose of this grant is to establish a registry of families who have a history of
multiple cases of colorectal cancer.

"Great Lakes-New England Clinical and Epidemiology"
    PI: Dean Brenner, MD
    NIH/NCI (University of Michigan) (5 U01 CA86400-02)  04/01/00 – 03/31/05
Dartmouth is providing the informatics for the New England Great Lakes center of the
Early Detection Research Network (and Baron is senior member of the consortium).
This is a consortium organized by NCI to foster the development of biomarkers for the
early detection of cancer.
    Role on the Project: Co-Investigator

"NIAMS Subcontract with Brigham and Women's Hospital"
    PI: John A. Baron, MD
    NIH/NCI (5 P60 AR36308-13)  4/01/01 – 03/31/02
This is one project in the Multipurpose Arthritis Center Renewal grant at Brigham and
Women's Hospital. The Dartmouth orthopedic epidemiology group is collaborating with
the Harvard investigators to document the outcomes of primary and revision total hip
arthroplasty (THA) and revision total hip arthroplasty (RTHA).

"Determinants of the Outcome of Primary and Revision Total Replacement in Population Based
Cohort"
    PI: John A. Baron, MD
    Brigham & Women's Hospital  07/01/00 – 06/30/05
The Arthritis Grant has no connection to cancer, it is an investigation of the determinants
of outcomes of total hip replacement and total hip replacement revision. The Dartmouth
investigators) are conducting analyses using Medicare data and taking part in some of
the interview analyses as well.

2005 NEJM 000012

*Bresalier/Baron*
*PR*
*February*



# The NEW ENGLAND
# JOURNAL of MEDICINE

Manuscript No. 05-0493                                     February 9, 2005

John A. Baron, M.D.
Departments of Medicine and Community & Family Medicine
Dartmouth Medical School
Evergreen Center, Suite 300
46 Centerra Parkway
Lebanon, NH 03756

Dear John:

I am sorry to inform you that your manuscript, entitled, "Cardiovascular Events Associated with
Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial," has not been
accepted for publication in its current form. However, we would be very willing to consider an
extensively revised version of the manuscript that successfully addressed the comments of the
reviewers. Bear in mind that we cannot make an advance commitment regarding publication,
but we do promise a sympathetic review and a rapid response.

The comments of five reviewers are enclosed. As you will see, there is substantial overlap
among the reviewers' comments, which will make the task of revising the manuscript somewhat
easier. That said, there are still a number of comments for you to address. I will underscore a few
of the more important ones in this letter.

1. We would like you to describe in the manuscript when the DSMB was formed and why
   its appointment was delayed. We would also like you to explain the rationale for why one
   member of the DSMB was also one of the investigators and a coauthor of the manuscript.
   List DSMB and steering committee membership.

2. Add the other serious CV adverse events listed in the text to Table 3 (the notation at the
   bottom of page 12 "Data not shown" is not acceptable).

3. Show the KM curves for all serious CV events to demonstrate the early separation. These
   curves should become Figure 2A, while the current KM curves should become Figure
   2B.

4. Restore the investigator-reported events category to Table 2.

5. Report actual event rates, not just rates per 100 patient-years.

6. Report event rates and HR for all pre-specified subgroups in a table (particularly ASA
   use, high CV risk, diabetics) similar to APC.

2005 NEJM 000013

John A. Baron, M.D.
February 9, 2005
Page 2

7. Remove assertion that increased risk was observed only after 18 months, because the event curves for other *adverse events separate* early. Also, the focus on the first 18 months was not pre-specified and is a post hoc analysis.

8. The manuscript must explicitly state where the data were held and if the investigators had full and unfettered *access to the data.* You should also explicitly state who did the data analysis and who wrote the manuscript.

You will also find *editorial comments* in tracking changes in the version of the manuscript being returned to you.

