may increase cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids towards promotion of thrombosis and/or atherogenesis.  COX-2 also plays a role in angiogenesis.[1] How these pharmacologic observations relate to the cardiovascular clinical findings with COX-2 inhibition is unknown.  It is also not clear whether any adverse cardiovascular effects of COX-2 inhibition are offset by the partial COX-1 inhibition conferred by various non-selective NSAIDs, since the cardiovascular safety of these drugs has never been rigorously tested.

The Vioxx Gastrointestinal Outcomes Research study (VIGOR),[12] compared rofecoxib 50 mg daily to naproxen 500 mg twice daily in over 8,000 rheumatoid arthritis patients. Rofecoxib at this dose was associated with a higher incidence of myocardial infarction compared to naproxen, but the overall mortality and cardiovascular mortality were similar in the two groups.  Aspirin was prohibited in this trial and it was unclear whether the difference in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance or a combination of these.

Randomized controlled trials comparing rofecoxib to placebo or conventional NSAIDs lacking antiplatelet activity have not, however, previously demonstrated an increased cardiovascular risk associated with rofecoxib.  Analysis of a database including 5,435 patients in 8 double-blinded placebo-controlled phase IIB/III osteoarthritis trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and comparator non-selective NSAIDS.[5]  A pooled analysis of data from more than 28,000 individual patients (representing >14,000 patient-years at-risk) from 23 previous Phase

2005 NEJM 000040

IIb-V rofecoxib trials in various disease states (including VIGOR) also did not demonstrate a statistically significant increased cardiovascular risk for rofecoxib compared to placebo or non-naproxen NSAIDs.[4] The latter analysis employed the APTC endpoint evaluated in the current trial. An updated analysis including data from various studies investigating treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib relative to placebo.[25] Differences between the present results and these earlier clinical trial data may be related to differences in exposure time, a possibility supported by the absence of an adverse effect treatment on cardiovascular outcomes during the first 18 months of APPROVe.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A large Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction in new rofecoxib users compared to control subjects.[19] A matched case-control study of 54,475 patients 65 years of age or older, however, suggested a dose-dependent elevated relative risk of acute myocardial infarction associated with rofecoxib compared with celecoxib or no NSAID, although the comparison of rofecoxib to no NSAID did not reach statistical significance.[7] Unlike the current study, this risk was elevated in the first 90 days of use, but not thereafter. A retrospective cohort study which assessed the occurrence of serious coronary heart disease in NSAID users,[20] found an elevated cardiovascular risk associated with high-dose rofecoxib, but no increased risk in those using rofecoxib at doses of 25 mg or less.

2005 NEJM 000041

The current randomized placebo-controlled trial demonstrates an increased risk of confirmed cardiovascular thrombotic events associated with long-term use of rofecoxib compared to placebo. The reason for this finding is unclear. The increase in thrombotic cardiovascular events associated with rofecoxib was not evident during the first 18 months of the trial. This delayed emergence does not suggest a pro-thrombotic effect, which might be expected to be manifest early upon treatment initiation. It is conceivable that the risk for cardiovascular events associated with rofecoxib may be more pronounced in the adenoma patients recruited for this study, but most other characteristics of the patients suggested no obvious differences from a broader population.

Small mean blood pressure increases were observed in the rofecoxib group during the trial relative to placebo, consistent with the previously reported renovascular effects of NSAIDS. These differences in blood pressure were observed early in the course of the study along with investigator reported edema-related and congestive heart failure–related adverse events. Mean arterial blood pressure did not appear to have a significant association with confirmed thrombotic cardiovascular events, however, according to changes from baseline at 4 weeks, or when included as a time-varying covariate in a model of treatment effects. Based on these findings, it is unlikely that changes in blood pressure were the predominant explanation for the excess cardiovascular risk observed in our study. However, hemodynamic changes may well have contributed to a degree that is difficult to determine from the available data.

