

2. Page 8, column 2 last paragraph last line: Change 5 months to 6 months.



3. Page 8, column 2 last line. To paragraph beginning "In our randomized…"-A sentence has been inadvertently deleted. Add sentence which reads "The relationship of these events to the risk of thrombotic events is unclear."

<u>Disclosures</u>
Add equity interest in the company (Merck) for Drs. Lines and Bolognese

<u>Appendix</u>

Affiliation for Dr. Szego is Royal Victoria Hospital

Barmh stands for Barmherzige

2005 NEJM 000216

FEB 13 2005 14:33 FR DM BIO-EPI          603 650 3473 TO 6177399864          P.01/07

# DARTMOUTH MEDICAL SCHOOL
### Section of Biostatistics & Epidemiology
Evergreen Center
46 Centerra Parkway, Suite 300
Lebanon, NH 03766
**PHONE: (603) 650-3440          FAX: (603) 650-3473**

## FACSIMILE TRANSMISSION COVER SHEET

**DATE: Feb. 13, 2005**

**TOTAL PAGES
(Including cover):**

**TO:  Toni Alexander**

**FAX NO.: 617-739-9864**

From: John Baron

COMMENTS:

*Department of Medicine*
*Department of Community and Family Medicine*

*Dartmouth-Hitchcock Medical Center*
*Norris Cotton Cancer Center*

2005 NEJM 000217

percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

When the study was terminated on September 30, 2004, at the recommendation of the external safety-monitoring board and steering committee, approximately two months ahead of the planned date of completion, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent versus 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group), and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

### INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths from cardiovascular causes in each group. Myocardial infarction was the cause of death in two *three* patients in the rofecoxib group and five in the placebo group, sudden death from cardiac causes occurred in three patients in the rofecoxib group and *TWO*

*AU:OK to add "serious"?*

*AU:Correct? Were there other deaths?*

2005 NEJM 000218

*[handwritten annotations in left margin: "AU: Correct/Not planned", "OK", "OK as is", "AU: P=0.008 in Abstract. Please make consistent here and in Fig. 2", "Abs. refers to a different statistic", "AU: Please define hypercholesterolemia.", "OK as is", "AU: ( ) B?"]*

*[handwritten at top of column: "TWO"]*

one in the placebo group, ischemic cerebrovascular stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic cerebrovascular stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas event rates in the two groups were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the relative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS

As compared with the placebo group, the rofecoxib group had a higher percentage of patients with hypertension and edema (Table 4). The Kaplan–Meier curves for the cumulative incidence of conges-

2005 NEJM 000219

tive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation (at approximately five months) of the two groups, with no significant departures from the proportional-hazards model over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 3), but the event curves showed an early separation similar to that for heart failure (data not shown).

The rofecoxib group had mean ($\pm$SE) increases in systolic blood pressure of 3.4$\pm$0.4 mm Hg and in diastolic blood pressure of 0.9$\pm$0.2 mm Hg, as compared with respective changes of $-0.5\pm0.3$ mm Hg and $-0.8\pm0.2$ mm Hg in the placebo group during the trial. Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The inclusion of mean arterial pressure at all times during the study as a time-varying covariate did not materially modify the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

### DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment, whereas an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, occurred much earlier in the study. The overall risk did not appear to be

2005 NEJM 000220

*Thrombotic Cardiovascular*

**Table 2. Incidence of Adjudicated ~~Serious Thrombotic~~ Adverse Events.***

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Adjudicated Events | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Acute myocardial infarction | 21 | | 9 | | |
| Fatal acute myocardial infarction | ~~2~~ 3 | | ~~1~~ 2 | | |
| Sudden cardiac death | ~~1~~ 2 | | ~~1~~ 2 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

*Cardiovascular*

**Table 3. Incidence of Adjudicated ~~Serious~~ Nonadjudicated Adverse Events.***

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Nonadjudicated events | | ~~20.1~~ 14.9 | | ~~9.9~~ 7.3 | |
| Hypertension | 377 (29.3) | ~~20.1~~ | 219 (16.9) | ~~6.6~~ | 2.02 (1.71–2.38) |
| Serious event† | 11 | ~~4.0~~ 3.8 | ~~1~~ 5.9 | 2.4 | 1.57 (1.17–2.10) |
| Edema | 111 (8.6) | ~~3.6~~ 3.6 | 76 (6.1) | ~~2.3~~ | |
| Serious event† | 3 | ~~1.0~~ 0.6 | 0 | ~~0.1~~ | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | ~~0.6~~ | 4 (0.3) | ~~0.1~~ 0.1 | 4.61 (1.50–18.83) |
| Serious event† | 13 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

Au: which Table #?

Au: Regarding 29.3
377/30.59=12.3

Au: Regarding 16.9
219/33.27=6.6

Au: Regarding 8.6
111/30.59=3.63

Au: Regarding 3.3
17/30.59=0.56

Au: Regarding 6.1
76/1299=5.851

Au: Regarding 5.9
76/33.27=2.28

Au: Regarding 0.3
4/33.27=0.12

Page 20 of 25

Au:
1765+1561=3326

↓

rounding
error

Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.*

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| Confirmed event | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0-18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (-0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19-36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| APTC end point | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0-18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (-0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19-36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval.

2005 NEJM 000222

FEB 13 2005 14:34 FR DMS BIO-EPI          603 650 3473 TO     177399864      P.07/07



2005 NEJM 000223

** TOTAL PAGE.07 **

Version 2

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan Ph.D., James A. Bolognese, Mstat, Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Marvin A. Konstam, M.D. and John A. Baron, M.D. for the APPROVe Trial Investigators

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas MD Anderson Cancer Center, Houston, Texas (R.S.B.), the Department of Medicine, University of North Carolina, Chapel Hill, North Carolina (R.S.S.), Merck Research Laboratories, West Point, Pennsylvania (James A.B., H.Q., B.O., K.H., C.L.), Department of Pathology, Mount Sinai Hospital, Toronto, Canada (R.R.), Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.), Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.), Department of Medicine, Tufts-New England Medical Center, Boston, Massachusetts (M.A.K.), and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, New Hampshire (John A.B.)

Address reprint requests to Dr. Robert S. Bresalier, Department of Gastrointestinal

2005 NEJM 000224

Medicine and Nutrition, the University of Texas MD Anderson Cancer Center, 1515

Holcombe Boulevard, Houston, Texas 77030-4009, or at rbresali@mdanderson.org

*The members of the APPROVe Trial are listed in the appendix.

2005 NEJM 000225

2

## ABSTRACT

*Background:* It has been proposed that selective cyclooxygenase-2 inhibition may be associated with an increased risk of thrombotic cardiovascular events, but only limited long-term data have been available. We report on the cardiovascular outcomes associated with use of the selective cyclooxygenase-2 inhibitor rofecoxib in a long-term placebo-controlled trial.

*Methods:* APPROVe was a multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of 3 years of treatment with rofecoxib 25 mg on the recurrence of neoplastic polyps of the large bowel in 2586 patients with a history of colorectal adenomas. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were blindly adjudicated by an external committee.

*Results:* There were 46 patients with confirmed thrombotic cardiovascular events in 3059 patient-years on rofecoxib (1.50 events per 100 patient-years) and 26 in 3327 patient-years on placebo (0.78 events per 100 patient-years). The corresponding relative risk for rofecoxib versus placebo was 1.92 (ninety five percent confidence interval: 1.19, 3.11; p=0.008). The increased relative risk was observed beginning after 18 months of treatment; in the first 18 months the risks for the 2 treatments were similar. The results primarily reflect imbalances in myocardial infarctions and ischemic cerebrovascular events. There was early separation between treatment groups for non-adjudicated investigator-reported congestive heart failure/pulmonary edema/cardiac failure events (hazard ratio 4.61;ninety five percent confidence interval 1.50 -18.83). Overall and cardiovascular mortality was similar in the treatment groups.

2005 NEJM 000226

*Conclusions:*  Use of rofecoxib was associated with an increased cardiovascular risk relative to placebo.

2005 NEJM 000227

## INTRODUCTION

Nonsteroidal anti-inflammatory drugs (NSAIDs) alleviate pain and inflammation, but may cause gastrointestinal ulceration and bleeding, presumably from inhibition of cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, COX-1 and COX-2, more than 10 years ago provided the impetus for development of selective inhibitors of COX-2 that were likely to have similar analgesic and anti-inflammatory efficacy compared to non-selective COX inhibitors, but with a reduced risk of gastrointestinal complications.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and also in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment and/or prevention of atherosclerosis and various malignancies.[1, 2]  However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not straightforward.  COX-2 inhibition has been noted to have several effects that could increase the risk of cardiovascular disease including reductions in prostacyclin, increases in blood pressure, decreases in angiogenesis,[3-11] and plaque destabilization.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than non-selective NSAIDs.[13, 14] In one trial,[13] there were more cardiovascular events among subjects given a high dose of rofecoxib than among those given naproxen, an NSAID with reputed  platelet inhibitory properties of unclear clinical relevance.[4, 5, 15-17] Pooled data from other randomized trials

2005 NEJM 000228

have not shown a difference in cardiovascular risk between rofecoxib and placebo or other non-selective, NSAIDs.[4, 5, 18, 19] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies have suggested no effect, some suggested increased risk only at high doses, and others indicate a possible increase in cardiovascular events at standard or unspecified doses.[6, 9, 11, 20-23]

The APPROVe (Adenomatous Polyp Prevention On Vioxx) trial was designed to evaluate the hypothesis that adenomatous polyp recurrence would be reduced in patients receiving rofecoxib for three years. Potential cardiovascular thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety monitoring committee. The present paper reports the cardiovascular findings from APPROVe.

