MK-0966 CV Outcomes Data Analysis Plan

# Statistical Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

### (Study 203)

**Prepared by**

**Jennifer Ng ~ Clinical Biostatistics**

**Jim Bolognese ~ Clinical Biostatistics**

## CONFIDENTIAL, PROPRIETARY PROPERTY OF MERCK & CO., INC.

RA404 DOC  VERSION 10.1 APPROVED                                          09-Jan-2004
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective
Order

MRK-AFL0015451

MK-0966 CV Outcomes Data Analysis Plan

# Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

### (Study 203)

## TABLE OF CONTENTS

PAGE

I.    INTRODUCTION ........................................................................................1
   A. Objective of the Data Analysis Plan ..............................................1
   B. Description of the Studies and Objectives/Hypotheses ..................1
      1. Study Summaries ......................................................................1
      2. Objective of the Combined Analysis........................................3
      3. Hypotheses for the Combined Analysis....................................3
II.   STUDY PARTICIPANTS CHARACTERISTICS .......................................4
III.  SAFETY ANALYSES ...............................................................................4
   A. Endpoints for Analysis....................................................................4
   B. Populations for Analysis .................................................................5
      1. Per-Protocol ..............................................................................6
      2. Modified Intention-to-Treat (mITT) ........................................6
   C. Approaches to Safety Analysis .......................................................6
      1. Approach to the Analysis of Non-Inferiority of Rofecoxib
         to Placebo (Primary Hypothesis)..............................................6
      2. Approach to the Analysis of Superiority of Rofecoxib to
         Placebo (Secondary Hypothesis) ..............................................7
   D. Definition of Compliance Measure..................................................7
IV.   STATISTICAL TECHNICAL ISSUES ......................................................8
   A. Planned Statistical Power and Sample Size.....................................8
   B. Planned Analyses and Early Decisions............................................9
      1. Early Decision for Inferiority ................................................10
      2. Early Decision for Noninferiority...........................................11
      3. Early Decision for Superiority ...............................................12
      4. Roles and Responsibilities of the ESMB.................................14
   C. Blinding/Unblinding ......................................................................14
   D. Statistical Methods.........................................................................16
      1. General Approaches.................................................................16
      2. Check of Model Assumptions.................................................17
      3. Sensitivity and Dropout Analyses ..........................................18
         a. Sensitivity Analyses........................................................18

Confidential - Subject To Protective
Order

MK-0966 CV Outcomes Data Analysis Plan

# TABLE OF CONTENTS

PAGE

      b.  Dropouts.................................................................................19
      4.  Dissemination of Results ...............................................19
  E.  Multiplicity ....................................................................................19
  F.  Subgroup Analysis ........................................................................20
V.    GROUND RULES FOR ANALYSIS ..............................................21
  A.  Time of Censoring for Patients Without Events.............................22
  B.  Definition of Baseline Value and Treatment Period.......................22
  C.  Description of Data Handling Procedures Prior to Analysis ...................22
VI.  PRESENTATION AND FORMAT OF RESULTS .....................................23
  A.  Data Format ..................................................................................23
  B.  Sample CSR Tables and Graphs ...................................................23
VII.  DATASETS/PROGRAMS/VARIABLES ..............................................23
  A.  Naming and Storage Conventions of Datasets, Programs, and
      Variables ..................................................................................23
  B.  Documentation/Validation of Programs .........................................24
VIII. REFERENCES ......................................................................................25
IX.   APPENDICES ...................................................................................27

RA404.DOC  VERSION 10.1 APPROVED
Restricted ✪ Confidential – Limited Access
09-Jan-2004

Confidential - Subject To Protective
Order

MK-0966 CV Outcomes Data Analysis Plan                                                i

## EXECUTIVE SUMMARY

### Background

This Data Analysis Plan addresses issues and provides details pertaining to the statistical methods that will be used to address the objectives stated in VIOXX™[1] Protocol 203 for the combined analysis of thrombotic cardiovascular events in 3 placebo-controlled trials of VIOXX™: "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment With MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas" (Protocol 122; APPROVe); "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer" (Protocol 201; ViP); and "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime" (Protocol 145; VICTOR). APPROVe and ViP are being conducted by Merck and Co., Inc.; VICTOR is being conducted by Oxford University and sponsored by Merck.

Previous studies with rofecoxib showed a difference in the incidence of thrombotic cardiovascular events versus naproxen but no difference from other NSAIDs or from placebo. The combined analysis of thrombotic cardiovascular serious adverse experiences (SAEs) described in this DAP has been proposed to provide increased precision on estimates of the comparability between rofecoxib and placebo on the incidence of thrombotic cardiovascular SAEs. A placebo-controlled study can assess the effects of selective COX-2 inhibition, in contrast to an active-controlled study which assesses relative risk to a comparator agent. Data from 3 large placebo-controlled studies are being combined because of the rarity of these events. Rofecoxib is indicated for patients with osteoarthritis and rheumatoid arthritis. However, the chronic nature of these diseases and the need for chronic therapy limits the duration of placebo-controlled studies in these populations. Rofecoxib is also being studied for the suppression of neoplastic cell growth in various indications. Accordingly, this combined analysis is based on data from 3 large placebo-controlled studies of rofecoxib in patients at risk of recurrent sporadic adenomatous colon polyps, recurrent colon cancer, or prostate cancer. All 3 studies allow the use of low-dose aspirin (75 to 100 mg/day) for chronic vascular protection in patients with a past medical history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass grafting, or percutaneous coronary interventions. It is anticipated that 10 to 20% of patients in the 3 studies combined will be taking low-dose aspirin cardiovascular prophylaxis, allowing for an assessment in patients with a spectrum of cardiovascular risk. Furthermore, patients in these studies will be comparable in age to patients with osteoarthritis or rheumatoid arthritis, allowing generalization of the results of this analysis to other populations, including those with osteoarthritis or rheumatoid arthritis.

---

[1] VIOXX is a trademark of Merck Co., Inc., Whitehouse Station, New Jersey, U.S.A.

RA404.DOC VERSION 10.1 APPROVED                                          09-Jan-2004

Restricted ✪ Confidential – Limited Access

The objective of the study (Protocol 203) is to compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomous colon polyps, recurrent colon cancer, or prostate cancer. The primary hypothesis of the study is that rofecoxib 25 mg will be non-inferior to placebo in the risk of developing a confirmed thrombotic SAE (i.e., upper limit of a 95% confidence interval [CI] for the hazard ratio [HR, rofecoxib/placebo], will be less than 1.30). In addition, because some data suggest that COX-2 inhibition might reduce the risk of a thrombotic event by an anti-inflammatory effect on atheroma formation and rupture, the possibility that rofecoxib might reduce the risk of such events will also be examined. The secondary hypothesis of the study is that patients treated with rofecoxib 25 mg once daily will have decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper limit of a 95% CI on the HR <1.0 and lower limit <0.77). This hypothesis will be evaluated in a stepwise fashion if non-inferiority is first established. Investigator-reported cardiovascular events are categorized according to the Standard Operating Procedure (SOP) for surveillance, monitoring, and adjudication of acute thromboembolic vascular events in clinical trials of COX-2 inhibitors [1].

### Statistical Analyses and Power

Non-inferiority will be established if the upper limit of a 95% CI for hazard ratio is less than 1.30. Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic cardiovascular SAEs need to be observed to provide 90% power to yield an upper limit of a 95% CI for HR <1.30. With 611 observed events and approximately 38,000 patient-years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of a 95% CI <1.30.

The primary analysis population to address the primary hypothesis of non-inferiority will be per-protocol. In the per-protocol approach, patients with clinically important deviations will be excluded from the analysis. The primary analysis population to address the secondary hypothesis of superiority will be modified intention-to-treat, i.e., all patients randomized who took at least one dose of study drug. Events that occur after randomization and within 14 days of the last dose of study medication will be included in both populations. Sensitivity analyses will be performed by including reports of confirmed thrombotic cardiovascular SAEs up to 28 days after the last dose of study medication.

Based on these design specifications, the combined analysis for formal primary assessment of the primary hypothesis will be performed after observing the first 611 confirmed events from the 3 studies that satisfy the per-protocol definition. Current timelines predict that the complete results from one of the studies (APPROVe) will be available before the accrual of 611 confirmed events and that 2 of the studies (VICTOR, ViP) will still be ongoing when the 611 events have been accrued. However, the primary assessment will be based on the first analysis, as soon as feasible after the first

Confidential - Subject To Protective Order                                         MRK-AFL0015455

611 confirmed thrombotic cardiovascular SAEs that satisfy the per-protocol definition are observed. Subsequent analyses to obtain later estimates of HR with 95% CI will be obtained after every approximately 25% increase in events and again after the conclusion of ViP and of VICTOR. APPROVe is estimated to contribute approximately 130 events (less than 22% of the total number of events); thus, its completion prior to the primary analysis will have little influence on the ultimate results.

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to first event during the study period. The analysis will be based on a Cox proportional hazards model to compare survival curves between treatment groups. The model will include the following factors: treatment (rofecoxib/placebo), chronic low-dose aspirin use (yes/no), and protocol (122, 145, or 201). Note that chronic low-dose aspirin is assessed at randomization. Interactions will be explored as sensitivity analyses. The hazard ratio between the 2 treatment groups (rofecoxib/placebo) will be estimated and the corresponding CI, adjusted for interim analyses, will be computed and compared to 1.30 to assess the primary hypothesis. The 95% CIs around the estimated HR along with event rates per 100 person years will be presented. Sensitivity analysis will be performed by including confirmed cardiovascular events that are reported within 28 days of study drug discontinuation.

Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance (p>0.050) of this factor implies proportionality, i.e., constancy of treatment effect over time. Additionally, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log hazard ratio within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR. If these approaches indicate issues that warrant further assessment, additional analyses will be undertaken to investigate the causes of nonproportionality.

Finally, Kaplan-Meier plots of cumulative rates over time and nonparametric methods such as the log-rank test will be utilized to compare the survival curves.

## Interim Analyses

The cardiovascular data from the 3 contributing studies are monitored by an independent External Data and Safety Monitoring Board (ESMB). The same ESMB is also responsible for the monitoring of overall study data from 2 of the studies contributing to this analysis, ViP and APPROVe. Overall study data from the third study, VICTOR (Protocol 145), is monitored by a separate ESMB. It is anticipated that there will be numerous (at least twice yearly) looks at cardiovascular safety. All study personnel (with the exception of the ESMBs for each study and the designated unblinded MRL statisticians for Protocols 122 and 201) will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). As

with any monitored study, the ESMB may consider an early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined analysis, the 3 individual studies may continue in order to assess risk-benefit in each respective indication based on the ESMB assessment. A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information), i.e., 4 interim analyses plus the primary analysis. Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB).

The $\alpha$-spending function proposed by Hwang et al. [2] with $\gamma$=-4 will be used at the interim analyses to preserve the overall Type I error. This gamma family of the $\alpha$-spending rate function provides conservative boundaries at the initial interim analyses. At each analysis, the CIs will be constructed by using the early decision/stopping boundaries obtained at the time when actual analysis is performed. There are no prespecified plans to stop the trial due to non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses. However, if the ESMB should decide to make an early decision due to the importance of study patients' safety, the early decision rules described below will be considered when making a decision regarding the conduct of this trial.

Early Decision for Inferiority: An early decision/conclusion for inferiority would require the lower limit of a CI >1.0 at overall one-sided $\alpha$=0.025 and an observed HR >1.30.

Early Decision for Superiority: An early decision/conclusion for superiority requires the upper limit of a CI <1.0 at overall $\alpha$=0.001, one-sided. This is a stringent criterion and the probability of crossing the stopping boundaries for superiority is negligible. This level of stringency is desirable when the intent of the trial is to provide compelling results of safety and/or efficacy. There are no plans for an early decision to conclude superiority.

Early Decision for Noninferiority: An early decision/conclusion for noninferiority requires upper limit of a CI <1.20 at overall one-sided $\alpha$=0.001. Estimated HRs which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if there is to be an early decision for non-inferiority, the level of rigor should be similar to that proposed for early decision for superiority.

Although there are no plans for an early decision to conclude non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs

RA404.DOC  VERSION 10.1 APPROVED                                    09-Jan-2004
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order                          MRK-AFL0015457

MK-0966 CV Outcomes Data Analysis Plan                                               v

based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, *and* there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

Note that an early decision for noninferiority would not cause any of the 3 component trials to be stopped. Thus the effect of this decision would only be to communicate results early, and in that regard, they must be considered robust. A recommendation for an early decision, modification, or discontinuation of the trial will not be based solely on statistical grounds. Note that early decision creates problems of interpretation of the *subgroup* analyses and rarer events, e.g., myocardial infarctions, because the chances of numerically large HRs are nontrivial because of small numbers of events. It is also important to consider whether sufficient patient-years of experience have been collected in order to assess potential differences in risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment, e.g., look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results. The combined clinical and statistical expertise of ESMB members is required for interpretation of the study data.

Confidential - Subject To Protective
Order

MRK-AFL0015458

## I.   INTRODUCTION

### A.   Objective of the Data Analysis Plan

This Data Analysis Plan (DAP) describes in detail the strategy, rationale, and statistical techniques that will be used to assess cardiovascular safety from the combined analysis of 3 placebo-controlled studies of rofecoxib (MK-0966, VIOXX™):

- Protocol 122 (APPROVe): "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas"

- Protocol 145 (VICTOR):  "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime"

- Protocol 201 (ViP): "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer"

Also included are the standard operating procedures for the interim analysis.

### B.   Description of the Studies and Objectives/Hypotheses

#### 1.   Study Summaries

Protocol 122 (APPROVe) is a multicenter (~100 sites worldwide), randomized, placebo-controlled, double-blind study with in-house blinding, conducted by Merck, to determine the effect of 156 weeks (3 years) of treatment with rofecoxib on the recurrence of neoplastic polyps of the large bowel in patients with a history of colorectal adenomas. Patients are at least 40 years of age who have had removal of at least 1 histologically-confirmed large bowel adenoma within 12 weeks of study entry (all large bowel polyps must have been removed prior to study entry).  Only patients who are not anticipated to need chronic NSAID therapy (including analgesic doses of aspirin) during the trial will be entered into the study.  Up to 20% of patients may require low-dose aspirin therapy when they enter the study.  After a 6-week placebo run-in period, 2612 patients were randomized to either rofecoxib 25 mg or placebo in a 1:1 fashion (stratified by low-dose aspirin use (yes/no)).  In all patients, colonoscopies are performed at Week 52 and Week 156 or at the time of discontinuation.  Patients who have completed Visit 13 (poststudy follow-up visit), have undergone a complete colonoscopy along

Confidential - Subject To Protective
Order

MRK-AFL0015459

with colonoscopic removal of all polyps identified at Visit 12, and who consent to participate in a study extension, are taken off study therapy and undergo a colonoscopy at the end of 1 year to evaluate the potential for accelerated adenomatous polyp recurrence. (During the extension, all investigators and patients remain blinded to the base study treatment assignments.)   The primary endpoint is the incidence of colorectal adenoma, defined as a polyp with confirmed premalignant neoplastic changes by histologic examination at either time point by a study pathologist. F ourteen d ays a fter s tudy d rug d iscontinuation, a ll p atients have a poststudy visit that includes the collection of adverse experience information. Additionally, investigators are asked to report all SAEs that they consider possibly, probably, or definitely related to study drug that occur outside the 14-day window. The study is ongoing. An interim analysis of safety for the ESMB is planned after all patients have completed colonoscopy following 1 year of treatment. The study is scheduled to be completed in 2005.

