

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD 20857

IND 46,894

Merck Research Laboratories
Attention: Ned Braunstein, M.D.
Director, Regulatory Affairs
P.O. Box 2000 RY 33-720
Rahway, NJ 07065-0900

Dear Dr. Braunstein:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for Vioxx (rofecoxib) tablets, 12.5 mg, 25 mg, 50 mg.

We have completed the clinical review of your protocol entitled: "Prospective Combined Analysis of Thrombotic Cardiovascular Events in 3 Randomized, Double-Blind, Placebo-Controlled Studies of Rofecoxib in Patients at Risk of Developing Recurrent Adenomatous Colon Polyps, Recurrent Colon Cancer, or Prostate Cancer/Protocol No. 203-00". Provided below are the Division responses to the questions that were submitted regarding Protocol No. 203-00.

## SPONSOR QUESTIONS with FDA RESPONSE

1A.    Does the Agency agree that a prospective combined analysis of 3 similarly conducted, long-term studies comparing a single dose of rofecoxib (25 mg) to placebo would provide clinically important information about the effects of rofecoxib on the incidence of thrombotic events and would therefore constitute a cardiovascular outcomes study with rofecoxib?

**FDA Response:**
**A study with the proposed exposure (size and duration) would provide clinically important safety information about rofecoxib.**

1B.    Does the Agency agree with MRL's plans to combine the cardiovascular data from the APPROVe, VICTOR, and Prostate Cancer Prevention studies as described in the protocol?

**FDA Response:**
a.  **Conceptually a meta-analysis is reasonable.**

*Dr. Ned S. Braunstein*

DEC 27 2002

*exh
C*

Confidential - Subject To Protective Order

MRK-AFV0044360

IND 46,894
Page 2

b.  However, the issue of homogeneity needs to be addressed before pooling the three studies for analysis.  The sponsor should do appropriate tests for "combinability".
c.  Agency suggests evaluation of the KM curves of each study as well as careful analysis of hazard rate over time.
d.  The sponsor is advised to add a study-by-treatment interaction term to the model.
e.  Conceptually a safety analysis cannot be restricted to prespecified definitions of "success" or "noninferiority".

2.  The patients in the APPROVe, VICTOR AND Prostate cancer prevention studies are anticipated to represent a typical spectrum of patients at risk for thrombotic cardiovascular events and it is anticipated that 10 to 20% of patients will be taking low-dose aspirin for cardiovascular prophylaxis.  Does the Agency agree that the patient populations being studied in the APPROVe, VICTOR, Prostate Cancer Prevention studies are appropriate for the study of the cardiovascular safety of rofecoxib?

> **FDA Response:**
> **Given the ethical constraints of studying safety compared to placebo, the use of the populations enrolled in the proposed therapeutic trials is reasonable. Although a high risk population is generally optimal to study risk, a minimum of 20% patients taking low dose ASA for CV prophylaxis appears acceptable.**

3.  Does the Agency agree that the primary analysis of confirmed thrombotic cardiovascular events for non-inferiority of rofecoxib vs. placebo (primary hypothesis) should be performed in a Per-Protocol population?  Rules for excluding patients from the Per-Protocol population will include lack of compliance and use of non-study NSAIDs.  The complete definition will be prespecified in the DAP.

> **FDA Response:**
> **No.**
> a.  **The Agency does not agree with the proposal of a per-protocol analysis as the only primary analysis.  Even for a non-inferiority trial, the intention-to-treat (ITT) analysis is important because it preserves randomization and avoids bias introduced by PP exclusion criteria.  A modified ITT is acceptable.  Both ITT and PP analyses are important.**
> b.  **An outline of the analysis plan should be submitted with the original protocol (only minor changes in details should be left for the final DAP with justification for changes made).**

Note:  The Division of Cardio-renal products is uncomfortable with the use of a non-inferiority trial.  For claims related to the CV system, direct discussion with the Division of Cardio-renal products is recommended.

4.  Does the Agency agree that the primary analysis for superiority of rofecoxib versus placebo (secondary hypothesis) should be performed on the modified ITT population as defined in the protocol?

Confidential - Subject To Protective Order

MRK-AFV0044361

IND 46,894
Page 3

> **FDA Response:**
> Yes.

5.  MRL proposes that for the non-inferiority hypothesis, the upper comparability bounds for the 95% CI of the hazard ratio should be 1.30. Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic events need to be observed to provide 90% power to yield the upper limit of the 95% CI for HR<1.30. Satisfying this criteria would require an observed HR no larger than approximately 1.16. MRL anticipates that 611 confirmed events in the per protocol population will be accrued by 2006. Does the Agency concur with these proposed design specifications?

> **FDA Response:**
> **No. The Agency does not agree with the proposed non-inferiority bounds. For serious adverse events, such as CV thrombotic events, a 30% delta appears to be unacceptably wide. The agency agrees that hypotheses regarding relative risk are appropriately prespecified by the Sponsor. However, review by the agency and labeling changes relative to safety cannot be limited to prespecified hypotheses.**
>
> **The proposed protocol with this size and duration will provide an extremely valuable and robust safety database. However, since the hazard ratio of CV-thrombotic events may not be constant (as suggested by the VIGOR study) and the timing of the occurrence of events is not known the Agency can not commit to agree on what would be "non-inferior". The sponsor may define important time intervals for which the hazard ratio should be estimated and propose a statistical analysis plan for each of these intervals. The Sponsor in this regard may propose different appropriate non-inferiority margins for different time intervals. As non-inferiority is required at each of the proposed time intervals, no correction for multiplicity would be necessary.**

6.  MRL proposes analyzing the CV data from these protocols after approximately 611 events in the Per-Protocol population have been confirmed and submitting a CSR and labeling supplement based on this analysis. It is anticipated that 2 of the studies (VICTOR, and the Prostate Cancer Study) will be ongoing at that time. MRL proposes but does not anticipate submitting labeling supplements based on the updates unless the data supported substantive changes. Does the Agency agree that the analyses described above and based on the first approximately 611 events could be described in product labeling?

