Confidential - Subject to Protective Order

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In re: VIOXX PRODUCTS LIABILITY LITIGATION
GERALD BARNETT and CORRINE BARNETT,
                    Plaintiffs,
            vs.                    MDL Docket No. 1657
MERCK & CO., INC.,                 C/A No. 2:06cv485
                    Defendant.


DEPOSITION OF:     FOSTER CURTIS BRYAN, II, M.D.,

DATE:              June 6, 2006

TIME:              1:30 p.m.

LOCATION:     Sheraton MYRTLE BEACH Convention Center
              2101 North Oak Street
              Myrtle Beach, SC 29577

TAKEN BY:     Counsel for the  Plaintiffs

REPORTED BY:  Roxanne M. Easterwood, RPR

VIDEOGRAPHER:  David Roberts

-------------------------------------------

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 2

1  APPEARANCE OF COUNSEL:
2  ATTORNEYS FOR THE PLAINTIFFS
3    PLAINTIFFS: GERALD BARNETT AND CORRINE BARNETT
4    LAW OFFICES OF ROBINSON, CALCAGNIE & ROBINSON
     BY: ANITA SHERBANEE, ESQ.
5        LEXI W. MYER, ESQ.
     620 Newport Center Drive
6    Seventh Floor
     Newport Beach, CA 92660
7    (949) 720-1288
8
9  ATTORNEYS FOR THE PLAINTIFFS
10   DEFENDANT: MERCK & CO., INC.
11   BARTLITT BECK HERMAN PALENCHAR & SCOTT, LLP
     BY: ANDREW L. GOLDMAN, ESQ.
12   54 W. Hubbard Street, Suite 300
     Chicago, Ill 60610
13   (312) 494-4400
14
15
16      (INDEX AT REAR OF TRANSCRIPT)
17
18
19
20
21
22
23
24
25

Page 3

1           PROCEEDINGS
2  *     *     *     *     *
3        VIDEOGRAPHER:  We are now on the record.
4  Today's date is June 6, 2006.  The time is
5  approximately 1:30 p.m.  This is the videotaped
6  deposition of Dr. Foster Curtis Bryan, II in re:
7  Vioxx products liability litigation.  Case civil
8  action number 206cv485, Gerald Barnett and Corrine
9  Barnett plaintiffs versus Merck & Co., Inc.,
10 Defendant.
11        Counsel, please introduce yourselves for
12 the video record.
13        MS. SHERBANEE:  Anita Sherbanee for the
14 Barnetts.
15        MS. MYER:  Lexi Myer for the Barnetts.
16        MR. GOLDMAN:  My name is Andy Goldman.  I
17 represent Merck.
18        VIDEOGRAPHER:  Please swear in the
19 witness.
20        FOSTER CURTIS BRYAN, II, M.D.,
21 being first duly sworn, testified as
22 follows:
23           EXAMINATION
24 BY MS. SHERBANEE:
25    Q.  Good afternoon.  Can you state your full

Page 4

1  name for the record, please?
2     A.  Foster Curtis Bryan, II.
3     Q.  And do you have a medical specialty,
4  Doctor?
5     A.  Cardiothoracic surgery.
6     Q.  And could you explain for the jury what
7  cardiothoracic surgery entails, in general?
8     A.  In general?  In general my practice
9  involves surgery on the heart and the lungs,
10 everything from bypass surgery to valve replacement
11 to surgery for lung cancer.
12    Q.  All right.  Before we go any further,
13 Doctor, there are some ground rules for deposition.
14 Have you been deposed before?
15    A.  I have.
16    Q.  And do you have an understanding of what
17 some of the basic ground rules are?
18    A.  I do.
19    Q.  All right.  A couple of them that are very
20 important, and I'll just refresh your memory on
21 those.  One is the one person talking at a time
22 rule.  The lovely lady sitting across from me is the
23 court reporter.  She'll be taking down everything
24 that is said today.  And it's very difficult for her
25 even though we have audio recording to record things

Page 5

1  done stenographically, so one person at a time.  And
2  if you would kindly give me the opportunity to
3  complete my question, I certainly will give you the
4  opportunity to finish your question before I go on
5  the next one; and likewise for Mr. Goldman.  Fair
6  enough?
7     A.  Fair enough.
8     Q.  All right.  Also, I don't want you to
9  speculate.  If you don't know, don't have an
10 opinion, it's very fair game to say I don't know or
11 I don't recall.  All right?  But if you -- if you
12 have a knowledge of a particular question, then we
13 are entitled to that, all right?
14        This deposition also may be used in a
15 court proceeding or perhaps in the trial, so it's
16 going to be very, very important for you to speak
17 clearly.  If you don't understand my question,
18 Mr. Goldman's question, please feel free to ask us
19 and we'll certainly rephrase it, all right?
20    A.  Fine.
21    Q.  Also, I see you don't have your chart
22 here, but we do have copies of records and hopefully
23 copies of your charts.  So it's not a memory game.
24 If you need to review to -- portions of your record,
25 that's not a problem, all right?

Golkow Litigation Technologies - 877.DEPS.USA

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 6

1    So you said you've been deposed before?
2    A.  Yes.
3    Q.  On how many occasions?
4    A.  Twice.
5    Q.  And under what circumstances?
6    A.  Both were medical malpractice.  One was as
7    a resident and one in practice.
8    Q.  Were you a party to the lawsuits or were
9    you ex -- an expert?
10   A.  I was -- I was a party to the lawsuits in
11   both.
12   Q.  All right.  And so when was the last time
13   you were deposed?
14   A.  November, I'm gonna estimate it was either
15   2003 or 2004.
16   Q.  All right.  And, *Doctor, if you could*
17   *kindly tell the jury, please, your education*
18   starting with your medical school, where you did
19   your red -- residency, if you have a fellowship,
20   we'll go from there?
21   A.  I graduated medical school cume laude from
22   Emory University School of Medicine in 1988.  I
23   *finished a general surgery residency at Emory*
24   University affiliated hospitals in 1993, did a --
25   from '93 to '94, did a fellowship in research at the

Page 7

1    Carlyle Frazier Heart Center, which is part of
2    Emory's cardiac research, and then from '94 to '97,
3    *I did my cardiothoracic residency at Emory*
4    University affiliated hospitals.
5    Q.  And are you board certified in any
6    specialities?
7    A.  I'm board certified in general surgery and
8    in thoracic surgery and I recertified in general
9    surgery 2004, I think it was.
10   Q.  When did you first receive your board
11   certification with the American Board of Surgery?
12   A.  '94, May 1994.
13   Q.  And same question as to the board of
14   thoracic surgery.  When were you board certified?
15   A.  1998.
16   Q.  And do you have any other speciality
17   certifications?
18   A.  No.
19   Q.  And are you currently affiliated with any
20   professional medical group?
21   A.  I'm a member of -- I'm a fellow of the
22   *American College of Surgeons, a fellow of the*
23   American College of Cardiology, a fellow of the
24   American College of Chest Physicians, a fellow of
25   the South Eastern Surgical College.  I'm a member of

Page 8

1    the Society of Thoracic Surgeons, a member of the
2    *South Atlantic Cardiovascular Society.  I believe*
3    that covers most of the societies.
4    Q.  All right.  And are you an editor in any
5    journals or anything like that?
6    A.  Not an editor, no.
7    Q.  All right.  And you mentioned that you're
8    a cardiovascular surgeon, correct?
9    A.  *Correct.*
10   Q.  And you -- do you currently have your own
11   private practice?
12   A.  I do.  I'm a practicing -- practicing
13   manager of Coastal Cardiovascular Surgery here in
14   Myrtle Beach.
15   Q.  And -- and what is Coastal Cardiovascular
16   *Surgery?*
17   A.  We're currently a two-man cardiothoracic
18   surgery group, myself and Dr. McIntyre, Bryan
19   McIntyre, specializing in open heart surgery as well
20   as surgery of the chest, lung surgery.
21   Q.  And just to clear up a *quick question,* do
22   you know if Dr. McIntyre ever examined Mr. Barnett?
23   A.  Not that I'm aware of.  It would only have
24   been in cross coverage on a weekend as far as I
25   would be aware for that.

Page 9

1    Q.  All right.  And how long you been with
2    Coastal Cardiovascular Surgery?  What's the history
3    of that?
4    A.  The practice started with Dr. McIntyre in
5    January of 1997 -- I'm sorry -- 1999, January 1999,
6    and then I became a member of the group in 19 -- in
7    July of 1999.
8    Q.  You *still* have plans to go on with the
9    group?
10   A.  Yes.
11   Q.  All right.  And are you affiliated with
12   any local hospitals?
13   A.  Our hospital -- we're affiliated with one
14   hospital, Grand Strand Regional Medical Center.
15   Q.  And so that's *where* you do all of your
16   cardiothoracic surgery?
17   A.  100 percent of our surgery is done at
18   Grand Strand.
19   Q.  If you could tell me on a weekly basis how
20   you spend time in your practice in terms of
21   surgeries, inpatient or does it vary?
22   A.  We -- we spend the majority of our time in
23   the hospital.  We have -- basically operate
24   four-and-a-half days a week with a half a day of
25   office.  And so, usually a typical day would be one

Golkow Litigation Technologies - 877.DEPS.USA

28f041dc-a67d-4a52-9c38-dfac1b9ed0f5

## Page 10

1  or two open heart or thoracic cases and then seeing
2  consultations in the hospital.
3      Q.  And how does it come to be that you're
4  requested to consult?  Does that typically come from
5  a cardiologist?
6      A.  The majority of the cardiac cases come
7  from the cardiologists, majority.
8      Q.  Are there other -- other types of cases?
9  Do doctor or do patients come directly to you to see
10  you?
11      A.  We have some patients who have had
12  procedures -- for example, we have a cardiac cath at
13  another hospital -- just desire to come to our
14  facility.
15          Sometimes they'll -- we'll get called from
16  that cardiologist or the patient will self-refer to
17  our office or the family doctor will refer them in
18  if it's an elective type procedure.
19      Q.  Do you yourself do -- do more heart
20  surgeries tha -- than thoracic surgery or vascular
21  surgeries or is it equal?
22      A.  I would probably say that nearly 90
23  percent of what I do is cardiac surgery.
24      Q.  And the cardiac surgery would involve what
25  types of procedure?

## Page 11

1      A.  Coronary bypass grafting, valve
2  replacement and some ascending aortic aneurysm work.
3      Q.  And coronary artery bypass graft is what
4  Mr. Barnett had, correct?
5      A.  That's correct.
6      Q.  All right.  Could you explain to the jury,
7  please, what a coronary artery bypass graft is in
8  general?
9      A.  In general the patient has blockages in
10  the native or their own coronary arteries on the
11  art -- the heart -- the arteries in the surface of
12  their heart, and bypass grafting is using an artery
13  off of their chest wall or vein from their leg or
14  maybe even artery out of a forearm, bypassing or
15  going around that blockage to restore blood flow to
16  the heart.
17      Q.  Al right.  Now, do you cheat -- treat
18  patients with osteoarthritis?
19      A.  Not primarily.  We have patients with
20  osteoarthritis.  We don't do their primary
21  treatment.
22      Q.  And what about treating patient in terms
23  of pain management?
24      A.  We do manage pain.
25      Q.  All right.  And, Doctor, the prevention of

## Page 12

1  heart disease is a concern in our population today,
2  correct?
3      A.  Correct.
4      Q.  All right.  And so, Doctor, would it be
5  important that patients and doctors be made aware of
6  drugs that are potentially or have the potential to
7  contribute to heart attack or stroke?
8      A.  Yes.
9      Q.  And likewise, as a cardiovascular surgeon,
10  would it be important for you to know of a drug if
11  it had the potential of causing accelerated plaque
12  development?
13      A.  Yes.
14      Q.  And that would be important because that
15  can cause an injury, correct?
16      A.  Correct.
17      Q.  All right.  And once the heart, brain or
18  blood vessel is damaged, it does not regenerate,
19  correct?
20          MR. GOLDMAN:  Object to the form.
21  BY MS. SHERBANEE:
22      Q.  Go ahead.
23          MR. GOLDMAN:  You can answer.
24          THE WITNESS:  That is if the damage is
25  per -- there can be permanent damage as well as

## Page 13

1  temporary damage.
2          But anything -- cell death in the heart
3  and the brain typically relieve -- leaves a scar,
4  which is a permanent injury.
5  BY MS. SHERBANEE:
6      Q.  And that's not a good thing, is it?
7      A.  It can be -- it cannot be a good thing.
8      Q.  A scar in the heart, no matter what size,
9  is not a good thing, correct?
10      A.  It is not a good thing.
11          MR. GOLDMAN:  Object to the form.
12  BY MS. SHERBANEE:
13      Q.  Okay.  So a heart attack is never a
14  blessing, is it?
15      A.  No.
16      Q.  All right.  So if someone stated that
17  Mr. Barnett's heart attack was a blessing in
18  disguise, you would have to degree -- disagree with
19  that statement, wouldn't you?
20      A.  I would disagree with that, yes.
21      Q.  All right.  Now, Doctor, your exposure in
22  this case basically has been as the surgeon taking
23  care of Mr. Barnett when he had his heart attack
24  surgery, correct?
25      A.  That's correct.

Confidential - Subject to Protective Order

Page 14

1    Q.  All right.  And just preliminarily, I just
2  want to confirm, do you intend to render any
3  opinions as to the standards of care by Dr.
4  Barnett's past or current treating physicians such
5  as Dr. Mikolojcyk, Dr. Karavan or Dr. McCaffrey?
6    A.  No.
7    Q.  You haven't been asked to do that?
8    A.  No.
9    Q.  All right.  And you have not reviewed any
10  of Mr. Barnett's medical records prior to your first
11  involvement; is that correct?
12    A.  That's correct.
13    Q.  All right.  And according to my notes here
14  and records, and please correct me if I'm wrong, but
15  I believe the last time you saw Mr. Barnett was
16  sometime in October of 2002.  Does that sound about
17  right?
18    A.  That sounds about right.  I don't recall
19  seeing him after his postop visit, which would be
20  somewhere between three and four weeks after the
21  bypass surgery.
22    Q.  All right.  And you -- I believe you
23  deferred his cardiac care then to Dr. Karavan.
24  Would that be accurate?
25    A.  That would be accurate.  We typically,

Page 15

1  after we've established that they're doing fine from
2  a surgical standpoint, the cardiologist will
3  maintain the long-term cardiac care management of --
4  of their cardiac care long term.
5    Q.  All right.  And I -- unfortunately, we
6  don't have your original chart here.  But Merck
7  and -- and Mr. Barnett, we have been able to get
8  copies of your records.
9        And I have not seen any substantial
10  records after October or November of 2002.  Would
11  that be accurate, that you have not been forwarded
12  copies of any of his subsequent medical records, to
13  the best of your knowledge?
14    A.  No.
15    Q.  So would it be fair to say that you don't
16  have any understanding or opinions of his current
17  health status?
18        MR. GOLDMAN:  Object to the form.
19        THE WITNESS:  I don't know about his
20  current health status.
21  BY MS. SHERBANEE:
22    Q.  All right.  I think you answered this
23  question in retards -- in regards to when you last
24  examined him.  It was around October 2002?
25    A.  Correct.

