Page 114

1  at age 68. Also, the family history did have
2  atherosclerotic risk factors, a sister who's had --
3  who is 50 years old and had multiple TIAs. All of
4  these things were --
5      Q. What's a TIA?
6      A. Commonly known as a mini stroke, temporary
7  symptoms, usually less -- less than 24 hours that
8  resolve. But his father had a stroke. I mean,
9  there was a -- he had a family history that
10 consider -- you know, you'd put him at risk for
11 atherosclerosis.
12     Q. And heart attacks?
13     A. And heart attacks.
14     Q. So in January of 2000 Mr. Barnett was 56
15 years old. He had a history of high cholesterol.
16 He had a family history of heart disease. He had an
17 abnormal Cardiolite stress test showing ischemia.
18         Based on those factors, sir, do you think
19 that Mr. Barnett should have been taking aspirin on
20 a daily basis?
21     A. Yes.
22     Q. When you talked about aspirin earlier, is
23 it your understanding -- why is it important to
24 recommend aspirin to patients and that patients take
25 daily aspirin if they have a history like

Page 115

1  Mr. Barnett of heart disease?
2      A. The main benefit to aspirin is it -- it
3  inhibits the clotting cells known as platelet from
4  forming a clot. And so, in patients who have
5  coronary disease or blockages that we've talked
6  about and who are who at risk for plaque rupture at
7  any time in their life, a baby aspirin or a full
8  aspirin a day is usually part of the treatment for a
9  patient with coronary disease.
10     Q. Is it part of the standard of care or
11 normal course for a patient who has a history of
12 heart disease to take aspirin so that they might
13 prevent a heart attack in the future?
14     A. Yes.
15     Q. Is it also common for doctors to prescribe
16 aspirin so that patients who have a history of heart
17 disease might not have a clot in response to a
18 plaque rupture because of the properties of aspirin,
19 the anti-clotting properties?
20     A. Correct.
21     Q. Do you see in the next sentence of your
22 consult you wrote: Subsequently the patient did
23 well with only occasional slight sharp chest pain,
24 usually associated with his abdomen being bloated?
25 Do you see that, sir?

Page 116

1      A. Yes.
2      Q. So we're talking now about -- when you say
3  subsequently, after January of 2000 you're saying
4  Mr. Barnett had occasional sharp chest pain?
5      A. Yes.
6      Q. Usually associated with the abdomen?
7      A. Yes.
8      Q. Do you know that Mr. Barnett had a history
9  of reflux or GERD?
10     A. Yes.
11     Q. Is it your experience, sir, that through
12 no fault of the doctors, that sometimes people who
13 are experiencing angina or chest pain actually get
14 diagnosed as having GERD or reflux?
15     A. Yes.
16     Q. Tell me about that.
17     A. Reflux in some patients can cause
18 esophageal spasm.
19     Q. Which is what?
20     A. Which is the muscle of the -- of the
21 esophagus. The esophagus is -- the esophagus is
22 basically a muscular tube, and when the acid runs up
23 the esophagus it spasms and it can cause sharp
24 intense chest pain, can mimic, you know, chest pain
25 from the heart source and -- and it can be similar

Page 117

1  in that it can be located beneath the sternum. It
2  can be sometimes in -- in some patients be difficult
3  to diagnose.
4      Q. So even though Mr. Barnett had a history
5  of GERD or reflux and his doctors after January of
6  2000 thought that he was having reflux when he was
7  experiencing chest pain, it's quite possible that
8  Mr. Barnett was actually experiencing angina or
9  heart related problems, right?
10        MS. SHERBANEE: Objection. Speculation.
11        MR. GOLDMAN: Let me ask it differently.
12 BY MR. GOLDMAN:
13     Q. Based on your experience over the last 13
14 years treating patients with heart problems, sir, do
15 you believe that there are patients who are
16 diagnosed with GERD or reflux when they have chest
17 pain when what they're really having is angina or
18 heart related pain?
19     A. Yes.
20     Q. Looking now down in the middle of the page
21 of your consult, do you see where you then describe
22 the cardiac catheterization that was performed by
23 Dr. Karavan?
24     A. Yes.
25     Q. And I'm not gonna repeat all of these.

Page 118

1  But you talk about 50 percent blockage in the left
2  main, 80 percent in another, 80 percent in another
3  artery and so forth.
4        And then do you see number 8 where you
5  wrote: Ejection fraction approximately 50 percent?
6  And let's stop there. What is an ejection fraction?
7     A.  What an ejection fraction measures is with
8  each heart beat, there's a certain amount of blood
9  ejected. We don't empty our heart totally with each
10 heart beat.
11       So the ejection fraction is the amount of
12 that blood in the chamber when the heart is full
13 that when it squeezes, that's the percentage of
14 blood that goes out to the body. So a normal
15 ejection fraction would be between 50 and 60
16 percent.
17    Q.  So when somebody talks about an ejection
18 fraction or EF as a shorthand version, what that
19 attempts to measure is how well the heart muscle is
20 contracting and pumping out blood to the rest of the
21 body?
22    A.  Correct.
23    Q.  Is that an important measurement?
24    A.  Yes.
25    Q.  Is it the most important measurement for

Page 119

1  heart function?
2     A.  Yes.
3     Q.  Is an ejection fraction actually
4  considered the gold standard for measuring heart
5  function in heart damage?
6     A.  Well, the ejection fraction is -- there
7  are multiple ways of measuring an ejection fraction,
8  but finding out what a patient's ejection fraction
9  is is the -- is -- determines the -- the contractile
10 performance of the heart. It gives you the
11 performance of the heart, whether it's -- whether
12 you're pumping normally or not. That -- that would
13 be the gold standard description of how well you're
14 pumping blood.
15    Q.  And when you saw that Mr. Barnett had a
16 normal ejection fraction of 50 percent at the same
17 time he was having his heart attack, did that strike
18 you as a good sign for Mr. Barnett?
19    A.  Yes.
20    Q.  Dr. Karavan refers in his cardiac
21 catheterization report to something called preserved
22 left ventricular systolic function?
23    A.  Yes.
24    Q.  What does it mean to have preserved left
25 ventricular systolic function?

Page 120

1     A.  That means to have a normal ejection
2  fraction.
3     Q.  Do you agree with Dr. Karavan that on
4  September 9th, 2002 Mr. Barnett had a normal
5  ventricular function and ejection fraction?
6     A.  Yes.
7     Q.  You also wrote in number 8: With an LVEDP
8  of 16. Do you see that?
9     A.  Correct.
10    Q.  What is an LVEDP?
11    A.  LVEDP stands for left ventricular end
12 diastolic pressure. And we measure it --
13 Dr. Karavan often measures it when he puts the
14 catheter in the chamber to do the ejection fraction.
15 How they do that is they slip the catheter into the
16 heart chamber itself and inject dye so they can see
17 how the heart is pumping.
18       Well, the LVEDP is just that pressure
19 measurement before -- and they do one before and
20 after they put the dye in. An LVEDP of 16 is upper
21 normal for a patient.
22    Q.  If you look on page 23, sir, of Exhibit
23 11, this is Dr. Karavan's cardiac catheterization
24 report. Do you see that?
25    A.  Yes.

Page 121

1     Q.  And in the third sentence or phrase it
2  says: Mid inferior diaphragmatic hypokinesis. And
3  then it talks about the ejection fraction.
4        Do you see that, sir?
5     A.  Yes, I see that.
6     Q.  Can you tell me just briefly what a mid
7  inferior diaphragmatic hypokinesis means?
8     A.  What that means, he -- he's stating that
9  the bottom wall of the heart sits on the diaphragm,
10 the inferior wall of the heart sits on the
11 diaphragm. And that area of the heart was not
12 moving quite normally. It was mildly hypokinetic or
13 decreased function of the heart.
14    Q.  Now, if a patient has a ejection fraction
15 that's normal and this mild hypokinesis at the same
16 time, is there any clinical significance to having
17 hypokinesis?
18    A.  No. I mean, if there's -- overall
19 ejection fraction is normal, then it's -- it's not
20 a -- especially from the standpoint of operating on
21 him for us, that's not a significant issue.
22    Q.  Having mild hypokinesis when you have a
23 normal ejection fraction isn't clinically
24 significant for a patient at all, true?
25    A.  As long as the patient is not having any

Page 122

1 evidence of heart failure, it's not gonna give him
2 any long-term problem in all likelihood.
3     Q.  Is it your experience, Dr. Bryan, that
4 having mid inferior diaphragmatic hypokinesis when
5 you have a normal ejection fraction will not cause
6 you to have long-term problems?
7     A.  Well, I'll be honest with you, since we
8 don't follow these people past three or four weeks,
9 I don't -- I can't tell you what the exact -- you
10 know, Dr. Karavan or -- or the cardiologist could
11 tell you long term.
12         I can tell you that from a surgical
13 standpoint, mild hypokinesis with a normal ejection
14 fraction has not in my practice resulted in any
15 increase in mortality or complication or anything
16 like that.  But long term, you probably -- we turn
17 them over at about three or four weeks.
18         I can tell you that at three or four weeks
19 it usually isn't an issue.  But whether it happens,
20 you know, four years now -- from now, probably a
21 cardiologist could tell you better what -- what
22 they're seeing in their practice with that.
23             (DFT. EXH. # 14, Barnett July
24             18, 2003 Cardiolite stress test,
25             marked for identification.)

