## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Smith v. Merck & Co., Inc.*, **05-4379**
    *Mason v. Merck & Co., Inc.*, **06-810**
    *Dedrick v. Merck & Co., Inc.*, **05-2524**

### ORDER

IT IS ORDERED that the parties shall provide the Court with a proposed jury questionnaire by the following dates: (1) *Smith*—July 24, 2006; (2) *Mason*—September 11, 2006; and (3) *Dedrick*—September 25, 2006.

New Orleans, Louisiana, this __19th__ day of __June__, 2006.

_____
UNITED STATES DISTRICT JUDGE