UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13  PM 4: 52

LORETTA G. WHYTE
          CLERK

|  |  |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br><br>EDLA CASE NO. 06798 |

JIMMIE COLLINS, individually, and JIMMIE COLLINS, as Personal Representative on behalf of the Estate of Decedent Laura Endicott, Plaintiffs, vs. MERCK & COMPANY, INC., NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. d/b/a Webb City Health and Rehabilitation Center, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER, RAJENDRAKUMAR I. PATEL, M.D., MEDCO HEALTH SOLUTIONS, INC., MEDCO HEALTH, L.L.C., and MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC., Defendants, transferred from the United States District Court, Western District of Missouri, Southwestern Division, Case No. 05-5142-CV-W-DW

### PLAINTIFF JIMMIE COLLINS' MOTION TO STAY BRIEFING AND CONTINUE HEARING ON DEFENDANTS NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C., JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH AND REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH AND REHABILTIATION CENTER'S MOTION AND MEMORANDUM OF LAW TO ENFORCE ARBITRATION AGREEMENT

COMES NOW plaintiff Jimmie Collins, by and through counsel, and hereby moves the Court for its Order staying all further briefing on Defendants' Motion to Enforce Arbitration Agreement until after the Court has ruled upon Plaintiffs' Renewed Motion for Remand and continuing the July 5, 2006 hearing currently noticed up by the above-named defendants for the Court to review the briefs in connection with the Defendants' Motion to Enforce Arbitration Agreement. Plaintiff states and alleges as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

1. Plaintiffs' Renewed Motion to Remand in this matter remains pending with the Court. During the pendency of Plaintiffs' Renewed Motion to Remand, the above nursing home defendants recently filed a Motion to Enforce Arbitration Agreement.

2. Defendants have noticed up that the briefs on the motion to enforce arbitration agreement are to be reviewed by the Court on July 5, 2006.

3. Given the pendency of Plaintiffs' Renewed Motion for Remand, in particular that it is possible that this Court does not rightfully have jurisdiction over this matter such that it could not and should enter any Order other than remanding this cause back to state court, plaintiffs have filed a Motion to Stay All Proceedings Pending Court Ruling On Plaintiff's Renewed Motion For Remand. Plaintiff has noticed up that the briefs concerning plaintiff's Motion to Stay are to be reviewed by the Court tomorrow, Wednesday, June 7, 2006.

4. Because of the above, plaintiffs request that this Court enter an Order staying the briefing on Defendants' Motion to Enforce Arbitration Agreement until such time as Plaintiffs' Renewed Motion for Remand has been ruled upon, and continuing the hearing on Defendants' Motion to Enforce Arbitration Agreement indefinitely.

WHEREFORE, plaintiff, by and through counsel, hereby move this Court for its Order staying all further briefing on Defendants' Motion to Enforce Arbitration Agreement until after the Court has ruled upon Plaintiffs' Renewed Motion for Remand, and continuing the hearing on Defendants' Motion to Enforce Arbitration Agreement indefinitely, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

THE HERSHEWE LAW FIRM, P.C.

BY: _____
CHRISTOPHER A. WRIGHT          MO #47539
EDWARD J. HERSHEWE             MO #27641

431 VIRGINIA AVENUE
JOPLIN, MISSOURI 64801
(417) 782-3790
(417) 782-8482         FACSIMILE

AND

BARTIMUS, FRICKLETON, ROBERTSON
 & OBETZ, P.C.

JAMES P. FRICKLETON           MO #31178

11150 OVERBROOK DRIVE
LEAWOOD, KS 66211
(913) 266-2300
(913) 266-2366         FACSIMILE

AND

GOZA & HONNOLD

KIRK J. GOZA                  MO #32475

1100 MAIN STREET
2630 CITY CENTER SQUARE
KANSAS CITY, MO 64105
(816) 512-2171
(816) 512-2172         FACSIMILE

ATTORNEYS FOR PLAINTIFFS

3

I hereby certify that a copy
of the foregoing was sent via
U.S. Mail and Lexis Nexis File & Serve
this 7th day of June, 2006 to:

Clerk of the U.S. District Court,
Eastern District of Louisiana
Attention: Dina
500 Poydras Street
New Orleans, Louisiana 70130

John C. Aisenbrey
George F. Verschelden
Stinson Morrison Hecker L.L.P.
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
ATTORNEYS FOR DEFENDANT MERCK & COMPANY, INC.

Ron Mitchell
Blanchard, Robertson, Mitchell & Carter, P.C.
320 West 4th St.
Joplin, Missouri 64802
ATTORNEYS FOR DEFENDANT RAJENDRAKUMAR I. PATEL, M.D.

Stephen Strum
Stacey Sifton
Sandberg, Phoenix & von Gontard, P.C.
One City Centre
15th Floor
St. Louis, Missouri 63101-1880.
ATTORNEYS FOR DEFENDANTS NORTHPORT HEALTH SERVICES OF MISSOURI,
L.L.C. d/b/a WEBB CITY HEALTH AND REHABILITATION CENTER, NHS
MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEALTH
AND REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB
CITY HEALTH AND REHABILITATION CENTER, JOHN BURCHFIELD, KEITH
BENTON AND DEBBIE ELMORE

B. Matthew Struble
Thompson Coburn L.L.P.
One US Bank Plaza
St. Louis, Missouri 63101
ATTORNEYS FOR DEFENDANTS MEDCO HEALTH SOLUTIONS, INC., MEDCO
HEALTH, L.L.C., AND MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC.

_____
Attorney for Plaintiff




I hereby further certify that a copy
of the foregoing was sent via
Lexis Nexis File & Serve
this 9th day of June, 2006 to:

All counsel included on the attached Panel Service List (Excerpted from CTO-30), attached hereto and incorporated by reference as if fully set forth herein

_____
Attorney for Plaintiff