FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 20 PM 3: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

* MDL NO. 1657
* SECTION: L(3)
* JUDGE FALLON
* MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
*Collins v. Merck & Co., Inc., et al., 06-798*

### ORDER

IT IS ORDERED that the Plaintiff's Motion to Stay All Proceedings Pending Court's Ruling on Plaintiff's Renewed Motion for Remand (Rec. Doc. 4887), Plaintiff's Motion to Stay Court Ruling on Defendants' Motion to Enforce Arbitration Agreement Until Plaintiff's Motion for Remand Has Been Decided By the Court (Rec. Doc. ___), and Plaintiff's Motion to Stay Briefing on Defendants' Motion to Enforce Arbitration Agreement (Rec. Doc. ___) are SUSTAINED.

See Rec. Doc. 5095

New Orleans, Louisiana, this 19 day of June, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____