

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Bobbie Lee Thompson, et al v. Merck & Co., Inc.*, No. 05-4055

### SUGGESTION OF DEATH

Comes Now, Edward Murray, as Personal Representative of the Estate of Betty Jean Murray, by and through his attorneys of record, and suggests to the Court, and upon the record, pursuant to Fed. R. Civ. P. 25 (a)(1), the death of Plaintiff Betty Murray. This suggestion is supported by the Letters of Administration, attached as Exhibit 1.

Respectfully Submitted by:

Dated: June 13, 2006

J. Scott Bertram, MO Bar #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Ste 107
Kansas City, MO 64114

(816) 523-2205
Fax (816) 523-8258

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 6411
(816)701-1100
Fax (816)531-2372

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
323 W. 8th St., Ste. 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Grant L. Davis, MO #34799
Shawn Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (816) 512-2172

James P. Frickleton, MO #31178
Bartimus, Frickleton, Robertson & Gorny
One Hallbrook Place
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-236

Kirk Goza, MO #32475
Brad Honnold, MO #39818
Goza & Honnold, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (913) 261-0087

Wayne R. Spivey, Atty. ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

Attorneys for Edward Murray as Personal Representative
of the Estate of Plaintiff Betty Murray

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 13th day of June 2006.

# EXHIBIT 1



# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| Probate Division | Case Number: 06P9-PR00229 |
|---|---|

In the Estate of BETTY JEAN MURRAY, Deceased.

(Date File Stamp)

## Letters of Administration
(Independent Administration)

**The State of Missouri to All Persons to Whom These Presents Shall Come, Greeting:**

**Know Ye,** that BETTY JEAN MURRAY, who resided in JACKSON, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint EDWARD MURRAY personal representative who may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, with full power and authority as provided by law.

Date of Death: 22-JAN-2006

**In Testimony Whereof,** I, Clerk of the Probate Division of the Circuit Court in and for the said County of JACKSON, Missouri have hereto signed my name and affixed the seal of the said court on 12-APR-2006.

Division Clerk: S MARGENE BURNETT

By: _____

### Certificate

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

Witness my hand and seal of court on 4/12/06

Division Clerk: S MARGENE BURNETT

By: _____

OSCA (10-98) PR135                     1 of 1                     473.117, 473.123, RSMo



# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## HONORABLE KATHLEEN A FORSYTH, JUDGE

| Probate Division | Case Number: 06P9-PR00229 |
|---|---|

In the Estate of BETTY JEAN MURRAY, Deceased.

(Date File Stamp)

## Notice Of Letters Of Administration Granted
(Independent Administration)

**To All Persons Interested in the Estate of BETTY JEAN MURRAY, Decedent:**

On APRIL 12, 2006, the following individuals was appointed the personal representative of the estate of BETTY JEAN MURRAY, decedent, by the Probate Division of the Circuit Court of JACKSON County, Missouri. The personal representative's business address and phone number is:

EDWARD MURRAY, 3113 SW GRANDSTAND CIRCLE, LEES SUMMIT, MO 64081 816-763-8611

The personal representative may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, unless a petition for supervised administration is made to and granted by the court.

The personal representative's attorney's name, business address and phone number is:

WILLIAM LEE HUBBARD, 1718 WALNUT, KANSAS CITY, MO 64108, 816-472-4673.

All creditors of said decedent are notified to file claims in court within six months from the date of the first publication of this notice or if a copy of this notice was mailed to, or served upon, such creditor by the personal representative, then within two months from the date it was mailed or served, whichever is later, or be forever barred to the fullest extent permissible by law. Such six-month period and such two-month period do not extend the limitation period that would bar claims one year after the decedent's death, as provided in Section 473.444, RSMo, or any other applicable limitation periods. Nothing in Section 473.033, RSMo, shall be construed to bar any action against a decedent's liability insurance carrier through a defendant ad litem pursuant to Section 537.021, RSMo.

Date of the decedent's death: 22-JAN-2006          Division Clerk: S MARGENE BURNETT

Date of first publication: APRIL 20, 2006          By: KELLI FISHER

Receipt of this notice by mail should not be construed by the recipient to indicate that the recipient necessarily has a beneficial interest in the estate. The nature and extent of any person's interest, if any, can be determined from the files and records of this estate in the Probate Division of the above referenced Circuit Court.