UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 19 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX § | MDL NO. 1657 |
| §  | |
| PRODUCTS LIABILITY LITIGATION § | |
| § | SECTION: L |
| § | |
| (This Document Relates to All Cases § | |
| In Which the Plaintiff is Represented § | JUDGE FALLON |
| By The Kaiser Firm, LLP) § | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' CROSS-NOTICE OF THE DEPOSITION
OF LEMUEL A. MOYE, M.D., Ph.D.**

TO:   The parties in all cases consolidated in *In re Vioxx Products Liability Litigation*, by and through their counsel of record.

**PLEASE TAKE NOTICE** that the deposition of Lemuel A. Moye, M.D., Ph.D., will be held on June 16, 2006 at 9:00 a.m. at the offices of Abraham & Watkins, 800 Commerce Street, Houston, Texas 77002. The deposition will be video-taped by a certified court reporter and may be used at trial. This cross-notice is issued pursuant to Pre-Trial Order 9.

Respectfully submitted,

/s/ Grant Kaiser

Grant Kaiser (11078900)
E-mail: gkaiser@thekaiserfirm.com
**THE KAISER FIRM, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
713-223-0000
713-223-0440 (fax)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with the Pre-Trial Order No. 8, on this 15th day of June, 2006.

*/s/ Grant Kaiser*
_____
Grant Kaiser