# *Profit Plan 2002 - Merck A&A Franchise*

P1.0966

Confidential - Subject To Protective Order

MRK-ABW0005449

***Executive Summary***

The year 2002 will define the future of the Merck coxib franchise in several important ways. First, a new competitive entrant, valdecoxib, will enter the market. In order to be successful, the A&A franchise will need to pre-position valdecoxib as offering nothing new while also addressing continued competitive pressures from Celebrex. VIOXX will compete alone against two Pharmacia coxibs until the launch of etoricoxib. Second, etoricoxib will launch in July into a market where success or failure are determined in the first 12 months of post-launch performance. For these reasons, franchise spending emphasis will shift from VIOXX in the first half of the year to etoricoxib in the second half.

The most likely revenue forecast[1] for the franchise is $2.2 billion, comprised of $1.9 billion for VIOXX and $305 MM (which includes $60 MM stocking) for etoricoxib. This compares to the franchise revenue Profit Plan guideline of $2.74 billion, of which $2.4 billion (constant dollars) is for VIOXX and $340 MM (with the same stocking assumption) for etoricoxib. The franchise is requesting $316 MM in promotional expenses during the coming year, with $194 MM promotional spend for VIOXX and $122MM for etoricoxib. These expenses represent a <u>$130 MM</u> reduction versus Business Plan estimates and are in line with Profit Plan guidelines.

Investment in the A&A franchise for 2002 will have a major impact on the levels of revenue and income in 2002 and beyond. The contribution from etoricoxib will become particularly significant in 2003, when etoricoxib is expected to become a billion dollar brand and has the potential to become the lead Merck coxib.

Strategic Objectives for the franchise in 2002 are as follows, to which expenses are aligned as appropriate:

OVERARCHING FRANCHISE OBJECTIVE: Maximize Share of Merck Coxibs

OP – Redacted – other product

2) Minimize Erosion of VIOXX Share of Coxib Class
    a) Continue to Build Superior Pain Relief Image
    b) Minimize Uptake of Valdecoxib
    c) Address CV and Renal Issues

3) Continue to Drive Coxib Penetration into the A&A Class

***Changes since Business Plan***

Since the development of the 2002-2006 Business Plan, several significant events have taken place.

<u>*Reduced Market and Class Growth*</u> - A&A market growth has slowed significantly since Business Plan due to a reduced influx of new patients. Coxib penetration has been further slowed due to physician/consumer reaction to the media reports surrounding the confounding results of the VIGOR and CLASS studies. These events have reduced the 2001 EA for VIOXX by $250 MM since Business Plan (to $2.25 billion), and have a significant impact on revenue projections for the coxib franchise in 2002 (see Template O).

<u>*Delay of Parecoxib*</u> - The pending approval of Pharmacia's injectable coxib, parecoxib, was delayed 22-28 months due to a non-approvable letter from the FDA. Although there has been some speculation that this event may also delay the projected approval timing of valdecoxib beyond January 2002, Pharmacia has publicly stated that this is not the case, and that the non-approvable

[1] Forecast excludes August 31 price increase for VIOXX

Confidential - Subject To Protective Order

letter was merely due to insufficient sizing of studies. Regardless, the lack of an injectable formulation for Pharmacia levels the playing field versus the Merck franchise by reducing spillover opportunity from parecoxib to valdecoxib and eliminating any potential efficacy "halo" based on the rapid onset of parecoxib and on its morphine comparison data in pain models. Lastly, valdecoxib may carry some "negative halo" due to perceived safety concerns that may be associated with parecoxib.

*Timing of Valdecoxib Launch* - Approval of valdecoxib is now anticipated in November, 2001 (instead of January, 2002), assuming a 10 month FDA review.

*Physician Segmentation* - Two changes to the target audience have been recommended since Business Plan:

1. The A+/B target universe of 131,000 physicians has been reduced to 96,000 physicians. This removes as targets the high A&A volume physicians who prescribe the lowest share of coxibs (very high generic prescribers). Narrowing the targeted audience retains 96% of the prescribing base for VIOXX and coxibs.
2. Three types of physicians have emerged within both High Coxib and High NSAID audiences based on coxib brand preferences. These physicians have been characterized as High Celebrex, Dividers (who divide VIOXX and Celebrex use), and High VIOXX, with attitudinal differences between each.
   - High Celebrex physicians are more likely to believe that Celebrex causes less hypertension/edema than VIOXX, are more sensitive to non-GI safety issues and also believe that the efficacy of VIOXX and Celebrex are comparable. The franchise strategy will be to stem the erosion of VIOXX with these physicians in 1S02, followed by a focused effort on converting Celebrex business to etoricoxib in 2S02 based on its superior efficacy and non-GI safety profile. Brand choice will be the focus with these physicians, since expansion of coxib use will fuel Celebrex growth. This segment represents approximately 20,000 physicians.
   - Because Divider and High VIOXX physicians share similar beliefs, they are consolidated into either High Coxibs or High NSAIDs, depending on their relative coxib share of the A&A market. These physicians consider analgesic efficacy a relatively more important drug selection criterion than High Celebrex physicians and perceive VIOXX to be more effective than Celebrex. Both brands will focus on these segments consistent with positioning, while supplementing High NSAID physician discussions with GI safety messages (i.e. VIGOR, endoscopy, fecal blood loss) since *these physicians believe they can manage GI risk*.

*Refined Franchise Positioning* - Merck coxib franchise positioning has evolved since Business Plan, using the following base case assumptions: 1) VIOXX will successfully minimize valdecoxib and, 2) potential interaction studies between etoricoxib and HRT will prove to be inconclusive or negative (no

MRK-ABW0005451

Confidential - Subject To Protective Order

interaction). The focus of franchise positioning will leverage the unique attributes of each brand. (See positioning section)

***Revenue Forecast***[1]

A Monte Carlo simulation was used to help the franchise to quantify the risk around the base case sales forecast, and to determine the probability of achieving the sales targets. As shown in Template T, probability distributions were established around key forecast drivers (e.g. the expected month in which valdecoxib and etoricoxib will launch, the valdecoxib and etoricoxib launch curve analogies to Celebrex and VIOXX, and the source of business).

As referenced above, the most likely 2002 sales forecast for the franchise is $2.2 billion. The base case forecast for VIOXX is $1.9 billion, with a 68% probability (+/- 1 standard deviation) that sales will fall within a range of $1.6 and $2.1 billion. There is a 2% probability that VIOXX sales will equal the guideline of $2.4 billion. The 2002 base case for etoricoxib is $245 million, excluding the impact of stocking. The base case forecast assumes $60 million in stocking. With this stocking assumption, total revenue is forecast at $305 million in 2002, with a 68% probability (+/- 1 standard deviation) that sales will fall within a range of $246 and $359 million. There is a 26% probability that etoricoxib sales will equal the revenue guideline of $340 M (with the same stocking assumption).

Assumptions determined to have greatest impact on the franchise forecast include: 1) A&A market growth, 2) CV label impact, and 3) launch timing and uptake of valdecoxib.

*A&A Market Growth*

Through July 2001, the baseline A&A Market is trending at a growth rate of 3% for 2002, which is slower than that presented at Business Plan (9%). This reduced growth rate is typical of the NSAID market, where introduction of novel agents drives temporary market growth, and then returns to a baseline range of 3-4%. Coxibs are beginning to behave similarly to historical NSAIDs, as the safety focus has shifted from GI to CV. It is anticipated that the launch of valdecoxib and etoricoxib will drive new patients into the market (primarily through DTC and pent up demand for pain relief), driving incremental market growth in 2002 to 8.7% (i.e. 5-6% above the trend of 3-4%). The benefit to etoricoxib reflected in the baseline forecast, is approximately $100 million (there is no incremental impact on VIOXX since DTC is already reflected in trend).

*CV Label Impact*

The second key driver impacting the forecast is the CV label change expected due to VIGOR and CLASS. Although this event was anticipated to occur in February 2002 (and was modeled as such), recent discussions with the FDA indicate it may be as soon as October. It is assumed in the base case that the label change will have coxib class language and will, therefore, affect all coxibs equally, primarily impacting chronic and recurrent markets. The impact to VIOXX sales is $-229 million, and the impact to etoricoxib is $-14 million. The anticipated effect dampens class growth for coxibs by 10% which represents the approximate percentage of patients (as demonstrated by quantitative market research) that physicians believe may be inappropriate for therapy with VIOXX. The extreme downside of -20% for the coxib class represents spillover into prescribing behavior for patients beyond those at CV risk.

*Launch of Valdecoxib*

Even though the franchise is undertaking a number of activities to limit its growth, the uptake curve for valdecoxib is still estimated to be greater than that of VIOXX but lower than Celebrex. The valdecoxib uptake curve is greater than that of VIOXX as a result of three key factors. First, historically it has been demonstrated that there is rapid uptake in the NSAID market due to high levels of switching. Second, it is assumed there is a greater level of pent-up demand than VIOXX given no new product launches within the last 30 months. The assumed uptake, however, is still lower than that of Celebrex due to the overwhelming pent-up demand that it benefited from with the promise of this new class of agents. Similar to the launch of Celebrex, the uptake for valdecoxib starts to flatten

1 Forecast excludes August 31 price increase for VIOXX

Confidential - Subject To Protective Order

around the time of the launch of etoricoxib in July. Lastly, market research indicates that approximately half of physicians perceive valdecoxib as an advance over existing coxibs. The impact of the valdecoxib launch on VIOXX sales is $-514 million.

