UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This documents relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co., Inc. | * | CA 06-485 |

## NOTICE OF FILING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FINAL PRE-ADMISSION EXHIBIT LISTS

Plaintiff hereby submits the following objections to Defendant's pre-admission exhibit lists. Plaintiff's Objections to Defendant's Final Pre-Admission Exhibit List are attached as Exhibit "A." Plaintiff's Objections to Defendant's Pre-Admission Exhibit List (Conditional) are attached as Exhibit "B." Plaintiff's Objections to Defendant's Pre-Admission Deposition Exhibit List are attached as Exhibit "C." Plaintiff reserves the right to supplement these objections, as appropriate.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2006.

Respectfully submitted,

By: /s/ P. Leigh O'Dell
Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343

1

**Mark Robinson**
Kevin Calcagnie
Carlos Prietta
Ted Wacker
Lexi Myer
ROBINSON, CALCAGNIE &
ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)

**Counsel for Plaintiff**

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
PLAINTIFFS' LIAISON COUNSEL

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
Co-Lead Counsel

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Filing Plaintiff's Objections to Defendant's Exhibit Lists** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accord with the procedures established in MDL No. 1657 on this 19th day of June, 2006.

_____
P. Hugh o'Dell

Exhibit "A"

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Prelminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 0002 | 12/16/94 | MRK-18940000001 | MRK-18940001902 | Letter from MRL to FDA re: Original IND: L-748,731 | Admissible | No Objection |
| DX 0004 | 03/01/95 | | | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | Admissible | No Objection |
| DX 0013 | 11/21/96 | MRK-AAB0024016 | MRK-AAB0024023 | Memorandum from T. Musliner to B. Friedman, et al. | Admissible | No Objection |
| DX 0015 | 01/16/97 | MRK-18940015949 | MRK-18940015964 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) | Admissible | No Objection |
| DX 0023 | 02/02/98 | MRK-NJ0066804 | MRK-NJ0066827 | MRL Epidemiology Department Technicial Report No. EPR7006.005.98 | | No Objection |
| DX 0026 | 04/13/98 | MRK-AAC0019509 | MRK-AAC0019519 | Project Team Meeting Minutes | Admissible | No Objection |
| DX 0027 | 05/03/98 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review -- Vioxx Program | Admissible | No Objection |
| DX 0030 | 06/08/98 | MRK-ABH0014141 | MRK-ABH0014192 | Minutes from May VIOXX project team | Admissible | No Objection |
| DX 0031 | 06/22/98 | MRK-ABI0001204 | MRK-ABI0001204 | Email from Scolnick re: VIOXX strategy | Admissible | No Objection |
| DX 0038 | 10/22/98 | MRK-AAC0041008 | MRK-AAC0041011 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | Admissible | No Objection |
| DX 0040 | 10/26/98 | MRK-OS420124072 | MRK-OS420124403 | 'E. Clinical Safety' Vioxx Clinical Documentation | Admissible | No Objection |
| DX 0043 | 11/23/98 | MRK-OS420000001 | MRK-OS420166451 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | Admissible | No Objection |
| DX 0050 | 12/16/98 | MRK-18940042881 | MRK-18940042984 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol | | R. 401, R. 402, R.403 |
| DX 0058 | 10/24/97 | MRK-AAA 0800014 | MRK-AAA 0800014 | Catella-Lawson Letter | Admissible | No Objection |
| DX 0059 | 03/08/99 | MRK-AAC0013130 | MRK-AAC0013132 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | Admissible | No Objection |
| DX 0060 | 03/08/99 | MRK-ABC0006396 | MRK-ABC0006404 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | Admissible | No Objection |
| DX 0066 | 4/20/1999 | MRK-AFT0002227 | MRK-AFT0002430 | NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999' | | No objection |

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

Exhibit "A"

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 0067 | 05/01/99 | MRK-LBL0000027 | MRK-LBL0000030 | PI 9183800 | Admissible | No Objection |
| DX 0073 | 05/20/99 | MRK-99420021411 | MRK-99420021434 | Letter from FDA to MRL re: NDA 21-042 | Admissible | No Objection |
| DX 0075 | 5/20/1999 | MRK-AFL0000899 | MRK-AFL0000903 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR | | No Objection |
| DX 0079 | 08/30/99 | MRK-AAB0029224 | MRK-AAB0029273 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | Admissible | No Objection |
| DX 0080 | 09/01/99 | MRK-LBL0000031 | MRK-LBL0000034 | PI 9183801 | Admissible | No Objection |
| DX 0088 | 10/06/99 | MRK-99420023355 | MRK-99420023462 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | Admissible | No Objection |
| DX 0091 | 10/28/99 | MRK-99420023527 | MRK-99420023528 | Letter from FDA to MRL re: NDA 21-042/S-003 | Admissible | No Objection |
| DX 0114 | 03/22/00 | MRK-ABH0017550 | MRK-ABH0017551 | E-mail from Reicin to Scolnick et al | Ruling Reserved | R. 401, R. 402, R.403 |
| DX 0116 | 03/23/00 | MRK-I8940060171 | MRK-I8940060238 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | Admissible | No Objection |
| DX 0117 | 03/26/00 | MRK-ABH0017794 | MRK-ABH0017796 | Dear Investigator Letter | Admissible | No Objection |
| DX 0119 | 03/27/00 | MRK-PRL0000114 | MRK-PRL0000115 | Press release re prliminary results of GI outcomes study | Admissible | No Objection |
| DX 0125 | 04/21/00 | MRK-00420003972 | MRK-00420003973 | Fax from FDA to MRL | Admissible | No Objection |
| DX 0134 | 05/09/00 | MRK-ERN0076919 | MRK-ERN0076920 | Memo re: MK-0966 Protocols -078 and -091 | | No Objection |
| DX 0145 | 06/29/00 | MRK-00420008017 | MRK-00420019547 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | Admissible | No Objection |
| DX 0146 | 07/01/00 | MRK-LBL0000047 | MRK-LBL0000050 | PI 9183806 | Admissible | No Objection |
| DX 0147 | 07/15/00 | MRK-ACR0011080 | MRK-ACR0011084 | Email from Scolnick to Greene et al. | Admissible | No Objection |
| DX 0148 | 08/03/00 | MRK-00420021830 | MRK-00420021831 | Letter from FDA to MRL re: NDA 21-042/S-007 | Admissible | No Objection |
| DX 0150 | 08/07/00 | MRK-00420021832 | MRK-00420021835 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | Admissible | No Objection |
| DX 0155 | 10/13/00 | MRK-00420027869 | MRK-00420027981 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | | No Objection |
| DX 0157 | 11/27/00 | MRK-00420028062 | MRK-00420028066 | Fax from FDA to MRL | Admissible | No Objection |

