UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 20  AM II: 08
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 02:06cv485: | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Gerald Barnett, | * | |
| | * | |
| v. | * | |
| | * | |
| Merck & Co., Inc. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT'S FINAL AFFIRMATIVE DEPOSITION DESIGNATIONS

Plaintiff Gerald Barnett, by and through his undersigned counsel, hereby serves his

Objections and Counter-Designations to Defendant's Final Affirmative Deposition Designations.

Plaintiff reserves the right to add additional objections or counter-designations, withdraw any

testimony counter-designated below, and make other changes.

Plaintiff also reserves the right to supplement or amend his Objections and Counter-

Designations to Defendant's Affirmative Deposition Designations based upon any ruling of the

Court or any other Court decisions that affect the scope of evidence in this trial, including rulings

on its motions in limine.  Plaintiff reserves the right to counter-designate any testimony designated

by Defendant in the event it is not offered by Defendant.

Plaintiff reserves the right to remove any objections included upon resolution of the

objection.  By designating this testimony, Plaintiff does not waive his right to object to or move to

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

1

exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of

Deposition testimony and exhibits. Plaintiff reserves the right to make additional counter-

designations upon receipt of Defendant Merck & Co.'s designations.

Dated: June 19, 2006

Respectfully submitted,

By: _____

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff
GERALD BARNETT

## PLAINTIFF'S STEERING COMMITTEE

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

2

(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants'

Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or

U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File &

Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 9th day of June, 2006.

_____

CARLOS A. PRIETTO, III

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to
Case No. 02:06cv485:

Gerald Barnett,

v.

Merck & Co., Inc.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

* MDL Docket No. 1657
* SECTION L
* JUDGE FALLON
* MAGISTRATE JUDGE KNOWLES

## PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT'S FINAL AFFIRMATIVE DEPOSITION DESIGNATIONS

Plaintiff Gerald Barnett, by and through his undersigned counsel, hereby serves his Objections and Counter-Designations to Defendant's Final Affirmative Deposition Designations. Plaintiff reserves the right to add additional objections or counter-designations, withdraw any testimony counter-designated below, and make other changes.

Plaintiff also reserves the right to supplement or amend his Objections and Counter-Designations to Defendant's Affirmative Deposition Designations based upon any ruling of the Court or any other Court decisions that affect the scope of evidence in this trial, including rulings on its motions in limine. Plaintiff reserves the right to counter-designate any testimony designated by Defendant in the event it is not offered by Defendant.

Plaintiff reserves the right to remove any objections included upon resolution of the objection. By designating this testimony, Plaintiff does not waive his right to object to or move to

1

exclude any documents or testimony that Defendant Merck & Co. may offer at trial.

Plaintiff reserves the right to object to Defendant Merck & Co.'s designation of

Deposition testimony and exhibits.  Plaintiff reserves the right to make additional counter-

designations upon receipt of Defendant Merck & Co.'s designations.

Dated: June 19, 2006

Respectfully submitted,

By: _Mark P. Robinson_

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
Telephone:  (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff
GERALD BARNETT

## PLAINTIFF'S STEERING COMMITTEE

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

2

(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants'

Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or

U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File &

Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 9th day of June, 2006.

_____
CARLOS A. PRIETTO, III