*Plaintiff asserts a general objection to any deposition designations for Mrs. Barnett. She will be testifying live at trial and, therefore, deposition signations are not necessary.*

## Barnett v. Merck
### Merck Affirmative Designations
#### Corinne Barnett May 23, 2006 Deposition

[4:1] - [4:3]          5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 4
1      Q.  Okay.  Mrs. Barnett, have you ever been
2 deposed before?
3      A.  No.

[10:14] - [10:15]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

π obj =
401/402 -
- irrelevant

page 10
14     Q.  And are you currently employed?
15     A.  No.

[12:7] - [12:10]       5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

π obj. =
401/402 - irrelevant

page 12
7      Q.  So was your last job the First Union
8 Construction Lending job that you had from 1987 to
9 1994?
10     A.  Yeah.

[12:11] - [12:13]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 12
11     Q.  And your husband was employed by the
12 FBI for 27 years or so?
13     A.  Yes.

[13:19] - [14:5]       5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

π obj =
lack of foundation,
Calls for speculation,
Vague + ambiguous
as to "dangerous",
401/402 - irrelevant

page 13
19     Q.  How would you describe your husband's
20 work while he was an FBI agent?
21     A.  Long hours and a lot of paperwork
22 and --
23     Q.  Did he have some dangerous assignments?
24     A.  He had a couple.
25     Q.  I know that he told us that he did some
page 14
1 counterintelligence work --
2      A.  Yes.
3      Q.  -- and some terrorism work.
4      A.  Yes.
5      Q.  That's sort of dangerous, right?

[14:8] - [14:20]       5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

**EXHIBIT**

**A**

page 14

8    A.  Oh, yes.
9    Q.  Did he do any organized crime or work
10  on kidnappings, things like that?
11      A.  Yes, he did.
12      Q.  Search for fugitives sometimes --
13      A.  Yes.
14      Q.  -- and break into places and track
15  people down?
16      A.  Yes.
17      Q.  Was that stressful for you?
18      A.  Yes.
19      Q.  Did you fear for his life at times?
20      A.  Oh, yes.

*Handwritten margin note:* π obj - lack of foundation, calls for speculation, - compound question, 401/402 - irrelevant - if testimony is allowed lines 21-24 needed for completeness

[15:5] - [15:16]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 15

5         THE WITNESS:  Okay.  Now, what was the
6  question?
7  BY MR. HILL:
8      Q.  Sure, I asked did you ever fear for his
9  life?
10      A.  Yes, I did.
11      Q.  And was it a stressful job for him?
12      A.  I believe it was.
13      Q.  Do you know if he ever feared for his
14  life?
15      A.  I don't think he'd ever admit it, but I
16  think he probably did at times.

*Handwritten margin notes:* π obj - irrelevant; π obj - asked and answered; π obj - lack of foundation, calls for speculation, 401/402 - irrelevant

[20:18] - [21:10]   5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 20

18      Q.  Sure.  What are some of the -- sort of
19  the major health problems your husband's had in the
20  last ten years?
21      A.  Well, he has acid -- like acid reflux
22  and neck and back problems and he tries to keep in
23  the best shape he can.  You know, he walks almost
24  daily, you know, a couple miles and -- I can't
25  think of...
page 21
1      Q.  Has your husband ever told you that he
2  has high cholesterol?
3      A.  I think so.
4      Q.  Do you remember when he first told you
5  that he had high cholesterol?

*Handwritten margin note:* π obj - lack of foundation, Calls for speculation, Calls for expert medical opinion outside the scope of the witness' knowledge, 401/402 - irrelevant

2



6    A.  No.
7    Q.  Roughly?
8    A.  A number of years ago.
9    Q.  More than five?
10   A.  Probably.

π obj. -
Calls for speculation
lacks foundation,
401/402 irrelevant

[23:1] - [23:13]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 23

1    Q.  Your husband's neck and back pain, has
2    that been pain that has been going on for quite
3    some time?
4    A.  Ever since I think it was like 1978 and
5    we were in a car accident, someone had rear-ended
6    us, and I think that's when it basically started to
7    my knowledge.
8    Q.  Since that time in 1978 after the car
9    wreck, your husband's had periods where his neck
10   and back bother him?
11   A.  Oh, yeah.
12   Q.  Has it been consistent since 1978?
13   A.  Yes.

π obj. -
lack of foundation,
Calls for speculation,
401/402 irrelevant

[23:24] - [24:12]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 23

24   question got a little muddled.  So since the time
25   in 1978 when you and your husband were in a car

page 24

1    wreck, has your husband's neck and back pain been
2    something that has occurred constantly over that
3    time?
4    A.  Yes.  He seems to always be in a little
5    bit of pain.
6    Q.  How does he describe the pain that he's
7    in, his neck and back pain?
8    A.  Mostly a heavy ache, you know, just an
9    aching.  And when he wants, you know, I'll have to,
10   you know, press my thumb or -- you know, just to
11   kind of relieve some of the -- the pain he's
12   having.

π obj. -
asked and answered,
lack of foundation,
Calls for speculation
vague +
ambiguous

[24:13] - [24:15]    5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 24

13   Q.  Are there times that his neck and back
14   pain is pretty intense?
15   A.  Yeah.

See next pg.

3



[24:22] - [25:11]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 24
22      Q.  Are there times that your husband can't
23  do all the things he wants to do because of his
24  neck and back pain?
25      A.  Yeah.  I mean yes.
page 25
1       Q.  How would you say that his neck -- your
2  husband's neck and back pain has affected the
3  quality of his life?
4       A.  I'd say it's definitely affected it.
5  There's things he probably would want to -- like to
6  do, but, you know, because of the pain, he can't,
7  like skiing or, you know, some outdoor activities.
8       Q.  So there's certain physical activity
9  that your husband can't do because of his neck and
10  back pain?
11      A.  Right.  Correct.

