

Jun 9 2006
7:42PM

Barnett v. Merck
Merck Affirmative Designations
Michael Mikola April 25, 2006 Deposition

[4:3] - [6:2]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 4

3 represent Gerald Barnett, your patient. **Do you**
4 **want to tell the jury what kind of doctor you are?**
5     A.  I'm an internist.  I practice internal
6 medicine.
7     Q.  And where do you practice right now?
8     A.  Where?
9     Q.  Yes.
10    A.  In Mount Pleasant, South Carolina.
11    Q.  And from approximately 1999 to 2004,
12 was Jerry Barnett your client --
13    A.  He was my patient.
14    Q.  -- or your patient?  Yes.  And where
15 were you practicing at that time?
16    A.  Myrtle Beach, South Carolina.
17    Q.  Do you remember Jerry Barnett?
18    A.  Yes, sir.
19    Q.  And you actually took care of him
20 almost four-and-a-half years, is that right?
21    A.  I believe that's correct, yes.
22    Q.  And what were you taking care of Jerry
23 Barnett for?
24    A.  At the time, high cholesterol.  He had
25 a history of gastroesophageal reflux disease and

page 5

1 allergies as well as routine health maintenance
2 issues.
3     Q.  And were you helping him with pain
4 medication for his back?
5     A.  Yes.
6     Q.  Okay.
7     A.  He also had -- I think he had neck
8 problems.
9     Q.  And was one of the drugs that Jerry
10 Barnett was taking from, say, sometime in 2000 up
11 to 2004 Vioxx?
12    A.  That's correct.
13    Q.  And initially is it your understanding
14 that Dr. McCaffrey, a neurologist from Myrtle
15 Beach, prescribed Vioxx for Mr. Barnett?

*incomplete question* (handwritten annotation)

1



EXHIBIT
F

16    A.  I believe that's correct, yeah.
17    Q.  And then you continued with that
18 prescription, is that right?
19    A.  Correct.
20    Q.  And is it your understanding that
21 Mr. Barnett saw Dr. McCaffrey up through I think
22 something like December 30th of 1999 —
23    A.  I believe that's correct.
24    Q.  — is that correct?  Is it also true
25 that Jerry Barnett started with you as a patient in
page 6
1 October of 1999?
2    A.  Yes, sir, that's correct.

[7:15] - [8:13]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 7
15    Q.  And at some point you put him on a drug
16 called Lipitor, is that right?
17    A.  I'll refer to the records, but I
18 believe he was started on -- let me check.  I know
19 he was on Lipitor.  I believe I started that.  Yes,
20 that's correct.  I wasn't clear if I started that
21 medicine or not, but according to my notes, in
22 August he was on it.
23    Q.  August of 2000?
24    A.  Yes.
25    Q.  Okay.
page 8
1    A.  I believe I prescribed that for him.
2    Q.  Okay.  And then if you go back to
3 Exhibit Number 1.
4    A.  Yes, I did start him on Lipitor.
5    Q.  Okay.
6    A.  Okay.
7    Q.  And that was for his hyperlipidemia, is
8 that right?
9    A.  Correct.
10    Q.  And Lipitor, what type of drug is
11 Lipitor?
12    A.  It's a drug class called a statin.
13 It's a drug designed to lower cholesterol.

[21:24] - [22:2]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

2

page 21
24    Q.  For the record, what is ischemia?
25    A.  Ischemia generally refers to an
page 22
1 inadequate blood supply to a muscle or tissue to an
2 organ.

[23:15] - [24:7]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 23
15    Q.  Okay.  Do you have the -- he was -- he
16 was administered a Cardiolite exam?
17    A.  Yes.
18    Q.  Do you happen to have that record in
19 front of you?
20    A.  I do not believe so.  I have a note
21 from my office visit January 27th that refers to
22 the test, but I don't have a copy of the test
23 results.
24    Q.  Okay.  Do you know what the test
25 results were?
page 24
1    A.  According to my records, they showed a
2 small abnormal area in the lateral wall of the
3 heart.
4    Q.  So there was -- was there lateral --
5 some mild lateral ischemia found?
6    A.  That's what this stress test suggested,
7 yes, sir.

[24:23] - [25:23]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 24
23    Q.  And why don't you tell the jury about
24 your education, both undergraduate and med school.
25    A.  I went to College of Charleston for my
page 25
1 undergraduate education.  I attended the Medical
2 University of South Carolina in Charleston for
3 medical school for four years, from 1987 to 1991,
4 and then I completed three years of internship and
5 residency at the Medical University of South
6 Carolina, 1991 through 1994, and received board
7 certification for -- to practice internal medicine
8 in 1994.

3

9      Q.  And then from 1994 through 1999, where
10 did you practice?
11      A.  In Myrtle Beach, South Carolina,
12 private practice.
13      Q.  And you continued on practicing in
14 Myrtle Beach until 2004?
15      A.  That's correct.
16      Q.  What month in 2004 did you move to
17 Charleston?
18      A.  June of 2004.
19      Q.  So you would have treated Mr. Barnett
20 from October 22nd, 1999 until sometime in June of
21 2004, is that right?
22      A.  Probably sometime in May.  I think -- I
23 believe I moved around the beginning of June.

[31:7] - [32:11]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 31
7      Q.  Doctor, what I tried to do with Exhibit
8 Number 4 is -- is put together a group of your
9 records that preceded the heart attack, but I also
10 attached the first page, which appears to be
11 recordings of blood pressures and other vital signs
12 for Mr. Barnett, correct?
13      A.  That's correct.
14      Q.  So this would have been something done
15 by your office, is that right?
16      A.  My nurse would do it, yes, sir.
17      Q.  Okay.  Could we go to the second page
18 which would be dated 3/21/00.
19      A.  Okay.
20      Q.  Under the assessment, will you read
21 that into the record, Number 1, please.
22      A.  Yes, sir.  Hyperlipidemia.  I will
23 check a lipid profile.  He inquires about Lipitor.
24 Some of his friends have told them there are
25 very -- and it should read few, which I'll write
page 32
1 in, side effects.  If his LDL is significantly
2 above 130, we will consider a trial of Lipitor on
3 follow-up in eight weeks.  He has a family history
4 of coronary disease.
5          Number 2, osteoarthritis.  Stable on
6 Vioxx.
7          Number 3, gastroesophageal reflux

4

8  disease.  We will continue Prilosec lifelong, 20
9  milligrams a day.  I will see him in six months for
10  follow-up with lipids or sooner if we start him on
11  Lipitor.

[34:14] - [34:16]          4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 34
14       Q.  Okay.  Go to the next page, which is
15  12/28/2000.
16       A.  Yes, sir.

[35:6] - [35:14]          4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 35
6       Q.  Okay.  If we can go to the assessment
7  and plan, can you read that first —
8       A.  Hypertension?
9       Q.  — note under hypertension.  Yes.
10       A.  Hypertension.  His blood pressure is
11  acceptable although a little elevated today at 138.
12  He states in the community it is under better
13  control.  He is anxious because he is on
14  over-the-counter sinus medicines.

[36:24] - [37:18]          4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 36
24       Q.  Would you read Number 5 into the
25  record, please.
page 37
1       A.  Reflux and esophageal dilatation.
2  Continue lifelong Prilosec therapy.  I did
3  recommend some over-the-counter Advil or Aleve for
4  about five to seven days for his shoulder
5  discomfort.
6       Q.  Okay.  So that was in addition to his
7  regular Vioxx that he was getting for his neck or
8  back pain, right?
9       A.  Generally I would have -- it's not
10  clear from the record.  Generally I don't recommend
11  that people take them together.
12       Q.  But if he took Vioxx during that
13  period, would that have been a problem for him?
14       A.  No, it's just that Advil, Aleve and

5

15  Vioxx generally in terms of pain and inflammation
16  work by the same mechanism and there's probably
17  little additional benefit of taking two different
18  drugs with the same mechanism of action.

[55:14] - [56:4]        4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 55
14      Q.   What generally do you -- can you tell
15  us about the sales rep discussions regarding
16  Naproxen?
17          MR. GOLDMAN:  Object to the form.
18          THE WITNESS:  Generally -- let me back
19  up and say that my wife was a sales rep and she's
20  worked for different companies over the years.
21  Generally the detailing from the reps, I try to get
22  my medical education from journal articles.
23  Usually I've requested the reps give me the actual
24  articles or reprints of the articles versus
25  detailing so they would generally call on me -- if
page 56
1  I had questions, they would answer them or refer --
2  make a referral for a request from their company
3  for further information, but generally they didn't
4  do a lot of detailing.

