Barnett v. Merck
Merck Affirmative Designations
Stephen Epstein May 30, 2006 Deposition

[13:5] - [13:7]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 13
5     Q.   Can you tell the jury your
6 name, please, Doctor.
7     A.   Stephen Epstein.

[13:14] - [13:21]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 13
14     Q.   What type of medicine do you
15 practice, Doctor?
16     A.   I had practiced cardiology.
17 At the present time, I'm head of the
18 Cardiovascular Research Institute, and
19 I'm responsible for all of the research
20 that's done in the Cardiovascular
21 Research Institute.

[14:12] - [15:24]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 14
12     Q.   Did you have a clinic that
13 you participated in, Doctor?
14     A.   Yes.
15     Q.   Can you please describe that
16 for me?
17     A.   I was chief of cardiology at
18 the National Heart, Lung and Blood
19 Institute and was head, in that capacity,
20 of all clinical work and research work
21 that was being done in cardiovascular
22 disease.  We had a very active clinical
23 program, and both inpatients and
24 outpatients, and I was in charge of both
page 15
1 of those efforts.
2     Q.   Doctor, what is the National
3 Heart, Lung and Blood Institute?
4     A.   It's part of the National
5 Institutes of Health, and I was in charge

1



EXHIBIT

C

6  of the intramural program, that is, all
7  of the activities that were conducted in
8  heart disease on campus, and that campus
9  is in Bethesda, Maryland.
10     Q.   Can you describe for the
11  jury, Doctor, what the National
12  Institutes of Health are?
13     A.   The National Institutes of
14  Health is a federal organization that
15  spans virtually all of medicine, and its
16  primary responsibility is to identify and
17  fund research, both basic and clinical,
18  to advance the application of medicine to
19  the health of patients.
20     Q.   Would it be fair to say,
21  Doctor, that the National Institutes of
22  Health is a well-respected institute in
23  the U.S.?
24     A.   I think so.

[16:2] - [16:18]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 16
2         Doctor, could you please in
3  a summary fashion explain for the jury
4  your educational background?
5     A.   I received my Bachelor's
6  degree from Columbia University. Went on
7  to Cornell Medical School and received my
8  M.D. from Cornell. I did my house staff
9  training at the New York Hospital, which
10  is part of the Cornell Medical School
11  system.
12         And then went to the
13  National Institutes of Health to work
14  under Dr. Eugene Braunwald, who at the
15  time was one of the world's outstanding
16  cardiology investigators. When he left
17  the NIH, I took over for him as chief of
18  cardiology. And that occurred in 1967 or

[20:15] - [21:6]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 20
15     Q.   Doctor, you mentioned Dr.

2

16 Eugene Braunwald.  Is he the editor of a
17 scientific text or treatise in reference
18 to cardiology?
19      A.   Yes, he is.
20      Q.   And is it fair to say that
21 that's a very distinguished and
22 well-respected treatise?
23      A.   Yes, probably the most
24 distinguished treatise on cardiovascular
page 21
1 diagnosis and treatment.
2      Q.   Did I understand you
3 correctly to say that you had the honor
4 of actually learning under and training
5 with Dr. Braunwald?
6      A.   That's correct.

[23:9] - [24:4]          5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 23
9      Q.   Doctor, does your present --
10 pardon me.  Does your present field of
11 practice primarily involve cardiovascular
12 research?
13      A.   Yes.
14      Q.   Would you consider yourself
15 an expert in the area of atherosclerosis?
16      A.   Yes.
17      Q.   Would you consider yourself
18 an expert in the area of cardiovascular
19 disease?
20      A.   Yes.
21      Q.   Would you consider yourself
22 an expert in the area of cardiovascular
23 function?
24      A.   Yes.
page 24
1      Q.   And would you also consider
2 yourself an expert in the area of
3 atherogenesis?
4      A.   Yes.

[24:5] - [24:12]          5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 24

5      Q.   Is it fair to say that all
6 of those areas of expertise were utilized
7 in developing the opinions that are
8 generated in the study that we're here
9 about today that you conducted with Dr.
10 Rott, I believe?
11      A.   Um-hmm.  I would say that's
12 true.

[25:12] - [26:9]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 25
12           What are the various types
13 of animals that you've utilized in
14 conducting various studies?
15      A.   Over the years?
16      Q.   Yes, sir.
17      A.   Yes.  Well, there were dogs,
18 there were pigs, rats, mice.
19           That about does it.
20      Q.   Is there something about the
21 constitution or physical makeup of the
22 mouse that makes it desirable for
23 conducting animal studies?
24      A.   Yes.  There are several
page 26
1 attributes that in certain circumstances
2 make it more desirable.  Not in all, but
3 in certain circumstances.
4      Q.   From a cardiovascular
5 context, are there certain attributes of
6 the mouse physicality that are easily
7 transferable to humans?
8      A.   I would have to say not
9 easily transferable.

[37:5] - [37:9]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 37
5           And can we agree that the
6 ultimate conclusion of your article was
7 that COX-2 inhibition is deleterious from
8 an atherosclerotic standpoint?
9      A.   No.  Sorry.

4

[37:11] - [37:23]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                               page 37

11        THE WITNESS: I think we
12    were very clear in the article
13    that what we said was these
14    studies in a particular mouse
15    model of atherosclerosis indicates
16    that inhibition of COX-2 with
17    MF-tricyclic leads to deleterious
18    effects in terms of accumulation
19    of atherosclerosis. We did point
20    out that whether or not this
21    relates to atherogenesis in
22    patients has to be demonstrated by
23    human studies.

[42:1] - [42:19]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                               page 42

1    Q.  Who was your primary contact
2 at Merck in reference to your study,
3 Doctor?
4    A.  Dr. Rodger, R-O-D-G-E-R.
5    Q.  Is he in charge of the
6 conduction of studies at Merck?
7    A.  He is -- his title is
8 medical director at Merck.
9    Q.  Okay. Did Dr. Rodger or
10 anyone at Merck inform you that Merck had
11 previously convened a meeting of its
12 scientific advisers approximately two
13 years before you started your study that
14 indicated that inhibition of COX-2 in a
15 human could lead to the development of
16 atherogenesis, could cause plaque
17 destabilization and rupture and could
18 also cause thrombotic occlusion leading
19 to heart attacks and strokes?

[43:1]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                               page 43

1    A.  No.

[43:5] - [43:12]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 43
> 5    Q.   Did Dr. Rodger or any
> 6 person, any doctor at Merck ever indicate
> 7 to you that those three potential
> 8 deleterious effects of COX-2 inhibition
> 9 had been brought to their attention more
> 10 than two years ago before your study —
> 11 excuse me — by their scientific advisory
> 12 board?

[43:15]                 5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 43
> 15              THE WITNESS:  No.

[48:7] - [48:17]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 48
> 7            Did Dr. Rodger indicate to
> 8 you that there was a hypothesis that had
> 9 been provided to Merck by their
> 10 scientific advisers that prostacyclin
> 11 biosynthesis in the vasculature is
> 12 inhibited by Vioxx and that by removing
> 13 this potent inhibitor of platelet
> 14 aggregation, the probability that a
> 15 coronary plaque rupture would lead to
> 16 myocardial infarction or ischemic
> 17 ventricular fibrillation is enhanced?

[48:22] - [49:11]       5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 48
> 22              THE WITNESS:  Once again,
> 23        anyone knowledgeable in the field
> 24        would know that. So I did know
> page 49
> 1        that —
> 2 BY MR. SIZEMORE:
> 3    Q.    Okay.
> 4    A.    — that that was one
> 5 possibility.

6    Q.   Okay.  Was that well known
7  in the medical community, even before you
8  conducted your study, Doctor, that if you
9  decreased prostacyclin in the body, that
10  you increased the probability of a
11  coronary plaque rupture?

[49:14] - [49:21]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 49
14        THE WITNESS:  No.  I don't
15    think that that was well known in
16    the community.  That was still, at
17    that time, a possible outcome of
18    such a drug.  There was no
19    evidence at that time that that
20    actually was something that would
21    -- would occur.

[54:2] - [54:7]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 54
2        Q.   With all due humility, do
3  you agree that you are a recognized --
4  "internationally recognized thought
5  leader in the cardiovascular arena"?
6        A.   It's very hard to object to
7  that.

[54:11] - [54:16]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 54
11        Q.   Would you also agree,
12  Doctor, that your current interest is in
13  the area of infection and inflammation in
14  atherosclerosis, at least at the time of
15  2000?
16        A.   Yes.

[55:11] - [55:12]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 55
11        Q.   -- we're moving on to your
12  study with Dr. Rott, Doctor.

7

[67:20] - [68:20]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

    page 67
20       Is it accurate to say that
21  your study essentially had two
22  components, and the first one of which we
23  just discussed was to determine whether
24  or not COX-2 inhibition could have
page 68
 1  antiviral effects that could lead to the
 2  either elimination or diminution of the
 3  progression of atherosclerosis?
 4    A.  By decreasing the ability of
 5  the virus to infect the mouse, that it
 6  would compromise -- that it would inhibit
 7  the contribution of the virus to the
 8  development of atherosclerosis, yes.
 9    Q.  Thank you.
10       Is there a second component
11  of your study as well?
12    A.  Yes.  Because
13  atherosclerosis is an inflammatory
14  disease, which is one of the mechanisms
15  that the virus makes atherosclerosis
16  worse, we thought that a COX-2 inhibitor,
17  which would impair important inflammatory
18  pathways, that the COX-2 inhibitor would
19  decrease the development of
20  atherosclerosis.

[104:18] - [104:23]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

    page 104
18       Doctor, were you informed by
19  Merck that they had conducted other
20  studies in apoE knockout mice to
21  determine the effect of COX-2 inhibition
22  on atherogenetics?
23    A.  Yes.

[105:7] - [106:11]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

    page 105
 7    Q.  Did they ever indicate to
 8  you that that was a study conducted by

9 Dr. FitzGerald?

10    A.   They did not.

11    Q.   Have you seen the study

12 conducted by Dr. FitzGerald where he

13 examined that issue in apoE knockout

14 mice?

15    A.   Yes.  He's published a

16 number of studies.  Which one are you

17 referring to?

18    Q.   Just that general issue.

19 I'm sorry --

20    A.   He's published, to my

21 knowledge, at least three papers, one

22 using LDL knockout mice and two using

23 apoE knockout mice.  I'm familiar with

24 those three papers.

page 106

1    Q.   Are they generally

2 supportive of your conclusions and your

3 co-authors' conclusions?

4    A.   The first two papers, one

5 was published say in 2001, 2002, were not

6 supportive.

7        His results, not using MF --

8 I don't believe he used MF-tricyclic, nor

9 did he use Vioxx, but he used other COX-2

10 inhibitors, showed no effect on

11 atherosclerosis.

[106:13] - [107:5]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 106

13    A.   His most recent study which

14 was published in 2005, I'm not sure what

15 -- it might have been -- I'm not sure

16 what COX-2 inhibitor he used.  But that

17 demonstrated what he interpreted was a

18 destabilization of these lesions when the

19 COX-2 inhibitor was administered

20 concomitantly with an inhibitor of

21 thromboxane A2.

22    Q.   Are you aware of other

23 studies too besides those conducted by

24 Dr. FitzGerald that are entirely

page 107

1 supportive of the findings of you and

9

2 your co-authors' study?
3     A.   Our study was the only study
4 in which an isolated administration of a
5 COX-2 inhibitor showed worsening.

[107:24] - [108:3]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 107
24 not familiar with that.  I was very much
page 108
1 interested in finding studies that agreed
2 with us, and I failed to find any, other
3 than this recent FitzGerald paper.

[108:4] - [108:7]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 108
4     Q.   And the recent FitzGerald
5 paper that you're discussing is -- Dr.
6 Egan is the first listed author?
7     A.   Yes.

[134:4] - [134:9]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 134
4     Q.   Good morning, Dr. Epstein.
5     A.   Good morning.
6     Q.   My name is Andy Goldman.  I
7 represent Merck.  Have we met before
8 today?
9     A.   Not to my recall.

