Barnett v. Merck
Merck Affirmative Designations
Curtis Bryan June 6, 2006 Deposition

[3:25] - [4:11]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 3
25          Q.   Good afternoon.  Can you state your full
page 4
1     name for the record, please?
2          A.   Foster Curtis Bryan, II.
3          Q.   And do you have a medical specialty,
4     Doctor?
5          A.   Cardiothoracic surgery.
6          Q.   And could you explain for the jury what
7     cardiothoracic surgery entails, in general?
8          A.   In general?  In general my practice
9     involves surgery on the heart and the lungs,
10     everything from bypass surgery to valve replacement
11     to surgery for lung cancer.

[6:16] - [7:15]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 6
16          Q.   All right.  And, Doctor, if you could
17     kindly tell the jury, please, your education
18     starting with your medical school, where you did
19     your red -- residency, if you have a fellowship,
20     we'll go from there?
21          A.   I graduated medical school cume laude from
22     Emory University School of Medicine in 1988.  I
23     finished a general surgery residency at Emory
24     University affiliated hospitals in 1993, did a --
25     from '93 to '94, did a fellowship in research at the
page 7
1     Carlyle Frazier Heart Center, which is part of
2     Emory's cardiac research, and then from '94 to '97,
3     I did my cardiothoracic residency at Emory
4     University affiliated hospitals.
5          Q.   And are you board certified in any
6     specialities?
7          A.   I'm board certified in general surgery and
8     in thoracic surgery and I recertified in general
9     surgery 2004, I think it was.
10          Q.   When did you first receive your board

1



EXHIBIT
B

11  certification with the American Board of Surgery?
12      A.  '94, May 1994.
13      Q.  And same question as to the board of
14  thoracic surgery.  When were you board certified?
15      A.  1998.

[7:19] - [8:3]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 7
19      Q.  And are you currently affiliated with any
20  professional medical group?
21      A.  I'm a member of -- I'm a fellow of the
22  American College of Surgeons, a fellow of the
23  American College of Cardiology, a fellow of the
24  American College of Chest Physicians, a fellow of
25  the South Eastern Surgical College.  I'm a member of
page 8
1   the Society of Thoracic Surgeons, a member of the
2   South Atlantic Cardiovascular Society.  I believe
3   that covers most of the societies.

[8:7] - [8:14]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 8
7       Q.  All right.  And you mentioned that you're
8   a cardiovascular surgeon, correct?
9       A.  Correct.
10      Q.  And you -- do you currently have your own
11  private practice?
12      A.  I do.  I'm a practicing -- practicing
13  manager of Coastal Cardiovascular Surgery here in
14  Myrtle Beach.

[9:11] - [9:18]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 9
11      Q.  All right.  And are you affiliated with
12  any local hospitals?
13      A.  Our hospital -- we're affiliated with one
14  hospital, Grand Strand Regional Medical Center.
15      Q.  And so that's where you do all of your
16  cardiothoracic surgery?
17      A.  100 percent of our surgery is done at
18  Grand Strand.

2

[9:19] - [10:2]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

                         page 9
                         19      Q.  If you could tell me on a weekly basis how
                         20      you spend time in your practice in terms of
                         21      surgeries, inpatient or does it vary?
                         22      A.  We -- we spend the majority of our time in
                         23      the hospital.  We have -- basically operate
                         24      four-and-a-half days a week with a half a day of
                         25      office.  And so, usually a typical day would be one
                         page 10
                         1       or two open heart or thoracic cases and then seeing
                         2       consultations in the hospital.

[10:19] - [11:5]         6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

                         page 10
                         19      Q.  Do you yourself do -- do more heart
                         20      surgeries tha -- than thoracic surgery or vascular
                         21      surgeries or is it equal?
                         22      A.  I would probably say that nearly 90
                         23      percent of what I do is cardiac surgery.
                         24      Q.  And the cardiac surgery would involve what
                         25      types of procedure?
                         page 11
                         1       A.  Coronary bypass grafting, valve
                         2       replacement and some ascending aortic aneurysm work.
                         3       Q.  And coronary artery bypass graft is what
                         4       Mr. Barnett had, correct?
                         5       A.  That's correct.

[11:6] - [11:16]         6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

                         page 11
                         6       Q.  All right.  Could you explain to the jury,
                         7       please, what a coronary artery bypass graft is in
                         8       general?
                         9       A.  In general the patient has blockages in
                         10      the native or their own coronary arteries on the
                         11      art -- the heart -- the arteries in the surface of
                         12      their heart, and bypass grafting is using an artery
                         13      off of their chest wall or vein from their leg or
                         14      maybe even artery out of a forearm, bypassing or
                         15      going around that blockage to restore blood flow to
                         16      the heart.

                                              3

[16:1] - [16:11]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 16
> 1        Q.  All right.  Now, do you have any
> 2     association whatsoever with Merck?
> 3        A.  No.
> 4        Q.  All right.  Or — and — and let me
> 5     include any professional or otherwise affiliation
> 6     with Merck?
> 7        A.  No.
> 8        Q.  Never spoken for Merck in any capacity?
> 9        A.  No.
> 10        Q.  Not a thought leader?
> 11        A.  No.

[16:23] - [17:1]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 16
> 23        Q.  All right.  And do you recall ever
> 24     receiving any sales calls from any of Merck
> 25     employees regarding Vioxx?
> page 17
> 1        A.  Not that I'm aware of.

[17:2] - [17:6]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 17
> 2        Q.  All right.  Do you know that anyone in
> 3     your office was ever detailed by Merck regarding
> 4     Vioxx?
> 5        A.  I don't know of anybody else being
> 6     detailed.

[23:12] - [23:16]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 23
> 12        Q.  All right.  Have you had any discussions
> 13     at all with defense counsel in this case?
> 14        A.  No.
> 15        Q.  All right.  And no one from Merck?
> 16        A.  No one from Merck, no.

[70:8] - [70:10]          6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 70
8      Q.  Good afternoon, Dr. Bryan.  My name is
9   Andy Goldman.  Have we met before today?
10      A.  No.

[70:11] - [70:12]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 70
11      Q.  I remember you answering some questions
12   about a meeting that you had with Ms. Myer and Ms --

[70:15] - [71:6]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

*FRE 401*
*-facts not material to determination of action whether Dr. Bryan met w/ any counsel*

page 70
15      Q.  -- Sherbanee; is that right?
16      A.  That's correct.
17      Q.  And do you understand that I was not able
18   to meet with you; under the judge's rules, I -- I
19   was prohibited from doing that?
20      A.  Correct.
21      Q.  When did you meet with Ms. Sherbanee and
22   Ms. Myer?
23      A.  Probably, I'm gonna estimate it was three
24   or four months ago, maybe.
25      Q.  Where did you meet?
page 71
1      A.  At my office.
2      Q.  Can you tell me what you remember about
3   the discussion, how long it took and what was
4   discussed?
5      A.  It was probably about an hour discussion
6   and just reviewing Mr. Barnett's clinical course.

[71:7] - [73:4]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 71
7      Q.  Anything more specific than that that you
8   remember about your meeting with the plaintiffs'
9   lawyers?
10      A.  No.  I -- we met -- basically for -- for
11   me it was reviewing everything that had been, you
12   know, on the cardiac cath and going through the
13   record for him.
14      Q.  Let's go back to your medical background,
15   okay, sir?  You were asked questions about board

5

16      certification. Do you remember that?
17          A.  Yes.
18          Q.  You said you were board certified in
19      general surgery and thoracic surgery; is that right?
20          A.  Correct.
21          Q.  Can you tell the jury what that means in
22      terms that I can understand?
23          A.  Basically, for general surgery, that's the
24      five years that we -- that's the training -- that's
25      general surgeons doing things every -- you know,
page 72
 1      abdominal surgery, whatnot.  That's the first part
 2      of becoming a thoracic surgeon, is obtaining a
 3      general surgery residency.  That includes taking a
 4      board where you take a -- a written exam.  And if
 5      you pass the written exam, you go on to an oral
 6      exam.  And assuming you pass your oral exam, you go
 7      on -- you become board certified at that point.
 8              I subsequently went on to get recertified.
 9      And I believe the year was 2003 or 2004.  And that's
10      another written exam to be recertified.  You do not
11      have to take another oral exam.
12              Thoracic surgery is the cardiothoracic.
13      The term they use for the board is thoracic as a
14      general name.
15          Q.  What does thoracic mean?
16          A.  In the terms of the board, it means heart,
17      lung and esophageal surgery and diaphragmatic and --
18      surgery on the diaphragm.  That's the term used by
19      that board as the all inclusive for all of it.  It's
20      the, I guess you'd say, the more traditional name
21      for it when it was originally started.  And that is
22      a similar circumstance: you finished an approved
23      residency and you take a written exam, pass the
24      written exam and then you take an oral exam and if
25      you pass the oral exam, you get certified.
page 73
 1          Q.  Do you consider yourself, sir, to be a
 2      specialist in cardiovascular surgery and thoracic
 3      surgery?
 4          A.  Yes.

[73:5] - [76:20]        6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 73
 5          Q.  Are you also what's known as an

6

6    interventional cardiologist?

7       A.  No.

8       Q.  What is an interventional cardiologist?

9       A.  Interventional cardiologist is a person

10   who would place a catheter, use a catheter approach

11   to treating disease.

12       In the case of coronary disease, they're

13   the -- the physicians who place a catheter,

14   typically through the groin in -- with a little wire

15   down a coronary artery in angioplasty to balloon it

16   open leaving a stent behind to keep it open.

17       Q.  So would Dr. Karavan be considered an

18   interventional cardiologist?

19       A.  Yes.

20       Q.  What is an electrophysiologist, in —

21   briefly, in terms that I can understand, please?

22       A.  A cardiologist that treats rhythm

23   disturbances of the heart, irregular heart rates,

24   any kind of electrical system problems with the

25   heart.

page 74

1       Q.  Did Mr. Barnett have any electrical

2   problems with his heart?

3       A.  No, not that I'm aware of.

4       Q.  Do electrophysiologists typically

5   determine the extent of coronary artery disease?

6       A.  Typically, they don't.

7       Q.  Are electrophysiologists involved in

8   deciding how long somebody is likely to live after

9   heart surgery?

10       A.  If there is no rhythm problem in this --

11   in the patient, they typically would not have much

12   of a role in that.

*Handwritten margin note:* • FRE 702: improper expert testimony. Dr. Bryan has not been designated as an expert in this case
• Lacks Foundation
• Incomplete hypothetical

13       Q.  For how many years, sir, have you treated

14   patients with heart problems?

15       A.  Let's see, it's now been 13 years.

16       Q.  How many heart surgeries have you done in

17   that time?

18       A.  If you include residency, it's probably --

19   probably well over 2000.

20       Q.  About how many surgeries or bypass

21   surgeries have you done this year?

22       A.  This year, probably -- see, we're in June.

23   Probably around 100 or, you know, probably between

24   80 and 100 probably right now, somewhere in that

25   vicinity.

*FRE 401, 402, 403.*

*The number of surgeries he has done after Sept. 2004, is irrelevant to surgery Mr. Barnett underwent*

*· No foundation as to # surgeries after removed from mkt.*

page 75

1     Q. Have you noticed at all, Dr. Bryan, that
2 you're doing fewer bypass surgeries now that Vioxx
3 was withdrawn from the market?
4     A. No difference form -- due to Vioxx being
5 withdrawn.
6     Q. Did you notice that there was any increase
7 in bypass surgeries that you were doing when Vioxx
8 was on the market?
9     A. I did not notice any increase, no.

10     Q. How many patients, sir, would you say you
11 have seen with severe multi-vessel disease like
12 Mr. Barnett?
13     A. Probably thousands. I mean, probably, you
14 know, 2000 — you know, at least a couple thousand
15 where we've operated on them and even some we don't
16 even operate on, so. You know -- you know, at least
17 2000 probably, maybe more.
18     Q. Have you seen patients, sir, who actually
19 have died from heart attacks without knowing that
20 they had heart disease?
21     A. Yes.
22     Q. Is that common?
23     A. I would say it's not uncommon for people
24 to have that happen.
25     Q. Have you heard that approximately 50

*· FRE 401, 402, 403, 602, 702, 703, 704*

*· Incomplete hypo·*
*· Speculative*
*· Improper expert testimony, Dr. Bryan has not been desig. as an expert.*

page 76

1 percent of all heart attacks occur in people who
2 don't have symptoms?
3     A. Yes.
4     Q. Is it also your experience, Dr. Bryan,
5 that even people who are in great shape and take
6 care of themselves and try to watch their
7 cholesterol also have heart attacks?
8     A. Yes.
9     Q. Have you seen patients also, Dr. Bryan,
10 who had serious, severe coronary artery disease and
11 didn't realize it until they had a minor heart
12 attack and a catheterization?
13     A. Yes.

14     Q. Do you believe that Mr. Barnett had a mild
15 heart attack?
16     A. It was a mild heart attack by enzymes,
17 yes.
18     Q. Did Mr. Barnett have severe coronary
19 artery disease?

20    A. Yes.

[77:3] - [77:6]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 77
3    Q. Given the severity of Mr. Barnett's
4    coronary artery disease and multi-vessel disease, if
5    he had not had bypass surgery, what do you think
6    might have happened to him?

*Handwritten annotation:* • Speculative
• FRE 701-705: Dr. Bryan has not been designated as an expert
• Lacks foundation
• 602: no personal knowlege

[77:8] - [77:11]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 77
8    THE WITNESS: At some point, in all
9    likelihood, he would have either developed chest
10    pain or had a heart attack with the degree of
11    disease that he had.

[77:13] - [77:16]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 77
13    Q. Whether or not Mr. Barnett actually had a
14    mild heart attack in September of 2002, if you had
15    seen the extent of his coronary artery disease,
16    would you have recommended bypass surgery?

