

Jun 9 2006
7:42PM

Barnett v. Merck
Merck Affirmative Designations
Mark Karavan May 4, 2006 Deposition

[3:1] - [3:2]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 3
                 1       VIDEO TECHNICIAN:  This is the
                 2  videotape deposition of Dr. Mark Karavan taken by

[4:2] - [4:3]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 4
                 2    Q.  Good morning, Doctor.
                 3    A.  Morning.

[4:12] - [4:14]  5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 4
                 12      Q.  And you have not met me before or the
                 13  attorneys on my side before, is that right?
                 14      A.  That is correct.

[4:15] - [4:17]  5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 4
                 15      Q.  Have you met the attorneys or talked to
                 16  the attorneys for -- for Merck before?
                 17      A.  No, sir.

[4:21] - [4:25]  5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 4
                 21      Q.  Okay.  And did you do anything to
                 22  prepare for this deposition?
                 23      A.  I just sort of looked back over the --
                 24  Mr. Barnett's records just to refresh my memory on
                 25  some things.

[5:1] - [5:3]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 5
                 1    Q.  And you actually brought your chart
                 2  with you?
                 3    A.  Brought a chart, yeah.

[5:14] - [5:20]  5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                 page 5
                 14      Since you haven't had your deposition
                 15  taken before, I want to let you know that I'm going



EXHIBIT

16  to ask questions and the attorney on the other side
17  are going to ask questions and you're under oath
18  just as if you were testifying in court before a
19  judge and jury.
20      A.  Yes, sir.  I understand that.

[6:3] - [7:22]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 6
3      Q.  Okay.  Now, will you give the jury an
4  understanding of your educational background.
5      A.  Well, I did my medical school training
6  in Medical University of South Carolina in
7  Charleston, South Carolina, stayed on and did
8  internship in medicine and residency at MUSC —
9  what's called MUSC in Charleston, South Carolina,
10  and did my — and did my cardiology fellowship also
11  in Charleston, South Carolina, at the Medical
12  University of South Carolina.
13      Q.  And you're in a — you're in practice
14  with another group of cardiologists, is that right?
15      A.  Right, we're in a group practice here
16  in Myrtle Beach with six or seven other
17  cardiologists.
18      Q.  And are you board certified?
19      A.  Yes, sir.
20      Q.  What is your board?
21      A.  Well, first got board certified in
22  internal medicine and board certified in cardiology
23  and then recertified roughly five years ago.
24      Q.  Okay.  And from looking at your
25  records, when is the first time you saw
page 7
1  Mr. Barnett?
2      A.  I'm going to refer to these so I can
3  get the dates —
4      Q.  That's fine.
5      A.  The first time I saw him was right
6  around 9/6/02, okay, may have been the 5th or — I
7  can double-check that.  You need the exact date?
8      Q.  No.
9      A.  September of 2002.
10      Q.  September 6th is the first note you
11  have?
12      A.  Yeah, that's — that's the day.  Yeah,
13  that's correct.  I can — it won't take a second, I
14  just — I can look, refer to my — my consult was

2

15 dated 9/6/02 so that should be the first time I
16 ever met him.
17      Q.  And that's the day he had the heart
18 attack, is that right?
19      A.  The — he — he had come in, I believe,
20 the day before, admitted the day before, evening
21 before, and then we consulted him the next day if
22 my memory is correct.

[10:25] - [11:23]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 10
25 that.  And no one's before today shown you any of
page 11
1 Merck's internal documents about Vioxx?
2      A.  Oh, no, I have no association with
3 Merck and have no idea what their internal
4 documents are like.  Is that what you mean?
5      Q.  Yes.
6      A.  Okay.
7      Q.  By the way, when you say no association
8 with Merck, do you have association with any
9 pharmaceutical companies?
10      A.  No, sir.
11      Q.  And why don't you just tell the jury
12 what your general practice consists of on a daily
13 or weekly basis.
14      A.  Basically it's a busy clinical
15 cardiology practice.  I'm an interventional
16 cardiologist and we take care of a lot of acute
17 coronary syndromes, a lot of heart attacks in the
18 hospital.  I'm on call every third day for heart
19 attack call and have a busy office practice to take
20 care of, a lot of clinical cardiology.  I do no
21 research and that sort of thing.  It's all clinical
22 cardiology, see a lot of patients over the last 15
23 years, 20 years.

[19:12] - [22:3]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 19
12      Q.  Doctor, what is Exhibit Number 4?
13      A.  This is the written report of the
14 result of the stress test as mentioned in the --
15 that they were going to order and it is dated
16 1/24/2000.
17      Q.  Okay.  And let's see, who conducted the
18 stress test?

3

19    A.  Dr. Vaishali Swami.
20    Q.  And that was done at your office?
21    A.  That's correct.
22    Q.  Okay.  And could you read into the
23 record under stress what it says.
24    A.  His stress?
25    Q.  Yeah.
page 20
1     A.  The patient exercised 15 minutes zero
2 seconds into a Bruce protocol, completing three
3 minutes, zero seconds of Stage 5, 17.5 METs.
4     Q.  And can you read the next -- next
5 couple statements.
6     A.  Right below?
7     Q.  Below that.
8     A.  The patient stopped due to fatigue.
9 Heart rate increased from 81 to 171 -- excuse me,
10 172 beats per minute, parentheses, 95 -- 94 percent
11 of age predicted maximum heart rate, end
12 parentheses.  Blood -- blood pressure increased
13 from 110 over 80 to 160 over 80.  Resting EKG
14 normal sinus rhythm.  Stress EKG showed
15 inferolateral T wave inversion at peak stress.
16    Q.  Okay.  Now, can you read in the portion
17 below where it says perfusion report.
18    A.  Right.  Stress images showed mild
19 decreased perfusion in the lateral wall, normal
20 thickening.
21    Q.  Okay.  And can you read the section in
22 under ejection fraction.
23    A.  LVEF was 56 percent.
24    Q.  And can you read the wall motion
25 analysis in.
page 21
1     A.  Wall motion analysis showed normal wall
2 motion but mild lateral ischemia.
3     Q.  What is mild lateral ischemia?
4     A.  That means the lateral part of the
5 heart was not getting the proper blood flow to a
6 mild degree.
7     Q.  And -- and that's what -- what they
8 referred to up in the stress images where it says,
9 quote, showed mild decreased perfusion in the
10 lateral wall, normal thickening, or is that
11 something different?
12    A.  Well, that is correct if -- the -- I

4

13 think to be absolutely correct, what you would say
14 is wall motion analysis showed normal wall motion
15 but mild lateral hypokinesis because you're looking
16 at wall motion, you're not looking at perfusion,
17 okay?
18     Q.  Okay.
19     A.  So the correct way would probably be to
20 say, mild lateral wall hypokinesis, not --
21 indicating that the lateral side of the heart was
22 not contracting quite as vigorous as it should.
23 The perfusion, which is measurement of blood flow,
24 okay, would show that there was decreased perfusion
25 in the lateral wall on the stress with the rest
page 22
 1 images showing normal perfusion, meaning that with
 2 stress, the lateral side of the heart didn't get
 3 the proper blood flow.

[23:3] - [23:17]       5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 23
 3     Q.  Okay.  But -- but the -- but she did
 4 find ischemia when she ran the stress test, is that
 5 right?
 6     A.  There's no question from the test he
 7 had ischemia.  Whether his ischemia was causing his
 8 symptoms is a little bit difficult to state at this
 9 point in time.
10     Q.  Just so for the layperson --
11     A.  Yes, sir.
12     Q.  -- could ischemia lead to some chest
13 pain?
14     A.  Yes, when someone has ischemic heart
15 disease, a lack of proper blood flow to the heart,
16 you can get chest -- you certainly can get chest
17 discomfort.

[23:20] - [24:14]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 23
20         Are you saying that that is possible
21 that he may have had a mild bout of angina?
22         MR. GOLDMAN:  Object to the form.  It
23 mischaracterizes the witness' testimony.
24 BY MR. ROBINSON:
25     Q.  Go ahead.
page 24
 1     A.  Certainly the man -- Mr. Barnett,

5

2 excuse me, had lateral evidence for ischemia and it
3 is certainly possible that he was having chest
4 discomfort that could have been secondary to
5 ischemia.
6      Q.  And the term angina, is that pain?
7      A.  Angina is what a person feels when they
8 don't -- when they don't get the proper blood flow
9 and angina is different for different people.
10 Typically, and this is why the physician was saying
11 that it was not the usual kind of discomfort
12 someone might experience, it's -- angina is a
13 discomfort in the chest anywhere from mild to more
14 severe pain.

[25:1] - [25:9]        5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                       page 25
1          Doctor, let me show you Exhibit
2 Number -- well, let me -- before we do that, you
3 said that you first saw, yourself, Mr. Barnett on
4 or about 9/6/2002, is that right?
5      A.  That's correct.
6      Q.  And what was that for?
7      A.  For -- well, the consultation was put
8 in for what's called a non-Q wave myocardial
9 infarction.

[25:22] - [25:25]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                       page 25
22 my chart.  This is the hospital cardiology
23 consultation from 9/6/02 that I performed for the
24 first time -- along with my physician's assistant
25 that we performed when we first saw Mr. Barnett.

[26:16] - [29:10]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                       page 26
16      Q.  Does Number 5 appear to be the exhibit
17 you're referring to?
18      A.  Yes, sir, looks like the exact same.
19      Q.  Well, we'll -- maybe we can read from
20 Number 5.
21      A.  Okay, that would be fine.
22      Q.  Okay.  So under problem list, can you
23 read the -- the six problems that were listed.
24      A.  Yes, sir.  First problem is non-Q wave
25 myocardial infarction.  Second problem, chest pain,
page 27

1 subset 2A, sharp atypical chest pain with exercise
2 Cardiolite stress test January 24th, 2000, 15
3 minutes of a Bruce protocol stopping secondary to
4 fatigue. Peak heart rate 172, 94 percent predicted
5 maximum heart rate with maximum blood pressure 160
6 over 80. Perfusion images shown -- revealed small
7 area of lateral ischemia, ejection fraction 56
8 percent.
9     Q.   That refers to the -- the event we just
10 talked about in January of 2000, is that right?
11    A.   Yes, sir, January 24th.
12    Q.   Okay. Go ahead, what's Number 3?
13    A.   Number 3 is hyperlipidemia.
14    Q.   And what is hyperlipidemia?
15    A.   That means your cholesterol is high.
16    Q.   Okay. What is Number -- what is Number
17 4?
18    A.   History of cervical disc herniation
19 secondary to motor vehicle accident 1979.
20    Q.   Okay. Number 5?
21    A.   Gastroesophageal reflux, Subset A,
22 upper endoscopy September 1997, four-centimeter
23 hiatal hernia with erosive esophagitis and a
24 Schatzki's ring. He was dilated to 25 millimeters.
25 Biopsies were negative for Helicobacter pylori.
page 28
1    Q.   What's Number 6?
2    A.   Number 6, diverticulosis, 6A subset,
3 screening flex sigmoidoscopy December 1997.
4    Q.   Okay. Will you read into the record
5 the first four lines under history.
6    A.   History, the patient is a pleasant
7 58-year-old white male who underwent exercise
8 Cardiolite stress test January 2000 after
9 presenting to Grand Strand Regional Medical Center
10 with sharp chest pain. The patient ruled out for
11 myocardial infarction and underwent the stress test
12 on an outpatient basis. The patient exercised 15
13 minutes of a standard Bruce protocol and Cardiolite
14 images revealed just a small area of lateral
15 ischemia.
16    Q.   And read starting with he -- he,
17 however, reports, last -- that last line.
18    A.   He, however, reports that last night he
19 had a new and different pain. He was just sitting
20 at his computer when he developed a substernal ache

7

21  like a flu-type ache but only in the center of my
22  chest. He states the discomfort began to radiate
23  outward and through to his back, but he denies any
24  radiation to his neck, jaw or arms.
25      Q. Okay. Can you read starting with the
page 29
1  patient states the discomfort.
2      A. The patient states the discomfort was
3  constant but did vary slightly in intensity. He
4  then walked downstairs to check his blood pressure,
5  which was 189 over 111. Five minutes later, it was
6  194 over 104. He called Blue Cross/Blue Shield's
7  nurse who suggested he call 911. The patient
8  states he did and en route received a sublingual
9  nitroglycerin spray with complete resolution of his
10  chest ache within a minute to a minute and a half.

[31:12] - [31:16]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 31
12      Q. And read on.
13      A. Patient has subsequently gone on to
14  rule in for a non-Q wave myocardial infarction with
15  his third CPK being 217 with an MB index of 5.8 and
16  a Troponin of -- Troponin-I, excuse me, of 1.4.

[31:25] - [32:10]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 31
25      Q. Okay. And can you read the family
page 32
1  history into the record, please.
2      A. Family history, the patient's father
3  died at age 68 with his second myocardial
4  infarction. His first MI was at age 62 and he also
5  suffered a stroke between the two heart attacks.
6  The patient's mother is living at 86 and has had
7  some TIA's. The patient has four brothers and one
8  sister. His sister has had multiple TIA's and is
9  50 years old. None of his brothers have had heart
10  problems or hyperlipidemia.

[51:15] - [55:4]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 51
15      Q. Number 12 appears to be your note as
16  well, right?
17      A. Yes, sir.
18      Q. And the date of it is 9/9/02?

8

19      A.   Looks like 8:00 AM, yes, sir.
20      Q.   Okay.  Can you read that one slowly
21 into the record for -- for Terri.
22      A.   Yes, sir.  This is the note of the cath
23 results.
24      Q.   Okay.
25      A.   Preliminary.
page 52
1       Q.   Okay.  Let's just -- first of all,
2 you -- you did what they call as a cardiac
3 catheterization?
4       A.   Yes, sir.
5       Q.   On -- on what day?
6       A.   9/9/02.
7       Q.   And tell the jury what a cardiac
8 catheterization is.
9       A.   That's a test where we slide tubes from
10 the groin up into the heart and inject contrast dye
11 into the blood vessels of the heart that feed blood
12 to the heart and assess for blockage.
13      Q.   Okay.  And blockage is -- is you'll
14 give a percentage of the blockage, is that right?
15      A.   Yes, sir, we give --
16      Q.   We'll come to that.
17      A.   Yes, sir.
18      Q.   Okay.  Okay.  Could you read into the
19 record what -- what you say in your handwriting on
20 9/9/02 on Exhibit Number 12.
21      A.   Cath without complication.  LVEF
22 approximately 50 percent.  LVEDP 16.  Left main, 50
23 percent distal.  LAD, mild proximal irregularities,
24 mid vessel 80 percent.  D1 small 80 percent.  D2
25 moderate, mild irregularities.  Circumflex, small,
page 53
1 diffuse, high-grade disease.  Ramus, large,
2 proximal 80 percent lesion.  RCA hundred percent
3 PDA with collaterals.  Posterolateral branch 80
4 percent.  Recommendation, CABG.
5       Q.   Okay.  Now, just let me go through
6 that.  So the -- first vessel is blocked 50
7 percent?
8       A.   The left main coronary was 50 percent
9 stenosed or blocked.
10      Q.   Okay.  And the LAD was blocked 80
11 percent?
12      A.   Yes, sir.

