UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
2005 NOV 30 AM 11:04
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO *Gloria Singleton v. Merck & Co., Inc.*, No. 2:05-cv-02576-EEF-DEK, previously filed as 4:05-cv-00094, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

**************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Adrian's, Mr. Grebel's and Mr. Williams' motion to withdraw and substituting Mr. Dick and Ms. Simon as counsel for Christopher Geransin, d/b/a Beverly Hills Pharmacy in *Gloria Singleton et al. v. Merck & Co., Inc. et al.*, No. 2:05-cv-02576-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1.     Christopher Geransin, d/b/a Beverly Hills Pharmacy has informed Kevin J. Adrian, Lawrence B. Grebel and Brett Williams that it has obtained other counsel, specifically, David A. Dick and Kelly E. Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.     David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to practice in the United States District Court for the Eastern District of Missouri, the jurisdiction where this matter was originally filed.

3239722

3. Christopher Geransin, d/b/a Beverly Hills Pharmacy has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Christopher Geransin, d/b/a Beverly Hills Pharmacy, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ Brett Williams

Kevin J. Adrian, #92555
Lawrence B. Grebel, #3262
Brett A. Williams, #109048
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101-2000
(314) 421-3400 Telephone
(314) 421-3128 - Facsimile

Attorneys for Defendant Christopher Geransin, d/b/a Beverly Hills Pharmacy

and

By: /s/ Kelly E. Simon
David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorneys for Defendant Christopher Geransin,
d/b/a Beverly Hills Pharmacy

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 29th day of November, 2005.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
One United Plaza
4041 Essen Lane, Suite 501
Baton Rouge, LA 70809
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

/s/ Kelly E. Simon