UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 21  PM 1: 01
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO *Gloria Singleton v. Merck & Co., Inc.*, No. 2:05-cv-02576-EEF-DEK, previously filed as 4:05-cv-00094, E.D. Mo. | Judge Fallon<br>Magistrate Judge Knowles |

******************************************************

### ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Christopher Geransin, d/b/a Beverly Hills Pharmacy in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Christopher Geransin, d/b/a Beverly Hills Pharmacy in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Christopher Geransin, d/b/a Beverly Hills Pharmacy in this matter.

Dated:

*[signature]*

3239725

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____