UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br> SECTION: L(3) <br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: <br> Allen Atkinson, et al., <br> Plaintiffs, <br> vs. <br> Merck & Co., et al., <br> Defendants. | Docket No. 05-4130 |

## MOTION TO SUBSTITUTE COUNSEL
(SUBSTITUTION OF ATTORNEY)

NOW INTO COURT, through undersigned counsel come Plaintiffs, Daryl Creason and Gayle Creason, by and for themselves alone, who requests that they be permitted to substitute Frances Flynn with Carey and Danis, LLP, as their counsel of record in place of the firm of Robinson, Calcagnie & Robinson.

Dated: May 25, 2006

Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292