UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1657 SECTION: L(3) JUDGE FALLON MAG. JUDGE KNOWLES Docket No. 05-4130 |
| THIS DOCUMENT RELATES TO: Allen Atkinson, et al. Plaintiffs, vs. Merck & Co., et al., Defendants. | * * * * * * * * * * * * * | |

## ORDER

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby GRANTED and Francis Flynn and Carey and Danis, LLP, 8235 Forsyth, Suite 1100, St. Louis, MO 63105, is substituted as counsel of record for plaintiffs Daryl Creason and Gayle Creason only for the firm of Robinson, Calcagnie & Robinson.

**IT IS SO ORDERED** this 21 day of June, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE