IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 13  PM 3: 45
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1657 Section L |
| This document relates to: ) Case No. 02:05cv4131 ) ) BARBARA LUSSO ) ) ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant Merck & Company, Inc. that the Complaint of Plaintiff Barbara Lusso only with respect to Docket No. 02:05cv4131 filed in the U.S. District Court for the Eastern District of Louisiana, may be and is hereby voluntarily dismissed without prejudice. The parties shall each bear their own costs.

FURTHER, IT IS HEREBY STIPULATED AND AGREED that should Plaintiff Barbara Lusso attempts to refile her claims against Merck, she shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332 and without opposition to transfer to MDL-1657, VIOXX® Products Liability Litigation.

Pursuant to Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on LexisNexis File & Serve when this Order is entered.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Considering the above and foregoing; IT IS ORDERED, ADJUDGED AND DECREED that the Complaint as to Plaintiff Barbara Lusso be and the same is hereby dismissed without prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this ___ day of ____June____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: __May 30__, 2006

_____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
    Of
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

Attorney for Plaintiff
BARBARA LUSSO

Dated: __June 13__, 2006

_____
Richard C. Stanley, SBN 8487
Bryan C. Reuter, SBN 23910
Thomas P. Owen, Jr., SBN 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Fax: (504) 524-0069

                Phillip A. Wittmann, SBN 13625
                Dorothy H. Wimberly, SBN 18509
                Carmelite M. Bertaut, SBN 3054
                    Of
                STONE PIGMAN WALTHER WITTMANN, L.L.C.
                546 Carondelet Street
                New Orleans, LA 70130
                Telephone: (504) 581-3200
                Fax: (504) 581-3361
                Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I certify that on June 13ᵗ, 2006, a copy of this Stipulation and Order of Dismissal was mailed to:

>Richard C. Stanley
>Bryan C. Reuter
>Thomas P. Owen, Jr.
>STANLEY, FLANAGAN & REUTER, L.L.C.
>909 Poydras Street, Suite 2500
>New Orleans, LA 70112

>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>Stone Pigman Walther Wittman, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Defendants' Liaison Counsel

>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>Herman, Herman, Katz & Cotlar, LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.