

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 14 PM 3: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

In Re: VIOXX  
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to: 06-1488

Judge Fallon  
Mag. Judge Knowles

---

### MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Huey Pete ("Mr. Pete"), who moves this Honorable Court to Dismiss the claims of plaintiff, Mr. Pete, against defendant, Acadian Ambulance Services of Louisiana ("Acadian Ambulance") without prejudice with each party to bear its own costs.

Respectfully Submitted:

**THE SIKICH LAW FIRM**

_____  
**STEVE M. SIKICH** (#18026)  
309 E. Sallier Street * 70601  
Post Office Box 1432 * 70602  
Lake Charles, Louisiana  
PH: (337) 721-8008

____ Fee_____  
____ Process____  
 X  / Dktd_____  
 ✓  CtRmDep____  
____ Doc. No____

### CERTIFICATE OF SERVICES

I hereby certify that the above and foregoing MOTION TO DISMISS WITHOUT PREJUDICE has been served on Liaison Counsel, Russ Herman and Phillip Whitman, by U.S. Mail and E-Mail and upon all parties by electronically uploading the same to Lexis Nexis file and serve advance in accordance with Pre-Trial Order No. 8A, as well as on Benjamin Guillbeaux, Jr. and John J. Simpson on this 13th day of June, 2006.

_____  
STEVE M. SIKICH