

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: VIOXX  
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to: 06-1488

Judge Fallon  
Mag. Judge Knowles

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice and finding the same to be meritorious;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of plaintiff, Mr. Pete are dismissed against defendant, Acadian Ambulance.

THUS DONE AND SIGNED in New Orleans, Louisiana on this 19th day of JUNE, 2006.

JUDGE, ELDON E. FALLON