IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ARLENE G. ELIAS, and SHERMAN ELIAS | **DOCKET NO. 02:06cv1026** |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant Merck & Company, Inc. that the Complaint of Plaintiffs ARLENE ELIAS, and SHERMAN ELIAS Docket No. 02:06cv1026 currently pending in the U.S. District Court for the Eastern District of Louisiana, may be and is hereby voluntarily dismissed with prejudice. The parties shall each bear their own costs.

FURTHER, IT IS HEREBY STIPULATED AND AGREED that should Plaintiffs ARLENE ELIAS, and SHERMAN ELIAS, attempt to refile their claims against Merck, they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332 and without opposition to transfer to MDL-1657, VIOXX® Products Liability Litigation.

Pursuant to Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

Considering the above and foregoing; IT IS ORDERED, ADJUDGED AND DECREED that the Complaint as to plaintiffs, ARLENE ELIAS and SHERMAN ELIAS, be and the same is hereby dismissed with prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: May 25, 2006

_____
Karen Barth Menzies, SBN 180243
Robert M. Brava-Partain, SBN 221477
Of
BAUM, HEDLUND
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Fax: (310) 207-4204

David M. Landay, SBN 34897
Of
David M. Landay, Attorney at Law
310 Grant Street, Suite 1420
Pittsburgh, PA 15219
Telephone: (412) 471-6500
Fax: (412) 471-5125

Attorneys for Plaintiffs

2

Dated: __June 15__, 2006

_____
Richard C. Stanley, SBN 8487
Bryan C. Reuter, SBN 23910
Thomas P. Owen, Jr., SBN 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Fax: (504) 524-0069

Phillip A. Wittmann, SBN 13625
Dorothy H. Wimberly, SBN 18509
Carmelite M. Bertaut, SBN 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I certify that on June **15**, 2006, a copy of this Stipulation and Order of Dismissal was mailed to:

>Richard C. Stanley
>Bryan C. Reuter
>Thomas P. Owen, Jr.
>STANLEY, FLANAGAN & REUTER, L.L.C.
>909 Poydras Street, Suite 2500
>New Orleans, LA 70112
>
>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>Stone Pigman Walther Wittman, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Defendants' Liaison Counsel
>
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>Herman, Herman, Katz & Cotlar, LLP
>3411 Richmond Ave., Suite 460
>Houston, TX 77046
>Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

_____