## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 21  PM 1: 04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This documents relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co., Inc. | * | CA 06-485 |

### ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S AMENDED OBJECTIONS TO DEFENDANT'S PRELIMINARY PRE-ADMISSION EXHIBIT LIST

Considering the foregoing Motion for Leave to File Plaintiff's Amended Objections to Defendant's Preliminary Pre-Admission Exhibit List,

IT IS HEREBY ORDERED that said Motion is granted.

In New Orleans, Louisiana this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1