UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Isner v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06172-EEF-DEK) <br> *Martin v. Merck & Co. Inc.*, <br> (E.D. La. 2:06-cv-00784-EEF-DEK) <br> *Lowe v. Merck & Co. Inc.*, <br> (E.D. La. 2:05-cv-06173-EEF-DEK) <br> *Rohr v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-05369-EEF-DEK) <br> *Hagan v. Merck & Co., Inc.*, <br> (E.D. La. 2:05-cv-06174-EEF-DEK) <br> *Cranston v. Merck & Co., Inc.*, <br> (E.D. La.. 2:06-cv-00992-EEF-DEK) | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**O R D E R**

Considering the foregoing Motion for Leave to Withdraw,

IT IS ORDERED that Kalun Lee be and he hereby is permitted to withdraw as counsel for defendant Merck & Co., Inc. in the above-referenced cases.

NEW ORLEANS, LOUISIANA, this 19th day of June, 2006

_____
DISTRICT JUDGE