UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| --- | --- |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

**PLAINTIFF ROBERT G. SMITH'S PRELIMINARY FACT WITNESS LIST**

COME NOW Robert G. Smith, Plaintiff herein, and files this preliminary fact witness list in accordance with Parties' Joint Scheduling Order dated May 12, 2006.

Plaintiff notes that he reserves the right to call upon cross-examination any fact or expert witness identified by any defendant in this action.

| | |
| --- | --- |
| Robert G. Smith<br>1146 MacIntosh Lane<br>Florence, KY 41042<br>859-525-0127 | Plaintiff Robert Smith is expected to testify that as a result of taking Vioxx, he suffered a cardiovascular event and its affect on Plaintiff. |
| Yvonne Adkins<br>4411 Huntington Ave<br>Covington, KY 41015<br>859-630-9812 | Will testify that as a result of taking Vioxx, her husband suffered a cardiovascular event and its affect on Plaintiff. |
| Robyn Berger<br>4413 Huntington Ave<br>Covington, KY 41015<br>859-291-9551 | Will testify that as a result of taking Vioxx, her father suffered a cardiovascular event and its affect on Plaintiff. |
| Melissa Lemming<br>Jack Lemming<br>13400 Ridgeview, CT<br>Butler, KY 41006<br>859-635-1952 | Friends of Plaintiff who will testify how the use of Vioxx and subsequent cardiovascular event affected Plaintiff and his family. |
| Michael A. Grefer, M.D. | Healthcare provider who will testify regarding the care and |

| | |
|---|---|
| Custodian of medical and billing records<br>Commonwealth Orthopaedic Center, P.S.C.<br>340 Thomas More Parkway, Suite 260<br>Crestview Hills, KY 41017<br>859-341-6440 | treatment rendered Plaintiff and other matters relating to Robert Smith's usage of Vioxx. |
| Daniel J. Courtade, M.D.<br>Custodian of medical and billing records<br>Northern Kentucky Heart, PSC<br>380 Centre View Blvd.<br>Crestview Hills, KY 41017<br>859-341-3015 | Healthcare provider who will testify regarding the care and treatment rendered Plaintiff and other matters relating to Robert Smith's usage of Vioxx. |
| Custodian of medical and billing records<br>Cardiology Associates, PSC<br>900 Medical Village Drive<br>Edgewood, KY 41017<br>859-331-0774 | Previous employer of Dr. Courtade and healthcare provider of Plaintiff |
| Mark Sander, M.D.<br>Custodian of medical and billing records<br>Patient First Physician Group<br>525 Alexandria Pike, Suite 300<br>Southgate, KY 41071<br>859-781-2210 | Healthcare provider of Plaintiff. |
| Custodian of medical and billing records<br>St. Elizabeth's Medical Center<br>One Medical Village Drive<br>Edgewood, KY 41017<br>859-301-2000 | Healthcare provider of Plaintiff. |

| | |
|---|---|
| Forest T. Heiss, M.D.<br>Custodian of medical<br>and billing records<br>Commonwealth Orthopedic<br>Centers, P.S.C.<br>340 Thomas More Parkway<br>Crestview, KY 41071<br>859-341-6440 | Healthcare provider of Plaintiff. |
| David Allen, D.O.<br>Custodian of medical<br>and billing records<br>St. Luke's Hospital – West<br>7380 Turfway Road<br>Florence, KY 41042 | Healthcare provider of Plaintiff. |
| Custodian of pharmaceutical<br>and billing records<br>Wal-Mart Pharmacy<br>Legal Department<br>702 S.W. 8th Street<br>Bentonville, Arkansas 72716<br>479-277-0241 | Pharmaceutical provider of Plaintiff. |
| Custodian of medical<br>and billing records<br>Hand Surgery Specialists of<br>Northern Kentucky<br>10700 Montgomery road, Suite 150<br>Cincinnati, Ohio 45242<br>513-961-4263 | Healthcare provider of Plaintiff. |
| Amy Block<br>Kristen Keller<br>Shannon Wallace<br>Helene Cissell<br>Holly Biss<br>Timothy Powers<br>Tom Schatzman<br>Shannon Wallace<br>Melisa Shelburne<br>Shunda Darby<br>Merck & Co.<br>One Merck Drive<br>Whitehouse Station, NJ 08889 | Current and former Merck sales representatives. |

Respectfully submitted,

_____
Grant Kaiser
Texas Bar No. 11078900
THE KAISER FIRM LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713)-223-0000; fax (713) 223-0440

James L. "Larry" Wright
Texas Bar No. 22038500
**THE WATTS LAW FIRM LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

John Eddie Williams, Jr.
Texas Bar No. 21600300
Amy M. Carter
Texas Bar No. 24004580
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226

Drew Rainer
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055

**ATTORNEYS FOR PLAINITFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 9th day of June, 2006.

Douglas R. Marvin
E. Elaine Horn
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C. 20005
(202) 434-5000; fax (202) 434-5029

Philip S. Beck
Adam L. Hoeflich
Carrie A. Jablonski
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440

Phillip A. Wittmann
Dorothy H. Wimberly
**Stone, Pigman, Walther, Wittmann LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200; fax (504) 581-3361

Grant Kaiser