A CERTIFIED TRUE COPY

JUN 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 21  PM 2:08

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

06-3232

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

SECT.L MAG 3

*Brian Chase, et al. v. Merck & Co., Inc., et al.,* E.D. Missouri, C.A. No. 4:05-2078

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER WITH SIMULTANEOUS SEPARATION AND REMAND

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in this action to vacate the Panel's order i) conditionally transferring the action to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket, and ii) simultaneously separating and remanding claims relating to a non-Vioxx prescription medication to the Eastern District of Missouri. Merck & Co., Inc., and the treating physician favor inclusion of the Vioxx claims in this action in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that the Vioxx claims in this action involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of these claims to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Pending motions can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of the Vioxx claims in this action is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for claims of liability relating to Vioxx. *See In re Vioxx Products Liability Litigation,* 360 F.Supp.2d 1352 (J.P.M.L. 2005).

The Panel further finds that non-Vioxx related claims in this action should be separated and simultaneously remanded to the Eastern District of Missouri.

---

* Judge Motz took no part in the decision of this matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

IT IS FURTHER ORDERED that non-Vioxx claims are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to the Eastern District of Missouri.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

INVOLVED COUNSEL LIST
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Christopher M. Hohn
Thompson & Coburn
One U.S. Bank Plaza
St. Louis, MO 63101

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Stephen G. Reuter
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101-1699

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Catherine D. Maida
Acting Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 15, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

   *Brian Chase, et al. v. Merck & Co., Inc., et al.*, E.D. Missouri, C.A. No. 4:05-2078

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                       Very truly,

                                       Catherine D. Maida
                                       Acting Clerk of the Panel

                                       By _____
                                          Docket Specialist

Enclosures/Attachment

cc:  Transferee Judge: Judge Eldon E. Fallon
     Transferor Judge: Judge Rodney W. Sippel
     Transferor Clerk: James G. Woodward

JPML Form 29A