UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 1657<br><br>SECTION: L(3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | | * | Docket No. 05-4130 |
| Allen Atkinson, et al. | | * | |
| | Plaintiffs, | * | |
| vs. | | * | |
| Merck & Co., et al., | | * | |
| | Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUBSTITUTION OF COUNSEL

Plaintiffs, Daryl Creason and Gayle Creason, by and for themselves alone, hereby substitute Francis Flynn of Carey and Danis, LLP, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105, telephone number (314) 725-7700, as attorney of record in the place and stead of Robinson, Calcagnie & Robinson.

Dated: 5-4-06

_____
Daryl Creason, Plaintiff

Dated: 5-4-06

_____
Gayle Creason, Plaintiff

I consent to the above substitution.

Dated: 5-25 06

_____
Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

I accept this substitution.

Dated: May 24, 2006

_____
Francis Flynn
**CAREY AND DANIS, LLP**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

## CERTIFICATE

I certify that on _June 7_, 2006, a copy of this Motion to Substitute Counsel was mailed to:

>Francis Flynn
>**CAREY AND DANIS, LLP**
>8235 Forsyth, Suite 1100
>St. Louis, MO 63105
>
>Defendants' Liaison Counsel
>Phillip A. Wittman
>Dorothy H. Wimberly
>Carmelite M. Bertaut
>**Stone Pigman Walther Wittman, L.L.C.**
>546 Carondelet Street
>New Orleans, LA 70130
>
>Plaintiffs' Liaison Counsel
>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>**Herman, Herman, Katz & Cotlar, LLP**
>3411 Richmond Ave., Suite 460
>Houston, TX 77046

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

_____
Christy Westad