UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Allyn v. Merck & Co., Inc.,* et al., 06-2642

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Remand (Rec. Doc. 5306) is

CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this  20th  day of  June , 2006.

_____
UNITED STATES DISTRICT JUDGE