Exhibit A - Barnett Deposition Excerpts

• **Barnett MIL No. 1 Reply**

[1:1] - [1:24]       4/20/2006     Barnett, Gerald

```
page 1
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3    In re: VIOXX®              *   MDL Docket No. 1657
      PRODUCTS LIABILITY         *
 4    LITIGATION                 *   SECTION L
                                 *
 5                               *
                                 *   JUDGE FALLON
 6    This document relates to   *
                                 *   MAGISTRATE JUDGE
 7    GERALD BARNETT             *   KNOWLES
                                 *
 8            Plaintiff,         *
                                 *
 9    V.                         *
                                 *
10    MERCK & CO., INC.,         *
                                 *
11                               *
              Defendant.         *
12                               *
      Civil Action No. 2:06cv485 *
13
      * * * * * * * * * * * *
14
                 CROSS NOTICED IN VARIOUS OTHER ACTIONS
15                      * * *
             CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
16                      * * *
                       April 20, 2006
17             Deposition of GERALD D. BARNETT
18
19                      * * *
20             GOLKOW LITIGATION TECHNOLOGIES
                      Four Penn Center
21             1600 John F. Kennedy Boulevard
                        Suite 1210
22             Philadelphia, Pennsylvania  19103
                        877.DEPS.USA
23
24
```

[128:20] - [129:6]     4/20/2006     Barnett, Gerald

```
page 128
20     Q.   Why did Dr. McCaffrey decide to prescribe
21  you Vioxx rather than Feldene?
22     A.   Well, I went to him for lower back pain,
23  and I had, at the time, just -- I had heard
24  commercials on TV, mainly on -- on Celebrex.  And I
25  asked him his opinion of Celebrex because I was
page 129
 1  happy with Feldene.  And he said, "Oh, well I'm
 2  going to change you from Feldene, but I'm not
 3  putting you on Celebrex.  I'm putting you on Vioxx."
 4          I said, "No, I would rather be on Celebrex
 5  because that sounds to me on" -- "by watching the TV
 6  ads that that's really good."
```

[129:19] - [129:25]    4/20/2006     Barnett, Gerald

```
page 129
19     Q.   Your decision to start using Vioxx in
20  January of 2000 was based on your doctor,
21  Dr. McCaffrey's medical judgment; correct?
22     A.   Yes, uh-huh.
```

Exhibit A - Barnett Deposition Excerpts

**• Barnett MIL No. 1 Reply**

```
                        23      Q.  You didn't rely on any advertisement for
                        24  Vioxx or Celebrex in deciding to use Vioxx; correct?
                        25      A.  No, no.  He -- that's his decision.
```

[129:23] - [129:25]   4/20/2006   Barnett, Gerald

```
                        page 129
                        23      Q.  You didn't rely on any advertisement for
                        24  Vioxx or Celebrex in deciding to use Vioxx; correct?
                        25      A.  No, no.  He -- that's his decision.
```

[256:1] - [256:25]   4/20/2006   Barnett, Gerald

```
                        page 256
                        1               C E R T I F I C A T E
                        2   I, DEBBY M. GLADISH, CSR No. 9803, do hereby certify
                        3   that GERALD D. BARNETT, appeared before me at the
                        4   time and place mentioned in the caption herein; that
                        5   the witness was by me first duly sworn on oath, and
                        6   examined upon oral interrogatories propounded by
                        7   counsel; that said examination, together with the
                        8   testimony of said witness, was taken down by me in
                        9   stenotype and, by computer-aided transcription,
                        10  thereafter reduced to typewriting; and that the
                        11  foregoing transcript constitutes a full, true and
                        12  accurate record of said examination of and testimony
                        13  given by said witness, and of all other proceedings
                        14  had during the taking of said deposition, and of the
                        15  whole thereof, to the best of my ability.
                        16  Witness my hand at San Diego, California, this 24th day of
                        17  April, 2006.
                        18
                        19
                        20      _____
                                Debby M. Gladish
                        21      Certified Shorthand Reporter #9803
                                Registered Professional Reporter
                        22      Certified LiveNote Reporter
                        23
                        24
                        25
```