Exhibit A - Barnett Deposition Excerpts

• **Barnett MIL No. 2 Reply**

[1:1] - [1:24]    4/20/2006    Barnett, Gerald

```
page 1
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3   In re: VIOXX®           *  MDL Docket No. 1657
     PRODUCTS LIABILITY      *
 4   LITIGATION              *  SECTION L
                             *
 5                           *
                             *  JUDGE FALLON
 6   This document relates to *
                             *  MAGISTRATE JUDGE
 7   GERALD BARNETT          *  KNOWLES
                             *
 8          Plaintiff,       *
                             *
 9   V.                      *
                             *
10   MERCK & CO., INC.,      *
                             *
11                           *
            Defendant.       *
12                           *
     Civil Action No. 2:06cv485 *
13
     * * * * * * * * * * * *
14
            CROSS NOTICED IN VARIOUS OTHER ACTIONS
15                   * * *
        CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
16                   * * *
                April 20, 2006
17          Deposition of GERALD D. BARNETT
18
19                   * * *
20         GOLKOW LITIGATION TECHNOLOGIES
                Four Penn Center
21         1600 John F. Kennedy Boulevard
                   Suite 1210
22         Philadelphia, Pennsylvania  19103
                   877.DEPS.USA
23
24
```

[138:3] - [138:7]    4/20/2006    Barnett, Gerald

```
page 138
 3      Q.   It appears that Dr. Mikola continued to
 4   refill your Vioxx prescriptions from December 28th
 5   of 2001 through September or so of 2004.  Does that
 6   sound about right?
 7      A.   Yes, uh-huh.
```

[144:19] - [144:22]    4/20/2006    Barnett, Gerald

```
page 144
19      Q.   You took Vioxx from January 10th of 2000
20   through September 23rd or so of 2004; right?
21      A.   To whenever it was recalled -- taken off
22   the market.
```

[149:9] - [149:16]    4/20/2006    Barnett, Gerald

```
page 149
 9      Q.   So even though a medical record might say
10   you took it as needed, that meant, in your mind, you
11   were taking it every day, not when you got a
12   flare-up with your neck and back pain?
```

Exhibit A - Barnett Deposition Excerpts

**• Barnett MIL No. 2 Reply**

```
13      A.   No.  The doctor told me every day.
14      Q.   Which doctor was that?
15      A.   First, McCaffrey.  And then as far as Dr.
16 Mik, he refilled it, and he never changed it.  And
```

[256:1] - [256:22]     4/20/2006     Barnett, Gerald

```
page 256
 1            C E R T I F I C A T E
 2   I, DEBBY M. GLADISH, CSR No. 9803, do hereby certify
 3   that GERALD D. BARNETT, appeared before me at the
 4   time and place mentioned in the caption herein; that
 5   the witness was by me first duly sworn on oath, and
 6   examined upon oral interrogatories propounded by
 7   counsel; that said examination, together with the
 8   testimony of said witness, was taken down by me in
 9   stenotype and, by computer-aided transcription,
10   thereafter reduced to typewriting; and that the
11   foregoing transcript constitutes a full, true and
12   accurate record of said examination of and testimony
13   given by said witness, and of all other proceedings
14   had during the taking of said deposition, and of the
15   whole thereof, to the best of my ability.
16   Witness my hand at San Diego, California, this 24th day of
17   April, 2006.
18
19
20            _____
              Debby M. Gladish
21            Certified Shorthand Reporter #9803
              Registered Professional Reporter
22            Certified LiveNote Reporter
```