UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE |
| GERALD D. BARNETT, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**REPLY OF MERCK & CO., INC. ("MERCK") IN SUPPORT OF ITS
MOTION FOR ORDER EXCLUDING THE FRIES LETTER**

**(MOTION IN *LIMINE* NO. 3)**

The allegations contained in the Fries Letter are inadmissible hearsay with no conceivable relevance or connection to Mr. Barnett or his prescribing physicians.  Further, admitting the Letter or any related evidence or testimony would unduly prejudice Merck and lead to juror confusion and delay.  Accordingly, and for reasons stated in Merck's underlying motion, the Court should exclude the Fries Letter, as it did in *Plunkett v. Merck.*  Given plaintiff's intent to file a supplemental opposition to Merck's motion "when the transcript [of Dr. Fries's deposition] becomes available" (Pl.'s Opp'n at 1 n.1), Merck reserves the right to file a more

substantive reply once it has the benefit of plaintiff's entire briefing on this subject.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

2

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply in Support of Merck's Motion for Order Excluding the Fries Letter has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 23rd day of June, 2006.


*/s/ Dorothy H. Wimberly*

816290v.1