Played Beneduce

*No prior rulings in Irvin II as testimony was not designated by π*

Beneduce (Multi-clip)
MB2 808      8:8-8:12

```
8: 8      Q.   Good morning, Ms. Beneduce.
8: 9 My name is Jerry Kristal.  We met briefly
8:10 when we were off camera.
8:11            How are you this morning?
8:12      A.   Fine, thank you.
```

MB2 923      9:23-10:5

```
9:23      Q.   Mr. McDarby's prescribing
9:24 physician was a doctor named John Braun;
10: Page 10
10: 1 are you aware of that?
10: 2      A.   Yes.
10: 3      Q.   And you are familiar with
10: 4 Dr. Braun; are you not?
10: 5      A.   Yes.
```

*- Withdrawn by π*

MB2 1015      10:15-10:17

```
10:15      Q.   You are an employee of
10:16 Merck?
10:17      A.   Yes.
```

MB2 1210      12:10-12:22

```
12:10            Is it correct you began in
12:11 January of 2001 at Merck as a
12:12 professional representative?
12:13      A.   Yes.
12:14      Q.   You were then promoted in
12:15 October of 2004 to the position of
12:16 professional representative II?
12:17      A.   Yes.
12:18      Q.   And then in November of
12:19 2005, you were promoted to your current
12:20 position of senior professional
12:21 representative?
12:22      A.   Yes.
```

MB2 1316      13:16-14:10

```
13:16 region, have you always been in what's
13:17 called the Ridgewood, New Jersey cluster?
13:18      A.   No.
13:19      Q.   When were you in the
13:20 Ridgewood cluster?
13:21      A.   From my start on territory,
13:22 which was March of 2001, through April of
13:23 2005.
13:24      Q.   When you said that you
14: Page 14
14: 1 started on territory March of 2001, is it
14: 2 correct that from January 2001 until
14: 3 March of 2001 is when you received your
14: 4 initial training at Merck?
14: 5      A.   Yes.
14: 6      Q.   And then after your
14: 7 training, you began actually promoting
14: 8 the Merck drugs that you were promoting
```

Page 1

Played Beneduce

```
14: 9 to physicians as of March of 2001?
14:10       A.    Yes.
```

MB2 1413     14:13-14:17

```
14:13             Up through the time that
14:14 Mr. McDarby had his heart attack in April
14:15 of '04, you were always in the Ridgewood
14:16 cluster?
14:17       A.    Yes.
```

*Withdrawn by π*

MB2 1609     16:9-16:24

```
16: 9       Q.    Before you began at Merck as
16:10 a professional representative in January
16:11 of 2001, did you have any sales
16:12 experience?
16:13       A.    No.
16:14       Q.    Did you have any sales
16:15 training?
16:16       A.    No.
16:17       Q.    Is it fair to say then that
16:18 with respect to your sales training, all
16:19 of it has been by Merck?
16:20       A.    Yes.
16:21       Q.    And all of your sales
16:22 experience in pharmaceuticals has been
16:23 through your employment with Merck?
16:24       A.    Yes.
```

MB2 2707     27:7- 27:14

```
27: 7       Q.    Before you got to Merck, had
27: 8 you ever heard of the term "obstacle" as
27: 9 it related to a physician?
27:10       A.    No.
27:11       Q.    Did you learn the term
27:12 "obstacle" when you were in your basic
27:13 training?
27:14       A.    Yes.
```

MB 2715     27:15-27:17

```
27:15       Q.    Would a physician's
27:16 obstacles reduce the chance of your
27:17 hitting your target objectives of sales?
```

*Obj = GO2 speculation, lack of personal knowledge.*
*π response - question calls for witness' personal knowledge and experience as a sales rep. for Merck*

MB2 2720     27:20-27:21

```
27:20       A.    No.
27:21       Q.    Did it have that potential?
```

MB2 2724     27:24-27:24

```
27:24       A.    I don't know.
```

MB2 2801     28:1-28:5

```
28: 1       Q.    Well, would it be fair to
28: 2 say that the more obstacles a physician
28: 3 raised, the more difficult it would be
28: 4 for you to convince that physician to
28: 5 prescribe Vioxx?
```

Page 2

Played Beneduce

MB2 2808        28:8-28:10

28: 8          A.     No.
28: 9          Q.     Not true?
28:10          A.     No.

MB 2817        28:17-28:20

28:17          Q.     Well, did you think
28:18 obstacles that physicians had with
28:19 respect to Vioxx affected your ability to
28:20 meet your objectives for a month?

Δ obj = 602 speculation, lack
of personal knowledge
π response - question calls for
witness' personal thoughts about
ability to meet objectives

MB 2823        28:23-28:23

28:23          A.     Yes.

MB2 3003       30:3-30:5

30: 3          Q.     A physician's concerns about
30: 4 the safety of Vioxx was also considered
30: 5 an obstacle; was it not?

MB2 3008       30:8-30:8

30: 8          A.     Yes.

MB2 3021       30:21-31:2

30:21          Q.     If Dr. Braun had concerns as
30:22 to whether Vioxx increased the risk of
30:23 heart attacks in his patients to whom he
30:24 was prescribing Vioxx, that was
31: Page 31
31: 1 considered an obstacle.
31: 2          A.     Yes.

Δ obj = 602 - speculation,
401/402- irrelevant to Barnett

π response = withdraw
30:21 to 33:9

33:10 -17 → relevant
to what Merck sales/ marketing
reps considered "obstacles"

MB2 3105       31:5-31:9

31: 5          Q.     And if Dr. Braun had
31: 6 concerns that Vioxx was increasing the
31: 7 risk of stroke in his patients to whom he
31: 8 was prescribing Vioxx, that was
31: 9 considered an obstacle?

MB2 3112       31:12-31:13

31:12          Q.     Correct?
31:13          A.     Yes.

MB2 3302       33:2-33:6

33: 2          Q.     If Dr. Braun had concerns
33: 3 regarding any cardiovascular effect from
33: 4 the use of Vioxx in patients to whom he
33: 5 was prescribing Vioxx, that was
33: 6 considered an obstacle?

MB2 3309       33:9-33:14

33: 9          A.     Yes.
33:10          Q.     If there was information
                      Page 3

                              Played Beneduce
33:11 regarding cardiovascular effects of Vioxx
33:12 that was reaching the public through
33:13 articles in the press, that was
33:14 considered an obstacle; was it not?

