Issues Report [Michelle Beneduce]

• **Merck's Counter-Designations**

[12:23] - [13:16]    Michelle Beneduce

```
page 12
23          Q.    Are those the only positions
24    you've held at Merck?
page 13
1           A.    Yes.
2           Q.    Have you always been a
3     professional representative or a senior
4     professional representative in the New
5     Jersey region?
6           A.    Yes -- no, I'm sorry.  It
7     changed the name, so, no.
8           Q.    It has, at times while
9     you've been working at Merck, been known
10    as the New Jersey region?
11          A.    Yes.
12          Q.    And it's also been known as
13    the Hudson River region at times?
14          A.    Yes.
15          Q.    Whatever the name of the
16    region, have you always been in what's
```

π obj - no question, attorney colloquy

[16:9] - [16:16]    Michelle Beneduce

```
page 16
9           Q.    Before you began at Merck as
10    a professional representative in January
11    of 2001, did you have any sales
12    experience?
13          A.    No.
14          Q.    Did you have any sales
15    training?
16          A.    No.
```

[27:1] - [27:6]    Michelle Beneduce

```
page 27
1           Q.    But I think what I heard you
2     saying is you didn't know specifically
3     what the objective was, you just knew
4     what percent you reached of the
5     objective?
6           A.    Yes.
```

π obj - irrelevant, testimony is out of context and makes no sense standing on its own

[28:24] - [29:10]    Michelle Beneduce

```
page 28
24          Q.    And why did you think that?
page 29
1           A.    Because the obstacle may be
2     a misconception that a physician has
3     based on information that a competitor
4     may have given.
5           Q.    And that's something that
6     you learned about as one potential
7     obstacle, is what you were told was a
8     misconception the physician had from
9     something the competitor may have said;
10    is that fair to say?
```

π obj = witness' response is non-responsive

π obj = no answer designated so question is irrelevant

[29:13] - [29:24]    Michelle Beneduce

```
page 29
13          Q.    Is one type of obstacle?
14          A.    That's not just something I
15    told -- you could overhear conversations
16    sometimes that other representatives from
```

π obj = 401/402
witness' answer is non-responsive

Issues Report [Michelle Beneduce]

- **Merck's Counter-Designations**

```
17   other companies had.  And you would hear
18   them say that.
19        Q.   So, it's been your
20   experience that you were both told about
21   misconceptions being promulgated by
22   competitors, as well as experiencing that
23   yourself?
24        A.   Yes.
```

*see prior pg.*

[33:18] - [33:21]    Michelle Beneduce

```
page 33
18        Q.   In addition to -- we've
19   mentioned competitor misconception as
20   obstacles; correct?
21        A.   Yes.
```

π obj.
asked + answered,
cumulative

[34:10] - [34:18]    Michelle Beneduce

```
page 34
10        Q.   Well, if a doctor was
11   putting patients on Ibuprofen instead of
12   Vioxx, that was considered an obstacle;
13   was it not?
14        A.   No.
15        Q.   If a doctor was putting
16   patients on Aleve instead of Vioxx, that
17   was not considered an obstacle?
18        A.   No.
```

[154:15] - [154:20]    Michelle Beneduce

```
page 154
15             (Exhibit Beneduce 10, DVD
16   Bates numbered MRK-AAR 00732358, marked
17   for identification.)
18             (Exhibit Beneduce 11,
19   Printed pages from PowerPoint
20   presentation, marked for identification.)
```

irrelevant, no questions
or answers designated
regarding these documents