Issues Report [James Dunn]

• **Merck's Counter Designations**

| | |
|---|---|
| [10:19] - [11:15] | 10/7/2005    James Dunn |

```
page 10
19        Q.   So the material that you gave to the
20   representatives is material that you reviewed; is that
21   correct?
22        A.   Yes, I would have reviewed it but I didn't have
23   final approval.
24        Q.   So you would take material that would -- who
25   would give you this material that you would then give to
page 11
1    the representatives in the company at Merck?
2         A.   The process is fairly thorough.  Basically the
3    marketing team would be responsible for marketing
4    materials so these promotional materials, the marketing
5    team would work with various different parts of the
6    organization to generate these materials, go through all
7    the various processes that they would go through,
8    consulting with training, maybe hospital group, the
9    managed care team, economic affairs, and they would pull
10   together all these materials.
11            At that point those materials would go to the
12   medical legal board.  Medical legal would review the
13   material and give final approval on it.  Once those
14   approvals were done then I would get the materials and put
15   together communication out to the field.
```

| | |
|---|---|
| [299:14] - [299:25] | 10/7/2005    James Dunn |

```
page 299
14        Q.   Two efficacy presentations and two GI
15   presentations is what we heard.
16        A.   Also, you look at the training documents.
17   They'll always provide us per policy that they have to
18   provide the messaging, marketing messaging that we have to
19   along with balanced information, so we could give the
20   information that might be the beneficial side of the
21   equation but they would always give the safety information
22   as well.  That's part of our policy and it's within the
23   detail pieces.  All those detail pieces are already
24   balanced.  You have the benefits and the limitations right
25   there in the same page.
```

| | |
|---|---|
| [301:5] - [301:9] | 10/7/2005    James Dunn |

```
page 301
5         obstacles, Vicki.  You never run out."   "Is
6         ibuprofen a great drug or what?"
7              "Watch out.  The obstacles are getting
8         tougher."  "You know what to do."   "Be the
9         power.")
```

| | |
|---|---|
| [306:6] - [306:9] | 10/7/2005    James Dunn |

```
page 306
6         Q.   Sir, so one thing you would do as a way to -- at
7    these sales meetings is you would show them this film
8    called Be The Power.
9         A.   It was just for this one meeting.
```

| | |
|---|---|
| [322:15] - [330:8] | 10/7/2005    James Dunn |

```
page 322
15        Q.   Now, based on your experience in the
16   pharmaceutical industry for 14 or 15 years, have you
17   developed an understanding of how Merck communicates
18   information about its products?
19        A.   Yes, sir.  I've had a number of different
```

Issues Report [James Dunn]

• Merck's Counter Designations

```
20  positions directly involved in that.
21     Q.   Can you name some of the different ways you're
22  aware of that Merck communicates information about its
23  products?  I'm going to try to write them down as you
24  mention them so bear with me.
25     A.   Sure.  First we would communicate to the Federal
page 323
1   Food and Drug Administration so the FDA would be one of
2   the folks that we would communicate data around.
3      Q.   Okay.  The FDA.  How's that look?  Did I get
4   that?  Look at that.  I spelled it right.
5      A.   Yeah, it looks good.
6      Q.   Okay.
7      A.   Another place we would communicate through would
8   be public affairs so out to the media, you know,
9   television, newspaper and Internetwise, so the media would
10  be a second place that we would communicate out
11  information.
12     Q.   Okay.  Media.  What other ways are there that
13  Merck communicates information about its products?
14     A.   Scientific conventions or forums that -- and
15  this is throughout the world, so scientific conventions.
16     Q.   All right.  Let's say scientific conventions.
17  All right.  Are there any other ways that Merck
18  communicates information about its products?
19     A.   Yes, sir; through medical journals.  We would
20  publish studies in medical journals.
21     Q.   All right.  Any other ways you're familiar with?
22     A.   We would do it through some other channels as
23  well, the FDA, scientific, media, the representatives.  We
24  could do it through representatives.
25     Q.   Okay.
page 324
1      A.   We also have a resource at Merck, professional
2   information request, that representatives could at least
3   mail the information to physicians.
4      Q.   Now, is there an acronym for professional
5   information request?  Because there's a lot of letters
6   there.
7      A.   PIR.
8      Q.   PIR.  We've heard a little bit about PIR in your
9   examination by Mr. Papantonio.  Can you tell us what a PIR
10  is?
11     A.   Yes.  A PIR is a professional information
12  request.  A physician might request information that a
13  representative could not answer directly but the
14  representative has a mechanism to still get this
15  information to them, not verbally but through the mail or
16  fax, and the representative would take the question from
17  the physician and submit it into the company to have that
18  information sent to the physician.
19          There's a department back there called MEDSA
20  that is manned by scientists and physicians and health
21  care professionals that would have access to information
22  that our reps would not and that would put this
23  information together to get it out to physicians.
24     Q.   Okay.  So the PIR is another way by which Merck
25  communicates information to physicians.
page 325
1      A.   Yes.
2      Q.   Are there any other ways that you're familiar
3   with?
4      A.   We have something called the National Service
5   Center, NSC.  Physicians have a 1-800 number that they can
6   call at any time.  They can call into the National Service
7   Center with input into the company as well as ask it a
8   question, and they can actually get live on the phone one
9   of the folks I mentioned, the MEDSA folks, scientists and
10  other health care professionals.  They can have live
11  conversation within the company around that.
```

