Issues Report [Carol Ann Rivas]

• **Merck's Counter Designations**

[313:25] - [314:8]   1/26/2006   Carol Ann Rivas
```
page 313
25                    So physicians asked you what the
page 314
1    VIGOR study meant with respect to the cardiovascular
2    effect aspect?
3         A.    Sure, they would ask something to
4    that effect.
5         Q.    Did -- did Dr. Braun ever ask you
6    that?
7         A.    I don't remember him ever asking
8    that.
```
π obj = irrelevant, this testimony relates to case-specific parties in other litigation

[314:16] - [314:18]   1/26/2006   Carol Ann Rivas
```
page 314
16               Did Dr. Braun ever ask that?
17        A.    I don't remember him ever asking that
18   question.
```
π obj = same