Exhibit A - Avorn June 15, 2006 Deposition Excerpts

• Avorn Supplemental Motion

[1:] - [1:24]          6/15/2006    Avorn, Jerry (Barnett)

```
page 1
    0001
 1                         UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF LOUISIANA
 2                           MDL DOCKET NUMBER: 1657
                                    SECTION L
 3
           In re:  VIOXX PRODUCTS LIABILITY LITIGATION
 4         GERALD BARNETT AND CORRINE BARNETT,
 5                  Plaintiffs,
 6             VS.                       CIVIL ACTION NUMBER:
                                              2:06cv485
 7         MERCK & CO., INC.,
 8                  Defendant.
           -----------------------------------
 9
                              DEPOSITION OF
10
                           JERRY AVORN, M.D.
11
                             June 15, 2006
12                             8:36 a.m.
13                        Sheraton Boston Hotel
                             39 Dalton Street
14                      Boston, Massachusetts 02199
15      Susan A. Romano, Notary Public, Register Merit Reporter and Certified
           Realtime Reporter within and for the Commonwealth of Massachusetts
   15
16
17
18
19
20
21
22
23
24
```

[24:14] - [24:24]      6/15/2006    Avorn, Jerry (Barnett)

```
page 24
14   Q.   What expert reports have you read,
15  sir, that the plaintiffs' lawyers gave you
16  to read?
17   A.   Okay.  To the best of my
18  recollection, there was one from Dr. Ray,
19  there was one from Dr. Kronholz.  I've
20  seen material from Dr. Kronmal.  I don't
21  know that it was in the form of his
22  report per se, but I'm aware of his work
23  in this case.  I've seen the testimony of
24  Dr. Curfman.
```

[25:23] - [26:12]      6/15/2006    Avorn, Jerry (Barnett)

```
page 25
23   Q.   Which expert reports have you
24  reviewed in the Vioxx litigation, Doctor?
page 26
 1   A.   Okay.
 2        MR. TISI:  Reviewed or
 3  presented?  Your original question was,
 4  were you sent any, and then your next
 5  question was which ones you have reviewed.
 6  He may not have reviewed all we sent him.
 7        BY MR. GOLDMAN:
 8   Q.   Reviewed.
```

Exhibit A - Avorn June 15, 2006 Deposition Excerpts

- Avorn Supplemental Motion

```
 9   A.   Right.  Reviewed Dr. Ray's,
10   reviewed Dr. Kromholz's, and reviewed
11   material from Dr. Kronmal, but not -- I
12   don't believe the report itself.
```

[31:8] - [31:21]      6/15/2006     Avorn, Jerry (Barnett)

```
page 31
 8   Q.   What material of Dr. Kronmal's did
 9   you review?
10   A.   Analyses of data, as I recall,
11   particularly related to the Alzheimer's
12   study, in terms of the outcomes in that
13   trial -- in those trials.
14   Q.   Are you relying on anything Dr.
15   Kronmal prepared in your opinions?
16   A.   Yes.
17   Q.   What are you relying on?
18   A.   The analyses.  And they were the
19   most -- they were reflected in Dr. Ray's
20   expert opinion as well of Dr. Kronmal's
21   analyses of the Alzheimer's data.
```

[428:1] - [429:1]      6/15/2006     Avorn, Jerry (Barnett)

```
page 428
 1              CERTIFICATE
 2         COMMONWEALTH OF MASSACHUSETTS
 3              SUFFOLK SS.
 4    I, SUSAN A. ROMANO, Certified Shorthand
 5   Reporter No. 119393, Registered Merit
 6   Reporter and Notary Public in and for the
 7   Commonwealth of Massachusetts, do hereby
 8   certify that the witness whose deposition
 9   is hereinbefore set forth, was duly sworn
10   and that such deposition is a true record
11   of the testimony given by the witness.
12    I further certify that I am neither
13   related to or employed by any of the
14   parties in or counsel to this action, nor
15   am I financially interested in the outcome
16   of this action.
17    In witness whereof, I have hereunto set
18   my hand and seal this 19TH day of June
19   2006.
20   .
21   .
22
23
24     Susan A. Romano, Notary Public
page 429
 1     My commission expires April 21, 2006
```

