UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 06-0485<br><br>GERALD D. BARNETT<br><br>            Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>            Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**Merck & Co., Inc.'s Notice of**<br>**Filing Deposition Testimony** |

TO:      Mark P. Robinson, Jr.
            Robinson, Calcagnie & Robinson
            620 Newport Center Drive, 7th Floor
            Newport Beach, CA 92660

            Andrew Birchfield
            Leigh O'Dell
            Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
            218 Commerce Street
            Montgomery, AL 36104

                and

            Russ Herman
            Herman, Herman, Katz & Cotlar, LLP
            Place St. Charles
            201 St. Charles Avenue, Office 4310
            New Orleans, LA 70170

Merck hereby submits its affirmatively designated deposition testimony for Ms. Corinne Barnett (Ex. A), Dr. Curtis Bryan (Ex. B), Dr. Stephen Epstein (Ex. C), Dr. Mark Karavan (Ex. D), Dr. Michael McCaffrey (Ex. E), and Dr. Michael Mikola (Ex. F). The transcripts reflect Plaintiff's counter-designations, if any, for each witness, and each party's objections to the affirmatively designated or counter-designated testimony. Merck also includes its responses to Plaintiff's objections. Merck's affirmative designations are in blue, and the Plaintiff's counter-designations are in red. For three of these witnesses (Bryan, Epstein and McCaffrey), Merck has made certain "conditional" affirmative designations, which appear in green. Merck may play these conditional designations at trial, but Merck will make that determination after certain evidentiary rulings of the Court as well as certain decisions by Plaintiff.

None of these witnesses were designated in the *Plunkett* case, and therefore the Court has not yet ruled on any of these objections.

Plaintiff also filed affirmative designations for Dr. Bryan, Dr. Epstein, Dr. Karavan, Dr. McCaffrey, and Dr. Mikola. Those designations are not included here. Neither the Plaintiff nor Merck are submitting today a complete transcript (one that includes affirmatives, counters and objections from both sides) for any of these five witnesses. The parties have discussed this issue, and will finalize their plans to get the Court the complete transcript when they meet for the hearing on June 28. Therefore Merck asks the Court to delay ruling on the designations for these five witnesses until the parties send the Court a complete transcript for each witness.

Merck is submitting a complete transcript for Ms. Corinne Barnett (Merck's affirmatives as well as Plaintiff's counters and objections). Plaintiff, however, has represented to Merck that Ms. Barnett will be called as a live witness at trial, and therefore deposition designations are not needed. Therefore Merck asks the Court to delay making any rulings on the designations for Ms.

Barnett.  If the Plaintiff does not call Ms. Barnett as a live witness, Merck will then ask the Court to rule on the deposition designations it prepared for her.

Dated:  June 23, 2006                                                     Respectfully submitted,

/s Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60601
Phone: 312-494-4400
Fax:     312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Notice of Filing Deposition Testimony** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 23rd day of June, 2006.

*/s/ Dorothy H. Wimberly*

816416v.1