# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** | |
| **PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657** |
| **This document relates to**<br>**Case No.  06-0485** | **SECTION L** |
| | **JUDGE FALLON** |
| **GERALD D. BARNETT** | **MAGISTRATE JUDGE KNOWLES** |
| Plaintiff, | **Merck & Co., Inc.'s Notice of Filing Deposition**<br>**Testimony of Corinne Barnett** |
| **v.** | |
| **MERCK & CO., INC.,** | **Exhibit A** |
| Defendant. | |

Merck hereby submits the following deposition testimony of Corinne Barnett for the Court's consideration and pre-trial rulings:

1.      Merck's Affirmative Designations with Plaintiff's Objections, and Merck's Responses;

2.      Plaintiff's Counter-Designations.

Merck's Affirmative Designations appear in blue, while Plaintiff's Counter-Designations appear in red.

Merck is submitting a complete transcript for Ms. Corinne Barnett.  Plaintiff, however, has represented to Merck that Ms. Barnett will be called as a live witness at trial, and therefore deposition designations are not needed.  Therefore Merck asks the Court to delay making any rulings on the designations for Ms. Barnett.  If the Plaintiff does not call Ms. Barnett as a live witness, Merck will then ask the Court to rule on the deposition designations it prepared for her.

**Gerald Barnett v. Merck & Co., Inc.**
**Deposition Designations of Corinne Barnett**
**Defendant's Designations are Blue.  Plaintiff's Counter Designations are Red**

| | **Objections/Responses in Barnett** |
|---|---|

Plaintiff asserts a general objection to any deposition designations for Mrs. Barnett.
She will be testifying live at trial and, therefore, deposition designations are not necessary.

| | | |
|---|---|---|
| **4:1** - **4:3** | Barnett C 20060504.ctx | |
| 4: 1 | Q.  Okay.  Mrs. Barnett, have you ever been | |
| 4: 2 | deposed before? | |
| 4: 3 | A.  No. | |
| **10:14** - **10:15** | Barnett C 20060504.ctx | |
| 10: 14 | Q.  And are you currently employed? | Pltf Obj: 401, 402 - irrelevant. |
| 10: 15 | A.  No. | Def Resp:  Background information. |
| **12:7** - **12:10** | Barnett C 20060504.ctx | |
| 12: 7 | Q.  So was your last job the First Union | Pltf Obj:  401, 402 - irrelevant. |
| 12: 8 | Construction Lending job that you had from 1987 | Def Resp:  Background information. |
| 12: 9 | 1994? | |
| 12: 10 | A.  Yeah. | |
| **12:11** - **12:13** | Barnett C 20060504.ctx | |
| 12: 11 | Q.  And your husband was employed by the | |
| 12: 12 | FBI for 27 years or so? | |
| 12: 13 | A.  Yes. | |
| **13:19** - **14:5** | Barnett C 20060504.ctx | |
| 13: 19 | Q.  How would you describe your husband's | Pltf Obj:  Lack of foundation; calls for |
| 13: 20 | work while he was an FBI agent? | speculation; vague and ambiguous as to |
| 13: 21 | A.  Long hours and a lot of paperwork | "dangerous"; 401/402 - irrelevant. |
| 13: 22 | and -- | Def Resp:  The vague and ambiguous |
| 13: 23 | Q.  Did he have some dangerous assignments? | objections were waived because not |
| 13: 24 | A.  He had a couple. | asserted at the deposition  This is the |
| 13: 25 | Q.  I know that he told us that he did some | Plaintiff's wife, so she has foundation |
| 14: 1 | counterintelligence work -- | to respond.  Relevant because it |
| 14: 2 | A.  Yes. | relates to Mr. Barnett's stress level. |
| 14: 3 | Q.  -- and some terrorism work. | |
| 14: 4 | A.  Yes. | |
| 14: 5 | Q.  That's sort of dangerous, right? | |
| **14:8** - **14:20** | Barnett C 20060504.ctx | |
| 14: 8 | A.  Oh, yes. | |
| 14: 9 | Q.  Did he do any organized crime or work | Pltf Obj:  Lacks foundation; calls for |
| 14: 10 | on kidnappings, things like that? | speculation.  Compound question; 401, |
| 14: 11 | A.  Yes, he did. | 402 - irrelevant.  If testimony is allowed |
| 14: 12 | Q.  Search for fugitives sometimes -- | lines 21-24 needed for completeness. |
| 14: 13 | A.  Yes. | Def Resp:  Compound objection was |

| | | **Objections/Responses in Barnett** |
|---|---|---|
| 14: 14 | Q.  -- and break into places and track | waived.  Wife can testify about what her |
| 14: 15 |       people down? | husband did.  Relevant to Mr. Barnett's |
| 14: 16 | A.  Yes. | stress level. |
| 14: 17 | Q.  Was that stressful for you? | |
| 14: 18 | A.  Yes. | |
| 14: 19 | Q.  Did you fear for his life at times? | |
| 14: 20 | A.  Oh, yes. | |

**14:21  -  14:24**      Barnett C 20060504.ctx

| 14: 21 | Q.  A lot? |
|---|---|
| 14: 22 | A.  No, not -- not too much because I know |
| 14: 23 |       he was very competent and -- I wish I wasn't so |
| 14: 24 |       nervous. |

**15:5  -  15:16**      Barnett C 20060504.ctx

| | | |
|---|---|---|
| 15: 5 | THE WITNESS:  Okay.  Now, what was the | Pltf Obj:  Irrelevant |
| 15: 6 |       question? | |
| 15: 7 | BY MR. HILL: | |
| 15: 8 | Q.  Sure, I asked did you ever fear for his | Pltf Obj:  Asked and answered. |
| 15: 9 |       life? | Def Resp:  The witness asked for it to be |
| 15: 10 | A.  Yes, I did. | repeated. |
| 15: 11 | Q.  And was it a stressful job for him? | Pltf Obj:  Lack of foundation; call for |
| 15: 12 | A.  I believe it was. | speculation; 401, 402-irrelevant. |
| 15: 13 | Q.  Do you know if he ever feared for his | Def Resp:  Mr. Barnett's wife can |
| 15: 14 |       life? | testify about his stress level. |
| 15: 15 | A.  I don't think he'd ever admit it, but I | |
| 15: 16 |       think he probably did at times. | |

**20:1  -  20:10**      Barnett C 20060504.ctx

| 20: 1 | Q.  I want to talk a little bit about your |
|---|---|
| 20: 2 |       husband's medical history now.  Since you all |
| 20: 3 |       to South Carolina, would you typically go to your |
| 20: 4 |       husband's doctors' visits with him? |
| 20: 5 | A.  The only -- not really.  The only time |
| 20: 6 |       I did is when -- after he had his heart attack, he |
| 20: 7 |       was not supposed to drive for three weeks so I |
| 20: 8 |       him.  I drove him to those doctor appointments, |
| 20: 9 |       as a rule, I really didn't go with him on the |
| 20: 10 |       others unless he needed me to drive. |

**20:11  -  20:14**      Barnett C 20060504.ctx

| 20: 11 | Q.  For those doctor visits where you did |
|---|---|
| 20: 12 |       not go, would you usually discuss the doctor's |
| 20: 13 |       visit with your husband after he got home? |
| 20: 14 | A.  Not really. |

| | | Objections/Responses in Barnett |
|---|---|---|
| **20:18 - 21:10** | Barnett C 20060504.ctx | |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 20: 18 | Q. | Sure.  What are some of the -- sort of | Pltf Obj:  Lack of foundation; calls for |
| 20: 19 | | the major health problems your husband's had in | speculation; calls for expert medical |
| 20: 20 | | last ten years? | opinion outside the scope of the |
| 20: 21 | A. | Well, he has acid -- like acid reflux | witness' knowledge; 401, 402-irrelevant. |
| 20: 22 | | and neck and back problems and he tries to keep | Def Resp: Mr. Barnett's health is |
| 20: 23 | | the best shape he can.  You see, he walks | relevant.  His wife can testify about the |
| 20: 24 | | daily, you know, a couple miles and -- I can't | health problems she is aware of. |
| 20: 25 | | think of... | |
| 21: 1 | Q. | Has your husband ever told you that he | |
| 21: 2 | | has high cholesterol? | |
| 21: 3 | A. | I think so. | |
| 21: 4 | Q. | Do you remember when he first told you | |
| 21: 5 | | that he had high cholesterol? | |
| 21: 6 | A. | No. | |
| 21: 7 | Q. | Roughly? | Pltf Obj:  Calls for speculation; lacks |
| 21: 8 | A. | A number of years ago. | foundation; 401, 402 - irrelevant. |
| 21: 9 | Q. | More than five? | Def Resp: Relevant, and asking for a date |
| 21: 10 | A. | Probably. | is not "calling for speculation." |