The editors recognize that we are asking for extensive changes, but we hope you will be able to complete *the revisions* very soon, given the timely nature and the public health importance of the topic. Please understand that we will carefully check your revised manuscript to be certain that *all of the changes requested* by the reviewers and editors have been made.

Please feel free to call me if you have any questions.

Thank you for allowing us to review your interesting manuscript. I look forward to reading the revised version.

Sincerely,

*Gregory D. Curfman*

Gregory D. Curfman, M.D.
Executive Editor
Office: (781) 434-7804
Cell: (978) 505-9696
gcurfman@nejm.org

GDC/scw
Enclosures

2005 NEJM 000014

The NEW ENGLAND JOURNAL of MEDICINE

ORIGINAL ARTICLE

FEB 1 5 2005

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

## ABSTRACT

**BACKGROUND**
Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**
A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**
A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**
Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

N Engl J Med 2005;352.
Copyright © 2005 Massachusetts Medical Society.

BRESALIER-1

2005 NEJM 000015

*The* NEW ENGLAND JOURNAL *of* MEDICINE

ONSTEROIDAL ANTIINFLAMMATORY
drugs (NSAIDs) alleviate pain and in-
flammation but may cause gastrointesti-
nal ulceration and bleeding, presumably by inhibit-
ing cyclooxygenase (COX)–mediated production of
prostaglandins. The discovery that there were two
forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2),
provided the impetus for the development of selec-
tive inhibitors of COX-2 with a reduced risk of gas-
trointestinal complications whose analgesic and
antiinflammatory efficacy was likely to be similar
to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation,
such as in atheromatous plaques, and in neoplasms,
raising the possibility that COX-2 inhibition might
also be useful in the treatment or prevention of ath-
erosclerosis and various cancers.[1,2] However, pre-
dicting the consequences of COX-2 inhibition on
cardiovascular disease is not a straightforward prop-
osition. COX-2 inhibition has several effects that
could increase the risk of cardiovascular disease,
including reducing prostacyclin levels, increasing
blood pressure, decreasing angiogenesis,[9-11] and
destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has
been shown to be associated with significantly few-
er gastrointestinal adverse events than nonselective
nonsteroidal antiinflammatory drugs (NSAIDs).[13]
In one trial,[13] there were more cardiovascular events
among patients given a high dose of rofecoxib than
among those given naproxen, an NSAID with plate-
let-inhibiting properties of unclear clinical rele-
vance.[4,5,14-16] Pooled data from other randomized
trials have not shown a significant difference in
cardiovascular risk between rofecoxib and placebo
or other nonselective NSAIDs.[4,5,17] Observational
studies have provided conflicting data on the asso-
ciation of rofecoxib with cardiovascular risk: some
studies suggested that there was no effect, some
suggested that the risk was increased only at high
doses, and others indicated a possible increase in
the risk of cardiovascular events at standard or un-
specified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx
(APPROVe) Trial was designed to evaluate the hy-
pothesis that three years of treatment with rofecoxib
would reduce the risk of recurrent adenomatous
polyps among patients with a history of colorectal
adenomas. Potential thrombotic events were adju-
dicated by an independent committee, and all safety
data were monitored by an external safety-monitor-
ing committee. We report the cardiovascular find-
ings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to No-
vember 2001 at 108 centers in 29 countries. Partic-
ipating investigators are listed in the Appendix. Men
and women who were at least 40 years old were eli-
gible if they had had at least one histologically con-
firmed large-bowel adenoma removed within 12
weeks before study entry and were not anticipated
to need long-term NSAID therapy (including high-
dose aspirin) during the study. Initially, patients who
were taking low-dose aspirin (no more than 100 mg
daily) were excluded from the study. However, in
May 2000, after the results of the Vioxx Gastroin-
testinal Research (VIGOR) trial[13] had become avail-
able, the protocol was amended to allow random-
ized subjects to take low-dose aspirin (no more than
100 mg daily) for cardiovascular protection. The
proportion of subjects taking low-dose aspirin at
enrollment was capped at 20 percent because of the
possible chemopreventive effects of the drug.[22] Ex-
clusion criteria were evidence of uncontrolled hy-
pertension (defined by a blood pressure of more
than 165/95 mm Hg); angina or congestive heart
failure, with symptoms evoked by minimal activity;
myocardial infarction, coronary angioplasty, or cor-
onary-artery bypass grafting within the preceding
year; or stroke or transient ischemic attack within
two years before screening.