2005 NEJM 000042

COX-2 inhibitors have been widely used as anti-inflammatory and pain-relief agents, and hold promise as chemopreventive agents for a variety of epithelial cancers. At the time the APROVe study was terminated, it was unclear whether the results seen with rofecoxib represented a general effect of COX-2 inhibitors, or a specific effect of rofecoxib. Based on ongoing safety review of the Adenoma Prevention with Celecoxib (APC) Trial, the National Cancer Institute recently suspended the use of celecoxib in this long-term trial due to a 2.5 fold increased risk of fatal or nonfatal cardiovascular events compared to placebo in participants randomized to receive celecoxib (http://www.nih.gov/news/pr/dec2004/od-17.htm). The possibility that conventional NSAIDs may have the same effect must also be considered. ~~As yet, no studies of sufficient size and duration have been performed to investigate this possibility.~~

2005 NEJM 000043

## ACKNOWLEDGMENTS

This study was funded by Merck Research Laboratories

Drs. Bresalier  Sandler, Riddell, Morton, Lanas and Baron  report receiving consulting fees as members of the APPROVe Trial  Steering Committee.  Dr. Konstam reports receiving consulting fees as a member of the APPROVe Data and Safety Monitoring Committee. Mr. Bolognese, and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck Research Laboratories.

2005 NEJM 000044

## APPENDIX

The APPROVe Trial includes the following investigators: M Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N Arber, Tel Aviv Sourasky Medical Center, Tel Aviv, Israel; JMP Badia, Hospital Clinic I Provincial, Barcelona, Spain; RD Baerg, Tacoma Digestive Disease Center, Tacoma, WA; H Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; ML Barclay, Christchurch Hospital, Christchurch, New Zealand; C Beglinger, University of Basel, Basel, Switzerland; G Bianchi-Porro, Ospedale Luigi Sacco, Milano, Italy; T Bolin, Prince of Wales Hospital, Randwick, Australia; RM Bostick, Palmetto Health South Carolina Cancer Center, Columbia, SC; RS Bresalier/AA Dekovich/T Ben-Menachem/SK Batra, Henry Ford Hospital, Detroit, MI; E Bruun/J Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C Burke, Cleveland Clinic Foundation, Cleveland, OH; E Butruk, Akademia Medyczna w Warszawie, Warsaw Poland; L Capurso, Azienda Ospedaliera San Filippo, Roma, Italy; JP Cello, San Francisco General Hospital, San Francisco, CA; S Chaussade, Hospital Cochin Saint-Jacques, Paris, France; DP Cleland, Montreal General Hospital, Montreal, Canada; G Costamagna, Universita Cattolica del Sacro Cuore, Di Clinica Chirurgica, Rome, Italy; P Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; EV Cutsem, Universitaire Ziekenhuizen KU, Leuven, Belgium; GR D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W Dekker/J Ferwerda, Kennemer Gasthuis, Haarlem, Netherlands; E Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; DS Eskreis/RB Tepper, Long Island Clinical Research Associates, Great Neck, NY; R Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M Färkkilä,, University Central Hospital, Helsinki, Finland; GM Fugarolas/JF

2005 NEJM 000045

deDios, Hospital Universitario Reina Sofia , Cordoba, Spain; A Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genova, Italy; MJ Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, NY; F Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P Gandrup, Aalborg Syenhus, Aalborg, Denmark; A Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de Sao Paulo, Sao Paulo, Brazil; M Haque/S Parry, Middlemore Hospital, Auckland, New Zealand; R Hardi, Metropolitan Gastroenterology Group, Chevy Chase, MD; W Harford, VA Medical Center, Dallas, TX; SM Harris/NB Vakil, Aurora Sinai Medical Center, Milwaukee, WI; PR Holt/DP Kotler, Saint Luke's-Roosevelt Hospital, New York, NY; PA Holt, Endoscopic Microsurgery Associates, Towson, MD; RW Hultcrantz, Karolinska Universitetssjukhuset-Solna, Stockholm, Sweden; SH Itzkowitz, Mount Sinai Medical Center, New York, NY; RF Jacoby, University of Wisconsin Medical School, H6/516 C.S.C., 600 Highland Avenue, Madison, WI; KEJ Jensen, Centralsygehuset Esbjerg Varde, Esbjerb, Denmark; J F Johanson, Rockford Gastroenterology Associates, Ltd, Rockford, IL; PW Jørgensen, Bispebjerg Hospital, Copenhagen, Denmark; KE Kim, University of Chicago Medical Center, Chicago, IL; P Knoflach, AKH barmh, Schwestern vom helligen Kreuz, Wels, Austria; M Koch, Capital Gastroenterology Consultants, Silver Spring, MD; B Koch, St Vincenz Krankenhaus, Datteln, Germany; A Lanas, University Clinical Hospital, Zaragoza, Spain; MR Lane, Auckland City Hospital, Auckland, New Zealand; TR Liebermann, Radiant Research, Austin, TX; M Lukas, Univerzita Karlova, Charles University, Prague, Czech Republic; CM Schmitt, Southern Clinical Research, Chattanooga, TN; F Macrae, Cabrini Hospital, Malvern, Australia; EE Maiza, Hospital Jose Joaquin Aguirre, Santiago Chile; NE Marcon, Toronto, Canada; RD Marks, Alabama Digestive Research Center;