2005 NEJM 000229

## METHODS

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries.  Participating investigators are listed in the Appendix. Men or women ≥40 years old were eligible if they had removal of at least 1 histologically confirmed large bowel adenoma within 12 weeks of study entry and were not anticipated to need chronic NSAID therapy (including chronic high-dose aspirin) during the study. Because of the possible chemopreventive effects of aspirin,[24] we planned to limit enrollment of patients who used low-dose (≤100 mg daily) aspirin for cardiovascular protection to at most 20% of subjects.  Excleusionary criteria included: evidence of uncontrolled hypertension (>165/95 mm Hg); angina or congestive heart failure with symptoms at minimal activity; history of myocardial infarction, coronary angioplasty, or coronary arterial bypass grafting within the past 1 year; or history of stroke or transient ischemic attack within the past 2 years.

Written informed consent was obtained for all patients enrolled.  The institutional review board for each center approved the study.

The randomized treatment period was preceded by a 6-week single-blind placebo run-in to assess patient compliance with taking medication. Patients who took at least 80% of their tablets during the placebo run-in were randomly assigned to receive either 1 rofecoxib 25 mg tablet (the maximum recommended long-term daily dose) or 1 identical appearing placebo daily for 3 years.  The computer-derived randomization was stratified

2005 NEJM 000230

by clinical center and low-dose aspirin use, with a blocking factor of 2. Patients, investigators, and study sponsor personnel other than the unblinded study statistician (see below) involved in study monitoring were blinded to the treatment allocation schedule.

There were in-person visits at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or following treatment discontinuation. Vital signs, including sitting blood pressure, were measured at each clinic visit during the study per usual clinical practice. Adverse experiences occurring during the study were recorded and evaluated by the blinded investigators. Follow-up for one year off treatment is ongoing.

Monitoring and analysis of the cardiovascular events in the trial was part of a pre-planned assessment of the cardiovascular safety of rofecoxib that included APPROVe and two other chemoprevention trials. The early termination of APPROVe prevented the full implementation of this assessment, but the endpoints and analysis plan specified in it were used for this report regarding APPROVe. Data presented include events occurring on study drug and up to 14 days after last dose of study drug. Serious vascular events were reviewed by an independent blinded adjudication committee, which confirmed events that met pre-specified case definitions for two sets of events ("confirmed events"). "Thrombotic cardiovascular events" included fatal and non-fatal myocardial infarction, unstable angina, sudden cardiac death, fatal and non-fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The Antiplatelet Trialists' Collaboration (APTC) [25] endpoint was also analyzed: the combined incidence of cardiovascular, hemorrhagic and unknown death; non-fatal myocardial infarction; and non-fatal stroke (ischemic and hemorrhagic).

2005 NEJM 000231

Additional analyses were performed on other relevant (but not adjudicated) events including hypertension, edema, and the grouping of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming these cardiovascular events was pre-specified in the protocol. All serious adverse events were captured and recorded by the clinical investigators. Potential thromboembolic cardiovascular events, APTC component events and all deaths (regardless of cause), were pre-specified as eligible for adjudication according to standard operating procedures for rofecoxib studies initiated by the sponsor in 1998. For each eligible event, source documents were collected, and sent to the cardiac, cerebrovascular or peripheral vascular adjudication committee. Confirmation decisions were made using pre-specified criteria, with majority rule voting.

An independent external safety monitoring board met periodically to review safety data provided by an unblinded statistician. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. Investigators had full and unfettered access to the data.. An unblinded statistician (H.Q) who was not otherwise involved in the study performed the analysis using *SAS* software Version 8.2. All patients who were randomized and took at least 1 dose of study medication were included in the analyses. For confirmed thrombotic cardiovascular serious events and the APTC endpoint, event rates and relative risks with 95% confidence intervals were calculated, the latter with Cox proportional hazards models. However, if the number of events was less than 11 in either

9

2005 NEJM 000232

treatment group, the rate ratio was computed using the binomial distribution.[26] A test of the proportional hazards assumption was specified in the cardiovascular analysis plan. This was accomplished by evaluation of the time-by-log (time) interaction in the COX model. Kaplan-Meier estimates of the cumulative event rates over time to events were also made.

Several exploratory analyses were performed to more fully investigate the relation between mean arterial blood pressure and the study findings. One analysis summarized relative risk of confirmed thrombotic cardiovascular serious adverse events by quartiles of change in mean arterial pressure at study week 4. This time point was chosen because treatment differences in mean arterial pressure occurred early and remained constant across the treatment period and only 2 confirmed thrombotic cardiovascular serious adverse events (1 in each group) had occurred by week 4. The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional hazards model along with the treatment main effect. This model was used to investigate the association of blood pressure change over time with the occurrence of confirmed thrombotic cardiovascular serious adverse events.

2005 NEJM 000233

## RESULTS

### Participants

A total of 3260 patients were screened for the study; of these, 2586 were deemed eligible and were randomized to rofecoxib 25 mg or placebo (Figure 1). The treatment groups appeared generally similar with regard to measured baseline characteristics including age, gender, low-dose aspirin use and cardiovascular risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (20% rofecoxib, 19% placebo; p = 0.52), antihypertensive drugs (44% rofecoxib, 36% placebo; p < 0.001), lipid-lowering agents (31% rofecoxib, 28% placebo; p = 0.09), antiplatelet agents such as clopidogrel (4% rofecoxib, 2% placebo; p = 0.003), insulin (3% rofecoxib, 2% placebo; p = 0.10), and oral hypoglycemic agents (13% rofecoxib, 11% placebo; p = 0.12).

At the time that the study was terminated at the recommendation of the external safety monitoring board and steering committee (September 30, 2004), approximately 2 months ahead of the planned completion, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled 3 years of study treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Prior to September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32% versus 25%) (Figure 1). The main reason for discontinuation was a clinical adverse experience. The 3 most common adverse experiences resulting in

2005 NEJM 000234

11

discontinuation were: hypertension (25 patients in the rofecoxib group, and 7 patients in the placebo group); increased blood pressure (6 rofecoxib, 1 placebo); and peripheral edema (7 rofecoxib, 1 placebo).

**Thrombotic cardiovascular events and APTC endpoint**

There were a total of 121 patients with investigator reported thrombotic cardiovascular adverse events (77 in the rofecoxib group and 44 in the placebo group). There were 46 patients with confirmed thrombotic cardiovascular events in 3059 patient-years on rofecoxib (1.50 events per 100 patient-years) and 26 in 3327 patient-years on placebo (0.78 events per 100 patient-years). As compared to the placebo group, there was an increased relative risk for confirmed thrombotic events in the rofecoxib group (relative risk 1.92; ninety five percent confidence interval 1.19 – 3.11). The types of confirmed thrombotic cardiovascular serious adverse events are shown in Table 2. The difference between treatments was mainly due to an increase in myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in the rofecoxib group and 10 deaths in the placebo group. Cardiovascular causes of death were myocardial infarction (2 rofecoxib, 3 placebo), sudden cardiac death (3 rofecoxib, 1 placebo), ischemic cerebrovascular stroke (1 rofecoxib), and hemorrhagic cerebrovascular stroke (1 placebo).

The difference between treatments in thrombotic cardiovascular events was evident in the 2nd 18 months of the study, whereas event rates were similar for the first 18 months (Figure 2). The changing pattern of treatment effect over time was confirmed by a failed

2005 NEJM 000235

12

test for proportionality of hazards (p=0.014). Findings for the Antiplatelet Trialists'
Collaboration endpoint were similar (Table 3).

There were no statistically significant treatment by subgroup interactions (p-values were
all >0.10) for confirmed thrombotic cardiovascular serious adverse events in subgroup
analyses based on country (U.S. versus other), age, gender, history of hypertension, use
of antihypertension drugs at baseline, low-dose aspirin use at baseline, low dose aspirin
use during the trial (use >50% of the time), history of hypercholesterolemia, current
cigarette use, history of ischemic heart disease, or high cardiovascular risk as defined in
Table 1. However, point estimates for the rofecoxib:placebo relative risk were
particularly high among patients with a history of symptomatic atherosclerotic
cardiovascular disease; 9.59 (ninety five percent confidence interval 1.36 - 416) versus
1.58 (ninety five percent confidence interval 0.95 – 2.64) among subjects without such a
clinical history (p for interaction = 0.096). Also, the rofecoxib:placebo relative risk was
6.10 (ninety five percent confidence limit 1.36 – 56.1) among subjects with a history of
diabetes, versus 1.55 (ninety five percent confidence limit 0.92 to 2.61) among those
without (p for interaction = 0.091).