Protocol 145 (VICTOR) is a multicenter (~250 sites worldwide), randomized, double-blind, placebo-controlled study, conducted by Oxford University and sponsored by Merck, of VIOXX™ in colorectal cancer patients following potentially curative therapy. Patients are at least 18 years of age with histologically proven Duke's B or C colorectal carcinoma that has been completely resected without gross or microscopic evidence of residual disease. Patients are within 12 weeks of completing potentially curative therapy (surgery alone or surgery plus radiotherapy and/or chemotherapy), and patients using low-dose aspirin are permitted to enter the study. Patients are randomized to receive either rofecoxib 25 mg or placebo for either 2 years (1750 patients in each group) or 5 years (1750 patients in each group); low-dose aspirin use is not a stratification factor.   Overall survival (mortality) rate is the primary endpoint. All patients who discontinue are contacted by telephone 14 days after the last dose of blinded study medication for AE ascertainment. It is expected that enrollment will be completed in 2007, and study completion is expected in 2012. Two analyses of the 2-year cohort are planned: at the end of recruitment and a final analysis after all patients have 2 years' follow-up. Two analyses of the 5-year cohort are planned: at the end of the 2-year follow-up for all rofecoxib patients and after all rofecoxib patients have 5 years' follow-up. The study is ongoing.

Protocol 201 (ViP) is a multicenter (~450 sites worldwide) double-blind, randomized, placebo-controlled study, conducted by Merck, to evaluate the effect of rofecoxib in decreasing the risk of prostate cancer. Male patients ≥50 years of age with prostate-specific antigen (PSA) >2.5 ng/mL and ≤10 ng/mL will be enrolled. Men with PSA >4 ng/mL must have both a normal biopsy within 1 year of screening. All patients must have a

Confidential - Subject To Protective Order

MK-0966 CV Outcomes Data Analysis Plan                                          3

digital rectal examination not suspicious of prostate cancer within 4 weeks of screening (Visit 1). Patients taking low-dose aspirin (75 to 100 mg per day) for cardioprotective benefit are allowed to participate in the study. After a 3-week placebo run-in period, patients are randomized to either rofecoxib 25 mg or placebo for a 6-year treatment period (15,000 patients total, randomized in a 1:1 ratio stratified on low-dose aspirin use [yes/no] and baseline PSA [≤4, >4 ng/mL]). Prostate biopsies are performed at 3 and 6 years of treatment if either (1) the patient has baseline PSA >4 ng/mL or (2) the patient has baseline PSA ≤4 ng/mL and his PSA level rises above 4 ng/mL during the active treatment period. Biopsies may also be obtained at any time if clinically indicated, and all patients receive a biopsy at study discontinuation or end of study. Patients who withdraw or are discontinued from blinded study drug continue to have regularly scheduled telephone contacts every 6 months after discontinuing study drug for a total duration of up to 72 months to assess for potential study endpoints (i.e., prostate cancer or cardiovascular event). All patients receive a poststudy telephone call 14 days following completion of the study or within 14 days following the discontinuation visit to collect SAEs and prostate cancer information. The primary endpoint is cumulative percentage of patients with prostate cancer. Enrollment is anticipated to take 18 months starting in May-2003, and study completion is expected in 2012.

Overall, approximately 24,000 patients will be enrolled in these 3 studies, with approximately equal numbers of patients randomized to rofecoxib or placebo. Ten to 20% of patients are anticipated to be on low-dose aspirin, allowing for assessment in patients with a spectrum of cardiovascular risk. SAEs from all 3 studies will be recorded in the Merck Worldwide Adverse Experience (WAES) database and reviewed according to the Merck standard operating procedure (SOP) for evaluation and adjudication of acute potentially thrombotic vascular SAEs [1].

2.  **Objective of the Combined Analysis**

To compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomous colon polyps, recurrent colon cancer, or prostate cancer based on a combined analysis of data from 3 studies: APPROVe (Protocol 122), VICTOR (Protocol 145), and ViP (Protocol 201).

3.  **Hypotheses for the Combined Analysis**

a.  *Primary*: *Rofecoxib 25 mg once daily will be noninferior to placebo in* the risk of developing a confirmed thrombotic cardiovascular SAE (i.e., the upper limit of the 95% CI will be less than 1.30).

RA404.DOC  VERSION 10.1 APPROVED                                          09-Jan-2004
Restricted ❖ Confidential – Limited Access

Confidential - Subject To Protective Order                                    MRK-AFL0015461

b.  Secondary:  Patients treated with rofecoxib 25 mg once daily will have a decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper 95% confidence limit on HR <1.0 and lower limit <0.77).

## II.    STUDY PARTICIPANTS CHARACTERISTICS

Demographic and baseline characteristics of the patients will be summarized by protocol (122, 145, 201, and combined [203]).  No formal statistical testing will be performed.

*   Summary statistics (sample size and proportion) will be provided, by protocol and treatment group, for the following variables: gender (male/female), chronic low-dose aspirin user at randomization (yes/no), study region (US/Canada, Europe, Latin America, Asia, Other), age (<65, ≥65), race (white/black/asian/ other), history of cardiovascular disease (MI, stroke, TIA, CABG, PTCA or angina; yes/no), *family history of cardiovascular disease (yes/no/unknown), tobacco use (current user, ex-user, never smoked), history of diabetes (yes/no), history of dyslipidemia (yes/no/unknown), history of hypertension (yes/no),* prior NSAID use (yes/no), and prior statin use (yes/no/unknown). The proportion of patients with the cardiac risk factors (≥2, <2) in italics above will also be tabulated.   Age will also be summarized as a continuous variable (sample size, mean, median, standard deviation, range).

Total and mean time on therapy (patient years) will also be provided by protocol and treatment group.

## III.    SAFETY ANALYSES

### A. Endpoints for Analysis

The primary endpoint will be confirmed thrombotic cardiovascular adverse experiences as defined by the CV adjudication SOP [1].  Events that are in the SOP definition for confirmed events include:  acute MI (fatal or nonfatal), unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus, pulmonary embolism (fatal or nonfatal), peripheral arterial or venous thrombosis (fatal or nonfatal), ischemic cerebrovascular stroke (fatal or nonfatal), cerebrovascular venous thrombosis (fatal or nonfatal), and transient ischemic attack.

Secondary endpoints are:

*   Investigator-reported Cardiovascular Events, i.e., all those submitted for adjudication.

Confidential - Subject To Protective Order                                          MRK-AFL0015462

MK-0966 CV Outcomes Data Analysis Plan                                                    5

- Confirmed APTC (Anti-Platelet Trialists' Collaboration) combined endpoint, defined as the occurrence of any cerebrovascular accident, myocardial infarction, or cardiovascular death (including hemorrhagic, sudden, and/or unexplained death).

Within confirmed thrombotic cardiovascular adverse experiences, other endpoints will be summarized (i.e., counts, crude incidence, and event rates per 100 person years) for informational purposes.

Other endpoints include:

- Confirmed Myocardial Infarctions.

- All Confirmed Cardiac Events (Acute MI (fatal or nonfatal), Unstable Angina Pectoris, Sudden and/or Unexplained Death, Resuscitated Cardiac Arrest, or Cardiac Thrombus).

- All Confirmed Cerebrovascular Events: Ischemic Cerebrovascular Stroke (fatal or non-fatal), Cerebrovascular Venous Thrombosis (fatal or nonfatal), Transient Ischemic Attack.

- All Confirmed Peripheral Vascular Events: Pulmonary Embolism (fatal or nonfatal), Peripheral Arterial Thrombosis (fatal or nonfatal), and Peripheral Venous Thrombosis.

- Confirmed Thrombotic Cardiovascular Deaths (including confirmed sudden or unexplained death).

- Confirmed Stroke (Ischemic and Hemorrhagic).

As noted in the adjudication SOP, sudden and/or unexplained death is defined as witnessed instantaneous or near-instantaneous death that occurs without warning or within-in 1 hour of nondiagnostic symptoms, or as an unwitnessed, unexpected death in which criteria for a fatal coronary or cerebrovascular event are not met.

Note that overall mortality will not be assessed since it is confounded with the primary endpoint in VICTOR.

Additional analyses may be performed as needed. Note that event rates per 100 person years will need to be interpreted cautiously if the rates are not relatively constant over time.

## B. Populations for Analysis

Two analysis sets are defined, per-protocol and modified intention-to-treat. These sets differ in the manner in which protocol deviations and dropouts are handled.

Confidential - Subject To Protective
Order

### 1. Per-Protocol

The per-protocol population excludes patients with clinically important deviations from protocol-specified criteria. It is not a repetition of the inclusion and exclusion criteria from the studies, but a clinical assessment of important deviations that may either affect or confound the CV safety results. Only randomized patients who take at least one dose of study drug are included.

Patients meeting either one of the following criteria will be excluded from the PP analysis:

- Patients with less than 75% compliance during the study period. As defined in Section III.C., study period is defined as the number of days between randomization and the last day of study drug discontinuation. Compliance will be assessed by the percentage of tablets taken compared to the number that should have been taken during the study period. Tablet counts are not collected in VICTOR. Therefore for that study only, no patients will be excluded from the per-protocol analysis based on this criteria.

- Patients taking non-protocol NSAIDs, aspirin (at anti-inflammatory doses), or products containing these more than 10% of the time on study.

### 2. Modified Intention-to-Treat (mITT)

The mITT analysis set includes all randomized patients according to their randomized treatment assignment. Only randomized patients who take at least one dose of study drug are included.

Evaluation will include events that occurred after randomization and within 14 days of study drug discontinuation for both the PP and mITT analyses. As a sensitivity analysis, reports of confirmed events that occur after randomization and within 28 days of study drug discontinuation will also be examined.

## C. Approaches to Safety Analysis

### 1. Approach to the Analysis of Non-Inferiority of Rofecoxib to Placebo (Primary Hypothesis)

The primary hypothesis concerns noninferiority, and factors such as noncompliance with study medication and observed events after discontinuation of study medication could dampen any difference between treatments. The ICH guidelines [3] and others [4; 5; 6] mention that the

Confidential - Subject To Protective Order                                                    MRK-AFL0015464

full analysis set tends to reduce differences between treatment groups and is generally not considered conservative when the objective of the study is to show no difference between treatments. Therefore, the per-protocol set is chosen as the primary approach for evaluating the hypothesis of noninferiority since the full analysis set is likely biased towards equivalence. Although the per-protocol set is primary, it is important to note that there are limitations using a per-protocol analysis in the face of a very high dropout rate. Thus, both the per-protocol and mITT analyses will be considered when interpreting the results. If differing conclusions arise, then further analyses will be conducted to try to understand the reason for the difference and which analyses are most appropriate.

The mITT approach will be a secondary approach for the assessment of non-inferiority of rofecoxib compared to placebo for confirmed thrombotic cardiovascular SAEs.

Note that the interim analyses of the primary endpoint that are provided to the ESMB will be based on the mITT approach for logistical reasons. However, should the ESMB consider making an early decision for any reason, then the PP analysis will be provided prior to any recommendation.

2. **Approach to the Analysis of Superiority of Rofecoxib to Placebo (Secondary Hypothesis)**

The secondary hypothesis concerns superiority. Thus, consistent with ICH guidelines, the mITT approach described above will be the primary approach for the assessment of superiority of rofecoxib to placebo in confirmed thrombotic cardiovascular SAEs, and the per-protocol approach described above will be secondary.

D. **Definition of Compliance Measure**

For Merck Protocols 122 and 201, prime therapy records are obtained throughout the study. Therefore, compliance can be computed for each patient as:

100 x (number of tablets taken)/(number of tablets that should have been taken during the study period).

In VICTOR (Protocol 145), which was designed by Oxford University, no information on prime therapy is collected. Therefore, for the per-protocol analysis, it will be assumed that all patients were sufficiently compliant with therapy to be included in the analysis.

Confidential - Subject To Protective Order                                          MRK-AFL0015465

MK-0966 CV Outcomes Data Analysis Plan                                          8

The study period is defined as the number of days between the randomization visit and the last day of study drug discontinuation. Compliance will be summarized in categories, e.g., <75%, 75 to 84%, 85 to 94%, ≥95%. For each compliance category, summary statistics (number, percent) will be provided by treatment group.

## IV.   STATISTICAL TECHNICAL ISSUES

### A.   Planned Statistical Power and Sample Size

The null statistical hypothesis is that the HR (rofecoxib versus placebo) of confirmed thrombotic events is greater than 1.30. The alternative hypothesis is that the HR is less than 1.30. The alternative hypothesis will be considered proven if the upper 95% confidence limit for the HR (rofecoxib/placebo) of confirmed thrombotic events is less than 1.30.

Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic events need to be observed to provide 90% power to yield the upper limit of the 95% CI for HR <1.30. To address the hypothesis, the data from rofecoxib Protocols 122 (APPROVe), 145 (VICTOR), and 201 (ViP) will be combined. The combined analysis for formal primary assessment of the primary hypothesis will be performed when the total number of confirmed thrombotic cardiovascular events that satisfy the per-protocol definition reaches 611 in the 3 trials combined. It is anticipated that the 611 confirmed thrombotic events will be reached in early 2006, which is after study completion of APPROVe and prior to study completion of VICTOR and ViP. The required event number was calculated using the Lachin-Foulkes method [7]. With 611 observed events and approximately 38,000 patient years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of the 95% CI <1.30.

Table 1 gives power for various departures from a true underlying HR of 1.0 if 611 events are available for analysis.

Table 1

Power for Various True Underlying HRs (Rofecoxib/Placebo)

| True HR | 1.00 | 1.01 | 1.02 | 1.03 | 1.04 | 1.05 | 1.10 |
|---------|------|------|------|------|------|------|------|
| Power for 611 events[†] | 90% | 88% | 86% | 84% | 82% | 79% | 62% |
| [†] To yield the upper limit of the 95% CI <1.30. | | | | | | | |

RA404.DOC VERSION 10.1 APPROVED                                          09-Jan-2004
Restricted ✚ Confidential – Limited Access

Confidential - Subject To Protective Order                                          MRK-AFL0015466

These calculations assumed exponential distributions of time to event, uniform time to discontinuation, noninformative discontinuations, and uniform patient entry. An overall event rate of 1.6%/year for confirmed thrombotic events and equal event rates in the rofecoxib and placebo groups were assumed.

Because of the desire to have definitive results both for the primary and secondary hypotheses, a closed testing procedure will be employed as follows: *if* the primary hypothesis of noninferiority is satisfied ($p \leq 0.025$, one-sided), *then* the secondary hypothesis of superiority will be tested. No $\alpha$-adjustment is required for the secondary hypothesis test since a closed testing procedure is employed.

In order to demonstrate the precision of the study design to address the primary hypothesis, Table 2 displays the observed HRs based on the primary analysis of 611 confirmed events. Note that the maximum observed HR which will yield a 95% CI <1.30 is approximately 1.12. The associated difference in rates is less than 0.2% per year (1.7%/yr versus 1.5%/yr).