> **FDA Response:**
> **No. Since the hazard rate for cardiovascular event may increases with time, the Agency is concerned that the first 611 events may not reflect the true hazard ratio at a later timepoint. The primary analysis should be done at the end of the study although a blinded interim analysis after prespecified goal of both minimum exposure (in terms of numbers of patients and duration) and number of events exposure has been achieved may be discussed with the**

Confidential - Subject To Protective Order

MRK-AFV0044362

IND 46,894
Page 4

Agency in reference to inclusion in labeling.   A per-protocol analysis should be confirmatory of the primary analysis. In addition, the sponsor should do appropriate secondary analyses for evaluating time-related-risk estimates for patients who are at high risk for CV events, and for regional differences.

7.    Does the Agency agree that performing the studies and analyses described in the protocol would result in the removal of the statement in the US product circular that "Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed" and that the data from this prespecified combined analysis could be described in product labeling as data from a CV Outcome Study?

        **FDA Response:**
        *See answers to questions 1 to 6.*

8.    Does the Agency agree that the data from this study would be relevant to revising the Precaution, Cardiovascular Effects section of the product circular?

        **FDA Response:**
        Yes.

9.    MRL proposes that single External Safety Monitoring Board (ESMB) will monitor all aspects of safety in the APPROVe and Prostate Cancer Prevention Studies.  The VICTOR study is being conducted by Oxford and has it own Data Safety Monitoring Committee (DSMC) that will monitor safety in that study.  However, to ensure that cardiovascular safety information from all 3 studies is considered when assessing patient safety, MRL has proposed that the same ESMB monitoring APPROVe and the Prostate Cancer Prevention study will also monitor the cardiovascular safety data from all three studies.  This ESMB will communicated its findings at each meeting to the VICTOR DSMC.  Does the Agency agree with this strategy for ensuring patient safety in these studies?

        **FDA Response:**
        Yes.

If you have any questions, call Barbara Gould, Project Manager, at 301 827-2090.

                        Sincerely,

                        *{See appended electronic signature page}*

                        Lawrence Goldkind, M.D.
                        Deputy Director
                        Division of Anti-Inflammatory, Analgesic, and
                        Ophthalmic Drug Products, HFD-550
                        Office of Drug Evaluation V
                        Center for Drug Evaluation and Research

Confidential - Subject To Protective Order                                                      MRK-AFV0044363