Page 16

1    Q.  All right.  Now, do you have any
2  association whatsoever with Merck?
3    A.  No.
4    Q.  All right.  Or -- and -- and let me
5  include any professional or otherwise affiliation
6  with Merck?
7    A.  No.
8    Q.  Never spoken for Merck in any capacity?
9    A.  No.
10    Q.  Not a thought leader?
11    A.  No.
12    Q.  Have you ever received any type of
13  compensation from Merck, be it paid lunches, rounds
14  of golf, weekend retreats, things of that nature?
15    A.  Not that I'm aware of.  I -- I would say
16  that maybe when I was a resident in general surgery
17  years ago, but nothing in the last ten years that
18  I'm aware of.
19    Q.  And do you understand the term detailing
20  as it relates to sales reps coming to your office?
21  Is that a common word to you?
22    A.  Yes.
23    Q.  All right.  And do you recall ever
24  receiving any sales calls from any of Merck
25  employees regarding Vioxx?

Page 17

1    A.  Not that I'm aware of.
2    Q.  All right.  Do you know that anyone in
3  your office was ever detailed by Merck regarding
4  Vioxx?
5    A.  I don't know of anybody else being
6  detailed.
7    Q.  Have you ever been compensated for
8  speaking regarding certain drugs, and that can be
9  anyone else besides Merck since you said you've
10  never affiliated with them, any other drug
11  companies?
12    A.  No.  No.  No.
13    Q.  Any other medical device companies?  Ever
14  spoken on behalf of a medical device company?
15    A.  Not compensated other than I've done one
16  video with Dr. Joe Craver on implantation of a type
17  of heart valve, but I've not been compensated as
18  a -- as a speaker for a certain device or anything
19  like that.
20    Q.  All right.  Now, do you recall, Dr. Bryan,
21  ever prescribing Vioxx to Mr. Barnett?
22    A.  I don't recall starting a new prescription
23  for him.  I don't know if we renewed one or not.
24    Q.  During the time that you cared for
25  Mr. Barnett, did you prescribe any COX-2s?

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 18

1    A.  Not that I'm aware of.
2    Q.  Any reason why or why not?
3    A.  Most of the time for us we treat their
4  pain medicine -- pain management with narcotics.  I
5  mean, that's our -- usually a short term of
6  narcotics.  And that's -- at that point, usually by
7  the time they see us in the office they're not
8  requiring anything more than Tylenol for whatever I
9  do.  So, you know, it's not real common particularly
10 in the cardiac patients to be prescribing that.
11       In the thoracic patients, occasionally
12 with post thoracotomy pain, we might prescribe an
13 NSAID or a COX-2 for post thoracotomy discomfort.
14    Q.  Now, Doctor, would you agree that there's
15 a concern in the medical community today in regards
16 to the pro thrombotic effect of Vioxx?
17       MR. GOLDMAN:  Objection.  What -- what's
18 the -- object to the form.  And what does that have
19 to do with his care or --
20       MS. SHERBANEE:  I'm just asking him a
21 question.
22       MR. GOLDMAN:  -- Mr. Barnett?
23 BY MS. SHERBANEE:
24    Q.  Go ahead.  You can answer.  We're going to
25 be objecting, Doctor, and we'll banter back and

Page 19

1  forth.
2       MR. GOLDMAN:  Object.  Lacks foundation,
3  form.
4  BY MS. SHERBANEE:
5    Q.  Doctor, have you read any of the recent
6  studies regarding Vioxx and it's potential
7  cardiovascular effect?
8    A.  I read the colorectal study when it first
9  came out.  There was -- there was concern about the
10 COX-2 inhibitor Vioxx causing increased risk of
11 stroke and -- and MI or myocardial infarction, heart
12 attack.
13    Q.  All right.  And that would be the approved
14 study?
15    A.  I believe that's what it was.  It was
16 about two or three years ago?
17    Q.  Right.  And do you recall reading that
18 selective inhibition of COX-2 may be associated with
19 an increased risk of thrombotic events?
20       MR. GOLDMAN:  Object to the form.
21       THE WITNESS:  I've -- I've -- I've read
22 that before, yes.
23 BY MS. SHERBANEE:
24    Q.  And do you recall the conclusion -- and
25 this was published in the New England Journal of

Page 20

1  Medicine, correct?
2       MR. GOLDMAN:  What was?
3  BY MS. SHERBANEE:
4    Q.  The approved study.  Do you recall reading
5  that?
6    A.  Yes.
7    Q.  All right.  And do you recall reading the
8  conclusion that among patients with a history of
9  colorectal adenomas, the use of reofecox --
10 rofecoxib was associated with an increased
11 cardiovascular risk?
12    A.  Yes.
13    Q.  Doctor, do you have any opinion as to
14 whether or not Vioxx is pro thrombotic?
15       MR. GOLDMAN:  Object to the form.  Lacks
16 foundation.
17       Go ahead.  I'm sorry.
18       THE WITNESS:  No.
19 BY MS. SHERBANEE:
20    Q.  You have no opinion?
21    A.  I -- I have no -- no opinion on that.
22    Q.  All right.  Doctor, do the majority of
23 heart attacks occur from a thrombosis or a clot?
24    A.  The majority of heart attacks are a
25 thrombotic event.

Page 21

1    Q.  And so, Doctor, as a cardiac surgeon, a
2  cardiologist, would it be important for you to know
3  whether a drug like Vioxx had a role in myocardial
4  infarction or stroke?
5       MR. GOLDMAN:  Object to the form.
6       THE WITNESS:  Yes.
7  BY MS. SHERBANEE:
8    Q.  And, Doctor, would it be important for you
9  as a physician to know that a drug such as Vioxx
10 could cause increased plaquing?
11       MR. GOLDMAN:  Object to the form.  Assumes
12 facts not in evidence.  It lacks foundation.
13       THE WITNESS:  Yes.
14 BY MS. SHERBANEE:
15    Q.  Now, Doctor, you and I met before,
16 correct?
17    A.  Correct.
18    Q.  And I believe we discussed the surgery
19 that you performed on Mr. Barnett, correct?
20    A.  Correct.
21    Q.  I believe Ms. Myer was even with us.  Do
22 you recall that?
23    A.  Yes.
24    Q.  And we had the opportunity to go over your
25 care and treatment of Mr. Barnett, correct?

6  (Pages 18 to 21)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

**Page 22**

1    A. Correct.
2    Q. And even at one point we'd asked you if
3  you would be willing to review some documents, but
4  that never happened, correct?
5    A. Yes.
6    Q. Because there was a legal issue?
7    A. Right.
8    Q. So, Doctor, what documents have you
9  reviewed in preparation for your deposition, if any?
10    A. I've -- I've reviewed Mr. Barnett's chart
11  and -- and that's basically what I reviewed, Mr.
12  Barnett's chart. And I believe at one time I
13  reviewed the CV of an expert that he had. That was
14  it.
15    I was given that. That was about what I
16  reviewed for this case. I never reviewed the
17  booklet, I guess you would call, that was sent. I
18  never had the opportunity to look at that, so ...
19    Q. And as a matter of fact, that came back?
20    A. That came back.
21    Q. So you never reviewed anything?
22    A. No. That, I never even looked at.
23    Q. All right.
24    MR. GOLDMAN: Can -- did -- can you just
25  state for the record what is -- what's the book that

**Page 23**

1  you've talking about?
2    MS. SHERBANEE: We can take a break. It
3  was a copy of approved -- some medical studies. I'd
4  be happy to show those to you.
5    MR. GOLDMAN: And whose CV?
6    THE WITNESS: It was Dr. Farquar's and
7  your expert.
8    MS. MYER: Dr. Rayburn.
9    MS. SHERBANEE: Dr. Rayburn.
10    MR. GOLDMAN: Okay.
11  BY MS. SHERBANEE:
12    Q. All right. Have you had any discussions
13  at all with defense counsel in this case?
14    A. No.
15    Q. All right. And no one from Merck?
16    A. No one from Merck, no.
17    Q. All right. Have you discussed this
18  deposition with any other doctors or anybody, for
19  that matter?
20    A. Dr. Karavan let me know he had one done
21  and that was about as far as it went.
22    Q. All right. Did you have the opportunity
23  to go back and review the Grand Strand medical
24  reports?
25    A. I -- I have. I reviewed those, yes.

**Page 24**

1    Q. All right. All right. Doctor, what I
2  would like to do is start going over some of your
3  care and treatment.
4    A. Uh-huh.
5    Q. Why don't we first go to your consult, and
6  I'll give you a copy of it.
7    A. Sure.
8    Q. Now, Doctor, just in general, and I'm not
9  sure if you remember or not, how you first were
10  contacted in this case, but can you tell me what the
11  custom and practice would be, and if you
12  specifically know, go ahead, on Mr. Barnett how you
13  were called in on this case?
14    A. All right. Typically the patient, in this
15  case Mr. Barnett, was admitted with a heart attack
16  and he was admitted to Grand Stand Regional Medical
17  Center when during his heart attack he had developed
18  chest pain. And basically -- I don't have the
19  admission history. Typically, either a hospital --
20  a hospitalist or internal medicine doctor who works
21  for the hospital or the cardiologist will admit the
22  patient. Undergoes a work-up, undergoes
23  catheterization if indicated and if the
24  catheterization shows surgical disease or disease
25  that would be best treated by having surgery, then

**Page 25**

1  I'm consulted by the cardiologist. That's the
2  typical flow of -- of -- of treatment in -- in the
3  hospital.
4    Q. Any reason to suspect that that did not
5  happen in this case?
6    A. No.
7    Q. All right. Do you recall having any
8  specific discussions at all with Dr. Karavan about
9  Mr. Barnett on -- on or before September 9, 2002?
10    A. Typically, Dr. Karavan would call me after
11  the cath and tell me I have a 58-year-old gentleman
12  who had a non QI and he has three-vessel disease
13  and, you know, would you mind seeing him for bypass.
14    That's typically the first time I'd
15  hear -- hear from Dr. Karavan about the patient.
16    Q. All right. And so what would -- what
17  would be the next step? What would happen?
18    A. Typically, at that point I would review
19  the films that Dr. Karavan did that day, the cardiac
20  catheterization films, and then after that review
21  the chart and examine the patient and talk to the
22  patient about what we thought might need to be done
23  in -- in his particular circumstance.
24    Q. Aside from the -- the films -- and by the
25  films, just so we're clear, that would be the

Confidential - Subject to Protective Order

---

**Page 26**

1  angiography that was performed?
2      A.  That would be the angiography Dr. Karavan
3  performed.
4      Q.  And I'll go into this in a little bit
5  further.  But Mr. Barnett did have a Cardiolite
6  stress test in 2000.  Would that have been something
7  that you would have reviewed?
8      A.  No.  At that point with the amount of
9  disease he had I would want -- like to know what the
10  stress test demonstrated to know which area was
11  active at that time, but it would not really -- with
12  the degree of disease that he had, would not change
13  my treatment plan at all.
14      Q.  Okay.  And so you looked at the angiogram.
15  Did you look at any of the EKGs or any of his
16  admitting information?
17      A.  We would look -- I would look at all his
18  lab work, EKG, chest x-ray.  I would look at all --
19  all of that.
20      Q.  All right.  Now, going to Exhibit 1, which
21  you have in front of you, which is your consult,
22  there is something that says HPI history?
23      A.  That's present -- history -- history of
24  present illness.
25          (PLF. EXH. # 1, consult, marked

---

**Page 27**

1          for identification.)
2  BY MS. SHERBANEE:
3      Q.  All right.  Now, this history was obtained
4  from whom?  Was it the patient?  Did you get it from
5  the chart or how -- how did you get this
6  information?
7      A.  Both from the patient and the chart.  I
8  usually look at what the chart -- what's given
9  before and then I talk to the patient and confirm
10  everything that's been said and actually maybe even
11  ask a few more questions than -- than what was on --
12  what was on the chart.
13      Q.  All right.  Under the paragraph titled
14  HPI, there is a portion where you say:  The patient
15  has a history of chest pain dating back to January
16  of 2000, when he underwent a Cardiolite stress test
17  for his sharp chest pain?
18      A.  Uh-huh.
19      Q.  That would have been something that you
20  obtained by history, correct?
21      A.  History, yes.
22      Q.  All right.  And so you did not, just to
23  clarify, on this particular date go and look at the
24  results of the stress test?
25      A.  No.  No.  I got this off -- if it was in

---

**Page 28**

1  the computer -- in the computer -- if it was done at
2  Grand Strand, it might be on the radiology system or
3  from Dr. Karavan's notes or whomever had seen him
4  before me.
5      Q.  Would the report be on that computer
6  system?  Would you have been able to pull up the
7  report?
8      A.  If he had it at Grand Strand.  It might
9  be -- I -- I believe at that point in 2002, you
10  could still get 2000 -- data from 2000, but I'm
11  not -- there was -- there was a period of time where
12  the -- the computer systems switched over to where
13  these were all put in.  There was a period of time
14  when it was just labeled billed, meaning it had been
15  done.
16          So whether it was in 2000, it may have
17  been prior to the actual reports.  But I would have
18  gotten that either from Dr. Karavan having done it,
19  having seen the results of that or his family doctor
20  having or the patient knowing.  I would have
21  probably gotten that off the chart in some way.
22      Q.  All right.  And so at that point it sounds
23  like you would have been relying on Dr. Swami's
24  interpretation of the report?
25          MR. GOLDMAN:  Object to the form.

---

**Page 29**

1          THE WITNESS:  Yes.
2  BY MS. SHERBANEE:
3      Q.  All right.  Does this report in any way
4  impact the care and treatment that you rendered to
5  him in 2002?
6      A.  No.
7      Q.  All right.  Going on where it says:
8  Subsequently, the patient did well with only
9  occasional slight sharp chest pain usually
10  associated with his abdomen being bloated, that
11  would have been something you got from the patient?
12      A.  From the patient.
13      Q.  All right.  Next paragraph down, there are
14  findings in regards to the cardiac catheterization?
15      A.  Yes.
16      Q.  And were these your impressions?
17      A.  My impressions could be -- you know,
18  doc -- I usually look at mine, look at the
19  cardiologist's.  Sometimes I disagree.  I mean,
20  since it might be a little tighter I think or
21  something or maybe not quite as tight.
22          But typically with Dr. Karavan, we're
23  pretty much in agreement most of the time.  It's
24  usually about the -- what he sees is about what I
25  see with him.