Page 123

1 BY MR. GOLDMAN:
2     Q.  Fair enough, sir.  The -- Dr. Bryan, I'm
3 handing you what I've marked as Exhibit 14, and this
4 is a Cardiolite stress test that Mr. Barnett had
5 July 7 -- 18 of 2003.
6         MS. SHERBANEE:  I'm gonna -- I'm just
7 gonna have a standing objection to this.  He has
8 testified that he has not seen Mr. Barnett since
9 2002.  I think it's inappropriate to question him on
10 questions that he hasn't seen the patient.
11 BY MR. GOLDMAN:
12     Q.  Have you interpreted Cardiolite stress
13 tests before in your life, sir?
14     A.  I have not actually interpreted the
15 studies themselves.  I mean, I -- I look at the
16 report that the cardiologist sends.
17     Q.  Have you reviewed reports like Exhibit 14
18 before?
19     A.  Yes.
20     Q.  So this is a Cardiolite stress test, July
21 18th, 2003.  Is that about ten months after you
22 operated on Mr. Barnett?
23     A.  Yes.
24     Q.  We're gonna talk about several aspects of
25 this in a minute, sir.  But I want to direct your

Page 124

1 attention for right now to the impression at the
2 bottom, number 3:  Perfusion images with apical
3 thinning, normal wall motion.
4         Do you see that?
5     A.  Uh-huh.  Yes.
6     Q.  I'll ask you about apical thinning in a
7 minute.
8         But normal wall motion in July of 2003,
9 does that suggest that whatever hypokinesis
10 Mr. Barnett had in September of 2002 has resolved?
11         MS. SHERBANEE:  Same objection.  And I
12 won't interrupt you if you'll accept those
13 objections.
14         MR. GOLDMAN:  Yes.
15         THE WITNESS:  This is -- by -- by the
16 stress test, he -- at this time he does not have any
17 inferior wall hypokinesis by this stress test study
18 back ten months after his surgery.
19 BY MR. GOLDMAN:
20     Q.  Let's go back to your consult now, please,
21 which is page 20.  You were asked some question
22 about -- do you see PMH on the bottom?  Is that
23 prior medical history?
24     A.  Past medical history.
25     Q.  Significant for the following, and then

Page 125

1 you were asked about hyperlipidemia.  That's
2 abnormal cholesterol levels?
3     A.  Correct.
4     Q.  And that's a risk factor for heart disease
5 and heart attack?
6     A.  Yes.
7     Q.  Do you see any reference, sir, to
8 hypertension in your consult when your were talking
9 to Mr. Barnett?
10     A.  No.
11     Q.  Did Mr. Barnett tell you in September of
12 2002 that he had a history of hypertension?
13     A.  No.
14     Q.  Would that be something you would have
15 written down here if he had?
16     A.  Yes.
17     Q.  How do you define hypertension, sir?
18     A.  Diastolic greater than 90 and then
19 systolic pressure greater than 140.  But I'll be
20 honest with you, they're probably trying to get
21 stricter on that.  Probably we're looking more at
22 people having a systolic great than 130 and
23 diastolic greater than 85.  We're really getting a
24 little stricter with that definition.  But
25 classically 140/90 is the cut off.

Page 126

1    Q. And to determine whether somebody has
2  hypertension, is it important to look at as many
3  readings as you have for that particular patient as
4  opposed to some individual spikes in blood pressure?
5    A. Multiple blood pressures are better.
6    Q. Is it your understanding, Dr. Bryan, that
7  to determine whether somebody has hypertension you
8  would want to take an average of the blood pressure
9  readings within a certain period of time?
10   A. Typically, what I -- what we do is have
11 them take multiple times, different times of the day
12 to see if they here having any spikes.
13   Q. What are the different causes of
14 hypertension, sir?
15   A. Some people are salt retainers. They
16 retain salt. That causes hypertension. There is
17 also some people, the reason for their hypertension
18 is -- is they are vasoconstricted. That's one
19 etiology for hypertension.
20   Q. What is vasoconstricted?
21   A. Their blood vessels are chronically
22 constricted, their -- I guess you could say their
23 system is kind of revved up where they -- their
24 blood vessels are -- are tightened down, causing
25 their hypertension on -- on a -- on a chronic basis.

Page 127

1    There's also anxiety that can cause
2  hypertension. Chest pain, if a patient has chest
3  pain, they can have hypertension. Any kind of pain
4  syndrome can cause hypertension.
5    But if you're talking about your garden
6  variety, every-day just basic hypertension, most of
7  those are either gonna be related to a
8  vasoconstrictor or a sympathetic system, a nervous
9  system, you know, kind of overload on the vessels,
10 to make it simple, or salt retention type thing.
11   Q. If a patient doesn't have systemic
12 constant elevated blood pressure, then that could be
13 caused by any one of a number of factors such as
14 those you identified?
15   A. Right, anxiety.
16   Q. Stress?
17   A. Stress. You know, anything that can do
18 that.
19   Q. You mentioned before that it's not
20 uncommon -- I think you said it's not unusual for
21 patients to have increased blood pressure when they
22 come into the office. Do you remember testifying to
23 that?
24   A. Yes.
25   Q. Have you heard of the term white coat

Page 128

1  hypertension?
2    A. Yes.
3    Q. What is white coat hypertension?
4    A. Especially when they see their heart
5  surgeon. They -- they get nervous and they have
6  high blood pressure.
7    Q. Is it common for patients to be nervous
8  and anxious when they see a cardiologist, like
9  Dr. Karavan, or even an internist if they're worried
10 about a particular medical condition to have a spike
11 in blood pressure?
12   A. Yes.
13   Q. Have you seen patients, sir, who have had
14 spikes in blood pressure when they come into the
15 office but when they take their blood pressure at
16 home it's normal?
17   A. Yes.
18   Q. Would you consider that scenario to
19 reflect hypertension for that particular patient?
20   A. I would -- it -- it could be hypertension.
21 And usually what we will do in that setting if
22 they're taking it at home and they're doing it at
23 the same time every day, have them take it at
24 different times during the day to see if they're
25 having higher -- higher pressures later in the day

Page 129

1  or, you know, it's -- it's a warning sign to -- in
2  my mind and in my own mind, it's a warning sign that
3  they may be hypertensive and you just may not be
4  catching it when you're doing it at home,
5  particularly if they're doing it at the same time
6  every day.
7    Q. Are you aware that there's certain
8  medications that can cause hypertension?
9    A. Yes.
10   Q. Is Claritin or a decongestant
11 over-the-counter medication the type of medicine
12 that can cause hypertension?
13   A. Claritin itself is not itself, but with
14 Claritin D with the decongestant with Sudafed in it
15 is more likely to cause -- can cause hypertension.
16   Q. Do you know that all non-steroidal
17 antiinflammatories can cause hypertension?
18   A. I do know that's a risk factor for
19 hypertension.
20   Q. Do you know that COX-2 inhibitors
21 including Vioxx can cause hypertension?
22   A. I've heard of that as well.
23   Q. Can you turn with me, sir, to page 1 --
24 yes, page 1 of Exhibit 11? What is this document?
25   A. This is a -- what we -- one of our

Page 130

1  screening sheets that we -- we do in the patients.
2  Our nurse, Kirsten, while we're operating if a
3  consult comes in, she'll go by and do a quick sheet
4  to give us an idea of what's going on with the
5  patient before we go up to see them.
6      Q. Do you see in the right column under PMH,
7  what does PMH stand for?
8      A. Past medical history.
9      Q. And is Kirsten or the nurse supposed to
10 fill in one of these columns: HTN, DN or tobacco,
11 if the patient indicates that they have that
12 condition?
13     A. Yes.
14     Q. What is HTM?
15     A. Hypertension.
16     Q. Does this indicate that Mr. Barnett did
17 not report that he had hypertension on September 6
18 of 2002?
19     A. That's correct.
20     Q. Does Mr. Barnett -- withdraw that.
21         Does Mr. Barnett report here that his
22 blood pressure has gotten any worse while he's been
23 on Vioxx?
24     A. No.
25     Q. If you turn to page 13, sir, this is an ER

Page 131

1  report from September 6 of 2002 --
2      MS. SHERBANEE: Andy, what page, sorry?
3      MR. GOLDMAN: Thirteen.
4  BY MR. GOLDMAN:
5      Q. Do you see that?
6      A. Yes.
7      Q. And this is dictated by, is it Dr. Pamela
8  Pyle?
9      A. Pyle.
10     Q. Do you see that she indicates past medical
11 history also in the first paragraph?
12     A. Yes.
13     Q. He has a history of hyperlipidemia, disc
14 disease, GERD and then a recent diagnosis of
15 onychomycosis?
16     A. Onychomycosis, yeah.
17     Q. Yeah.
18     A. Onychomycosis. Onychomycosis.
19     Q. One of my strong suits, pronouncing these
20 kinds of terms.
21         Did Mr. Barnett report in the ER that he
22 had a history of hypertension?
23     A. No.
24     Q. If you turn to page 14 and 15 -- let's
25 start with 14. This is also an ER report prepared

Page 132

1  by somebody else, Mark Waggener, right?
2      A. This is probably the ER physician himself
3  who dictated. Pamela Pyle was probably the
4  hospitalists who admitted him. And that's probably
5  the H&P is for admission for Pamela Pyle.
6      Q. And do you see on this particular record,
7  PMH, past medical history, there's no indication
8  that Mr. Barnett had hypertension, right?
9      A. Correct.
10     Q. If you turn to page -- wait one second.
11 Where's his blood pressure here? Oh.
12         New question. Let me represent to you,
13 Dr. Bryan, that Mr. Barnett before he came into the
14 hospital on September of 2002 took his blood
15 pressure twice and it was 190/111, 194/104, okay?
16     A. Yes.
17     Q. And then here, you can see in the ER it's
18 dropped down to 166/92. Do you see that?
19     A. Let me. Is that page 14?
20     Q. Fourteen.
21     A. Hold on a second.
22     Q. Under physical exam.
23     A. Yes, I see that.
24     Q. Is it common, sir, for patients who are
25 experiencing chest pain or having a heart attack to

Page 133

1  have elevated blood pressure?
2      A. Yes.
3      Q. You said that before, that even slight
4  chest pain can increase a patient's blood pressure,
5  true?
6      A. Yes.
7      Q. If you turn to page 17, sir, this is a
8  consultation report September 6, 2002 dictated by,
9  is it Nurse Gonzales?
10     A. Roberta Gonzales. That is a physician
11 assistant that worked for Dr. Karavan.
12     Q. Do you see that she reports in the middle
13 of the history, in the middle of the paragraph: He
14 denies associated -- is it diaphoresis or nausea,
15 but did start to become short of breath, part of
16 which he thinks may have been due to anxiety.
17         Do you see that, sir?
18     A. Yes.
19     Q. Is anxiety, as I think you mentioned
20 before, something that can cause shortness of breath
21 or an increase in blood pressure?
22     A. Yes.
23     Q. In the last paragraph on page 15, if you
24 go back a few pages, sir.
25     A. Uh-huh.