The shape of the launch uptake curve for etoricoxib was modeled as 90% of VIOXX. Although lower than VIOXX because it is a fourth entrant, etoricoxib is believed to benefit from a slightly higher level of pent up demand since its launch lags eight months behind valdecoxib where VIOXX only lagged five months after Celebrex. Pre-launch market research for VIOXX and etoricoxib yielded similar perceptions indicating that while most physicians believe the product profiles represent an advantage versus existing coxibs, the advantages are only slight.

The A&A franchise has evaluated several events that would allow VIOXX and etoricoxib to achieve the Profit Plan revenue guidelines.

| | Probability | 2002 Incremental Value ($MM) | |
|---|---|---|---|
| | | VIOXX | OP – Redacted – other product |
| Higher A&A market growth (Actual TRx through March, 2001) | Very Low | $240 | |
| Valdecoxib inferior to VIOXX on one or more key attributes (e.g. analgesic or anti-inflammatory efficacy) | Low | $230 | |
| Higher coxib penetration (Reduced coxib cannibalization from 82% to 70%) | Very Low | $50 | |
| OP – Redacted – other product | | | |

***Positioning***
Merck coxib franchise positioning has evolved since Business Plan, when the focus was on the brand maximizing positioning for etoricoxib regardless of its impact on VIOXX. Refined franchise positioning has resulted from qualitative franchise market research using base case assumptions that VIOXX will limit the uptake of valdecoxib and potential interaction studies between etoricoxib and HRT will prove to be inconclusive or negative (no interaction). Anticipated indications for etoricoxib include OA, RA, Acute Pain, Primary Dysmenorrhea, Chronic Pain and Acute Gouty Arthritis. In January 2002, VIOXX is anticipated to receive approval for RA, in addition to existing indications for OA, Acute Pain and Primary Dysmenorrhea.

The objective of franchise positioning is to provide Merck professional representatives with a clear message to communicate how Merck coxibs are different, while maximizing the franchise opportunity within the overlapping OA market (40% of A&A TRx), which continues to be driven by efficacy.

Fortunately, in market research physicians indicate that Merck does not need to (and should not try) differentiate VIOXX and etoricoxib within OA, because differentiation in OA patient sub-types is arbitrary, lacks credibility and because patient response in OA is idiosyncratic and requires more than one treatment option. With the anticipated positioning of Celebrex on chronic/arthritis and valdecoxib on acute/pain relief, there is flexibility for each Merck coxib to position itself against a Pharmacia coxib (VIOXX against valdecoxib and etoricoxib against Celebrex), without being forced to make choices between which Merck coxib to use.

To accomplish the positioning objective, differentiation must occur around other features or conditions that are unique to each brand. The unique feature of VIOXX is its superior analgesic efficacy for the treatment of acute pain (consistent with the current positioning of VIOXX), while the dual power of etoricoxib (Percocet-like analgesia and Indocin-like anti-inflammatory) provides the efficacy needed for more moderate to severe chronic conditions such as RA and chronic LBP. Characterizing both VIOXX and etoricoxib as "anti-arthritics" allows both brands to compete in the OA market. Additionally, the Merck franchise must continue to be positioned as the best two coxibs due to franchise strengths such as greatest selectivity, true once daily dosing and non-sulfonamide.

Confidential - Subject To Protective Order

The following positioning statements for each brand have been reviewed and approved by the COX-2 Council (C2C), WBST, and have been presented to HHMC:

VIOXX
The Cox-II selective anti-arthritic that provides **superior pain relief** in the breakthrough coxib class and the best choice for acute pain such as sprains and strains

When the efficacy profile of etoricoxib is coupled with its more favorable renal profile, it is positioned more favorably against Celebrex than VIOXX, and it supports its image in chronic patients. Celebrex loyalists are more likely to accept hypertension/edema advantages with Celebrex and are more sensitive to non-GI safety issues, whereas VIOXX loyalists are more likely to believe that non-GI AE's are a "class effect." As a result, Celebrex loyalists will be primary targets for etoricoxib representatives in 2S02, since overcoming barriers to utilization of VIOXX (especially if they have experienced non-GI side effects) does not justify the resources required.

***Target Audiences***
Target audiences for the franchise are consistent with the Business Plan, however, as a reflection of where VIOXX and etoricoxib are in their respective life cycles the two brands will emphasize some of the segments differently. These segments include:

- *High Celebrex* (n~20,000) - franchise focus with these physicians will shift toward etoricoxib at launch given its ability to penetrate these physicians based on its non-GI safety profile.
- *High Coxib* (n~40,000) - will remain a primary target for both VIOXX and etoricoxib, as efficacy is a primary focus for these physicians when they make brand choice decisions. High VIOXX prescribers in this segment will continue to be targets for etoricoxib to both minimize switching to valdecoxib and to regain the business from early adopters of valdecoxib.
- *High NSAID* (n~30,000) - high volume coxib prescribers who are still writing disproportionately higher levels of traditional NSAIDs. Both VIOXX and etoricoxib will focus on these physicians and will implement franchise positioning while trying to drive treatment choice decisions as well.
- *Hospital* - approximately 2,700 targeted institutions that include teaching/academic, large community, and local community hospitals. Focus for VIOXX is enhancing contracting initiatives to grow utilization in the pre- and post- surgical setting and upon discharge. Focus for etoricoxib in this segment will be on accessing physicians in the hospital who have significant chronic outpatient business. The delay of parecoxib has created an opportunity for the franchise with this target audience.
- *Managed Care* - primary focus on targeted HMO/PBM customers representing 187 million lives. Contracting efforts will attempt to secure formulary position for VIOXX before the launch of

MRK-ABW0005454

Confidential - Subject To Protective Order

valdecoxib. Etoricoxib will be emphasized in accounts where status for VIOXX is threatened by valdecoxib or where formulary will allow two or more coxibs.

- *Consumers* - the Merck A&A franchise will focus on 17.3 total consumers, with 11.9 primary and 5.4 secondary targets. Primary targets include proactive and high interest chronic pain sufferers who take prescription therapy while secondary targets include those who take daily OTC pain relievers. VIOXX will continue to focus on "Everyday Victories," while etoricoxib will develop a campaign centered on taking pain out of the body and off the mind.
- *Thought Leaders* - the A&A franchise will continue to target thought leaders and advocates in the following areas consistent with franchise positioning: rheumatology, orthopaedic surgery, pain management, gastroenterology and cardiology and nephrology.

The following low priority target segments have been eliminated since Business Plan: Long Term Care, Federal Hospitals, and the VA.

***Key Investment Synergies***
The A&A franchise has identified the following key investment areas for 2002 in which we will try to leverage "two in a class" synergistically. These expenses represent "cost-sharing" between the brands and expense reductions versus 2001 spend. Due to the sequence of launching promotional materials (and gaining DDMAC pre-clearance) for etoricoxib in 2002, significant promotional literature synergies will not be realized until 2003.

The key sources of cost-savings are as follows:

| | 2001 VIOXX ($MM) | 2002 Franchise ($MM) |
|---|---|---|
| Consumer (Agency, Production, Media) | $92.0 | $88.5 |
| HEL (Peer/Peer, Non-Peer/Peer, FBG Directed) | $61.0 | $40.0 |
| Advocate Activity (Consultant's Meetings, Advisory Boards) | $8.0 | $7.3 |
| Acad. & Prof. Affairs (CME, Exhibits) | $9.5 | $11.3 |
| Market Research (Qualitative, quantitative, tracking) | $4.2 | $6.6 |
| Managed Care (HEL, Stocking, Pharmacy) | $5.1 | $4.8 |

***Investment By Strategic Objective***

OP – Redacted – other product

OP – Redacted – other product

i) <u>*CDP ($15.3 MM)*</u> - the CDP program for etoricoxib includes 2 OA comparative studies versus Celebrex (which drive the majority of expenses), completion of the dental pain study versus Percocet and completion of the second Gout study versus Indocin®. These studies are supplemental to MRL's planned sNDA for Ankylosing Spondylitis that will be filed at the time of NDA approval.

- *EACT I and II (Etoricoxib Against Celebrex Trials)* - pre-launch CDP trials for which the primary objective is to generate superior efficacy data versus Celebrex (without compromising safety) in OA patients thereby maximizing cannibalization of Celebrex (not VIOXX). Secondary objectives are to broaden US clinical experience with etoricoxib in order to provide a base of primary care investigators with clinical experience pre-launch and to accelerate uptake of etoricoxib in the market at launch.

Confidential - Subject To Protective Order

- *Maximum Strength Percocet (dental pain)* - completion of these studies provide the level of analgesia required to match perceptions of valdecoxib and to support "one leg" of the dual power efficacy image of etoricoxib. Physicians indicate that efficacy perceptions of etoricoxib based on Indocin in acute gout are moderated without such analgesic data.
- *Gout vs. Indocin #2* - second study required for use of data in promotion beyond that which is captured in the label submission.