Exhibit "A"

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 0173 | 01/08/01 | MRK-18940064922 | MRK-18940065038 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | Admissible | No Objection |
| DX 0186 | 02/04/01 | MRK-ACT0009918 | MRK-ACT0009918 | Email from Harry Guess to A. Nies, A. Reicin, H. Guess | Admissible | R. 401, R. 402, R.403 |
| DX 0187 | 02/08/01 | MRK-H005655 | MRK-H005888 | FDA Advisory Committee Hearing, Transcript | Admissible | No Objection |
| DX 0188 | 02/08/01 | MRK-ABR0000214 | MRK-ABR0000349 | Merck Slide Show Presentation to FDA Advisory Committee | Admissible | No Objection |
| DX 0189 | 02/08/01 | MRK-PRL0000170 | MRK-PRL0000172 | Press Release | Ruling Reserved | No Objection |
| DX 0196 | 03/02/01 | MRK-ACD0003158; MRK-N052006109 | MRK-ACD0003185; MRK-ACD0006163 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | Admissible | No Objection |
| DX 0207 | 04/06/01 | MRK-01420099056 | MRK-01420099059 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | Admissible | No Objection |
| DX 0230 | 07/12/01 | MRK-01420145843 | MRK-01420154245 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | Admissible | No Objection |
| DX 0244 | 11/07/01 | MRK-AAD0111414 | MRK-AAD0111414 | Email from E. Scolnick to A. Reicin | Admissible | No Objection |
| DX 0273 | 04/11/02 | MRK-LBL0000063 | MRK-LBL0000066 | PI 9183810 | Admissible | No Objection |
| DX 0277 | 04/11/02 | MRK-AAF0005922 | MRK-AAF0005942 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 VIOXX (Rofecoxib Tablets) General | Admissible | No Objection |
| DX 0285 | 05/22/02 | MRK-S0420000029 | MRK-S0420000074 | Correspondence (Updated Cardiovascular Pooled Analysis) | Admissible | No Objection |
| DX 0288 | 07/22/02 | MRK-12690005334 | MRK-12690005969 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | Admissible | No Objection |
| DX 0291 | 10/10/02 | MRK-18940074879 | MRK-18940075347 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment | Admissible | No Objection |
| DX 0303 | 07/25/03 | MRK-18940077717 | MRK-18940077883 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | Admissible | No Objection |
| DX 0314 | 12/17/03 | MRK-12690007514 | MRK-12690008935 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | Admissible | No Objection |

Exhibit "A"

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 0315 | 11/10/00 | MRK-YNG0061569 | MRK-YNG0061570 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | | No Objection |
| DX 0319 | 03/22/04 | MRK-I8940080062 | MRK-I8940080133 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | Admissible | No Objection |
| DX 0321 | 03/26/04 | MRK-AAF0015434 | MRK-AAF00153436 | Letter from FDA to Merck | Admissible | No Objection |
| DX 0324 | 08/19/04 | MRK-AAF0017139 | MRK-AAF0017168 | Letter from FDA to MRL re: NDA 21-042 | Admissible | No Objection |
| DX 0338 | 04/06/05 | | | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | Admissible | R.701, R. 702, R.403 |
| DX 0339 | 12/20/99 | MRK-AAX00002759 | MRK-AAX00002759 | Letter from Weinblatt to Reicin | Admissible | No Objection |
| DX 0341 | 06/15/05 | | | NSAIDs - FDA Release | Admissible | No Objection |
| DX 0350 | 02/25/97 | MRK-NJ0315838, MRK-NJ0315784 | MRK-NJ0315837 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | Admissible | No Objection |
| DX 0352 | 07/10/98 | MRK-AEH0009025 | MRK-AEH0009093 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | Admissible | No Objection |
| DX 0353 | 01/04/01 | MRK-AFX0019242 | MRK-AFX0019402; MRK-00420029550 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | | No Objection |
| DX 0356 | 10/30/00 | OATES 001412 | OATES 001415 | Prostaglandins Consultants Meeting | Admissible | No Objection |
| DX 0358 | 6/20/2001 | TOP1PRO0000285 | TOP1PRO0000311 | Email re: COX-2 manuscript | | No Objection |
| DX 0360 | 01/24/00 | MRK-AAX00002760 | MRK-AAX00002760 | Letter from Weinblatt to Reicin | Admissible | No Objection |
| DX 0361 | 02/07/00 | MRK-AAX00002761 | MRK-AAX00002766 | Letter from Reicin to Weinblatt | Admissible | No Objection |
| DX 0362 | 03/02/00 | MRK-AAX00002768 | MRK-AAX00002850 | Statistical Data Analysis Plan | Admissible | No Objection |
| DX 0363 | 04/27/00 | MRK-ABC0022825 | MRK-ABC0022878 | Board of Advisors -- Alan S. Nies, MD | Admissible | No Objection |
| DX 0364 | 02/01/01 | MRK-ABX0002367 | MRK-ABX0002404 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | Admissible | No Objection |
| DX 0368 | 10/27/97 | MRK-AHR0009546 | MRK-AHR0009546 | Memo re P023 Data | Admissible | No Objection |
| DX 0371 | 06/21/00 | MRK-00420013554 | MRK-00420013669 | CV Events Analysis | Admissible | No Objection |
| DX 0389 | 01/24/00 | MRK-AAB-0059566 | MRK-AAB-0059567, MRK-AAB-0033543 | Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' | Admissible | No Objection |
| DX 0409 | 01/24/00 | MRK-AAB0000518 | MRK-AAB0000518 | Letter from Weinblatt to Reicin | | No Objection |
| DX 0479 | 03/24/00 | MRK-00420018274 | MRK-00420018279 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) | Admissible | No Objection |
| DX 0481 | 00/00/2004 | | | Naproxen label | Admissible | R. 401, R. 402 |
| DX 0491 | 07/17/00 | 2000 NEJM 000028 | 2000 NEJM 000038 | Manuscript No. 00-1401 | Admissible | No Objection |