*π obj. -*
*lacks foundation*
*Calls for speculation,*
*401/402- irrelevant*

*also - misstates the*
*witness' testimony,*
*assumes facts not*
*in evidence*

[25:16] - [25:19]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 25
16      Q.  Are there times that your husband
17  hasn't been able to play golf because of his neck
18  and back pain?
19      A.  Yeah.  I mean yes.

*π obj =*
*lack of foundation, calls for*
*speculation, 401/402-*
*irrelevant*
*403- waste of time*

[25:22] - [26:4]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 25
22      Q.  Are there times that your husband has
23  had to sleep in a chair because of his neck and
24  back pain?
25      A.  Yes, definitely.
page 26
1       Q.  How often has your husband had to sleep
2  in a chair because of his neck and back pain?
3       A.  Oh, he had to -- he was sleeping in a
4  recliner for a couple years.

*π obj =*
*lack of foundation, calls*
*for speculation as to*
*why he slept in the*
*chair*
*401/402*
*403- waste of time*

[26:5] - [26:9]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 26
5       Q.  Do you remember when that was when your
6  husband was sleeping in a recliner because of his
7  pain?
8       A.  Well, it was before we got our -- a bed
9  that -- what do you -- what do you --

*π obj= lack of foundation*
*calls for speculation,*
*compound, assumes*
*facts not in*
*evidence*
*401/402 - relevance*
*403- waste of time*

4



[26:13] - [27:1]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 26
13     Q.  Hospital bed?
14     A.  Yeah, hospital bed.
15     Q.  Do you remember when you got that
16 hospital bed?
17     A.  Let's see, a couple years ago.  Two or
18 three years ago.
19     Q.  And prior to that time when you got the
20 hospital bed, he was sleeping -- your husband was
21 sleeping in a recliner because of the pain, is that
22 correct?
23     A.  Right, yes.  He had to be kind of
24 upright and that was the only thing that, you
25 know -- the only -- I mean, a normal chair wouldn't
page 27
1 do it so he had to do that.

π obj. =
asked + answered,
lack of Foundation,
Calls for speculation,
Cumulative,
401/402- irrelevant
403- waste of time

[27:7] - [27:17]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 27
7     Q.  Have there been times when your husband
8 because of the neck and back pain has had trouble
9 getting up out of chairs or trouble moving around?
10     A.  Yes.  I have to help him out of the
11 recliner on occasion.
12     Q.  How frequently would you have to help
13 your husband out of the recliner because of his
14 neck and back pain?
15     A.  Well, three-quarters of the time I'd
16 say I had to kind of help him out, you know, at
17 least just give him a -- you know, a support.

π obj. =
lack of Foundation,
Calls for speculation as to
testifying he had trouble, Compound
assumes facts,
401/402- irrelevant
403- waste of time

[28:11] - [28:16]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 28
11     Q.  How did the Vioxx work on his back and
12 neck pain?
13     A.  About like the Feldene.
14     Q.  It made the pain tolerable, it made it
15 so that he could -- made him feel better?
16     A.  Yeah.

π obj. - lack of Foundation,
Calls for speculation,
Calls for expert medical
opinion
★ if this testimony is allowed
lines 27:18 - 28.10 needed
for completeness

[28:17] - [29:2]     5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 28
17     Q.  How about the over-the-counter
18 medicines like Tylenol or aspirin, how did they

cont'd

5

19  help his neck or back pain?
20      A.  They're just short-time -- short-term
21  relief of, you know, like when you have a headache,
22  take an aspirin and you get a little bit of relief.
23      Q.  Is it fair to say that the
24  over-the-counter drugs weren't as good as the
25  Feldene or the Vioxx for the back pain and the neck
page 29
1  pain?
2      A.  I think that's fair to say.

*π obj. = Calls for speculation, lack of foundation, Calls for expert medical opinion, 401/402- irrelevant, 403- waste of time*

[29:3] - [29:7]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 29
3      Q.  Has your husband tried other remedies
4  for his neck and back pain like physical therapy?
5      A.  Yeah, and I don't know to what extent.
6  I know he was going to like a -- I guess it would
7  be a massage type of thing.

*π obj. = 401/402 -irrelevant Calls for speculation as to why he got that therapy, 403- waste of time*

[29:20] - [29:25]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 29
20      Q.  How about acupuncture, has your husband
21  tried acupuncture --
22      A.  I believe he did.
23      Q.  -- for back and neck pain?  When did he
24  try the acupuncture?
25      A.  When?  Couple years ago.

*π obj. = 401/402, irrelevant 403- waste of time Calls for speculation as to why he got acupuncture * if testimony allowed, lines 30:1-3 needed for complete*

[31:23] - [31:24]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 31
23      Q.  Does your husband drink alcohol?
24      A.  He drinks some red wine.

*π obj. 401/402- irrelevant * if allowed lines 31:25-32:1 Needed for completeness*

[32:2] - [32:5]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 32
2      Q.  About how many glasses a week of red
3  wine would you say your husband drinks?
4      A.  Oh, I think he drinks like one glass of
5  red wine a night.

*π obj. = 401/402- irrelevant Calls for speculation*

[32:17] - [32:21]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 32
17      Q.  From, say, the mid 1990s up until 2000,
18  how often would your husband drink alcohol?
19      A.  Well, not much, just like a glass of

*π obj. = Over broad, Calls for speculation, lack of foundation, 401/402- irrelevant 403- waste of time*

see prior pg.