[76:17] - [76:24]       4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 76
17      Q.   Exhibit 15, Page 1 and 2 appear to be a
18  discharge summary with copies going to you, but --
19  and Dr. Karavan from Brian D. Schreckengast?
20      A.   Correct.
21      Q.   And who is he?
22      A.   He was a physician's assistant who
23  worked for the cardiothoracic surgeons at Grand
24  Strand Hospital in Myrtle Beach.

[77:22] - [78:2]        4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 77
22      Q.   Okay.  And would you also read the
23  discharge diagnosis into the record, please.
24      A.   Non-Q wave myocardial infarction,
25  coronary artery disease, hyperlipidemia, systemic

6

page 78
1 **hypertension, gastroesophageal reflux disease and**
2 **diverticulosis.**

[107:17] - [107:22]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 107
17     **Q.  Okay.  And if you look at the first**
18 **page of Exhibit Number 21, it's a visit that**
19 **Mr. Barnett made to you after his heart attack,**
20 **about six months after his heart attack, is that**
21 **right?**
22     **A.  Yes, sir.**

[108:25] - [109:11]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 108
25     **Q.  Okay.  And then read Number 1.**
page 109
1 **Actually, read Number 4 — Number 4.**
2     **A.  Four.  Osteoarthritis.  Stable.  He**
3 **inquires about the safety of Celebrex versus Vioxx**
4 **for coronary artery (sic) disease.  I informed him**
5 **that I do not think either drug is**
6 **cardioprotective, nor do I believe that either is**
7 **likely to significantly improve -- and that's a**
8 **typo, it should read increase -- his risk of heart**
9 **disease, as long as he continues on his baby**
10 **aspirin and Plavix and treat his modifiable risk**
11 **factors.**

[109:16] - [109:20]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 109
16     **Q.  So from your review of the literature**
17 **at that point in time, March 24th, '03, it was your**
18 **understanding that the drug was -- neither Celebrex**
19 **nor Vioxx was cardioprotective, is that right?**
20     **A.  That's correct.**

[109:21] - [109:24]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 109
21     **Q.  And that at that point in time at**

7

22 least, you did not believe that either drug
23 significantly increased the risk of heart disease?
24     A.  That's correct.

[159:13] - [159:17]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 159
13     Q.  When you were making treatment
14 decisions for Mr. Barnett and prescribing Vioxx,
15 were you or were you not relying on the medical
16 information that was available to you at the time?
17     A.  That's correct.

[162:20] - [169:20]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 162
20     Q.  I believe you said in response to
21 Mr. Robinson's questions that you prescribed Vioxx
22 to Mr. Barnett because he had osteoarthritis?
23     A.  Yes, sir, that was the indication for
24 the prescription.
25     Q.  What is osteoarthritis?
page 163
1     A.  Osteoarthritis is a degenerative
2 disease involving the joints summarized largely by
3 wearing out and deterioration of the cartilage
4 which serves not only as a cushion between the
5 bones so that they articulate smoothly with one
6 another, but it also makes joint fluid that bathes
7 the joint to keep the inflammation down to keep
8 movement smooth and range of motion preserved.
9     Q.  So if people have healthy cartilage,
10 that allows their bones to sort of glide over one
11 another without causing pain?
12     A.  Um-hum.  Usually, yes.
13     Q.  Do you agree that for many people,
14 including Mr. Barnett, osteoarthritis is a serious
15 health problem?
16     A.  Yes.
17     Q.  Why is that?
18     A.  Especially for someone like
19 Mr. Barnett, if their arthritis is untreated, it
20 can limit their ability to exercise and stay
21 active.  And in an individual with a family history
22 of heart disease and high cholesterol, exercise is

8



23 an important part of reducing his risk factors for
24 vascular disease.  It can also lead to other
25 debilitation that makes weight loss more difficult.
page 164
1  If you're unable to exercise due to the pain of
2  arthritis and -- it can complicate a lot of other
3  medical issues.
4      Q.  When you said that osteoarthritis might
5  prevent individuals like Mr. Barnett from
6  exercising, why is that a problem for somebody like
7  Mr. Barnett?
8      A.  It causes them pain.  Generally if they
9  do a lot of physical activity, the joints that are
10 involved will become painful and it can limit their
11 ability to exercise, walk --
12     Q.  Ex --
13     A.  -- specifically walk.  Jogging is very
14 painful for them.  Some people can ride a
15 stationary bicycle depending on if their knees are
16 involved, but if their knees are significantly
17 involved, that may be limited as well.
18     Q.  Is it true that the more exercise
19 people like Mr. Barnett are able to do, the lower
20 their chances are of developing heart disease or a
21 heart attack?
22     A.  Yes, sir.  I would say the more
23 exercise that they do do versus able to do reduces
24 their chance of heart attacks and vascular events.
25     Q.  Has it been your experience, sir, that
page 165
1  osteoarthritis can adversely affect a patient's
2  quality of life?
3      A.  Yes, sir.
4      Q.  Have you seen that osteoarthritis can
5  be so painful that it can lead to depression and
6  stress?
7      A.  Yes, sir.
8      Q.  Are you aware of whether osteoarthritis
9  is one of the most frequent causes of disability in
10 the United States?
11     A.  I know it's a frequent cause of
12 disability, yes, sir.
13     Q.  In your years of treating
14 osteoarthritis, have you tried different pain and
15 antiinflammatory medication for your patients?
16     A.  Yes, sir.

*[handwritten in right margin:]* 401, 402, 403 irrelevant as plaintiff is not afflicted by depression; generalized testimony not applicable to plaintiff.

17    Q.  Have you used narcotics on occasion for
18 your patients who have osteoarthritis?
19    A.  Yes, sir.
20    Q.  Can you describe for the ladies and
21 gentlemen of the jury what the benefits and some of
22 the significant risks are of narcotics to treat
23 osteoarthritis.
24    A.  The benefits are that they're very
25 effective in terms of pain control.  Typically

page 166

1 there is sort of a ceiling effect of
2 antiinflammatory medicines on how much pain they
3 will relieve and in some patients -- and I've used
4 both together.  Some patients are not adequately
5 relieved by antiinflammatory medicines and
6 nonnarcotic analgesics.  And the narcotics are more
7 potent and they're able to provide relief of more
8 severe pain generally than the antiinflammatory
9 medicines are.
10    Some of the complications, constipation
11 is a very common problem, impairment in
12 coordination.  In elderly persons, narcotics can
13 increase the risk of falling and having fractured
14 bones as a result and more commonly in elderly
15 patients, it can cause confusion.  I should say
16 confusion is more common in elderly patients
17 treated with narcotics.
18    Q.  Can narcotics also be addictive?
19    A.  Yes, sir.
20    Q.  Can they also impair thinking of those
21 who take them?
22    A.  Yes, sir.
23    Q.  Can narcotics also have a side effect
24 of causing drowsiness?
25    A.  Yes, sir.

page 167

1    Q.  Have you also used aspirin in trying to
2 treat osteoarthritis?
3    A.  Very rarely.
4    Q.  Why is that?
5    A.  Generally the dose of aspirin necessary
6 to treat the symptoms of osteoarthritis have a
7 higher risk of causing gastrointestinal problems
8 than effective doses of especially specifically
9 COX-2 inhibitors.
10    Q.  What are some of the gastrointestinal

*[Handwritten note in right margin:]* 401, 402, 403 Irrelevant testimony regarding treatments and limitations of treatments that Plaintiff did not receive from Dr. Mikola. Plaintiff also did not require treatment for any of the side effects listed by Dr. Mikola.

11  problems that you understand aspirin can cause?
12      A.  Gastritis, which is an inflammation in
13  the lining of the stomach.  It can cause gastric
14  erosions and ulcerations and they can also cause --
15  or aspirin can also cause intestinal ulceration as
16  well.
17      Q.  Can aspirin also cause stomach bleeds?
18      A.  Yes, sir.
19      Q.  Have you also tried prescribing
20  traditional or nonselective NSAIDs?
21      A.  Yes, sir.
22      Q.  Which NSAIDs have you prescribed to
23  your patients in the past, sir, if you can remember
24  them?
25      A.  Relafen, which is nabumetone,
page 168
1  Piroxicam, Voltaren, which is diclofenac, Clinoril,
2  which is sulindac, Naproxen, ibuprofen, Ketoralac,
3  salicylate of magnesium or magnesium salicylate,
4  which is a nonacetylated salicylate similar to
5  aspirin but a little bit different.
6      Q.  I don't understand what that means.
7  Can you --
8      A.  It's the way the molecule is produced
9  chemically.  It is in theory a little bit less
10  likely to cause stomach ulceration than plain
11  aspirin in theory.
12      Q.  Okay.
13      A.  And I think those are probably the main
14  ones.
15      Q.  Do you still prescribe most of those
16  NSAIDs today?
17      A.  Not that often since Advil and Aleve
18  are over-the-counter now.  I usually would
19  prescribe the over-the-counter medication because
20  it's a lot less expensive for most folks.  And I do
21  also prescribe some Celebrex still.
22      Q.  Can you describe some of the potential
23  side effects of NSAIDs that you've seen in your
24  practice, sir?
25      A.  Same -- it would be essentially the
page 169
1  same as aspirin, stomach problems including --
2  ranging from ulcers to bleeding.  They can
3  occasionally raise blood pressure.  It can cause
4  edema.