[135:19] - [136:2]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 135
19     Q.   Dr. Epstein, do you know
20 anybody by the name of Gerald Barnett, a
21 plaintiff in the Vioxx litigation?
22     A.   I do not.
23     Q.   Have the plaintiffs' lawyers
24 asked you to review Mr. Barnett's medical
page 136
1 records?
2     A.   They have not.

[136:8] - [136:12]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 136
8    Q.  By your testimony here
9 today, are you expressing an opinion on
10 whether or not Mr. Barnett's severe
11 multivessel coronary artery disease was
12 caused by Vioxx?

[136:15]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 136
15    THE WITNESS:  No.

[137:1] - [137:11]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 137
1    Q.  Before this deposition, Dr.
2 Epstein, did you do anything to try to
3 determine whether or not the results that
4 you found in the study you conducted with
5 Dr. Rott had been replicated by any other
6 study?
7    A.  Right.  I did, just as I do
8 when we're writing any paper.  We do as
9 complete a review of the literature as
10 possible to see what other studies were
11 published.

[138:3] - [138:10]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 138
3    Q.  In preparation for this
4 deposition, can you explain to the ladies
5 and gentlemen of the jury what steps you
6 took to determine whether there were any
7 other animal studies that found the same
8 thing that you found in your study with
9 Dr. Rott, that is, that MF-tricyclic can
10 cause early lesion development?

[138:13] - [139:18]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 138
13          THE WITNESS:  So the
14     traditional way of doing this, and
15     this is the way that I did it, I
16     did what's called a MedLine
17     search, which is the national
18     medical library, and I put in
19     different search terms.  And those
20     search terms were COX-2, COX-2
21     inhibition, Vioxx, rofecoxib.  I
22     also put in Celebrex, celecoxib
23     and MF-tricyclic.  And usually
24     paired that with atherosclerosis,
page 139
1     but I did them separately and
2     together.
3 BY MR. GOLDMAN:
4     Q.   And what did you find?
5     A.   Well, I found that there
6 were a number of studies that had been
7 published from 2001 to 2005 that were
8 asking the same question that we asked.
9 And I found -- would you like me to go
10 over what the findings were of each of
11 those studies?
12     Q.   No, not of each of the
13 studies, but, generally, did you find any
14 study that happened to come up with the
15 same results that you did?
16     A.   There was no study using a
17 COX-2 inhibitor alone that came up with
18 the same results that we did.

[139:19] - [140:3]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 139
19     Q.   And the study you referred
20 to when Mr. Sizemore was asking you
21 questions about a COX-2 inhibitor along
22 with another medicine, that was a study
23 by Egan?
24     A.   That's correct.
page 140
1     Q.   We'll talk about that study
2 later.
3     A.   Okay.

[140:18] - [141:13]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 140
18      Q.   Let's talk briefly again
19  about your experience, Dr. Epstein.  Are
20  you the current director of the vascular
21  biology research center at Washington
22  Hospital Center?
23      A.   I'm the executive director
24  of the Cardiovascular Research Institute,
page 141
 1  which sits astride all of our research.
 2  And then I'm particularly the head of the
 3  vascular biology laboratory in which this
 4  particular study took place.
 5      Q.   Were you previously the
 6  chief of cardiology at the National
 7  Heart, Blood, Lung Institute with the
 8  NIH?
 9      A.   Yes.
10      Q.   Have you devoted much of
11  your life, sir, to researching issues
12  relating to coronary heart disease?
13      A.   Yes.

[141:14] - [141:16]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 141
14      Q.   Is one of the areas you've
15  researched extensively atherosclerosis?
16      A.   Yes.

[141:19] - [141:22]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 141
19          You consider yourself an
20  expert in the area of atherosclerosis,
21  right?
22      A.   Yes.

[141:23] - [142:19]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 141
23      Q.   Can you tell us what

13

24  atherosclerosis is, sir?
page 142
1       A.   Atherosclerosis is a disease
2  involving arteries, whether they be
3  serving the coronary arteries, the brain,
4  the peripheral -- the legs, which is
5  characterized by an inflammatory
6  response, an accumulation of cholesterol
7  and cholesterol products, as well as scar
8  tissue, which over the course of time
9  enlarges and, thereby, narrows the blood
10  vessel so that blood flow ultimately is
11  compromised and ischemia occurs in
12  whatever tissue is being supplied by that
13  artery.
14          These atherosclerotic
15  lesions can also rupture which could lead
16  to the development of an acute clot,
17  which would acutely lead to the cessation
18  of flow, which then could lead to a heart
19  attack or a stroke.

[142:22] - [143:3]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

*Calls for speculation*
*incomplete hypothetical*

page 142
22       Q.   When does atherosclerosis
23  start developing in people, Dr. Epstein?
24       A.   Well, there are studies
page 143
1  showing that it starts very early,
2  teenage years. It can. It doesn't
3  always.

[143:17] - [143:24]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 143
17       Q.   When human beings have
18  atherosclerosis, is it true that plaque
19  within the coronary arteries builds up
20  over time?
21       A.   Yes.
22       Q.   When that happens, does that
23  tend to narrow the blood vessel?
24       A.   Yes.

[144:12] - [144:14]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                      page 144
                      12    **Q.   Is it common in people who**
                      13 **have heart attacks for their plaque to**
                      14 **rupture?**

[144:17]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                      page 144
                      17       **THE WITNESS: Yes.** Sorry.

[144:22] - [145:5]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                      page 144             *incomplete hypothetical*
                      22    **Q.   Is it also common when**
                      23 **plaque ruptures for there to be a clot**
                      24 **that develops?**
                      page 145
                      1     **A.   Yes.**
                      2     **Q.   When the body clots in**
                      3 **response to a plaque rupture, do you**
                      4 **consider that to be a natural progression**
                      5 **or natural part of atherosclerosis?**

[145:8]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                      page 145
                      8       **THE WITNESS: Yes.**

[145:19] - [146:2]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                      page 145
                      19    **Q.   Have you seen this process**
                      20 **that we described just now as**
                      21 **atherosclerosis exist before Vioxx ever**
                      22 **came on the market?**
                      23    **A.   Yes.**
                      24    **Q.   And has it existed since**
                      page 146
                      1 **Vioxx was withdrawn from the market?**
                      2     **A.   Yes.**

[146:3] - [148:20]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 146
3       Q.   You mentioned that you've
4  done much research suggesting that
5  infection may play a role in the
6  development of atherosclerosis, is that
7  right?
8       A.   That's right.
9       Q.   Can you describe just
10  briefly how that would happen?  How is it
11  that an infection could contribute to
12  atherosclerosis?
13       A.   Well, what our lab and
14  several labs all over the world have
15  demonstrated is that a certain class of
16  infectious agents, namely those agents
17  that persist for either years or the
18  lifetime of an individual, and as an
19  example, it would be cytomegalovirus,
20  that those vessel -- that those
21  infectious agents, be they bacteria or
22  viruses, from large epidemiologic
23  studies, are associated with the -- a
24  greater incidence of the development of
page 147
1  coronary artery disease.
2             And the postulated
3  mechanisms are that they could induce a
4  chronic inflammation in the vessel wall
5  and by producing inflammation contributes
6  to atherosclerosis or an immune response
7  can be developed in response to the
8  pathogen.  And the immune response,
9  instead of just targeting the infectious
10  agent, because the infectious agent has
11  molecules that are very similar to what a
12  patient has, the antibodies could
13  actually produce harm to the vessel wall,
14  thinking that the vessel wall is a virus
15  or a bacteria.  So through either immune
16  mechanisms or inflammatory mechanisms.
17       Q.   And because you had seen
18  that phenomenon, you approached Merck in
19  March or so of 2000 to see if they would
20  assist in funding a study that then

16

21 became the study you did with Dr. Rott?
22     A.   Well, the bridge is that we
23 found that COX-2 enhanced the ability of
24 the virus to replicate, and that if we
page 148
 1 blocked COX-2, it reduced the ability of
 2 the virus to replicate.  Therefore, we
 3 felt that Vioxx might be an antiviral
 4 agent, and that's what led to my
 5 approaching Merck.
 6     Q.   So your thought was that if
 7 you did this study and Merck provided
 8 funding for it, that your hypothesis was
 9 that MF-tricyclic, the drug that was
10 used, would actually reduce the amount of
11 virus in the body?
12     A.   Correct.
13     Q.   Which could have a helpful
14 effect on atherosclerosis?
15     A.   Correct.
16     Q.   Did you also have another
17 hypothesis back in 2000 that MF-tricyclic
18 could actually have a direct helpful
19 effect on atherosclerosis?
20     A.   Yes.

[148:21] - [149:20]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 148
21     Q.   Can you explain why you
22 believed in 2000 and 2001 that Vioxx or
23 MF-tricyclic could have a helpful effect
24 on atherosclerosis?
page 149
 1     A.   COX-2, the enzyme, is an
 2 important mediator of inflammatory
 3 molecules, prostanoids, that when
 4 activated in blood vessels could lead to
 5 further inflammation and also the
 6 elaboration of molecules that could lead
 7 to plaque instability.
 8         And so that by inhibiting
 9 COX-2, our hypothesis and my thought at
10 the time was that we would inhibit those
11 pro-atherosclerotic processes that are
12 mediated by inflammatory mechanisms.

13     Q.   So was your thought, Dr.
14 Epstein, that because Vioxx and other
15 COX-2 inhibitors helped to reduce
16 inflammation in general, that they would
17 also help to reduce inflammation and,
18 therefore, slow down the progression of
19 atherosclerosis?
20     A.   That's correct.

[149:21] - [150:11]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 149
21     Q.   Would you turn with me, sir,
22 to Exhibit 15 at Page 25. This is a
23 document dated March 1st of 2000. It's
24 called "Research Proposal from The
page 150
1 Cardiovascular Research Institute:
2 Effects of a Specific COX-2 Inhibitor on
3 Cytomegalovirus Replication and
4 Atherosclerosis Progression in an apoE
5 Knockout Mice."
6          Is this the proposal that
7 you gave to Merck initially when you
8 wanted to do your study with Dr. Rott?
9     A.   There were several
10 iterations of this. I believe this is
11 the one that I sent to Merck.

[150:16] - [151:13]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 150
16     Q.   And then if you turn to the
17 second page of this document, can you
18 read under "Background" what you wrote in
19 the first sentence.
20     A.   "As many as 50% of patients
21 with atherosclerosis lack currently
22 identified risk factors (such as
23 hypertension, smoking,
24 hypercholesterolemia and diabetes), an
page 151
1 observation indicating that additional
2 factors predisposing to atherosclerosis
3 are as yet undetected. A parallel

18

4 observation is that while inflammation is
5 an essential component of atherogenesis,
6 the triggers that initiate and sustain
7 the inflammatory process have not been"
8 identitively -- "definitively identified.
9 One candidate trigger of the inflammatory
10 response involved in atherogenesis, and
11 therefore a candidate factor that
12 contributes to atherosclerosis is
13 infection."

[151:14] - [152:16]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 151
14        Q.    Focusing on the first
15 sentence, Dr. Epstein, is it true that
16 one of the reasons you were interested in
17 pursuing research along this line was
18 that you recognized that there are about
19 50 percent of people who have
20 atherosclerosis, but who do not have any
21 of the traditional risk factors?
22        A.    That's correct.
23        Q.    What do you mean when you
24 say "risk factors"?
page 152
1        A.    Well, as listed in this.
2 The traditional risk factors are
3 hypertension, smoking, high cholesterol
4 and diabetes.
5        Q.    Has it been known for some
6 time, sir, that hypertension, smoking,
7 hypercholesterolemia or high cholesterol
8 and diabetes are risk factors for
9 atherosclerosis and heart attacks?
10        A.    Yes.
11        Q.    But for those people who
12 don't have those particular risk factors,
13 it was your experience that they often
14 develop atherosclerosis as well and
15 unfortunately have heart attacks?
16        A.    That's correct.