*Handwritten annotation:* • Speculative
• Lacks foundation
• FRE 701-705: he has not been designated as an expert.
• 602: no personal knowlege

[77:19] - [77:24]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 77
19    THE WITNESS: Given the degree of
20    three-vessel disease with or without a heart attack,
21    we would recommended coronary bypass grafting. If
22    he's -- if he's symptomatic in some way: chest pain,
23    positive stress test, you know, with that degree of
24    disease, he would have been referred for bypass.

[78:1] - [78:7]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 78
1    Q. So if Mr. Barnett had had chest pain or a
2    positive stress test result and he'd come to see you
3    a few months before you operated on him and he had
4    not had a heart attack, based on the condition of

*Handwritten annotation:* • Calls for Speculation
• Lacks foundation
• Incomplete hypothetical

(includes respose next page)

```
5      his arteries, would you have recommended bypass
6      surgery?
7          A.  Yes.
```

[78:11] - [78:20]        6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

•401-403:
Irrelevant: Mr. B
did not have a
stroke, nor did he
live in So. Carolina
all of his life.

```
page 78
11     minute.  Is the State of South Carolina in an area
12     called the stroke belt?
13         A.  Yes.
14         Q.  What does that mean?
15         A.  Per capita, there's a very high stroke
16     rate.  And actually, South/North Carolina is that
17     big stroke belt that's known.
18         Q.  Does South Carolina have the highest
19     stroke death rate in the country?
20         A.  I believe it does.
```

[79:2] - [80:6]        6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

```
page 79
2      Q.  When did you first meet Mr. Barnett, sir?
3      A.  I first met Mr. Barnett in September of
4      2002, the day of his consultation on the -- oh, here
5      it is, the 9th -- September 9th, 2002.
6          Q.  Had Dr. Karavan by September 9th already
7      performed a catheterization on Mr. Barnett?
8          A.  Yes.
9          Q.  Can you tell us just briefly what a
10     catheterization is?
11         A.  The cardiologist in most cases will slip a
12     small catheter up in the groin artery, the femoral
13     artery in your groin.  It will go all the way up the
14     aorta to the heart, and they will take a catheter
15     and engage it into the opening of each of the
16     main -- of each of the coronaries and inject dye
17     into the coronary artery tree, and what it gives you
18     is a look at the -- how open the lumen of the artery
19     is.
20         Q.  What's the lumen?
21         A.  The -- as a tube, the inside diameter of
22     the artery.
23         Q.  Is a cardiac catheterization a procedure
24     that cardiologists or heart doctors use to determine
25     the extent of atherosclerosis or coronary artery
```

page 80
1    disease in patients' arteries?
2        A.  Yes.
3        Q.  Is a cardiac catheterization or angiogram
4    considered the gold standard to determine the amount
5    of coronary disease, artery disease in people?
6        A.  Yes.

[80:12] - [80:18]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
12       Q.  I'm gonna hand you, Dr. Bryan what I'll
13   mark as Exhibit 11.  And we're gonna work primarily
14   from this exhibit.  I believe, sir, that Exhibit 11,
15   which is Bates stamped BarnettG-Bryan FMD 1 through
16   35 is a complete chart from your records.  And if
17   you want to take a minute, I'm gonna ask you whether
18   this locks to be Mr. Barnett's chart?

[80:21]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
21           THE WITNESS:  Yes.

[80:23] - [84:7]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 80
23           Q.  If you turn with me, sir, to the page that
24   has in the bottom right corner 20 -- this is also an
25   exhibit that was marked earlier as Exhibit 1 -- is
page 81
1    this the consult that you dictated, sir?
2        A.  Yes, it is.
3        Q.  Does this reflect your initial discussions
4    with Mr. Barnett and your evaluation of his heart
5    condition?
6        A.  Yes.
7        Q.  In the first line where it says RFC, what
8    does -- what does that mean?
9        A.  Reason for consultation.
10       Q.  What did you write there?
11       A.  Coronary artery disease.
12       Q.  Is coronary artery disease another term
13   for atherosclerosis?
14       A.  Yes.

11

15    Q.   Is that the most common cause of heart
16  attack in the United States?
17    A.   Yes.
18    Q.   Is coronary artery disease something that
19  begins early in life in people?
20    A.   It is being brought to light that this may
21  be starting even as young as preteen years.
22    Q.   Is it your understanding, sir, that
23  coronary artery disease or atherosclerosis is
24  something that is a gradual and chronic process?
25    A.   Typically, yes.

page 82

1    Q.   Is it true that people with coronary
2  artery disease and atherosclerosis generally have
3  plaque buildup over years of their life?
4    A.   Yes.
5    Q.   If the plaque inside our arteries gets to
6  be big enough, is it true that the plaque can
7  actually slow down or stop the flow of blood to the
8  heart?
9    A.   Yes.  Yes, it can.
10    Q.   Is it also a natural part of the
11  atherosclerosis process for some plaque to rupture?
12    A.   Yes.
13    Q.   When plaque ruptures, Dr. Bryan, does the
14  body have a natural response to that?
15    A.   It does.  What happens is the -- the
16  plaque ruptures, exposing basically raw -- raw
17  material in the lumen, all the plaque and all the --
18  it senses injury, like a cut.
19        And one of the things that happens is the
20  body sends an immune response which starts a cascade
21  of clotting.  And typically it -- it's -- it -- the
22  artery — if you rupture a plaque, you'll develop
23  thrombus in the plaque, in the area of the rupture.
24    Q.   Is it your understanding, sir, that the
25  body's natural reaction to a plaque rupture is to

page 83

1  clot?
2    A.   Yes.
3    Q.   Is that something that's occurred in human
4  beings long before Vioxx came to the market?
5    A.   Yes.
6    Q.   Is that something that continues to
7  happen to people with severe coronary artery disease
8  today?

• 701-705:
improper expert
testimony.
Dr. Bryan not
designated as
an expert
• speculative
• Incomplete
hypotheticals

12

9    A.  Yes.

10   Q.  You mentioned in response to questions
11 earlier that you seem to remember some dye that was
12 hanging in a catheterization that was done on
13 Mr. Barnett.  Do you remember that?
14   A.  Yes.
15   Q.  And I think there's been a suggestion that
16 Mr. Barnett had a clot in his -- one of his arteries
17 and that that's evidence of the clot.  Do you
18 remember that?
19   A.  Yes.
20   Q.  Am I right, Dr. Bryan, that there's no
21 such thing as a Vioxx clot or a clot that has a
22 signature on it showing this was caused by Vioxx?
23   A.  That is correct.
24   Q.  When you said that you noticed the clot in
25 the catheterization film, is that to be expected

*701-5 -Improper expert testimony. Has not been designated as expert*
*602*

*701-5 : improper expert testimony. Has not been designated as an expert*
*602*

page 84

1 when somebody has severe coronary artery disease and
2 has a plaque rupture?
3   A.  Yes.
4   Q.  Is a clot something that's expected when
5 plaque ruptures occur regardless of whether they're
6 taking any medication?
7   A.  Yes.

[84:8] - [85:23]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 84

8    Q.  Let me go to the history.  Is that HPI on
9 the consult?
10   A.  Correct.
11   Q.  You were asked some questions about
12 language later in the paragraph.  I want to start
13 with the first sentence where you wrote:  The
14 patient is a 58-year-old gentleman admitted on
15 September 6th, 2002 with a non Q wave myocardial
16 infarction.  Do you see that?
17   A.  Correct.
18   Q.  What is as non Q wave myocardial
19 infarction, as briefly as you can tell us?
20   A.  A non Q wave myocardial infarction implies
21 that there has not been a full thickness muscle
22 damage.  Most of these myocardial infarctions are on
23 the inner layer of the heart, not what we call
24 transmural or all the way through the muscle of the

25    heart, which will typically when it's a full
page 85
1     thickness heart attack, meaning the whole muscle
2     wall thickness, you will develop an EKG abnormality.
3     That's a signature called a Q wave, and that's
4     pretty much signature for a transmural or a full
5     thickness heart attack.
6         Q.  So if an EKG test shows a Q wave — and
7     we'll show the jury what that is in a minute -- that
8     could be an indication that the patient had a
9     transmural heart attack?
10        A.  Yes.
11        Q.  Now, you diagnosed Mr. Barnett with a non
12    Q wave myocardial infarction, right?
13        A.  Well, I just repeated what had been
14    diagnosed by Dr. Karavan with the positive enzyme.
15        Q.  And throughout the records, including the
16    discharge summary and all of the other records that
17    were created during Mr. Barnett's hospital stay, he
18    was always diagnosed as having a non Q wave heart
19    attack, true?
20        A.  Correct.
21        Q.  Do you stand by the diagnosis, sir, that
22    Mr. Barnett had a non Q wave heart attack?
23        A.  Yes.

[86:20] - [87:9]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 86
20        Q.  Okay.  From your experience actually
21    looking at Mr. Barnett's heart when you operated on
22    him and reviewing the labs that were taken during
23    September of 2002, what is your view about whether
24    he had a non Q wave heart attack or a Q wave heart
25    attack?
page 87
1         A.  He did not have any evidence at surgery in
2     my op note of a -- a transmural heart attack, at
3     least examining his heart and looking at his enzymes
4     and -- and whatnot.
5         He did not have -- usually -- typically,
6     if I see what I consider a transmural infarct, which
7     would usually be edema of the wall or -- or
8     transmurality demonstrated by hemorrhage, I'll
9     mention that in my operative note.

14

[87:11] - [88:18]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

            page 87
            11        Q.  What is edema of the wall and -- what was
            12   the other term you said?
            13        A.  Hemorrhage.
            14        Q.  Hemorrhage.  Could you just explain what
            15   that is?
            16        A.  Hemorrhage of the -- if you have a big Q
            17   wave MI, a big Q wave heart attack, typically you
            18   have either edema, the -- that wall of the heart
            19   will look swollen.  You will see swelling in that --
            20   in that area.
            21        Q.  That's what edema is, swelling?
            22        A.  That's what edema is, swelling.  Or you'll
            23   see hemorrhages.  It looks like a big bruise on the
            24   heart on -- on some of these folks.  So typically a
            25   big Q wave myocardial infarction you will see some
            page 88
            1    kind of finding at surgery.
            2        Q.  When you were actually the person looking
            3    at Mr. Barnett's heart and examining it, did you see
            4    any evidence of edema of the wall?
            5        A.  No.
            6        Q.  Did you document anywhere that he had any
            7    hemorrhaging or any bruising in the heart?
            8        A.  No.
            9        Q.  If you had seen a Q wave infarction, sir,
            10   and you had seen swelling of the wall or serious
            11   damage to the heart, is that something you would
            12   have written down?
            13        A.  Oh, I -- yes.
            14        Q.  And you didn't see those things when you
            15   actually looked at Mr. Barnett's heart on September
            16   10, 2002?
            17        A.  No.  I usually will document that in the
            18   note.

[88:23] - [90:7]        6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

            page 88
            23        The -- this is a new question.  On your
            24   consult, sir, from September 9th, 2002, do you see
            25   in the second sentence you dictated:  Peak troponin
            page 89

                                    15

1   was 1.4?
2       A.  Yes.
3       Q.  You were asked about troponin elevations
4   and you said, I believe, that troponin elevations
5   can be an indication of heart damage.  Was that your
6   testimony?
7       A.  That's correct.
8       Q.  Is it true that the higher the troponin
9   level, the more heart damage there is?
10      A.  In general, yes.
11      Q.  What does peak mean when you say peak
12  troponin?
13      A.  Peak at that point means, assuming they've
14  drawn serial or subsequent troponins, which often
15  the cardiologists will do, draw usually between one
16  and three troponins, the peak will be the one that's
17  the highest of all of the troponins drawn.
18      Q.  So in this case of the troponins that were
19  drawn for Mr. Barnett in September of 2002, the
20  highest number was 1.40?
21      A.  Yes.
22      Q.  Can you help us understand how that fits
23  into sort of the range of troponin levels that
24  you've seen in your career, sir?
25      A.  I would consider that a small leak, small

*[Handwritten margin note:]*
- 401-403: Irrelevant as to other cases in his career
- 701-705: improper expert testimony
- incomplete hypothetical

page 90
1   troponin leak, based on what I've seen in my career.
2       Q.  What are some of the troponin levels that
3   you have seen with people who have moderate heart
4   attacks or significant heart attacks?
5       A.  You know, 5 to 10.  I've even seen
6   troponins on transmurals that are over -- they're
7   100.