9

13      Q.  In one portion of it, right?  What
14 portion was that, mid vessel?
15      A.  Okay.  Mid vessel had 80 percent
16 stenosis.
17      Q.  And then what is the D1?
18      A.  First diagonal.  That is a branch off
19 the LAD.
20      Q.  It's a small vessel?
21      A.  This first diagonal was listed as
22 small, 80 percent block -- lesion blockage.
23      Q.  And then the -- what's the D2?
24      A.  That's the second diagonal.
25      Q.  And that had moderate?
page 54
 1      A.  Well, what that meant, there was a
 2 moderate-sized vessel with mild irregularities.
 3      Q.  And the CX is circumflex?
 4      A.  Correct.
 5      Q.  And what do you -- and so you're saying
 6 there is a small diffuse high-grade -- is that
 7 atherosclerotic disease?
 8      A.  Yes, sir.
 9      Q.  Okay.  And the ramus had 80 percent
10 blockage, right?
11      A.  Yes, sir.
12      Q.  Now, this PDA --
13      A.  Yes, sir.
14      Q.  -- had a hundred percent -- it was --
15 it was occluded, right?
16      A.  Yes, sir.
17      Q.  And -- well, we'll come to that in a
18 second here.
19          And what was this last thing down at
20 the bottom, the -- the one below?
21      A.  Oh, posterolateral?
22      Q.  Post what?
23      A.  It's called a posterolateral branch,
24 another branch off of the right coronary artery.
25      Q.  Posterior -- is it posterior lateral
page 55
 1 or --
 2      A.  Posterolateral, um-hum.
 3      Q.  Okay.
 4      A.  Yeah, posterolateral, um-hum.

[55:5]          5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 55
5     Q.   Okay.  Okay.  Next exhibit, Number 13.

[55:10] - [55:15]     5/4/2006     Karavan, Mark - Merck Affirmative Dep Designations
page 55
10     Q.   What is 13 for the jury?
11     A.   This is my official dictated heart
12 catheterization report on Mr. Barnett.
13     Q.   Okay.  And this was done on 9/9/2002,
14 right?
15     A.   Yes, sir.

[55:16] - [55:22]     5/4/2006     Karavan, Mark - Merck Affirmative Dep Designations
page 55
16     Q.   Okay.  Could you slowly read that into
17 the record for Terri.
18     A.   Yes, sir.  Aortic pressure 110 over 60,
19 mean 75.  LV pressure 110 over 16.  Left
20 ventriculogram, mid inferior diaphragmatic
21 hypokinesis, ejection fraction approximately 50
22 percent.

[60:9] - [60:19]     5/4/2006     Karavan, Mark - Merck Affirmative Dep Designations
page 60
9     Q.   We're still on Exhibit 13, right,
10 Doctor?
11     A.   Yes, sir.  Left main, a 50 percent
12 eccentric distal lesion.  LAD, mild —
13     Q.   What is that 50 percent eccentric?
14     A.   That means the lumen of the left main
15 blood vessel is narrowed 50 percent eccentrically,
16 meaning it's to one side of the blood vessel.
17     Q.   And that's due to — to the build-up of
18 the atherosclerosis?
19     A.   Yes, sir.

[60:20] - [62:6]     5/4/2006     Karavan, Mark - Merck Affirmative Dep Designations
page 60
20     Q.   And then the — what about the — read
21 what you say about the LAD.  What is the LAD?
22     A.   Left anterior descending branch rising
23 off of the left main truncus.
24     Q.   And what do you say there?
25     A.   Mild proximal irregularities.  The
page 61

1 first diagonal is a moderately-large vessel with
2 mild irregularities. The mid LAD has tubular 70 to
3 80 percent narrowing. There is a more proximal
4 diagonal branch which is small with tubular 80
5 percent narrowing.
6    Q. Now, read what you say about the ramus.
7    A. Ramus intermedius is a large vessel
8 with tubular proximal 80 percent narrowing.
9    Q. And by -- by this 80 percent narrowing,
10 you're talking about atherosclerotic disease,
11 right?
12    A. Yes, sir.
13    Q. Okay. And then what do you say about
14 the circumflex?
15    A. Relatively small vessel. There is
16 tubular proximal 70 to 80 percent narrowing.
17    Q. That's due to that --
18    A. Atherosclerotic plaque.
19    Q. Okay. Then go on.
20    A. The only obtuse marginal branch off of
21 the circumflex is small -- is a small vessel with
22 diffuse high-grade disease.
23    Q. Okay. Okay, can you read what you say
24 about the R -- what is the RCA?
25    A. Okay. Right coronary artery, dominant
page 62
1 vessel -- in the mid vessel there are diffuse
2 irregularities. Distally at the bifurcation the
3 PDA is totally occluded. The posterolateral branch
4 a moderate-size -- is a moderate-sized vessel with
5 an 80 percent proximal lesion. The PDA receives
6 collateral filling from the left coronary artery.

[62:8] - [62:22]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 62
8        The fact that the PDA receives its
9 collateral filling, does that help sort of reduce
10 the -- the heart attack size?
11    A. In general it's felt that
12 collateralization does improve blood flow through
13 the filling from other blood vessels and can limit
14 the amount of damage that occurs from a heart
15 attack.
16    Q. And so that in this -- in this case,
17 you found that there were collaterals filling from
18 the left coronary artery to the PDA, is that right?

19     A.  That's correct.
20     Q.  And the PDA is the posterior descending
21 artery?
22     A.  Yes, sir.

[63:5] - [64:2]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                    page 63
5          What is the significance of the
6 collateral filling from the left coronary artery to
7 the PDA?
8      A.  Collateral blood vessels are blood
9 vessels that pick up the -- that help to improve
10 blood flow to an area of the heart when the -- we
11 will call antegrade filling is compromised and
12 collateral blood vessels can reduce the size of a
13 heart attack.
14     Q.  Okay.  And why?
15     A.  Because they allow filling to that area
16 of the heart through a different direction.
17     Q.  Okay.  And you believe that that was at
18 work here?
19     A.  Okay, my opinion on that is the PDA --
20 the -- well, to answer that question, I really need
21 to look at the films, to be honest with you, but
22 the PDA generally is not a huge vessel.  I'm not
23 sure the size of it in Mr. Barnett.  If a small
24 blood -- blood vessels are like trees.  If you --
25 if you close a small branch, then it's going to be
page 64
1 a small heart attack so it depends on the size of
2 the blood vessel.  If you have a picture there --

[74:5] - [74:10]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                    page 74
5      Q.  Can you tell us what Exhibit 17 is.
6      A.  Okay, this is the -- hold on one
7 second.  Yeah.  This is the official typed
8 operative report of Mr. Barnett's coronary artery
9 bypass grafting as performed by -- performed by
10 Dr. Curt Bryan.

[74:16] - [75:1]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                    page 74
16         So who is Dr. Curtis Bryan?
17     A.  Cardiothoracic surgeon that performed
18 the coronary artery bypass graft in Mr. Barnett.

19    Q.  And he did that -- that bypass surgery
20 on 9/10/2002, is that right?
21    A.  Yes, sir, that's correct.
22    Q.  And can you read in the preoperative
23 diagnosis into the record, please.
24    A.  Pre-op Diagnosis Number 1,
25 atherosclerotic coronary artery disease; Number 2,
page 75
1 non-Q wave myocardial infarction.

[75:4] - [75:6]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 75
4    Were those the diagnoses that you found
5 from your work-up and cardiac catheterization?
6    A.  Yes, sir.

[75:7] - [75:15]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 75
7    Q.  Could you read the post-op diagnosis
8 in, please.
9    A.  Okay.  The Post-op Number 1 -- these
10 are exactly like the pre-op.  Post-op Diagnosis 1,
11 atherosclerotic coronary artery disease; Number 2,
12 non-Q wave myocardial infarction.
13    Q.  Basically, Dr. Bryan agreed with your
14 pre-op diagnosis, right?
15    A.  Yes, sir.

[75:17] - [76:1]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 75
17    When you go down to the blockage that
18 was shown in the cardiac cath on this document, he
19 lists the blockage that you found, correct?
20    A.  That's correct.
21    Q.  So we won't go back into it, but it's
22 the same?
23    A.  Same.  Same thing.
24    Q.  Okay.  He described on Page 2 the
25 details of the operation, right?
page 76
1    A.  That's correct.

[77:4] - [78:1]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 77
4    Q.  Just in layman's terms, what did he do

5 there?
6     A.  He performed a five-way coronary artery
7 bypass grafting to Mr. Barnett.
8     Q.  Five different vessels?
9     A.  Five, that's correct.
10    Q.  And just for the jury, what — what
11 does that involve?
12    A.  It involves taking what we call grafts
13 or conduit from the leg, which are vein, excising
14 them out of the leg, taking conduit from the chest
15 wall called an artery, opening up the chest and
16 sewing these conduits, grafts, bypasses to the
17 arteries that feed blood to the heart to supply
18 them with blood flow.
19    Q.  Okay.  And then obviously Mr. Barnett's
20 still here today.  It was a good result, right?
21    A.  I would — I would agree with that
22 assessment.
23    Q.  He owes Mr. — Dr. Bryan and you,
24 correct?
25    A.  No, he doesn't owe us anything.  He

*Obj:*
*irrelevant*
*argumentative*

page 78
1 had — I think, but he had a good result.

[78:17] - [79:5]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 78
17    Q.  Okay, Doctor, let me show you Exhibit
18 Number 18 and ask you to tell the jury what that
19 is.
20    A.  Okay, this is the discharge summary as
21 dictated by the physician's assistant for the
22 cardiothoracic team or Dr. Bryan, in other words.
23    Q.  Okay.  And what was the discharge
24 diagnosis?
25    A.  Discharge Diagnosis Number 1, non-Q
page 79
1 wave myocardial infarction; Number 2, coronary
2 artery disease; Number 3, hyperlipidemia —
3     Q.  Hyperlipidemia is increased
4 cholesterol?
5     A.  Yes, sir.

[79:13] - [79:22]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 79
13    Q.  And then why don't you read the section
14 under procedures done in the hospital.

15

15      A.   Procedure Number 1, diagnostic coronary
16   artery catheterization performed by Dr. Mark
17   Karavan on September 9, 2002 revealing significant
18   three-vessel coronary artery disease.
19      Q.   And when they say three vessel, what
20   does that mean?
21      A.   Significant three-vessel coronary
22   artery disease in my mind is blockage in all the

[79:23] - [80:17]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 79
23   major blood vessels that feed blood to the heart.
24      Q.   Okay.
25      A.   Significant.  Number 2, coronary artery
page 80
1   bypass grafting times five performed September 9,
2   2002 by Dr. Bryan with the left internal mammary
3   artery to the LAD -- oh, excuse me, to the left
4   anterior descending coronary artery, saphenus vein
5   graft to the second diagonal coronary artery,
6   saphenous vein graft to the ramus intermedius
7   coronary artery and a -- this is blank, but I can
8   tell you what it's supposed to mean if you like.
9      Q.   Okay.
10      A.   -- natural Y graft, sequential graft,
11   saphenus vein to the PDA, or posterior descending
12   artery -- coronary artery, and the left ventricular
13   branch.
14      Q.   Okay.  And under -- is that -- HC, is
15   that hospital course?
16      A.   Course.
17      Q.   Can you read that into the record.

[80:21] - [82:2]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 80
21      A.   The patient is a 58-year-old gentleman
22   admitted with a non-Q wave myocardial infarction
23   who underwent the above-mentioned diagnostic
24   coronary catheterization by Dr. Karavan and then
25   placed in consultation to Dr. Bryan's
page 81
1   cardiothoracic surgery service where the patient
2   was deemed a good candidate for revascularization.
3      Q.   Okay.
4      A.   The patient was brought to the
5   operating room on September 10, 2002, at which time

16

6 he underwent the above-mentioned coronary artery
7 bypass grafting times five.  Postoperatively he was
8 transferred to the surgical intensive care unit in
9 stable condition where he was later extubated
10 approximately six hours after surgery without
11 difficulty.
12        On Post-op Day 1, the patient was out
13 of bed into a chair and doing well with -- it's
14 blank.  Hemodynamics with a cardiac index of 4.0.
15    Q.  Okay.
16    A.  The patient was stable for transfer to
17 the progressive care unit.  On Post-op Day, the
18 patient -- Day 2, the patient continued to progress
19 well.  His pacing wires and mediastinal chest tube
20 were removed without difficulty.  The patient
21 continued to increase ambulation and slowly
22 tolerated a regular diet.  On Post-op Day 3, blank,
23 chest tube was removed without difficulty.  On
24 Post-op Day 4, the patient was stable for discharge
25 home, at which time he was tolerating a regular
page 82
1 diet and had adequate pain control and ambulating
2 on his own without difficulty.

[97:22] - [98:11]        5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 97
22    Q.  Can you tell the jury what Exhibit
23 Number 20 is.
24    A.  This would be my outpatient progress
25 note with regards to Mr. Barnett's care on 3/14/03.
page 98
1    Q.  Okay.  Can you read into the record
2 what you say under history.
3    A.  Mr. -- Mr. Barnett was hospitalized a
4 week ago for chest pain.  It was very atypical.  A
5 stress Cardiolite test was recommended.  However,
6 he decided not to pursue one because he felt it
7 was -- it probably wasn't his heart.  He states he
8 had been working out with some weights and with
9 that he has had a soreness across his chest and
10 feels that his soreness has improved since he has
11 lowered the amount of weights that he lifts.

[102:17] - [103:5]        5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 102
17    Q.  Thank you.  Now, let me ask you this:

18 He had a couple of episodes where he went into the
19 hospital, I think one in 2003 and then one in 2004,
20 with chest pain of some sort.  What was your
21 overall impression of these two hospitalizations?
22 I'm trying to sum up here rather than --
23      A.  I mean, since his -- basically since
24 his operation and bypass graft, you know, fairly --
25 from a heart standpoint, I thought he's done well.
page 103
 1 He's had a stress test that showed he had normal
 2 perfusion or normal blood flow to the heart and the
 3 heart pumps normally and I felt that the discomfort
 4 he would experience at times was probably not
 5 related to his heart.

[103:8] - [103:21]      5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 103
 8          What -- can you show us what tests you
 9 actually conducted on him maybe in 2003, 2004,
10 2005.
11      A.   In 7/18 -- on 7/18/03, he had a -- what
12 we call stress perfusion, nuclear stress test.  He
13 went 15 minutes with a Bruce protocol, peak heart
14 rate was 120, ejection was 58 percent and then he
15 had what's called apical thinning.
16      Q.  What is apical thinning?
17      A.  It just means the apex or the type of
18 the heart is hard to -- hard to image and imaging
19 technique not a problem with the blood flow itself.
20      Q.  What is the apical?
21      A.  That's the tip of the heart.

[103:25] - [104:6]      5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 103
25 here.  But in any event, he did have some -- what
page 104
 1 does thinning mean?
 2      A.  Basically it was felt the blood flow to
 3 his heart was normal.
 4      Q.  Okay.  What would thin -- what would --
 5 what would -- what --
 6      A.  That's a normal variant.

[106:13] - [106:22]      5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 106
13 very well -- tell me, once you have one heart

18

14 attack, are you at increased risk for a second
15 heart attack?
16         MR. GOLDMAN:  Object to the form.
17         THE WITNESS:  When someone has a
18 disease process such as coronary atherosclerosis
19 versus somebody that does not, then, of course,
20 your risk of having a heart attack is higher than
21 someone that doesn't have -- that does not have the
22 disease.

[108:23] - [109:2]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 108
23      Q.  Good afternoon, Dr. Karavan.
24      A.  Yes, sir.
25      Q.  My name is Andy Goldman.  You and I
page 109
1 haven't met before today, have we?
2      A.  Correct.