MB2 3317        33:17-33:17

    33:17        A.   Yes.

MB2 3501        35:1-35:9

    35: 1        Q.      You were provided by Merck
    35: 2 with resources to address obstacles that
    35: 3 a physician raised; were you not?
    35: 4        A.   Yes.
    35: 5        Q.      And with respect to concerns
    35: 6 about the cardiovascular safety of Vioxx,
    35: 7 one of the resources that you had was
    35: 8 what's called an obstacle handler?
    35: 9        A.   Yes.

MB2 3601        36:1-36:12

    36: 1        Q.      Another resource that you
    36: 2 were given by Merck to handle a
    36: 3 physician's obstacles with respect to
    36: 4 concerns about cardiovascular problems
    36: 5 with Vioxx was something called a
    36: 6 cardiovascular card; right?
    36: 7        A.   Yes.
    36: 8        Q.      And that was, as opposed to
    36: 9 the obstacle handler, was a detail piece
    36:10 that you could bring to the physician's
    36:11 office?
    36:12        A.   Yes.

MB2 3808        38:8-39:6

    38: 8        Q.      You don't remember if you
    38: 9 used the CV card or not?
    38:10        A.   I don't remember physically
    38:11 using it.  I don't remember exactly if I
    38:12 did or didn't.
    38:13        Q.      Okay.  Let me hand you what
    38:14 I'm marking as Exhibit 1 for this
    38:15 deposition.
    38:16              (Exhibit Beneduce 1,
    38:17 Document entitled, "Year End Employee
    38:18 Input Form (Representative)," marked for
    38:19 identification.)
    38:20        Q.      And this has got a Merck
    38:21 emblem in the upper left-hand corner.  It
    38:22 is entitled, "Year End Employee Input
    38:23 Form (Representative)," and it has name,
    38:24 Michele A. Beneduce, from January 22,
    39: Page 39
    39: 1 2001 to December 31, 2001, title,
    39: 2 professional representative.  I wanted to
    39: 3 ask you about this document.
    39: 4              You're familiar with this
    39: 5 document?
    39: 6        A.   Yes.

                         Page 4

see prior pg.

Δ obj. = 801/802, hearsay,
-assumes there were concerns about CV safety"
Π response = not hearsay, admission by party opponent, fact that there were CV concerns is not indispute

Δ obj = 602 foundation, assumes there were CV concerns
Π response = witness testifies that he knew about CV card, the fact that there were CV concerns is confirmed by the very existence of the CV card

Played Beneduce

MB2 4302        43:2-43:6

43: 2        Q.   And is this not your
43: 3 employee input form for the year that
43: 4 ended December 31, 2001?
43: 5        A.   Yes.  It has my signature on
43: 6 it.

MB2    4619          46:19-47:3

46:19        Q.   So, is it fair to say now,
46:20 reading this, that you both followed the
46:21 obstacle handler if a physician raised
46:22 Vioxx cardiovascular concerns --
46:23        A.   Yes.
46:24        Q.   -- and you also would use
47: Page 47
47: 1 the CV card if a physician had Vioxx
47: 2 cardiovascular concerns?
47: 3        A.   Yes.

Δ Obj = 602, Foundation,
801/802 - doc is hearsay

TT response - document is not
hearsay, is an admission by party opponent,
questions are about witness' personal
knowledge

MB2 5702     57:2-58:5

57: 2        Q.   Ms. Beneduce, I've given you
57: 3 Exhibit 2.
57: 4             Have you had a chance to
57: 5 review that?
57: 6        A.   Yes.
57: 7        Q.   And up top it says, "Dodge
57: 8 Ball Vioxx."  And then can you read in
57: 9 the middle, it says "Obstacle 1"?
57:10        A.   Yes.
57:11        Q.   And under that it has a
57:12 quote.  And it says, "I am concerned with
57:13 the potential edema that occurs with
57:14 Vioxx."
57:15             Do you see that?
57:16        A.   Yes.
57:17        Q.   And I think we've already
57:18 said that was an obstacle you were
57:19 familiar with; was it not?
57:20        A.   Yes.
57:21        Q.   The second page has the same
57:22 heading, "Dodge Ball Vioxx, Obstacle 2, I
57:23 am concerned with dose-related increases
57:24 in hypertension with Vioxx."
58: Page 58
58: 1             Do you see that?
58: 2        A.   Yes.
58: 3        Q.   And that was another
58: 4 obstacle that you were familiar with at
58: 5 Merck; were you not?

Δ Obj = 401-3, "dodgeball"
not related to Barnett case ble
his doctors testified no rep. tried
to dodge a question, hearsay,
misleading, argumentative, Foundation,
mischaracterizes the document

TT response - document &
testimony relevant to show
Merck Continuing practice of
patient
maximizing profits at the expense of
safety, relevant to impeachment,
motive, intent, state of mind -
especially relevant since Merck
claims it disclosed all risks of
Vioxx; even though TT's doctors
never felt a question was avoided,
this was the way the reps were
trained to respond to questions
and affected general physician perceptions
re: safety of Vioxx
- Not hearsay; party admission
Prior ruling- document was admitted
in Irvin II

MB2 5809     58:9-59:2

58: 9        A.   Yes.
58:10        Q.   The third page, "Dodge Ball
58:11 Vioxx, Obstacle 3, Can Vioxx be used in
58:12 patients using low dose aspirin?"
58:13             Do you see that?
58:14        A.   Yes.
58:15        Q.   We hadn't mentioned that one

Played Beneduce

58:16 earlier, but was that also an obstacle
58:17 with respect to Vioxx?
58:18      A.    It could be, yes.
58:19      Q.    All right.
58:20            Next page, "Dodge Ball
58:21 Vioxx, Obstacle 4, I'm concerned about
58:22 the cardiovascular effects of Vioxx."
58:23            Do you see that?
58:24      A.    Yes.
59: Page 59
59: 1      Q.    That was an obstacle you
59: 2 were familiar with?

MB2 5905      59:5-59:14

59: 5      A.    Yes.
59: 6      Q.    "Dodge Ball Vioxx, Obstacle
59: 7 5, The competition has been in my office
59: 8 telling me that the incidence of heart
59: 9 attacks is greater with Vioxx than
59:10 Celebrex."
59:11            Do you see that?
59:12      A.    Yes.
59:13      Q.    Was that an obstacle you
59:14 were familiar with?