π objection: 401, 402, 403 irrelevant as to practices regarding Merck products generally

Issues Report [James Dunn]

• Merck's Counter Designations

```
12        Q.   Any other methods you're aware of at the moment?
13        A.   I think that summarizes it.
14        Q.   Let's talk a little bit about the
15   representatives, Mr. Dunn.  Can you explain to the jury
16   what a Merck professional representative does?
17        A.   Yes.  Our professional representatives are
18   trained up extensively to go out and represent Merck and
19   the product in therapeutic areas that they have
20   responsibility for so they would get training in a
21   particular area.
22             They're governed by our policy and by the FDA
23   regulations and they basically would go out to physicians.
24   They might have anywhere from a hundred to two hundred
25   physicians in a geographic area that they have
page 326
1    responsibility for.
2              And their job is to provide information that is
3    within the product label or the piece of paper that gets
4    put in the sample box.  When you get a sample from a
5    physician's office there's a label, a product insert, a
6    product circular.  That product insert governs what the
7    representative can say.
8              And when they're providing that information they
9    would do it in what we call a balanced fashion.  What a
10   balanced fashion means is they're going to go in and talk
11   about the benefits, how well the product works and a
12   particular product type and that it would work well here
13   to a physician.
14             At the same time they're balancing that by
15   discussing the contraindications, warnings, precautions,
16   adverse events.  Basically all the safety information,
17   they would be providing that in a balanced fashion.
18             So they're not just going in and talking about
19   hey, the drug works well here.  They would talk and say
20   here's the efficacy data, how it works, and they would at
21   the same time provide the safety information on every
22   single call.
23        Q.   When you say call, just so the jury understands
24   what these representatives are doing, what does a call
25   mean?  What is that?
page 327
1         A.   Representatives have responsibility for these
2    hundred to two hundred people and they're all in what we
3    call a routing.  Typically it's a three to four week
4    routing and they try to get around to each of the
5    physicians in their territory, and a call would be going
6    to their office typically and trying to get some time with
7    the physician to sit down and discuss the product.
8    Sometimes they get time with the physician.  Sometimes
9    they get a lot of time with the physician.  Sometimes they
10   are asked to come back later.
11        Q.   In addition to calling on physicians, did the
12   representatives have any other responsibilities?
13        A.   Yes.  They have sampling responsibilities.
14   Typically a representative might have samples for the
15   products they have responsibility for and upon request
16   from the physician they certainly would provide samples to
17   the physicians so that they could use that in trial with
18   patients so a patient could free of charge, you know, use
19   that product to see if it's going to work for them or not.
20             They also provide medical education to the
21   medical community through various different mechanisms.
22        Q.   Okay.  And do the -- is there any training that
23   is done for the professional representatives by Merck?
24        A.   Oh, a lot of training.
25        Q.   Can you just tell us a little bit about what
page 328
1    training a professional representative undergoes at Merck.
2         A.   Sure.  The training at Merck really is divided
3    up into two buckets.  I'll call it the initial training
```

*Handwritten annotations:*
- π objection: see previous page
- π objection calls for narrative
- π objection: calls for narrative 401, 402, 403 irrelevant as to Merck training generally of representatives