Exhibit B - Avorn June 16, 2006 Deposition Excerpts

• Avorn Supplemental Motion

[433:1] - [433:24]   6/16/2006   Avorn, Jerry v.2 (Barnett)

```
page 433
 1                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA
 2                          MDL DOCKET NUMBER:  1657
                                 SECTION L
 3
         In re:  VIOXX PRODUCTS LIABILITY LITIGATION
 4       GERALD BARNETT AND CORRINE BARNETT,
 5              Plaintiffs,
 6          VS                             CIVIL ACTION NUMBER:
                                           2:06cv485
 7       MERCK & CO., INC.,
 8              Defendant.
         ---------------------------------
 9
                            CONTINUING DEPOSITION OF
10
                            JERRY AVORN, M.D.
11
                                 VOLUME II
12
                                 June 16, 2006
13                               8:38 a.m.
14                          Sheraton Boston Hotel
                                 39 Dalton Street
15                          Boston, Massachusetts
16     Laurie J. Driggers, Notary Public, Certified Shorthand Reporter, Realtime
Professional Reporter
17     and Certified Realtime Reporter within and for the Commonwealth of Massachusetts
18
19
20
21
22
23
24
```

[454:10] - [455:21]   6/16/2006   Avorn, Jerry v.2 (Barnett)

```
page 454
10   A.   I have, indeed, read Dr. Ray's
11 report --
12   Q.   Mm-hmm.
13   A.   -- and been impressed by it.  And
14 I believe that my awareness of Dr.
15 Kronmal's analysis of the Alzheimer's data
16 was as it was reported in Dr. Ray's
17 report, as well as -- I think that was my
18 primary awareness of Dr. Kronmal's data.
19        So, yes, I did read it.  I did
20 take it seriously, and it did inform me
21 about the Kronmal evaluation of the
22 Alzheimer data.
23   Q.   As I understand your testimony, Dr.
24 Avorn, you are relying on a portion of Dr.
page 455
 1 Ray's expert report where he describes an
 2 analysis that was conducted by another
 3 plaintiff's expert witness, Dr. Kronmal?
 4   A.   That's correct.
 5   Q.   I'm right, though, sir, that you
 6 don't identify and the plaintiffs' lawyers
 7 in this case didn't identify either Dr.
 8 Ray's report or Dr. Kronmal's report on
 9 the list of materials you considered in
10 forming your opinions?
11   A.   Okay.  The list was prepared by
12 plaintiffs' counsel, and --
```

Exhibit B - Avorn June 16, 2006 Deposition Excerpts

• Avorn Supplemental Motion

```
13  Q.  I can represent to you I've looked
14  at it, and there's no reference to Dr. Ray
15  or Dr. Kronmal.
16  A.  No, I understand that. But I'm
17  saying having not prepared this list, I'm
18  telling you that I did read and believe
19  Dr. Ray's expert testimony. And if it was
20  not listed as a report transmitted to me,
21  I think that was an omission by counsel.
```

[504:21] - [505:7]    6/16/2006    Avorn, Jerry v.2 (Barnett)

```
page 504
21  Q.  What are you relying on for your
22  opinion that there was an increase in
23  mortality between Vioxx and placebo in the
24  Alzheimer's trials, sir?
page 505
1   A.  I honestly can't remember what the
2   source was, but I believe that they were
3   sources apart from Dr. Ray and Dr. Kronmal
4   in the reporting of the mortality data
5   from the Alzheimer's studies. And I
6   simply can't remember where I got that
7   from.
```

[771:1] - [771:24]    6/16/2006    Avorn, Jerry v.2 (Barnett)

```
page 771
1        COMMONWEALTH OF MASSACHUSETTS
2
3    I, LAURIE J. DRIGGERS, a Certified
4   Shorthand Reporter and Notary Public in
5   and for the Commonwealth of Massachusetts,
6   do hereby certify that the witness whose
7   deposition is hereinbefore set forth, was
8   duly sworn and that such deposition is a
9   true record of the testimony given by the
10  witness.
11   I further certify that I am neither
12  related to or employed by any of the
13  parties in or counsel to this action, nor
14  am I financially interested in the outcome
15  of this action.
16   In witness whereof, I have hereunto set
17  my hand and seal this    day of
18  2006.
19
20
21
22     Laurie J. Driggers, CSR, RPR, CRR
23  Notary Public
24  My commission expires October 16, 2009
```