| **23:1 - 23:13** | Barnett C 20060504.ctx | | |
|---|---|---|---|
| 23: 1 | Q. | Your husband's neck and back pain, has | Pltf Obj:  Lacks foundation; calls for |
| 23: 2 | | that been pain that has been going on for quite | speculation; 401, 402 - irrelevant. |
| 23: 3 | | some time? | Def Resp:  Mr. Barnett's pain, which is |
| 23: 4 | A. | Ever since I think it was like 1978 and | the reason he took Vioxx, is relevant. |
| 23: 5 | | we were in a car accident, someone had rear- | |
| 23: 6 | | us, and I think that's when it basically started to | |
| 23: 7 | | my knowledge. | |
| 23: 8 | Q. | Since that time in 1978 after the car | |
| 23: 9 | | wreck, your husband's had periods where his neck | |
| 23: 10 | | and back bother him? | |
| 23: 11 | A. | Oh, yeah. | |
| 23: 12 | Q. | Has it been consistent since 1978? | |
| 23: 13 | A. | Yes. | |

| **23:24 - 24:12** | Barnett C 20060504.ctx | | |
|---|---|---|---|
| 23: 24 | | question got a little muddled.  So since the time | Pltf Obj:  Asked and answered; lack of |
| 23: 25 | | in 1978 when you and your husband were in a car | foundation; calls for speculation;  vague |
| 24: 1 | | wreck, has your husband's neck and back pain | and ambiguous. |
| 24: 2 | | something that has occurred constantly over that | Def Resp: The vague, ambiguous, and |
| 24: 3 | | time? | asked and answered objections were |
| 24: 4 | A. | Yes.  He seems to always be in a little | waived.  His wife can appropriately |
| 24: 5 | | bit of pain. | testify about these issues. |
| 24: 6 | Q. | How does he describe the pain that he's | |

| | | Objections/Responses in Barnett |
|---|---|---|
| | 24: 7      in, his neck and back pain? | |
| | 24: 8   A. Mostly a heavy ache, you know, just an | |
| | 24: 9      aching.  And when he wants, you know, I'll have to, | |
| | 24: 10      you know, press my thumb or -- you know, just to | |
| | 24: 11      kind of relieve some of the -- the pain he's | |
| | 24: 12      having. | |
| **24:13 - 24:15** | Barnett C 20060504.ctx | |
| | 24: 13   Q. Are there times that his neck and back | Pltf Obj:  Lacks foundation; calls for |
| | 24: 14      pain is pretty intense? | speculation;; 401, 402-irrelevant. |
| | 24: 15   A. Yeah. | Def Resp:;  His pain is relevant because |
| **24:22 - 25:11** | Barnett C 20060504.ctx | it is why he took Vioxx.  His wife can |
| | 24: 22   Q. Are there times that your husband can't | testify about. |
| | 24: 23      do all the things he wants to do because of his | |
| | 24: 24      neck and back pain? | |
| | 24: 25   A. Yeah.  I mean yes. | |
| | 25: 1   Q. How would you say that his neck -- your | |
| | 25: 2      husband's neck and back pain has affected the | |
| | 25: 3      quality of his life? | |
| | 25: 4   A. I'd say it's definitely affected it. | |
| | 25: 5      There's things he probably would want to -- like to | |
| | 25: 6      do, but, you know, because of the pain, he can't, | |
| | 25: 7      like skiing or, you know, some outdoor activities. | |
| | 25: 8   Q. So there's certain physical activity | Pltf Obj:  also, misstates the witness' |
| | 25: 9      that your husband can't do because of his neck | testimony, assumes facts not in evidence. |
| | 25: 10      back pain? | Def Resp:  waived |
| | 25: 11   A. Right.  Correct. | |
| **25:16 - 25:19** | Barnett C 20060504.ctx | Pltf Obj: Lack of foundation; calls for speculation |
| | 25: 16   Q. Are there times that your husband | 401, 402-irrelevant; 403-waste of time: |
| | 25: 17      hasn't been able to play golf because of his neck | Def Resp: Relevant because Mr. Barnett's level of |
| | 25: 18      and back pain? | pain relates to his use of Vioxx. Also, Merck is not |
| | 25: 19   A. Yeah.  I mean yes. | going to respond to each of Plaintiff's "waste of time" |
| **25:22 - 26:4** | Barnett C 20060504.ctx | objections. Merck believing its designations are |
| | 25: 22   Q. Are there times that your husband has | important and not a waste of time. |
| | 25: 23      had to sleep in a chair because of his neck and | Pltf: Obj:  Lack of foundation; calls for speculation |
| | 25: 24      back pain? | as to why he slept in the chair; 401, 402; 403-waste |
| | 25: 25   A. Yes, definitely. | of time. |
| | 26: 1   Q. How often has your husband had to sleep | Def Resp: Barnett's pain issues are relevant, |
| | 26: 2      in a chair because of his neck and back pain? | his wife does not have to speculate. |
| | 26: 3   A. Oh, he had to -- he was sleeping in a | |
| | 26: 4      recliner for a couple years. | |
| **26:5 - 26:9** | Barnett C 20060504.ctx | |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| | 26: 5 | Q.  Do you remember when that was when your | Pltf Obj: Lack of foundation; calls for |
| | 26: 6 | husband was sleeping in a recliner because of his | speculation; compound; assumes facts |
| | 26: 7 | pain? | not in evidence. |
| | 26: 8 | A.  Well, it was before we got our -- a bed | Def Resp: Barnett's pain issues are |
| | 26: 9 | that -- what do you -- what do you -- | relevant, his wife does not have to speculate. |

**26:13  -  27:1**          Barnett C 20060504.ctx

| | 26: 13 | Q.  Hospital bed? | |
| | 26: 14 | A.  Yeah, hospital bed. | |
| | 26: 15 | Q.  Do you remember when you got that | |
| | 26: 16 | hospital bed? | |
| | 26: 17 | A.  Let's see, a couple years ago.  Two or | |
| | 26: 18 | three years ago. | |

| | 26: 19 | Q.  And prior to that time when you got the | Pltf Obj:  Asked and answered, lack of |
| | 26: 20 | hospital bed, he was sleeping -- your husband was | foundation, calls for speculation; |
| | 26: 21 | sleeping in a recliner because of the pain, is that | cumulative; 401,402-irrelevant; 403- |
| | 26: 22 | correct? | waste of time: |
| | 26: 23 | A.  Right, yes.  He had to be kind of | Def Resp: Barnett's pain issues are |
| | 26: 24 | upright and that was the only thing that, you | relevant, his wife does not have to |
| | 26: 25 | know -- the only -- I mean, a normal chair wouldn't | speculate. |
| | 27: 1 | do it so he had to do that. | |

**27:7  -  27:17**          Barnett C 20060504.ctx

| | 27: 7 | Q.  Have there been times when your husband | Pltf Obj:  Lack of foundation; calls for |
| | 27: 8 | because of the neck and back pain has had | speculation as to why he had trouble; |
| | 27: 9 | getting up out of chairs or trouble moving around? | compound; assumes facts; 401, 402- |
| | 27: 10 | A.  Yes.  I have to help him out of the | irrelevant; 403-waste of time. |
| | 27: 11 | recliner on occasion. | Def Resp:  Barnett's pain issues are |
| | 27: 12 | Q.  How frequently would you have to help | relevant, his wife does not have to |
| | 27: 13 | your husband out of the recliner because of his | speculate. |
| | 27: 14 | neck and back pain? | |
| | 27: 15 | A.  Well, three-quarters of the time I'd | |
| | 27: 16 | say I had to kind of help him out, you know, at | |
| | 27: 17 | least just give him a -- you know, a support. | |