Written informed consent was obtained from all
patients. The institutional review board at each cen-
ter approved the study.

### TREATMENT

The randomized treatment period was preceded by
a six-week, single-blind, placebo run-in period to
assess patients' compliance. Patients who took at
least 80 percent of their tablets during the placebo
run-in period were randomly assigned to receive ei-
ther one 25-mg tablet of rofecoxib per day (the max-
imal recommended long-term daily dose) or one
identical-appearing placebo tablet per day for three
years. The computer-derived randomization was
stratified according to the clinical center and the use
or nonuse of low-dose aspirin, with blocks of 2. Pa-
tients, investigators, and sponsor personnel who
monitored the study, other than the unblinded study
statistician, were unaware of the treatment assign-
ments.

Patients were evaluated clinically at randomiza-
tion and at weeks 4, 17, 35, 52, 69, 86, 104, 121,
138, 156, and 158 or after the discontinuation of

2005 NEJM 000016

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB



**Figure 1. Enrollment, Randomization, and Outcomes.**
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

### CARDIOVASCULAR EVENTS

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-

fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the spon-

BRESALIER-3

The NEW ENGLAND JOURNAL of MEDICINE

sor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study

medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

## RESULTS

### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent

| Table 1. Baseline Characteristics of the Patients. | | |
|---|---|---|
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

2005 NEJM 000018

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group),

and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

INCIDENCE OF THROMBOTIC EVENTS
AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group; sudden death from cardiac causes occurred

| Table 2. Incidence of Adjudicated Thrombotic Adverse Events.* | | | | | |
|---|---|---|---|---|---|
| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

BRESALIER-5

*The* NEW ENGLAND JOURNAL *of* MEDICINE



Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.

Vertical lines indicate 95 percent confidence intervals.

in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the rel-

ative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS

As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events. The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months) with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of –0.5±0.3 mm Hg and –0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify

2005 NEJM 000020

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

the treatment effect (relative risk for *the comparison* of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by *baseline or subsequent* use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane A$_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic *prostacyclin* synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these fac-



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).

Vertical lines indicate 95 percent confidence intervals.

tors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic *cardiovascular adverse* events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Dif-

The NEW ENGLAND JOURNAL of MEDICINE

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (2.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.*

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

ferences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events

associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofe-

2005 NEJM 000022

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.*

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

coxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[17] suggested that the odds of nonfatal myocardial infarction differ between patients who take rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the Journal, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Bolognese, Oxenius, Horgan, and Lines own equity in the company.

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees —Cardiology: L.S. Dreifus, G. Vetrovec, E. Chaitman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Centre, Tel Aviv; J.M.P. Badia, Hospital Clinic i Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Balderocchi, Unidad de Aparato Digestivo Julio Dante Bairocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bryan, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; G. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.F. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.B. Clelland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; M.L. Barclay, Christchurch Hospital, Christchurch, New Holland; G. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-

*The* NEW ENGLAND JOURNAL *of* MEDICINE

Amiaton, Santiago, Chile; M. Färkkilä, University Central Hospital, Helsinki; G.M. Fugarolas, J.E. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Institum Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syenbus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo, M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Saint Luke's-Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hulmtrantz, Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; X.B.J. Jensen, Centrasygebuset Esbjerg Varde, Esbjerb, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jorgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenta Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Universita Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E. Maiza, Hospital José Joaquin Aguirre, Santiago, Chile; N.E. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petch Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; J. Pokorny, Parrow, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochaska, Fakulni Nemocnce Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putman, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rostgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schobert, Allenmore Medical Center, Tacoma, Wash.; H.L. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; E. Seraa-Cheem, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szego, Royal Victoria Hospital, Montreal; N. Tozibara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergazwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; R. Vergeau, C. Niscu, Hopital d'Instruction des Armces, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.M. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verborg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outc-

2005 NEJM 000024

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

comes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2-selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infraction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini

IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib use in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352.