2005 NEJM 000046

Alabaster, AL; CE Martinez, Hospital Militar Central, Bogota, Colombia; R McLeod, Mount Sinai Hospital, Toronto, Canada; KR McQuaid, VA Medical Center, San Francisco, CA; G Minoli, Ospedale Valduce Reparto, Como, Italy; M Montoro, Hospital San Jorge, Huesca, Spain; A Montoya, Clinica Shaio, Bogota, Colombia; G Morelli, Optimum Clinical Research, Inc, Montreal, Canada; DG Morton, Queen Elizabeth Hospital, Edgbaston, England; TJ Myrhoj/JR Andersen, Hvidovre Hospital, Hvidovre, Denmark; A Nakad, Hospital Notre Dame, Tournai, Belgium; V Narayen, Gastrointestinal Diagnostic Center, Baltimore, MD; Y Niv, Rabin Medical Center, Petah Tikva, Israel; P M Pardoll/S Scheinert, Center for Digestive Diseases, St Petersburg, FL; C Phino/JM Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I Pokorny, Prerov, Czech Republic; J Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T Ponchon, Hospital Edouard Herriot, Lyon, France; JH Pressman, San Diego Digestive Disease Consultants, Inc, San Diego, CA; V Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; JM Provenza, Louisiana Research Center, Shreveport, LA; WS Putnam, Seattle Gastroenterology Associates, Seattle, WA; E Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; JP Raufman/V Raj, University of Arkansas for Medical Sciences, Little Rock, AR; DK Rex; Indiana University Hospital, Indianapolis, IN; FP Rossini/M Spandre, Azienda Sanitaria Ospedaliera, Torino Italy; RI Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, NH; AK Rustgi, University of Pennsylvania, Philadelphia, PA; R Sandler, University of North Carolina at Chapel Hill, Chapel Hill, NC; B Schmeizer, Sunninghill Clinic, Sandton, South Africa; RE Schoen, UPMC Presbyterian Dept of Medicine, Pittsburgh, PA; TT Schubert, Allenmore Medical Center, Tacoma, WA; HI Schwartz, Miami Research Associates, Miami, FL; E Segal;

2005 NEJM 000047

Hospital General de Agudos Carlos G Durand, Buenos Aires, Argentina; F Seow-Choen/KW Eu, Singapore General Hospital, Singapore; NR Shah, Philip J Bean Medical Center, Hollywood, MD; N Skandalis, Peripheral General Hospital, Athens, Greece; PL Szego, Montreal, Canada; N Toribara, University of Colorado Health Sciences Center, Denver, CO; J Torosis, GI Research, Redwood City, CA; DK Turgeon, University of Michigan, Ann Arbor, MI; SW Van der Merwe, Pretoria, South Africa; R VanStolk/CW Howden, Northwestern University, Chicago, IL; P Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk Belgium; B Vergeau/C Nizou, Hopital d'Instruction des Armees, Paris, France; G Winde, Klinikum Kreis Herford, Herford, Germany; J Wolosin/MW Swaim, Regional Research Institute, Jackson, TN; JC Wolper/PL Yudelman, Digestive Health Physicians, Fort Myers, FL; BCY Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; JP Wright, Kinsbury Hospital, Claremont, South Africa; A Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

2005 NEJM 000048

**Figure Legends**

Figure 1. Enrollment, randomization, follow-up, and data analysis. AE = adverse experience. The original study design included a rofecoxib 50 mg group; 26 patients were assigned to this treatment before it was decided not to proceed with this arm.

Figure 2. Kaplan Meier plot of cumulative incidence (%) of patients with confirmed thrombotic cardiovascular serious adverse events. Ninety five percent confidence intervals are shown.

2005 NEJM 000049

# REFERENCES

1.    Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4(6):431-6.

2.    Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43(1):4-13.

3.    Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43(4):519-25.

4.    Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104(19):2280-8.

5.    Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146(4):591-604.

6.    Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162(10):1099-104.

7.    Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109(17):2068-73.

8.    Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47(4):349-55.

9.    Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363(9423):1751-6.

10.    Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001;8(2):85-95.