**Non-adjudicated cardiovascular adverse events**

Compared to placebo, the rofecoxib group had a higher percentage of patients with
hypertension- and edema-related adverse events (Table 4). The Kaplan-Meier plot for
congestive heart failure/pulmonary edema/cardiac failure (Figure 3) showed early
separation between treatment groups with no statistically significant departures from

13

2005 NEJM 000236

proportional hazards over time and a hazard ratio of 4.61 (ninety five percent confidence interval 1.50 -18.83). The hazard ratios for edema- and hypertension-related adverse events were lower (Table 4), but the event curves showed an early separation similar to that for heart failure (not shown).

Mean (SEM) blood pressure increases of 3.4 (0.4) mm Hg systolic and 0.9 (0.2) mm Hg diastolic were observed in the rofecoxib group compared with −0.5 (0.3) mm Hg systolic and −0.8 (0.2) mm Hg diastolic in the placebo group during the trial ($p < 0.01$). Blood pressure effects were seen by 4 weeks and remained relatively constant over the study. In order to investigate the relation between blood pressure changes and confirmed thrombotic cardiovascular adverse events, patients were categorized according to their change from baseline in MAP at 4 weeks. The rofecoxib:placebo relative risks for a confirmed thrombotic cardiovascular adverse event were broadly similar across quartile categories of blood pressure change (data not shown). Inclusion of mean arterial pressure at all time points during the study as a time-varying covariate did not materially modify the treatment effect (rofecoxib:placebo relative risk [ninety five percent confidence interval] = 1.87 [1.14, 3.06]).

2005 NEJM 000237

## DISCUSSION

COX-2 inhibitors have been widely used as anti-inflammatory and pain-relief agents, and hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled double blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events as compared to placebo. The increased relative risk for adjudicated thrombotic events was observed beginning after approximately 18 months of treatment., while an increased frequency of investigator-reported events such as hypertension, edema, and congestive heart failure occurred earlier in the course of the study. The overall treatment risk did not appear to be significantly influenced by baseline or subsequent aspirin use. In addition, there was an increased frequency of investigator-reported events such as hypertension, edema, and congestive heart failure which occurred earlier (at approximately 5 months) in the course of the study.

Thromboxane ($T_xA_2$), a major COX-1 mediated product of arachidonic acid metabolism causes irreversible platelet aggregation, vasoconstriction and smooth muscle proliferation, while prostacyclin or $PGI_2$ is an inhibitor of platelet aggregation, a vasodilator and an inhibitor of smooth muscle proliferation. COX-2 is the major source of systemic [CI]prostacyclin biosynthesis,[27] and it has been suggested that COX-2 inhibitors may increase cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids towards promotion of thrombosis and/or atherogenesis. COX-2 inhibition combined with thromboxane receptor antagonism may also lead to atheromatous plaque destabilization [12]. COX-2 also plays a role in angiogenesis.[1] How

2005 NEJM 000238

these pharmacological observations relate to the cardiovascular clinical findings with COX-2 inhibition is unknown. It is also not clear whether any adverse cardiovascular effects of COX-2 inhibition are offset by the partial COX-1 inhibition conferred by various non-selective NSAIDs, since this has not been explicitly tested in trials.

The Vioxx Gastrointestinal Outcomes Research study (VIGOR),[13] compared rofecoxib 50 mg daily to naproxen 500 mg twice daily in rheumatoid arthritis patients and found rofecoxib to be associated with a higher incidence of myocardial infarction., It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance or a combination of these. A recent meta-analysis,[23] suggesteds that the magnitude of the cardioprotective effect of naproxen is unlikely to wholly explain these findings.

In aggregate, previous randomized controlled trials comparing rofecoxib [CL2]to placebo or non-naproxyn conventional NSAIDs have not demonstrated an increased cardiovascular risk associated with rofecoxib. Analysis of a database including 5,435 patients in 8 double-blinded placebo-controlled phase IIB/III osteoarthritis trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and comparator non-selective NSAIDS.[5] A pooled analysis of data from more than 28,000 individual patients (representing >14,000 patient-years at-risk) from 23 previous Phase IIb-V rofecoxib trials in various disease states (including VIGOR) also did not demonstrate a statistically significant increased cardiovascular risk for rofecoxib compared to placebo or non-naproxen NSAIDs.[4] The latter analysis employed the APTC

2005 NEJM 000239

endpoint evaluated in the current trial. An updated analysis including data from various studies investigating treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib relative to placebo.[28] A recent meta-analysis comparing cardiovascular risk in trials which include rofecoxib in various doses versus placebo or NSAID controls did suggested an increased relative risk in those taking rofecoxib compared to naproxen, but not placebo.[21] Differences between the present results and these earlier clinical trial data may be related to differences in defined endpoints or exposure time, a possibility supported by the absence of a difference in thrombotic events during the first 18 months of APPROVe.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction in new rofecoxib users compared to control subjects,[20] but a case-control study of patients 65 years of age or older suggested a dose-dependent elevated relative risk of acute myocardial infarction.[7] Unlike the current study, this risk was elevated in the first 90 days of use, but not thereafter. A retrospective cohort study which assessed the occurrence of serious coronary heart disease in NSAID users,[21] found an elevated cardiovascular risk associated with high-dose rofecoxib, but no increased risk in those using rofecoxib at doses of 25 mg or less.

The current randomized placebo-controlled trial demonstrates an increased risk of confirmed cardiovascular thrombotic events associated with long-term use of rofecoxib compared to placebo. The increase in thrombotic cardiovascular events associated with

2005 NEJM 000240

17

rofecoxib was *not evident during the first 18 months* of the trial. This delayed emergence does not suggest a pro-thrombotic effect, which might be expected to be manifest early upon treatment initiation. Other investigator-reported cardiovascular events known to be associated wit NSAID use such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier and at an increased rate in those taking rofecoxib compared to those taking placebo. The relationship of these events to the risk for thrombotic cardiovascular events is unclear.

Small mean blood pressure increases were observed in the rofecoxib group during the trial relative to placebo, consistent with the previously reported renovascular effects of NSAIDS. These differences in blood pressure were *observed early in the course of the* study, along with investigator reported edema-related and congestive heart failure–related adverse events. Mean arterial blood pressure did not appear to have a significant association with confirmed thrombotic cardiovascular events, however, according to changes from baseline at 4 weeks, or when included as a time-varying covariate in a model of treatment effects. Based on these findings, it is unlikely that changes in blood pressure were the ~~predominant~~ explanation for the excess cardiovascular risk observed in our study. However, hemodynamic changes could~~may well~~ have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the *results seen with rofecoxib represent* a general effect of COX-2 inhibitors, or a specific effect of rofecoxib. A recently reported case-control study [29] suggested that patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction, while a nested case-control study [22] also suggested

2005 NEJM 000241

differences in the risk of serious coronary heart disease between the two agents.

Ongoing safety review of the Adenoma Prevention with Celecoxib (APC) Trial revealed

a 2.5 fold increased risk of fatal or nonfatal cardiovascular events compared to placebo in

participants randomized to receive celecoxib (http://www.nih.gov/news/pr/dec2004/od-

17.htm), leading to suspension of this trial by the National Cancer Institute [CL3] The

possibility that conventional NSAIDs may have similar effects should hast also be

considered. For any of these drugs, possible cardiovascular toxicities will need to be

taken into account in assessment of potential benefits for the prevention of neoplasia in

the large bowel and other organs.

2005 NEJM 000242

## ACKNOWLEDGMENTS

This study was funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas and Baron  report receiving consulting fees as members of the APPROVe Trial  Steering Committee.  Dr. Baron reports being an unpaid consultant to Bayer. Dr. Konstam reports receiving consulting fees as a member of the APPROVe Data and Safety Monitoring Committee. Mr. Bolognese, and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck Research Laboratories.

2005 NEJM 000243

**APPENDIX**

The Steering Committee for the APPROVe trial consisted of John A. Baron, M.D. (Chair), Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Bettina Oxenius M.D.*, James A. Bolognese Mstat.*, and Kevin Horgan, M.D. *

*Non-voting members

The external safety monitoring board consisted of James Neaton, Ph.D. (Chair), University of Minnesota, Marvin A. Konstam, M.D., New England Medical Center, David Bjorkman, M.D., University of Utah Health Sciences Center, and Richard Logan M.D., University of Nottingham School of Community Health Sciences, and Hui Quan Ph.D.. Merck Research Laboratories (non-voting member).

Adjudication Committees consisted of Cardiology:Leonard S. Dreifus, M.D., George Vetrovec, M.D., Bernard Chaitman, M.D.;Neurology:Harold Adams. M.D., Jay P. Mohr, M.D., Justin Zivin, M.D.;Peripheral Vascular:Jeffrey Ginsberg, M.D., Clive Kearon, M.D.Ph.D., Thom Rooke, M.D.;Gastrointestinal:Marie Griffin, M.D., Michael Langman, M.D., Dennis Jensen, M.D.