Table 2

Example Outcome CIs for the Combined Analysis of 611 Confirmed Events

| Observed HR | 95% CI | Rofecoxib Rate (%/yr) | Placebo Rate (%/yr) | Number of Rofecoxib Events | Number of Placebo Events |
|---|---|---|---|---|---|
| 0.9967 | (0.8630, 1.1511) | 1.6053 | 1.6105 | 305 | 306 |
| 1.0099 | (0.8744, 1.1663) | 1.6158 | 1.6000 | 307 | 304 |
| 1.0367 | (0.8976, 1.1973) | 1.6368 | 1.5789 | 311 | 300 |
| 1.0997 | (0.9520, 1.2702) | 1.6842 | 1.5316 | 320 | 291 |
| 1.1215 | (0.9709, 1.2955) | 1.7000 | 1.5158 | 323 | 288 |
| 1.1289 | (0.9773, 1.3041) | 1.7053 | 1.5105 | 324 | 287 |
| 1.1514 | (0.9966, 1.3302) | 1.7211 | 1.4947 | 327 | 284 |

## B. **Planned Analyses and Early Decisions**

It is anticipated that the ESMB for Protocol 203 will conduct numerous (approximately twice yearly) interim analyses to monitor safety, which afford potential for consideration of early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined study analysis, the 3 individual studies may continue in order to assess risk-benefit in each indication based on the ESMB assessment. The considerations

Restricted ✛ Confidential – Limited Access

Confidential - Subject To Protective Order                                    MRK-AFL0015467

outlined in this section are therefore *intended to define decision threshold* guidelines for the analysis.

A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information). Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB). After the primary analysis, further "update" analyses will be performed after each additional ~25% of events and again after the conclusion of ViP and of VICTOR, but these analyses will be for the purpose of more precise estimation rather than hypothesis testing and therefore will not be included in the α-adjustment for the interim analyses.

The planned interim analyses are described in more detail in the *External Safety Monitoring Board Guidelines for Interim Monitoring* in Appendix 1. The CIs associated with all of the early decision rules at interim analysis described below are derived from α-spending rules using the α-spending function proposed by Hwang et al. [2], with γ=-4. Since this spending function depends only on past and current information times, not future information times, *it will be adjusted based on the actual analysis times* determined by the ESMB.

The early decision rules are to be applied only to the primary endpoint, confirmed thrombotic cardiovascular SAEs. A schematic diagram of these *early decision guidelines is presented in Figure 1.*

For completeness, a primary analysis of 611 confirmed events using the early decision guidelines is provided in the following sections. However, the actual primary analysis of 611 confirmed events will be based on the criteria specified in the primary and secondary hypotheses, namely overall α-level of 0.025, one-sided.

1. **Early Decision for Inferiority**

An early decision/conclusion for inferiority would require the lower limit of a CI for HR >1.0 (overall α=0.025) and observed HR >1.30. The rationale for proposing overall α=0.025 (one-sided) as a minimum criteria *for an inferiority early decision is that it is equivalent to the conventional* 2-sided α=0.050, used for typical safety analyses in clinical trials. Table 3 illustrates the α-spending function of Hwang et al. with γ=-4 and overall α=0.025 based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015468

MK-0966 CV Outcomes Data Analysis Plan                                                            11

Table 3

Hwang et al., α-Spending Function α(-4,t) for Overall 1-Sided α=0.025

| Time of Analysis | Fraction of Event Time | Cumulative one-sided α | One-sided α at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|
| May-2004 | 0.249 | 0.0007856 | 0.0007774 | 3.164 | 99.844 | 105 | 47 |
| Nov-2004 | 0.386 | 0.0017185 | 0.0011781 | 3.041 | 99.764 | 145 | 91 |
| May-2005 | 0.635 | 0.0054327 | 0.0043443 | 2.624 | 99.131 | 221 | 167 |
| Nov-2005 | 0.807 | 0.0112741 | 0.0088790 | 2.371 | 98.224 | 279 | 214 |
| May-2006 | 1.000 | 0.0249668 | 0.0212646 | 2.028 | 95.747 | 346 | 265 |

## 2. Early Decision for Noninferiority

An early decision to conclude noninferiority requires the upper limit of a CI <1.20 at overall one-sided α=0.001. Estimated hazard ratios which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if the study is to stop early for noninferiority, the level of rigor should be similar to that proposed for early stopping for superiority.

Table 4 displays borderline scenarios for noninferiority using the same α-spending function at an overall one-sided α-level of 0.001 and requiring the CI to be <1.20, to be more conservative than 1.30. The probability of such splits does not become non-negligible (>0.01) until at least the third look.

Table 4

Examples of Interim Results Meeting Minimum Early Decision Criteria for
Non-Inferiority Hwang et al., α(-4,t) Spending Function
(Overall α=0.001, One-sided)

| Case | Estimated HR | Lower CL | Upper CL | Confidence Level | Lower 95% CL | Upper 95% CL | Number Events on Rofecoxib | Number Events on PBO | Total Patient Years |
|---|---|---|---|---|---|---|---|---|---|
| May-2004 | 0.434 | 0.159 | 1.188 | 99.9939 | 0.265 | 0.710 | 46 | 106 | 8963 |
| Nov-2004 | 0.674 | 0.379 | 1.199 | 99.9915 | 0.505 | 0.898 | 95 | 141 | 13714 |
| May-2005 | 0.813 | 0.555 | 1.191 | 99.9676 | 0.660 | 1.001 | 174 | 214 | 22632 |
| Nov-2005 | 0.867 | 0.629 | 1.196 | 99.9374 | 0.722 | 1.043 | 229 | 264 | 29126 |
| May-2006 | 0.909 | 0.694 | 1.192 | 99.8500 | 0.770 | 1.075 | 291 | 320 | 38428 |

RA404.DOC  VERSION 10.1 APPROVED                                                           09-Jan-2004
Restricted ✪ Confidential -- Limited Access

Confidential - Subject To Protective
Order                                                                                     MRK-AFL0015469

Although there are no plans for an early decision of noninferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, *and* there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

3.  **Early Decision for Superiority**

An early decision for superiority requires the upper limit of a CI <1.0 (overall $\alpha$=0.001, one-sided). The rationale for an $\alpha$=0.001 is that for stopping for superiority should be held to a standard similar to that of replicate trials (0.050 x 0.050 = 0.0025, two-sided >0.001 one-sided). The observed HRs that satisfy this rule are all <0.77, which is the inverse of 1.30, the non-inferiority bound. Table 5 illustrates the $\alpha$-spending function of Hwang et al. with $\gamma$=-4 and overall $\alpha$=0.001 based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

Table 5

Hwang et al., $\alpha$-spending function $\alpha$(-4,t) for overall 1-sided $\alpha$=0.001

| One-sided overall $\alpha$ | Time of Analysis | Fraction of Event Time | Cumulative one-sided $\alpha$ | One-sided $\alpha$ at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|---|
| 0.001 | May-2004 | 0.249 | 0.0000315 | 0.0000307 | 4.007 | 99.994 | 39 | 113 |
| | Nov-2004 | 0.386 | 0.0000688 | 0.0000426 | 3.929 | 99.991 | 84 | 152 |
| | May-2005 | 0.635 | 0.0002179 | 0.0001621 | 3.595 | 99.968 | 156 | 232 |
| | Nov-2005 | 0.807 | 0.0004507 | 0.0003132 | 3.420 | 99.937 | 206 | 287 |
| | May-2006 | 1.000 | 0.0009975 | 0.0007498 | 3.175 | 99.850 | 264 | 347 |

Any early decisions made by the ESMB for Protocol 203 regarding the CV safety of rofecoxib will be conveyed to the ESMB for VICTOR. The ESMB for Protocol 203 and the ESMB for VICTOR will need to consider the benefit-risk with respect to each individual study's respective primary chemoprevention endpoint when evaluating potential early stopping of any of the studies.

Confidential - Subject To Protective Order                    MRK-AFL0015470

MK-0966 CV Outcomes Data Analysis Plan                                    13

Figure 1

Schematic Presentation of Early Decision Rules for the Primary Endpoint



---

† It is recommended that there be at least 6000 rofecoxib patients with at least 1.5 years of exposure prior to any early decision.

Confidential - Subject To Protective
Order                                                MRK-AFL0015471

4.  **Roles and Responsibilities of the ESMB**

The roles and responsibilities of the ESMB are more fully outlined in
Appendix 1, *External Safety Monitoring Board Guidelines for Interim
Monitoring*.   As stated in these guidelines, a recommendation to
modify/stop studies or make early decisions for CV analyses will not be
based solely on statistical grounds.   Note that early decision creates
problems of interpretation of the subgroup analyses and rarer events, e.g.,
myocardial infarction, because the chances of numerically large hazard
ratios are non-trivial because of small numbers of events.   It is also
important to consider whether sufficient patient-years of experience have
been collected in order to assess potential differences in risk over time.
For regulatory purposes, it is recommended that at least 6000 rofecoxib
patients have at least 1.5 years of patient exposure prior to any early
decision.   *If the ESMB recommends an early decision, then they will
employ appropriate clinical judgment*, e.g., look for consistency in related
endpoints, time course, etc., to ensure internal consistency and biologic
validity of the results.  *The combined clinical and statistical expertise of
ESMB members is required for interpretation of the study data.*

*Appendix 2 contains a list of the members of the Steering Committee,
ESMB and other committees.*

C.  **Blinding/Unblinding**

Each of the studies is monitored by an independent ESMB.   The ESMB
members for APPROVe also serve on the ESMB for ViP.  Hui Quan is the
unblinded Merck statistician for APPROVe; Jennifer Ng is the unblinded
Merck statistician for ViP and this combined CV outcomes analysis.
VICTOR has a separate ESMB; *no Merck statisticians interact with this
ESMB.*

The designated unblinded Merck *statisticians will serve* as non-voting
members of their respective ESMBs, and for purposes of providing blinded
results as requested, as consultants to their Advisory Committees.  For each
study, the unblinded statistician participates in making decisions about the
conduct of the study and changes to the DAP prior to the first unblinding.  In
addition, there are blinded statisticians for each study who serve on the
respective studies' Steering Committees.  These individuals also participate in
making decisions regarding conduct of the study and changes to the DAP after
the first study unblinding.  All such changes require MRL management and
Steering Committee approval and will be fully documented.

The ESMBs will review and provide input to protocol amendments prior to
implementation.   The chairmen of the ESMBs will determine if the

Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective
Order                                                                                               MRK-AFL0015472

MK-0966 CV Outcomes Data Analysis Plan                                    15

amendment requires full ESMB review. Any protocol changes in which an unblinded ESMB could be biased by knowledge of study data will not be reviewed by the ESMB. Decisions will be made by the Steering Committee on a case-by-case basis.

To control for confounding by extraneous factors, patients are randomized into each treatment group using computer-generated random allocation schedules. In APPROVe, patients are stratified by chronic low-dose aspirin use (yes/no). In ViP, patients are stratified by baseline PSA level (≤4 ng/mL, >4 ng/mL) and chronic low-dose aspirin use (yes/no). In VICTOR, patients are stratified on trial group (2 or 5 years treatment), age of patient, site of disease (colon or rectum), disease stage (B or C), chemotherapy (yes/no), and chemotherapy type.

Treatment assignments will be merged into the analysis programs by the unblinded statistician; the database for each study will not be unblinded until its respective study completion. The results from the combined analysis will be shared with the ESMB for each of the 3 protocols. While information such as demographics, selected secondary diagnoses and prior therapies, concomitant aspirin therapy data, patient status, prime therapy records, and outcomes of CV adjudication for all potential thrombotic events will be revealed to the unblinded statistician for Protocol 203, the primary endpoint data from APPROVe (colon polyps) will be kept blinded to the statistician for this combined safety analysis (prior to the official unblinding of APPROVe).

Each of the protocols will follow the in-house blinding procedures. Study personnel, with the exception of the ESMBs and the designated unblinded MRL statisticians described above, will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). Further details on blinding and the preparation of unblinded interim analyses can be found in Appendix I. When 611 confirmed events in patients who meet the PP criteria have been identified, the data from the 3 studies will be blinded to Merck Research personnel until in-house review of the data is complete, and all corrections relevant to the analysis have been made to the database. Any additional identification of criteria to be used to exclude patients or data points from the per-protocol analysis not included in this DAP will be made by blinded staff. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of unblinding and at each subsequent analysis, the data used for analyses may be frozen in order to insure that analyses in response to regulatory queries can be performed on the same datasets as that which was used for any regulatory submission. Unblinding of any individuals except those described here is strongly discouraged; should unblinding of additional person(s) occur, it will

Confidential - Subject To Protective Order                                    MRK-AFL0015473

be documented and handled according to Merck guidelines.  In particular, unblinded personnel will not be permitted to provide input on patients' care or to make decisions about data cleanup and exclusion criteria, or make changes to analysis strategies.

## D. Statistical Methods

### 1. General Approaches

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to event during the study period.  These analyses will be based primarily on a Cox proportional hazards (PH) model [8] to compare survival curves between treatment groups.  This model is semi-parametric and in particular assumes no parametric form for the baseline hazard; hazard functions of interest are obtained multiplicatively by covariates (including treatment group indicator). It also assumes that the predictors have the same effect on the hazard function at all time points under consideration. When the inference is mainly centered on the proportional factors (say, among treatment groups) of the hazard function, and not the baseline hazard, this model provides a more powerful approach than a full parametric model.    The assumptions of proportional hazard will be verified prior to use of this model (see Section D.2.).  Relative risk (i.e., the hazard rate ratio) and associated CI, will be used as the primary measure for estimating the comparative effects between treatment groups.

For the primary and secondary endpoints of confirmed thrombotic cardiovascular serious adverse events, investigator-reported cardiovascular events and confirmed myocardial infarctions, between-treatment ratios of relative risk with 95% CIs will be calculated from a Cox PH model with factors for treatment, chronic low-dose aspirin use (yes/no), and protocol. Note that chronic low-dose aspirin is assessed at randomization.  Study center will not be included in the model because the number of events is expected to be very small compared to the number of patients and the number of study centers.  Note that due to the lower incidence rate for individual endpoints that contribute to the primary endpoint, the 95% CIs for HR may not fall below 1.30, the noninferiority bound for the primary hypothesis.  That is, consistency of the numeric HR estimates is expected; however, the associated 95% CIs falling below 1.30 are not.

Treatment effects for the primary, secondary, and other endpoints will be estimated within each protocol.  The crude incidence and event rate per 100 person-years will be provided.  Note that event rates per 100 person-years are not meaningful if the rate over time is not relatively constant.

Confidential - Subject To Protective
Order

MRK-AFL0015474

Kaplan-Meier plots of cumulative rates over time will be compared and non-parametric methods such as the log-rank test will be utilized to compare the survival curves. If appropriate, i.e., if consistent results are seen across studies and not dependent on time, then the combined (across studies) survival plots will be produced. It should be noted that the Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of the study. Given the large size of this trial, sufficient numbers of patients are expected to be at risk at the end of the trial. However, in the case that there are less than 1000 patients left at risk in either the rofecoxib or placebo group, then the graphical displays and cumulative incidence estimates will be truncated at the time point at which there are still at least 1000 patients left at risk in each of the treatment groups. This pooling and truncation will not affect statistical analysis or the Cox models.