IND 46,894
Page 5

Confidential - Subject To Protective
Order

MRK-AFV0044364

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
---------------------
Lawrence Goldkind
12/19/02 04:59:02 PM
```

Confidential - Subject To Protective
Order

MRK-AFV0044365

1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH


JOINT MEETING OF

THE ARTHRITIS ADVISORY COMMITTEE AND

THE DRUG SAFETY AND RISK MANAGEMENT

ADVISORY COMMITTEE

VOLUME III


Friday, February 18, 2005

8:07 a.m.


Hilton Gaithersburg
620 Perry Parkway
Gaithersburg, Maryland


*exh*

*D*

MRK-PUBLIC0001692

325

case, roll of the drum, the vote is 14 yes, 5 abstain and 12 no.

DR. HENNEKENS:  Alastair, a point of information.  I think we run the risk of giving a bad message here.  If we are saying that valdecoxib is contraindicated in cardiac surgery patients when we haven't acknowledged that, if there really is a class effect, we wouldn't want doctors to get the mistaken impression that they should use another coxib or another NSAID instead of valdecoxib.

DR. WOOD:  I am assuming that the FDA will take that into account and contraindicate all of them in cardiac surgery.  Am I wrong about that, Dr. Temple?  Dr. Jenkins?

DR. JENKINS:  That would certainly seem to be the logical conclusion since valdecoxib is only in oral dosage form and the others are oral as well.

DR. WOOD:  So does that reassure you, Charlie?  I know that someone said consistency is the hobgoblin of small minds, but I guess I have got one.

DR. WOOD:  Let's move on, then.  Which side did we start on last time.  I have forgotten.  You started last time?  All right.  Let's start

MRK-PUBLIC0002016

326

with Dr. Abramson.  Do the available data support a conclusion that rofecoxib significantly increases the risk of cardiovascular events.

      DR. ABRAMSON:  Yes.

      DR. NISSEN:  Nissen.  Yes.

      DR. WOOD:  Hang on.  I have been asked to ask each of you to give your name before you give the vote.  Sorry.  So, Dr. Abramson?

      DR. ABRAMSON:  Abramson.  Yes.

      DR. WOOD:  Nissen?

      DR. NISSEN:  Nissen.  Yes.

      DR. ELASHOFF:  Elashoff.  Yes; both against placebo and against naproxen.

      DR. GARDNER:  Gardner.  Yes.

      DR. PLATT:  Platt.  Yes.

      DR. DAY:  Day.  Yes.

      DR. FURBERG:  Furberg.  Yes.

      DR. FLEMING:  Fleming.  Yes.

      DR. BOULWARE:  Boulware.  Yes.

      DR. DWORKIN:  Dworkin.  Yes.

      DR. HOFFMAN:  Hoffman.  Yes.

      DR. MANZI:  Manzi.  Yes.

      DR. FARRAR:  Farrar.  Yes.

      DR. HOLMBOE:  Holmboe.  Yes.

      DR. WOOD:  Wood.  Yes.

MRK-PUBLIC0002017

327

DR. GIBOFSKY: Gibofsky. Yes.

DR. CRAWFORD: Crawford. Yes.

DR. CUSH: Cush. Yes.

DR. BATHON: Bathon. Yes.

MS. MALONE: Malone. Yes.

MR. LEVIN: Levin. Yes.

DR. ILOWITE: Ilowite. Yes.

DR. D'AGOSTINO: D'Agostino. Yes.

DR. MORRIS: Morris. Yes.

DR. CANNON: Cannon. Yes.

MS. SHAPIRO: Shapiro. Yes.

DR. PAGANINI: Paganini. Yes.

DR. FRIEDMAN: Friedman. Yes.

DR. HENNEKENS: Hennekens. Yes.

DR. SHAFER: Shafer. Yes.

DR. WOOD: Dr. Gross has returned.

DR. GROSS: Yes.

DR. WOOD: Dr. Domanski has returned. The question we are voting on is, does the available data support a conclusion that rofecoxib significantly increases the risk of cardiovascular events.

DR. DOMANSKI: Yes.

DR. WOOD: Okay. The vote is 32 yes. Let's move on to the next question; does the

Minutes – AAC & DSaRM
February 16-18, 2005

These summary minutes for the February 16, 17 and 18, 2005, Joint meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee were approved on ____3/7/05____.

I certify that I attended the February 16, 17 and 18, 2005, Joint meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee of the Food and Drug Administration and that these minutes accurately reflect what transpired.


_____//S//_____          _____//S//_____
LCDR Dornette Spell-LeSane, MHA, NP-C          Alastair Wood, M.D.
Supervisory Health Science Administrator          Chair

For, Kimberly Topper, M.S., Executive Secretary

1

P1.1701

Minutes – AAC & DSaRM
February 16-18, 2005

Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management
Advisory Committee
**February 16, 17, and 18, 2005**

The following is an internal report, which has not been reviewed. It is not meant to be a
comprehensive review of the meeting. A verbatim transcript will be available in approximately
two weeks, sent to the Division and posted on the FDA website at
http://www.fda.gov/ohrms/dockets/ac/cder05.html#ArthritisDrugs.   Slides shown at the meeting
will be available at the same website.

All external requests for the meeting minutes and transcripts should be submitted to the CDER
Freedom of Information office.

Joint Meeting of The Arthritis Advisory Committee and the Drug Safety and Risk
Management Advisory Committee of the Food and Drug Administration, Center for Drug
Evaluation and Research met on February 16, 17 &18, 2005, at the Hilton, located at 620
Perry Parkway, Gaithersburg, Maryland to discuss the overall benefit to risk considerations
(including cardiovascular and gastrointestinal safety concerns) for COX-2 selective
nonsteroidal anti-inflammatory drugs and related agents. The meeting was chaired by
Alastair J.J. Wood, M.D.

**Arthritis Advisory Committee Members Present (voting):**
Joan Bathon, M.D., Dennis Boulware, M.D., John J. Cush, M.D., Michael Finley, D.O.,
Allan Gibofsky, M.D., Gary Hoffman, M.D., Norman Ilowite, M.D., Susan Manzi, M. M.D., M.P.H.

**Drug Safety and Risk Management Advisory Committee Members Present (voting):**
Stephanie Y. Crawford, Ph.D., Ruth S. Day, Ph.D., Curt D. Furberg, M.D., Ph.D.,
Jacqueline S.Gardner, Ph.D., MPH, Peter A. Gross, M.D., Eric S. Holmboe, M.D.
Arthur A. Levin, M.P.H., Louis A. Morris, Ph.D., Richard Platt, M.D., M.Sc,
Robyn S. Shapiro, J.D., Annette Stemhagen, Dr.Ph

**SGE Consultants (voting):**
Alastair J.J. Wood, M.D., Steve Abramson, M.D., Steven L. Shafer, M.D.,
Robert H. Dworkin, Ph.D., Steven Nissen, M.D., Charles H. Hennekens, M.D.,
Emile Paganini, M.D., Leona Malone, L.C.S.W., (Patient Rep) , Thomas Fleming, Ph.D.,
John T. Farrar,M.D., Janet Elashoff, Ph.D., Ralph D'Agostino, Ph.D.

**SGE Consultants (non voting):**
Cryer, Byron, M.D., (Speaker and Discussant) Packer, Milton M.D., (Speaker only)

**National Institute of Health Participants (voting):**
Richard O. Cannon III, M.D., Michael J. Domanski, M.D., Lawrence Friedman, M.D.

**FDA Invited Guest Speakers (non-voting):**
Garret A. FitzGerald, M.D., Ernest Hawk, M.D., M.P.H., Constantine Lyketsos, M.D., M.H.S.,
Bernard Levin, M.D.

2

Minutes – AAC & DSaRM
February 16-18, 2005

**FDA Participants at the Table:**
Jonca Bull, M.D.,  Brian Harvey, M.D., John Jenkins, M.D., Sandra Kweder, M.D., Robert O'Neil,
Ph.D., Paul Seligman, M.D., Steve Galson, M.D., Robert Temple, M.D., Anne Trontell, M.D.,
M.P.H.

**FDA Presenters:**
David Graham, M.D., M.P.H., Sharon Hertz, M.D., Joel Schiffenbauer, M.D.,
Lourdes Villalba, M.D., James Witter, M.D.

**Open Public Hearing Speakers:**

| | |
|---|---|
| **Joan Brierton Johnson and Sabrina** | |
| **Sidney M. Wolfe, MD** | Director, Public Citizen's Health Research Group |
| **Linda Suydam** | Vice President, Regulatory and Scientific Affairs, Consumer Healthcare Products Association - CHPA |
| **Jennifer Lo, Ph.D. and**<br>**Gene Luther, D.V.M., Ph.D.** | CEO & President, BioJENC, LLC, Louisiana Business & Technology Center |
| **Jim Tozzi** | Member, Board of Advisors,  Center for Regulatory Effectiveness |