---

8  (Pages 26 to 29)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 30

1    Q.   All right.  Dr. Bryan, just for the jury,
2    there are some — just some basic anatomy.  There
3    are some major vessels that profuse the heart; is
4    that correct?
5    A.   That's correct.
6    Q.   And would you agree, the heart is a
7    muscle, and so it requires blood to flow to it to
8    provide it with oxygen?
9    A.   Yes, the heart is a muscle.
10   Q.   All right.  And are there certain major
11   coronary arteries that you look at when you're
12   performing a cardiac catheterization?
13   A.   Yes.
14   Q.   And what would those be?
15   A.   There are two systems, a left system and a
16   right system.  The left coronary artery supplies
17   mainly the front and in most people the front and
18   side of the heart.  It breaks off into two branches.
19   The one in the front is called the anterior
20   descending on the front going down.  It supplies the
21   front of the heart.  And then there's a circumflex
22   going around the side, an artery called the
23   circumflex artery, and it'll break off into one,
24   two, three — four branches depending on the
25   patient.

Page 31

1        Those are the — the anterior descending
2    and the circumflex are the two major left-sided
3    arteries in most people.  And then there's a right
4    coronary artery which supplies mainly the bottom of
5    the heart, just to simplify things.  So there are
6    three major coronary arteries.
7        Now, all of these arteries can have
8    branches off — off of them that might need to be
9    bypassed.
10   Q.   Doctor, would you agree then that the LAD
11   supplies at least more than 50 percent of the
12   myocardial mass of the left ventricle?
13   A.   It supplies around 40 to — 40 to 60
14   percent depending on the size of the vessel.
15   Q.   So if there's an occlusion in one of these
16   vessels, what happens?
17   A.   An — an — an occlusion, if you totally
18   shut off the artery acutely, meaning just suddenly,
19   you start having loss of blood flow and basically
20   the substrate or the beginning of a heart attack.
21   Q.   Is that what happened in Mr. Barnett's
22   case?
23   A.   At — at some point he had a heart attack,
24   which implies that at some point he had low blood
25   flow to a portion of his heart.

Page 32

1    Q.   Doctor, if I represent to you that
2    Dr. Karavan has been deposed, and he has, and he's
3    testified that in — in reviewing the angiogram he
4    saw a hangup of dye distally in the PDA and that
5    goes with an acute event, is that something that you
6    agree with?
7    A.   I would agree that his PDA, posterior
8    descending right coronary branch was occluded at the
9    time of — at the time of his catheterization and it
10   filled from the less system collaterals or other
11   routes to that vessel.
12   Q.   And do you recall seeing the dye hangup in
13   the angio?
14   A.   It was — it was sluggish —
15       MR. GOLDMAN:  Object to the form.
16   BY MS. SHERBANEE:
17   Q.   Go ahead.  I'm sorry.
18   A.   I'm sorry.  It was sluggish on the — it
19   was — there was some dye hangup in the PDA.
20   Q.   All right.  So you reviewed the cardiac
21   catheterization and you came up with a treatment
22   plan?
23   A.   Correct.
24   Q.   And what was that treatment plan?
25   A.   To perform coronary bypass grafting on

Page 33

1    Mr. Barnett.
2    Q.   And if you could explain to the jury,
3    please, how you decided which vessels need treatment
4    and which ones don't?
5    A.   Basically, just to simplify things, any
6    vessel that has a — and we have to look at two
7    things: one, the degree of blockage the vessel has;
8    two, the size of the vessel.
9        So to — to simply put it, vessels with 60
10   to 70 percent or greater stenosis or blockage that
11   are sizable enough to be bypassed are gonna be
12   grafted typically.  So if it's a very, very small
13   vessel on cath, it's possible you may not even
14   bypass it because it would be too small to support a
15   graft.
16       Part of the thing for bypass is you have
17   to have enough vessel to support the runoff of a
18   graft.  You don't want to put a big country road —
19   I mean, a big super highway to a little country
20   road.  I mean, that's not gonna work.
21       But — so when we decide what vessels to
22   do, we look at, one, the size of the vessel; how big
23   is it; is it big enough to be grafted; and two, how
24   tight is the blockage above it.  Those are the two
25   things we look at.

9 (Pages 30 to 33)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 34

1    Q.  How do you attempt to reperfuse these
2  vessels?
3    A.  We use typically a vein from the leg for
4  vessels that are not in the anterior descending, and
5  I would say in my practice — I mean, 99 percent of
6  the time the anterior descending is bypassed with an
7  artery off the chest wall called the mammary artery.
8    Q.  And is, for lack of a term better, is the
9  mammary artery a better vessel to use than the
10  saphenous vein if you can?
11    A.  Yes.
12    Q.  And why is that?
13    A.  The mammary artery has -- has the benefit
14  of not only having a very -- being very resistant to
15  plaquing, it has a long-term patency rate that is
16  far superior to two veins.  It deceases the risk of
17  him having to come back for another operation in his
18  lifetime.  It improves his survival after an
19  open-heart operation and there's also some data to
20  suggest that it might help prevent plaquing
21  downstream in the -- in the native artery.
22    Q.  So in certain circumstances then, you have
23  to use -- you're -- you're able to use the mammary,
24  but you also have to use the saphenous graft?
25    A.  In -- in most patients we -- we use

Page 35

1  saphenous vein for -- for the other vessels.
2    Q.  And are those the vessels that over time
3  may have to be replaced?
4    A.  It's -- it's possible.  It is possible.
5    Q.  All right.  Now, some labs were drawn,
6  Dr. Bryan, on Mr. Barnett and one of them was a
7  troponin level.  Do you recall that?
8    A.  Yes.
9    Q.  And could you explain for the jury,
10  please, what a troponin level is?
11    A.  A troponin is a sub-selective compound
12  found in -- in muscle and it's -- a troponin is more
13  selective for heart muscle than -- than other muscle
14  in the body.  So the troponin that's measured is a
15  troponin more specific to heart muscle.
16       The one drawn in a laboratory to rule out
17  a heart attack is the one that's more specific to
18  heart muscle and -- and when it's elevated, by
19  definition it is a heart attack if it's elevated.
20    Q.  The other enzyme that's tested is CPK,
21  correct?
22    A.  Yes.
23    Q.  Is that's one that is not quite as -- as
24  specific for cardiac injury?
25    A.  Not quite as specific for a heart attack.

Page 36

1    Q.  Now, Mr. Barnett's troponin level was 1.4
2  at its last measurement.  Do you recall or do you
3  see that in your record?
4    A.  Yes.
5    Q.  And that's clearly elevated?
6    A.  Yes.
7    Q.  All right.  And so an elevated troponin
8  level would be a clinical marker for myocardial
9  damage; would that be correct?
10       MR. GOLDMAN:  Object to the form.
11       THE WITNESS:  Yes.
12  BY MS. SHERBANEE:
13    Q.  All right.  So based upon the reported
14  finding of 1.4, did Mr. Barnett suffer clinically,
15  in your opinion, from a myocardial infarction?
16    A.  Yes.
17    Q.  He suffered myocardial damage?
18    A.  Yes.
19    Q.  Going back, Doctor, to your consult,
20  Exhibit 1, PMH, that's past medical history?
21    A.  Correct.
22    Q.  And you write significant for the
23  following and number one, hyperlipidemia.  Do you
24  see that?
25    A.  Yes.

Page 37

1    Q.  Cervical disc herniation secondary to MVA
2  in 1979, and there's a list of a few others?
3    A.  Yes.
4    Q.  Where did you obtain that information?
5    A.  Both from the chart and from the patient.
6    Q.  All right.  Going on to the next page,
7  Doctor, did you have any understanding at that point
8  as to what his lipid levels were as of the time you
9  first started treating him?
10    A.  I don't recall if — if I had those
11  available or not.
12    Q.  All right.  Has — let me ask you this
13  question:  In terms of lipid levels, have the
14  modalities for treatments changed over the years; in
15  other words, the -- the levels -- a cholesterol of
16  200 at one point may not have been treated and --
17  and maybe now it's more aggressively treated?
18    A.  The treatment of lipids is more aggressive
19  than it was even five years ago, particularly in
20  patients with -- with known coronary disease or have
21  undergone coronary bypass grafting, undergone
22  stenting particularly -- or a very strong family
23  history.
24       The -- the recommendations for lipid
25  therapy are — are much more aggressive than they

Confidential - Subject to Protective Order

Page 38

1  used to be.
2    Q. All right. And I believe I'd asked you
3  this question, but: You would not be critical of
4  the care that Mr. Barnett received by Dr. McCaffrey
5  or Dr. Mikolojcyk in regards to his lipid
6  management?
7    A. No.
8    Q. Going on to page 2, Doctor, of your
9  consult, SH, I'm surmising that that's social
10  history?
11    A. Social history.
12    Q. And you wrote: He has never smoked and he
13  does not drink alcohol. Why is that important?
14    A. For the smoking, risk factors for plaque
15  formation also for, you know, risk of emphysema for
16  patients who are about to have anesthetic.
17    Alcohol, you know, is he an excessive
18  drinker, which may increase his risk for plaque
19  formation or, from our standpoint, alcohol
20  withdrawal with surgery. That's — that's one of
21  the — a couple of reasons why you ask for those
22  issues.
23    Q. All right. And so that was a good thing
24  that Mr. Barnett was not a smoker, in your opinion?
25    A. Yes.

Page 39

1    Q. All right. You performed a physical
2  examination, correct?
3    A. Yes.
4    Q. And what was your -- what were your
5  findings on his vital signs? Let's start off with
6  those.
7    A. He had no fever. Pulse was normal. Blood
8  pressure was normal, was -- was well controlled and
9  he was a little bit short, thin man.
10    Q. All right. So he was not obese?
11    A. No, he was not obese.
12    Q. All right. And so you evaluated his lab
13  studies?
14    A. Yes.
15    Q. No contraindication to proceeding with
16  surgery?
17    A. No.
18    Q. And I believe that his surgery was
19  scheduled then for the next day. Would that be
20  right?
21    A. Yes.
22    Q. All right. I believe, Doctor, that you
23  wanted to order or you did order, actually, a
24  corotid ultrasound. Do you recall that?
25    A. Yes.

Page 40

1    Q. And for what reason did you order a
2  corotid ultrasound?
3    A. Two reasons: one, he did have a family
4  history of TIA. His mother had TIA. His father had
5  had a stroke between two heart attacks when he was a
6  fairly young gentleman. His father had a heart
7  attack at 62 and 68 and, apparently, Mr. Barnett
8  related to me that he had had a stroke in between
9  those two MIs.
10    But one of the main reasons is that he had
11  a moderate left main stenosis. The -- and that
12  particular plaque is — is a risk factor for having
13  corotid disease. About 35 percent of people with a
14  left main blockage will be found to have some degree
15  of corotid disease. So in those folks, typically
16  screen them with a corotid ultrasound.
17    Q. All right. And, Doctor, we'll mark as
18  Exhibit Number 2 the report, the corotid ultrasound.
19        (PLF. EXH. # 2, corotid
20        ultrasound, marked for
21        identification.)
22  BY MS. SHERBANEE:
23    Q. And if you could just briefly tell the
24  jury what the findings were?
25    A. The finding was that he had kind of a

Page 41

1  tortuous or kind of a coiled corotid arteries, but
2  there was no evidence of significant blockage in --
3  in these arteries.
4    Q. That was a good thing?
5    A. That's a good thing.
6    Q. All right. And so you decided to proceed
7  with surgery?
8    A. Yes.
9    Q. All right. I'm trying to keep as
10  chronological as possible, Doctor. I have copies
11  from the Grand Strand chart, your progress reports,
12  so I'll be referring to those. So aside, Doctor,
13  from the --
14    MR. GOLDMAN: Are you marking this as 3?
15    MS. SHERBANEE: Oh, I'm sorry. 3? Yes,
16  Exhibit 3.
17        (PLF. EXH. # 3, copies of
18        witness' progress reports from
19        Grand Strand chart, marked for
20        identification.)
21  BY MS. SHERBANEE:
22    Q. Do you see the very first page there?
23    A. Yes.
24    Q. Is that your handwriting?
25    A. That's my handwriting.

Golkow Litigation Technologies - 877.DEPS.USA

28f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 42

1    Q.  And would this correlate with the dictated
2   consultation?
3    A.  Yes.
4    Q.  Would you just kindly, for the record,
5   Doctor, read your entry?
6    A.  58-year-old male admitted 9/6 with non Q
7   wave MI. Peak troponin 1.40.  Cap today
8   demonstrated the following:  Number 1, 50 distal
9   left main. Number 2, 80 percent D1 small vessel.
10  Number 3, circumflex small with diffuse disease.
11  Number 4, proximal 80 percent RI, which is ramus
12  intermedius. Number 5, occluded PDA. Number 6, LV
13  branch 80 percent proximal stenosis.  Number 7,
14  ejection fraction approximately 50 percent, LVEDP
15  6 -- and LVEDP is a pressure measurement within the
16  heart chamber.
17       The patient is a candidate for coronary
18  bypass grafting.  Procedure and attendant risk
19  explained.  All questions answered.  Alternative
20  therapies discussed.  Patient voiced understanding
21  and wishes to proceed.
22       Mortality risk, 2 to 3 percent.  Morbidity
23  risk, 5 to 10 percent.  Plan OR tomorrow a.m.
24  9/10/02 second case.
25   Q.  And so, obviously, surgery proceeded,

Page 43

1   correct?
2    A.  Yes.
3    Q.  All right.  Let's go to your operative
4   report.
5       MS. SHERBANEE:  That's Exhibit 4.
6       (PLF. EXH. # 4, operative
7        report, marked for
8        identification.)
9   BY MS. SHERBANEE:
10   Q.  And, Doctor, if you could kindly for the
11  jury explain what you did during the surgery?
12   A.  Well, basically what we do during the
13  surgery is make an incision down the middle of the
14  chest, starts a little bit below the notch in your
15  neck and goes just to the end of your chest where
16  you feel the little bit of cartilage at the end of
17  your chest.
18       At the same time that is going on,
19  typically the physician assistant is taking vein out
20  of one of the legs, and back in 2002 that would have
21  been done with an open incision all the way up and
22  down the leg.
23   Q.  So that's a -- excuse me -- that's a
24  surgical assistant?
25   A.  Yes.