Page 134

1    Q. Here Ms. Pyle is -- is it Dr. Pyle?
2    A. Yeah.
3    Q. Dr. Pyle in the last paragraph is saying
4  why she thinks Dr -- Mr. Barnett should be admitted
5  to the hospital: At this time I think the patient
6  requires admission to the hospital to rule out MI
7  protocol given his multiple cardiac risk factors,
8  including his age of 58, hypercholesterolemia,
9  family history of coronary artery disease.
10        Do you see that?
11   A. Yes.
12   Q. Is there any reference to hypertension as
13 a risk factor for Mr. Barnett?
14   A. No.
15   Q. I want to ask you a little bit about
16 bypasses and their purpose. Is the purpose of a
17 bypass to actually fix any small damage that might
18 be due be -- due to a -- withdrawn.
19       Is the purpose of a bypass surgery,
20 Dr. Bryan, to actually fix whatever small damage
21 might occur as a result of a small heart attack?
22   A. Well, that is one of the goals of bypass,
23 is to restore blood flow to the area of muscle that
24 is not getting enough and any, hopefully, that --
25 and to -- to preserve or heal any viable cells that

Page 135

1  are -- that are still viable, still living.
2    Q. Is the purpose here for Mr. Barnett to
3  have a bypass so that you, hopefully, will avoid a
4  fatal or deadly heart attack in the future?
5    A. That would be one of the goals.
6    Q. If the bypass is successful, then the hope
7  is the patient would be able to live a full life
8  expectancy and not have another heart attack or die
9  of a heart attack, right?
10   A. Well --
11   Q. That's the hope?
12   A. That's the hope, yes.
13   Q. It's sometimes the case that patients who
14 have bypass surgeries have another heart attack down
15 the road, right?
16   A. Correct.
17   Q. And that happens because in many cases the
18 patients have coronary artery disease that continues
19 to progress in their system, right?
20   A. Correct.
21   Q. So if a patient has coronary artery
22 disease and that leads to a bypass because of a
23 heart attack, it wouldn't be surprising if maybe the
24 patient would have another heart attack because of
25 coronary artery disease, correct?

Page 136

1    A. That's correct.
2    Q. But certainly you in your experience have
3  performed successful bypass surgeries on patients
4  and they have gone on to live full, complete lives?
5    A. Yes.
6    Q. When you said before that you recommended
7  bypass surgery for Mr. Barnett based on his severe
8  coronary artery disease, were you aware that he had
9  50 percent blockage in his left main artery?
10   A. Yes.
11   Q. Is the left main artery a particularly
12 important one?
13   A. It is.
14   Q. Why?
15   A. The amount of circulation in the left main
16 is tremendous. In fact, the nickname of a left main
17 is a widow maker. That -- that's the widow maker, I
18 mean, of all the blockages.
19       The reason is the left side circulation in
20 most patients is fairly extensive. So if you lose
21 that artery, you lose a large amount of muscle. And
22 often -- now, if a left main shuts down or occludes,
23 then that artery -- that's often a sudden death
24 episode.
25   Q. And when you say widow maker, I assume you

Page 137

1  mean that there, unfortunately, are a number of
2  people who have significant blockage in their left
3  main artery and then they die?
4    A. That shuts down and they -- they have a
5  sudden episode.
6    Q. Is it true, sir, that even if you don't
7  have any blockage at all in any other artery but you
8  have 50 percent or more blockage in your left main
9  artery, that that makes you a candidate for bypass
10 surgery?
11   A. I would tell you, based on the -- it
12 depends on the cardiologist on a 50 percent left
13 main. I would tell you, you know, you see some who
14 want it done and some who treat them medically. But
15 I would say that when you start getting into that 50
16 and 60, certainly at 60 percent they're sending --
17 they're sending them to surgery.
18      Fifty, most of us are gonna operate on
19 them if they're symptomatic. I mean, if they're
20 having chest pain or have had an MI and they have a
21 50 percent left main, we're gonna take care of it.
22   Q. So even if a patient has no occlusion or
23 blockage in any other artery and he has chest pain
24 and 50 percent blockage in his left main artery,
25 your recommended course of action is to have

Page 138

1  surgery?
2      A.  The majority of the time it would be, yes.
3      Q.  You were asked before about whether a
4  heart attack can ever be considered a blessing in
5  disguise.  Do you remember that, sir?
6      A.  Yes.
7      Q.  Is it your experience that there are some
8  patients who have such severe coronary artery
9  disease and don't know about it that a small event
10 which leads to a catheterization and a diagnosis of
11 severe coronary artery disease and then a successful
12 bypass surgery is actually a beneficial thing?
13         Let me -- let me ask you differently, or I
14 can -- I'll do it this way.  Let me do this way.
15 And please understand --
16     A.  I -- I --
17     Q.  Off the record --
18     A.  Okay.
19     Q.  I'm not talking at all about Vioxx
20 causing --
21     A.  Right.  Right.
22     Q.  -- this man's heart attack in any way.
23         But my question is, new question:  Is it
24 true, sir, that if you have severe coronary artery
25 disease, like Mr. Barnett, that it's better to have

Page 139

1  a sign that you have that, whether it's chest pain
2  or a small heart attack, than to have no signal and
3  to have a fatal heart attack?
4      A.  I would say a small heart attack is better
5  than a fatal heart attack.  But the only time I'd
6  really consider maybe a small heart attack a
7  blessing in disguise for a patient, excluding
8  that -- that are gonna die of something massive, is
9  a patient who would be otherwise asymptomatic, that
10 came in with an atypical symptom like fatigue or
11 something and they were found to have a small heart
12 attack, have severe disease and they're just an
13 asymptomatic.  And then there are the asymptomatic
14 patients, there are, and who have very atypical,
15 almost asymptomatic.  That might be considered a
16 blessing versus a sudden death episode.
17     Q.  The heart attack that Mr. Barnett had was
18 a heart attack that exposed the severity of his
19 coronary arteries, right?
20     A.  It -- it did, yes.  It led to a cardiac
21 catheterization which outlined the severity of his
22 disease.
23     Q.  And then the cardiac catheterization led
24 to a bypass which helped prolong his life; is that
25 right?

Page 140

1      A.  Well, yes.  In his case it would prolong
2  his life because of the left main, yes.
3      Q.  How long did your bypass surgery take for
4  Mr. Barnett, about?
5      A.  I don't have that.  I would -- I would
6  guess three-and-a-half, four hours of actual of
7  surgical time for me, not room time, but probably
8  three-and-a-half, four hours, somewhere around
9  there, I guess.
10     Q.  Were there any complications during the
11 surgery?
12     A.  No.
13     Q.  Did you have a conversation with
14 Mr. Barnett before the bypass surgery about the
15 potential risks of it?
16     A.  Yes.
17     Q.  And in your consult you indicate that
18 there is a two to three percent mortality risk; is
19 that right?
20     A.  Correct.
21     Q.  What does that mean?
22     A.  It -- from the time we start the surgery
23 to 30 days after surgery or same hospitalization,
24 whichever one is longer, that if you operated on 100
25 people like Mr. Barnett, two or three are gonna die

Page 141

1  within 30 days or during that hospitalization.  So
2  whichever is longer.  So that's what that means.
3      Q.  Did you ever tell Mr. Barnett that based
4  on your surgery you didn't think he was gonna make
5  it through it?
6      A.  No.
7      Q.  Did you ever tell Mr. Barnett that you
8  during his surgery were worried that he wasn't gonna
9  make it and it wasn't until you squeezed his heart
10 and it pumped back that you knew he was gonna
11 survive?
12     A.  No.
13     Q.  Is that something you have ever told
14 anybody?
15     A.  I only have had a couple patients we've
16 had to do something like shock them or -- or do
17 something heroic to get them going, you know, when
18 they go to sleep or before surgery and -- but, no.
19         On a routine case, percent of mortality, I
20 consider that a low risk.  I mean, for my -- for my
21 grading scale, mortality of two percent would be the
22 national average for a 58-year-old man, first time
23 bypass, normal heart function.  That's a low risk
24 coronary.
25     Q.  When you were actually operating on

Page 142

1  Mr. Barnett, did you worry that he wasn't gonna
2  survive the surgery and then squeeze his heart to
3  see if it would pump back?
4      A.  No.
5      Q.  When you do a bypass surgery, sir, do you
6  actually attempt to clear out the blockage in the
7  arteries?
8      A.  No.  The only time that is attempted is if
9  the artery is an important artery, like the anterior
10 descending, and it's so full of plaque that you
11 can't bypass it.  We'll shell out the plaque, like a
12 corotid artery, and then bypass it.
13          I'd say that -- in my practice, that is
14 probably maybe, oh, I don't know, one to two percent
15 of my cases I have to do that.
16     Q.  If we did a catheterization or angiogram
17 of Mr. Barnett's arteries today, would you expect to
18 see at least as much blockage in his coronary
19 arteries as you saw in September of 2002?
20         MS. SHERBANEE:  Objection.  Speculation.
21         THE WITNESS:  I would expect to see as
22 much or more.
23 BY MR. GOLDMAN:
24     Q.  Why would you expect to see more?
25     A.  One thing is, we do know that putting vein