OP – Redacted – other product

Confidential - Subject To Protective Order



OP – Redacted – other product

2) ***Minimize Erosion of VIOXX Share of Coxib Class***
VIOXX has three strategic sub-objectives that will accomplish growing and defending the VIOXX share of the coxib class. These three objectives in priority order are as follows:

a) *Build a Superior Pain Relief Image*
b) *Defend Against Valdecoxib*
The top two objectives are combined from an expense perspective because they are closely related, i.e. building a superior pain relief image will be the objective that best helps the brand defend against valdecoxib, its largest threat in 2002. New head to head data available in promotion will slow the launch of valdecoxib in 2002. They include comparisons between VIOXX and Percocet, VIOXX and Vicodin, and VIOXX and Celebrex. Due to this competitive landscape, 60% of the resources for 2002 will be spent to drive this superior pain relief image and an additional 17% will be spent defending against valdecoxib.
   i) *DTC ($64.5 MM)*- Pharmacia will continue to support the DTC campaign for Celebrex at approximately $100MM of working media, and spend at even higher levels for valdecoxib, estimated at $125 MM. In order to blunt the penetration of valdecoxib into the consumer market and continue to build the superior efficacy profile of VIOXX, consumers must be activated to request a prescription for VIOXX. This objective will be met by emphasizing the superior pain relief provided by once daily VIOXX. The working media budget for VIOXX in 2002 is $50 MM, a 42% decrease from the 2001 E.A. The budget is focused entirely on the traditional consumer channels such as TV and print to maintain GRPs at approximately 150 per week. The media spend will be pulsed during the time of the valdecoxib launches to maintain a high awareness level for VIOXX. The media spend will shift in emphasis from VIOXX to etoricoxib when the brand receives DDMAC approved ads in the fall.
   ii) *HEL ($25 MM)*- As new studies are completed for VIOXX during the first half of 2002, the majority of HEL will be utilized to disseminate the superior efficacy message. As etoricoxib launches and the field capitalizes on synergies between the two brands, the HEL investment for VIOXX declines by 50% in 2S02. The HEL program mix will vary somewhat by field group, but, each will largely utilize peer-to-peer programs and FMCs and MFPs to disseminate messages in support of the strategic objectives for VIOXX. (see Template K)
   iii) *Advocate Development ($22MM)*- As discussed in the franchise synergy section, every opportunity will be taken to capitalize on synergies between VIOXX and etoricoxib in the area of medical education. For VIOXX, programs will focus on continuing to build the superior pain relief image for the brand and will include new scientific information. Core programs include:
      - *Speaker programs and slide sets* - To ensure that national and regional thought leaders are prepared to communicate key messages during peer-to-peer speaker programs.
      - *CME programs (including symposia, monographs, slide sets, internet)*- To meet the needs of physicians desiring CME credit for participation in educational programs.
      - *Secondary publications* - Will reinforce new science, as well as reiterating product benefits by increasing the frequency of publications through journal supplements and other publications.
      - *Professional society programs and exhibits* - To increase our share of voice with targeted physicians when new data are being presented.
      - *Medical school grants* - To generate new data to supplement MRL and CDP while mobilizing advocacy among key thought leaders.
   iv) *Samples ($20 MM)*- The primary objective of the sampling initiative for VIOXX is to provide a competitive amount of samples versus valdecoxib during the first half of the year to minimize its share growth. Sampling levels in 2S02 will be reduced to similar levels as those planned for etoricoxib, with the franchise at relative parity versus Pharmacia coxibs.
   v) *Representative Literature ($20 MM)*- Representative literature will be developed for each of the three data launches planned for VIOXX. This budget allows for the development and

Confidential - Subject To Protective Order

production of primary and secondary promotion materials to support the base case sales force assumptions.

vi) *Clinical Development ($9.5 MM)-*
- *Valdecoxib Head-to-Head* - studies versus valdecoxib will be necessary to compete with and minimize the use of valdecoxib in the office-based setting. Two studies have been planned that will be conducted in the dental pain model to ensure a rapid completion timed for early competitive promotion. These studies will cost approximately $4MM and will generate approximately $200MM in revenue per year.
- *Vicodin Comparisons* - in order to enhance the powerful pain relief image of VIOXX, additional comparative studies versus the potent narcotic, Vicodin, have been planned. These studies will be conducted in a *non-dental pain model*, which is more relevant to targeted physician specialists, such as orthopedic surgeons. These studies are also helpful in uniquely positioning VIOXX versus etoricoxib. The budget for these Vicodin studies is $6MM and they are expected to reduce the likelihood of losing up to $100MM of VIOXX revenue in 2002.

c) *Address the cardiovascular and renal issues associated with VIOXX*
Ten percent of the 2002 VIOXX budget is allocated toward accomplishing the third strategic sub-objective, address the competition generated cardiovascular and renal questions associated with VIOXX.

i) *Marketing Directed Programs ($4MM)*- peer-to-peer programs and secondary publications comprise the majority of this budget. Programs with cardiologists and nephrologists are planned to address physician concerns regarding this issue.

ii) *Advocate Development ($3MM)*-The primary vehicles for advocate development with these audiences (cardiology and nephrology) are similar to those focused on the core audiences (CME programs, Speaker Programs and Secondary publications). Market research programs will also be conducted to enhance our understanding of the cardiology and nephrology thought leader segments.

iii) *HEL($3MM)*- conduct programs and answer questions related to renal and CV safety of VIOXX.

iv) *Representative Literature ($2MM)*- literature similar to that utilized in 2001 (renal card, CV card, etc.) will be produced in 2002. Literature is also planned for the launch of VIGOR and the incorporation of new labeling in existing promotion.

v) *Non-Personal Promotion ($2MM)*- direct mail will be utilized to communicate label changes to physicians.

***3) Drive Coxib Penetration into the A&A Class***
The target audience for this objective is high NSAID physicians. Each share point gained with these physicians is worth approximately $38 MM in revenue. Etoricoxib will be the primary focus for those High NSAID physicians who use a disproportionate share of Celebrex, while both VIOXX and etoricoxib will continue to focus on High VIOXX and Dividers with efficacy and GI safety messages.

The primary media by which the franchise will achieve this objective include: DTC, Rep Literature, CME, HEL, non-personal promotion and samples. Promotional messages will focus on the positive GI results in VIGOR, GI endoscopy studies, fecal occult blood loss data, and the risk of NSAID induced gastropathy. In addition, the EXXPERT retail pharmacy program for VIOXX is planned to drive cash paying patients to fill their prescription for VIOXX instead of purchasing over the counter NSAIDS.

***Physician Promotion***
Principles guiding sales force support of the A&A franchise have been developed. These principles include the following:
- Reach and frequency on target audience for VIOXX should be competitive with each Celebrex and valdecoxib in 1S02
- Merck coxib reach and frequency should be competitive with Pharmacia/Pfizer during 2S02

Confidential - Subject To Protective Order MRK-ABW0005458

OP – Redacted – other product

During the first half of 2002, it is estimated that total detailing levels for Celebrex and valdecoxib will be 2.6 MM and 3.0 MM, translating into an average frequency on their target audience of 18 and 22, respectively. The Profit Plan base case indicates that VIOXX will be carried in every bag, thus receiving 3.3 MM total details and average frequency on our target audience of 23, resulting in a 37% share of voice within the coxib market.

In 2S02, the Pharmacia franchise is anticipated to maintain similar levels of detailing. The Merck franchise will achieve 43% share of voice during this period, with VIOXX receiving 2.0 MM details (5-up) and etoricoxib receiving 2.25 MM details (6-up). These detailing levels translate into average frequency estimates on the target audience of 18 and 21 for VIOXX and etoricoxib, respectively.

These detailing levels include primary (60%) and secondary details (40%).



Confidential - Subject To Protective Order

***P&L***
***Franchise***

## Arthritis and Analgesia FBG
## 2002 Profit Plan
## ($ in Millions)

| | 2002 | 2001 | 2000 | % +/- PRIOR 2002 | % +/- PRIOR 2001 |
|---|---|---|---|---|---|
| **Net Sales** | 2,050.6 | 1,843.4 | 1,616.2 | 11% | 14% |
| Product Sales @ Catalog | 2,306.9 | 2,070.9 | 1,744.8 | 11% | 19% |
| Baseline Sales @ Catalog | 2,306.9 | 2,278.6 | 1,542.7 | 1% | 48% |
| Buy In/Out | | (207.7) | 202.1 | -100% | * |
| Other Baseline Sales | | | | | |
| Medco Sales Impact. | (19.0) | (22.3) | (18.0) | -15% | 24% |
| Rebates/Discounts | (237.4) | (205.1) | (111.6) | 16% | 84% |
| Cash Discounts | (32.7) | (30.8) | (27.6) | 6% | 11% |
| Medicaid/State Rebates | (82.4) | (67.2) | (31.9) | 23% | * |
| HMO/PBM | (51.4) | (37.7) | (31.1) | 36% | 21% |
| Chargebacks | (25.0) | (24.3) | (12.4) | 3% | 96% |
| Miscellaneous Rebates | (3.9) | (4.0) | (2.2) | -3% | 79% |
| On Invoice Discounts | (42.1) | (41.1) | (6.3) | 2% | * |
| Other Revenue | | | | | |
| **Product Cost** | 100.5 | 44.5 | 28.5 | * | 56% |
| **PGM** | 1,950.0 | 1,799.0 | 1,586.7 | 8% | 13% |
| **FBG Budget** | 326.4 | 293.9 | 357.7 | 11% | -18% |
| Promotion Related | 316.7 | 285.7 | 350.8 | 11% | -19% |
| Physician Directed | 183.9 | 161.3 | 170.7 | 14% | -5% |
| Personal Promotion | 120.6 | 100.8 | 114.5 | 20% | -12% |
| Field Executed HEL | 41.9 | 62.2 | 54.2 | -33% | 15% |
| Product Meetings | 9.9 | 0.5 | 0.0 | * | * |
| Total Samples to Reps | 38.9 | 24.8 | 39.9 | 57% | -38% |
| Reps Literature | 30.2 | 13.3 | 20.3 | * | -35% |
| Nonspec Field Executed | | | | | |
| Non-Personal Promotion | 63.1 | 60.6 | 56.2 | 4% | 8% |
| Consultants Meetings | 7.6 | 18.6 | 8.6 | -59% | * |
| TBG Directed HEL | 6.4 | 1.2 | 4.1 | * | -70% |
| Market Research | 6.7 | 6.3 | 7.8 | 6% | -19% |
| Other Media | 42.3 | 34.4 | 35.7 | 23% | -4% |
| Nonspec Marketing Executed | | | | | |
| Consumer Programs | 90.4 | 95.6 | 131.6 | -5% | -27% |
| Persistence & Compliance | | 0.0 | 5.5 | -100% | -99% |
| Consumer Marketing | 90.4 | 95.6 | 126.1 | -5% | -24% |
| Medsa/Grants | 39.4 | 25.2 | 46.8 | 50% | -44% |
| Medsa Executed | 37.2 | 24.9 | 46.8 | 49% | -47% |
| Clinical Development | 24.7 | 12.8 | 36.2 | 94% | -65% |
| Other Medsa Promotion | 12.5 | 12.2 | 10.6 | 3% | 14% |
| Nonspec Medsa Executed | | | | | |
| Medical School Grants | 2.2 | 1.2 | | 76% | |
| Mgd Care Programs | 3.0 | 2.6 | 1.7 | 15% | 56% |
| Other Promotion Related | | | | | |
| External Alliances | 4.4 | 2.4 | 2.8 | 87% | -14% |
| Business Groups | 5.3 | 5.9 | 4.2 | -10% | 39% |
| Telerx Expenses | | | | | |
| **Controllable Income** | 1,623.7 | 1,505.0 | 1,228.9 | 8% | 22% |
| MC Direct Admin Fees | 20.4 | 15.3 | 6.5 | 33% | * |
| **Constant Sales** | 2,197.9 | | | | |
| **Key Operating Ratios** | | | | | |
| Rebates/Disc % Product Sales | 10% | 10% | 6% | | |
| Product Cost % Product Sales | 4% | 2% | 2% | | |
| FBG Budget % Product Sales | 14% | 14% | 21% | | |
| Controllable Income % Product Sales | 70% | 73% | 70% | | |
| CDP/ORM/MSG % FBG Budget | 9% | 5% | 10% | | |
| Current Yr Promotion Investments % FBG Budget | 91% | 95% | 90% | | |