Exhibit "A"

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Prelminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling – Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 0546 | 03/01/89 | | | K. Green, et al., "Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | | Learned treatises are not admissible. |
| DX 0586 | 11/23/00 | MRK-ACD0086310 | MRK-ACD0086318 | Bombardier, Laine, Reicin, et al. "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | | Learned treatises are not admissible. |
| DX 0686 | 02/15/05 | MRK-AFK0174550 | MRK-AFK0174560 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial." The New England Jour | | Learned treatises are not admissible. |
| DX 0940 | 03/15/00 | MRK-00420014517 | MRK-00420014603 | Statistical Data Analysis Plan - Amendment No. 1 | Admissible | |
| DX 0941 | 04/11/01 | MRK-AFI0153487 | MRK-AFI0153503 | Email re: market Research Report | | No Objection |
| DX 0945 | 00/00/2006 | | | Vioxx Label | | No Objection |
| DX 0948 | 2/21/1999 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Ricadeau to B. Gertz re: dog urinary study-preliminary | | No Objection |
| DX 2001 | 00/00/2001 | | | PDR Label for Augmentin, 2001 | | Plaintiff objects as the exhibit is incomplete and seems should end at p. 437. |
| DX 2002 | 00/00/1999 | | | PDR Label for Claritin, 1999 | | R.401, R. 402 |
| DX 2003 | 00/00/2000 | | | PDR Label for Claritin, 2000 | | R.401, R. 402 |
| DX 2004 | 00/00/1999 | | | PDR Label for Claritin-D 24-Hour, 1999 | | R.401, R. 402 |
| DX 2005 | 00/00/1999 | | | PDR Label for Claritin-D 12-Hour, 1999 | | R.401, R. 402 |
| DX 2006 | 12/22/99 | MRK-AFL0000899 | MRK-AFL0000903 | Memorandum from Weinblatt to Bjorkman et al. re: VIGOR | | R.401, R. 402 |
| DX 2007 | 06/20/01 | TOP1PRO0000285 | TOP1PRO0000311 | Email re: Risk of Cardiovascular Events Associated with | | No Objection |
| DX 2008 | 00/00/1999 | | | PDR Label for Feldene, 1999 | | No Objection |
| DX 2009 | 03/00/2006 | | | Feldene Label | | R.401, R. 402 |
| DX 2010 | 00/00/2006 | | | PDR Label for Mobic, 2006 | | R.401, R. 402 |
| DX 2011 | 08/10/05 | | | Mobic Label | | R.401, R. 402 |
| DX 2012 | 00/00/2002 | | | PDR Label for Sporanox, 2002 | | R.401, R. 402 |
| DX 2013 | | | | Celebrex Label | | R.401, R. 402 |
| DX 2014 | 00/00/2006 | | | Celebrex Label | | R.401, R. 402 |
| DX 2015 | 01/00/2006 | | | Motrin label | | R.401, R. 402 |

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Prelminary Pre-Admission Exhibit List

Exhibit "A"

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 2016 | 00/00/2000 | | | PDR Label for Motrin, 2000 | | R.401, R. 402 |
| DX 2017 | 00/00/2006 | | | PDR Label for Motrin, 2006 | | R.401, R. 402 |
| DX 2018 | 00/00/2000 | | | PDR Label for Tylenol, 2000 | | R.401, R. 402 |
| DX 2019 | | P1ProfileForm-00001 | P1ProfileForm-00018 | Gerald Barnett Plaintiff Profile Form | | No Objection |
| DX 2020 | | FirstAmProfile-00001 | FirstAmProfile-00017 | Gerald Barnett First Amended Plaintiff Profile Form | | No Objection |
| DX 2021 | 02/02/98 | MRK-AAD0046029 | MRK-AAD0046052 | Department Technical Report No. EPR7006.005.98 | | No Objection |
| DX 2022 | 02/21/99 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | | No Objection |
| DX 2023 | 03/29/99 | MRK-AAF0001430 | MRK-AAF0001566 | Letter from MRL to FDA | | No Objection |
| DX 2024 | 12/18/00 | MRK-ABH0001077 | MRK-ABH0001238 | FDA Arthritis Advisory Committee Background Package | | No Objection |
| DX 2025 | 02/27/97 | MRK-NJ0315784 | MRK-NJ0315837 | MK-0966 GI Clinical Outcomes Study | | No Objection |
| DX 2026 | 02/08/01 | MRK-AAP0000407 | MRK-AAP0000648 | FDA Advisory Committee Hearing, Transcript | | No Objection |
| DX 2027 | | GrandStrandRMR-00001 | GrandStrandRMR-00023 | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Medical Records Department | | No Objection |
| DX 2028 | | GrandStrandRPB-00001 | GrandStrandRPB-00010 | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Patient Billing | | No Objection |
| DX 2029 | | | | Gerald Barnett Cath Films from Grand Strand Regional Medical Center (CD) | | No Objection |
| DX 2030 | | | | Gerald Barnett X-ray films from Grand Strang Regional Medical Center | | No Objection |
| DX 2031 | | HubertyCMD-00001 | HubertyCMD-00064 | Gerald Barnett Medical Records from Dr. Chad Huberty | | No Objection |
| DX 2032 | | LifeLineScreen-00001 | LifeLineScreen-00008 | Gerald Barnett Medical Records from Life Line Screening | | No Objection |
| DX 2033 | | McCaffreyMD-00001 | McCaffreyMD-00038 | Gerald Barnett Medical Records from Dr. Michael McCaffrey | | No Objection |
| DX 2034 | | MerckMedcoRXSvc-00001 | MerckMedcoRXSvc-00027 | Gerald Barnett Medical Records from Merck Medco Prescription Services | | No Objection |
| DX 2035 | | MillerCDDC-00001 | MillerCDDC-00039 | Gerald Barnett Medical Records from Dr. Miller | | No Objection |
| DX 2036 | | MtlPnlRecCtr-00001 | MtlPnlRecCtr-00145 | Gerald Barnett Medical Records from National Personnel Records Center | | No Objection |