20  red wine and, you know, if he was out dancing, he'd
21  maybe have a couple — two glasses of wine.

[37:22] - [38:1]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 37
22      Q.  Do you remember why your husband first
23  started using Vioxx?
24      A.  To ease the pain.
25      Q.  To ease his neck and back pain?
page 38
1       A.  Yes, his neck and back pain.

π obj =
Calls for speculation,
lack of foundation,
Calls for Medical opinion

[40:18] - [41:6]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 40
18      Q.  Did you ever see any samples of Vioxx
19  at your house?
20      A.  No.
21      Q.  Did you ever see your husband taking
22  any samples of Vioxx?
23      A.  Well, when you say sample, you mean
24  just something that the doctor gave you?  No.
25      Q.  It didn't come with a prescription, you
page 41
1  know, it came out of a little package rather than a
2  bottle.
3       A.  No, I don't recall that.  All I recall
4  is his little bottles and he puts them in his
5  little pill, you know, daily so he doesn't forget
6  what day it is.

[43:9] - [43:11]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 43
9       Q.  So you know your husband took Vioxx for
10  at least four years?
11      A.  At least.

π obj =
Calls for speculation,
lack of foundation

[43:14] - [44:7]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 43
14      Q.  Do you know why he took Vioxx for all
15  those years?
16      A.  For the pain.
17      Q.  And did it work to reduce his neck and
18  back pain?
19      A.  I believe it did.  Otherwise, he
20  wouldn't -- he wouldn't have stuck with it.

Cont'd

21    Q.  Was your husband able to do things when
22 he was taking Vioxx that he wouldn't have been able
23 to do without it?
24    A.  Yeah, I think it made him feel a little
25 better, you know, so he could do his daily walks
page 44
1 and, you know -- otherwise, if it -- if it didn't,
2 I don't believe he'd -- he would have continued
3 taking something that wasn't helping him out.
4    Q.  Did taking the Vioxx help your husband
5 do some of his recreational activities like play
6 golf or lift weights or go walking?
7    A.  Well, probably.  He doesn't lift

*π obj =*
*lack of foundation*
*Calls for speculation*
*Calls for expert*
*medical opinion.*
*Cuts off the witness'*
*response · her last answer*
*continues w/o objection*
*from counsel + should*
*be included for*
*completeness*

[44:12] - [44:22]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 44
12    Q.  Did the Vioxx help him go to the gym
13 and do the workout stuff?
14    A.  I believe to some extent, yes.
15    Q.  Do you think the Vioxx helped him when
16 he went dancing like he likes to go dancing a
17 couple times a week?
18    A.  I'm probably pretty sure, you know.  If
19 he didn't feel like going dancing, then he wouldn't
20 go, but I think the Vioxx must have helped him, you
21 know, because he loves to dance.  And he's very
22 good too.

*π obj = Calls for*
*expert medical opinion,*
*Calls for speculation,*
*lack of foundation*

[45:9] - [46:1]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 45
9    Q.  How often these days does your husband
10 go dancing?
11    A.  Normally Wednesday and Friday,
12 sometimes just Friday, sometimes just Wednesday.
13    Q.  How long is your husband gone when he
14 goes dancing, a few hours?
15    A.  A couple hours.
16    Q.  And you mentioned that your husband --
17 that he and his partner do some competition?
18    A.  Yeah.
19    Q.  What's that all about?
20    A.  Well, they -- sometimes they just have
21 these competition dances and -- and, you know,
22 they'll get up and do their little routine and sit
23 down.
24    Q.  Do they ever win?

*π obj -*
*401/402· relevance*
*403· waste of time*
*vague as to time - is th*
*prior to the heart*
*attack or have they done*
*can competitions ever?*

8

*See prior pg.*

25      A.  They've come in third place a couple
page 46
1 times.  I don't think they've ever come in first.

[46:5] - [46:9]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 46
5      Q.  Is your husband still a pretty good
6 dancer?
7      A.  Oh, yeah.  Yeah.
8      Q.  Your husband mentioned --
9      A.  That's what keeps him young.

*π obj. =
L/01/402 - irrelevant
403. waste of time*

[47:24] - [48:12]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 47
24      Q.  Did you ever see any Vioxx
25 advertisements on TV or in magazines or on the
page 48
1 radio?
2      A.  Oh, yeah.
3      Q.  What Vioxx ads did you see?
4      A.  Well, I can't tell you specifically.  I
5 know I've heard it on the radio or TV, you know.
6 It's not something I've really paid a lot of
7 attention to.
8      Q.  You didn't pay much attention to the
9 Vioxx ads?
10      A.  No.  I don't pay much attention to any
11 commercials.  That's usually when I take a bathroom
12 break.

*π obj =
L/01/402 - irrelevant
whether π's wife
saw these ads or
whether she paid
attention to them*

[48:20] - [48:22]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 48
20      Q.  Did your husband ever mention Vioxx
21 advertisements to you, did you ever discuss them?
22      A.  No.  Why would we do that?

[48:23] - [49:9]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 48
23      Q.  Is your husband the kind of man who
24 relies on advertisements or the doctor's advice
25 when it comes to taking medicine?
page 49
1      A.  I would say doctor.  No, I'm not -- I
2 don't think he really paid much attention to
3 advertisements per se.  No, if he has a question,

*π obj - Calls for speculation, lack of foundation*

4  he'll -- he'll call the doctor.  He's pretty good
5  about that.
6      Q.  Would your husband normally read
7  information that came with the medicines that he
8  was taking, would he read the label or the inserts?
9      A.  Oh, yes.  Oh, yes.