*(handwritten margin note:)* 401, 402, 403 irrelevant testimony regarding GI bleeds and ulcers as a correlation to NSAID therapy. The plaintiff did not seek treatment for these condition from Dr. Mikola

11

5      Q.  What is edema?
6      A.  Swelling, fluid retention, most
7  prominently seen around the ankles.
8      Q.  Can they cause kidney complications as
9  well?
10     A.  Yes, sir.
11     Q.  Are you aware that the stomach
12 complications of NSAIDs can be a serious health
13 problem?
14     A.  Yes, sir.
15     Q.  Do you know, sir, and did you while you
16 were prescribing Vioxx to Mr. Barnett that
17 thousands of people are hospitalized or die each
18 year from GI bleeds as a result of taking NSAIDs?
19        MR. ROBINSON:  Objection.
20        THE WITNESS:  Yes, sir.

*[handwritten note:]* 401, 402, 403 The Plaintiff did not suffer from edema, kidney complication or GI bleeds as a result of taking NSAIDs, therefore this testimony is misleading and irrelevant.

[169:22] - [172:10]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 169
22     Q.  When did you start prescribing COX-2
23 inhibitors or selective NSAIDs?
24     A.  Probably within a few months of their
25 introduction into the United States market.  I
page 170
1  don't remember the exact year.  I believe Vioxx and
2  Celebrex came to market relatively close in time.
3  If I remember correctly, within a few months after
4  they hit the US market or were approved by the FDA
5  for sale in the United States.
6      Q.  Why did you prescribe Celebrex and
7  Vioxx rather than traditional NSAIDs for some of
8  your patients?
9      A.  Generally because I believed that the
10 safety specifically for gastrointestinal
11 complications was superior with the COX-2
12 inhibitors versus the traditional nonselective
13 NSAIDs.
14     Q.  And do you know why that is that COX-2
15 inhibitors are more beneficial to the stomach than
16 traditional NSAIDs?
17     A.  COX-2 inhibition reduces
18 inflammation — generally reduces inflammation.
19 COX-1 inhibition reduces the production of
20 prostaglandin E2, which is a prostaglandin
21 necessary for the stomach to make a protective

22  mucous coating, and if you block that prostaglandin
23  with a nonselective agent, number one, the stomach
24  is unable to make the protective mucouses
25  effectively and it makes them prone to develop
page 171
 1  erosions and ulcerations from the stomach acids.
 2      Q.  Did you consider the availability of
 3  COX-2 inhibitors to be a major advance for the
 4  treatment of arthritis and acute pain?
 5      A.  In terms of GI safety, yes.
 6      Q.  Can you describe, sir, your general
 7  experience with Vioxx while you were prescribing it
 8  when it was on the market, sir?
 9      A.  I had very good success with it.
10  Occasionally I would see some patients with stomach
11  upset and GI side effects.  If I -- and don't quote
12  me on the number, but I saw over the course of
13  several years maybe three or four patients with GI
14  bleeding, but for the most part, it was very well
15  tolerated, very effective.  In my experience
16  treating patients with COX-2 inhibitors or
17  nonselective agents, much of the treatment
18  unfortunately is sort of trial and error.  Some
19  people will get a really good response to one drug
20  and not such a good response to another.  So you'll
21  generally put them on one.  If they do well on it,
22  continue it, if not, then we'll switch to another.
23      Q.  Were you pleased while you were using
24  Vioxx to have it as a choice to treat patients
25  with?
page 172
 1      A.  Yes, sir.
 2      Q.  Did you feel that Vioxx was effective
 3  at treating pain?
 4      A.  Yes, sir.
 5      Q.  Did you feel that Vioxx allowed
 6  patients to lead more active and functional lives?
 7      A.  Yes, sir.
 8      Q.  Did you feel that Vioxx was more
 9  tolerable than many of the other NSAIDs?
10      A.  Yes, sir.

*Handwritten margin note:* 401, 402, 403  The Plaintiff did not suffer from GI bleeds and this generalized testimony is not applicable to the Plaintiff's condition for which he sought care from Dr. Mikola.

[180:3] - [182:8]       4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 180
 3      Q.  How would you describe your

13

4  interactions with Merck sales representatives who
5  were detailing Vioxx other than your wife?
6      A.  Generally not only Merck but most of
7  the pharmaceutical reps I would typically prefer
8  not to be detailed to extent and generally I would
9  ask them for copies of the original articles from
10  which they drew their detail pieces.
11          When you practice medicine, I'll see
12  the Pfizer rep come in and tell me why Lipitor is
13  the best drug.  Three minutes later, the Merck rep
14  comes in and tells me why Zocor is the best drug.
15  Three minutes later, the Novartis rep will come in
16  and tell me why Lescol is the best drug.  They
17  can't all be right.  They have a lot of glossies
18  and detail pieces which contain factual
19  information, but it generally doesn't contain all
20  the information available.  So I would generally
21  ask that they not particularly detail me but
22  present me with the original articles from -- that
23  I could read it and draw my own conclusion.
24      Q.  Was that your practice while you were
25  prescribing Vioxx, sir?
page 181
1      A.  Yes, sir.
2      Q.  Did you find that Merck sales
3  representatives were professional with you?
4      A.  Yes, sir.
5      Q.  Did you feel that they were trying to
6  hide any information about safety?
7      A.  No, sir.
8      Q.  Did any representative of Merck ever
9  refuse to answer or avoid questions you had about
10  Vioxx?
11      A.  If I had questions that they could not
12  answer, they would -- either because they didn't
13  know the answer or they weren't allowed to speak
14  off label, they would generally submit my question
15  to Merck for a written response so no.
16      Q.  What do you mean when you say they
17  could not speak about Vioxx off label?
18      A.  As I understand it, the FDA has rules
19  and regulations about what drug reps can and can't
20  say to physicians.  They are allowed to give you
21  information from the package insert, but in order
22  for them to present us with a detail piece of
23  information, it has to be approved first by either

24  the FDA or some regulatory board to make sure that
25  they don't presumably pass misinformation.
page 182
1        Q.  Did you find that Merck sales
2   representatives who were detailing you on Vioxx
3   were responsive to your questions?
4        A.  Yes, sir.
5        Q.  Did you ever feel that Merck sales
6   representatives were dodging or trying to avoid
7   your questions?
8        A.  No, sir.

[182:22] - [183:1]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 182
22            Was it helpful to you to be able to
23  obtain scientific information directly from Merck
24  about questions you had rather than a sales
25  representative?
page 183
1        A.  Yes.

[183:20] - [184:23]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 183
20       Q.  When you prescribe medications to
21  patients, do you make a risk-benefit assessment of
22  the drug that you're prescribing?
23       A.  Yes, sir.
24       Q.  Can you explain what that means.
25       A.  Yes.  As I alluded earlier, all drugs
page 184
1   have potential side effects and most drugs
2   hopefully that we -- all drugs hopefully that we
3   prescribe have potential benefits.  And when you --
4   or when I prescribe a drug to a patient, I evaluate
5   the potential risks versus the potential benefits.
6   Generally I'll discuss it with the patient and then
7   you come up with a decision regarding whether that
8   drug is appropriate for that patient or that the
9   benefits outweigh the risks basically.
10       Q.  Are there risks with every medicine
11  that's sold in the United States?
12       A.  Yes, sir.
13       Q.  Do you attempt to weigh those risks,

*401, 402, 403*
*The risks associated*
*with other medicines*
*in the US is not*
*relevant to this*
*case.*

14   however tiny, against the benefits of a medicine
15   and make the best medical judgment you can?
16      A.  Yes, the -- the -- if you have a drug
17   that has a lot of potential benefit and a very,
18   very, very rare but serious complication, from a
19   statistical standpoint, patients are much more
20   likely to get the benefit from the side -- adverse
21   effect even though the adverse effect may be
22   serious.  So the frequency of adverse effects is
23   important to determine the ratio.

[185:11] - [185:25]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 185
11      Q.  Is it true that FDA-approved package
12   inserts are one of your primary sources of
13   information concerning the benefits and risks of
14   medicines you prescribe?
15      A.  Yes, sir.
16      Q.  When you review package inserts for
17   medicines you prescribe, you make sure you're
18   familiar with all aspects of the package insert,
19   right?
20      A.  I read the all package -- all aspects
21   of the package insert, yes, sir.
22      Q.  So for Vioxx you make it a point to
23   review the contraindications, the warnings and the
24   precautions section, right?
25      A.  Yes, sir.