[152:20] - [153:5]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 152
20      Q.   In other words, you don't
21  have to have high cholesterol,
22  hypertension, diabetes and smoking in
23  order to develop atherosclerosis and then
24  have a heart attack or stroke?
page 153
1       A.   No.  But these risk factors
2  just increase the likelihood that you
3  will.  But it doesn't -- if you don't
4  have them, it doesn't mean you won't have
5  the heart attack and stroke.

*401, 402, 403 lacks foundation*

[153:6] - [153:17]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 153
6       Q.   And you were searching as a
7  scientist to try to determine maybe
8  there's something else out there that we
9  don't know about yet, where maybe it's a
10  virus that's causing atherosclerosis.
11  And if COX-2 inhibition can reduce the
12  amount of virus in the body, well, maybe
13  that might help prevent the progression
14  of atherosclerosis in those people who
15  don't have risk factors.
16      A.   That's exactly what I
17  thought.

*401, 402, 403 lacks foundation*

[155:8] - [156:1]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 155
8       Q.   And then what your
9  anticipated results or your prediction
10  was, was on Page 10, or 34 at the bottom,
11  and you write, under "Anticipated
12  Results, we anticipate a lower viral load
13  in the Vioxx treated group."
14      A.   Correct.
15      Q.   So it was your hypothesis
16  that going into this study, MF-tricyclic
17  was going to reduce the amount of virus
18  in the mouse and then, hopefully, reduce
19  the amount of atherosclerosis?
20      A.   Correct.

20

21    Q.   And then you also had a
22 theory about MF-tricyclic's direct effect
23 on atherosclerosis apart from this
24 antivirus aspect, right?
page 156
1    A.   Um-hmm, yes.

[156:2] - [157:11]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 156
2    Q.   And if you look on Page 35
3 under B3, you say, "To determine whether
4 treatment with Vioxx will inhibit
5 inflammation-induced atherosclerosis
6 progression in atherogenetic-mice (in the
7 absence of infection)."
8       Is that another way of
9 saying, this is the test you wanted to do
10 to see if Vioxx, or what turned out to be
11 MF-tricyclic, would reduce inflammation
12 in the mice and, therefore, retard or
13 slow down the progression of
14 atherosclerosis?
15    A.   That's correct.
16    Q.   And your anticipation in 35,
17 under "Anticipated Results," was what?
18 Can you read that, please?
19    A.   "We anticipate that Vioxx
20 treatment will reduce the progression of
21 atherosclerotic lesions."
22    Q.   Did you believe that
23 inflammation played a critical role in
24 atherogenesis, sir?
page 157
1    A.   Yes.
2    Q.   So your hope was that, with
3 Vioxx, or MF-tricyclic or COX-2
4 inhibition, you would be able to show in
5 animals that the COX-2 inhibition
6 actually slowed down the progression of
7 atherosclerosis?
8    A.   Correct.
9    Q.   That was your expectation?
10    A.   That was our hypothesis,
11 right.

Asked + answered

**[157:12] - [157:18]**    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 157
12      Q.   Was it true back in the time
13 that Vioxx was on the market, let's say
14 in the 2000, 2001 time frame, that you
15 were not alone in thinking that COX-2
16 inhibition could help slow down the
17 progression of atherosclerosis?
18      A.   That's correct.

**[157:19] - [159:2]**    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 157
19      Q.   Can you tell me a little bit
20 more about that?
21      A.   Well, anyone who is
22 knowledgeable about two facts; one is
23 that inflammation is a critical component
24 of atherosclerosis, which by that time
page 158
 1 most physicians interested in
 2 atherosclerosis; and, two, that COX-2
 3 inhibitors or COX-2 was an important
 4 modulator of inflammation and, therefore,
 5 if you inhibited inflammation, then the
 6 two would naturally seem to go together.
 7 If you inhibited inflammation by
 8 inhibiting COX-2, there was a reasonably
 9 good chance that you might inhibit the
10 atherosclerotic process.
11      Q.   Based on your research also,
12 Dr. Epstein, are you aware that there
13 were several articles all the way through
14 2004 where doctors and scientists were
15 predicting that Vioxx and other COX-2
16 inhibitors would be beneficial for the
17 heart by reducing atherosclerosis?
18      A.   Yes.
19      Q.   And scientists like yourself
20 had that theory that Vioxx could be
21 beneficial for the heart even after Dr.
22 FitzGerald, Garrett FitzGerald, published
23 his study showing that Vioxx reduced the
24 amount of prostacyclin metabolite in the

page 159
1  urine?
2        A.   That's correct.

[160:16] - [160:21]        5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 160
16        Q.   Was it also general
17  knowledge, Dr. Epstein, that just because
18  you have a reduction in prostacyclin
19  metabolite in the urine doesn't mean that
20  the reduction of prostacyclin is coming
21  from the blood vessel?

*beyond the scope of Dr. Epstein's article vague ambiguous*

[161:3]        5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 161
3        A.   True.

[161:16] - [161:21]        5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 161
16        Q.   Is it true, Dr. Epstein,
17  that a 60 percent reduction in the
18  prostacyclin urinary metabolite does not
19  necessarily mean that there's going to be
20  anything clinically significant about
21  that reduction?

*vague ambiguous incomplete hypothetical*

[161:24] - [162:1]        5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 161
24        THE WITNESS:  The way you
page 162
1        phrased that, I would agree.

[162:11] - [162:20]        5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 162
11        Q.   Are you aware of any study,
12  Dr. Epstein, showing that a 60 percent
13  reduction in prostacyclin, let's just say
14  prostacyclin, in the blood vessel

15 actually has any clinical effect on human
16 beings?
17      A.   I don't know of any study
18 that have measured specifically the 60
19 percent reduction in prostacyclin in a
20 blood vessel wall.

[162:21] - [163:2]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations


page 162
21      Q.   Can you turn with me,
22 please, sir, to Page 36 of your study and
23 read what you wrote on under "Importance
24 of the Suggested Research."
page 163
1           I'm going to ask you to read
2 a few sentences?

[163:7] - [164:23]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations


page 163
7           Okay.  "Importance of the
8 Suggested Research.  Coronary artery
9 disease results in 500,000 deaths, 1.25
10 million myocardial infarctions, and an
11 economic burden of 46 billion dollars
12 each year.  Currently more than 10
13 million Americans have symptomatic
14 coronary artery disease, and asymptomatic
15 is even more common."
16      Q.   Let me stop you there.
17           What did you mean when you
18 wrote that there are currently, and this
19 was back in 2000, more than 10 million
20 Americans with symptomatic coronary
21 artery disease, and then you say that
22 there are even more Americans that have
23 asymptomatic disease?
24           Can you translate that to a
page 164
1 noncardiologist like myself?
2      A.   Well, if you take patients
3 who have had a heart attack or who have
4 one of the most common symptoms of
5 coronary artery disease, and that is

24

6  angina pectoris, they represent about 10
7  million people in the United States.
8        However, there are many more
9  individuals, and the exact number is very
10  difficult to get at, but there are
11  certainly an enormous number of
12  individuals who have very early stage
13  atherosclerosis, which is not severe
14  enough to become manifest
15  symptomatically.
16        So it's sort of a silent
17  disease, but it's there, and could lead
18  to a sudden rupture and heart attack even
19  without preceding symptoms.
20    Q.   Are there many Americans,
21  sir, who have severe coronary artery
22  disease in their arteries and don't have
23  symptoms?

*vague, ambiguous, calls for speculation*

[165:2] - [165:18]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 165
2        THE WITNESS:  It's hard to
3        know what you mean by "severe."
4        But a general response is that
5        there are individuals who have
6        surprising severe disease and yet
7        manifest no symptoms.
8  BY MR. GOLDMAN:
9    Q.   Is it also true that many
10  Americans have severe coronary artery
11  disease and don't even know it until they
12  have a heart attack?
13    A.   That's correct.
14    Q.   Is it also true that many
15  Americans, unfortunately, die without
16  ever knowing that they had severe
17  coronary artery disease?
18    A.   That's correct.

*calls for speculation*

[165:19] - [166:23]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 165
19    Q.   Skipping down two sentences,
20  you wrote, "However 50 percent of

25

21 coronary artery disease patients lack
22 traditional coronary artery disease risk
23 factors," and then you list them.
24 "Evidence now implicates inflammation as
page 166
1 a major contributing factor in
2 atherogenesis, and evidence is becoming
3 compelling that infection constitutes an
4 additional risk factor for coronary
5 artery disease."
6        That's consistent with what
7 you said earlier --
8    A.   That's correct.
9    Q.   -- about the thinking in the
10 scientific community that, putting aside
11 smoking, diabetes, high cholesterol, all
12 the traditional risk factors, now we
13 think that inflammation may play a role
14 in atherosclerosis?
15    A.   Um-hmm.
16    Q.   Right?
17    A.   That's correct.
18    Q.   So the thinking was, if
19 that's true, then COX-2 inhibition, which
20 would reduce the amount of inflammation,
21 would slow down the development of
22 atherosclerosis, right?
23    A.   That's true.

*403 - cummulative evidence, Asked + answered*

[166:24] - [168:12]        5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 166
24    Q.   And then at the last
page 167
1 sentence, "If it in addition
2 demonstrates," and by "it," we're talking
3 about Vioxx, "demonstrates the capacity
4 to reduce atherosclerosis progression,
5 either pathogen related or pathogen
6 independent," I'm going to ask you to
7 explain that, "a strong case can be made
8 of the routine daily administration of
9 Vioxx to all individuals who do have some
10 specific contraindication."
11        Can you --
12    A.   "Who do not have." That's a

13 typo. "Who do not have -- "who do not
14 have a specific contraindication" to
15 Vioxx.
16     Q.   By contra --
17     A.   That means that do they have
18 something that you would say they should
19 not take Vioxx for.  So that is an
20 unfortunate typo.
21     Q.   Can you explain what you
22 meant by that last sentence, sir?
23     A.   Yes.  So if -- so since
24 infection -- it has been my belief that
page 168
1 infection contributes to atherosclerosis
2 and one of the mechanisms whereby it
3 contributes to atherosclerosis is through
4 inducing an inflammatory response.  And
5 since even in the absence of viral
6 infection, atherosclerosis involves
7 inflammation, so my statement here means
8 that a drug that blocks COX-2 like Vioxx
9 might reduce atherosclerosis, whether
10 it's related to infection or whether
11 there is no infection present through its
12 effects on inflammation.

[170:19] - [172:3]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 170
19     Q.   Now, let's talk in a little
20 bit more detail about your study, Dr.
21 Rott -- Dr. Epstein.  Sorry.  I just
22 looked at the first name.
23          Directing your attention to
24 the study that you were the primary
page 171
1 author of and that you did with Dr. Rott,
2 let's go back and start in a little bit
3 more detail concerning the methods that
4 you used.
5     A.   Okay.
6     Q.   Can you tell us what an
7 apoE-KO mouse is in as simple terms as
8 you can.
9     A.   It's usually referred to as
10 an apoE knockout mouse.  And that -- the

11 gene that is responsible for making a
12 protein called apoE is through molecular
13 techniques.  Knockout, it's taken out of
14 the genome of the mouse.  So it's not
15 there and, therefore, apoE is not there,
16 which is the protein that the gene
17 encodes.  And apoE is involved in the
18 transportation of cholesterol to the
19 liver, where it's metabolized.
20          In the absence of apoE, that
21 process is impaired leading to an
22 increase in cholesterol in such rabbits,
23 and ultimately this leads to the
24 development of atherosclerosis.
page 172
1      Q.   Are these mice considered
2 genetically altered mice?
3      A.   Correct.