*[Handwritten margin note:]*
- 401-403: irrelevant as to other patients
- 701-705: improper expert testimony
- incomplete hypothetical

[90:8] - [90:9]   6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 90
8       Q.  Let me show you, sir, what I'll mark as
9   Exhibit 12.  Can you tell me --

[90:16] - [93:6]   6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 90
16      Q.  Okay.  I have handed you a lab sheet that
17  reflects different enzyme tests for Mr. Barnett,

18    cardiac enzyme tests while he was in the hospital in
19    2002. Is that what this is?
20       A.  Correct.
21       Q.  And I want to go through these so that we
22    get a clear understanding of exactly what Mr.
23    Barnett's troponin levels were and other cardiac
24    enzyme levels were, okay?
25       A.  Correct.

page 91

1       Q.  Is this something you would have reviewed
2    back when you were treating Mr. Barnett in the
3    hospital?
4       A.  Yes.
5       Q.  It looks like there were a total of five
6    lab tests done on Mr. Barnett while he was in the
7    hospital. Was that right?
8       A.  That's correct.
9       Q.  The first lab test in the middle of the
10    page to the left was done on September 6, 2002; is
11    that right?
12       A.  Yes.
13       Q.  At 1:58 in the morning?
14       A.  Correct.
15       Q.  And at that time when he came into the
16    hospital, what was his troponin I level?
17       A.  It was less than .04.
18       Q.  And if you look at the bottom of the page,
19    do you see where it says results and then reference
20    range interpretation?
21       A.  Yes.
22       Q.  Where does .04 fit in?
23       A.  Point 04 is in the clinical correlation
24    indicated.
25       Q.  So that we understand this, under the

page 92

1    results, those are different ranges of troponin I
2    levels, and to the right would reflect the
3    significance of a reading in that range; is that
4    right?
5       A.  Yes.
6       Q.  So if you had a troponin level of .7, that
7    would fall in the second category, which says:
8    Suggest possible presence of myocardial damage by --
9    is it WHO criteria?
10       A.  Yeah, World Health Organization.
11       Q.  On September 6 at 8:42 in the morning, do

12        you see the next test?
13            A.   Yes.
14            Q.   What was his troponin level then?
15            A.   Point 87.
16            Q.   And is that, in your mind, still about
17    normal?
18            A.   No.  I would consider that a -- we would
19    consider that a positive troponin, mildly positive,
20    but a positive troponin.
21            Q.   Does that fall then within the middle
22    category?
23            A.   Falls in the middle category.
24            Q.   What does it mean to have possible
25    presence of myocardial damage by WHO criteria?
page 93
1            A.   Well, at some -- there was -- there was --
2    originally troponins were started being monitored,
3    the question became whether a little enzyme leak was
4    a heart attack or not.  I mean, there was a question
5    of is it just angina with a little enzyme leak or is
6    it an MI.

[93:22] - [94:1]        6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 93
22            Q.   In other words, if -- or let's just talk
23    about Mr. Barnett.  Given his troponin level at 8:42
24    in the morning, what this suggests is that he might
25    have heart damage and he might not, true?
page 94
1            A.   By their -- by the reference lab, yes.

[94:7] - [99:19]        6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 94
7            Dr. Bryan, when you said before troponin
8    leak, can you just explain briefly what you mean by
9    a troponin leak?
10            A.   When a cell dies it leaks enzymes, or the
11    constituents of its -- of its -- cells are made up
12    of a wall.  They have cytoplasm, or I guess you
13    could call it like a jelly inside, make it simple.
14    That jelly is made up of certain things.  It has
15    enzymes that are -- that degrade things.  It has
16    troponin, which is part of the mechanism of

17    contraction of -- of the heart muscle. So if your
18    cell dies, it will theoretically lyse or break open
19    and leak these things into the blood. So you're
20    detecting is there any cell death, is there anything
21    that suggests that there was damage that are leaking
22    these enzymes.
23        Q. So the more troponin I levels that are
24    detected in these tests, the more cell that have
25    been damaged?

page 95

1        A. Typically the bigger the troponin leak,
2    the more damage that's been done.
3        Q. If you look then, the third blood test was
4    done September 6, 2002 at 4:40 in the afternoon; is
5    that right?
6        A. Yes.
7        Q. And there is where Mr. Barnett had a 1.40
8    troponin I level, true?
9        A. Correct.
10        Q. That's the one that falls within the
11    second category, suggests possible presence of
12    myocardial damage, right?
13        A. Correct.
14        Q. And then he had two more tests on
15    September 7th. He had one that was, what is that,
16    12:40 in the morning?
17        A. Yes.
18        Q. And then he had one at 11:14 in the
19    morning?
20        A. Correct.
21        Q. And on those occasions he did not have his
22    troponin I levels tested. Do you see that?
23        A. That's correct.
24        Q. And I want to talk about that in a minute.
25    Let's look at the CK levels. Now, CK was something

page 96

1    that you had mentioned in response to questions
2    earlier. Is that another enzyme that leaks from
3    muscles if there's damage?
4        A. Yes.
5        Q. The higher the amount of CK in our blood
6    stream, the more muscle damage are there is; is that
7    right?
8        A. Yes.
9        Q. Now, Mr. Barnett had CK, his first test
10    September 6 of 198. Do you see that?

19

11    A.  Yes.

12        Q.  And over to the right under reference it

13    says 35 to 232.  Is that the normal range?

14        A.  That's the normal range.

15        Q.  So when Mr. Barnett came to the hospital,

16    his CK was in the normal range, right?

17        A.  Correct.

18        Q.  And his CKMB -- let's do this at the same

19    time -- was 1.4.  Do you see that?

20        A.  Yes.

21        Q.  Is CKMB another type of enzyme that is

22    used to monitor the amount of heart damage?

23        A.  It is.  It's a little more specific for

24    the heart.  CK is found throughout many muscles in

25    the body and it's a little more specific toward the

page 97

1    heart.

2        Q.  So here Mr. Barnett's CKMB of 1.4 on

3    September 6 was normal, right?

4        A.  Correct.

5        Q.  And then on September 6 at 8:42 in the

6    evening -- sorry -- in the morning, his CK was 190,

7    and that's normal, right?

8        A.  Yes.

9        Q.  And his CKMB was 6.8 and that's above

10    normal, right?

11        A.  Correct.

12        Q.  Later that day on September 6th

13    Mr. Barnett's CK gets to 217, and that's still in

14    the normal range, right?

15        A.  Yes.

16        Q.  And his CKMB rises a bit to 12.5, and

17    that's abnormal, right?

18        A.  Correct.

19        Q.  Then on September 7th Mr. Barnett's CK is

20    288.  Do you see that?

21        A.  Yes.

22        Q.  And that's the highest it ever got while

23    Mr. Barnett was in the hospital; is that right?

24        A.  That is correct.

25        Q.  And is that a fairly low increase in CK

page 98

1    for somebody that's just had a heart attack?

2        A.  That's a -- that's a small leak.

3        Q.  And CKMB, do you see at 12:40 in the

4    morning on September 7th Mr. Barnett has a 21.1

20

5    CKMB?

6    A.  Yes.

7    Q.  And that's also a small amount of leak?

8    A.  It's not -- its not a big leak.

9    Q.  And then in the last test of September

10  7th, 2002 at 11:14 in the morning, Mr. Barnett's CK

11  level drops to 213, correct?

12    A.  Yes.

13    Q.  And that's normal again, right?

14    A.  Yes.

15    Q.  And then his CKMB drops from 21.1 to 15.9,

16  right?

17    A.  Yes.

18    Q.  So it's on its way down?

19    A.  Yes.

20    Q.  Looking back then at Mr. Barnett's

21  troponin level, given that his CKMB and his CK went

22  up a little bit on September 7th and then dropped

23  down later in the day on September 7, is it

24  reasonable to assume that Mr. Barnett's troponin I

25  level may have increased a little bit on September

page 99

1  7?

2    A.  It -- it may have.

3    Q.  And it may not have?

4    A.  It may not have.  The troponin may not

5  rise as early as the CK.  It tends to peak a little

6  later and come down a litter slower than a -- than a

7  CK.  So it's -- without -- without the level being

8  checked, you don't know what the -- the peak we have

9  is a 1.4.

10    Q.  But even if the peak got as high as 2 or 3

11  on September 7th, that's still considered, in your

12  mind, a mild heart attack or a small leak, isn't it,

13  sir?

14    A.  No.  I'd consider it a small heart attack,

15  troponin of 2.

16    Q.  And do you have any reason to think that

17  Mr. Barnett's troponin I level would have increased

18  above 2 or 3 based on the other cardiac enzymes and

19  the pattern that you see here?

[99:21] - [99:24]    6/6/2006  Bryan, Curtis - Merck Affimative Dep Designations

page 99

21    THE WITNESS:  I would not anticipate

*· Calls for speculation*

*· improper expert testimony; Dr. B not retained as an expert.*

22   seeing a big troponin leak with the -- with the CKs
23   and the MBs that are present on that lab work. I
24   would not expect a big troponin leak.

[100:4] - [100:7]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 100
4          But on a scale of 1 to 10, how would you
5     rate a heart attack in somebody who had a troponin
6     level of 1.4 and other cardiac enzymes like
7     Mr. Barnett's?

*Improper
hypothetical
• Calls for speculation
• 602: Lacks fdn
• 401-3: irrelevant
as to this case.

[100:14] - [100:18]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 100
14     Q.  Ten being the most serious.
15     A.  Serious MI and --
16     Q.  And one being a minor?
17     A.  -- minor.  Just maybe 2, 3, somewhere in
18     that vicinity.

[100:19] - [101:22]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 100
19     Q.  You were asked questions, sir, about a
20     diagnosis.  And let's go back to your consult.  You
21     remember that Mr. Barnett was diagnosed with
22     ischemia back in January of 2000?
23     A.  Yes.
24     Q.  And if your -- look back at your consult,
25     the third sentence.  You wrote:  The patient has a
page 101
1     history of chest pain dating back to January of
2     2000, when he underwent a Cardiolite stress test for
3     sharp chest pain.  The patient ruled out for
4     myocardial infarction.
5          That means that the doctors determined
6     that he didn't have a heart attack, right?
7     A.  Right.  That -- that's correct.
8     Q.  And only a small area of lateral ischemia
9     was identified.
10          I'm not sure if by the time your video is
11     played, sir, the jury will have been told what
12     ischemia is.  But is ischemia another word for
13     reduced blood flow?

22

14      A.  Yes.

15      Q.  So when a patient has enough blockage or

16   plaque in their arteries to reduce the blood flow,

17   that's considered ischemia?

18      A.  Yes.

19      Q.  In order to have ischemia, Dr. Bryan, do

20   you know about how much percentage-wise of an artery

21   needs to be blocked with plaque in order to reduce

22   blood flow and lead to a diagnosis of ischemia?

[101:25] - [102:13]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

• 701-705:
improper expert
testimony; not
designated as an
expert

• incomplete
hypothetical

• Calls for specul.

page 101

25              THE WITNESS:  A 50 percent stenosis

page 102

1    results in a 75 percent reduction in diameter, which

2    can lead to ischemia.  I would say that, clinically

3    speaking, that most people have at least a 50 to 60

4    percent stenosis before an artery usually gives them

5    pain.

6    BY MR. GOLDMAN:

7       Q.  When you say 50 to 60 percent stenosis, is

8    that another way of saying 50 to 60 percent of

9    blockage in the artery of plaque?

10      A.  Correct.  Correct.

11      Q.  So we know that Mr. Barnett had at least

12   50 to 60 percent blockage in his arteries on -- in

13   January of 2000, right?

[102:17] - [102:23]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

• 602:  Lacks found-
ation.  Dr. Bryan
did not treat Mr.
Barnett until 2002
• Speculative/Found
Dr. Bryan never review
the actual studies
• Improper expert
testimony.

page 102

17      Q.  True?

18      A.  What the -- what this demonstrates is that

19   we know that in one region of his heart there was a

20   stenosis, the degree of which you don't know.  You

21   would presume that it's at least 50, 60 percent,

22   maybe worse in one area of his heart that resulted

23   in ischemia.

[102:24] - [103:1]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 102

24      Q.  I take it you're familiar with Cardiolite

25   stress tests, Dr. Bryan?

23

page 103
1      A.  Yes.

[103:11] - [103:18]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 103
11      you know this.  Are you aware, sir, that one of the
12      known limitations of a Cardiolite stress test is
13      that if a patient has balanced blockage of his major
14      coronary arteries; in other words, a similar amount
15      of plaque in his coronary arteries, that a
16      Cardiolite stress test may come back showing that
17      the patient has mild ischemia?
18          A.  Yeah, that's correct.

*Incomplete
hypothetical

· Calls for
speculation

· Improper
expert testimony
(701-705): Dr. B.
not designated
as an expert

-Dr. Bryan never
reviewed these film
nor is it his
specialty. He is a
cardiac surgeon.

[103:21] - [104:14]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 103
21          Is it also a known limitation of
22      Cardiolite stress tests, sir, that if the patient
23      has an equal amount of blockage in his coronary
24      arteries, it's quite possible that that Cardiolite
25      stress test will show no ischemia?
page 104
1          A.  That's correct.
2          Q.  Is that because these Cardiolite stress
3      tests measure the relative amount of blood flow
4      among the coronary arteries?
5          A.  That is correct.  You have to have a
6      difference between resting state and stress state to
7      have a positive -- have a positive study.
8          Q.  So if all of the arteries contain a
9      similar or near similar amount of plaque buildup,
10      then the Cardiolite stress test may come back
11      say there's either no difference among the coronary
12      arteries in terms of plaque buildup or there's  mild
13      ischemia or a mild difference?
14          A.  That's correct.

[104:17] - [105:2]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 104
17          The only way to know how much coronary
18      artery disease or blockage that Mr. Barnett had for
19      sure in January of 2000 would be to have the results

24

```
20      of an angiogram or a cardiac catheterization; is
21      that true?
22          A.  True.
23          Q.  Are you aware that the doctors suggested
24      that Mr. Barnett have a cardiac catheterization and
25      he for whatever reason decided not to?
page 105
1           A.  I'm not aware of that.  I'm not aware of
2       that.
```

*Misstates testimony*
*Speculation*
*Hearsay 801*

[105:7] - [105:20]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

```
page 105
7       this way.  New question.  Did you see the extent of
8       coronary artery disease in Mr. Barnett's arteries in
9       September of 2002?
10          A.  Yes.
11          Q.  Was there consistent blockage, balanced
12      blockage of plaque in his arteries?
13          A.  Yes.
14          Q.  I'm gonna show you, sir, what I'll mark as
15      Exhibit 13.  This is actually a document that we
16      used with Dr. Karavan, and he drew on this document
17      the amount of blockage or plaque buildup that he saw
18      on the cardiac catheterization when he performed it
19      on Mr. Barnett on September 9th, 2002, okay?
20          A.  Yes.
```

[105:25] - [107:9]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

```
page 105
25          Q.  So do you see -- we won't go through all
page 106
1       of these.  But the left main -- up toward the top,
2       the left main coronary artery has 50 percent
3       blockage.
4           A.  Yes.
5           Q.  And then the LAD, as you described
6       earlier, the — the anterior descending artery, has
7       80 percent.  Do you see that?
8           A.  Yes.
9           Q.  The circumflex has 80 percent?
10          A.  Yes.  Uh-huh.
11          Q.  And then the right coronary artery, which
12      is actually to the left side of the page, shows 80
```

13  percent blockage, right?
14      A.  That's the -- yeah.  That's the, what we
15  call the LV branch or one of the branches of the
16  right coronary artery.
17      Q.  And then there's 100 percent blockage in
18  September of 2002 in the PDA.  Do you see that?
19      A.  Yes.
20      Q.  That's sort of the branch at the bottom
21  left or where it says 100 percent, right?
22      A.  Yes.
23      Q.  And then in the middle of the heart there,
24  do you see 70 percent?
25      A.  Yes.
page 107
1       Q.  Are these percentages, sir, consistent
2   with what your understanding was of Mr. Barnett's
3   arteries in September of 2002?
4       A.  Yes.
5       Q.  Does this reflect, as you testified a
6   minute ago, that Mr. Barnett had balanced ischemia
7   throughout his arteries?
8       A.  He does -- he does have a fairly balanced
9   degree of stenosis.