[112:18] - [113:25]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 112
18      Q.  How many years, sir, have you treated
19 patients with heart disease?
20      A.  Roughly 20 years.
21      Q.  Do you consider heart disease to be a
22 serious public health problem?
23      A.  Yes, I do.
24      Q.  Do you know whether cardiovascular
25 disease is the leading cause of death in America?
page 113
1      A.  It would be.
2      Q.  And has it been for a number of years?
3      A.  Yes, sir.
4      Q.  Why is it in your view, sir, that heart
5 disease is a serious public health problem?
6      A.  In the United States, I think it's
7 because of lifestyle choices for the most --
8 mostly.  It's a multitude of reasons, but lifestyle
9 choices in the United States are, I think, number
10 one.
11      Q.  Are you aware of whether cardiovascular
12 disease accounts for more than a third of all
13 deaths in the United States?
14      A.  Yes, sir.
15      Q.  Does South Carolina have a particular
16 problem when it comes to strokes or this particular

701-705:
• Improper expert
opinion; not desig
as an expert

• 401-03: Irrelevant,
mr. Barnett did
not have a stroke

He did not live his
whole life in
So. Carolina

17 area of the country, is it known as the stroke
18 belt?
19    A.  People have called it the stroke belt
20 before, yes, sir.
21    Q.  What does that mean?
22    A.  Well, I think basically that in the --
23 in South Carolina, in the deep south, there is a
24 higher incidence of both stroke and heart attack
25 and probably again related to lifestyle choices.

*401-03:*
*irrelevant;*
*Mr. Barnett did not*
*have a stroke, nor did*
*he live his entire*
*life in So. Carolina*

*· Argumentative.*
*· Lacks foundation*

[114:24] - [115:24]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 114
24    Q.  Can you describe your role,
25 Dr. Karavan, in Mr. Barnett's medical care.
page 115
1    A.  I'm Mr. Barnett's cardiologist, I'm his
2 clinical cardiologist, I'm responsible for taking
3 care of his heart problem.
4    Q.  Did you first meet Mr. Barnett when he
5 came to the hospital with a heart attack?
6    A.  That's correct.
7    Q.  That was September 6th of 2002?
8    A.  Yes, sir.
9    Q.  Had you ever had any dealings with
10 Mr. Barnett before that point?
11    A.  No, sir.
12    Q.  Did you ever prescribe Vioxx to
13 Mr. Barnett?
14    A.  I believe after he had -- with his
15 musculoskeletal complaints, I'm not a hundred
16 percent certain whether I wrote the prescription or
17 not, but I was aware that he was on Vioxx
18 afterwards.
19    Q.  The pharmacy records don't indicate
20 that you've actually ever prescribed Vioxx, but I
21 understand your testimony to mean that you knew
22 going forward after the heart attack that
23 Mr. Barnett continued to take Vioxx?
24    A.  That's correct.

[116:18] - [116:21]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 116
18    Q.  Dr. Karavan, would you consider
19 somebody who prescribed a lot of COX-2 inhibitors
20 in your practice?
21    A.  No, sir.

[116:22] - [116:23]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 116
22       Q.  Let me turn to the visit that you first
23  had with Mr. Barnett on September 6, 2002.

[117:7] - [118:14]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 117
7        Q.  Does this appear to be the report from
8   the ER when Mr. Barnett arrived on September 6,          - Hearsay
9   2002?
10      A.  Yes, sir, it does.
11      Q.  Can you please read, sir, the first
12  sentence into the record.
13      A.  This is a 58-year-old gentleman with a
14  history of small -- oh, excuse me, yeah, with a
15  history of small vessel coronary artery disease by
16  his own report, gastroesophageal reflux and
17  hypercholesterolemia who presents with complaints
18  of an aching pressure-like midsternal chest pain
19  that began about 12:30 tonight while he was sitting
20  at his office at work.
21      Q.  Do you know, sir, why Mr. Barnett was
22  saying he had preexisting coronary artery disease?       - Speculation
23      A.  Well, in fact, the statement -- the             - Lacks foundation
24  statement's a little bit funny, in other words,          - Improper expert
25  some -- it's something mismatched -- misspelled          testimony: Dr. K
page 118                                                     not designated
1   there.  It says smell vessel, I guess he meant          as an expert.
2   small, but I'm not sure what he meant by that.  But
3   I would have to assume that he had the stress test
4   two years before then that showed lateral wall
5   ischemia and maybe they were talking about his
6   lateral wall ischemia that would give him a
7   diagnosis of coronary artery disease.
8        Q.  If Mr. Barnett had and he did an
9   ischemia diagnosis in January of 2000, does that
10  mean that he had coronary artery disease in January
11  of 2000?
12      A.  Yes, given his -- I would say given the
13  results of this stress test, he had coronary artery
14  disease in 2000.

[119:21] - [121:17]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 119
21      Q.  In the next paragraph, the ER physician
22  wrote:  A 12-lead EKG was performed upon arrival

21

23 revealing a normal sinus rhythm with no acute
24 abnormalities.
25        You see that?
page 120
1        A.  Correct, I see that.
2        Q.  Does that mean that the first EKG that
3 Mr. Barnett had when he arrived at the hospital --
4 hospital was normal?
5        A.  Correct.
6        Q.  Did Mr. Barnett have a second EKG while
7 he was in the hospital on September 6, 2002?
8        A.  The -- according to this note,
9 according to the emergency room physician, he had a
10 second EKG that did not show any acute findings, no
11 change.
12        Q.  Does that mean that it was normal?
13        A.  I would assume in his mind it was
14 normal.
15        Q.  Do you see under the labs paragraph
16 where there's an indication Troponin-I is normal,
17 CPK normal at 198 with normal indices?
18        A.  Yes, that's Troponin-I for the record.
19        Q.  What is Troponin-I?
20        A.  It's a marker of cardiac damage.  It's
21 a cardiac enzyme.
22        Q.  Is it true that the higher the Troponin
23 level, the more evidence there is of heart damage?
24        A.  Yes, sir.
25        Q.  Is that also true for CPK and CKMB
page 121
1 readings?
2        A.  Yes, sir.
3        Q.  The higher the CPK reading and the
4 higher the CKMB, the more heart damage there is?
5        A.  Yes, sir.
6        Q.  What would you consider in your
7 practice to be a Troponin -- a CK (sic) and a CKMB
8 level that you would associate with a large heart
9 attack or a significant heart attack?
10        A.  Well, I think -- I think any heart
11 attack is significant, but -- to that person, but
12 large is a subjective term, okay?  And if we're
13 talking about Mr. Barnett, his CPK was 288 and
14 that's a small heart attack.
15        Q.  Is Mr. Barnett's Troponin level at 1.4,
16 which was the subsequent diagnosis, also considered

22

17  to be a small level?

[121:21] - [123:24]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 121
21        THE WITNESS:  If we're talking about
22  the size of Mr. Barnett's heart attack, we have
23  evidence to show he has a CPK of 288, which was one
24  of five drawn.  He has a small vessel that's
25  totally occluded with collateralization and he had
page 122
 1  an ejection fraction overall that was normal and
 2  that is all consistent with a small heart attack.
 3  BY MR. GOLDMAN:
 4        Q.  You mentioned ejection fraction.  What
 5  is that?
 6        A.  That's the amount of blood the heart
 7  pumps out each time it pumps.  In other words, if
 8  there's -- each time his heart ejects blood or
 9  pumps, it pumps out 50 percent of the volume of
10  blood in the heart.  Anything basically more than
11  50 percent or greater is felt to be normal overall.
12        Q.  Did Mr. Barnett have an ejection
13  fraction while he was in the hospital in 2002 of 50
14  percent?
15        A.  Before I answer that, I want to be --
16  make sure.  I believe that was the number.  That's
17  correct, 50 percent.
18        Q.  That was normal?
19        A.  It was -- okay.  It was consistent with
20  the fact that he had a small heart attack to the
21  bottom of his heart.  If he -- in other words, if
22  he had not had the heart attack, it might have been
23  55, might have been 58, a little bit higher than
24  that.
25        Q.  Do you remember back in January of 2000
page 123
 1  when he had his Cardiolite stress test, his
 2  ejection fraction was 56 percent?
 3        A.  That sounds correct.  I'll have to
 4  review to make sure of that.  Do you want me to?
 5  Do you have it in front of you?
 6        Q.  We'll get to it if you want, but does
 7  that sound like it's consistent?
 8        A.  That sounds right, yes.  Yes.
 9        Q.  Can you go back to Exhibit 23, sir, and
10  read along with me under labs in the second

11  paragraph where it says:  At this time, I think the
12  patient requires admission to the hospital for rule
13  out MI protocol given his multiple cardiac risk
14  factors, including his age of 58,
15  hypercholesterolemia, family history of coronary
16  artery disease, and we will very likely obtain a
17  stress test while in the emergency room.
18         Do you see that?
19      A.  Yes, sir, I see it.
20      Q.  Do you agree that Mr. Barnett had
21  multiple cardiac risk factors?
22      A.  He -- he basically had the risk factors
23  of significant hyperlipidemia and a family history
24  of coronary artery disease.

[124:6] - [124:22]        5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                          page 124
                           6      Q.  Okay.  From your perspective,
                           7  Mr. Barnett's major risk factors were his
                           8  hypercholesterolemia, or high cholesterol, and
                           9  family history?
                          10      A.  Correct.
                          11      Q.  Is stress also a risk factor for heart
                          12  disease?
                          13      A.  I think that -- well, I don't -- it's
                          14  not listed as one of the major risk factors.  I
                          15  think stress plays a role in every body that
                          16  function -- every organ but is not an official
                          17  major risk factor for ischemic heart disease.
                          18      Q.  Do you know that stress is considered a
                          19  factor, whether it's major or not, in terms of the
                          20  risk of heart disease?
                          21      A.  I think stress plays a role in every
                          22  disease process in the body.

[124:24] - [124:25]       5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                          page 124
                          24      Q.  Let me show you what I'll mark as
                          25  Exhibit 24, sir.

[125:5] - [126:4]         5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                          page 125
                           5      Q.  This is a medical record from your
                           6  office dated September 17th, 1997, and it was
                           7  prepared by a colleague of yours, Dr. Cornell?
                           8      A.  Dr. Cornell is a gastrointestinal

24

9 physician in -- in our practice.
10      Q.  And on this occasion, Mr. Barnett was
11 seeing Dr. Cornell because of his reflux condition?
12      A.  Yes, sir.
13      Q.  Do you see under subjective on the
14 first page — let me first ask you:  What does
15 subjective mean when it's in a medical chart?
16      A.  Basically it's just a history of
17 present illness.  It's subjective what the
18 patient's -- discussion with the patient is about
19 his symptoms.
20      Q.  When somebody in your position writes
21 down subjective and then has an entry, is that
22 entry based on what the patient told you?
23      A.  Yes, sir.
24      Q.  If you look at the fourth sentence with
25 me, Dr. Karavan, do you see that it says:  He,
page 126
1 meaning Mr. Barnett, states that he is always under
2 a lot of stress which is understandable, he is an
3 FBI agent?
4      A.  I see that, yes.

[128:4] - [128:17]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 128
4      Q.  If you turn to the history part of this
5 document, I think Mr. Robinson had you read the
6 first sentence:  The patient is a pleasant
7 58-year-old white male who underwent exercise
8 Cardiolite stress test January 2000 after
9 presenting to Grand Strand Regional Medical Center
10 with sharp chest pain.  And then it continues in
11 the next sentence:  The patient ruled out for
12 myocardial infarction and underwent the stress test
13 on an outpatient basis.  The patient exercised 15
14 minutes of a standard Bruce protocol and Cardiolite
15 images revealed just a small area of lateral
16 ischemia.
17      A.  Yes, sir.

[128:21] - [130:24]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 128
21          The consult that you wrote September
22 6th of 2002 refers to an exercise stress test that
23 Mr. Barnett had in January of 2000, right?
24      A.  Yes, sir, the reason to document that

25  is, of course, any testing pertinent to the organ

page 129

1  system that you're evaluating in the past is
2  relevant to the -- to the present, okay, and the
3  relevance of that is that there was evidence that
4  he had coronary artery disease back in 2000.
5      Q.  The history also continues and talks
6  about how subsequent to that diagnosis, he has
7  subsequently done well and states that he still on
8  occasion gets some slight sharp chest pain usually
9  associated with his abdomen being bloated.
10         You see that?
11     A.  Yes, sir.
12     Q.  Is it true, Dr. Karavan, that sometimes
13 angina or heart-related pain is not diagnosed as
14 heart-related pain but instead is called reflux?
15     A.  Certainly you can have chest discomfort
16 that's from the heart that can be confusing and
17 difficult to diagnose and can be misunderstood for
18 reflux.
19     Q.  In the history portion you also
20 referred to a Bruce protocol, 15 minutes of a
21 standard Bruce protocol.  What is that?
22     A.  That's the standard test -- exercise
23 stress testing that we do.  The fact that he went
24 15 minutes was -- gave him an excellent prognosis
25 because he was able to do such a long protocol.

page 130

1      Q.  If a patient lasts 15 minutes on a
2  Bruce protocol, that's an indication that they have
3  a very good or you said excellent prognosis going
4  forward?
5      A.  A good prognosis, that's correct.
6      Q.  Is a Bruce protocol something where a
7  patient goes on a treadmill and the treadmill every
8  three minutes is increased in terms of the stage
9  that it's at and it gets more difficult over time
10 to last on the treadmill?
11     A.  The speed and -- and inclination goes
12 up, um-hum.
13     Q.  When you see a patient who can last 15
14 minutes on a Bruce protocol, to you that means that
15 the patient is doing well from a heart perspective,
16 true?
17     A.  In context to Mr. Barnett, it would
18 be -- I would interpret it like this:  He -- in 15

26

19 minutes he had a small area of lateral ischemia.
20 That gives him a very good prognosis, but it does
21 give him the diagnosis of coronary artery disease.
22 A decision was made to treat the patient medically
23 because he had a good prognosis and that's how he
24 was treated.

[131:11] - [131:17]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 131
11     Q.  Is having coronary artery disease an
12 important diagnosis?
13     A.  Yes, sir.
14     Q.  Why?
15     A.  Because if someone has coronary artery
16 disease, then they are at risk for having heart
17 attack.

[132:24] - [133:12]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 132
24     Q.  Do you see that in January of 2000,
25 Mr. Barnett was also diagnosed with an ejection
page 133
1 fraction of 56 percent?
2     A.  Yes, sir, I see that.
3     Q.  I think you talked about that before,
4 that 56 percent is in the normal range for a man of
5 Mr. Barnett's age?
6     A.  That's correct.
7     Q.  Is an ejection fraction the gold
8 standard for measuring heart function and heart
9 damage?
10     A.  In clinical practice I would say
11 depending on the method that you get ejection
12 fraction, yes.

[133:13] - [134:14]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 133
13     Q.  Do you see in the consult that you
14 indicated how long Mr. Barnett had experienced
15 chest pain on September 6, 2002 toward the bottom
16 under history?
17     A.  Are you referring to the statement, the
18 patient states the entire episode of pain lasted
19 about 30 minutes?
20     Q.  Yes.
21     A.  Okay. Yes, sir.

22      Q.  Can you read on, sir, until the next
23  page ending at the word duration.
24      A.  Then while being evaluated in the
25  emergency room, the patient states the discomfort
page 134
1  returned but again was relieved with one sublingual
2  nitroglycerin.
3      Q.  I'm sorry, could you slow down, please.
4      A.  Sorry.  And the entire duration of the
5  second episode was approximately five minutes.
6      Q.  So does that mean that Mr. Barnett
7  while he was in the hospital was experiencing chest
8  discomfort and then he was given this medicine,
9  sublingual nitroglycerin, and his pain went away in
10  five minutes?
11      A.  That's correct.
12      Q.  How is subliminal -- I'm sorry,
13  sublingual nitroglycerin taken?
14      A.  Under the tongue.