MB2 5917      59:17-59:17

59:17      A.    Yes.

MB2 6017      60:17-61:2

60:17      Q.    We've gone through the first
60:18 five, but it ends with obstacle 12 on
60:19 page 8130; correct?
60:20            And then after that, there
60:21 are four pages.  It says, "Dodge, Dodge,
60:22 Dodge, Dodge"; does it not?
60:23      A.    Yes.
60:24      Q.    Isn't it correct that you
61: Page 61
61: 1 were trained to dodge a physician's
61: 2 obstacles?

MB2 6105      61:5-61:5

61: 5      A.    No.

MB2 8002      80:2-80:7

80: 2      Q.    And you were trained, were
80: 3 you not, that once you clarified the
80: 4 concern about cardiovascular effects,
80: 5 that if it related to heart attacks, you
80: 6 would have a certain response to that
80: 7 obstacle?

MB2 8010      80:10-81:4

80:10      A.    I would follow the
80:11 information that's listed here in the
80:12 obstacle handler.
80:13      Q.    Okay.  And so, let's do

Page 6

see prior pg.

Δ objection = 401-3, document
is irrelevant + prejudicial

π response- document + testimony
highly relevant to Merck's continuing
pattern + practice of minimizing
risks of Vioxx and not providing
doctors full information

Played Beneduce

```
80:14 that, and then I'll ask you some
80:15 questions.
80:16      A.    Okay.
80:17      Q.    Down at the bottom, if the
80:18 concern is, "Vioxx increases the risk of
80:19 MI," the response that you would follow
80:20 is on the next page; is that fair to say?
80:21      A.    Yes.
80:22      Q.    Now, when you were following
80:23 these responses, am I correct that you
80:24 really weren't qualified -- and this is
81: Page 81
81: 1 not a knock on you -- but you weren't
81: 2 qualified to know whether or not the
81: 3 information in the response was accurate
81: 4 or not?
```

_see prior pg._

MB2 8107      81:7-81:9

```
81: 7      A.    I'm not a doctor or
81: 8 scientist, so I didn't write this
81: 9 response.  It was given.
```

MB2 8206      82:6-82:10

```
82: 6      Q.    And it was your
82: 7 understanding, was it not, that
82: 8 physicians who raised this concern were
82: 9 concerned about that question with
82:10 respect to their patient population?
```

MB2 8213      82:13-82:16

```
82:13      A.    If they asked a question
82:14 about it, they had a concern about it.
82:15      Q.    Okay.  And that's an
82:16 important concern; right?
```

MB2 8219      82:19-83:2

```
82:19      A.    Any question that they had
82:20 about a product was important.
82:21      Q.    Well, if you ranked them,
82:22 though, if a doctor said, "Does Vioxx
82:23 increase the risk of my patients who are
82:24 taking Vioxx of getting a hangnail," less
83: Page 83
83: 1 importance than if it increases the risk
83: 2 for heart attacks; right?
```

MB2 8305      83:5-83:13

```
83: 5      A.    No.  Any information that,
83: 6 you know, will benefit the patient or --
83: 7 you know, you needed to provide a fair,
83: 8 balanced response regardless of if it was
83: 9 your example or example of MI.
83:10      Q.    I'm just trying to
83:11 understand if you, in your mind, ever
83:12 ranked the questions that a physician had
83:13 in terms of importance.
```

MB2 8317      83:17-84:2

Page 7

Δ Obj = Hol-3, document, speculation; irrelevant & prejudicial, opinion by a lay witness, Π doctors never detailed by witness

Π response: witness asked about his personal knowledge/understanding based upon his training & experience as a sales rep., does not call for expert testimony; relevant to Π case even though this witness never detailed Π's doctors because it shows Merck's national, integrated sales and marketing strategy and how they dealt with safety issues and concerns

Played Beneduce

*see prior pg.*

```
83:17      A.    No.  Everything was
83:18 important.
83:19      Q.    They were all equally
83:20 important?
83:21      A.    Yes.
83:22      Q.    Okay.  When you say you were
83:23 to give a balanced response, that's
83:24 something that you were told you were
84: Page 84
84: 1 supposed to do; correct?
84: 2      A.    Yes.
```

MB2 8410      84:10-84:19

```
84:10      Q.    Okay.  You're not qualified
84:11 to determine if this answer to the
84:12 question, "Does Vioxx increase the risk
84:13 of MI," was or wasn't fairly balanced;
84:14 right?  You're not qualified to do that.
84:15      A.    No.
84:16      Q.    Okay.  So, when you said,
84:17 "We gave fair and balanced answers," you
84:18 were told that the answer was fair and
84:19 balanced; right?
```

MB2 8422      84:22-84:24

```
84:22      A.    I relied on the information
84:23 that was given to me.  I didn't come up
84:24 with it myself.
```

MB2 8721      87:21-88:7

```
87:21      Q.    Okay.  So, as a sales
87:22 representative -- let me just see if I'm
87:23 understanding what you're saying.
87:24            You were trained to give
88: Page 88
88: 1 certain responses to certain obstacles
88: 2 that a physician raised; correct?
88: 3      A.    Yes.
88: 4      Q.    And you don't know whether
88: 5 or not that answer that you were trained
88: 6 to give actually answered the question or
88: 7 not?
```

Δ obj = mischaracterizes
the witness' prior testimony

Π response - witness testified
that this is an accurate understanding,
no mischaracterization

MB2 8810      88:10-89:3

```
88:10      A.    I would provide this
88:11 information.  And this information is
88:12 information that's consistent with the
88:13 product labeling.
88:14            And then, if that wasn't
88:15 enough, you know, if the physician still
88:16 had further questions, then he would
88:17 submit a PIR.  But I deliver the
88:18 information that's consistent with the
88:19 labeling of the product.
88:20      Q.    Do you know if this answer
88:21 is or isn't consistent with the labeling?
88:22      A.    That Vioxx has no effect on
88:23 platelet aggregation, that's consistent
```

Same as above

Played Beneduce

88:24 with the labeling.
89: Page 89
89: 1        Q.    Right.
89: 2        A.    Vioxx is not a substitute
89: 3 for aspirin is in the label.