Issues Report [James Dunn]

- **Merck's Counter Designations**

```
            4    when they're first hired by the company, and that's an
            5    eight to ten-week long course, and then the other bucket
            6    of training, I would say, is ongoing while they're
            7    employed at Merck and it just never ends. That's why I'm
            8    saying it's so extensive. Once you're trained up you're
            9    not trained up. You continually get trained up.
           10         In this first bucket, this eight to ten week
           11   when a representative joins the company the standards are
           12   quite high. They take many, many examinations during this
           13   time period. Some of the examinations would be on
           14   pharmacology, meaning how do drugs work, anatomy, the
           15   organs within the body, physiology, how does the body
           16   work.
           17         They would take product exams, which would be on
           18   the particular product they're going to have
           19   responsibility for, and they would take exams on the
           20   actual FDA-approved label. They're getting tested to make
           21   sure they understand that label.
           22         They get policy examinations so that they're
           23   clearly making sure they understand how they're conducting
           24   themselves. All these exams -- also the standard at Merck
           25   is you either get an A or it's a failure. So you get 90
      page 329
            1    percent or greater. Anything below a 90 is considered
            2    failed and you either have to redo the test or ultimately
            3    you don't pass that.
            4         They get a lot of training. They get car driver
            5    training to make sure they can drive safely. They get
            6    ethics training based on how the company wants them to
            7    conduct themselves, and that's contained within our
            8    policies and something called values and standards as
            9    well. So this training, you can see it's very
           10   comprehensive.
           11         At that point when they've gone through all
           12   that, the next thing they have to do is sit down with
           13   their business manager. The person that basically hired
           14   them into the company will sit down with them and they'll
           15   take an oral examination, and the manager is going to test
           16   them on any of the topics that I just covered and make
           17   sure through an oral type of examination that the
           18   representative knows what they're doing.
           19         At that point the manager can say okay, I think
           20   you're ready to go out and start representing Merck and
           21   the products that you have out to the physicians that
           22   you'll have responsibility for, and that's when you come
           23   into the second bucket of training.
           24         And what I mean by that is the training is
           25   nonstop. As an example, the manager will ride with the
      page 330
            1    representative once or twice a month, and the manager's
            2    there to make sure that they understand the information,
            3    that they're complying with policy, that they can answer a
            4    physician's questions directly, honestly, truthfully and
            5    as quick as they can so that the physician's satisfied
            6    with the information. So that occurs every single month.
            7         The manager will also conduct about once a
            8    quarter --
```

*Objection: calls for narrative, 401, 402, 403 irrelevant as to general Merck training of representatives*

[330:16] - [331:23]   10/7/2005   James Dunn

```
      page 330
           16        A.  Also the manager conducts routinely about once a
           17   quarter -- once every three months they'll have a district
           18   meeting. And what I mean by that is pull the entire team
           19   of representatives this manager has responsibility for and
           20   they'll have a meeting, and that meeting is training in
           21   nature and they review lots of different things.
           22        They're reviewing the products. They're doing
           23   games to understand that information. They're doing
           24   multiple different formats to understand the information.
```

Issues Report [James Dunn]

- Merck's Counter Designations

*[handwritten right margin: π objection: see previous page]*

```
                      25  So that occurs three to four times a year, maybe sometimes
                      page 331
                      1   even five times a year depending on the product.
                      2        Q.   And you had mentioned the product.  Is there any
                      3   training on the products themselves?  For example, is
                      4   there any training on Vioxx for the representatives who
                      5   had responsibility for Vioxx?
                      6        A.   Absolutely.
                      7        Q.   Can you tell us about what topics the
                      8   representatives were trained on Vioxx?
                      9        A.   Sure.  Prior to Vioxx coming to market, months
                      10  ahead of time before Vioxx got approved the
                      11  representatives were trained up on all the background
                      12  information.
                      13            This was a new disease entity.  We were talking
                      14  about osteoarthritis and acute pain.  We didn't have a
                      15  product like that in the marketplace and we needed to
                      16  train our representatives up on a totally new disease
                      17  area, new types of physicians.
                      18            We were not calling on orthopedic surgeons so
                      19  they had to have training around what an orthopedic
                      20  surgeon is, how they operate on a daily basis.  So they
                      21  have training there and also the physiology and some of
                      22  the alternatives that physicians may consider for
                      23  treatment of pain and osteoarthritis.
```