**27:18  -  28:10**          Barnett C 20060504.ctx

| | 27: 18 | Q.  Has your husband tried a lot of | |
| | 27: 19 | different medications to treat his neck and back | |
| | 27: 20 | pain? | |
| | 27: 21 | A.  I know he was taking Feldene and other | |
| | 27: 22 | than that, I -- I'm kind of iffy on what | |
| | 27: 23 | medications, you know, he takes. | |
| | 27: 24 | Q.  Has he taken over-the-counter medicine | |
| | 27: 25 | for his neck and back pain? | |
| | 28: 1 | A.  Probably some aspirin or Tylenol, | |

| | | **Objections/Responses in Barnett** |
|---|---|---|
| 28: 2 | something like that. | |
| 28: 3 | Q.   And he was taking Vioxx for his neck | |
| 28: 4 | and back pain too? | |
| 28: 5 | A.   Yes. | |
| 28: 6 | Q.   How did the Feldene work on the pain? | |
| 28: 7 | A.   I think it was -- it was tolerable | |
| 28: 8 | where it made him feel better. | |
| 28: 9 | Q.   So the Feldene made his pain tolerable? | |
| 28: 10 | A.   Yeah. | |

| **28:11** | **-** | **28:16** | Barnett C 20060504.ctx | |
|---|---|---|---|---|

| | | |
|---|---|---|
| 28: 11 | Q.   How did the Vioxx work on his back and | Pltf Obj:  Lack of foundation; calls for |
| 28: 12 | neck pain? | speculation; calls for expert medical |
| 28: 13 | A.   About like the Feldene. | opinion.  If this testimony is allowed, |
| 28: 14 | Q.   It made the pain tolerable, it made it | lines 27:18-28 needed for completeness. |
| 28: 15 | so that he could -- made him feel better? | Def Resp:  Barnett's pain issues are |
| 28: 16 | A.   Yeah. | relevant, his wife does not have to speculate. |

| **28:17** | **-** | **29:2** | Barnett C 20060504.ctx | |
|---|---|---|---|---|

| | | |
|---|---|---|
| 28: 17 | Q.   How about the over-the-counter | Pltf Obj:  Calls for speculation; lack of |
| 28: 18 | medicines like Tylenol or aspirin, how did they | foundation; calls for expert medical |
| 28: 19 | help his neck or back pain? | opinion; 401, 402-irrelevant; 403-waste |
| 28: 20 | A.   They're just short-time -- short-term | of time. |
| 28: 21 | relief of, you know, like when you have a | Def Resp:  Barnett's pain issues are |
| 28: 22 | take an aspirin and you get a little bit of relief. | relevant, his wife does not have to speculate. |
| 28: 23 | Q.   Is it fair to say that the | |
| 28: 24 | over-the-counter drugs weren't as good as the | |
| 28: 25 | Feldene or the Vioxx for the back pain and the | |
| 29: 1 | pain? | |
| 29: 2 | A.   I think that's fair to say. | |

| **29:3** | **-** | **29:7** | Barnett C 20060504.ctx | |
|---|---|---|---|---|

| | | |
|---|---|---|
| 29: 3 | Q.   Has your husband tried other remedies | Pltf Obj:  401, 402 - irrelevant; calls for |
| 29: 4 | for his neck and back pain like physical therapy? | speculation as to why he got that therapy; |
| 29: 5 | A.   Yeah, and I don't know to what extent. | 403-waste of time. |
| 29: 6 | I know he was going to like a -- I guess it would | Def Resp:  Barnett's pain issues are relevant, |
| 29: 7 | be a massage type of thing. | his wife does not have to speculate. |

| **29:20** | **-** | **29:25** | Barnett C 20060504.ctx | |
|---|---|---|---|---|

| | | |
|---|---|---|
| 29: 20 | Q.   How about acupuncture, has your husband | Pltf Obj:  401, 402, irrelevant; 403-waste of |
| 29: 21 | tried acupuncture -- | time; calls for speculation as to why he got |
| 29: 22 | A.   I believe he did. | acupuncture.  If testimony is allowed, lines |
| 29: 23 | Q.   -- for back and neck pain?  When did he | 30:1-3 needed for completeness. |
| 29: 24 | try the acupuncture? | Def Resp: Barnett's pain issues are relevant, |
| 29: 25 | A.   When?  Couple years ago. | his wife does not need to speculate. |

**Objections/Responses in Barnett**

**30:1    -    30:3**    Barnett C 20060504.ctx

30: 1    Q.  How did the acupuncture work for his
30: 2        neck and back pain?
30: 3    A.  I think it gave him relief.

**30:6    -    30:25**    Barnett C 20060504.ctx

30: 6    Q.  We talked briefly earlier about what
30: 7        your husband and you had discussed about high
30: 8        cholesterol.  Do you remember that?
30: 9    A.  Um-hum.  I mean yes.
30: 10    Q.  Have you been aware what your husband
30: 11        has done to try to control his cholesterol level?
30: 12    A.  What he has --
30: 13    Q.  What he's done in terms of diet or
30: 14        exercise.  Has your husband taken active steps to
30: 15        try to control his cholesterol?
30: 16    A.  Oh, yes, he really watches his diet and
30: 17        fat intake.  He's very kind of religious about his
30: 18        diet.
30: 19    Q.  When did your husband become religious
30: 20        about his diet, how long has it been?
30: 21    A.  Well, it's been awhile.  It was before
30: 22        the heart attack, actually, and he just said, you
30: 23        know, I got to watch what I eat and I got to
30: 24        watch -- you know, I got to do my exercises, I got
30: 25        to walk and -- and he dances too.

**31:23    -    31:24**    Barnett C 20060504.ctx

| | Pltf Obj: 401, 402-irrelevant.  If allowed lines 31:25-32:1 needed for completeness. |
| 31: 23    Q.  Does your husband drink alcohol? | |
| 31: 24    A.  He drinks some red wine. | Def Resp:  Barnett's alcohol consumption is relevant. |

**31:25    -    32:1**    Barnett C 20060504.ctx

31: 25    Q.  About how many glasses --
32: 1    A.  His doctor told him to.

**32:2    -    32:5**    Barnett C 20060504.ctx

| | Pltf Obj:  401, 402 - irrelevant; calls for speculation. |
| 32: 2    Q.  About how many glasses a week of red | |
| 32: 3        wine would you say your husband drinks? | |
| 32: 4    A.  Oh, I think he drinks like one glass of | Def Resp:  Barnett's alcohol consumption |
| 32: 5        red wine a night. | is relevant. |

**32:17    -    32:21**    Barnett C 20060504.ctx

| | Pltf Obj:  Overbroad; calls for speculation; lack of foundation; 401, 402-irrelevant; 403-waste of time. |
| 32: 17    Q.  From, say, the mid 1990s up until 2000, | |
| 32: 18        how often would your husband drink alcohol? | |
| 32: 19    A.  Well, not much, just like a glass of | Def Resp:  Barnett's alcohol consumption |
| 32: 20        red wine and, you know, if he was out dancing, | |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| | 32: 21 | maybe have a couple -- two glasses of wine. | is relevant. |
| **33:19** - **33:20** | | Barnett C 20060504.ctx | |
| | 33: 19 | Q.  Has your husband ever smoked? | |
| | 33: 20 | A.  No. | |
| **34:12** - **34:21** | | Barnett C 20060504.ctx | |
| | 34: 12 | Q.  Sure.  How about from the time your | |
| | 34: 13 | husband retired, the start of 1999 through the time | |
| | 34: 14 | of the heart attack, how would you describe his | |
| | 34: 15 | diet? | |
| | 34: 16 | A.  Well, he's always been pretty | |
| | 34: 17 | controlled on his diet so I would say things he -- | |
| | 34: 18 | he might have had a little more candy or stuff like | |
| | 34: 19 | that than -- than he does like now or -- but | |
| | 34: 20 | he's -- he's always been very controlled on what | |
| | 34: 21 | puts in his body.  Is that fair to say? | |
| **35:20** - **35:23** | | Barnett C 20060504.ctx | |
| | 35: 20 | Q.  Does your husband eat many fried foods? | Def Obj:  Incomplete without 35:24-36:4. |
| | 35: 21 | A.  Rarely.  That was one of the things | |
| | 35: 22 | that if he has something, it's usually baked or | |
| | 35: 23 | broiled but very rarely fried foods. | |
| **37:22** - **38:1** | | Barnett C 20060504.ctx | |
| | 37: 22 | Q.  Do you remember why your husband first | Pltf Obj:  Calls for speculation; lack of |
| | 37: 23 | started using Vioxx? | foundation; calls for medical opinion. |
| | 37: 24 | A.  To ease the pain. | Def Resp:  Mr. Barnett's wife has foundation |
| | 37: 25 | Q.  To ease his neck and back pain? | to answer these questions. |
| | 38: 1 | A.  Yes, his neck and back pain. | |
| **40:18** - **41:6** | | Barnett C 20060504.ctx | |
| | 40: 18 | Q.  Did you ever see any samples of Vioxx | |
| | 40: 19 | at your house? | |
| | 40: 20 | A.  No. | |
| | 40: 21 | Q.  Did you ever see your husband taking | |
| | 40: 22 | any samples of Vioxx? | |
| | 40: 23 | A.  Well, when you say sample, you mean | |
| | 40: 24 | just something that the doctor gave you?  No. | |
| | 40: 25 | Q.  It didn't come with a prescription, you | |
| | 41: 1 | know, it came out of a little package rather than a | |
| | 41: 2 | bottle. | |
| | 41: 3 | A.  No, I don't recall that.  All I recall | |
| | 41: 4 | is his little bottles and he puts them in his | |
| | 41: 5 | little pill, you know, daily so he doesn't forget | |
| | 41: 6 | what day it is. | |