*Copyright © 2005 Massachusetts Medical Society.*

05-0493
27H05

# Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan Ph.D., James A. Bolognese, Mstat, Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Marvin A. Konstam, M.D. and John Baron, M.D. for the APPROVe Trial Investigators

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas MD Anderson Cancer Center, Houston, Texas (R.S.B.), the Department of Medicine, University of North Carolina, Chapel Hill, North Carolina (R.S.S.), Merck Research Laboratories, West Point, Pennsylvania (James A.B., H.Q., B.O., K.H., C.L.), Department of Pathology, Mount Sinai Hospital, Toronto, Canada (R.R.), Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.), Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.), Department of Medicine, Tufts-New England Medical Center, Boston, Massachusetts (M.A.K.), and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, New Hampshire (John A.B.)

Address reprint requests to Dr. Robert S. Bresalier, Department of Gastrointestinal

2005 NEJM 000026

1

Medicine and Nutrition, the University of Texas MD Anderson Cancer Center, 1515 Holcombe Boulevard, Houston, Texas 77030-4009, or at rbresali@mdanderson.org

*The members of the APPROVe Trial are listed in the appendix.

2005 NEJM 000027

## ABSTRACT

*Background:* It has been proposed that selective cyclooxygenase-2 inhibition may be associated with an increased risk of thrombotic cardiovascular events, but only limited long-term data have been available. We report ~~here~~ on the cardiovascular outcomes associated with use of the selective cyclooxygenase-2 inhibitor rofecoxib in a long-term placebo-controlled trial.

*Methods:* APPROVe was a multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of 3 years of treatment with rofecoxib 25 mg on the recurrence of neoplastic polyps of the large bowel in 2586 patients with a history of colorectal adenomas. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were blindly adjudicated by an external committee. ~~Safety data were monitored by an external data and safety monitoring board.~~

*Results:* There were 46 patients with confirmed thrombotic cardiovascular events in 3059 patient-years on rofecoxib (1.50 events per 100 patient-years) and 26 in 3327 patient-years on placebo (0.78 events per 100 patient-years). The corresponding relative risk for rofecoxib versus placebo was 1.92 (ninety five percent confidence interval: 1.19, 3.11; p=0.008). The increased relative risk was observed beginning after 18 months of treatment; in the first 18 months the risks for the 2 treatments were similar. The results primarily reflect imbalances in myocardial infarctions and ischemic cerebrovascular events. Overall mortality was similar in the treatment groups.

*Conclusions:* ~~Although the number of patients experiencing a cardiovascular event was small,~~ The use of rofecoxib beyond 18 months was associated with an increased cardiovascular risk relative to placebo ~~in this study.~~

2005 NEJM 000028

## INTRODUCTION

Nonsteroidal anti-inflammatory drugs (NSAIDs) alleviate pain and inflammation, but may cause gastrointestinal ulceration and bleeding, presumably from inhibition of cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, COX-1 and COX-2, more than 10 years ago provided the impetus for development of selective inhibitors of COX-2 that were likely to have similar analgesic and anti-inflammatory efficacy compared to non-selective COX inhibitors, but with a reduced risk of gastrointestinal complications.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and also in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment and/or prevention of atherosclerosis and various malignancies.[1, 2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not straightforward. COX-2 inhibition has been noted to have several effects that could increase the risk of cardiovascular disease including reductions in prostacyclin, increases in blood pressure, and decreases in angiogenesis.[3-11]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than non-selective NSAIDs.[12, 13] In one trial,[12] there were more cardiovascular events among subjects given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet inhibitory properties that could have clinical relevance.[4, 5, 14-16] Pooled data from other randomized