11.    Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90(9):959-63.

12.    Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000;343(21):1520-8, 2 p following 8.

2005 NEJM 000050

13.    Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. Jama 2000;284(10):1247-55.

14.    Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162(10):1111-5.

15.    Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162(10):1105-10.

16.    Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364(9435):675-84.

17.    Reicin A, Block GA, Chen J, Lines CR. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Annals of the Rheumatic Diseases 2002;61(Suppl 1):167.

18.    Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89(2):204-9.

19.    Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163(4):481-6.

20.    Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360(9339):1071-3.

21.    Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators. Exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125(2):340-7.

22.    Antiplatelet Trialists Collaboration. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. Bmj 1994;308(6921):81-106.

23.     Oshima M, Murai N, Kargman S, et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001;61(4):1733-40.

24.     McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96(1):272-7.

25.     Reicin A, DiBattiste P, Mukhopadhyay S, et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: an updated pooled analysis. Annals of the Rheumatic Diseases 2003;62(Suppl 1):407.

26.     Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004;364(9435):665-74.

2005 NEJM 000052

**Figure 1. Enrollment, randomization, follow-up, and data analysis**



```
                    ┌─────────────────────────┐
                    │ 3260 patients assessed  │
                    │ for eligibility         │
                    └───────────┬─────────────┘
                                │           ┌─────────────────────────────┐
                                │           │ 674 not randomized to       │
                                ├──────────▶│ rofecoxib 25 mg or placebo  │
                                │           │                             │
                                │           │ 403 ineligible              │
                                │           │ 160 withdrew consent        │
                                │           │ 41 clinical AE              │
                                │           │ 26 rofecoxib 50 mg          │
                                │           │ 44 other                    │
                                │           └─────────────────────────────┘
                    ┌───────────▼─────────────┐
                    │ 2586 randomized to      │
                    │ rofecoxib 25 mg or      │
                    │ placebo                 │
                    └───────────┬─────────────┘
            ┌───────────────────┴──────────────────────┐
  ┌─────────▼──────────────┐              ┌─────────────▼──────────┐
  │ 1287 assigned to       │              │ 1299 assigned to       │
  │ rofecoxib 25 mg        │              │ placebo                │
  │ 1287 received treatment│              │ 1299 received treatment│
  └─────────┬──────────────┘              └─────────────┬──────────┘
            │   ┌────────────────────┐       │   ┌────────────────────┐
            │   │ 410 discontinued   │       │   │ 319 discontinued   │
            ├──▶│ 202 clinical AE    │       ├──▶│ 145 clinical AE    │
            │   │ 22 laboratory AE   │       │   │ 9 laboratory AE    │
            │   │ 112 withdrew consent│      │   │ 88 withdrew consent│
            │   │ 14 lost to follow up│      │   │ 20 lost to follow up│
            │   │ 60 other           │       │   │ 57 other           │
            │   └────────────────────┘       │   └────────────────────┘
  ┌─────────▼──────────────┐       ┌─────────▼──────────────┐
  │ 877 completed 3 years  │       │ 980 completed 3 years  │
  │ of treatment           │       │ of treatment           │
  │ 1287 included in safety│       │ 1299 included in safety│
  │ analysis               │       │ analysis               │
  └────────────────────────┘       └────────────────────────┘
```

2005 NEJM 000053

Figure 2. Kaplan Meier plot of cumulative incidence (%) of patients with confirmed thrombotic cardiovascular serious events



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1129 | 1057 | 989 | 938 | 896 | 727 |
| Placebo | 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

2005 NEJM 000054

Table 1. Baseline patient characteristics

| Characteristic | Rofecoxib 25 mg (N=1287) | Placebo (N=1299) |
|---|---|---|
| Mean age [range] (years) | 59 [40-96] | 59 [40-86] |
| Mean height [range] (cm) | 170 [137-198] | 170 [133-199] |
| Mean weight [range] (kg) | 81 [38-160] | 81 [34-159] |
| Male (%) | 62 | 62 |
| Caucasian (%) | 84 | 84 |
| Low dose aspirin use (%)* | 17 | 16 |
| Antihypertensive use (%) | 30 | 29 |
| Higher cardiovascular risk (%)** | 30 | 26 |
| History of cardiovascular thrombotic event (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette user (%) | 22 | 22 |

*Low dose aspirin use defined as <325 mg/day
** Defined as history of symptomatic atherosclerotic cardiovascular disease or ≥2 of the following risk factors for coronary artery disease: history of hypertension, history of hypercholesterolemia, history of diabetes, current cigarette user.