The APPROVe Trial includes the following investigators: M Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N Arber, Tel Aviv Sourasky Medical Center, Tel Aviv, Israel;  JMP Badia,

2005 NEJM 000244

Hospital Clinic I Provincial, Barcelona, Spain; RD Baerg, Tacoma Digestive Disease Center, Tacoma, WA; H Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; ML Barclay, Christchurch Hospital, Christchurch, New Zealand; C Beglinger, University of Basel, Basel, Switzerland; G Bianchi-Porro, Ospedale Luigi Sacco, Milano, Italy; T Bolin, Prince of Wales Hospital, Randwick, Australia; RM Bostick, Palmetto Health South Carolina Cancer Center, Columbia, SC; RS Bresalier/AA Dekovich/T Ben-Menachem/SK Batra, Henry Ford Hospital, Detroit, MI; E Bruun/J Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C Burke, Cleveland Clinic Foundation, Cleveland, OH; E Butruk, Akademia Medyczna w Warszawie, Warsaw Poland; L Capurso, Azienda Ospedaliera San Filippo, Roma, Italy; JP Cello, San Francisco General Hospital, San Francisco, CA; S Chaussade, Hospital Cochin Saint-Jacques, Paris, France; DP Cleland, Montreal General Hospital, Montreal, Canada; G Costamagna, Universita Cattolica del Sacro Cuore, Di Clinica Chirurgica, Rome, Italy; P Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; EV Cutsem, Universitaire Ziekenhuizen KU, Leuven, Belgium; GR D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W Dekker/J Ferwerda, Kennemer Gasthuis, Haarlem, Netherlands; E Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; DS Eskreis/RE Tepper, Long Island Clinical Research Associates, Great Neck, NY; R Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M Färkkilä,, University Central Hospital, Helsinki, Finland; GM Fugarolas/JF deDios, Hospital Universitario Reina Sofia , Cordoba, Spain; A Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genova, Italy; MJ Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, NY; F Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P Gandrup, Aalborg Syenhus, Aalborg, Denmark; A Habr-Gama,

2005 NEJM 000245

Hospital das Clinicas da Faculdade de Medicina da Universidade de Sao Paulo, Sao Paulo, Brazil; M Haque/S Parry, Middlemore Hospital, Auckland, New Zealand; R Hardi, Metropolitan Gastroenterology Group, Chevy Chase, MD; W Harford, VA Medical Center, Dallas, TX; SM Harris/NB Vakil, Aurora Sinai Medical Center, Milwaukee, WI; PR Holt/DP Kotler, Saint Luke's-Roosevelt Hospital, New York, NY; PA Holt, Endoscopic Microsurgery Associates, Towson, MD; RW Hultcrantz, Karolinska Universitetssjukhuset-Solna, Stockholm, Sweden; SH Itzkowitz, Mount Sinai Medical Center, New York, NY; RF Jacoby, University of Wisconsin Medical School, H6/516 C.S.C., 600 Highland Avenue, Madison, WI; KEJ Jensen, Centralsygehuset Esbjerg Varde, Esbjerb, Denmark; J F Johanson, Rockford Gastroenterology Associates, Ltd, Rockford, IL; PW Jørgensen, Bispebjerg Hospital, Copenhagen, Denmark; KE Kim, University of Chicago Medical Center, Chicago, IL; P Knoflach, AKH barmh, Schwestern vom heiligen Kreuz, Wels, Austria; M Koch, Capital Gastroenterology Consultants, Silver Spring, MD; B Koch, St Vincenz Krankenhaus, Datteln, Germany; A Lanas, University Clinical Hospital, Zaragoza, Spain; MR Lane, Auckland City Hospital, Auckland, New Zealand; TR Liebermann, Radiant Research, Austin, TX; M Lukas, Univerzita Karlova, Charles University, Prague, Czech Republic; CM Schmitt, Southern Clinical Research, Chattanooga, TN; F Macrae, Cabrini Hospital, Malvern, Australia; EE Maiza, Hospital Jose Joaquin Aguirre, Santiago Chile; NE Marcon, Toronto, Canada; RD Marks, Alabama Digestive Research Center, Alabaster, AL; CE Martinez, Hospital Militar Central, Bogota, Colombia; R McLeod, Mount Sinai Hospital, Toronto, Canada; KR McQuaid, VA Medical Center, San Francisco, CA; G Minoli, Ospedale Valduce Reparto, Como, Italy; M Montoro, Hospital San Jorge, Huesca, Spain; A Montoya, Clinica Shaio, Bogota, Colombia; G Morelli, Optimum Clinical

*2005 NEJM 000246*

Research, Inc, Montreal, Canada; DG Morton, Queen Elizabeth Hospital, Edgbaston, England; TJ Myrhoj/JR Andersen, Hvidovre Hospital, Hvidovre, Denmark; A Nakad, Hospital Notre Dame, Tournai, Belgium; V Narayen, Gastrointestinal Diagnostic Center, Baltimore, MD; Y Niv, Rabin Medical Center, Petah Tikva, Israel; P M Pardoll/S Scheinert, Center for Digestive Diseases, St Petersburg, FL; C Phino/JM Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I Pokorny, Prerov, Czech Republic; J Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T Ponchon, Hospital Edouard Herriot, Lyon, France; JH Pressman, San Diego Digestive Disease Consultants, Inc, San Diego, CA; V Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; JM Provenza, Louisiana Research Center, Shreveport, LA; WS Putnam, Seattle Gastroenterology Associates, Seattle, WA; E Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; JP Raufman/V Raj, University of Arkansas for Medical Sciences, Little Rock, AR; DK Rex; Indiana University Hospital, Indianapolis, IN; FP Rossini/M Spandre, Azienda Sanitaria Ospedaliera, Torino Italy; RI Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, NH; AK Rustgi, University of Pennsylvania, Philadelphia, PA; R Sandler, University of North Carolina at Chapel Hill, Chapel Hill, NC; B Schmeizer, Sunninghill Clinic, Sandton, South Africa; RE Schoen, UPMC Presbyterian Dept of Medicine, Pittsburgh, PA; TT Schubert, Allenmore Medical Center, Tacoma, WA; HI Schwartz, Miami Research Associates, Miami, FL; E Segal, Hospital General de Agudos Carlos G Durand, Buenos Aires, Argentina; F Seow-Choen/KW Eu, Singapore General Hospital, Singapore; NR Shah, Philip J Bean Medical Center, Hollywood, MD; N Skandalis, Peripheral General Hospital, Athens, Greece; PL Szego, Montreal, Canada; N Toribara, University of Colorado Health Sciences Center,

2005 NEJM 000247

Denver, CO; J Torosis, GI Research, Redwood City, CA; DK Turgeon, University of Michigan, Ann Arbor, MI; SW Van der Merwe, Pretoria, South Africa; R VanStolk/CW Howden, Northwestern University, Chicago, IL; P Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk Belgium; B Vergeau/C Nizou, Hopital d'Instruction des Armees, Paris, France; G Winde, Klinikum Kreis Herford, Herford, Germany; J Wolosin/MW Swaim, Regional Research Institute, Jackson, TN; JC Wolper/PL Yudelman, Digestive Health Physicians, Fort Myers, FL; BCY Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; JP Wright, Kinsbury Hospital, Claremont, South Africa; A Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

2005 NEJM 000248

**Figure Legends**

Figure 1. Enrollment, randomization, follow-up, and data analysis. AE = adverse experience. The original study design included a rofecoxib 50 mg group; 26 patients were assigned to this treatment before it was decided not to proceed with this arm.

Figure 2. Kaplan Meier plot of cumulative incidence (%) of patients with confirmed thrombotic cardiovascular serious adverse events. Ninety five percent confidence intervals are shown.

Figure 3. Kaplan-Meier plot of cumulative incidence (%) of patients with investigator-reported congestive heart failure, pulmonary edema, or cardiac failure

2005 NEJM 000249

## REFERENCES

1 Dannenberg, A. J., and Subbaramaiah, K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 4, pp. 431-6, 2003.

2 Crofford, L. J., Lipsky, P. E., Brooks, P., Abramson, S. B., Simon, L. S., and van de Putte, L. B. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 43, pp. 4-13, 2000.

3 Howard, P. A., and Delafontaine, P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 43, pp. 519-25, 2004.

4 Konstam, M. A., Weir, M. R., Reicin, A., Shapiro, D., Sperling, R. S., Barr, E., et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation, 2001.

5 Weir, M. R., Sperling, R. S., Reicin, A., and Gertz, B. J. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 146, pp. 591-604, 2003.

6 Solomon, D. H., Glynn, R. J., Levin, R., and Avorn, J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 162, pp. 1099-104, 2002.

7 Solomon, D. H., Schneeweiss, S., Glynn, R. J., Kiyota, Y., Levin, R., Mogun, H., et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 109, pp. 2068-73, 2004.

8 Strand, V., and Hochberg, M. C. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 47, pp. 349-55, 2002.

9 Mamdani, M., Juurlink, D. N., Lee, D. S., Rochon, P. A., Kopp, A., Naglie, G., et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 363, pp. 1751-6, 2004.

2005 NEJM 000250

10 Whelton, A., Fort, J. G., Puma, J. A., Normandin, D., Bello, A. E., and Verburg, K. M. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 8, pp. 85-95, 2001.

11 Whelton, A., White, W. B., Bello, A. E., Puma, J. A., and Fort, J. G. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 90, pp. 959-63, 2002.