Nonparametric methods such as the log-rank test [9] will be also utilized to compare the survival curves.

Event rates will be summarized by number per 100 person-years (equivalent to percent per year) and associated 95% CIs. Time-to-first-occurrence will be used. Between-treatment differences in event rates will also be tabulated. Note that rates per 100 person years are not meaningful if the rate is not relatively constant over time.

Homogeneity of results across studies and between users and non-users of low dose aspirin will be assessed via tests of interaction in the Cox PH model. If there are significant ($p \leq 0.050$) interactions with treatment, then the nature of the interactions (qualitative versus quantitative) will be examined. Only in the event of a significant qualitative interaction (i.e., treatment effects in opposite directions) will the data be deemed not combinable. In the event of a nonsignificant qualitative interaction or a quantitative interaction of any type (significant or nonsignificant), the main treatment effect is reasonably interpreted as the effect averaged over protocol. It is anticipated that approximately 70% of the 611 events will be derived from ViP. Therefore the power to detect significant treatment-by-protocol interaction is limited.

2. **Check of Model Assumptions**

Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance ($p > 0.050$) of this factor is not inconsistent with proportionality, i.e., constancy of treatment effect over time. The semi-parametric nature of the proportional hazards model does not require other distributional assumptions.

Confidential - Subject To Protective Order                                    MRK-AFL0015475

Further, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log HR within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR.

Additional diagnostic steps based on residuals and HR will be performed to examine model fitting if the previously described analyses indicate issues that warrant further assessment. For instance, assessment of the log HR over time may also be made using Schoenfeld's partial residuals [10] with respect to each covariate in the fitted model. Visual and test diagnostics of scaled Schoenfeld residuals [11; 12; 13] may be used here to study the PH assumption for the model covariates. Schoenfeld residuals are defined at event times and compute the difference between the observed covariate (treatment group indicator) and its conditional expectation from the fitted Cox PH model. If the PH assumption holds for a covariate in the Cox model, these scaled residuals when plotted over time should be randomly distributed to either side of "zero" line and should not have any discernible trend/pattern over time. Constancy of relative treatment effect over time may also be assessed for each covariate (discrete or continuous) by using the *zph* test [13]. A *zph* test of treatment effect (based on log-transformation) is essentially the same as testing the significance of adding treatment*log(time) as a time-dependent covariate ([13], pp. 144). Thus, a nonsignificant *zph* test may also be used to validate proportionality assumption for associated covariate.

If the nonproportionality is large and real, various approaches may be explored to investigate the causes of nonproportionality: stratification of covariates, partition of the time axis [14; 15; 16], adding a time-dependent covariate, or using a different model. Some of these approaches are discussed with illustrations in the book by Therneau and Grambsch [13] (Sections 6.5 and Chapter 7). The choice of a non-proportional hazard model, such as a piecewise exponential model, that will be a good fit to the data may be assessed from some of the above diagnostic measures.

3. **Sensitivity and Dropout Analyses**

Several types of sensitivity analyses will be performed as described below.

a. **Sensitivity Analyses**

Sensitivity analysis will be performed to assess the impact on the primary endpoint of excluding events that occur more than 14 days after study drug discontinuation from per-protocol/mITT analyses. In particular, all confirmed CV events reported within 28 days of study

Confidential - Subject To Protective Order

MRK-AFL0015476

drug discontinuation will be included in a sensitivity analysis. Both PP and mITT analysis will be performed by including all adjudicated events that occurred after study randomization and within 28 days of discontinuation.

If the results are not consistent with the primary analysis, then further exploratory analyses will be undertaken to understand the inconsistency.

**b. Dropouts**

Since the presence of informative dropouts may cause bias in the analysis, evaluation of the dropout rates will be examined to investigate such biases. In addition to the evaluation of crude rates of discontinuation due to an AE or for any reason, survival analysis techniques will be used to assess the differences between treatment groups with respect to dropouts due to any reason other than a CV event.

The proportional hazard model as described for the primary endpoint will be used for this evaluation, i.e., treatment will be the explanatory variable and low-dose aspirin user and protocol will be the stratification variables. Survival plots for time-to-dropout by treatment will be produced.

Other exploratory sensitivity analyses may be performed if necessary. A positive outcome for a sensitivity analysis is one that yields numerical trends that do not contradict the primary analysis results. That is, 95% CIs of sensitivity analyses do not need to be less than 1.30 to demonstrate positive sensitivity analysis results. Attention should be given primarily to consistency of the magnitude of the summary statistics.

**4. Dissemination of Results**

Every effort will be made to limit the number of individuals who are unblinded prior to the public dissemination of results. Other than the ESMB, anyone who is unblinded will not be involved in any decision affecting the future conduct of the study or in decisions involving specifics of patient data. All individuals who are unblinded prematurely will be identified and sign a confidentiality agreement indicating such.

**E. Multiplicity**

As noted in Section 4.A., a closed testing procedure will be employed to test noninferiority of rofecoxib to placebo and then superiority of rofecoxib to

RA404.DOC VERSION 10.1 APPROVED                                    09-Jan-2004
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order

20

placebo with respect to confirmed, thrombotic cardiovascular SAEs. Therefore, no α-adjustment is required for multiple hypotheses. There is only one primary endpoint, confirmed thrombotic cardiovascular SAEs, and it is evaluated using an α-spending function to control for multiple looks, so no adjustment for multiple endpoints is required. Additional endpoints derived from the primary endpoint are tabulated for information purposes. There is one primary time point, the time at which 611 confirmed events, are accrued across the 3 studies combined. Formal analyses will be conducted after every approximately 25% increase in events and when each study has been completed, to obtain improved estimates of precision.

F. **Subgroup Analysis**

For selected baseline patient characteristics in which subgroups are prespecified, whether or not the effect of rofecoxib compared to placebo is consistent in the subgroups will be explored.

- Age (<65, ≥65).

- Gender (male, female): Note that since it is expected that approximately 70% of patients for the analysis will come from Protocol 201, the majority of patients in the analysis will be men.

- Aspirin indicated, or with 2 or more cardiac risk factors (prior history of hypertension, diabetes, or dyslipidemia, family history of cardiovascular disease, or current/past tobacco user) (yes/no).

- Chronic low-dose aspirin use at randomization (yes, no).

- Ethnic Group (White, Black, Asian, Other).

- Study Population (122, 145, 201).

- Study Region (U.S./Canada, Europe, Latin America, Asia, Other).

For each subgroup variable listed above, a Cox regression model will be performed for the primary endpoint and will include treatment, subgroup, and treatment-by-subgroup interaction, and stratification factors for protocol and chronic low-dose aspirin use (when not the subgroup factor of interest). It is recognized that the power to detect an interaction will be limited. For each specific comparison, it is also understood that carrying out many subgroup analyses may produce false positive results. Significant interactions will be further explored to determine whether they are qualitative or not and also whether they are consistent with other findings and make clinical sense.

Confidential - Subject To Protective Order                         MRK-AFL0015478

MK-0966 CV Outcomes Data Analysis Plan                                           21

It is expected that treatment efficacy should be generally similar in the subgroups indicated above; these analyses are intended to verify that. However, since many subgroups will be examined for multiple endpoints, and multiple statistical tests will be performed, results from subgroup analyses should be reviewed with great caution. It is possible that one or more "negative" (or discrepant) results will occur. In addition, when sample sizes for subgroups are small, treatment effect comparisons will not be estimated precisely: the CIs are usually much wider. It should also be noted that quantitative interactions are to be expected, and the extent of such interactions may be artifacts of the specific analysis model of treatment effects. These quantitative interactions may not be clinically important. If the test of interaction is significant, then consistency of results within logical splits of the data (such as subgroup by protocol) will be examined to assist in determining if the observed interaction is spurious.

In the event of a significant qualitative interaction, i.e., treatment effects are in opposite directions, the treatment effect will be estimated within each level of the subgroup factor and further analyses will be performed to explore the cause of the qualitative interaction. In the event of a nonsignificant qualitative or quantitative interaction of any type (significant or nonsignificant), the main treatment effect is interpreted reasonably as the effect averaged over the different levels of the subgroup factor. The significance level of 0.050 was chosen instead of any larger level for tests of interaction in order to lessen the chance of spurious results due to the large number of tests that will be performed.

Summary statistics (cases, patient years-at-risk, incidence rates, relative risk and 95% confidence interval for relative risk) will be presented within the subgroups for the primary endpoint. The subgroup analyses will be performed on the per-protocol population based on the combined data from the 3 studies. If superiority is demonstrated, then the subgroup analyses will also be performed on the mITT population.

## V.   GROUND RULES FOR ANALYSIS

This section contains the list of ground rules and data handling conventions that will be used to carry out the statistical analyses. An attempt is made to anticipate possible data concerns and to pre-specify data handling conventions. It is recognized that this DAP may not have covered all possible data concerns. Blinded data reviews will be performed, and data queries found through such reviews will be handled according to the principles outlined in this DAP and will be properly documented. Data concerns found after unblinding will be handled in the same way and will be clearly noted in the study reports.

Confidential - Subject To Protective Order                                            MRK-AFL0015479

MK-0966 CV Outcomes Data Analysis Plan                                           22

### A. Time of Censoring for Patients Without Events

As a rule, the primary time frame for analysis of confirmed events will include up to 14 days past study drug discontinuation. Patients lost to follow-up during this time period will be assumed event free. For interim reports to the ESMBs, the data cutoff dates will be established by the Steering Committee for Protocol 203; all patients randomized who take at least one dose of study medication and all serious thrombotic cardiovascular events adjudicated prior to these dates will be included in the analysis. The same rules will apply to additional endpoints.

### B. Definition of Baseline Value and Treatment Period

For the study endpoints that are defined as time-to-first-event, baseline value definition is not relevant. In general, baseline values for other endpoints are the last measurements obtained prior to randomization. In the calculation of event rates, the number of person-years contributed by each patient will be the number of years measured from the data of randomization to the earliest of: (1) the first occurrence of the endpoint in question or (2) the date of censoring. A year will be defined as 365¼ days.

The treatment period is defined as data collected after the randomization visit and prior to and including 14 days post end-of-study or discontinuation visit, whichever comes last.

### C. Description of Data Handling Procedures Prior to Analysis

Data will be screened before they are unblinded. Any additional identification of criteria to be used to exclude patients or data points from analyses not included in this data analysis plan will be made prior to unblinding of the official Merck database or by blinded persons. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of the official unblinding, the database will be frozen in order to ensure that analyses of data in response to regulatory queries will be performed on the same data set as that which will be used for the regulatory submission.

The unblinded Merck statistician will not be involved in data handling after her unblinding of patients' treatment assignments in order to perform the interim safety analyses for the ESMB.

Confidential - Subject To Protective
Order                                                                    MRK-AFL0015480

MK-0966 CV Outcomes Data Analysis Plan                                        23

## VI.   PRESENTATION AND FORMAT OF RESULTS

### A.   Data Format

1. Two decimal points for safety and efficacy responses except percentages which will be rounded to the nearest tenth. Hazard ratios and incidence rates will be reported to 2 decimal places.

2. Three decimal points for all p-values.

3. One decimal point for demographic characteristics.

4. No rounding in any intermediate data steps or analysis steps (unless it is to the, e.g., tenth decimal point for SAS computing reasons); formatting will be used in the tables.

### B.   Sample CSR Tables and Graphs

Data summary displays for the major information are presented in Appendix 5. They are meant to indicate the type of information that will be presented; the exact formats and labeling conventions will be decided upon when the prototype CSR is developed.

All tables and figures will be modified according to the protocol specifics (for example appropriate time points).

## VII.   DATASETS/PROGRAMS/VARIABLES

### A.   Naming and Storage Conventions of Datasets, Programs, and Variables

The directory structure that will be used for storage of the data manipulation programs, data analysis programs, output tables, graphical displays, and analysis datasets is given in Table 6.

Confidential - Subject To Protective Order                                              MRK-AFL0015481

MK-0966 CV Outcomes Data Analysis Plan                                          24

Table 6

Names and Descriptions of Directories to be Used

| Folder | Description |
|---|---|
| data_analysis | Contains the data sets prepared for analysis |
| data_raw | Contains the raw data sets extracted from the database |
| macro_lib | Contains SAS macros to setup and analyze data, generate CSR tables and graphs |
| out_graphics | Contains all output graphs |
| out_listings | Contains all output listing files |
| out_logs | Contains all output log files |
| out_tables | Contains all output .rtf tables |
| pgm_adhoc | Contains SAS exploratory analysis programs |
| study_files | Contains study documentation |
| validate | Contains the validation programs, output, logs, and documents |
| utility | Contains SAS utility macro programs |

**B. Documentation/Validation of Programs**

The programs for the analysis of this study will be developed according to the guidelines for good programming practices and validated following the BARDS validation SOP.

Confidential - Subject To Protective Order                               MRK-AFL0015482

## VIII. REFERENCES

1.  Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors.

2.  Hwang IK, Shih WJ, and DeCani JS.  Group sequential designs using a family of Type I error probability spending functions. Stat Med 1990;9:1439-45.

3.  ICH E9 Section 5.2.3.

4.  Temple R, Ellenberg SS.  Placebo-controlled trials and active-control trials in the evaluation of new treatments.  Part 1: Ethical and Scientific Issues. Ann Intern Med 2000;133(6):459.

5.  Jones B, Jarvis P, Lewis JA, Ebbutt AF. Trials to assess equivalence: the importance of rigorous methods. BMJ 1996;313:36-9.

6.  Pledger G, Hall DB. Active control equivalence studies: do they address the efficacy issue? In: Peace KE, ed. Statistical Issues in Drug Research and Development. New York: Marcel Dekker. 1990;226-38.

7.  Lachin JM and Foulkes MA.  Evaluation of sample size and power for analyses of survival with allowance for nonuniform patient entry, losses to follow-up, noncompliance, and stratification.  Biometrics 1986;42:507-19.

8.  Cox DR. Regression models and life tables (with discussion). J R Stat Soc 1972;34:187-220.

9.  Harrington DP and Fleming TR (1982). A class of rank test procedures for censored survival data. Biometrika 1982;69:553-66.

10. Schoenfeld D. Partial residuals for the proportional hazard regression model. Biometrika 1982;69:239-41.

11. Venables WN and Ripley BD. Modern applied statistics with S-Plus, Springer-Verlag Inc (Berlin; New York). 1994.

12. Hess K. Graphical methods for assessing violations of the proportional hazards assumption in Cox regression.  Statistics in Medicine 1995;14:1707-23.

13. Therneau TM and Grambsch PM  Modeling survival data: extending the cox model.  Springer, New York 2000.

14. Martink DO and Austin H.  Exact estimates of a rate ratio.   Epidemiology 1996;7:29-33.

Confidential - Subject To Protective
Order                                                                      MRK-AFL0015483

MK-0966 CV Outcomes Data Analysis Plan                                    26

15. Martin DO and Austin H. An exact method for meta-analysis of case-control and follow-up studies. Epidemiology 2000;11:255-60.