| **Diana Zuckerman, Ph.D.** | President, National Research Center for Women & Families |
| **Elizabeth Tindall, MD** | President, American College of Rheumatology |
| **Dimitra Poulos** | |
| **John Pippin, M.D.** | Physicians Coomittee for Responsible Medicine |
| **MAJ Christopher Grubb, M.D.** | Womack Army Medical Center, Department of Anesthesiology and  Pain Management |
| **Janet Arrowsmith-Lowe, MD** | President, Arrowsmith-Lowe Consulting, Inc. |
| **Mark H. Einstein, M.D.** | Assistant Professor, Division of Gynecologic Oncology, Department of Obstetrics & Gynecology and Women's Health Montefiore Medical Center |
| **John Abramson M.D.** | Harvard Medical School |
| **Herbert S. B. Baraf, MD, FACP,**<br>**FACR** | Clinical Professor of Medicine, George Washington University |
| **Max Hamburger MD** | |
| **Waqar Qureshi, MD, FACP, FACG** | Associate Professor of Medicine, Chief of Endoscopy, Baylor College of Medicine |
| **David P. Matthews** | |
| **W. Hayes Wilson, MD** | Chief of Rheumatology, Piedmont Hospital<br>President, Piedmont Rheumatology Consultants, PC |
| **Gary W. Williams, M.D., Ph.D.** | Chairman, Department of Medicine and Vice President of Medicine Services, at Scripps Clinic and Research Foundation |
| **Rebecca Burkholder** | Director of Health Policy, National Consumers League |
| **Amye L. Leong, MBA** | President & CEO, Healthy Motivation, Spokesperson, UN-endorsed Bone and Joint decade 2000-2010 |

3

Minutes – AAC & DSaRM
February 16-18, 2005

Donna Marie Fox- Keidel

Theresa Ray

Judith Whitmire

Judy Fogel                                          Brigham & Women's Hospital, Harvard Medical School

R. Preston Mason, Ph.D.                             Brigham & Women's Hospital, Harvard Medical School

Gurkirpal Singh, MD                                 Adjunct Clinical Professor of Medicine
                                                    Division of Gastroenterology and Hepatology
                                                    Stanford University School of Medicine

Dr. Allan N. Fields

Grant Johnson

Necole Kelly                                        President, American Chronic Pain Association

Robert Thibadeau, Ph.D.

Lawrence Goldkind MD                                Assistant Professor of Medicine, Department of
                                                    Gastroenterology, Uniformed Services University of Health
                                                    Sciences

Susan Winckler, RPh, Esq.,                          APhA's Vice President of Policy and Communications and Staff
                                                    Counsel

Virginia Ladd                                       President American Autoimmune Related Diseases Association
                                                    (AARDA)

Paola Patrignani, Ph.D.                             Professor of Pharmacology, Department of Medicine and Center
                                                    of Excellence on Aging, "G. d'Annunzio" University

Betsy Chaney

Dr. John Klippel                                    President and CEO of the Arthritis Foundation

Carol Spitz

Eileen Lacijan

Gloria Barthelmes

Rebecca Dachman

Michael D. Paranzino                                President, *Psoriasis Cure Now!*

Dr. Glenn Eisen                                     Oregon Health Sciences University

Yvonne Sherrer, M.D.

The members and the invited consultants were provided with the background material from the FDA, Merck, Pfizer, Novartis, Hoffmann-La Roche Inc., and Bayer Healthcare LLC, Consumer Care Division prior to the meeting.

The meeting was called to order at 8:00 a.m. each day by Alastair Wood, M.D. The Committee members, consultants, and FDA participants introduced themselves. The conflict of interest statement was read into the record each day by the Executive Secretary, Kimberly Littleton Topper, M.S. There were approximately 600 people in attendance. The agenda proceeded as follows:

### Wednesday, February 16, 2005

| | |
|---|---|
| Call to Order | Alastair J. J. Wood, M.D., Chair |
| Conflict of Interest Statement | Kimberly Littleton Topper, M.S. |
| | Executive Secretary |
| | |
| Welcome | Steven Galson, M.D., M.P.H. |
| | Acting Director, Center for Drug |
| | Evaluation and Research (CDER) |
| | |
| Regulatory History | Jonca Bull, M.D. |
| | Director, Office of Drug |
| | Evaluation V, CDER |
| | |
| Gastrointestinal Effects of NSAIDs and | Byron Cryer, M.D. |
| COX-2 Specific Inhibitors | University of Texas |
| | Southwestern Medical School |
| | |
| Mechanism Based Adverse Cardiovascular | Garret A. FitzGerald, M.D. |
| Events and Specific Inhibitors of COX-2 | University of Pennsylvania |
| | School of Medicine |
| | |
| Committee Questions to Speakers | |
| | |
| Break | |

**Vioxx (rofecoxib)**
***Sponsor Presentation:***

| | |
|---|---|
| Rofecoxib | Ned S. Braunstein, M.D. |
| | Senior Director |
| | Merck Research Laboratories |

***FDA Presentation:***

| | |
|---|---|
| Vioxx | Lourdes Villalba, M.D. |
| Cardiovascular Safety | Medical Officer, CDER |
| | |
| Committee Questions to Speakers | |
| | |
| Lunch | |

Minutes – AAC & DSaRM
February 16-18, 2005

**Celebrex (celecoxib)**
***Sponsor Presentation:***
Introduction                                        Joseph M. Feczko, M.D.
                                                    Senior Vice President,
                                                    Pfizer Global Research and Development,
                                                    and President, Worldwide Development


**Wednesday, February 16, 2005 (cont.)**

Cardiovascular Safety and                           Kenneth M. Verburg, Ph.D.
  Risk/Benefit Assessment of Celecoxib              Vice President, Inflammation and
                                                    Immunology, Clinical Research and
                                                    Development, Pfizer Global Research and
                                                    Development

***FDA Presentation:***
COX-2 CV Safety: celecoxib                          James Witter, M.D., Ph.D.
                                                    Lead Medical Officer, CDER

***NIH and Investigator Presentation:***
Celecoxib in Adenoma Prevention Trials:
The APC Trial                                       Ernest Hawk, M.D., MPH
(Prevention of Sporadic Colorectal                  Director, Office of Centers,
  Adenomas with Celecoxib)                          Training, & Resources
                                                    NCI/OD/NIH

 The PreSAP Trial                                   Bernard Levin, M.D
 (Prevention of Colorectal Sporadic                 M.D. Anderson Cancer Center
 Adenomatous Polyps)                                The University of Texas

Committee Questions to Speakers

Break

**Bextra (valdecoxib) and parecoxib**
***Sponsor Presentation:***
Cardiovascular Safety and Risk/Benefit             Kenneth M. Verburg, Ph.D.
Assessment of Valdecoxib and Parecoxib

Closing                                             Joseph M. Feczko, M.D.

***FDA Presentation:***
COX-2 CV Safety: valdecoxib – parecoxib            James Witter, M.D., Ph.D.

**Naproxen**
***Sponsor Presentation:***
Bayer and Roche Joint Presentation on Naproxen     Leonard M. Baum, R.Ph.
                                                    Vice President, Regulatory Affairs
                                                    Bayer HealthCare