Page 44

1    Q.  Would that -- would that have been
2   Mr. Schreckengast?
3    A.  Correct.
4    Q.  Okay.
5    A.  While -- while he's doing that, I would
6   take the mammary artery off the chest wall.  And we
7   lifted the left side of the sternum up a little bit
8   with a retractor and then take down the artery off
9   the chest wall?  And then typically after I have all
10  of the conduit vein artery harvested, we will go on
11  the heart/lung machine by putting a canula in their
12  aorta and a canula in their right atrium so that we
13  can stop their heart, and we put a clamp on their
14  aorta, stop the heart and then we're going to sew on
15  these grafts beyond the blockage.  We don't do
16  anything to the blockage.  We go beyond it.
17   Q.  So you don't remove these vessels?
18   A.  No.  We don't remove any of the plaque.
19  Typically we don't do that.  Typically we don't do
20  that.
21       And then after we finish making all of the
22  connections to restore blood flow, we take the clamp
23  off the aorta and the heart starts beating and put
24  some drains in, typically put little some wires on
25  the surface of the heart to keep the -- if their

Page 45

1   heart rate is a little slow so we can keep them a
2   little faster and -- and then close their chest up
3   and take them back to the ICU.
4    Q.  Generally speaking, how did Mr. Barnett
5   do?
6    A.  From a technical standpoint, everything
7   went -- went -- sounds -- reads as though it went
8   very well.
9    Q.  Now, bypass will not heal the area of the
10  heart that's already injured, correct?
11       MR. GOLDMAN:  Object to form.
12       THE WITNESS:  Any dead -- sorry.
13  BY MS. SHERBANEE:
14   Q.  Go ahead.
15   A.  Any dead tissue it will not heal.  Any
16  stunned tissue it will heal.  But anything that's
17  dead, anything that's not -- has cell death, it
18  won't heal that.
19   Q.  Doctor, we'll go back to Exhibit 2, which
20  are the progress notes, so I can just finish up that
21  line of questioning.
22       MR. GOLDMAN:  It's Exhibit 3.
23  BY MS. SHERBANEE:
24   Q.  Sorry, Exhibit 3.  And on that there's an
25  entry you made 9/10 at 1530.  Is that your

12  (Pages 42 to 45)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 46

1  handwriting?
2      A.  Yes.
3      Q.  And if you could kindly read for the jury
4  what your notes say?
5      A.  Preop diagnosis, ASCAD: Atherosclerotic
6  coronary disease.  Non Q wave MI.  Postoperative
7  diagnosis same.  Procedure, coronary bypass grafting
8  times five.  Left anterior mammary artery --
9      MS. SHERBANEE:  A little slower for the
10  court reporter.
11      THE WITNESS:  Okay.
12      MS. SHERBANEE:  Go ahead.
13      THE WITNESS:  Saphenous vein graft to
14  second diagonal.  Saphenous vein graft to ramus
15  intermedius.  Natural Y saphenous vein graft to
16  posterior descending and left ventricular branch.
17  Anesthesia, general.  Surgeon, Bryan M.D.
18  Assistant, Schreckengast, PAC.  Tubes, two
19  mediastinal, one left plural.  Wires --
20      Q.  Those are chest tubes?
21      A.  Chest tubes.  Wires, one ventricular, one
22  ground.  Two CVICU postop.
23      Q.  And then it looks like on the next day you
24  saw him; is that correct?
25      A.  Correct.

Page 47

1      Q.  And then if you could read for the jury
2  starting with date and time?
3      A.  9/11, 0645.  CTS postop day number one.
4  Extubated, breathing tube came out approximately six
5  hours postop.
6      Q.  Is that standard?
7      A.  That's standard.  That's standard.
8      Q.  Okay.
9      A.  Afebrile.  Blood pressure 122/62.  Heart
10  rate 100.  Respiratory rate 14.  CI, cardiac index,
11  4.0.  CVP, 12.  PAP, pulmonary artery pressures,
12  23/13.  Urine output 2650 -- 2655.
13      Q.  Does that mean his kidneys are profusing?
14      A.  Yes.
15      Q.  And his was --
16      A.  They were --
17      Q.  -- profusing okay?
18      A.  They were doing very well.
19      Q.  Okay.
20      A.  That's basically, roughly, you know, 16
21  hours of urine output.  That's -- that's good.
22  That's over 100 ccs an hour.
23      Chest tube output, 415 ccs for the 24
24  hours.  Lungs, clear bilaterally.  Portable chest
25  x-ray okay.  Core or heart, regular rate and rhythm.

Page 48

1  Abdomen, soft.  Positive bowel sounds.  Extremities
2  trace edema.  Lab work, white blood cell count 14.5;
3  hematocrit, 31.6; platelet count, 194; potassium,
4  4.9; BUN/creatinine, 130.9; magnesium 1.7.
5      Q.  Were those stable?
6      A.  Those were stable, yes.  Impression,
7  stable.  Plan to P -- PCU, progressive care unit
8  this a.m.
9      Q.  All right.  And did you see him on the
10  12th?
11      A.  I saw him on the 12th.
12      Q.  All right.  And it looks like there may
13  be -- that's your PA's signature?
14      A.  That would be Mr. -- that would be Ernie
15  Stokes.
16      Q.  Okay.  And did he see him or did you both
17  see him?
18      A.  He -- typically -- depending on if I beat
19  him there or not.  The PAs will usually see the
20  patient first, write -- write a note.  Then we go
21  examine the patient and add anything we want to add
22  on and sign the note.  And whatever the plan might
23  be for that day we'll say, you know, we need to do
24  this.
25      Q.  All right.  And so the plan for that day

Page 49

1  was what?
2      A.  The plan for that day was to remove his
3  pacing wires and then to walk -- start walking him
4  and also with -- he had very little chest tube
5  output for the 12 hours at night, that we consider
6  getting his chest tubes out that -- that day as
7  well.
8      Q.  And the -- if you could explain for the
9  jury what pacing wires are just briefly?
10      A.  They're little insulated wires that have
11  either a little metal lead or a little wire on the
12  end and you put them on the surface of the heart.
13      Every now and then patients will have a
14  slow heart rate because they're on medicines that
15  slow their heart rate preop.  And postop we don't
16  like their heart rate to be 60.  We want them
17  usually 80 to 100.  So if -- if we need their heart
18  rate a little higher, we can use these wires.
19      But they slide right out and -- and -- and
20  they're temporary.  They perform the same function
21  as a permanent pacemaker, but it's just something
22  that we can slide right out.  They come out through
23  the skin.  They're on the surface.  They come out
24  through the skin.  We just -- they look like just a
25  little tiny wire.  We just slide them right out.

Golkow Litigation Technologies - 877.DEPS.USA

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 50

1    Q.  Do you recall if Mr. Barnett had any
2  rhythm disorders that -- that -- during this
3  admission?
4    A.  There are none that I see in the -- in the
5  progress notes.
6    Q.  Okay.  And so let's go on to the next day
7  that you saw him, which I see is 9/13/02?
8    A.  Yes.
9    Q.  And if you could just tell us generally
10  how Mr. Barnett was doing and what your plan was?
11    A.  At that point it -- it looks like he was
12  doing very well.  It looks like we took out -- we
13  had three chest tubes.  It appears that we took out
14  two the day before.  We left one -- left one chest
15  tube in.  Took that out that day.
16      Blood work looked well within the line for
17  that point postop and there was consideration for
18  getting him home the following day.
19    Q.  If you could explain for the jury, please,
20  what a chest tube is and what its purpose is?
21    A.  The -- a chest tube is basically a -- a --
22  a tube that's, depending on the size, is -- it
23  drains space for blood.
24      In heart surgery we use so much blood
25  thinner for open-heart surgery that we typically

Page 51

1  leave tubes in the space between the heart and the
2  chest wall and sometimes in the left lung cavity
3  where we take the artery off the chest wall to drain
4  those spaces to keep them dry so blood doesn't
5  cumulate in the chest.  And they stay in, depending
6  on your philosophy, between one and two days, three
7  days postop.
8    Q.  And so Mr. Barnett's chest tubes came out
9  on the 13th?
10    A.  The last one did, yes.
11    Q.  Okay.  And let's go on to the next note on
12  the 14th of September.
13    A.  Yes.
14    Q.  Same -- same question.  How was he doing
15  and ...
16    A.  He was doing well.  He was discharged home
17  that day.
18    Q.  All right.  And the plan was to see him in
19  your office at some point in time?
20    A.  Typically how we handle -- handle our
21  postops is within 7 to 10 days after surgery they
22  see our nurse in the office.
23      We have sutures tied down where the tubes
24  were.  The nurse will remove those.  And it's just a
25  how are you doing one week follow-up.  Make sure

Page 52

1  they don't have any problems.
2      They get their blood pressure checked.
3  They examine and listen to their lungs and heart.
4  Make sure they don't have any questions.  It's kind
5  of an interim visit with the nurse.  And if there's
6  a problem, then one of us will come over and see
7  them if there's an issue.  And then typically at
8  three weeks, roughly, we'll see the patient at that
9  point for their formal postop visit with the
10  physician.
11    Q.  Now, in terms of management of their
12  medications, is that something that you do or is it
13  another physician that manages their medications if
14  they need any?
15    A.  The first three to four weeks until we see
16  them we typically manage their medications.
17    Q.  Okay.  Doctor, I'd like to briefly go back
18  to Exhibit 1.  Quick question on your consult, page
19  2, under medications, and you have written down here
20  Vioxx 25 milligrams, POQD?
21    A.  Yes.
22    Q.  And what does that mean?
23    A.  He's taking 25 milligrams of Vioxx daily.
24    Q.  And at that point in time had you known
25  how long he had been on Vioxx?

Page 53

1    A.  No.  No, I didn't.  I don't remember
2  writing how long he had been on it.
3    Q.  Prilosec, what is that for?
4    A.  That -- that's an anti-ulcer medicine.
5  It's a medicine you can buy over the counter now,
6  but it's for heartburn, reflux, ulcers.  It's -- it
7  cuts down acid in the stomach.
8    Q.  To your knowledge, does Prilosec cause
9  heart attacks?
10    A.  No.
11    Q.  What is Lipitor?
12    A.  Lipitor is a medication that is used for
13  management of cholesterol, to lower your
14  cholesterol.
15    Q.  And how long and what dosage had
16  Mr. Barnett been taking?
17    A.  How long, I don't know.  He had been on
18  Lipitor until five days -- it says he has another
19  drug.  He stopped it five days prior, but he had
20  been on Lipitor 20 milligrams a day for some period
21  of time.
22    Q.  And do you know whether Lipitor causes
23  heart attacks?
24    A.  Not associated with heart attacks.
25    Q.  Okay.  And then the last drug here is

14  (Pages 50 to 53)

Confidential - Subject to Protective Order

**Page 54**

1  Sporanox. What is that?
2    A.  That's a drug that's typically used for
3  antifungal. It's -- a lot of people use it for bad
4  toenails when they get the fungal -- fungal
5  infection to their toenails.
6        And if I remember -- I don't ever
7  prescribe it, but I think they go on a short -- they
8  *go on a course of it for a period of time and -- and*
9  typically with that drug they -- you stop Lipitor
10  because of some -- I believe there are some rhythm
11  issues when you have both together.
12    Q.  Okay. And he told you his last Sporanox
13  dose had been five days previous?
14    A.  Right.
15    Q.  Okay. Doctor, the next document I'd like
16  to go to is your discharge summary.
17        MS. SHERBANEE: And that will be -- we'll
18  mark that as Exhibit 5.
19        (PLF. EXH. # 5, discharge
20          summary, marked for
21          identification.)
22  BY MS. SHERBANEE:
23    Q.  Now, it looks like to me, if you look at
24  page 2, Mr. Schreckengast dictated this; would that
25  be accurate?

**Page 55**

1    A.  Yes.
2    Q.  However, would this be something that you
3  would adopt?
4    A.  Usually -- yeah, we'll adopt -- we'll sign
5  it.
6    Q.  Okay. Discharge medications, let's start
7  out with the discharge medications that you
8  prescribed. The first I have here is on the
9  discharge medication list is aspirin.
10        What is the purpose of aspirin, Doctor?
11    A.  Aspirin is an anti-platelet medication to
12  help improve -- improve graft patency postop or for
13  our purposes, improve graft patency.
14    Q.  Is that pretty much a standard medication
15  that's prescribed after bypass surgery?
16    A.  Yes.
17    Q.  All right. Have you ever prescribed
18  *Naprosyn instead of aspirin for this purpose?*
19    A.  No.
20    Q.  Why not?
21    A.  It's not been demonstrated to improve --
22  it has not been demonstrated to have the same effect
23  as -- as aspirin.
24    Q.  Okay. And then Prilosec, was that a
25  continuation of --

**Page 56**

1    A.  Yes.
2    Q.  -- the Prilosec he had been on? Lipitor,
3  same thing?
4    A.  Yes.
5    Q.  Vioxx, did you have any discussions with
6  him about Vioxx at all?
7    A.  No. I just -- we just -- he had been on
8  it preop, so we continued it postop for his
9  osteoarthritis.
10    Q.  All right. Now, Darvocet N, what was that
11  for?
12    A.  That's a pain medication, narcotic
13  medication that we use.
14    Q.  And that's as needed?
15    A.  As needed, yes.
16    Q.  That would be for sternal chest pain,
17  incisional pain?
18    A.  Sternal -- sternal chest pain. Sometimes,
19  back in that day, leg incisional pain. Sometimes
20  they get a little pain in their neck and their back
21  from the sternotomy, so it's for general aches after
22  surgery.
23    Q.  All right. And Lopressor 50, what is
24  that?
25    A.  Lopressor is a beta blocker. A beta

**Page 57**

1  blocker is a drug that is known to decrease blood
2  pressure and slow heart rate. It is a standard
3  medication used after heart attacks.
4        It's also a standard postoperative
5  medication in open-heart surgery for one -- for two
6  reasons: one, it's all -- it's been -- it's been
7  shown to decrease the rate of rhythm problems after
8  heart surgery; but two, it also improves survival in
9  post MI, post heart attack patients.
10    Q.  Is that something that patients are
11  typically on long term?
12    A.  Typically, once you've had heart surgery
13  and you've had this done, you're gonna stay on
14  Lopressor the rest of your life unless you have a
15  problem with it, or some beta blocker. They may
16  change the beta blocker, but it'll be a -- usually
17  on a beta blocker.
18    Q.  Okay. And then multivitamins, probably
19  self-explanatory?
20    A.  Yeah.
21    Q.  All right. So it looks like you saw
22  Mr. Barnett. He came to your office. We'll go to
23  the next exhibit.
24        MS. SHERBANEE: Which is Exhibit 6.
25        (PLF. EXH. # 6, progress notes