Page 143

1  grafts on a -- on a -- on an artery probably
2  accelerates the plaque for -- plaque formation
3  proximal to the vein graft, and also the nat --
4  the -- the natural course of the disease in -- in
5  coronary disease.  There's a couple of reasons why.
6      Q.  Was your bypass surgery of Mr. Barnett
7  successful?
8      A.  Yes.
9      Q.  Did you inspect his heart during the
10 surgery, sir?
11     A.  Yes.
12     Q.  And this inspection was fours day after
13 his heart attack, right?
14     A.  Yes.
15     Q.  Did you look to see if there was any
16 evidence of heart muscle damage when you were
17 looking at his heart?
18     A.  Yes.
19     Q.  If the heart muscle is damaged, do you see
20 scarring and bruising?
21     A.  There are -- there are -- there are
22 several things you can see for heart damage.  One,
23 as I mentioned before, was -- was swelling of the
24 muscle.  You'll see it actually looks like of
25 edematous or swollen.  The second is a hemorrhage, a

Page 144

1  hem -- which is a -- which is usually another sign
2  of a big heart attack.
3          Now, also if there is some -- you can see
4  some scarring in a -- in a heart if they've had a
5  prior heart attack in the past.  You know, if they
6  had a big heart attack that resulted in a big giant
7  scar in their heart, you'll see that, or just maybe
8  some scar mixed in with the muscle.
9      Q.  Did you report after examining
10 Mr. Barnett's heart that there was any swelling of
11 the muscle heart, hemorrhage or bruising or
12 scarring, sir?
13     A.  No.
14     Q.  Is it fair to say that you saw a normal
15 looking heart when you looked at Mr. Barnett's?
16     A.  Yes.
17     Q.  Now, I want to turn to the issue about Q
18 waves.  And I'm gonna hand you a document that was
19 used in Mr -- in Dr. Karavan's deposition.
20         MR. GOLDMAN:  I'll mark this as Exhibit
21 15.
22         (DFT. EXH. # 15, EKG tests,
23         marked for identification.)
24         MS. SHERBANEE:  How much longer are you
25 gonna go?

Page 145

1          MR. GOLDMAN:  Probably 45 minutes, maybe.
2          MS. SHERBANEE:  Forty-five minutes?
3          MR. GOLDMAN:  Probably.
4          MS. SHERBANEE:  Can we go off the record
5  for a second?
6          MR. GOLDMAN:  Sure.
7          VIDEOGRAPHER:  We're now going off the
8  record.
9          (A discussion is held off the
10         record.)
11         VIDEOGRAPHER:  We're now back on the
12 record.  Time is 4:12.
13 BY MR. GOLDMAN:
14     Q.  I have handed you a series of EKG tests
15 that were taken of Mr. Barnett between September 6
16 of 2002 and September 11th of 2002.  Do you see
17 that, sir?
18     A.  Uh-huh.
19     Q.  Were would treating Mr. Barnett during
20 that period?
21     A.  Yes.  Oh, it's from the 9th on.  Yes.
22     Q.  And do you see that on the last page, the
23 September 11th EKG, it refers to your name there,
24 Curtis Bryan on the left side?
25     A.  Yes.

Page 146

1  Q. I want you to -- if you wouldn't mind,
2  could you just take Exhibit 15 and turn it over to
3  where you see a blank white page and just draw and
4  show the camera and the jury what a Q wave would
5  look like on an EKG?
6  A. Yeah.
7  Q. And please make it big enough so that they
8  can see.
9  A. Is that big enough?
10       MR. GOLDMAN: Can you zoom in on that,
11 please?
12 BY MR. GOLDMAN:
13  Q. Can you point to the jury what you just
14 drew and what -- what about that drawing indicates
15 that there's a Q wave?
16  A. It's a down-going -- down-going wave of --
17 the first -- well, the first part of the QRS, which
18 is the big spike in your EKG. It's a deep, downward
19 slope.
20  Q. So if you have a Q wave, then you would
21 expect to see -- the first move would be down --
22  A. Yes.
23  Q. -- before it rises up?
24  A. Correct.
25  Q. Is a Q wave measured in part by the depth

Page 147

1  and the width of the reading?
2  A. Oh, yes. Yes, it is.
3  Q. So the deeper the spike downward and the
4  wider it is, the more likely it is to be an actual Q
5  wave, right?
6  A. That's correct.
7  Q. Are there certain Q waves that are
8  nondiagnostic Q waves?
9  A. Sometimes in the inferior leads, two,
10 three and AVF small Q waves, there may or may not
11 mean anything.
12  Q. So, and when you say two, three and AVF,
13 just looking on the first page of Exhibit 15 --
14 hopefully, we can blow this up for the jury. But
15 when you say two, that's the second line going cross
16 the page from the top, right?
17  A. Roman numeral II here, yes. It's this
18 little segment right here to Roman numeral II and
19 then Roman numeral III. And next to three is the
20 AVF. Next to three, right next to three is the AVF.
21  Q. Hopefully we'll be able to blow that up so
22 that the jury can see that.
23       Is it your understanding, sir, that if you
24 have a real true Q wave, that's something you would
25 see on repeat EKGs?

Page 148

1  A. Yes.
2  Q. A real true Q wave is not something that
3  you expect to go away, true?
4  A. True.
5  Q. Is it also true that you can have a
6  nondiagnostic or a clinically insignificant Q wave
7  when you're lying down.
8  A. I don't know the answer to that.
9  Q. Let's look, if you could, sir, on the very
10 first EKG, September 6th of 2002, which you reviewed
11 back at the time, right?
12  A. Yes.
13  Q. Do you see any evidence, sir, of a Q wave
14 in this EKG?
15  A. Based on what I can see here, I really
16 don't see anything that looks like a significant Q
17 wave on -- on this EKG from what I can see of it.
18  Q. If you look on -- let's go two in to
19 September 7th of 2002. And this is a lot easier to
20 read. If we look at the third lead at the bottom
21 left part?
22  A. Okay. Do.
23  Q. You see that there's a small decrease
24 down?
25  A. Yes.

Page 149

1  Q. And then an increase up?
2  A. Yes.
3  Q. Would you consider that to be a Q wave,
4  sir, or a nondiagnostic Q wave?
5  A. Yeah. I would say nondiagnostic Q wave.
6  I mean, it -- it's a small -- it looks like a small
7  nondiagnostic Q wave there.
8  Q. This is September 7th, 2002. And then if
9  you turn to the last page, September 11th, 2002, do
10 you see any evidence of a diagnostic Q wave?
11  A. No.
12  Q. Now, three-and-a-half years after you
13 examined Mr. Barnett, sir, the plaintiffs in this
14 case have hired an expert witness to say that there
15 was a Q wave on September 11th of 2002 and that that
16 is indicative of an acute inferior wall transmural
17 MI, okay?
18  A. Yeah.
19  Q. What's your reaction to that?
20  A. That's not true.
21  Q. What is a transmural MI?
22  A. A full thickness heart attack. Meaning
23 the entire -- from the inner layer of the heart to
24 the outer layer of the heart.
25  Q. Did Mr. Barnett suffer a transmural MI at

Page 150

1  any point while you diagnosed him and worked with
2  him in September of 2002?
3      A. No.
4      Q. How long after you operated on Mr. Barnett
5  did you discharge him home?
6      A. Four days postop.
7      Q. Is that an indication that Mr. Barnett
8  really didn't have any complications with the
9  surgery and he was doing well?
10     A. Yes.
11         MR. GOLDMAN: Let me mark Exhibit 16A,
12  Dr. Bryan.
13              (DFT. EXH. # 16A, discharge
14               summary, marked for
15               identification.)
16  BY MR. GOLDMAN:
17     Q. This is a discharge summary that is
18  actually signed on the second page. Is that your
19  signature or a stamp of your signature?
20     A. Yes.
21     Q. Do you see on the first page that -- under
22  DG DX, do you see that?
23     A. Yes.
24     Q. There is a reference -- does that mean
25  discharge diagnosis?

Page 151

1      A. Correct.
2      Q. And then number one says: Non Q wave
3  myocardial infarction, right?
4      A. Yes.
5      Q. And do you stand by that diagnosis?
6      A. Yes.
7      Q. Number two says: Coronary artery disease?
8      A. Yes. All right.
9      Q. Number three: Hyperlipidemia, high
10  cholesterol?
11     A. Yes. Uh-huh.
12     Q. Number four: Systemic hypertension. Do
13  you see that, sir?
14     A. Yeah.
15     Q. We looked before at the fact that there
16  was no reference to hypertension at any point during
17  Mr. Barnett's hospitalization and here is a
18  reference to systemic hypertension.
19         Is it true or not that what was meant here
20  by systemic hypertension was the blood pressure that
21  you saw Mr. Barnett have while he was in the
22  hospital?
23     A. That's correct. During his postoperative
24  stay he required intervention for high blood
25  pressure.

Page 152

1      Q. What does that mean, during his postop --
2      A. Postop stay, his blood pressure -- in
3  fact, we had to put him -- we put him on Lopressor
4  50 PO twice a day and -- and his postop day two or
5  three --
6      Q. Is Lo -- Lopressor is a blood pressure
7  medicine?
8      A. Well, it's -- it controls blood pressure
9  and -- and heart rate. We use it postop for that
10  reason. Patients who have any diagnosis of MI go on
11  it. We use it to prevent irregular heart rates
12  after surgery, but it also has the benefit of being
13  an antihypertensive.
14         And 50 twice a day is higher than my
15  starting dose. I can -- we usually start at 25
16  milligrams twice a day. And I saw in his postop
17  notes somewhere earlier that his blood pressure had
18  gotten up to 150, 160 systolic, some -- somewhere in
19  that vicinity.
20     Q. While he was in the hospital?
21     A. While he was in the hospital postop.
22     Q. So the reference to systemic hypertension
23  here in this discharge summary does not mean that
24  you're concluding he had hypertension before
25  September of 2002, right?