Confidential - Subject To Protective Order

MRK-ABW0005460

**P&L VIOXX**

**Vioxx®**
**2002 Profit Plan**
**($ in Millions)**

| | 2002 | 2001 | 2000 | % +/- PRIOR 2002 | % +/- PRIOR 2001 |
|---|---|---|---|---|---|
| **Net Sales (includes impact of 8/31 price adjustment)** | 1,749.4 | 1,843.4 | 1,615.2 | -5% | 14% |
| Product Sales @ Catalog | 1,987.0 | 2,070.9 | 1,744.8 | -4% | 19% |
| Baseline Sales @ Catalog | 1,987.0 | 2,278.6 | 1,542.7 | -13% | 48% |
| Buy In/Out | | (207.7) | 202.1 | -100% | * |
| Other Baseline Sales | | | | | |
| Medco Sales Impact: | (16.8) | (22.3) | (18.0) | -26% | 24% |
| Rebates/Discounts | (221.0) | (206.1) | (111.6) | 6% | 84% |
| Cash Discounts | (26.9) | (30.8) | (27.6) | -13% | 11% |
| Medicaid/State Rebates | (77.7) | (67.2) | (31.9) | 16% | * |
| HMO/PBM | (46.5) | (37.7) | (31.1) | 23% | 21% |
| Chargebacks | (24.4) | (24.3) | (12.4) | 0% | 96% |
| Miscellaneous Rebates | (3.5) | (4.0) | (2.2) | -13% | 79% |
| On Invoice Discounts | (42.1) | (41.1) | (6.3) | 2% | * |
| Other Revenue | | | | | |
| **Product Cost** | 47.7 | 44.5 | 28.5 | 7% | 56% |
| **PGM** | 1,701.7 | 1,799.0 | 1,586.7 | -5% | 13% |
| FBG Budget | 201.3 | 275.3 | 347.0 | -27% | -21% |
| Promotion Related | 193.8 | 269.6 | 341.5 | -28% | -21% |
| Physician Directed | 109.3 | 151.3 | 166.3 | -28% | -9% |
| Personal Promotion | 72.6 | 100.8 | 114.5 | -28% | -12% |
| Field Executed HEL | 29.2 | 62.2 | 54.2 | -53% | 15% |
| Product Meetings | | 0.5 | 0.0 | -100% | * |
| Total Samples to Reps | 22.4 | 24.8 | 39.9 | -10% | -38% |
| Reps Literature | 20.9 | 13.3 | 20.3 | 57% | -35% |
| Nonspec Field Executed | | | | | |
| Non-Personal Promotion | 36.8 | 50.5 | 51.8 | -27% | -3% |
| Consultants Meetings | 3.3 | 14.5 | 8.6 | -77% | 68% |
| TBG Directed HEL | 5.1 | 0.4 | 4.1 | * | -91% |
| Market Research | 3.6 | 4.3 | 4.2 | -16% | 3% |
| Other Media | 24.8 | 31.3 | 34.9 | -21% | -10% |
| Nonspec Marketing Executed | | | | | |
| Consumer Programs | 63.1 | 94.1 | 131.6 | -33% | -28% |
| Persistence & Compliance | | 0.0 | 5.5 | -100% | -99% |
| Consumer Marketing | 63.1 | 94.1 | 126.1 | -33% | -25% |
| Medsa/Grants | 19.4 | 21.5 | 41.9 | -10% | -49% |
| Medsa Executed | 17.5 | 20.8 | 41.9 | -16% | -50% |
| Clinical Development | 9.4 | 10.6 | 31.3 | -11% | -66% |
| Other Medsa Promotion | 8.1 | 10.2 | 10.6 | -21% | -4% |
| Nonspec Medsa Executed | | | | | |
| Medical School Grants | 1.8 | 0.7 | | * | |
| Mgd Care Programs | 2.1 | 2.6 | 1.7 | -22% | 56% |
| Other Promotion Related | | | | | |
| External Alliances | 4.4 | 2.4 | 2.6 | 87% | -14% |
| Business Groups | 3.1 | 3.4 | 2.8 | -9% | 21% |
| Telerx Expenses | | | | | |
| **Controllable Income** | 1,500.4 | 1,523.7 | 1,239.6 | -2% | 23% |
| MC Direct Admin Fees | 20.4 | 15.3 | 6.5 | 33% | * |
| **Constant Sales (excludes impact of 8/31 price adjustment)** | 1,878.0 | | | | |
| **Key Operating Ratios** | | | | | |
| Rebates/Disc % Product Sales | 11% | 10% | 6% | | |
| Product Cost % Product Sales | 2% | 2% | 2% | | |
| FBG Budget % Product Sales | 10% | 13% | 20% | | |
| Controllable Income % Product Sales | 76% | 74% | 71% | | |
| CDP/ORM/MSG % FBG Budget | 6% | 4% | 9% | | |
| Current Yr Promotion Investments % FBG Budget | 94% | 96% | 91% | | |

Confidential - Subject To Protective Order

*P&L*
*Etoricoxib*

Etoricoxib

OP – Redacted – other product

Confidential - Subject To Protective Order

MRK-ABW0005462

***Templates***

MRK-ABW0005463

Confidential - Subject To Protective Order



## Template O - Forecast Build Franchise

**A&A FBG 2002 PROFIT PLAN BASE FORECAST BUILD**

| BASELINE / TREND | ACTUAL 2000 | ACTUAL July YTD 2001 | TREND 2001 | TREND 2002 |
|---|---|---|---|---|
| ***Rx Trend / Pre-event Trend*** | | | | |
| Market Definition (1) | A&A Market | | | |
| Market Rxs (000s) Trend / Pre-event | 137,421 | 84,214 | 145,225 | 149,581 |
| % Market Growth Trend / Pre-event | | | 5.7% | 3.0% |
| Merck Product Rxs (000s) Trend / Pre-event | 22,845 | 17,080 | 30,149 | 34,510 |
| ***Share Trend / Pre-event Trend*** | | | | |
| Merck Product Share Trend / Pre-event | 16.6% | 20.3% | 20.8% | 23.1% |
| Celebrex | 20.3% | 21.6% | 22.1% | 24.3% |
| NSAIDS | 63.1% | 58.1% | 57.2% | 52.6% |
| | 0.0% | 0.0% | 0.0% | 0.0% |
| | 0.0% | 0.0% | 0.0% | 0.0% |
| | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Product RXs | | | | |
| Celebrex | 27,908 | 18,225 | 32,036 | 36,360 |
| NSAIDS | 86,668 | 48,906 | 83,041 | 78,710 |
| ***Dollar Trend - Merck Product (Constant Dollars)*** | | | | |
| Avg. Price Per Tablet (Constant 2001 Prices) | | | | |
| Merck Price Per Rx (without price increases) (2) | $ 69.76 | $ 71.58 | $ 72.07 | $ 72.07 |
| Gross Sales $ Trend / Pre-event Forecast ($ Millions) (3) | $ 1,594 | | $ 2,173 | $ 2,487 |