Barnett v. Merck Co.
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

Exhibit "A"

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling - Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 2037 | | NicholsonGBMD-00001 | NicholsonGBMD-00006 | Gerald Barnett Medical Records from Dr. Nicholson | | |
| DX 2038 | | PPR-00001 | PPR-02443 | Gerald Barnett Medical Records provided by patient | | No Objection |
| DX 2039 | | PPR- | PPR- | Gerald Barnett Medical Records provided in response to Merck request for production, 6/5/2006 | | No Objection |
| DX 2040 | | UnivOfLouisville-00001 | UnivOfLouisville-00005 | Gerald Barnett Records from University of Louisville | | No Objection |
| DX 2041 | | WilliamsLuDr-00001 | WilliamsLuDr-00025 | Gerald Barnett Medical Records from Dr. Luther Williams | | No Objection |
| DX 2045 | 1/24/2000 | 88158 KARAVAN 024 | 88158 KARAVAN 024 | Cardiology/Gastroenterology Associates Report for Gerald Barnett | | No Objection |
| DX 2046 | 9/6/2002 | 88158 GSRMC 0024 | 88158 GSRMC 0025 | Grand Strand Regional Medical Center Medical Report for Gerald Barnett | | No Objection |
| DX 2047 | 9/7/2002 | 88158 GSRMC 0061 | 88158 GSRMC 0061 | Progress Notes for Gerald Barnett | | No Objection |
| DX 2048 | 9/10/2002 | 88158 GSRMC 030 | 88158 GSRMC 032 | Operative Report for Gerald Barnett | | No Objection |
| DX 2049 | 9/14/2002 | 88158 GSRMC 021 | 88158 GSRMC 022 | Discharge Summary for Gerald Barnett | | No Objection |
| DX 2050 | 3/14/2003 | 88158 KARAVAN 019 | 88158 KARAVAN 019 | Cardiology/Gastroenterology Associates Medical Report for Gerald Barnett | | No Objection |
| DX 2051 | 9/6/2002 | GrandStrandRMC-00069 | GrandStrandRMC-00070 | ER Report for Gerald Barnett | | No Objection |
| DX 2052 | 9/17/1997 | CardioGasAssoc-00028 | CardioGasAssoc-00029 | Medical Report for Gerald Barnett | | No Objection |
| DX 2053 | 2/4/1993 | | | Letter re: Health examination | | No Objection |
| DX 2054 | 10/13/2002 | GrandStrandRMC-00064 | GrandStrandRMC-00065 | Discharge Summary for Gerald Barnett | | No Objection |
| DX 2055 | 7/18/2003 | CardioGasAssoc-00054 | CardioGasAssoc-00054 | Medical Report for Gerald Barnett | | No Objection |
| DX 2057 | 3/26/1998 | | | Medical Report for Gerald Barnett | | No Objection |
| DX 2058 | 3/31/1998 | | | Medical Report for Gerald Barnett | | No Objection |
| DX 2059 | 4/6/1998 | | | Medical Report for Gerald Barnett | | No Objection |
| DX 2060 | 12/30/1999 | | | Medical Report for Gerald Barnett | | No Objection |
| DX 2062 | 4/00/2002 | MRK-P0003302 | MRK-P0003312 | Changes to the current Prescribing information and Patient Product Information for Vioxx | | No Objection |
| DX 2063 | 12/30/1999 | | | Handwritten Office Visits for Gerald Barnett | | No Objection |
| DX 2064 | 3/8/2006 | 88158 HUB&MIK 0002 | 88158 HUB&MIK 0011 | Medical Record for Gerald Barnett | | No Objection |
| DX 2065 | 9/14/2002 | | | Schreckengast Discharge Summary for Gerald Barnett | | No Objection |
| DX 2066 | 3/24/2003 | 88158 HUBERTY 010 | 88158 HUBERTY 003 | Mikola Medical Report for Gerald Barnett | | No Objection |