[53:3] - [53:25]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 53

*π obj - Cuts off question that establishes the time frame for the response*

3  got that time frame.  What are some of the hobbies
4  and activities that your husband liked to take part
5  in during that period right prior to his
6  retirement?
7      A.  Well, dancing, walking, golf, not much
8  tennis.
9          MR. ROBINSON:  I think you mentioned
10  skiing every once in awhile.
11          THE WITNESS:  Yeah, that may be once a
12  year.
13  BY MR. HILL:
14      Q.  Scuba?  Do you guys ever go scuba
15  diving?
16      A.  Yes, we did.  We're both certified.
17      Q.  Where are the places that you've gone
18  scuba diving together?
19      A.  Let's see, St. Thomas, St. Martin.
20  Usually it was St. Thomas, though, because we lived
21  in Puerto Rico.
22      Q.  How many times have you and your
23  husband gone scuba diving?  Roughly.
24      A.  Well, he went more than I did.  I'd say
25  maybe 20 times.

[54:22] - [55:6]     5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 54

22      Q.  I want to focus on 1999 now which was
23  that first year of retirement.  Were your husband's
24  recreational activities the same that year as the
25  ones you just told me, he liked to walk, play golf,
page 55
1  dance -- go dancing, same sort of activities?
2      A.  Pretty much the same, yeah.
3      Q.  Did your husband ever go run?
4      A.  Very rarely.  No, that -- that was too
5  hard on his back so he -- he'd do a fast walk,
6  which is probably better than running anyway.

*π obj - speculation, lack of foundation*

[58:22] - [59:11]      5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 58
22      Q.  Now, we also understand from your
23  husband's deposition that in 1999, your husband
24  worked briefly as a private -- helping out a
25  private investigator here in Myrtle Beach, is that
page 59
1  correct?
2      A.  Yes.
3      Q.  And he took that job after he retired
4  from the FBI?
5      A.  Yeah.  And it was -- and it wasn't very
6  long but -- in fact, I'd just about forgotten about
7  that, you know, because it was -- no, he decided,
8  you know, he's worked long enough and he didn't
9  need to be doing that.  And I didn't really care
10  for him doing that either because I liked him to be
11  home.

π obj =
asked + answered,
cumulative, 401/402-
irrelevant, 403. waste
of time
☆ - if this testimony
is altered, lines 15-19
need to be admitted for
completeness

[59:20] - [60:2]       5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 59
20      Q.  Other than your husband's job as a
21  private investigator in 1999, have either of you
22  had any employment since your husband retired in
23  January of 1999?
24      A.  Well, he worked at a -- helped his
25  brother at the golf course.  Not for very long
page 60
1  but -- you know, that was kind of short-lived, but
2  he just helped his brother out.

[60:5] - [60:9]        5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 60
5      Q.  And other than your husband's job at
6  the golf course and the PI -- the private
7  investigator work, has there been any other
8  employment for either of you since he retired?
9      A.  No.

[66:20] - [67:4]       5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 66
20      Q.  What were your husband's typical
21  hobbies, recreational activities during that
22  two-and-a-half-year time frame from February 2000
23  to September 2002?

11

24      A.  Just working on the computer, walking,
25  dancing.
page 67
1     Q.  Playing golf?
2     A.  A little bit.  Not a whole lot.
3     Q.  Going to the gym to work out?
4     A.  Yeah.

[76:12] - [77:7]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 76
12      Q.  How long did it take your husband to
13  get back up on his feet and moving around after his
14  heart attack?
15      A.  Well, now, I took him for walks because
16  they said it was very important that he get out and
17  walk and he had to, you know, hold on to me, you
18  know, and make sure that he didn't fall or
19  anything, but that seemed to be a real important
20  thing was the daily walks.
21      Q.  Did you start taking on those walks
22  right after you got back from -- right after he was
23  discharged from the hospital?
24      A.  Pretty much as quick as we could.
25      Q.  How long did your husband need your
page 77
1  assistance on these walks after he was discharged
2  from the hospital on September 14, 2002?
3      A.  Well, I'd say a good four weeks that I
4  was there with him walking every day.
5      Q.  After those first four weeks, would
6  your husband go out for his walks on his own?
7      A.  Yeah, pretty much.

[77:10] - [77:12]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 77
10      How long after your husband was
11  discharged after his heart attack before he was off
12  walking a couple miles again on his own?

*[handwritten: Π obj = lack of
foundation, calls for
speculation, assumes
facts not in evidence]*

[77:14] - [78:11]      5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 77
14      THE WITNESS:  Totally on his own,
15  probably six weeks, seven, but I was pretty
16  overprotective so I -- I wasn't going to let him
17  walk by himself unless I knew he could do it by
18  himself.

*[handwritten: Π obj. = same]*

19  BY MR. HILL:
20      Q.  How about how long until he started
21  going dancing again?
22      A.  That was -- that was awhile.  I want to
23  say a year but -- I think it was about 9 months to
24  12 months.
25      Q.  Before your husband started dancing
page 78
1  again?
2      A.  Yeah, because there were some tricky
3  movements and so, you know, he had to really watch,
4  you know, what he did and -- or running, you know,
5  he didn't want to get out of breath and -- you
6  know, for overexerting himself.
7      Q.  Today your husband's back doing those
8  dances and the tricky moves, isn't he?
9      A.  Yes.  Far as I know.
10      Q.  How does your husband spend most of his
11  time these days?