[186:21] - [187:4]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations


page 186
21      Q.  Do you rely on the Food and Drug
22   Administration to review the scientific data about
23   a medicine and determine what the risks and the
24   benefits are?
25      A.  To a very large extent, yes, sir.
page 187
1      Q.  Because you're not capable of reviewing
2   every e-mail or every theory that somebody within a
3   drug company might have?
4      A.  That's correct.


[191:3] - [191:7]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 191
3      Q.  Mr. Mikola — I'm sorry, Dr. Mikola,
4   I've handed you Exhibit 30, which appears to be a
5   set of Mr. Barnett's medical records from your
6   former office, doesn't it?
7      A.  That's correct.

[191:14] - [192:13]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 191
14      Q.  -- okay?  Starting on the first page,
15   October 22nd of 1999, this is the first day that
16   Mr. Barnett came to see you?
17      A.  Yes, sir.
18      Q.  What do you do when a patient first
19   comes to see you?
20      A.  Generally we do what's called a history
21   and physical, which basically entails taking a
22   history of their previous medical problems, current
23   medications, drug allergies, family history and
24   current symptoms.  After that we'll do an exam -- a
25   physical examination and typically develop a plan
page 192
1   for their ongoing healthcare and any acute needs
2   that they have at the time.
3      Q.  The first two pages of Exhibit 30 are
4   your office notes from that first visit with
5   Mr. Barnett, right?
6      A.  That's correct.
7      Q.  Turning your attention in the first
8   page to past medical history, do you see the first
9   entry, elevated lipids?
10      A.  Yes, sir.
11      Q.  What does that mean?
12      A.  That means his cholesterol has been
13   high in the past.

[197:25] - [198:13]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 197
25      Q.  Was it significant to you that his
page 198
1   mother had TIA's, hypertension, his father had died
2   of coronary disease and possibly hypertension and

3  his sister had mini strokes at age 45?
4      A.  Yes, sir.
5      Q.  Why?
6      A.  It tells me that he may be genetically
7  at higher risk of having vascular disease.
8      Q.  Was it your belief --
9      A.  I should say arterial vascular disease.
10      Q.  Was it your belief, Dr. Mikola, that
11  Mr. Barnett was at risk of heart disease and a
12  heart attack given his family history?
13      A.  Yes, sir.

*speculation*

[204:13] - [204:24]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 204
13      Q.  Did you record in various medical
14  records here, sir, that Mr. Barnett was stable
15  while taking Vioxx?
16      A.  Yes, sir.
17      Q.  What did that mean when you said stable
18  on Vioxx?
19      A.  That meant that his symptoms were under
20  control and he did not show evidence of significant
21  side effects.
22      Q.  Is that why you continued to prescribe
23  Vioxx, sir, to him?
24      A.  Yes, sir.

[205:15] - [208:9]   4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 205
15      Q.  I'm going to mark as Exhibit 31 a
16  medical record, sir --
17      (DFT. EXH. 31, Grand Strand Regional
18  Medical Center medical record for Gerald Barnett,
19  was marked for identification.)
20  BY MR. GOLDMAN:
21      Q.  I think you need to look at that.
22      A.  Okay.
23      Q.  That I'll identify as
24  BarnettG-GrandStrandRMC 15.  You can just take a
25  minute to look at it and I'll ask you some
page 206
1  questions.
2      A.  Okay.

18

3     Q.  Is this your dictation of what occurred
4  with Mr. Barnett in the January 19th, 20th time
5  frame of 2000?
6     A.  Yes, sir.
7     Q.  Directing your attention to the fifth
8  sentence.  What does it say starting with after,
9  after he was told?
10     A.  After he was told he may require
11  cardiac catheterization, he became quite anxious.
12     Q.  You can continue.
13     A.  This lasted a few seconds and resolved
14  without any specific treatment.  He had an episode
15  of chest pain, fairly severe, in the ER.  He took a
16  sublingual nitroglycerin and pain was resolved
17  within 30 seconds.
18     Q.  You can stop there.  Do you remember,
19  Doctor, that you thought he might need to have a
20  cardiac catheterization in January of 2000?
21     A.  Yes, sir.
22     Q.  What is a cardiac catheterization and
23  why did you think that he might need one?
24     A.  A cardiac catheterization is a
25  diagnostic test where the cardiologist threads a
page 207
1  catheter into an artery either in the arm or the
2  leg and runs it through the artery up into the
3  heart.  They then inject dye which they can see on
4  fluoroscopy or on moving x-ray into the coronary
5  arteries and take pictures of the dye filling the
6  arteries.
7     Q.  What are the coronary arteries?
8     A.  Arteries to the heart.
9     Q.  Please continue.
10     A.  That gives them an indication or an
11  idea about plaque development, movement of the
12  heart muscle to see if there are areas not -- that
13  are not moving properly that you may see in a
14  previous heart attack and also how well the heart's
15  pumping, the strength of the heartbeat.
16     Q.  So you thought that -- that it was
17  possible that he would need a cardiac
18  catheterization in January of 2000, but as I
19  understand it, Mr. Barnett didn't want to go that
20  route?
21     A.  That's correct.
22     Q.  Why not?

speculation

19

*Speculation*

23    A. My best guess is he was just too scared
24  of the procedure. With — with a heart
25  catheterization when the cardiologist talks to the
page 208
1   patient about it, generally they'll quote odds of
2   about one to a thousand — one to a thousand chance
3   of dying or one to 10,000. Those statistics are
4   for all heart catheterizations and many of the
5   people that get heart catheterizations are in the
6   midst of an acute MI or an acute heart attack and
7   their risk is a lot higher, but Mr. Barnett was
8   quite anxious and didn't want to have the
9   catheterization done.

[210:15] - [211:15]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 210
15    Q. Dr. Mikola, while we were at a break,
16  you told us that there was something you wanted to
17  clarify in this Exhibit 31.
18    A. Yes, sir. I probably dictated it out
19  of order. What occurred when I talked to him about
20  the heart catheterization, it says he did brady
21  down into the 30's after he was told he may require
22  a cardiac catheterization.
23    Q. What does that mean, first of all,
24  brady down into the 30's?
25    A. When I talked to him about the cardiac
page 211
1   catheterization, that he may need one, he almost
2   passed out. Brady down means his pulse went down
3   to 30, 30 beats a minute, and he almost lost
4   consciousness. He fainted basically and
5   fortunately he was in bed and didn't fall. But
6   that's how apprehensive he was about the heart
7   catheterization.
8    Q. Is that one reason why you felt it
9   wasn't necessary to do the catheterization and to
10  go a more conservative route?
11    A. I don't think he would have agreed to a
12  catheterization. And that's the decision made
13  between the patient and the cardiologist
14  ultimately, but he was not at that time interested
15  in having a cardiac catheterization.

*Speculation*

[214:10] - [214:25]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 214
10    Q.   Recognizing that Mr. Barnett was
11  indicated for aspirin in light of his ischemia
12  condition in January of 2000, did you recommend
13  that he should take aspirin on a daily basis?
14    A.   I don't recall specifically.  I
15  would -- I would have assumed that I did, but I
16  don't recall specifically.  My -- my page with my
17  medicine list in it, which is where I would record
18  the medicines that I had him on, are not in the
19  documents.
20    Q.   Do you agree in light of Mr. Barnett's
21  age at this time, 56 years old, his family history
22  of heart disease, his high cholesterol and his
23  ischemia in January of 2000 that he was indicated
24  for aspirin?
25    A.   Yes, sir.

[216:4] - [217:13]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 216
4     Q.   Under hyperlipidemia on the second page
5   it indicates in the middle he did lower his LDL
6   from 190 to 152 with dietary changes and further
7   decisions regarding his therapy will be made after
8   the results of his cardiac work-up.  Do you see
9   that?
10    A.   Yes, sir.
11    Q.   How would you describe an LDL level of
12  190?
13    A.   High.
14    Q.   How would you describe an LDL level of
15  152?
16    A.   Still high.  I should clarify if I may,
17  the recommendations for lipid levels have changed
18  in the last few years.  Prior to that time, it was
19  recommended that if you don't have two or more risk
20  factors for heart disease, a goal of LDL less than
21  130 is acceptable.  They've subsequently lowered it
22  to 120.  If you have coronary disease, it's
23  recommended that you get it below 100.  So that's
24  why -- that's just -- the target is different
25  depending on risk factors or the presence of
page 217
1  disease.