[172:4] - [172:18]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 172
4      Q.   And is it a typical type of
5 a mouse model to study in this area of
6 atherosclerosis because that type of a
7 mouse can grow atherosclerotic lesions?
8      A.   Correct.
9      Q.   And by growing
10 atherosclerotic lesions, scientists like
11 you can study the lesions and determine
12 whether or not they're growing or not as
13 a result of a particular medicine?
14      A.   Correct.
15      Q.   When we talk about
16 atherosclerotic lesions, what are we
17 referring to?  Is that plaque?
18      A.   Yes.

[172:19] - [173:5]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 172
19      Q.   How long did you actually
20 conduct the apoE knockout mice study with
21 Dr. Rott?  Was that three weeks of --
22      A.   So you mean -- the study

23 took a long time.
24      Q.   Yes.  How long were the mice
page 173
 1 actually analyzed?
 2      A.   Three weeks.  From the time
 3 of initiation of MF-tricyclic
 4 administration to the termination of the
 5 study was three weeks.

[173:16] - [173:20]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 173
16           After you analyzed the
17 plaque of these 11-week-old mice, you
18 noticed to your surprise that there was
19 an increase in early lesion development.
20      A.   Correct.

[175:1] - [175:7]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 175
 1      Q.   So how long would you
 2 estimate three weeks of treatment in a
 3 mouse translates into treatment in
 4 humans?
 5      A.   I wouldn't -- I wouldn't --
 6 there's no way I could make that
 7 estimation.

*calls for speculation*

[175:19] - [176:2]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 175
19      Q.   Would it be improper to say
20 that just because you see an effect on
21 lesion size with MF-tricyclic after three
22 weeks of treatment, that that reflects --
23 that even in humans, you would expect to
24 see an increase in atherosclerosis in a
page 176
 1 short period of time if you use a COX-2
 2 inhibitor?

*ambiguous*

[176:5] - [176:11]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

29

page 176
5          THE WITNESS: Yes. I don't
6     think that the results in this
7     model can be so equivalently
8     transferred to patients. It
9     raises that as a question, but
10     certainly our study doesn't
11     definitively answer that.

] *ambiguous*

[176:13] - [176:16]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations


page 176
13     Q.   How high of a dose of
14 MF-tricyclic was used in your study
15 relative to, let's say, a 25 milligram
16 daily dose of Vioxx?

[177:8] - [177:10]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations


page 177
8     A.   It was several times higher
9 than the usual concentrations of Vioxx
10 that are administered clinically.

[177:11] - [178:12]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations


page 177
11     Q.   And what is the significance
12 of having a dose that's several times
13 higher used in a mouse model when you're
14 trying to predict whether the effect
15 that's seen in that model will be seen in
16 humans?
17     A.   Well, whenever you undertake
18 a study in a mouse, you first want to
19 demonstrate proof of concept, and you
20 never know what the equivalent dose is in
21 a mouse and a patient. So to say --
22 because you don't know whether the
23 disease processes are as responsive to a
24 drug in a mouse as in a patient.
page 178
1          So as a first step in any
2 drug-related study, usually you give more
3 than the equivalent dose in patients,

30

4 because if you see a beneficial effect or
5 if you don't see a bad effect with a very
6 high dose, then you could feel quite
7 comfortable.
8        So usually these studies
9 initially at least are designed so that
10 there is a greater amount of drug
11 administered to a mouse than you would to
12 a human.

[180:3] - [181:7]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 180
3        I want to ask you a few
4 questions, Dr. Epstein, about other
5 sections of this article that Mr.
6 Sizemore didn't ask you about.
7        On Page 1818, do you see
8 that you wrote, "These concepts, however,
9 must still be considered" hypothesis --
10 "hypotheses to be validated."
11        Let's stop there.  What did
12 you mean when you wrote "these concepts,
13 however, must still be considered
14 hypotheses to be validated"?
15    A.   This was the -- to my
16 knowledge, the first -- excuse me -- the
17 first study demonstrating that a COX-2
18 inhibitor had deleterious effects.
19        Excuse me.
20        And so whenever you have a
21 first observation, especially of
22 something that has such important
23 potential implications, it always has to
24 be validated by another study.
page 181
1    Q.   Why?
2    A.   Because you could get
3 different results.  And the results from
4 any one study could be fortuitously
5 positive or negative.  And so, in
6 science, that's the whole reason that
7 studies have to be duplicated.

[182:3] - [182:9]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 182
3      Q.   As of the date you published
4   your article, Dr. Epstein, to your
5   knowledge, this was the first study in
6   animals showing any potential harmful
7   effect of a COX-2 inhibitor on
8   atherosclerosis?
9      A.   Correct.

[182:10] - [182:15]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 182
10      Q.   But even in the face of this
11   new observation, what you're saying in
12   this study is that this observation needs
13   to be validated and can't just be
14   accepted as true?
15      A.   Correct.

[183:10] - [184:11]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 183
10      Q.   We just talked about the
11   first part of that sentence about how the
12   concepts need to be validated, and then
13   you continue and you write, "as other
14   data relating to selective COX-2
15   inhibition suggest possible
16   anti-atherogenesis effects (through
17   inhibition of inflammation) and a plaque
18   stabilization effect," and I'm not going
19   to try to read the rest, because I can't
20   understand the words.  And then you cite
21   an article, 35.
22      A.   Um-hmm.
23      Q.   Right?
24      A.   Yes.
page 184
1      Q.   We're going to talk about
2   the article in a minute, but can you
3   explain what you meant in that portion of
4   the sentence?
5      A.   Namely that COX-2 is a very
6   complex molecule with complex actions.
7   And if you just look at the molecular

32

8 pathways that it modulates, you could
9 hypo — you could argue that it has
10 anti-atherosclerotic effects or
11 pro-atherosclerotic effects.

[184:12] - [184:18]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 184
12     Q.   And when you said a plaque
13 stabilization effect, were you saying
14 that there are data out there suggesting
15 that COX-2 inhibitors might actually
16 stabilize plaque and reduce the
17 likelihood of a plaque rupture?
18     A.   The simple answer is yes.

[184:19] - [184:21]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 184
19     Q.   Let's take a look at what
20 I'll mark as the next exhibit.  This is
21 the article that you cite as 35.  I'll

[186:3] - [187:3]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 186
3          And it's an article by Dr.
4 Cipollone?  Is that how you pronounce it?
5     A.   Cipollone, I would have
6 thought.
7     Q.   Cipollone.
8     A.   I don't know him.
9     Q.   Do you recognize the journal
10 that this is in?
11     A.   Yes.
12     Q.   What is the name of the
13 journal?
14     A.   Circulation.
15     Q.   Is that a journal that you
16 have served as an editor for?
17     A.   On the editorial board.
18     Q.   For how long did you serve
19 on the editorial board of Circulation?
20     A.   Many years.  I don't
21 remember exactly.

22    Q.   Almost 30?
23    A.   Might be.
24    Q.   Is Circulation one of the
page 187
1  most respected medical journals that
2  cardiologists read?
3    A.   Yes.

[187:16] - [188:7]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 187
16    Q.   You cited this article in
17  your paper, Dr. Epstein, so I assume you
18  read it before?
19    A.   I did.
20    Q.   And you might need to
21  refresh your recollection, feel free to
22  read as much of this as you want, but it
23  appears in the methods and results
24  section of the abstract to be a study
page 188
1  that analyzed actual plaques from 50
2  human beings who underwent a particular
3  surgery and then their plaques were
4  analyzed, right?
5    A.   Correct.
6    Q.   What types of groups were
7  these plaques taken from?

[188:8] - [188:23]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 188
8    A.   These were patients who were
9  either -- who had no symptoms and
10  patients who had symptoms of ischemia to
11  the brain, and I would have to go over
12  the details as to what specific symptoms,
13  but they -- they were clearly symptomatic
14  and a group of patients in whom stroke
15  had either occurred or was threatening.
16    Q.   So they took plaque from 25
17  people who were symptomatic or who had
18  evidence of actual stroke damage, and 25
19  other people were in a group where their
20  plaques were not symptomatic and they had

34

21 not experienced any manifestation of a
22 cardiovascular problem?
23      A.   That's correct.

[188:24] - [189:9]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 188
24      Q.   If you turn with me to Page
page 189
1 924, please, right column, under
2 discussion, second paragraph, it states,
3 "Concomitantly higher expression of
4 COX-2, PGES, MMP-2 and MMP-9 was found in
5 specimens obtained from the 'culprit'
6 carotid lesions of patients with recent
7 transient ischemic attack or stroke
8 compared with specimens obtained from
9 asymptomatic patients."

[190:6] - [190:12]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 190
6      Q.   Is that another way of
7 saying that the plaque that was analyzed
8 from those patients that had symptomatic
9 disease contained more COX-2 enzyme than
10 the plaque that was analyzed from people
11 who did not have symptomatic disease?
12      A.   That's correct.

[190:22] - [191:6]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 190
22           Turning to 926, please, sir.
23 In the right column, first full
24 paragraph, it states, "In conclusion,
page 191
1 this study addresses the missing link
2 between COX-2 overexpression and plaque
3 instability by demonstrating the high
4 prevalence of the functionally coupled
5 COX-2/PGES in human atherosclerotic
6 lesions."

[191:19] - [191:24]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 191
19    Q.  Is it true, Dr. Epstein,
20 that what this is saying is that there is
21 more COX-2 enzyme present and more plaque
22 instability in those patients who have
23 symptomatic disease?
24    A.  Correct.

[192:1] - [193:8]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 192
1    Q.  If you read the last
2 sentence of the paragraph, "From a
3 practical standpoint, these findings
4 raise the possibility that the selective
5 COX-2 inhibitors now currently available
6 for" current use -- sorry -- "for
7 clinical use or future PGES inhibitors
8 might provide a novel form of therapy for
9 plaque stabilization of patients with
10 atherosclerotic disease and prevention of
11 acute ischemic syndromes."
12     Can you explain what that
13 means in terms that I might understand?
14    A.  So this is -- as I say, it's
15 an observational study, and it really
16 doesn't prove anything. It raises
17 interesting possibilities. So you see
18 more COX-2 protein and you see more of
19 this enzyme, prostaglandin E synthase
20 PGES, in the symptomatic plaques.
21     Now, the simple -- and then
22 they also show separately in the study
23 that PGE2 causes inflammatory cells to
24 secrete an enzyme, MMP-9, that can
page 193
1 degrade fibrotic tissue.
2     And if you just put all of
3 that together, one conclusion is that
4 that could lead, by developing this
5 MMP-9, which degrades -- causes the
6 dissolution of fibrotic tissue, that
7 could lead to the instability of the
8 plaque.

[193:11] - [193:16]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 193
> 11          Is that another way of
> 12 saying that COX-2 inhibitors — if this
> 13 phenomenon is true that was observed in
> 14 this study, COX-2 inhibitors would
> 15 stabilize plaque and make plaque less
> 16 likely to rupture in human beings?

[193:22] - [194:7]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 193
> 22          THE WITNESS:  So, you know,
> 23      one explanation is as you've put
> 24      it.  The other, as a scientist,
> page 194
> 1       plaque stabilization is very, very
> 2       complex, and there are multiple
> 3       factors involved.  And this could
> 4       be one that leads to
> 5       stabilization.  But other things
> 6       could be going on that could lead
> 7       to instability.

[194:9] - [194:19]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 194
> 9       Q.   So this is a study that
> 10 doesn't prove that COX-2 inhibitors
> 11 stabilize plaque, but it's evidence in
> 12 the scientific literature that suggests
> 13 that COX-2 inhibitors might actually be
> 14 beneficial in terms of atherosclerosis?
> 15      A.   Yes.  What the author states
> 16 is correct.  These findings raise the
> 17 possibility, might provide a novel form.
> 18 So I think that they were appropriately
> 19 cautious.

[194:22] - [195:9]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 194
> 22      Q.   If you look back at your

23  study now, Dr. Epstein, Page 1818, after
24  you cite the Cipollone article, in the
page 195
1  left column --
2      A.   1818, I got it, yes.
3      Q.   -- you say, "Moreover, our
4  results may be model-, therapy duration-,
5  and drug-specific."
6          Let's stop there.
7          What do you mean when you
8  say the results in your study might be
9  model specific?