[107:21] - [108:3]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 107
21      Q.  Okay.  Let me ask it this way.  Do you
22  know, sir, whether coronary artery disease takes a
23  while to build up?
24      A.  It typically does.
25

• 701-705: improper
  expert testimony
• incomplete hypothetical
• Speculative
• Lacks foundation

page 108
1       Q.  So typically, would a patient like
2   Mr. Barnett who has this much occlusion or blockage
3   take years and years to develop it?

[108:6] - [108:8]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

• 401-403: Irrelwant
  as to other patients
• Incomplete hypothetical
• Speculative
• Lacks foundation
• 701-705: improper
  expert testimony.

page 108
6           THE WITNESS:  I would say the majority of
7   people, it takes years to develop this -- this much,
8   you know, these -- this degree of stenoses.

[109:3] - [109:7]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 109
3        Q.  Has it been your experience, Dr. Bryan,
4        that you've seen patients who have both developed
5        coronary artery disease, lots of coronary artery
6        disease over a long period of time and there's some
7        patients who actually develop it rapidly?

[109:10] - [109:11]        6/6/2006        Bryan, Curtis - Merck Affimative Dep Designations

page 109
10                THE WITNESS:  In my practice I have seen
11        both subsets of patients.

[109:13] - [109:24]        6/6/2006        Bryan, Curtis - Merck Affimative Dep Designations

page 109
13        Q.  Have you seen patients, Dr. Bryan, who
14        have had a small to moderate amount of coronary
15        artery disease and a few years later have severe
16        disease?
17        A.  I have not seen patients with less than a
18        40 percent stenosis suddenly have a 90 percent
19        stenosis in a year or two.  I've not seen that.
20            I've seen 50, 60 percent stenoses go on to
21        80, 90 percent within two or three years of -- of
22        doing this.  You know, there are various -- you
23        know, depending on their risk factors, compliance,
24        other -- other things that go into that.

[109:25] - [112:2]        6/6/2006        Bryan, Curtis - Merck Affimative Dep Designations

page 109
25        Q.  Let's switch topics now, Dr. Bryan.  Have
page 110
1        you seen patients, sir, who have had mild ischemia
2        at one point in their life and then rapidly progress
3        to severe multi-vessel disease even if they try to
4        control their risk factors?
5        A.  Yes.
6        Q.  Can you explain that, sir?  How is it
7        possible for somebody to try hard and even control
8        their cholesterol perfectly, why is it that that
9        person might go from a mild amount of ischemia to a

*Lacks foundation
*Incomplete hypotheticals
*Improper expert testimony, he has not been designated as an expert (701-705)
*Speculation
*Irrelevant as to other patients he has seen.

objections continue to next page

10    severe amount?
11        A.  It's -- it's hard to know why.  In some --
12    in some people it's genetic.  We don't know exactly
13    why coronary disease progresses more rapidly in some
14    people than others.
15            You can have two patients with identical
16    cholesterol profiles that one is -- does well for
17    ten years; one does well for, you know, a year or
18    two and is -- is on the operating table or getting a
19    stent.  I have had patients who are in their 20s who
20    are nonsmokers with normal cholesterols get coronary
21    bypass grafting.
22            There's no way to know why they're having
23    these rapidly progressive problems.  I -- I would
24    say that it's an inflammatory process we know and --
25    and why it's worse in other people than some,

page 111

1    there's probably a multitude of factors that go into
2    it that we're -- that they're not all -- they're not
3    all delineated right now.

4        Q.  So even today with all of the study that's
5    been done on atherosclerosis, is it fair to say that
6    nobody knows all of the reasons why people progress
7    from a small amount of ischemia or coronary artery
8    disease to a heart attack?
9        A.  We know that the majority of those are
10    rupture, but why does the plaque suddenly rupture, I
11    think it's all -- we have ideas, but what we can
12    tell you -- you know, even -- just to give you an
13    example, looking at cholesterol levels.  You can
14    tell what a relative risk is.  We can't tell you
15    that because you have a high cholesterol you're
16    gonna have a, you know, heart disease.  We can -- we
17    can tell you that -- we can tell you that if you
18    keep it low your relative risk of a problem is this,
19    but we can't tell you you're gonna be that guy who
20    gets it.
21            So I think there's -- you're -- still a
22    lot is not known exactly about why people progress,
23    why plaques rupture.  There's postulation that they
24    become unstable plaques, you know, they get a lot of
25    cholesterol and the burden becomes too much and it

page 112

1    ruptures, clot.  You know, we don't know all the --
2    all the issues relate -- related to this.

*Calls for speculation*
*Incomplete nypotheticals*
*Improper expert testimony (701-705)*

28

[112:8] - [112:24]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 112
8       Q.  If a patient, sir, in your experience has
9       a history of high cholesterol and then gets on a
10      statin like Lipitor and then controls their
11      cholesterol, does that mean that the plaque that's
12      built up in their arteries goes away?
13      A.  No.
14      Q.  Does it mean if you control your
15      cholesterol even perfectly after you've had a
16      history of high cholesterol that the plaque will not
17      accelerate and progress?
18      A.  No.
19      Q.  Has it been your experience that you've
20      seen in patients who actually control their
21      cholesterol levels, that because they had high
22      cholesterol in the past their plaque progresses over
23      time?
24      A.  Yes.

*Handwritten margin notes:*
- Lacks foundation
- Incomplete hypotheticals
- Inapproper expert testimony - he has not been designated as an expert
- Speculative
- Irrelevant as to other patients he has not seen.

[113:11] - [117:3]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 113
11      Q.  Dr. Bryan, if you turn back to your
12      consult, the bottom has a 20 on it.  Do you see in
13      the fourth or fifth sentence after discussing that
14      Mr. Barnett was ruled out for a heart attack in
15      January of 2000 it says:  The patient was treated
16      medically?  Do you where see that, sir?
17      A.  Yes.
18      Q.  Now back in January of 2000, Mr. Barnett
19      was 56 years old, and you know that he had a history
20      of high cholesterol, right?
21      A.  Yes.
22      Q.  Did Mr. Barnett also have a significant
23      family history of heart disease?
24      A.  He did.  His father had undergone -- had--
25      had two myocardial infarctions, one at age 62, one
page 114
1       at age 68.  Also, the family history did have
2       atherosclerotic risk factors, a sister who's had --
3       who is 50 years old and had multiple TIAs.  All of
4       these things were --
5       Q.  What's a TIA?

6      A.  Commonly known as a mini stroke, temporary
7   symptoms, usually less -- less than 24 hours that
8   resolve. But his father had a stroke. I mean,
9   there was a -- he had a family history that
10   consider -- you know, you'd put him at risk for
11   atherosclerosis.
12      Q.  And heart attacks?
13      A.  And heart attacks.
14      Q.  So in January of 2000 Mr. Barnett was 56
15   years old. He had a history of high cholesterol.
16   He had a family history of heart disease. He had an
17   abnormal Cardiolite stress test showing ischemia.
18        Based on those factors, sir, do you think
19   that Mr. Barnett should have been taking aspirin on
20   a daily basis?
21      A.  Yes.
22      Q.  When you talked about aspirin earlier, is
23   it your understanding -- why is it important to
24   recommend aspirin to patients and that patients take
25   daily aspirin if they have a history like
page 115
1   Mr. Barnett of heart disease?
2      A.  The main benefit to aspirin is it -- it
3   inhibits the clotting cells known as platelet from
4   forming a clot. And so, in patients who have
5   coronary disease or blockages that we've talked
6   about and who are who at risk for plaque rupture at
7   any time in their life, a baby aspirin or a full
8   aspirin a day is usually part of the treatment for a
9   patient with coronary disease.
10      Q.  Is it part of the standard of care or
11   normal course for a patient who has a history of
12   heart disease to take aspirin so that they might
13   prevent a heart attack in the future?
14      A.  Yes.
15      Q.  Is it also common for doctors to prescribe
16   aspirin so that patients who have a history of heart
17   disease might not have a clot in response to a
18   plaque rupture because of the properties of aspirin,
19   the anti-clotting properties?
20      A.  Correct.
21      Q.  Do you see in the next sentence of your
22   consult you wrote: Subsequently the patient did
23   well with only occasional slight sharp chest pain,
24   usually associated with his abdomen being bloated?
25   Do you see that, sir?

*Handwritten annotations in right margin:*

• Improper expert testimony; he is not an expert (701-702)
• Incomplete hypoth.
• Calls for speculation
• He has not been designated as an expert on the standard of care of physicians.

30

page 116

1   A.  Yes.

2   Q.  So we're talking now about — when you say

3   subsequently, after January of 2000 you're saying

4   Mr. Barnett had occasional sharp chest pain?

5   A.  Yes.

6   Q.  Usually associated with the abdomen?

7   A.  Yes.

8   Q.  Do you know that Mr. Barnett had a history

9   of reflux or GERD?

10   A.  Yes.

11   Q.  Is it your experience, sir, that through

12   no fault of the doctors, that sometimes people who

13   are experiencing angina or chest pain actually get

14   diagnosed as having GERD or reflux?

15   A.  Yes.

16   Q.  Tell me about that.

17   A.  Reflux in some patients can cause

18   esophageal spasm.

19   Q.  Which is what?

20   A.  Which is the muscle of the -- of the

21   esophagus.  The esophagus is -- the esophagus is

22   basically a muscular tube, and when the acid runs up

23   the esophagus it spasms and it can cause sharp

24   intense chest pain, can mimic, you know, chest pain

25   from the heart source and -- and it can be similar

page 117

1   in that it can be located beneath the sternum.  It

2   can be sometimes in -- in some patients be difficult

3   to diagnose.

[117:13] - [122:2]     6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 117

13   Q.  Based on your experience over the last 13

14   years treating patients with heart problems, sir, do

15   you believe that there are patients who are

16   diagnosed with GERD or reflux when they have chest

17   pain when what they're really having is angina or

18   heart related pain?

19   A.  Yes.

20   Q.  Looking now down in the middle of the page

21   of your consult, do you see where you then describe

22   the cardiac catheterization that was performed by

23   Dr. Karavan?

24   A.  Yes.

*Handwritten margin notes:*
- Incomplete hypotheticals
- Calls for speculation
- Improper expert testimony - he has not been designated as an expert, he is not a GI doctor 701-705
- Irrelevant as to other patients

31

25    Q.  And I'm not gonna repeat all of these.

page 118

1    But you talk about 50 percent blockage in the left
2    main, 80 percent in another, 80 percent in another
3    artery and so forth.
4        And then do you see number 8 where you
5    wrote:  Ejection fraction approximately 50 percent?
6    And let's stop there.  What is an ejection fraction?
7     A.  What an ejection fraction measures is with
8    each heart beat, there's a certain amount of blood
9    ejected.  We don't empty our heart totally with each
10    heart beat.
11        So the ejection fraction is the amount of
12    that blood in the chamber when the heart is full
13    that when it squeezes, that's the percentage of
14    blood that goes out to the body.  So a normal
15    ejection fraction would be between 50 and 60
16    percent.
17     Q.  So when somebody talks about an ejection
18    fraction or EF as a shorthand version, what that
19    attempts to measure is how well the heart muscle is
20    contracting and pumping out blood to the rest of the
21    body?
22     A.  Correct.
23     Q.  Is that an important measurement?
24     A.  Yes.
25     Q.  Is it the most important measurement for

page 119

1    heart function?
2     A.  Yes.
3     Q.  Is an ejection fraction actually
4    considered the gold standard for measuring heart
5    function in heart damage?
6     A.  Well, the ejection fraction is -- there
7    are multiple ways of measuring an ejection fraction,
8    but finding out what a patient's ejection fraction
9    is is the -- is -- determines the -- the contractile
10    performance of the heart.  It gives you the
11    performance of the heart, whether it's -- whether
12    you're pumping normally or not.  That -- that would
13    be the gold standard description of how well you're
14    pumping blood.
15     Q.  And when you saw that Mr. Barnett had a
16    normal ejection fraction of 50 percent at the same
17    time he was having his heart attack, did that strike
18    you as a good sign for Mr. Barnett?

32

19    A.  Yes.

20    Q.  Dr. Karavan refers in his cardiac
21 catheterization report to something called preserved
22 left ventricular systolic function?

23    A.  Yes.

24    Q.  What does it mean to have preserved left
25 ventricular systolic function?

page 120

1    A.  That means to have a normal ejection
2 fraction.

3    Q.  Do you agree with Dr. Karavan that on
4 September 9th, 2002 Mr. Barnett had a normal
5 ventricular function and ejection fraction?