[134:15] - [134:25]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 134
15      Q.  And then the next sentence?
16      A.  About 45 minutes to an hour later, he
17  had another third occurrence again resolving with
18  sublingual nitroglycerin and lasting six to seven
19  minutes in duration.
20      Q.  At the end of that paragraph is where
21  you indicate, patient has subsequently gone on to
22  rule in for a non-Q wave MI with his third CPK
23  being 217 with an MB index of 5.8 and a Troponin-I
24  of 1.4, right?
25      A.  Yes, sir.

[135:3] - [135:19]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 135
3          A Troponin-I of 1.4 is very small in
4  terms of an increase, correct?
5      A.  Correct.  That would be correct.
6      Q.  So is an indication of a CPK of 217,
7  true?
8      A.  True, we had -- if I may, we had
9  determined that his peak CPK was 288.
10      Q.  And 288 peak CPK is also a very small
11  increase in CPK?
12      A.  It still is small, that's correct.

13      Q.   That's evidence of a mild heart attack?
14      A.   Correct.
15      Q.   Is it true that some doctors even today
16 would label Mr. Barnett's condition on September 6,
17 2002 as acute coronary syndrome?
18      A.   2006 lingo would be acute coronary
19 syndrome.

[135:20] - [135:25]   5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 135
20      Q.   How does acute coronary syndrome differ
21 from a heart attack?
22      A.   It -- acute coronary syndrome includes
23 unstable angina, which is not too damaged, but pain
24 or discomfort that a person is feeling but does not
25 necessarily mean damage.

[136:15] - [136:19]   5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 136
15      Q.   Dr. Karavan, a reading of 1.4 Troponin
16 and a 21 CKMB is an indication of minimal damage to
17 the heart, true?
18      A.   I usually use the term small or mild
19 heart attack.

[137:6] - [139:3]   5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 137
6      Q.   Looking at the document that you wrote
7 around September 6, 2002, do you know what you told
8 Mr. Barnett about the increase in his enzyme
9 levels?
10      A.   Well, let me read my thing one more
11 time. Basically I told him that he had a small
12 heart attack and I'd recommend that he undergo a
13 heart catheterization to further assess his
14 condition.
15      Q.   What is the purpose of a cardiac
16 catheterization and what is it?
17      A.   Cardiac catheterization is where we
18 slide tubes up usually through the groin into the
19 heart and put dye into the blood vessels that feed
20 to the heart to assess how much blockage there is
21 and how much damage has been done.
22      Q.   Is the main purpose of a cardiac
23 catheterization to see how much plaque is built up
24 in the various arteries?

29

25      A.  In these -- in this situation, the

page 138

1 answer would be yes, to assess the amount of the
2 blockage.
3      Q.  You decided on September 6, 2002 that
4 it was okay for Mr. Barnett to wait the weekend to
5 have his cardiac catheterization on Monday, is that
6 right?
7      A.  That's correct.
8      Q.  Why was that?
9      A.  Because we thought he was stable enough
10 to do so.
11      Q.  If you felt that Mr. Barnett was having
12 an acute heart attack or was at serious risk of a
13 more serious injury, would you have done an
14 immediate catheterization on him?
15      A.  That's correct.
16      Q.  Would you also have ordered an
17 immediate bypass or recommended an immediate bypass
18 based on the catheterization results?
19      A.  If he was having recurrent problems and
20 the catheterization showed the kind of blockage he
21 had, he would have had an emergent bypass.
22      Q.  How many catheterizations would you
23 estimate you have done in your career, sir?
24      A.  In between 15 and 20,000.
25      Q.  Are you the head of the catheterization

page 139

1 lab at your hospital?
2      A.  I guess so.  It's a loose -- loose
3 term.

[139:7] - [144:13]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 139

7        You said before that you inject dye
8 into the arteries of your patients in order to look
9 for coronary artery disease or blockage?
10      A.  Um-hum.
11      Q.  Is that right?
12      A.  That's correct.
13      Q.  How do you then actually look at the
14 inside of the arteries based on the dye that's
15 inside them?
16      A.  The dye -- the dye showed that the --
17 consider the blood vessels as pipes and you're
18 filling the pipe up and what the dye cannot get

30

19 through, then you have a negative impression on the
20 dye from the constriction of the blockage.  So
21 the -- where the dye cannot get through, that
22 indicates where the blockage is.
23        Q.  When you conduct a cardiac
24 catheterization, do you also try to assess how well
25 the heart is pumping?
page 140
1        A.  Yes, sir.
2        Q.  Is that when you make a determination
3 of the ejection fraction?
4        A.  Yes, sir.
5        Q.  Do you actually look at the heart
6 muscle to see how much it contracts and then how
7 much it expands to make that determination?
8        A.  That's correct, the difference between
9 how big it is when it expands to how small it is
10 when it contracts is the resultant ejection
11 fraction.
12        Q.  About how long does a catheterization
13 take in Mr. Barnett's case?
14        A.  If you mean from the time you'd walk in
15 and stick the skin and finish, 15, 20 minutes.
16        Q.  Were there any complications in the
17 procedure that you performed on Mr. Barnett?
18        A.  Not that I can recall, no, sir.
19        Q.  After Mr. Barnett had his
20 catheterization, you then sat down in front of a
21 computer screen and analyzed the images that were
22 picked up during that procedure, is that how it
23 works?
24        A.  Yes, sir.
25        Q.  As you were watching the screen and
page 141
1 blood flow throughout the heart, were you keeping
2 track of which particular vessels had blockage?
3        A.  While you're doing the procedure, you
4 can -- you're interpreting the films as you are
5 doing it.
6        Q.  So if it looks to you like the LAD or
7 one of the coronary arteries is blocked by 50
8 percent, you would write down 50 percent blockage?
9        A.  Yeah.  The way we would record that is
10 we would do the procedure and as I'm doing it, I'm
11 well aware of what we're seeing.  And then I sit
12 down in front of a screen and fill out the progress

13 note temporary report and then we dictate a
14 permanent report right then.
15      Q.  Can you try to find, if you would, the
16 cardiac catheterization report that you prepared.
17 I think it was marked as Exhibit 13.
18      A.  Yes, sir, Number 13.
19      Q.  Did you dictate Exhibit 13, or your
20 cardiac catheterization report, shortly after
21 watching the cardiac catheterization procedure?
22      A.  According to this I did, 9/9/02, 7:23
23 in the morning.
24      Q.  Let me ask you a question under
25 conclusions and we'll go above that in a minute,
page 142
1 but under conclusions, you wrote:  Preserved left
2 ventricular systolic function.
3          What does that mean?
4      A.  That means basically overall his heart
5 muscle pumps normally.
6      Q.  Is that another way of saying that his
7 ejection fraction was normal?
8      A.  That would be correct.
9      Q.  Is left ventricular systolic function
10 an important part of our hearts?
11      A.  It is -- the function of the heart is
12 to pump blood and you want it pumping as good as it
13 can, so the answer is it's the most important.
14      Q.  Number 3 says:  Severe three-vessel
15 coronary artery disease.
16          What does that mean, sir?
17      A.  When I dictate severe three-vessel
18 coronary artery disease, that means that there is a
19 lot of plaquing, stenosis, in the major arteries
20 that feed blood to the heart.
21      Q.  When you were talking with Mr. Robinson
22 earlier about your diagnosis up above, left
23 ventriculogram mid inferior diaphragmatic
24 hypokinesis -- do you remember talking about that
25 with Mr. Barnett -- Mr. Robinson?
page 143
1      A.  Yes, yes.  Yes, sir.
2      Q.  Do you know what that diagnosis looked
3 like months later?
4      A.  The answer is -- we have an ejection
5 fraction from his nuclear stress test from 7/18/03
6 and it was 58 percent at that time.

32

7    Q.  What is the significance of an ejection
8  fraction of 58 percent when it comes to this mid
9  inferior diaphragmatic hypokinesis?
10      A.  His — when you do the nuclear stress
11  test, you can assess the ejection fraction pumping
12  of the heart and his heart muscle was pumping
13  normally with a normal motion to the heart and the
14  overall ejection fraction was normal at 58 percent.
15      Q.  Does that in your mind mean that the
16  mid inferior diaphragmatic hypokinesis resolved?
17      A.  His wall motion was now normal in the
18  bottom of the heart, which is that area.
19      Q.  Which means that mid inferior
20  diaphragmatic hypokinesis resolved?
21      A.  Correct.
22      Q.  Can you explain in terms that I might
23  understand what mid inferior diaphragmatic
24  hypokinesis is?
25      A.  The bottom part of the heart was not
page 144
1  pumping as vigorously, as strongly, as normal as it
2  should.  It was mildly weakened and that's what
3  that means.
4      Q.  Is that something that you would expect
5  a bypass would resolve?
6      A.  The — if you recall, he had — he did
7  have the collateralization to the — that area of
8  the heart, which helped to improve blood flow to
9  that area and limit the — and probably — and
10  limit the amount of damage.  Therefore, as the
11  vessel — as the heart muscle was revascularized,
12  as the blood flow was normal to that after an
13  operation, the heart muscle improved.

[144:16] - [144:21]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 144
16          When you wrote preserve left
17  ventricular systolic function on September 9th of
18  2002 on your catheterization report, what did that
19  tell you about Mr. Barnett's heart function?
20      A.  That he had only had a mild amount of
21  damage and the heart function was still good.

[144:22] - [144:25]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 144
22      Q.  I'd like to turn now to an exhibit that

23 I think Mr. Robinson used.  It was your diagram of
24 the heart.
25      A.  Okay.

[145:10] - [145:23]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 145
10      Q.  Dr. Karavan, what I'd like to do here
11 if you would be willing to is to take Exhibit 16 --
12 which, if you could, just hold it up for the jury
13 if you don't mind.  What is that again?
14      A.  This is the diagram of the blood
15 vessels that feed blood to the heart and the
16 drawing of the blockages that are found on
17 Mr. Barnett.
18      Q.  Did you draw Exhibit 16 so that you
19 could explain to Mr. Barnett what you saw during
20 the catheterization procedure?
21      A.  That is correct.  This is imaging of or
22 a picture of what we found at the time of the
23 catheterization.

[146:19] - [149:13]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 146
19      Q.  Dr. Karavan, do you have in front of
20 you the diagram that you drew on September 7th,
21 2002 and did you try to make it more legible?
22      A.  Yes, sir, that's what I've done.
23      Q.  Can you first explain what the diagram
24 is about.  What is the --
25      A.  The diagram is a picture of the heart
page 147
1 and the heart pumps the blood, but the heart has to
2 have its own blood to live and gets it through
3 blood vessels.  And this is a drawing of the blood
4 vessels that feed blood to the heart.
5      Q.  Are the arteries or vessels that are
6 described there the coronary arteries?
7      A.  That's correct.
8      Q.  Is that the -- why don't you tell the
9 jury what coronary arteries are.
10      A.  The coronary arteries are the blood
11 vessels that feed blood to the heart so it's -- so
12 the heart receives blood flow so it can do its job
13 of pumping blood.  And this is a diagram of those
14 blood vessels specifically.
15      Q.  On that diagram there are some areas

34

16 that are shaded. What is that meant to reflect?

17    A. That just simply means it's either

18 diving into the heart tissue or going back behind

19 the heart to give it a three-dimensional effect.

20    Q. So the first vessel that you identified

21 in your catheterization report was the left main

22 artery. Can you please show the jury where that

23 is.

24    A. This is the left main artery and

25 it's -- it was about 50 percent blocked. It's

page 148

1 called the left main blood vessel because it's a

2 big trunk that initiates the blood flow down to the

3 branches -- all the branches to the front and the

4 back of the heart. And this is the short left main

5 blood vessel right there.

6    Q. Is the left main artery considered an

7 important one?

8    A. It's called -- it's a term -- the term

9 main is used because it is the most important blood

10 vessel. It supplies -- the trunk supplies about

11 two-thirds or three-quarters of the blood flow to

12 the heart.

13    Q. Are there many other vessels that feed

14 off of or branch off of the left main artery?

15    A. There are at least several -- usually

16 in most instances, there are at least several major

17 blood vessels that come off of the left main blood

18 vessel.

19    Q. How blocked was Mr. Barnett's left main

20 artery when you saw it on September 6, 2002?

21    A. 50 percent narrowed.

22    Q. The next artery that you identify is

23 the LAD. What is that?

24    A. Left anterior descending, it's the

25 branch that goes -- comes off the left -- the left

page 149

1 main blood vessel and feeds blood to the front of

2 the heart.

3    Q. Is that also an important artery?

4    A. Very important blood vessel feeding the

5 front of the heart.

6    Q. Does the LAD supply approximately 40

7 percent of the blood to the heart?

8    A. That would be a pretty close

9 approximation, that's correct.

35

10     Q.  How much plaque had accumulated in
11 Mr. Barnett's LAD by September 9th, 2002?
12     A.  The LAD had accumulated approximately
13 70 to 80 percent plaquing of the vessel.

[149:21] - [153:17]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 149
21     Q.  Dr. Karavan, when you drew the black
22 marks sort of in the middle on both sides of the
23 LAD, are you attempting to show the location of
24 where the plaque was within Mr. Barnett's LAD?
25     A.  That's correct.
page 150
1     Q.  So for the LAD portion, there was
2 plaque on the right and the left side of the
3 artery?
4     A.  Okay, basically what I'm trying to
5 depict is narrowing inside the blood vessel.  This
6 is occurring inside the blood vessel and this is
7 narrowing inside the -- the pipe or the blood
8 vessel.
9     Q.  What happens when there's narrowing
10 inside of the blood vessel?
11     A.  Then the blood flow is restricted and
12 the heart muscle does not get the proper blood flow
13 and if it closes totally, then that's usually what
14 causes a heart attack.
15     Q.  Can you also have a heart attack if you
16 don't have complete closure of an artery?
17     A.  You can in certain instances.
18     Q.  Haven't you had patients who have had
19 only 50 percent blockage in certain arteries and
20 they have gone on to have heart attacks?
21     A.  Yes, there are instances when you --
22 someone has a heart attack and you do a heart
23 catheterization, look and their blockage is not
24 that tight.  There are also instances when someone
25 has blockage that is not that tight at a time of
page 151
1 catheterization and then they go on to have a heart
2 attack subsequently at a later date.
3     Q.  The next artery that you refer to in
4 your catheterization report is the proximal
5 diagonal branch.  Is that a vessel off of the LAD?
6     A.  That's correct.  In this diagram it's
7 depicted as this blood vessel branching off the

· Speculation
· Incomplete
  hypothetical
· Calls for expert
  opinion (701-5)
· Irrelevant as to
  his "other patients"

36

8 side of the LAD.
9      Q.  And how much plaque had accumulated in
10 Mr. Barnett's proximal diagonal branch?
11      A.  That would be this right here,
12 approximately 80 percent narrowed.
13      Q.  You next talk about the ramus
14 intermedius.
15      A.  Correct.
16      Q.  Where is that located?
17      A.  You have to understand this diagram is
18 a general diagram.  Everybody's body and heart is a
19 little different in the blood vessels.  So it's
20 generally a blood vessel that goes off the back of
21 the heart, okay, a branch off of the back of the
22 heart.
23      Q.  Is that a branch that is actually
24 connected in some way to the LAD as well?
25      A.  No, it's not.  It comes off of the left
page 152
1 main.  It is not connected to the LAD.
2      Q.  How much plaque had accumulated in
3 Mr. Barnett's ramus intermedius?
4      A.  It was about 80 percent blocked also.
5      Q.  You also talk about the circumflex.
6 Where is that located?
7      A.  Well, it's part of this blood vessel
8 going to the back of the heart.
9      Q.  Is that considered one of the three
10 major coronary arteries?
11      A.  The circumflex is in Mr. Barnett --
12 everybody's a little different.  His ramus
13 intermedius was actually larger than the circumflex
14 itself so the -- the ramus intermedius would be
15 considered one of the -- in Mr. Barnett one of the
16 three major blood vessels.
17      Q.  In most people is the circumflex
18 considered one of the three major coronary
19 arteries?
20      A.  In most people that's the case.
21      Q.  How much plaque had accumulated in
22 Mr. Barnett's circumflex by September 9th of 2002?
23      A.  He had a branch on the back that was up
24 to 70 percent blocked and then there -- and further
25 downstream in a small branch it was what we -- what
page 153
1 I've termed diffuse high-grade disease or

37

2 high-grade blockage, throughout the length of a
3 small blood vessel, though.
4        Q.  I'm looking at your catheterization
5 report and you said for the circumflex, a
6 relatively small vessel, there is tubular proximal
7 70 to 80 percent narrowing.  What does it mean to
8 have tubular proximal narrowing?
9        A.  That means the proximal portion of the
10 blood vessel is the area of -- that you're looking
11 at as opposed to the area downstream, the distal
12 part or mid part.  Proximal or first part of the
13 blood vessel narrowed 70 to 80 percent is what that
14 means.
15        Q.  Proximal means more to the top of the
16 artery?
17        A.  Correct.  Correct.