*See prior pg.*

MB2 10523      105:23-106:7

  105:23        Q.    Did you ever think -- you
  105:24 personally, as a sales representative for
  106: Page 106
  106: 1 Merck, did you ever think when you were
  106: 2 selling Vioxx to physicians such as
  106: 3 Dr. Braun that it increased the risk of
  106: 4 heart attack?
  106: 5        A.    No.
  106: 6        Q.    Did you think that it did
  106: 7 not increase the risk of heart attack?

MB2 10610      106:10-106:15

  106:10        A.    I didn't think that Vioxx
  106:11 increased the risk of heart attacks.
  106:12        Q.    And that information came
  106:13 from things that were provided to you by
  106:14 Merck; is that fair to say?
  106:15        A.    Yes.

MB2 10822      108:22-109:6

  108:22        Q.    Exhibit 5, in the upper
  108:23 right-hand corner, it says, "Once daily
  108:24 Vioxx (Rofecoxib)"; up top, "In response
  109: Page 109
  109: 1 to your questions"; in the center,
  109: 2 "Cardiovascular System"; and to the lower
  109: 3 right, "Clinical Profile and
  109: 4 Osteoarthritis Studies."  And it's
  109: 5 comprised of six pages in a trifold
  109: 6 manner.

Δ obj = 401:3; CV card
testimony irrelevant + prejudicial

π response - document + testimony
highly relevant to π's failure
to warn claims as it shows how
sales reps were trained to respond to
doctor's CV concerns

MB2 10915      109:15-110:3

  109:15        Q.    My question, if that's a
  109:16 crude form of the cardiovascular card?
  109:17        A.    I don't exactly remember the
  109:18 card, but it looks like the information
  109:19 that was from it.
  109:20        Q.    Okay.  And the CV card,
  109:21 itself, was in multicolor, as opposed to
  109:22 black and white?
  109:23        A.    Yes.
  109:24        Q.    And it had a blue color with
  110: Page 110
  110: 1 the orange for the Vioxx, that kind of
  110: 2 color scheme?
  110: 3        A.    Yes.

Prior Ruling - document was
admitted in Irvin II

MB2 11014      110:14-110:19

  110:14        Q.    And this is -- the
  110:15 cardiovascular card is one of the methods
  110:16 that you used to handle obstacles, as we

```
                                      Played Beneduce
    110:17 saw from what you had written in your
    110:18 employee input form?
    110:19      A.   Yes.

MB2 12504      125:4-125:8

    125: 4              MR. KRISTAL:  Let me mark as
    125: 5 Exhibit 7 a "Dear Doctor" letter that is
    125: 6 undated.  The Bates number ends 2475.
    125: 7 It's a two-page letter with the label
    125: 8 attached.

MB2 14210      142:10-142:17

    142:10      Q.   And in the "Dear Doctor"
    142:11 letter, Exhibit 7 --
    142:12      A.   Uh-huh.
    142:13      Q.   -- is it correct that the
    142:14 three tables that are in the "Dear
    142:15 Doctor" letter are three tables that have
    142:16 the same data that's contained in the CV
    142:17 card?

MB2 14220      142:20-143:9

    142:20      A.   The data listed in the
    142:21 letter is similar -- is -- two of the
    142:22 tables are taken from -- they're the
    142:23 same.  And then one is a little
    142:24 different -- in a different format.
    143: Page 143
    143: 1      Q.   Different format --
    143: 2      A.   Uh-huh.
    143: 3      Q.   -- but same information?
    143: 4      A.   Yes.
    143: 5      Q.   And what's listed in the
    143: 6 "Dear Doctor" letter, Exhibit 7, is
    143: 7 likewise not in the package label, that
    143: 8 information?
    143: 9      A.   No.

MB2 14312      143:12-143:12

    143:12      A.   We didn't see it.

MB2 14414      144:14-145:8

    144:14      Q.   Sure.  I'm asking you if
    144:15 you're qualified to let us know whether
    144:16 or not the information contained in the
    144:17 cardiovascular card is scientifically
    144:18 appropriate or not.
    144:19      A.   No.
    144:20      Q.   And is it also correct then
    144:21 that, with respect to the information in
    144:22 the "Dear Doctor" letter, you are not
    144:23 qualified to let us know whether or not
    144:24 that information is scientifically
    145: Page 145
    145: 1 appropriate?
    145: 2      A.   No, I'm not.
    145: 3      Q.   If you believed at the time
    145: 4 that you were using the cardiovascular
```

*Handwritten annotations:*

see prior pg.

Δ obj = 401-403, irrelevant, CV card testimony, dear doctor and prejudicial, dear doctor letter is hearsay, improper hypothetical, speculation

π response - CV card = relevant to failure to warn negligence claims; dear dr. letter is not hearsay, it is an admission by a party opponent, no hypothetical or speculation in this testimony

Δ obj = 602 - lack of foundation, speculation, dear Dr. letter is hearsay, improper hypothetical, speculation

π response - document not hearsay, admission by a party opponent, testimony calls for personal knowledge of witness

```
                               Played Beneduce
  145: 5 card that the information was
  145: 6 scientifically inappropriate, if you
  145: 7 believed that, would you have used it
  145: 8 anyway?

MB2 14511      145:11-145:17

  145:11        A.    I believe that I was given
  145:12 the appropriate information from the
  145:13 company.  So, I would use the information
  145:14 that I was given.
  145:15        Q.    Same thing with the "Dear
  145:16 Doctor" letter?
  145:17        A.    Yes.

MB2 18613      186:13-186:15

  186:13        Q.    Were Merck sales reps
  186:14 trained to overcome obstacles that stood
  186:15 in their way of selling Vioxx?

MB2 18705      187:5-187:11

  187: 5        A.    No.
  187: 6        Q.    You were trained to overcome
  187: 7 obstacles; correct?
  187: 8        A.    Yes.
  187: 9        Q.    And obstacles were causing
  187:10 volume of prescriptions to be lower;
  187:11 correct?

MB2 18714      187:14-187:17

  187:14        A.    No, not always.
  187:15        Q.    Not always.
  187:16              Sometimes an obstacle would
  187:17 have that effect; right?

MB2 18720      187:20-187:20

  187:20        A.    It could.

MB2 18724      187:24-188:3

  187:24        Q.    Were Merck sales reps
  188: Page 188
  188: 1 trained that one way to overcome
  188: 2 obstacles was targeting your top
  188: 3 physicians?

MB2 18806      188:6-188:14

  188: 6        A.    I don't remember that.
  188: 7        Q.    Well, you do recall the term
  188: 8 "targeting"; correct?
  188: 9        A.    Yes.
  188:10        Q.    And for Vioxx — and I'll
  188:11 show you later if you don't recall
  188:12 this -- Dr. Braun was considered a Vioxx
  188:13 target; was he not?
  188:14        A.    Yes.

MB2 18822      188:22-188:24
```