[347:2] - [350:11]           10/7/2005    James Dunn

*[handwritten right margin: π objection: speculation as to "Merck", compound]*

```
                      page 347
                      2        Q.   And can you tell the jury, did you train -- did
                      3   you or Merck train its representatives to avoid or dodge
                      4   questions from physicians?
                      5        A.   Never.  We never did that.  That's not what
                      6   we're in.  We want to make sure physicians have answers to
                      7   questions.  That's what we want them to have.  At the end
                      8   it benefits us if they have the information so why would
                      9   we dodge it?  We want them to have the information.
                      10       Q.   Even if the questions are -- the answers involve
                      11  safety information?
                      12       A.   Sir, part of our presentation to physicians,
                      13  we're proactively talking about that safety information.
                      14  Physicians routinely have safety questions.  They ask
                      15  safety questions my experience is very frequently and we
                      16  want to make sure that they understand that information.
                      17       Q.   Can you tell the jury what this dodge ball
                      18  exercise is?  While you do that let me provide to you
                      19  another document and ask you to identify that document.
                      20  That we'll mark as Dunn Defendant Exhibit 3.
                      21                 (Dunn Defendant's Exhibit Number 3
                      22                  was marked for identification.)
                      23       A.   Well, the two documents I have in front of me,
                      24  one is the actual game.  The other is the basic training
                      25  leader's guide, and this leader's guide basically points
                      page 348
                      1   out what the rules of the game are.
                      2             Once again, the game is designed with the adult
                      3   learning model in mind and that states that adults like to
                      4   learn in multiple different ways, that the old -- just
                      5   someone up there writing on a chalkboard is not as
                      6   effective as engaging people, especially when it comes to
                      7   memorization.  We have to engage them in different ways.
                      8             So this game right here, dodge ball, was
                      9   designed to help our representatives memorize answers to
                      10  questions.  And the rules are contained right here in this
                      11  document that is entitled Selling Clinics Basic Training
                      12  Leaders Guide, are contained in this document.
                      13       Q.   And can you just briefly summarize the rules of
                      14  this dodge ball game for the jury?
                      15       A.   You bet.  The rules are stated right here on
                      16  page 7.  Basically the rules of the game are -- you know,
```

- **Merck's Counter Designations**

```
17  the outcome is we want representatives to memorize.  And
18  there's a deck of cards.
19           In this exhibit here, the one entitled dodge
20  ball, these are cards.  They're bigger than decks of cards
21  that you're used to playing cards with.  They're bigger
22  than that but they're still a deck of cards.
23           And the rules of the game basically is a
24  representative -- you're going to be in maybe a semicircle
25  group of representatives and a representative will pull a
page 349
1   card, one of these cards from the deck and there's a
2   question on it.  They will read the question to the group
3   and the trainer will ask them to answer the question for
4   the group.
5            If they answer the question accurately, which is
6   the objective of the game, they get a point and they get
7   to sit down.
8            Where dodge comes into it, within this deck of
9   cards there are very few cards that are called dodge.  If
10  one of the representatives that is in this group pulls the
11  dodge card, they get to show it to everyone and they
12  automatically get to sit down and the next person in line
13  has to stand up and pull another one and answer the next
14  question.
15           So basically it's a free pass.  They don't have
16  to answer that particular -- because there is no question
17  on that card, but remember, this is a group training
18  environment and most of the cards are questions that we're
19  actually trying to get them to memorize so they can answer
20  the questions to physicians.
21       Q.  And are there any answers to the questions
22  contained within the dodge ball cards?
23       A.  No, sir.  The trainer has memorized these and
24  we're expecting the representative to have memorized it.
25  That's the objective of the game.  We're not going to ask
page 350
1   the question and put the answer on it because part of the
2   game is you pull it and you're expected to know it.  So
3   that's why the answer is not on here.
4        Q.  Can you tell us -- there's a reference to
5   obstacles in the dodge ball exercise.  What is an
6   obstacle?
7        A.  An obstacle -- it's kind of an industry term.
8   Multiple pharmaceutical companies use the same term, and
9   basically it's a question a physician may have for the
10  representative about a particular product or disease, and
11  they're simply asking a question.
```