| | **Objections/Responses in Barnett** |
|---|---|

**42:4   -   42:19**          Barnett C 20060504.ctx

42: 4    Q.  And when you told me that he -- that
42: 5         your husband took Vioxx once a day, how do you
42: 6         that he took it once a day?
42: 7    A.  Well, I'd see him sitting at the
42: 8         kitchen table opening his pills and the Vioxx was
42: 9         in his pill form, in his, you know, Monday through
42: 10        Friday-type thing, and he was always filling that
42: 11        up every day and so --
42: 12   Q.  So you assume he took it every day, but
42: 13        you didn't actually see every day?
42: 14   A.  Well, I saw him taking pills.
42: 15   Q.  Every day?
42: 16   A.  Every day, yeah.
42: 17   Q.  But you didn't know --
42: 18   A.  He was pretty religious on taking what
42: 19        he's supposed to be taking.

**43:9   -   43:11**          Barnett C 20060504.ctx

| | |
|---|---|
| 43: 9    Q.  So you know your husband took Vioxx for<br>43: 10        at least four years? | Pltf Obj:  Calls for speculation; lack of<br>foundation. |
| 43: 11   A.  At least. | Def Resp:  Does not call for speculation. |

**43:14   -   44:7**          Barnett C 20060504.ctx

| | |
|---|---|
| 43: 14   Q.  Do you know why he took Vioxx for all<br>43: 15        those years?<br>43: 16   A.  For the pain.<br>43: 17   Q.  And did it work to reduce his neck and<br>43: 18        back pain?<br>43: 19   A.  I believe it did.  Otherwise, he<br>43: 20        wouldn't -- he wouldn't have stuck with it.<br>43: 21   Q.  Was your husband able to do things when<br>43: 22        he was taking Vioxx that he wouldn't have been<br>43: 23        to do without it?<br>43: 24   A.  Yeah, I think it made him feel a little<br>43: 25        better, you know, so he could do his daily walks<br>44: 1         and, you know -- otherwise, if it -- if it didn't,<br>44: 2         I don't believe he'd -- he would have continued<br>44: 3         taking something that wasn't helping him out.<br>44: 4    Q.  Did taking the Vioxx help your husband<br>44: 5         do some of his recreational activities like play<br>44: 6         golf or lift weights or go walking?<br>44: 7    A.  Well, probably.  He doesn't lift | Pltf Obj:  Lack of foundation; calls for<br>speculation; calls for expert medical opinion;<br>cuts off witness' response - her last answer<br>continues without objection from counsel and<br>should be included for completeness.<br><br>Def Resp:  This does not call for medical<br>opinion.  This is Mr. Barnett's wife and<br>she can testify about this subject. |

**44:7   -   44:11**          Barnett C 20060504.ctx

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| | 44: 7 | A. Well, probably.  He doesn't lift | |
| | 44: 8 | weights though that I know of.  He goes to the -- | |
| | 44: 9 | he goes to the gym and does some, you know, | |
| | 44: 10 | stuff, but I -- I don't know what exactly he does | |
| | 44: 11 | at the gym because I didn't -- I don't go with him. | |
| **44:12  -  44:22** | | Barnett C 20060504.ctx | |
| | 44: 12 | Q. Did the Vioxx help him go to the gym | Pltf Obj:  Calls for expert medical opinion; |
| | 44: 13 | and do the workout stuff? | calls for speculation; lack of foundation. |
| | 44: 14 | A. I believe to some extent, yes. | Def Resp:  This does not call for medical |
| | 44: 15 | Q. Do you think the Vioxx helped him when | opinion.  This is Mr. Barnett's wife and she |
| | 44: 16 | he went dancing like he likes to go dancing a | can testify about this subject. |
| | 44: 17 | couple times a week? | |
| | 44: 18 | A. I'm probably pretty sure, you know.  If | |
| | 44: 19 | he didn't feel like going dancing, then he wouldn't | |
| | 44: 20 | go, but I think the Vioxx must have helped him, | |
| | 44: 21 | know, because he loves to dance.  And he's very | |
| | 44: 22 | good too. | |
| **45:9  -  46:1** | | Barnett C 20060504.ctx | |
| | 45: 9 | Q. How often these days does your husband | |
| | 45: 10 | go dancing? | |
| | 45: 11 | A. Normally Wednesday and Friday, | |
| | 45: 12 | sometimes just Friday, sometimes just | |
| | 45: 13 | Q. How long is your husband gone when he | |
| | 45: 14 | goes dancing, a few hours? | |
| | 45: 15 | A. A couple hours. | |
| | 45: 16 | Q. And you mentioned that your husband -- | Pltf Obj:  401, 402 - relevance; 403 - waste |
| | 45: 17 | that he and his partner do some competition? | of time; vague as to time - is this prior to the |
| | 45: 18 | A. Yeah. | heart attack or have they done/won |
| | 45: 19 | Q. What's that all about? | competitions ever? |
| | 45: 20 | A. Well, they -- sometimes they just have | Def Resp:  Vague objection was waived. |
| | 45: 21 | these competition dances and -- and, you know, | Mr. Barnett's physical activities are relevant. |
| | 45: 22 | they'll get up and do their little routine and sit | |
| | 45: 23 | down. | |
| | 45: 24 | Q. Do they ever win? | |
| | 45: 25 | A. They've come in third place a couple | |
| | 46: 1 | times.  I don't think they've ever come in first. | |
| **46:5  -  46:9** | | Barnett C 20060504.ctx | |
| | 46: 5 | Q. Is your husband still a pretty good | Pltf Obj:  401, 402 - irrelevant; 403-waste of |
| | 46: 6 | dancer? | time. |
| | 46: 7 | A. Oh, yeah.  Yeah. | Def Resp:  Mr. Barnett's physical activities are |
| | 46: 8 | Q. Your husband mentioned -- | relevant to damages. |
| | 46: 9 | A. That's what keeps him young. | |

| | | | Objections/Responses in Barnett |
|---|---|---|---|

**47:24   -   48:12**          Barnett C 20060504.ctx

| | | | |
|---|---|---|---|
| 47: 24 | Q. | Did you ever see any Vioxx | Pltf Obj:  401, 402 - irrelevant whether |
| 47: 25 | | advertisements on TV or in magazines or on the | plaintiffs saw those ads or whether she |
| 48: 1 | | radio? | paid attention to them. |
| 48: 2 | A. | Oh, yeah. | Def Resp:  Relevant because Mr. and Mrs. |
| 48: 3 | Q. | What Vioxx ads did you see? | Barnett often watch TV together. |
| 48: 4 | A. | Well, I can't tell you specifically.  I | |
| 48: 5 | | know I've heard it on the radio or TV, you know. | |
| 48: 6 | | It's not something I've really paid a lot of | |
| 48: 7 | | attention to. | |
| 48: 8 | Q. | You didn't pay much attention to the | |
| 48: 9 | | Vioxx ads? | |
| 48: 10 | A. | No.  I don't pay much attention to any | |
| 48: 11 | | commercials.  That's usually when I take a | |
| 48: 12 | | break. | |