2005 NEJM 000029

4

trials have not shown a difference in cardiovascular risk between rofecoxib and placebo or other non-selective, NSAIDs.[4, 5, 17, 18]  Observational studies have provided conflicting data on the association of rofecoxib with risk of myocardial infarction:  some studies have suggested no effect, some suggested increased risk only at high doses, and others indicating a possible increase in cardiovascular events at unspecified doses.[6, 9, 11, 19, 20]

The APPROVe (Adenomatous Polyp Prevention On Vioxx) trial was designed to evaluate the hypothesis that adenomatous polyp recurrence would be reduced in patients receiving rofecoxib for three years. Potential cardiovascular thrombotic events were adjudicated by an independent committee, and all safety data were ~~regularly~~ monitored by an external safety monitoring committee.  The present paper reports the cardiovascular findings from APPROVe.

2005 NEJM 000030

5

## METHODS

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men or women $\geq 40$ years old were eligible if they had removal of at least 1 histologically confirmed large bowel adenoma within 12 weeks of study entry and were not anticipated to need chronic NSAID therapy (including chronic high-dose aspirin) during the study. We planned to enroll up to 20% of patients who used low-dose ($\leq 100$ mg daily) aspirin for cardiovascular protection. Individuals with a previous history of cardiovascular disease were included unless there was evidence of uncontrolled hypertension (>165/95 mm Hg); angina or congestive heart failure with symptoms at minimal activity; history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting within the past 1 year; history of stroke or transient ischemic attack within the past 2 years. Written informed consent was obtained for all patients enrolled. The study was approved by the institutional review board for each center.

The active treatment period was preceded by a 6-week single-blind placebo run-in to assess patient compliance with taking medication. Patients who took at least 80% of their tablets during the placebo run-in were randomly assigned to receive either 1 rofecoxib 25 mg tablet (the maximum recommended long-term daily dose) or 1 identical appearing placebo daily for 3 years. The computer-derived randomization was stratified by clinical center and low-dose aspirin use, with a blocking factor of 2. Patients, investigators, and

2005 NEJM 000031

study sponsor personnel involved in study monitoring were blinded to the treatment allocation schedule.

There were in-person visits at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or following treatment discontinuation. Vital signs, including sitting blood pressure, were measured at each clinic visit during the study per usual clinical practice.  Adverse experiences occurring during the study were recorded and evaluated by the blinded investigators.  Follow-up for one year off treatment is ongoing.

Data presented include events occurring on study drug and up to 14 days after last dose of study drug. Serious vascular events were reviewed by an independent blinded adjudication committee, which confirmed events according to pre-specified case definitions ("confirmed events"). "Thrombotic cardiovascular serious events" included myocardial infarction, unstable angina, sudden cardiac death, stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism.  In addition, the endpoint defined by the Antiplatelet Trialists' Collaboration (APTC) [22] was also analyzed. This endpoint consists of the combined incidence of cardiovascular, hemorrhagic and unknown death; non-fatal myocardial ischemia; and non-fatal stroke.  Events confirmed by the external blinded adjudication committee were used in calculating both endpoints. Additional analyses were performed on other relevant events including hypertension, edema, and the grouping of congestive heart failure, pulmonary edema, or cardiac failure.

2005 NEJM 000032

An independent external safety monitoring board met periodically to review safety data provided by an unblinded statistician. No formal stopping rule was specified for terminating the study.

An unblinded statistician who was not otherwise involved in the study performed the analysis using SAS software Version 8.2. All patients who were randomized and took at least 1 dose of study medication were included in the analyses. For confirmed thrombotic cardiovascular serious events and the APTC endpoint, event rates and relative risks with 95% confidence intervals were calculated, the latter with Cox proportional hazards models; however, if the number of events was less than 11 in either treatment group, the rate ratio was computed using the binomial distribution [21]. The proportional hazards assumption was tested by evaluation of the time-by-log (time) interaction in the COX model. Kaplan-Meier estimates of the cumulative event rates over time to events were also made.