2005 NEJM 000055

**Table 2. Summary of rates and relative risks for confirmed thrombotic cardiovascular serious adverse events and APTC endpoint**

### SUGGESTION IS TO DELETE INVESTIGATOR-REPORTED EVENTS.

| | Rofecoxib 25 mg | | | | Placebo | | | | Comparison | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N* | Events | Patient-years at risk | Rate per 100 patient-years | N* | Events | Patient-years at risk | Rate per 100 patient-years | Rate difference [95% CI] | Relative risk [95% CI] |
| *Confirmed* | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 [0.19, 1.25] | 1.92 [1.19, 3.11] |
| Month 0-18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 [-0.55, 0.94] | 1.18 [0.64, 2.15] |
| Month 19-36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 [0.58, 2.08] | 4.45 [1.77, 13.32] |
| *APTC* | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 [0.12, 1.02] | 2.06 [1.16, 3.64] |
| Month 0-18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 [-0.42, 0.75] | 1.25 [0.58, 2.69] |
| Month 19-36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 [0.34, 1.73] | 3.69 [1.43, 11.24] |

* Number of patients a risk

2005 NEJM 000056

31

**Table 3. Types of confirmed thrombotic cardiovascular serious events**

| | Rofecoxib 25 mg (N=1287) 3059 Patient-years | | Placebo (N=1299) 3327 Patient-years | |
| | n | Rate per 100 patient-years | n | Rate per 100 Patient-years |
|---|---|---|---|---|
| *Total number of patients with events* | *46* | *1.50* | *26* | *0.78* |
| | | | | |
| *Cardiac Events* | *31* | *1.01* | *12* | *0.36* |
| Acute myocardial infarction | 21 | 0.69 | 9 | 0.27 |
| Fatal acute myocardial infarction | 2 | 0.07 | 3 | 0.09 |
| Sudden cardiac death | 3 | 0.10 | 1 | 0.03 |
| Unstable angina pectoris | 7 | 0.23 | 4 | 0.12 |
| *Cerebrovascular Events* | *15* | *0.49* | *7* | *0.21* |
| Fatal ischemic cerebrovascular stroke | 1 | 0.03 | 0 | 0.00 |
| Ischemic cerebrovascular stroke | 11 | 0.36 | 6 | 0.18 |
| Transient ischemic attack | 5 | 0.16 | 2 | 0.06 |
| *Peripheral Vascular Events* | *3* | *0.10* | *7* | *0.21* |
| Peripheral arterial thrombosis | 1 | 0.03 | 1 | 0.03 |
| Peripheral venous thrombosis | 2 | 0.07 | 4 | 0.12 |
| Pulmonary embolism | 0 | 0 | 2 | 0.06 |

Although a patient may have had 2 or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories.

2005 NEJM 000057



---

| ORIGINAL ARTICLE |
| --- |

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A.Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention On Vioxx (APPROVe) Trial Investigators*

From the Department of Gastrointestinal
Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the appendix.

N Engl J Med 2005;352:xxx-x.
Copyright © 2005 Massachusetts Medical Society.



2005 NEJM 000058

## ABSTRACT

**BACKGROUND**
Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**
A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic events were adjudicated in a blinded fashion by an external committee.

**RESULTS**
A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Ten patients died of cardiovascular causes in each group.

**CONCLUSIONS**
Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

Nonsteroidal antiinflammatory drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

*[handwritten annotations:]* This is then first ¶ of the regular text, not part of the conclusions

*drop cap N*

Overall and cardiovascular mortality was similar in the two groups ⊙

Case 2:05-md-01657-EEF-DEK   Document 5404-3   Filed 06/19/06   Page 21 of 44

*Master copy*

Page 3 of 20

COX-2 IS EXPRESSED AT SITES OF INFLAM-mation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than nonselective nonsteroidal antiinflammatory drugs (NSAIDs).[13,14] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with reputed platelet-inhibiting properties.[4,5,14,15] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,16-19] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies have suggested no effect, some suggested that the risk was increased only at high doses, and others indicate a possible increase in the risk of cardiovascular events at standard or unspecified doses.[5,9,11,20-23]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men or women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipat-

Mastergo

ed to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (~~no more than 100 mg daily~~) were excluded from the study. ~~However, in June 2000, because of the results of the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial[13] and the possible chemopreventive effects of aspirin, we modified the protocol to allow up to 20 percent of patients to take low-dose aspirin for cardiovascular protection.~~ Exclusion criteria ~~included~~ evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; *myocardial infarction, coronary angioplasty,* or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.



### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to clinical center and the use of low-dose aspirin, with a blocking factor of 2. Patients, investigators, and sponsor personnel who monitored the study were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or after the discontinuation of treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

### CARDIOVASCULAR EVENTS

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assess-

AU: Please clarify what is meant by "blocking factor of 2. Blocks of 2)"

AU: Correct

the or nonuse;~~]~~ [s/c

s other than the unbiased study statistician)

4a

*insert on p. 4*

However, in June 2000, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. This change was made to increase the pool of eligible subjects, enhance the generalizability of the study, and (in response to VIGOR) to allow antiplatelet treatment in the study. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20% because of the possible chemopreventive effects of the drug (24). 22

the Vioxx Gastrointestinal Outcomes Research [VIGOR] trial [13]

2005 NEJM 000062

*Master copy*

AU: Deleted -this paper is about APPROVe not a complete run-down of rofe-coxib studies

ment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of study drug. Serious vascular events were reviewed in a blinded fashion by an independent adjudication committee, which confirmed events that met pre-specified case definitions for two sets of events. *Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and nonfatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism.* The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[25] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. ~~Additional analyses were performed on other~~ relevant but not independently adjudicated events, including hypertension, edema, and the ~~grouping of~~ congestive heart failure, pulmonary edema, or cardiac failure.


AU: ok

AU: ok to delete?

The procedure for confirming ~~these~~ cardiovascular events was prespecified in the protocol. All *serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to* standard ~~operating~~ procedures for rofecoxib studies initiated by the sponsor in 1998. For each eligible event, source documents were collected and *sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee.* Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. Investigators had full and unfettered access to the *data. A statistician who was aware of patients'* study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses.

*the*

*2-3*
*24*

*Q̂*
*were also analyzed*
*combined end point*

*~*

*to*

*The*

For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[20] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the time to an event and the total patient-years of follow-up in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

## RESULTS

### PARTICIPANTS

A total of 3260 patients were screened for the study; of these, 2586 were deemed eligible and 1287 were randomly assigned to receive rofecoxib and 1299 to receive placebo (Fig. 1). The two groups appeared generally similar with regard to baseline characteristics, including age, sex, use of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent and 28

percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

When the study was terminated on September 30, 2004, at the recommendation of the external safety-monitoring board and steering committee, approximately two months ahead of the planned date of completion, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent versus 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group), and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

## INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths from cardiovascular causes in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group, sudden death from cardiac causes occurred in three patients in the rofecoxib group and

2005 NEJM 000065

Master py



AU:Correct? Not -planned

AU:P= 0.00% in Abstract. Please make consistent here and in Fig. 2.

AU:Please define hyper-cholesterolemia.



AU:41.6?

one in the placebo group, ischemic ~~cerebrovascu-lar~~ stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic ~~cerebrovas-cular~~ stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas event rates ~~in the two groups~~ were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the relative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 41.6) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS

As compared with the placebo group, the rofecoxib group had a higher percentage of patients with hypertension and edema (Table 4). The Kaplan–Meier curves for the cumulative incidence of conges-

*Master copy*



tive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation (at approximately five months) of the two groups, with no significant departures from the Cox proportional-hazards model over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for heart failure (data not shown).

The rofecoxib group had mean (±SE) increases in systolic blood pressure of 3.4±0.4 mm Hg and in diastolic blood pressure of 0.9±0.2 mm Hg, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group during the trial. Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The inclusion of mean arterial pressure at all times during the study, as a time-varying covariate did not materially modify the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment, whereas an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, occurred much earlier in the study. The overall risk did not appear to be

2005 NEJM 000067

significantly influenced by baseline or subsequent use of low-dose aspirin.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief ~~mediator~~ of systemic prostacyclin synthesis,[2] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] COX-2 ~~also~~ plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether any adverse cardiovascular effects of COX-2 inhibition ~~are offset by the partial inhibition of COX-1 by various nonselective NSAIDs,~~ since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these. A recent meta-analysis[26] suggests that the magnitude of any cardioprotective effect of naproxen is unlikely wholly to explain these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or ~~non-naproxen~~ conventional NSAIDs have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDS.[5] A pooled analysis of data from more than 28,000 patients (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5) ~~for patients with various disease~~ (including patients from the VIGOR trial) also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with place-