12 Egan, K. M., Wang, M., Lucitt, M. B., Zukas, A. M., Pure, E., Lawson, J. A., et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 111, pp. 334-42, 2005.

13 Bombardier, C., Laine, L., Reicin, A., Shapiro, D., Burgos-Vargas, R., Davis, B., et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 343, pp. 1520-8, 2 p following 1528, 2000.

14 Silverstein, F. E., Faich, G., Goldstein, J. L., Simon, L. S., Pincus, T., Whelton, A., et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. Jama 284, pp. 1247-55, 2000.

15 Rahme, E., Pilote, L., and LeLorier, J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 162, pp. 1111-5, 2002.

16 Watson, D. J., Rhodes, T., Cai, B., and Guess, H. A. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 162, pp. 1105-10, 2002.

17 Farkouh, M. E., Kirshner, H., Harrington, R. A., Ruland, S., Verheugt, F. W., Schnitzer, T. J., et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 364, pp. 675-84, 2004.

2005 NEJM 000251

18 Reicin, A., Block, G. A., Chen, J., and Lines, C. R. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis., Annals of the Rheumatic Diseases 61, pp. 167, 2002.

19 Reicin, A. S., Shapiro, D., Sperling, R. S., Barr, E., and Yu, Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 89, pp. 204-9, 2002.

20 Mamdani, M., Rochon, P., Juurlink, D. N., Anderson, G. M., Kopp, A., Naglie, G., et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 163, pp. 481-6, 2003.

21 Ray, W. A., Stein, C. M., Daugherty, J. R., Hall, K., Arbogast, P. G., and Griffin, M. R. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 360, pp. 1071-3, 2002.

22 Graham, D. J., Campen, D., Hui, R., Spence, M., Cheetham, C., Levy, G., et al. Risk of acute myocardial infraction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 365, pp. 475-481, 2005.

23 Juni, P., Nartey, L., Reichenbach, S., Sterchi, R., Dieppe, P. A., and Egger, M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 364, pp. 2021-9, 2004.

24 Baron, J. A., Cole, B. F., Sandler, R. S., Haile, R. W., Ahnen, D., Bresalier, R., et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 348, pp. 891-9, 2003.

25 Antiplatelet Trialists Collaboration. Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. Bmj 308, pp. 81-106, 1994.

26 Guess, H. A., Lydick, E. G., Small, R. D., and Miller, L. P. Epidemiologic programs for computers and calculators. Exact binomial confidence intervals for the relative risk in

2005 NEJM 000252

follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 125, pp. 340-7, 1987.

27 McAdam, B. F., Catella-Lawson, F., Mardini, I. A., Kapoor, S., Lawson, J. A., and FitzGerald, G. A. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 96, pp. 272-7, 1999.

28 Reicin, A., DiBattiste, P., Mukhopadhyay, S., Korn, S., Ramey, D., Lines, C. R., et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: an updated pooled analysis., Annals of the Rheumatic Diseases 62, pp. 407, 2003.

29 Kimmel, S. E., Berlin, J. A., Reilly, M., Jaskowiak, J., Kishel, L., Chittams, J., et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 142, pp. 157-64, 2005.

2005 NEJM 000253

**Figure 1. Enrollment, randomization, follow-up, and data analysis**



```
                    ┌─────────────────────────┐
                    │ 3260 patients assessed  │
                    │ for eligibility         │
                    └─────────────────────────┘
                                                  ┌──────────────────────────────┐
                                                  │ 674 not randomized to         │
                                                  │ rofecoxib 25 mg or placebo    │
                                                  │                               │
                                                  │ 403 ineligible                │
                                                  │ 160 withdrew consent          │
                                                  │ 41 clinical AE                │
                                                  │ 26 rofecoxib 50 mg            │
                                                  │ 44 other                      │
                                                  └──────────────────────────────┘
                    ┌─────────────────────────┐
                    │ 2586 randomized to      │
                    │ rofecoxib 25 mg or      │
                    │ placebo                 │
                    └─────────────────────────┘
```

| 1287 assigned to rofecoxib 25 mg<br>1287 received treatment | 1299 assigned to placebo<br>1299 received treatment |
| --- | --- |

| 410 discontinued<br><br>202 clinical AE<br>22 laboratory AE<br>112 *withdrew consent*<br>14 lost to follow up<br>60 other | 319 discontinued<br><br>145 clinical AE<br>9 laboratory AE<br>88 withdrew consent<br>20 lost to follow up<br>57 other |
| --- | --- |

| 877 completed 3 years of treatment<br>1287 included in safety analysis | 980 completed 3 years of treatment<br>1299 included in safety analysis |
| --- | --- |

2005 NEJM 000254

**Figure 2. Kaplan Meier plot of cumulative incidence (percent) of patients with confirmed thrombotic cardiovascular events**



32

2005 NEJM 000255

**Figure 3.** Kaplan-Meier plot of cumulative incidence (percent) of patients with investigator-reported congestive heart failure, pulmonary edema, or cardiac failure



33

2005 NEJM 000256

**Table 1. Baseline patient characteristics**

| Characteristic | Rofecoxib 25 mg (N=1287) | Placebo (N=1299) |
|---|---|---|
| Mean age [range] (years) | 59 [40-96] | 59 [40-86] |
| Mean height [range] (cm) | 170 [137-198] | 170 [133-199] |
| Mean weight [range] (kg) | 81 [38-160] | 81 [34-159] |
| Male (%) | 62 | 62 |
| Caucasian (%) | 84 | 84 |
| Low dose aspirin use (%)* | 17 | 16 |
| Antihypertensive use (%) | 30 | 29 |
| Higher cardiovascular risk (%)** | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease cardiovascular thrombotic event (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette user (%) | 22 | 22 |

*Low dose aspirin use defined as ≤100 mg/day
** Defined as history of symptomatic atherosclerotic cardiovascular disease or ≥2 of the following risk factors for cardiovascular coronary artery disease: history of hypertension, history of hypercholesterolemia, history of diabetes, current cigarette user.

34

2005 NEJM 000257

**Table 2. Confirmed thrombotic cardiovascular events by treatment group**

| | Rofecoxib 25 mg (N=1287) 3059 Patient-years | | Placebo (N=1299) 3327 Patient-years | | |
|---|---|---|---|---|---|
| | N (%) | Rate per 100 patient-years | N (%) | Rate per 100 patient-years | Hazard Ratio (95% CI) |
| | | *Adjudicated Events* | | | |
| *Total number of patients with events* | *46 (3.6)* | *1.50* | *26 (2.0)* | *0.78* | *1.92 (1.19,3.11)* |
| *Cardiac Events* | *31 (2.4)* | *1.01* | *12 (0.9)* | *0.36* | *2.80 (1.44-5.45)* |
| Acute myocardial infarction | 21 | | 9 | | |
| Fatal acute myocardial infarction | 2 | | 3 | | |
| Sudden cardiac death | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| *Cerebrovascular Events* | *15 (1.2)* | *0.49* | *7 (0.5)* | *0.21* | *2.32 (0.89-6.74)* |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| *Peripheral Vascular Events* | *3 (0.2)* | *0.10* | *7 (0.5)* | *0.21* | *0.46 (0.08-2.03)* |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |
| | | **Non-Adjudicated Events** | | | |
| *Hypertension adverse events* | *377 (29.3)* | *29.3* | *219 (16.9)* | *16.9* | *2.02 (1.71, 2.38)* |
| *—Serious event\** | *11* | | *1* | | |
| *Edema adverse events* | *111 (8.6)* | *8.6* | *76 (6.1)* | *5.9* | *1.57 (1.17, 2.10)* |
| *—Serious event\** | *3* | | *0* | | |
| *Congestive heart failure/pulmonary edema/cardiac failure* | *17 (1.3)* | *1.3* | *4 (0.3)* | *0.3* | *4.61 (1.50, 18.83)* |
| *—Serious event\** | *13* | | *2* | | |

Although a patient may have had 2 or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories.
*Event was life-threatening, resulted in (or prolonged) a hospitalization, or caused permanent disability

2005 NEJM 000258

2005 NEJM 000259

**Table 3. Summary of rates and relative risks for confirmed thrombotic cardiovascular adverse events and APTC endpoint**

| | Rofecoxib 25 mg | | | | Placebo | | | Comparison | |
| | N* | Events | Patient-years at risk | Rate per 100 patient-years | N* | Events | Patient-years at risk | Rate per 100 patient-years | Rate difference [95% CI] | Relative risk [95% CI] |
|---|---|---|---|---|---|---|---|---|---|---|
| *Confirmed thrombotic* | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 [0.19, 1.25] | 1.92 [1.19, 3.11] |
| Month 0-18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 [-0.55, 0.94] | 1.18 [0.64, 2.15] |
| Month 19-36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 [0.58, 2.08] | 4.45 [1.77, 13.32] |
| *Confirmed APTC* | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 [0.12, 1.02] | 2.06 [1.16, 3.64] |
| Month 0-18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 [-0.42, 0.75] | 1.25 [0.58, 2.69] |
| Month 19-36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 [0.34, 1.73] | 3.69 [1.43, 11.24] |

* Number of patients at risk

37

2005 NEJM 000260

**Table 4. Other Adverse Events of Interest**

| | Rofecoxib 25 mg (N=1287) 3059 Patient-years | | Placebo (N=1299) 3327 Patient-years | | |
|---|---|---|---|---|---|
| | N (%) | Rate per 100 patient-years | N (%) | Rate per 100 patient-years | Hazard Ratio (95% CI) |
| Hypertension-related adverse events | 377 (29.3) | 29.3 | 219 (16.9) | 16.9 | 2.02 (1.71, 2.38) |
| Edema-related adverse events | 111 (8.6) | 8.6 | 76 (6.1) | 5.9 | 1.57 (1.17, 2.10) |
| Congestive heart failure/pulmonary edema/cardiac failure | 17 (1.3) | 1.3 | 4 (0.3) | 0.3 | 4.61 (1.50, 18.83) |

Hypertension-related adverse events, edema-related adverse events, and congestive heart failure/pulmonary edema/cardiac failure are pre-defined groupings of adverse event terms.