16. Zelen M. The analysis of several 2x2 contingency tables. Biometrika 1971;58:129-37.

17. Wilson EB. Probable inference, the law of succession, and statistical inference. J Am Stat Assoc 1927;22:209-12.

Confidential - Subject To Protective Order

MRK-AFL0015484

MK-0966 CV Outcomes Data Analysis Plan                                        27

IX.   **APPENDICES**

   1.  External Safety Monitoring Board Guidelines for Interim Monitoring VIOXX™, Protocols 201 and 203

   2.  ESMB Membership

   3.  Proposed Contents of Interim Reports for the ESMB

   4.  Sample CSR Tables and Graphs

Confidential - Subject To Protective Order                                        MRK-AFL0015485

MK-0966 CV Outcomes Data Analysis Plan                                    28

## APPENDIX 1

External Safety Monitoring Board Guidelines
for Interim Monitoring
(VIOXX™, Protocols 201 and 203)

CONFIDENTIAL, PROPRIETARY PROPERTY OF
MERCK & CO., INC.

Confidential - Subject To Protective
Order                                                        MRK-AFL0015486

# I.   ROLE, MEMBERSHIP AND MEETING SCHEDULE OF THE ESMB

Surveillance of the emerging cardiovascular data from ViP (Protocol 201), APPROVe (Protocol 122), and VICTOR (Protocol 145) will be carried out by an independent group, the External Safety Monitoring Board (ESMB). The ESMB is unblinded to study data and is charged with monitoring cardiovascular, gastrointestinal, and other events, identifying safety issues, and interpreting emerging morbidity and mortality findings in order to make periodic recommendations on whether protocol modifications are needed and whether to continue or terminate any of the studies for reasons of patient safety.

The ESMB responsible for monitoring the cardiovascular data from the 3 studies also has responsibility for monitoring efficacy and general safety from the ViP and APPROVe. ESMB guidelines for the stand alone data from the APPROVe study are covered in a separate document [1]. VICTOR is a Merck-sponsored trial conducted by Oxford University and has an independent ESMB distinct from the ESMB monitoring the combined CV data. The remainder of this document focuses on the ESMB guidelines for the combined CV data from the 3 studies and all non-CV data from ViP.

The ESMB is composed of individuals who are experts in operational, medical, and biostatistical aspects of clinical trials. No member of the ESMB may participate in this study as an investigator or be involved in any way in the conduct of the studies. Furthermore, no member of the ESMB may discuss or present any aspect of the CV or ViP studies outside of ESMB meetings. All members must disclose any financial interest in Merck and any fiscal support from Merck beyond the consultation fee specified in their contracts. ESMB members will also disclose their involvement with other ongoing clinical trials. If the chairman of the ESMB believes that the activities of any ESMB member may constitute a conflict of interest, the chairman should discuss the issue with the Steering Committee and/or the Merck clinical monitor.

Voting members of the ESMB, and their immediate families, will not buy or sell stock in Merck for the following period: from the first meeting of the ESMB until the study results from all three studies are made public; regardless of their continued active personal involvement in the ESMB. This does not pertain to the purchase or sale of Merck stock through a third party, i.e. mutual funds.

Certain other activities are not viewed as constituting a conflict of interest: the participation in educational activities not specifically related to the 3 studies; the participation as members in other research projects with other products supported by Merck; occasional scientific consulting to Merck on issues not related to the product in the study.

Confidential - Subject To Protective Order                                        MRK-AFL0015487

There are regular planned meetings of the ESMB. The first meeting of the ESMB will be an organizational meeting. This meeting is intended to formally establish the ESMB, and to thoroughly acquaint the ESMB with the protocol, interim analysis plans, and operational and administrative procedures. It also affords the ESMB a final opportunity to recommend revisions of the data analysis plan and interim analysis plans, the ESMB procedures, and the plan for communication between the ESMB and the Steering Committee. No formal interim analysis data other than from APPROVe alone will be presented at this first meeting. The second meeting will take place after approximately 40% of patients have been enrolled. Regular meetings will be held on a semi-annual basis thereafter, and with greater frequency if deemed necessary by the ESMB for Protocol 203, the ESMB for VICTOR, their Steering Committees, or Merck.

The members of the ESMB are:

- James Neaton, Ph.D., Chair

- David Bjorkman, M.D., MPH

- Marvin A. Konstam, M.D.

- Richard Logan, M.D.

- Professor Freek W.A. Verheugt

- Michael Anthony Carducci, M.D.

Contact information for these members can be found in Appendix 2.

In addition, parts of the ESMB meetings may be attended by the following Merck personnel as appropriate: MRL clinical monitors/liaisons for Protocols 122, 145, 201, or 203, blinded or unblinded statisticians for Protocols 122, 201, or 203.

Note that blinded Merck personnel will not be present during any presentation or discussion of unblinded CV or ViP study data. The role of the unblinded statistician is fundamentally different as this statistician is unblinded to the patient treatment groups and is responsible for presenting these data to the ESMB.

Note that designated unblinded Merck statisticians serve as non-voting members of their respective ESMBs, and for purposes of providing blinded results as requested, as consultants to their Advisory Committees. For each study, the unblinded statistician participates in making decisions about the conduct of the study and changes to the DAP prior to the first unblinding. In addition, there are blinded statisticians for each study who serve on the respective studies' Steering Committees. These individuals also participate in making decisions regarding

Confidential - Subject To Protective
Order                                                          MRK-AFL0015488

conduct of the study and changes to the DAP after the first study unblinding. All such changes require MRL management and Steering Committee approval and will be fully documented.

## II. FUNCTIONS AND RESPONSIBILITIES OF THE ESMB

The ESMB will monitor emerging study safety data. The ESMB has the responsibility to review specific safety and/or efficacy data reports, and to request additional reports as needed. Unblinded data reports will be reviewed for adverse treatment effects and participant safety. The ESMB must keep results from blinded and unblinded data reports confidential.

The ESMB is responsible for commenting upon the appropriateness of the analyses of study data and will advise the Merck statistician of any revisions needed in the content of the periodic data reports or the analyses performed, for the purposes of optimal function of the ESMB.

The unblinded statistician will be responsible for preparing and retaining minutes of the ESMB meetings, which will be released to the sponsor, and appropriate regulatory agencies as required, following the conclusion of the study. These minutes will be reviewed and approved by ESMB members. For the closed portion of the ESMB meeting, the Chairperson will appoint a ESMB member present in the deliberations to take the minutes. The Chairperson and his designee will be responsible for maintaining these minutes according to these guidelines. The procedure to maintain the confidentiality of minutes is discussed under 'Unblinded Interim Analyses Reports of Grouped Data Compiled for the ESMB'.

Within 3 days following each of their meetings, the ESMB chairman will prepare a written report for the Steering Committees for Protocols 122 and 201 and the VICTOR ESMB outlining any serious safety concerns and explaining their recommendations. The report will typically include only general statements about the ESMB's review of the data and their comments regarding continuation of the study. The report can include blinded, pooled-treatment-group, combined-protocol results, but the committee should only release selected unblinded results if considered absolutely necessary as part of a recommendation for early decision. The ESMB reports will be distributed to investigators for APPROVe and ViP for submission to IRBs/ERBs, or to regulatory agencies, as required; ESMB reports will also be sent to the VICTOR Coordinating Center at the Oxford Clinical Trials Organization (OCTO), which will distribute them to the investigators, as required.

The ESMB for Protocol 203 is empowered to make an early decision for the CV endpoint. If made, this recommendation will be communicated to the ESMB for VICTOR. Any recommendation for early decision for CV safety will also be communicated to the Merck Clinical monitor for Protocol 203, Dr. Janet van

Confidential - Subject To Protective Order                                          MRK-AFL0015489

MK-0966 CV Outcomes Data Analysis Plan                                        32

Adelsberg. The Steering Committee chairs for each study will be notified as a courtesy, but the authority to conclude an early decision is the responsibility of the combined CV ESMB.

If an early decision for CV endpoint is made, each ESMB (APPROVe, ViP, VICTOR) will review the recommendation in the context of risk-benefit for the indication under study in order to determine if there is a need for study modification or termination. For APPROVe and ViP, if a decision for study modification or termination within a single study is accepted by its respective Executive/Advisory Committee, the recommendation will be forwarded to the respective study's Steering Committee's total membership. The majority of the total membership must support the recommendation in order for it to be forwarded for implementation. For VICTOR, the Trial Advisory Board will accept or reject the ESMB recommendation. If accepted, the decision will be forwarded to the respective study's clinical monitor (Dr. Janet van Adelsberg for Protocol 203, Dr. Antonio Lombardi for Protocol 201, Dr. Bettina Oxenius for Protocol 122, or to VICTOR co-principal investigators, Drs. David Kerr and Michael Langman and to Dr. van Adelsberg, the MRL Medical Monitor liaison for VICTOR).

Figure 1 summarizes the communications to take place in the event of an early decision for CV endpoint.

Confidential - Subject To Protective Order
MRK-AFL0015490

MK-0966 CV Outcomes Data Analysis Plan

Figure I

Schematic for Communication in the Event of an Early Decision for CV Endpoint



Confidential - Subject To Protective
Order                                                    MRK-AFL0015491

MK-0966 CV Outcomes Data Analysis Plan                                34

## III.  INTERIM MONITORING BY THE ESMB

The patient safety data will be sent out to all ESMB members approximately 1 week prior to the scheduled interim meetings via express mail. Any interim reports beyond the twice yearly formal analyses will be also sent via express mail to all members of the ESMB. The Chairman will schedule meetings to discuss any interim reports if he feels it is necessary.

Proposed content for interim reports that would be prepared by the Merck Clinical Monitoring Team (to be determined based on functional responsibilities) is as follows:

- Total enrollment in each study and information on the status of data entry and data clean-up.

- Selected demographic/baseline data to include age, gender, race.

- Summary (counts) of all reports of serious adverse experiences.

- Listing of all reports of serious adverse experiences. **NOTE: Serious adverse events (SAE reports and MedWatch forms(s)) which are unexpected and considered to be drug related (i.e., likely, unknown) by the investigator or Merck Manager of Safety Assessment will be submitted to ESMB.** The information pertinent to the ESMB report will include: 1) Site Number, 2) Allocation Number, 3) Treatment Arm (e.g., Group A or Group B), 4) SAE onset date and time, SAE term (verbatim), 5) Merck's SAE "narrative", and 6) Participating Investigator's Causality Assessment and Outcome of the SAE (i.e., recovered without sequelae, recovered with sequelae, ongoing).

- Summary (counts) of all early discontinuations.

- Summary (counts) of all cardiovascular events submitted for adjudication.

- CV Adjudication Status.

- Summary (counts) of all prostate cancers from ViP.

- Ad hoc reports as requested by the ESMB Chairperson.

The summaries (counts) of prostate cancers, serious adverse experiences, discontinuations, and cardiovascular events will be reported without indication of the patient's treatment group; however, these summaries may be unblinded on the request of the chairman of the committee. The timing and exact content of the reports will be determined by the ESMB after the first interim analysis.

Confidential - Subject To Protective
Order                                              MRK-AFL0015492

### A. Planned Interim Analysis

The unblinded MRL statistician will prepare the interim analysis reports for the ESMB. The unblinded portion of the reports will be kept strictly confidential, and will be made available *only* to the ESMB members. Data from the combined CV analysis will be made available to a limited number of others within Merck only as required for preparation for submission to worldwide regulatory agencies. In the interim analysis reports, result summaries will be reported in an unblinded fashion, but for security reasons, the report will not identify treatment groups. Instead, treatment groups will be designated in the report by a label such as, "Group A" and "Group B". Pooled-treatment, combined-protocol results will be made available to Merck via the written report prepared by the ESMB (mentioned under Functions and Responsibilities of the ESMB).

This part is discussed in detail under 'Unblinded Interim Analyses Reports of Grouped Data Compiled for the ESMB.'

The ESMB interim analysis meeting will have 3 parts:

1.  Open Discussion. The first part of the meeting will be attended by the ESMB, the unblinded Merck statistician, the Merck clinical monitors, and additional clinical and statistical representatives outlined under the Role, Membership and Meeting Schedule of the ESMB section of this document. The Steering Committee Chairpersons will be informed of the meeting and permitted to attend. The purpose of the open discussion is to discuss the conduct of the study and issues related to data quality and interpretation with the blinded Merck clinical monitors. Open meeting minutes will be provided to the VICTOR ESMB.

2.  Presentation of the Unblinded Results. The second part of the meeting will be attended by the ESMB and the unblinded Merck statistician. At this part the Merck statistician will present the unblinded results to the ESMB members.

3.  Closed Discussion. The third part of the meeting will be attended by ESMB members only. During this part the committee will discuss the results and make any decisions regarding recommendations, if any, to alter the conduct of the trials. Recommendations will be forwarded to the ESMB for VICTOR for their consideration.

Restricted ❖ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015493

### B.  Statistical Guidelines

#### 1.  Early Decision Rules for the Combined Cardiovascular Analysis

Interim analyses of the cardiovascular data will be performed for reports to ESMB. The available cardiovascular safety data from the 3 studies may also be reported to regulatory agencies at the time of APPROVe NDA filing and in subsequent documents in support of the filing.

It is anticipated that the ESMB for Protocol 203 will conduct numerous (approximately twice yearly) interim analyses to monitor safety, which afford potential for early decision to report scientific conclusions from formal statistical comparisons of the protocol hypotheses, i.e., publish results and/or provide to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined study analysis, the 3 individual studies would continue in order to assess risk-benefit in each indication. The considerations outlined in this section are therefore intended to define decision threshold guidelines for initiating the primary analysis (of 611 confirmed events in patients meeting the per-protocol (PP) criteria).

An early decision because of more CV events on rofecoxib than placebo will not occur unless the criteria described below are met. Recommendations for stopping individual studies will be made considering the risk-benefit for each individual study. The ESMB for Protocol 203 will make recommendations for APPROVe and ViP. The conclusions (inferiority, superiority, or non-inferiority) will be communicated to the VICTOR ESMB which will perform the risk-benefit assessment for that study. For completeness, a primary analysis of 611 confirmed events using the early decision guidelines is provided in the following sections. However, the actual primary analysis of 611 confirmed events will be based on the criteria specified in the primary and secondary hypotheses, namely an overall $\alpha$-level of 0.025, one-sided.

**Early Decision of Inferiority:** Statistically significant difference in favor of placebo using Hwang et al. [2] $\alpha$-spending function with $\gamma$=-4 (overall $\alpha$=0.025, 1-sided) and observed HR >1.30, i.e., associated lower limit of CI for HR >1.0 and observed HR >1.30.

**Early Decision of Superiority:** Statistically significant difference in favor of rofecoxib according to Hwang et al. $\alpha$-spending function (overall $\alpha$=0.001, 1-sided), i.e., associated upper limit of CI for HR <1.0.

**Early Decision of Non-Inferiority:** Hwang et al. derived upper limit of CI for HR <1.20 (overall $\alpha$=0.001, 1-sided) and observed HR <1.0.

Restricted ✿ Confidential – Limited Access

Confidential - Subject To Protective Order                                    MRK-AFL0015494

MK-0966 CV Outcomes Data Analysis Plan                                37

Note that an early decision creates problems of interpretation of the subgroup analyses and the rarer events, such as myocardial infarctions, because the chances of numerically large hazard ratios are non-trivial because of small numbers of events. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment to ensure consistency in related endpoints, time course, etc. to ensure the internal consistency and biologic validity of the results. It is also important to consider whether sufficient patient-years of exposure have been collected in order to assess potential differences in risk over time.