                                                    Consumer Care Division

                                                    Martin H. Huber, M.D.
                                                    Vice President, Global Head
                                                    Drug Safety Risk Management,
                                                    Hoffmann-La Roche, Inc.

Minutes – AAC & DSaRM
February 16-18, 2005

Committee Questions to Speakers

**Thursday, February 17, 2005**

Call to Order
Conflict of Interest Statement

Alastair J. J. Wood, M.D., Chair
Kimberly Littleton Topper, M.S.

Interpretation of Observational Studies of
Cardiovascular Risk of Non-steroidal Drugs

Richard Platt, M.D., M.S.
Harvard Medical School

Review of Epidemiologic Studies on
Cardiovascular Risk with Selected NSAIDs

David Graham, M.D., M.P.H.
Medical Officer, CDER

Committee Questions to Speakers

<u>**Arcoxia (etoricoxib)**</u>
<u>***Sponsor Presentation:***</u>
Etoricoxib

Sean P. Curtis, M.D.
Senior Director, Clinical Research
Merck Research Laboratories

<u>***FDA Presentation:***</u>
Analysis of Cardiovascular Thromboembolic
Events With Etoricoxib

Joel Schiffenbauer, M.D.
Medical Officer, CDER

Break

<u>**Lumiracoxib**</u>
<u>***Sponsor Presentation:***</u>
Lumiracoxib; Introduction

Mathias Hukkelhoven, Ph.D.
Senior Vice President and Global Head,
Drug Regulatory Affairs
Novartis Pharmaceuticals Corporation

Gastrointestinal and Cardiovascular Safety
of Lumiracoxib, Ibuprofen, and Naproxen

Patrice Matchaba, M.D.
Global Medical Director
Lumiracoxib Program, Novartis
Pharmaceuticals Corporation

<u>***FDA Presentation:***</u>
Lumiracoxib

Lourdes Villalba, M.D.
Medical Officer, CDER

Committee Questions to Speakers

Lunch

Open Public Hearing

Break

Committee Discussion

7

Minutes – AAC & DSaRM
February 16-18, 2005

**Friday, February 18, 2005**

Call to Order                                          Alastair J. J. Wood, M.D.,Chair
Conflict of Interest Statement                         Kimberly Littleton Topper, M.S.

<u>Naproxen</u>
*Investigator Presentation:*
Alzheimer's Prevention Study:  ADAPT                    Constantine Lyketsos, M.D.
(Alzheimer's Disease Anti-Inflammatory                 The John Hopkins Hospital
 Prevention Trial)

<u>Additional Background Presentations</u>
Interpretation of Observed Differences                 Milton Packer, M.D.
in the Frequency of Events When the                    University of Texas
Number of Events is Small                              Southwestern Medical School

Committee Questions to Speakers

Clinical Trial Design and Patient Safety:              Robert Temple, M.D.
Future Directions for COX-2 selective NSAIDs           Director, Office of Medical
                                                       Policy, CDER

Issues in Projecting Increased Risk of                 Robert O'Neill, Ph.D.
Cardiovascular Events to the Exposed Population         Director, Office of Biostatistics, CDER

Committee Questions to Speakers

Break

Risk Management Options for Action                     Anne Trontell, M.D., M.P.H.
*(added to agenda on 2/18/05)*                         Deputy Director, Office of Drug Safety

Summary of Meeting Presentations                       Sharon Hertz, M.D.
                                                       Deputy Director, Division of
                                                       Anti-Inflammatory, Analgesic and
                                                       Ophthalmologic Drug Products, CDER

Advisory Committee Discussion of Questions

Lunch

Advisory Committee Discussion of Questions

Break

Advisory Committee Discussion of Questions

Meeting Wrap-up                                        Alastair J. J. Wood, M.D.

Adjourn

8

Minutes — AAC & DSaRM
February 16-18, 2005

**Thursday, February 17, 2005:**

Discussion Points:

1. Please discuss the available data regarding the potential cardiovascular (CV) risk for the non-selective and COX-2 selective NSAIDs. Please discuss whether the available data support a conclusion that increased CV risk is a class effect for all NSAIDs, the COX-2 selective NSAIDs only, or only for certain agents within the class. Also, please discuss the possible mechanism(s) of action for an increased cardiovascular risk with these agents.

*The Committee shared various opinions with the members agreeing, in general, that there was inadequate data to draw a definite conclusion regarding whether a class effect exists. However, that being said, they agreed that it did appear likely that for at least the three approved COX-2 products, a class effect appears to be present.  They further indicated that they believed that if sufficient drug was given in high enough doses to high risk patients an increase incidence of cardiovascular events would be yielded. There is a dearth of data on the other NSAIDs and the consensus of the Committee was that each drug should be individually evaluated for CV risk. It is unknown whether a CV signal is present across all the products, with possible different mechanisms of action, but each is suspect when used chronically and until proven otherwise, patients/physicians should be warned.*

2. Please discuss the contributions and limitations of the currently available observational studies to the assessment of CV risk for the non-selective and COX-2 selective NSAIDs. In particular, please discuss the role of such observational studies in informing regulatory decisions about post-marketing safety issues.

*While the Committee stated various opinions, most agreed that observational studies do provide useful, although limited, information.  In general, observational studies are supplementary to randomized, controlled, clinical trials (RCT) since selection bias is likely present.  Additional comments provided by the committee were:*

- **Observational studies are supplementary to Randomized Control Trials (RCT)**
- **With COX-2 products, there is good correlation between observational and RCT trials**
- **Long term follow up after drop out from RCT is necessary**
- **More observational studies on older drugs are needed**
- **FDA review of observational studies does not follow the same process standards used by FDA in reviewing RCTs**
- **Observational studies are most helpful if they find a strong and consistent association across studies, with a hazard ratio greater than 2 or 3; Observational studies with hazard ratios under 2, even if statistically significant, are difficult to interpret since low but precise estimates of risk may be due to residual confounding or biases**
- **Observational studies can be classified as "hypothesis generating"; they provide clues as to whether and if to conduct RCTs but observational studies do not establish casuality**

3. Please discuss the available data regarding the potential benefits of COX-2 selective NSAIDs versus non-selective NSAIDs and how any such benefits should be weighed in assessing the potential benefits versus the potential risks of COX-2 selective agents from a regulatory perspective.

*Overall the committee felt that the GI benefits should not be minimized, however, the GI benefits of the COX-2s appear to be less than first reported. Vioxx is the only product with GI benefit in labeling; no clear data that show GI benefit for Celebrex and Bextra. Although not a benign event, a GI event is in most cases not as permanently disabling as a myocardial infarction or a stroke. The Committee members offered the following additional considerations for weighing benefit versus risk:*