Golkow Litigation Technologies - 877.DEPS.USA

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 58

1          dated 9/20/02, marked for
2          identification.)
3    BY MS. SHERBANEE:
4      Q.   And this is part of your progress notes in
5    your office, Doctor, dated 9/20/02. This came -- I
6    represent it came from your office chart, and I'm
7    not even sure, Doctor, if you saw the patient or not
8    that day.
9      A.   No. I would -- this would be our nurse,
10   Kirsten.
11     Q.   Okay. And what basically happened in this
12   visit, if you can tell from this note?
13     A.   From -- let me just review it for just a
14   second.
15     Q.   Sure. Take your time.
16          (The witness reads/examines the
17          document/exhibit.)
18     THE WITNESS:  On the 20th, sounds like he
19   was having the leg incision problem, the problem
20   with postop swelling that you can get with a leg
21   incision and also the soreness from having a leg
22   incision.
23          At that time it also looks like it may
24   have been limiting his activity a little bit. He
25   had had a stage two decubitus, which I can't tell

Page 59

1    you what a stage two is. I think it means it's a
2    little bit erythematous with a tiny bit of skin
3    breakdown on his inner buttock.
4          He was given -- she spoke to me about it
5    and we ordered Lasix for five days to try to help
6    get the leg swelling down and she called in a -- a
7    refill for him. We gave him for five days and then
8    PRN leg swelling.
9          Often with this three or four days Lasix
10   the leg swelling goes down and then they're better,
11   but if they persist we'll have them have PRN or as
12   needed Lasix if they -- if it starts to give them
13   more trouble. So that's what happened on the 20th.
14     Q.   Do you know if he continued on Lasix after
15   the five days, to your recollection?
16     A.   I would have to look at my final office
17   note. But most likely, no. I -- I mean, unless --
18   I don't remember him being on chronic Lasix for his
19   leg.
20     Q.   If Mr. Barnett walked in the room today,
21   would you remember him?
22     A.   Probably not. I've probably operated on a
23   couple hundred people or more since then.
24     Q.   Okay.
25     A.   Maybe more than that. Maybe 4, 5, 600. I

Page 60

1    don't know.
2      Q.   All right. We have a prescription here,
3    Doctor, of Lasix, 30 tabs. I don't seem to see one
4    after that.
5      A.   One re -- yeah, with one refill.
6      Q.   One refill. So he would have been on
7    Lasix short term, correct?
8      A.   It -- it would -- most of the time it's a
9    short-term medication --
10     Q.   Okay.
11     A.   -- for this problem.
12     Q.   Doctor, the next contact with your office
13   that I have is dated September 23rd, '02 at 12:30
14   and I'll let you read that.
15     MS. SHERBANEE:  We'll mark that as Exhibit
16   7.
17          (PLF. EXH. # 7, office visit
18          note dated 9/23/02, marked for
19          identification.)
20   BY MS. SHERBANEE:
21     Q.   And if you could, just please tell the
22   jury what happened on this particular day, if
23   anything.
24     A.   Mr. Barnett had had some sternal
25   discomfort and called in about approximately 11:30

Page 61

1    that morning. He came in the office about an hour
2    later, saw our nurse, Kirsten.
3          She examined him, basically encouraged him
4    to be cautious with movements and positioning.
5    Sounds as though he was having some of the usual
6    post sternotomy discomfort.
7      Q.   And that's from the incision?
8      A.   That's from the incision, the bone and
9    also they do get some discomfort sometimes from the
10   artery off the chest wall along their chest. They
11   can get sharp burning pain every now and then there.
12          Mainly the -- the office visit here is to
13   insure that his sternum is stable, that he hasn't
14   popped anything loose, and he had not. So he was
15   basically instructed that -- to watch how he moved,
16   positioned himself and if it persisted to call back.
17     Q.   All right.
18     A.   And his leg swelling was gone.
19     Q.   Okay. So he would have been on the same
20   medications maybe absent the Lasix?
21     A.   Yes.
22     Q.   All right. We're going on to the next
23   intervention, I guess 10/7/02. Let's see. 10/7/02.
24     MS. SHERBANEE:  And we'll mark that as
25   Exhibit 8.

16 (Pages 58 to 61)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 62

1    (PLF. EXH. # 8, office visit of
2    10/7/02, marked for
3    identification.)
4  BY MS. SHERBANEE:
5    Q.  I believe this might be another phone
6  call.  But, Doctor, if you could just explain what
7  was happening here?
8    A.  Let's see.  10/7.  Mr. Barnett called,
9  said he has been lying flat on his back with his
10  left lower extremity elevated to keep his edema out
11  of his legs as much as 20 hours a day.  And
12  basically Kirsten told him that he really doesn't
13  need to be spending that much of his day, you know,
14  elevating his leg, that he needs to get back to his
15  normal activity and, you know, if he felt that he
16  needed -- if it swelled during the day a little bit,
17  to elevate it at night.  And at that time he stated
18  he really didn't have any edema, but -- but -- so he
19  didn't need to be seen at the time -- I mean,
20  re-seen at the time.
21    Q.  Okay.  Going on to the next time, which I
22  believe you did examine him and my notes reflect
23  October 10, 2002?
24    MS. SHERBANEE:  We'll mark that as Exhibit
25  9.

Page 63

1    (PLF. EXH. # 9, office visit of
2    10/10/02, marked for
3    identification.)
4  BY MS. SHERBANEE:
5    Q.  And, Doctor, if you'd like to take a
6  moment to review that and then I'll ask you a few
7  questions.  Let me know when you're ready.
8    A.  By that time he seems like he was doing
9  fairly well.  It was our routine postop visit.  And
10  this is a letter to Dr. Karavan, also
11  Dr. Mikolojcyk, who was his family doctor, and at
12  that time he had -- he was progressing as we would
13  expect for a postop patient.
14    In fact, we had let him start driving at
15  that time, and I usually -- I usually wait a couple
16  months before I let them get crazy about their
17  activity, but I told him he could return to full
18  activity in another month at that time.
19    Q.  And let's go to the second paragraph,
20  Doctor, where you have current medications.  So,
21  aspirin, continued on aspirin?
22    A.  Yes.
23    Q.  As an anti-platelet agent?
24    A.  Yes.
25    Q.  Prilosec for the reflux?

Page 64

1    A.  Uh-huh.
2    Q.  Remaining on Lipitor at that point.  Were
3  you pleased with his lipid levels?
4    A.  We don't -- we don't typically check the
5  lipid levels right after surgery.  The reason being
6  with the stress of surgery, lipid levels that soon
7  after surgery would be inaccurate.  So usually the
8  cardiologist or family doctor, depending on who's
9  running that for the patient, will check them
10  anywhere between six and twelve weeks after we
11  operate on them.
12    Q.  So that type of medical management you
13  deferred to Dr. Karavan?
14    A.  Yes.
15    Q.  And Dr. Mikolojcyk?
16    A.  Yes.  We make sure -- we try to make sure
17  they're on an anti-lipid medicine.  After that, they
18  take care of it long term.
19    Q.  Vioxx, 25 milligrams POQD.  That's one
20  Vioxx a day, correct?
21    A.  Yes.
22    Q.  And is that something that you -- did you
23  have any discussions with Dr. -- or with Mr. Bryant
24  about that?
25    A.  No.

Page 65

1    Q.  All right.  Any discussions at any time
2  with Mr. Barnett about Vioxx, aside from getting the
3  history?
4    A.  No.
5    Q.  Continued on Darvocet --
6    A.  Yes.
7    Q.  -- for pain.  Lopressor, you told us about
8  that earlier, that he needed to be on that for the
9  rest of his life?
10    A.  Yes.
11    Q.  -- or -- or a comparable beta blocker?
12    A.  Right.
13    Q.  Foltz vitamin, what is that?
14    A.  That's a vitamin B complex vitamin that a
15  lot of people take after surgery.  It was a little
16  more popular back at that time than it is today.
17    Q.  And the Lasix PRN if his legs swelled?
18    A.  Right.
19    Q.  What were the results of your final
20  examination?
21    A.  Blood pressure was high/normal, little bit
22  on the high side, but that's not unusual when they
23  come into the office.  Pulse was within target
24  range.  Everything was fine on -- on physical exam,
25  everything looked good.  His chest x-ray looked good

Confidential - Subject to Protective Order

---

Page 66

1 as well.
2     Q.  And so why don't you read into your --
3 into the record your impression?
4     A.  *My impression is that Mr. Barnett is*
5 *progressing on a satisfactory postoperative course.*
6 I have instructed him that he may return to driving.
7 He may return to full activity in another month.
8     Q.  And after that visit, did you ask him to
9 come back and see you when he -- again for anything?
10     A.  We usually -- usually my instructions to
11 the patients at this point are that if they have any
12 problems with their incisions to call me because
13 typically it will save them a visit to the
14 cardiologist.
15         But we usually turn over their medical
16 management to the cardiologist at this point and --
17 but should they develop a late wound problem, they
18 should just call me and we'll take care of it.
19     Q.  Doctor, *in my records I don't see anything*
20 that you saw him after October 10, 2002.  I don't
21 know if counsel has anything.  But as far as the
22 records that we have, that was the last time that
23 you saw him.  Would that be an accurate --
24     A.  Yes.
25     Q.  -- recollection?  All right.  We do,

---

Page 67

1 Doctor, have some records in regards to his cardiac
2 rehab.  Would that have been something your office
3 would have been involved in?
4     A.  We'll often sign the cardiac rehab for
5 them so they can get started, and then every now and
6 then we'll get a report from cardiac rehab.  Most
7 *times we just forward it on to their cardiologists*
8 since they're gonna be doing the long-term care.
9         Now, most of the cardiologists won't see
10 them until we clear them surgically.  So what -- or,
11 you know, usually won't unless they're a long-term
12 patient.  So we will often sign those forms to get
13 them going in their cardiac rehab so they don't have
14 to wait for the cardiologist to see it, and then
15 usually most of the time the reports are sent
16 directly to the cardiologist.
17     Q.  So these are basically courtesy copies to
18 you?
19     A.  Yes.
20     Q.  All right.  So you had no interaction or
21 involvement with the rehab?
22     A.  *If they call us we -- we refer them*
23 directly to the cardiologist.
24     Q.  All right.  We broached on this briefly
25 before, but I just want to make sure that I

---

Page 68

1 completely understand.  Now, can we expect at some
2 point Mr. Barnett will need replacement for any of
3 his vein grafts?
4         MR. GOLDMAN:  Object to the form.
5 BY MS. SHERBANEE:
6     Q.  Do you have any opinion, Doctor, as to
7 whether or not Mr. Barnett will ever need
8 replacement of his vein grafts?
9     A.  There -- there is a -- a fixed rate of
10 re-operation per year in patients of coronary bypass
11 grafting.  It's roughly 1 to 2 percent per year risk
12 of needing a re-operative coronary bypass grafting.
13     Q.  Now, what about the mammary artery?  Does
14 that -- is that replaced typically?
15     A.  It is less often replaced than -- than
16 vein grafts.  The -- it's not that it never has
17 been.  It's just that that graft tends to have a
18 longer patency and do better long term than other
19 grafts.
20         It's -- it's the best graft we have
21 available for bypass surgery and it's -- it's a less
22 likely vessel to be re -- re-grafted.  So, but there
23 is a fixed rate on average for every patient.
24 Whether that patient will go two years or 20 years,
25 it's hard to say.

---

Page 69

1     Q.  Doctor, at the beginning of this
2 deposition I asked you what documents you had
3 reviewed, and basically you said you had only
4 reviewed -- reviewed the approved study.  And so
5 would I be correct in saying you haven't reviewed
6 any of the clinical trials?  There's a lot of
7 documents in this -- in this case, Doctor.
8     A.  No.  No.  I mean, basically being a
9 surgeon, I haven't gone through most of the --
10 the -- let's say the COX-2 inhibitor trials and --
11 and whatnot that have all been coming out about
12 these things.  So, no.
13     Q.  And you're not an expert in vascular
14 biology?  You don't intend to render any opinions in
15 terms of vascular biology except what you testified
16 to today?
17     A.  Right.  Correct.
18         MS. SHERBANEE:  All right.  That might
19 shorten things a little bit.
20 BY MS. SHERBANEE:
21     Q.  Haven't done any other comprehensive
22 research on Vioxx, correct?
23     A.  Correct.
24         MS. SHERBANEE:  Can we take a quick break
25 off the record?

---

Golkow Litigation Technologies - 877.DEPS.USA

Confidential - Subject to Protective Order

Page 70

1    VIDEOGRAPHER: Now going off the record.
2  *The time is approximately 2:38.*
3    (A recess transpired.)
4    VIDEOGRAPHER: We're now back on the
5  record. The time is approximately 2:40.
6         EXAMINATION
7  BY MR. GOLDMAN:
8    Q. Good afternoon, Dr. Bryan. My name is
9  Andy Goldman. Have we met before today?
10   A. No.
11   Q. I remember you answering some questions
12 *about a meeting that you had with Ms. Myer and Ms --*
13    MS. SHERBANEE: Sherbanee.
14 BY MR. GOLDMAN:
15   Q. -- Sherbanee; is that right?
16   A. That's correct.
17   Q. And do you understand that I was not able
18 to meet with you; under the judge's rules, I -- I
19 was prohibited from doing that?
20   A. Correct.
21   Q. When did you meet with Ms. Sherbanee and
22 Ms. Myer?
23   A. Probably, I'm gonna estimate it was three
24 or four months ago, maybe.
25   Q. Where did you meet?