Page 153

1      A. No. I'm concluding that -- that during
2  my -- my observation of him af -- when I was taking
3  care of him for those four days, he demonstrated
4  elevated blood pressures that needed -- needed
5  intervention.
6      Q. And those elevated blood pressure could be
7  due to the fact that he was having chest pain and a
8  heart attack?
9      A. Well, the one -- the ones that he got
10  treated for by me were for his postop -- postop
11  course.
12     Q. When you released Mr. Barnett from the
13  hospital, did you advice him that it would be a good
14  idea to exercise regularly?
15     A. Yes.
16     Q. Did you advise Mr. Barnett to continue to
17  take Lipitor to control his cholesterol?
18     A. Yes.
19     Q. Did you advise Mr. Barnett to continue to
20  take aspirin to prevent future clotting?
21     A. Yes. I -- what we state is for graft
22  patency, is how we put it to the patient, for
23  keeping his grafts open.
24     Q. And then you put Mr. Barnett on blood
25  pressure medication to try to control his blood

Page 154

1  pressure, right?
2     A.  For that and for the rhythm preven --
3  rhythm control reasons, too.  For both.
4     Q.  And were you optimistic, sir, based on
5  your observation of Mr. Barnett's heart, his 50
6  percent ejection fraction, how he responded to the
7  surgery that if he were to do the things you
8  suggested that he would do well in the future?
9     A.  Yes.
10    Q.  If you thought that one of Mr. Barnett's
11 medications contributed to his heart attack, would
12 you have allowed him to continue to take that
13 medication?
14    A.  No.
15    Q.  If you thought Vioxx, for example, caused
16 in any way Mr. Barnett's heart attack, you would not
17 have continued him on Vioxx, right?
18    A.  Correct.
19    Q.  You decided to keep Mr. Barnett on Vioxx
20 because it was helping his arthritis; is that right?
21    A.  That was the reason for that, yes.
22    Q.  Were you ever a paid speaker for Merck
23 concerning Vioxx when you decided it would be a good
24 idea for Mr. Barnett to continue on Vioxx?
25    A.  No.

Page 155

1     Q.  Did anybody from Merck, representatives or
2  otherwise, try to entice you with lunches or any
3  financial incentives to try to get you to prescribe
4  Vioxx to your patients?
5     A.  No.
6     Q.  Did you suggest that Mr. Barnett take
7  Vioxx after his heart attack because of any
8  advertisements you saw on TV about Vioxx?
9     A.  No.
10    Q.  Dr. Bryan, based on the fact that
11 Mr. Barnett has a strong family history of heart
12 disease and a previous history of high cholesterol
13 and his age and his gender do, do you believe that
14 Mr. Barnett's severe coronary artery disease and
15 heart attack can be explained by conventional risk
16 factors?
17    A.  Yes.
18    Q.  What do you mean by conventional risk
19 factors as a explanation for Mr. Barnett's heart
20 attack?
21    A.  One would be the diagnosis of the
22 hyperlipidemia or high cholesterol.  The second
23 would be a male over 50 years of age, when the risk
24 of coronary disease goes up.  Third would be his
25 family history.

Page 156

1  And in all likelihood, he may have been
2  hypertensive.  At what point, I don't know, but --
3  if he was hypertensive beforehand.  But those would
4  all be -- of the known risk factors, he qualifies
5  for three that we know of, maybe a fourth.
6     Q.  Would it be incorrect to say that
7  Mr. Barnett's heart attack and his severe coronary
8  artery disease can only be explained by Vioxx?
9     A.  No.
10    Q.  That's incorrect?
11    A.  That's -- that's incorrect to say that was
12 the only source of his heart attack.
13    Q.  Have you ever seen any evidence in the
14 medical literature at all that Vioxx contributes to
15 plaque formation?
16    A.  I have not personally reviewed any
17 information in the literature that says it
18 accelerates plaque.
19    Q.  Have you ever seen any literature
20 whatsoever in the -- in the medical literature in
21 animals or in humans showing that Vioxx or -- or
22 COX-2 inhibitors can accelerate plaque formation?
23    A.  No, I haven't -- when I read, I wouldn't
24 see that.  But no, I have not seen that.
25    Q.  Have you had discussions with your

Page 157

1  colleagues about different medications and so forth
2  during the course of your career, sir?
3     A.  Yes.
4     Q.  Have you ever heard from anybody that
5  Vioxx or COX-2 inhibitors actually contribute to
6  atherosclerosis?  And, actually, let me withdraw
7  that.  Let me ask it a different way.
8         What medical journals do you typically
9  read?
10    A.  I would typically read the Annals of
11 Thoracic Surgery, the Journal of Thoracic and
12 Cardiovascular Surgery.  I read the -- the Heart
13 Journal.  Read -- what else would be -- seminars
14 in -- in cardiac and thoracic surgery, probably a
15 couple other ones.  Chest, I read Chest as well and
16 every -- every now and then I'll pick up Circulation
17 or the New England Journal of Medicine I browse
18 through to see if there's anything of interest in
19 what I do.
20    Q.  Given your review of the various med --
21 withdrawn.
22        Given your review of the various medical
23 journals, sir, have you ever read any article in
24 humans or in animals suggesting that COX-2
25 inhibitors like Vioxx contribute to plaque

Page 158

1  formation, the progression of plaque or plaque
2  rupture?
3      A. No, I have not read that.
4      Q. Was there anything unique or different
5  about Mr. Barnett's heart attack as you examined his
6  heart that was different from heart attacks you've
7  seen over the years?
8      A. No.
9      Q. Was there anything that was -- withdrawn.
10         Can you look back at Exhibit 9 --
11 actually, we can look at -- back to Exhibit 11 at
12 page 5. Is this -- withdrawn.
13         Did you write a letter on October 10th,
14 2002 to Dr. Karavan summarizing your follow-up visit
15 with Mr. Barnett?
16     A. Yes.
17     Q. Did you write in the second sentence that
18 he was admitted with a non Q wave myocardial
19 infarction?
20     A. Yes.
21     Q. In the last -- second to last sentence, do
22 you see that it says: Postoperatively he did quite
23 well, since discharge he is walking every day?
24     A. Yes.
25     Q. Did Mr. Barnett tell you that he had any

Page 159

1  heart trouble or angina or shortness of breath when
2  he saw you on October 10th, 2002?
3      A. No, he didn't report any to me.
4      Q. Did Mr. Barnett report that he was having
5  any swelling or ankle pain as a result of his
6  surgery?
7      A. No. He -- we knew about his leg swelling,
8  but since the Lasix had been instituted, that had --
9  according to him, it resolved.
10     Q. Do you see in the last sentence of the
11 second to last paragraph you wrote: He may return
12 to full activity -- withdrawn.
13        The first sentence there says: My
14 impression is that Mr. Barnett is progressing on a
15 satisfactory postoperative course; I have instructed
16 him that he may return to driving; he may return to
17 full activity in another month? Do you see that,
18 sir?
19     A. Yes.
20     Q. Is that a sign that Mr. Barnett was
21 recovering well from his bypass surgery?
22     A. Yes.
23     Q. Do you remember I showed you a few minutes
24 or longer than that ago the Cardiolite stress test
25 from July of 2003?

Page 160

1      A. Right.
2      Q. Did you see then in July of 2003 that
3  Mr. Barnett lasted for 15 minutes on a treadmill?
4      A. Yes, I did.
5      Q. What's your view of -- of the exercise
6  tolerance of a man of Mr. Barnett's age who can
7  exercise for 15 minutes on a treadmill?
8         MS. SHERBANEE: Objection. Incomplete
9  hypothetical. Once again, he hasn't had the
10 opportunity to review these studies.
11 BY MR. GOLDMAN:
12     Q. You can answer.
13     A. In general, if he's -- if he's exercising
14 15 minutes getting to stage 5, he did quite well.
15 He -- he had 17.2 METS, which is a pretty good
16 energy -- energy expenditure on a treadmill.
17     Q. 17.2 METS, let's talk about that because
18 that's important. METS mean what?
19     A. It's an -- it's an amount of energy
20 expenditure a patient expends during exercise. How
21 vigorous a work out they're getting, I guess is an
22 easy way to put it.
23     Q. Do you know, sir, that a 17.2 METS score
24 is a score that some athletes don't even reach?
25     A. I -- I don't know about the well-trained

Page 161

1  athlete, but this is a -- a -- a good one for a
2  patient who is 58 years age and had heart surgery.
3      Q. Do you know what the average MET score is
4  for a man who is 58, 59 years ago?
5      A. I'm gone guess it's probably 7 to 10.
6      Q. Do know what the average METS score is for
7  a man age 20 to 29?
8      A. Probably more around 10 or 12.
9      Q. Twelve. Do you remember that back in
10 January of 2000 when Mr. Barnett had his Cardiolite
11 stress test that he exercised for 15 minutes and he
12 had a 17.5 METS score?
13     A. No. I didn't have -- I didn't have the
14 actual tests. I had the results from Dr. Karavan
15 that stated he had a lateral ischemia.
16     Q. Did you ever know that Mr. Barnett
17 actually lasted for 15 minutes on a treadmill in
18 January of 2000 and achieved a 17.5 METS score?
19     A. No.
20     Q. What does a 17.2 METS score and lasting 15
21 minutes on a treadmill indicate to you about
22 Mr. Barnett's heart condition in July of 2003?
23        MS. SHERBANEE: Objection. Speculation.
24        THE WITNESS: It -- it would just tell me
25 that he has a fairly -- he has good stamina and --

Page 162

1  and that he's do -- from a cardiac standpoint, that
2  he's doing -- I mean, assuming everything else
3  turned out okay on the stress test, he's doing well.
4  BY MR. GOLDMAN:
5     Q. Do you see that on the stress test there's
6  actually a reference to, under finings, LFEV -- LV,
7  I'm sorry?
8     A. Yeah. Yeah.
9     Q. Do you see the reference to LVEF was 58
10 percent?
11    A. Yes.
12    Q. Is that left ventricular ejection fraction
13 58 percent?
14    A. Correct.
15    Q. Is at this point in July of 2003
16 Mr. Barnett's ejection fraction higher than it was
17 when he had his heart attack when it was 50 percent?
18    A. Yes.
19    Q. Is Mr. Barnett's ejection fraction here in
20 July of 2003 higher than it was in January of 2000
21 when he had 56 percent of ejection fraction?
22    A. Within the realm of error, yes. That --
23 that's, you know, probably within the realm. I
24 don't -- for the particular study, who does it, I
25 don't know what their -- their realm -- the error of