| PROFIT PLAN FORECAST / KEY EVENTS (4) | ASSUMPTIONS Affected Assumption | ANALOGY / MODEL 2001 | ANALOGY / MODEL 2002 | EXIT SHARE 12/01 | EXIT SHARE 12/02 | PP GUIDELINES (5) change from Baseline 2001 | PP GUIDELINES (5) change from Baseline 2002 | Probability |
|---|---|---|---|---|---|---|---|---|
| ***Key Events Impacting Profit Plan*** | | | | | | | | |
| Valdecoxib Launch | VIOXX TRX | (102) | (7,137) | | | 54 | 3,192 | |
| Valde Inferior on One or More Attributes | | | | | | | | |
| Etoricoxib Launch | VIOXX TRX | - | (603) | | | | | |
| RA Indication | VIOXX TRX | - | 345 | | | | | |
| Vicodan Data | VIOXX TRX | - | 416 | | | | | |
| Percocet Data | VIOXX TRX | 96 | 1,355 | | | | | |
| CV Class Effect | VIOXX TRX | - | (3,175) | | | | | |
| Higher Coxib Penetration | | | | | | | 971 | |
| Greater Than Expected Market Growth | | | | | | | 3,330 | |
| Other | | | | | | | | |
| OP – Redacted – other product | | | | | | | | |
| ***Rx Forecast w/Impact of Events*** | | | | | | | | |
| Market Rxs (000s) Forecast | | 146,576 | 157,740 | | | 148,059 | 159,673 | |
| % Market Growth Forecast | | 5.9% | 8.4% | | | 6.3% | 9.3% | |
| Merck Product Rxs (000s) Forecast (6) | | 30,103 | 29,057 | | | | | |
| VIOXX | | 30,143 | 25,420 | | | 30,043 | 32,574 | |
| OP – Redacted – other product | | | | | | | | |
| ***Market Share Forecast w/Impact of Events (6)*** | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| Merck Product Share Forecast | | 20.7% | 18.4% | 21.2% | 21.7% | 21.1% | 22.7% | |
| VIOXX | | 20.7% | 16.1% | 21.2% | 14.9% | 21.1% | 20.4% | |
| Etoricoxib | | 0.0% | 2.3% | 0.0% | 6.8% | 0.0% | 2.3% | |
| Celebrex | | 22.0% | 17.0% | 21.8% | 15.6% | 22.2% | 19.1% | |
| Valdecoxib | | 0.3% | 11.7% | 3.8% | 12.5% | 0.3% | 7.7% | |
| NSAIDS | | 57.0% | 52.9% | 53.2% | 50.2% | 56.5% | 50.5% | |
| Other Product RXs | | | | | | | | |
| Celebrex | | 31,958 | 26,797 | | | 32,348 | 30,503 | |
| Valdecoxib | | 472 | 18,390 | | | 370 | 12,249 | |
| NSAIDS | | 83,003 | 83,497 | | | 83,498 | 80,709 | |
| ***Dollar Impact on Merck Product (7)*** | | | | | | | | |
| Valdecoxib Launch | | $ (7) | $ (514) | | | | $ 230 | 20% |
| Valde Inferior on One or More Attributes | | | | | | | | |
| OP – Redacted – other product | | | | | | | | |
| RA Indication | | $ - | $ 25 | | | | | |
| Vicodan Data | | $ - | $ 30 | | | | | |
| Percocet Data | | $ 7 | $ 91 | | | | | |
| CV Class Effect | | $ - | $ (229) | | | | | |
| Higher Coxib Penetration | | | | | | | $ 70 | 30% |
| Greater Than Expected Market Growth | | | | | | | $ 240 | 5% |
| VIOXX Dollar Impact of Other Events vs. Trend (Non Key Items) | | $ (127) | $ 46 | | | | | |
| OP – Redacted – other product | | | | | | | | |
| Total Gross Sales Base Plan ($Millions) (6) | | $ 2,045 | $ 2,183 | | | $ 2,172 | $ 2,758 | |
| VIOXX | | $ 2,045 | $ 1,879 | | | | $ 2,410 | |
| OP – Redacted – other product | | | | | | | | |

16

***Template T - Key Forecast Assumptions***
***Franchise***

MARKET/CLASS

1. A&A Market Growth: VIOXX ,Celebrex, NSAIDS trend, pre-event, using exponential smoothing of IMS NPA+ data through July 2002
2. CV Effects: Triangular distribution around –10% of forecasted baseline TRxs. Effects all Coxibs

VALDECOXIB

3. Launch: skewed probability distribution over Dec-Feb; highest probability December 01
4. Analogy Model: based on average of Celebrex and VIOXX for months 1 –6, then follows Celebrex trend.
5. Analogy Ratio: normally distributed around 1.0, not to exceed Celebrex analogy
6. Cannibalization : normally distributed around .82, from Coxibs. 60% from VIOXX; 40% from Celebrex
7. Incremental Market Growth: triangular distribution around +4.5%, due to pent up demand, DTC, Public Affairs efforts

*ETORICOXIB*

OP – Redacted – other product

VIOXX

15. RA Indication: January 02; Triangular probability distribution around +1% of baseline VIOXX TRXs
16. Comparative Percocet Data: November 01; Triangular probability distribution around +4% of baseline VIOXX TRXs. Reduces Valdecoxib Uptake
17. Comparative Vicodin Data: November 01; Triangular probability distribution around +3% of baseline VIOXX TRXs
18. Price: Expected Value $72.07

Confidential - Subject To Protective Order

***Template U - Components of Growth Franchise***

| Components | Unit Measure | Value for VIOXX ($ MM) | Value for Etoricoxib ($ MM) |
|---|---|---|---|
| A&A Market Growth | 1% (proportionately allocated) | $30 | OP – Redacted – other product |
| A&A Share Penetration | 1% (allocated to individual product) | $114 | |
| Coxib Market Growth | 1% (proportionately allocated) | $30 | |
| Coxib Share Penetration | 1% (allocated to individual product) | $53 | |
| Price | $1 Increase / TRx in 2002 | $25 | |
| Valdecoxib Delay | 1 month | $50 | |
| Valdecoxib Delay | 6 months | TBD | |

Confidential - Subject To Protective Order

***Template W - Profit Plan Build Franchise***

*VIOXX*

Revenue ($MM)
Growth
Trend
$2,487
22%
Analogy/Model
1,878
-8%
2002 Profit Plan Guidelines
2,418
18%

*Etoricoxib*

OP – Redacted – other product

Confidential - Subject To Protective Order

## *Template E - Investment by Primary Audience by Mix Class Franchise*

### *VIOXX*

| Marketing Mix Class | Primary: Advocates/Thought Leaders | Primary: Consumer | Primary: High Coxibs | Primary: High NSAID | Primary: Managed Care | Primary: Total | Other: Target Aud. Total | Total |
|---|---|---|---|---|---|---|---|---|
| Managed Care Resources | - | - | $75 | - | $1,850 | $1,925 | $200 | $2,125 |
| N/A | - | - | - | - | - | - | $50 | $50 |
| Broad Reach Resources | $390 | $57,520 | $464 | $464 | - | $58,853 | - | $58,853 |
| COP Studies | $1,148 | - | $4,719 | $3,571 | - | $9,438 | - | $9,438 |
| CME Programs | $1,973 | - | $1,698 | $1,532 | $495 | $5,698 | $225 | $5,923 |
| Consultant's Meetings | $2,433 | - | - | - | $830 | $3,263 | - | $3,263 |
| Direct Resources | - | $5,550 | - | - | $50 | $5,600 | - | $5,600 |
| Exhibits (Medical Meetings) | $498 | - | $581 | $581 | - | $1,660 | - | $1,660 |
| FSO Directed HEL | $2,034 | - | $1,771 | $1,306 | - | $5,111 | - | $5,111 |
| Field Directed HEL | $2,137 | - | $13,535 | $13,535 | - | $29,208 | - | $29,208 |
| Internal | $150 | $250 | $113 | $113 | - | $625 | - | $625 |
| Market Research | - | $735 | $1,441 | $1,401 | - | $3,577 | $40 | $3,617 |
| Marketing Directed Programs | $2,396 | - | $4,839 | $1,963 | $48 | $9,245 | $1,820 | $11,065 |
| Medical School Grants | $1,800 | - | - | - | - | $1,800 | - | $1,800 |
| Non-Personal Promotions | $909 | - | $3,295 | $3,445 | - | $7,649 | - | $7,649 |
| Outcomes Research & Management | - | - | $173 | $157 | $200 | $530 | - | $530 |
| Rep Literature | $368 | - | $11,160 | $10,760 | $308 | $22,615 | $2,275 | $24,890 |
| Samples | - | - | $20,167 | $2,241 | - | $22,408 | - | $22,408 |
| Total For VIOXX | $16,282 | $64,063 | $64,030 | $41,069 | $3,781 | $180,208 | $4,610 | $185,318 |