**Barnett v. Merck Co.**
Plaintiff's Objections to Merck's Preliminary Pre-Admission Exhibit List

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling – Irvin 2 | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| DX 2067 | 10/22/1999 | HubertyCMD00001 | HubertyCMD00060 | Carolina Health Specialists Medical Records for Gerald Barnett | | |
| DX 2068 | 1/21/2000 | GrandStrandRMC00015 | GrandStrandRMC00015 | Grand Strand Regional Medical Center record for Gerald Barnett | | No Objection |
| DX 2069 | 1/19/2000 | GrandStrandRMC00019 | GrandStrandRMC00021 | Grand Strand Regional Medical Center record for Gerald Barnett | | No Objection |
| DX 2070 | 1/24/2000 | CardioGasAssoc00051 | CardioGasAssoc00051 | Cardiology/Gastroenterology Associates Medical Report by Michael Mikolajczyk and Vaishati Swami | | No Objection |
| DX 2071 | 1/20/2000 | PPR00467 | PPR00467 | Physician's Orders | | No Objection |
| DX 2072 | 1/19/2000 | PPR00476 | PPR00476 | Medication Administration Record | | No Objection |
| DX 2073 | 2/11/2004 | CardioGasAssoc-00039 | CardioGasAssoc-00040 | Medical Report for Gerald Barnett | | No Objection |
| DX 2074 | 4/00/2002 | MRK-P0003308 | MRK-P0003312 | Vioxx Package Insert | | No Objection |
| DX 2075 | 5/17/2005 | CardioGasAssoc-00045 | CardioGasAssoc-00045 | Medical Report for Gerald Barnett | | No Objection |
| DX 2076 | 9/6/2002 | BryanFMD00001 | BryanFMD00035 | Progress Notes for Gerald Barnett | | No Objection |
| DX 2077 | 9/7/2002 | GrandStrandRMC-00123 | GrandStrandRMC-00123 | PCU Cumulative Study for Gerald Barnett | | No Objection |
| DX 2078 | 9/7/2002 | 88158 GSRMC 012 | 88158 GSRMC 012 | Picture of heart with handwritten note re: percentage of blockage for Gerald Barnett | | No Objection |
| DX 2079 | 7/19/2003 | 88158 KARAVAN 023 | 88158 KARAVAN 023 | Medical Report for Gerald Barnett | | No Objection |
| DX 2080 | 9/6/2002 | GrandStrandRMC-00133 | GrandStrandRMC-00138 | GrandStrand Regional Medical Center Test Results for Gerald Barnett | | No Objection |

Exhibit "B"

Barnett v. Merck
Plaintiff's Objections to Merck's Final Pre-Admission Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in Irvin2 (if applicable) | Pl's Objection - Barnett |
|---|---|---|---|---|---|---|
| DX 0022 | 08/11/04 | FDACDER 011048 | FDACDER 011049 | Harvey E-mail re cox-2 ispe poster | | 401-402, 403 |
| DX 0082 | 08/12/04 | FDACDER 006056 | FDACDER 006058 | Hertz E-mail re cox-2 ispe poster | | 401-402, 403 |
| DX 0084 | 08/26/04 | FDACDER 021810 | FDACDER 021811 | Villalba E-mail re "interesting reading" | | 401-402, 403 |
| DX 0136 | 05/18/00 | MRK-ERN0252799 | MRK-ERN0252802 | Letter to Robert Utiger from Claire Bombardier | Admissible | No Objection |
| DX 0194 | 3/00/2001 | MRK-AAR0012290 | MRK-AAR0012309 | Selling Clinics Leader's Guide | | No Objection |
| DX 0236 | 10/01/01 | MRK-AAF0007803 | MRK-AAF0007853 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | | No Objection |
| DX 0357 | 04/20/01 | MRK-ABA0009274 | MRK-ABA0009274 | Email re Follow up to meeting | | No Objection |
| DX 0358 | 06/20/01 | TOP1PR00000285 | TOP1PR00000311 | Email re: COX-2 manuscript | | No Objection |
| DX 0359 | 01/02/02 | MRK-AAF0007894 | MRK-AAF0007895 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | Admissible | No Objection |
| DX 0370 | 09/03/99 | MRK-00420014017 | MRK-00420014261 | MK-0966 - Protocol / Amendment No. 088-04 | | No Objection |
| DX 0372 | 11/19/01 | MRK-ACI0013233 | MRK-ACI0013246 | Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets | Admissible | No Objection |
| DX 0373 | 05/02/01 | MRK-ABA0003235 | MRK-ABA0003244 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation | | No Objection |
| DX 0374 | 08/30/01 | MRK-ABA0011062 | MRK-ABA0011062 | Email re: Revisions in 6 month data | Admissible | No Objection |
| DX 0376 | 06/22/01 | TOP1PR0000279 | TOP1PR0000279 | Email re: Follow up | Admissible | No Objection |
| DX 0377 | 10/16/01 | EJT000323 | EJT000324 | Letter from Temple to Letters Editor JAMA | Admissible | No Objection |
| DX 0378 | 05/18/00 | 2000 NEMJ 000001 | 2000 NEMJ 000016 | Letter from Bombardier to Utiger with signature pages | Admissible | No Objection |
| DX 0380 | 06/30/00 | 2000 NEMJ 000025; 2000 NEMJ 000134 | 2000 NEMJ 000027; 2000 NEMJ 000138 | Letter from Kaplan to Bombardier | Admissible | No Objection |
| DX 0381 | 00/00/0000 | 2000 NEMJ 000005 | 2000 NEMJ 000017 | Author Signature Sheets | Admissible | No Objection |
| DX 0383 | 06/23/00 | 2000 NEMJ 000018 | 2000 NEMJ 000018 | Letter from Steinbrook to Bombardier | Admissible | No Objection |
| DX 0384 | 06/27/00 | 2000 NEJM 000022 | 2000 NEJM 000024 | Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 | Admissible | No Objection |
| DX 0414 | 05/25/04 | KP 002163 | KP 002153 | Graham email re: analysis of cox2 data | Admissible | No Objection |
| DX 0416 | 07/17/00 | MRK-ABS0361865; MRK-ABS0361902 | MRK-ABS0361866; MRK-ABS0361911 | Letter from Claire Bombardier to Marshall Kaplan | | No Objection |

6/19/2006

Page 1 of 4

Exhibit "B"