*π obj = Speculation, lack of foundation, assumes facts not in evidence*

[78:12] - [80:5]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
                    page 78
12      A.  Well, working on the computer.  Let's
13  see.  Well, we don't have to walk the dogs, we just
14  let them out, and he'll, you know, be out in the
15  yard maybe pulling weeds or --
16      Q.  So he works in the yard?
17      A.  So he works in the yard.
18      Q.  Does your husband still today go out
19  for -- to walk a few miles?
20      A.  Oh, yeah.
21      Q.  Every day?
22      A.  Almost every day, weather permitting.
23      Q.  How many miles usually does your
24  husband walk today?
25      A.  Around two.
page 79
1      Q.  Does your husband still go to the gym
2  to exercise?
3      A.  Yeah.
4      Q.  How often does he go to the gym today?
5      A.  Recently he hasn't been all that often,
6  but I think he tries to go two or three times a
7  week, more if he -- he can, you know, fit into his
8  schedule depending on what he's doing.
9      Q.  How long is he gone usually when he

*π obj = same as above*

13

10 goes to the gym these days?
11     A.   About an hour and a half.
12     Q.   You told us that he still goes dancing
13 now and does those tricky moves, right?
14     A.   Yeah.
15     Q.   And is he just as good a dancer now as
16 he was before his heart attack?
17     A.   I think he works harder at it, but I
18 think he is just as good or maybe even better.
19     Q.   Better today.  And does he do as much
20 dancing as he used to?
21     A.   No.  He tries to go two times a week,
22 but that doesn't always happen.
23     Q.   Because of the schedule?
24     A.   Well, just something comes up and -- or
25 his partner can't go and -- and when you -- you
page 80
1 know, he's on a -- he's got these routines down and
2 the other -- his partner knows them so if she's not
3 going to go, he doesn't want to go and break in
4 somebody else that is going to step all over his
5 feet.

π obj =
Calls for Speculation,
lack of Foundation
401/402 - irrelevant
403 - waste of time

- if this testimony
is allowed, p. 80:
6-9 needed for
Completeness

[80:10] - [80:21]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 80
10     Q.   Do you all still go out with friends
11 and go to dinner and that sort of thing?
12     A.   Yeah, I don't cook.
13     Q.   So you guys go out to dinner a few
14 times a week?
15     A.   Yes, I would say that, couple times a
16 week.
17     Q.   Do you have a lot of friends here in
18 Myrtle Beach?
19     A.   Yeah, through the shag community.
20     Q.   The dancing shag that he does?
21     A.   Yes, uh-huh.

π obj -
401/402 irrelevant
403 - waste of time

[81:15] - [82:2]   5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
page 81
15     Q.   Let's say it this way:  Other than the
16 issue Mr. Robinson and I discussed, are there
17 things today that your husband cannot do that he
18 could do before he had his heart attack in
19 September 2002?
20     A.   Well, he can't lift any -- he can't

π obj -
Calls for expert medical
opinion, Speculation,
lack of Foundation

14

21 lift anything heavy.  Normally I do that.  I think
22 that's -- basically the -- the big thing is he just
23 can't lift anything of any -- you know, other than
24 a piece of paper.  I'm just kidding.  Yeah, he has
25 to watch what he lifts and he certainly has to
page 82
1 watch what he eats, you know, sweets and stuff like
2 that.

[82:6] ~ [83:22]        5/23/2006  Barnett, Corinne - Merck Affirmative Dep Designations

page 82
6       Q.   This shag dancing, can you describe
7 what the shag is all about, what kind of movements
8 are used.
9       A.   Well, I kind of like to think of it as
10 a soft jitterbug, something like that.
11      Q.   And what's the jitterbug?  How would
12 you describe that?
13      A.   Hop around.
14      Q.   Hopping around?
15      A.   But this is, you know, very structured,
16 you know, and you have to know the dance steps.
17 You know, he took lessons for several years, too,
18 because you just -- it's not an easy thing to pick
19 up just out of the blue, you know, you have to have
20 a teacher.
21      Q.   Other than the heavy lifting you
22 brought up, are there any other things your husband
23 can't do today that he could before his heart
24 attack?
25      A.   I know there's something.  I just can't
page 83
1 put my finger on it right, you know...
2       Q.   Nothing else you can remember?
3       A.   No.
4       Q.   Have you all taken any vacations since
5 his heart attack?
6       A.   Yes.
7       Q.   Where are the places you've gone on
8 vacation since your husband's heart attack?
9       A.   We went to Universal Studios in
10 Florida.
11      Q.   In Orlando?
12      A.   In Orlando and did a lot of walking.
13 And we -- well, he went to Kentucky to see his
14 mother with his brother John, they drove.  Let's

*Handwritten annotations in right margin:*

π obj =
Holl/402- irrelevant
403- waste of time

π obj =
Calls for expert medical
opinion, lack of foundation
Calls for speculation,
misstates witness' prior
testimony (she said he
also needs to monitor his
diet)

π obj =
Holl/402- irrelevant
403- waste of time
✓ if this is allowed
88:11- 89:4 needed
for completeness

15

*See prior pg.*

15 see, where else did we go?  We went to Cancun with
16 my former boss and his family.
17      Q.  When did you go to Cancun?
18      A.  Oh, geez.  It was -- well, it was last
19 year, probably -- I don't even remember -- remember
20 the month, but it was over a year ago.  Universal
21 was the latest one that we went on, that was about
22 a month ago.

[84:3] - [84:4]        5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
                       page 84
                       3      Q.  Has your husband's heart attack had any
                       4 effect on your relationship with your husband?