21

2        Q.  Mr. Barnett had multiple risk factors
3    for heart disease, didn't he?
4        A.  He had two, yes, sir.
5        Q.  High cholesterol?
6        A.  Well, three, male sex, he's a male.
7        Q.  Male, high cholesterol?
8        A.  Family history.
9        Q.  Family history.  Did you consider
10   Mr. Barnett's sex -- gender, male, his high
11   cholesterol and his family history to be risk
12   factors for heart disease in January of 2000?
13       A.  Yes, sir.

[221:23] - [222:12]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

. page 221
23       Q.  You understand that in September of
24   2002 when Mr. Barnett had a cardiac
25   catheterization, it was determined that he had six
page 222
1    vessels that were occluded, several of which were
2    above 80 percent?
3        A.  Yes.  He had at least five.
4        Q.  And it's your understanding that if you
5    have normal stress tests over time, that doesn't
6    mean that you don't have plaque build-up in your
7    arteries?
8        A.  That's absolutely correct.
9        Q.  It's only until you have 70 percent, in
10   your view, or more occlusion that a stress test
11   might pick up the reduced blood flow?
12       A.  That's correct.

[224:17] - [225:1]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 224
17       Q.  Is it also your understanding,
18   Dr. Mikola, that atherosclerosis builds up over
19   time and gets progressively worse?
20       A.  Atherosclerosis, yes, sir.
21       Q.  I know you didn't look inside
22   Mr. Barnett's arteries in January of 2000, but
23   based on the diagnosis of ischemia, that would
24   suggest that he had plaque and atherosclerotic
25   lesions before January of 2000, right?

*Speculation*
*leading*
*602*

22

page 225

*see previous page*

1      A.  Yes, sir.

**[225:10] - [225:15]**    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 225

*vague, incomplete, hypothetical 701, calls for expert testimony*

10     Q.  Is it your understanding or not, sir,
11   that it takes many years for plaque to develop and
12   atherosclerotic lesions to develop to the point
13   where you have ischemia?
14        MR. ROBINSON:  Objection, vague.
15        THE WITNESS:  Yes, sir, that's correct.

**[233:4] - [233:10]**    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 233

4      Q.  Turning your attention to Exhibit 30 on
5    the Bates stamp at the bottom Huberty 4.  Tell me
6    when you're there.
7      A.  Okay.  Yes, sir.
8      Q.  Is this an office record of yours for
9    Mr. Barnett dated January 27th of 2000?
10     A.  That is correct.

**[234:4] - [235:5]**    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 234

4          Can you please read, Dr. Mikola, what
5    you wrote in the second to last and last sentence
6    under history of present illness.
7      A.  Yes, sir, it's referring to chest pain.
8    He thinks it may have been related to stress and
9    exercising after a layoff and overuse.  It is
10   nearly resolved.
11     Q.  What did you understand Mr. Barnett to
12   mean -- to mean when he said that he thought it may
13   have been related to stress?
14     A.  The episode of chest pain.
15     Q.  Do you know what stress Mr. Barnett was
16   under in January of 2000?
17     A.  Not specifically, no, sir.
18     Q.  Do you remember that Mr. Barnett's wife
19   was unfortunately diagnosed with neck and head
20   cancer in 1999?
21     A.  Now that you mention it, I do recall

*leading*

23

22  that, yes, sir.
23      Q.  Can that be a stressful event?
24      A.  Definitely.
25      Q.  Can stress affect plaque formation and
page 235
1   the development of heart disease?
2       A.  Yes, we believe that it can.
3       Q.  Can stress be related to the
4   development of ischemia?
5       A.  Yes.

*[handwritten: Speculation, 401, 402, 403 Dr. Mikola cannot say that stress played a factor in the plaintiff injuries with any certainty 701-705 - calls for expert testimony]*

[237:6] - [237:13]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 237
6       Q.  Based on your experience with ischemia
7   and these stress test results, I think you said
8   before that you would believe that the patient who
9   was diagnosed with ischemia would have developed
10  plaque and coronary artery disease?
11      A.  The patient diagnosed with ischemia is
12  likely to have significant coronary disease and
13  plaques, yes.

*[handwritten: 401, 402, 403 incomplete hypothetical speculation]*

[237:24] - [238:2]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 237
24      Q.  To be clear, Mr. Barnett in January of
25  2000 had coronary heart disease that had been
page 238
1   developing over years?
2       A.  I believe that's the case, yes, sir.

[244:1] - [244:7]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 244
1       Q.  Either way, whether he was taking
2   Feldene or Vioxx, you didn't believe that either
3   one contributed in any way to his ischemia
4   condition, true?
5           MR. ROBINSON:  He didn't know.
6           THE WITNESS:  I don't believe that
7   either one contributed to his atherosclerosis.

*[handwritten: 402, speculation]*

[249:22] - [251:6]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 249
22      Q.  Can you turn in Exhibit 30 to Huberty
23  29.
24      A.  Yes, sir.
25      Q.  Is this a blood test based on blood
page 250
1  drawn on March 24th of 2000, sir?
2      A.  Yes, sir.
3      Q.  What does this indicate about
4  Mr. Barnett's LDL cholesterol?
5      A.  This is the blood that he had — that
6  he was supposed to have before the 21st that I
7  asked him to come back and get.  It indicated that
8  his cholesterol is significantly elevated.
9      Q.  What is the number indicated after LDL
10  cholesterol?
11      A.  174.
12      Q.  Is that significantly high to you, sir?
13      A.  Yes, sir.
14      Q.  And how about his total cholesterol?
15      A.  250.
16      Q.  I'm not sure if this will come up by
17  the time the jury sees this video, but what is LDL
18  cholesterol?
19      A.  LDL is the subfraction of cholesterol
20  that we attribute largely to the plaque-forming
21  process.  Cholesterol generally doesn't float
22  around in the bloodstream on its own.  It's bound
23  to proteins and a protein-cholesterol complex is
24  referred to as HDL, LDL, VLDL, IDL.  There are
25  several different types, but epidemiologically most
page 251
1  data would suggest that high levels of LDL
2  cholesterol in appropriate patients will increase
3  the risk of vascular disease.
4      Q.  And is LDL cholesterol otherwise known
5  as bad cholesterol?
6      A.  Yes, sir.

[256:16] - [257:10]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 256
16      Q.  I think you testified before you
17  thought that he was mildly overweight?
18      A.  Um-hum, yes.  Can I --

*vague, ambiguous as to time*

25

19    Q.  Let me ask you for — I'm sorry.
20    A.  Can I comment on that?
21    Q.  Sure.
22    A.  His overall weight he was never
23 morbidly obese.  He had -- tended to have abdominal
24 obesity.  So he wasn't markedly overweight, but he
25 had the type of obesity or the fat deposition in
page 257
1 the abdomen that is generally associated with an
2 increased risk of metabolic syndrome and
3 atherosclerotic disease, vascular disease.  So
4 although he wasn't markedly overweight, his weight
5 was concentrated in an area that confers a little
6 bit higher risk than if it was distributed, say, in
7 his thighs or buttocks or elsewhere.
8    Q.  Higher risk for heart disease and heart
9 attack?
10    A.  Yes, sir.

*vague as to time*

[258:6] - [259:8]    4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 258
6    Q.  Did you understand that Mr. Barnett had
7 a mild heart attack?
8    A.  Yes, sir.
9    Q.  Why do you say that?
10    A.  Two reasons.  The elevation of his
11 enzymes, if I remember the numbers, his CPK went to
12 217 or possibly a little higher.  The degree of
13 elevation of the CPK is an indicator of the amount
14 of heart muscle that's been damaged by the heart
15 attack.  A large heart attack would most likely
16 give you CPK's in the 2, 3, 4,000 range.  A CPK in
17 the 200's would indicate a small area of heart
18 muscle has been damaged.
19        The other reason is he was diagnosed
20 with a non-Q wave MI, which means the heart attack
21 did not involve the entire thickness of the heart
22 muscle.  The arteries to the heart don't exactly
23 branch out through the heart muscle like muscles --
24 skeletal muscles.  They are located on top of the
25 heart.  They perfuse through the heart muscle and
page 259
1 sort of almost percolates through the wall of the
2 heart muscle, the blood does.
3        In a larger heart attack, generally the

*calls for expert testimony; speculation*

*see previous page*

4   entire thickness of the cardiac muscle, of the
5   heart muscle wall, will be damaged and that's what
6   we call a Q wave MI.  He had a non-Q wave MI which
7   suggested it wasn't the entire thickness of the
8   heart muscle.