[195:10] - [195:24]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 195
10     A.   Well, as we've talked all
11  along, the mouse provides important clues
12  and important evidence of concepts, but
13  it doesn't provide proof.  And it's
14  conceivable that what we find in a given
15  mouse model might not be applicable to
16  patients.
17     Q.   Is it also true that what
18  you find in one particular mouse model
19  may not be found in another type of mouse
20  model?
21     A.   That's correct.
22     Q.   Or a different type of
23  animal model?
24     A.   That's correct.

[196:1] - [196:6]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 196
1      Q.   What do you mean by our
2  results may be therapy duration specific?
3      A.   Well, if you give a drug for
4  a day or if you give it for a year, the
5  effects may be very different, and
6  everything in between.

[196:18] - [197:2]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 196

*calls for speculation*

18    Q.   Dr. Epstein, when you say
19  that your results may be therapy duration
20  specific, is one possibility that if you
21  had conducted your study for longer than
22  three weeks, you may have seen that the
23  size of the atherosclerotic lesions
24  involving MF-tricyclic either was not
page 197
1  changed or was, in fact, reduced by
2  MF-tricyclic?

[197:8] - [197:10]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 197
8        THE WITNESS:  Any — I mean,
9      it's speculation, and anything
10       might be possible.

[197:12] - [197:21]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 197
12    Q.   Are you aware of other mice
13  studies that did study the effect of
14  MF-tricyclic and Vioxx and other COX-2
15  inhibitors for a longer period of time
16  than your study and found either that
17  there was no effect on the size of the
18  atherosclerotic plaque or that the COX-2
19  inhibitor actually reduced the size of
20  the plaque?
21    A.   Yes.

[197:22] - [198:5]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 197
22    Q.  I think your statement about
23  our results may be drug specific is
24  self-explanatory.
page 198
1        I assume that means that
2  what you see with MF-tricyclic may not be
3  seen with Celebrex or Vioxx or another
4  molecule?
5    A.   That's correct.

39

[198:9] - [199:19]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 198
> 9    Q.  And then you talk about a
> 10 Practico — Pratico article. "For
> 11 example, Pratico," which is cited as 33,
> 12 "used a low-density lipoprotein receptor
> 13 knockout mouse" -- is that a different
> 14 type of a mouse than the apoE?
> 15    A.  Yes. It results in high
> 16 cholesterol, but it's a different way of
> 17 getting there.
> 18    Q.  And in that study, "the
> 19 selective COX-2 inhibitor," is it
> 20 nimesulide?
> 21    A.  I think that's how you
> 22 pronounce it, yes.
> 23    Q.  So the COX-2 inhibitor was
> 24 nimesulide "and sacrificed mice at 26
> page 199
> 1 weeks of age compared with our 11 weeks
> 2 of age."
> 3    So in the Pratico study, are
> 4 you pointing out here that the study
> 5 lasted longer than your study did?
> 6    A.  And it's — a different drug
> 7 was used.
> 8    Q.  And it's a different mouse
> 9 model?
> 10    A.  And it's a different mouse
> 11 model.
> 12    Q.  And in Pratico, you wrote,
> 13 "they found the COX-2 inhibitor exerted
> 14 no effect on the rate of atherogenesis."
> 15    A.  I did.
> 16    Q.  What does that mean?
> 17    A.  That the inhibitor, the
> 18 COX-2 inhibitor, did not exert any effect
> 19 on the development of atherosclerosis.

[200:13] - [200:14]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

> page 200
> 13    Q.  Let me hand you what I'll
> 14 mark as Exhibit 17.  This is the study --

**[201:3] - [201:16]**      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

> page 201
> 3          Is this the article, Dr.
> 4  Epstein, that you cite in your study with
> 5  Dr. Rott?
> 6      A.  It is.
> 7      Q.  And in the authors' section,
> 8  it says, Domenico Pratico, and then all
> 9  the way at the end, whose name is listed?
> 10     A.  Dr. FitzGerald.
> 11     Q.  And that's the same Dr.
> 12  FitzGerald who identified in his study
> 13  the reduction of prostacyclin metabolite
> 14  in the urine, right?
> 15     A.  I haven't read that, but I'm
> 16  assuming that's correct.

*calls for speculation*

**[201:17] - [202:12]**      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

> page 201
> 17     Q.  Let me start by asking you
> 18  to turn to Figure 5, which is on Page
> 19  3361. Are you there?
> 20     A.  Yes. I'm sorry, I am.
> 21     Q.  Can you just hold that up
> 22  for the jury just to point out what we're
> 23  looking at? We're going to have it on
> 24  the screen hopefully.
> page 202
> 1      A.  (Witness complies with
> 2  counsel's request.)
> 3      Q.  Thank you.
> 4          Can you describe what this
> 5  graph shows? There's three different
> 6  bars, placebo, indomethacin, which is a
> 7  traditional nonselective COX --
> 8  nonselective NSAID and nimesulide which
> 9  is a COX-2 inhibitor. And then on the Y
> 10  axis, aortic lesion area.
> 11         Can you describe, please,
> 12  what this graph shows?

**[202:13] - [203:6]**      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 202
13        A.   It shows that the
14   nonspecific COX inhibitor, indomethacin,
15   which blocks both COX-1 and COX-2,
16   results over the course of the 18 weeks
17   of therapy, I think -- results in a
18   decrease in aortic atherosclerotic lesion
19   area, whereas nimesulide had no
20   significant effect.
21        Q.   If you just look at the bars
22   alone, putting aside statistical
23   significance --
24        A.   I don't do that.
page 203
1        Q.   We'll talk about that -- why
2   don't you put aside statistical
3   significance?
4        A.   Because the only way to know
5   whether they're two different events is
6   to apply statistics to it.

[203:7] - [203:11]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 203
7        Q.   Would you think that it
8   would be improper for a scientist to take
9   results of a study and say that there was
10   a difference between two drugs if the
11   result was not statistically significant?

*calls for
speculation

incomplete
hypothetical*

[203:17] - [203:18]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 203
17             THE WITNESS:  It would be
18        improper.

[203:20] - [204:23]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 203
20        Q.   If you look at the graph
21   here, the placebo bar raises up to a
22   little bit over eight percent, right?
23        A.   Right.
24        Q.   And then indomethacin, which
page 204

1 is a non-selective inhibitor, that shows
2 a reduction in lesion size to under four
3 percent, correct?
4      A.   That's correct.
5      Q.   And if you look at the COX-2
6 inhibitor, nimesulide, there is a
7 reduction compared to placebo to the
8 point where nimesulide is about six
9 percent.
10          Do you see that?
11      A.   I do.
12      Q.   Would it be fair to say,
13 because there is a reduction there seen
14 in a graph like that, that there is
15 actually a difference and a benefit that
16 you get from the COX-2 inhibitor in terms
17 of effect on lesion size?
18      A.   No.
19      Q.   Why not?
20      A.   It's not statistically
21 significant and, therefore, it could be
22 due to chance alone.  And this is what
23 Dr. FitzGerald correctly points out.

[204:24] - [205:24]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 204
24      Q.   Now, this particular study
page 205
1 was written March 13th of 2001, and I'll
2 represent to you that that was after the
3 VIGOR study came out.  Okay?
4      A.   Um-hmm.
5      Q.   And let's take a look at
6 what Dr. FitzGerald says back at the time
7 about this study on atherosclerosis.
8      A.   The VIGOR study or --
9      Q.   No, his study here.
10      A.   Okay.
11      Q.   In the abstract, start
12 there, can you read the second to last
13 sentence.
14      A.   "Accelerated progression of
15 atherosclerosis is unlikely during
16 chronic intake of specific COX-2
17 inhibitors."

18     Q.   Is Dr. FitzGerald saying
19  there that based on this particular
20  study, he believes that if you take COX-2
21  inhibitors chronically, that it is
22  unlikely that they will affect the
23  progression of atherosclerosis?
24     A.   That's correct.

[206:20] - [207:1]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 206
20     Q.   Why did you decide to
21  include this particular citation in your
22  article?
23     A.   I wanted to quote as many of
24  the articles that I knew of that either
page 207
 1  supported or did not support our study.

[207:17] - [208:6]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 207
17     Q.   When you're doing a
18  scientific analysis, Dr. Epstein, is it
19  important to consider all of the relevant
20  scientific literature on a particular
21  topic?
22     A.   Yes.
23     Q.   Would it be improper to
24  simply identify one study, like the one
page 208
 1  that you did with Dr. Rott, or one
 2  particular clinical study and say, based
 3  on that study, there is a cause and
 4  effect relationship between a drug and a
 5  side effect?
 6     A.   It would be improper.

[208:7] - [208:15]    5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 208
 7     Q.   Why?
 8     A.   Because science is -- is a
 9  difficult -- it's difficult and the
10  results depend on multiple variables.

44

11 And it may very well be that a specific
12 outcome using one approach may be very
13 different from a specific outcome using a
14 different approach, whether that relates
15 to animal studies or human trials.

[212:6] - [213:5]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 212
6      Q.   If you turn, Dr. Epstein,
7 back to Page 1816 and focus your
8 attention on the right column middle of
9 the first full paragraph, do you see
10 where you wrote, "It should be noted that
11 lesions in this particular model, in
12 which apoE knockout mice were sacrificed
13 at only 11 weeks of age and after only 3
14 weeks on the selective COX-2 inhibitor,
15 were very early lesions.  Therefore, our
16 results are probably more relevant to
17 lesion initiation."
18      A.   Yes.
19      Q.   Can you explain that, sir?
20      A.   Well, what we studied was
21 very early development of atherosclerosis
22 lesions.  So given that that's what we
23 investigated, we can't say from our study
24 what would happen over the longer term.
page 213
1 What we can say is over the relatively
2 short-term, the results seen in our
3 particular model raise some concern about
4 whether these drugs can influence the
5 early development of atherosclerosis.

[213:6] - [213:12]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 213
6      Q.   Is it fair to say, Dr.
7 Epstein, that the findings of your study,
8 while they may be relevant to mice in the
9 early stages of atherosclerosis, may not
10 be relevant when you're talking about
11 advanced atherosclerosis?
12      A.   That's absolutely true.

[213:16] - [213:24]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                        page 213
                        16         **Just because in your study,**
                        17  **there was a finding in mice after three**
                        18  **weeks of dosing that MF-tricyclic**
                        19  **increased the size of the atherosclerotic**
                        20  **plaque doesn't mean that MF-tricyclic or**
                        21  **any other COX-2 inhibitor for that matter**
                        22  **necessarily accelerates the progression**
                        23  **of existing atherosclerosis?**
                        24      **A.   That's correct.**

[214:1] - [214:6]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                        page 214
                        1      **Q.   Nor, do the findings in your**
                        2  **study mean that MF-tricyclic, or any**
                        3  **other COX-2 inhibitor for that matter,**
                        4  **increased the likelihood of plaque**
                        5  **rupture at that stage of atherosclerosis,**
                        6  **true?**

[214:9] - [214:11]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                        page 214
                        9         **THE WITNESS:  This study**
                        10      **does not investigate that**
                        11      **particular point.**

[216:6] - [216:10]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                        page 216
                        6      **Q.   You didn't suggest in this**
                        7  **paper at all that because of your**
                        8  **results, Vioxx should be removed from the**
                        9  **market, did you?**
                        10      **A.   Correct.**

[220:3] - [220:23]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

                        page 220
                        3      **Q.   When you referenced that the**

4  doses given to the mice resulted in blood
5  levels that were at least four times
6  higher than those seen in patients
7  receiving the usual clinical dose of
8  Vioxx, why did you decide to include that
9  language?
10      A.  Because, once again, we
11  wanted to make sure that everyone was
12  aware that the doses we were using
13  resulted in higher than usual doses as
14  achieved in patients.
15      Q.  Why is it important for
16  patients or the medical community to have
17  that understanding?
18      A.  Because it may very well be
19  that in the doses that are used
20  clinically, which are — result in lower
21  concentrations of Vioxx, that it might
22  not have the same effects as higher
23  doses.