6    A.  Yes.

7    Q.  You also wrote in number 8:  With an LVEDP
8 of 16.  Do you see that?

9    A.  Correct.

10    Q.  What is an LVEDP?

11    A.  LVEDP stands for left ventricular end
12 diastolic pressure.  And we measure it --
13 Dr. Karavan often measures it when he puts the
14 catheter in the chamber to do the ejection fraction.
15 How they do that is they slip the catheter into the
16 heart chamber itself and inject dye so they can see
17 how the heart is pumping.

18    Well, the LVEDP is just that pressure
19 measurement before -- and they do one before and
20 after they put the dye in.  An LVEDP of 16 is upper
21 normal for a patient.

22    Q.  If you look on page 23, sir, of Exhibit
23 11, this is Dr. Karavan's cardiac catheterization
24 report.  Do you see that?

25    A.  Yes.

page 121

1    Q.  And in the third sentence or phrase it
2 says:  Mid inferior diaphragmatic hypokinesis.  And
3 then it talks about the ejection fraction.

4    Do you see that, sir?

5    A.  Yes, I see that.

6    Q.  Can you tell me just briefly what a mid
7 inferior diaphragmatic hypokinesis means?

8    A.  What that means, he -- he's stating that
9 the bottom wall of the heart sits on the diaphragm,
10 the inferior wall of the heart sits on the
11 diaphragm.  And that area of the heart was not
12 moving quite normally.  It was mildly hypokinetic or

33

13    decreased function of the heart.
14        Q.  Now, if a patient has a ejection fraction
15    that's normal and this mild hypokinesis at the same
16    time, is there any clinical significance to having
17    hypokinesis?
18        A.  No.  I mean, if there's -- overall
19    ejection fraction is normal, then it's -- it's not
20    a -- especially from the standpoint of operating on
21    him for us, that's not a significant issue.
22        Q.  Having mild hypokinesis when you have a
23    normal ejection fraction isn't clinically
24    significant for a patient at all, true?
25        A.  As long as the patient is not having any
page 122
1    evidence of heart failure, it's not gonna give him
2    any long-term problem in all likelihood.

*handwritten notes:* • Calls for speculation • Improper expert testimony (701-5) • Incomplete hypotheticals • Irrelevant as to other patients

[123:2] - [123:5]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 123
2        Q.  Fair enough, sir.  The -- Dr. Bryan, I'm
3    handing you what I've marked as Exhibit 14, and this
4    is a Cardiolite stress test that Mr. Barnett had
5    July 7 -- 18 of 2003.

[123:17] - [123:19]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 123
17        Q.  Have you reviewed reports like Exhibit 14
18    before?
19        A.  Yes.

[123:20] - [124:5]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 123
20        Q.  So this is a Cardiolite stress test, July
21    18th, 2003.  Is that about ten months after you
22    operated on Mr. Barnett?
23        A.  Yes.
24        Q.  We're gonna talk about several aspects of
25    this in a minute, sir.  But I want to direct your
page 124
1    attention for right now to the impression at the
2    bottom, number 3:  Perfusion images with apical
3    thinning, normal wall motion.

*handwritten notes:* • Lacks Foundation: Dr. Bryan last saw Mr. Barnett in Oct 02. • Calls for expert opinion and Dr. Bryan not designated as an expert.

4         **Do you see that?**
5         **A.  Uh-huh.  Yes.**

[124:8] - [124:10]     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

*see objections p. 34 (bottom page)*

page 124
8       **But normal wall motion in July of 2003,**
9    **does that suggest that whatever hypokinesis**
10   **Mr. Barnett had in September of 2002 has resolved?**

[124:15] - [124:18]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 124
15      **THE WITNESS:  This is — by — by the**
16   **stress test, he — at this time he does not have any**
17   **inferior wall hypokinesis by this stress test study**
18   **back ten months after his surgery.**

[124:20] - [125:16]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 124
20      **Q.  Let's go back to your consult now, please,**
21   **which is page 20.  You were asked some question**
22   **about — do you see PMH on the bottom?  Is that**
23   **prior medical history?**
24      **A.  Past medical history.**
25      **Q.  Significant for the following, and then**
page 125
1    **you were asked about hyperlipidemia.  That's**
2    **abnormal cholesterol levels?**
3      **A.  Correct.**
4      **Q.  And that's a risk factor for heart disease**
5    **and heart attack?**
6      **A.  Yes.**
7      **Q.  Do you see any reference, sir, to**
8    **hypertension in your consult when your were talking**
9    **to Mr. Barnett?**
10     **A.  No.**
11     **Q.  Did Mr. Barnett tell you in September of**
12   **2002 that he had a history of hypertension?**
13     **A.  No.**
14     **Q.  Would that be something you would have**
15   **written down here if he had?**
16     **A.  Yes.**

[126:1] - [126:12]    6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 126

1    Q.  And to determine whether somebody has
2    hypertension, is it important to look at as many
3    readings as you have for that particular patient as
4    opposed to some individual spikes in blood pressure?
5        A.  Multiple blood pressures are better.
6        Q.  Is it your understanding, Dr. Bryan, that
7    to determine whether somebody has hypertension you
8    would want to take an average of the blood pressure
9    readings within a certain period of time?
10       A.  Typically, what I -- what we do is have
11   them take multiple times, different times of the day
12   to see if they here having any spikes.

[126:13] - [127:18]    6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 126

13       Q.  What are the different causes of
14   hypertension, sir?
15       A.  Some people are salt retainers.  They
16   retain salt.  That causes hypertension.  There is
17   also some people, the reason for their hypertension
18   is -- is they are vasoconstricted.  That's one
19   etiology for hypertension.
20       Q.  What is vasoconstricted?
21       A.  Their blood vessels are chronically
22   constricted, their -- I guess you could say their
23   system is kind of revved up where they -- their
24   blood vessels are -- are tightened down, causing
25   their hypertension on -- on a -- on a chronic basis.
page 127
1        There's also anxiety that can cause
2    hypertension.  Chest pain, if a patient has chest
3    pain, they can have hypertension.  Any kind of pain
4    syndrome can cause hypertension.
5        But if you're talking about your garden
6    variety, every-day just basic hypertension, most of
7    those are either gonna be related to a
8    vasoconstrictor or a sympathetic system, a nervous
9    system, you know, kind of overload on the vessels,
10   to make it simple, or salt retention type thing.
11       Q.  If a patient doesn't have systemic
12   constant elevated blood pressure, then that could be

*Handwritten annotations in right margin:*
- Improper expert testimony not designated as an expert.
- Calls for speculation
- Incomplete hypothetical
- 401-403: irrelevant as to "other patients"

36

```
13    caused by any one of a number of factors such as
14    those you identified?
15        A.  Right, anxiety.
16        Q.  Stress?
17        A.  Stress.  You know, anything that can do
18    that.
```

· Calls for speculation
· incomplete hypoth
· Lacks foundation

---

[127:19] - [128:17]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

```
page 127
19        Q.  You mentioned before that it's not
20    uncommon -- I think you said it's not unusual for
21    patients to have increased blood pressure when they
22    come into the office.  Do you remember testifying to
23    that?
24        A.  Yes.
25        Q.  Have you heard of the term white coat
page 128
1    hypertension?
2        A.  Yes.
3        Q.  What is white coat hypertension?
4        A.  Especially when they see their heart
5    surgeon.  They -- they get nervous and they have
6    high blood pressure.
7        Q.  Is it common for patients to be nervous
8    and anxious when they see a cardiologist, like
9    Dr. Karavan, or even an internist if they're worried
10   about a particular medical condition to have a spike
11   in blood pressure?
12        A.  Yes.
13        Q.  Have you seen patients, sir, who have had
14   spikes in blood pressure when they come into the
15   office but when they take their blood pressure at
16   home it's normal?
17        A.  Yes.
```

· Irrelevant as to "other patients"
· Improper expert testimony - he was not design. as an expert (701-705)
· Irrelevant as to "white coat hypertension" as Dr. Bryan never diagnosed him w/ it
· Incomplete hypothetic as to causes of hypertension.
· Calls for speculation

---

[129:7] - [129:19]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

```
page 129
7        Q.  Are you aware that there's certain
8    medications that can cause hypertension?
9        A.  Yes.
10        Q.  Is Claritin or a decongestant
11   over-the-counter medication the type of medicine
12   that can cause hypertension?
```

13        A.  Claritin itself is not itself, but with
14    Claritin D with the decongestant with Sudafed in it
15    is more likely to cause -- can cause hypertension.
16        Q.  Do you know that all non-steroidal
17    antiinflammatories can cause hypertension?
18        A.  I do know that's a risk factor for
19    hypertension.

*Improper expert testimony; not a pharmacologist, nor has he been designated as an expert.*

[129:23] - [130:19]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 129
23        Q.  Can you turn with me, sir, to page 1 --
24    yes, page 1 of Exhibit 11?  What is this document?
25        A.  This is a -- what we -- one of our
page 130
1    screening sheets that we -- we do in the patients.
2    Our nurse, Kirsten, while we're operating if a
3    consult comes in, she'll go by and do a quick sheet
4    to give us an idea of what's going on with the
5    patient before we go up to see them.
6        Q.  Do you see in the right column under PMH,
7    what does PMH stand for?
8        A.  Past medical history.
9        Q.  And is Kirsten or the nurse supposed to
10    fill in one of these columns:  HTN, DN or tobacco,
11    if the patient indicates that they have that
12    condition?
13        A.  Yes.
14        Q.  What is HTM?
15        A.  Hypertension.
16        Q.  Does this indicate that Mr. Barnett did
17    not report that he had hypertension on September 6
18    of 2002?
19        A.  That's correct.

[130:21] - [130:24]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 130
21        Does Mr. Barnett report here that his
22    blood pressure has gotten any worse while he's been
23    on Vioxx?
24        A.  No.

[130:25] - [131:1]    6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 130
25          Q.  If you turn to page 13, sir, this is an ER
page 131
1      report from September 6 of 2002 --

[131:5] - [132:9]        6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 131
5          Q.  Do you see that?
6          A.  Yes.
7          Q.  And this is dictated by, is it Dr. Pamela
8      Pyle?
9          A.  Pyle.
10         Q.  Do you see that she indicates past medical
11     history also in the first paragraph?
12         A.  Yes.
13         Q.  He has a history of hyperlipidemia, disc
14     disease, GERD and then a recent diagnosis of
15     onychomycosis?
16         A.  Onychomycosis, yeah.
17         Q.  Yeah.
18         A.  Onychomycosis.  Onychomycosis.
19         Q.  One of my strong suits, pronouncing these
20     kinds of terms.
21             Did Mr. Barnett report in the ER that he
22     had a history of hypertension?
23         A.  No.
24         Q.  If you turn to page 14 and 15 -- let's
25     start with 14.  This is also an ER report prepared
page 132
1      by somebody else, Mark Waggener, right?
2          A.  This is probably the ER physician himself
3      who dictated.  Pamela Pyle was probably the
4      hospitalists who admitted him.  And that's probably
5      the H&P is for admission for Pamela Pyle.
6          Q.  And do you see on this particular record,
7      PMH, past medical history, there's no indication
8      that Mr. Barnett had hypertension, right?
9          A.  Correct.

[132:12] - [133:6]        6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 132
12             New question.  Let me represent to you,
13     Dr. Bryan, that Mr. Barnett before he came into the

14    hospital on September of 2002 took his blood
15    pressure twice and it was 190/111, 194/104, okay?
16        A.  Yes.
17        Q.  And then here, you can see in the ER it's
18    dropped down to 166/92. Do you see that?
19        A.  Let me.  Is that page 14?
20        Q.  Fourteen.
21        A.  Hold on a second.
22        Q.  Under physical exam.
23        A.  Yes, I see that.
24        Q.  Is it common, sir, for patients who are
25    experiencing chest pain or having a heart attack to
page 133
1    have elevated blood pressure?
2        A.  Yes.
3        Q.  You said that before, that even slight
4    chest pain can increase a patient's blood pressure,
5    true?
6        A.  Yes.

(701-705)
• Improper
  expert testimony
• Incomplete hypoth.
• Speculation

[133:7] - [134:14]      6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 133
7        Q.  If you turn to page 17, sir, this is a
8    consultation report September 6, 2002 dictated by,
9    is it Nurse Gonzales?
10        A.  Roberta Gonzales.  That is a physician
11    assistant that worked for Dr. Karavan.
12        Q.  Do you see that she reports in the middle
13    of the history, in the middle of the paragraph: He
14    denies associated -- is it diaphoresis or nausea,
15    but did start to become short of breath, part of
16    which he thinks may have been due to anxiety.
17        Do you see that, sir?
18        A.  Yes.
19        Q.  Is anxiety, as I think you mentioned
20    before, something that can cause shortness of breath
21    or an increase in blood pressure?
22        A.  Yes.
23        Q.  In the last paragraph on page 15, if you
24    go back a few pages, sir.
25        A.  Uh-huh.
page 134
1        Q.  Here Ms. Pyle is -- is it Dr. Pyle?
2        A.  Yeah.
3        Q.  Dr. Pyle in the last paragraph is saying

• Hearsay (80)
• Lack of Personal
  Knowledge; Lacks
  foundation (602)
• Speculative
• Incomplete
  hypothetical

4    why she thinks Dr -- Mr. Barnett should be admitted
5    to the hospital:  At this time I think the patient
6    requires admission to the hospital to rule out MI
7    protocol given his multiple cardiac risk factors,
8    including his age of 58, hypercholesterolemia,
9    family history of coronary artery disease.
10        Do you see that?
11    A.  Yes.
12    Q.  Is there any reference to hypertension as
13    a risk factor for Mr. Barnett?
14    A.  No.