[153:20] - [157:2]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 153
20              For the tubular proximal vessel, that
21 was 70 to 80 percent narrowed?
22        A.  Right.
23        Q.  Then you said that there was a small
24 vessel with diffuse high-grade disease.  What does
25 it mean to have diffuse high-grade disease?
page 154
1        A.  That means -- diffuse means the
2 blockage is down the length of the blood vessel,
3 high-grade meaning significant blockage.  So the
4 entire length of this small blood vessel was -- had
5 a lot of blockage.
6        Q.  And how much blockage would you
7 estimate Mr. Barnett had in his tubular proximal?
8        A.  70 to 80 percent.
9        Q.  The next artery that you refer to is
10 the obtuse marginal branch off of the circumflex.
11 Where is that?
12        A.  We're getting a little into semantics
13 here and I'm -- I was trying to give you the big
14 picture.  Basically the -- in this diagram, the
15 circumflex -- if I can backtrack just a minute.
16        Q.  Sure.
17        A.  In him the circumflex, like I said, was
18 a small blood vessel.  I -- I tried to depict the
19 circumflex as this blood vessel here about 70
20 percent narrowed.  Coming off of this circumflex is

38

21 an obtuse marginal branch.  In Mr. Barnett, this
22 obtuse marginal branch was small and diffusely
23 diseased and we could – I did not draw it in at
24 the time because it – at the time it's not
25 clinically relevant to him whether we do anything
page 155
 1 about this blood vessel or not but the – the point
 2 of this blood vessel is it's small and he had
 3 blockage all the way down the length of the blood
 4 vessel on the back of the heart called the obtuse
 5 margin.
 6      Q.  The next artery that you refer to in
 7 your report is the right coronary artery or the
 8 RCA?
 9      A.  Correct.
10      Q.  Where is that located?
11      A.  This blood vessel coming to the bottom
12 of the heart.
13      Q.  Is that another important coronary
14 artery?
15      A.  That's one of the major blood vessels,
16 correct.
17      Q.  How much plaque had accumulated in the
18 right coronary artery?
19      A.  Okay.  He had two branches of the –
20 the right coronary artery comes to the bottom of
21 the heart and branches into two significant
22 branches, one of which was the PDA, or posterior
23 descending artery, which was a hundred percent
24 occluded or blocked, and the post – the
25 posterolateral branch, or left ventricular branch
page 156
 1 some physicians call it, had a significant stenosis
 2 or blockage of about 80 percent.
 3      Q.  So when you were referring to PDA when
 4 Mr. Robinson was asking you questions, that's
 5 called a posterial (sic) descending artery?
 6      A.  Posterior descending artery.
 7      Q.  And where is that again?
 8      A.  It is this blood vessel going to the
 9 bottom of the heart.
10      Q.  I believe that you said that there were
11 collaterals that were compensating –
12      A.  Yes, sir.
13      Q.  – for the blockage in the PDA.  Where
14 were those collaterals located?

39

15    A.  They're down here arising from the left
16  coronary artery and filling -- or supplying blood
17  to the PDA through these collateral or bridging
18  blood vessels.
19    Q.  Are collaterals known as the body's
20  natural way of bypassing a blockage?
21    A.  That would -- that would -- it's -- a
22  common term used is that's your own body's bypass
23  to a blockage, correct.
24    Q.  Do collaterals take a long time to
25  develop?
page 157
1    A.  Generally it's felt they take awhile to
2  develop.

· Incomplete hypothetical
· Speculation
· vague, ambiguous

[157:11] - [158:1]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 157
11    Q.  Does it take many years, Dr. Karavan,
12  for a patient to develop the type of collaterals
13  that Mr. Barnett had in his body?
14    A.  I would say that it usually takes --
15  takes a time period of years for them to develop.

· Incomplete hypothet.
· Speculation
· Lacks foundation

16    Q.  Did Mr. Barnett have significant
17  collaterals that were compensating for the blockage
18  in his PDA?
19    A.  He had very adequate collateral blood
20  vessels that supplied flow to the bottom of his
21  heart or his PDA.
22    Q.  And just so we're clear, the squiggly
23  lines that you just drew, that is meant to
24  represent the collaterals going from the left --
25    A.  Correct, from the left coronary artery
page 158
1  to the PDA.

[158:7] - [159:21]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 158
7    Q.  And what's the reason that we have
8  collaterals and why do they develop?
9    A.  I don't know if anyone knows the answer
10  to that, why they develop.  There's been a lot of
11  research into development of -- the potential to
12  develop collateralization.  They're a good thing to
13  have and the reason is that they supply blood flow
14  to an area of particularly heart muscle when the
15  normal route is blocked off.

16      Q.  Is it true that collaterals typically
17  develop once there is more than 75 percent blockage
18  in an artery?
19      A.  Usually it takes enough stenosis,
20  blockage or narrowing for the normal pathway to get
21  limited blood flow and then the other ones help to
22  pick up the slack as the normal flow is diminished.
23      Q.  Dr. Karavan, given the severity of
24  Mr. Barnett's coronary artery disease as you just
25  described it, how long do you believe it took for
page 159
1  that much plaque to build up?
2      A.  The — the amount of plaque that he had
3  took some time to build up, a period of years,
4  okay?
5      Q.  Can you help quantify that when you say
6  years?
7      A.  Well, this -- I can say that -- his
8  heart attack occurred on 9/02 —
9      Q.  Correct.
10      A.  -- September '02.  In 2000 -- in the
11  year 2000, he had this other nuclear stress test
12  that showed that he had blockage then, which was
13  approximately two-plus years from the time of his
14  heart attack.  So it was there at that point in
15  time and probably at least several years -- or many
16  years before then to some degree.
17      Q.  Does plaque start developing in our
18  bodies when we are young?
19      A.  What's called fatty streaks in early
20  development have been shown to be in -- on autopsy
21  in adolescents.

[159:24] - [160:25]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 159
24      Q.  Thank you.  Have you heard of a study
25  of Korean War soldiers or adolescents that show
page 160
1  that even as young as they are, they have
2  accumulated significant plaque in their body?
3      A.  I'm familiar with -- of some -- with
4  some studies of adolescents that have early
5  development of coronary artery disease, streaky
6  plaques and blockages, correct.
7      Q.  Can you be a little bit more specific,
8  what were the studies about?

*Speculation*
*701-705: not a retained expert*
*Lacks foundation*

*Speculation*
*Lacks Foundation*
*701-705: not a retained expert*

41



9     A.  I don't know if I can recall the
10  specifics of a study other than to say that
11  development of coronary artery disease can occur at
12  a young age.
13     Q.  Is coronary artery disease and
14  atherosclerosis a gradual and chronic process?
15     A.  In all -- in most instances, that would
16  be correct, yes.
17     Q.  Is it true that in most instances,
18  coronary artery disease gets worse over time and
19  more and more plaque builds up in our arteries as
20  we get older?
21     A.  That would be correct.
22     Q.  Mr. Barnett's severe multivessel
23  coronary artery disease did not just develop in two
24  to three years, did it, sir?
25     A.  That's correct.

• 701-705:
not a retained
expert

• incomplete
hypothetical

[172:19] - [172:23]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 172
19     Q.  Is it true, Dr. Karavan, that even
20  today, it's unclear about whether COX-2 inhibitors
21  and traditional or nonselective NSAIDs are
22  prothrombotic or increase the likelihood of a
23  patient having a heart attack?

701-705:
- Opinions
Lack Foundation
- not a
retained expert

[172:25] - [173:15]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 172
25          THE WITNESS:  Is it still
page 173
1  controversial?
2  BY MR. GOLDMAN:
3     Q.  Is it still an open question?
4     A.  In my mind it still needs to be worked
5  out how that -- that -- if that occurs and how it
6  occurs.
7     Q.  Are you aware of any scientific
8  evidence, Dr. Karavan, that Vioxx causes plaque
9  formation?
10    A.  I'm unaware of any data for the
11  development of plaque formation with Vioxx.
12    Q.  Are you aware of any scientific
13  evidence that Vioxx causes plaque acceleration or
14  progression?
15    A.  I don't know of any progression, no.

[173:16] - [174:2]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 173
16    Q.  Have you ever seen a single study that
17  shows that Vioxx or any other COX-2 inhibitor
18  causes plaque rupture in human beings?
19    A.  I think the -- the studies of concern
20  are those that deal with acute thrombosis and the
21  etiology of that acute thrombosis is not totally
22  known and, therefore, you could surmise that plaque
23  rupture might be involved in that.
24    Q.  Well, you could surmise that, but
25  that's -- that hasn't been shown in a single study
page 174
1  anywhere, true?
2    A.  Not that I'm aware of.

• Speculation
• Argumentative

[175:13] - [177:16]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 175
13        When you examined Mr. Barnett on
14  September 9, 2002, you saw in his arteries that he
15  had severe multivessel coronary artery disease,
16  right?
17    A.  That's what I just said.
18    Q.  And lots of your patients have severe
19  coronary artery disease, right?
20    A.  Yes, sir.
21    Q.  And not every one of those patients is
22  taking Vioxx?
23    A.  Yes, sir.
24    Q.  And many of those patients go on to
25  have heart attacks?
page 176
1    A.  Yes, sir.
2    Q.  Many of those patients have plaque
3  rupture and have clots?
4    A.  That's correct.
5    Q.  Whether or not they're taking Vioxx?
6    A.  That's correct.
7    Q.  There was nothing unique about
8  Mr. Barnett's arteries or what you saw on the
9  catheterization that would show that Vioxx was the
10  cause or a contributing factor in Mr. Barnett's
11  heart attack, true?
12    A.  The development of his blockages,
13  correct, again, whether there was any prothrombotic
14  effect would be the question.

• 401-403:
  Irrelevant as to
  his other patients
• Lacks foundation
• Improper expert
  testimony

15      Q.  I understand that, but my question is a
16 little different.
17      A.  He — I see that kind of — I see his
18 kind of disease and his kind of blockages all day
19 with people not on nonsteroidal antiinflammatories.
20      Q.  And what happens to those people?
21      A.  They get the same treatment he did.
22      Q.  Which was what?
23      A.  Well, if it's diffuse plaquing and
24 multivessel disease, they go on to bypass surgery.
25      Q.  Before Vioxx came to the market in the
page 177
1 United States in 1999, how many patients had you
2 treated with heart attacks who were men in their
3 fifties with high cholesterol and a family history
4 of heart disease?
5      A.  A lot.
6      Q.  Since Vioxx has been withdrawn from the
7 market, have you continued to see patients with
8 Mr. Barnett's same risk factors who have gone on to
9 have heart attacks?
10      A.  That's correct.
11      Q.  Over the course of your clinical
12 practice, sir, how many patients would you estimate
13 you have seen with the same severe coronary artery
14 disease as Mr. Barnett who have had heart attacks
15 and then bypass surgery?
16      A.  Several thousand.

401-403
·Irrelevant as to
his "other patients"

·Incomplete
 hypothetical
·Speculative

·602: Lacks
 foundation

[177:17] - [178:21]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 177
17      Q.  I want to talk about clots for a
18 minute, okay?  Were you able to tell when you were
19 conducting your cardiac catheterization which
20 particular blockage led to the heart attack?
21      A.  Yes.  Yes, sir.
22      Q.  Was that the PDA?
23      A.  Yes, sir.
24      Q.  Did you indicate that anywhere in the
25 medical records or that's just what you remember?
page 178
1      A.  I don't think I came out and said it's
2 what we call the culprit -- the culprit block or
3 the culprit lesion was the PDA, but it was obvious
4 that's what it was.
5      Q.  How was it obvious that the occlusion

6 in the PDA was what led to Mr. Barnett's heart
7 attack as opposed to the blockages in his other
8 arteries?
9        A.   He -- I think everything fit that that
10 would be the one and by that I mean he had a small
11 heart attack.  The PDA was not a real large blood
12 vessel.  It would account -- small blood vessels
13 cause small -- small heart attacks.  Injection of
14 that coronary artery, he had some -- a little
15 hang-up of dye in that blood vessel distally, which
16 usually goes along with an acute event, and his --
17 when someone has a heart attack, you get damage to
18 a certain area of the heart.  And the PDA supplies
19 the bottom of the heart and the bottom of the heart
20 was the part of the heart that wasn't pumping
21 properly.

[179:10] - [180:4]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                      page 179
                      10      Q.   When Mr. Robinson was asking you
                      11 questions, I believe that there was some discussion
                      12 about whether there was a clot or a thrombus in the
                      13 PDA where there was occlusion.  Do you remember
                      14 that?
                      15      A.   I remember that discussion, right.
                      16      Q.   Based on the catheterization that you
                      17 observed, you didn't see a clot in that particular
                      18 artery, right?
                      19      A.   You cannot visualize a thrombus by any
                      20 manner, basically.
                      21      Q.   But even if there were a clot in
                      22 Mr. Barnett's PDA artery, that wouldn't be
                      23 surprising given that he had a hundred percent
                      24 blockage in that artery, true?
                      25      A.   Most heart attacks occur from
                      page 180
                      1 thrombosis or clot.
                      2      Q.   Is thrombosis or clot a natural
                      3 progression of atherosclerosis?
                      4      A.   Pretty much so.

[180:13] - [182:11]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                      page 180
                      13      Q.   Dr. Karavan, is the main cause for
                      14 heart attacks plaque rupture and clot formation
                      15 whether or not patients are taking any drugs?

16      A.  I would agree with that.

17      Q.  I want to talk about the mild lateral
18  ischemia diagnosis in January of 2000, okay?

19      A.  (Witness moved head up and down.)

20      Q.  That was a diagnosis that was made
21  based on a Cardiolite stress test, right?

22      A.  Right.

23      Q.  And a Cardiolite stress test is
24  something that is done sort of like injecting dye
25  in your body like a catheterization and looking for

page 181

1  reduced blood flow, right?

2      A.  You inject a -- what's called a nuclear
3  medicine that's circulated through the blood and
4  through the heart muscle and you can measure it
5  going through the heart muscle to measure the
6  amount of blood flow through the heart muscle.

7      Q.  Now, the gold standard or the best way
8  to determine how occluded or blocked somebody's
9  arteries are is to perform a cardiac
10  catheterization?

11      A.  Correct.

12      Q.  Were you aware that Mr. Barnett's
13  doctors had suggested that he have a cardiac
14  catheterization back in January of 2000?