Δ obj = 602, speculation, foundation - witness does not recall seeing video

π response - testimony not about a video, about witness' personal knowledge and experience

Δ obj = 602 - calls for speculation re. effects of obstacles, lack of foundation - witness does not recall seeing video

π response - Calling for personal knowledge based on her training and experience, video not discussed in this portion of text

- withdrawn by π 188:10-14

Page 11

Played Beneduce

*See pria pg.*

188:22      Q.    Did you understand targets
188:23 to be individuals who were high
188:24 prescribers?

MB2 18903      189:3-189:4

189: 3      A.    I understood that they had
189: 4 high volume in that class.

MB2 20220      202:20-202:22

202:20      Q.    So, it was your
202:21 understanding that it was not true that
202:22 Vioxx increased the risk of heart attack?

MB2 20301      203:1-203:4

203: 1      A.    It was my understanding that
203: 2 it's not listed as a cause of MI in the
203: 3 product circular.
203: 4      Q.    And therefore --

MB2 20307      203:7-203:9

203: 7      Q.    -- your understanding was
203: 8 that Vioxx did not increase the risk of
203: 9 MIs?

MB2 20312      203:12-203:23

203:12      A.    I did not believe Vioxx
203:13 increased the risk of MIs.
203:14      Q.    From all the information
203:15 that was provided you by Merck?
203:16      A.    Yes.
203:17      Q.    Your training?
203:18      A.    Yes.
203:19      Q.    The package insert?
203:20      A.    Yes.
203:21      Q.    "Dear Doctor" letters you
203:22 saw?
203:23      A.    Yes.

MB2 20403      204:3-204:8

204: 3      Q.    Okay.  The obstacle handler
204: 4 you had?
204: 5      A.    Yes.
204: 6      Q.    The cardiovascular card you
204: 7 had?
204: 8      A.    Yes.

MB2 24822      248:22-249:8

248:22      Q.    Were you trained to state to
248:23 a physician who raised an obstacle that
248:24 Merck was providing the physician with
249: Page 249
249: 1 the science behind our medicine?
249: 2      A.    I don't remember.
249: 3      Q.    Well, have you ever been
249: 4 trained to say that?

Page 12

Δ obj = 701- calls for
expert testimony about effects
of Vioxx from a lay witness

π response - does not
call for expert testimony,
asking for witness' personal
knowledge and understanding,
if witness is not qualified
regarding potential risks of Vioxx
that is highly relevant. How
could she possibly warn doctors
or fully apprise them of the
potential risks of Vioxx if she
isn't qualified?

Played Beneduce
```
249: 5      A.    I have been trained to say
249: 6 that I have the data to support the
249: 7 statement.  So, that's what I've been
249: 8 trained.
```

MB2 24921      249:21-250:3

```
249:21      Q.    And I'm just asking you if
249:22 the CV card is an example of what you
249:23 considered to be the data to handle the
249:24 cardiovascular obstacle?
250: Page 250
250: 1      A.    That's what the company felt
250: 2 was appropriate to handle the
250: 3 cardiovascular obstacle.
```

MB2 25504      255:4-255:6

```
255: 4      Q.    Sure.  The second part after
255: 5 you handled an obstacle was to try to
255: 6 close with the physician; correct?
```

MB2 25509      255:9-255:14

```
255: 9      A.    Yes.
255:10      Q.    And in closing with a
255:11 physician, you were trying to get some
255:12 sort of commitment from the physician to
255:13 prescribe more Vioxx.
255:14      A.    No.
```

MB2 25517      255:17-256:10

```
255:17      Q.    Well, you were seeking to
255:18 get something when you closed; right?
255:19      A.    Yes.
255:20      Q.    What were you seeking?
255:21      A.    Depends on what happened
255:22 during the call.
255:23      Q.    Well, didn't all closes end
255:24 with some request of the physician to
256: Page 256
256: 1 prescribe more Vioxx?
256: 2      A.    No.
256: 3      Q.    Well, the one we looked at,
256: 4 12, says, "why not prescribe the only
256: 5 drug with proven GI outcomes, proven pain
256: 6 relief efficacy, proven safety data";
256: 7 right?
256: 8      A.    Yes.
256: 9      Q.    And that's a request of a
256:10 physician to prescribe Vioxx; is it not?
```

MB2 25613      256:13-256:17

```
256:13      A.    Yes.  It's asking him, why
256:14 not?
256:15      Q.    So, is that typical of a
256:16 close, more to ask a question, "why not
256:17 prescribe Vioxx?"
```