**48:20   -   48:22**          Barnett C 20060504.ctx

| | | | |
|---|---|---|---|
| 48: 20 | Q. | Did your husband ever mention Vioxx | |
| 48: 21 | | advertisements to you, did you ever discuss them? | |
| 48: 22 | A. | No.  Why would we do that? | |

**48:23   -   49:9**          Barnett C 20060504.ctx

| | | | |
|---|---|---|---|
| 48: 23 | Q. | Is your husband the kind of man who | Pltf Obj:  Calls for speculation; lack of |
| 48: 24 | | relies on advertisements or the doctor's advice | foundation. |
| 48: 25 | | when it comes to taking medicine? | Def Resp:  Mr. Barnett's wife does not |
| 49: 1 | A. | I would say doctor.  No, I'm not -- I | have to speculate to answer what type |
| 49: 2 | | don't think he really paid much attention to | of man her husband is. |
| 49: 3 | | advertisements per se.  No, if he has a question, | |
| 49: 4 | | he'll -- he'll call the doctor.  He's pretty good | |
| 49: 5 | | about that. | |
| 49: 6 | Q. | Would your husband normally read | |
| 49: 7 | | information that came with the medicines that he | |
| 49: 8 | | was taking, would he read the label or the inserts? | |
| 49: 9 | A. | Oh, yes.  Oh, yes. | |

**51:19   -   51:22**          Barnett C 20060504.ctx

| | | | |
|---|---|---|---|
| 51: 19 | | Prior to meeting with lawyers in this | |
| 51: 20 | | case, had you ever heard of any potential heart or | |
| 51: 21 | | cardiovascular risk from taking Vioxx? | |
| 51: 22 | A. | No. | |

**53:3   -   53:25**          Barnett C 20060504.ctx

| | | | |
|---|---|---|---|
| 53: 3 | | got that time frame.  What are some of the | Pltf Obj:  Cuts off question that establishes |
| 53: 4 | | and activities that your husband liked to take part | the time frame for the response. |
| 53: 5 | | in during that period right prior to his | Def Resp:  The time frame is mentioned |
| 53: 6 | | retirement? | in the question. |

| | | |
|---|---|---|
| | | **Objections/Responses in Barnett** |

53: 7  A.  Well, dancing, walking, golf, not much
53: 8      tennis.
53: 9      MR. ROBINSON:  I think you mentioned
53: 10     skiing every once in awhile.
53: 11     THE WITNESS:  Yeah, that may be once a
53: 12     year.
53: 13     BY MR. HILL:
53: 14  Q.  Scuba?  Do you guys ever go scuba
53: 15      diving?
53: 16  A.  Yes, we did.  We're both certified.
53: 17  Q.  Where are the places that you've gone
53: 18      scuba diving together?
53: 19  A.  Let's see, St. Thomas, St. Martin.
53: 20      Usually it was St. Thomas, though, because we
53: 21      in Puerto Rico.
53: 22  Q.  How many times have you and your
53: 23      husband gone scuba diving?  Roughly.
53: 24  A.  Well, he went more than I did.  I'd say
53: 25      maybe 20 times.

**54:22  -  55:6**      Barnett C 20060504.ctx

54: 22  Q.  I want to focus on 1999 now which was
54: 23      that first year of retirement.  Were your husband's
54: 24      recreational activities the same that year as the
54: 25      ones you just told me, he liked to walk, play golf,
55: 1       dance -- go dancing, same sort of activities?
55: 2   A.  Pretty much the same, yeah.

| | |
|---|---|
| 55: 3  Q.  Did your husband ever go run? | Pltf Obj:  Speculation; lack of foundation. |
| 55: 4  A.  Very rarely.  No, that -- that was too | Def Resp:  Mrs. Barnett knows if her |
| 55: 5      hard on his back so he -- he'd do a fast walk, | husband used to go running. |
| 55: 6      which is probably better than running anyway. | |

**56:2  -  56:12**      Barnett C 20060504.ctx

56: 2   Q.  And we talked to your husband and he
56: 3       had mentioned that at some point you'd been
56: 4       diagnosed with cancer?
56: 5   A.  Yes.
56: 6   Q.  Was that in 1999, do you remember?
56: 7   A.  Yes, it was.  Oh.  See, I wasn't -- I
56: 8       was thinking of him, not me.
56: 9   Q.  Do you remember when you were diagnosed
56: 10      with cancer?
56: 11  A.  It was 1999.  I think it was -- I think
56: 12      around July.  June or July.

**Objections/Responses in Barnett**

**57:20   -   58:5**          Barnett C 20060504.ctx

57: 20    Q.  So when you were sick, your husband
57: 21         would do things like take you to the doctor --
57: 22    A.  Yes.
57: 23    Q.  -- all the time for your treatments?
57: 24    A.  Yes.
57: 25    Q.  And would he do all the stuff around
58: 1          the house when you were tired and that sort of
58: 2          thing?
58: 3     A.  Oh, he'd -- he's always helped me out
58: 4          around the house ever since we were married.
58: 5          always been a real good husband that way.

**58:15   -   58:18**         Barnett C 20060504.ctx

58: 15    Q.  Sure.  Would you say that your husband
58: 16         had been your primary caretaker while you were
58: 17         sick?
58: 18    A.  Yes.

**58:22   -   59:11**         Barnett C 20060504.ctx

58: 22    Q.  Now, we also understand from your
58: 23         husband's deposition that in 1999, your husband
58: 24         worked briefly as a private -- helping out a
58: 25         private investigator here in Myrtle Beach, is that
59: 1          correct?
59: 2     A.  Yes.

| | |
|---|---|
| 59: 3    Q.  And he took that job after he retired<br>59: 4         from the FBI?<br>59: 5    A.  Yeah.  And it was -- and it wasn't very<br>59: 6         long but -- in fact, I'd just about forgotten about<br>59: 7         that, you know, because it was -- no, he decided,<br>59: 8         you know, he's worked long enough and he didn't<br>59: 9         need to be doing that.  And I didn't really care<br>59: 10        for him doing that either because I liked him to be<br>59: 11        home. | Pltf Obj:  Asked and answered; cumulative;<br>401, 402-irrelevant; 403-waste of time.  If<br>this testimony is allowed, lines 15-19 need<br>to be admitted for completeness.<br><br>Def Resp:  Not irrelevant, not asked and<br>answered. |

**59:15   -   59:19**         Barnett C 20060504.ctx

59: 15    Q.  Was that a stressful job?
59: 16    A.  I don't think so.  I mean, you know,
59: 17         it's kind of secondhand to him being an FBI agent
59: 18         all these years, you know, it was just, you know,
59: 19         something he's -- was used to, you know, so...