Several exploratory analyses were performed to more fully investigate the relation between mean arterial blood pressure and the study findings. One analysis summarized relative risk of confirmed thrombotic cardiovascular serious adverse events by quartiles of change in mean arterial pressure at study week 4. This time point was chosen because treatment differences in mean arterial pressure occurred early and remained constant across the treatment period and only 2 confirmed thrombotic cardiovascular serious adverse events (1 in each group) had occurred by week 4. The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional hazards model along with the treatment main effect. This model was used to

2005 NEJM 000033

investigate the association of blood pressure change over time with the occurrence of

confirmed thrombotic cardiovascular serious adverse events.

2005 NEJM 000034

## RESULTS

### Participants

A total of 3260 patients were screened for the study; of these, 2586 were deemed eligible and were randomized to rofecoxib 25 mg or placebo (Figure 1). The treatment groups appeared generally similar with regard to measured baseline characteristics including age, gender, low-dose aspirin use and cardiovascular risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (20% rofecoxib, 19% placebo), antihypertensive drugs (44% rofecoxib, 36% placebo), lipid-lowering agents (31% rofecoxib, 28% placebo), antiplatelet agents such as clopidogrel (4% rofecoxib, 2% placebo), insulin (3% rofecoxib, 2% placebo), and oral hypoglycemic agents (13% rofecoxib, 11% placebo).

At the time that the study was terminated at the recommendation of the external safety monitoring board and steering committee (September 30, 2004), approximately 2 months ahead of the planned completion, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled 3 years of study treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Prior to September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32% versus 25%) (Figure 1). The main reason for discontinuation was a clinical adverse experience. The 3 most common adverse experiences resulting in discontinuation were: hypertension (25 patients in the rofecoxib group, and 7 patients in

2005 NEJM 000035

the placebo group); increased blood pressure (6 rofecoxib, 1 placebo); and peripheral

edema (7 rofecoxib, 1 placebo).


**Thrombotic cardiovascular serious events and APTC endpoint**

There were a total of 121 patients with investigator reported thrombotic cardiovascular

adverse events (77 in the rofecoxib group and 44 in the placebo group) (Table 2). ~~The~~

~~absolute rates of confirmed thrombotic cardiovascular events were low in both groups,~~

*As compared with the placebo group,* ~~but~~ there was increased relative risk in the rofecoxib group (relative risk 1.92; ninety five

percent confidence interval 1.19 – 3.11). The difference between treatments was evident  *? ?*

in the 2nd 18 months of the study, whereas event rates were similar for the first 18 months

(Figure 2). The changing pattern of treatment effect over time was confirmed by a failed

test for proportionality of hazards (p=0.014). Findings for the Antiplatelet Trialists'

Collaboration endpoint were similar (data not shown).


The types of confirmed thrombotic cardiovascular serious adverse events are shown in

Table 3. The difference between treatments was mainly due to an increase in myocardial

infarctions and strokes in the rofecoxib group. There were 10 deaths in the rofecoxib

group and 10 deaths in the placebo group. Cardiovascular causes of death were

myocardial infarction (2 rofecoxib, 3 placebo), sudden cardiac death (3 rofecoxib, 1

placebo), ischemic cerebrovascular stroke (1 rofecoxib), and hemorrhagic

cerebrovascular stroke (1 placebo).