2005 NEJM 000068

additional change from all — Mackey ??

bo or non-naproxen NSAIDs.[4] The latter analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[?] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib did suggest an increased relative risk among patients taking rofecoxib, as compared with those taking placebo or NSAIDs.[??] Differences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

AU: Please confirm that it was Canadian.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[??] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[?] found an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Page 12 of 20

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial relative to changes in the placebo group, consistent with the previously reported renovascular effects of NSAIDS. These differences in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks as to an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the predominant explanation for the excess cardiovascular risk in our study. However, hemodynamic changes may well have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case-control study suggested that the odds of nonfatal myocardial infarction differ between patients who take rofecoxib and those who take celecoxib, and a nested case-control study also suggested that there were differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the Journal, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up. Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo, leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.
Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Bagon report having received consulting fees from McKesson. Dr. Baron reports serving as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Quenius, Horgan, and Lines are employees of Merck Research Laboratories.



Master gg

not read by TK

nonvoting member

5H. Guan nonvoting members

## APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius, J.A. Bolognese, K. Horgan; External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Spriekman, R. Logan; Adjudication Committees — Cardiology: L.S. Dreifus, G. Vetrovec, R. Chairman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Souraxky Medical Center, Tel Aviv, Israel; J.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baisrocchi, Unidad de Aparato Digestivo Julio Danse Baisrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw, Poland; J. Capturso, Azienda Ospedaliera San Filippo, Rome, Italy; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris, France; D.P. Cieland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome, Italy; P. Crone, Kobenhavns Amtssygehusi Glostrup, Glostrup, Denmark; B.V. Cussen, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Perwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriazan, Santiago, Chile; M. Farkkila, University Central Hospital, Helsinki, Finland; G.M. Fugazzola, J.R. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; R. Gonzalton-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gundrup, Aalborg Syenhus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de Sao Paulo, Sao Paulo, Brazil; M. Hague, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hanfl, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Saint Luke's-Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hulkrantz, Karolinska Universitetssjukhuset-Solna, Stockholm, Sweden; S.H. Itzkowicz, Mount Sinai Medical Center, New York; R.J. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerg, Denmark; J.E. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jorgensen, Bispebjerg Hospital, Copenhagen, Denmark; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH barmh, Schwestern vom heilligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzita Karlova, Prague, Czech Republic; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; E. Macrae, Cabrini Hospital, Malvern, Australia; E.E. Maira, Hospital Jose Joaquin Aguirre, Santiago Chile; N.E. Marcon, Toronto, Canada; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, MountSinai Hospital, Toronto, Canada; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; C. Morelli, Optimum Clinical Research, Montreal, Canada; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, England; T.J. Mythuj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Nazayen, Gastrointestinal Diagnostic Center, Baltimore; E. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I. Pokorny, Pretov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochaska, Pakulmi Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schneizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schuber, Allenmore Medical Center, Tacoma, Wash.; H.I. Schwartz, Miami Research Associates, Miami, Fla.; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires, Argentina; F Seow-Choen, K.W. Eu, Singapore General Hospital, Singapore, N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens, Greece; P.J. Szego, ????, Montreal, Canada; N. Torihata, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergrau, C. Nizou, Hopital d'Instruction des Armees, Paris, France; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kingsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

AU:Please spell out AKH barmh.

AU:UPMC/OK as spelled out?

AU:Please provide affiliation for Szego.

probably provide practice



2005 NEJM 000072





| No. at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 1287 | 1329 | 1057 | 988 | 938 | 896 | 727 |
| Placebo | 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

| ☐ ICM | AUTHOR   Baron | RETAKE ☐ 1st |
|---|---|---|
| ☐ REG F | FIGURE   2 of 3 | ☐ 2nd |
| ☐ CASE | TITLE _____ | ☐ 3rd |
| ☐ EMail | | ☐ Revised |
| ☐ Enon | ARTIST:   ts | SIZE |
| ☐ FILL | | 22p3 |

**AUTHOR, PLEASE NOTE:**
Figure has been redrawn and type has been reset.
Please check carefully.

| JOB:   352xx | ISSUE:   xx-xx-05 |
|---|---|

2005 NEJM 000073

Master gg



| No. at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 1287 | 1132 | 1060 | 996 | 948 | 906 | 736 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1045 | 1007 | 841 |

2005 NEJM 000074

Master gg.