Although a patient may have had 2 or more clinical adverse events, the patient is counted once within a category. The same patient may appear in different categories.

38

2005 NEJM 000261

[CL1] As opposed to renal
[CL2]Some of the NSAID comparator studies used non standard doses
[CL3]Moved sentence so stuff on coxibs is first then stuff on NSAIDs

2005 NEJM 000262



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 A

EDITORIAL OFFICES

## SUGGESTION FOR TRANSMITTAL TO AUTHORS

05-0493 A

This seems like an excellent paper.
I have 3 substantive comments:

1. I presume that the efficacy portion (development of polyps) of the trial is not yet ready to publish. This is suggested in the current paper but it is not clear. This should be clarified.

2. I think the authors should add a cautionary note, either in the Conclusions of the Abstract or in the DISCUSSION, that these apparent risks of Rofecoxib must be weighed against its beneficial effects, some of which will be elucidated when the efficacy results of this study are published.

3. I think the authors should tone down (a bit) the comments about possible quantitative interactions between treatment and a history of atherosclerotic CV disease and history of diabetes. Given the many subgroups examined for interactions, having 2 groups give p-values of .09 or .10 is not very convincing. I think these could be mentiond, but suggest that this be done in an even more cautionary way, and pointing out that these could readily have been explained by chance.

Specific Comments:
1. (page 3, lines 6 and 5 from bottom): I suggest replacing 'The results primarily reflectd imbalances in' with 'The differences are primarily explainable by'

2. (page 5): You might add (if I am interpreting things correctly) something like "Results of the efficacy portion of the trial will be reported when complete."

3. (page 6, lower paragraph): Please make it clear whether or not the run-in period was blinded (I presume not). I also would replace 'active' in line 1 of this paragraph by 'randomized'. In the last line, 'with a blocking factor of 2' is unclear. Do you mean to say that, within strata, you used permuted blocks with a block size of 2?

4. (page 7, line 7 from bottom): For clarity, you might insert 'composite' before 'endpoint'

5. (page 8): It is unclear how you treated deaths in your time to event analyses (Kaplan-Meier and Cox). Were any deaths treated as censoring events? If so, please indicate how many. Unless this number is very small, you labelling of Figure 2 seems inappropriate, and you should present the

**CONTINUED**
→

2005 NEJM 000270



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9854

05-0493 A

estimated cumulative incidence (cf, Gray, 1988) and not the Kaplan Meier estimator.

6. (page 9): Please note here that all reported p-values are 2-sided.

7. (page 11): Please provide more details about the (many) subjects that 'withdrew consent'. Is this an administrative classification that really reflects something else (such as adverse events)? Also, please say more about the many 'Other' discontinuations.

8. (page 12, line 2 from bottom): Do you mean to say 'proportional' hazards over time and not 'constant' hazards?

9. (Table 2): I think you mean 'at risk' in the footnote.

2005 NEJM 000271



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

EDITORIAL OFFICES

05-0493 B

## SUGGESTION FOR TRANSMITTAL TO AUTHORS

05-0493 B

**Comment for authors:**

This paper summarizes the cardiovascular safety results of the APPROVe trial. The results of this trial, on the basis of which Merck withdrew rofecoxib, are important. The current draft lacks a number of important details about study methods, particular those related to the events criteria, identification of events, data-collection on events and classification of events. Readers need information about the quantity and quality of the events data in the APPROVe trial.

Cardiovascular events do not appear to have been an a priori outcome of primary interest and defined as such in the original protocol. The data-collection methods refer to the "review" of "Adverse experiences" and "Serious vascular events" by an "independent blinded adjudication committee" (page 7). If cardiovascular events had been a pre-specified outcome, the data collection methods would have targeted the complete identification of cardiovascular events. At what point in the trial was the decision made to review carefully and adjudicate blindly cardiovascular events? What was the reason for this decision? If it was adverse events seen in the trial, what constellation of events prompted the blinded re-review?

The manuscript refers to "pre-specified case definitions," but no details are provided. There are two issues here. First, what is origin of the composite endpoint used in the analysis and was it created before or after looking at some events data from adverse event reports? The APTC is cited for one outcome. The other outcome—"Thrombotic cardiovascular serious events"—contains a long list of heterogeneous events, including venous thrombosis and pulmonary embolism. The two "venous" events are outcomes that are not normally thought to be preventable by aspirin except perhaps in the APTC meta-analysis of aspirin use during surgery to prevent venous thrombosis. The use of a composite endpoint that includes "noise" will reduce power. Based on known biologic mechanisms of COX2 inhibitors, heart failure might have been a better choice as an additional an element of the primary composite outcome than venous thrombosis. It is important to state clearly the timing and the rationale for the choice of the primary outcomes.

Second, the events criteria are not described, and there are no references to published criteria for the "pre-specified case definitions." Criteria for MI typically include chest pain, raised levels of cardiac enzymes, and changes in the electrocardiogram (ECG). Criteria for stroke usually include the acute onset of a focal deficit not explained by other diseases and some minimum duration of neurological symptoms. What criteria were used in this evaluation?

2005 NEJM 000272

CONTINUED ➡

The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 B

Based on the description in the methods, it appears that the investigators collected traditional adverse event data and, at some later time, started to re-review these data using pre-specified criteria. Which of the reported adverse events were re-reviewed? Did the review include all hospitalizations and deaths? This issue goes to the completeness of the ascertainment of events. If the original protocol had specified cardiovascular events as a key safety outcome, the participants would have been under regular surveillance for CV events in a prospective fashion. Given the adverse-event data collection that was conducted in APPROVe, what events were captured? What cardiovascular events might have been missed?

For each adverse event, what data were available for review? Were additional data sought from hospitals or physicians? How often? And what was the quality of the data? Self-reported adverse-event reports typically include narratives from the participants, and medical records are sometimes obtained. Did the available records contain or were additional data always sought on chest-pain history, ECGs, cardiac enzyme results, neurological evaluations, results of head CTs or MRIs, chest X-rays, echocardiograms, venous duplex scans, pulmonary angiograms, and other diagnostic tests that may be relevant for evaluating MI, stroke, venous thrombosis, and HF? For instance, did the authors accept a reference in the an available discharge summary to "elevated cardiac enzymes" as evidence of an MI? Did they already have the cardiac enzyme data? Or did they seek additional medical records to classify the MI enzyme criterion? Additional information on the events criteria, events identification methods, events data-collection methods, and events classification methods will help readers understand the quality of the cardiovascular data presented in this paper.

Were gastrointestinal complications such as peptic ulcer and bleeding also evaluated? If not, why were these endpoints not included in a safety evaluation?

The analysis stratified on follow-up time seems to be presented as if it were a pre-specified hypothesis. Was the stratification of the analysis of 0-18 months and 19-36 months pre-specified in the original protocol? If not, then this analysis and the post-hoc choice of the cutpoint at 18 months need to be presented as an exploratory analysis, and they do not belong in Table 2.

If the test for proportional hazards revealed this issue, it is reasonable to include the finding within a table that explores other potential interactions. Stratification on aspirin should be fully presented. The data on clinical disease and diabetes should also appear in this same table.

Table 3 should include hazard ratios and 95% CIs for the major categories of events (cardiac and cerebrovascular). The inclusion of arterial and venous disease together in one category seems quite odd.

The discussion over-emphasizes this "changing pattern of treatment effect over time." One



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 B

potential explanation is multiple testing. Also, data from other studies on rofecoxib do not support the finding of a "late" adverse effect. Participants in the VIGOR trial were followed for less than a year, and there was a four-fold higher risk of MI in rofecoxib than naproxen patients. In medical officer's review of the rofecoxib NDA, Villalba lists the results of 6-week studies in Table 52, page 106, where 1 (0.24%) of 412 placebo patients and 12 (0.67%) of 1789 rofecoxib patients have a thromboembolic cardiovascular event. [See: Villalba ML. FDA Medical Officer Review of VIOXX (rofecoxib), NDA 21-042 (capsules) and NDA 21-052 (oral solution). Http://www.fda.gov/cder/foi/nda/index.htm. Last accessed on Feb 8, 2005.] Similarly, in Targum's review of Study 090, a 6-week study, comparing rofecoxib, nabumetone and placebo, MI or stroke occurred in 5 of 390 rofecoxib patients, 1 of 392 nabumetone patients and 1 of 196 placebo patients. [See: Targum SL. Consultation on NDA 21-042, S-007; Review of cardiovascular safety database [on Vioxx or rofecoxib]. FDA Memorandum, Feb 1, 2001. Http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.doc. Last accessed on June 5, 2001.] The discussion needs to be more balanced and acknowledge that early events have occurred with rofecoxib in other trials.