A formal interim analysis of confirmed thrombotic cardiovascular serious adverse experiences for the expressed purpose of an early decision of non-inferiority is not proposed since there are no plans to stop any of the studies trial due to non-inferiority of rofecoxib in comparison to placebo for either cardiovascular or GI endpoints. The interim analyses are intended only for the purpose of safety monitoring by the ESMB. However, if the ESMB should decide to make an early decision to conclude non-inferiority, then the above guideline will apply. Early decision for non-inferiority at interim analysis would need to be based on an overall experimentwise 1-sided $\alpha$-level of 0.001 in order that the $\alpha$-level for the final analysis, based on a 95% CI, is negligibly affected. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB. Hence, there will likely be numerous "looks" at the data, which afford potential for consideration of an early decision.

The ESMB will monitor interim analyses of safety to ensure both overall and cardiovascular safety of rofecoxib in comparison to placebo.

2.  **Stopping Rules for ViP (Protocol 201)**

The primary endpoint for this study is the cumulative percentage of patients with prostate cancer. A total of 2 formal analyses (one interim and one final) of the primary endpoint will be performed in this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error, will be employed. The 2 planned analyses are scheduled at 3 and 6 years. Further details will be provided in the ViP DAP.

3.  **Additional Considerations in Interpreting the Data**

It should be emphasized that the early decision/stopping boundaries described above are to be used by the ESMB as guidelines only. The ESMB must consider a variety of data, including other analyses (e.g., individual components of the composite) and all aspects of safety, before

Confidential - Subject To Protective
Order

MRK-AFL0015495

MK-0966 CV Outcomes Data Analysis Plan                                    38

making their decision. Further, the ESMB will look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results.

Some specific considerations for interpretation of the data are as follows:

- Whether the magnitude or character of an observed difference constitutes a clinically important risk.

- Whether the risk under consideration is outweighed by assessment of the overall potential benefit of therapy.

- Whether the results could be explained by possible differences in baseline variables between the groups.

- Whether results could be due to ascertainment bias caused by differences in treatment regimens.

- Whether the results are consistent with those for other variables that should be associated with the variable in question.

- Whether the results are consistent among various subgroups of participants and among the geographical regions involved in the study.

- Whether it is likely the current trends in the data could be reversed if the study were to be continued unmodified.

- Whether there would be significant loss in external validity or credibility of the trial by a change in the protocol or by discontinuation.

- Whether sufficient data have been collected to assess risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision.

In summary, a recommendation to modify or discontinue either of the trials would not be based solely on statistical grounds. Rather, the ESMB may consider the view voiced by Canner, on behalf of the Coronary Drug Project [3], that in clinical trial decision making "No single statistical decision rule or procedure can take the place of the well reasoned consideration of all aspects of the data by a group of concerned, competent and experienced persons with a wide range of scientific backgrounds and points of view."

Confidential - Subject To Protective Order                                    MRK-AFL0015496

Suggested content of any interim monitoring report beyond the planned, twice yearly interim analyses is included in an Appendix 4. This listing will be reviewed by the ESMB and revised if needed.

**4. Implementation of the Interim Analyses**

Merck MRL will prepare SAS datasets necessary for the interim analyses. The Merck unblinded statistician will obtain the requisite treatment assignments from IVRS for APPROVe and ViP and from Merck Clinical Supplies for VICTOR. The allocation schedule is restricted to the following areas:

- ITCI and ICON, companies responsible for programming and implementing the IVRS, for APPROVe and ViP.
- Merck MRL Biostatistician, in order to prepare ESMB reports.
- Administrator of Merck Adverse Event Surveillance Tracking and Reporting Online (MAESTRO) Database.

Note that no Merck personnel responsible in any way for monitoring the study, or in contact with any of the clinical centers, have access to the allocation schedules.

All reports for the ESMB will be prepared by the unblinded Merck MRL statistician. The unblinded portion of the reports will be kept strictly confidential and will be made available only to the ESMB members. The purpose of this section is to explicitly define procedures which will restrict access to individual treatment assignments as well as unblinded group analyses during interim reporting. A statistical programmer may be unblinded if deemed necessary for statistical analyses. This individual will be required to sign confidentiality statements prior to unblinding, and a record will be kept of the name and the date of unblinding.

**a. Individual Treatment Assignments**

The data from APPROVe and ViP will be maintained in the Merck Clinical Trial Systems (CTS) database. Actual individual treatment assignments will not be included in these database tables. A sham treatment assignment file will be created that can be used to develop the data analysis programs which will generate the unblinded, interim reports. Data from VICTOR will be provided to Merck from OCTO in SAS datasets that will be stored on a secured drive. The individual treatment assignments for each protocol will be stored by the statistician on a read- write- and password-protected file on her personal computer (PC) along with a back-up copy on a read- write-



Confidential - Subject To Protective Order MRK-AFL0015497

and password-protected disk which will be locked when not in use.
The statistician will merge data files from the CTS database and the
VICTOR SAS datasets with the actual individual treatment
assignments and will make sure that the SAS temporary directory is
deleted from the computer hard drive at the conclusion of the SAS
session.  Study data and programs will reside either on the UNIX
system or the statistician's PC.  Both the statistician's PC and UNIX
account will be password-protected so that even an absence from the
office of more than a few minutes will require entry of a password
known only to the statistician in order to use the PC and the UNIX
system.  Non-sensitive programs and datasets with sham treatment
allocations may be shared with a statistical programmer; sensitive
programs and all program output will be stored on the network drive
with access restricted only to the unblinded statistician and appropriate
computer system security administrators.

**b. Unblinded Interim Analyses Reports of Grouped Data Compiled for the ESMB**

Access to the unblinded, grouped data will be restricted to Dr. Ng, the
unblinded statistician.  A careful effort will be made to ensure that no
other staff or investigator see unblinded analyses.

The following additional steps are proposed to assure that unblinded,
interim results remain confidential:

1. All analyses of unblinded data will be printed on the statistician's
personal printer (located in her office or at her home) onto colored
paper with the statement "CONFIDENTIAL" printed across the top
of each page.

2. Data tables will be fully programmed using the sham treatment
assignment file so that they will not need to be word processed. It
will be the responsibility of Dr. Ng to organize the unblinded
analyses and create sufficient numbered, colored copies for each
member of the ESMB.

3. As an additional precaution, all unblinded analyses will have
treatment assignments labeled by "Group A" and "Group B" rather
than the actual name of the treatment. The same letters will be used
throughout the report for each treatment, thus, unblinding will
require more than a cursory examination of a single page of the
report.  At the closed ESMB meeting during which these reports are
reviewed, members will receive the actual treatment codes. At the
conclusion of the closed meetings, members will return the
numbered, colored copies of the reports to Dr. Ng who will then

Confidential - Subject To Protective Order                                   MRK-AFL0015498

shred them.  Unblinded minutes of these meetings will be prepared by Dr. Ng on colored paper and sent to the ESMB members for their review.  The minutes will then be returned to Dr. Ng by Federal Express; she will then destroy them and retain an electronic copy on a password-protected file on the network drive that is backed up regularly with access restricted only to Dr. Ng.

Confidential - Subject To Protective
Order

MK-0966 CV Outcomes Data Analysis Plan                                    42

## IV. **REFERENCES**

1. External Safety Monitoring Board Standard Operating Procedure Guidelines for APPROVe (Adenomatous Polyp Prevention on VIOXX), MK-0966 Protocol 122.

2. Hwang IK, Shih WJ, and DeCani JS. Group sequential designs using a family of Type I error probability spending functions. Stat Med 1990;9:1439-45.

3. Coronary Drug Project Research Group. Practical aspects of decision making in clinical trials: the Coronary Drug Project as a case study. Controlled Clin Trials 1981;1:363-76.

Confidential - Subject To Protective Order

MRK-AFL0015500

MK-0966 CV Outcomes Data Analysis Plan 43

### Example Results and Proposed Early Stopping Criteria for Protocol 203

The combined analysis cardiovascular data from APPROVe, VICTOR, and ViP is expected to yield over 24,000 patients and 38,000 patient-years of exposure for the primary analysis of 611 confirmed thrombotic events. The primary hypothesis, based on the combined data from the 3 trials, is that the hazard ratio (HR: rofecoxib/placebo) for confirmed events is less than 1.30. This will be demonstrated if the 95% confidence interval (CI) for HR lies entirely below 1.30. Unless the ESMB recommends stopping the accrual of CV events, APPROVe (2612 patients) will be complete prior to the primary analysis; VICTOR (7000 patients) and ViP (15,000 patients) will be ongoing.

The information that follows summarizes expected outcomes and early decision rules for use by the ESMB. The rules are derived using the α-spending function proposed by Hwang et al. with α(-4,t)). Since this spending function depends only on past and current information times, not future information times, it will be adjusted based on the actual analysis times determined by the ESMB.

In order to demonstrate the precision of the study design to address the primary hypothesis, Table 1 displays the observed HRs based on the primary analysis of 611 events. Note that the maximum observed HR which will yield a 95% CI <1.30 is approximately 1.121. The associated difference in rates is less than 0.2% per year (1.7%/yr versus 1.5%/yr).

Table 1

Example Outcome CIs for the Combined Analysis of 611 Confirmed Events
(Protocol 203)

| Observed HR | 95% CI | Rofecoxib Rate (%/yr) | Placebo Rate (%/yr) | Number of Rofecoxib Events | Number of Placebo Events |
|---|---|---|---|---|---|
| 0.9967 | (0.8630, 1.1511) | 1.6053 | 1.6105 | 305 | 306 |
| 1.0099 | (0.8744, 1.1663) | 1.6158 | 1.6000 | 307 | 304 |
| 1.0367 | (0.8976, 1.1973) | 1.6368 | 1.5789 | 311 | 300 |
| 1.0997 | (0.9520, 1.2702) | 1.6842 | 1.5316 | 320 | 291 |
| 1.1215 | (0.9709, 1.2955) | 1.7000 | 1.5158 | 323 | 288 |
| 1.1289 | (0.9773, 1.3041) | 1.7053 | 1.5105 | 324 | 287 |
| 1.1514 | (0.9966, 1.3302) | 1.7211 | 1.4947 | 327 | 284 |

The ESMB will periodically review the safety data from the 3 studies. Since the primary endpoint involves a serious safety outcome, the following criteria are suggested as necessary, but not sufficient, for the ESMB to recommend an early decision (i.e., publication or providing to regulatory agencies) because of outcomes related to the primary endpoint. As mentioned in the ESMB guidelines, other issues such as

Confidential - Subject To Protective Order                    MRK-AFL0015501

consistency of results in subgroups, sufficient exposure times, robustness of results, etc. must all be considered in such an ESMB recommendation for early decision prior to 611 confirmed events.

Since the ESMB will periodically be evaluating safety, multiplicity needs to be accounted for in assessing HR and associated CIs. A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter.

- Early decision of inferiority requires the lower limit of a CI >1.0 (overall $\alpha$=0.025, one-sided) and observed HR >1.30.

- Early decision of superiority requires the upper limit of a CI <1.0 (overall $\alpha$=0.001, one-sided). Observed HRs that satisfy this rule at all interim analyses are <0.77, which is the inverse of 1.30, the non-inferiority bound.

- Early decision of non-inferiority (rationale for this rule is given below) requires a upper limit of a CI <1.20 (overall $\alpha$=0.001, one-sided). Observed HRs that satisfy this rule are all less than 0.91 at the interim analyses.

For completeness, a primary analysis of 611 confirmed events using the early decision guidelines is provided in the following sections. However, the actual primary analysis of 611 confirmed events will be based on the criteria specified in the primary and secondary hypotheses, namely overall $\alpha$-level of 0.025, one-sided. All tables are illustrated assuming the first interim analysis is in May-2004.

The $\alpha$-spending function of Hwang et al. is used to control the overall $\alpha$-level of the early stopping decision process. These boundaries and associated confidence levels are listed in Table 2 for overall $\alpha$=0.025 (one-sided), which is proposed to be used as the minimum criteria for early decision for inferiority, and $\alpha$=0.001 (one-sided) which is proposed for early decisions for superiority and non-inferiority. The rationale for the 0.001 is that an early decision for superiority should be held to a standard similar to that of replicate trials (0.05 x .05 = 0.0025 two-sided which is >0.001 one-sided). Similarly, if there is an early decision for non-inferiority, that level of rigor is also proposed. For each projected interim analysis time, the following are displayed: cumulative 1-sided $\alpha$ spent as the interim analyses proceed, one-sided $\alpha$ associated with each interim analysis, the associated confidence interval coefficient, i.e., the "z"-value for computing the confidence interval in HR ± z*stderr, and the associated confidence level required at each interim analysis in order to yield the indicated overall $\alpha$. These confidence levels are used in the stopping rules to ensure the overall $\alpha$ for the series of interim analyses, each of which could result in a situation that could satisfy the stopping criteria.

RA404.DOC  VERSION 10.1 APPROVED                                09-Jan-2004
Restricted ✛ Confidential – Limited Access

Confidential - Subject To Protective Order                                    MRK-AFL0015502

Table 2

Hwang et al. α-Spending Function α(-4,t)

| 1-sided overall α | Time of Analysis | Fraction of Event Time | Cumulative 1-sided α | 1-sided α at Time of Analysis | Confidence Interval Coefficient | Confidence Level |
|---|---|---|---|---|---|---|
| 0.001 | May-2004 | 0.249 | 0.0000315 | 0.0000307 | 4.007 | 99.99386 |
|  | Nov-2004 | 0.386 | 0.0000688 | 0.0000426 | 3.929 | 99.99147 |
|  | May-2005 | 0.635 | 0.0002179 | 0.0001621 | 3.595 | 99.96758 |
|  | Nov-2005 | 0.807 | 0.0004507 | 0.0003132 | 3.420 | 99.93735 |
|  | May-2006 | 1.000 | 0.0009975 | 0.0007498 | 3.175 | 99.85005 |
| 0.025 | May-2004 | 0.249 | 0.0007856 | 0.0007774 | 3.164 | 99.84451 |
|  | Nov-2004 | 0.386 | 0.0017185 | 0.0011781 | 3.041 | 99.76437 |
|  | May-2005 | 0.635 | 0.0054327 | 0.0043443 | 2.624 | 99.13114 |
|  | Nov-2005 | 0.807 | 0.0112741 | 0.0088790 | 2.371 | 98.22420 |
|  | May-2006 | 1.000 | 0.0249668 | 0.0212646 | 2.028 | 95.74708 |

## Stopping for Inferiority

Table 3 displays confidence intervals and splits of CV events at the borderline of meeting the inferiority early decision criteria (overall α=0.025, one-sided) using the confidence levels associated with Hwang et al. α(-4,t) spending function. For example, at the first interim analysis, 8963 patient years are projected to have been accumulated, yielding 152 events, and a 105/47 split of events would be the minimum split that would meet early decision criteria, i.e., yield the lower limit of a 99.8445% confidence interval for the HR≈2.234 to lie above 1.

Note that without the requirement that the observed HR >1.30, HRs close to 1.20 could result in satisfying the early decision criteria. Hence, the Hwang et al. α(-4,t) spending criteria alone are not recommended for inferiority. Tables 5 and 6 below add the requirement for observed HR >1.30.