- *Benefit versus risk in patients who do not tolerate nonselective NSAIDs should be considered*
- *Pain relief should be considered*
- *If no clear benefit, there should be an extremely low threshold for increased CV risk*
- *Pediatric issues should be considered; there are fewer choices in this population and only 3 NSAIDs are approved for use in pediatric population, only 2 liquid formulations*
- *Tolerability - fewer serious GI events, but a lot of symptoms should be considered*

**Friday, February 18, 2005**

Questions to the Committee

**<u>Approved products</u>**

Three COX-2 selective NSAIDs are currently approved for marketing in the United States; celecoxib (Celebrex), rofecoxib (Vioxx) and valdecoxib (Bextra). The original approvals and subsequent supplemental approvals were based on a determination by FDA that the potential benefits of each product outweighed the potential risks when used for the approved indications according to the directions included in the product labeling. Since approval, additional data regarding the safety and effectiveness of these products have accumulated, in particular new information regarding the potential cardiovascular risks of these products. FDA must consider the impact of these new data on the benefit versus risk profile for each product in making decisions about appropriate regulatory actions.

Although Merck voluntarily withdrew Vioxx from marketing worldwide on September 30, 2004, questions related to Vioxx are included below since it will be necessary for FDA to determine the appropriate regulatory action regarding the approval status of this product.

Based on the data presented in the background package and during the committee meeting, please address the following questions regarding the approved COX-2 selective NSAIDS.

1. Celecoxib
   a. Do the available data support a conclusion that celecoxib significantly increases the risk of cardiovascular events?

       *Yes- 32*                  *No- 0*                  *Abstain - 0*

Minutes – AAC & DSaRM
February 16-18, 2005

b. Does the overall risk versus benefit profile for celecoxib support marketing in the US?

*Yes - 31*                          *No - 1*                          *Abstain - 0*

c. If yes, please describe the patient population(s) in which the potential benefits of celecoxib outweigh the potential risks and what actions you recommend that FDA consider implementing to ensure safe use of celecoxib.

- *The Committee agreed that osteoarthritis and rheumatoid arthritis patients, in addition to patients being treated for pain were populations where the benefits of celecoxib could outweigh potential risks. They agreed that there appeared to be no evidence of CV risk at the 200 mg dose and marginally positive evidence at the 400 mg dose. No signal was seen in the epidemiologic studies. With regard to the colon polyp study, 400 and 800 mg doses were studied. An excess CV risk would likely be seen with the 800 mg dose, probable at the 400 mg dose and possibly no evidence with the 200 mg dose.*

*The following were suggested as potential actions for the FDA to take:*

- *Black Box Warning (BBW) (24)*
- *Remove BBW if clinical trial results demonstrate safety (4)*
- *Restrict Direct to Consumer Advertising (22)*
- *Provide both known and unknown information to patients and health practitioners (22)*
- *Develop Patient Guide or Med-guides (25)*
- *Provide Dear Health Care Provider Letter (2)*
- *Restrict patient population (7)*
- *Restrict dose (5)*

2. Valdecoxib
   a. Do the available data support a conclusion that valdecoxib significantly increases the risk of cardiovascular events?

   *Yes - 32*                          *No – 0*                          *Abstain - 0*

   b. Does the overall risk versus benefit profile for valdecoxib support marketing in the US?

   *Yes - 17*                          *No - 13*                          *Abstain - 2*

   c. If yes, please describe the patient population(s) in which the potential benefits of valdecoxib outweigh the potential risks and what actions you recommend that FDA consider implementing to ensure safe use of valdecoxib.

Minutes – AAC & DSaRM
February 16-18, 2005

*In general, the Committee felt that the evidence was very limited and it is difficult to extrapolate to a real life setting.*

*The following were suggested as potential actions for the FDA to take.*

- *Black Box Warning (22)*
- *Remove BBW if clinical trial results demonstrate safety (2)*
- *Restrict Direct to Consumer Advertising (19)*
- *Provide known and unknown information to patients and health practitioners (19)*
- *Develop Patient Guide or Medguide (17)*
- *Dear Health Care Provider Letter (2)*
- *Restrict population (6)*
- *Restrict dose (3)*
- *Restrict duration (6)*
- *Contraindications in the post CABG setting*

3. Rofecoxib
   a. Do the available data support a conclusion that rofecoxib significantly increases the risk of cardiovascular events?

      **Yes - 32**          **No - 0**          **Abstain - 0**

   b. Does the overall risk versus benefit profile for rofecoxib support marketing in the US?

      *Yes - 17*          *No - 15*          *Abstain - 0*

      *The Committee had the following comments:*
      - *The blood pressure effects seen with the product are clearly outside the norm and are undesirable; a mechanism other than a prostacyclin mechanism could be at play since the other COX-2s do not appear to have such a large blood pressure effect*
      - *A signal for heart failure is present and the other NSAIDs have not exhibited this same signal*
      - *The blood pressure and the heart failure data is compelling indicating it is substantially worse than other COX-2s*
      - *A strong dose relationship is very apparent*
      - *Rofecoxib is the only COX-2 selective product approved for pediatric patients however, there are minimal data to support safe long-term use in pediatrics*

   c. If yes, please describe the patient population(s) in which the potential benefits of rofecoxib outweigh the potential risks and what actions you recommend that FDA consider implementing to ensure safe use of rofecoxib.

*The following were suggested as potential actions for the FDA to take:*

- *Black Box Warning*
- *Remove BBW only if future clinical trial results demonstrate safety*
- *Restrict Direct to Consumer Advertising (DTC)*
- *Provide known and unknown information to patients and health practitioners*
- *Patient Guide or Med-Guides Development*
- *Dear Health Care Provider Letter*

12

Minutes – AAC & DSaRM
February 16-18, 2005

- *Require strong Post Marketing follow-up*
- *Restrict dose to 12.5 mg, 25 mg and remove 50 mg from the market*
- *Require informed consent*
- *Provide patient reminders about risk 1 year after starting the drug*
- *Require clinical trial using 12.5 mg. dose*
- *Consider restricted access to the drug*
- *Be aware that the pediatric patient could increase their risk of CV events earlier - but keep for use in pediatric patients because pain is not always adequately controlled*
- *Institute a patient registry*
- *Restrict patient population*

4. If the available data support a conclusion that one or more COX-2 selective agents increase the risk of cardiovascular events, please comment on the role, if any, of concomitant use of low-dose aspirin in reducing cardiovascular risk in patients treated with COX-2 selective NSAIDs.