Page 71

1    A. At my office.
2    Q. Can you tell me what you remember about
3  the discussion, how long it took and what was
4  discussed?
5    A. It was probably about an hour discussion
6  and just reviewing Mr. Barnett's clinical course.
7    Q. Anything more specific than that that you
8  remember about your meeting with the plaintiffs'
9  lawyers?
10   A. No. I -- we met -- basically for -- for
11 me it was reviewing everything that had been, you
12 know, on the cardiac cath and going through the
13 record for him.
14   Q. Let's go back to your medical background,
15 okay, sir? You were asked questions about board
16 certification. Do you remember that?
17   A. Yes.
18   Q. You said you were board certified in
19 general surgery and thoracic surgery; is that right?
20   A. Correct.
21   Q. Can you tell the jury what that means in
22 terms that I can understand?
23   A. Basically, for general surgery, that's the
24 five years that we -- that's the training -- that's
25 general surgeons doing things every -- you know,

Page 72

1  abdominal surgery, whatnot. That's the first part
2  of becoming a thoracic surgeon, is obtaining a
3  general surgery residency. That includes taking a
4  board where you take a -- a written exam. And if
5  you pass the written exam, you go on to an oral
6  exam. And assuming you pass your oral exam, you go
7  on -- you become board certified at that point.
8    I subsequently went on to get recertified.
9  And I believe the year was 2003 or 2004. And that's
10 another written exam to be recertified. You do not
11 have to take another oral exam.
12    Thoracic surgery is the cardiothoracic.
13 The term they use for the board is thoracic as a
14 general name.
15   Q. What does thoracic mean?
16   A. In the terms of the board, it means heart,
17 lung and esophageal surgery and diaphragmatic and --
18 surgery on the diaphragm. That's the term used by
19 that board as the all inclusive for all of it. It's
20 the, I guess you'd say, the more traditional name
21 for it when it was originally started. And that is
22 *a similar circumstance: you finished an approved*
23 residency and you take a written exam, pass the
24 written exam and then you take an oral exam and if
25 you pass the oral exam, you get certified.

Page 73

1    Q. Do you consider yourself, sir, to be a
2  specialist in cardiovascular surgery and thoracic
3  surgery?
4    A. Yes.
5    Q. Are you also what's known *as an*
6  interventional cardiologist?
7    A. No.
8    Q. What is an interventional cardiologist?
9    A. Interventional cardiologist is a person
10 who would place a catheter, use a catheter approach
11 to treating disease.
12    In the case of coronary disease, they're
13 the -- the physicians who place a catheter,
14 typically through the groin in -- with a little wire
15 down a coronary artery in angioplasty to balloon *it*
16 open leaving a stent behind to keep it open.
17   Q. So would Dr. Karavan be considered an
18 interventional cardiologist?
19   A. Yes.
20   Q. What is an electrophysiologist, in --
21 briefly, in terms that I can understand, please?
22   A. A cardiologist that treats rhythm
23 disturbances of the heart, irregular heart rates,
24 any kind of electrical system problems with the
25 heart.

19 (Pages 70 to 73)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 74

1    Q.  Did Mr. Barnett have any electrical
2  problems with his heart?
3    A.  No, not that I'm aware of.
4    Q.  Do electrophysiologists typically
5  determine the extent of coronary artery disease?
6    A.  Typically, they don't.
7    Q.  Are electrophysiologists involved in
8  deciding how long somebody is likely to live after
9  heart surgery?
10    A.  If there is no rhythm problem in this --
11  in the patient, they typically would not have much
12  of a role in that.
13    Q.  For how many years, sir, have you treated
14  patients with heart problems?
15    A.  Let's see, it's now been 13 years.
16    Q.  How many heart surgeries have you done in
17  that time?
18    A.  If you include residency, it's probably --
19  probably well over 2000.
20    Q.  About how many surgeries or bypass
21  surgeries have you done this year?
22    A.  This year, probably -- see, we're in June.
23  Probably around 100 or, you know, probably between
24  80 and 100 probably right now, somewhere in that
25  vicinity.

Page 75

1    Q.  Have you noticed at all, Dr. Bryan, that
2  you're doing fewer bypass surgeries now that Vioxx
3  was withdrawn from the market?
4    A.  No difference form -- due to Vioxx being
5  withdrawn.
6    Q.  Did you notice that there was any increase
7  in bypass surgeries that you were doing when Vioxx
8  was on the market?
9    A.  I did not notice any increase, no.
10    Q.  How many patients, sir, would you say you
11  have seen with severe multi-vessel disease like
12  Mr. Barnett?
13    A.  Probably thousands.  I mean, probably, you
14  know, 2000 -- you know, at least a couple thousand
15  where we've operated on them and even some we don't
16  even operate on, so.  You know -- you know, at least
17  2000 probably, maybe more.
18    Q.  Have you seen patients, sir, who actually
19  have died from heart attacks without knowing that
20  they had heart disease?
21    A.  Yes.
22    Q.  Is that common?
23    A.  I would say it's not uncommon for people
24  to have that happen.
25    Q.  Have you heard that approximately 50

Page 76

1  percent of all heart attacks occur in people who
2  don't have symptoms?
3    A.  Yes.
4    Q.  Is it also your experience, Dr. Bryan,
5  that even people who are in great shape and take
6  care of themselves and try to watch their
7  cholesterol also have heart attacks?
8    A.  Yes.
9    Q.  Have you seen patients also, Dr. Bryan,
10  who had serious, severe coronary artery disease and
11  didn't realize it until they had a minor heart
12  attack and a catheterization?
13    A.  Yes.
14    Q.  Do you believe that Mr. Barnett had a mild
15  heart attack?
16    A.  It was a mild heart attack by enzymes,
17  yes.
18    Q.  Did Mr. Barnett have severe coronary
19  artery disease?
20    A.  Yes.
21    Q.  Is Mr. Barnett an example of somebody who
22  didn't know the severity of his coronary artery
23  disease until he had a minor heart attack?
24      MS. SHERBANEE:  Objection.  Speculation.
25      MR. GOLDMAN:  That's a -- that's a fair

Page 77

1  objection.  Let me ask it differently.
2  BY MR. GOLDMAN:
3    Q.  Given the severity of Mr. Barnett's
4  coronary artery disease and multi-vessel disease, if
5  he had not had bypass surgery, what do you think
6  might have happened to him?
7      MS. SHERBANEE:  Objection.  Speculation.
8      THE WITNESS:  At some point, in all
9  likelihood, he would have either developed chest
10  pain or had a heart attack with the degree of
11  disease that he had.
12  BY MR. GOLDMAN:
13    Q.  Whether or not Mr. Barnett actually had a
14  mild heart attack in September of 2002, if you had
15  seen the extent of his coronary artery disease,
16  would you have recommended bypass surgery?
17      MS. SHERBANEE:  Objection.  Speculation.
18  It's an incomplete hypothetical.
19      THE WITNESS:  Given the degree of
20  three-vessel disease with or without a heart attack,
21  we would recommended coronary bypass grafting.  If
22  he's -- if he's symptomatic in some way: chest pain,
23  positive stress test, you know, with that degree of
24  disease, he would have been referred for bypass.
25  BY MR. GOLDMAN:

20 (Pages 74 to 77)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 78

1    Q.  So if Mr. Barnett had had chest pain or a
2  positive stress test result and he'd come to see you
3  a few months before you operated on him and he had
4  not had a heart attack, based on the condition of
5  his arteries, would you have recommended bypass
6  surgery?
7    A.  Yes.
8    MS. SHERBANEE:  Objection.  Speculation.
9  BY MR. GOLDMAN:
10   Q.  Did you -- let's actually go back for a
11 minute.  Is the State of South Carolina in an area
12 called the stroke belt?
13   A.  Yes.
14   Q.  What does that mean?
15   A.  Per capita, there's a very high stroke
16 rate.  And actually, South/North Carolina is that
17 big stroke belt that's known.
18   Q.  Does South Carolina have the highest
19 stroke death rate in the country?
20   A.  I believe it does.
21   Q.  Has that been true for over five decades,
22 sir?
23   A.  I don't recall if it's for five decades,
24 since I just moved here seven years ago.  But I -- I
25 believe it's been for quite a while.  I don't know

Page 79

1  if it's that long or not.
2    Q.  When did you first meet Mr. Barnett, sir?
3    A.  I first met Mr. Barnett in September of
4  2002, the day of his consultation on the -- oh, here
5  it is, the 9th -- September 9th, 2002.
6    Q.  Had Dr. Karavan by September 9th already
7  performed a catheterization on Mr. Barnett?
8    A.  Yes.
9    Q.  Can you tell us just briefly what a
10 catheterization is?
11   A.  The cardiologist in most cases will slip a
12 small catheter up in the groin artery, the femoral
13 artery in your groin.  It will go all the way up the
14 aorta to the heart, and they will take a catheter
15 and engage it into the opening of each of the
16 main -- of each of the coronaries and inject dye
17 into the coronary artery tree, and what it gives you
18 is a look at the -- how open the lumen of the artery
19 is.
20   Q.  What's the lumen?
21   A.  The -- as a tube, the inside diameter of
22 the artery.
23   Q.  Is a cardiac catheterization a procedure
24 that cardiologists or heart doctors use to determine
25 the extent of atherosclerosis or coronary artery

Page 80

1  disease in patients' arteries?
2    A.  Yes.
3    Q.  Is a cardiac catheterization or angiogram
4  considered the gold standard to determine the amount
5  of coronary disease, artery disease in people?
6    A.  Yes.
7        (DFT. EXH. # 11, Bryan records
8        chart Bates stamped
9        BarnettG-Bryan FMD 1 through 35,
10       marked for identification.)
11 BY MR. GOLDMAN:
12   Q.  I'm gonna hand you, Dr. Bryan what I'll
13 mark as Exhibit 11.  And we're gonna work primarily
14 from this exhibit.  I believe, sir, that Exhibit 11,
15 which is Bates stamped BarnettG-Bryan FMD 1 through
16 35 is a complete chart from your records.  And if
17 you want to take a minute, I'm gonna ask you whether
18 this locks to be Mr. Barnett's chart?
19       (The witness reads/examines the
20       document/exhibit.)
21   THE WITNESS:  Yes.
22 BY MR. GOLDMAN:
23   Q.  If you turn with me, sir, to the page that
24 has in the bottom right corner 20 -- this is also an
25 exhibit that was marked earlier as Exhibit 1 -- is

Page 81

1  this the consult that you dictated, sir?
2    A.  Yes, it is.
3    Q.  Does this reflect your initial discussions
4  with Mr. Barnett and your evaluation of his heart
5  condition?
6    A.  Yes.
7    Q.  In the first line where it says RFC, what
8  does -- what does that mean?
9    A.  Reason for consultation.
10   Q.  What did you write there?
11   A.  Coronary artery disease.
12   Q.  Is coronary artery disease another term
13 for atherosclerosis?
14   A.  Yes.
15   Q.  Is that the most common cause of heart
16 attack in the United States?
17   A.  Yes.
18   Q.  Is coronary artery disease something that
19 begins early in life in people?
20   A.  It is being brought to light that this may
21 be starting even as young as preteen years.
22   Q.  Is it your understanding, sir, that
23 coronary artery disease or atherosclerosis is
24 something that is a gradual and chronic process?
25   A.  Typically, yes.

21 (Pages 78 to 81)

28f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 82

1    Q.  Is it true that people with coronary
2  artery disease and atherosclerosis generally have
3  plaque buildup over years of their life?
4    A.  Yes.
5    Q.  If the plaque inside our arteries gets to
6  be big enough, is it true that the plaque can
7  actually slow down or stop the flow of blood to the
8  heart?
9    A.  Yes.  Yes, it can.
10    Q.  Is it also a natural part of the
11  atherosclerosis process for some plaque to rupture?
12    A.  Yes.
13    Q.  When plaque ruptures, Dr. Bryan, does the
14  body have a natural response to that?
15    A.  It does.  What happens is the -- the
16  plaque ruptures, exposing basically raw -- raw
17  material in the lumen, all the plaque and all the --
18  it senses injury, like a cut.
19       And one of the things that happens is the
20  body sends an immune response which starts a cascade
21  of clotting.  And typically it -- it's -- it -- the
22  artery -- if you rupture a plaque, you'll develop
23  thrombus in the plaque, in the area of the rupture.
24    Q.  Is it your understanding, sir, that the
25  body's natural reaction to a plaque rupture is to

Page 83

1  clot?
2    A.  Yes.
3    Q.  Is that something that's occurred in human
4  beings long before Vioxx came to the market?
5    A.  Yes.
6    Q.  Is that something that continues to
7  happen to people with severe coronary artery disease
8  today?
9    A.  Yes.
10    Q.  You mentioned in response to questions
11  earlier that you seem to remember some dye that was
12  hanging in a catheterization that was done on
13  Mr. Barnett.  Do you remember that?
14    A.  Yes.
15    Q.  And I think there's been a suggestion that
16  Mr. Barnett had a clot in his -- one of his arteries
17  and that that's evidence of the clot.  Do you
18  remember that?
19    A.  Yes.
20    Q.  Am I right, Dr. Bryan, that there's no
21  such thing as a Vioxx clot or a clot that has a
22  signature on it showing this was caused by Vioxx?
23    A.  That is correct.
24    Q.  When you said that you noticed the clot in
25  the catheterization film, is that to be expected

Page 84

1  when somebody has severe coronary artery disease and
2  has a plaque rupture?
3    A.  Yes.
4    Q.  Is a clot something that's expected when
5  plaque ruptures occur regardless of whether they're
6  taking any medication?
7    A.  Yes.
8    Q.  Let me go to the history.  Is that HPI on
9  the consult?
10    A.  Correct.
11    Q.  You were asked some questions about
12  language later in the paragraph.  I want to start
13  with the first sentence where you wrote:  The
14  patient is a 58-year-old gentleman admitted on
15  September 6th, 2002 with a non Q wave myocardial
16  infarction.  Do you see that?
17    A.  Correct.
18    Q.  What is as non Q wave myocardial
19  infarction, as briefly as you can tell us?
20    A.  A non Q wave myocardial infarction implies
21  that there has not been a full thickness muscle
22  damage.  Most of these myocardial infarctions are on
23  the inner layer of the heart, not what we call
24  transmural or all the way through the muscle of the
25  heart, which will typically when it's a full

Page 85

1  thickness heart attack, meaning the whole muscle
2  wall thickness, you will develop an EKG abnormality.
3  That's a signature called a Q wave, and that's
4  pretty much signature for a transmural or a full
5  thickness heart attack.
6    Q.  So if an EKG test shows a Q wave -- and
7  we'll show the jury what that is in a minute -- that
8  could be an indication that the patient had a
9  transmural heart attack?
10    A.  Yes.
11    Q.  Now, you diagnosed Mr. Barnett with a non
12  Q wave myocardial infarction, right?
13    A.  Well, I just repeated what had been
14  diagnosed by Dr. Karavan with the positive enzyme.
15    Q.  And throughout the records, including the
16  discharge summary and all of the other records that
17  were created during Mr. Barnett's hospital stay, he
18  was always diagnosed as having a non Q wave heart
19  attack, true?
20    A.  Correct.
21    Q.  Do you stand by the diagnosis, sir, that
22  Mr. Barnett had a non Q wave heart attack?
23    A.  Yes.
24    Q.  There has been a suggestion in this case,
25  Dr. Bryan, that you were wrong and you missed an

Confidential - Subject to Protective Order

Page 86

1  acute Q wave MI.
2      MS. SHERBANEE: Objection.
3      MR. GOLDMAN: Are -- are you gonna tell
4  the jury that he didn't have -- Mr. Barnett didn't
5  have an acute Q wave MI?
6      MS. SHERBANEE: There's been no
7  accusations against Dr. Bryan whatsoever in this
8  case.
9      MR. GOLDMAN: I -- I'm not -- I'm not
10 saying that there's been an accusation.
11     MS. SHERBANEE: That's what you just said.
12     MR. GOLDMAN: Are you gonna tell the jury
13 that Mr. Barnett had an acute Q wave heart attack?
14     THE WITNESS: For my --
15     MS. SHERBANEE: I'm not -- I was asking
16 plaintiffs' counsel.
17     THE WITNESS: Oh, I'm sorry.
18     MS. SHERBANEE: I'm not being deposed.
19 BY MR. GOLDMAN:
20     Q.  Okay. From your experience actually
21 looking at Mr. Barnett's heart when you operated on
22 him and reviewing the labs that were taken during
23 September of 2002, what is your view about whether
24 he had a non Q wave heart attack or a Q wave heart
25 attack?