Page 163

1  standard deviation is for their percent error. So I
2  would say probably it is technically a little bit
3  higher, but it could fall withing the, you know,
4  realm of error.
5     Q. What percentage of your patients, sir, who
6  are 60 years old and had quintuple bypass surgery
7  within ten months are able to last 15 minutes on a
8  treadmill and achieve a 17.2 METS score?
9        MS. SHERBANEE: Objection. Incomplete
10 hypothetical.
11       THE WITNESS: I don't know because we
12 don't get the stress tests back. You know, we don't
13 get the follow up. We only hear about it if they
14 would have chest pain and they had to be redone.
15 So, and knock on wood. That doesn't -- that happens
16 maybe once every ten or twelve years. So I
17 haven't -- I've only done one of my own since I've
18 been here. So that's -- that's -- that's all I
19 know. You know, I haven't seen it.
20 BY MR. GOLDMAN:
21    Q. Based on your review of the July 2003
22 Cardiolite stress test, would you agree that
23 Mr. Barnett's heart condition and heart function is
24 doing quite well?
25       MS. SHERBANEE: Objection. Outside the

Page 164

1  scope of this witness's testimony. Calls for
2  speculation.
3        THE WITNESS: If this were to come across
4  my desk, I would say it seems he's doing well. I
5  mean, without any other information.
6  BY MR. GOLDMAN:
7     Q. A month ago Mr. Barnett had a stress test
8  done for purposes of litigation, okay?
9     A. Uh-huh.
10    Q. And I want to show you the results of that
11 stress test, okay?
12          (DFT. EXH. # 16B, stress test,
13          marked for identification.)
14       MS. SHERBANEE: I'm gonna object to these
15 questions that he's not had the opportunity to
16 review anything after the heart attack. I think
17 it's totally inappropriate to ask this question --
18 this witness questions about a patient he hasn't
19 seen in almost four years.
20 BY MR. GOLDMAN:
21    Q. This is Exhibit 16, is it?
22    A. 16, yes. The last one was the EKGs?
23    Q. Yes.
24    A. That was 15.
25    Q. I'm handing you what I've marked as

Page 165

1  Exhibit 16 and this is a stress test that was done
2  on May 2nd, 2006. And I just want to ask you to
3  look on the second page for me, sir, okay?
4     A. Yeah.
5     Q. Now, this is an EKG test. It's a lot
6  clearer than the others that we've seen, right?
7     A. Yes.
8     Q. Do you see any evidence, sir, of a
9  diagnostic Q wave in the first EKG done on May 2nd,
10 2006 at 11:28 in the morning?
11    A. No.
12    Q. If you turn to the second page, which is
13 when Mr. Barnett was standing, do you see stage and
14 then it says stand?
15    A. Yes.
16    Q. Do you see any evidence in this EKG that
17 there was a Q wave?
18    A. Nothing that looks diagnostic to me.
19    Q. How about the third page?
20    A. No.
21    Q. The fourth page?
22    A. No.
23    Q. Let's go all the way to the last page. Do
24 you see any evidence of a diagnostic Q wave, sir?
25    A. No.

Page 166

1    Q. Mr. Barnett on this stress test was
2 diagnosed with a 60 percent ejection fraction. Is
3 that considered normal, sir?
4    A. Correct. That is.
5    Q. If Mr. Barnett lasted only nine-and-a-half
6 minutes on this particular treadmill test, does that
7 necessarily mean, sir, that it was due to his heart?
8    A. No.
9       MS. SHERBANEE: Objection. Calls for
10 speculation.
11 BY MR. GOLDMAN:
12    Q. Are there reasons that patients don't last
13 15 minutes on a treadmill for reasons having nothing
14 to do with their heart?
15       MS. SHERBANEE: Same objection.
16       MR. GOLDMAN: That was a bad question.
17 Let me rephrase it.
18 BY MR. GOLDMAN:
19    Q. First of all, lasting nine-and-a-half
20 minutes on a treadmill at age 60, is that considered
21 pretty good?
22       MS. SHERBANEE: Objection. Incomplete
23 hypothetical.
24 BY MR. GOLDMAN:
25    Q. Dr. Bryan, as Mr. Barnett's former heart

Page 167

1 surgeon, would you consider a nine-and-a-half minute
2 duration on a Bruce protocol treadmill to be good?
3    A. I would -- de -- depending on why they
4 terminated the test. That -- that would be -- I
5 mean, it's -- it's good, but it -- it would be
6 partly determined on why they're -- they're
7 terminating the test.
8    Q. If they terminated the test because of
9 fatigue or because of leg pain, does that indicate
10 that the reason for the termination on the treadmill
11 was because of a heart problem?
12    A. No.
13    Q. Do you see that on this stress test
14 Mr. Barnett actually has a 13.1 METS score at stage
15 four in the middle of the page?
16    A. Yes.
17    Q. Do you consider that to be excellent
18 exercise capacity for a man 60 years old?
19    A. That's -- that's quite good.
20    Q. Dr. Bryan, based on the information you've
21 seen today and your observation of Mr. Barnett's
22 heart in September of 2002, do you believe that he
23 has the potential to live a full life?
24       MS. SHERBANEE: Objection. Calls for
25 speculation.

Page 168

1       THE WITNESS: I believe that at this point
2 he's doing well. To be able to -- you know,
3 assuming at this point based on what I've seen on
4 him, I don't believe his cardiac status is holding
5 him -- would be holding him back, but that's based
6 on just looking at a couple stress tests postop.
7 BY MR. GOLDMAN:
8    Q. Have you seen any evidence, Dr. Bryan, in
9 any of the observation you did of Mr. Barnett in
10 September of 2002 or the follow-up visit or any of
11 the EKGs that you've seen today that Mr. Barnett has
12 had nine to ten years taken off of his life because
13 of his heart attack?
14       MS. SHERBANEE: Objection. Calls for
15 speculation.
16       THE WITNESS: I -- I don't -- I don't know
17 that -- I think that's -- that's hard to -- to -- to
18 guess. I don't -- I have really no opinion on
19 whether he's lost a length of life. I really don't.
20 BY MR. GOLDMAN:
21    Q. Okay. Dr. Bryan, based on your surgery of
22 Mr. Barnett and what you've seen today, do you
23 believe that his heart condition is doing well?
24    A. Based on what I've seen, I believe he's
25 doing -- the heart -- from what we know, it -- it

Page 169

1 seems to be doing well.
2       MR. GOLDMAN: Thank you, sir. I don't
3 have anymore questions but might after you do.
4       MS. SHERBANEE: I have a few.
5       Doctor, do you need to take a break or --
6       THE WITNESS: I need a two second break.
7       MS. SHERBANEE: Let's take another --
8 another five minute break. No problem.
9       VIDEOGRAPHER: Off the record. The time
10 is approximately 4:41.
11       (A recess transpired.)
12       VIDEOGRAPHER: We're now back on the
13 record. Time is approximately 4:44.
14       EXAMINATION
15 BY MS. SHERBANEE:
16    Q. Doctor, I have a few more follow-up
17 questions for you. Referring to Exhibit -- Defense
18 Exhibit 11, and that would be the packet of records,
19 the thick packet. And you recall counsel asked you
20 some questions regarding page 1 on this document?
21    A. Yes.
22    Q. And I believe, if I understood correctly,
23 that this was a document that your office filled
24 out?
25    A. Our -- what it is is when the consult is

Page 170

1  received while we're operating, our nurse will go
2  and screen the patient and give us just a little
3  quick rundown on the patient so we can look at it as
4  we go up to kind of, you know, get an idea, one, is
5  he somebody that might be able to be done the next
6  day, just as a brief sketch. But then we go and do
7  the full in-depth thing ourselves.
8      Q.  And so the nurse gets the information from
9  the referring physician?
10     A.  From the patient. Kirsten actually goes
11 in and talks to the patient most times.
12     Q.  Okay. And do you know in this case if
13 that occurred?
14     A.  I can't tell you if that occurred in this
15 case.
16     Q.  Okay. Now, Doctor, you're not an exer --
17 or a phys -- electrophysiologist, correct?
18     A.  No.
19     Q.  We've gone through the deposition today
20 and you have reviewed some of the EKGs, correct?
21     A.  Yes.
22     Q.  Is there any reason why we should discount
23 your testimony in this regard because you're not an
24 exer -- or electrophysiologist?
25     A.  There was really no arrhythmia issue with

Page 171

1  this patient, so ...
2      Q.  There is an overlap in specialties,
3  though. You're competent to review EKGs?
4      A.  Right. Right. Right.
5  Electrophysiologists, give you -- you know, I mean
6  their speciality compared to what we do would be,
7  you know, certain rhythms that are very difficult to
8  diagnose sometimes. Is it ventric -- a lower
9  chamber rhythm or an upper chamber rhythm, you know,
10 some of those things, management of certain of these
11 rhythms, if they want to put a device in to shock,
12 you know, those kinds of things. But -- but there
13 is a little overlap, yeah, with -- but in Mr.
14 Barnett's case we didn't have any, you know,
15 electrophysiologic reas -- you know, issues.
16     Q.  Correct. But do you feel that you're
17 competent to review EKGs and -- and look at
18 angiograms as --
19     A.  -- yes.
20     Q.  As well as Dr. Karavan?
21     A.  Yes. Uh-huh.
22     Q.  Okay. And, Doctor, let's go back a minute
23 to the January 2000 exercise stress test. Now, you
24 did say that you did not review the films; is that
25 correct?