### *Etoricoxib*

OP – Redacted – other product

## *Template Z - Prioritized Expense Allocation*
## *VIOXX*

| Program Type | Cost ($MM) | Rank | Build Superior Pain Relif Image | Defend Against Valdecoxib | Address CV and Renal Issues | Drive Coxib Share |
|---|---|---|---|---|---|---|
| **Physicians(HCel, HCox, HNsaid)** | | | | | | |
| Samples | $22,408 | 1 | $7,843 | $7,843 | $4,482 | $2,241 |
| CDP | $9,438 | 2 | $4,719 | $4,719 | | |
| HEL (including MC) | $31,258 | 3 | $10,940 | $10,940 | $8,252 | $3,126 |
| MarComm- Agency | $4,000 | 4 | $1,400 | | $2,200 | $400 |
| Primary Sales Aids | $2,000 | 5 | $1,000 | $1,000 | | |
| Secondary Sales Aids | $4,150 | 6 | | | $2,075 | $2,075 |
| Representative Training | $623 | 7 | $218 | $218 | $125 | $62 |
| Market Research- Physician | $2,682 | 8 | | $682 | $1,200 | $1,000 |
| Sample Marketing | $2,150 | 9 | | $2,150 | | |
| MIT | $695 | 24 | $278 | $278 | | $139 |
| Reference Items/Reprints | $4,170 | 23 | $1,460 | $1,460 | $834 | $417 |
| MarCOM- miscellaneous | $1,500 | 36 | $750 | $750 | | |
| Marcom- Journals | $4,083 | 22 | $2,041 | $2,042 | | |
| Marcom- NonPersonal | $3,566 | 40 | | | $1,783 | $1,783 |
| Market Research- Consumer | $735 | 14 | $735 | | | |
| Marcom- Office Merchandising | $50 | 41 | $25 | $25 | | |
| Marcom- Reminder Items | $6,000 | 27 | $3,000 | $3,000 | | |
| Competitive Intelligence | $70 | 44 | | $70 | | |
| **Consumer** | | | | | | |
| Consumer- Agency | $6,000 | 10 | $3,000 | $3,000 | | |
| Consumer Ad Production | $5,637 | 11 | $2,818 | $2,819 | | |
| Consumer-Media | $45,591 | 12 | $22,795 | $22,796 | | |
| Consumer-EXXPERT | $3,900 | 13 | | | | $3,900 |
| Consumer Miscellaneous | $2,550 | 37 | $1,275 | $1,275 | | |
| iCommunications | $625 | 45 | $312 | $313 | | |
| **Thought Leaders** | | | | | | |
| Public Affairs | $1,325 | 7 | $1,000 | | $325 | |
| Advisory Board Meetings | $2,030 | 15 | $1,000 | | $1,030 | |
| Consultants' Meetings- National | $2,058 | 16 | $1,441 | | $617 | |
| Speaker Contracts | $900 | 17 | $630 | | $270 | |
| CME | $5,923 | 18 | $2,073 | $2,073 | $1,185 | $592 |
| Exhibits | $1,660 | 19 | $830 | $830 | | |
| HEL Slide Sets | $890 | 20 | $445 | $445 | | |
| Medical Education | $2,535 | 21 | $887 | $887 | $507 | $254 |
| Secondary Publications | $1,110 | 25 | $550 | | $560 | |
| Speaker Training | $1,510 | 26 | $600 | $600 | $310 | |
| Visiting Consultants | $600 | 42 | | | $600 | |
| Lyceum- agency fees | $700 | 31 | | $300 | $400 | |
| Grants | $1,131 | 33 | $350 | | $781 | |
| Medical School Grants | $1,800 | 39 | $0 | $0 | $900 | $900 |
| e-HEL | $100 | 47 | $50 | $50 | | |
| **Hospital** | | | | | | |
| CollaGenex | $1,000 | 28 | $500 | $500 | | |
| Peer-to-Peer- Hospital | $1,000 | 30 | $400 | $400 | $200 | |
| Health South | $1,000 | 35 | | | $500 | $500 |
| **Managed Care** | | | | | | |
| Advanced PCS | $1,000 | 29 | | | | $1,000 |
| Script RX | $500 | 34 | | | | $500 |
| Managed Care Pull Through | $120 | 38 | | | | $120 |
| ORM | $530 | 43 | | | $300 | $230 |
| Managed Care- Other | $315 | 46 | | | | $315 |
| **Total** | $193,818 | | $75,365 | $71,485 | $27,435 | $19,554 |

Confidential - Subject To Protective Order



*Template Z - Prioritized Expense Allocation*
*Etoricoxib*



OP – Redacted – other product

Confidential - Subject To Protective Order

MRK-ABW0005470

## Template K - HEL Investment by Target Audience Franchise

| Target Audience | Behavioral Objective VIOXX/Etoricoxib | Messages VIOXX/Etoricoxib | Program Mix (Type by Semester) | Reach & Frequency Goals | Resources | Investment |
|---|---|---|---|---|---|---|
| High Coxib Physicians | VIOXX: Rx VIOXX for patients with chronic OA or acute pain instead of competitor coxibs because they believe VIOXX provides superior pain relief (reassure on safety)<br>OP -- Redacted – other product | VIOXX<br>• Superior pain relief versus narcotics (codeine, Percocet)<br>• Once daily power for chronic arthritis pain superior to Celebrex<br>• Safe in the elderly (octogenarian data)<br>• The only coxib to demonstrate a reduction in GI events versus NSAIDS in the landmark VIGOR trial<br>Etoricoxib<br>• Once a day in all conditions, Etoricoxib provides the dual efficacy of Indocin-like anti-inflammatory and Percocet-like analgesia<br>• Comparable to max dose Percocet in acute pain<br>• Comparable to Indocin in the treatment of acute gouty arthritis<br>• Superior to naproxen in a single study of RA patients<br>• Only coxib indicated for treatment of chronic LBP | • Investment is 40/60 over 1S and 2S<br>• Peer to Peer programs 70%<br>• Non peer to peer programs 30% | • $40m = 270k contacts/yr<br>• Reach 50k physicians 5.4 times/yr with an HEL program<br>• Top 50 physicians per cluster are reached 9 times in 02 | • Peer to peer HEL<br>• Non peer to peer HEL<br>• Slide Sets<br>• E-HEL | • $40 million<br>• OBR Cluster ~$50k<br>• Specialty ~$47k/rep<br>• Hospital ~$10k/ACR, SR |
| Non-GI Safety Focused Physicians (High Celebrex) | VIOXX(1S): Rx VIOXX for most patients because they believe VIOXX is a highly effective analgesic overall and relative to Celebrex and is appropriate for majority of chronic patients<br>OP – Redacted – other product | VIOXX<br>• Once daily power for chronic arthritis pain superior to Celebrex<br>• Superior pain relief versus narcotics (Codeine, Percocet)<br>• Appropriate therapy for the majority of chronic patients<br>• Safe in the elderly (octogenarian data)<br>Etoricoxib<br>• Rates of hypertension and edema are low and not dose dependent similar to Celebrex<br>• Once a day in all conditions, Etoricoxib provides dual efficacy of Indocin like anti-inflammatory and Percocet like analgesia<br>• Comparable to max dose Percocet in acute pain<br>• Comparable to Indocin in the treatment of acute gouty arthritis<br>• Superior to naproxen in a single study of RA patients<br>• Only coxib indicated for treatment of chronic LBP | • Investment is 40/60 over 1S and 2S<br>• Peer to Peer programs 70%<br>• Non peer to peer programs 30% | • $40m = 270k contacts/yr<br>• Reach 50k physicians 5.4 times/yr with an HEL program<br>• Top 50 physicians per cluster are reached 9 times in 02 | • Peer to peer HEL<br>• Non peer to peer HEL<br>• Slide Sets<br>• E-HEL | |
| High NSAID Physicians | VIOXX: Rx VIOXX for patients with chronic OA or acute pain instead of other NSAIDS +/- PPI or competitor coxibs because they believe VIOXX provides superior pain relief and GI safety<br>OP – Redacted – other product | VIOXX<br>• 4 out of 5 patients are asymptomatic prior to a GI event<br>• The only coxib to demonstrate a reduction in GI events versus NSAIDs in the landmark VIGOR trial<br>• Superior pain relief versus narcotics (Codeine, Percocet)<br>• Safe in the elderly (octogenarian data)<br>Etoricoxib<br>• 4 out of 5 patients are asymptomatic prior to GI event<br>• Significantly less fecal blood loss compared to ibuprofen and comparable to placebo<br>• Superior to naproxen in a single study of RA patients<br>• Once a day in all conditions. Etoricoxib provides the dual efficacy of Indocin like anti-inflammatory and Percocet like analgesia<br>• Comparable to maximum dose Percocet in acute pain<br>• Comparable to Indocin in the treatment of acute gouty arthritis<br>• Only coxib indicated for treatment of chronic LBP | • Investment is 40/60 over 1S and 2S<br>• Peer to Peer programs 70%<br>• Non peer to peer programs 30% | • $40m = 270k contacts/yr<br>• Reach 50k physicians 5.4 times/yr with an HEL program<br>• Top 50 physicians per cluster are reached 9 times in 02 | • Peer to peer HEL<br>• Non peer to peer HEL<br>• Slide Sets<br>• E-HEL | |

Confidential - Subject To Protective Order

MRK-ABW0005471

## *Expense Comparison*
## *Etoricoxib 2002 vs. VIOXX 1999 (Launch)*

Etoricoxib vs VIOXX Launch Year ($000)

| Investment By Marketing Mix Class | VIOXX 1999 Actual | Inflated 1999 Actual | Less: 18% Target |
|---|---|---|---|
| Managed Care Resources | 1,419 | 1,518 | 1,245 |
| Total For Managed Care Oriented Expenditures | 1,419 | 1,518 | 1,245 |
| Launch Meeting, Launch Training Modules, Internal Awareness* | | - | - |
| Total For Lauch Meeting, etc. | - | - | - |
| Broad Reach Resources "DTC" | 30,422 | 32,652 | 26,692 |
| CDP Studies | 24,455 | 26,167 | 21,457 |
| CME Programs | 1,445 | 1,546 | 1,268 |
| Consultant's Meetings | 6,130 | 6,559 | 5,378 |
| Exhibits (Medical Meetings) | 1,224 | 1,310 | 1,074 |
| FBG Directed HEL | 3,663 | 3,919 | 3,214 |
| Field Directed HEL | 28,793 | 30,809 | 25,263 |
| Internet | - | - | - |
| Market Research | 5,912 | 6,326 | 5,187 |
| Marketing Directed Programs | 7,172 | 7,674 | 6,293 |
| Medical School Grants | 408 | 437 | 358 |
| Non-Personal Promotions | 5,594 | 5,986 | 4,908 |
| Outcomes Research & Management | 864 | 924 | 758 |
| Rep Literature | 19,767 | 21,151 | 17,344 |
| Samples | 19,653 | 21,029 | 17,244 |
| Total For Physician/Consumer Mkt. Expenditures | 155,502 | 166,387 | 136,437 |
| Total | 156,921 | 167,905 | 137,682 |