Barnett v. Merck
Plaintiff's Objections to Merck's Final Pre-Admission Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in Irvin2 (if applicable) | Pl's Objection - Barnett |
|---|---|---|---|---|---|---|
| DX 0418 | 08/15/00 | MRK-AAD0017914 | MRK-AAD0017915 | Fax from Robert Steinbrook to Claire Bombardier re: revision request | | No Objection |
| DX 0426 | 08/11/04 | FDACDER 006048 | FDACDER 006049 | Seligman E-mail re cox-2 ispe poster | | 401-402, 403 |
| DX 0434 | 05/03/01 | TOP1PR00000282 | TOP1PR00000283 | Email re: COX-2 Inhibitors in ACS | | 401-402, 403 |
| DX 0436 | 05/03/01 | MRK-AAZ0001594 | MRK-AAZ0001594 | Email re: COX-2 Inhibitors in ACS | | No Objection |
| DX 0447 | 05/05/06 | | | Letter re: MDL-1657 Vioxx Product Liability Litigation | | |
| DX 0448 | 05/08/06 | | | Dagastino E-mail re "Part I" | | 401-402, 403 |
| DX 0470 | 10/25/04 | EJT 000191 | EJT 000191 | E-mail from Goormastic to Topol, RE: Help on stats | | 401-402, 403 |
| DX 0475 | 11/12/04 | | | E-mail from Goormastic to Topol, RE: one other comparison | | No Objection |
| DX 0486 | 05/18/00 | | | Comparison of Rofecoxib, a Highly Selective Inhibitor of Cox-2 Manuscript | | No Objection |
| DX 0487 | 08/20/00 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | Manuscript No. 00-1401 A Double-blind Comparison of Rofecoxib and Naproxen on the incidence of clinically important upper gastrointestinal events: the VIGOR trial | Admissible | No Objection |
| DX 0488 | 00/00/0000 | | | Floppy Disk | Admissible | No Objection |
| DX 0489 | 05/06/00 | 2000 NEJM 000235 | 2000 NEJM 000282 | VIGOR Manuscript | Admissible | No Objection |
| DX 0499 | 06/20/00 | MRK-AAB0003864 | MRK-AAB0003971 | VIGOR - Clinical and Statistical Documentation | Admissible | No Objection |
| DX 0900 | 00/00/0000 | NEJM 000376 | NEJM 000376 | NEJM Statement on the Expression of Concern | Admissible | No Objection |
| DX 0901 | 12/08/05 | NEJM 000040 | NEJM 000045 | Email re: Talking Points | | No Objection |
| DX 0902 | 12/12/05 | NEJM 000880 | NEJM 000881 | Expression of Concern Key Points and Q&A | | No Objection |
| DX 0903 | 12/08/05 | NEJM 000001 | NEJM 000001 | Email re Probable Early Releases Tomorrow PM | | No Objection |
| DX 0904 | 12/08/05 | NEJM 000661 | NEJM 000663 | Email re Vigor Editorial points from Merck | | 401, 403 |
| DX 0905 | 12/08/05 | NEJM 000533 | NEJM 000533 | Email re "for talking points". | | 401-402, 403 |
| DX 0906 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals | | 401-402, 403 |
| DX 0907 | 12/07/05 | NEJM000108 | NEJM000109 | Email re: NEJM Expression of Concern | | No Objection |
| DX 0908 | 12/08/05 | NEJM000023 | NEJM000025 | Email re Release of Expression of Concern regarding the Vigor article | | No Objection |
| DX 0909 | 12/08/05 | NEJM000107 | NEJM000107 | Email re NEJM Article re Expression of Concern | | 401-402, 403 |

6/19/2006

Barnett v. Merck
Plaintiff's Objections to Merck's Final Pre-Admission Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in Irvin2 (if applicable) | Pl's Objection - Barnett |
|---|---|---|---|---|---|---|
| DX 0910 | 12/12/05 | NEJM000011 | NEJM000014 | Email re NEJM Expression of Concern | | No Objection |
| DX 0911 | 01/16/06 | NEJM000033 | NEJM000039 | Email re: responses to the NEJM expression of concern | | No Objection |
| DX 0912 | 00/00/0000 | 2000NEMJ000136 | 2000NEMJ000136 | NEJM Memo re Suggestion for Transmittal to Authors | | No Objection |
| DX 0913 | 08/30/04 | FDACDER 010352 | FDACDER 010353 | Trontell E-mail re Vioxx,Merck update Monday August 30 | Admissible | |
| DX 0914 | 01/16/06 | NEJM001111 | NEJM001114 | Email re Submission of Response to Curfman et al | | 401-402, 403 |
| DX 0915 | 07/11/05 | NEJM001093 | NEJM001097 | Email re Clinical Trials | Admissible | No Objection |
| DX 0916 | 07/08/05 | NEJM000211 | NEJM000214 | Email re: VIGOR manuscript | Admissible | No Objection |
| DX 0917 | 10/29/04 | FDACDER 022462 | FDACDER 022470 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | | No Objection |
| DX 0918 | 10/29/04 | FDACDER 022789 | FDACDER 022789 | Horton E-mail re need to talk | | 401-402, 403 |
| DX 0923 | 12/10/05 | NEJM 000849 | NEJM 000851 | Email from Cafasso re: Downloads for EOC | | 401-402, 403 |
| DX 0924 | 12/07/05 | NEJM 000531 | NEJM 000531 | Email from Pederson re: Update on Expression of Concern | | 401-402, 403 |
| DX 0925 | 01/03/06 | NEJM 000445 | NEJM 000445 | Email re: Washington Post editorial | | 401-402, 403 |
| DX 0926 | 12/09/05 | NEJM 000539 | NEJM 000540 | Email re: Next Steps | | 401-402, 403 |
| DX 0927 | 12/08/05 | NEJM 000303 | NEJM 000304 | Email re: Statement for the press | | 401-402, 403 |
| DX 0929 | 11/14/04 | KP 001136 | KP 001138 | Graham E-mail re "Paper" | | 401-402, 403 |
| DX 0930 | 02/28/01 | MRK-AKT0720077 | MRK-AKT0720080 | Letter re: Request for Information to Dr. Robinette | | No Objection |
| DX 0935 | 11/15/04 | FDACDER 022247 | FDACDER 022249 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" | | 401-402, 403 |
| DX 0936 | 11/01/04 | EJT 000207 | EJT 000207 | Graham E-mail re 60 Minutes | | 401-402, 403 |
| DX 0937 | 10/06/04 | FDACDER 022681 | FDACDER 022681 | Graham E-mail re COX-2 AMI study | | 401-402, 403 |
| DX 0938 | | FDACDER 005940 | FDACDER 005940 | Incidence rate chart | | 401-402, 403 |
| DX 0942 | 10/23/04 | KP 002315 | KP 002315 | Cheetham E-mail re Recoding Vioxx | | No Objection |
| DX 0946 | 10/22/04 | FDACDER 022409 | FDACDER 022409 | Graham E-mail re cox-2 manuscript | | 401-402, 403 |
| DX 0947 | 11/11/04 | KP 001133 | KP 001133X | Graham E-mail re revised cox-2 manuscript | | No Objection |
|  |  |  |  |  |  | No Objection |