π obj =
401/402 - No loss of consortion
claim in the case so this
is irrelevant
403 - Prejudicial

[84:9] - [85:11]       5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations
                       page 84
                       9      A.  Well, I know -- I know we probably
                       10 care -- it brought us closer together and we value
                       11 our time together since -- you know, because you
                       12 never know what's going to happen so, yeah, I think
                       13 it's brought us closer.
                       14      Q.  And you still have a strong
                       15 relationship?
                       16      A.  Oh, yes.
                       17      Q.  You still are in love with each other?
                       18      A.  Well, I am.
                       19      Q.  Do you guys --
                       20      A.  And he tells me he is so I believe him.
                       21      Q.  Does he still take care of you when you
                       22 need him to take care of you?
                       23      A.  Yes.
                       24      Q.  Do you still enjoy being together as
                       25 much as ever?
                       page 85
                       1      A.  Probably more.
                       2      Q.  Does your husband take better care of
                       3 himself now even?
                       4      A.  Oh, yeah.
                       5      Q.  I know he's always taken good care
                       6 but --
                       7      A.  He's always taken good care of himself,
                       8 but he's very aware of, you know, what he can and
                       9 cannot do as far as eating and exercising and -- so
                       10 I think he takes pretty good care of himself and
                       11 me.  Sounds like a train.

π obj = same as above

π obj = lack of
foundation, calls for
speculation, assumes
facts not in evidence

[90:12] - [90:21]    5/23/2006 Barnett, Corinne - Merck Affirmative Dep Designations

page 90

12      Q.  What's your understanding as you sit
13  here today of your husband's current overall health
14  condition?
15      A.  What's my understanding of it?  I think
16  he's in pretty good shape for his age.  Sorry.
17  Well, I know he takes good care of himself and, you
18  know, the heart attack was a definite wake-up call
19  and -- so I just know he's very serious about what
20  he -- what he can and cannot do and he just takes
21  good care of himself.

π obj =
Calls for expert
medical opinion,
lack of foundation,
Calls for speculation,
401/402- irrelevant
what his wife
thinks his health
condition is

403- prejudicial,
confusion of issues,
waste of time

17



corinne full text counter and completeness
Issues Report [Corinne Barnett]

* for completeness if Merck portion allowed

[14:21] - [14:24] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 14
21        Q.   A lot?
22        A.   No, not -- not too much because I know
23  he was very competent and -- I wish I wasn't so
24  nervous.

[27:18] - [28:10] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 27
18        Q.   Has your husband tried a lot of
19  different medications to treat his neck and back
20  pain?
21        A.   I know he was taking Feldene and other
22  than that, I -- I'm kind of iffy on what
23  medications, you know, he takes.
24        Q.   Has he taken over-the-counter medicine
25  for his neck and back pain?
page 28
1         A.   Probably some aspirin or Tylenol,
2   something like that.
3         Q.   And he was taking Vioxx for his neck
4   and back pain too?
5         A.   Yes.
6         Q.   How did the Feldene work on the pain?
7         A.   I think it was -- it was tolerable
8   where it made him feel better.
9         Q.   So the Feldene made his pain tolerable?
10        A.   Yeah.

[30:1] - [30:3] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 30
1         Q.   How did the acupuncture work for his
2   neck and back pain?
3         A.   I think it gave him relief.

[31:25] - [32:1] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 31
25        Q.   About how many glasses --
page 32
1         A.   His doctor told him to.

corinne full text counter and completeness

[44:7] - [44:11] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 44
7       A.   Well, probably.  He doesn't lift
8   weights though that I know of.  He goes to the --
9   he goes to the gym and does some, you know, workout
10  stuff, but I -- I don't know what exactly he does
11  at the gym because I didn't -- I don't go with him.


[59:15] - [59:19] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 59
15      Q.   Was that a stressful job?
16      A.   I don't think so.  I mean, you know,
17  it's kind of secondhand to him being an FBI agent
18  all these years, you know, it was just, you know,
19  something he's -- was used to, you know, so...


[80:6] - [80:9] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed

page 80
6       Q.   Does your husband ever play golf
7   anymore?
8       A.   I can't remember the last time he
9   played, actually, but it's been awhile.


[88:11] - [89:4] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed
* Plaintiff Counter-designation

page 88
11      Q.   Did you all go to Cozumel sometime in
12  2003, did you go on that trip?
13      A.   Cozumel.  I remember Cancun.  I --
14          MR. ROBINSON:  That's near Cozumel,
15  next-door.
16  BY MR. HILL:
17      Q.   Did you guys do any scuba diving during
18  that trip?
19      A.   No.
20      Q.   Did your husband tell you anything
21  about what doctors might have said to him about
22  whether or not he could scuba dive?
23      A.   Oh, I don't know if the doctors told
24  him anything, but we -- I remember us both
25  discussing that I didn't think it would be a good
page 89
1   idea for him to do any scuba diving because of the
2   pressure when you're under water so I just said,
3   you might as well forget that little aspect of
4   activity.

corinne full text counter and completeness

* Plaintiff Counter-designation

[20:1] - [20:10] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 20
1      Q.    I want to talk a little bit about your
2   husband's medical history now.  Since you all moved
3   to South Carolina, would you typically go to your
4   husband's doctors' visits with him?
5      A.    The only -- not really.  The only time
6   I did is when -- after he had his heart attack, he
7   was not supposed to drive for three weeks so I took
8   him.  I drove him to those doctor appointments, but
9   as a rule, I really didn't go with him on the
10  others unless he needed me to drive.

[20:11] - [20:14] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 20
11     Q.    For those doctor visits where you did
12  not go, would you usually discuss the doctor's
13  visit with your husband after he got home?
14     A.    Not really.