[261:21] - [262:8]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 261
21        Q.  It's Exhibit 37 and it's GrandStrandRMC
22   64 to 65.  Do you see at the top of the page
23   there's a diagnosis, Number 2, coronary artery
24   disease?
25        A.  Yes, sir.
page 262
1        Q.  Do you understand that that is a
2   condition that takes years and years to develop?
3        A.  That's correct.
4        Q.  Mr. --
5        A.  I should say atherosclerotic coronary
6   artery disease takes years and years to develop.
7        Q.  And that's what Mr. Barnett had?
8        A.  Yes.

*Asked + answered*

[267:3] - [267:21]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 267
3        Q.  Did you, sir, attempt to determine
4   after Mr. Barnett's heart attack whether any of the
5   medication that he was taking might harm his heart?
6        A.  Yes, sir.
7        Q.  And you understood that Mr. Barnett was
8   taking Vioxx in December of 2002, right?
9        A.  Yes, sir.
10        Q.  You understood that he was going to
11   continue taking Vioxx after that point because it
12   was helping his pain?
13        A.  Yes, sir.
14        Q.  You would have stopped Mr. Barnett from
15   using Vioxx if you believed it contributed in any
16   way to his heart attack, correct?
17        A.  Yes, sir.
18        Q.  And if you thought Vioxx might cause
19   Mr. Barnett heart problems in the future, you would
20   have told him to stop using it?

27

21    A.  Yes, sir.

[268:13] - [268:18]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 268

13         Mr. -- Dr. Mikola, when you determined
14    that it was okay for Mr. Barnett to continue to
15    take Vioxx after his heart attack, that was in part
16    because you believed at the time that Vioxx had
17    nothing to do with his heart attack?
18         A.  That's correct.

*Asked + answered*

[275:1] - [277:4]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 275

1         Q.  This is a document Bates stamped
2    Cardiogas Associates 54.  It's dated July 18th,
3    2003.  Does it identify you as the referring
4    physician?
5         A.  Yes, sir.
6         Q.  Is this the same type of stress test
7    that was conducted back in January of 2000,
8    Cardiolite?
9         A.  Yes, that's correct.
10        Q.  Directing your attention just to the
11    impression.  What does it say under Number 1?
12        A.  Excellent exercise tolerance.
13        Q.  How long if you look above under stress
14    procedure did Mr. Barnett last on the treadmill
15    that involved a Bruce protocol?
16        A.  Again, 15 minutes.
17        Q.  What did that indicate to you about the
18    condition of Mr. Barnett's heart in July of 2003?
19        A.  It would really indicate two things,
20    one, that he's in pretty good cardiovascular
21    condition and two, that he's unlikely to be able to
22    exercise that long with significant plaque
23    build-up.
24        Q.  If you look under impression again,
25    Number 4, it says, left ventricular ejection
page 276
1    fraction.  What is the number there?
2         A.  58 percent.
3         Q.  Do you remember that that is actually
4    higher than what it was in January of 2000?

28

5     A.  It was 56 percent, I think, just --
6  yes.  1 or 2 percent may be splitting hairs, but
7  it's certainly as good as it was before.
8     Q.  And an ejection fraction of 58 percent
9  in July of 2003 you would consider to be normal?
10    A.  Yes, sir.
11    Q.  Turning back to Huberty 16, in the
12  first paragraph do you see that you wrote in the
13  middle, he had a list of about six questions today
14  that were answered at length.  He has not had any
15  recurrent angina.  He is going to -- it says give
16  but I think you mean dive in Cozumel if possible.
17    A.  Yes, sir.
18    Q.  Did you believe that Mr. Barnett's
19  heart was in good enough condition to go scuba
20  diving in Cozumel if he wanted to?
21    A.  Yes, sir.
22    Q.  Did you ever tell Mr. Barnett that he
23  couldn't go scuba diving because he had had a heart
24  attack?
25    A.  No, sir.
page 277
1    Q.  Was it your understanding that
2  Mr. Barnett intended when he went to Cozumel here
3  in August of 2003 that he was going to scuba dive?
4    A.  Yes, sir.

[284:3] - [284:12]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 284
3    Q.  Is there any indication in your medical
4  records, sir, for Mr. Barnett that he was suffering
5  any psychological or emotional problems as a result
6  of his heart attack?
7    A.  No, sir.
8    Q.  Has Mr. Barnett ever told you in the
9  years that you've seen him that he believes he
10  cannot do certain activities because of his heart
11  attack?
12    A.  No, sir.

[285:17] - [286:7]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 285
17    Q.  Do you see any indication in the

29

18   medical records that Mr. Barnett said he cannot ski
19   because of his heart?
20        A.  No, sir.
21        Q.  Do you see any indication in the
22   medical records that Mr. Barnett cannot dance as
23   often as he wants to because of his heart attack?
24        A.  No, sir.
25        Q.  Did Mr. Barnett ever tell you that he
page 286
1   felt he could not exercise as much because of his
2   heart attack?
3        A.  No, sir.
4        Q.  As of your last visit with Mr. Barnett,
5   was it your view that he could do all of those
6   things?
7        A.  Yes, sir.

[289:21] - [289:25]        4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 289
21        Q.  Did you understand that that indicated
22   that there were four times as many heart attacks in
23   the patients using Vioxx 50 milligrams compared to
24   the patients using a thousand milligrams of
25   Naproxen?

*ambiguous, improper characterizati of the data 602 calls for expert opinion*

[290:5] - [290:14]        4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 290
5        Q.  Do you understand?  I want to -- I want
6   to get your understanding of the .1 percent versus
7   .4 percent, okay?
8        A.  Yes.  Yes, that would indicate there
9   were four times more likely — four times more
10   events.
11        Q.  Did you know in about November of 2000
12   that there were four times as many heart attack
13   events in the Vioxx arm of the VIGOR study compared
14   to the Naproxen arm?

[290:17]        4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 290
17        THE WITNESS:  Yes, sir.

30

[291:14] - [291:20]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 291
14      Q.  We'll go through the other parts.
15   Would it have made a difference to you, Dr. Mikola,
16   if in that sentence the non-Q Merck authors and
17   Merck had written that there were 17 heart attacks
18   in the Vioxx arm versus 4 heart attacks in the
19   Naproxen arm?
20      A.  Probably not.

*speculation 602*

[292:5] - [292:25]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 292
5      Q.  There's been an allegation that Merck
6   should have updated information that occurred after
7   the cutoff date in this study.  Do you know what I
8   mean by cutoff date?
9      A.  Yes, sir.
10      Q.  And that Merck should have included
11   three additional heart attack events that occurred
12   after the cutoff date, okay?
13      A.  Yes, sir.
14      Q.  Now, if Merck had included three
15   additional heart attacks that occurred after the
16   cutoff date of this study, that would have changed
17   the percentages to five times, in other words,
18   there would have been five times as many heart
19   attacks in the Vioxx arm versus the Naproxen arm.
20   Are you with me?
21      A.  Yes, sir.
22      Q.  Would it have made a difference to you
23   if the number was five times as opposed to four
24   times?
25      A.  I don't believe so.

*speculation 602*
*lacks foundation*
*improper expert opinion*

[313:21] - [314:9]   4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 313
21      Q.  Do you see that Exhibit 43 is a dear
22   healthcare professional letter that Merck sent in
23   April of 2002 indicating in the second paragraph,
24   the prescribing information has been revised to
25   reflect the results of the VIGOR study and the FDA
page 314

31

1  approval of Vioxx for the relief of the signs and
2  symptoms of rheumatoid arthritis in adults?
3      A.  Yes, sir.
4      Q.  And then I'm going to ask you a number
5  of questions about this, but do you see on the
6  first page, it says, important prescribing
7  information, and on the second it says the same
8  thing at the top?
9      A.  Yes, sir.

[315:8] - [315:15]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 315
8      Q.  Do you recall one way or the other
9  whether or not you received the dear healthcare
10  professional letter in April of 2002?
11     A.  I don't specifically recall.
12     Q.  Do you have any reason to dispute that
13  you were sent the letter and that it arrived at
14  your office?
15     A.  No.

*speculation, assumes facts not in evidence*

[316:20] - [317:24]      4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 316
20      Q.  The document that you're looking at,
21  sir, do you see that Merck is indicating the study
22  results of the gastrointestinal safety of VIGOR?
23      A.  Yes, sir.
24      Q.  And then there's a table.  Do you see
25  that?
page 317
1      A.  Yes, sir.
2      Q.  Then there's other safety findings and
3  it describes cardiovascular safety at the bottom of
4  Page 2, correct?
5      A.  Yes, sir.
6      Q.  On Table 2, do you see that it --
7  there's a comparison of patients with serious
8  cardiovascular thrombotic adverse events over time?
9      A.  Yes, sir.
10      Q.  And that if you look in the table on
11  the far right, do you see that for Vioxx 50
12  milligrams, there were 45 events at ten-and-a-half
13  months compared to 19 events for Naproxen?