[220:24] - [222:1]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 220
24      Q.  The last paragraph, sir, of
page 221
1  your article, you wrote, "Because of the
2  importance of the implications of the
3  conclusions deriving from our
4  investigation, and because of the
5  intrinsic limitations of an animal model
6  outlined above, the conclusions must be
7  regarded as tentative and hypothesis
8  generating."
9          Can you describe what you
10  mean by "tentative and hypothesis
11  generating"?
12      A.  The conclusions are
13  definitive for the particular model and
14  the particular experimental conditions
15  that we used.  However, the more generic
16  conclusions, that is, that this might
17  apply to all COX-2 inhibitors, has to be
18  considered still a hypothesis to be
19  tested.
20          So our results essentially

21 generated a new hypothesis, that
22 hypothesis being that COX-2 inhibitors
23 can result in a worsening of
24 atherosclerosis. So it developed a new
page 222
 1 — our findings created a new hypothesis.

[223:15] - [224:2]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 223
15      Q.   Would it be improper, Dr.
16 Epstein, to only take the results of your
17 study and say, this study proves that
18 Vioxx causes an acceleration of
19 atherosclerosis in human beings?
20      A.   It would be improper.
21      Q.   Would it also be improper to
22 hold up your study and say, this proves
23 that Vioxx and other COX-2 inhibitors
24 increase the likelihood of plaque
page 224
 1 rupture?
 2      A.   It would be improper.

[226:7] - [226:23]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 226
 7      Q.   Based on your research, Dr.
 8 Epstein, have you found any animal
 9 studies showing that Vioxx worsened
10 atherosclerosis?
11      A.   No.
12      Q.   Have you found in your
13 investigation, Dr. Epstein, that at least
14 one study in mice showed that Vioxx
15 actually reduced the size of
16 atherosclerotic lesions?
17      A.   I just want to confirm, was
18 that the Oates, John Oates' study?
19      Q.   I refer to it as Burley.
20      A.   Burley, right. Okay. John
21 was just a mentor of mine way back. So I
22 remember his name.
23           Yes, the answer then is yes.

[227:17] - [227:22]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 227
17    Q.    Based on your research, Dr.
18  Epstein, is it true that every mouse
19  study that has been done with
20  MF-tricyclic, other than yours, has shown
21  no effect on the atherosclerotic process?
22    A.    Correct.

[227:23] - [228:6]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 227
23    Q.    Is it true, Dr. Epstein,
24  that every mouse study using COX-2
page 228
1  inhibitors like Celebrex, nimesulide,
2  NS-398, SC-236, either show no effect on
3  atherosclerosis or a decrease in lesion
4  size?
5    A.    Under the conditions
6  studied, the answer is yes.

[231:15] - [231:19]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 231
15    Q.    You talked with Mr. Sizemore
16  briefly about the Egan study.  Do you
17  remember that?
18    A.    Yes.
19    Q.    Let me show you that.  I'll

[232:5] - [232:14]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 232
5    Q.    This is a study that is also
6  published in Circulation, and it's titled
7  "Cyclooxygenase, Thromboxane and
8  Atherosclerosis."  And this is the study
9  that includes Dr. FitzGerald as an
10  author, right?
11    A.    That's correct.
12    Q.    Did this study test
13  MF-tricyclic as one of the drugs?

14      A.   That's correct.

[234:21] - [235:23]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 234
21          If you look at the
22  conclusion on the first page --
23      A.   In the abstract?
24      Q.   -- in the abstract, second
page 235
1  sentence says, "Despite early
2  intervention, selective inhibition of
3  COX-2 alone or in combination with a TP
4  antagonist" -- and remind us what that is
5  again.
6      A.   Thromboxane A2, like any
7  protein, acts by combining with a
8  receptor on a cell surface. TP is the
9  thromboxane A2 receptor, so by giving an
10  antagonist, it blocks the effects of
11  thromboxane A2.
12      Q.   Are TP antagonists actually
13  approved?
14      A.   I don't know the answer to
15  that.
16      Q.   So the statement says,
17  "selective inhibition of COX-2, alone or
18  in combination with a TP antagonist,
19  failed to modify disease progression but
20  may undermine plaque stability when
21  combined with the antagonist."
22          Do you see that?
23      A.   Yes.

*calls for speculation* (handwritten annotation)

[235:24] - [236:21]      5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 235
24      Q.   Is that saying that COX-2
page 236
1  inhibition with MF-tricyclic alone may
2  undermine plaque stability?
3      A.   No.
4      Q.   What is it saying?
5      A.   It's saying -- it's saying
6  that in the presence of this inhibitor of

7 thromboxane A2, in combination with that,
8 then plaque stability may be compromised,
9 but only in this particular study when
10 combined with a TP antagonist.
11     Q.   In other words, if you give
12 a mouse MF-tricyclic and a TP antagonist,
13 you might see an increase in
14 atherosclerosis or -- I'm sorry, in
15 plaque instability?
16     A.   Correct.
17     Q.   But if you give the mouse
18 just the COX-2 inhibitor, MF-tricyclic,
19 this study found that you didn't affect
20 the stability of plaque?
21     A.   That's correct.

[237:4] - [237:8]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 237
4     Q.   Are you aware, Dr. Epstein,
5 of any studies that have shown that Vioxx
6 has increased the development of
7 atherosclerotic lesions in human beings?
8     A.   No.

[243:19] - [244:19]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 243
19     Q.   Dr. Epstein, when you came
20 to Merck presenting your results of your
21 study with Dr. Rott, did anybody from
22 Merck ever tell you not to publish your
23 results?
24     A.   Oh, no.
page 244
1     Q.   Did anybody from Merck ever
2 tell you not to do your study?
3     A.   No.
4     Q.   Did anybody from Merck ever
5 try to tell you to change the substance
6 of your findings?
7     A.   No.
8     Q.   Did anybody from Merck ever
9 try to downplay the significance of your
10 findings with some press release or some

51

11 other action?
12      A.  No.
13      Q.  Do you feel that Merck ever
14 tried to retaliate against you or be
15 aggressive toward you or do anything
16 inappropriate toward you or your
17 colleagues because of the study that you
18 did and published?
19      A.  No.

[247:7] - [248:16]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 247
7       Q.  Mr. Sizemore also asked you
8 about the board of scientific advisers.
9 And I'm going to need to spend a little
10 bit of time on this.
11      A.  Okay.
12      Q.  Mr. Sizemore said to you or
13 asked you this question. Did Dr. Rodger
14 or anyone at Merck inform you that the
15 board of scientific advisers,
16 approximately two years before your
17 study, that they had indicated, the board
18 of scientific advisers had indicated that
19 inhibition of COX-2 in a human being
20 could, number one, lead to atherogenesis
21 and, number two, cause plaque
22 destabilization and rupture? Do you
23 remember Mr. Sizemore asking you about
24 that?
page 248
1       A.  I do.
2       Q.  Did he also ask you whether
3 Dr. Rodger or any other doctor at Merck
4 ever indicated to you that these
5 potential deleterious effects of COX-2
6 inhibition had been brought to Merck's
7 attention two years before your study by
8 a board of scientific advisers?
9       A.  I had never heard that until
10 just now.
11      Q.  But that's what Mr. Sizemore
12 was talking to you about, right?
13      A.  Right.
14      Q.  And you, of course, said no,

15 nobody ever told you that?
16    A.   Right.

[249:4] - [249:9]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 249
4    Q.   Could it be, Dr. Epstein,
5 that nobody told you that the board of
6 scientific advisers felt that Vioxx could
7 lead to atherosclerosis or cause plaque
8 destabilization, because that's not what
9 the board of scientific advisers said?

*Calls for speculation*

[249:12] - [249:13]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 249
12        THE WITNESS:  That's
13        certainly possible.

[249:15] - [249:19]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 249
15    Q.   Let me show you, and you
16 actually, I think, have it in front of
17 you, or I can just give you another copy,
18 it's Exhibit 2.  Do you have it there?
19    A.   Yes, I do.

[251:23] - [252:10]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 251
23    Q.   Do you see, Dr. Epstein, on
24 Page 11 that this document starts by
page 252
1 saying, "The Board addressed the
2 potential for either benefits or adverse
3 consequences of selective inhibition of
4 COX-2 on coronary heart disease."
5    A.   I see that.
6    Q.   Does that suggest to you
7 that what the board is about to talk
8 about are either potential benefits or
9 potential adverse effects of Vioxx?
10    A.   Either one.



[253:1] - [253:19]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

           page 253
1    Q.  "The possible effects of
2 COX-2 inhibition on three separate
3 components of the process leading to
4 coronary ischemic events were considered.
5 These are," and then it lists three
6 items.
7      "The development of
8 lipid-rich coronary plaques."
9     Right?
10   A.  Right.
11   Q.  "The destabilization of the
12 cap of these plaques by inflammatory
13 cells, making them 'rupture prone.'"
14     Right?
15   A.  Right.
16   Q.  And then a third one having
17 to do with "thrombotic occlusion of the
18 vessel."
19   A.  Right.

[253:20] - [254:7]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

           page 253
20   Q.  I know you haven't seen this
21 document before, but do you understand
22 that the board is suggesting that it may
23 be that Vioxx actually benefits, because
24 of its anti-inflammatory properties, the
           page 254
1 stabilization of plaque and slow down the
2 progression of atherosclerosis?
3   A.  Um-hmm.
4   Q.  Yes?
5   A.  Yes.  It raises the precise
6 questions that led to the funding of our
7 study.

*[handwritten marginal note:]* calls for speculation Hearsay Lacks foundation - he has not seen document prior to deposition

[254:8] - [255:3]    5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

           page 254
8   Q.  Do you see that in the
9 middle of the development of lipid-rich

*see previous page*

10 plaques, it says, "There is a growing
11 body of evidence indicating that
12 inflammatory disease is a risk factor for
13 myocardial infarction, and such
14 inflammatory processes almost certainly
15 are accompanied by the release of," is it
16 "cytokines" —
17    A.   Yes.
18    Q.   — "that affect cells in
19 the," and it continues.  Okay?
20    A.   Right.
21    Q.   So that portion of the
22 document is consistent with what you've
23 said before, that COX-2 inhibition, by
24 reducing inflammation, could slow down
page 255
1 the progression of atherosclerosis,
2 correct?
3    A.   Um-hmm, correct.

[255:9] - [255:21]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 255
9    Q.   "Accordingly, it is
10 appropriate to ask whether COX-2
11 expression in monoctye-macrophage-foam
12 cell development regulates the
13 progression of the atherosclerosis that
14 accompanies dyslipidemia, either
15 positively or negatively?"
16       Do you see that?
17    A.   Yes.
18    Q.   "If this were the case, then
19 inhibition of COX-2 might be expected to
20 alter the process of plaque formation."
21    A.   Right.

[255:24] - [256:7]      5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations

page 255
24       In other words, the board of
page 256
1 scientific advisers, like you and many
2 other scientists, were suggesting that
3 it's quite possible that Vioxx, as a

55

4  COX-2 inhibitor, could have a beneficial
5  effect on atherosclerosis.
6        True?
7     A.   True.

[256:16] - [257:13]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 256
16        On Page 12, what does the
17  first section say at the top?
18     A.   "Destabilization of the Cap
19  of an Atheromatous Plaque."
20     Q.   And then it continues by
21  saying, "Recent evidence indicates that
22  inflammatory cells are present in the
23  region of the thinned-out cap that covers —
24     A.   "Atheromatous plaques."
page 257
1     Q.   — "atheromatous plaques,
2  and it is thought that these inflammatory
3  cells contribute to thinning the plaque
4  at its margin that is the frequent site
5  of plaque rupture."
6        And just to finish the
7  paragraph, "As the critical cells in the
8  process are inflammatory cells, the
9  possibility exists that the products of
10  COX-2 could regulate thinning the cap of
11  plaques and render them rupture-prone."
12        Do you see that?
13     A.   Yes.