[134:19] - [138:2]    6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 134
19        Is the purpose of a bypass surgery,
20    Dr. Bryan, to actually fix whatever small damage
21    might occur as a result of a small heart attack?
22    A.  Well, that is one of the goals of bypass,
23    is to restore blood flow to the area of muscle that
24    is not getting enough and any, hopefully, that --
25    and to -- to preserve or heal any viable cells that
page 135
1    are — that are still viable, still living.
2    Q.  Is the purpose here for Mr. Barnett to
3    have a bypass so that you, hopefully, will avoid a
4    fatal or deadly heart attack in the future?
5    A.  That would be one of the goals.
6    Q.  If the bypass is successful, then the hope
7    is the patient would be able to live a full life
8    expectancy and not have another heart attack or die
9    of a heart attack, right?
10    A.  Well --
11    Q.  That's the hope?
12    A.  That's the hope, yes.
13    Q.  It's sometimes the case that patients who
14    have bypass surgeries have another heart attack down
15    the road, right?
16    A.  Correct.
17    Q.  And that happens because in many cases the
18    patients have coronary artery disease that continues
19    to progress in their system, right?
20    A.  Correct.
21    Q.  So if a patient has coronary artery
22    disease and that leads to a bypass because of a
23    heart attack, it wouldn't be surprising if maybe the

*701-705:*
*improper expert*
*testimony; he*
*nas ∅ been design*
*as an expert*
• *Incomplete hypo*[?]
• *Lacks foundation*
*401-403: irrelevant*
*as to other patients*
*or other cases.*

41

24    patient would have another heart attack because of
25    coronary artery disease, correct?

page 136
1    A.  That's correct.
2    Q.  But certainly you in your experience have
3    performed successful bypass surgeries on patients
4    and they have gone on to live full, complete lives?
5    A.  Yes.
6    Q.  When you said before that you recommended
7    bypass surgery for Mr. Barnett based on his severe
8    coronary artery disease, were you aware that he had
9    50 percent blockage in his left main artery?
10   A.  Yes.
11   Q.  Is the left main artery a particularly
12   important one?
13   A.  It is.
14   Q.  Why?
15   A.  The amount of circulation in the left main
16   is tremendous.  In fact, the nickname of a left main
17   is a widow maker.  That -- that's the widow maker, I
18   mean, of all the blockages.
19        The reason is the left side circulation in
20   most patients is fairly extensive.  So if you lose
21   that artery, you lose a large amount of muscle.  And
22   often -- now, if a left main shuts down or occludes,
23   then that artery -- that's often a sudden death
24   episode.
25   Q.  And when you say widow maker, I assume you

page 137
1    mean that there, unfortunately, are a number of
2    people who have significant blockage in their left
3    main artery and then they die?
4    A.  That shuts down and they -- they have a
5    sudden episode.
6    Q.  Is it true, sir, that even if you don't
7    have any blockage at all in any other artery but you
8    have 50 percent or more blockage in your left main
9    artery, that that makes you a candidate for bypass
10   surgery?
11   A.  I would tell you, based on the -- it
12   depends on the cardiologist on a 50 percent left
13   main.  I would tell you, you know, you see some who
14   want it done and some who treat them medically.  But
15   I would say that when you start getting into that 50
16   and 60, certainly at 60 percent they're sending --
17   they're sending them to surgery.

*Calls for speculation*
*Incomplete hypothetical*
*Improper expert testimony 701-705*

42

18          Fifty, most of us are gonna operate on
19     them if they're symptomatic.  I mean, if they're
20     having chest pain or have had an MI and they have a
21     50 percent left main, we're gonna take care of it.
22          Q.  So even if a patient has no occlusion or
23     blockage in any other artery and he has chest pain
24     and 50 percent blockage in his left main artery,
25     your recommended course of action is to have
page 138
1     surgery?
2          A.  The majority of the time it would be, yes.

[138:23] - [140:2]     6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 138
23          But my question is, new question:  Is it
24     true, sir, that if you have severe coronary artery
25     disease, like Mr. Barnett, that it's better to have
page 139
1     a sign that you have that, whether it's chest pain
2     or a small heart attack, than to have no signal and
3     to have a fatal heart attack?
4          A.  I would say a small heart attack is better
5     than a fatal heart attack.  But the only time I'd
6     really consider maybe a small heart attack a
7     blessing in disguise for a patient, excluding
8     that -- that are gonna die of something massive, is
9     a patient who would be otherwise asymptomatic, that
10     came in with an atypical symptom like fatigue or
11     something and they were found to have a small heart
12     attack, have severe disease and they're just an
13     asymptomatic.  And then there are the asymptomatic
14     patients, there are, and who have very atypical,
15     almost asymptomatic.  That might be considered a
16     blessing versus a sudden death episode.
17          Q.  The heart attack that Mr. Barnett had was
18     a heart attack that exposed the severity of his
19     coronary arteries, right?
20          A.  It -- it did, yes.  It led to a cardiac
21     catheterization which outlined the severity of his
22     disease.
23          Q.  And then the cardiac catheterization led
24     to a bypass which helped prolong his life; is that
25     right?
page 140
1          A.  Well, yes.  In his case it would prolong

*Calls for
   speculation as
   to status of
   coronary arteries
*Incomplete hypo
*Calls for Expert
   opinion: this ~~expt~~
   doctor not retained as
   an expert. (701-705)

43

2    his life because of the left main, yes.

**[140:3] - [142:4]**     6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 140
3        Q.  How long did your bypass surgery take for
4    Mr. Barnett, about?
5        A.  I don't have that.  I would -- I would
6    guess three-and-a-half, four hours of actual of
7    surgical time for me, not room time, but probably
8    three-and-a-half, four hours, somewhere around
9    there, I guess.
10       Q.  Were there any complications during the
11   surgery?
12       A.  No.
13       Q.  Did you have a conversation with
14   Mr. Barnett before the bypass surgery about the
15   potential risks of it?
16       A.  Yes.
17       Q.  And in your consult you indicate that
18   there is a two to three percent mortality risk; is
19   that right?
20       A.  Correct.
21       Q.  What does that mean?
22       A.  It -- from the time we start the surgery
23   to 30 days after surgery or same hospitalization,
24   whichever one is longer, that if you operated on 100
25   people like Mr. Barnett, two or three are gonna die
page 141
1    within 30 days or during that hospitalization.  So
2    whichever is longer.  So that's what that means.
3        Q.  Did you ever tell Mr. Barnett that based
4    on your surgery you didn't think he was gonna make
5    it through it?
6        A.  No.
7        Q.  Did you ever tell Mr. Barnett that you
8    during his surgery were worried that he wasn't gonna
9    make it and it wasn't until you squeezed his heart
10   and it pumped back that you knew he was gonna
11   survive?
12       A.  No.
13       Q.  Is that something you have ever told
14   anybody?
15       A.  I only have had a couple patients we've
16   had to do something like shock them or -- or do
17   something heroic to get them going, you know, when

*[handwritten:]* 401, 402, 403

*[handwritten:]* • irrelevant as to what he has discussed w/ other patients

44

18    they go to sleep or before surgery and -- but, no.
19          On a routine case, percent of mortality, I
20    consider that a low risk.  I mean, for my -- for my
21    grading scale, mortality of two percent would be the
22    national average for a 58-year-old man, first time
23    bypass, normal heart function.  That's a low risk
24    coronary.
25          Q.  When you were actually operating on

page 142

1    Mr. Barnett, did you worry that he wasn't gonna
2    survive the surgery and then squeeze his heart to
3    see if it would pump back?
4          A.  No.

40, 402, 403

[143:6] - [144:16]     6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 143

6          Q.  Was your bypass surgery of Mr. Barnett
7    successful?
8          A.  Yes.
9          Q.  Did you inspect his heart during the
10   surgery, sir?
11         A.  Yes.
12         Q.  And this inspection was fours day after
13   his heart attack, right?
14         A.  Yes.
15         Q.  Did you look to see if there was any
16   evidence of heart muscle damage when you were
17   looking at his heart?
18         A.  Yes.
19         Q.  If the heart muscle is damaged, do you see
20   scarring and bruising?
21         A.  There are -- there are -- there are
22   several things you can see for heart damage.  One,
23   as I mentioned before, was -- was swelling of the
24   muscle.  You'll see it actually looks like of
25   edematous or swollen.  The second is a hemorrhage, a

page 144

1    hem -- which is a -- which is usually another sign
2    of a big heart attack.
3          Now, also if there is some -- you can see
4    some scarring in a -- in a heart if they've had a
5    prior heart attack in the past.  You know, if they
6    had a big heart attack that resulted in a big giant
7    scar in their heart, you'll see that, or just maybe
8    some scar mixed in with the muscle.

9      Q.  Did you report after examining
10    Mr. Barnett's heart that there was any swelling of
11    the muscle heart, hemorrhage or bruising or
12    scarring, sir?
13        A.  No.
14        Q.  Is it fair to say that you saw a normal
15    looking heart when you looked at Mr. Barnett's?
16        A.  Yes.

[145:14] - [146:9]    6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 145
14        Q.  I have handed you a series of EKG tests
15    that were taken of Mr. Barnett between September 6
16    of 2002 and September 11th of 2002.  Do you see
17    that, sir?
18        A.  Uh-huh.
19        Q.  Were would treating Mr. Barnett during
20    that period?
21        A.  Yes.  Oh, it's from the 9th on.  Yes.
22        Q.  And do you see that on the last page, the
23    September 11th EKG, it refers to your name there,
24    Curtis Bryan on the left side?
25        A.  Yes.
page 146
1        Q.  I want you to -- if you wouldn't mind,
2    could you just take Exhibit 15 and turn it over to
3    where you see a blank white page and just draw and
4    show the camera and the jury what a Q wave would
5    look like on an EKG?
6        A.  Yeah.
7        Q.  And please make it big enough so that they
8    can see.
9        A.  Is that big enough?

[146:13] - [147:20]    6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 146
13        Q.  Can you point to the jury what you just
14    drew and what -- what about that drawing indicates
15    that there's a Q wave?
16        A.  It's a down-going -- down-going wave of --
17    the first -- well, the first part of the QRS, which
18    is the big spike in your EKG.  It's a deep, downward
19    slope.

46

20      Q.  So if you have a Q wave, then you would
21   expect to see -- the first move would be down --
22      A.  Yes.
23      Q.  -- before it rises up?
24      A.  Correct.
25      Q.  Is a Q wave measured in part by the depth
page 147
1   and the width of the reading?
2      A.  Oh, yes.  Yes, it is.
3      Q.  So the deeper the spike downward and the
4   wider it is, the more likely it is to be an actual Q
5   wave, right?
6      A.  That's correct.
7      Q.  Are there certain Q waves that are
8   nondiagnostic Q waves?
9      A.  Sometimes in the inferior leads, two,
10   three and AVF small Q waves, there may or may not
11   mean anything.
12      Q.  So, and when you say two, three and AVF,
13   just looking on the first page of Exhibit 15 --
14   hopefully, we can blow this up for the jury.  But
15   when you say two, that's the second line going cross
16   the page from the top, right?
17      A.  Roman numeral II here, yes.  It's this
18   little segment right here to Roman numeral II and
19   then Roman numeral III.  And next to three is the
20   AVF.  Next to three, right next to three is the AVF.

[147:23] - [148:4]     6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

---

page 147
23         Is it your understanding, sir, that if you
24   have a real true Q wave, that's something you would
25   see on repeat EKGs?
page 148
1      A.  Yes.
2      Q.  A real true Q wave is not something that
3   you expect to go away, true?
4      A.  True.

- Vague & ambiguous as to "rea".
- Calls for expert opinion (701-705) & Dr. Bryan & design. as an expert

[148:9] - [149:11]     6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 148
9      Q.  Let's look, if you could, sir, on the very
10   first EKG, September 6th of 2002, which you reviewed

11      back at the time, right?
12          A.  Yes.
13          Q.  Do you see any evidence, sir, of a Q wave
14      in this EKG?
15          A.  Based on what I can see here, I really
16      don't see anything that looks like a significant Q
17      wave on -- on this EKG from what I can see of it.
18          Q.  If you look on -- let's go two in to
19      September 7th of 2002.  And this is a lot easier to
20      read.  If we look at the third lead at the bottom
21      left part?
22          A.  Okay.  Do.
23          Q.  You see that there's a small decrease
24      down?
25          A.  Yes.
page 149
1           Q.  And then an increase up?
2           A.  Yes.
3           Q.  Would you consider that to be a Q wave,
4       sir, or a nondiagnostic Q wave?
5           A.  Yeah.  I would say nondiagnostic Q wave.
6       I mean, it -- it's a small -- it looks like a small
7       nondiagnostic Q wave there.
8           Q.  This is September 7th, 2002.  And then if
9       you turn to the last page, September 11th, 2002, do
10      you see any evidence of a diagnostic Q wave?
11          A.  No.

[149:12] - [150:3]     6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 149
12          Q.  Now, three-and-a-half years after you
13      examined Mr. Barnett, sir, the plaintiffs in this
14      case have hired an expert witness to say that there
15      was a Q wave on September 11th of 2002 and that that
16      is indicative of an acute inferior wall transmural
17      MI, okay?
18          A.  Yeah.
19          Q.  What's your reaction to that?
20          A.  That's not true.
21          Q.  What is a transmural MI?
22          A.  A full thickness heart attack.  Meaning
23      the entire -- from the inner layer of the heart to
24      the outer layer of the heart.
25          Q.  Did Mr. Barnett suffer a transmural MI at
page 150

• Lacks foundation
• Calls for speculation
• Argumentative
• Improper expert testimony -
Dr. Bryan has not reviewed any depo transcripts or expert reports in this case.

48

1    any point while you diagnosed him and worked with
2    him in September of 2002?
3       A.  No.