15      A.  I was not aware of that.

16      Q.  Did anybody tell you, sir, that
17  Mr. Barnett decided not to have a cardiac
18  catheterization because he wanted to go a more
19  conservative route and have the Cardiolite stress
20  test done in January of 2000?

21      A.  Well, I was -- like I said, I was not
22  involved with his care in 2000, but he -- according
23  to the records, he was stable and him and, I
24  assume, Dr. Swami, Dr. Mikolajczyk felt that he
25  could be managed medically and I don't know what

page 182

1  their specific, you know, conversation was.

2      Q.  Am I right, Dr. Karavan, that a
3  Cardiolite stress test is designed to see what
4  areas of the heart are receiving less blood flow
5  than other areas?

6      A.  That's right.

7      Q.  You're aware, sir, that if there is
8  consistent similar blockage among the arteries in a
9  person's body, a Cardiolite stress test might come

• Speculation
• Incomplete
   hypothetical
• Lacks foundation

10  back and say there's just mild ischemia?
11      A.  Correct.

| [182:12] - [182:18] | 5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations |

page 182
12      Q.  So if a patient has 80 percent blockage
13  in his LAD and 80 percent blockage in his RCA and
14  80 percent blockage in circumflex and 50 percent
15  blockage in his left main and a little bit more
16  blockage in his PDA, then the result that could
17  come back from that test is mild lateral ischemia,
18  correct?

*Speculative*
*Incomplete hypothetical*
*Lacks Foundation*

| [182:20] - [183:13] | 5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations |

page 182
20          THE WITNESS:  There -- I still go by
21  what I said -- I've said all along.  I feel he had
22  three-vessel diffuse plaquing prior to when I saw
23  him in 2002.  It takes years for it to develop so
24  the odds are he had diffuse coronary artery
25  plaquing in 2000 with his stress test, which can
page 183
1  give you variable amounts of defects because of
2  what we call balanced ischemia.
3  BY MR. GOLDMAN:
4      Q.  And when a patient has balanced
5  ischemia or balanced plaque in their arteries, then
6  a Cardiolite stress test might signal just mild
7  ischemia?
8      A.  That's correct.
9      Q.  One of the known limitations of a
10  Cardiolite stress test is that balanced blockage of
11  all major coronary arteries can actually show
12  normal blood flow?
13      A.  That would be correct.

*Incomplete hypothetical*
*Speculative*
*Lacks Foundation*
*Improper expert opinion: not desig as an expert.*

| [184:25] - [186:7] | 5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations |

page 184
25      Q.  Am I right, Dr. Karavan, that EKG tests
page 185
1  are not very good predictors of heart disease?
2      A.  They're, I think -- the sensitivity and
3  specificity -- specificity of EKG stress testing is
4  in the 60 -- 60, 70 percent range so, therefore,
5  can you miss blockage?  The answer is yes.
6      Q.  If you have a long history of normal

*701-705: Improper expert opinion; not design as an expert.*

47

7  EKG tests and then you have a positive EKG test,
8  that doesn't mean that the positive EKG test is
9  wrong or is a false positive, right?
10       A.  If someone comes to me and they've had
11  a long history of totally normal stress test — EKG
12  stress tests and then they have an abnormal EKG
13  stress test, I would consider that probably
14  significant.

*· Speculation*
*·Incomp. Hypothetical*
*·Improper expert*
*testh (701-705), not*
*an expert.*

15       Q.  The fact that Mr. Barnett had negative
16  EKG tests for a long time didn't mean that he
17  didn't have coronary artery disease during that
18  time, right?
19       A.  I think that to — in order for a
20  stress test -- or in order for coronary artery
21  disease to cause a physiologic problem, in other
22  words, the lack of blood flow to the heart muscle
23  in a certain area, generally the degree of stenosis
24  needs to be in the 75 to 80 percent range.  So if
25  someone came in with multiple 50 percent blockages
page 186
1  diffusely throughout the heart muscle, then you --
2  you're not going to see those on testing.
3       Q.  I just want to make clear that just
4  because you have a negative EKG test doesn't mean
5  that you don't have significant coronary artery
6  disease?
7       A.  That's correct.

[186:14] - [188:9]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 186
14          Am I right, Dr. Karavan, that EKG's are
15  not even recommended today as part of a routine
16  physical for men under 50?
17       A.  That's correct.
18       Q.  I'm going to identify a few cholesterol
19  readings for you that Mr. Barnett had over time and
20  ask you a question about those, okay?
21       A.  Um-hum.
22       Q.  In February of 1993, Mr. Barnett had an
23  LDL of 164.  What is an LDL?
24       A.  Low-density lipoprotein.
25       Q.  Is that a bad form of cholesterol to
page 187
1  have?
2       A.  The LDL is the -- what we call the
3  lousy cholesterol, the bad cholesterol in your

*701-705:*
*· improper expert*
*testimony; not*
*retained as an*
*expert*
*· lacks foundation*

4 body.
5        Q.   And when you have bad cholesterol, that
6 can contribute to plaque formation, right?
7        A.   It's felt that LDL is one of the
8 most -- predictors of development of blockage,
9 bad -- high LDL.
10        Q.   Is an LDL of 164 considered high?
11        A.   Yes, sir.
12        Q.   In February of 1997, Mr. Barnett had an
13 HDL of 33.  What is HDL?
14        A.   High-density lipoprotein.
15        Q.   And that's a good cholesterol?
16        A.   It's usually felt to be a good
17 cholesterol.
18        Q.   It sort of offsets the bad cholesterol
19 that we have in our bodies?
20        A.   Usually.
21        Q.   Is a reading of 33 for HDL considered
22 to be low?
23        A.   In most labs, it -- probably on the
24 lower side at least.
25        Q.   In April of 1998, Mr. Barnett had an
page 188
1 LDL of 198 and a total cholesterol of 251.  Is that
2 considered high?
3        A.   In most people that would be considered
4 high.
5        Q.   On October 22nd, 1999, Mr. Barnett had
6 an LDL of 152 and a total cholesterol of 218.  Is
7 that considered above normal?
8        A.   For today's standard that would be
9 correct.

• 701-705
improper expert
testimony, not
a retained
expert
• Lacks Foundation
• Incomplete
  hypothetical

[188:11] - [190:20]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 188
11            Did Mr. Barnett have bypass surgery the
12 day after you did the cardiac catheterization?
13        A.   As I recall, yes, because the cath was
14 on the 9th and he was done on the 10th.
15        Q.   Is the purpose of a bypass to fix any
16 minor damage that might be done by the heart
17 attack?
18        A.   The hope -- if there's any damage from
19 a heart attack, you're hopeful that bypass surgery
20 will improve the function of the heart but not
21 necessarily.

49

22    Q.  Is the real purpose of a bypass to try
23 to avoid a potentially fatal heart attack in the
24 future?
25    A.  You're always doing things to try to
page 189
1 prevent heart attacks so -- but it's not a cure.
2 It is a -- but when you have multivessel disease,
3 it can prolong your life, yes, sir.
4    Q.  By performing a bypass to try to get
5 around plaque build-up in our arteries, is the goal
6 to try to improve blood flow so that patients don't
7 have heart attacks in the future?
8    A.  That is one of the goals.
9    Q.  If Mr. Barnett had presented to the
10 hospital several months before his heart attack,
11 sir, and you had done a cardiac catheterization and
12 saw significant build-up of plaque as you saw in
13 September of 2002, would you have recommended a
14 bypass?
15    A.  In all likelihood if his anatomy,
16 pictures, the amount of blockage he had was
17 commensurate with what we found then at that time,
18 odds are the recommendation would have been an
19 operation.
20    Q.  In fact, the fact that Mr. Barnett had
21 50 percent blockage in his left main artery alone,
22 putting aside the blockage in his other arteries,
23 isn't that enough to justify bypass surgery?
24    A.  In general 50 percent or greater of
25 left main disease will warrant bypass surgery.
page 190
1    Q.  So if Mr. Barnett only had 50 percent
2 blockage in his left main artery and no blockage in
3 his LAD or RCA or circumflex, your recommendation
4 would have been to have bypass surgery?
5    A.  In all likelihood, yes.
6    Q.  Why wouldn't you use a stent or some
7 other tool to try to resolve severe blockage in a
8 left main artery rather than going to the next
9 step, which is a bypass?
10    A.  In the recent era of stenting, there
11 are institutions and places that are stenting left
12 main disease so there are some places that would
13 actually stent left main blockage. It's an
14 aggressive form of therapy with stenting but not
15 unheard of these days. So in this institution here

*[Handwritten margin notes:]*
- Speculation
- Lacks foundation
- 701-705:
improper expert
testimony.

16  in Myrtle Beach would be -- bypass surgery would be
17  recommended routinely and this was a reason they
18  couldn't be operated on --
19      Q.  And bypass --
20      A.  -- for left main disease.

---

[191:11] - [191:14]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations

page 191
11      Q.  So given the severe coronary artery
12  disease that Mr. Barnett had, you would recommend a
13  bypass whether or not he had a heart attack?
14      A.  In all likelihood, yes.

· Speculation
· Lacks Foundation
· Assumes Facts not in evidence.

---

[191:23] - [193:9]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations

page 191
23      Q.  Isn't it also true, sir, that there are
24  lots of people who have severe coronary artery
25  disease and they have fatal heart attacks without
page 192
1  even knowing they have coronary artery disease?
2      A.  Up to 20 percent of the time, heart
3  attacks can be silent, without symptoms.  In the
4  first presentation, it can be sudden death.
5      Q.  Haven't you seen many patients in your
6  practice who've learned for the first time that
7  they had significant coronary artery disease after
8  they had a heart attack?
9      A.  That is -- that is correct, a lot of --
10  again, up to 20 percent of the time, heart attacks
11  are silent, people don't even realize they have
12  them.
13      Q.  Is there also a high percentage of
14  patients who unfortunately die and they don't even
15  know they have coronary artery disease but they
16  died of a heart attack?
17      A.  Sudden death is a frequent first
18  manifestation of heart disease or blockages.

701-705:
- improper expert
  testimony; not an
  expert witness
- Incomplete
  hypotheticals
- Speculation
- Lacks Foundation

---

19      Q.  Given the extent of Mr. Barnett's
20  plaque build-up in his arteries, am I right that if
21  he didn't receive the bypass, it is very possible
22  he would have gone on to have perhaps a fatal
23  stroke or a fatal heart attack?
24      A.  I don't think stroke had anything to do
25  with his heart disease so I -- I don't see the
page 193
1  connection with stroke.  He had pretty severe

irrelevant;
- Calls for
  speculation

2  diffuse coronary artery disease and odds are he was
3  going to have another heart attack.  I can't
4  predict when that was going to happen.
5      Q.  Mr. Barnett was fortunate in a way to
6  have a mild heart attack so that you and the
7  doctors could identify the severity of the coronary
8  artery disease in his body and could bypass it,
9  true?

*- Argumentative*
*- Lacks foundation*

[193:11] - [195:19]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 193
11        THE WITNESS:  Any time somebody has
12  severe blockage and may present with a small
13  problem and it turns out they find out they have a
14  big problem, it's beneficial.
15  BY MR. GOLDMAN:
16      Q.  Mr. Barnett didn't know the severity of
17  his coronary artery disease until he had a mild
18  heart attack and you then performed the
19  catheterization, right?
20      A.  I think his physicians knew he had
21  blockage because -- based on the stress test
22  before.

*- Speculation*
*- Lacks foundation*

23      Q.  In January of 2000?
24      A.  Right.  And he had responded to medical
25  therapy and not had symptoms until he presented
page 194
1  basically.  He didn't have in the interim the
2  symptoms to suggest a lot of bad blockage until he
3  really presented with his heart attack in September
4  of 2002.  So he was walking around with blockage
5  for some time without bad symptoms.
6      Q.  And by having a mild heart attack,
7  while nobody wants to have a heart attack, that
8  allowed you to perform a catheterization on
9  Mr. Barnett which then identified the severity of
10  his coronary artery disease and led to a bypass
11  which helped save his life?
12      A.  Mr. Barnett was fortunate in the fact
13  that his first presentation wasn't sudden death and
14  wasn't a large heart attack.  And again, there's no
15  such thing as a good heart attack, but it
16  fortunately was a small one and the extent of his
17  disease was discovered at that time.
18      Q.  And by discovering the extent of
19  Mr. Barnett's disease, you were able to bypass the

20 blockage and save his life, true?
21     A.  His small heart attack unmasked the —
22 the degree of his disease and it was found and he
23 had a bypass and is doing fine.
24     Q.  Did you continue to monitor Mr. Barnett
25 after he had his heart attack through the present?
page 195
1     A.  Yes, sir.
2     Q.  And each time Mr. Barnett came to see
3 you, you tried to assess his heart function, right?
4     A.  We had some assessment of that, not
5 each time.
6     Q.  But when Mr. Barnett would come to see
7 you after he had a heart attack, you would try to
8 determine if he was experiencing any angina or
9 chest pain, right?
10     A.  That's correct.
11     Q.  Did Mr. Barnett go home four days after
12 he had a bypass?
13     A.  I believe that's correct.  We went
14 through that earlier today.  That sounds -- day
15 four sounds correct.  I think that would be correct
16 because it was the 10th and he went home on the
17 14th, okay?
18     Q.  Let me hand you, sir, what we'll mark
19 as Exhibit 26.

[195:24] - [197:1]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 195
24     Q.  This may have been marked already, I'm
25 sorry.  It is the discharge summary for the
page 196
1 September 2002 hospital stay.  Do you see that?
2     A.  Yes, sir.
3     Q.  And you received a copy because you're
4 cc'd on the second page?
5     A.  Right, um-hum.
6     Q.  The first paragraph of this says,
7 discharge meds -- is it enteric or enteric?
8     A.  Enteric aspirin.
9     Q.  Enteric-coated aspirin, what type of
10 aspirin is that?
11     A.  Coated so it protects the stomach, full
12 aspirin.
13     Q.  By mouth once a day?
14     A.  Correct.

15    Q.  Why was it determined that Mr. Barnett
16  should take aspirin on a daily basis after he had
17  his heart attack?
18    A.  It's been proven that anyone that's had
19  a heart attack, anyone that's had bypass surgery
20  benefits from taking aspirin in reduction of future
21  cardiac events, heart attacks.
22    Q.  Do you also put patients who are
23  diagnosed with ischemia and have a family history
24  of coronary artery disease and high cholesterol on
25  aspirin?

page 197
1    A.  In general, yes, um-hum.

*• 401-403: irrelevant as to other patients*
*• improper expert opinion; not a retained expert*

[197:19] - [198:3]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 197
19    Q.  When a patient has -- if you had a
20  patient who had been diagnosed with ischemia, mild
21  lateral wall ischemia, and your patient had a
22  family history like Mr. Barnett's and he had high
23  cholesterol, would you prescribe baby aspirin?
24    A.  No question about it.
25    Q.  And by prescribing baby aspirin, your

page 198
1  hope would be that that might prevent a heart
2  attack?
3    A.  That's correct.

*• Speculation*
*• Lacks foundation*
*• Improper expert opinion, not a retained expert (701-705)*

[198:3] - [198:11]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 198
3    A.  That's correct.
4    Q.  Do you see that in the discharge
5  summary, Dr. Karavan, there's a reference to Vioxx
6  25 milligrams --
7    A.  Yes, sir.
8    Q.  -- once daily by mouth?
9    A.  Um-hum.
10    Q.  Is that what that means, PO QD?
11    A.  Yes, sir.