MB2 25620      256:20-256:24

Page 13

Δ obj = 401-403, obstacle
handler is irrelevant + prejudicial

Π response: asking about witness'
personal experience, relevant to
Merck pattern + practice in detailing
doctors

```
                            Played Beneduce
  256:20      A.    There's different types of
  256:21 closes.
  256:22      Q.    But the goal of being there
  256:23 in the doctor's office is to get the
  256:24 doctor to prescribe more Vioxx.

MB2 25703      257:3-257:3

  257: 3      A.    No.

MB2 26313      263:13-264:5

  263:13      Q.    Well, let's look at Exhibit
  263:14 14.
  263:15             MR. MC GOWIN:  Are you
  263:16 finished with this document?
  263:17             MR. KRISTAL:  Yes.
  263:18      Q.    Exhibit 14 is another
  263:19 document from the database.
  263:20      A.    Okay.
  263:21      Q.    It's entitled, "Flags"; do
  263:22 you see that?
  263:23      A.    Okay, yes.
  263:24      Q.    You were able to, through
  264: Page 264
  264: 1 the computer, have access to a database
  264: 2 of information that would let you know
  264: 3 whether or not a particular physician
  264: 4 such as Dr. Braun was a target; right?
  264: 5      A.    Yes.

MB2 26623      266:23-267:5

  266:23      Q.    The first notation, January
  266:24 17, 1999; do you see that?
  267: Page 267
  267: 1      A.    The second?
  267: 2      Q.    Yes.
  267: 3      A.    Okay.
  267: 4      Q.    Dr. Braun is listed as a
  267: 5 1999 Vioxx target; right?

MB2 26806      268:6-269:24

  268: 6      Q.    And if you accept the fact
  268: 7 that the prescribing records show that
  268: 8 Mr. McDarby started taking Vioxx in March
  268: 9 of 2000, that was at a time when
  268:10 Dr. Braun was a Vioxx 1999 target
  268:11 universe, right, if what I said is
  268:12 correct?
  268:13      A.    Yes.
  268:14      Q.    If we look at the fourth
  268:15 page, there's a January 12, 2000 date.
  268:16             Do you see it in the middle
  268:17 of the page?
  268:18      A.    Yes.
  268:19      Q.    And on that date, that's the
  268:20 effective date that Dr. Braun was
  268:21 assigned the 2000 Vioxx targets for
  268:22 groups A and B only.
  268:23             Do you see that?
  268:24      A.    Yes.
                            Page 14
```

D obj = 401·403,
irrelevant + prejudicial

TT response = relevant re:
what reps had access to
regarding what doctors to
target

Withdrawn by TT

Withdrawn by TT

Played Beneduce

269: Page 269
269:  1            Q.    And down below that two
269:  2 entries, he was listed as a 2000 Vioxx
269:  3 target.
269:  4            Do you see that?
269:  5       A.   Yes.
269:  6            Q.    And the 2000 you understood
269:  7 to designate the year 2000; right?  Since
269:  8 the last one was the 1999 target, this is
269:  9 now the 2000 target.
269:10       A.   Okay.
269:11            Q.    Is that right?
269:12       A.   Yes.
269:13            Q.    And then if you look at the
269:14 second page, the middle of the page,
269:15 March 27, 2000 -- do you see that?
269:16       A.   Yes.
269:17            Q.    And under "tag description,"
269:18 Dr. Braun is listed as a high COXIB
269:19 target; is he not?
269:20       A.   Yes.
269:21            Q.    January of 2001, Dr. Braun
269:22 under the tag description is listed as a
269:23 high COXIB '01 target; is he not?
269:24       A.   Yes.

MB2 27014     270:14-273:21

270:14            Q.    If you look at the second
270:15 page -- I'm sorry -- on the first page.
270:16 Now, towards the end of 2001, August 16,
270:17 '01 -- do you see that in the middle of
270:18 the page?
270:19       A.   August?
270:20            Q.    I'm sorry, did I say August?
270:21 October.  Thank you.  I apologize.
270:22       A.   Okay.
270:23            Q.    Under "tag description,"
270:24 Dr. Braun is described as a COX-2 top 50
271: Page 271
271:  1 target; is he not?
271:  2       A.   Yes.
271:  3            Q.    And this is at a time when
271:  4 you were actually in the Ridgewood
271:  5 cluster promoting Vioxx?
271:  6       A.   Yes.
271:  7            Q.    And that flag stayed with
271:  8 Dr. Braun through August 5th of 2003;
271:  9 correct?
271:10       A.   Yes.
271:11            Q.    If you look at the second
271:12 page, February 10, 2002 -- do you see
271:13 that in the middle?
271:14       A.   Yes.
271:15            Q.    Dr. Braun is listed as a
271:16 general COX-2 top 75 target; right?
271:17       A.   Yes.
271:18            Q.    Down below, March 27 -- I'm
271:19 sorry -- August 9, 2002, a high COXIB '02
271:20 target; right?
271:21       A.   Yes.
271:22            Q.    If you look at the sixth
271:23 page, next-to-the-last page, the third

Withdrawn
by TT

Withdrawn by TT

Page 15

                                    Played Beneduce
271:24 one down, August 7, 2002, Dr. Braun is
272: Page 272
272: 1 listed as a Vioxx '02 second semester
272: 2 hypertarget; right?
272: 3        A.    Yes.
272: 4        Q.    On the same page, January of
272: 5 1993 -- I'm sorry -- January of 2003, up
272: 6 top -- do you see that?
272: 7        A.    Up top?
272: 8        Q.    Yes, January 2003.
272: 9        Q.    Dr. Braun is listed as a
272:10 Vioxx '03 product target; right?
272:11        A.    Yes.
272:12        Q.    Down towards the bottom,
272:13 July 7, 2003, Dr. Braun is listed as a
272:14 Vioxx top 40 '03 second semester target;
272:15 right?
272:16        A.    Yes.
272:17        Q.    Second page, July 1st of
272:18 '03, down at the bottom.  Dr. Braun is
272:19 listed as a high COXIB target.
272:20        A.    I'm sorry, can you repeat
272:21 the date?
272:22        Q.    Yes.  July 1, 2003, the last
272:23 entry on the page.
272:24        A.    Okay.
273: Page 273
273: 1        Q.    Listed as a high COXIB/high
273: 2 target.
273: 3        A.    Yes.
273: 4        Q.    And the fourth page, 2004 --
273: 5 March 25, 2004, Dr. Braun is listed as a
273: 6 high prescribing Medicaid target; is he
273: 7 not?
273: 8        A.    Yes.
273: 9        Q.    So, we've seen that in all
273:10 years, from 1999 before you started at
273:11 Merck through 2004, in one description or
273:12 another, Dr. Braun was a Vioxx target?
273:13        A.    Yes, that's what it says.
273:14        Q.    And that's what your
273:15 understanding was; is it not?
273:16        A.    Based on the flags, yes.
273:17        Q.    And the flags were something
273:18 that you used to get an understanding as
273:19 to whether or not a doctor was indeed a
273:20 Vioxx target?
273:21        A.    Yes.

MB 27615      276:15-277:4

276:15        Q.    Exhibit 13 is the call
276:16 summary sheet.
276:17              Do you have that?
276:18        A.    Yes.
276:19        Q.    And when we were off the
276:20 record, I think you had an opportunity to
276:21 at least try to approximate how many
276:22 calls there were related to Vioxx on
276:23 Dr. Braun.
276:24              And is it correct that, give
277: Page 277
277: 1 or take, approximately 220 visits were
                                    Page 16

*(handwritten annotations in right margin:)*

Withdrawn by π

Δobj -4a-3
π response - relevant to Merck's
practice re: marketing Vioxx and
how the doctors were chosen to be
targeted

Withdrawn by π

Played Beneduce
277: 2 made to Dr. Braun as reflected in that
277: 3 call summary sheet?
277: 4        A.    Yes.