**59:20   -   60:2**          Barnett C 20060504.ctx

59: 20    Q.  Other than your husband's job as a
59: 21         private investigator in 1999, have either of you

**Objections/Responses in Barnett**

|  |  |  |
|---|---|---|
| 59: 22 |  | had any employment since your husband retired in |
| 59: 23 |  | January of 1999? |
| 59: 24 | A. | Well, he worked at a -- helped his |
| 59: 25 |  | brother at the golf course.  Not for very long |
| 60: 1 |  | but -- you know, that was kind of short-lived, but |
| 60: 2 |  | he just helped his brother out. |

**60:5   -   60:9**      Barnett C 20060504.ctx

| 60: 5 | Q. | And other than your husband's job at |
|---|---|---|
| 60: 6 |  | the golf course and the PI -- the private |
| 60: 7 |  | investigator work, has there been any other |
| 60: 8 |  | employment for either of you since he retired? |
| 60: 9 | A. | No. |

**66:20   -   67:4**      Barnett C 20060504.ctx

| 66: 20 | Q. | What were your husband's typical |
|---|---|---|
| 66: 21 |  | hobbies, recreational activities during that |
| 66: 22 |  | two-and-a-half-year time frame from February |
| 66: 23 |  | to September 2002? |
| 66: 24 | A. | Just working on the computer, walking, |
| 66: 25 |  | dancing. |
| 67: 1 | Q. | Playing golf? |
| 67: 2 | A. | A little bit.  Not a whole lot. |
| 67: 3 | Q. | Going to the gym to work out? |
| 67: 4 | A. | Yeah. |

**67:9   -   67:13**      Barnett C 20060504.ctx

| 67: 9 | Q. | Do you recall, Mrs. Barnett, any times |
|---|---|---|
| 67: 10 |  | in late 2000, 2001 when your husband's weight |
| 67: 11 |  | fluctuating quite a bit? |
| 67: 12 | A. | No, I don't.  If he fluctuates, within |
| 67: 13 |  | five pounds. |

**67:18   -   68:5**      Barnett C 20060504.ctx

| 67: 18 | Q. | What do you remember about the events |
|---|---|---|
| 67: 19 |  | on September 6, 2002 when your husband had his |
| 67: 20 |  | heart attack? |
| 67: 21 | A. | I remember the ambulance, crying, just |
| 67: 22 |  | being terribly upset. |
| 67: 23 | Q. | Do you remember what your husband was |
| 67: 24 |  | doing when he started to feel like he was having |
| 67: 25 |  | chest pain? |
| 68: 1 | A. | Well, he was up at his computer, I |
| 68: 2 |  | remember that, and then he -- he was talking to a |
| 68: 3 |  | nurse and she said, you're having a heart attack, |
| 68: 4 |  | get to the -- call an ambulance right away and get |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|

| | 68: 5 | | to the hospital. |
|---|---|---|---|

**68:6   -   69:7**   Barnett C 20060504.ctx

| | 68: 6 | Q. | He was talking to a nurse on the phone? |
|---|---|---|---|
| | 68: 7 | A. | Yes. |
| | 68: 8 | Q. | Then the ambulance came.  Did you go |
| | 68: 9 | | with your husband to the hospital? |
| | 68: 10 | A. | No. |
| | 68: 11 | Q. | When was the first time you went to the |
| | 68: 12 | | hospital after -- |
| | 68: 13 | A. | I didn't. |
| | 68: 14 | Q. | You didn't go the entire eight days? |
| | 68: 15 | A. | No. |
| | 68: 16 | Q. | And why didn't you go? |
| | 68: 17 | A. | I was too upset and I figured if I went |
| | 68: 18 | | and broke down, it was not going to do him or me |
| | 68: 19 | | any good.  So I think -- I don't think he wanted me |
| | 68: 20 | | there to see him in that condition and so we -- we |
| | 68: 21 | | relied on John for him talking to the doctors |
| | 68: 22 | | because, you know, I was just -- I was in no |
| | 68: 23 | | condition to talk to any doctor without going to |
| | 68: 24 | | pieces. |
| | 68: 25 | Q. | Did your husband's brother John go to |
| | 69: 1 | | the hospital during the time your husband was |
| | 69: 2 | | hospitalized for his heart attack? |
| | 69: 3 | A. | Yes, he was there quite a bit. |
| | 69: 4 | Q. | And then did your husband's brother |
| | 69: 5 | | John come to your house and give you updates |
| | 69: 6 | | what was going on with your husband? |
| | 69: 7 | A. | Yes. |

**69:14   -   69:21**   Barnett C 20060504.ctx

| | 69: 14 | Q. | Did your husband tell you what his | Def Obj:  801, 802 |
|---|---|---|---|---|
| | 69: 15 | | heart doctors had told him about the condition of | |
| | 69: 16 | | his heart? | |
| | 69: 17 | A. | Well, I do remember that -- and I don't | |
| | 69: 18 | | know the doctor's name, but when the doctor took | |
| | 69: 19 | | his heart out and he pressed it and it -- he then | |
| | 69: 20 | | said he knew he was going to be okay because his | |
| | 69: 21 | | heart was so strong. | |

**70:6   -   70:21**   Barnett C 20060504.ctx

| | 70: 6 | Q. | Other than what you just told me about | Def Obj:  801, 802 |
|---|---|---|---|---|
| | 70: 7 | | the -- squeezing the heart, do you remember | |
| | 70: 8 | | anything else that either your husband or your | |

| | **Objections/Responses in Barnett** |
|---|---|

70: 9      husband's brother John told you about what your
70: 10     husband's heart doctors said about your
70: 11     heart?
70: 12  A.  No.  Just that it was strong and all
70: 13     his physical activity leading up -- I mean, because
70: 14     he had -- when he was FBI, he had to have an
70: 15     exam and treadmill and all that and had he not
70: 16     in such good shape, it would have turned out
70: 17     differently.

70: 18  Q.  So your husband or your husband's
70: 19     brother told you that a doctor said that your
70: 20     husband's heart was strong?
70: 21  A.  Yes.

**74:25  -  75:2**    Barnett C 20060504.ctx
74: 25  Q.  What were you told after your husband's
75: 1     bypass surgery was completed?
75: 2  A.  Just wait on him hand and foot.

**75:3  -  75:17**    Barnett C 20060504.ctx
75: 3  Q.  But were you told that the surgery had
75: 4     been successful?
75: 5  A.  I'm pretty sure that somebody told me,
75: 6     probably John, that he was doing as well as could
75: 7     be expected for the major amount of thing he went
75: 8     through.
75: 9  Q.  You were told that you needed to wait
75: 10     on your husband hand and foot after the surgery,
75: 11     correct?
75: 12  A.  Correct.
75: 13  Q.  And what else were you told about your
75: 14     husband's condition after he was discharged from
75: 15     the hospital?
75: 16  A.  Just to -- just to keep him, you know,
75: 17     calm and happy.

**76:12  -  77:7**    Barnett C 20060504.ctx
76: 12  Q.  How long did it take your husband to
76: 13     get back up on his feet and moving around after
76: 14     heart attack?
76: 15  A.  Well, now, I took him for walks because
76: 16     they said it was very important that he get out and
76: 17     walk and he had to, you know, hold on to me, you
76: 18     know, and make sure that he didn't fall or
76: 19     anything, but that seemed to be a real important

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| | 76: 20 | thing was the daily walks. | |
| | 76: 21 | Q.  Did you start taking on those walks | |
| | 76: 22 | right after you got back from -- right after he was | |
| | 76: 23 | discharged from the hospital? | |
| | 76: 24 | A.  Pretty much as quick as we could. | |
| | 76: 25 | Q.  How long did your husband need your | |
| | 77: 1 | assistance on these walks after he was | |
| | 77: 2 | from the hospital on September 14, 2002? | |
| | 77: 3 | A.  Well, I'd say a good four weeks that I | |
| | 77: 4 | was there with him walking every day. | |
| | 77: 5 | Q.  After those first four weeks, would | |
| | 77: 6 | your husband go out for his walks on his own? | |
| | 77: 7 | A.  Yeah, pretty much. | |
| **77:10**  -  **77:12** | | Barnett C 20060504.ctx | Pltf Obj:  Lack of foundation; calls for speculation; assumes facts not in evidence. |
| | 77: 10 | How long after your husband was | |
| | 77: 11 | discharged after his heart attack before he was off | Def Resp:  His wife walked with him initially, and it's |
| | 77: 12 | walking a couple miles again on his own? | obvious from her answer that she has foundation |
| **77:14**  -  **78:11** | | Barnett C 20060504.ctx | and does not have to speculate. |
| | 77: 14 | THE WITNESS:  Totally on his own, | Pltf Obj:  Lack of foundation; calls for speculation; |
| | 77: 15 | probably six weeks, seven, but I was pretty | assumes facts not in evidence. |
| | 77: 16 | overprotective so I -- I wasn't going to let him | Def Resp:  His wife walked with him initially, and it's |
| | 77: 17 | walk by himself unless I knew he could do it by | obvious from her answer that she has foundation |
| | 77: 18 | himself. | and does not have to speculate. |
| | 77: 19 | BY MR. HILL: | |
| | 77: 20 | Q.  How about how long until he started | |
| | 77: 21 | going dancing again? | |
| | 77: 22 | A.  That was -- that was awhile.  I want to | |
| | 77: 23 | say a year but -- I think it was about 9 months to | |
| | 77: 24 | 12 months. | |
| | 77: 25 | Q.  Before your husband started dancing | |
| | 78: 1 | again? | |
| | 78: 2 | A.  Yeah, because there were some tricky | |
| | 78: 3 | movements and so, you know, he had to really | |
| | 78: 4 | you know, what he did and -- or running, you | |
| | 78: 5 | he didn't want to get out of breath and -- you | |
| | 78: 6 | know, for overexerting himself. | |
| | 78: 7 | Q.  Today your husband's back doing those | Pltf Obj:  Speculation; lack of foundation; |
| | 78: 8 | dances and the tricky moves, isn't he? | assumes facts not in evidence. |
| | 78: 9 | A.  Yes.  Far as I know. | Def Resp:  His wife knows what her husband is |
| | 78: 10 | Q.  How does your husband spend most of his | doing at the dance hall because she sometimes goes |
| | 78: 11 | time these days? | with him.  Does not assume facts not in evidence - |
| **78:12**  -  **80:5** | | Barnett C 20060504.ctx | Mrs. Barnett has foundation to testify about her husband's |