2005 NEJM 000036

11

There were no statistically significant treatment by subgroup interactions (p-values were all >0.10) for confirmed thrombotic cardiovascular serious adverse events in subgroup analyses based on country (U.S. versus other), age, gender, history of hypertension, use of antihypertension drugs at baseline, low-dose aspirin use at baseline, history of hypercholesterolemia, current cigarette use, history of ischemic heart disease, or high cardiovascular risk as defined in Table 1. However, the point estimates for the rofecoxib:placebo relative risk were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease 9.59; ninety five percent confidence interval 1.36 - 416) versus 1.58 (ninety five percent confidence interval 0.95 – 2.64) among subjects without such a clinical history (p for interaction = 0.096). Also, the rofecoxib:placebo relative risk was 6.10 (ninety five percent confidence limit 1.36 – 56.1) among subjects with a history of diabetes versus 1.55 (ninety five percent confidence limit 0.92 to 2.61) among those without (p for interaction = 0.091).

**Other adverse events**

Compared to placebo, the rofecoxib group had a higher percentage of patients with hypertension adverse experiences (rofecoxib = 29.3%, placebo = 16.9%, p<0.001), edema adverse experiences (rofecoxib = 8.6%, placebo = 5.9%, p=0.008), and the grouping of congestive heart failure, pulmonary edema or cardiac failure (rofecoxib = 1.3%, placebo = 0.3%, p=0.004). The Kaplan-Meier plots for hypertension, edema, and congestive heart failure, pulmonary edema, or cardiac failure all showed early separation between treatment groups with no statistically significant departures from constant hazards over time (data not shown).

2005 NEJM 000037

Mean (SEM) blood pressure increases of 3.4 (0.4) mm Hg systolic and 0.9 (0.2) mm Hg diastolic were observed in the rofecoxib group compared with –0.5 (0.3) mm Hg systolic and –0.8 (0.2) mm Hg diastolic in the placebo group during the trial. Blood pressure effects were seen by 4 weeks and remained relatively constant over the study. In order to investigate the relation between blood pressure changes and confirmed thrombotic cardiovascular adverse events, patients were categorized according to their change from baseline in MAP at 4 weeks. The rofecoxib:placebo relative risks for a confirmed thrombotic cardiovascular adverse event were broadly similar across quartile categories of blood pressure change (data not shown). An analysis was also performed in which mean arterial pressure at all time points during the study was included as a time-varying covariate in the model of treatment effects. The effect of mean arterial pressure on confirmed thrombotic cardiovascular adverse events in the overall population was small (2% increased risk of an event per mm Hg increase in mean arterial pressure, p=0.074), and inclusion of the covariate in the model did not materially modify the treatment effect (rofecoxib:placebo relative risk [ninety five percent confidence interval] = 1.87 [1.14, 3.06]).

2005 NEJM 000038

## DISCUSSION

In this randomized, placebo-controlled double blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular thrombotic events as compared to placebo. The increased relative risk was observed beginning after approximately 18 months of treatment. The overall treatment risk did not appear to be significantly influenced by baseline or subsequent aspirin use.

Conventional NSAIDs inhibit both isoforms of cyclooxygenase, while rofecoxib is highly selective for the COX-2 isoform over its clinical dose range. COX-1 is constitutively produced in most tissues while COX-2 is induced during inflammation and neoplasia, leading to established and potential clinical applications.[1,2] Clinical trials comparing rofecoxib with non-selective NSAIDS have demonstrated a reduced risk of serious gastrointestinal events such as gastroduodenal perforation, obstruction, bleeding, and symptomatic gastroduodenal ulcers.[12,13] Preclinical studies and epidemiological studies also raised the possibility of a role for COX-2 inhibition in the prevention of epithelial cancers such as colorectal cancer, and these findings were the main motivation for the current trial.[1,23]

Thromboxane ($T_xA_2$), a major COX-1 mediated product of arachidonic acid metabolism causes irreversible platelet aggregation, vasoconstriction and smooth muscle proliferation, while prostacyclin or $PGI_2$ is an inhibitor of platelet aggregation, a vasodilator and an inhibitor of smooth muscle proliferation. COX-2 is the major source of systemic prostacyclin biosynthesis,[24] and it has been suggested that COX-2 inhibitors

2005 NEJM 000039