AU: Insert a P value in Fig. 3?

Figure 1. Enrollment, Randomization, and Outcomes.

The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.

Bars indicate 95 percent confidence intervals.

Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).

Bars indicate 95 percent confidence intervals.

Vertical lines

Vertical lines

2005 NEJM 000075

## REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90:959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

*Master gg*

Au, for ref. 18, give the correction journal info for this citation; another article occupies "2002;61:167."

14. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomised controlled trial. JAMA 2000;284:1247-55.

15. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

16. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

17. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

18. Reicin A, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

19. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

20. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

21. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365: 475-81.

22. Jüni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

23. Baron JA, Cole BF, Sandler RS, et al. A randomised trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348: 891-9.

24. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

25. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence

Shapiro, D; Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib vs. non-selective non-steroidal antiinflammatory drugs (ibuprofen, diclofenac and nabumetone) ☉ Amer J Cardiol 2002, 89: 204-9.

*Master gg*

intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

27. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

28. Raithin A, DiBattiste P, Mukhopadhyay S, et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: an updated pooled analysis. Ann Rheum Dis 2003;62:407.

29. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

30. Solomon SD, McMurray JV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib use in a large, randomized clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352:1-2.

31. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352:3-4.

Copyright © 2005 Massachusetts Medical Society.

Au, for ref. 28, the text here is the same as in ref. 18 (but different authors). And a different article occupies "2003;62:402." Correct the errors in refs. 18 and 28.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase=2. N Engl J Med 2001. 345: 433=42 ®

Master gy

Table 1. Baseline Characteristics of the Patients.

| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
|---|---|---|
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%)* | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Antihypertensive use (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of cardiovascular thrombotic event (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

* Race was assigned by ~~~.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

Au: "High" ok?

Au: Please indicate how race was assigned

Use of an | medication

Symptomatic
atherosclerotic
cardiovascular
disease

self = reported
cardiovascular

2005 NEJM 000079

_[handwritten: Master copy]_

_[handwritten annotation top left: has cleaned T.A.T.2]_

_[handwritten: Thrombotic]_

### Table 2. Incidence of Adjudicated and Nonadjudicated Adverse Events.*

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Adjudicated events | | | | | |
| Cardiac events | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Acute myocardial infarction | 21 | | 9 | | |
| Fatal acute myocardial infarction | ≠3 | | ≠2 | | |
| Sudden cardiac death | ≠2 | | ≠2 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

_[handwritten notes in margins: "Title"; "Adjudicated Events"; "Stet"; "from cardiac causes"]_

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

_[handwritten: expain — note that this is now Table 4]_

_[handwritten: Cardiovascular]_

### Table 2. Incidence of Adjudicated and Nonadjudicated Adverse Events.*

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Nonadjudicated events | | | | | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | 3.8 | 1 | 5.9 | |
| Edema | 111 (8.6) | — | 76 (6.1) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | 0.6 | | 0.1 | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | — | 4 (0.3) | — | 4.61 (1.50–18.83) |
| Serious event | 13 | | 2 | | |

_[handwritten editorial "Au:" queries in left margin:]_
Au: which Table #?
Au: Regarding 29.3 377/30.59~12.3
Au: Regarding 16.9 219/33.27~6.6
Au: Regarding 8.6 111/30.59~3.63
Au: Regarding 1.3 17/30.59~0.56
Au: Regarding 6.1 76/1299~5.851
Au: Regarding 5.9 76/33.27~2.28
Au: Regarding 0.3 4/33.27~0.12

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

Au:
1765+1561=3326

| Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| Confirmed event | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.43 (1.77 to 13.32) |
| APTC end point | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1638 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval *and APTC Antiplatelet Trialists' Collaboration*

*running head: Cardiovascular Events Associated with Rofecoxib*

ORIGINAL ARTICLE

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D., James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D., for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*



From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresalig@mdanderson.org.

*The members of the APPROVe Trial are listed in the appendix.

N Engl J Med 2005;352:xxx-xx.
Copyright © 2005 Massachusetts Medical Society.





## ABSTRACT

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Ten patients died of cardiovascular causes in each group.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.
Nonsteroidal antiinflammatory drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

*[handwritten annotations: "ff", "This is the first ff of the text, regular text, not part of the conclusions", "drop cap N", "mortality was similar in the two groups"]*

2005 NEJM 000083