The authors refer to the hypothesis of the "protective effect of naproxen" in VIGOR (page 15). This claim seems a stretch. The protective effect of naproxen is not a credible explanation for the increase in risk associated with rofecoxib in VIGOR. Naproxen would have to be several times more effective than aspirin to eliminate such an elevated risk. The findings from the unpublished ADAPT trial suggest that if rofecoxib had been compared with placebo in VIGOR, the risk of MI would have been 6 or 8 times higher than placebo.

It is not clear why the investigators used "change in mean arterial pressure" to assess the contribution of blood pressure to risk. Table 1 should include information on mean systolic and diastolic blood pressure. Since the variability of blood pressure is so large, and if blood pressure levels were comparable at baseline, the use of the mean arterial blood pressure (rather than change) would provide a better measure. Insofar as the increases in blood pressure were detected, reported and treated, the follow-up levels of blood pressure that include more treated levels of blood pressure in the rofecoxib arm may underestimate risk. Finally, measurement error in blood pressure (or in change in blood pressure) will limit the ability to evaluate blood pressure as a mechanism. These limitations to the analysis of the blood-pressure mechanism need to be acknowledged (page 17, bottom).

The methods refers to plans "to enroll up to 20% of patients who used low-dose … aspirin for cardiovascular protection" (page 6). Was this plan part of the original protocol? If not, when and why was it changed?

The authors do not describe how randomization was conducted and how blinding was achieved. These details should be added.

2005 NEJM 000274

CONTINUED →



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 B

The discussion seems a bit long, especially the section on mechanism. The section on observational studies could also be shortened.

Minor comments follow. In paragraph 2 of the introduction (page 4), the authors might refer to FitzGerald's recent paper, which identifies a new potential mechanism. See: Egan KM, Wang M, Lucitt MB, Zukas A, Pure E, Lawson JA, FitzGerald GA. Cylcooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-342. FitzGerald's study might also be mentioned on page 17, line 6 or so.

On page 4, bottom line, the word "small" should be inserted to describe the "other randomized trials."

On page 5, line 5, Graham's study should be added to the list of observational studies. See: Graham DJ, Campem D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; Epub Jan 25, 2005. Graham's study might also be mentioned on page 16, bottom.

A blocking factor of 2 seems small. Is this a typographical error?

2005 NEJM 000275



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 C

## SUGGESTION FOR TRANSMITTAL TO AUTHORS

05-0493 C

Manuscript #: 05-0493, Cardiovascular Events Associated with Rofecoxib

The APPROVe trial is an important milestone in our understanding of the effects of coxibs on cardiovascular endpoints. Thus, it is of interest to readers.  Ideally, the data would be presented in a clear, concise manner, allowing readers to judge their importance in the context of other recent data. However, much of the Introduction and Discussion of the present MS is devoted to a selective review of previous studies that seems to have as a goal defending the manufacturer's conduct in the entire rofecoxib affair. The manufacturer has been criticized widely, a defense is perfectly appropriate (and indeed can be found in correspondence to the Journal), but not here. This dual mission detracts from the data and even leads to contradictory statements; for example, proffering  the hypothesis that naproxen is cardioprotective in some places (p. 4, 15) and advancing the hypothesis that all non-selective NSAIDs may be cardiotoxic in others (p. 15, 18). The MS space would be more productively devoted to better explanation of the details of the present study.

There are also numerous problems with the writing in the MS, such as references that are wrong, frequent redundancies, numbers in the text that don't readily correspond to those in the tables, and an apparent note to coauthors included in a table.  It is acknowledged that the authors may have had a tight time-frame and that the prose can be fixed.  However, this does raise the concern that there was similar haste in preparation of the data.

Specific Comments:

1. The "18 month hypothesis".  The MS aggressively promotes the safety of up to 18 months of use of rofecoxib.  This goes beyond the data of the study.  The analysis by duration of use is an example of a post hoc subgroup analysis, because the variation of the effect by duration was not an a priori hypothesis and the 18 month cutpoint was chosen by inspection of the data.  Yusuf and colleagues (JAMA, 1991, 266:93) warn about the dangers of over-interpreting such subgroup analyses in clinical trials, noting that low power is of particular concern.

"Generally, trials adequate for detecting an overall treatment effect cannot be expected to detect effects within even relatively large subgroups."

The present trial indeed has low power for the first 18 months, the 95% confidence interval includes a doubling of the risk.  The data do provide evidence, based on a post hoc analysis, that risk increases

CONTINUED



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

EDITORIAL OFFICES

05-0493 C

with duration of use. The remarks in the MS should be congruent with these data and appropriately cautious about the finding of a subgroup analysis.

2. Endpoints.

The description and presentation of the endpoints could be improved. More detail is needed on the definitions. For example, in the "Thrombotic cardiovascular serious events", the term "stroke" is used, it is not clear if this includes both fatal and non-fatal strokes and both hemorrhagic and thrombotic strokes. Table 3 suggests that hemorrhagic strokes were not included as an endpoint, what is the rational for this??

The description of the APTC events is very unclear, what is "myocardial ischemia"? Furthermore, it seems that the APTC endpoints overlap substantially with the primary endpoint, so this is not independent information. Thus, this endpoint could be given less prominence in the results.

More detail is needed on the procedures to obtain complete ascertainment, for example, TIA. What auditing procedures were in place to make sure that events were reported?

Congestive heart failure, cardiovascular deaths, and all-cause mortality are serious events. Other studies, such as PROVEIT and AtoZ, give these similar prominence to the primary endpoints, showing them in the key endpoint tables. The present MS relegates them to the text with the hypertension and peripheral edema, which could be perceived as an attempt to downplay their importance.

Given that the duration finding is a from a post-hoc subgroup analysis, is it appropriate to give it the prominence that it has in Table 2?

This leads to a suggestion for improved presentation of the endpoints. Table 3, which apparently presents the individual components of the primary endpoints, should become the primary endpoint table. It should have columns for rofecoxib, placebo, RR, 95% CI with the following rows.

Confirmed thrombotic events
    All events
    Cardiac events . . .
    Cerebrovascular events
    Peripheral vascular events
Other serious events
    CHF
    Cardiovascular deaths

2006 NEJM 000277

CONTINUED



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

EDITORIAL OFFICES

05-0493 C

etc
APTC events

A subsequent table could present the duration analysis.

3. Blood pressure change analysis

This is of very low power and based upon the questionable assumption that all hypertension was manifested by week 4. Indeed, the MS contradicts itself on this issue, stating on p 12 that "The Kaplan-Meir plots for hypertension . . . [had] no statistically significant departures from constant hazards" If this is true, the cumulative incidence of hypertension would continue to increase throughout the study. While the attempt to understand mechanisms is appreciated, this study probably does not have the power to make a useful contribution.

4. Role of the sponsor

Given that several of the coauthors are from Merck, this may seem like a redundant question. Nevertheless, the extent to which this manuscript was subject to review/revision by persons within Merck who are not listed as authors needs to be clarified. The mechanisms in place to assure the independence of endpoints adjudication also need to be described.

5. Text problems

Abstract    "Although the number of patients experiencing a cardiovascular event was small" Seems like an attempt to minimize the importance of the adverse effect.

p 4    "an NSAID with platelet inhibitory properties" this is controversial

p 5    Whether trials other than VIGOR show an increased risk is controversial. The recent meta-analysis of Jüni et al claims that they do. To not acknowledge the controversy, omit the reference to Jüni et al, and to cite an unpublished manufacturer's study (ref 17) is selective presentation of the background.

p 5    References 9 and 11 are not for myocardial infarction studies, as the text states. All of the studies that found an increased risk of MI described the dose, there were no "unspecified doses". Two of the most recently published studies, both showing increased risk for rofecoxib, are not cited.

p 6    "with a previous history of cardiovascular disease were included" It would be more accurate to



CONTINUED

# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 C

say, "patients with recent history of cardiovascular disease were excluded"

p 11      "There were a total of 121 patients" I cannot find the 121 patients, the 77 rofecoxib, 44 placebo anywhere in the table.

p 12      "adverse experience" awkward

Discussion Paragraphs 2 and parts of paragraph 3 and 4 are redundant with the introduction.

p 15      "it was unclear whether the difference in risk . . ." This is a very controversial point and to present the manufacturer's side, without acknowledging the controversy is unbalanced.

p 15      "Randomized controlled trials comparing rofecoxib to placebo. . ."  Again, the conclusions of Jüni and colleagues are ignored.  It is fair to disagree with them; to not present them in what is given as a statement of fact is unbalanced.

p 16      "Observational studies have provided. . ." This is an incomplete presentation of the published studies.  The "large" Canadian study is actually the smallest of those published.

p 17      "The current randomized placebo-controlled trial" Redundant

2005 NEJM 000279



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 D

## SUGGESTION FOR TRANSMITTAL TO AUTHORS

05-0493 D

This is a very clearly written manuscript.