Confidential - Subject To Protective
Order                                         MRK-AFL0015503

MK-0966 CV Outcomes Data Analysis Plan                                        46

Table 3

Examples of Interim Results Meeting Minimum Early Decision Criteria for Inferiority
Without Requirement of Observed HR >1.30
Hwang et al, α(-4,t) Spending Function (Overall α-level = 0.025, one-sided)

| Case | Est. HR | Lower CL | Upper CL | Confidence Level | No. Events on Rofe. | No. Events on PBO | Total Patient-Years |
|------|---------|----------|----------|------------------|---------------------|-------------------|---------------------|
| May-2004 | 2.234 | 1.013 | 4.925 | 99.8445 | 105 | 47 | 8963 |
| Nov-2004 | 1.593 | 1.016 | 2.498 | 99.7644 | 145 | 91 | 13714 |
| May-2005 | 1.323 | 1.001 | 1.750 | 99.1311 | 221 | 167 | 22632 |
| Nov-2005 | 1.251 | 1.001 | 1.564 | 98.2242 | 274 | 219 | 29126 |
| May-2006 | 1.190 | 1.001 | 1.415 | 95.7471 | 332 | 279 | 38428 |

Table 4 indicates the probability of observing the outcomes (i.e. minimum necessary split of events that meet the early decision criteria) listed in Table 3 assuming the true underlying HR was 1.0 or 1.3. For example, if the true underlying HR=1.0, the probability of observing the 105/47 split is 0.000001. If the true HR =1.3, then the probability is 0.00099. These probabilities remain low for true HR=1.0, but rise to indicate high likelihood (>0.5) of stopping early if the true HR=1.3. Thus, this rule seems reasonable based on these probabilities.

Table 4

Examples of Interim Results Meeting Minimum Early Decision Criteria for Inferiority
Without Requirement of Observed HR >1.30
Hwang et al., α(-4,t) Spending Function (Overall α-level = 0.025, one-sided)

| Case | No. Events on Rofe. | No. Events on PBO | Est. HR | Prob ≥Event Split if True HR=1.0 | Prob ≥Event Split if True HR=1.3 |
|------|---------------------|-------------------|---------|----------------------------------|----------------------------------|
| May-2004 | 105 | 47 | 2.234 | 0.000001 | 0.00099 |
| Nov-2004 | 145 | 91 | 1.593 | 0.000267 | 0.07088 |
| May-2005 | 221 | 167 | 1.323 | 0.003527 | 0.44873 |
| Nov-2005 | 274 | 219 | 1.251 | 0.007465 | 0.67718 |
| May-2006 | 332 | 279 | 1.190 | 0.017660 | 0.86839 |

Table 5 and Table 6 contain similar information as Table 3 and Table 4, except that the additional requirement of an observed HR >1.30 is added to the requirement of the lower bound of the CI >1.0 for early decision for inferiority. This additional requirement is desirable since stopping when the observed HR is less than the non-inferiority bound, as

RA404 DOC  VERSION 10.1 APPROVED                                    09-Jan-2004
Restricted ✙ Confidential -- Limited Access

Confidential - Subject To Protective
Order                                                   MRK-AFL0015504

MK-0966 CV Outcomes Data Analysis Plan                                         47

from Nov-2005 to May-2006 in Table 3, is undesirable.  Note from Table 6 that the probability of observing a split of events as extreme as those satisfying the criteria is negligible if the true HR is 1.0—this is a desirable property of the stopping rule.

Table 5

Hwang et al., α(-4,t) Spending Function (Overall α-level = 0.025, one-sided)
Including a Requirement for the Observed HR >1.30

| Case | Est. HR | Lower CL | Upper CL | Confidence Level | No. Events on Rofe. | No. Events on PBO | Total Patient-Years |
|---|---|---|---|---|---|---|---|
| May-2004 | 2.234 | 1.013 | 4.925 | 99.8445 | 105 | 47 | 8963 |
| Nov-2004 | 1.593 | 1.016 | 2.498 | 99.7644 | 145 | 91 | 13714 |
| May-2005 | 1.323 | 1.001 | 1.750 | 99.1311 | 221 | 167 | 22632 |
| Nov-2005 | 1.304 | 1.042 | 1.631 | 98.2242 | 279 | 214 | 29126 |
| May-2006 | 1.306 | 1.097 | 1.554 | 95.7471 | 346 | 265 | 38428 |

Table 6

Examples of Interim Results Meeting Minimum Early Decision Criteria for Inferiority
Hwang et al., α(-4,t) Spending Function (Overall α-level = 0.025, one-sided)
Including a Requirement for the Observed HR >1.30

| Case | No. Events on Rofe. | No. Events on PBO | Est. HR | Prob ≥Event Split if True HR=1.0 | Prob ≥Event Split if True HR=1.3 |
|---|---|---|---|---|---|
| May-2004 | 105 | 47 | 2.234 | 0.0000014 | 0.00099 |
| Nov-2004 | 145 | 91 | 1.593 | 0.0002666 | 0.07088 |
| May-2005 | 221 | 167 | 1.323 | 0.0035269 | 0.44873 |
| Nov-2005 | 279 | 214 | 1.304 | 0.0019509 | 0.50242 |
| May-2006 | 346 | 265 | 1.306 | 0.0005963 | 0.49143 |

**Stopping for Superiority**

Table 7 and Table 8 contain similar information as Tables 3, 4, 5, and 6, except that they display scenarios on the borderline of the early decision criteria for superiority.  Note that this rule is stringent, which is desirable.  For example, the maximum observed HR that would satisfy superiority is <0.77 (the inverse of 1.30, the bound for non-inferiority).

RA404.DOC VERSION 10.1 APPROVED                                         09-Jan-2004
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order                                    MRK-AFL0015505

MK-0966 CV Outcomes Data Analysis Plan                                                                48

Table 7

Examples of Interim Results Meeting Minimum Early Decision Criteria for Superiority
Hwang et al., $\alpha(-4,t)$ Spending Function (Overall $\alpha$-level=0.001, one-sided)

| Case | Est. HR | Lower CL | Upper CL | Confidence Level | Lower 95% CL | Upper 95% CL | No. Events on Rofe. | No. Events on PBO | Total Patient-Years |
|---|---|---|---|---|---|---|---|---|---|
| May-2004 | 0.345 | 0.120 | 0.995 | 99.9939 | 0.206 | 0.579 | 39 | 113 | 8963 |
| Nov-2004 | 0.553 | 0.306 | 0.997 | 99.9915 | 0.412 | 0.742 | 84 | 152 | 13714 |
| May-2005 | 0.672 | 0.457 | 0.990 | 99.9676 | 0.545 | 0.830 | 156 | 232 | 22632 |
| Nov-2005 | 0.718 | 0.519 | 0.993 | 99.9374 | 0.596 | 0.865 | 206 | 287 | 29126 |
| May-2006 | 0.761 | 0.579 | 0.999 | 99.85 | 0.643 | 0.900 | 264 | 347 | 38428 |

Table 8

Examples of Interim Results Meeting Minimum Early Decision Criteria for Superiority
Hwang et al., $\alpha(-4,t)$ Spending Function (Overall $\alpha$-level=0.001, one-sided)

| Case | No. Events on Rofe. | No. Events on PBO | Est. HR | Prob $\geq$Event Split if True HR=1.0 | Prob $\geq$Event Split if True HR=1.3 |
|---|---|---|---|---|---|
| May-2004 | 39 | 113 | 0.345 | 0.00000000 | $3.11 \times 10^{-15}$ |
| Nov-2004 | 84 | 152 | 0.553 | 0.00000305 | $3.46 \times 10^{-11}$ |
| May-2005 | 156 | 232 | 0.672 | 0.00004405 | $4.25 \times 10^{-11}$ |
| Nov-2005 | 206 | 287 | 0.718 | 0.00010735 | $2.05 \times 10^{-11}$ |
| May-2006 | 264 | 347 | 0.761 | 0.00033301 | $1.66 \times 10^{-11}$ |

**Early Decision for Non-Inferiority**

The only circumstance in which early decision for non-inferiority could be considered
that is envisioned at the design stage is if the results showed no possibility of
demonstrating superiority of rofecoxib to placebo with the accrual of more data.

In this vein, Tables 9 and 10 mimic the previous table pairs to show borderline scenarios
for non-inferiority using the same $\alpha$-spending function at an overall one-sided $\alpha$ level of
0.001 and requiring the CI to be <1.20 to satisfy skeptics of the 1.30 bound. These rules
result in HRs all <0.91. Note, from Table 10, that the probabilities of failing
non-inferiority at the 1.30 bound if the remaining data accumulated at a true HR of
1.30 do not decrease to negligible until the 3rd or 4th interim analysis, which is desirable
since early decision earlier than that would be undesirable. Hence, consideration should
be given to also requiring low probability (<.01) of failing giving true HR=1.30.

RA404.DOC  VERSION 10.1 APPROVED                                                09-Jan-2004
Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective                                              MRK-AFL0015506
Order

MK-0966 CV Outcomes Data Analysis Plan                    49

Table 9

Examples of Interim Results Meeting Minimum Early Decision Criteria
for Non-Inferiority
Hwang et at., α(-4,t) Spending Function (Overall α=0.001, one-sided)

| Case | Est. HR | Lower CL | Upper CL | Confidence Level [Ditto] | Lower 95% CL | Upper 95% CL | No. Events on Rofe. | No. Events on PBO | Total Patient-Years |
|------|---------|----------|----------|--------------------------|--------------|--------------|---------------------|-------------------|---------------------|
| May-2004 | 0.434 | 0.159 | 1.188 | 99.9939 | 0.265 | 0.710 | 46 | 106 | 8963 |
| Nov-2004 | 0.674 | 0.379 | 1.199 | 99.9915 | 0.505 | 0.898 | 95 | 141 | 13714 |
| May-2005 | 0.813 | 0.555 | 1.191 | 99.9676 | 0.660 | 1.001 | 174 | 214 | 22632 |
| Nov-2005 | 0.867 | 0.629 | 1.196 | 99.9374 | 0.722 | 1.043 | 229 | 264 | 29126 |
| May-2006 | 0.909 | 0.694 | 1.192 | 99.8500 | 0.770 | 1.075 | 291 | 320 | 38428 |

Table 10

Examples of Interim Results Meeting Minimum Early Decision Criteria
for Non-Inferiority
Hwang et at., α(-4,t) Spending Function (Overall α=0.001, one-sided)

| Case | No. Events on Rofe. | No. Events on PBO | Est. HR | Prob ≥Event Split if True HR=1.0 | Prob ≥Event Split if True HR=1.3 | Prob. Failing Non-Inf if True HR=1.0 | Prob. Failing Non-Inf if True HR=1.3 | Min. No. Events Needed on Rofe to Fail | Min. No events needed on PBO to Fail |
|------|------|------|-------|---------|-----------------|--------------|-------------|------|------|
| May-2004 | 46 | 106 | 0.434 | 0.00000 | 0.0000000000 | 0.00005355 | 0.052626 | 277 | 182 |
| Nov-2004 | 95 | 141 | 0.674 | 0.00108 | 0.0000001948 | 0.000016903 | 0.051347 | 228 | 147 |
| May-2005 | 174 | 214 | 0.813 | 0.01863 | 0.0000016658 | 0.000000285 | 0.001054 | 149 | 74 |
| Nov-2005 | 229 | 264 | 0.867 | 0.05242 | 0.0000030475 | 0.000000000 | 0.000000 | 94 | 24 |
| May-2006 | 291 | 320 | 0.909 | 0.11242 | 0.0000044307 | NA | NA | NA | NA |

Confidential - Subject To Protective Order                          MRK-AFL0015507

MK-0966 CV Outcomes Data Analysis Plan                                                    50

## APPENDIX 2

ESMB Contact Information

| Investigator | Phone/Email | Address |
|---|---|---|
| James Neaton, Ph.D. (Chair) | (612) 626-8887 jim@ccbr.umn.edu | Coordinating Centers for Biometric Research Division of Biostatistics School of Public Health 2221 University Avenue SE Minneapolis, MN 55414 |
| David Bjorkman, M.D., Ph.D. | (801) 581-6436 david.bjorkman@hsc.utah.edu | Division of Gastroenterology University of Utah Medical Center 50 North Medical Drive Salt Lake City, UT 84132-1001 |
| Marvin A. Konstam, M.D. | (617) 636-6293 mkonstam@tufts-nemc.org | Division of Cardiology New England Medical Center 750 Washington Street Boston, MA 02111-1533 |
| Richard Logan, M.D. | 011-44-115-970-9308 Richard.Logan@nottingham.ac.uk | University of Nottingham Department of Public Health and Epidemiology Queen's Medical Centre Nottingham NG7 2UH United Kingdom |
| Prof. Freek W.A. Verheugt | 011-31-24-3614533 f.verheugt@cardio.umcn.nl | 540 Cardiology Heartcenter University Hospital Nijmegen 10 Geert Grooteplein Zuid Nijmegen The Netherlands 6525 GA |
| Michael Anthony Carducci, M.D. | (410) 614-3977 carducci@jhmi.edu | Sidney Kimmel Comprehensive Cancer Center at John's Hopkins 1M89 Bunting Blaustein Building 1650 Orleans Street Baltimore, MD  21231 |

Confidential - Subject To Protective Order                                    MRK-AFL0015508

<u>APPENDIX 3</u>

Proposed Content of the Interim Report for the ESMB

The following will be reported as total numbers and percentages. The reports will be broken down into blinded treatment groups (A vs. B), combined across studies.

- Total enrollment and information on the status of data entry and data clean-up.

- Selected demographic/baseline data to include gender, race, age.

- Listing and summary of all reports of serious adverse experiences. NOTE: Serious adverse events (SAE reports and MedWatch forms(s)) which are unexpected and considered to be drug related (i.e., likely, unknown) by the investigator or Merck Manager of Safety Assessment will be submitted to ESMB. The information pertinent to the ESMB report will include: 1) Site Number, 2) Allocation number, 3) Treatment arm (e.g., Group A and Group B), 4) SAE onset date and time, SAE term (verbatim), 5) Merck's SAE "narrative", and 6) participating investigator's causality assessment and outcome of the SAE (i.e., recovered without sequelae, recovered with sequelae, ongoing).

- *Summary (counts) of all early discontinuations.*

- Summary (counts) of all cardiovascular events submitted for adjudication.

- CV Adjudication status.

- Summary (counts) of all prostate cancers from ViP.