*No vote was offered for this question; some of the Committee comments were as follows:*
- *There is insufficient evidence to make a conclusion*
- *There is no compelling evidence that concomitant low dose aspirin is effective in preventing CV disease when used in "normals"*
- *Must be careful - ASA is not a panacea for CV disease*
- *There is no compelling evidence that ASA will reverse CV toxicity based on available studies, but data is limited*
- *Aspirin appears to "undo" any possible GI benefit of the COX-2s*
- *If ASA is needed for CV prophylaxis, then patients should not be on a COX-2 inhibitor*

5. What additional clinical trials or observational studies, if any, do you recommend as <u>essential</u> to further evaluate the potential cardiovascular risk of celecoxib, rofecoxib, and valdecoxib? What additional clinical trials or observational studies, if any, do you recommend as <u>essential</u> to further evaluate the potential benefits (e.g., reduced gastrointestinal risk) of celecoxib, rofecoxib, and valdecoxib?  Please be specific with regard to which COX-2 selective agent to study, trial design, patient populations, control groups, endpoints, duration, sample size, etc.

*No vote was offered for this question; some of the Committee comments were as follows:*
- *Across all products and to rule out the risk of excess cardiovascular events, additional randomized clinical trials (RCT) should be conducted at doses to be marketed; blood pressure measurements should be included in these trials*
- *Comparator drug used in the trials should not be limited to naproxen; placebo as the comparator should be used in trials designed to determine the absolute risk of CV events*
- *Choice of comparator would also depend on the population/indication being studied; for example, arthritis trials would not utilize placebo, however pain trials might*
- *Follow-up of all patients is critical - especially the RCT drop out patients*
- *It is important that we not ignore the need for additional safety trials with the nonselective NSAIDs*

13

Minutes – AAC & DSaRM
February 16-18, 2005

There are more than 20 non-selective NSAIDs currently approved for marketing in the United States. Unlike the situation with the COX-2 selective agents, large, long-term, placebo-controlled clinical trials have not been conducted to evaluate long-term risks, including cardiovascular risks. Based on the data presented in the background package and during the committee meeting, please address the following questions regarding the approved non-selective NSAIDs:

6. Do you recommend that the labeling for these products include information regarding the absence of long-term controlled clinical trial data to assess the potential cardiovascular effects of these drugs? If so, please describe how you recommend that information be conveyed (e.g., warning, precaution).

**Yes - 28**        *No – 0*        *Abstain - 0*

*(The following members were not present and therefore did not did not offer a vote for question 6: Paganini, Shapiro, Gibofsky, Hoffman)*

**Committee comments included:**

- *Taking a blanket approach with these drugs is not recommended*
- *Providing observational data is important with the absence of clinical trial data*
- *Provide all data so both patients and prescribers are informed on our knowledge level on these drugs*
- *Although it appears that the CV risk applies to the class as a whole, any BBW should be modified to reflect what we know about each individual product*
- *Rather than a BBW, some suggest that text be added to the warning section of the label while additional data is collected*
- *Concern was raised that a BBW may shift patients to meloxicam or other products with even less available risk data; there is no assurance that these products don't have the same risks*
- *Some indicated that they felt that the available data on naproxen would justify a decreased warning requirement*
- *It was stated that based on the committee discussions at the AC meeting, a shift in prescribing practice could occur. It is important to send the message that the current state of information is insufficient to state that any of the products are absolutely safe.*
- *It is important to require that sponsor marketing materials provide the information that is known about their products while at the same time providing adequate information as to what is as of yet unknown about product risk (describe the absence of data)*
- *The committee advised that caution be used such that revisions regarding long-term use risks to the OTC product labeling does not cause "hysteria"*

7. What additional clinical trials or observational studies, if any, do you recommend as <u>essential</u> to further evaluate the potential cardiovascular risk of the non-selective NSAIDs? Please be specific with regard to which non-selective NSAIDs (i.e., all or only selected agents), trial design, patient populations, control groups, endpoints, duration, sample size, study drug etc.

Minutes – AAC & DSaRM
February 16-18, 2005

*The Committee comments included:*

- *Randomized Clinical Trials (RCTs) are likely impossible for these products; as an alternative, it was suggested that sponsors conduct large scale, cluster, randomized trials;  Randomization to drug would be an important feature to include*
- *The committee suggested that sponsor incentives could be proposed; These might include deletion of a BBW or warning text should a sponsor design and complete adequate trials.*
- *The committee agreed that in the absence of "good" safety data, no additional NSAIDs be switched to OTC status*


## Standards for approval of new NSAIDs (non-selective and COX-2 selective agents)

The information that has accumulated about the safety and effectiveness of COX-2 selective NSAIDs since their approval, including the potential for increased cardiovascular risk, must be considered as FDA determines the standards for data to be submitted in support of approval of new non-selective and COX-2 selective NSAIDs.  In addition, the experience with the approved COX-2 selective agents will help inform benefit versus risk assessments that will need to be made by FDA in evaluating pending and future applications for new NSAIDs.

Based on the data presented in the background package and during the committee meeting, please address the following questions regarding the approval of new non-selective and COX-2 selective NSAIDs.

8.  With regard to evaluation of cardiovascular risk, what studies do you recommend as <u>essential</u> to be completed and reviewed prior to approval of new NSAIDs?  With regard to the evaluation of the potential benefits (e.g., reduced gastrointestinal risk), what studies do you recommend as <u>essential</u> to be completed and reviewed prior to approval of new NSAIDs? Please be specific with regard to trial design, patient population, control groups, endpoints, duration, sample size, safety monitoring and patient protections, etc.

- *It is important to be practical for new drugs to enter the market and they must undertake an APPROVE type of trial in low risk populations and in the active control group - trials must be 1-2 years in length*
- *The Committee recommended that future studies include primarily naproxen as a comparator. Ibuprofen and diclofenac should also be studied as comparators for different purposes, ibuprofen as a typical NSAID while diclofenac may be a model of a relatively selective traditional NSAID.*