Page 87

1      A.  He did not have any evidence at surgery in
2  *my op note of a -- a transmural heart attack, at*
3  least examining his heart and looking at his enzymes
4  and -- and whatnot.
5      He did not have -- usually -- typically,
6  if I see what I consider a transmural infarct, which
7  *would usually be edema of the wall or -- or*
8  transmurality demonstrated by hemorrhage, I'll
9  mention that in my operative note.
10 BY MR. GOLDMAN:
11     Q.  What is edema of the wall and -- what was
12 the other term you said?
13     A.  Hemorrhage.
14     Q.  Hemorrhage. Could you just explain what
15 that is?
16     A.  Hemorrhage of the -- if you have a big Q
17 wave MI, a big Q wave heart attack, typically you
18 have either edema, the -- that wall of the heart
19 will look swollen. You will see swelling in that --
20 in that area.
21     Q.  That's what edema is, swelling?
22     A.  That's what edema is, swelling. Or you'll
23 see hemorrhages. It looks like a big bruise on the
24 heart on -- on some of these folks. So typically a
25 big Q wave myocardial infarction you will see some

Page 88

1  kind of finding at surgery.
2      Q.  When you were actually the person looking
3  at Mr. Barnett's heart and examining it, did you see
4  any evidence of edema of the wall?
5      A.  No.
6      Q.  Did you document anywhere that he had any
7  hemorrhaging or any bruising in the heart?
8      A.  No.
9      Q.  If you had seen a Q wave infarction, sir,
10 and you had seen swelling of the wall or serious
11 damage to the heart, is that something you would
12 have written down?
13     A.  Oh, I -- yes.
14     Q.  And you didn't see those things when you
15 actually looked at Mr. Barnett's heart on September
16 10, 2002?
17     A.  No. I usually will document that in the
18 note.
19     Q.  The next sentence on your consult, sir,
20 says: Peak troponin was 1.4 -- let me just say,
21 too, we're not done with the Q wave issue. We're
22 gonna come back to that, looking at EKGs later.
23     The -- this is a new question. On your
24 consult, sir, from September 9th, 2002, do you see
25 in the second sentence you dictated: Peak troponin

Page 89

1  was 1.4?
2      A.  Yes.
3      Q.  You were asked about troponin elevations
4  and you said, I believe, that troponin elevations
5  can be an indication of heart damage. Was that your
6  testimony?
7      A.  That's correct.
8      Q.  Is it true that the higher the troponin
9  level, the more heart damage there is?
10     A.  In general, yes.
11     Q.  What does peak mean when you say peak
12 troponin?
13     A.  Peak at that point means, assuming they've
14 drawn serial or subsequent troponins, which often
15 the cardiologists will do, draw usually between one
16 and three troponins, the peak will be the one that's
17 the highest of all of the troponins drawn.
18     Q.  So in this case of the troponins that were
19 drawn for Mr. Barnett in September of 2002, the
20 highest number was 1.40?
21     A.  Yes.
22     Q.  Can you help us understand how that fits
23 into sort of the range of troponin levels that
24 you've seen in your career, sir?
25     A.  I would consider that a small leak, small

23 (Pages 86 to 89)

## Confidential - Subject to Protective Order

### Page 90

1  troponin leak, based on what I've seen in my career.
2     Q.  What are some of the troponin levels that
3  you have seen with people who have moderate heart
4  attacks or significant heart attacks?
5     A.  You know, 5 to 10.  I've even seen
6  troponins on transmurals that are over -- they're
7  100.
8     Q.  Let me show you, sir, what I'll mark as
9  Exhibit 12.  Can you tell me --
10    A.  This was 11 that I have.
11              (DFT. EXH. # 12, lab sheet
12              reflecting enzyme tests taken of
13              Mr. Barnett, marked for
14              identification.)
15  BY MR. GOLDMAN:
16    Q.  Okay.  I have handed you a lab sheet that
17  reflects different enzyme tests for Mr. Barnett,
18  cardiac enzyme tests while he was in the hospital in
19  2002.  Is that what this is?
20    A.  Correct.
21    Q.  And I want to go through these so that we
22  get a clear understanding of exactly what Mr.
23  Barnett's troponin levels were and other cardiac
24  enzyme levels were, okay?
25    A.  Correct.

### Page 91

1     Q.  Is this something you would have reviewed
2  back when you were treating Mr. Barnett in the
3  hospital?
4     A.  Yes.
5     Q.  It looks like there were a total of five
6  lab tests done on Mr. Barnett while he was in the
7  hospital.  Was that right?
8     A.  That's correct.
9     Q.  The first lab test in the middle of the
10  page to the left was done on September 6, 2002; is
11  that right?
12    A.  Yes.
13    Q.  At 1:58 in the morning?
14    A.  Correct.
15    Q.  And at that time when he came into the
16  hospital, what was his troponin I level?
17    A.  It was less than .04.
18    Q.  And if you look at the bottom of the page,
19  do you see where it says results and then reference
20  range interpretation?
21    A.  Yes.
22    Q.  Where does .04 fit in?
23    A.  Point 04 is in the clinical correlation
24  indicated.
25    Q.  So that we understand this, under the

### Page 92

1  results, those are different ranges of troponin I
2  levels, and to the right would reflect the
3  significance of a reading in that range; is that
4  right?
5     A.  Yes.
6     Q.  So if you had a troponin level of .7, that
7  would fall in the second category, which says:
8  Suggest possible presence of myocardial damage by --
9  is it WHO criteria?
10    A.  Yeah, World Health Organization.
11    Q.  On September 6 at 8:42 in the morning, do
12  you see the next test?
13    A.  Yes.
14    Q.  What was his troponin level then?
15    A.  Point 87.
16    Q.  And is that, in your mind, still about
17  normal?
18    A.  No.  I would consider that a -- we would
19  consider that a positive troponin, mildly positive,
20  but a positive troponin.
21    Q.  Does that fall then within the middle
22  category?
23    A.  Falls in the middle category.
24    Q.  What does it mean to have possible
25  presence of myocardial damage by WHO criteria?

### Page 93

1     A.  Well, at some -- there was -- there was --
2  originally troponins were started being monitored,
3  the question became whether a little enzyme leak was
4  a heart attack or not.  I mean, there was a question
5  of is it just angina with a little enzyme leak or is
6  it an MI.
7     Q.  And angina, meaning?
8     A.  Chest pain.  Was it just a little enzyme
9  leak from chest pain or was it truly an MI.  Well,
10  the American College of Cardiology came out, said
11  that if they have an enzyme leak, we're calling it
12  an MI.  And that's -- that's where the -- you know,
13  even -- even though this is a small troponin leak,
14  it's not a big troponin leak, but by the ACC
15  definition it's an MI.
16        So with the -- WHO, which is the lab work,
17  you know, the lab goes -- this -- this lab goes by
18  that, you know, it's -- falls within the possible
19  presence, you know.  It's probably a clinical
20  correlation type thing again.  I mean, you're saying
21  possible.
22    Q.  In other words, if -- or let's just talk
23  about Mr. Barnett.  Given his troponin level at 8:42
24  in the morning, what this suggests is that he might
25  have heart damage and he might not, true?

Golkow Litigation Technologies - 877.DEPS.USA

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

**Page 94**

1     A.  By their -- by the reference lab, yes.
2     Q.  And when you said before, Dr. Bryan --
3         MS. SHERBANEE:  Did you finish your
4  response, Doctor?
5  BY MR. GOLDMAN:
6     Q.  I'm talking about the reference lab.
7         Dr. Bryan, when you said before troponin
8  leak, can you just explain briefly what you mean by
9  a troponin leak?
10    A.  When a cell dies it leaks enzymes, or the
11 constituents of its -- of its -- cells are made up
12 of a wall.  They have cytoplasm, or I guess you
13 could call it like a jelly inside, make it simple.
14 That jelly is made up of certain things.  It has
15 enzymes that are -- that degrade things.  It has
16 troponin, which is part of the mechanism of
17 contraction of -- of the heart muscle.  So if your
18 cell dies, it will theoretically lyse or break open
19 and leak these things into the blood.  So you're
20 detecting is there any cell death, is there anything
21 that suggests that there was damage that are leaking
22 these enzymes.
23    Q.  So the more troponin I levels that are
24 detected in these tests, the more cell that have
25 been damaged?

**Page 95**

1     A.  Typically the bigger the troponin leak,
2  the more damage that's been done.
3     Q.  If you look then, the third blood test was
4  done September 6, 2002 at 4:40 in the afternoon; is
5  that right?
6     A.  Yes.
7     Q.  And there is where Mr. Barnett had a 1.40
8  troponin I level, true?
9     A.  Correct.
10    Q.  That's the one that falls within the
11 second category, suggests possible presence of
12 myocardial damage, right?
13    A.  Correct.
14    Q.  And then he had two more tests on
15 September 7th.  He had one that was, what is that,
16 12:40 in the morning?
17    A.  Yes.
18    Q.  And then he had one at 11:14 in the
19 morning?
20    A.  Correct.
21    Q.  And on those occasions he did not have his
22 troponin I levels tested.  Do you see that?
23    A.  That's correct.
24    Q.  And I want to talk about that in a minute.
25 Let's look at the CK levels.  Now, CK was something

**Page 96**

1  that you had mentioned in response to questions
2  earlier.  Is that another enzyme that leaks from
3  muscles if there's damage?
4     A.  Yes.
5     Q.  The higher the amount of CK in our blood
6  stream, the more muscle damage are there is; is that
7  right?
8     A.  Yes.
9     Q.  Now, Mr. Barnett had CK, his first test
10 September 6 of 198.  Do you see that?
11    A.  Yes.
12    Q.  And over to the right under reference it
13 says 35 to 232.  Is that the normal range?
14    A.  That's the normal range.
15    Q.  So when Mr. Barnett came to the hospital,
16 his CK was in the normal range, right?
17    A.  Correct.
18    Q.  And his CKMB -- let's do this at the same
19 time -- was 1.4.  Do you see that?
20    A.  Yes.
21    Q.  Is CKMB another type of enzyme that is
22 used to monitor the amount of heart damage?
23    A.  It is.  It's a little more specific for
24 the heart.  CK is found throughout many muscles in
25 the body and it's a little more specific toward the

**Page 97**

1  heart.
2     Q.  So here Mr. Barnett's CKMB of 1.4 on
3  September 6 was normal, right?
4     A.  Correct.
5     Q.  And then on September 6 at 8:42 in the
6  evening -- sorry -- in the morning, his CK was 190,
7  and that's normal, right?
8     A.  Yes.
9     Q.  And his CKMB was 6.8 and that's above
10 normal, right?
11    A.  Correct.
12    Q.  Later that day on September 6th
13 Mr. Barnett's CK gets to 217, and that's still in
14 the normal range, right?
15    A.  Yes.
16    Q.  And his CKMB rises a bit to 12.5, and
17 that's abnormal, right?
18    A.  Correct.
19    Q.  Then on September 7th Mr. Barnett's CK is
20 288.  Do you see that?
21    A.  Yes.
22    Q.  And that's the highest it ever got while
23 Mr. Barnett was in the hospital; is that right?
24    A.  That is correct.
25    Q.  And is that a fairly low increase in CK

Golkow Litigation Technologies - 877.DEPS.USA

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 98

1  for somebody that's just had a heart attack?
2      A.  That's a -- that's a small leak.
3      Q.  And CKMB, do you see at 12:40 in the
4  morning on September 7th Mr. Barnett has a 21.1
5  CKMB?
6      A.  Yes.
7      Q.  And that's also a small amount of leak?
8      A.  It's not -- its not a big leak.
9      Q.  And then in the last test of September
10 7th, 2002 at 11:14 in the morning, Mr. Barnett's CK
11 level drops to 213, correct?
12     A.  Yes.
13     Q.  And that's normal again, right?
14     A.  Yes.
15     Q.  And then his CKMB drops from 21.1 to 15.9,
16 right?
17     A.  Yes.
18     Q.  So it's on its way down?
19     A.  Yes.
20     Q.  Looking back then at Mr. Barnett's
21 troponin level, given that his CKMB and his CK went
22 up a little bit on September 7th and then dropped
23 down later in the day on September 7, is it
24 reasonable to assume that Mr. Barnett's troponin I
25 level may have increased a little bit on September

Page 99

1  7?
2      A.  It -- it may have.
3      Q.  And it may not have?
4      A.  It may not have.  The troponin may not
5  rise as early as the CK.  It tends to peak a little
6  later and come down a litter slower than a -- than a
7  CK.  So it's -- without -- without the level being
8  checked, you don't know what the -- the peak we have
9  is a 1.4.
10     Q.  But even if the peak got as high as 2 or 3
11 on September 7th, that's still considered, in your
12 mind, a mild heart attack or a small leak, isn't it,
13 sir?
14     A.  No.  I'd consider it a small heart attack,
15 troponin of 2.
16     Q.  And do you have any reason to think that
17 Mr. Barnett's troponin I level would have increased
18 above 2 or 3 based on the other cardiac enzymes and
19 the pattern that you see here?
20     MS. SHERBANEE:  Objection.  Speculation.
21     THE WITNESS:  I would not anticipate
22 seeing a big troponin leak with the -- with the CKs
23 and the MBs that are present on that lab work.  I
24 would not expect a big troponin leak.
25 BY MR. GOLDMAN:

Page 100

1      Q.  Dr. Bryan, on a scale of 1 to 10 -- and I
2  don't mean to suggest that any heart attack is not
3  serious.
4          But on a scale of 1 to 10, how would you
5  rate a heart attack in somebody who had a troponin
6  level of 1.4 and other cardiac enzymes like
7  Mr. Barnett's?
8      MS. SHERBANEE:  I'm gonna object.  It's an
9  incomplete hypothetical.  It's vague.
10 BY MR. GOLDMAN:
11     Q.  Do you understand the question?
12     A.  Yeah.  You're asking me to rank this 1 to
13 10.
14     Q.  Ten being the most serious.
15     A.  Serious MI and --
16     Q.  And one being a minor?
17     A.  -- minor.  Just maybe 2, 3, somewhere in
18 that vicinity.
19     Q.  You were asked questions, sir, about a
20 diagnosis.  And let's go back to your consult.  You
21 remember that Mr. Barnett was diagnosed with
22 ischemia back in January of 2000?
23     A.  Yes.
24     Q.  And if your -- look back at your consult,
25 the third sentence.  You wrote:  The patient has a

Page 101

1  history of chest pain dating back to January of
2  2000, when he underwent a Cardiolite stress test for
3  sharp chest pain.  The patient ruled out for
4  myocardial infarction.
5          That means that the doctors determined
6  that he didn't have a heart attack, right?
7      A.  Right.  That -- that's correct.
8      Q.  And only a small area of lateral ischemia
9  was identified.
10         I'm not sure if by the time your video is
11 played, sir, the jury will have been told what
12 ischemia is.  But is ischemia another word for
13 reduced blood flow?
14     A.  Yes.
15     Q.  So when a patient has enough blockage or
16 plaque in their arteries to reduce the blood flow,
17 that's considered ischemia?
18     A.  Yes.
19     Q.  In order to have ischemia, Dr. Bryan, do
20 you know about how much percentage-wise of an artery
21 needs to be blocked with plaque in order to reduce
22 blood flow and lead to a diagnosis of ischemia?
23     MS. SHERBANEE:  Objection.  Vague and
24 ambiguous and it's an incomplete hypothetical.
25     THE WITNESS:  A 50 percent stenosis

26 (Pages 98 to 101)

Page 102

1   results in a 75 percent reduction in diameter, which
2   can lead to ischemia. I would say that, clinically
3   speaking, that most people have at least a 50 to 60
4   percent stenosis before an artery usually gives them
5   pain.
6   BY MR. GOLDMAN:
7       Q.  When you say 50 to 60 percent stenosis, is
8   that another way of saying 50 to 60 percent of
9   blockage in the artery of plaque?
10      A.  Correct. Correct.
11      Q.  So we know that Mr. Barnett had at least
12  50 to 60 percent blockage in his arteries on – in
13  January of 2000, right?
14          MS. SHERBANEE: Object. Objection.
15  Misstates his testimony.
16  BY MR. GOLDMAN:
17      Q.  True?
18      A.  What the -- what this demonstrates is that
19  we know that in one region of his heart there was a
20  stenosis, the degree of which you don't know. You
21  would presume that it's at least 50, 60 percent,
22  maybe worse in one area of his heart that resulted
23  in ischemia.
24      Q.  I take it you're familiar with Cardiolite
25  stress tests, Dr. Bryan?

Page 103

1       A.  Yes.
2       Q.  And Dr. Karavan is also familiar with
3   Cardiolite stress tests, isn't he?
4       A.  Very familiar. He does them.
5       Q.  Dr. Karavan, sir, explained in his
6   deposition that a Cardiolite stress test might show
7   a mild ischemia or mild lateral wall ischemia result
8   if the patient has balanced consistent blockage
9   among his coronary arteries, okay?
10          So let me ask you a new question to see if
11  you know this. Are you aware, sir, that one of the
12  known limitations of a Cardiolite stress test is
13  that if a patient has balanced blockage of his major
14  coronary arteries; in other words, a similar amount
15  of plaque in his coronary arteries, that a
16  Cardiolite stress test may come back showing that
17  the patient has mild ischemia?
18      A.  Yeah, that's correct.
19      Q.  Is it also known then that if a patient
20  has an – withdrawn.
21          Is it also a known limitation of
22  Cardiolite stress tests, sir, that if the patient
23  has an equal amount of blockage in his coronary
24  arteries, it's quite possible that that Cardiolite
25  stress test will show no ischemia?

Page 104

1       A.  That's correct.
2       Q.  Is that because these Cardiolite stress
3   tests measure the relative amount of blood flow
4   among the coronary arteries?
5       A.  That is correct. You have to have a
6   difference between resting state and stress state to
7   have a positive -- have a positive study.
8       Q.  So if all of the arteries contain a
9   similar or near similar amount of plaque buildup,
10  then the Cardiolite stress test may come back and
11  say there's either no difference among the coronary
12  arteries in terms of plaque buildup or there's  mild
13  ischemia or a mild difference?
14      A.  That's correct.
15      Q.  Now, you know from seeing Mr -- sorry.
16  Withdrawn.
17          The only way to know how much coronary
18  artery disease or blockage that Mr. Barnett had for
19  sure in January of 2000 would be to have the results
20  of an angiogram or a cardiac catheterization; is
21  that true?
22      A.  True.
23      Q.  Are you aware that the doctors suggested
24  that Mr. Barnett have a cardiac catheterization and
25  he for whatever reason decided not to?

Page 105

1       A.  I'm not aware of that. I'm not aware of
2   that.
3           MS. SHERBANEE: Objection. That misstates
4   testimony.
5   BY MR. GOLDMAN:
6       Q.  You saw the condition -- let me ask you
7   this way. New question. Did you see the extent of
8   coronary artery disease in Mr. Barnett's arteries in
9   September of 2002?
10      A.  Yes.
11      Q.  Was there consistent blockage, balanced
12  blockage of plaque in his arteries?
13      A.  Yes.
14      Q.  I'm gonna show you, sir, what I'll mark as
15  Exhibit 13. This is actually a document that we
16  used with Dr. Karavan, and he drew on this document
17  the amount of blockage or plaque buildup that he saw
18  on the cardiac catheterization when he performed it
19  on Mr. Barnett on September 9th, 2002, okay?
20      A.  Yes.
21          (DFT. EXH. # 13, drawing
22          previously used in Karavan depo,
23          marked for identification.)
24  BY MR. GOLDMAN:
25      Q.  So do you see -- we won't go through all

## Confidential - Subject to Protective Order

**Page 106**

1 of these. But the left main -- up toward the top,
2 the left main coronary artery has 50 percent
3 blockage.
4    A. Yes.
5    Q. And then the LAD, as you described
6 earlier, the -- the anterior descending artery, has
7 80 percent. Do you see that?
8    A. Yes.
9    Q. The circumflex has 80 percent?
10    A. Yes. Uh-huh.
11    Q. And then the right coronary artery, which
12 is actually to the left side of the page, shows 80
13 percent blockage, right?
14    A. That's the -- yeah. That's the, what we
15 call the LV branch or one of the branches of the
16 right coronary artery.
17    Q. And then there's 100 percent blockage in
18 September of 2002 in the PDA. Do you see that?
19    A. Yes.
20    Q. That's sort of the branch at the bottom
21 left or where it says 100 percent, right?
22    A. Yes.
23    Q. And then in the middle of the heart there,
24 do you see 70 percent?
25    A. Yes.

**Page 107**

1    Q. Are these percentages, sir, consistent
2 with what your understanding was of Mr. Barnett's
3 arteries in September of 2002?
4    A. Yes.
5    Q. Does this reflect, as you testified a
6 minute ago, that Mr. Barnett had balanced ischemia
7 throughout his arteries?
8    A. He does -- he does have a fairly balanced
9 degree of stenosis.
10    Q. Would it be your expectation, sir, based
11 on the amount of blockage that Mr. Barnett had in
12 September of 2002 multi-vessel coronary artery
13 disease with branches that were also blocked, that
14 two years earlier he had at least moderate to severe
15 coronary artery disease?
16    MS. SHERBANEE: Objection. Calls for
17 speculation.
18    THE WITNESS: I would have no opinion
19 on -- on that.
20 BY MR. GOLDMAN:
21    Q. Okay. Let me ask it this way. Do you
22 know, sir, whether coronary artery disease takes a
23 while to build up?
24    A. It typically does.
25

**Page 108**

1    Q. So typically, would a patient like
2 Mr. Barnett who has this much occlusion or blockage
3 take years and years to develop it?
4    MS. SHERBANEE: Objection. Calls for
5 speculation.
6    THE WITNESS: I would say the majority of
7 people, it takes years to develop this -- this much,
8 you know, these -- this degree of stenosis.
9 BY MR. GOLDMAN:
10    Q. And by years, do you mean decades?
11    MS. SHERBANEE: Doctor, did you finish
12 your answer?
13    MR. GOLDMAN: I'm gonna let him finish.
14    THE WITNESS: I've seen it in two, three,
15 four years. I've seen it in decades. It varies
16 from patient to patient. There are people who
17 have -- that I've operated on who've had what was
18 considered moderate disease at one time and three
19 years later we're seeing severe stenosis in an
20 artery that was called 50 percent. It's, you know,
21 80 or 90 later. So, you know, three or four years
22 later.
23    It's -- it's hard to say. All I can say
24 about him is I don't know what his -- what he had in
25 2000. I mean, I just -- there's no cath. There's

**Page 109**

1 no way to know.
2 BY MR. GOLDMAN:
3    Q. Has it been your experience, Dr. Bryan,
4 that you've seen patients who have both developed
5 coronary artery disease, lots of coronary artery
6 disease over a long period of time and there's some
7 patients who actually develop it rapidly?
8    MS. SHERBANEE: Objection. Incomplete
9 hypothetical.
10    THE WITNESS: In my practice I have seen
11 both subsets of patients.
12 BY MR. GOLDMAN:
13    Q. Have you seen patients, Dr. Bryan, who
14 have had a small to moderate amount of coronary
15 artery disease and a few years later have severe
16 disease?
17    A. I have not seen patients with less than a
18 40 percent stenosis suddenly have a 90 percent
19 stenosis in a year or two. I've not seen that.
20    I've seen 50, 60 percent stenoses go on to
21 80, 90 percent within two or three years of -- of
22 doing this. You know, there are various -- you
23 know, depending on their risk factors, compliance,
24 other -- other things that go into that.
25    Q. Let's switch topics now, Dr. Bryan. Have

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Confidential - Subject to Protective Order

Page 110

1  you seen patients, sir, who have had mild ischemia
2  at one point in their life and then rapidly progress
3  to severe multi-vessel disease even if they try to
4  control their risk factors?
5      A.  Yes.
6      Q.  Can you explain that, sir?  How is it
7  possible for somebody to try hard and even control
8  their cholesterol perfectly, why is it that that
9  person might go from a mild amount of ischemia to a
10  severe amount?
11      A.  It's -- it's hard to know why.  In some --
12  in some people it's genetic.  We don't know exactly
13  why coronary disease progresses more rapidly in some
14  people than others.
15         You can have two patients with identical
16  cholesterol profiles that one is -- does well for
17  ten years; one does well for, you know, a year or
18  two and is -- is on the operating table or getting a
19  stent.  I have had patients who are in their 20s who
20  are nonsmokers with normal cholesterols get coronary
21  bypass grafting.
22         There's no way to know why they're having
23  these rapidly progressive problems.  I -- I would
24  say that it's an inflammatory process we know and --
25  and why it's worse in other people than some,

Page 111

1  there's probably a multitude of factors that go into
2  it that we're -- that they're not all -- they're not
3  all delineated right now.
4      Q.  So even today with all of the study that's
5  been done on atherosclerosis, is it fair to say that
6  nobody knows all of the reasons why people progress
7  from a small amount of ischemia or coronary artery
8  disease to a heart attack?
9      A.  We know that the majority of those are
10  rupture, but why does the plaque suddenly rupture, I
11  think it's all -- we have ideas, but what we can
12  tell you -- you know, even -- just to give you an
13  example, looking at cholesterol levels.  You can
14  tell what a relative risk is.  We can't tell you
15  that because you have a high cholesterol you're
16  gonna have a, you know, heart disease.  We can -- we
17  can tell you that -- we can tell you that if you
18  keep it low your relative risk of a problem is this,
19  but we can't tell you you're gonna be that guy who
20  gets it.
21         So I think there's -- you're -- still a
22  lot is not known exactly about why people progress,
23  why plaques rupture.  There's postulation that they
24  become unstable plaques, you know, they get a lot of
25  cholesterol and the burden becomes too much and it

Page 112

1  ruptures, clot.  You know, we don't know all the --
2  all the issues relate -- related to this.
3         MS. SHERBANEE:  Can we take a break at
4  some point, just a few minutes?
5         VIDEOGRAPHER:  Counsel, three minutes left
6  on the tape.
7  BY MR. GOLDMAN:
8      Q.  If a patient, sir, in your experience has
9  a history of high cholesterol and then gets on a
10  statin like Lipitor and then controls their
11  cholesterol, does that mean that the plaque that's
12  built up in their arteries goes away?
13      A.  No.
14      Q.  Does it mean if you control your
15  cholesterol even perfectly after you've had a
16  history of high cholesterol that the plaque will not
17  accelerate and progress?
18      A.  No.
19      Q.  Has it been your experience that you've
20  seen in patients who actually control their
21  cholesterol levels, that because they had high
22  cholesterol in the past their plaque progresses over
23  time?
24      A.  Yes.
25         MR. GOLDMAN:  Okay, we can take a break

Page 113

1  now.
2         VIDEOGRAPHER:  This concludes tape number
3  1 of the videotaped deposition of Dr. Bryan.  Time
4  is approximately 3:20.  We're now off the record.
5         (A recess transpired.)
6         VIDEOGRAPHER:  We are now back on the
7  record.  This is tape number 2 in the videotaped
8  deposition of Dr. Bryan, in re: Vioxx litigation.
9  Counsel, please proceed.
10  BY MR. GOLDMAN:
11      Q.  Dr. Bryan, if you turn back to your
12  consult, the bottom has a 20 on it.  Do you see in
13  the fourth or fifth sentence after discussing that
14  Mr. Barnett was ruled out for a heart attack in
15  January of 2000 it says:  The patient was treated
16  medically?  Do you where see that, sir?
17      A.  Yes.
18      Q.  Now back in January of 2000, Mr. Barnett
19  was 56 years old, and you know that he had a history
20  of high cholesterol, right?
21      A.  Yes.
22      Q.  Did Mr. Barnett also have a significant
23  family history of heart disease?
24      A.  He did.  His father had undergone — had--
25  had two myocardial infarctions, one at age 62, one

29 (Pages 110 to 113)

26f041dc-a67d-4a52-9c38-dfac1b9ed0f5