Page 172

1      A.  Right. That's correct.
2      Q.  But the report from Dr. Swami did say it's
3  mild decreased perfusion; is that correct?
4      A.  Yes. It -- hold on. Let me --
5          MR. GOLDMAN: What's the exhibit number?
6          THE WITNESS: Is that 14?
7          MS. SHERBANEE: No.
8          MR. GOLDMAN: That's --
9          MS. SHERBANEE: No. You know, I'm not
10 sure we even attached that.
11         MR. GOLDMAN: You want me to mark it?
12 Well, actually I don't know if I have it.
13         MS. SHERBANEE: Yes, let's go ahead. I
14 have one. What number are we at?
15         MR. GOLDMAN: I think we're at 17 now.
16            (PLF. EXH. # 17, stress test
17            report, marked for
18            identification.)
19 BY MS. SHERBANEE:
20     Q.  Doctor, just to refresh your recollection,
21 there is the actual report.
22     A.  Yes.
23     Q.  All right. Now, Doctor, would you agree,
24 according to this report and the information that
25 you received from Dr. Karavan, that during the

Page 173

1  performance of this test that Mr. Barnett had no
2  exertional angina at the time of the test?
3      A.  Let's just look here. No, there's no
4  report of anginal symptoms during this test.
5      Q.  And that would be something that a
6  cardiologist such as Dr. Swami would report if there
7  had been any exertional angina, correct?
8          MR. GOLDMAN: Object to the form.
9  BY MS. SHERBANEE:
10     Q.  That would be important?
11     A.  Yeah. Typically during -- I was --
12 typically before or typically during a stress test
13 if the patient has chest pain it is mentioned in the
14 report.
15     Q.  Okay. And prior to your first
16 intervention with Mr. Barnett, did you ever receive
17 any history that he had been suffering from any type
18 of exertional angina?
19     A.  The only history I have was -- before the
20 admission, was the chest pain with the bloating of
21 his abdomen. That's the only chest pain history he
22 gave me.
23     Q.  According to this report, can you
24 determine whether or not he had any -- he had any
25 left main disease?

Page 174

1   A. No. You cannot determine that from a
2   stress test.
3   Q. All right. Doctor, back in 200 was there
4   a school of thought that patients with mild ischemia
5   can be manged conservatively without referral for
6   coronary angiography?
7   A. Yes.
8   Q. All right. So it would have been
9   appropriate to do the Cardiolite and not necessarily
10  do an angiogram, correct?
11  A. Correct.
12  Q. All right. So you wouldn't fault any of
13  Mr. Barnett's doctors for not performing the
14  coronary angiogram, correct?
15      MR. GOLDMAN: Neither will we.
16      THE WITNESS: No.
17  BY MS. SHERBANEE:
18  Q. Okay. And, Doctor, then would you agree
19  that in January of 2000 that he probably, according
20  to this test, he had a class one grade of angina
21  according to the current ACC guidelines for PCI?
22  A. I don't -- you know, she doesn't de --
23  describe what level of exertion it requires to bring
24  the chest pain. But given that he was going 15
25  minutes on a treadmill, I would say probably is a

Page 175

1   class one.
2   Q. Okay. And, Doctor, would it be important
3   for you as a cardiac surgeon to know whether a drug
4   like Vioxx could contribute to the development of
5   plaque?
6   A. Yes.
7   Q. And why is that?
8   A. Particularly in the patients who have
9   been -- had bypass surgery. Number one, coronary
10  arteries can develop disease downstream from their
11  grafts. You wouldn't want to accelerate that. But
12  probably as important if not more important, you
13  don't want to accelerate plaque formation in the
14  vein grafts or other grafts that are -- that are
15  placed.
16      So if you know something is gonna -- if
17  you knew something was gonna to accelerate plaque,
18  you would not want to give it to that patient
19  particularly because the vein grafts are more
20  vulnerable to plaque formation than, say, you know,
21  even the native arteries are.
22  Q. And, Doctor, in this case if the evidence
23  shows that a well-respected and a highly regarded
24  researcher obtained results in a study that foud
25  that a COX-2 analog did indeed promote plaque

Page 176

1   development and Merck refused to perform further
2   studies, that would be troublesome, wouldn't it?
3       MR. GOLDMAN: Time out. Show him the
4   studies. And we're talking about mice and you're
5   rep -- misrepresenting everything about it. So,
6   lacks foundation. Objection. Lacks foundation is.
7   BY MS. SHERBANEE:
8   Q. Go ahead.
9   A. To be honest, if -- if -- to me, if it
10  showed acceleration of plaque formation, I would
11  want it to be investigated a little further.
12      The thing is, and I've been in the lab
13  before, you have to look from species to species
14  about whether it crosses or not. Some species are
15  better for crossing over to humans than others. For
16  example, you know, pig hearts are a good model for
17  human hearts.
18  Q. Sure. And I understand that, Doctor.
19  A. You know. So, but whatever. If think
20  maybe if there's a concern, it should be looked at.
21  Q. Particularly if the study had shown that
22  there is a possibility, that would be important,
23  correct?
24      MR. GOLDMAN: Object to the form.
25      THE WITNESS: Yes.

Page 177

1       MR. GOLDMAN: Lacks foundation.
2   BY MS. SHERBANEE:
3   Q. And, Doctor, we did talk about briefly the
4   approved study, that was the colorectal study?
5   A. Yes.
6   Q. And you recall in the study that COX-2
7   inhibition did have effects that could increase the
8   risk of cardiovascular disease including reducing
9   prostacyclin levels, increasing blood pressure and
10  decreasing angiogenesis and destabilizing plaque.
11  Do you recall reading that?
12      MR. GOLDMAN: Object to the form.
13      THE WITNESS: Yes.
14  BY MS. SHERBANEE:
15  Q. Doctor, you were also asked some questions
16  about the EKG analyses?
17  A. Uh-huh.
18  Q. And you had said that you disagreed that
19  there was any Q waves. Do you remember that
20  testimony?
21  A. A significant Q waves, suggesting a -- you
22  know, an inferior MI.
23  Q. Okay. So that you did see Q waves?
24  A. Small, what I don't consider would be
25  clinically significant Q waves. You know, in the

Case 2:05-md-01657-EEF-DEK   Document 5405-3   Filed 06/19/06   Page 17 of 20
Confidential - Subject to Protective Order

Page 178

1  inferior leads.
2      Q. But there were Q wave?
3      A. Yes, small.
4      Q. All right. I just --
5      A. No, I mean -- to clarify, I don't think
6  they're significant Q waves, but you can see in the
7  inferior leads as well. And so ...
8      Q. And, Doctor --
9      MR. GOLDMAN: Were you done?
10     THE WITNESS: No. I just -- I just --
11 they're not Q waves typically seen with a big
12 inferior infarct. They're not those types of Q
13 waves.
14 BY MS. SHERBANEE:
15     Q. Doctor, going to your discharge summary,
16 we know that Mr. Barnett was discharged on Vioxx,
17 correct?
18     A. That's correct.
19     Q. At that particular time, what information
20 was available to you in regards to the
21 cardiovascular risks of Vioxx?
22     MR. GOLDMAN: Object to the form.
23     THE WITNESS: The only thing I -- I didn't
24 know of any cardiovascular risks other than
25 people -- people knew that hypertension was a side

Page 179

1  effect or renal sufficiency with some -- with these
2  dugs or ulcers. But in so far as specific, you
3  know, MI or stroke, there's nothing that I knew of
4  at that time.
5  BY MS. SHERBANEE:
6      Q. So the drug companies did not communicate
7  that to you? Merck did not communicate that to you?
8      MR. GOLDMAN: Object to the form. Are
9  you -- you want to -- you're gonna get into what --
10 what he knew about cardiovascular risks?
11     MS. SHERBANEE: He's already testified to
12 that. That he hasn't -- they didn't tell him
13 anything.
14 BY MS. SHERBANEE:
15     Q. Is that fair, Doctor?
16     A. That's -- that's correct.
17     Q. All right. Doctor, assuming that
18 Mr. Barnett took Vioxx daily for approximately 32
19 months before his heart attack, can you rule out
20 Vioxx as one of the causes of his heart attack?
21     A. No.
22     MS. SHERBANEE: I don't have any other
23 yes. Thank you.
24     EXAMINATION
25 BY MR. GOLDMAN:

Page 180

1      Q. Dr. Bryan, I don't know what the --
2  withdrawn.
3      Based on what you saw in your examination
4  of Mr. Barnett and given his underlying conventional
5  risk factors, did you have any reason to believe
6  that Vioxx caused Mr. Barnett's heart attack?
7      THE WITNESS: I -- I didn't at the time,
8  no. No.
9  BY MR. GOLDMAN:
10     Q. You were asked questions about exertional
11 angina. Do you remember that?
12     A. Yes.
13     Q. And I think you were asked whether or not
14 in January of 2000 Mr. Barnett showed any evidence
15 of exertional angina. Remember that?
16     A. Correct.
17     Q. Now, exertional angina means that when the
18 patient is exercising, the patient actually feels
19 heart pain?
20     A. Correct.
21     Q. When you saw Mr. Barnett in September of
22 2002, did he have significant advanced coronary
23 artery disease?
24     A. Yes.
25     Q. Did Mr. Barnett have multi-vessel and

Page 181

1  multi-branch occlusions in his arteries?
2      A. Yes.
3      Q. Did Mr. Barnett indicate at all to you
4  that he was experiencing exertional angina prior to
5  the time that he was admitted for his heart attack?
6      A. No.
7      Q. So this could be a situation where a
8  patient, here Mr. Barnett, has severe coronary
9  artery disease but is in good enough shape that he
10 doesn't have angina when he exercises, true?
11     MS. SHERBANEE: Objection. Speculation.
12     THE WITNESS: It's -- the -- the problem
13 with -- with this is when does a patient become
14 symptomatic. They can go for years or weeks or --
15 you know, we don't know why one day the plaque
16 ruptures. We don't. Why one day a guy like this
17 who's had disease starts becoming symptomatic, when
18 he's -- you know, he'll tell you that I've been fine
19 for -- I have patients who have been exercising
20 three miles a day for years and then all of a sudden
21 in a week they can't walk a mile. They can't walk
22 two blocks without getting chest pains. Why? I
23 don't know.
24     With him, it's hard to know. Was he a
25 pretty fit guy? Maybe that's why he did fairly well

46 (Pages 178 to 181)
Golkow Litigation Technologies - 877.DEPS.USA
26f041dc-a67d-4a52-9c38-dfac1b9ed0f5