*VIOXX Launch Meeting Total $12,000 not included in above

OP – Redacted – other product

OP – Redacted other product

Confidential - Subject To Protective Order

MRK-ABW0005472

**SCOPE Tools**

## Buying Process

Origination
Diagnosis / Re-evaluation
Treatment Choice
Brand Choice
Adherence
New Patient
Continuing Patient
History of Ulcer or GI Bleed
Diagnosis
Chronic Pain/Inflammation
OA
LBP
RA
Other
Patient history
Re-evaluation
Brief conversation
Clinical evaluation
Current Treatment
1st NSAID
2nd (or more) NSAID
Coxib
Ultram
Dissatisfied on NSAID
Dissatisfied on Coxib
Satisfied
Inadequate Relief
Non-GI Side Effects
GI Side Effects
Average GI Risk
Greater than Average GI Risk
History of PUBs
Elderly (>75)
Dyspepsia
Long term therapy
Average Cardio / Renal Risk
Greater than Average Cardio / Renal Risk
No Class Change
Class Change
No Therapy Change
Switch Brand
Generic NSAID
Generic NSAID + Generic PPI
Coxib
Ultram
VIOXX®
Celebrex®
Etoricoxib
Valdx / Parecoxib
Patient request (all)
Sulfonamide allergy (Celebrex®)
Renal safety (VIOXX®)
CV safety (VIOXX®)
Cost Per Day (VIOXX®)
Samples (all)
Severity of Pain
Level of fragility

## Market Map

| | Chronic Pain (87.6%) | | Recurrent Pain (13.5%) | | Acute Pain (18.9%) |
|---|---|---|---|---|---|
| | Satisfied Chronic Pain Patients (24.0%) | New or Dissatisfied Chronic Pain (43.6%) | Satisfied Recurrent Pain Patients (4.8%) | New or Dissatisfied Recurrent Pain (8.7%) | |
| High Coxib Efficacy Focused Physicians | | | | | |
| Non-GI Safety Focused Physicians | | | | | |
| High NSAID Efficacy Focused Physicians | | | | | |

Franchise Primary Target   Vioxx® Primary Target   OP – Redacted – other product

25

Confidential - Subject To Protective Order

MRK-ABW0005473

## *Behavioral Objectives*

| | High Coxib Efficacy Focused Physicians | Non-GI Safety Focused Physicians | High NSAID Efficacy Focused Physicians |
|---|---|---|---|
| Etoricoxib | OP – Redacted – other product | | |
| VIOXX® | • Rx VIOXX® for patients with chronic OA or acute pain instead of competitor coxibs<br>• Because they believe VIOXX® provides superior pain relief (reassure on safety)<br>• Goal: Capture coxib share from competition without cannibalizing etoricoxib | • Rx VIOXX instead of Celebrex for most patients<br>• Because VIOXX provides superior pain relief<br>• Because the non-GI safety profile is similar to NSAIDs<br>• Goal: Stem the erosion of VIOXX share until the launch of etoricoxib | • Rx VIOXX® for patients with chronic OA or acute pain instead of other NSAIDs + / - PPI or competitor coxibs<br>• Because they believe VIOXX® provides superior pain relief and GI safety<br>• Goal is to convert HN physicians into HC physicians who Rx Merck coxibs disproportionately (e.g., do not compromise etoricoxib) |
| Franchise | • Keep patients "in the Merck family": capture all switch business from VIOXX and etoricoxib with other brand | | |

## *Franchise Message Grid*

| | High Coxib Efficacy Focused Physicians | Non-GI Safety Focused Physicians | High NSAID Efficacy Focused Physicians |
|---|---|---|---|
| Etoricoxib | • Once a day in all conditions, Etoricoxib provides the dual efficacy of Indocin-like anti-inflammatory and Percocet-like analgesia<br>- Comparable to maximum dose Percocet in acute pain<br>- Comparable to Indocin in the treatment of acute gouty arthritis<br>- Superior to naproxen in a single study of RA patients<br>• Only coxib indicated for treatment of chronic low back pain | • **Rates of hypertension and edema are low and not dose dependent, similar to Celebrex**<br>• **Once a day in all conditions, Etoricoxib provides dual efficacy of Indocin-like anti-inflammatory and Percocet-like analgesia**<br>- Comparable to maximum dose Percocet in acute pain<br>- Comparable to Indocin in the treatment of acute gouty arthritis<br>- Superior to naproxen in a single study of RA patients<br>• Only coxib indicated for treatment of chronic low back pain | • 4 out of 5 patients are asymptomatic prior to GI event<br>• Significantly less fecal blood loss compared to ibuprofen and comparable to placebo<br>• Superior to naproxen in a single study of RA patients<br>• **Once a day in all conditions, Etoricoxib provides the dual efficacy of Indocin-like anti-inflammatory and Percocet-like analgesia**<br>- Comparable to maximum dose Percocet in acute pain<br>- Comparable to Indocin in the treatment of acute gouty arthritis<br>• Only coxib indicated for treatment of chronic low back pain |
| VIOXX® | • Superior pain relief versus narcotics (Codeine, Percocet)<br>• **Once daily power for chronic arthritis pain superior to Celebrex**<br>• Safe in the elderly (octogenarian data)<br>• The only coxib to demonstrate a reduction in GI events versus NSAIDs in the landmark VIGOR trial | • Once daily power for chronic arthritis pain superior to Celebrex<br>• **Superior pain relief versus narcotics (Codeine, Percocet)**<br>• Appropriate therapy for the majority of chronic patients<br>• Safe in the elderly (octogenarian data) | • 4 out of 5 patients are asymptomatic prior to a GI event<br>• **The only coxib to demonstrate a reduction in GI events versus NSAIDs in the landmark VIGOR trial**<br>• Superior pain relief versus narcotics (Codeine, Percocet)<br>• Safe in the elderly (octogenarian data) |

Note: Bold Messages above denote message focus for "Reminder Details"

Confidential - Subject To Protective Order

27

Confidential - Subject To Protective Order

MRK-ABW0005475

# *U.S. Long Range Operating Plan*

## *Franchise: Analgesic & Anti-Inflammatory*

## *Products: VIOXX®, Etoricoxib*

## *July, 2001*

7/12/01

Confidential - Subject To Protective Order

P1.1135

MRK-ABI0008659

# *Analgesic & Anti-inflammatory*

## *Background*

### *Products in Arthritis Franchise*

| | US Launch Date |
|---|---|
| *VIOXX®* | *6/99* |
| *VIOXX Acute Pain* | *6/99* |
| *Chronic Pain* | *3/04* |
| *RA* | *1/02* |
| *RPD* | *6/04* |
| *Peri-Op Analgesia* | *9/04* |
| *Migraine - Acute* | *6/04* |
| *Migraine - Prophylaxis* | *12/04* |
| *AD (MCI)* | *3/05* |
| *Colon Cancer* | *6/06* |

OP – Redacted – othe product

7/12/01

Confidential - Subject To Protective Order



# *Analgesic and Anti-inflammatory US Market by Major Classes*

**2000:** Total Market: $4.8 Billion

Growth vs. 99: +37%

7/12/01
Source: IMS/MAT 4Q00/MTA

Confidential - Subject To Protective Order

MRK-ABI0008661



Analgesic and Anti-inflammatory
Penetration of Coxibs in the US:
Market Share - Patient Days
%
100
90
80
70
60
50
40
30
20
10
0
QTR 1/99
QTR 2/99
QTR 3/99
QTR 4/99
QTR 1/00
QTR 2/00
QTR 3/00
QTR 4/00
QTR 1/01
Coxibs 59%
NSAIDs 41%
CELECOXIB 31%
ROFECOXIB 28%
7/12/01
Source: IMS 1Q01/MTA

4

Confidential - Subject To Protective Order

MRK-ABI0008662



# VIOXX MONHLY SALES PERFORMANCE
## May 99 - May 2001

VIOXX Sales History
(Gross $000)
300,000
250,000
200,000
150,000
100,000
50,000
-
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
May-01
Product Sales @ Catalog

7/12/01

5

Confidential - Subject To Protective Order

MRK-ABI0008663



Analgesic and Anti-inflammatory
Future Timeline
Key Merck and External Competitive Events
Merck Events:
OP – Redacted other product
OP – Redacted other product
00
01
02
03
04
File Valdecoxib 1Q01
7/12/01
External Events:

Confidential - Subject To Protective Order

MRK-ABI0008664

# *Major Assumptions in the LROP*

**Franchise**

- Market expansion will continue (CAGR '06:'01: 6.2%)
- Merck will achieve 44.8% TRX market share of Coxib class in 2006
- Coxibs will achieve 51.6% TRX market share of the A&A market in 2006
- Superior GI safety perception maintained for for all coxibs, even when combined with low dose ASA
- CV class labeling will exist in the precautions section for all Coxibs
- No price competition among coxibs

Confidential - Subject To Protective Order

MRK-ABI0008665

# *Major Assumptions in the LROP*

**VIOXX®**

- VIOXX® perceived to provide more effective pain relief than Celecoxib
- Perception around HT/edema relative to other Coxibs will not worsen
- Valdecoxib perceived to be no more efficacious than VIOXX®
- Chronic pain filing delayed from 4Q00 to 1Q03; RA 1Q01
- VIGOR label change approved in US 4Q01

Confidential - Subject To Protective Order



6

OP – Redacted – other product

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008667

# *Key Success Factors for Merck*

## Franchise

**Increase Penetration into the A&A Market**

- Enhance powerful efficacy image vs NSAIDs
- Effectively communicate CV safety profile
- Continue to communicate NSAID related GI risk