Exhibit "B"

Barnett v. Merck
Plaintiff's Objections to Merck's Final Pre-Admission Exhibit List (Conditional)

| Ex. No. | Date | Begin Bates | End Bates | Description | Ruling in Irvin2 (if applicable) | Pl's Objection - Barnett |
|---|---|---|---|---|---|---|
| DX 1048 | 05/03/01 | | | Email re COX-2 Inhibitors in ACS | | Document not provided by Merck. Plaintiff reserves right to object when the document is made available. |
| DX 2001 | 06/30/00 | 2000NEMJ000025 | 2000NEMJ000027 | Letter re Comparison of Rofecoxib a Highly Selective Inhibitor of COX-2 and Naproxen on the Incidence of Clinically Important Upper Gastrointestinal Events | | |
| DX 2002 | 06/30/00 | 2000NEMJ000025; 2000NEMJ000134 | 2000NEMJ000027; 2000NEMJ000138 | Memo re Manuscripts | | No Objection |
| DX 2003 | 08/16/00 | MRK-AAD0019397 | MRK-AAD0019398 | Letter from Steinbrook to Bumbaffer re: manuscript | | No Objection |
| DX 2004 | 10/13/00 | MRK-N05208004122 | MRK-N05208004122 | Safety Update Report NDA 21-052/S-004 | | No Objection |
| DX 2005 | 12/18/00 | MRK-00420029550 | MRK-00420029550 | Letter re: Draft Background Package for Arthritis Advisory Committee | | No Objection |
| DX 2008 | 10/01/01 | MRK-ABI0003148 | MRK-ABI0003155 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | | No Objection |
| DX 2017 | 05/03/01 | TOP1PR00000282 | TOP1PR00000283 | Email re COX-2 Inhibitors in ACS | | 401-402, 403 |
| DX 2018 | 10/25/04 | EJT 000191 | EJT 000191 | Email from Goormastic to Topol re: help on stats. | | 401-402, 403 |
| DX 2019 | 11/12/04 | | | Email from Goormastic to Topol re: one other comparison. | | No Objection |
| DX 2020 | 03/01/01 | MRK-AAR0028794 | MRK-AAR0028813 | Selling Clinics | | No Objection |
| DX 2061 | 11/12/01 | MRK-MPF0173678 | MRK-MPF0173681 | Speaker/Moderator Agreement Letter | | 401-402, 403 |
| DX 2081 | 05/02/06 | | | Dr. Zipes Stress Test Report for Gerald Barnett | | No Objection |


Barnett v. Merck: Plaintiff's Objections to Defendant's Final Deposition Exhibit List

Exhibit "C"

| Ex. No. | Date | Begin Bates | End Bates | Description | Pl's Objection - Barnett |
|---|---|---|---|---|---|
| Bryan Ex. 011 | 9/8/2002 | Bryan FMD00001 | BryanFMD00035 | Progress Notes for Gerald Barnett | No objection |
| Bryan Ex. 012 | 9/7/2002 | GrandStrandRMC-00123 | GrandStrandRMC-00123 | Picture of heart w/handwritten note re: percentage of blockage for | No objection |
| Bryan Ex. 013 | 9/7/2002 | 88158 GSRMC 012 | 88158 GSRMC 012 | Medical Report for Gerald Barnett | No objection |
| Bryan Ex. 014 | 7/18/2003 | 88158 KARAVAN 023 | 88158 KARAVAN 023 | Grand Strand Regional Medical Center Test Results for Gerald | No objection |
| Bryan Ex. 015 | 9/6/2002 | GrandStrandRMC-00133 | GrandStrandRMC-00138 | Discharge Summary for Gerald Barnett | No objection |
| Bryan Ex. 016A | 10/13/2002 | GrandStrandRMC-00064 | GrandStrandRMC-00065 | Dr. Zipes Stress Test Report for Gerald Barnett | No objection |
| Bryan Ex. 016B | 5/2/2006 | | | Cardiology/Gastroenterology Associates Report for Gerald | No objection |
| Bryan Ex. 017 | 1/24/2000 | 88158 KARAVAN 024 | 88158 KARAVAN 024 | | No objection |
| Epstein Ex. 015 | 1/26/2000 | | | Dr. Epstein's materials | Plaintiff has not been able to open the file of this image. He reserves the right to object when he is able to do so. |
| Karavan Ex. 004 | 1/24/2000 | 88158 KARAVAN 024 | 88158 KARAVAN 024 | Cardiology/Gastroenterology Associates Report for Gerald | No objection |
| Karavan Ex. 005 | 9/6/2002 | 88158 GSRMC 0024 | 88158 GSRMC 0025 | Grand Strand Regional Medical Center Medical Report for Gerald | No objection |
| Karavan Ex. 012 | 9/7/2002 | 88158 GSRMC 0061 | 88158 GSRMC 0061 | Progress Notes for Gerald Barnett | No objection |
| Karavan Ex. 016 | 9/10/2002 | 88158 GSRMC 012 | 88158 GSRMC 012 | Picture of heart w/handwritten note re: percentage of blockage for | No objection |
| Karavan Ex. 017 | 9/10/2002 | 88158 GSRMC 030 | 88158 GSRMC 032 | Operative Report for Gerald Barnett | No objection |
| Karavan Ex. 018 | 9/14/2002 | 88158 GSRMC 021 | 88158 GSRMC 022 | Discharge Summary for Gerald Barnett | No objection |
| Karavan Ex. 020 | 3/14/2003 | 88158 KARAVAN 019 | 88158 KARAVAN 019 | Cardiology/Gastroenterology Associates Medical Report for | No objection |
| Karavan Ex. 023 | 9/6/2002 | GrandStrandRMC-00069 | GrandStrandRMC-00070 | ER Report for Gerald Barnett | No objection |
| Karavan Ex. 024 | 9/17/1997 | CardioGasAssoc-00028 | CardioGasAssoc-00029 | Medical Report for Gerald Barnett | No objection |
| Karavan Ex. 025 | 2/4/1993 | | | Letter re: Health examination | No objection |
| Karavan Ex. 026 | 10/13/2002 | GrandStrandRMC-00064 | GrandStrandRMC-00065 | Discharge Summary for Gerald Barnett | No objection |
| Karavan Ex. 027 | 7/18/2003 | CardioGasAssoc-00054 | CardioGasAssoc-00054 | Medical Report for Gerald Barnett | No objection |