[30:6] - [30:25] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 30
6      Q.    We talked briefly earlier about what
7   your husband and you had discussed about high
8   cholesterol.  Do you remember that?
9      A.    Um-hum.  I mean yes.
10     Q.    Have you been aware what your husband
11  has done to try to control his cholesterol level?
12     A.    What he has --
13     Q.    What he's done in terms of diet or
14  exercise.  Has your husband taken active steps to
15  try to control his cholesterol?
16     A.    Oh, yes, he really watches his diet and
17  fat intake.  He's very kind of religious about his
18  diet.
19     Q.    When did your husband become religious
20  about his diet, how long has it been?
21     A.    Well, it's been awhile.  It was before
22  the heart attack, actually, and he just said, you
23  know, I got to watch what I eat and I got to
24  watch -- you know, I got to do my exercises, I got
25  to walk and -- and he dances too.

[33:19] - [33:20] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 33                        Page 3

corinne full text counter and completeness

```
19     Q.   Has your husband ever smoked?
20     A.   No.
```

[34:12] - [34:21] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

```
page 34
12     Q.   Sure.  How about from the time your
13  husband retired, the start of 1999 through the time
14  of the heart attack, how would you describe his
15  diet?
16     A.   Well, he's always been pretty
17  controlled on his diet so I would say things he --
18  he might have had a little more candy or stuff like
19  that than -- than he does like now or -- but
20  he's -- he's always been very controlled on what he
21  puts in his body.  Is that fair to say?
```

[35:20] - [35:23] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

```
page 35
20     Q.   Does your husband eat many fried foods?
21     A.   Rarely.  That was one of the things
22  that if he has something, it's usually baked or
23  broiled but very rarely fried foods.
```

[42:4] - [42:19] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

```
page 42
4      Q.   And when you told me that he -- that
5   your husband took Vioxx once a day, how do you know
6   that he took it once a day?
7      A.   Well, I'd see him sitting at the
8   kitchen table opening his pills and the Vioxx was
9   in his pill form, in his, you know, Monday through
10  Friday-type thing, and he was always filling that
11  up every day and so --
12     Q.   So you assume he took it every day, but
13  you didn't actually see every day?
14     A.   Well, I saw him taking pills.
15     Q.   Every day?
16     A.   Every day, yeah.
17     Q.   But you didn't know --
18     A.   He was pretty religious on taking what
19  he's supposed to be taking.
```

[51:19] - [51:22] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

```
page 51
19          Prior to meeting with lawyers in this
20  case, had you ever heard of any potential heart or
21  cardiovascular risk from taking Vioxx?
```

corinne full text counter and completeness

22      A.   No.


[56:2] - [56:12] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 56
2       Q.   And we talked to your husband and he
3   had mentioned that at some point you'd been
4   diagnosed with cancer?
5       A.   Yes.
6       Q.   Was that in 1999, do you remember?
7       A.   Yes, it was.  Oh.  See, I wasn't -- I
8   was thinking of him, not me.
9       Q.   Do you remember when you were diagnosed
10  with cancer?
11      A.   It was 1999.  I think it was -- I think
12  around July.  June or July.


[57:20] - [58:5] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 57
20      Q.   So when you were sick, your husband
21  would do things like take you to the doctor --
22      A.   Yes.
23      Q.   -- all the time for your treatments?
24      A.   Yes.
25      Q.   And would he do all the stuff around
page 58
1   the house when you were tired and that sort of
2   thing?
3       A.   Oh, he'd -- he's always helped me out
4   around the house ever since we were married.  He's
5   always been a real good husband that way.


[58:15] - [58:18] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 58
15      Q.   Sure.  Would you say that your husband
16  had been your primary caretaker while you were
17  sick?
18      A.   Yes.


[67:9] - [67:13] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 67
9       Q.   Do you recall, Mrs. Barnett, any times
10  in late 2000, 2001 when your husband's weight was
11  fluctuating quite a bit?
12      A.   No, I don't.  If he fluctuates, within
13  five pounds.

corinne full text counter and completeness

[67:18] - [68:5] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 67
18       Q.   What do you remember about the events
19  on September 6, 2002 when your husband had his
20  heart attack?
21       A.   I remember the ambulance, crying, just
22  being terribly upset.
23       Q.   Do you remember what your husband was
24  doing when he started to feel like he was having
25  chest pain?
page 68
1        A.   Well, he was up at his computer, I
2  remember that, and then he -- he was talking to a
3  nurse and she said, you're having a heart attack,
4  get to the -- call an ambulance right away and get
5  to the hospital.


[68:6] - [69:7] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 68
6        Q.   He was talking to a nurse on the phone?
7        A.   Yes.
8        Q.   Then the ambulance came.  Did you go
9  with your husband to the hospital?
10       A.   No.
11       Q.   When was the first time you went to the
12  hospital after --
13       A.   I didn't.
14       Q.   You didn't go the entire eight days?
15       A.   No.
16       Q.   And why didn't you go?
17       A.   I was too upset and I figured if I went
18  and broke down, it was not going to do him or me
19  any good.  So I think -- I don't think he wanted me
20  there to see him in that condition and so we -- we
21  relied on John for him talking to the doctors
22  because, you know, I was just -- I was in no
23  condition to talk to any doctor without going to
24  pieces.
25       Q.   Did your husband's brother John go to
page 69
1  the hospital during the time your husband was
2  hospitalized for his heart attack?
3        A.   Yes, he was there quite a bit.
4        Q.   And then did your husband's brother
5  John come to your house and give you updates about
6  what was going on with your husband?
7        A.   Yes.