32

14    A.  Yes, sir.

15    Q.  And that's 1.81 percent of the patients

16  who had serious cardiovascular adverse events in

17  the Vioxx arm and .60 percent in the Naproxen arm?

18    A.  That's the cumulative rate, yes, sir.

19    Q.  Do you also see the asterisk above the

20  1.81 percent and that that is a

21  statistically-significant difference as evidenced

22  at the bottom of the table where it says, P value

23  is less than .002?

24    A.  Yes, sir.

[322:3] - [322:9]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 322

3    Q.  Yes, but if you had known before

4  Mr. Barnett's heart attack that you should use

5  caution in prescribing Vioxx in patients who had a

6  medical history of ischemic heart disease, in light

7  of Mr. Barnett's January 2000 ischemic event, would

8  you have prescribed Vioxx to Mr. Barnett?

9    A.  I don't believe so.

*[handwritten: incomplete hypothetical speculation]*

[322:22] - [323:11]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 322

22    Q.  I've handed you what I've marked as

23  Exhibit 44 --

24    A.  Yes, sir.

25    Q.  -- a package insert that is dated April

page 323

1  of 2002 approved by the Food and Drug

2  Administration, okay?

3    A.  Yes, sir.

4    Q.  When you were prescribing Vioxx to

5  Mr. Barnett in the April 2002 time frame, were you

6  familiar with the risks and benefits of the label

7  that was in existence at the time?

8    A.  Yes, sir.

9    Q.  So you would have been familiar with

10  the information contained in Exhibit 44?

11    A.  Yes, sir.

[325:5] - [325:17]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 325
5      Q.   And then further down where it says,
6   other safety findings, cardiovascular safety, do
7   you see that it indicates the VIGOR study showed a
8   higher incidence of adjudicated serious
9   cardiovascular thrombotic events in patients
10   treated with Vioxx 50 milligrams once daily as
11   compared to patients treated with Naproxen 500
12   milligrams twice daily?
13      A.   Yes, sir.
14      Q.   You understood that information back in
15   November of 2000 when you read the VIGOR study,
16   right?
17      A.   Yes, sir.

[328:5] - [328:22]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 328
5      Q.   And if you look on the right-hand
6   column under precautions under cardiovascular
7   effects, the information below should be taken into
8   consideration and caution should be exercised when
9   Vioxx is used in patients with a medical history of
10   ischemic heart disease and then it continues to
11   describe the VIGOR study.
12           Do you see that?
13      A.   Not yet.
14      Q.   Right-hand column under precautions,
15   cardiovascular effects.
16      A.   Oh, yes, sir.
17      Q.   Do you see the sentence, the
18   information below should be taken into
19   consideration and caution should be exercised when
20   Vioxx is used in patients with a medical history of
21   ischemic heart disease?  Do you see that?
22      A.   Yes, sir.

[331:22] - [332:6]     4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 331
22      Q.   To you as a prescribing physician when
23   you were prescribing Vioxx to Mr. Barnett before
24   his heart attack, was the most important clinical
25   trial evidence concerning heart attack risk
page 332

34

1  evidence that would be generated in
2  placebo-controlled studies?
3      A.  I think conclusions drawn from
4  placebo-controlled studies are easier to interpret
5  cause and effect and probably more generalizable
6  when you're looking at safety and efficacy.

[333:6] - [335:14]    4/25/2006  Mikola, Michael - Merck Affirmative Dep Designations

page 333
6      Q.  If you skip down to the next sentence,
7  the significance of the cardiovascular findings
8  from these three studies, VIGOR and two
9  placebo-controlled studies, is unknown.
10         Do you see that?
11     A.  Not yet.  I'll find it, though.  Yes,
12  sir.
13     Q.  That was information you knew in April
14  of 2002, right?
15     A.  Yes, sir.
16     Q.  And when you were deciding to prescribe
17  Vioxx to Mr. Barnett who needed to have pain
18  relief, you were weighing the risks and the
19  benefits associated with Vioxx, right?
20     A.  That's correct.
21         MR. WACKER:  Objection, leading.
22  BY MR. GOLDMAN:
23     Q.  Are you weighing the risks and benefits
24  of Vioxx based on how they're described in the
25  package insert when you're deciding whether to
page 334
1  prescribe Vioxx to Mr. Barnett?
2      A.  That's one part of the decision-making
3  process.
4      Q.  And here in April of 2002, the
5  FDA-approved label is indicating that the reason
6  for the difference in VIGOR and these
7  placebo-controlled studies is uncertain.  Do you
8  see that?
9      A.  Yes, sir.
10     Q.  When you're making a risk-benefit
11  decision about whether to prescribe Vioxx to
12  Mr. Barnett, it's important that you know that —
13  when you were prescribing the Vioxx to Mr. Barnett
14  after April of 2002, you understood the
15  FDA-approved label saying that the results of VIGOR

35

16   and these placebo-controlled studies were unknown,
17   correct?
18         MR. WACKER:  Objection,
19   mischaracterizes the evidence of -- and vague and
20   ambiguous as to FDA approved.
21         THE WITNESS:  I would interpret it as
22   the results of the VIGOR and the other two studies
23   are not definitive.
24   BY MR. GOLDMAN:
25         Q.  And you understood that back in April
page 335
 1   of 2002?
 2         A.  Yes, sir.
 3         Q.  Based on that, you felt that the
 4   benefits of Vioxx outweighed the risks for
 5   Mr. Barnett --
 6         MR. WACKER:  Objection, assumes
 7   facts --
 8   BY MR. GOLDMAN:
 9         Q.  -- in part?
10         MR. WACKER:  Objection, assumes facts
11   not in evidence, overbroad, vague and ambiguous.
12         THE WITNESS:  I thought — I thought
13   that the risk-to-benefit ratio was acceptable for
14   Mr. Barnett.

[348:9] - [348:12]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 348
 9         Q.  Let me hand you, Dr. Mikola, what I've
10   marked as Exhibit 46.  This is a current version of
11   the Feldene package insert, okay?
12         A.  Yes, sir.

[349:22] - [350:8]     4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

*401, 402, 403 This warning was not present on the Feldene insert when Mr. Barnett used the drug and is therefore irrelevant.*

page 349
22         Q.  Can you read the first bullet point
23   under cardiovascular risk in the black box for
24   Feldene.
25         A.  Yes, sir.
page 350
 1         Q.  Out loud.
 2         A.  NSAIDs may cause an increased risk of
 3   serious cardiovascular thrombotic events,

4   myocardial infarction and stroke, which can be
5   fatal.  This risk may increase with duration of
6   use.  Patients with cardiovascular disease or risk
7   factors for cardiovascular disease may be at
8   greater risk.  See warnings.

[351:11] - [351:14]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 351
11        Q.  Are you aware that Celebrex and Mobic
12   and the other NSAIDs have the same black box
13   warning today?
14        A.  Yes, sir.

[352:10] - [352:23]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 352
10        Q.  Even though there is a black box
11   warning for potential cardiovascular risks, however
12   small, in Feldene and other NSAIDs, you still
13   prescribe those NSAIDs if you think the benefits
14   outweigh the risks, right?
15        A.  Yes, sir.
16        Q.  And even if there's the potential for
17   some small increased cardiovascular risk for a
18   particular patient, that pain that that patient is
19   experiencing every day is a relevant factor in
20   deciding whether or not the benefits outweigh the
21   risks for that particular medicine, true?
22        A.  Yes, sir.  The pain affects their
23   quality of life issues significantly.

[355:25] - [356:3]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 355
25        Q.  Doctor, you're aware that Vioxx
page 356
1   increases hypertension or at least increases blood
2   pressure?
3        A.  It can, yes.