[257:14] - [258:5]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 257
14     Q.   Is it your understanding
15  when you read "products of COX-2," that
16  what the board is saying is that COX-2
17  enzymes through their inflammatory
18  effects could end up thinning plaques,
19  making them more rupture prone?
20     A.   I agree with that.
21     Q.   Is it your interpretation of
22  this, Dr. Epstein, what the board of
23  scientific advisers was saying was that

*Speculation*
*hearsay*
*lacks*
*foundation*
*he has not*
*seen*
*document*
*prior to*
*deposition*

56

24  if Vioxx could reduce the inflammation,
page 258
1  it could avoid or help reduce the
2  likelihood of thinning of the cap of
3  plaques and reduce the likelihood of a
4  rupture?
5      A.   Exactly.

*see previous page*

[258:23] - [259:22]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 258
23      Q.   Can you explain what
24  reactive oxygen species means or ROS, in
page 259
1  terms that I can understand?
2      A.   When -- when COX-2 is
3  activated and produces all of its
4  products, in the course of the production
5  of those products, it forms a type of
6  oxygen, which is not O2 which *is* present
7  in the air which we breathe, but an
8  activated form of oxygen which is very
9  reactive with different molecules in the
10 cell, and acts as a signaling molecule.
11          And one of the key actions
12 of these reactive oxygen species is to
13 facilitate activation of the immune
14 inflammatory responses in a cell.
15     Q.   Do reactive oxygen species
16 play any role in atherosclerosis?
17     A.   It's believed that they do,
18 yes.
19     Q.   Is it believed that reactive
20 oxygen species are beneficial or harmful
21 to the atherosclerosis process?
22     A.   Harmful.

[259:23] - [260:17]   5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 259
23      Q.   So if reactive oxygen
24  species are produced by COX-2, it would
page 260
1  be wrong to say that COX-2 inhibitors
2  increase reactive oxygen species,

3 correct?
4     A.   Correct.
5     Q.   Is it true that COX-2
6 inhibitors actually reduce or decrease
7 reactive oxygen species?
8     A.   Correct.
9     Q.   By reducing reactive oxygen
10 species, would you say that COX-2
11 inhibitors like Vioxx have a beneficial
12 effect on atherosclerosis?
13     A.   I wouldn't jump to that.  I
14 would say that they have a potential
15 beneficial effect on atherosclerosis by
16 reducing -- by contributing to a
17 reduction in inflammatory processes.

[261:1] - [261:13]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 261
1     Q.   Dr. Epstein, have you ever
2 heard of anybody by the name of Dr. Egil
3 Fosilien?
4     A.   I do not or I have not.
5     Q.   Have you been involved in
6 monitoring literature in the area of
7 atherosclerosis for some time?
8     A.   Reviewing.
9     Q.   Yes.
10     A.   Yes.
11     Q.   Have you also written about
12 atherosclerosis for much of your life?
13     A.   I have.

[261:19] - [262:7]     5/30/2006 Epstein, Stephen - Merck Affirmative Dep Designations

page 261
19     Q.   Have you met -- are you
20 familiar, sir, with many of the leaders
21 in the field of atherosclerosis?
22     A.   Yes.
23     Q.   Have you met them at medical
24 conferences and come across them at
page 262
1 different medical functions?
2     A.   Yes, I have.

3       Q.   In all of your years of
4   attending these sorts of functions and
5   meeting individuals who have an interest
6   in atherosclerosis, have you ever met a
7   man named Dr. Egil Fosilien?

[262:10] - [262:11]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations


page 262
10            THE WITNESS:  Not to my
11        recall.

[288:10] - [288:23]     5/30/2006  Epstein, Stephen - Merck Affirmative Dep Designations


page 288
10       Q.   All right.  And Merck has
11   been very specific in the questions
12   they've asked you, Doctor.  If you'll
13   recall, they've asked you, are there any
14   Vioxx studies in knockout mice that
15   replicated your findings?
16       A.   Yes.
17       Q.   Are you aware of other
18   studies, whether it be in animals or
19   humans, involving other COX-2 inhibitors
20   or involving knockout mice, period, that
21   would tend to substantiate or replicate
22   your findings?
23       A.   No.



Barnett v. Merck
Merck Conditional Designations
Stephen Epstein May 30, 2006 Deposition

Below are Merck's conditional affirmative deposition designations for Dr. Epstein.  Whether
Merck decides to play these portions of the transcript during the trial depends on (1) certain
evidentiary rulings by the Court, and (2) the Plaintiff's counter-designations.


[30:14] - [30:19]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                       page 30
                       14       Is it also true, then, based
                       15  upon your review of this other research
                       16  and your personal experience that
                       17  prostacyclin plays an important role in
                       18  preventing the progression of
                       19  atherosclerosis?

*lacks foundation*

[31:7] - [31:12]       5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations


                       page 31
                       7        THE WITNESS:  I'm not
                       8        personally aware of studies that
                       9        have shown that prostacyclin
                       10       interferes with the progression of
                       11       atherosclerosis, although, such
                       12       studies may very well exist.

[33:10] - [33:19]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations


                       page 33
                       10       Doctor, based on your
                       11  personal experience in this area and your
                       12  review of the medical literature, are you
                       13  aware that prostacyclin also helps
                       14  maintain plaque integrity?
                       15       A.   I'm not sure I have the
                       16  information to be able to say yes on
                       17  that.  Once again, it may very well
                       18  exist, but I would not be able to cite a
                       19  particular study showing that.

*lacks foundation*

[58:17] - [59:12]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

1

page 58
17    Q.  Doctor, were Merck doctors
18 or scientists actually involved in the
19 design of this study?
20    A.  No.
21    Q.  I note down at the bottom
22 left-hand corner, Doctor, it says that
23 "This work was supported in part by a
24 grant from Merck Pharmaceuticals."
page 59
1     Is that correct?
2    A.  Correct.
3    Q.  In laymen's terms, is it
4 true, then, that Merck provided funding
5 so that this study could be conducted?
6    A.  Correct.
7    Q.  And is it also true that
8 Merck actually provided the COX-2
9 inhibitor that was used in this study?
10    A.  Correct.
11    Q.  And is that MF-tricyclic?
12    A.  Right.

[63:6] - [63:16]    5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 63
6    Q.  And, again, in laymen's
7 terms, does similar biologic actions
8 means that Vioxx and MF-tricyclic act the
9 same in the human body or similar?
10    A.  Well, you know,
11 MF-tricyclic, to my knowledge, has never
12 been given to humans. So I don't think
13 you could assume that. But in tests that
14 Merck has done in a test tube and in
15 animals, they seem to have identical
16 actions.

[80:2] - [83:3]    5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 80
2     In the first one, it says
3 the "deleterious effects of selective
4 COX-2 inhibitors on the course of

5  atherosclerosis could involve three
6  separate processes: 1) a proinflammatory
7  effect that accelerates the initiation
8  and chronic progression of the
9  atherogenesis process, and that may
10 induce plaque instability and rupture."
11        In laymen's terms, what does
12 that mean, Doctor?
13      A.   It's very hard to give you
14 that in laymen's terms, but let me try.
15        So this pro-inflammatory --
16 the understanding of most of the medical
17 community is that COX-2 inhibitors --
18 that COX-2 exerts pro-inflammatory
19 effects and that if you inhibit it, it's
20 anti-inflammatory.  And if you're
21 thinking of a process like
22 atherosclerosis, which is an inflammatory
23 disease, it -- by inhibiting
24 inflammation, a COX-2 inhibitor would
page 81
1  produce a beneficial effect on
2  atherosclerosis.
3        However, there is a body of
4  literature in rodents, and this has never
5  been shown in patients, but, as I
6  indicated earlier, one can develop
7  mechanistic insights in animals that may
8  very well apply to patients, but we don't
9  know for sure whether they always do.
10 But these studies have demonstrated that
11 the pro-inflammatory effect of the -- of
12 the products of COX-2 is time and content
13 dependent.
14        So that in the context if
15 you have a tissue that has been recently
16 injured and now there's an inflammatory
17 effect, in these specific animal models,
18 which have not been shown to exist in
19 patients, COX-2 exerts pro-inflammatory
20 effects, and this is the way, nature's
21 way of trying to heal an injury, by
22 producing inflammatory cells.
23        Later on, within a week or
24 ten days, after this active process in
page 82

3

1 response to the acute injury, the context
2 of that lesion, of the injured tissue
3 changes, and now COX-2 is expressed in a
4 second peak. And instead of being
5 pro-inflammatory, it becomes
6 anti-inflammatory. So now the
7 prostagland -- the prostanoids that are
8 produced by COX-2 -- initially the major
9 prostanoid produced by COX-2 was PGE2.
10 And PGE2 induces an inflammatory process.
11          Later on during the process,
12 PGE2 is shut off, and the same activation
13 of COX-2 now produces other prostanoids,
14 PGD2, PGJ2, which are anti-inflammatory.
15          So according to mechanisms
16 that have been developed in these rodent
17 models of tissue injury, COX-2 is a
18 highly complex molecule. The effects of
19 its activation will differ depending on
20 time and context.
21          And so we raised the
22 possibility, since the results that we
23 found were at total variance from what
24 our original hypothesis was, we tried to
page 83
1 explain what the possible mechanisms
2 might be to see just the opposite of what
3 we had hypothesized.

[91:15] - [91:19]      5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 91
15      Q.   Did you actually receive
16 edits or critiques or input from Merck at
17 the time or after you submitted this
18 abstract?
19      A.   Yes, I did.

[91:20] - [91:21]      5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 91
20      Q.   Can you provide or tell us
21 about those in a nutshell fashion?

[92:22] - [93:9]      5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 92
22     A.   Right.  The gist of it was
23 that Dr. Rodger wanted to make it --
24 wanted us to make it clear that this was
page 93
 1 a mouse study, and it was questionable
 2 whether the data were applicable to
 3 patients and he -- he did object to our
 4 having COX-2 inhibitor in the title.
 5     Q.   Did he want you to include
 6 the verbiage "MF-tricyclic" in the title?
 7     A.   Well, he wanted to have the
 8 specific drug that we used in the title,
 9 which was not unreasonable.

[93:20] - [94:5]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations


page 93
20         And was that verbiage
21 eventually substituted with the words
22 "MF-tricyclic"?
23     A.   You know, I don't know what
24 the abstract said now, but what I did in
page 94
 1 the paper was to have both.
 2     Q.   Fair enough.
 3     A.   So the paper has both the
 4 MF-tricyclic, a selective COX-2
 5 inhibitor.

[98:3] - [99:1]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations


page 98
 3     Q.   Did anybody at Merck ever
 4 convey to you that they felt that your
 5 study was harmful to Vioxx or to Merck in
 6 general?
 7     A.   No.  They -- they, again,
 8 wanted to make -- wanted me to make
 9 absolutely clear in the manuscript that
10 this was a study done in mice and was
11 only questionably relevant to patients.
12     Q.   Doctor, you've reiterated
13 that several times.

5

14   A.   Yes.
15   Q.   Was that something that was --
16   A.   Well, that's the only
17 criticism, scientific criticism that I
18 received from Dr. Rodger.  I mean, Dr.
19 Rodger did make some suggestions for
20 changing the manuscript, much of which
21 were very helpful and led to my indeed
22 changing them.  But the only real
23 criticism that I had was that statement
24 that I've repeated now, as I have nothing
page 99
1 else to say.

[122:9] - [122:13]   5/30/2006  Epstein, Stephen - Merck Conditional  Dep Designations

page 122
9   Q.   Does that help refresh your
10 recollection in any way about what this
11 potential clinical study is?
12   A.   No.  I really don't recall.
13 That was -- I don't recall.