[150:4] - [150:10]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 150
4       Q.  How long after you operated on Mr. Barnett
5    did you discharge him home?
6       A.  Four days postop.
7       Q.  Is that an indication that Mr. Barnett
8    really didn't have any complications with the
9    surgery and he was doing well?
10      A.  Yes.

[150:11] - [150:12]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 150
11          MR. GOLDMAN:  Let me mark Exhibit 16A,
12    Dr. Bryan.

[150:17] - [153:11]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 150
17      Q.  This is a discharge summary that is
18    actually signed on the second page.  Is that your
19    signature or a stamp of your signature?
20      A.  Yes.
21      Q.  Do you see on the first page that -- under
22    DG DX, do you see that?
23      A.  Yes.
24      Q.  There is a reference -- does that mean
25    discharge diagnosis?
page 151
1       A.  Correct.
2       Q.  And then number one says:  Non Q wave
3    myocardial infarction, right?
4       A.  Yes.
5       Q.  And do you stand by that diagnosis?
6       A.  Yes.
7       Q.  Number two says:  Coronary artery disease?
8       A.  Yes.  All right.
9       Q.  Number three:  Hyperlipidemia, high
10    cholesterol?
11      A.  Yes.  Uh-huh.

12      Q.  Number four:  Systemic hypertension.  Do
13   you see that, sir?
14      A.  Yeah.
15      Q.  We looked before at the fact that there
16   was no reference to hypertension at any point during
17   Mr. Barnett's hospitalization and here is a
18   reference to systemic hypertension.
19          Is it true or not that what was meant here
20   by systemic hypertension was the blood pressure that
21   you saw Mr. Barnett have while he was in the
22   hospital?
23      A.  That's correct.  During his postoperative
24   stay he required intervention for high blood
25   pressure.
page 152
1       Q.  What does that mean, during his postop —
2       A.  Postop stay, his blood pressure — in
3    fact, we had to put him — we put him on Lopressor
4    50 PO twice a day and — and his postop day two or
5    three —
6       Q.  Is Lo — Lopressor is a blood pressure
7    medicine?
8       A.  Well, it's — it controls blood pressure
9    and — and heart rate.  We use it postop for that
10   reason.  Patients who have any diagnosis of MI go on
11   it.  We use it to prevent irregular heart rates
12   after surgery, but it also has the benefit of being
13   an antihypertensive.
14          And 50 twice a day is higher than my
15   starting dose.  I can — we usually start at 25
16   milligrams twice a day.  And I saw in his postop
17   notes somewhere earlier that his blood pressure had
18   gotten up to 150, 160 systolic, some — somewhere in
19   that vicinity.
20      Q.  While he was in the hospital?
21      A.  While he was in the hospital postop.
22      Q.  So the reference to systemic hypertension
23   here in this discharge summary does not mean that
24   you're concluding  he had hypertension before
25   September of 2002, right?
page 153
1       A.  No.  I'm concluding that — that during
2    my — my observation of him af — when I was taking
3    care of him for those four days, he demonstrated
4    elevated blood pressures that needed — needed
5    intervention.

50

6      Q.  And those elevated blood pressure could be
7   due to the fact that he was having chest pain and a
8   heart attack?
9      A.  Well, the one -- the ones that he got
10  treated for by me were for his postop -- postop
11  course.

*• Calls for speculation*
*• Lacks foundation*

[153:12] - [154:21]    6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 153
12      Q.  When you released Mr. Barnett from the
13  hospital, did you advice him that it would be a good
14  idea to exercise regularly?
15      A.  Yes.
16      Q.  Did you advise Mr. Barnett to continue to
17  take Lipitor to control his cholesterol?
18      A.  Yes.
19      Q.  Did you advise Mr. Barnett to continue to
20  take aspirin to prevent future clotting?
21      A.  Yes. I -- what we state is for graft
22  patency, is how we put it to the patient, for
23  keeping his grafts open.
24      Q.  And then you put Mr. Barnett on blood
25  pressure medication to try to control his blood
page 154
1   pressure, right?
2      A.  For that and for the rhythm preven --
3   rhythm control reasons, too.  For both.
4      Q.  And were you optimistic, sir, based on
5   your observation of Mr. Barnett's heart, his 50
6   percent ejection fraction, how he responded to the
7   surgery that if he were to do the things you
8   suggested that he would do well in the future?
9      A.  Yes.
10      Q.  If you thought that one of Mr. Barnett's
11  medications contributed to his heart attack, would
12  you have allowed him to continue to take that
13  medication?
14      A.  No.
15      Q.  If you thought Vioxx, for example, caused
16  in any way Mr. Barnett's heart attack, you would not
17  have continued him on Vioxx, right?
18      A.  Correct.
19      Q.  You decided to keep Mr. Barnett on Vioxx
20  because it was helping his arthritis; is that right?
21      A.  That was the reason for that, yes.

51

[154:22] - [155:9]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 154
> 22        Q.  Were you ever a paid speaker for Merck
> 23    concerning Vioxx when you decided it would be a good
> 24    idea for Mr. Barnett to continue on Vioxx?
> 25        A.  No.
> page 155
> 1         Q.  Did anybody from Merck, representatives or
> 2     otherwise, try to entice you with lunches or any
> 3     financial incentives to try to get you to prescribe
> 4     Vioxx to your patients?
> 5         A.  No.
> 6         Q.  Did you suggest that Mr. Barnett take
> 7     Vioxx after his heart attack because of any
> 8     advertisements you saw on TV about Vioxx?
> 9         A.  No.

[155:10] - [155:17]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 155
> 10        Q.  Dr. Bryan, based on the fact that
> 11    Mr. Barnett has a strong family history of heart
> 12    disease and a previous history of high cholesterol
> 13    and his age and his gender do, do you believe that
> 14    Mr. Barnett's severe coronary artery disease and
> 15    heart attack can be explained by conventional risk
> 16    factors?
> 17        A.  Yes.

*Handwritten note:* • Speculation • Calls for expert opinion (701-705), he has not reviewed depos, records, etc in this case.

[155:18] - [155:25]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

> page 155
> 18        Q.  What do you mean by conventional risk
> 19    factors as a explanation for Mr. Barnett's heart
> 20    attack?
> 21        A.  One would be the diagnosis of the
> 22    hyperlipidemia or high cholesterol.  The second
> 23    would be a male over 50 years of age, when the risk
> 24    of coronary disease goes up.  Third would be his
> 25    family history.

[156:13] - [156:24]      6/6/2006    Bryan, Curtis - Merck Affimative Dep Designations

page 156

13      Q.  Have you ever seen any evidence in the
14      medical literature at all that Vioxx contributes to
15      plaque formation?
16      A.  I have not personally reviewed any
17      information in the literature that says it
18      accelerates plaque.
19      Q.  Have you ever seen any literature
20      whatsoever in the -- in the medical literature in
21      animals or in humans showing that Vioxx or -- or
22      COX-2 inhibitors can accelerate plaque formation?
23      A.  No, I haven't -- when I read, I wouldn't
24      see that.  But no, I have not seen that.

*Handwritten margin notes:*
- Improper expert opinions – has not been designated as experts
- Lacks foundation (602)
- Speculative

[157:8] - [157:19]      6/6/2006      Bryan, Curtis - Merck Affirmative Dep Designations

page 157

8       What medical journals do you typically
9       read?
10      A.  I would typically read the Annals of
11      Thoracic Surgery, the Journal of Thoracic and
12      Cardiovascular Surgery.  I read the -- the Heart
13      Journal.  Read -- what else would be -- seminars
14      in -- in cardiac and thoracic surgery, probably a
15      couple other ones.  Chest, I read Chest as well and
16      every -- every now and then I'll pick up Circulation
17      or the New England Journal of Medicine I browse
18      through to see if there's anything of interest in
19      what I do.

[157:22] - [158:8]      6/6/2006      Bryan, Curtis - Merck Affirmative Dep Designations

page 157

22      Given your review of the various medical
23      journals, sir, have you ever read any article in
24      humans or in animals suggesting that COX-2
25      inhibitors like Vioxx contribute to plaque
page 158
1       formation, the progression of plaque or plaque
2       rupture?
3       A.  No, I have not read that.
4       Q.  Was there anything unique or different
5       about Mr. Barnett's heart attack as you examined his
6       heart that was different from heart attacks you've
7       seen over the years?

8        A.  No.

[158:13] - [159:9]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 158
13              Did you write a letter on October 10th,
14      2002 to Dr. Karavan summarizing your follow-up visit
15      with Mr. Barnett?
16        A.  Yes.
17        Q.  Did you write in the second sentence that
18      he was admitted with a non Q wave myocardial
19      infarction?
20        A.  Yes.
21        Q.  In the last -- second to last sentence, do
22      you see that it says:  Postoperatively he did quite
23      well, since discharge he is walking every day?
24        A.  Yes.
25        Q.  Did Mr. Barnett tell you that he had any
page 159
1        heart trouble or angina or shortness of breath when
2        he saw you on October 10th, 2002?
3          A.  No, he didn't report any to me.
4          Q.  Did Mr. Barnett report that he was having
5        any swelling or ankle pain as a result of his
6        surgery?
7          A.  No.  He -- we knew about his leg swelling,
8        but since the Lasix had been instituted, that had --
9        according to him, it resolved.

[159:13] - [159:22]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 159
13              The first sentence there says:  My
14      impression is that Mr. Barnett is progressing on a
15      satisfactory postoperative course; I have instructed
16      him that he may return to driving; he may return to
17      full activity in another month?  Do you see that,
18      sir?
19        A.  Yes.
20        Q.  Is that a sign that Mr. Barnett was
21      recovering well from his bypass surgery?
22        A.  Yes.

[159:23] - [160:7]      6/6/2006    Bryan, Curtis - Merck Affirmative Dep Designations

page 159
23      Q.  Do you remember I showed you a few minutes
24   or longer than that ago the Cardiolite stress test
25   from July of 2003?
page 160
1      A.  Right.
2      Q.  Did you see then in July of 2003 that
3   Mr. Barnett lasted for 15 minutes on a treadmill?
4      A.  Yes, I did.
5      Q.  What's your view of — of the exercise
6   tolerance of a man of Mr. Barnett's age who can
7   exercise for 15 minutes on a treadmill?

*These objections to 164:5;*

*· Lack foundation 602*
*· Speculative*
*· Improper expert testimony*

*~ Dr. Bryan last saw Mr. Barnett in 2002. He never saw this report until his deposition*

[160:13] - [161:8]   6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 160
13      A.  In general, if he's — if he's exercising
14   15 minutes getting to stage 5, he did quite well.
15   He — he had 17.2 METS, which is a pretty good
16   energy — energy expenditure on a treadmill.
17      Q.  17.2 METS, let's talk about that because
18   that's important.  METS mean what?
19      A.  It's an — it's an amount of energy
20   expenditure a patient expends during exercise.  How
21   vigorous a work out they're getting, I guess is an
22   easy way to put it.
23      Q.  Do you know, sir, that a 17.2 METS score
24   is a score that some athletes don't even reach?
25      A.  I — I don't know about the well-trained
page 161
1   athlete, but this is a — a — a good one for a
2   patient who is 58 years age and had heart surgery.
3      Q.  Do you know what the average MET score is
4   for a man who is 58, 59 years ago?
5      A.  I'm gone guess it's probably 7 to 10.
6      Q.  Do know what the average METS score is for
7   a man age 20 to 29?
8      A.  Probably more around 10 or 12.

[161:20] - [161:22]   6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 161
20      Q.  What does a 17.2 METS score and lasting 15
21   minutes on a treadmill indicate to you about
22   Mr. Barnett's heart condition in July of 2003?

*objections to following page*

*(see objections previous pag — continues here)*

[161:24] - [162:3]   6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 161
24          THE WITNESS:  It -- it would just tell me
25      that he has a fairly -- he has good stamina and --
page 162
1      and that he's do -- from a cardiac standpoint, that
2      he's doing -- I mean, assuming everything else
3      turned out okay on the stress test, he's doing well.

[162:9] - [162:18]   6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 162
9          Q.  Do you see the reference to LVEF was 58
10      percent?
11          A.  Yes.
12          Q.  Is that left ventricular ejection fraction
13      58 percent?
14          A.  Correct.
15          Q.  Is at this point in July of 2003
16      Mr. Barnett's ejection fraction higher than it was
17      when he had his heart attack when it was 50 percent?
18          A.  Yes.

[163:21] - [163:24]   6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 163
21          Q.  Based on your review of the July 2003
22      Cardiolite stress test, would you agree that
23      Mr. Barnett's heart condition and heart function is
24      doing quite well?

[164:3] - [164:5]   6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 164
3          THE WITNESS:  If this were to come across
4      my desk, I would say it seems he's doing well.  I
5      mean, without any other information.