[198:16] - [199:6]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 198
16    Were you aware in September 14th of
17  2002 that Mr. Barnett was going to continue to take
18  Vioxx?
19    A.  If not on that day, then shortly

20  thereafter.
21      Q.  If you thought that a medicine, any
22  medicine, had caused or contributed to
23  Mr. Barnett's heart attack, you wouldn't have left
24  him on it, true?
25      A.  That — that would be correct.
page 199
 1      Q.  You would not have prescribed or
 2  allowed Mr. Barnett to stay on Vioxx in September
 3  of 2002 if you thought that Vioxx contributed in
 4  any way to his heart attack, right?
 5      A.  I -- as a physician, I would not try to
 6  promote anything that would cause him more harm.

[200:11] - [201:23]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 200
11      Q.  Did you have an understanding of why
12  Mr. Barnett was continuing to take Vioxx after
13  September of 2002?
14      A.  Yeah, I believe so.
15      Q.  What was your understanding?
16      A.  For the neck -- neck pain.  He had a
17  cervical injury and -- and neck pain mostly and
18  that sort of thing.
19      Q.  When you made the decision that it was
20  okay for Mr. Barnett to stay on Vioxx, was that
21  because you had some relationship with Merck?
22      A.  Not at all.
23      Q.  Did you ever participate in any
24  speaking programs for Merck?
25      A.  Never have.
page 201
 1      Q.  Have you ever had any lunches that you
 2  attended that Merck paid for?
 3      A.  Not that I'm aware of.
 4      Q.  Have you ever been compensated in any
 5  way by Merck in order to prescribe medication?
 6      A.  I think — not that I know of, hum-um.
 7      Q.  Was your decision to allow Mr. Barnett
 8  to stay on Vioxx based on your medical judgment
 9  that that was the best pain medicine for him to
10  take?
11      A.  I felt that we had the antiplatelet
12  therapy of aspirin and Plavix on board and I was
13  not particularly alarmed about him taking Vioxx.
14      Q.  Was your decision to allow Mr. Barnett

15 to continue to take Vioxx the result of
16 advertisements or commercials that you saw on
17 television about Vioxx?
18     A.  Not at all.
19     Q.  Do you factor into your medical
20 judgment when you're deciding what medicine to
21 prescribe to your patients what pharmaceutical
22 companies say about their products on television?
23     A.  Not at all.

[201:24] - [203:12]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 201
24     Q.  Has Mr. Barnett ever in the several
25 years that you've treated him come to you and said
page 202
 1 that he saw a particular medicine on television and
 2 he wanted to be put on that medicine?
 3     A.  We've had a lot of conversations about
 4 different things. He's very astute about
 5 modalities of treatment and always challenged my
 6 abilities with regards to that. I can't recall --
 7 and we've had a lot of conversations. I can't
 8 recall any conversation specifically about
 9 something on TV, but he certainly had a lot off the
10 Internet.
11     Q.  When you say that Mr. Barnett is very
12 astute about modalities of treatment and always
13 challenges your abilities, can you be more
14 specific.
15     A.  Well, he'd always come in with
16 different and new therapies that were potentially
17 helpful with regards to prevention, blockage and
18 coronary artery atherosclerosis, including dietary
19 medicines, alternative treatments and that sort of
20 thing.
21     Q.  Is Mr. Barnett the type of patient who
22 you think relies on the medical judgment of doctors
23 who are prescribing him medicine?
24     A.  I think he does, but he's very -- he's
25 independent and he'll -- I think he makes up his
page 203
 1 own mind about things and researches things on his
 2 own. He doesn't -- he doesn't just rely on his
 3 physician. He takes matters of his health into his
 4 own hand, his ability to -- to research things
 5 and -- and see if there's anything else out there

56

6 new, cutting edge that would help him.
7    Q.  Does Mr. Barnett strike you as the type
8 of person who would use a medication because he saw
9 a commercial on television and that was it?
10    A.  He researches all of his medications
11 and — I believe thoroughly before he puts it in
12 his mouth.

[203:13] - [204:2]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 203
13    Q.  I won't put you through the trouble,
14 sir, of going through every visit that you had with
15 Mr. Barnett after September of 2002 and I don't
16 want to do that to the jury either, okay?
17    A.  Okay.
18    Q.  But I would like you to look at your
19 chart and if you need me to hand you documents, I'm
20 happy to do that.  Can you look in your chart for
21 visits on November 14th of 2002, February 28th of
22 2003, March 14th of 2003, May 13th of 2003 and
23 February 11th, 2004, basically every visit that
24 Mr. Barnett had with you, and can you tell me, sir,
25 whether or not he is experiencing or complaining
page 204
1 about symptoms of angina or ischemia in any of
2 those visits.

[204:5] - [204:7]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 204
5       THE WITNESS:  I never felt that he —
6 in those visits that he had symptoms of angina or
7 ischemia.

[204:23] - [206:3]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 204
23    Q.  On 11 — November 14th of 2002,
24 Mr. Barnett was already exercising, right?
25    A.  Yes, going to rehab, exercise.
page 205
1    Q.  Did you describe his health as he's
2 doing well?
3    A.  I've felt ever since his bypass
4 surgery, he's done fine from a heart standpoint.
5    Q.  Is that true all the way through
6 December of 2005?
7    A.  That would be correct.

8      Q.  There's a diagnosis in the records
9  called hyperhomocysteinemia.  Do you know what that
10  is?
11      A.  Yes.
12      Q.  What is it?
13      A.  Basically it's felt that if you have
14  high homocysteine levels that you may be --
15  experience coronary artery disease, blockage,
16  plaque.
17      Q.  Is that condition a genetic condition,
18  do you know?
19      A.  I believe that would be a genetic
20  thing.
21      Q.  And that's something that you were born
22  with, you have all your life, even if it's not
23  diagnosed until later?
24      A.  Far as I recall, that's correct.
25      Q.  Is there an association, sir, between
page 206
1  elevated hyperhomocysteinemia and thrombotic
2  events?
3      A.  There should be, I would agree.

[206:23] - [207:18]    5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 206
23      Q.  Dr. Karavan, I've handed you what I've
24  marked as Exhibit 27, which is a Cardiolite stress
25  test result from July 18th, 2003.  Do you see that?
page 207
1      A.  Yes, sir.
2      Q.  And this is the same type of test that
3  Mr. Barnett had back in January of 2000?
4      A.  Correct.
5      Q.  Do you see under stress procedure, it
6  states:  The patient exercised 15 minutes zero
7  seconds into a Bruce protocol?  Let's stop there.
8      A.  Yes, sir.
9      Q.  Was that the same amount of minutes
10  that he was able to go back in January of 2000?
11      A.  I'm pretty sure it's 15.  I need to --
12  I need to double-check that on January 2 -- 15
13  minutes.  Same number, yes.
14      Q.  Do you agree that exercising for 15
15  minutes on a Bruce protocol when the treadmill
16  changes speed and changes difficulty is impressive
17  exercise tolerance?

58



18      A.  It's very good exercise tolerance.

[207:24] - [209:9]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 207
24      Q.  Do you see that on the rest of that
25  sentence, it says:  Completing three minutes and
page 208
1  zero seconds of Stage 5, 17.2 METs?  What are METs?
2      A.  Metabolic equivalents.  And it's a
3  measurement that has to deal with physiology and
4  blood flow and all this stuff.
5      Q.  Is it true that in assessing exercise
6  capacity or ability, the more appropriate
7  measurement is the METs level rather than even the
8  amount of time that the patient is spending on a
9  treadmill?
10      A.  The metabolic equivalents are
11  important.  The length of time, though, is going to
12  translate into that.  The longer you're on it and
13  the more incline, the more METs you achieve so
14  they're sort of, you know, together.  If you only
15  stay on there for three minutes, you're not going
16  to have any METs, okay?
17      Q.  And when we talk about metabolic
18  equivalents, or METs, is that another way of saying
19  how much oxygen it takes to achieve vigorous
20  exercise?
21      A.  Your ability -- correct, the ability of
22  your body to deliver the oxygen to the tissues.
23      Q.  Are you aware that the normal range for
24  a 59-year-old man in terms of METs is ten?
25      A.  I don't know the normal diagram, but
page 209
1  I'm sure it's less than 15 minutes or 17 minutes.
2      Q.  In fact, normal in terms of METs for a
3  25-year-old man is 12, is that about right?
4      A.  It's been a long time since I looked at
5  the normal METs diagram on a 20-year-old (sic), but
6  that sounds -- if you have the normo -- normogram,
7  I'll be glad to look at it, but that sounds pretty
8  close.  I think the bottom line is 15 minutes
9  because it's very good exercise tolerance.

[209:19] - [210:9]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 209
19      Dr. Karavan, I'm handing you what I've

- 701-705:
- improper expert
testimony; not
designated as an
expert
- Lacks foundation

20 marked as Exhibit 28.  This is a article titled,
21 comparison of ramp versus step protocols for
22 exercise testing in patients greater than or equal
23 to 60 years old.  And it is published in what
24 journal?
25      A.  This looks like the American Heart
page 210
1 Journal to me.  Yeah, American — American Journal
2 of Cardiology.  American Journal — American
3 Journal of Cardiology.
4      Q.  Is the American Journal of Cardiology a
5 reputable journal?
6      A.  It's a second-tier journal in
7 cardiology but reputable.
8      Q.  It's reputable.  Is it peer reviewed?
9      A.  Yes, sir.

[210:16] - [215:6]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 210
16      Q.  If you looked on the second page of
17 this article, Dr. Karavan, do you see Table 1
18 titled, pretest activity questionnaire?
19      A.  I do.
20      Q.  Do you see on the left part of the
21 table, there are various activities starting with
22 eating, dressing, working at a desk, showering and
23 then it goes down to light yardwork and walking
24 briskly, nine holes of golf, slowly jumping rope,
25 all the way to competitive activity?
page 211
1      A.  Yes, I do.
2      Q.  And on the right side of the table, do
3 you see estimated MET from 1 to 13?
4      A.  Yes, yes, yes.
5      Q.  And do you interpret this, Dr. Karavan,
6 to mean that if you're going to participate in an
7 eating, dressing or you're just working at your
8 desk activity, the amount of oxygen required or the
9 METs that you would need is one to be able to
10 perform that?
11      A.  That would be correct.  That's correct.
12      Q.  And if you wanted to play nine holes of
13 golf carrying your own clubs and mowing the lawn
14 with a push mower, that would take six METs?
15      A.  I see that.
16      Q.  Do you see that further down, moving

701-705
- improper expert
testimony, not a
retained expert
- Lacks foundation,
has not reviewed
article previous

continue objection
to next page

60

*objection from previous page.*

17  heavy furniture, jogging slowly, carrying 20 pounds
18  upstairs is eight METs?  Yes, you see that?
19       A.  Yes, sir.
20       Q.  And then cross-country skiing,
21  full-court basketball is 11 METs, do you see that?
22       A.  Yes, I do.
23       Q.  Running briskly is 12 and competitive
24  activity is 13, do you see that, sir?
25       A.  Yes, sir.
page 212
 1       Q.  Are those numbers consistent with your
 2  understanding of the number of METs it takes to
 3  perform those tasks?
 4       A.  That would be correct.
 5       Q.  Based on Mr. Barnett's 17.2 METs that
 6  he achieved on July 18th of 2003, do you agree that
 7  he can perform any of the activities identified in
 8  Table 1?
 9       A.  Certainly based on metabolic
10  equivalents, yes, sir.
11       Q.  The energy level that he needs to,
12  let's say, carry a golf bag and play nine holes is
13  six and Mr. Barnett was able to achieve a 17.2 or
14  more than double that amount of METs?
15       A.  Correct.
16       Q.  And even in January of 2000,
17  Mr. Barnett achieved a 17.5 METs number, which is
18  not much different from what he achieved in July of
19  2003, right?
20       A.  That's correct.
21       Q.  He achieved 17.5 METs in July —
22  withdrawn.
23           Mr. Barnett achieved 17.5 METs on
24  January 24th of 2000 and then 17.2 METs on July
25  18th of 2003, which is basically unchanged,
page 213
 1  correct?
 2       A.  That's correct.  That's correct.
 3       Q.  Mr. Barnett's heart attack didn't
 4  impact his ability to achieve the number of METs
 5  that he achieved in July of 2003, right?
 6       A.  There's no difference between the two.
 7       Q.  Based on Mr. Barnett's 17.2 METs score
 8  in July of 2003 and your observation of him through
 9  December of 2005, do you believe Mr. Barnett is
10  capable of participating in the following

11   activities:  Playing 18 holes of golf without a
12   cart?
13        A.   Yes, sir.
14        Q.   Skiing?
15        A.   Yes, sir.
16        Q.   Basketball?
17        A.   Yes, sir.
18        Q.   A friendly game of football?
19        A.   Yes, sir.
20        Q.   Running?
21        A.   Yes, sir.
22        Q.   Dancing?
23        A.   Yes, sir.
24        Q.   Yardwork?
25        A.   Yes, sir.
page 214
1        Q.   Scuba diving?
2        A.   As long as he knows how.
3        Q.   Have you ever told Mr. Barnett that
4   because of his heart, he shouldn't go scuba diving?
5        A.   No, sir.
6        Q.   Based on Mr. Barnett's METs score in
7   July of 2003 and your observation of him through
8   December of 2005, do you believe that his heart
9   will allow him to use a bicycle or a stepper at a
10   gym, stepping machine?
11        A.   That would be -- yes, sir.
12        Q.   Is there any activity, sir, based on
13   your observation of Mr. Barnett and his 17.2 METs
14   score in July of 2003 that you think he cannot do
15   because of his heart?
16        A.   I feel that anybody that has heart
17   disease still needs to use common sense no matter
18   what kind of shape they're in.  If it's August,
19   July in Myrtle Beach and it's a 105 degrees
20   outside, I don't think he ought to be trying to do
21   17 METs in the sun and the same in the cold so --
22   because I think that extreme stress is -- can
23   precipitate events no matter what kind of shape
24   you're in, okay?  So anything within reason I would
25   have -- have no problem with him doing, including
page 215
1   vigorous exercise, using common sense, along those
2   lines.
3        Q.   Have you ever told Mr. Barnett that he
4   could not participate in any of the activities that

62

5 I mentioned a few minutes ago?
6       A.   Not that I can recall.

[215:6] - [216:3]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                      page 215
6       A.   Not that I can recall.
7       Q.   Let's quickly turn to the last visit or
8 most recent visit you've had with Mr. Barnett, that
9 was on December 20th of 2005.  Tell me when you're
10 there, sir.
11      A.   Got it.
12           Q.   This is the last time that you saw
13 Mr. Barnett before today's deposition?
14      A.   That's correct.
15           Q.   Can you read the first sentence under
16 history.
17      A.   First sentence under history?
18           Q.   Yes.
19      A.   Since last seen --
20           Q.   Yes.
21      A.   -- Mr. Barnett states he is doing well.
22           Q.   And you continue to say, he has no
23 chest discomfort?
24      A.   He -- I can read it all.  He has not
25 been as aggressive with his exercise as he used to,
page 216
1 but nonetheless, he's had no exertional chest,
2 neck, arm or jaw discomfort and no dyspnea on
3 exertion, PMB or orthopnea, no palpitations.

[216:8] - [217:4]     5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
                      page 216
8       Q.   Did Mr. Barnett have any symptoms of
9 chest pain or angina on December 20th of 2005?
10      A.   No, sir.
11           Q.   During the two years that Mr. Barnett
12 used Vioxx after his heart attack, did you feel
13 that he was experiencing any angina or
14 heart-related trouble?
15      A.   No, sir.
16           Q.   Under assessment and plan, you say:
17 Currently asymptomatic with a good exercise
18 tolerance.
19           Is that another way of saying that
20 Mr. Barnett has an energy level that's even above
21 what you would expect for a man his age?