*Withdrawn by π*

MB2 28401        284:1-284:23

284: 1        Q.    Do you have a recollection
284: 2 of what you were trained to say regarding
284: 3 the cardiovascular data?
284: 4        A.    Yes.
284: 5        Q.    What's your general
284: 6 recollection?
284: 7        A.    I went through the data from
284: 8 the VIGOR study.  So, I went through the
284: 9 MI incidence of Vioxx in the VIGOR study
284:10 versus Naproxen.
284:11              Then I went through the
284:12 second study, which was the placebo --
284:13 14-month placebo study with Vioxx, 25
284:14 milligrams, in elder patients.
284:15              And then there was a line
284:16 under that that said that these findings
284:17 are unknown and that there were ongoing
284:18 cardiovascular studies.
284:19        Q.    Is it fair to say that the
284:20 message you were trying to impart
284:21 generally with respect to the new label
284:22 is, "We don't know whether or not Vioxx
284:23 increases the risk of heart attacks"?

*Δ obj = mischaracterizes
prior testimony*

*π response = witness
allowed to respond and
explain in his own words,
no mischaracterization*

MB2 28502        285:2-285:6

285: 2        A.    No.
285: 3        Q.    Well, when you said the
285: 4 significance of these findings is
285: 5 unknown, what did you understand that to
285: 6 mean?

MB2 28509        285:9-285:18

285: 9        A.    That in previous OA studies,
285:10 this was the CV information.  In the
285:11 current RA study, this was the
285:12 information.  And that's what the
285:13 information was.  So, I couldn't draw any
285:14 conclusions from it.
285:15        Q.    And with respect to the RA
285:16 studies, the VIGOR study -- that's what
285:17 you're talking about?
285:18        A.    Yes.

MB2 28815        288:15-288:24

288:15        Q.    Exhibit 17 is the transcript
288:16 of a voicemail for Vioxx; "MVX for Vioxx,
288:17 DWA to USHH field sales force, September
288:18 13, 2001."
288:19              Do you see that caption?
288:20        A.    Yes.
288:21        Q.    And David Anstice was the
288:22 president of U.S. Human Health, was he
288:23 not, at Merck?
288:24        A.    Yes.

Page 17

Played Beneduce

MB2 28914      289:14-289:17

289:14        Q.    So, this voicemail,
289:15 September 13, '01, to the entire field
289:16 force, was likely something you would
289:17 have heard at the time?

MB2 28920      289:20-289:20

289:20        A.    Yes.

MB2 33309      333:9-333:21

333: 9        Q.    You're familiar with the
333:10 term "Bextra offender"?
333:11        A.    Yes.
333:12        Q.    And a Bextra offender is a
333:13 physician in your cluster who was writing
333:14 prescriptions for Bextra at the time that
333:15 Bextra was first put on the market;
333:16 correct?
333:17        A.    Yes.
333:18        Q.    Why was a doctor who was
333:19 writing a prescription for a competitor's
333:20 COX-2 inhibitor considered by Merck an
333:21 offender?

MB2 33324      333:24-333:24

333:24        A.    I don't know.

MB2 33408      334:8-334:18

334: 8        Q.    But you've seen that name in
334: 9 e-mails; right?
334:10        A.    Yes.
334:11        Q.    And you've used that term in
334:12 describing a physician if he or she fell
334:13 into that category; right?
334:14        A.    Yes.  That's what they were
334:15 called.
334:16        Q.    Did you not question why a
334:17 physician who was writing a competitor's
334:18 product was termed by Merck an offender?

MB2 33421      334:21-334:21

334:21        A.    No, I didn't question it.

MB2 33510      335:10-336:6

335:10        Q.    Number 23 is the document I
335:11 just identified from May 7, 2002.
335:12              This is another e-mail you
335:13 received at the time?
335:14        A.    Yes.
335:15        Q.    And it is noting towards the
335:16 bottom that there are specific lists of
335:17 doctors who had an uptake of Bextra.
335:18              Do you see that?
335:19        A.    Yes.
335:20        Q.    An uptake of Bextra means a

Page 18

Δ obj = mischaracterizes prior testimony, also calls for speculation re: "Bextra offender"

π response - does not mischaracterize testimony, calls for witness' personal knowledge based on her training + experience as a sales rep., witness gave a response to the question, she even testified that she used the term herself

Δ obj = 401-403, relates to NJ doctors so irrelevant/ prejudicial in this case; document is hearsay

π response -
Not hearsay admission by party opponent, relevant to show national integrated marketing strategy re: targeting physicians

Played Beneduce

*see prior pg*

```
335:21 physician is writing prescriptions for
335:22 Bextra?
335:23        A.    Yes.
335:24        Q.    And Dr. Braun is listed as
336: Page 336
336: 1 the first physician with Bextra uptake;
336: 2 correct?
336: 3        A.    Yes.
336: 4        Q.    And this was information
336: 5 that you had the ability to track on the
336: 6 physicians in your cluster?
```

*335:24 to 336:6 withdrawn by π*

MB2 33609      336:9-336:16

*336.9: withdrawn by π*

```
336: 9        A.    Yes.
336:10        Q.    And the e-mail notes that
336:11 the cluster should, "keep driving the
336:12 messages from the label changes to grow
336:13 and maintain our share."
336:14              You understood that that was
336:15 an objective of discussing label changes
336:16 with the physicians; was it not?
```

*Same as prior objection / response*

MB2 33619      336:19-336:23

```
336:19        A.    That's what it says here in
336:20 the e-mail.
336:21        Q.    And that was the direction
336:22 Ms. Christiana was giving to you and your
336:23 cluster mates; right?
```

MB2 33702      337:2-337:12

```
337: 2        A.    Yes.
337: 3        Q.    And the e-mail continues,
337: 4 "We want Vioxx to be the COXIB leader in
337: 5 northern Bergen County.  So, we need to
337: 6 keep repeating our messages and ensuring
337: 7 they say it in their sleep."
337: 8              Do you see that?
337: 9        A.    Yes.
337:10        Q.    And that was something you
337:11 were trying to accomplish at the time
337:12 with Dr. Braun?
```