| | | Objections/Responses in Barnett |
|---|---|---|
| 78: 12 | A. Well, working on the computer. Let's | activities. |
| 78: 13 | see. Well, we don't have to walk the dogs, we just | |
| 78: 14 | let them out, and he'll, you know, be out in the | |
| 78: 15 | yard maybe pulling weeds or -- | |
| 78: 16 | Q. So he works in the yard? | |
| 78: 17 | A. So he works in the yard. | |
| 78: 18 | Q. Does your husband still today go out | Pltf Obj: Speculation; lack of foundation; |
| 78: 19 | for -- to walk a few miles? | assumes facts not it evidence. |
| 78: 20 | A. Oh, yeah. | Def Resp: Mrs. Barnett has foundation |
| 78: 21 | Q. Every day? | to testify about her husband's activities. |
| 78: 22 | A. Almost every day, weather permitting. | |
| 78: 23 | Q. How many miles usually does your | |
| 78: 24 | husband walk today? | |
| 78: 25 | A. Around two. | |
| 79: 1 | Q. Does your husband still go to the gym | |
| 79: 2 | to exercise? | |
| 79: 3 | A. Yeah. | |
| 79: 4 | Q. How often does he go to the gym today? | |
| 79: 5 | A. Recently he hasn't been all that often, | |
| 79: 6 | but I think he tries to go two or three times a | |
| 79: 7 | week, more if he -- he can, you know, fit into his | |
| 79: 8 | schedule depending on what he's doing. | |
| 79: 9 | Q. How long is he gone usually when he | |
| 79: 10 | goes to the gym these days? | |
| 79: 11 | A. About an hour and a half. | |
| 79: 12 | Q. You told us that he still goes dancing | Pltf Obj: Calls for speculation; lack |
| 79: 13 | now and does those tricky moves, right? | of foundation; 401, 402-irrelevant; |
| 79: 14 | A. Yeah. | 403-waste of time. If this testimony |
| 79: 15 | Q. And is he just as good a dancer now as | is allowed, p. 80:6-9 needed for |
| 79: 16 | he was before his heart attack? | completeness. |
| 79: 17 | A. I think he works harder at it, but I | Def Resp: Mr. Barnett's physical |
| 79: 18 | think he is just as good or maybe even better. | activity is relevant, and Mrs. Barnett |
| 79: 19 | Q. Better today. And does he do as much | has foundation to testify about it. |
| 79: 20 | dancing as he used to? | |
| 79: 21 | A. No. He tries to go two times a week, | |
| 79: 22 | but that doesn't always happen. | |
| 79: 23 | Q. Because of the schedule? | |
| 79: 24 | A. Well, just something comes up and -- or | |
| 79: 25 | his partner can't go and -- and when you -- you | |
| 80: 1 | know, he's on a -- he's got these routines down | |
| 80: 2 | the other -- his partner knows them so if she's not | |
| 80: 3 | going to go, he doesn't want to go and break in | |
| 80: 4 | somebody else that is going to step all over his | |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| | 80: 5 | feet. | |

| | | | |
|---|---|---|---|
| **80:6 - 80:9** | | Barnett C 20060504.ctx | |
| | 80: 6 | Q. Does your husband ever play golf | |
| | 80: 7 | anymore? | |
| | 80: 8 | A. I can't remember the last time he | |
| | 80: 9 | played, actually, but it's been awhile. | |

| | | | |
|---|---|---|---|
| **80:10 - 80:21** | | Barnett C 20060504.ctx | |
| | 80: 10 | Q. Do you all still go out with friends | Pltf Obj: 401, 402 - irrelevant; 403- |
| | 80: 11 | and go to dinner and that sort of thing? | waste of time. |
| | 80: 12 | A. Yeah, I don't cook. | Def Resp: Mr. Barnett's social life and |
| | 80: 13 | Q. So you guys go out to dinner a few | activity is relevant. |
| | 80: 14 | times a week? | |
| | 80: 15 | A. Yes, I would say that, couple times a | |
| | 80: 16 | week. | |
| | 80: 17 | Q. Do you have a lot of friends here in | |
| | 80: 18 | Myrtle Beach? | |
| | 80: 19 | A. Yeah, through the shag community. | |
| | 80: 20 | Q. The dancing shag that he does? | |
| | 80: 21 | A. Yes, uh-huh. | |

| | | | |
|---|---|---|---|
| **81:15 - 82:2** | | Barnett C 20060504.ctx | |
| | 81: 15 | Q. Let's say it this way: Other than the | Pltf Obj: Calls for expert medical |
| | 81: 16 | issue Mr. Robinson and I discussed, are there | opinion; speculation; lack of foundation. |
| | 81: 17 | things today that your husband cannot do that he | Def Resp: Does not call for medical |
| | 81: 18 | could do before he had his heart attack in | opinion. This simply asks Mr. |
| | 81: 19 | September 2002? | Barnett's wife what Mr. Barenett |
| | 81: 20 | A. Well, he can't lift any -- he can't | can no longer do. |
| | 81: 21 | lift anything heavy. Normally I do that. I think | |
| | 81: 22 | that's -- basically the -- the big thing is he just | |
| | 81: 23 | can't lift anything of any -- you know, other than | |
| | 81: 24 | a piece of paper. I'm just kidding. Yeah, he has | |
| | 81: 25 | to watch what he lifts and he certainly has to | |
| | 82: 1 | watch what he eats, you know, sweets and stuff | |
| | 82: 2 | that. | |

| | | | |
|---|---|---|---|
| **82:6 - 83:22** | | Barnett C 20060504.ctx | |
| | 82: 6 | Q. This shag dancing, can you describe | Pltf Obj: 401, 402 - irrelevant; 403- |
| | 82: 7 | what the shag is all about, what kind of | waste of time. |
| | 82: 8 | are used. | Def Resp: Mr. Barnett's physical |
| | 82: 9 | A. Well, I kind of like to think of it as | activity is relevant. |
| | 82: 10 | a soft jitterbug, something like that. | |
| | 82: 11 | Q. And what's the jitterbug? How would | |
| | 82: 12 | you describe that? | |
| | 82: 13 | A. Hop around. | |