Specific comments

Page 3 3rd last line should be "although the absolute number"

Page 6 1st paragraph "we planned to enroll up to 20% of patients using aspirin" why was that?

Page 7 how was follow up of the patients handled after the study was terminated. Are data included after the study was terminated for any period or does the paper only contain the data analyzed by the DSMB?

Page 8 3rd line It is interesting to note that although Merck has always claimed that this was a "safety study" in fact (page 8 top) there was no formal stopping rule!

Page 10 last paragraph. The discontinuation rates in the rofecoxib group are quite striking particularly for hypertension and peripheral edema

Page 11 It is said that the thrombotic events do not separate out for 18 months it would be important to know if that is true for all risk groups and for the non aspirin group. For example did the ASCD symptomatic group not on ASA separate out earlier, did the ASCD symptomatic group separate out earlier did the patients with a CAD history separate out earlier? I am trying to understand whether patients with already existing ASCD develop problems early while other patients at lower risk (the majority in the study) build up risk over time.

Page 12 the point estimate in the ASCD asymptomatic patients shows a RR of 1.58 which although the 95% CI overlaps 1 (just) certainly does not give any suggestion that physicians could identify a low risk group of patients who could take these drugs safely.

Page 12    The Kaplan Meier plots that are not shown should be. Much has been made of the lack of a safety signal on thrombotic events until 18 months. However it is clear that the heart failure and pulmonary edema plots do show such a separation from the beginning. It is hard to see why these data were omitted. They must be included.

2005 NEJM 000280

**CONTINUED** ➝



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

EDITORIAL OFFICES

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 D

Page 13 the blood pressure data (lack of correlation with outcome) are of interest and need special mention in the discussion.

Page 14    ASA did not appear to influence outcome.  I am not sure how you know that.  For example if the ASA patients would have been at greatest risk, not an unreasonable assumption, you would have expected them to do worse.  So maybe what the data show is that ASA protects from the deleterious effects of rofecoxib (similar to the effects in the CLASS trial)

Discussion
Given Merck's continuous disparaging of non randomized clinical trial results in the past I was a bit offended to see the amount of space devoted to such trials in the discussion when a randomized trial (along now with much other data) clearly shows a safety problem.  The discussion should be substantially shortened with removal of many of the meta analysis.  A simple declarative sentence would suffice.

Page 16  I am not impressed that we understand enough about the effect of exposure time to provide the reassurance offered by the authors here.

Discussion can be substantially shortened.

There is a worrying note to delete some reports from table 2 that the authors ought to explain - we were obviously not supposed to see that!

2005 NEJM 000281



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

EDITORIAL OFFICES

05-0493 E

## SUGGESTION FOR TRANSMITTAL TO AUTHORS

05-0493 E

The "hand" of the study sponsor seems too evident throughout the manuscript, which is written consistently in a fashion designed to support the company's public positions. In the process, the scientific integrity of the manuscript is compromised. Because the withdrawal of this drug is the subject of two congressional investigations, an SEC probe, a justice department criminal investigation, and civil suits, the accuracy and thoroughness of this manuscript are critically important.

Within the last week, two additional sources of data regarding the APPROVE trial have become available. The FDA posted a summary of the trial data on its website in advance of the public hearings February 16-18. Yesterday, the Wall Street Journal reported on the minutes of the DSMB for this trial. Both sources of information provide insight into the deficiencies in this manuscript.

The authors assert that "all safety data were regularly monitored by an external safety monitoring committee." They emphasize in the manuscript that no safety signal was evident early in the trial. However, according to the WSJ article, the data safety board was not appointed until late 2001 and held its first meeting in February 2002 (two years after the trial was initiated). The same article reports that the minutes of the DSMB noted the "concerning nature of the trends" in cardiovascular safety at this initial meeting. It is also clear that the safety committee was monitoring all major CV events, not just thrombotic events and that this composite safety outcome showed a signal within 4 months.

Recommendation: Add these additional serious events to Table 3. It would also be very useful to see KM curves for this broader composite. I suspect that this will show rapid separation, an important finding.

In the FDA briefing document, data related to Table 2 appears. In addition to the categories of "confirmed" thrombotic events and "APTC" events, the FDA documents also show "investigator reported" events. The authors clearly considered including this category in the Table 2, but deleted this category. There is a note at the top of Table 2 "suggestion is to delete investigator-reported events."

Recommendation: Restore this category in Table 2.

In the FDA briefing document, there is a breakdown of event rates and hazard ratios for ASA users and non-users. These are very useful data and should be added to the manuscript. Similarly, event rates, hazard ratios and 95% CI's should be reported in a table for patients with prior CV history, diabetes and all other prespecified subgroups.

Throughout the manuscript, event rates are reported "per 100-patient years". This is misleading and tends to make event rates look smaller.

Recommendation: Report actual event rates in all tables and the abstract, not just rates per 100 patient years.

2005 NEJM 000282

**CONTINUED**



# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

05-0493 E

EDITORIAL OFFICES

Overall tone: The manuscript really needs a complete re-working to avoid the current "spin." Please see my specific comments for a paragraph-by-paragraph critique of the presentation.


Specific Comments:

Abstract (methods): Were heart failure events also adjudicated and monitored?

Abstract (conclusions): Describing the number of patients experiencing a CV event as "small" is not appropriate. The ten-year event rate is 15% in the rofecoxib arm and 7.8% in the placebo arm. Extended to the broader population, this increase would have major public health consequences.

Page 4, paragraph 3: You reiterate the Merck position that the difference in CV event rates in VIGOR may have been the result of naproxen antiplatelet effects. This discredited theory does not belong in the introduction. An FDA warning letter written 9-17-01 to Merck states that this hypothesis "has not been demonstrated by substantial evidence."

You also fail to cite "study 090", a second study showing excess CV event rates with rofecoxib. Please see:

Rofecoxib, Merck, and the FDA. Kim P. S., Reicin A. S., Villalba L., Witter J., Wolfe M. M., Topol E. J. N Engl J Med 2004; 351:2875-2878, Dec 30, 2004.

Since a warning regarding CV risk was added to the product label in 2002, it doesn`t seem right to suggest that there was such great uncertainty. A better approach would be to state that the "magnitude of increased CV risk was uncertain".

Page 7, paragraph. It is important to understand what was prespecified. Did the protocol really specify that venous thrombotic events would be included or was this a post-hoc decision. Was the use of the APTC endpoint prespecified.

Page 7. We also need to understand whether other CV adverse events such as severe hypertension and heart failure events were prespecified and adjudicated.

Page 10. Were differences in the need for anti-hypertensive drugs during the trial statistically different between treatment arms? A potentially important finding.

Page 11. You reference the numbers of patients with a "investigator reported" events, but deleted this section of Table 2. Please restore.

2005 NEJM 000283





# The New England Journal of Medicine

10 SHATTUCK STREET, BOSTON, MASSACHUSETTS 02115-6094

TELEPHONE 617/734-9800
1-800/445-8080
FAX 617/739-9864

EDITORIAL OFFICES

05-0493 E

Page 12. Strongly recommend a table to report all prespecified subgroups that includes percent or number of patients in the subgroup, number of events, hazard ratio and 95% CI.

Page 12. Other adverse events. As mentioned previously, we need much greater specificity for other CV events. A KM plot would be very useful here. The hypertension, edema, and heart failure endpoints should be added to Table 3.

Page 3. Were the BP differences significant. Please supply p value.
Discussion. Page 14, paragraph 1. You reiterate the statement that increased risk was observed only after 18 months, but the event curves for other adverse CV events separate early. In the interest of balance, this fact should be stated in this paragraph.

Page 2, paragraph 2. This paragraph is superfluous and can be eliminated. This is a report on CV safety.

Page 15. Paragraph 1. The statement that the CV safety of non-selective NSAIDs has never been rigorously tested is just too self-serving. Please delete.

Page 15, paragraph 2. You state that "it was unclear whether the difference in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance or a combination of these." The FDA re-labeled rofecoxib as a consequence of this trial. I think it would be more reasonable to state that the "magnitude of CV risk was uncertain."

Page 15. Paragraph 3 and Page 16. You greatly overstate the case for prior evidence that rofecoxib was safe based upon pooled data and observational studies. Many authorities were very concerned and the FDA added warning language to the label in 2002. Eight of nine observational studies suggested increased risk.

Page 17. You overemphasize the delayed emergence of thrombotic events. The hypertension, edema, CHF event curves separate early.

Page 17. Remove the unwarranted speculation that "It is conceivable that the risk for cardiovascular events associated with rofecoxib may be more pronounced in the adenoma patients recruited for this study,"

Page 18. You should not describe a 4 mm BP difference as "small". In the HOPE trial a 3 mm difference yielded major reduction in CV events. Throughout the hypertension literature, differences of a few mm appear critically important.

Page 18. The final two sentences are too self-serving. The suggestion that conventional NSAIDs "may

2005 NEJM 000284