- Adhoc reports as requested by the *ESMB Chairperson.*

Confidential - Subject To Protective Order                                    MRK-AFL0015509

## APPENDIX 4

### Sample CSR Tables and Graphs

Table 1

Treatment Duration by Protocol

| Treatment | N | Mean Duration | PTY[†] |
|---|---|---|---|
| APPROVe | | | |
|   Placebo | | | |
|   Rofecoxib 25 mg | | | |
| VICTOR | | | |
|   Placebo | | | |
|   Rofecoxib 25 mg | | | |
| ViP | | | |
|   Placebo | | | |
|   Rofecoxib 25 mg | | | |
| Combined | | | |
|   Placebo | | | |
|   Rofecoxib 25 mg | | | |
| [†] Total patient-years. | | | |

Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015510

53

MK-0966 CV Outcomes Data Analysis Plan

Table 2

Baseline Patient Characteristics by Treatment Group
(Sample—All Characteristics Listed in Section II of the DAP will be Included in Final Table)

| Baseline Characteristic | APPROVe | | VICTOR | | ViP | | Combined | | |
| | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Total N= n (%) |
|---|---|---|---|---|---|---|---|---|---|
| Gender | | | | | | | | | |
| Female | | | | | | | | | |
| Male | | | | | | | | | |
| Chronic Low Dose Aspirin User | | | | | | | | | |
| No | | | | | | | | | |
| Yes | | | | | | | | | |
| Study Region | | | | | | | | | |
| U.S./Canada | | | | | | | | | |
| Europe | | | | | | | | | |
| Latin America | | | | | | | | | |
| Asia | | | | | | | | | |
| Other | | | | | | | | | |
| Race | | | | | | | | | |
| White | | | | | | | | | |
| Black | | | | | | | | | |
| Asian | | | | | | | | | |
| Other | | | | | | | | | |

RA404.DOC VERSION 10.1 APPROVED—09-Jan-2004

Restricted ❖ Confidential – Limited Access

54

MK-0966 CV Outcomes Data Analysis Plan

Table 2 (Cont.)

Baseline Patient Characteristics by Treatment Group
(Sample—All Characteristics Listed in Section II of the DAP will be Included in Final Table)

| Baseline Characteristic | APPROVe | | VICTOR | | ViP | | Combined | | |
| | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Placebo N= n (%) | Rofecoxib 25 mg N= n (%) | Total N= n (%) |
|---|---|---|---|---|---|---|---|---|---|
| Age | | | | | | | | | |
| <65 | | | | | | | | | |
| ≥65 | | | | | | | | | |
| Mean | | | | | | | | | |
| Median | | | | | | | | | |
| SD | | | | | | | | | |
| Range | | | | | | | | | |

Restricted ❖ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015512

MK-0966 CV Outcomes Data Analysis Plan                                    55

Table 3

Enrollment and Discontinuation

| Reason of Discontinuations | Treatment A n (%) | Treatment B n (%) | Total n (%) |
|---|---|---|---|
| **Combined Studies (N†=xxxx)** | | | |
| Total Enrolled<br>Premature discontinuations due to<br>    Clinical AE<br>    Laboratory AE<br>    Lack of Efficacy<br>    Deviation from Protocol<br>    Lost to Follow-Up<br>    Moved<br>    Withdrew Consent<br>    Other | | | |
| **APPROVe (N=xxxx)** | | | |
| Total Enrolled<br>Premature discontinuations due to<br>    Clinical AE<br>    Laboratory AE<br>    Lack of Efficacy<br>    Deviation from Protocol<br>    Lost to Follow-Up<br>    Moved<br>    Withdrew Consent<br>    Other | | | |
| **VICTOR (N†=xxxx)** | | | |
| Total Enrolled<br>Premature discontinuations<br>    Clinical AE<br>    Laboratory AE<br>    Lack of Efficacy<br>    Deviation from Protocol<br>    Lost to Follow-Up<br>    Moved<br>    Withdrew Consent<br>    Other | | | |
| **ViP (N†=xxxx)** | | | |
| Total Enrolled<br>Premature discontinuations<br>    Clinical AE<br>    Laboratory AE | | | |

RA404.DOC  VERSION 10.1 APPROVED                                    09-Jan-2004<br>Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective<br>Order                                                                    MRK-AFL0015513

MK-0966 CV Outcomes Data Analysis Plan

56

Table 3 (Cont.)

Enrollment and Discontinuation

| Reason of Discontinuations | Treatment A n (%) | Treatment B n (%) | Total n (%) |
|---|---|---|---|
| ViP (N[1]=xxxx) (Cont.) | | | |
| Lack of Efficacy<br>Deviation from Protocol<br>Lost to Follow-Up<br>Moved<br>Withdrew Consent<br>Other | | | |
| [1] Number enrolled up to *analysis cut-off date.* | | | |

RA404.DOC  VERSION 10.1  APPROVED
Restricted ✪ Confidential -- Limited Access

09-Jan-2004

Confidential - Subject To Protective Order

MRK-AFL0015514

MK-0966 CV Outcomes Data Analysis Plan                                     57

Table 4

Summary of Patients with Confirmed Thrombotic Cardiovascular SAEs
All Studies Combined

| Confirmed Adjudicated Events | Placebo (N=12007) XXXXX Patient-Years | | Rofecoxib 25 mg (N=12007) XXXXX Patient-Years | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| **Cardiac Events** | | | | |
| Acute myocardial infarction Fatal acute myocardial infarction Sudden cardiac death Unstable angina pectoris | | | | |
| **Cerebrovascular Events** | | | | |
| Fatal ischemic cerebrovascular stroke Ischemic cerebrovascular stroke Transient ischemic attack | | | | |
| **Peripheral Vascular Events** | | | | |
| Peripheral arterial thrombosis Peripheral venous thrombosis Pulmonary embolism | | | | |
| **Total Number of Patients With Endpoint** | | | | |

[†] Crude incidence(n/Nx100).
[‡] Events per 100 patient-years.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

This table will also be provided for each protocol separately.

Table 5

Percent Compliance With Study Drug

| Percent Compliance | Placebo (N=xxxx) n (%) | Rofecoxib 25 mg (N=xxxx) n (%) | Total (N=xxxx) n (%) |
|---|---|---|---|
| <75%<br>75 to 84%<br>85 to 94%<br>≥95% | | | |

Restricted ✢ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015516

Figure 1

Nonparametric (Kaplan-Meier) Estimates of Cumulative Confirmed Thrombotic
Cardiovascular Event Incidence (%)



Combined VIOXX Placebo Controlled Data (Confirmed Thrombotic CV SAE)
Plots were truncated when the risk set size in any arm is < 90

Note: This plot is only a sample from another Merck analysis. The months on the x-axis
and the footnotes will be adjusted to fit this protocol.

Confidential - Subject To Protective
Order                                                  MRK-AFL0015517

Figure 2

Confirmed Thrombotic Cardiovascular Events
Smoothed Scaled Schoenfeld residuals from Cox PH Model



The scaled Schoenfeld partial residuals from the fitted Cox PH model plotted over event time are marked with symbol "o" on the plot. A smooth spline curve with confidence band at 2 standard errors was added to aid in detecting any departure from the PH assumption. A significant non-zero trend would detect such departure. Test of PH based on correlation between the individual residuals and the rank of CV event times yielded rho= -X.XXX and p-value X.XXX verifying no departure from the PH assumption.

Note: The x-axis will be adjusted to the appropriate timeframe for this protocol.

Restricted ✿ Confidential – Limited Access

Confidential - Subject To Protective Order                                          MRK-AFL0015518

MK-0966 CV Outcomes Data Analysis Plan                                        61

Figure 3

Example Meta-Analysis Plot of Relative Risks with 95% CI



Relative Risk of Rofecoxib to Naproxen

†95.44% CI for Primary Endpoint (adjusted for interim analysis)

Note: This plot is from VIGOR, another Merck protocol. For Protocol 203, the rows of
the plot will display either (1) combined study results or (2) subgroup levels for the
primary endpoint of confirmed thrombotic cardiovascular serious AEs. Relative risk will
be for rofecoxib to placebo.

Confidential - Subject To Protective
Order                                                        MRK-AFL0015519

MK-0966 CV Outcomes Data Analysis Plan

62

Table 6

Analysis of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
Comparison Between Rofecoxib 25 mg and Placebo

| Treatment | n/N (%) | Patient-Years | Rate[*] | 95% CI for Rate[‡] | Difference[§] | 95% CI for Difference |
|---|---|---|---|---|---|---|
| Placebo | | | | | | |
| Rofecoxib 25 mg | | | | | | |

Overall Summary Statistics for Between-Treatment Comparison

| Treatment | Relative Risk[¶] | CI for Relative Risk | p-Value[‖] |
|---|---|---|---|
| Rofecoxib 25 mg vs. Placebo | | | x.xxx |

Proportional Hazards Assumption

[*] Number of events per 100 patient-years.
[‡] If no events within the treatment group, the CI is a one-sided 97.5% CI.
[§] Results adjusted for Protocol
[¶] Relative risk to placebo by Cox proportional hazards model.
n/N = The number of patients with events/total number of patients; CI = Confidence interval.

Note: This table will also be provided by low-dose aspirin users (yes/no).

Restricted ✦ Confidential – Limited Access

RA404.DOC  VERSION 10.1  APPROVED—09-Jan-2004

Confidential - Subject To Protective Order

MRK-AFL0015520

63

MK-0966 CV Outcomes Data Analysis Plan

Table 7

Confirmed Thrombotic Cardiovascular Serious Adverse Experiences By Protocol

| Treatment | n/N (%) | Mean Duration (Days) | Patient-Years | Rate[1] | 95% CI | Hazard Ratio[2] (HR) | 95% CI[3] for HR |
|---|---|---|---|---|---|---|---|
| **APPROVe** | | | | | | | |
| Placebo | | | | | | | |
| Rofecoxib 25 mg | | | | | | | |
| **VICTOR** | | | | | | | |
| Placebo | | | | | | | |
| Rofecoxib 25 mg | | | | | | | |
| **VIP** | | | | | | | |
| Placebo | | | | | | | |
| Rofecoxib 25 mg | | | | | | | |

[1] Events per 100 patient-years.
[2] Hazard ratio: rofecoxib/placebo.
[3] CI= confidence interval.
n/N = The number of patients with events/total number of patients.

Note:  This table will be provided for the primary endpoint only.

The same table type will be provided by low dose aspirin use (yes/no).

Restricted ❖ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015521

64

MK-0966 CV Outcomes Data Analysis Plan

Table 8

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Cases | PYR[+] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-Value |
| Any reason other than CV event | Placebo | | | | | | | |
| | Rofecoxib 25 mg | | | | | | | |

+ Patient-years at risk.
‡ Per 100 patient-years at risk.
§ Relative risk of Rofecoxib/Placebo from Cox PH Model.

RA404.DOC VERSION 10.1 APPROVED—09-Jan-2004

Restricted ❖ Confidential – Limited Access

Confidential – Subject To Protective Order

MRK-AFL0015522

MK-0966 CV Outcomes Data Analysis Plan                                    65

Table 9

Subgroup Analysis of the Confirmed Cardiovascular Events
(Per-Protocol Approach)
(Combined Data From 3 Studies)

| Subgroup | Placebo n/N (Rate*) | Rofecoxib 25 mg n/N(Rate*) | Between Treatment Comparison Relative Risk | 95% CI |
|---|---|---|---|---|
| **Age (0.292)[†]** | | | | |
| <65 ≥65 years | | | | |
| **Gender (0.292)[†]** | | | | |
| Male Female | | | | |
| **Race (0.292)[†]** | | | | |
| White Black Asian Other | | | | |
| **Etc. (0.292)[†]** | | | | |
| Level 1 Level 2 | | | | |

[†] p-Value for subgroup-by-treatment interaction in Cox PH model with factors for treatment, subgroup, and treatment-by-subgroup interaction and stratification factors for protocol and low-dose aspirin use.
* Cumulative rate may not equal 100 x n/N.

Confidential - Subject To Protective Order                    MRK-AFL0015523

66

*MK-0966 CV Outcomes Data Analysis Plan*

Table 10

List of Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences Eligible for
Analyses and the Results of Adjudication

| Case ID | Protocol | AN | Treatment | Onset Date | Day[†] | MedDRA Term | Adjudication Outcome |
|---------|----------|----|-----------|-----------|--------|-------------|----------------------|
|         |          |    |           |           |        |             |                      |
|         |          |    |           |           |        |             |                      |
|         |          |    |           |           |        |             |                      |

RA404.DOC VERSION 10.1 APPROVED—09-Jan-2004

Restricted ✦ Confidential – Limited Access

Confidential - Subject To Protective
Order

MRK-AFL0015524

67

MK-0966 CV Outcomes Data Analysis Plan

Table 11

List of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences Included in Analyses

| Adjudicated Outcome | Treatment | Protocol | AN | VEC ID | Adjudicated Term |
|---|---|---|---|---|---|
| **All Thrombotic Events** | | | | | |
| *Arterial Event* | | | | | |
| Placebo | | | | | |
| Rofecoxib 25 mg | | | | | |
| *Venous Event* | | | | | |
| **Cardiovascular Death** | | | | | |
| Fatal Acute Myocardial Infarction | | | | | |
| Sudden and/or Unexplained Death | | | | | |
| **Cardiac Events (Fatal/Nonfatal)** | | | | | |
| Acute Myocardial Infarction | | | | | |
| Sudden and/or Unexplained Death | | | | | |
| Unstable Angina Pectoris | | | | | |
| **Cerebrovascular Events (Fatal/Nonfatal)** | | | | | |
| Ischemic CVA Stroke | | | | | |
| Transient Ischemic Attack | | | | | |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | | | | | |
| Peripheral Venus Thrombosis | | | | | |
| Pulmonary Embolism | | | | | |

RA404.DOC VERSION 10.1 APPROVED—09-Jan-2004

Restricted ♦ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015525

68

MK-0966 CV Outcomes Data Analysis Plan

Table 12

List of Events Excluded From Analyses

| VEC ID | Protocol | AN | Treatment[1] | Endpoint | Adjudication Outcome | Reason for Exclusion |
|--------|----------|-----|-----------|----------|---------------------|---------------------|
| | | | | | | Second event in the patient qualified for the endpoint. |
| | | | | | | More than 14 days since the last dose. |
| | | | | | | Took NSAIDS, aspirin, or products containing these, more than 10% of the study period. |
| | | | | | | Was less than 75% compliant with prime therapy during the study period. |
| | | | | | | Neither investigator-reported thromboembolic event nor qualified for the endpoint. |

[1] Treatment received at onset of event or last treatment received prior to onset of event if patient was no longer on treatment.

Restricted ✪ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015526

---

69

MK-0966 CV Outcomes Data Analysis Plan

Table 13

Thrombotic Related AE Summary

| Type of Adverse Experience | Placebo (N=12007) Events/Patient-Year (Rate) | Rofecoxib 25 mg (N=12007) Events/Patient-Year (Rate) | Comparison Difference (95% CI) | Comparison Relative Risk (95% CI) | p-Value |
|---|---|---|---|---|---|
| With AEs of congestive heart failure, pulmonary edema, or cardiac failure from CTS database | | | | | |
| With adjudicated/confirmed thromboembolic serious AEs | | | | | |
| With reported/not yet adjudicated thromboembolic serious AEs excluding non-CVD deaths | | | | | |
| With adjudicated but not met criteria thromboembolic AEs excluding non-CVD deaths | | | | | |
| With reported thromboembolic AEs excluding non-CVD death | | | | | |
| With adjudicated/confirmed thromboembolic serious AEs plus not yet adjudicated CVD deaths | | | | | |
| With adjudicated/confirmed primary thromboembolic serious AEs | | | | | |
| With adjudicated/confirmed secondary thromboembolic serious AEs | | | | | |
| With APTC combined endpoint | | | | | |
| With adjudicated/confirmed thromboembolic serious AEs or (congestive heart failure, pulmonary edema, or cardiac failure from CTS data base) | | | | | |
| With thrombotic cardiovascular death | | | | | |

RA404.DOC VERSION 10.1 APPROVED—09-Jan-2004

Restricted ❖ Confidential – Limited Access

Confidential - Subject To Protective Order