- *Need a neutral or better than neutral, upper confidence boundary against naproxen; the standard/bar needs to be high enough in order to protect the public*
- *Suggested populations likely to use the products include those that are older and with a mild CV risk*
- *Regarding GI benefit, it would be appropriate to compare new products versus naproxen or another NSAID combined with a PPI*
- *The Committee cautioned that recommendations must be practical; trials such as the APPROVe and CABG 2 studies should be conducted in indications sought for marketing, i.e., OA, RA, and low risk individuals (not high risk individuals).  The duration of the trials should preferably run two years and include an active control.*

15

9.  If the pre-approval studies recommended as essential in question 8 do not demonstrate an increased risk of cardiovascular events for a new NSAID, please comment on how FDA should handle the issue of cardiovascular risk in labeling.  For example, would the absence of a cardiovascular risk signal in the pre-approval database preclude the need for any warnings or precautions in the labeling for the new product?  Alternatively, should all future NSAIDs carry a "class" warning or precaution about cardiovascular risk even in the absence of a signal of increased risk in the pre-approval database?  If yes, please describe your recommendations for the "class" labeling regarding cardiovascular risk with particular attention to whether you recommend it apply to all NSAIDs or only COX-2 selective NSAIDs.

*No vote was offered for this question; The Committee made the following comments:*
- *The absence of establishing an increase risk is not the same as no increase; evidence sufficiently powered and controlled to rule out an  increase in incidence is needed*
- *The Committee consensus was that for new products, the standard for demonstrating safety should be higher*

The meeting was adjourned at 5:15 p.m.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT 21  PM 3:10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4046* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| EVELYN IRVIN PLUNKETT | * | |
| as Personal Representative of the Estate of | * | |
| RICHARD IRVIN, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

_exh E_

## MERCK & CO., INC.'S MEMORANDUM REGARDING VIOXX SCIENCE ISSUES

Defendant Merck & Co., Inc. ("Merck") respectfully submits this memorandum outlining

the principal science issues relating to Vioxx®.

## I.    INTRODUCTION.

These multidistrict cases assert claims for personal injuries, medical monitoring, and

economic losses arising from the use of Vioxx, a prescription nonsteroidal anti-inflammatory

pain reliever developed, manufactured, and marketed by Merck.    The Food and Drug

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____ 769799v.1
___ Doc. No._____

September 30, 2004.[27]   Over the next several months, Merck scientists and consultants completed the collection of the APPROVe data and in February 2005 published it in the *New England Journal of Medicine*.[28]

## VIII.   THE FDA'S SPECIAL ADVISORY COMMITTEE PROCEEDINGS ON COX-2 INHIBITORS.

The scientific evidence concerning the potential effects of selective COX-2 inhibition on cardiovascular events remains unsettled.  To cite but one example, in August 2004 – shortly before Merck voluntarily withdrew Vioxx from the market – Dr. Peter Bogaty published a peer reviewed study of the effects of prolonged selective COX-2 inhibition on inflammation and endothelial function in patients with ischemic heart disease and high levels of C-reactive protein (CRP).[29]  The study found that prolonged selective COX-2 inhibition attenuated CRP levels and did not impair endothelial function, providing a rationale for exploring possible *clinical benefits* of selective COX-2 inhibition in patients with ischemic heart disease.  *Id.*[30]

On February 16-18, 2005, the FDA convened Special Advisory Committee hearings to obtain recommendations on future regulatory treatment for the entire class of selective COX-2

---

[27] Merck also stopped the other two ongoing placebo-controlled studies (VICTOR and ViP), which were examining the potential benefit of Vioxx in treating and preventing colon and prostate cancer.   Preliminary data, which Merck presented to the FDA Special Advisory Committee in February 2005, indicate that the number of CV events in both studies was small. In ViP (the larger of the two studies), no difference was observed between Vioxx and placebo. In VICTOR, more events were observed in the Vioxx arm than in the placebo group, but the interim results do not demonstrate a statistically significant increase in risk from short-term use.

[28] Bresalier RS et al., *Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial*, N. ENGL. J. MED. 2005;352 (11) 1092-102.

[29] Bogaty P et al., *Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients with Ischemic Heart Disease and raised C-Reactive Protein: A Randomized Placebo-Controlled Study*, CIRCULATION 2004;110: 934-939.

[30] Likewise, recent animal studies support the hypothesis that selective COX-2 inhibition with Vioxx could play a role in deterring early atherosclerosis. Burleigh ME et al., *Cyclooxygenase-2 Promotes Early Atherosclerotic Lesion Formation in ApoE-Deficient and C57BL/6 Mice*, J. MOL. CELL. CARDIOL. 2005 Sep.;39(3):443-52.

789199v.1

inhibitors. The Committee consisted of leading scientists and clinicians in the relevant fields from throughout the country. During its hearings, the Committee scrutinized the entire existing body of scientific research on coxibs, including the final APPROVe data and more recently unblinded data from long-term, placebo-controlled trials involving Celebrex and other coxibs. The Committee also examined available data on traditional NSAIDs, and heard presentations from scientists, physicians, pharmaceutical companies, government regulators, and members of the public.

The Committee concluded that, while selective COX-2 inhibitors do pose cardiovascular risks, they also provide sufficient benefit to warrant their continued sale and use. The Committee's action also emphasized that: (a) all prescription drugs pose some risks, and treating physicians must, therefore, assess the potential benefits and risks of any recommended course of treatment for each patient individually; and (b) coxibs have received far more scientific study than traditional NSAIDs, and the relative risks of traditional NSAIDs are not thoroughly understood; and finally (c) a majority of the Committee believed that Vioxx could be once again made available for prescription.

On April 6, 2005, FDA's Center for Drug Evaluation and Research issued a "Decision Memorandum" setting forth a comprehensive analysis of the available data on coxibs and traditional NSAIDs in support of the regulatory actions the agency had decided to take.[31] This Decision Memorandum was based on an analysis of all of the data provided to the February 2005 Advisory Committee as well as additional data available only to the FDA, including the entire regulatory histories and data contained in the NDA files and post-marketing databases for all NSAIDs. Scientists across nearly a dozen Divisions and Offices of the FDA participated in this

---

[31] April 6, 2005 FDA Memorandum, attached as Ex. 50 to Wittmann Decl. I.

789199v.1