Page 182

1  with his coronary disease. I can't tell you that
2  being more fit keeps you from having chest pain. I
3  can tell you that it helps you when you get operated
4  on to survive it. And it may induce them to have
5  chest pain.
6        But the thing about 2000 with him is, from
7  my review of it, I don't see a real description of
8  what went on in 2000. I mean, I don't know whether
9  it was exertional chest chain. I see chest
10 discomfort requiring hospitalization. That's it.
11 That's all I see. I see he went 15 minutes with no
12 chest pain then with a positive stress test, but
13 there's nothing in here that describes whether he's
14 having exertional or not. To me, it didn't describe
15 it. And then he just came into the hospital with
16 his MI and that -- and that was it.
17 BY MR. GOLDMAN:
18    Q. So in September of 2002, when Mr. Barnett
19 presented with this heart attach, he had severe
20 coronary artery disease in multi vessels and did not
21 complain about exertional heart pain?
22    A. Not prior to -- not prior to his
23 admission. And in fact, if I -- I've got to review
24 his admission again. But I don't know if he was
25 exerting himself again or not when he came in that

Page 183

1  time. I'd have to review that. I can't remember
2  what the scenario was.
3     Q. He was actually working at his computer
4  when he --
5     A. That's right. He was -- that's right. He
6  was at low level activity when it happened.
7     Q. You were asked about a study that
8  plaintiffs' counsel suggested caused -- withdrawn.
9        Do you remember being asked about a study
10 that wasn't shown to you that plaintiffs' counsel
11 said reflected that Vioxx can cause the acceleration
12 of plaque? Do you remember that?
13    A. Correct.
14    Q. The study that I believe plaintiffs'
15 counsel is referring to is a study of APOE knockout
16 lice. Okay, do you know what that is?
17    A. I don't know what it is.
18    Q. It's a mouse model.
19    A. It's a mod -- yeah, I don't know what the
20 APOE exactly is.
21    Q. It's a mouse model. And it was a study
22 that was conducted for three weeks, okay, with a
23 dose that was four times the normal dose of Vioxx in
24 human beings, 25 milligrams. You with me?
25    A. Uh-huh.

Page 184

1     Q. The author of the study is a man named
2  Dr. Epstein. He is a very well known
3  atherosclerosis expert, okay?
4        Dr. Epstein testified that his study was
5  the only published study that he was aware of
6  showing that COX-2 inhibition can lead to early
7  formation of atherosclerotic lesions. You with me
8  so far?
9     A. Yes.
10    Q. Do you understand that the development of
11 early atherosclerotic lesions is different from
12 saying that a drug causes the progression of
13 atherosclerosis?
14    A. Well, there is a difference because it's
15 already in inflammatory state once the plaque
16 started. So I think what's the initiating event? I
17 mean is -- you know, it is. It is different than
18 progressing.
19    Q. Before you as a doctor would want to be
20 able to draw a conclusion about whether COX-2
21 inhibitors can accelerate plaque formation, wouldn't
22 you want to know about all the studies that were
23 done on that particular study as opposed to one?
24    A. I would look at everything.
25    Q. And if there were no animal studies at all

Page 185

1  or studies in humans showing that Vioxx or any other
2  COX-2 inhibitors accelerates plaque formation, is
3  that something that you would want to know about?
4        MS. SHERBANEE: Would you repeat the
5  question?
6        MR. GOLDMAN: Sure.
7  BY MR. GOLDMAN:
8     Q. You were asked by plaintiffs' counsel
9  whether or not you would want to know if there was a
10 single study that showed acceleration of plaque by
11 COX-2 inhibition. Do you remember that?
12    A. Correct.
13    Q. My only question to you, sir, is: If you
14 want to know that, do you also want to know whether
15 there are other studies that show that there's no
16 effect whatsoever in terms of COX-2 inhibition on
17 acceleration of plaque?
18    A. Well, I would want to review every --
19 what's on both -- both sides of the fence. I mean,
20 I -- basically when I look at an article, I base it
21 on it merits, not its results, I mean, whether the
22 study is a well-designed study or not. So I look --
23 would look at both.
24        I mean, we have plenty of things in
25 cardiac surgery that tell you do one thing and

Page 186

1  one -- and there are things that say -- people say
2  do it another way and everybody has got their
3  reasons, but you've got to base it on what's the --
4  what the science tells you is the -- is the
5  well-designed study. So you typically look at both
6  sides of the argument.
7      Q. You would ask questions about whether you
8  knew about cardiovascular risks that are potentially
9  associated with Vioxx and COX-2 inhibitors. Do you
10 remember that?
11     A. Yes.
12     Q. You weren't the person responsible for
13 prescribing Vioxx to Mr. Barnett, were you, sir?
14     A. No.
15     Q. You didn't read the package insert that
16 was in existence in April of 2002, did you, sir, for
17 Vioxx?
18     A. Not that I'm aware -- not that I can
19 recall, no.
20     Q. You don't know whether the April 2002
21 package insert for Vioxx identifies a specific study
22 that showed a five times difference in heart attacks
23 between Vioxx and 500 milligrams of Naprosyn twice a
24 day?
25     A. I don't recall that.

Page 187

1      Q. You relied on Mr. Barnett's internist,
2  Dr. Mikolojcyk, to decide whether Vioxx was the
3  appropriate medication to treat Mr. Barnett's
4  ortheo -- osteoarthritis, correct?
5      A. Oh, correct.
6      Q. Can you say it again?
7      A. Mikalojak.
8      Q. I couldn't get my words out. Do you know
9  him?
10     A. I do know him. He's in Charleston now.
11     Q. Did you rely on Dr. Mikalojak?
12     A. Mikalojak.
13     Q. We call him Dr. Mikolojcyk in this case.
14     A. Dr. Mike is probably the easiest way to
15 call him.
16     Q. Did you rely on Dr. Mike to determine
17 whether Vioxx was the appropriate medication to
18 treat Mr. Barnett's osteoarthritis?
19     A. Yes.
20     Q. Do you know Dr. Mike personally?
21     A. I know him personally. I don't -- I never
22 socialized with him really much of anything, but I
23 know him personally.
24     Q. Do you also know him professionally?
25     A. Yes.

Page 188

1      Q. Is he a fine internist?
2      A. He was considered one of the better
3  internists, yes.
4      Q. Do you think that Dr. Mike, based on your
5  experience with him, puts his patients first?
6      A. Yes.
7      Q. Based on your review of Mr. Barnett's
8  medical records and his care, do you have any doubt
9  that Dr. Mike -- withdrawn.
10         Based on your experience with
11 Dr. Mikolojcyk and your review of the medical
12 reports, do you have any question about the
13 propriety or the correctness of Mr. Barnett's care?
14     MS. SHERBANEE: I'm gonna object to the
15 extent that he's already testified he has not
16 reviewed any of Dr. Mikolojcyk's records.
17     MR. GOLDMAN: I'll ask it a different way.
18 BY MR. GOLDMAN:
19     Q. Last question, sir. Based on your
20 experience with Dr. Mike and your review of the
21 medical records that existed in September 2002, do
22 you have any reason to think that Dr. Mikolojcyk
23 treated Mr. Barnett in some inappropriate way?
24     A. No.
25     MR. GOLDMAN: Thank you very much. That's

Page 189

1  all we have.
2      MS. SHERBANEE: I have no further
3  questions. Thank you very much, Doctor. Appreciate
4  it.
5      VIDEOGRAPHER: This concludes the
6  videotaped deposition. Time is approximately 5:04.
7      (The deposition was concluded at -- 5:04 p.m.)
8  ----------------------------

Page 190

```
 1      CERTIFICATE OF NOTARY PUBLIC & REPORTER
 2          I, Roxanne Easterwood, Registered
 3  Professional Reporter and Notary Public for the
 4  State of South Carolina at Large, do hereby certify
 5  that the foregoing deposition is a true, accurate
 6  and complete record.
 7          I further certify that I am neither
 8  related to nor counsel for any party to the cause of
 9  pending or interested in the events thereof.
10          Witness my hand, I have hereunto affixed
11  my official seal this 6th day of June, 2006 at
12  Charleston, Charleston County, South Carolina.
13
14
15
16          _____
            Roxanne Easterwood, RPR
17          My Commission Expires
            February 1, 2015
18
19
20
21
22
23
24
25
```

Page 191

```
 1              INDEX
 2  WITNESS/EXAMINATION                    PAGE
 3  FOSTER CURTIS BRYAN, II, M.D.................3
 4  EXAMINATION
 5    BY MS. SHERBANEE............................3, 169
 6    BY MR. GOLDMAN..............................70, 179
 7  CERTIFICATE OF REPORTER......................190
 8       REQUESTED INFORMATION INDEX
 9          (No Information Requested)
10           EXHIBITS
                          PAGE LINE
11  PLF 1, Consult............................26  25
12  PLF 2, Corotid ultrasound.................40  19
13  PLF 3, Copies of witness' progress
        reports from Grand Strand chart.........41  17
14
    PLF 4, Operative report...................43   6
15
    PLF 5, Discharge summary..................54  19
16
    PLF 6, Progress notes.....................57  25
17
    PLF 7, Office visit note dated 9/23/02..60  17
18
    PLF 8, Office visit of 10/7/02............62   1
19
    PLF 9, Office visit of 10/10/02...........63   1
20
    PLF 10, (Exhibit number not used)
21
    DFT 11, Bryan records chart Bates stamped
22  BarnettG-Bryan FMD 1 through 35...........80   7
23
24
25
```

Page 192

```
 1  DFT 12, Lab sheet reflecting enzyme tests
        taken of Mr. Barnett.....................90  11
 2
 3  DFT 13, Drawing used in Karavan depo......105  21
 4  DFT 14, Barnett July 18, 2003 Cardiolite
        stress test...........................122  23
 5
 6  DFT 15, EKG tests.........................144  22
 7  DFT 16A, Discharge summary................150  13
 8  DFT 16B, Stress test......................164  12
 9  PLF 17, Stress test report................172  16
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```