**Grow and defend Merck Coxib Share**

- Promote unsurpassed efficacy and safety
- Aggressively resource the Franchise
- Ensure distinct positioning for Merck Coxibs
- Capitalize on competitors' weaknesses

## VIOXX®

- Enhance perception of VIOXX as a powerful pain reliever superior to Celecoxib
- Manage HT/ Edema issues
- Capitalize on launch of new indications

OP – Redacted – other product

7/12/01

Confidential - Subject To Protective Order



# 5 Year Business Plan Forecast
## U.S. Sales ($ MM)

$ MM
$4,000
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$0
2001
2002
2003
2004
2005
2006
VIOXX®
OP – Redacted – other product
OP – Redacted – other product
2001 - 2006
Total Market +6.2% CAGR
Coxib Class +9.4%CAGR
Merck Coxib Sales +6% CAGR

7/12/01

12

Confidential - Subject To Protective Order

MRK-ABI0008669



# 5 Year Forecast (TRX)

TRX (000)
40,000
35,000
30,000
25,000
20,000
15,000
10,000
5,000
0
2000
2001
2002
2003
2004
2005
2006
VIOXX
Celebrex
Valdecoxib
Etoricoxib
Novartis

**TRx Shares 2006**
**Coxib class**

***Merck Coxibs:***

OP – Redacted – other products

***VIOXX : 27.4%***

OP – Redacted – other products

***Pharmacia Coxibs:***

***Coxib class: 45%***

***Celebrex: 24.4%***

***Valdecoxib: 20.6%***

***Novartis: 10.2%***

7/12/01

13

Confidential - Subject To Protective Order

MRK-ABI0008670

 



OP – Redacted – other product

14

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008671

## *Analgesic & Anti-inflammatory*
## *5 Year Business Plan Forecast*
### *Sales & Growth for VIOXX®*

U.S. Sales (Constant $ MM) - Growth vs. Previous Year

| | *Sales* | *Sales Growth* | *%* |
|---|---|---|---|
| 2001 | $2,500 | $ 756 | + 43% |
| 2002 | $2,766 | $ 266 | + 11% |
| 2003 | $2,676 | $- 90 | - 3% |
| 2004 | $2,287 | $-389 | - 15% |
| 2005 | $2,181 | $-106 | - 5% |
| 2006 | $1,988 | $-193 | - 9% |

Confidential - Subject To Protective Order



OP – Redacted – other product

16

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008673



Analgesic & Anti-Inflammatory
Key Sensitivities
Upside/Downside Sales Forecast
(Constant $ millions)
VIOXX®
3500
3000
2500
2000
1500
1000
500
0
2001
2002
2003
2004
2005
2006
Upside
Base
Downside
Upside 25% in '06
• CV Labeling Milder; No Prothrombotic language +25%
Base
• Class CV Label Precaution
Downside -50% in'06
• CV Label is Warning/Not Precaution -50%

7/12/01

Confidential - Subject To Protective Order



OP – Redacted – other product

18

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008675

# *Analgesic & Anti-Inflammatory*
# *5 year Forecast Merck Coxib Sales*
# *Franchise Gap Analysis*

<u>Gap Analysis, $-1.5('05)</u>
Market Growth, $-0.3 Bn:
CAGR 9.4% Mayflower vs 6.2% BP

Coxib Penetration, $-1.4 Bn:
81% Mayflower vs 52% BP

Merck Coxib Share, $+.2 Bn:
40% Mayflower vs 45% BP

7/12/01

Confidential - Subject To Protective Order



# Penetration Rate of Coxibs Into the A&A Market Influenced by Patients at CV Risk, Impact of VIGOR and CLASS, and Managed Care Actions

Source: 2000 Mayflower Forecast; 2001 Business Plan

Confidential - Subject To Protective Order

# *Analgesic & Anti-Inflammatory*
# *5 year Forecast*
# *VIOXX Gap Analysis*

<u>Gap Analysis, +0.5 Bn, cumulative</u>

- Higher VIOXX Trend/Weaker Etoricoxib Analogy in BP vs Mayflower, cumulative impact (estimate), $+2.7 Bn
- All coxibs have a prothrombotic precaution in the label, cumulative, $-2.6 Bn
- Delay in etoricoxib launch, $+0.4 Bn

Confidential - Subject To Protective Order



OP – Redacted – other product

22

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008679



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008680

# Product Contribution
## VIOXX®

| ***Constant*** | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| ***Net Sales*** | 1,615.2 | 2,232.0 | 2,444.9 | 2,316.8 | 1,944.2 | 1,824.5 | 1,636.6 |
| Product Sales | 1,744.8 | 2,486.0 | 2,766.0 | 2,676.5 | 2,287.3 | 2,181.0 | 1,987.5 |
| Medco Uplift / Rebates | (18.0) | (15.4) | (16.0) | (22.7) | (23.6) | (26.8) | (36.8) |
| Mail/Retail Uplift | (1.9) | 14.6 | 15.0 | 13.1 | 11.7 | 11.2 | 8.6 |
| Client Rebates | (16.1) | (30.0) | (31.0) | (35.8) | (35.3) | (38.0) | (45.4) |
| Rebates/Discounts : | (111.6) | (238.5) | (305.2) | (336.9) | (319.4) | (329.7) | (314.2) |
| Cash Discounts | (27.6) | (39.1) | (42.4) | (40.0) | (33.4) | (31.5) | (26.7) |
| Rebates/Chargebacks | (83.9) | (199.4) | (262.8) | (296.9) | (286.0) | (298.2) | (287.5) |
| Other Revenue : | | | | | | | |
| ***Product Cost*** | 28.6 | 49.3 | 54.9 | 50.7 | 45.1 | 43.8 | 42.5 |
| Standard Cost | 21.5 | 25.4 | 29.0 | 27.4 | 23.8 | 22.5 | 21.3 |
| Royalty Expense | 7.1 | 23.9 | 25.9 | 23.3 | 21.4 | 20.9 | 21.2 |
| Medco Pharmacy Markup | | | | | | | |
| Other | | | | | | | |
| ***Total Expenses*** | 670.8 | 594.3 | 575.7 | 707.0 | 713.3 | 690.4 | 698.5 |
| FBG Budget : | 347.0 | 309.4 | 290.2 | 367.0 | 330.0 | 316.0 | 289.9 |
| Promotion Related | 341.5 | 302.4 | 282.0 | 358.0 | 320.0 | 305.0 | 276.0 |
| Medical Education | 74.7 | 92.0 | 46.1 | 60.6 | 79.7 | 78.9 | 73.6 |
| Samples | 39.9 | 24.9 | 26.0 | 27.0 | 22.2 | 21.5 | 19.7 |
| DTC | 128.1 | 111.3 | 106.0 | 154.0 | 108.3 | 99.9 | 91.9 |
| Clinical Development | 31.3 | 11.7 | 12.0 | 22.7 | 20.4 | 16.7 | 15.2 |
| All Other | 69.4 | 62.5 | 91.9 | 93.7 | 89.3 | 86.1 | 77.6 |
| External Alliances | 2.8 | 3.2 | 4.3 | 5.2 | 6.1 | 7.1 | 8.0 |
| Business Groups | 2.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 3.9 |
| Telerx Expenses | | | | | | | |
| Other FBG Budget | | | | | | | |
| Controllable Income | 1,239.6 | 1,873.3 | 2,099.8 | 1,899.1 | 1,569.1 | 1,464.8 | 1,304.2 |
| MC Direct Admin Fees | 6.5 | 16.3 | 25.4 | 26.3 | 29.5 | 33.6 | 39.0 |
| Sales and Managed Care | 263.6 | 317.9 | 328.8 | 286.0 | 323.7 | 307.9 | 334.6 |
| OBR Selling | 186.1 | 212.0 | 246.9 | 215.4 | 255.3 | 244.9 | 268.5 |
| Specialty Sales Group | 17.4 | 32.0 | 13.8 | 13.6 | 13.8 | 13.8 | 13.8 |
| National HBAs | 5.3 | 12.0 | 7.8 | 4.4 | 3.7 | 3.7 | 3.7 |
| Sales/MC Support & Training | 54.2 | 61.8 | 60.3 | 52.3 | 51.0 | 45.5 | 48.6 |
| Sales and Managed Care Indirect | 0.6 | | | | | | |
| Total Vertical Specialty Sales Forces | 39.7 | 38.1 | 20.1 | 21.1 | 20.6 | 20.8 | 20.6 |
| Total Hospital Sales Forces | 10.6 | 11.1 | 9.2 | 4.1 | 7.1 | 9.4 | 11.7 |
| Media | 2.7 | 2.8 | 2.4 | 2.4 | 2.3 | 2.4 | 2.4 |
| Marketing Services | 0.4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| General Admin | | | | | | | |
| Unidentified Cuts | | | | | | | |
| Aggrestat Unidentified | | | | | | | |
| Miscellaneous Credits | | | | | | | |
| ***Operating Income*** | 915.9 | 1,488.3 | 1,714.3 | 1,559.1 | 1,186.7 | 1,090.4 | 895.6 |

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008681



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008682

# *Analgesic & Anti-Inflammatory Summary/Conclusions*

In 2006, USHH will achieve $3.3 billion in sales with a TRX market share of 44.8% provided that we:

**Franchise**

- Continue to establish the efficacy of Coxibs
- Manage CV issues
- Minimize the impact of new competition

**VIOXX®**

- Achieve VIOXX 2001 EA sales target
- Defend/grow VIOXX share vs celecoxib
- Manage HT/edema issue
- Minimize cannibalization by Etoricoxib
- Launch new indications

OP – Redacted – other produc