Barnett v. Merck: Plaintiff's Objections to Defendant's Final Deposition Exhibit List

Exhibit "C"

| Exhibit | Date | Bates Begin | Bates End | Description | Objection |
|---|---|---|---|---|---|
| Karavan Ex. 028 | 0/0/99 | | | Article entitled: Comparison of Ramp Versus Step Protocols for Exercise Testing in Patients 60 Years of Age | Learned Treatises are not admissible |
| Karavan Ex. 029a | 8/10/2005 | | | Mobic Label, 2005 | R. 401, R. 402 |
| Karavan Ex. 030 | 5/17/2005 | CardioGasAssoc-00045 | CardioGasAssoc-00045 | Medical Report for Gerald Barnett | No objection |
| McCaffrey Ex. 001 | 3/26/1998 | | | Medical Report for Gerald Barnett | No objection |
| McCaffrey Ex. 002 | 3/31/1998 | | | Medical Report for Gerald Barnett | No objection |
| McCaffrey Ex. 003 | 4/6/1998 | | | Medical Report for Gerald Barnett | No objection |
| McCaffrey Ex. 004 | 12/30/1999 | | | Medical Report for Gerald Barnett | No objection |
| McCaffrey Ex. 006 | 11/12/2001 | MRK-MPF0173678 | MRK-MPF0173681 | Speaker/Moderator Agreement | No objection |
| McCaffrey Ex. 007 | 11/23/2000 | MRK-ACD0086310 | MRK-ACK0086318 | Bombardier, Laine, Reicin, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in | Learned Treatises are not admissible |
| McCaffrey Ex. 020 | 4/0/02 | | | Changes to the current Prescribing Information and Patient Product Information for Vioxx | No objection |
| McCaffrey Ex. 021 | 12/30/1999 | MRK-P0003302 | MRK-P0003312 | Handwritten Office Visits for Gerald | No objection |
| Mikola Ex. 004 | 3/8/2006 | 88158 HUB&MIK 0002 | 88158 HUB&MIK 0011 | Medical Record for Gerald Barnett | No objection |
| Mikola Ex. 015 | 9/14/2002 | | | Schreckengast Discharge Summary for Gerald Barnett | No objection |
| Mikola Ex. 021 | 3/24/2003 | 88158 HUBERTY 010 | 88158 HUBERTY 003 | Mikola Medical Report for Gerald | No objection |
| Mikola Ex. 030 | 10/22/1999 | HubertyCMD00001 | HubertyCMD00060 | Carolina Health Specialists Medical Records for Gerald Barnett | No objection |
| Mikola Ex. 031 | 1/21/2000 | GrandStrandRMC00015 | GrandStrandRMC00021 | Grand Strand Regional Medical Center record for Gerald Barnett | No objection |
| Mikola Ex. 032 | 1/19/2000 | GrandStrandRMC00019 | GrandStrandRMC00021 | Grand Strand Regional Medical Center record for Gerald Barnett Cardiology/Gastroenterology | No objection |
| Mikola Ex. 033 | 1/24/2000 | CardioGasAssoc00051 | CardioGasAssoc00051 | Associates Medical Report by Michael Mikolajczyk and Valshali | No objection |
| Mikola Ex. 034 | 1/20/2000 | PPR00467 | PPR00467 | Physician's Orders | No objection |
| Mikola Ex. 035 | 1/19/2000 | PPR00476 | PPR00476 | Medication Administration Record | No objection |
| Mikola Ex. 037 | 10/13/2002 | GrandStrandRMC-00064 | GrandStrandRMC-00064 | Discharge Summary for Gerald | No objection |
| Mikola Ex. 038 | 7/18/2003 | CardioGasAssoc-00054 | CardioGasAssoc-00054 | Medical Report for Gerald Barnett | No objection |
| Mikola Ex. 039 | 2/11/2004 | CardioGasAssoc-00039 | CardioGasAssoc-00040 | Medical Report for Gerald Barnett | No objection |

Barnett v. Merck: Plaintiff's Objections to Defendant's Final Deposition Exhibit List

Exhibit "C"

| | | | | |
|---|---|---|---|---|
| Mikola Ex. 040 | 11/23/2000 | MRK-ACD0086310 | MRK-ACK0086318 | Bombardier, Laine, Reicin, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in | Learned Treatises are not admissible |
| Mikola Ex. 043 | 4/0/02 | MRK-P0003302 | MRK-P0003312 | Changes to the current Prescribing information and Patient Product Information for Vioxx | No objection |
| Mikola Ex. 044 | 4/0/02 | MRK-P0003308 | MRK-P0003312 | Vioxx Package insert | No objection |
| Mikola Ex. 048 | 3/0/06 | | | Faldene Label, 2006 | R. 401, R. 402 |