[69:14] - [69:21] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 69
14       Q.   Did your husband tell you what his
15  heart doctors had told him about the condition of
                         Page 6

corinne full text counter and completeness

16  his heart?
17        A.   Well, I do remember that -- and I don't
18  know the doctor's name, but when the doctor took
19  his heart out and he pressed it and it -- he then
20  said he knew he was going to be okay because his
21  heart was so strong.


[70:6] - [70:21] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 70
6         Q.   Other than what you just told me about
7   the -- squeezing the heart, do you remember
8   anything else that either your husband or your
9   husband's brother John told you about what your
10  husband's heart doctors said about your husband's
11  heart?
12        A.   No.  Just that it was strong and all
13  his physical activity leading up -- I mean, because
14  he had -- when he was FBI, he had to have an annual
15  exam and treadmill and all that and had he not been
16  in such good shape, it would have turned out
17  differently.
18        Q.   So your husband or your husband's
19  brother told you that a doctor said that your
20  husband's heart was strong?
21        A.   Yes.


[74:25] - [75:2] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 74
25        Q.   What were you told after your husband's
page 75
1   bypass surgery was completed?
2         A.   Just wait on him hand and foot.


[75:3] - [75:17] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 75
3         Q.   But were you told that the surgery had
4   been successful?
5         A.   I'm pretty sure that somebody told me,
6   probably John, that he was doing as well as could
7   be expected for the major amount of thing he went
8   through.
9         Q.   You were told that you needed to wait
10  on your husband hand and foot after the surgery,
11  correct?
12        A.   Correct.
13        Q.   And what else were you told about your
14  husband's condition after he was discharged from
15  the hospital?
16        A.   Just to -- just to keep him, you know,
17  calm and happy.

Page 7

 

corinne full text counter and completeness

[88:11] - [89:4] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed
* Plaintiff Counter-designation

page 88
11          Q.    Did you all go to Cozumel sometime in
12  2003, did you go on that trip?
13          A.    Cozumel.  I remember Cancun.  I --
14          MR. ROBINSON:  That's near Cozumel,
15  next-door.
16  BY MR. HILL:
17          Q.    Did you guys do any scuba diving during
18  that trip?
19          A.    No.
20          Q.    Did your husband tell you anything
21  about what doctors might have said to him about
22  whether or not he could scuba dive?
23          A.    Oh, I don't know if the doctors told
24  him anything, but we -- I remember us both
25  discussing that I didn't think it would be a good
page 89
1   idea for him to do any scuba diving because of the
2   pressure when you're under water so I just said,
3   you might as well forget that little aspect of
4   activity.


[91:10] - [91:13] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 91
10              During the time your husband was taking
11  the medicine Vioxx, did you ever hear from anyone
12  that he shouldn't be taking it?
13          A.    No.


[94:2] - [94:8] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 94
2           Q.    I want to ask you some questions about
3   your husband's energy level before the heart attack
4   and now after the heart attack.  Have you seen a
5   change in his energy level from what it was before
6   the heart attack and what it is today?
7           A.    Oh, yeah, it gets -- he gets more tired
8   easy -- easier.


[94:14] - [94:23] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 94
14          Q.    And can you explain that maybe a little
15  better, what you see after the heart attack about
16  getting more tired?
17          A.    Well, just had he not been walking, you

```
                    corinne full text counter and completeness
18  know, on his daily routine, I think he would have
19  been really kind of weak, but I think just the
20  walking and his perseverance, you know, to
21  overcome, you know, keeps him a little strong.  But
22  he definitely does not have the energy that he had
23  before the heart attack.


[94:25] - [95:9] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

page 94
25          A.   I don't know how else to explain it,
page 95
1  but I can tell -- you know, when you're around
2  somebody all the time, you can kind of tell
3  little -- little things and that the energy is, you
4  know -- I mean, it's not something that you might
5  want to discuss, you just notice.
6          Q.   What have you noticed?
7          A.   Oh, I just can tell when he's tired,
8  maybe needs a nap or needs to just sit down and
9  relax.
```



corinne page line counter and completenesstxt
Issues Report [Corinne Barnett]

* for completeness if Merck portion allowed

[14:21] - [14:24] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[27:18] - [28:10] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[30:1] - [30:3] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[31:25] - [32:1] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[44:7] - [44:11] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[59:15] - [59:19] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[80:6] - [80:9] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed

[88:11] - [89:4] 5/23/2006 Corinne Barnett
* for completeness if Merck portion allowed
* Plaintiff Counter-designation

* Plaintiff Counter-designation

[20:1] - [20:10] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[20:11] - [20:14] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[30:6] - [30:25] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

 

corinne page line counter and completenesstxt

[33:19] - [33:20] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[34:12] - [34:21] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[35:20] - [35:23] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[42:4] - [42:19] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[51:19] - [51:22] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[56:2] - [56:12] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[57:20] - [58:5] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[58:15] - [58:18] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[67:9] - [67:13] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[67:18] - [68:5] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[68:6] - [69:7] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[69:14] - [69:21] 5/23/2006 Corinne Barnett
* Plaintiff Counter-designation

[70:6] - [70:21] 5/23/2006 Corinne Barnett



corinne page line counter and completenesstxt

* Plaintiff Counter-designation

[74:25] - [75:2] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

[75:3] - [75:17] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

[88:11] - [89:4] 5/23/2006 Corinne Barnett

* for completeness if Merck portion allowed
* Plaintiff Counter-designation

[91:10] - [91:13] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

[94:2] - [94:8] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

[94:14] - [94:23] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation

[94:25] - [95:9] 5/23/2006 Corinne Barnett

* Plaintiff Counter-designation