[385:7] - [387:4]      4/25/2006 Mikola, Michael - Merck Affirmative Dep Designations

page 385

7       Q.  Can you turn back — let me go in
8   order.  You were asked about whether Vioxx can
9   increase the risk of hypertension.  Do you remember
10   that?
11       A.  Yes, sir.
12       Q.  Or increase hypertension?
13       A.  Yes, sir.
14       Q.  Are you aware that Vioxx and its
15   warning label always warned about the potential
16   increased risk of hypertension?
17          MR. WACKER:  Objection, misstates the
18   evidence in terms of a warning.
19          THE WITNESS:  It was always in the
20   package insert, yes.
21   BY MR. GOLDMAN:
22       Q.  Do you understand — is it your
23   understanding, sir, that all COX-2 inhibitors and
24   NSAIDs have the potential to increase the risk of
25   hypertension?
page 386
1       A.  Yes, sir.
2       Q.  In Feldene's warning label that I
3   handed you before, it indicates the whole section
4   on hypotension stating, NSAIDs, including Feldene,
5   can lead to onset of new hypertension and worsening
6   of preexisting hypertension, either of which may
7   contribute to the incidence -- increased incidence
8   of CV events.
9          Do you see that?
10       A.  What page?
11       Q.  It's on Page 4.
12       A.  Yes, sir.
13       Q.  Did you notice at all, sir, while
14   Mr. Barnett was taking Vioxx his hypertension did
15   not increase?
16       A.  I would have to look at my records.
17   Mr. Barnett had what we call white coat
18   hypertension.  His blood pressures in the office
19   were generally elevated -- or frequently, not
20   always, and that's often attributable to
21   apprehension.  When I questioned him about it and
22   he told me he had his blood pressure checked other
23   places, it was generally normal, 120 over 80 range.
24   So outside the office, per his report, his blood
25   pressure wasn't affected.
page 387

*speculation,*
*assumes facts*
*not in evidence*

38

1     Q.  You didn't see any evidence while you
2  were treating Mr. Barnett that Vioxx was increasing
3  his hypertension, true?
4     A.  That's correct.

mikola full text counter
Issues Report [Michael Mikola, M.D.]

* Plaintiff Counter-designation

[174:5] - [174:18] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 174
5          Q.   Was your wife's job as a sales
6    representative for Merck ever a factor in your
7    decision to prescribe Vioxx to your patients?
8          A.   Was it a factor.  I would say that if I
9    had a patient who would benefit from a COX-2
10   inhibitor and at that time, and to this day I still
11   probably don't believe that any of the three that
12   were available were more effective than the others,
13   I may be inclined to use Vioxx first, but if -- as
14   I mentioned, if it didn't work for the patient, I
15   would not hesitate to switch them or if a patient
16   came in, for instance, and asked for Celebrex or --
17   or Bextra, I would not be opposed to putting them
18   on it first.

[187:5] - [187:10] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 187
5          Q.   And as a responsible physician, you
6    expect that the Food and Drug Administration will
7    take all studies into account in deciding what the
8    risks and the benefits are for medications sold in
9    the US?
10         A.   All studies presented to the FDA, yes.

[192:14] - [192:22] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 192
14         Q.   Was that important to you when you were
15   evaluating Mr. Barnett's health?
16         A.   Yes, sir.
17         Q.   Why?
18         A.   Because it is a risk factor for the
19   development of vascular disease.  And an important
20   part of what I do on a daily basis, or at least try
21   to do, is prevent health consequences of modifiable
22   things like that.

[252:17] - [253:5] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 252
17         MR. ROBINSON:  Doctor, would you read
18   the HDL and the total cholesterol portion that's
                              Page 1

mikola full text counter
```
19  under the normal column.
20          THE WITNESS:  Yes, sir.  The
21  triglycerides were 130 and normal is considered
22  currently to be less than 150, although this
23  reference at the time was below 200.  In either
24  event, that would be normal.  The HDL was listed as
25  50.  Normal we consider to be anything above 40.
```
page 253
```
1   At that time, the normal range -- as I mentioned
2   earlier, the recommended levels of blood lipids
3   have changed in the last few years.  The VLDL
4   cholesterol is 26 and the total cholesterol-to-HDL
5   ratio was 5.0.
```

[319:12] - [319:17] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 319
```
12          Q.   My question is:  If you had seen that
13  back when you were prescribing medicine to -- Vioxx
14  to Mr. Barnett --
15          A.   Yeah.
16          Q.   -- would that have caused you not to
17  prescribe Vioxx and instead to prescribe Feldene?
```

[319:20] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 319
```
20          THE WITNESS:  It's quite possible.
```

[329:3] - [331:3] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 329
```
3           Q.   Do you see how in that next paragraph,
4   there is a description of the number of serious
5   cardiovascular thrombotic events that says that the
6   number of serious cardiovascular thrombotic events
7   was significantly higher in patients treated with
8   Vioxx versus Naproxen?  Do you see that?
9           A.   I don't find that yet.
10          Q.   Okay.  It's the second sentence --
11  actually, it's in the first sentence of the second
12  paragraph under cardiovascular effects.  It says,
13  in VIGOR, and it describes it.
14          A.   Yes, sir.
15          Q.   And after the comma, it says, the risk
16  of developing a serious cardiovascular thrombotic
17  event was significantly higher in patients treated
18  with Vioxx 50 milligrams once a day as compared to
19  patients treated with Naproxen 500 milligrams twice
20  a day.  Do you see that?
21          A.   Yes, sir.
22          Q.   And then further down, it says, in a
23  placebo-controlled database derived from two
24  studies with a total of 2,142 elderly patients,
```
Page 2

```
                              mikola full text counter
25   mean age 75 with a median duration of exposure of
page 330
1    approximately 14 months, the number of patients
2    with serious cardiovascular thrombotic events was
3    21 versus 35 for patients treated with Vioxx 25
4    milligrams once daily, versus placebo.
5           A.   Yes, sir.
6           Q.   What's the significance of that to you?
7           A.   I would have to know the P value to
8    know if it was statistically significant, but I
9    could state that in that data, there were less
10   cardiovascular events in patients on Vioxx 25
11   milligrams than on placebo.
12          Q.   And knowing that back in April of 2002,
13   why was that significant to you?
14          A.   Well, comparing that to the VIGOR
15   trial, and it's not always valid to compare one
16   trial to the other due to a number of variables, it
17   seemed to indicate that at least in elderly
18   patients, 25-milligram dose of Vioxx daily for I
19   think up to nine months did not increase their risk
20   of vascular -- of major cardiovascular events.
21          Q.   And when you have results in a
22   placebo-controlled environment like they're
23   describing here and there is no difference between
24   Vioxx and placebo concerning serious cardiovascular
25   thrombotic events, that would suggest that there is
page 331
1    no increase in risk associated with Vioxx, correct?
2           A.   That would suggest that there's no
3    increased risk, yes, sir.


[336:16] - [336:19] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 336
16          Q.   I'm marking as Exhibit 45, Dr. Mikola,
17   a letter dated March 28th, 2003 from Merck to you.
18   Do you see that?
19          A.   Yes, sir.


[338:8] - [338:14] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 338
8           Q.   In this document, I won't go through it
9    in that much detail, but do you see that Merck is
10   describing Dr. Reicin's analysis of the
11   cardiovascular safety profile of Vioxx in elderly
12   patients with Alzheimer's disease or mild cognitive
13   impairment?
14          A.   Yes, sir.


[339:5] - [340:11] 4/25/2006 Michael Mikola, M.D.

* Plaintiff Counter-designation

page 339
```

mikola full text counter

5      Q.   Do you see that for confirmed
6   adjudicated serious thrombotic adverse events --
7   cardiovascular adverse events in elderly people
8   that there were 25 cases in the Vioxx 25-milligram
9   arm compared to 39 cases in the placebo arm?
10      A.   Yes, sir.
11      Q.   And then if you look in the far right
12   column under relative risk.
13      A.   Yes, sir.
14      Q.   What does .72 mean to you in terms of
15   the risk of serious thrombotic cardiovascular
16   adverse events in this placebo-controlled database?
17      A.   It means that there were 28 percent
18   less events in the Vioxx group compared to the
19   placebo group.
20      Q.   And then do you see on the third page
21   that Merck is including toward the bottom -- almost
22   done.
23      A.   It's okay.
24      Q.   On the third page, Merck is including
25   the prescribing information for Vioxx and if you
page 340
1   flip through, you'll see it's a verbatim
2   description of what is in the April 2002 label
3   concerning VIGOR?
4      A.   Yes, sir.
5      Q.   And when you were prescribing Vioxx to
6   Mr. Barnett, now this is after his heart attack in
7   March of 2003, you understood this information and
8   you believed that the benefits of Vioxx outweighed
9   the risks?
10      A.   Yes, sir, at the doses prescribed, yes,
11   sir.



mikola page line counter
Issues Report [Michael Mikola, M.D.]

* Plaintiff Counter-designation

[174:5] - [174:18] 4/25/2006 Michael Mikola, M.D.

[187:5] - [187:10] 4/25/2006 Michael Mikola, M.D.

[192:14] - [192:22] 4/25/2006 Michael Mikola, M.D.

[252:17] - [253:5] 4/25/2006 Michael Mikola, M.D.

[319:12] - [319:17] 4/25/2006 Michael Mikola, M.D.

[319:20] 4/25/2006 Michael Mikola, M.D.

[329:3] - [331:3] 4/25/2006 Michael Mikola, M.D.

[336:16] - [336:19] 4/25/2006 Michael Mikola, M.D.

[338:8] - [338:14] 4/25/2006 Michael Mikola, M.D.

[339:5] - [340:11] 4/25/2006 Michael Mikola, M.D.