*vague /*
*ambiguous*

[123:24] - [124:9]   5/30/2006  Epstein, Stephen - Merck Conditional  Dep Designations

page 123
24   A.   May I clarify my previous
page 124
1 remark?
2   Q.   Yes, sir.
3   A.   What I was responding to
4 was, do I recall -- which I thought you
5 were asking -- do I recall the specific
6 clinical study that was discussed and
7 proposed.  And the answer to that is no,
8 I do not.  Do I recall this meeting, and
9 the answer to that is yes, I do.

[126:11] - [126:16]   5/30/2006  Epstein, Stephen - Merck Conditional  Dep Designations

page 126
11   Q.   Doctor, at this meeting of
12 the consultants, was the design of a
13 cardiovascular outcomes study actually
14 discussed?

15    A.  I wish I could answer, but I
16  really don't recall.

[127:9] - [127:13]    5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 127
9        Did -- did you ever
10  participate in the design, or were you
11  ever discussed -- excuse me -- involved
12  in discussions around the VALOR study?
13    A.  No.

[174:7] - [174:24]    5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 174
7        Mr. Sizemore asked you
8  whether three weeks of use of
9  MF-tricyclic in your mouse study was
10  short-term use.
11        Do you remember?
12    A.  Yes, I do remember that.
13    Q.  Is a three-week-old or an
14  11-week-old mouse the same thing as an
15  11-week-old human?
16    A.  No.
17    Q.  Are there differences in
18  terms of how you measure the life
19  expectancy like there are with dogs, a
20  dog's year of life is 17 or so years?
21    A.  Yes. Mice are very old by
22  the time they reach two years of age, and
23  it's rare for a mouse to go beyond
24  two-and-a-half or three years.

[179:9] - [179:24]    5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 179
9    Q.  If you turn to Page 1817 of
10  your study, sir, do you remember Mr.
11  Sizemore was asking you to read the very
12  last sentence on Page 1817, where you
13  write, "Thus, any deleterious effects of
14  selective COX-2 inhibitors on the course
15  of atherosclerosis could involve three
16  separate processes," and then you

7

17 describe those.
18         Do you remember him asking
19 you about that?
20     A.   Yes, I do.
21     Q.   Why did you use the word
22 "could"?
23     A.   Because we didn't know
24 whether it does.

[216:22] - [217:10]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 216
22     Q.   Did you and your co-authors,
23 Dr. Epstein, make the decision on your
24 own that you felt it was important to
page 217
 1 provide a balanced presentation of the
 2 results of your study, or is that
 3 something that Merck insisted you do?
 4     A.   This is what we -- we had
 5 decided -- we didn't decide -- this is
 6 what I always do.  I mean, I try to
 7 present as balanced a picture as
 8 possible.  Merck wanted us to do that,
 9 obviously.  And this was something that I
10 completely agreed with.

[217:11] - [217:21]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 217
11     Q.   Mr. Sizemore asked you about
12 a suggestion that Dr. Rodger of Merck had
13 made about pointing out in the abstract,
14 I believe, that your study involved mice
15 and not humans.
16         Do you remember Mr. Sizemore
17 asking you that?
18     A.   I do.
19     Q.   Did you feel that was a
20 reasonable request by Merck?
21     A.   Oh, yes.

[217:22] - [218:6]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 217

8

22     Q.   And if you hadn't agreed
23  with Dr. Rodger, you could have decided
24  not to include that language and talk
page 218
1  about humans all you want, right?
2     A.   Well, it would be very
3  difficult doing a mouse study to say,
4  these results unequivocally apply to
5  humans, so, you know, the question is
6  naive.

[218:10] - [219:6]     5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 218
10          You also mentioned that Dr.
11  Rodger requested that you refer to
12  MF-tricyclic in the title of your paper?
13     A.   Right.
14     Q.   Did you feel that was a
15  reasonable request?
16     A.   Yes.  I think, as I recall,
17  and I may be mistaken about that, I think
18  the request was to substitute
19  MF-tricyclic for COX-2 inhibitor in the
20  abstract, and I didn't think that that --
21  if my recall is accurate, my recall of my
22  recall is that I didn't think that was
23  reasonable.
24          I thought it was important
page 219
1  to put in both -- MF-tricyclic, because
2  it's a specific drug, and the results of
3  one drug may be different from another,
4  but I also wanted to call everyone's
5  attention to the fact that this was a
6  COX-2 inhibitor.

[219:13] - [220:2]     5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 219
13     Q.   Is this an example of an
14  instance where Merck made a suggestion to
15  you about referring here to just
16  MF-tricyclic, but you decided that you
17  think the proper way to write the paper

9

18 and describe it is to include
19 MF-tricyclic and a reference to COX-2
20 inhibitor?
21    A.   That's right.
22    Q.   Ultimately, it was your
23 decision and the decision of your
24 co-authors about exactly how you were
page 220
1 going to write this paper.  True?
2    A.   True.

[228:21] - [229:15]   5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 228
21    Q.   If we're focusing on the
22 potential effect of COX-2 inhibitors on
23 atherosclerosis, you believe that your
24 study raised a yellow flag in that
page 229
1 regard?
2    A.   Correct.
3    Q.   Do you also agree, Dr.
4 Epstein, that the other studies, like the
5 one that you referenced concerning Vioxx
6 showing a decrease in atherosclerosis,
7 did not raise a yellow flag?
8    A.   That's correct.
9    Q.   The other mouse studies that
10 were done with MF-tricyclic, other than
11 yours, where there was no effect shown on
12 atherosclerosis or a decrease in
13 atherosclerosis, those weren't yellow
14 flags either, true?
15    A.   Right.  True.

[230:3] - [230:11]   5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 230
3    Q.   Do you agree, Dr. Epstein,
4 that the other mouse studies using COX-2
5 inhibitors like Celebrex, nimesulide,
6 NS-398, SC-236, that showed no effect on
7 atherosclerosis, that those wouldn't be a
8 yellow flag?
9    A.   Correct.

10    Q.   Correct?
11    A.   I will agree, yes.  Correct.

[231:8] - [231:14]    5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 231
8          So, in other words, it would
9    be inappropriate for Merck to take only
10   the studies that showed a beneficial
11   effect or no effect and conclude
12   definitively that there's a beneficial
13   effect of Vioxx on atherosclerosis?
14        A.   That's true.

[239:6] - [239:10]    5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 239
6        Q.   But I want to just be clear
7    about the APPROVe study.  I'm trying to
8    talk about --
9        A.   May I say, I've not read the
10   APPROVe study.

*vague, ambiguous*

[241:5] - [241:7]    5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 241
5        Q.   And that's true whether or
6    not you're taking Vioxx?
7        A.   Correct.

*vague, ambiguous*

[242:16] - [242:23]    5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 242
16       Q.   Was your previous testimony
17   about plaque rupture and about what
18   occurred in APPROVe based on your review
19   of the APPROVe study?
20       A.   It was not, no.  I did not
21   review the study.  It was based on what I
22   had heard secondhand about the results of
23   the APPROVe study.

[242:24] - [243:4]    5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 242
24      Q.   So your previous testimony
page 243
 1 was based on something that somebody else
 2 told you about the APPROVe study or
 3 something that you read talking about the
 4 APPROVe study?

[243:7] - [243:8]        5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 243
 7           THE WITNESS:  That's
 8      correct.

[244:20] - [245:14]        5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 244
20      Q.   In fact, a month after you
21 submitted your first draft of the study
22 to Merck, were you invited to be one of
23 the consultants in Philadelphia to
24 discuss the cardiovascular outcomes
page 245
 1 study?
 2      A.   That's correct.
 3      Q.   That's a meeting that you
 4 attended?
 5      A.   Yes.
 6      Q.   Merck obviously thought
 7 highly of you and said so in internal
 8 documents and invited you to Philadelphia
 9 to engage in this discussion about the
10 outcomes study?
11      A.   That's correct.
12      Q.   Were there other respected
13 scientists there as well?
14      A.   Yes.

[245:23] - [246:15]        5/30/2006 Epstein, Stephen - Merck Conditional  Dep Designations

page 245
23      Q.   You were asked by Mr.
24 Sizemore whether you were compensated for
page 246
 1 your time.  Do you remember that?

12

2      A.   Yes.
3      Q.   And he used the document
4  with you, but didn't ask you to read the
5  amount that you were paid.
6           Is it true that you were
7  paid $3,000, almost five years ago, to
8  attend this meeting?
9      A.   Yes.
10     Q.   Do you feel there's anything
11 inappropriate about being compensated for
12 your time, given that you were being
13 taken away from your job?
14     A.   No.  That's the usual thing
15 that's done.

[246:16] - [247:6]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 246
16     Q.   And the purpose of the
17 meeting that you attended was to sort of
18 brainstorm with Merck on the best way to
19 try to design a study to focus on a
20 possible CV outcomes study?
21     A.   I think it was twofold.  It
22 was, one, to evaluate the data that were
23 currently available relating to the
24 potential cardiovascular risks and then,
page 247
1  two, to design a study to examine that
2  possibility.
3      Q.   And Merck welcomed the input
4  of you and other scientists in that
5  regard?
6      A.   Yes.

*leading*

[258:6] - [258:12]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 258
6      Q.   Did Merck come to you and
7  say, you don't need to do your study, Dr.
8  Epstein, because we know from our board
9  of scientific advisers that Vioxx is
10 beneficial for atherosclerosis?  Did they
11 say that?
12     A.   They did not.

*leading*

13

[288:24] - [289:1]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                page 288
                24     Q.   Okay.  Are you aware of the
                page 289
                1  APPROVe follow-up data, Doctor?

[289:4] - [289:6]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                page 289
                4        THE WITNESS:  Just insofar
                5     as I read Dr. FitzGerald's summary
                6     of it.

[289:16] - [289:19]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                page 289
                16        MR. SIZEMORE:  I mean, y'all
                17     have opened up this door.
                18        MR. GOLDMAN:  Did I talk
                19     about follow-up study?

*argumentative lawyer colloquy*

[289:20] - [290:7]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                page 289
                20        MR. SIZEMORE:  No, you
                21     attacked his study.
                22        MR. GOLDMAN:  I didn't
                23     attack anybody.
                24        THE WITNESS:  I don't think
                page 290
                1     he attacked me.
                2        MR. SIZEMORE:  Well, I'm
                3     trying to defend you, Doctor.
                4        MR. GOLDMAN:  You have no
                5     reason to defend him.  He can --
                6        THE WITNESS:  He's been very
                7     polite.

[291:15] - [291:22]     5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

                page 291
                15        THE WITNESS:  Right.  So

16      those are studies that I just read
17      in the newspaper.
18  BY MR. SIZEMORE:
19      Q.   Okay.
20      A.   And I haven't had a chance
21  to review those.
22      Q.   That's fair enough.

[293:24] - [294:2]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 293
24      Q.   Dr. Epstein, I just have a
page 294
1  few follow-up questions.
2      A.   Yes.

*irrelevant, vague, argumentative*

[294:3] - [294:6]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 294
3      Q.   First, I hope that you don't
4  feel like I was attacking you, because I
5  wasn't.
6      A.   I don't.

[294:7] - [294:16]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 294
7      Q.   Mr. Sizemore asked you
8  whether Merck turned down your initial
9  request for funding for your study.
10         Do you remember that?
11      A.   Yes.
12      Q.   And it is true that,
13  initially, Dr. Rodger said that Merck
14  wasn't interested in pursuing the study,
15  right?
16      A.   Correct.

[294:19] - [295:11]      5/30/2006 Epstein, Stephen - Merck Conditional Dep Designations

page 294
19         Did Dr. Rodger explain to
20  you that based on his understanding of
21  the study, the goal was to determine

15

22  whether Vioxx had any beneficial effect
23  on atherosclerosis, and Merck had already
24  funded research along that line?
page 295
1       A.   That was the explanation
2  that I received from him.
3       Q.   And when you explained to
4  Dr. Rodger that your primary hypothesis
5  was to test something that really nobody
6  had thought of and that was could COX-2
7  inhibition decrease the amount of virus
8  in the body, did Dr. Rodger and Merck
9  then decide to fund that part of the
10  study?
11      A.   Yes.