[167:20] - [167:23]   6/6/2006   Bryan, Curtis - Merck Affirmative Dep Designations

page 167
20          Q.  Dr. Bryan, based on the information you've

*(see next pg)*

Objections:
- improper expert opinions
  has not been designated as
  as expert
- Lacks foundation

*(handwritten annotations, right margin:)*
- improper expert opinions
- lacks foundation (has not seen patient/mr. Barnett since 2002
- speculation.

```
            21      seen today and your observation of Mr. Barnett's
            22      heart in September of 2002, do you believe that he
            23      has the potential to live a full life?
```

[168:1] - [168:6]      6/6/2006     Bryan, Curtis - Merck Affimative Dep Designations

```
    page 168
            1           THE WITNESS:  I believe that at this point
            2       he's doing well.  To be able to -- you know,
            3       assuming at this point based on what I've seen on
            4       him, I don't believe his cardiac status is holding
            5       him -- would be holding him back, but that's based
            6       on just looking at a couple stress tests postop.
```

[168:21] - [169:1]      6/6/2006     Bryan, Curtis - Merck Affimative Dep Designations

```
    page 168
            21          Q.  Okay.  Dr. Bryan, based on your surgery of
            22      Mr. Barnett and what you've seen today, do you
            23      believe that his heart condition is doing well?
            24          A.  Based on what I've seen, I believe he's
            25      doing -- the heart -- from what we know, it -- it
    page 169
            1       seems to be doing well.
```

[180:10] - [181:6]      6/6/2006     Bryan, Curtis - Merck Affimative Dep Designations

```
    page 180
            10          Q.  You were asked questions about exertional
            11      angina.  Do you remember that?
            12          A.  Yes.
            13          Q.  And I think you were asked whether or not
            14      in January of 2000 Mr. Barnett showed any evidence
            15      of exertional angina.  Remember that?
            16          A.  Correct.
            17          Q.  Now, exertional angina means that when the
            18      patient is exercising, the patient actually feels
            19      heart pain?
            20          A.  Correct.
            21          Q.  When you saw Mr. Barnett in September of
            22      2002, did he have significant advanced coronary
            23      artery disease?
            24          A.  Yes.
            25          Q.  Did Mr. Barnett have multi-vessel and
    page 181
```

```
1    multi-branch occlusions in his arteries?
2       A.  Yes.
3       Q.  Did Mr. Barnett indicate at all to you
4    that he was experiencing exertional angina prior to
5    the time that he was admitted for his heart attack?
6       A.  No.
```

[181:7] - [181:10]     6/6/2006     Bryan, Curtis - Merck Affirmative Dep Designations

page 181
```
7       Q.  So this could be a situation where a
8    patient, here Mr. Barnett, has severe coronary
9    artery disease but is in good enough shape that he
10   doesn't have angina when he exercises, true?
```

[181:12] - [182:5]     6/6/2006     Bryan, Curtis - Merck Affirmative Dep Designations

*- Calls for Speculation*
*- Calls for improper expert opinion*
*- Lacks foundation*

page 181
```
12          THE WITNESS:  It's -- the -- the problem
13   with -- with this is when does a patient become
14   symptomatic.  They can go for years or weeks or --
15   you know, we don't know why one day the plaque
16   ruptures.  We don't.  Why one day a guy like this
17   who's had disease starts becoming symptomatic, when
18   he's -- you know, he'll tell you that I've been fine
19   for -- I have patients who have been exercising
20   three miles a day for years and then all of a sudden
21   in a week they can't walk a mile.  They can't walk
22   two blocks without getting chest pains.  Why?  I
23   don't know.
24          With him, it's hard to know.  Was he a
25   pretty fit guy?  Maybe that's why he did fairly well
```
page 182
```
1    with his coronary disease.  I can't tell you that
2    being more fit keeps you from having chest pain.  I
3    can tell you that it helps you when you get operated
4    on to survive it.  And it may induce them to have
5    chest pain.
```

[182:18] - [183:6]     6/6/2006     Bryan, Curtis - Merck Affirmative Dep Designations

page 182
```
18      Q.  So in September of 2002, when Mr. Barnett
19   presented with this heart attach, he had severe
20   coronary artery disease in multi vessels and did not
```

21    complain about exertional heart pain?
22        A.   Not prior to -- not prior to his
23    admission.  And in fact, if I -- I've got to review
24    his admission again.  But I don't know if he was
25    exerting himself again or not when he came in that
page 183
1     time.  I'd have to review that.  I can't remember
2     what the scenario was.
3         Q.   He was actually working at his computer
4     when he --
5         A.   That's right.  He was -- that's right.  He
6     was at low level activity when it happened.



Barnett v. Merck
Merck Conditional Designations
Curtis Bryan June 6, 2006 Deposition

Below are Merck's conditional affirmative deposition designations for Dr. Bryan.  Whether Merck decides to play these portions of the transcript during the trial depends on (1) certain evidentiary rulings by the Court, and (2) the Plaintiff's counter-designations.

[68:6] - [68:25]          6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

                          page 68
                          6        Q.  Do you have any opinion, Doctor, as to
                          7    whether or not Mr. Barnett will ever need
                          8    replacement of his vein grafts?
                          9        A.  There -- there is a -- a fixed rate of
                          10   re-operation per year in patients of coronary bypass
                          11   grafting.  It's roughly 1 to 2 percent per year risk
                          12   of needing a re-operative coronary bypass grafting.
                          13       Q.  Now, what about the mammary artery?  Does
                          14   that -- is that replaced typically?
                          15       A.  It is less often replaced than -- than
                          16   vein grafts.  The -- it's not that it never has
                          17   been.  It's just that that graft tends to have a
                          18   longer patency and do better long term than other
                          19   grafts.
                          20          It's -- it's the best graft we have
                          21   available for bypass surgery and it's -- it's a less
                          22   likely vessel to be re -- re-grafted.  So, but there
                          23   is a fixed rate on average for every patient.
                          24   Whether that patient will go two years or 20 years,
                          25   it's hard to say.

[164:7] - [164:11]        6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

                          page 164
                          7        Q.  A month ago Mr. Barnett had a stress test
                          8    done for purposes of litigation, okay?
                          9        A.  Uh-huh.
                          10       Q.  And I want to show you the results of that
                          11   stress test, okay?

*- 701-705*
*Improper expert*
*testimony: he is*
*not an expert*
*- Lacks foundation*

[164:21] - [166:8]        6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

page 164

21    Q.  This is Exhibit 16, is it?
22    A.  16, yes.  The last one was the EKGs?
23    Q.  Yes.
24    A.  That was 15.
25    Q.  I'm handing you what I've marked as

page 165

1     Exhibit 16 and this is a stress test that was done
2     on May 2nd, 2006.  And I just want to ask you to
3     look on the second page for me, sir, okay?
4         A.  Yeah.
5         Q.  Now, this is an EKG test.  It's a lot
6     clearer than the others that we've seen, right?
7         A.  Yes.
8         Q.  Do you see any evidence, sir, of a
9     diagnostic Q wave in the first EKG done on May 2nd,
10    2006 at 11:28 in the morning?
11        A.  No.
12        Q.  If you turn to the second page, which is
13    when Mr. Barnett was standing, do you see stage and
14    then it says stand?
15        A.  Yes.
16        Q.  Do you see any evidence in this EKG that
17    there was a Q wave?
18        A.  Nothing that looks diagnostic to me.
19        Q.  How about the third page?
20        A.  No.
21        Q.  The fourth page?
22        A.  No.
23        Q.  Let's go all the way to the last page.  Do
24    you see any evidence of a diagnostic Q wave, sir?
25        A.  No.

page 166

1         Q.  Mr. Barnett on this stress test was
2     diagnosed with a 60 percent ejection fraction.  Is
3     that considered normal, sir?
4         A.  Correct.  That is.
5         Q.  If Mr. Barnett lasted only nine-and-a-half
6     minutes on this particular treadmill test, does that
7     necessarily mean, sir, that it was due to his heart?
8         A.  No.

[166:25] - [167:19]    6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 166

Handwritten margin note:
• 701-705 improper expert testimony; not retd as an expert
• Lacks foundation

2

25      Q.  Dr. Bryan, as Mr. Barnett's former heart

page 167

1    surgeon, would you consider a nine-and-a-half minute
2    duration on a Bruce protocol treadmill to be good?
3        A.  I would — de — depending on why they
4    terminated the test.  That — that would be — I
5    mean, it's — it's good, but it — it would be
6    partly determined on why they're — they're
7    terminating the test.
8        Q.  If they terminated the test because of
9    fatigue or because of leg pain, does that indicate
10   that the reason for the termination on the treadmill
11   was because of a heart problem?
12       A.  No.
13       Q.  Do you see that on this stress test
14   Mr. Barnett actually has a 13.1 METS score at stage
15   four in the middle of the page?
16       A.  Yes.
17       Q.  Do you consider that to be excellent
18   exercise capacity for a man 60 years old?
19       A.  That's — that's quite good.

*Handwritten margin note:* Objection —
— improper expert testimony, not a designated witness

— Lacks foundation (has not seen or reviewed entire report; has not seen Mr. Barnett since 2002.

---

[180:3] - [180:8]      6/6/2006   Bryan, Curtis - Merck Affimative Dep Designations

page 180

3         Based on what you saw in your examination
4    of Mr. Barnett and given his underlying conventional
5    risk factors, did you have any reason to believe
6    that Vioxx caused Mr. Barnett's heart attack?
7         THE WITNESS:  I — I didn't at the time,
8    no.  No.

[183:9] - [184:24]      6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 183

9         Do you remember being asked about a study
10   that wasn't shown to you that plaintiffs' counsel
11   said reflected that Vioxx can cause the acceleration
12   of plaque?  Do you remember that?
13       A.  Correct.
14       Q.  The study that I believe plaintiffs'
15   counsel is referring to is a study of APOE knockout

*Handwritten margin note:* 201-205
— Improper expert testimony, not a retained expert
— Speculation
— Lacks foundation

3

16     lice.  Okay, do you know what that is?
17          A.  I don't know what it is.
18          Q.  It's a mouse model.
19          A.  It's a mod — yeah, I don't know what the
20     APOE exactly is.
21          Q.  It's a mouse model.  And it was a study
22     that was conducted for three weeks, okay, with a
23     dose that was four times the normal dose of Vioxx in
24     human beings, 25 milligrams.  You with me?
25          A.  Uh-huh.
page 184
1          Q.  The author of the study is a man named
2     Dr. Epstein.  He is a very well known
3     atherosclerosis expert, okay?
4               Dr. Epstein testified that his study was
5     the only published study that he was aware of
6     showing that COX-2 inhibition can lead to early
7     formation of atherosclerotic lesions.  You with me
8     so far?
9          A.  Yes.
10          Q.  Do you understand that the development of
11     early atherosclerotic lesions is different from
12     saying that a drug causes the progression of
13     atherosclerosis?
14          A.  Well, there is a difference because it's
15     already in inflammatory state once the plaque
16     started.  So I think what's the initiating event?  I
17     mean is — you know, it is.  It is different than
18     progressing.
19          Q.  Before you as a doctor would want to be
20     able to draw a conclusion about whether COX-2
21     inhibitors can accelerate plaque formation, wouldn't
22     you want to know about all the studies that were
23     done on that particular study as opposed to one?
24          A.  I would look at everything.

*Objection:*
- Lacks foundation,
- improper expert testimony FRE 701-705, not a designated expert

[185:8] - [187:5]     6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

page 185
8          Q.  You were asked by plaintiffs' counsel
9     whether or not you would want to know if there was a
10     single study that showed acceleration of plaque by
11     COX-2 inhibition.  Do you remember that?
12          A.  Correct.
13          Q.  My only question to you, sir, is:  If you

*Objection:*
- Lacks foundation
- Improper expert testimony; he has not been retained as an expert.

14   want to know that, do you also want to know whether
15   there are other studies that show that there's no
16   effect whatsoever in terms of COX-2 inhibition on
17   acceleration of plaque?
18       A.  Well, I would want to review every --
19   what's on both — both sides of the fence.  I mean,
20   I -- basically when I look at an article, I base it
21   on it merits, not its results, I mean, whether the
22   study is a well-designed study or not.  So I look --
23   would look at both.
24          I mean, we have plenty of things in
25   cardiac surgery that tell you do one thing and
page 186
1    one -- and there are things that say -- people say
2    do it another way and everybody has got their
3    reasons, but you've got to base it on what's the --
4    what the science tells you is the -- is the
5    well-designed study.  So you typically look at both
6    sides of the argument.
7        Q.  You would ask questions about whether you
8    knew about cardiovascular risks that are potentially
9    associated with Vioxx and COX-2 inhibitors.  Do you
10   remember that?
11       A.  Yes.
12       Q.  You weren't the person responsible for
13   prescribing Vioxx to Mr. Barnett, were you, sir?
14       A.  No.
15       Q.  You didn't read the package insert that
16   was in existence in April of 2002, did you, sir, for
17   Vioxx?
18       A.  Not that I'm aware -- not that I can
19   recall, no.
20       Q.  You don't know whether the April 2002
21   package insert for Vioxx identifies a specific study
22   that showed a five times difference in heart attacks
23   between Vioxx and 500 milligrams of Naprosyn twice a
24   day?
25       A.  I don't recall that.
page 187
1        Q.  You relied on Mr. Barnett's internist,
2    Dr. Mikolojcyk, to decide whether Vioxx was the
3    appropriate medication to treat Mr. Barnett's
4    orhteo -- osteoarthritis, correct?
5        A.  Oh, correct.

[187:16] - [188:6]     6/6/2006   Bryan, Curtis - Merck Conditional Dep Designations

*Handwritten margin note:*
Objection
-Improper exp
testimony; has
not been retain
as an expert,
701-705
-Calls for
speculation
-Lacks
Foundation

5

page 187
16      Q.  Did you rely on Dr. Mike to determine
17      whether Vioxx was the appropriate medication to
18      treat Mr. Barnett's osteoarthritis?
19          A.  Yes.
20      Q.  Do you know Dr. Mike personally?
21          A.  I know him personally.  I don't — I never
22      socialized with him really much of anything, but I
23      know him personally.
24      Q.  Do you also know him professionally?
25          A.  Yes.
page 188
1       Q.  Is he a fine internist?
2           A.  He was considered one of the better
3       internists, yes.
4       Q.  Do you think that Dr. Mike, based on your
5       experience with him, puts his patients first?
6           A.  Yes.

[188:19] - [188:24]      6/6/2006    Bryan, Curtis - Merck Conditional Dep Designations

page 188
19      Q.  Last question, sir.  Based on your
20      experience with Dr. Mike and your review of the
21      medical records that existed in September 2002, do
22      you have any reason to think that Dr. Mikolojcyk
23      treated Mr. Barnett in some inappropriate way?
24          A.  No.