22     A.  It just means that he does a lot of
23 physical activity and tolerates it well.
24     Q.  Do you feel that Mr. Barnett has as
25 much energy as you would expect or more than a man
page 217
1 his age?
2     A.  I feel Mr. Barnett exercises — used
3 to, I assume he still does, vigorously and has a
4 good exercise tolerance.

[217:5] - [217:16]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 217
5     Q.  If you'd turn to the second page of
6 this, please, Mr. Robinson asked you to read this
7 statement:  I have recommended to Mr. Barnett that
8 he take the least amount of nonsteroidal
9 antiinflammatories as he can to avoid any potential
10 thrombotic effect.
11         You see that?
12     A.  Yes, sir.
13     Q.  And here you're referring to any
14 nonsteroidal antiinflammatories, Motrin, ibuprofen,
15 Feldene, Mobic?
16     A.  Correct.  Any of them.  Any of them.

[217:19] - [218:6]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 217
19         You state here that he should take the
20 least amount of nonsteroidal antiinflammatories to
21 avoid any potential thrombotic effect and you say
22 potential because that's very much an unknown,
23 correct?
24     A.  I feel that questions have been raised
25 and I don't feel anyone knows the exact answer to
page 218
1 those questions.
2     Q.  Do you know that Mr. Barnett is taking
3 Mobic --
4     A.  I knew he --
5     Q.  -- every day?
6     A.  Yes, I'm aware he takes Mobic.

[218:7] - [218:8]     5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 218
7     Q.  Let me hand to you what I'll mark as
8 Exhibit 29.

*Lacks Foundation*
*Speculation*

(to next page)

[218:12] - [219:7]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 218

12      Q.   This is a package -- sorry.  This is a
13 package insert for Mobic.  And that's a traditional
14 or nonselective antiinflammatory --
15      A.   Okay.
16      Q.   -- right?
17      A.   Um-hum.
18      Q.   And it has a black box warning that
19 says:  Cardiovascular risk, NSAIDs may cause an
20 increased risk of serious cardiovascular thrombotic
21 events, myocardial infarction and stroke which can
22 be fatal.  This risk may increase with duration of
23 use.  Patients with cardiovascular disease or risk
24 factors for cardiovascular disease may be at
25 greater risk.

page 219

1          Do you see that?
2      A.   Yes, sir.
3      Q.   And then if you go to the warnings
4 section, which is several pages in, do you see that
5 it says under cardiovascular thrombotic events:
6 Clinical trials of several COX-2 selective and
7 nonselective NSAIDs --

*Lacks foundation*

*Dr. testifies below @ 220:4-5 that he has never read the label.*

[219:12] - [222:24]   5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 219

12      Q.   Do you see that under warnings,
13 cardiovascular thrombotic events, the Mobic label
14 says:  Clinical trials of several COX-2 selective
15 and nonselective NSAIDs of up to three years
16 duration have shown an increased risk of serious
17 cardiovascular thrombotic events, myocardial
18 infarction and stroke which can be fatal?
19      A.   Um-hum.
20      Q.   Do you see that?
21      A.   Um-hum.
22      Q.   And you also see it says:  All NSAIDs,
23 both COX-2 selective and nonselective, may have a
24 similar risk, right?
25      A.   Um-hum.

page 220

1      Q.   Is this the reason why you've advised
2 Mr. Barnett to take the least amount of
3 nonsteroidals that he can?
4      A.   Along those lines.  I've never read

5  this particular one, but yes.

6      Q.  And you're aware that Mr. Barnett is
7  taking Mobic once a day even though there is a
8  black box warning about potential thrombotic
9  events?

10      A.  That would be correct.

11      Q.  Do you know why?

12      A.  Well, I think you go through life in
13  treating people and their conditions and there's a
14  risk with everything you do in life.  The -- I
15  don't think anyone knows the exact risk -- risk of
16  these antiinflammatories and what they can do.  As
17  I said earlier, Motrin's been around obviously a
18  long time.  It was found, I know, in early studies
19  to be at least thrombotic effect in -- in vitro.
20  At least that's what they taught us in medical
21  school.  And so you have to make decisions, you
22  know, based on your quality of life and what you
23  want to do and -- and some drugs can help you and,
24  you know, there's no one magic drug that doesn't
25  have some side effects somewhere.  And I feel that

page 221

1  he needs it to improve his quality of life and he's
2  an educated-enough person and can make his
3  decisions along with his physician.

4      And like I said earlier, we use -- he's
5  on aspirin, he's on Plavix and he's on two strong
6  antiplatelet drugs that will help decrease the risk
7  of thrombotic events, particularly Plavix blocking
8  platelet receptor.  And I think that in him, it's
9  acceptable risk, you know, as long as the patient
10  understands that -- the potential side effects and
11  he's -- it's not taken off the market.  I mean, the
12  FDA has it on the market with these things and with
13  these understandings and the patient knows that
14  and -- and is agreeable to accept that risk to --
15  to have a quality of life that he wants.  And we
16  try to minimize the risk by adding these other
17  drugs, antiplatelet drugs, to it and that's it.

18      Q.  Have -- have you had patients, sir, who
19  are willing to take small risks of even a serious
20  potential side effect because of the benefits of
21  medicine they take?

22      A.  Yeah, to improve quality of life,
23  patients will take certain risks to do that.

24      Q.  You mentioned before when Mr. Robinson

*Speculation*

*Lacks speculation foundation*

- Irrelevant as to his other patients
- improper expert opinion

66

25  was asking you questions that Mr. Barnett might be
page 222
 1  at risk of another heart attack in the future.  Do
 2  you remember?
 3      A.  Yeah, um-hum, sure, yes.
 4      Q.  Is the reason that Mr. Barnett is at
 5  risk of another heart attack in the future because
 6  he has a history of significant coronary artery
 7  disease?
 8      A.  That would be the main reason, correct.
 9      Q.  And hopefully this won't happen to
10  Mr. Barnett and hopefully all the things that he's
11  doing to try to prevent that from happening will
12  prevent a heart attack, but do you agree, sir, that
13  even with the best efforts that some people take to
14  watch their weight and control their cholesterol
15  and watch their lifestyle that sometimes Mother
16  Nature has a way of working so that the coronary
17  artery disease increases nonetheless and a heart
18  attack might happen?
19      A.  It's — it's well known coronary artery
20  disease is a chronic disease process.  We have no
21  magic bullet to cure the disease process and it can
22  progress over time.  And obviously anyone that has
23  a history of severe atherosclerosis has a risk in
24  the future.

[223:11] - [224:17]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 223
11      Q.  Dr. Karavan, when you said that
12  Mr. Barnett might be at risk of another heart
13  attack in the future, that's not because of Vioxx,
14  is it?
15      A.  Not in my mind, no, sir.
16      Q.  To summarize your testimony at least in
17  response to my questions, can you tell me whether
18  these statements are true, okay?
19      A.  Yes.
20      Q.  Mr. Barnett suffered a mild heart
21  attack with slightly-elevated cardiac enzymes?
22      A.  Correct.
23      Q.  He had a heart attack due to severe
24  long-standing coronary artery disease?
25      A.  Can I qualify it?
page 224
 1      Q.  Sure.



2      A.  Diffuse severe coronary artery disease
3  with acute thrombosis.
4      Q.  And an acute thrombosis is a natural
5  part of any atherosclerotic event?
6      A.  That's correct.
7      Q.  Mr. Barnett's coronary artery disease
8  and the severity of it went undiagnosed until he
9  had a catheterization in September of 2002?
10      A.  The -- he was diagnosed as having
11  coronary artery disease earlier.  The -- the total
12  extent wasn't truly known until 2002.
13      Q.  If Mr. Barnett did not have a heart
14  attack, sir, but you knew the extent of his
15  coronary artery disease, say, through a heart scan,
16  you would have recommended a bypass?
17      A.  The qualification on that is --

• Speculation
• Lacks foundation
• 701-705:
  not designated
  as an expert

[224:19] - [225:8]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 224
19          THE WITNESS:  -- medical -- multivessel
20  disease sometimes is treated medically, with
21  medicines.  The left main blockage was such that it
22  was at least borderline to -- to where you might --
23  well, you might recommend medical therapy.
24  Three-vessel disease, asymptomatic, 15 minutes on a
25  treadmill, okay --
page 223
1  BY MR. GOLDMAN:
2      Q.  Um-hum.
3      A.  -- might be managed medically, okay?
4  The left main lesion is a borderline, in other
5  words, 50 to 60, 70 percent in there, you're going
6  to definitely recommend an operation, okay?  And
7  his left main probably would have kicked him over
8  into the bypass surgery recommendation.

[225:18] - [225:23]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations
page 225
18      Q.  If Mr. Barnett had presented with chest
19  pain as he did in September of 2002 and you knew
20  the extent of his coronary artery disease, say,
21  through a heart scan, you would have recommended a
22  bypass, true?
23      A.  In all likelihood.

Speculation

[225:24] - [225:25]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 225
24    Q.  Mr. Barnett got the bypass that he
25  really needed and it was successful, do you agree?

[226:3] - [226:5]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 226
3         THE WITNESS:  We -- I recommended what
4  he felt -- what I felt he needed and he's done
5  fine.

[226:6] - [226:7]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 226
6         MR. GOLDMAN:  Those are all the
7  questions I have.  Thank you, Doctor.

[232:2] - [232:4]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 232
2     Q.  Okay.  So -- so my -- my -- my point is
3  that would be another factor that you'd like to
4  consider, correct --

[232:7] - [232:12]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 232
7     Q.  -- in this -- trying to figure out what
8  happened with Mr. Barnett when he had his -- his
9  cholesterol drop from 250 to the 160 range while
10  taking Vioxx for 32 months and still had this
11  massive or 80 percent --
12     A.  I think the argument is that --

*· Speculation*
*· Improper expert testimony, not a designated expert*

[232:14] - [232:22]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 232
14        THE WITNESS:  -- atherosclerosis is a
15  process that had been going on for a while.  It
16  didn't happen over a period of a year nor years.
17  And when you have established atherosclerosis,
18  statin drugs don't -- they're are not a Drano pill,
19  okay?  You can get some regression, maybe.  Maybe
20  you can get it to subside or help the progression a
21  little bit, but they're not Drano and
22  atherosclerosis can occur.

[236:12] - [236:16]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 236
12        According to accepted standards for

*Improper expert testimony - not a retained expert.*

69

13 intervention cardiology that -- that if you have a
14 mild lateral ischemia on a Cardiolite exam, all
15 that really says is that you have at least one
16 vessel that is blocked to 7 -- 70 percent?

[236:19] - [237:4]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 236
19    Q.   Go ahead.
20    A.   Not really --
21    Q.   Okay.
22    A.   -- okay?  When you have a Cardiolite
23 nuclear scan, it tries to pick up a gradient of --
24 gradient of flow, okay, and it -- one of the
25 problems you have is if you have diffuse blockage,
page 237
1 there's not a lot of gradient.  Everything is down
2 so nothing looks different than the other to speak
3 of, okay?  So it's well known that you can miss or
4 not detect multivessel disease with that.

*- Vague*
*- Speculative*
*- Incomplete*
*hypothetical*

[238:17] - [239:1]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 238
17 Is there any -- is there any such thing as a good
18 heart attack?
19    A.   I think -- I don't think there's any --
20 no such thing as a good heart attack.  If you have
21 an event that's a minor event, in other words, it
22 doesn't harm you and it -- and it enables you to
23 detect the whole -- not just the tip of the iceberg
24 but all the disease process, then someone may
25 benefit long term because it was found in time
page 239
1 before they had a bad event, okay?

[239:17] - [240:2]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 239
17    Q.   Okay.  Okay.  In spite of the study
18 that --
19    A.   Um-hum.
20    Q.   -- that counsel showed you about some
21 energy levels, vis-a-vis the stress test that you
22 put him on, if -- if his wife and brother and even
23 Mr. Barnett feels that he's had a drop in energy
24 levels over the last couple of years or even three
25 or four years, that -- that that would not mean
page 240

70

1 that -- that what Mr. Barnett is feeling and what
2 his wife and brother are seeing is not accurate?

[240:4] - [240:8]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 240
4        THE WITNESS:  I don't recall being
5 aware of any change in his exercise tolerance or
6 those kind of problems.  The last objective data,
7 i.e., the stress test, suggests good performance,
8 but I will certainly be glad to see him any time.

[240:10] - [240:14]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 240
10      Q.  Okay.  I guess what I'm saying, is
11 there people that can exercise when you tell them
12 to exercise, but -- but after a heart attack and
13 even a cap surgery that they might have some loss
14 of energy?

[240:17] - [241:1]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 240
17      Q.  Is that true?
18      A.  Poor -- poor -- poor energy is a very
19 nonspecific complaint.  There's not a day that some
20 of them go by in my office or any doctor's office
21 that didn't say they're tired and their energy
22 level's down and it's one of the hardest things to
23 put your finger on.  Usually you correlate it with
24 some objective finding, okay?  If you don't have
25 that, then maybe it's some subjective finding or
page 241
1 subjective --

[242:20] - [243:25]    5/4/2006    Karavan, Mark - Merck Affirmative Dep Designations
page 242
20      Q.  I have two follow-up areas,
21 Dr. Karavan.  The first is Mr. Robinson asked you
22 whether you would want to know about a drug that
23 promoted atherosclerosis.  Do you remember him
24 asking you that?
25      A.  Yes, I do.
page 243
1      Q.  Of course you said yes, if you
2 prescribed the drug, you'd want to know that,
3 right?

4      A.   Certainly.  Anyone would.

5      Q.   Did Mr. Robinson show you any study
6  showing that Vioxx promotes atherosclerosis?      *Irrelevant*

7      A.   No, sir.

8      Q.   In the 20 years that you've been      *- Irrelevant*
9  practicing cardiology, have you seen a single      *- not a retained*
10  peer-reviewed published article saying that Vioxx      *expert*
11  or COX-2 inhibitors promote atherosclerosis?

12      A.   No, sir.

13      Q.   Are you aware of any study anywhere
14  showing that Vioxx or other COX-2 inhibitors can
15  accelerate atherosclerosis?

16      A.   I'm not aware of any.

17      Q.   Mr. Robinson also asked you about
18  whether Mr. Barnett might not be exercising because
19  of psychological reasons.  Do you remember that?

20      A.   Right, um-hum.

21      Q.   Have you ever indicated in any of your
22  medical records that you think Mr. Barnett
23  psychologically is unable to exercise or do other
24  things to live his life?

25      A.   Not that I'm aware of.


[244:5] - [244:7]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 244

5      Q.   Let me hand you, sir, what I've
6  marked -- excuse me.  Let me hand you, sir, what
7  I've marked as Exhibit 30 and this is the visit --


[244:13] - [245:9]      5/4/2006   Karavan, Mark - Merck Affirmative Dep Designations

page 244

13      Q.   This is a visit from May 17th of 2005,
14  which was your last visit with Mr. Barnett before
15  he came to you on December 20th of 2005, okay?

16      A.   Okay.

17      Q.   And here you wrote under history:
18  Since I last saw Mr. Barnett, he states he has not
19  been modifying his risk factors as well as he used
20  to.  His weight is up a little bit and he has not
21  been exercising much, but he is ready to change
22  that.  Nonetheless, he has felt fine from a chest
23  standpoint.

24          Do you see that?

25      A.   Right.

page 245

1      Q.   Was it your impression, Dr. Karavan,

 

2  that when Mr. Barnett said he wasn't exercising,
3  that was just because he had become lax
4  periodically in taking care of himself as opposed
5  to not exercising because his heart is preventing
6  him from exercising?
7      A.  I knew of no reason that he couldn't
8  exercise from a heart standpoint and it would be
9  more of just his motivation.