*337:10-15 withdrawn by π*

MB2 33715      337:15-337:22

```
337:15        A.    No.
337:16        Q.    Well, you were given
337:17 direction here to keep repeating your
337:18 messages; correct?
337:19        A.    Yes.
337:20        Q.    And the goal was to have the
337:21 physician remember your messages; is that
337:22 fair to say?  One of the goals.
```

*Same as objection / response on prior pg.*

*- relevant to show national sales / marketing strategy*

MB2 33801      338:1-338:8

```
338: 1        A.    One of the goals, yes.
338: 2        Q.    And then the e-mail says,
338: 3 "Remember, it takes seven times for a
338: 4 physician to remember one thing.  So, we
338: 5 still have not reached that with most of
```

Played Beneduce
```
338: 6 our targets with this new info."
338: 7          Do you see that?
338: 8     A.    Yes.

MB2 33824     338:24-339:3

338:24    Q.    Sure.  You understood that
339: Page 339
339: 1 the more often you repeated a message,
339: 2 the more likely a physician would
339: 3 remember.

MB2 33906     339:6-339:6

339: 6     A.    Yes.

MB2 35107     351:7-351:11

351: 7     Q.    All right.  Exhibit 26 is an
351: 8 e-mail from Mr. Wong to yourself and
351: 9 others dated August 19, 2003.
351:10         Do you see that?
351:11     A.    Yes.

MB2 35120     351:20-352:16

351:20         This e-mail is from Mr. Wong
351:21 to the Vioxx Ridgewood team; right?
351:22     A.    Yes.
351:23     Q.    Which is your cluster?
351:24     A.    Yes.
352: Page 352
352: 1     Q.    And he's attaching the COXIB
352: 2 monitor for the mid month of August 2003?
352: 3     A.    Yes.
352: 4     Q.    And what he's noting down at
352: 5 the bottom to the members of the team,
352: 6 including yourself, is, "Also, I would
352: 7 ask that everyone pay particular
352: 8 attention to the physicians in the
352: 9 attached file that had significant
352:10 positive market share changes for
352:11 Celebrex and Bextra."
352:12         Do you see that?
352:13     A.    Yes.
352:14     Q.    So, he was asking you folks
352:15 to pay attention to the tracking that was
352:16 being done?

MB2 35219     352:19-353:4

352:19     A.    That's what he wrote.
352:20     Q.    And then he writes,
352:21 "Physicians such as Dr. Braun can all be
352:22 seen and influenced with the right
352:23 messaging."
352:24         Do you see that?
353: Page 353
353: 1     A.    Yes.
353: 2     Q.    what at the time did you
353: 3 consider to be the right messaging for
353: 4 Dr. Braun?
```

Δ obj - 401·403
relates to NJ sales and
doctors, irrelevant to
Barnett & prejudicial

π response - relevant to
show national, integrated
sales and marketing strategy
and how/why certain
doctors were targeted for
detailing

353:2 - 4  withdrawn by π

Played Beneduce

MB2 35307      353:7-353:9                                    *withdrawn by π*

353: 7          A.   I don't remember for that
353: 8  time what the -- the messages were for
353: 9  Vioxx.

MB2 35313      353:13-353:17                        *Same as prior*
                                                    *objections/ responses*
353:13          What Mr. Wong is saying to         *on previous pg.*
353:14  you and the other members of the
353:15  Ridgewood cluster is that there are
353:16  specific messages for certain physicians;
353:17  is that fair to say?

MB2 35320      353:20-354:3

353:20          A.   NO.  I don't know what he
353:21  means by that.
353:22          Q.   Well, you've heard of the
353:23  phrase "core messages"; right?
353:24          A.   Yes.
354:  Page 354                                      *354:1 - 354:15*
354: 1          Q.   And Mr. Wong is not saying     *withdrawn by π*
354: 2  to the team, "Please deliver your core
354: 3  messages to Dr. Braun"; is he?

MB2 35406      354:6-354:6

354: 6          Q.   He doesn't use that phrase.

MB2 35409      354:9-354:18

354: 9          A.   No.  In the e-mail, he
354:10  wrote, "with the right messaging."
354:11          Q.   So, he's saying that
354:12  Dr. Braun, as he says, "can be seen and
354:13  influenced with the right messaging";
354:14  right?
354:15          A.   That's what he wrote, yes.      *Δ obj = 401-403,*
354:16          Q.   Did you have different          *relates to NJ sales and doctors.*
354:17  messages that you presented to different     *irrelevant to Barnett & prejudicial*
354:18  physicians in order to influence them?

MB2 35421      354:21-354:21                          *π response - this testimony*
                                                      *encapsulates why this witness'*
354:21          Q.   With respect to Vioxx.          *deposition is relevant, she says*
                                                      *core messages were the same for*
MB2 35424      354:24-355:7                           *all physicians so Δ's objection*
                                                      *is moot as to whether this*
354:24          A.   No.  We were given the core    *witness ever met with*
355:  Page 355                                       *Barnett's doctors*
355: 1  messages to deliver, and those were the
355: 2  messages that we were expected to
355: 3  deliver.
355: 4          Q.   So, am I understanding you
355: 5  to say that at this time you would have
355: 6  e-mailed Mr. Wong back saying, "What are
355: 7  you talking about?"

MB2 35510      355:10-355:22

355:10          A.   No.  I didn't -- I don't
355:11  think I e-mailed him back.
                                    Page 21

```
                                    Played Beneduce
  355:12        Q.   Did you ask him?
  355:13        A.   No.  I would just follow
  355:14 the -- our policy, which is to deliver
  355:15 the core messages and have a conversation
  355:16 that's consistent with our labeling.
  355:17        Q.   Is it correct that at all
  355:18 times when you've used the term "fair and
  355:19 balanced" today, you personally don't
  355:20 know whether or not what you were
  355:21 presenting was, in fact, fair and
  355:22 balanced?

MB2 35601     356:1-356:4

  356: 1        A.   I'm not a doctor or
  356: 2 scientist.  I just know that's what Merck
  356: 3 provided to us as a fair, balanced
  356: 4 discussion.
```

See pnd pg.

Total Length - 00:35:36