| | Objections/Responses in Barnett |
|---|---|
| 82: 14 Q. Hopping around?<br>82: 15 A. But this is, you know, very structured,<br>82: 16 you know, and you have to know the dance steps.<br>82: 17 You know, he took lessons for several years, too,<br>82: 18 because you just -- it's not an easy thing to pick<br>82: 19 up just out of the blue, you know, you have to have<br>82: 20 a teacher. | |
| 82: 21 Q. Other than the heavy lifting you<br>82: 22 brought up, are there any other things your<br>82: 23 can't do today that he could do before his heart<br>82: 24 attack?<br>82: 25 A. I know there's something.  I just can't<br>83: 1 put my finger on it right, you know...<br>83: 2 Q. Nothing else you can remember?<br>83: 3 A. No. | Pltf Obj:  Calls for expert medical<br>opinion, lack of foundation; calls for<br>speculation; misstates witness' prior<br>testimony (she said he also needs<br>to monitor his diet).<br><br>Def Resp: Monitoring his diet has nothing<br>to do with activities.  Does not call for<br>expert opinion. |
| 83: 4 Q. Have you all taken any vacations since<br>83: 5 his heart attack?<br>83: 6 A. Yes.<br>83: 7 Q. Where are the places you've gone on<br>83: 8 vacation since your husband's heart attack?<br>83: 9 A. We went to Universal Studios in<br>83: 10 Florida.<br>83: 11 Q. In Orlando?<br>83: 12 A. In Orlando and did a lot of walking.<br>83: 13 And we -- well, he went to Kentucky to see his<br>83: 14 mother with his brother John, they drove.  Let's<br>83: 15 see, where else did we go?  We went to Cancun<br>83: 16 my former boss and his family.<br>83: 17 Q. When did you go to Cancun?<br>83: 18 A. Oh, geez.  It was -- well, it was last<br>83: 19 year, probably -- I don't even remember --<br>83: 20 the month, but it was over a year ago.  Universal<br>83: 21 was the latest one that we went on, that was about<br>83: 22 a month ago. | Pltf Obj:  401, 402 - irrelevant; 403 - waste<br>of time.  If this is allowed, 88:11-89:4 needed<br>for completeness.<br><br>Def Resp:  Mr. Barnett's physical<br>activities and trips are relevant. |
| **84:3 - 84:4**   Barnett C 20060504.ctx | Pltf Obj:  401, 402 - no loss of consotium claim |
| 84: 3 Q. Has your husband's heart attack had any<br>84: 4 effect on your relationship with your husband? | in the case so this is irrelevant; 403-predjudical.<br>Def Resp:  Not irrelevant or prejudicial. Goes to damages. |
| **84:9 - 85:11**   Barnett C 20060504.ctx | . |
| 84: 9 A. Well, I know -- I know we probably<br>84: 10 care -- it brought us closer together and we value<br>84: 11 our time together since -- you know, because you<br>84: 12 never know what's going to happen so, yeah, I<br>84: 13 it's brought us closer. | Pltf Obj:  401, 402 - no loss of consortium<br>claim in the case so this is irrelevant;<br>403-prejudicial.<br><br>Def Resp:  Not irrelevant or prejudicial.  Goes<br>to damages. |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| 84: 14 | Q. | And you still have a strong | |
| 84: 15 | | relationship? | |
| 84: 16 | A. | Oh, yes. | |
| 84: 17 | Q. | You still are in love with each other? | |
| 84: 18 | A. | Well, I am. | |
| 84: 19 | Q. | Do you guys -- | |
| 84: 20 | A. | And he tells me he is so I believe him. | |
| 84: 21 | Q. | Does he still take care of you when you | |
| 84: 22 | | need him to take care of you? | |
| 84: 23 | A. | Yes. | |
| 84: 24 | Q. | Do you still enjoy being together as | |
| 84: 25 | | much as ever? | |
| 85: 1 | A. | Probably more. | |
| 85: 2 | Q. | Does your husband take better care of | Pltf Obj:  Lack of foundation; calls for |
| 85: 3 | | himself now even? | speculation; assumes facts not in |
| 85: 4 | A. | Oh, yeah. | evidence. |
| 85: 5 | Q. | I know he's always taken good care | Def Resp:  His wife can testify about |
| 85: 6 | | but -- | Mr. Barnett's current health status and |
| 85: 7 | A. | He's always taken good care of himself, | practices. |
| 85: 8 | | but he's very aware of, you know, what he can and | |
| 85: 9 | | cannot do as far as eating and exercising and -- so | |
| 85: 10 | | I think he takes pretty good care of himself and | |
| 85: 11 | | me.  Sounds like a train. | |

**88:11   -   89:4**     Barnett C 20060504.ctx

| | | |
|---|---|---|
| 88: 11 | Q. | Did you all go to Cozumel sometime in |
| 88: 12 | | 2003, did you go on that trip? |
| 88: 13 | A. | Cozumel.  I remember Cancun.  I -- |
| 88: 14 | | MR. ROBINSON:  That's near Cozumel, |
| 88: 15 | | next-door. |
| 88: 16 | | BY MR. HILL: |
| 88: 17 | Q. | Did you guys do any scuba diving during |
| 88: 18 | | that trip? |
| 88: 19 | A. | No. |
| 88: 20 | Q. | Did your husband tell you anything |
| 88: 21 | | about what doctors might have said to him about |
| 88: 22 | | whether or not he could scuba dive? |
| 88: 23 | A. | Oh, I don't know if the doctors told |
| 88: 24 | | him anything, but we -- I remember us both |
| 88: 25 | | discussing that I didn't think it would be a good |
| 89: 1 | | idea for him to do any scuba diving because of the |
| 89: 2 | | pressure when you're under water so I just said, |
| 89: 3 | | you might as well forget that little aspect of |
| 89: 4 | | activity. |

| | | | | **Objections/Responses in Barnett** |
|---|---|---|---|---|
| **90:12** | **-** | **90:21** | Barnett C 20060504.ctx | |
| | 90: 12 | Q. | What's your understanding as you sit | Pltf Obj:  Calls for expert medical opinion; |
| | 90: 13 | | here today of your husband's current overall health | lack of foundation; calls for speculation; |
| | 90: 14 | | condition? | 401, 402 - irrelevant what his wife thinks |
| | 90: 15 | A. | What's my understanding of it?  I think | his heath condition is; 403-prejudicial, |
| | 90: 16 | | he's in pretty good shape for his age.  Sorry. | confusion of issues, waste to time. |
| | 90: 17 | | Well, I know he takes good care of himself and, | Def Resp:  His wife knows him better than |
| | 90: 18 | | know, the heart attack was a definite wake-up call | anyone, and this is relevant.  Not asking |
| | 90: 19 | | and -- so I just know he's very serious about what | for medical opinion, just her lay understanding. |
| | 90: 20 | | he -- what he can and cannot do and he just takes | |
| | 90: 21 | | good care of himself. | |
| **91:10** | **-** | **91:13** | Barnett C 20060504.ctx | |
| | 91: 10 | | During the time your husband was taking | |
| | 91: 11 | | the medicine Vioxx, did you ever hear from anyone | |
| | 91: 12 | | that he shouldn't be taking it? | |
| | 91: 13 | A. | No. | |
| **94:2** | **-** | **94:8** | Barnett C 20060504.ctx | |
| | 94: 2 | Q. | I want to ask you some questions about | |
| | 94: 3 | | your husband's energy level before the heart | |
| | 94: 4 | | and now after the heart attack.  Have you seen a | |
| | 94: 5 | | change in his energy level from what it was before | |
| | 94: 6 | | the heart attack and what it is today? | |
| | 94: 7 | A. | Oh, yeah, it gets -- he gets more tired | |
| | 94: 8 | | easy -- easier. | |
| **94:14** | **-** | **94:23** | Barnett C 20060504.ctx | |
| | 94: 14 | Q. | And can you explain that maybe a little | |
| | 94: 15 | | better, what you see after the heart attack about | |
| | 94: 16 | | getting more tired? | |
| | 94: 17 | A. | Well, just had he not been walking, you | |
| | 94: 18 | | know, on his daily routine, I think he would have | |
| | 94: 19 | | been really kind of weak, but I think just the | |
| | 94: 20 | | walking and his perseverance, you know, to | |
| | 94: 21 | | overcome, you know, keeps him a little strong. | |
| | 94: 22 | | he definitely does not have the energy that he had | |
| | 94: 23 | | before the heart attack. | |
| **94:25** | **-** | **95:9** | Barnett C 20060504.ctx | |
| | 94: 25 | A. | I don't know how else to explain it, | |
| | 95: 1 | | but I can tell -- you know, when you're around | |
| | 95: 2 | | somebody all the time, you can kind of tell | |
| | 95: 3 | | little -- little things and that the energy is, you | |
| | 95: 4 | | know -- I mean, it's not something that you might | |
| | 95: 5 | | want to discuss, you just notice. | |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 95: 6 | Q. | What have you noticed? |
| 95: 7 | A. | Oh, I just can tell when he's tired, |
| 95: 8 | | maybe needs a nap or needs to just sit down and |
| 95: 9 | | relax. |