# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** | **MDL DOCKET NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to**<br>**Case No.  06-0485** | **JUDGE FALLON** |
| **GERALD D. BARNETT** | **MAGISTRATE JUDGE KNOWLES** |
| Plaintiff, | **Merck & Co., Inc.'s Notice of Filing Deposition**<br>**Testimony of Dr. Michael McCaffrey** |
| **v.** | |
| **MERCK & CO., INC.,** | **Exhibit E** |
| Defendant. | |

Merck hereby submits the following deposition testimony of Dr. Michael McCaffrey for the Court's consideration and pre-trial rulings:

1.      Merck's Affirmative Designations (including Conditional Affirmatives) with Plaintiff's Objections and Merck's Responses.

Plaintiff also filed affirmative designations for Dr. McCaffrey.  Those designations are not included here.  Neither the Plaintiff nor Merck are submitting today a complete transcript (one that includes affirmatives, counters and objections from both sides) for Dr. McCaffrey.  The parties have discussed this issue, and will finalize their plans to get the Court the complete transcript when they meet for the hearing on June 28.  Therefore Merck asks the Court to delay ruling on the designations for Dr. McCaffrey until the parties send the Court a complete transcript for him.

**Gerald Barnett v. Merck & Co., Inc.**
**Deposition Designations of Michael McCaffrey, M.D.**
**Defendant's Designations are Blue.  Defendant's Conditional Designations are Green**

|  | Objections/Responses in Barnett |
|---|---|

**4:2  -  4:9**      McCaffrey M 20060503.ctx

| 4: 2 | Q. | Q.  Good afternoon, sir. |
| 4: 3 | A. | A.  Good afternoon. |
| 4: 4 | Q. | Q.  Can you please state your name for the |
| 4: 5 |  | record. |
| 4: 6 | A. | A.  Michael McCaffrey, MD. |
| 4: 7 | Q. | Q.  Dr. McCaffrey, my name is Andy Goldman. |
| 4: 8 |  | We haven't met before, have we? |
| 4: 9 | A. | A.  No, sir. |

**5:4  -  5:8**      McCaffrey M 20060503.ctx

| 5: 4 |  | Dr. McCaffrey, that we are here today because one |
| 5: 5 |  | of your former patients, Mr. Gerald Barnett, has |
| 5: 6 |  | filed a lawsuit against Merck concerning his use of |
| 5: 7 |  | Vioxx? |
| 5: 8 | A. | A.  Yes, sir. |

**5:12  -  7:14**      McCaffrey M 20060503.ctx

| 5: 12 | Q. | Q.  Can you describe for the ladies and |
| 5: 13 |  | gentlemen of the jury your education and your |
| 5: 14 |  | medical training. |
| 5: 15 | A. | A.  How far back would you like me to go? |
| 5: 16 | Q. | Q.  You can start after college. |
| 5: 17 | A. | A.  After college.  I went to medical |
| 5: 18 |  | school at St. George's University School of |
| 5: 19 |  | Medicine in Grenada, West Indies starting in 1984. |
| 5: 20 |  | I graduated from St. George's on December 28th, |
| 5: 21 |  | 1988.  I started my internal medicine residency in |
| 5: 22 |  | May of -- March of 2000 -- make that March of 1989 |
| 5: 23 |  | at the Western Pennsylvania Hospital in Pittsburgh, |
| 5: 24 |  | Pennsylvania.  I did two years of internal medicine |
| 5: 25 |  | at the Western Pennsylvania Hospital. |
| 6: 1 |  | In April -- on April 1st, 1991, I |
| 6: 2 |  | started my neurology residency at Medical College |
| 6: 3 |  | of Virginia in Richmond.  My third year of |
| 6: 4 |  | residency I was solo chief resident in addition to |
| 6: 5 |  | my other duties and after my residency was over, I |
| 6: 6 |  | did a one year neuromuscle fellowship at Medical |
| 6: 7 |  | College of Virginia from 1994 to 1995. |
| 6: 8 |  | I practiced for one year at the Heart |
| 6: 9 |  | and Family Health Institute in Port Saint Lucie, |

| | | |
|---|---|---|
| 6: 10 | | Florida as a solo neurologist for a multispecialty |
| 6: 11 | | group. I remained there for one year. I came to |
| 6: 12 | | Myrtle Beach and worked for Executive Court Medical |
| 6: 13 | | Specialists owned by John Rathman. I worked for |
| 6: 14 | | them for one year, came to the group I'm presently |
| 6: 15 | | in, which is Strand Regional Specialty Associates, |
| 6: 16 | | and I've been here going on my ninth year. |
| 6: 17 | Q. | Q. You mentioned that you did a residency |
| 6: 18 | | in internal medicine? |
| 6: 19 | A. | A. Yes, sir. |
| 6: 20 | Q. | Q. Can you explain what a residency is. |
| 6: 21 | A. | A. A residency is a training program where |
| 6: 22 | | there are requirements, different rotations you |
| 6: 23 | | have to accomplish to fill a residency. Most of |
| 6: 24 | | those will be for work, different subspecialties, |
| 6: 25 | | emergency room medicine. You do -- and in ICU |
| 7: 1 | | medicine where you're doing an internal medicine |
| 7: 2 | | residency. |
| 7: 3 | Q. | Q. You also mentioned you did a neurology |
| 7: 4 | | residency? |
| 7: 5 | A. | A. That is correct. |
| 7: 6 | Q. | Q. What is neurology? |
| 7: 7 | A. | A. Neurology is the study of the brain, |
| 7: 8 | | spinal cord, muscle and nerves. |
| 7: 9 | Q. | Q. Do you consider yourself a neurologist? |
| 7: 10 | A. | A. Yes, sir. |
| 7: 11 | Q. | Q. Does that mean that you specialize in |
| 7: 12 | | the diagnosis and treatment of diseases and |
| 7: 13 | | disorders affecting the brain and the spinal cord? |
| 7: 14 | A. | A. That is correct. |

**7:15   -   10:7**    McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 7: 15 | Q. | Q. You also mentioned that you had been |
| 7: 16 | | chief resident. What does that mean to be chief |
| 7: 17 | | resident? |
| 7: 18 | A. | A. Chief resident, you're -- you're more |
| 7: 19 | | like the sergeant major of all the other residents |
| 7: 20 | | and you have to interact with the different faculty |
| 7: 21 | | so there's -- it's a fine balance between the |
| 7: 22 | | faculty and the residents on who's happy at that |
| 7: 23 | | particular time in history. But making sure people |
| 7: 24 | | show up for being on call, making sure they show up |
| 7: 25 | | at the appropriate clinics, get their work done, |
| 8: 1 | | make sure they do all their dictations, so it's a |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 8: 2 | | go-between between the staff and the residents. | |
| 8: 3 | | And plus you're -- you know, you have to interact | |
| 8: 4 | | with all the other specialties in the hospital so | |
| 8: 5 | | you're the -- you're the representative for the | |
| 8: 6 | | department dealing with all the other chief | |
| 8: 7 | | residents. | |
| 8: 8 | Q. | Q.  Is it true that being a chief resident | |
| 8: 9 | | is considered an honor? | |
| 8: 10 | A. | A.  It is an honor. | |
| 8: 11 | Q. | Q.  In your practice, Dr. McCaffrey, have | Pltf Obj: 401, 402, 403.  This is a |
| 8: 12 | | you treated many patients who have faced acute or | general description of other patients |
| 8: 13 | | chronic pain? | and conditions not directly affecting |
| 8: 14 | A. | A.  Yes, sir. | the plaintiff and is therefore prejudicial |
| 8: 15 | Q. | Q.  Is it a challenge to treat those | and irrelevant. |
| 8: 16 | | patients? | Def Resp:  Chronic pain does affect Mr. |
| 8: 17 | A. | A.  Yes, it is. | Barnett.  This is relevant to Mr. Barnett |
| 8: 18 | Q. | Q.  Why is it? | but also to understanding generally one |
| 8: 19 | A. | A.  It's, number one, trying to diagnose | of the conditions Vioxx was developed |
| 8: 20 | | what the exact problem is.  Sometimes you can go | to treat. |
| 8: 21 | | through different studies, sometimes exhaustive to | |
| 8: 22 | | actually try and make a diagnosis and at the same | |
| 8: 23 | | time trying to alleviate their problem. | |
| 8: 24 | Q. | Q.  Why is it difficult to alleviate the | |
| 8: 25 | | problem that patients who have chronic pain face? | |
| 9: 1 | A. | A.  Because everybody's different. | |
| 9: 2 | | Everybody has a different problem whether it be a | |
| 9: 3 | | peripheral neuropathy, which is a disease of the | |
| 9: 4 | | nerves and legs or arms, whether it's chronic | |
| 9: 5 | | abdominal pain, whether it's low back pain, neck | |
| 9: 6 | | pain, chronic migraine headaches, different types | |
| 9: 7 | | of facial pain, but there's a multitude of pains | |
| 9: 8 | | that you can describe in every part of the body. | |
| 9: 9 | Q. | Q.  Have you treated patients who have | |
| 9: 10 | | suffered from a condition called osteoarthritis? | |
| 9: 11 | A. | A.  Yes, sir. | |
| 9: 12 | Q. | Q.  What is osteoarthritis? | |
| 9: 13 | A. | A.  Osteoarthritis is the most common type | |
| 9: 14 | | of arthritis.  It's an overgrowth of calcium or | |
| 9: 15 | | bony material around different joints.  It's the | |
| 9: 16 | | most common type of arthritis we face in the world. | |
| 9: 17 | Q. | Q.  Is osteoarthritis a disease that mostly | |
| 9: 18 | | affects the cartilage? | |
| 9: 19 | A. | A.  It starts in the cartilage and it grows | |
| 9: 20 | | out from there. | |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 9: 21 | Q. | Q.  And what is cartilage? | |
| 9: 22 | A. | A.  Cartilage is a -- if you want to | |
| 9: 23 | | consider it a soft tissue, it's very flexible. | |
| 9: 24 | | When your bones are being formed you -- when you're | |
| 9: 25 | | born you have very little ossification of your | |
| 10: 1 | | bones and your bones grow longer. | |
| 10: 2 | Q. | Q.  What does that mean, ossification? | |
| 10: 3 | A. | A.  Ossification, the actual process of | |
| 10: 4 | | laying down bone. | |
| 10: 5 | Q. | Q.  Is healthy cartilage something that | |
| 10: 6 | | allows our bones to glide over one another? | |
| 10: 7 | A. | A.  Yes, it is. | |

**10:12 - 11:5     McCaffrey M 20060503.ctx**

| | | | |
|---|---|---|---|
| 10: 12 | Q. | Q.  Do you know whether osteoarthritis is | Pltf Obj (10:22-11:5): 401, 402, 403. Plaintiff |
| 10: 13 | | one of the most frequent causes of disability in | was not treated for nor diagnosed with rheumatoid |
| 10: 14 | | the United States? | arthritis - this is therefore irrelevant. Calls for expert |
| 10: 15 | A. | A.  Yes, it is. | testimony. |
| 10: 16 | Q. | Q.  Can osteoarthritis be debilitating for | Def Resp (10:22-11:5):  The doctor is a neurologist |
| 10: 17 | | certain patients? | who treats patients with chronic pain, and this is |
| 10: 18 | A. | A.  Yes, it can. | proper testimony.  Relevant to show the jury the |
| 10: 19 | Q. | Q.  Can it limit patients' ability to | types of conditions Vioxx helped treat. Also, as a |
| 10: 20 | | function normally? | general matter, Plaintiff frequently objects to Merck's |
| 10: 21 | A. | A.  Yes, sir. | McCaffrey designations as "calls for expert testimony" |
| 10: 22 | Q. | Q.  What is rheumatoid arthritis? | or "calls for improper opinion testimony."  Merck |
| 10: 23 | A. | A.  A degenerative arthritis.  If you think | believes Dr. McCaffrey's experience as a neurologist |
| 10: 24 | | of osteoarthritis, osteoarthritis is essentially | who treats people with  pain allows him to testify |
| 10: 25 | | bone growth on the edge of the bones.  Rheumatoid | regarding pain, pain relievers, etc.  Plaintiff |
| 11: 1 | | arthritis is a destructive arthritis where the bone | however, also designated opinions from Dr. |
| 11: 2 | | is, and the cartilages are being affected by an | McCaffrey, but those opinions have to do with |
| 11: 3 | | inflammatory process known as rheumatoid arthritis. | Vioxx and its potential effects on the heart |
| 11: 4 | | It's very debilitating and the bones actually in a | and on blood pressure.  Dr. McCaffrey is |
| 11: 5 | | sense become shorter from the arthritis itself. | not qualified to offer opinions on those issues as he |

**11:11 - 19:19     McCaffrey M 20060503.ctx**

| | | | is not a cardiologist and has not studied Vioxx. |
|---|---|---|---|
| 11: 11 | Q. | Q.  Have you found that it's difficult at | Pltf Obj:  401, 402, 403 - irrelevant |
| 11: 12 | | times to find the appropriate treatment for | prejudicial - Plaintiff was not diagnosed |
| 11: 13 | | patients with rheumatoid arthritis? | with rheumatoid arthritis, nor does |
| 11: 14 | A. | A.  Yes, it is. | this generalized testimony apply to |
| 11: 15 | Q. | Q.  Are those some of the patients who | plaintiff's condition, as he was not on |
| 11: 16 | | sometimes face chronic pain? | Prednisone, did not have osteoporosis, |
| 11: 17 | A. | A.  Yes, they are. | diabetes or cataracts.  Calls for |
| 11: 18 | Q. | Q.  Whether it's from osteoarthritis or | expert testimony - 701. |
| 11: 19 | | rheumatoid arthritis or one of the other conditions | Def Resp:  Same response as above. |
| 11: 20 | | you mentioned before, Doctor, can chronic pain | Also, relevant to show the other |

| | | |
|---|---|---|
| 11: 21 | | itself be a health problem? |
| 11: 22 | A. | A.   Yes, it can. |
| 11: 23 | Q. | Q.   Can you explain why. |
| 11: 24 | A. | A.   People in chronic pain spend more time |
| 11: 25 | | in doctors' offices.  They're looking for a cure |
| 12: 1 | | for their chronic pain.  Some studies show that |
| 12: 2 | | they actually have a shorter life -- life |
| 12: 3 | | expectancy.  Not all the studies equal each other |
| 12: 4 | | when you look at them, but they're -- across the |
| 12: 5 | | board your life expectancy because you have -- a |
| 12: 6 | | lot of people with chronic pain have other health |
| 12: 7 | | disorders along with their chronic pain. |
| 12: 8 | Q. | Q.   When -- |
| 12: 9 | A. | A.   Or -- or the actual treatments you give |
| 12: 10 | | them can make them develop other medical problems. |
| 12: 11 | | If you had to put somebody on Prednisone, which is |
| 12: 12 | | a steroid, they can develop osteoporosis, they can |
| 12: 13 | | develop diabetes mellitus, they can develop |
| 12: 14 | | cataracts in their eyes.  And just having somebody |
| 12: 15 | | on chronic steroids, which is very common with |
| 12: 16 | | rheumatoid arthritis, it can cause other health |
| 12: 17 | | problems. |
| 12: 18 | Q. | Q.   When patients are suffering from |
| 12: 19 | | chronic pain, whether it's osteoarthritis or |
| 12: 20 | | rheumatoid arthritis, does that sometimes affect |
| 12: 21 | | their ability to exercise? |
| 12: 22 | A. | A.   Yes, it does. |
| 12: 23 | Q. | Q.   What are the consequences, sir, for |
| 12: 24 | | patients who are unable to exercise and stay in |
| 12: 25 | | shape as a result of being in too much pain? |
| 13: 1 | A. | A.   Well, their muscles become debilitated. |
| 13: 2 | | They have very poor tolerance in doing various |
| 13: 3 | | things, especially any activity around the house, |
| 13: 4 | | whether it be yard work, housework, caring for |
| 13: 5 | | children or parents.  It can also inversely affect |
| 13: 6 | | the heart so -- |
| 13: 7 | Q. | Q.   How does it do that? |
| 13: 8 | A. | A.   Well, it just -- it puts a higher |
| 13: 9 | | demand on the heart itself because the heart's no |
| 13: 10 | | longer healthy.  It becomes -- you become unhealthy |
| 13: 11 | | when you decrease your activity. |
| 13: 12 | Q. | Q.   Have you found that patients who are in |
| 13: 13 | | chronic pain sometimes become depressed? |
| 13: 14 | A. | A.   Yes, they do. |

Objections/Responses (right column):

possible treatments besides Vioxx,
and to show their shortcomings.

Pltf Obj: 401, 402, 403.  This testimony
regarding depression is irrelevant and
prejudicial as Plaintiff is only claiming

| | | | Objections/Responses in Barnett |
|---|---|---|---|

13: 15   Q.      Q.  Why does that happen to them?

13: 16   A.      A.  It's the loss of function -- it's a

13: 17   loss of person.  Most people don't feel like

13: 18   they're worth anything.  They can develop sleep

13: 19   disorders where they don't sleep properly.  They

13: 20   can develop insomnia.  Those are the main ones with

13: 21   depression.

13: 22   Q.      Q.  Dr. McCaffrey, before COX-2 inhibitors

13: 23   like Vioxx came to the market in the United States,

13: 24   what treatment options were available for people

13: 25   who were in pain from osteoarthritis or rheumatoid

14: 1   arthritis?

14: 2   A.      A.  Well, there are various other

14: 3   nonsteroidal medications.  Probably the -- the most

14: 4   popular prior to the COX-2's was Voltaren or

14: 5   Diclofenac.  Also, another popular one was

14: 6   ibuprofen and Naprosyn.

14: 7   Q.      Q.  So nonsteroidal antiinflammatory drugs,

14: 8   or NSAIDs, that was one class of medication that

14: 9   was available for patients who were experiencing

14: 10   pain?

14: 11   A.      A.  Yes, sir.

14: 12   Q.      Q.  Can you identify some other treatment

14: 13   options before Vioxx came out.

14: 14   A.      A.  Other treatment options would be

14: 15   narcotic medications, whether it be codeine or the

14: 16   codeine-based medications, which include

14: 17   hydrocodone or Oxycodone.  Then there's the --

14: 18   morphine-based medications so you've got morphine.

14: 19   And if I'm quoting myself right, Dilaudid is

14: 20   morphine based, might be wrong, I just don't use a

14: 21   lot of Dilaudid.  But those are the main drugs and,

14: 22   you know, a very common drug you hear, OxyContin,

14: 23   which is an Oxycodone drug.  There's also Fentanyl,

14: 24   which is in a different category of narcotics,

14: 25   which is in a patch form we use for chronic pain.

15: 1   Q.      Q.  So narcotics were available to treat

15: 2   pain before COX-2 inhibitors, NSAIDs were

15: 3   available?

15: 4   A.      A.  Tylenol.

15: 5   Q.      Q.  Tylenol?

15: 6   A.      A.  Tylenol, which is the acetaminophen.

15: 7   There's other drugs in that category that are

**Objections/Responses in Barnett column:**

pain and suffering attendant to his condition and no emotional distress over and above.  Further, generalized discussion of the other treatment options available to doctors and their limitations is irrelevant and immaterial, as Plaintiff did not use many of the treatments discussed herein.  Further, these questions call for a narrative.  Calls for expert testimony, 701.

Def Resp:  Mr. Barnett did use other NSAIDs, and this is relevant t show other drugs that were used to treat the same conditions that Vioxx was used for.  Also, Dr. McCaffrey is a neurologist with experience treating pain, so this is proper testimony.  Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx.

Pltf Obj:  401, 402, 403.  This generalized testimony regarding other treatment options and their limitations is irrelevant and immaterial as Plaintiff did not suffer from many of those side effects, including kidney or liver failure, nor did he take many of these drugs.

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 15: 8 | | available in other countries in the world, but the | Calls for expert testimony - 701. |
| 15: 9 | | only one we have is acetaminophen in this country. | |
| 15: 10 | Q. | Q.   You also mentioned steroids before? | Def Resp: Mr. Barnett did use other |
| 15: 11 | A. | A.   Yes, sir. | NSAIDs, and this is relevant to show |
| 15: 12 | Q. | Q.   Have you ever used aspirin to try to | other drugs that were used to treat |
| 15: 13 | | treat patients who were in pain from | the same conditions that Vioxx was |
| 15: 14 | | osteoarthritis? | used for.  Also, Dr. McCaffrey is a |
| 15: 15 | A. | A.   Yes, sir.  And there's also a drug | neurologist with experience treating |
| 15: 16 | | called salicylate, which is very commonly used for | pain, so this is proper testimony. |
| 15: 17 | | rheumatoid arthritis, and that's preferable so -- | Additionally, on 6-6-06, Mr. Barnett |
| 15: 18 | | it seems to be a little bit easier on the stomach | testified that he is currently taking |
| 15: 19 | | than aspirin itself. | Tylenol. Also relevant to Dr. |
| 15: 20 | Q. | Q.   Let's go through some of those other | McCaffrey's decision to prescribe |
| 15: 21 | | treatment options and I'd like to talk about the | NSAIDs/Vioxx. |
| 15: 22 | | benefits and the risks that you're aware of for | |
| 15: 23 | | each of those categories of medicines, okay? | |
| 15: 24 | A. | A.   Yes, sir. | |
| 15: 25 | Q. | Q.   Let's start with aspirin.  What are the | |
| 16: 1 | | benefits of aspirin in terms of pain relief? | |
| 16: 2 | A. | A.   It works very well.  I mean, it's a | |
| 16: 3 | | medication you can use two or three times a day. | |
| 16: 4 | | You can get almost complete pain resolution with | |
| 16: 5 | | aspirin. | |
| 16: 6 | Q. | Q.   Does aspirin reduce inflammation, | |
| 16: 7 | | though? | |
| 16: 8 | A. | A.   Yes, it does. | |
| 16: 9 | Q. | Q.   And does it also have side effects? | |
| 16: 10 | A. | A.   It does have side effects.  The main | |
| 16: 11 | | side effects you're worried about are the | |
| 16: 12 | | gastrointestinal tract, GI bleeding.  You also | |
| 16: 13 | | worry about the kidney and the liver, especially | |
| 16: 14 | | the kidney.  Long-term use of aspirin can cause | |
| 16: 15 | | renal failure and also cause liver failure and you | |
| 16: 16 | | can also become toxic on aspirin. | |
| 16: 17 | Q. | Q.   What does that mean? | Pltf Obj:  401, 402, 403.  This |
| 16: 18 | A. | A.   You can develop an acute psychosis from | generalized testimony is irrelevant |
| 16: 19 | | aspirin, which I've seen happen before to patients. | and prejudicial, as well as misleading |
| 16: 20 | Q. | Q.   When you mentioned that aspirin can | because the Plaintiff did not suffer |
| 16: 21 | | lead to GI bleeds, can you explain to the jury what | from, nor did Dr. McCaffrey treat him |
| 16: 22 | | you mean by that, GI bleeds. | for GI bleeds and the complications |
| 16: 23 | A. | A.   Gastrointestinal bleed is a -- a | arising there from.  Further, the |
| 16: 24 | | hemorrhage in the stomach that's caused by a | Plaintiff did not suffer from |
| 16: 25 | | compromise in the wall of the gastric mucosa and it | psychosis nor addiction. |
| 17: 1 | | causes the small blood vessels to leak blood into | Def Resp:  This is relevant because |

17: 2    the stomach contents, which can cause somebody to

17: 3    become nauseated and eventually start throwing up.

17: 4    In some patients that -- they're getting pain

17: 5    relief from the aspirin, they might not feel any

17: 6    side effects and they have a very slow bleed which

17: 7    can be picked up on a routine rectal examination or

17: 8    a guaiac test on a patient.  So that's the hard

17: 9    part about treating people with pain medicine if it

17: 10   can cause GI bleeding is they might not feel it and

17: 11   they can become anemic and run into the problems

17: 12   long term.

17: 13   Q.        Q.   What does it mean to become anemic?

17: 14   A.        A.   Your blood count goes down.  You have

17: 15   a -- for men and women there's a normal

17: 16   hemoglobin/hematocrit and then from a slow GI

17: 17   bleed, your hemoglobin will go down and you'll

17: 18   start feeling fatigued, might start having problems

17: 19   with your memory.  And then it gets diagnosed by a

17: 20   blood test usually.

17: 21   Q.        Q.   You also mentioned narcotics.

17: 22   Narcotics can sometimes be helpful at stopping

17: 23   pain, right?

17: 24   A.        A.   That's correct.

17: 25   Q.        Q.   Do narcotics have side effects?

18: 1    A.        A.   Yes, they do.

18: 2    Q.        Q.   Can you explain some.

18: 3    A.        A.   Addiction is the number one side effect

18: 4    you worry about where people become either

18: 5    psychologically addicted or physically addicted to

18: 6    narcotic medications.  And psychologically it's --

18: 7    they think they need the medications.  They go out

18: 8    actively seeking, they go to multiple doctors.  The

18: 9    physical addiction, if you have someone on a

18: 10   long-acting narcotic two or three times a day or

18: 11   any other narcotic whether they're taking it for

18: 12   two or three weeks, they've already developed a

18: 13   physical addiction and they will go through

18: 14   withdrawal when they come off the medication.

18: 15   Q.        Q.   Is another side effect of narcotics

18: 16   impaired thinking?

18: 17   A.        A.   Impaired thinking, chronic

18: 18   constipation, chronic fatigue.  They become very

18: 19   tired after being on the medication for a time

it relates to side effects from other medicine Mr. Barnett has taken.  It relates to an important side effect of aspirin and other NSAIDs, GI bleeds. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx.

Pltf Obj:  401, 402, 403. This generalized testimony is irrelevant and immaterial as plaintiff did not use steroids, nor did Dr. McCaffrey treat him for complications arising there from.

8

| | | | | Objections/Responses in Barnett |
|---|---|---|---|---|
| 18: 20 | | | period. | Def Resp:  Relevant because it shows |
| 18: 21 | Q. | | Q.   Let's talk for a minute about steroids. | the drawbacks of one of the other |
| 18: 22 | | | Are steroids useful in reducing inflammation? | other options for pain relief.  Important for |
| 18: 23 | A. | | A.   Yes, they are. | the jury to understand the drawbacks |
| 18: 24 | Q. | | Q.   Do they also sometimes have a helpful | of other pain relief options so that the |
| 18: 25 | | | effect on reducing pain? | jury will have a better understanding of |
| 19: 1 | A. | | A.   Yes, they do. | why Vioxx was developed.  Also |
| 19: 2 | Q. | | Q.   What are some of the side effects of | relevant to Dr. McCaffrey's decision |
| 19: 3 | | | steroids? | to prescribe NSAIDs/Vioxx. |
| 19: 4 | A. | | A.   Side effects of steroids are | |
| 19: 5 | | | osteoporosis -- | |
| 19: 6 | Q. | | Q.   What is that? | |
| 19: 7 | A. | | A.   -- which is a thinning of the bones | |
| 19: 8 | | | where you can actually get -- on long-term use you | |
| 19: 9 | | | can get fractures of the bones, especially in the | |
| 19: 10 | | | spine.  You can develop cataracts.  You can develop | |
| 19: 11 | | | diabetes mellitus.  It can cause you to have | |
| 19: 12 | | | hypertension, chronic insomnia.  You can develop a | |
| 19: 13 | | | mood disorder.  You can actually develop depression | |
| 19: 14 | | | on chronic steroid use. | |
| 19: 15 | Q. | | Q.   If there are all these side effects | |
| 19: 16 | | | that are associated with steroids, why do you | |
| 19: 17 | | | prescribe them to your patients on occasion? | |
| 19: 18 | A. | | A.   It's our last line of defense, it's | |
| 19: 19 | | | after you've tried everything else.  Basic example | |

**20:13   -   23:16**   McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 20: 13 | | | safest medication.  In an arthritis patient or |
| 20: 14 | | | chronic pain patient, it's the last defense.  It's |
| 20: 15 | | | the last medication you would use because of the |
| 20: 16 | | | side effects. |
| 20: 17 | Q. | | Q.   You also mentioned NSAIDs, or |
| 20: 18 | | | nonsteroidal antiinflammatory drugs, like ibuprofen |
| 20: 19 | | | and naproxen. |
| 20: 20 | A. | | A.   Yes, sir. |
| 20: 21 | Q. | | Q.   What are the benefits of traditional or |
| 20: 22 | | | nonselective NSAIDs?  Do you understand what I mean |
| 20: 23 | | | when I say nonselective NSAIDs? |
| 20: 24 | A. | | A.   Yes, sir, they're COX-1 and COX-2. |
| 20: 25 | Q. | | Q.   Correct.  What are some of the benefits |
| 21: 1 | | | of nonselective or traditional NSAIDs like |
| 21: 2 | | | ibuprofen? |
| 21: 3 | A. | | A.   Pain resolution, easy to use. |
| 21: 4 | | | There's -- initially when you're starting somebody |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 21: 5 | | on the medication, you can do some blood monitoring | |
| 21: 6 | | on them, but once you've checked, as long as | |
| 21: 7 | | they're not abusing the medications, it's usually a | |
| 21: 8 | | safe form of therapy. | |
| 21: 9 | Q. | Q.  Are some of the side effects associated | |
| 21: 10 | | with NSAIDs stomach problems? | |
| 21: 11 | A. | A.  Yes, they are.  You can have the same | |
| 21: 12 | | problems with GI bleeding or gastrointestinal | |
| 21: 13 | | hemorrhage.  And this can be a slow process also | |
| 21: 14 | | because it helps pain so you might lose blood | |
| 21: 15 | | slowly over time. | |
| 21: 16 | Q. | Q.  Have you heard of patients who have | Pltf Obj:  401, 402, 403 - irrelevant |
| 21: 17 | | actually had perforations and ulcers in their | and prejudicial.  Plaintiff has not |
| 21: 18 | | stomach as a result of taking traditional or | suffered from nor been diagnosed |
| 21: 19 | | nonselective NSAIDs? | with any of these conditions |
| 21: 20 | A. | A.  Yes, sir. | because of his NSAID use. |
| 21: 21 | Q. | Q.  Are you aware of whether the stomach | Def Resp:  Relevant because this |
| 21: 22 | | problems and the perforations, ulcers and bleeds | relates to one of the big drawbacks |
| 21: 23 | | are considered a serious health problem in this | of traditional NSAIDs, and helps |
| 21: 24 | | country? | the jury understand one of the |
| 21: 25 | A. | A.  Yes, they are. | reasons why Vioxx was developed. |
| 22: 1 | Q. | Q.  Why are they a serious problem, sir? | Also relevant to Dr. McCaffrey's |
| 22: 2 | A. | A.  Because they can be lethal.  With | decision to prescribe NSAIDs/Vioxx. |
| 22: 3 | | traditional NSAIDs, I don't know if I'm quoting my | |
| 22: 4 | | numbers right, but there are probably between a | |
| 22: 5 | | hundred and 150 deaths per year on traditional | |
| 22: 6 | | NSAIDs.  That number might be higher. | |
| 22: 7 | Q. | Q.  And are you also aware that there are | |
| 22: 8 | | thousands of NSAID users who have to be | |
| 22: 9 | | hospitalized because of GI-related problems? | |
| 22: 10 | A. | A.  Yes, sir. | |
| 22: 11 | Q. | Q.  Is tolerability also a problem with | |
| 22: 12 | | some NSAIDs? | |
| 22: 13 | A. | A.  Yes, sir. | |
| 22: 14 | Q. | Q.  What is tolerability? | |
| 22: 15 | A. | A.  Being able to take a medicine without | |
| 22: 16 | | the side effects.  So every medication on the | |
| 22: 17 | | market can have side effects on a particular | |
| 22: 18 | | patient.  I mean, you can hand Tylenol to a hundred | |
| 22: 19 | | patients and two or three patients might have some | |
| 22: 20 | | kind of side effect, whether it be dizziness or | |
| 22: 21 | | whether it be fatigue or some side effect that's | |
| 22: 22 | | intolerable to them, they can't take the medicine | |
| 22: 23 | | because of it. | |

| | | | | Objections/Responses in Barnett |
|---|---|---|---|---|
| 22: 24 | Q. | | Q.  Do NSAIDs -- nonselective NSAIDs also | |
| 22: 25 | | | cause increased blood pressure or hypertension? | |
| 23: 1 | A. | | A.  Yes, sir. | |
| 23: 2 | Q. | | Q.  Finally, you mentioned Tylenol. | Pltf Obj:  401, 402, 403 - Plaintiff |
| 23: 3 | | | Tylenol can help reduce pain in certain patients? | has not used Tylenol as a treatment |
| 23: 4 | A. | | A.  Yes, it can. | and this testimony is therefore |
| 23: 5 | Q. | | Q.  Did Tylenol also have side effects? | irrelevant. |
| 23: 6 | A. | | A.  Yes, it can.  It has -- they're very | Def Resp:  Mr. Barnett testified on |
| 23: 7 | | | limited -- I mean, it's very rare you see a side | 6-6-06 that his is currently using |
| 23: 8 | | | effect.  You will find people that will develop a | Tylenol.  Also relevant to Dr. |
| 23: 9 | | | skin rash like any other medication.  Very rare you | McCaffrey's decision to prescribe |
| 23: 10 | | | see the blood pressure go up or -- but I've seen | NSAIDs/Vioxx. |
| 23: 11 | | | dizziness with Tylenol.  I've seen fatigue with | |
| 23: 12 | | | Tylenol.  If you open the package insert, just | |
| 23: 13 | | | about every side effect you can imagine is in | |
| 23: 14 | | | there.  It's tolerated, but you have to take it | |
| 23: 15 | | | four times a day so one of those medications that | |
| 23: 16 | | | is limited in what it can do. | |

| | | | | |
|---|---|---|---|---|
| **23:17** - **24:23** | | McCaffrey M 20060503.ctx | | |
| 23: 17 | Q. | | Q.  Now let's turn to COX-2 inhibitors like | |
| 23: 18 | | | Vioxx, okay? | |
| 23: 19 | A. | | A.  Yes, sir. | |
| 23: 20 | Q. | | Q.  When did you start prescribing COX-2 | |
| 23: 21 | | | inhibitors? | |
| 23: 22 | A. | | A.  When they became available on the | |
| 23: 23 | | | market, I guess Celebrex was the first COX-2. | |
| 23: 24 | Q. | | Q.  Why did you decide to prescribe | |
| 23: 25 | | | Celebrex and Vioxx over traditional NSAIDs? | |
| 24: 1 | A. | | A.  Number one, they were more effective | |
| 24: 2 | | | from a pain standpoint.  Number two, the risk of GI | |
| 24: 3 | | | side effects was lower.  These are actual | |
| 24: 4 | | | medications you could give to people while on | |
| 24: 5 | | | Coumadin. | |
| 24: 6 | Q. | | Q.  What is Coumadin? | |
| 24: 7 | A. | | A.  Coumadin is a blood thinner.  It's the | |
| 24: 8 | | | most potent of the blood thinners that we use short | |
| 24: 9 | | | of injectable blood thinners, Lovenox, in private | |
| 24: 10 | | | practice. | |
| 24: 11 | Q. | | Q.  And why is it helpful to be able to | Pltf Obj:  401, 402, 403 - Irrelevant |
| 24: 12 | | | give COX-2 inhibitors to patients who are taking | and immaterial as plaintiff did not |
| 24: 13 | | | blood thinners? | use prednisone or comedian before |
| 24: 14 | A. | | A.  Because you cannot give traditional | beginning treatment with Vioxx. |
| 24: 15 | | | medications.  You cannot give Prednisone or | Def Resp: Relevant to showing the jury |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 24: 16 | | steroids.  You cannot give traditional nonselective | why COX-2 inhibitors like Vioxx |
| 24: 17 | | nonsteroidal medications to these patients because | were an important development. Also |
| 24: 18 | | of the side effect -- of the possible bleeding | relevant to Dr. McCaffrey's decision |
| 24: 19 | | contraindications for the patient. | to prescribe NSAIDs/Vioxx. |
| 24: 20 | Q. | Q.   Did you find it helpful when Vioxx and | |
| 24: 21 | | Bextra were on the market to have multiple COX-2 | |
| 24: 22 | | inhibitors to choose from for your patients? | |
| 24: 23 | A. | A.   Yes, sir. | |

**26:11 - 27:18**     McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 26: 11 | Q. | Q.   Is it fair, Dr. McCaffrey, that because | Pltf Obj:  401, 402, 403 - irrelevant |
| 26: 12 | | different people respond differently to the same | and immaterial and does not apply |
| 26: 13 | | medication, it is helpful to have more than one | to Plaintiff. |
| 26: 14 | | medication to prescribe to them? | Def Resp:  It is relevant to Mr. |
| 26: 15 | A. | A.   Yes, sir. | Barnett, who has tried a number of |
| 26: 16 | Q. | Q.   Have you seen patients who did not | different medications over the years. |
| 26: 17 | | respond well to Celebrex but did respond well to | Also relevant to Dr. McCaffrey's |
| 26: 18 | | Vioxx? | decision to prescribe NSAIDs/Vioxx. |
| 26: 19 | A. | A.   Yes, sir. | |
| 26: 20 | Q. | Q.   Have you seen patients who did respond | |
| 26: 21 | | well to Motrin, or ibuprofen, but not to naproxen? | |
| 26: 22 | A. | A.   Yes, sir. | |
| 26: 23 | Q. | Q.   During what period of time did you | |
| 26: 24 | | prescribe Vioxx, sir? | |
| 26: 25 | A. | A.   From the time it was released to the | |
| 27: 1 | | time it was recalled. | |
| 27: 2 | Q. | Q.   Why did you prescribe Vioxx to your | |
| 27: 3 | | patients? | |
| 27: 4 | A. | A.   It was a very excellent medication for | |
| 27: 5 | | the treatment of osteoarthritis and rheumatoid | |
| 27: 6 | | arthritis. | |
| 27: 7 | Q. | Q.   Did you and your colleagues, sir, who | |
| 27: 8 | | focus on pain relief consider COX-2 inhibitors and | |
| 27: 9 | | Vioxx to be a major advance in the treatment of | |
| 27: 10 | | pain? | |
| 27: 11 | A. | A.   Yes, sir. | |
| 27: 12 | Q. | Q.   You mentioned before that to take | Pltf Obj:  401, 402, 403 - irrelevant |
| 27: 13 | | Tylenol, you often have to take it four times a | and prejudicial as the Plaintiff did |
| 27: 14 | | day.  Do you remember saying that? | not decide to take Vioxx based on |
| 27: 15 | A. | A.   That's correct. | the number of times a day he had |
| 27: 16 | Q. | Q.   How many times a day were patients told | to take the pill, nor for financial |
| 27: 17 | | to take Vioxx typically? | purposes. |
| 27: 18 | A. | A.   Once a day. | Def Resp:  Relevant to explaining |

**27:22 - 29:24**     McCaffrey M 20060503.ctx     | to the jury some of the benefits

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 27: 22 | Q. | Q.   Is it helpful for patients to have to | of Vioxx.  Also relevant to Dr. |
| 27: 23 | | take medicine only once a day versus four times a | McCaffrey's decision to prescribe |
| 27: 24 | | day? | NSAIDs/Vioxx. |
| 27: 25 | A. | A.   Yes, it is, because it's easier to | |
| 28: 1 | | remember to take the medication, therefore the | |
| 28: 2 | | patient remains compliant with their medication. | |
| 28: 3 | | The other beauty of the newer | |
| 28: 4 | | medications, Vioxx, Celebrex and Bextra, was the | |
| 28: 5 | | advantage of -- and this may sound strange to the | |
| 28: 6 | | academic world, to the private practice it makes | |
| 28: 7 | | more sense.  I could put somebody on Vioxx for a | |
| 28: 8 | | one-week time period and then they'd be off the | |
| 28: 9 | | medication for three weeks.  So they actually take | |
| 28: 10 | | their Vioxx one week per month and that's all they | |
| 28: 11 | | had to take for their pain relief.  It would calm | |
| 28: 12 | | the pain down enough that they wouldn't have to | |
| 28: 13 | | take it for the next three weeks.  So it's not | |
| 28: 14 | | uncommon in my practice where I'd have patients | |
| 28: 15 | | that, you know, from a cost standpoint they'd say, | |
| 28: 16 | | I cannot afford the medication and so we'd figure | |
| 28: 17 | | out how to be able to take the medication and | |
| 28: 18 | | they'd also give themself a holiday where they were | |
| 28: 19 | | off the drug at the same time. | |
| 28: 20 | Q. | Q.   And for some of those patients if they | |
| 28: 21 | | had to take traditional NSAIDs, would they have to | |
| 28: 22 | | take those more regularly and more often? | |
| 28: 23 | A. | A.   Yes, sir. | |
| 28: 24 | Q. | Q.   Before you prescribed Vioxx to | |
| 28: 25 | | Mr. Barnett, and we're going to talk about | |
| 29: 1 | | Mr. Barnett shortly, had the Food and Drug | |
| 29: 2 | | Administration approved Vioxx as safe and | Pltf Obj (29:5-14): 602, calls for expert |
| 29: 3 | | effective? | testimony - Dr. McCaffrey does not work for |
| 29: 4 | A. | A.   Yes, they had. | the FDA or have firsthand knowledge of the |
| 29: 5 | Q. | Q.   Is it important to you as a treating | approval process.  Misleading as to the |
| 29: 6 | | physician that the Food and Drug Administration | proposition that the FDA does studies on |
| 29: 7 | | approve medicine as safe and effective, sir? | drugs. |
| 29: 8 | A. | A.   Yes, sir. | Def Resp: Dr. McCaffrey prescribed Vioxx |
| 29: 9 | Q. | Q.   Why is that important to you? | to Mr. Barnett.  This question simply asked |
| 29: 10 | A. | A.   Because it's given a seal of approval | Mr. Barnett's prescribing physician |
| 29: 11 | | by the Federal Government.  They've done | whether it was important to him that the |
| 29: 12 | | appropriate studies on the medication and -- you | FDA approved Vioxx.  The question does |
| 29: 13 | | know, it's like going to a bank, if you're FDIC | not lack of foundation or call for |
| 29: 14 | | approved -- I mean -- is it FDIC? | expert testimony. |
| 29: 15 | Q. | Q.   I think so. | |

| | | | | **Objections/Responses in Barnett** |
|---|---|---|---|---|
| | 29: 16 | A. | A.   Yeah.  I know I can put my money in | |
| | 29: 17 | | there and there's a safeguard from the Federal | |
| | 29: 18 | | Government saying if something happens to your | |
| | 29: 19 | | bank, you're still going to have your money.  So | |
| | 29: 20 | | it's the same thing with the Federal Government, | Pltf Obj: (29:21-24) 602, calls for expert testimony. |
| | 29: 21 | | here's the medication.  We put our trust in this | Dr. McCaffrey does not work for the FDA or have |
| | 29: 22 | | medication.  It went through a rigorous program. | firsthand knowledge of the drug approval process. |
| | 29: 23 | | The United States has the most rigorous program of | Def Resp:  Same response as above.  This is |
| | 29: 24 | | any drug program. | proper testimony from an experienced |
| **30:4** | **-** | **30:10** | McCaffrey M 20060503.ctx | neurologist. |
| | 30: 4 | | Is it your understanding, | Pltf Obj:  602, calls for expert testimony. |
| | 30: 5 | | Dr. McCaffrey, that the Food and Drug | Dr. McCaffrey does not work for the |
| | 30: 6 | | Administration has scientists there to review | FDA or have firsthand knowledge of |
| | 30: 7 | | clinical trials and make an assessment about | how Vioxx was assessed for safety. |
| | 30: 8 | | whether a drug is safe and effective before it can | Def Resp:  This question simply asks for |
| | 30: 9 | | be used in the marketplace? | Dr. McCaffrey's understanding. |
| | 30: 10 | A. | A.   Yes, sir. | |
| **30:13** | **-** | **31:8** | McCaffrey M 20060503.ctx | |
| | 30: 13 | Q. | Were you aware, Dr. McCaffrey, while | Pltf Obj:  401, 402, 403 |
| | 30: 14 | | you were prescribing Vioxx that the FDA approved it | Def Resp:  This is relevant to show the types |
| | 30: 15 | | as safe and effective for different uses over time? | of uses Vioxx was approved for.  This is |
| | 30: 16 | A. | A.   Yeah, toward -- you know, after Vioxx | important for the jury to understand.  It is |
| | 30: 17 | | had been out for awhile, it actually was approved | not prejudicial.  Also relevant to Dr. McCaffrey's |
| | 30: 18 | | for migraine headaches. | decision to prescribe NSAIDs/Vioxx. |
| | 30: 19 | Q. | Q.   Do you remember that after Vioxx was | Pltf Obj:  401, 402, 403 |
| | 30: 20 | | originally released in the market, it was | Def Resp:  This is relevant to show |
| | 30: 21 | | subsequently approved for the treatment of | the types of uses Vioxx was |
| | 30: 22 | | rheumatoid arthritis? | approved for.  This is important for |
| | 30: 23 | A. | A.   Yes, sir. | the jury to understand.  It is not |
| | 30: 24 | Q. | Q.   Did you find that to be helpful for | prejudicial. Also relevant to Dr. |
| | 30: 25 | | your patients? | McCaffrey's decision to prescribe |
| | 31: 1 | A. | A.   Yes, sir. | NSAIDs/Vioxx. |
| | 31: 2 | Q. | Q.   In March of 2004, do you know that the | |
| | 31: 3 | | Food and Drug Administration approved Vioxx for use | |
| | 31: 4 | | in treating migraine headaches? | |
| | 31: 5 | A. | A.   Yes, sir. | |
| | 31: 6 | Q. | Q.   Do you treat patients who have migraine | |
| | 31: 7 | | headaches, sir? | |
| | 31: 8 | A. | A.   That's 60 percent of my practice. | |
| **31:16** | **-** | **32:8** | McCaffrey M 20060503.ctx | |
| | 31: 16 | Q. | Q.   What happens to patients who have | Pltf Obj: 401, 402, 403.  The condition |
| | 31: 17 | | chronic migraines who come in to see you because | is inapplicable to Plaintiff - he did not |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 31: 18 | | they have them so often, what is life like for | have migraines nor did he suffer from |
| 31: 19 | | those patients? | this type of pain.  This testimony is |
| 31: 20 | A. | A.   Life is horrible for them.  You have to | therefore irrelevant and prejudicial. |
| 31: 21 | | view chronic migraines as a chronic pain syndrome. | Def Resp:  This is relevant to show |
| 31: 22 | | It's a chronic disorder where they have headaches | the types of uses Vioxx was approved |
| 31: 23 | | at least every other day per month.  They're on | for.  This is important for the jury |
| 31: 24 | | multiple medications.  They develop depression. | to understand.  It is not prejudicial. |
| 31: 25 | | They can't interact in social events because | Also relevant to Dr. McCaffrey's |
| 32: 1 | | they're constantly having migraine headaches, | decision to prescribe  NSAIDs/Vioxx. |
| 32: 2 | | they're missing events, they miss time with their | |
| 32: 3 | | kids.  They're unemployable.  No one employs | |
| 32: 4 | | somebody that has headaches every day of their | |
| 32: 5 | | life.  Very difficult to keep them at work. | |
| 32: 6 | Q. | Q.   Was Vioxx helpful in treating migraine | |
| 32: 7 | | headaches in some of your patients? | |
| 32: 8 | A. | A.   Yes, it was. | |

| 33:4 | - | 33:7 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 33: 4 | Q. | Q.   How did your clinical experience, | Pltf Obj:  Vague, ambiguous, irrelevant |
| | 33: 5 | | Dr. McCaffrey, with Vioxx compare with the FDA's | as to his other patients. |
| | 33: 6 | | conclusion that it was a safe and effective | Def Resp:  If the Plaintiff withdraws, or if |
| | 33: 7 | | medicine? | the Court excludes, all of Dr. McCaffrey's |

| 33:9 | - | 33:10 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 33: 9 | | THE WITNESS:  I thought it was a very | testimony relating to Vioxx and its |
| | 33: 10 | | safe medication. | potential impact on hypertension, blood |

| 33:12 | - | 33:14 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 33: 12 | Q. | Q.   Did you think it was a very helpful | pressure, and related cardiovascular issues, |
| | 33: 13 | | medication for your patients? | Merck agrees this designation should be |
| | 33: 14 | A. | A.   Yes, I did. | removed.  If, however, the Plaintiff does not |

| 33:15 | - | 34:6 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 33: 15 | Q. | Q.   Let's turn now to your treatment of | withdraw its testimony and the Court allows |
| | 33: 16 | | Gerald Barnett, okay? | it, then this designation should also be allowed. |
| | 33: 17 | A. | A.   Yes, sir. | |
| | 33: 18 | Q. | Q.   What is that in front of you, by the | |
| | 33: 19 | | way, for the ladies and gentlemen of the jury? | |
| | 33: 20 | A. | A.   This is a PDA.  It's basically a | |
| | 33: 21 | | screen, goes to a server which is on 48th Avenue | |
| | 33: 22 | | which is about 40 blocks from here. | |
| | 33: 23 | Q. | Q.   It just basically contains medical | |
| | 33: 24 | | records? | |
| | 33: 25 | A. | A.   It brings in his whole chart and stores | |
| | 34: 1 | | it right here until I release it back to the | |
| | 34: 2 | | server. | |

| | | |
|---|---|---|
| 34: 3 | Q. | Q.  When did you first meet Gerald Barnett? |
| 34: 4 | A. | A.  Pull his name up here.  Mr. Barnett, I |
| 34: 5 | | first met him on March 26th, 1990 -- I take that |
| 34: 6 | | back -- yeah, March 26th, 1998. |

**34:7   -   34:8**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 34: 7 | Q. | Q.  I'm going to hand you what I've marked |
| 34: 8 | | as Exhibit 1 to your deposition, sir. |

**34:12   -   38:5**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 34: 12 | Q. | Q.  Is this a document that reflects your |
| 34: 13 | | first visit with Mr. Barnett on March 26th of 1998? |
| 34: 14 | A. | A.  Yes, sir. |
| 34: 15 | Q. | Q.  We're going to go through this in a |
| 34: 16 | | minute, but I want to ask you how many total visits |
| 34: 17 | | you had with Mr. Barnett, period. |
| 34: 18 | A. | A.  Four visits. |
| 34: 19 | Q. | Q.  When was the last time you saw |
| 34: 20 | | Mr. Barnett? |
| 34: 21 | A. | A.  It was on December 30th, 1999. |
| 34: 22 | Q. | Q.  So you treated Mr. Barnett from March |
| 34: 23 | | 28th, 1998 through December 30th of 1999 and during |
| 34: 24 | | that period, you saw him a total of four times? |
| 34: 25 | A. | A.  Yes, sir. |
| 35: 1 | Q. | Q.  Why did Mr. Barnett come to see you on |
| 35: 2 | | March 26th, 1998? |
| 35: 3 | A. | A.  His main complaint on the first visit |
| 35: 4 | | was complaining about low back pain which radiated |
| 35: 5 | | into his left leg.  He related he was involved in a |
| 35: 6 | | motor vehicular accident on December 30th, 1978. |
| 35: 7 | | He suffered neck and back injuries with this |
| 35: 8 | | accident resulting in chronic back pain, neck pain |
| 35: 9 | | and right shoulder pain. |
| 35: 10 | Q. | Q.  Are you reading from the second and |
| 35: 11 | | third sentence -- |
| 35: 12 | A. | A.  That's correct. |
| 35: 13 | Q. | Q.  -- from Exhibit 1?  So he came to see |
| 35: 14 | | you because he was experiencing lower back pain in |
| 35: 15 | | March of 1998? |
| 35: 16 | A. | A.  That's correct. |
| 35: 17 | Q. | Q.  Do you also indicate, sir, that -- on |
| 35: 18 | | the third page that Mr. Barnett was also suffering |
| 35: 19 | | from chronic shoulder pain? |
| 35: 20 | A. | A.  That's correct. |
| 35: 21 | Q. | Q.  Did Mr. Barnett explain to you the |

35: 22        medications that he had been taking to try to

35: 23        address his chronic neck pain and back pain?

35: 24   A.         A.   Yes, sir, he did.  He said --

35: 25   Q.         Q.   What were those?

36: 1   A.          A.   He said he had taken Feldene, which is

36: 2         an antiinflammatory, from --

36: 3   Q.          Q.   Is that a traditional NSAID?

36: 4   A.          A.   It's a traditional NSAID.  It would be

36: 5         in the same family as Mobic, which is a newer

36: 6         medication that's out now -- from December 1980

36: 7         through October 1996 with significant improvement

36: 8         of his symptoms and he had stopped his medication

36: 9         in 1996, started taking ibuprofen.  And I'm not

36: 10        sure at that time, I didn't go into detail why he

36: 11        stopped it.

36: 12   Q.         Q.   So Mr. Barnett told you he had taken

36: 13        Feldene for 16 years to try to resolve his back

36: 14        pain and his neck pain and then he had switched to

36: 15        ibuprofen?

36: 16   A.         A.   Over-the-counter ibuprofen.

36: 17   Q.         Q.   Did Mr. Barnett tell you that Feldene

36: 18        actually did help him for awhile resolving his

36: 19        pain?

36: 20   A.         A.   Yes, he did.

36: 21   Q.         Q.   And did you at this point in time

36: 22        decide that it would be appropriate to put him back

36: 23        on Feldene?

36: 24   A.         A.   And that -- that's what I did, I put

36: 25        him back on Feldene that day and talked to him

37: 1         about doing an MRI scan of his lower back to

37: 2         evaluate for lumbar disc disease and also do a

37: 3         nerve conduction study, EMG, of the left leg to

37: 4         evaluate for any evidence of an active or chronic

37: 5         lumbosacral radiculopathy.

37: 6   Q.          Q.   I don't know what that means.  I'm not

37: 7         going to ask you to explain it, but --

37: 8   A.          A.   Just means a pinched nerve.

37: 9   Q.          Q.   Okay.

37: 10   A.         A.   He's coming in for back pain.  It's

37: 11        going into one leg.  Does he have a pinched nerve

37: 12        in his back which is significant.

37: 13   Q.         Q.   The medication that you prescribed on

37: 14        this occasion, March 26th of 1998, was Feldene,

37: 15        right?

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 37: 16 | A. | A.   Yes, sir. |
| 37: 17 | Q. | Q.   Why did you decide to prescribe Feldene |
| 37: 18 | | as opposed to some other medication to Mr. Barnett? |
| 37: 19 | A. | A.   It's a medication that had worked for |
| 37: 20 | | him before. |
| 37: 21 | Q. | Q.   When you prescribe medications to your |
| 37: 22 | | patients, sir, do you listen to them concerning |
| 37: 23 | | what medications have worked and what haven't |
| 37: 24 | | worked in the past? |
| 37: 25 | A. | A.   It's probably the most important part |
| 38: 1 | | of their history. |
| 38: 2 | Q. | Q.   Do you prescribe medications to your |
| 38: 3 | | patients, sir, because you have some self-interest |
| 38: 4 | | in the medication you prescribe? |
| 38: 5 | A. | A.   No, sir. |

**38:24   -   39:6**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 38: 24 | Q. | Q.   On this date, March 26th of 1998, did |
| 38: 25 | | Mr. Barnett tell you that over the previous three |
| 39: 1 | | months, his low back pain had been getting worse? |
| 39: 2 | A. | A.   Yes, he did. |
| 39: 3 | Q. | Q.   Did Mr. Barnett tell you in March of |
| 39: 4 | | 1998 that the pain he was experiencing was |
| 39: 5 | | radiating down his left leg? |
| 39: 6 | A. | A.   That is correct. |

**39:7   -   39:9**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 39: 7 | Q. | Q.   The next time you saw Mr. Barnett was |
| 39: 8 | | on -- was it March 31st of 1998? |
| 39: 9 | A. | A.   Yes, it was. |

**39:13   -   41:15**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 39: 13 | Q. | Q.   Let me hand you Exhibit 2, sir.  Is |
| 39: 14 | | this a medical record concerning your visit with |
| 39: 15 | | Mr. Barnett on March 31st, 1998? |
| 39: 16 | A. | A.   Yes, it is. |
| 39: 17 | Q. | Q.   Why did he come to see you on this |
| 39: 18 | | occasion? |
| 39: 19 | A. | A.   We performed a nerve conduction study, |
| 39: 20 | | EMG, on the patient to evaluate for evidence of a |
| 39: 21 | | radiculopathy. |
| 39: 22 | Q. | Q.   And a radiculopathy is again? |
| 39: 23 | A. | A.   A pinched nerve in the back. |
| 39: 24 | Q. | Q.   Did you discuss the results of that |
| 39: 25 | | test with Mr. Barnett? |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 40: 1 | A. | A. It was discussed at the time of the |
| 40: 2 | | test itself, yes, I did. |
| 40: 3 | Q. | Q. What was your conclusion, sir, about |
| 40: 4 | | the cause of Mr. Barnett's leg pain and lower back |
| 40: 5 | | pain? |
| 40: 6 | A. | A. Well, he had evidence on the test from |
| 40: 7 | | the study that demonstrated a chronic, which means |
| 40: 8 | | something that had been going on longer than six |
| 40: 9 | | months, and an active, something going on less than |
| 40: 10 | | six months -- a chronic active pinched nerve in his |
| 40: 11 | | back. So he had ongoing changes to the nerve |
| 40: 12 | | itself from the study so at that time I said, you |
| 40: 13 | | know, you have a chronic pinched nerve. We talked |
| 40: 14 | | about we need to schedule you for an MRI or get on |
| 40: 15 | | with the MRI to see exactly what's going on in your |
| 40: 16 | | back. We had previously done X-rays on the first |
| 40: 17 | | visit when he came in that showed some arthritic |
| 40: 18 | | changes in his lumbosacral spine and we were going |
| 40: 19 | | to review the MRI once we got the results back. |
| 40: 20 | Q. | Q. Focusing your attention, sir, on the |
| 40: 21 | | last paragraph of the March 31st, 1998 visit. |
| 40: 22 | A. | A. Yes, sir. |
| 40: 23 | Q. | Q. Do you see that you wrote, quote, we |
| 40: 24 | | will see the patient in follow-up after this MRI is |
| 40: 25 | | completed, we will continue him on Feldene 20 |
| 41: 1 | | milligrams -- what does PO Q mean? |
| 41: 2 | A. | A. By mouth every day. |
| 41: 3 | Q. | Q. He has had a significant improvement in |
| 41: 4 | | his pain since restarting Feldene. |
| 41: 5 | | Do you see that? |
| 41: 6 | A. | A. That's correct. |
| 41: 7 | Q. | Q. Why did you decide to continue him on |
| 41: 8 | | Feldene as opposed to putting him on some other |
| 41: 9 | | medication to help control his back pain? |
| 41: 10 | A. | A. Because he did well on the medicine. |
| 41: 11 | Q. | Q. When did you see Mr. Barnett next? |
| 41: 12 | A. | A. I saw Mr. Barnett next on April 6th, |
| 41: 13 | | 1998. |
| 41: 14 | Q. | Q. 1998? |
| 41: 15 | A. | A. 1998. |

| | | | |
|---|---|---|---|
| **41:19** | - | **41:19** | McCaffrey M 20060503.ctx |
| | 41: 19 | Q. | Q. Let me hand you Exhibit 3, sir. |
| **41:22** | - | **42:3** | McCaffrey M 20060503.ctx |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 41: 22 | Q. | Q.   Is this a medical record dated April |
| 41: 23 | | 6th of 1998 concerning your visit with Mr. Barnett? |
| 41: 24 | A. | A.   Yes, it is. |
| 41: 25 | Q. | Q.   Why did he come to see you on this |
| 42: 1 | | occasion? |
| 42: 2 | A. | A.   He came to follow up to go over the |
| 42: 3 | | results of his MRI scan. |

**42:5   -   43:14**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 42: 5 | | Can you describe briefly in terms that |
| 42: 6 | | I can understand what the results of his MRI scan |
| 42: 7 | | were. |
| 42: 8 | A. | A.   Underwent his MRI on April 3rd, 1998. |
| 42: 9 | | His MRI demonstrated mild spondylitic changes and |
| 42: 10 | | these are changes you see with osteoarthritis at |
| 42: 11 | | all levels with a disc bulge with posterior |
| 42: 12 | | spurring noted at L-5/S-1.  That's the fifth lumbar |
| 42: 13 | | and the first sacral, which is a very common site. |
| 42: 14 | Q. | Q.   Is that in the lower back? |
| 42: 15 | A. | A.   That's correct. |
| 42: 16 | Q. | Q.   Is that what was causing his lower back |
| 42: 17 | | pain? |
| 42: 18 | A. | A.   More than likely it was causing his |
| 42: 19 | | back pain, yes, sir. |
| 42: 20 | Q. | Q.   In the middle of the paragraph that |
| 42: 21 | | starts history of present illness, do you see that |
| 42: 22 | | you wrote, he was started on Feldene 20 milligrams |
| 42: 23 | | by mouth per day and has been doing fine on this |
| 42: 24 | | medication, his symptoms have improved by 75 |
| 42: 25 | | percent? |
| 43: 1 | A. | A.   Yes, sir. |
| 43: 2 | Q. | Q.   So he was still doing all right on |
| 43: 3 | | Feldene at this point? |
| 43: 4 | A. | A.   Yes, sir. |
| 43: 5 | Q. | Q.   Did you continue him on Feldene because |
| 43: 6 | | the medicine was working at that point to help his |
| 43: 7 | | back pain? |
| 43: 8 | A. | A.   Yes, I did. |
| 43: 9 | Q. | Q.   The next visit, I believe, was the last |
| 43: 10 | | visit that you had with Mr. Barnett? |
| 43: 11 | A. | A.   That's correct. |
| 43: 12 | Q. | Q.   And that was on December 30th of 1999, |
| 43: 13 | | right? |
| 43: 14 | A. | A.   That is correct. |

**43:18  -  47:10**    McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 43: 18 | Q. | Q.   Let me hand you Exhibit 4, sir.  Is |
| 43: 19 | | this a medical record that addresses the visit you |
| 43: 20 | | had with Mr. Barnett on December 30th of 1999? |
| 43: 21 | A. | A.   Yes, it is. |
| 43: 22 | Q. | Q.   Why did Mr. Barnett come to see you on |
| 43: 23 | | this occasion? |
| 43: 24 | A. | A.   Well, his back pain had worsened since |
| 43: 25 | | I had seen him almost eight months prior. |
| 44: 1 | Q. | Q.   If you look in the history of present |
| 44: 2 | | illness paragraph, do you see that you wrote, |
| 44: 3 | | patient is a 54-year-old -- |
| 44: 4 | A. | A.   Right-handed white male. |
| 44: 5 | Q. | Q.   -- seen for follow-up of lower back |
| 44: 6 | | pain and left leg radiation secondary to a lumbar |
| 44: 7 | | radiculopathy? |
| 44: 8 | A. | A.   That's correct. |
| 44: 9 | Q. | Q.   And then you write, since his last |
| 44: 10 | | visit, his lower back pain has been acting up |
| 44: 11 | | approximately five days a week. |
| 44: 12 | A. | A.   That's correct. |
| 44: 13 | Q. | Q.   And then you indicate that he's had |
| 44: 14 | | improvement since he stopped playing golf a few |
| 44: 15 | | weeks ago. |
| 44: 16 | A. | A.   That's correct. |
| 44: 17 | Q. | Q.   Under current medications, you wrote, |
| 44: 18 | | Feldene 20 milligrams by mouth once a day which we |
| 44: 19 | | will -- what does DC stand for? |
| 44: 20 | A. | A.   Discontinue. |
| 44: 21 | Q. | Q.   Today we will start him on Vioxx 25 |
| 44: 22 | | milligrams by mouth once daily. |
| 44: 23 | A. | A.   That's correct. |
| 44: 24 | Q. | Q.   Why did you decide to recommend that |
| 44: 25 | | Mr. Barnett use Vioxx instead of Feldene? |
| 45: 1 | A. | A.   He was losing an effect with Feldene. |
| 45: 2 | | It wasn't working for him anymore so we decided to |
| 45: 3 | | change to something that might be more efficacious. |
| 45: 4 | Q. | Q.   When you say might be more efficacious, |
| 45: 5 | | what does that mean? |
| 45: 6 | A. | A.   More effective. |
| 45: 7 | Q. | Q.   Was it your feeling on December 30th, |
| 45: 8 | | 1999 that even though Feldene had worked in the |
| 45: 9 | | past to help Mr. Barnett's back pain that now it |
| 45: 10 | | wasn't working well? |

| 45: 11 | A. | A.   That's correct. |
| 45: 12 | Q. | Q.   If you turn the page, Dr. McCaffrey, to |
| 45: 13 | | impression, do you see that you wrote, Number 1, |
| 45: 14 | | worsening right shoulder/deltoid pain? |
| 45: 15 | A. | A.   That's correct. |
| 45: 16 | Q. | Q.   Was Mr. Barnett experiencing more |
| 45: 17 | | shoulder pain than he had in the past? |
| 45: 18 | A. | A.   Yes, he had. |
| 45: 19 | Q. | Q.   And he was taking Feldene at this |
| 45: 20 | | point, right? |
| 45: 21 | A. | A.   Yes, he was. |
| 45: 22 | Q. | Q.   Patient does also relate a history of |
| 45: 23 | | mild neck pain with this.  Do you see that? |
| 45: 24 | A. | A.   Yes, I do. |
| 45: 25 | Q. | Q.   And then you wrote, examination showed |
| 46: 1 | | decreased sensation over the median nerve |
| 46: 2 | | distribution of the left hand. |
| 46: 3 | | What does that mean in simple English? |
| 46: 4 | A. | A.   Well, he was complaining of right |
| 46: 5 | | shoulder and deltoid pain, but over -- the |
| 46: 6 | | sensation over his thumb, index, middle and part of |
| 46: 7 | | his fourth finger of his right hand he had |
| 46: 8 | | decreased sensation.  That's the median nerve |
| 46: 9 | | distribution. |
| 46: 10 | Q. | Q.   And then at the bottom of that |
| 46: 11 | | paragraph you write, we will empirically start him |
| 46: 12 | | on Vioxx 25 milligrams by mouth once daily for this |
| 46: 13 | | discomfort. |
| 46: 14 | | What did you mean when you wrote, we |
| 46: 15 | | will empirically start him on Vioxx? |
| 46: 16 | A. | A.   We're going to give him a trial on the |
| 46: 17 | | medication and see if it helps and if it doesn't |
| 46: 18 | | help -- in reviewing my notes earlier today, I gave |
| 46: 19 | | him four sample pills and at the end of the four |
| 46: 20 | | sample pills if he was not better, he was supposed |
| 46: 21 | | to call me back and we would think about a |
| 46: 22 | | different medicine or a different treatment |
| 46: 23 | | regimen. |
| 46: 24 | Q. | Q.   Do you know one way or the other |
| 46: 25 | | whether Mr. Barnett took those sample pills and |
| 47: 1 | | when he took them? |
| 47: 2 | A. | A.   He must have because he filled his |
| 47: 3 | | prescription and I had given him a prescription. |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 47: 4 | | He asked me at the time that he had a prescription |
| 47: 5 | | plan where he had to get three months at a time so |
| 47: 6 | | I wrote a prescription for him to obtain his |
| 47: 7 | | medications three months at a time. |
| 47: 8 | Q. | Q.   Do you have any idea what particular |
| 47: 9 | | day Mr. Barnett started taking the sample pills? |
| 47: 10 | A. | A.   More than likely, the day he saw me. |

**47:16   -   47:22**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 47: 16 | | THE WITNESS:  That was December 30th, |
| 47: 17 | | 1999.  I can only assume that he took them that day |
| 47: 18 | | or the next day. |
| 47: 19 | | BY MR. GOLDMAN: |
| 47: 20 | Q. | Q.   Would you defer to Mr. Barnett in terms |
| 47: 21 | | of when he thinks he took Vioxx? |
| 47: 22 | A. | A.   That's fine. |

**47:23   -   47:23**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 47: 23 | Q. | Q.   You wrote in the -- |

**48:1   -   48:18**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 48: 1 | Q. | Q.   -- in the second paragraph, lower back |
| 48: 2 | | pain with left leg radiation.  This has been |
| 48: 3 | | problematic over time and is secondary to lumbar |
| 48: 4 | | radiculopathy. |
| 48: 5 | | We had talked about that before? |
| 48: 6 | A. | A.   Yes, sir. |
| 48: 7 | Q. | Q.   Hopefully this will improve with Vioxx. |
| 48: 8 | | Do you see that? |
| 48: 9 | A. | A.   Yes, sir. |
| 48: 10 | Q. | Q.   Was it your hope that by switching |
| 48: 11 | | Mr. Barnett from Feldene to Vioxx that it would not |
| 48: 12 | | only help his shoulder pain but also his lower back |
| 48: 13 | | pain? |
| 48: 14 | A. | A.   That's correct. |

| | | | |
|---|---|---|---|
| 48: 15 | Q. | Q.   If Feldene were working to reduce | |
| 48: 16 | | Mr. Barnett's neck pain and shoulder pain and back | Pltf Obj:  Asked and answered. |
| 48: 17 | | pain, would you have changed him to Vioxx? | Def Resp: The same question was |
| 48: 18 | A. | A.   No, sir. | not previously asked and answered. |

**48:23   -   50:20**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 48: 23 | Q. | Q.   Sure.  Did Mr. Barnett explain to you |
| 48: 24 | | on December 30th of 1999 when he said his back pain |
| 48: 25 | | was occurring five days a week how painful it was? |
| 49: 1 | A. | A.   Yes, sir. |
| 49: 2 | Q. | Q.   Was it painful to him? |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| 49: 3 | A. | A.  It was painful to the point where he | |
| 49: 4 | | had to stop playing golf.  And for him he played a | |
| 49: 5 | | lot of golf so to stop playing golf, it had to be | |
| 49: 6 | | painful. | |
| 49: 7 | Q. | Q.  In December 1999, would you say that | |
| 49: 8 | | Mr. Barnett was still experiencing low back pain | Pltf Obj: Asked and answered. |
| 49: 9 | | and shoulder pain despite being on Feldene? | Def Resp: The same question was |
| 49: 10 | A. | A.  Yes, sir. | not previously asked and answered. |
| 49: 11 | Q. | Q.  Do you make it a practice, | |
| 49: 12 | | Dr. McCaffrey, to discuss with your patients | |
| 49: 13 | | potential side effects of medicines you prescribe? | |
| 49: 14 | A. | A.  Yes, sir. | |
| 49: 15 | Q. | Q.  Did you do that with Mr. Barnett when | |
| 49: 16 | | you prescribed Vioxx to him? | |
| 49: 17 | A. | A.  What I usually do with patients is I | |
| 49: 18 | | have a package insert and I hand them the package | |
| 49: 19 | | insert and if they have any questions -- I'll go | |
| 49: 20 | | over the basic things, which is dyspepsia, it can | |
| 49: 21 | | happen with Vioxx, you can develop -- I've had | |
| 49: 22 | | patients develop headaches with Vioxx.  I've had | |
| 49: 23 | | people develop elevated blood pressure.  So I go | |
| 49: 24 | | over the very basic things, but I'll hand them a | |
| 49: 25 | | package insert and make sure they take it with | |
| 50: 1 | | them. | |
| 50: 2 | Q. | Q.  Did you believe that Mr. Barnett | |
| 50: 3 | | understood the side effects associated with Vioxx | |
| 50: 4 | | when you prescribed it to him? | |
| 50: 5 | A. | A.  Yes, sir. | |
| 50: 6 | Q. | Q.  Did you ever see Mr. Barnett again | |
| 50: 7 | | after December 30th of 1999? | |
| 50: 8 | A. | A.  No, sir. | |
| 50: 9 | Q. | Q.  Did you ever discuss the risks and | |
| 50: 10 | | benefits of Vioxx with Mr. Barnett after December | |
| 50: 11 | | 3oth of 1999? | |
| 50: 12 | A. | A.  No, sir. | |
| 50: 13 | Q. | Q.  Back when you prescribed Vioxx to | |
| 50: 14 | | Mr. Barnett, sir, had he been diagnosed with angina | |
| 50: 15 | | to your knowledge? | |
| 50: 16 | A. | A.  No, sir. | |
| 50: 17 | Q. | Q.  Did Mr. Barnett ever tell you whether | |
| 50: 18 | | he had experienced angina or heart pain prior to | |
| 50: 19 | | you prescribing Vioxx to him? | |
| 50: 20 | A. | A.  No, sir. | |

|  |  |  | Objections/Responses in Barnett |
|---|---|---|---|
| **51:9** - **51:13** | McCaffrey M 20060503.ctx | | |
| 51: 9 | | So when you were treating Mr. Barnett | Pltf Obj: Asked and answered; |
| 51: 10 | | between March of 1998 and December of 1999, you | leading. |
| 51: 11 | | didn't know whether he had angina or ischemia | Def Resp: The leading objection was |
| 51: 12 | | because he didn't tell you that he did? | waived because it was not made at |
| 51: 13 | A. | A. That's correct. | the deposition. Not asked & answered. |
| **51:23** - **52:9** | McCaffrey M 20060503.ctx | | |
| 51: 23 | Q. | Q. Did Mr. Barnett on December 30th of | |
| 51: 24 | | 1999 come into your office and ask to be put on | |
| 51: 25 | | Celebrex because he had seen commercials for | |
| 52: 1 | | Celebrex? | |
| 52: 2 | A. | A. No, sir. | |
| 52: 3 | Q. | Q. Is that something you would remember? | |
| 52: 4 | A. | A. If it was something significant, I | |
| 52: 5 | | would have documented it. Let me look through my | |
| 52: 6 | | handwritten notes. It might give us a better idea | |
| 52: 7 | | because my handwritten notes, I'm writing it as | |
| 52: 8 | | they're talking to me so if there's something | |
| 52: 9 | | significant, I'll write it down. | |
| **52:14** - **52:15** | McCaffrey M 20060503.ctx | | |
| 52: 14 | | THE WITNESS: I don't see anything | |
| 52: 15 | | written about him saying anything about Celebrex. | |
| **52:17** - **53:7** | McCaffrey M 20060503.ctx | | |
| 52: 17 | Q. | Q. If Mr. Barnett had come into your | Pltf Obj: Speculation. |
| 52: 18 | | office on December 30th of 1999 and told you he had | Def Resp: This is not speculation. Dr. |
| 52: 19 | | been watching television and saw commercials for | McCaffrey is asked about his habits and |
| 52: 20 | | Celebrex and wanted to be put on Celebrex, is that | what he writes down from patient meetings. |
| 52: 21 | | something you would have written down? | Mr. Barnett claims he asked Dr. McCaffrey |
| 52: 22 | A. | A. Probably see how pushed for time -- I | about Celebrex, but there is no written |
| 52: 23 | | probably am writing -- I'm sitting there writing as | evidence for that. The question relates to |
| 52: 24 | | they're talking so I would probably write it down. | that issue. Also, speculation objection |
| 52: 25 | Q. | Q. Let me ask you, sir, whether you | could have been made at the deposition and |
| 53: 1 | | remember Mr. Barnett coming into your office on | is therefore waived. |
| 53: 2 | | December 30th, 1999 and saying, I really want to be | |
| 53: 3 | | on Celebrex because I've seen commercials about it | |
| 53: 4 | | and you saying, no, I insist that you go on Vioxx? | |
| 53: 5 | | Does that square with your recollection of what | |
| 53: 6 | | occurred on December 30th of 1999? | |
| 53: 7 | A. | A. No, sir. | |
| **55:8** - **55:18** | McCaffrey M 20060503.ctx | | |
| 55: 8 | Q. | Q. If a patient, sir, came into your | |
| 55: 9 | | office and said, I really want to be on Celebrex, | |

| | | | **Objections/Responses in Barnett** |
|---|---|---|---|
| 55: 10 | | would you put him on Celebrex if he didn't have any | |
| 55: 11 | | allergies? | Pltf Obj (55:13-18): incomplete, hypothetical, |
| 55: 12 | A. | A.  Yes, I would. | 401, 402, 403; speculative. |
| 55: 13 | Q. | Q.  If Mr. Barnett came into your office on | Def Resp: Relevant because Mr. Barnett |
| 55: 14 | | December 30th of 1999 and said, I really want to be | claims he asked about Celebrex. Not incomplete |
| 55: 15 | | on Celebrex because Feldene is not working for me, | and not speculative because Dr. McCaffrey |
| 55: 16 | | would you have prescribed Celebrex? | is being asked about his practices and what |
| 55: 17 | A. | A.  I would have given him samples of | he would have done.  Also, the speculation |
| 55: 18 | | Celebrex to try. | objection could have been made at the dep- |

| **55:21** | **-** | **56:17** | McCaffrey M 20060503.ctx | osition and is therefore waived. |
|---|---|---|---|---|
| | 55: 21 | | Assuming Mr. Barnett came in and said, | Pltf Obj: Speculative |
| | 55: 22 | | I really want to be on Celebrex because I've seen | Def Resp: It is not speculation to ask |
| | 55: 23 | | commercials about it, would you have given him | Dr. McCaffrey what he would have |
| | 55: 24 | | samples of Celebrex to try rather than samples of | done in this case.  It is clear from Dr. |
| | 55: 25 | | Vioxx? | McCaffrey's answer that he does not have |
| | 56: 1 | A. | A.  Depends on the patient.  If we go to | to speculate to answer.  Also, the |
| | 56: 2 | | Mr. Barnett's case, I would have given him samples | speculation objection was waived |
| | 56: 3 | | of Celebrex to try. | because not raised at deposition. |
| | 56: 4 | Q. | Q.  And if Mr. Barnett responded well to | |
| | 56: 5 | | the samples of Celebrex, would you then have | |
| | 56: 6 | | prescribed Celebrex to him? | |
| | 56: 7 | A. | A.  That's correct. | |

| | 56: 8 | Q. | Q.  Do you remember ever being insistent |
|---|---|---|---|
| | 56: 9 | | that Mr. Barnett take Vioxx over some other |
| | 56: 10 | | medicine? |
| | 56: 11 | A. | A.  No, sir. |
| | 56: 12 | Q. | Q.  During the visits that you had with |
| | 56: 13 | | Mr. Barnett, do your notes indicate that he ever |
| | 56: 14 | | indicated to you that he had been watching |
| | 56: 15 | | advertisements on TV about Vioxx that he found to |
| | 56: 16 | | be reassuring? |
| | 56: 17 | A. | A.  No, sir. |

| **57:6** | **-** | **57:10** | McCaffrey M 20060503.ctx |
|---|---|---|---|
| | 57: 6 | | During the four visits you had with |
| | 57: 7 | | Mr. Barnett, sir, did you indicate in any of your |
| | 57: 8 | | notes whether he saw advertisements for Celebrex |
| | 57: 9 | | and Vioxx? |
| | 57: 10 | A. | A.  No, sir. |

| **57:11** | **-** | **58:19** | McCaffrey M 20060503.ctx |
|---|---|---|---|
| | 57: 11 | Q. | Q.  Dr. McCaffrey, there might be evidence |
| | 57: 12 | | in this trial that you served as a speaker for |
| | 57: 13 | | Merck. |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 57: 14 | A. | A.  Yes, sir. |
| 57: 15 | Q. | Q.  During what period of time did you |
| 57: 16 | | serve as a speaker for Merck? |
| 57: 17 | A. | A.  I'm still a speaker for Merck. |
| 57: 18 | Q. | Q.  For what products? |
| 57: 19 | A. | A.  Maxalt. |
| 57: 20 | Q. | Q.  What is Maxalt? |
| 57: 21 | A. | A.  Maxalt is a migraine medication. |
| 57: 22 | Q. | Q.  How did you first become a speaker for |
| 57: 23 | | Merck, sir? |
| 57: 24 | A. | A.  I was approached by the company when |
| 57: 25 | | the drug was -- was released.  I was a speaker for |
| 58: 1 | | Imitrex and Zomig at the time and they asked me to |
| 58: 2 | | speak on their medication.  And Imitrex and Zomig |
| 58: 3 | | are also migraine medications. |
| 58: 4 | Q. | Q.  Who manufactures Imitrex and -- |
| 58: 5 | A. | A.  Imitrex is GlaxoWellcome and Zomig is |
| 58: 6 | | back to being AstraZeneca again. |
| 58: 7 | Q. | Q.  So you were first approached by Merck |
| 58: 8 | | to speak about Maxalt and that was before Vioxx |
| 58: 9 | | ever came on the market, right? |
| 58: 10 | A. | A.  That's correct. |
| 58: 11 | Q. | Q.  Why did you agree to become a speaker |
| 58: 12 | | for Merck, sir? |
| 58: 13 | A. | A.  Because I liked the product. |
| 58: 14 | Q. | Q.  Do you sometimes attend events where |
| 58: 15 | | other doctors are speaking about other medications? |
| 58: 16 | A. | A.  Yes, sir. |
| 58: 17 | Q. | Q.  Do you find it helpful to attend those |
| 58: 18 | | type of functions? |
| 58: 19 | A. | A.  Yes, I do. |

**59:11  -  59:25**    McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 59: 11 | Q. | Q.  The decision that you made to become a |
| 59: 12 | | speaker for Merck, sir, did you review that as |
| 59: 13 | | requiring you to actually prescribe the medicine |
| 59: 14 | | you were talking about? |
| 59: 15 | A. | A.  No, sir. |
| 59: 16 | Q. | Q.  Did you ever feel while you were a |
| 59: 17 | | speaker for Merck or other pharmaceutical companies |
| 59: 18 | | that you were obligated to prescribe the |
| 59: 19 | | medications that you were talking about at these |
| 59: 20 | | various functions? |
| 59: 21 | A. | A.  No, sir. |

**Objections/Responses in Barnett**

| | | | |
|---|---|---|---|
| 59: 22 | Q. | Q.  Have you been a speaker for other |
| 59: 23 | | pharmaceutical companies? |
| 59: 24 | A. | A.  I speak for multiple pharmaceutical |
| 59: 25 | | companies. |

**60:9   -   60:15**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 60: 9 | Q. | Q.   Why have you decided to be a speaker |
| 60: 10 | | for those pharmaceutical companies that you just |
| 60: 11 | | mentioned? |
| 60: 12 | A. | A.   The main two topics that I speak on, I |
| 60: 13 | | speak on Alzheimer's/dementia or the different |
| 60: 14 | | demented disorders and migraine headaches.  Those |
| 60: 15 | | are the two main things that I give lectures on. |

**61:5   -   61:18**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 61: 5 | Q. | Q.   Are you accepting compensation from |
| 61: 6 | | these pharmaceutical companies because they expect |
| 61: 7 | | you to prescribe the medication that you're talking |
| 61: 8 | | about, sir? |
| 61: 9 | A. | A.  No, sir. |
| 61: 10 | Q. | Q.   Is it customary for pharmaceutical |
| 61: 11 | | companies to pay you for the time you're spending |
| 61: 12 | | speaking on these various products? |
| 61: 13 | A. | A.   Yes, sir. |
| 61: 14 | Q. | Q.   Have you ever felt during the time that |
| 61: 15 | | Merck was paying you to speak about some of their |
| 61: 16 | | products that they were trying to buy you off or to |
| 61: 17 | | stop you from prescribing other medications? |
| 61: 18 | A. | A.   No, sir. |

**61:25   -   62:6**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 61: 25 | | Your decision to prescribe Vioxx to |
| 62: 1 | | your patients, was that based on your judgment that |
| 62: 2 | | that was the best medication for your patients or |
| 62: 3 | | was that because you were speaking on behalf of |
| 62: 4 | | Merck? |
| 62: 5 | A. | A.   I thought it was the best medication |
| 62: 6 | | for my patients. |

**62:7   -   62:16**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 62: 7 | Q. | Q.   While you were a speaker for Merck |
| 62: 8 | | during the time that Vioxx was on the market, did |
| 62: 9 | | you also prescribe traditional NSAIDs? |
| 62: 10 | A. | A.   Yes, I did. |
| 62: 11 | Q. | Q.   Which other NSAIDs did you prescribe? |
| 62: 12 | A. | A.   Well, the -- at the time, the |

|  |  |  |
|---|---|---|
| 62: 13 | | traditional NSAID that had a long-acting form was |
| 62: 14 | | Voltaren XR.  That's a once-a-day 100 milligram |
| 62: 15 | | pill.  Also ibuprofen and Naprosyn were the top |
| 62: 16 | | three that I would prescribe. |

**62:21   -   63:19**   McCaffrey M 20060503.ctx

| 62: 21 | Q. | Q.  Did you sometimes prescribe Ultram? |
|---|---|---|
| 62: 22 | A. | A.  Yes, sir. |
| 62: 23 | Q. | Q.  Did you sometimes prescribe Mobic? |
| 62: 24 | A. | A.  Yes, sir. |
| 62: 25 | Q. | Q.  Did you sometimes prescribe nabumetone |
| 63: 1 | | during the time that Vioxx was on the market? |
| 63: 2 | A. | A.  Is that Relafen? |
| 63: 3 | Q. | Q.  Yes. |
| 63: 4 | A. | A.  Yes, very little. |
| 63: 5 | Q. | Q.  During the time that Vioxx was on the |
| 63: 6 | | market, did you also prescribe other COX-2 |
| 63: 7 | | inhibitors? |
| 63: 8 | A. | A.  Yes, sir. |
| 63: 9 | Q. | Q.  Which? |
| 63: 10 | A. | A.  Bextra and Celebrex. |
| 63: 11 | Q. | Q.  Do you know of the three COX-2 |
| 63: 12 | | inhibitors that you prescribed which ones you |
| 63: 13 | | prescribed the most often? |
| 63: 14 | A. | A.  Probably Bextra and Vioxx. |
| 63: 15 | Q. | Q.  Which pharmaceutical company |
| 63: 16 | | manufactured Bextra? |
| 63: 17 | A. | A.  Pfizer.  Well, Pfizer has the -- or had |
| 63: 18 | | the drug at the time.  I think they were the |
| 63: 19 | | manufacturers. |

**64:6   -   64:9**   McCaffrey M 20060503.ctx

| 64: 6 | | Did you prescribe to many of your |
|---|---|---|
| 64: 7 | | patients Celebrex or Bextra if you thought it was |
| 64: 8 | | in their best interest to receive that medication? |
| 64: 9 | A. | A.  Yes, I did. |

**64:10   -   64:24**   McCaffrey M 20060503.ctx

| 64: 10 | Q. | Q.  I'm going to ask you a few questions |
|---|---|---|
| 64: 11 | | about the particular programs that you participated |
| 64: 12 | | in for Merck before and during the time that Vioxx |
| 64: 13 | | was on the market, okay, sir? |
| 64: 14 | A. | A.  Okay. |
| 64: 15 | Q. | Q.  And just so we're clear, the time |
| 64: 16 | | period when you treated Mr. Barnett was from March |

| | | | |
|---|---|---|---|
| | 64: 17 | | of 1998 to December of 1999, right? |
| | 64: 18 | A. | A.  Correct. |
| | 64: 19 | Q. | Q.  Our records indicate, sir, that you |
| | 64: 20 | | participated in four programs during that period. |
| | 64: 21 | A. | A.  Okay. |
| | 64: 22 | Q. | Q.  Three of those you received honoraria |
| | 64: 23 | | payments, okay? |
| | 64: 24 | A. | A.  Yes, sir. |
| **65:3** - **65:7** | | | McCaffrey M 20060503.ctx |
| | 65: 3 | Q. | Q.  Do you have any reason to dispute that |
| | 65: 4 | | you participated in four programs for Merck before |
| | 65: 5 | | you prescribed Vioxx to Mr. Barnett in December of |
| | 65: 6 | | 1999? |
| | 65: 7 | A. | A.  I have no reason to dispute that. |
| **65:8** - **65:25** | | | McCaffrey M 20060503.ctx |
| | 65: 8 | Q. | Q.  One of the programs you participated in |
| | 65: 9 | | was on September 9th, 1998 and you received a |
| | 65: 10 | | 300-dollar payment on that occasion.  It's called a |
| | 65: 11 | | preceptorship. |
| | 65: 12 | A. | A.  Correct. |
| | 65: 13 | Q. | Q.  What is a preceptorship? |
| | 65: 14 | A. | A.  Preceptorship is where you actually |
| | 65: 15 | | have one of the drug representatives in the office |
| | 65: 16 | | and they want to -- the company wants them to |
| | 65: 17 | | interact with the doctor, see what they actually do |
| | 65: 18 | | on a daily basis.  And back then it was a |
| | 65: 19 | | requirement for the representatives to undergo |
| | 65: 20 | | these preceptorships. |
| | 65: 21 | Q. | Q.  And are those requirements common to |
| | 65: 22 | | all pharmaceutical companies, not just Merck? |
| | 65: 23 | A. | A.  They were common back then.  They're -- |
| | 65: 24 | | with HIPAA guidelines nowadays, they're not -- |
| | 65: 25 | | they're not limited to them. |
| **66:7** - **67:16** | | | McCaffrey M 20060503.ctx |
| | 66: 7 | Q. | Q.  On November 16th, 1998, you gave a talk |
| | 66: 8 | | called a new treatment option in migraine. |
| | 66: 9 | A. | A.  That's correct. |
| | 66: 10 | Q. | Q.  That occurred in a roundtable setting. |
| | 66: 11 | | Do you know what a roundtable is? |
| | 66: 12 | A. | A.  Yes, I do. |
| | 66: 13 | Q. | Q.  What is a roundtable? |
| | 66: 14 | A. | A.  Roundtable is sitting around with a |

Objections/Responses in Barnett

66: 15        group of people.  We might use notes where I'll
66: 16        type out notes for patients -- I mean not for
66: 17        patients, for the doctors or nurses or nurse
66: 18        practitioners who are just sitting there so we're
66: 19        not using slides on a screen.  So we'll sit there
66: 20        and converse about migraine in general or whatever
66: 21        the topic's going to be that night.
66: 22   Q.        Q.   During these roundtable discussions,
66: 23        are you addressing healthcare providers?
66: 24   A.        A.   Yes, I am.
66: 25   Q.        Q.   The topic a new treatment option in
67: 1         migraine, this occurred before Vioxx was on the
67: 2         market so were you talking about Maxalt then?
67: 3    A.        A.   Talking about Maxalt.
67: 4    Q.        Q.   Why were --
67: 5    A.        A.   Maxalt was a fairly new drug on the
67: 6         market in 1998.
67: 7    Q.        Q.   Why were you telling these healthcare
67: 8         providers about Maxalt in November of 1998?
67: 9    A.        A.   Just about -- trying to increase their
67: 10        knowledge in migraine itself and tell them that
67: 11        there is new medication for migraine and how it can
67: 12        be used.
67: 13   Q.        Q.   Are these roundtable discussions one
67: 14        way that doctors and nurses can learn about
67: 15        diseases and medications to treat those diseases?
67: 16   A.        A.   Yes, sir.

**67:17   -   68:1**        McCaffrey M 20060503.ctx

67: 17   Q.        Q.   On January 21st of 1999, this is,
67: 18        again, before Vioxx is on the market?
67: 19   A.        A.   Yes, sir.
67: 20   Q.        Q.   You spoke at a colloquia, do you know
67: 21        what that is?
67: 22   A.        A.   I'm not sure.
67: 23   Q.        Q.   It's a -- it's a situation where there
67: 24        are more doctors where maybe you do use a screen to
67: 25        present.
68: 1    A.        A.   Okay, so it was a dinner talk.

**68:4   -   69:15**        McCaffrey M 20060503.ctx

68: 4    Q.        Q.   Explain what happens at these dinner
68: 5         talks.
68: 6    A.        A.   At the dinner talks there will be a set
68: 7         of slides that talk about migraine itself, the

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 68: 8 | | etiology of migraine, the prevalence, different | |
| 68: 9 | | groups of people that suffer from migraine and then | |
| 68: 10 | | treatment options for migraine headache. So I'll | |
| 68: 11 | | go through the slides. There might even be slides | |
| 68: 12 | | at the end to tell you about the drug itself, its | |
| 68: 13 | | side effects of the medication, who should not use | |
| 68: 14 | | the medication and especially people with kidney | |
| 68: 15 | | problems or liver problems or people that are | |
| 68: 16 | | pregnant. And then if there's any questions at the | |
| 68: 17 | | end, you field any questions people have about | |
| 68: 18 | | migraine and you sit down and after that, you just | |
| 68: 19 | | talk about anything from -- you know, doctors are | |
| 68: 20 | | famous for sitting around talking about business | |
| 68: 21 | | all the time so usually the rest of the night you | |
| 68: 22 | | spend talking business about neurology or what | |
| 68: 23 | | other aspects of medicine -- and it's usually | |
| 68: 24 | | shared patients, a primary care doctor that does | |
| 68: 25 | | not see me regularly to say, thanks for taking care | |
| 69: 1 | | of so and so, how can I do things better? And it | |
| 69: 2 | | might have nothing to do with migraine headaches. | |
| 69: 3 | Q. | Q. Did you view and do you view these | |
| 69: 4 | | dinner talks and other programs such as roundtables | |
| 69: 5 | | to be inappropriate in some way? | |
| 69: 6 | A. | A. No, sir. | |
| 69: 7 | Q. | Q. Why not? | |
| 69: 8 | A. | A. It's a very good way for the doctors in | |
| 69: 9 | | the community to interact. They actually get to | |
| 69: 10 | | know each other and talk about business and talk | |
| 69: 11 | | about how to take care of patients better. | Pltf Obj (71:2-8): 401, 402, 403 - irrelevant. Plaintiff did not have migraines and thus the doctor's prescribing practices as to Maxalt are immaterial. |
| 69: 12 | Q. | Q. Am I right that you participate in | |
| 69: 13 | | these dinner talks for multiple pharmaceutical | |
| 69: 14 | | companies, not just Merck? | |
| 69: 15 | A. | A. That is correct. | |

| **71:2** | **-** | **71:8** | McCaffrey M 20060503.ctx | Def Resp: This is relevant and not prejudicial because Dr. McCaffrey served as a |
|---|---|---|---|---|
| | 71: 2 | Q. | Q. So as I understand your testimony, even | speaker for Merck, he was likely to |
| | 71: 3 | | though you were serving as a speaker for Merck for | prescribe Vioxx than other drugs. This |
| | 71: 4 | | the medicine Maxalt -- | testimony shows that Dr. McCaffrey |
| | 71: 5 | A. | A. Yes, sir. | prescribes medicine based on what is best |
| | 71: 6 | Q. | Q. -- that was not the drug you prescribed | for the patient, not based on what company |
| | 71: 7 | | the most to treat migraines? | makes the product. |
| | 71: 8 | A. | A. No, it was not. | |

| **71:9** | **-** | **72:4** | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 71: 9 | Q. | Q. The next time you spoke where Merck | |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 71: 10 | | compensated you for your time was on July 8th, 1999 | |
| 71: 11 | | and that, again, had to do with the treatment of | |
| 71: 12 | | migraine and it was a talk called special | |
| 71: 13 | | considerations in the management of migraine in | |
| 71: 14 | | women. | |
| 71: 15 | A. | A.  That's correct. | |
| 71: 16 | Q. | Q.  Why did you speak on the topic of | Pltf Obj: 401, 402, 403 - Irrelevant.  Plaintiff |
| 71: 17 | | management of migraine in women? | does not suffer from migraines and the topic |
| 71: 18 | A. | A.  Well, emerging topic at that time was | of menstrual migraines is wholly inapplicable |
| 71: 19 | | talking about menstrual migraine and Merck had | to Plaintiff.  The doctor did not treat nor |
| 71: 20 | | started to do studies about -- I mean, very common | discuss this condition with Plaintiff. |
| 71: 21 | | time to have migraine headaches is during the | Def Resp:  Plaintiff will make claims |
| 71: 22 | | menstrual cycle so we talked about the -- the | regarding the money Merck paid Dr. |
| 71: 23 | | women's menstrual cycle, went through the different | McCaffrey to be a speaker.  Plaintiff has |
| 71: 24 | | days, ovulation, menses, and talked about how we | opened that door, and therefore, it is |
| 71: 25 | | can use the medication to prevent women from having | appropriate for Merck to show what Dr. |
| 72: 1 | | menstrual migraines or to try and prevent headaches | McCaffrey spoke about.  If Plaintiff will drop |
| 72: 2 | | during the month.  And we started concentrating on | all of its testimony relating to Dr. McCaffrey |
| 72: 3 | | it from a women's standpoint instead of -- instead | and any money Merck paid him, then Merck |
| 72: 4 | | of saying the routine migraine talk. | will drop this designation. |

| 72:8 | - | 72:25 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 72: 8 | Q. | Q.  Those are the programs that we have | |
| | 72: 9 | | records of you participating in before you | |
| | 72: 10 | | prescribed medicine to Mr. Barnett on December | |
| | 72: 11 | | 30th, 1999, okay? | |
| | 72: 12 | A. | A.  Yes, sir. | |
| | 72: 13 | Q. | Q.  Am I right based on what we just | |
| | 72: 14 | | discussed that before you prescribed Vioxx to | |
| | 72: 15 | | Mr. Barnett on December 30th of 1999, you had | |
| | 72: 16 | | participated in four programs for Merck? | |
| | 72: 17 | A. | A.  Yes, sir. | |
| | 72: 18 | Q. | Q.  Three of those programs occurred before | |
| | 72: 19 | | Vioxx was even on the market? | |
| | 72: 20 | A. | A.  That's correct. | |
| | 72: 21 | Q. | Q.  Before you prescribed Vioxx to | |
| | 72: 22 | | Mr. Barnett, you did not participate in any | |
| | 72: 23 | | programs for Vioxx and you weren't paid to discuss | |
| | 72: 24 | | Vioxx, true? | |
| | 72: 25 | A. | A.  That's correct. | |

| 73:1 | - | 73:4 | McCaffrey M 20060503.ctx | |
|---|---|---|---|---|
| | 73: 1 | Q. | Q.  All of the speeches that you gave on | |
| | 73: 2 | | behalf of Merck before you prescribed Vioxx to | |
| | 73: 3 | | Mr. Barnett involved migraine treatment and Maxalt? | |

| | | | |
|---|---|---|---|
| 73: 4 | A. | | A.   That's correct. |

**73:5** - **73:9**     McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 73: 5 | Q. | | Q.   By our count, sir, prior to the time |
| 73: 6 | | | you prescribed Vioxx to Mr. Barnett, you received a |
| 73: 7 | | | total of 3,300 dollars for Maxalt programs and one |
| 73: 8 | | | preceptorship, okay? |
| 73: 9 | A. | | A.   That is correct. |

**73:13** - **74:5**     McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 73: 13 | Q. | | Q.   Did the 3,300 dollars that you were |
| 73: 14 | | | paid by Merck dictate what medicine you prescribed |
| 73: 15 | | | to Mr. Barnett or your other patients? |
| 73: 16 | A. | | A.   No, sir. |
| 73: 17 | Q. | | Q.   Did the 3,300 dollars in payments you |
| 73: 18 | | | received before December 30th, 1999 influence you |
| 73: 19 | | | in any way in deciding to prescribe Vioxx to |
| 73: 20 | | | Mr. Barnett as opposed to Celebrex? |
| 73: 21 | A. | | A.   No, sir. |
| 73: 22 | Q. | | Q.   Had you been a speaker for Pfizer |
| 73: 23 | | | before you prescribed medicine to Mr. Barnett or |
| 73: 24 | | | other pharmaceutical companies? |
| 73: 25 | A. | | A.   Yes, sir. |
| 74: 1 | Q. | | Q.   Did your role as a speaker, sir, for |
| 74: 2 | | | Merck have anything to do with your decision to |
| 74: 3 | | | prescribe Vioxx to Mr. Barnett on December 30th of |
| 74: 4 | | | 1999? |
| 74: 5 | A. | | A.   No, sir. |

**75:6** - **75:8**     McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 75: 6 | | | Does the fact that you are a speaker |
| 75: 7 | | | for Merck influence your testimony here today? |
| 75: 8 | A. | | A.   No, sir. |

**75:24** - **76:11**     McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 75: 24 | Q. | | Q.   If there's a suggestion at trial, |
| 75: 25 | | | Dr. McCaffrey, that Mr. Barnett didn't know that |
| 76: 1 | | | you were a speaker for Merck and would have wanted |
| 76: 2 | | | to know that you were a speaker for Merck -- |
| 76: 3 | A. | | A.   I would have told him. |
| 76: 4 | Q. | | Q.   Why did you not tell Mr. Barnett and |
| 76: 5 | | | why don't you tell your other patients that you |
| 76: 6 | | | speak on behalf of pharmaceutical companies? |
| 76: 7 | A. | | A.   If a patient asks me if I speak on a |
| 76: 8 | | | drug, I'll tell them.  I mean, otherwise, I only |
| 76: 9 | | | have so many minutes in the room with patients.  We |

|  |  |  |
|---|---|---|
| 76: 10 |  | concentrate on their disorder, we don't concentrate |
| 76: 11 |  | on what I do in my private time after work. |

**76:12  -  76:16**    McCaffrey M 20060503.ctx

| 76: 12 | Q. | Q.  If you felt that Celebrex or Feldene or |
|---|---|---|
| 76: 13 |  | Mobic was a better choice to address Mr. Barnett's |
| 76: 14 |  | osteoarthritis, what would you have done? |
| 76: 15 | A. | A.  I would have put him on that |
| 76: 16 |  | medication. |

**77:25  -  78:4**    McCaffrey M 20060503.ctx

| 77: 25 | Q. | Q.  Dr. McCaffrey, is Exhibit 6 a copy of a |
|---|---|---|
| 78: 1 |  | speaker agreement that you entered into with Merck |
| 78: 2 |  | and initialed on every page and signed on December |
| 78: 3 |  | 19th, 2002? |
| 78: 4 | A. | A.  Yes, it is. |

**78:12  -  80:17**    McCaffrey M 20060503.ctx

| 78: 12 | Q. | Q.  I want to talk about some of the terms |
|---|---|---|
| 78: 13 |  | in this agreement, okay?  Focusing your attention |
| 78: 14 |  | on the second paragraph where it says, scope of |
| 78: 15 |  | work. |
| 78: 16 | A. | A.  Yes, sir. |
| 78: 17 | Q. | Q.  Do you see that your contract says: |
| 78: 18 |  | From time to time, you may be asked to speak at or |
| 78: 19 |  | act as a moderator for educational programs on |
| 78: 20 |  | topics as you and Merck agree? |
| 78: 21 | A. | A.  That's correct. |
| 78: 22 | Q. | Q.  If you don't agree to speak on a |
| 78: 23 |  | particular topic and Merck or Pfizer or |
| 78: 24 |  | GlaxoSmithKline wants you to speak on that topic, |
| 78: 25 |  | would you decline? |
| 79: 1 | A. | A.  That's correct. |
| 79: 2 | Q. | Q.  If you choose to speak at or act as |
| 79: 3 |  | moderator for such programs, and then it says, |
| 79: 4 |  | except as provided below under compliance with FDA |
| 79: 5 |  | regulations, Merck agrees not to dictate the |
| 79: 6 |  | content of your presentations. |
| 79: 7 |  | Do you see that? |
| 79: 8 | A. | A.  Yes, sir. |
| 79: 9 | Q. | Q.  Was it your understanding while you |
| 79: 10 |  | were serving as a speaker for Merck that Merck |
| 79: 11 |  | didn't determine the content of your presentations? |
| 79: 12 | A. | A.  That's correct. |
| 79: 13 | Q. | Q.  You decided what you thought was |

| | | |
|---|---|---|
| 79: 14 | | appropriate to talk about a particular disease or a |
| 79: 15 | | particular medication, right? |
| 79: 16 | A. | A.   That's correct. |
| 79: 17 | Q. | Q.   Then it says:  Merck does not guarantee |
| 79: 18 | | a minimum number of programs or minimum amount of |
| 79: 19 | | speaker fees. |
| 79: 20 | | Do you see that? |
| 79: 21 | A. | A.   That's correct. |
| 79: 22 | Q. | Q.   And then under speaker fees/expense |
| 79: 23 | | reimbursement, your contract states:  Merck agrees |
| 79: 24 | | to pay you a reasonable fee in return for your |
| 79: 25 | | services, right? |
| 80: 1 | A. | A.   That's correct. |
| 80: 2 | Q. | Q.   The amount will be agreed upon in |
| 80: 3 | | writing at the time that each program is scheduled |
| 80: 4 | | and then you will be reimbursed for certain |
| 80: 5 | | expenses. |
| 80: 6 | | Do you see that? |
| 80: 7 | A. | A.   That's correct. |
| 80: 8 | Q. | Q.   And then at the bottom it says:  Merck |
| 80: 9 | | will not pay for any travel or subsistence expenses |
| 80: 10 | | for spouses. |
| 80: 11 | A. | A.   Yes, sir. |
| 80: 12 | Q. | Q.   Do you see that? |
| 80: 13 | A. | A.   That's correct. |
| 80: 14 | Q. | Q.   So you were agreeing to be a speaker |
| 80: 15 | | for Merck and they were agreeing to pay you |
| 80: 16 | | reasonable compensation for your time? |
| 80: 17 | A. | A.   That's correct. |

**80:18   -   81:3**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 80: 18 | Q. | Q.   If you'd turn to the next page, sir, do |
| 80: 19 | | you see a section called Compliance with FDA |
| 80: 20 | | Regulations? |
| 80: 21 | A. | A.   Yes, sir. |
| 80: 22 | Q. | Q.   And I won't read the entire paragraph, |
| 80: 23 | | but if you want to, feel free.  In the middle it |
| 80: 24 | | says:  The FDA has decided that programs in which |
| 80: 25 | | you participate that are scheduled by a company or |
| 81: 1 | | for which you are paid directly by a company are |
| 81: 2 | | subject to FDA promotion regulations. |
| 81: 3 | A. | A.   That's correct. |

**81:8   -   81:22**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 81: 8 | | When you were a speaker for Merck or |

| | | |
|---|---|---|
| 81: 9 | | for other pharmaceutical companies, do you |
| 81: 10 | | understand that what you say about the medicine |
| 81: 11 | | that you're talking about has to be consistent with |
| 81: 12 | | FDA-approved labels? |
| 81: 13 | A. | A.  Yes, sir. |
| 81: 14 | Q. | Q.  And then the next sentence says:  This |
| 81: 15 | | is true regardless of the role played by the |
| 81: 16 | | company in the development of the content of the |
| 81: 17 | | program.  Violations of such regulations can have |
| 81: 18 | | significant legal consequences for the company and |
| 81: 19 | | the speaker or moderator who is considered an agent |
| 81: 20 | | of the company in this context. |
| 81: 21 | | Do you see that? |
| 81: 22 | A. | A.  Yes, sir. |

**81:23   -   82:24**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 81: 23 | Q. | Q.  Did you understand while you were |
| 81: 24 | | serving as a speaker for Merck that you couldn't |
| 81: 25 | | violate FDA regulations when you were speaking |
| 82: 1 | | about a particular product? |
| 82: 2 | A. | A.  Yes, sir. |
| 82: 3 | Q. | Q.  And then the next section says: |
| 82: 4 | | Programs subject to FDA promotion regulations.  To |
| 82: 5 | | help ensure your presentations for Merck are in |
| 82: 6 | | compliance with FDA promotion regulations, it is |
| 82: 7 | | necessary for us to impose certain requirements set |
| 82: 8 | | forth below that apply when Merck schedules you as |
| 82: 9 | | the speaker or moderator and directly pays your |
| 82: 10 | | speaker fee.  We wish to emphasize that you are not |
| 82: 11 | | obligated to discuss Merck products during your |
| 82: 12 | | presentations except as described below, and we'll |
| 82: 13 | | get to that. |
| 82: 14 | A. | A.  Right.  Okay. |
| 82: 15 | Q. | Q.  Did you understand while you were |
| 82: 16 | | serving as a speaker and do you understand today as |
| 82: 17 | | a speaker for Merck that there are certain |
| 82: 18 | | requirements that you have to comply with as a |
| 82: 19 | | speaker? |
| 82: 20 | A. | A.  Yes, sir. |
| 82: 21 | Q. | Q.  And your initials to the right of |
| 82: 22 | | Number 1 and 2 indicate that you understand those |
| 82: 23 | | requirements? |
| 82: 24 | A. | A.  Yes, sir. |

**83:2   -   83:6**      McCaffrey M 20060503.ctx

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 83: 2 | | Do you see the sentence above that |
| 83: 3 | | says:  We wish to emphasize that you are not |
| 83: 4 | | obligated to discuss Merck products during your |
| 83: 5 | | presentations, do you see that? |
| 83: 6 | A. | A.  Yes, sir. |

**83:20  -  84:10**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 83: 20 | Q. | Q.  And Number 1 which is under FDA |
| 83: 21 | | promotion regulations, it states:  Your remarks |
| 83: 22 | | will conform to the package circular for any |
| 83: 23 | | product discussed whether the product is sold by |
| 83: 24 | | Merck or another company.  Your answers to |
| 83: 25 | | questions should also conform to the package |
| 84: 1 | | circular. |
| 84: 2 | | Do you see that? |
| 84: 3 | A. | A.  Yes, sir. |
| 84: 4 | Q. | Q.  What is a package circular? |
| 84: 5 | A. | A.  It's a little package insert that comes |
| 84: 6 | | with the drug itself.  If you -- it's the exact |
| 84: 7 | | print usually from the Physicians' Desk Reference. |
| 84: 8 | Q. | Q.  Is a package circular another term for |
| 84: 9 | | a label that's approved by the FDA? |
| 84: 10 | A. | A.  Yes, sir. |

**85:1  -  85:16**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 85: 1 | Q. | Q.  Dr. McCaffrey, I had asked you about |
| 85: 2 | | the first two sentences in Point 1.  What do you |
| 85: 3 | | understand the requirement that your remarks |
| 85: 4 | | conform to the package circular or label mean? |
| 85: 5 | A. | A.  That your talk should be on label is |
| 85: 6 | | what it's called.  We talk about on-label use of |
| 85: 7 | | the medication. |
| 85: 8 | Q. | Q.  Before you speak about a particular |
| 85: 9 | | product to healthcare providers and physicians, do |
| 85: 10 | | you make it a point to understand what's in the |
| 85: 11 | | package label? |
| 85: 12 | A. | A.  Yes, I do. |
| 85: 13 | Q. | Q.  And are your remarks about the product |
| 85: 14 | | that you're speaking about consistent with the |
| 85: 15 | | label? |
| 85: 16 | A. | A.  Yes, they are. |

**85:17  -  88:1**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 85: 17 | Q. | Q.  In the second point under FDA promotion |
| 85: 18 | | regulations, it says:  Your presentation will focus |

| | | |
|---|---|---|
| 85: 19 | | on the educational needs of the audience. |
| 85: 20 | | What does that mean? |
| 85: 21 | A. | A.   That means you'll focus on helping them |
| 85: 22 | | understand the actual disease state itself. |
| 85: 23 | Q. | Q.   Point 3 says:  You will present |
| 85: 24 | | balanced information about each drug you discuss |
| 85: 25 | | covering both the risks and benefits. |
| 86: 1 | | Do you see that? |
| 86: 2 | A. | A.   Yes, sir. |
| 86: 3 | Q. | Q.   Why is it important that you talk about |
| 86: 4 | | both the risks and benefits associated with |
| 86: 5 | | medicine? |
| 86: 6 | A. | A.   Talking about possible side effects of |
| 86: 7 | | a particular medication, especially if you're |
| 86: 8 | | talking about a class of medication, so if chest |
| 86: 9 | | tightness is a common thing in a class of |
| 86: 10 | | naratriptan medications, which is usually caused by |
| 86: 11 | | esophageal spasm, which one causes more, which one |
| 86: 12 | | causes less, that's fair and balanced.  You can |
| 86: 13 | | open up a package insert on each drug and look at |
| 86: 14 | | it and it'll tell you exactly what it is so it |
| 86: 15 | | isn't something I have to make up information |
| 86: 16 | | about, I can go right to the information on each |
| 86: 17 | | drug. |
| 86: 18 | Q. | Q.   To be able to make balanced |
| 86: 19 | | presentations about benefits and risks, do you have |
| 86: 20 | | to be familiar with the risks that are set forth in |
| 86: 21 | | the package label? |
| 86: 22 | A. | A.   Yes, sir. |
| 86: 23 | Q. | Q.   When you review a package label, you're |
| 86: 24 | | familiar with all the risks, the contraindications, |
| 86: 25 | | the warnings and the precautions, right? |
| 87: 1 | A. | A.   Yes, sir. |
| 87: 2 | Q. | Q.   What is a contraindication, by the way? |
| 87: 3 | A. | A.   A certain disease state or a certain |
| 87: 4 | | type of patient that you do not use the drug on. |
| 87: 5 | Q. | Q.   On Point 5 on Page 3, it states:  You |
| 87: 6 | | will present information on products based on |
| 87: 7 | | scientific methods generally accepted in the |
| 87: 8 | | medical community.  Anecdotal evidence and |
| 87: 9 | | unsupported opinion must not form a part of your |
| 87: 10 | | presentation. |
| 87: 11 | | Can you explain that, sir. |
| 87: 12 | A. | A.   It's talking about different articles |

87: 13     that have been written about a particular drug.  If

87: 14     you're going to say -- if somebody says, well, what

87: 15     do you think about such and such, I can say, well,

87: 16     this is my own personal information, this has

87: 17     nothing to do with the company.  You should clarify

87: 18     yourself and say, this is what I see happening with

87: 19     a particular medication, but, you know, this is

87: 20     myself, this is not what's been reported about the

87: 21     medication.

87: 22  Q.     Q.   When you were speaking about Maxalt

87: 23     before you prescribed medicine to Mr. Barnett,

87: 24     would you make it a point to talk about the

87: 25     benefits and the risks of Maxalt?

88: 1  A.     A.   Yes, I would.

**88:2  -  88:5**    McCaffrey M 20060503.ctx

88: 2  Q.     Q.   In the last sentence in Paragraph 5, it

88: 3     says:  You will not disparage any product of

88: 4     another company.

88: 5  A.     A.   That's correct.

**88:13  -  88:18**    McCaffrey M 20060503.ctx

88: 13  Q.     Q.   Number 6, your presentation will not

88: 14     otherwise be false and misleading -- or misleading?

88: 15  A.     A.   That's correct.

88: 16  Q.     Q.   That means you just have to tell the

88: 17     truth about the benefits and risks of the medicine?

88: 18  A.     A.   That's correct.

**88:19  -  89:12**    McCaffrey M 20060503.ctx

88: 19  Q.     Q.   In the Paragraph 7, do you see at the

88: 20     end, Merck representatives present at each of your

88: 21     presentations will provide package circulars to

88: 22     attendees if Merck products are discussed, do you

88: 23     see that?

88: 24  A.     A.   Yes, sir.

88: 25  Q.     Q.   So if you are speaking about Maxalt or

89: 1     later Vioxx after Mr. Barnett's use of it, would

89: 2     you -- would Merck representatives pass out package

89: 3     inserts to those who attended?

89: 4  A.     A.   Usually what happens is as you walk

89: 5     into a talk, you'd have a table of different

89: 6     information about the medication and the -- the

89: 7     circular would be attached to every single piece

89: 8     except maybe for the pens that were laying there.

| | | |
|---|---|---|
| 89: 9 | | So you'd automatically have it and people would |
| 89: 10 | | pick this up and set it down so whenever we were |
| 89: 11 | | giving a talk, they might be reading through it and |
| 89: 12 | | ask questions about what they're reading. |

**90:8   -   91:4**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 90: 8 | Q. | Q.   In 9B, it says:  For all other speaker |
| 90: 9 | | programs scheduled by Merck, Merck will prepare and |
| 90: 10 | | forward to you slide packages that provide balanced |
| 90: 11 | | information about the products distributed by |
| 90: 12 | | Merck.  You may or may not choose to discuss Merck |
| 90: 13 | | products as part of your presentations. |
| 90: 14 | | Do you see that? |
| 90: 15 | A. | A.   Yes, sir. |
| 90: 16 | Q. | Q.   You agree to review the product slide |
| 90: 17 | | packages and the current package circular for the |
| 90: 18 | | Merck product in advance of each presentation that |
| 90: 19 | | you make that is scheduled by Merck and at which |
| 90: 20 | | you might discuss the particular product. |
| 90: 21 | | You see that? |
| 90: 22 | A. | A.   Yes, sir. |
| 90: 23 | Q. | Q.   Is this another way of saying that if |
| 90: 24 | | you decide to talk about a particular product at |
| 90: 25 | | one of these dinner occasions or roundtable |
| 91: 1 | | discussions, you have to make it a point to be up |
| 91: 2 | | to speed on the current information in the package |
| 91: 3 | | insert? |
| 91: 4 | A. | A.   That's correct. |

**91:5   -   91:15**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 91: 5 | Q. | Q.   If you decide to discuss a Merck |
| 91: 6 | | product, you agree to either use the product slide |
| 91: 7 | | packages with balanced information -- and does that |
| 91: 8 | | mean when it says balanced information risks and |
| 91: 9 | | benefits? |
| 91: 10 | A. | A.   That is correct. |
| 91: 11 | Q. | Q.   -- or to provide comparable information |
| 91: 12 | | about the product.  This does not mean that you are |
| 91: 13 | | obligated to discuss any of Merck's products. |
| 91: 14 | | Do you see that? |
| 91: 15 | A. | A.   Yes, sir. |

**91:16   -   92:6**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 91: 16 | Q. | Q.   And then in the last paragraph it says: |
| 91: 17 | | In imposing these requirements, we are attempting |

| | | |
|---|---|---|
| 91: 18 | | to ensure compliance with FDA regulations.  As |
| 91: 19 | | such, Merck will monitor your presentations and |
| 91: 20 | | reserves the right to terminate this agreement if, |
| 91: 21 | | in Merck's judgment, you fail to comply with these |
| 91: 22 | | regulations -- I'm sorry, with these requirements. |
| 91: 23 | | You see that? |
| 91: 24 | A. | A.  Yes, sir. |
| 91: 25 | Q. | Q.   When you sign the speaker agreements |
| 92: 1 | | for Merck, do you understand that Merck is taking |
| 92: 2 | | seriously the requirements of the FDA? |
| 92: 3 | A. | A.  Yes, sir. |
| 92: 4 | Q. | Q.   Do you take seriously the requirements |
| 92: 5 | | of the FDA when you give your presentations? |
| 92: 6 | A. | A.  Yes, sir. |

**92:7   -   92:22**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 92: 7 | Q. | Q.   On the next page under behavior at the |
| 92: 8 | | top:  It is the policy of Merck & Company, |
| 92: 9 | | Incorporated that employees and independent |
| 92: 10 | | contractors for Merck maintain behavior of the |
| 92: 11 | | highest professional and ethical levels regarding |
| 92: 12 | | their interactions with customers, the public, |
| 92: 13 | | consultants and other employees of Merck.  You will |
| 92: 14 | | be held to these high standards and alleged |
| 92: 15 | | incidents of inappropriate behavior will be |
| 92: 16 | | promptly and thoroughly investigated.  Any |
| 92: 17 | | violation of these standards will result in |
| 92: 18 | | immediate termination of this agreement. |
| 92: 19 | | Do you understand that, again, to be |
| 92: 20 | | Merck wanting you to -- to act in a professional |
| 92: 21 | | and ethical way when discussing Merck's products? |
| 92: 22 | A. | A.  Yes, sir. |

**92:23   -   95:23**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 92: 23 | Q. | Q.   Let's turn to a different topic, |
| 92: 24 | | Dr. McCaffrey, just to talk about your prescribing |
| 92: 25 | | practices in general, okay? |
| 93: 1 | A. | A.  Yes, sir. |
| 93: 2 | Q. | Q.   When you prescribe medicine to your |
| 93: 3 | | patients, do you make a risk-benefit assessment? |
| 93: 4 | A. | A.  Yes, sir, I do. |
| 93: 5 | Q. | Q.   Can you explain what that means. |
| 93: 6 | A. | A.   Well, you have to look at what are the |
| 93: 7 | | disease states they suffer from.  Basic example in |
| 93: 8 | | the last patient I saw this morning, she has |

93: 9    worsening migraine headaches, but she's also gone
93: 10   on to develop what sounded like partial and --
93: 11   proceeding onto complex partial seizures.  She has
93: 12   a history of kidney stones.  One -- a good
93: 13   medication for treatment of both migraine headaches
93: 14   and seizures is Topamax.  Unfortunately, you can
93: 15   develop kidney stones while on Topamax, not a
93: 16   medication I can use.  I don't want to give her an
93: 17   episode of kidney stones.  She's also on multiple
93: 18   other medications for depression.  She also has
93: 19   chronic low back pain.  I chose Keppra, which is
93: 20   the cleanest out of the seizure medications, to use
93: 21   on her.  It might not be the best for her
93: 22   headaches.  We'll see if it does improve her
93: 23   headaches, but I'm hoping to resolve her seizures
93: 24   and get her back to driving, which is going to be
93: 25   another five-and-a-half months from now because the
94: 1    state law says if you have a seizure, you can't
94: 2    drive for six months.
94: 3    Q.         Q.   Is it true that every medicine sold in
94: 4    this country has risks?
94: 5    A.         A.   Yes, that -- yes, it's true.
94: 6    Q.         Q.   How do you learn of the risks of the
94: 7    medicine that you prescribe for your patients?
94: 8    A.         A.   I want to say trial and error, but it's
94: 9    not really trial and error.  It's trying patients
94: 10   on the medication and if you see side effects that
94: 11   are over what's prescribed in the package insert,
94: 12   then you might shy away from a particular
94: 13   medication.
94: 14   Q.         Q.   So one source that you look to is the
94: 15   package insert --
94: 16   A.         A.   Certainly.
94: 17   Q.         Q.   -- to see what the side effects are?
94: 18   A.         A.   Exactly.
94: 19   Q.         Q.   And when I say package insert, do you
94: 20   understand that I'm referring to the package insert
94: 21   that is approved by the Food and Drug
94: 22   Administration?
94: 23   A.         A.   That's correct, or the -- or the
94: 24   Physicians' Desk Reference, which would be the --
94: 25   the holy grail of the medical field.
95: 1    Q.         Q.   Is the Physicians' Desk Reference --
95: 2    A.         A.   It's an accumulation of all the package

| | | |
|---|---|---|
| 95: 3 | | inserts.  Whatever is on the package insert is in |
| 95: 4 | | the Physicians' Desk Reference unless there's |
| 95: 5 | | another insert that's in with the medicine which |
| 95: 6 | | might be a quick synopsis for patients because |
| 95: 7 | | over -- Merck used to put both of those in their |
| 95: 8 | | medications and they've gone strictly to the |
| 95: 9 | | package insert now. |
| 95: 10 | Q. | Q.  So if you want to learn about the |
| 95: 11 | | benefits and risks associated with a particular |
| 95: 12 | | medicine, you turn to the Physicians' Desk |
| 95: 13 | | Reference because that contains all of the |
| 95: 14 | | FDA-approved package inserts for all medications? |
| 95: 15 | A. | A.  That's correct. |
| 95: 16 | Q. | Q.  Do you also read medical literature to |
| 95: 17 | | stay abreast of some of the benefits and risks |
| 95: 18 | | associated with the medicine you prescribe? |
| 95: 19 | A. | A.  Yes, sir. |
| 95: 20 | Q. | Q.  Do you also listen to colleagues and |
| 95: 21 | | members of the medical community to see what their |
| 95: 22 | | experience is like with medicine? |
| 95: 23 | A. | A.  Yes, I do. |

**95:24   -   96:3**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 95: 24 | Q. | Q.  And when you said earlier that you try |
| 95: 25 | | patients on particular medications, do you ever |
| 96: 1 | | prescribe a medication to a patient that you think |
| 96: 2 | | is going to result in a side effect? |
| 96: 3 | A. | A.  No, sir. |

**96:8   -   97:3**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 96: 8 | | What is the reason why you monitor |
| 96: 9 | | patients after you prescribe the medication to |
| 96: 10 | | them? |
| 96: 11 | A. | A.  To make sure that they're not having |
| 96: 12 | | side effects.  There's many people -- that's a |
| 96: 13 | | bad -- that's a bad word.  There are many people |
| 96: 14 | | that will go to the doctor and take the medication |
| 96: 15 | | having side effects because the doctor told them to |
| 96: 16 | | take the medication.  It happens on a weekly basis. |
| 96: 17 | | It's not something that's a rare occasion where |
| 96: 18 | | someone will come back and they've had nausea for |
| 96: 19 | | one month straight or three weeks straight while |
| 96: 20 | | they're waiting to come back and I'll, why didn't |
| 96: 21 | | you stop the medicine?  Because you told me to take |
| 96: 22 | | it.  So it's not an uncommon scenario for somebody |

|  |  |  |
|---|---|---|
| 96: 23 | | to come back still taking the medicine with a side |
| 96: 24 | | effect.  It might have been helping their symptoms, |
| 96: 25 | | but they were having a side effect so you sit down |
| 97: 1 | | with them, see if there's another treatment option |
| 97: 2 | | that might give you the same result helping their |
| 97: 3 | | disorder with no side effects. |

**98:6   -   98:11**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 98: 6 | Q. | Q.  I don't know how many times Merck |
| 98: 7 | | representatives came to call on your office, but is |
| 98: 8 | | it safe to say that the majority of those, if not |
| 98: 9 | | the vast majority of those occasions, involved |
| 98: 10 | | situations where representatives dropped off |
| 98: 11 | | samples -- |

**98:14   -   98:14**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 98: 14 | Q. | Q.  -- and didn't meet with you in person? |

**98:17   -   98:18**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 98: 17 | | THE WITNESS:  It was mainly to drop off |
| 98: 18 | | medications. |

**98:24   -   99:2**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 98: 24 | Q. | Q.  When Merck sales representatives came |
| 98: 25 | | to visit you about Maxalt or Vioxx or some other |
| 99: 1 | | product, did they typically come just to drop off |
| 99: 2 | | sales -- samples? |

**99:4   -   99:6**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 99: 4 | | THE WITNESS:  Well, I'm very -- I have |
| 99: 5 | | a very busy practice so to even get one minute of |
| 99: 6 | | my time is very difficult. |

**101:3   -   102:8**      McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 101: 3 | Q. | Q.  When you assess the risks and benefits |
| 101: 4 | | of medication you prescribe, do you consider even |
| 101: 5 | | the tiniest risks in your assessment? |
| 101: 6 | A. | A.  If they're lethal risks, yes. |
| 101: 7 | Q. | Q.  Are you aware and has it been your |
| 101: 8 | | experience, Dr. McCaffrey, that sometimes |
| 101: 9 | | pharmaceutical companies and the FDA will learn |
| 101: 10 | | more about a medicine after it's on the market than |
| 101: 11 | | before it's approved? |
| 101: 12 | A. | A.  Yes, sir. |
| 101: 13 | Q. | Q.  Are there occasions when medications |
| 101: 14 | | get approved for new indications or new use after |
| 101: 15 | | it's on the market? |

| | | | | Objections/Responses in Barnett |
|---|---|---|---|---|
| 101: 16 | A. | A.  Yes, sir. | |
| 101: 17 | Q. | Q.  Have you also seen that medicine you | |
| 101: 18 | | prescribed sometimes develop side effects that were | |
| 101: 19 | | not originally included in a package insert but | |
| 101: 20 | | then get added to a package insert later? | |
| 101: 21 | A. | A.  Yes, sir. | |
| 101: 22 | Q. | Q.  And is it important to keep up to speed | |
| 101: 23 | | as best you can with the benefits and risks | |
| 101: 24 | | associated with medicine you prescribe? | |
| 101: 25 | A. | A.  Yes, sir. | |
| 102: 1 | Q. | Q.  And that was true for Vioxx while you | |
| 102: 2 | | prescribed it? | |
| 102: 3 | A. | A.  Yes, sir. | |
| 102: 4 | Q. | Q.  Did you do your best to stay familiar | |
| 102: 5 | | with the current package insert and other | |
| 102: 6 | | information about the benefits and risks associated | |
| 102: 7 | | with Vioxx and other medicine you prescribe? | |
| 102: 8 | A. | A.  Yes, sir. | |

**102:9  -  102:25**   McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 102: 9 | Q. | Q.  After you prescribed Vioxx to | |
| 102: 10 | | Mr. Barnett, sir, did you subsequently come to | |
| 102: 11 | | learn about a study -- clinical trial called the | |
| 102: 12 | | VIGOR trial or a GI Outcomes trial for Vioxx? | |
| 102: 13 | A. | A.  I can't remember. | |
| 102: 14 | Q. | Q.  Do you read the New England Journal of | |
| 102: 15 | | Medicine? | |
| 102: 16 | A. | A.  No, sir. | |
| 102: 17 | Q. | Q.  Did you ever read an article about the | |
| 102: 18 | | VIGOR trial in the New England Journal of Medicine? | |
| 102: 19 | A. | A.  No, sir. | |
| 102: 20 | Q. | Q.  Whatever the New England Journal of | |
| 102: 21 | | Medicine article said about the difference in heart | |
| 102: 22 | | attacks seen in one arm of a Vioxx trial, Vioxx | |
| 102: 23 | | compared to naproxen, didn't factor into your | |
| 102: 24 | | decision to prescribe Vioxx, true? | |
| 102: 25 | A. | A.  True. | |

**103:1  -  103:16**   McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 103: 15 | Q. | Q.  Let me hand you Exhibit 7, sir. | Pltf Obj:  401, 402, 403 - Asked and |
| 103: 16 | A. | A.  Okay. | answered. |

**104:1  -  104:18**   McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 104: 13 | Q. | Q.  The document I just handed you, sir, is | Def Resp:  This question was not |
| 104: 14 | | called, comparison of upper gastrointestinal | asked and answered, and is not |
| | | | irrelevant or prejudicial. |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 104: 15 | | toxicity of Vioxx and naproxen in patients with | |
| 104: 16 | | rheumatoid arthritis. This is the study that you | |
| 104: 17 | | said you didn't read, right? | |
| 104: 18 | A. | A. No, I didn't read it. | |

**108:1 - 109:7** McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 108: 15 | Q. | Q. Did you ever use Vioxx yourself, | Pltf Obj: 401, 402 403. Dr. |
| 108: 16 | | Doctor? | McCaffrey's use of Vioxx is |
| 108: 17 | A. | A. Yes, sir. | irrelevant to the issue of the treatment |
| 108: 18 | Q. | Q. For what? | of the Plaintiff. It is highly prejudicial |
| 108: 19 | A. | A. For arthritis pain. I suffer from | and immaterial to the issues in |
| 108: 20 | | arthritis. I still take Bextra intermittently for | this case. |
| 108: 21 | | my pain. I actually had bilateral carpal tunnel | Def Resp: It is relevant to show that |
| 108: 22 | | surgery on my hands. I took narcotics for about a | Dr. McCaffrey believed Vioxx was a |
| 108: 23 | | day and a half and -- and I took Vioxx and it | safe, useful medicine. It is not |
| 108: 24 | | completely took the pain away. So I took it for | prejudicial. |
| 108: 25 | | about a week after that, after my carpal tunnel | |
| 109: 1 | | surgery. | |
| 109: 2 | Q. | Q. When did you take Vioxx? | |
| 109: 3 | A. | A. Three or four years ago. | |
| 109: 4 | Q. | Q. Do you remember what dose? | |
| 109: 5 | A. | A. 50 milligrams. | |
| 109: 6 | Q. | Q. Did it work for you? | |
| 109: 7 | A. | A. Yes, it did. | |

**109:8 - 109:10** McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 109: 8 | Q. | Q. Dr. McCaffrey, did anybody from Merck |
| 109: 9 | | ever intimidate you into prescribing Vioxx? |
| 109: 10 | A. | A. No, sir. |

**109:1 - 110:5** McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 109: 11 | Q. | Q. Did you ever meet or talk with a man |
| 109: 12 | | named Lou Sherwood? |
| 109: 13 | A. | A. I'm not sure. |
| 109: 14 | Q. | Q. Have you ever attended an audio |
| 109: 15 | | conference or a presentation that was moderated by |
| 109: 16 | | somebody named Dr. Peter Holt? |
| 109: 17 | A. | A. No, sir. |
| 109: 18 | Q. | Q. Whatever Dr. Holt had to say about |
| 109: 19 | | Vioxx in an audio presentation, did that play any |
| 109: 20 | | role in your decision to prescribe Vioxx to |
| 109: 21 | | Mr. Barnett? |
| 109: 22 | A. | A. No, sir. |
| 109: 23 | Q. | Q. Has anyone from Merck ever offered you |
| 109: 24 | | research money if you were to prescribe Vioxx or |

| | | |
|---|---|---|
| 109: 25 | | stop criticizing Vioxx? |
| 110: 1 | A. | A. No, sir. |
| 110: 2 | Q. | Q. Have you ever seen a video press |
| 110: 3 | | conference held by Merck discussing the results of |
| 110: 4 | | the VIGOR trial? |
| 110: 5 | A. | A. No, sir. |

**110:8 - 111:5**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 110: 8 | Q. | Q. Have you ever since you've been |
| 110: 9 | | practicing medicine looked in the Merck Manual for |
| 110: 10 | | a discussion about prostacyclin or thromboxane? |
| 110: 11 | A. | A. No, sir. |
| 110: 12 | Q. | Q. Do you subscribe to a journal called |
| 110: 13 | | Circulation? |
| 110: 14 | A. | A. No, sir. |
| 110: 15 | Q. | Q. Have you ever read a study published by |
| 110: 16 | | Circulation concerning, quote, the relationship |
| 110: 17 | | between selective COX-2 inhibitors and acute MI in |
| 110: 18 | | older adults? |
| 110: 19 | A. | A. No, sir. |
| 110: 20 | Q. | Q. This study which involved a doctor |
| 110: 21 | | named Dr. Solomon was published in May of 2004. |
| 110: 22 | | Was that years after you prescribed Vioxx to |
| 110: 23 | | Mr. Barnett? |
| 110: 24 | A. | A. Yes, sir. |
| 110: 25 | Q. | Q. Whether a particular Merck scientist |
| 111: 1 | | was or was not included as an author on that study |
| 111: 2 | | that was published in May of 2004, did that have |
| 111: 3 | | any impact on your decision to prescribe Vioxx to |
| 111: 4 | | Mr. Barnett? |
| 111: 5 | A. | A. No, sir. |

**111:1 - 111:22**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 111: 18 | Q. | Q. Dr. McCaffrey, based on your experience |
| 111: 19 | | in taking Vioxx and prescribing it to your |
| 111: 20 | | patients, did you believe it was safe and effective |
| 111: 21 | | if used according to the FDA-approved label? |
| 111: 22 | A. | A. Yes, I did. |

**119:1 - 119:20**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 119: 13 | Q. | Q. Okay. That's -- that was my question. |
| 119: 14 | | And you also were involved in HEL programs with |
| 119: 15 | | Vioxx, is that right? |
| 119: 16 | A. | A. What's that? |
| 119: 17 | Q. | Q. I was going to ask you. It had to do |

Pltf Obj (111:18-22): 401, 402, 403. Dr. McCaffrey's use of Vioxx is irrelevant to the issue of the treatment of the Plaintiff. It is highly prejudicial and immaterial to the issues in this case.

Def Resp: Again, if Plaintiff withdraws or the Court excludes all of Plaintiff's designations from Dr. McCaffrey relating to Vioxx and its alleged effect on blood pressure, hypertension and related issues (including any possible effect Vioxx may have had on Mr. Barnett) then Merck agrees to withdraw this this testimony. If Plaintiff does not withdraw its testimony and the Court allows it, then this designation should also be allowed.

**Objections/Responses in Barnett**

|  |  |  |  |
|---|---|---|---|
| | 119: 18 | | with what they call colloquia.  Do you know what |
| | 119: 19 | | the term colloquia refers to? |
| | 119: 20 | A. | A.  I've never spoken for Vioxx. |

**128:5   -   128:20**      McCaffrey M 20060503.ctx

| | 128: 5 | Q. | Q.  Okay.  I don't want to know what you |
| | 128: 6 | | make from your patients, but I wanted to get your |
| | 128: 7 | | best estimate of how much you make from these |
| | 128: 8 | | relationship agreements or speaker payments from |
| | 128: 9 | | the various pharmaceutical companies on a yearly |
| | 128: 10 | | basis approximately. |
| | 128: 11 | A. | A.  Depends on the year, somewhere between |
| | 128: 12 | | 30 and 60,000 dollars a year. |
| | 128: 13 | Q. | Q.  And do you know each year approximately |
| | 128: 14 | | how much is being paid by Merck? |
| | 128: 15 | A. | A.  Merck is at the low end.  They -- I |
| | 128: 16 | | don't do very much for them at all.  I never have. |
| | 128: 17 | | I speak for other companies on a regular basis. |
| | 128: 18 | | Merck has always been as I call them a bottom |
| | 128: 19 | | feeder.  I spoke the least for them out of all the |
| | 128: 20 | | companies. |

**128:2   -   128:24**      McCaffrey M 20060503.ctx

| | 128: 21 | Q. | Q.  Well, would you -- would it surprise |
| | 128: 22 | | you that if -- at least the records Merck gave us |
| | 128: 23 | | showed that you made approximately 15,000 to 20,000 |
| | 128: 24 | | with Merck? |

**129:2   -   129:3**      McCaffrey M 20060503.ctx

| | 129: 2 | | THE WITNESS:  For what -- over the past |
| | 129: 3 | | six years. |

**129:5   -   129:8**      McCaffrey M 20060503.ctx

| | 129: 5 | Q. | Q.  Over the past six years. |
| | 129: 6 | A. | A.  That's 2,000 dollars a year.  That's |
| | 129: 7 | | not -- that's -- that's one talk a year or two |
| | 129: 8 | | talks a year. |

**195:1   -   196:21**      McCaffrey M 20060503.ctx

| | 195: 11 | Q. | Q.  Dr. McCaffrey, you were asked a number |
| | 195: 12 | | of questions about the risk associated with Vioxx |
| | 195: 13 | | concerning hypertension or high blood pressure.  Do |
| | 195: 14 | | you remember that? |
| | 195: 15 | A. | A.  Yes, sir. |
| | 195: 16 | Q. | Q.  If I understand your testimony, had you |
| | 195: 17 | | known that Mr. Barnett's high -- high blood |
| | 195: 18 | | pressure increased after you put him on Vioxx, you |

195: 19      would have taken him off?

195: 20   A.      A.  Yes, sir.

195: 21   Q.      Q.  Did Mr. Robinson show you any of the

195: 22      blood pressure readings for Mr. Barnett at all?

195: 23   A.      A.  No.

195: 24   Q.      Q.  Do you have any idea whether after his

195: 25      initial spike in blood pressure, his blood pressure

196: 1      was fairly normal throughout the time that he took

196: 2      Vioxx?

196: 3   A.      A.  No, sir.

196: 4   Q.      Q.  When you said that you believe that

196: 5      increasing hypertension can lead to a heart attack

196: 6      or heart disease --

196: 7   A.      A.  Yes, sir.

196: 8   Q.      Q.  -- that was based on just your common

196: 9      knowledge about hypertension?

196: 10   A.      A.  That's correct.

196: 11   Q.      Q.  Not having any idea about what

196: 12      Mr. Barnett's high blood pressure readings were

196: 13      during the time he took Vioxx, you're not in a

196: 14      position to assess whether or not Vioxx contributed

196: 15      to Mr. Barnett's heart attack, are you?

196: 16   A.      A.  That's correct.

196: 17   Q.      Q.  You would need to know a lot more

196: 18      information in order to make an assessment of

196: 19      whether Vioxx played any role in Mr. Barnett's

196: 20      heart attack, true?

196: 21   A.      A.  That's correct.

**198:7  -  199:7**      McCaffrey M 20060503.ctx

198: 7   Q.      Q.  When Mr. Robinson was asking you

198: 8      questions about Mr. Barnett's hypertension and

198: 9      whether that played any role in his heart attack,

198: 10      you didn't know what Mr. Barnett's family history

198: 11      was for coronary artery disease, did you?

198: 12   A.      A.  That's correct.

198: 13   Q.      Q.  You don't know whether Mr. Barnett's

198: 14      father had one heart attack or two heart attacks,

198: 15      do you?

198: 16   A.      A.  I do not know.

198: 17   Q.      Q.  You don't know whether Mr. Barnett's

198: 18      sister had a history of TIA's, or strokes, when you

198: 19      were answering those questions?

198: 20   A.      A.  When I read this earlier today, I saw

| | | |
|---|---|---|
| 198: 21 | | that his sister did have a history of TIA's, but I |
| 198: 22 | | didn't at the time I was talking to him because my |
| 198: 23 | | computer was off. |
| 198: 24 | Q. | Q.   You didn't know when you were answering |
| 198: 25 | | Mr. Robinson's questions whether Mr. Barnett had a |
| 199: 1 | | long history of high cholesterol, did you? |
| 199: 2 | A. | A.   No, sir. |
| 199: 3 | Q. | Q.   When Mr. Barnett was asking you |
| 199: 4 | | questions, you didn't know about Mr. Barnett's |
| 199: 5 | | triglyceride levels or HDL, the other type of |
| 199: 6 | | cholesterol, did you? |
| 199: 7 | A. | A.   No, sir. |

**199:2   -   200:8**     McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 199: 20 | Q. | Q.   Before you could reach a judgment -- |
| 199: 21 | | the medical judgment on whether Vioxx played a role |
| 199: 22 | | in Mr. Barnett's hypertension, you would need to |
| 199: 23 | | know all of Mr. Barnett's hypertension readings? |
| 199: 24 | A. | A.   That's correct. |
| 199: 25 | Q. | Q.   Was the risk of hypertension in Vioxx's |
| 200: 1 | | label from day one? |
| 200: 2 | A. | A.   Yes, it was. |
| 200: 3 | Q. | Q.   Do all COX-2 inhibitors have a risk of |
| 200: 4 | | increasing hypertension? |
| 200: 5 | A. | A.   Yes, they do. |
| 200: 6 | Q. | Q.   Do all traditional NSAIDs have a risk |
| 200: 7 | | of increasing hypertension? |
| 200: 8 | A. | A.   Yes, they do. |

**200:1   -   201:23**     McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 200: 11 | | Do the warning labels for Vioxx and |
| 200: 12 | | Celebrex and Bextra and Motrin and ibuprofen and |
| 200: 13 | | all the traditional NSAIDs warn about the |
| 200: 14 | | possibility of increased blood pressure or |
| 200: 15 | | hypertension? |
| 200: 16 | A. | A.   Yes, they do. |
| 200: 17 | Q. | Q.   When you were asked questions about |
| 200: 18 | | whether Vioxx could contribute to Mr. Barnett's |
| 200: 19 | | heart attack, did you have any idea what the extent |
| 200: 20 | | of Mr. Barnett's coronary artery disease was? |
| 200: 21 | A. | A.   No, sir. |
| 200: 22 | Q. | Q.   Do you know whether he had any blockage |
| 200: 23 | | in his left main artery? |
| 200: 24 | A. | A.   No, sir. |
| 200: 25 | Q. | Q.   Do you know whether he had blockage in |

|  | | | Objections/Responses in Barnett |
|--|--|--|--|
| 201: 1 | | his LAD or various other arteries? | |
| 201: 2 | A. | A.  No, sir. | |
| 201: 3 | Q. | Q.  Do you know whether Mr. Barnett has | |
| 201: 4 | | collaterals that were compensating for some of the | |
| 201: 5 | | blockage in his arteries? | |
| 201: 6 | A. | A.  No, sir. | |
| 201: 7 | Q. | Q.  Do you know what Mr. Barnett's cardiac | |
| 201: 8 | | catheterization showed when he had it done in | |
| 201: 9 | | September of 2002? | |
| 201: 10 | A. | A.  No, sir. | |
| 201: 11 | Q. | Q.  Have you ever spoken with Dr. Karavan | |
| 201: 12 | | who treated Mr. Barnett for heart disease and his | |
| 201: 13 | | heart attack? | |
| 201: 14 | A. | A.  No, sir. | |
| 201: 15 | Q. | Q.  Have you ever spoken with Dr. Bryan who | |
| 201: 16 | | conducted the bypass surgery that Mr. Barnett had? | |
| 201: 17 | A. | A.  No, sir. | |
| 201: 18 | Q. | Q.  Am I right, Dr. McCaffrey, that you | |
| 201: 19 | | can't say with any degree of certainty based on the | |
| 201: 20 | | limited amount of information that Mr. Robinson | |
| 201: 21 | | showed you whether Vioxx played any role in | |
| 201: 22 | | Mr. Barnett's heart attack? | |
| 201: 23 | A. | A.  That's correct. | |

**202:3  -  202:5**   McCaffrey M 20060503.ctx

| 202: 3 | Q. | Q.  I think Mr. Robinson asked whether you | |
|--|--|--|--|
| 202: 4 | | had received 374 visits from sales representatives? | |
| 202: 5 | A. | A.  That's correct. | |

**202:1  -  203:25**   McCaffrey M 20060503.ctx

| 202: 15 | Q. | Q.  The representatives who came on those | |
|--|--|--|--|
| 202: 16 | | 374 occasions sometimes just dropped off samples of | |
| 202: 17 | | Vioxx without talking to you, true? | |
| 202: 18 | A. | A.  They might come in, say, hi, how you | |
| 202: 19 | | doing, I know you're busy, sign, back out the door. | |
| 202: 20 | Q. | Q.  Do you find it helpful to have samples | |
| 202: 21 | | of medicine that you prescribe to your patients? | |
| 202: 22 | A. | A.  Extremely helpful. | |
| 202: 23 | Q. | Q.  Why? | Pltf Obj: 401, 402, 403. |
| 202: 24 | A. | A.  Because I don't want -- I feel bad if | Def Resp:  This is relevant and is not |
| 202: 25 | | somebody gets a medication, has a side effect and | prejudicial.  Plaintiff is making claims |
| 203: 1 | | just bought a month or three months of the | regarding Merck's sales reps, this |
| 203: 2 | | medication.  Also, it's -- patients like the whole | meeting with Dr. McCaffrey, and the |
| 203: 3 | | idea that they can take a test ride before they're | fact that the sales reps gave Dr. |
| 203: 4 | | going to have to buy something. | McCaffrey samples. If Plaintiff is |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 203: 5 | Q. | Q.   Is it sometimes helpful for patients | withdrawing all of that testimony, then |
| 203: 6 | | who can't afford medication to have samples? | Merck will withdraw this designation. |
| 203: 7 | A. | A.   Yes, it is.  And a lot of the sample | If, however, Plaintiff is not withdrawing |
| 203: 8 | | medications we got were supplying people for the | its designation on this topic, then |
| 203: 9 | | month or two months or three months they're on the | Merck believes this designation is |
| 203: 10 | | medication that we got from the sales reps. | appropriate. |
| 203: 11 | Q. | Q.   Do sales representatives from other | |
| 203: 12 | | pharmaceutical companies come to visit you | |
| 203: 13 | | concerning medications that they sell? | |
| 203: 14 | A. | A.   They do. | |
| 203: 15 | Q. | Q.   Is it common in the pharmaceutical | |
| 203: 16 | | history for sales representatives to make calls on | |
| 203: 17 | | doctors? | |
| 203: 18 | A. | A.   Yes, it is. | |
| 203: 19 | Q. | Q.   Do you see anything wrong with that, | |
| 203: 20 | | sir? | |
| 203: 21 | A. | A.   No, sir. | |
| 203: 22 | Q. | Q.   Did the sales calls that you received | |
| 203: 23 | | by sales reps influence your decision to prescribe | |
| 203: 24 | | Vioxx to Mr. Barnett? | |
| 203: 25 | A. | A.   No, sir. | |
| **204:1   -   204:5** | | McCaffrey M 20060503.ctx | |
| 204: 1 | Q. | Q.   Why did you describe -- decide to | |
| 204: 2 | | prescribe Vioxx to Mr. Barnett on December 30th of | |
| 204: 3 | | 1999? | |
| 204: 4 | A. | A.   I thought it was a very good and safe | |
| 204: 5 | | medication. | |
| **204:6   -   204:18** | | McCaffrey M 20060503.ctx | |
| 204: 6 | Q. | Q.   Mr. Robinson was asking you questions | |
| 204: 7 | | about whether Feldene was adequately treating | |
| 204: 8 | | Mr. Barnett's back and neck pain.  Do you remember | |
| 204: 9 | | that? | |
| 204: 10 | A. | A.   Yes, sir. | |
| 204: 11 | Q. | Q.   Did you get the impression Mr. Robinson | Pltf Obj: Leading, argumentative. |
| 204: 12 | | was trying to suggest that Feldene was doing just | Def Resp: The leading and |
| 204: 13 | | fine with treating Mr. Barnett's neck pain when you | argumentative objections were waived |
| 204: 14 | | saw him in December of 1999? | because they were not made at the |
| 204: 15 | A. | A.   Yes. | time of the deposition.. |
| 204: 16 | Q. | Q.   You were the doctor and you were | |
| 204: 17 | | treating Mr. Barnett, right? | |
| 204: 18 | A. | A.   That's correct. | |
| **204:2   -   205:7** | | McCaffrey M 20060503.ctx | |

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 204: 24 | Q. | Q.  As the doctor who visited with | Pltf Obj:  Asked and answered. |
| 204: 25 | | Mr. Barnett, what was your assessment of how | |
| 205: 1 | | Feldene was doing on that occasion for managing | Def Resp: This is a slightly different set of questions and answers. |
| 205: 2 | | Mr. Barnett's neck and back and shoulder pain? | |
| 205: 3 | A. | A.  It wasn't doing an adequate job. | |
| 205: 4 | Q. | Q.  Is that why you switched -- | |
| 205: 5 | A. | A.  Yes, sir. | |
| 205: 6 | Q. | Q.  -- to Vioxx? | |
| 205: 7 | A. | A.  Yes, sir. | |

**205:2  -  206:23**  McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 205: 24 | Q. | Q.  Dr. McCaffrey, when you were answering |
| 205: 25 | | questions earlier about your compensation by Merck |
| 206: 1 | | and other pharmaceutical companies, do you remember |
| 206: 2 | | that? |
| 206: 3 | A. | A.  Yes, sir. |
| 206: 4 | Q. | Q.  You were shown documents where you |
| 206: 5 | | received payments from Merck before you prescribed |
| 206: 6 | | Vioxx to Mr. Barnett and after you prescribed Vioxx |
| 206: 7 | | to Mr. Barnett, true? |
| 206: 8 | A. | A.  Yes, sir. |
| 206: 9 | Q. | Q.  Did any of the speaking engagements |
| 206: 10 | | that you participated in or money that you received |
| 206: 11 | | from Merck influence you in deciding to prescribe |
| 206: 12 | | Vioxx to Mr. Barnett? |
| 206: 13 | A. | A.  No, sir. |

| | | | |
|---|---|---|---|
| 206: 14 | Q. | Q.  If there's a suggestion made at trial | Pltf Obj: Asked and answered. |
| 206: 15 | | that you prescribed Vioxx to Mr. Barnett because | |
| 206: 16 | | you were paid by Merck, what is your response to | Def Resp: This exact question was not asked and answered. |
| 206: 17 | | that? | |
| 206: 18 | A. | A.  The company did not influence me with | |
| 206: 19 | | their speaking engagements. | |

| | | |
|---|---|---|
| 206: 20 | Q. | Q.  Did you prescribe Vioxx to Mr. Barnett |
| 206: 21 | | because in your medical judgment, that was the best |
| 206: 22 | | medication for him? |
| 206: 23 | A. | A.  Yes, sir. |

**207:6  -  207:17**  McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 207: 6 | Q. | Q.  Do you remember being asked by |
| 207: 7 | | Mr. Robinson whether you saw advertisements on |
| 207: 8 | | television about Vioxx? |
| 207: 9 | A. | A.  Yes, sir. |
| 207: 10 | Q. | Q.  Did the advertisements about Vioxx on |
| 207: 11 | | television influence your decision to prescribe |
| 207: 12 | | Vioxx to Mr. Barnett? |

| | | |
|---|---|---|
| 207: 13 | A. | A.  No, sir. |
| 207: 14 | Q. | Q.  Do you rely on commercials on |
| 207: 15 | | television about drugs in deciding what medicine to |
| 207: 16 | | prescribe to your patients? |
| 207: 17 | A. | A.  No, sir. |

**208:4  -  208:11**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 208: 4 | Q. | Q.  From your perspective as a doctor, do |
| 208: 5 | | you rely on the package insert that's approved by |
| 208: 6 | | the FDA in deciding what the risks and benefits are |
| 208: 7 | | with medicine you prescribe? |
| 208: 8 | A. | A.  Yes, sir. |
| 208: 9 | Q. | Q.  Do you rely on commercials that you see |
| 208: 10 | | on television? |
| 208: 11 | A. | A.  No, sir. |

**210:2  -  212:24**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 210: 21 | Q. | Q.  I believe you were talking about |
| 210: 22 | | atherosclerosis when you were answering |
| 210: 23 | | Mr. Robinson's questions.  Do you remember that? |
| 210: 24 | A. | A.  That's correct. |
| 210: 25 | Q. | Q.  You're not a cardiologist, are you? |
| 211: 1 | A. | A.  No, sir. |
| 211: 2 | Q. | Q.  Have you ever studied the way that |
| 211: 3 | | atherosclerosis works in the human body? |
| 211: 4 | A. | A.  A long time ago. |
| 211: 5 | Q. | Q.  Have you ever focused on what exactly |
| 211: 6 | | causes plaque rupture and what doesn't? |
| 211: 7 | A. | A.  No, sir. |
| 211: 8 | Q. | Q.  Do you feel like you're an expert in |
| 211: 9 | | the field of cardiology to be able to express an |
| 211: 10 | | opinion on whether Vioxx contributes to |
| 211: 11 | | atherosclerosis in some way? |
| 211: 12 | A. | A.  No, sir. |
| 211: 13 | Q. | Q.  I'm glad Mr. Robinson pointed out that |
| 211: 14 | | you actually saw Mr. Barnett on four occasions, |
| 211: 15 | | right? |
| 211: 16 | A. | A.  Yes, sir. |
| 211: 17 | Q. | Q.  And the last time you saw Mr. Barnett |
| 211: 18 | | was December 30th of 1999? |
| 211: 19 | A. | A.  That's correct. |
| 211: 20 | Q. | Q.  And then you filled a -- you wrote |
| 211: 21 | | another prescription a year later? |
| 211: 22 | A. | A.  That's correct. |
| 211: 23 | Q. | Q.  You didn't see Mr. Barnett on that |

**Objections/Responses in Barnett**

| | | |
|---|---|---|
| 211: 24 | | occasion, did you? |
| 211: 25 | A. | A.  No, it's something that came -- I think |
| 212: 1 | | he dropped it off because there was a sticker so he |
| 212: 2 | | physically had to come to the office or it was sent |
| 212: 3 | | by Merck to me -- or from, you know, Merck Medco. |
| 212: 4 | | It was physically sent to me, I reviewed the chart, |
| 212: 5 | | saw who it was and wrote the prescription for him. |
| 212: 6 | Q. | Q.  Did you have any discussions at all |
| 212: 7 | | with Mr. Barnett when you wrote the second |
| 212: 8 | | prescription for Vioxx in December of 2000? |
| 212: 9 | A. | A.  No, sir.  No, sir. |
| 212: 10 | Q. | Q.  Did Mr. Barnett come in and talk to you |
| 212: 11 | | about whether he was experiencing any side effects |
| 212: 12 | | before he asked you to write the prescription for |
| 212: 13 | | Vioxx in December of 2000? |
| 212: 14 | A. | A.  No, sir. |
| 212: 15 | Q. | Q.  When you made the medical judgment that |
| 212: 16 | | Vioxx was the appropriate medication for |
| 212: 17 | | Mr. Barnett, was that judgment made in December of |
| 212: 18 | | 1999 based on his medical condition at that time? |
| 212: 19 | A. | A.  Yes, sir. |
| 212: 20 | Q. | Q.  And was your decision in prescribing |
| 212: 21 | | Vioxx to Mr. Barnett in December of 1999 based on |
| 212: 22 | | the information that was then available to you |
| 212: 23 | | about the benefits and risks of the medicine? |
| 212: 24 | A. | A.  That's correct. |

**213:1  -  213:17**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 213: 14 | Q. | Q.  Were you aware, sir, that the |
| 213: 15 | | information about cardiovascular effects of Vioxx |
| 213: 16 | | and other COX-2 inhibitors changed over time? |
| 213: 17 | A. | A.  That's correct. |

**213:1  -  213:19**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 213: 18 | Q. | Q.  I'm going to hand you what I'll mark |
| 213: 19 | | as -- |

**213:2  -  213:23**   McCaffrey M 20060503.ctx

| | |
|---|---|
| 213: 23 | COURT REPORTER:  20. |

**214:3  -  214:17**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 214: 3 | Q. | Q.  This is a dear healthcare professional |
| 214: 4 | | letter that Merck sent out in April of 2002 when |
| 214: 5 | | the label for Vioxx was changed to include |
| 214: 6 | | information about the VIGOR study, okay? |
| 214: 7 | A. | A.  Yes, sir. |

214: 8    Q.        Q.  Do you see how on the front page
214: 9        there's a reference to important prescribing
214: 10       information?
214: 11    A.        A.  Yes, sir.
214: 12    Q.        Q.  On the second page there's a box at the
214: 13        top that says, important prescribing information?
214: 14    A.        A.  Yes, sir.
214: 15    Q.        Q.  And then it says, April 2002, dear
214: 16        healthcare professional, okay?
214: 17    A.        A.  Yes, sir.

**214:2 - 217:14**    McCaffrey M 20060503.ctx

214: 20        I can represent to you that your name
214: 21        is on a mailing list showing that Merck sent you
214: 22        this letter, okay?
214: 23    A.        A.  I think I received five or six copies
214: 24        of this, so not just one.  I remember receiving
214: 25        this.
215: 1    Q.        Q.  And why do you remember receiving five
215: 2        or six copies of the --
215: 3    A.        A.  Well, I've got four different offices
215: 4        so a copy is going to go to each office.  So every
215: 5        office it would show up, there would be another
215: 6        copy there for me.
215: 7    Q.        Q.  In April of 2002, did you see from this
215: 8        letter, sir, that there's a discussion about the
215: 9        VIGOR study?
215: 10    A.        A.  Yes, sir.
215: 11    Q.        Q.  Do you see how on the first page of
215: 12        this letter there's a discussion at the second
215: 13        paragraph that says:  The prescribing information
215: 14        has been revised to reflect the results of the
215: 15        Vioxx Gastrointestinal Outcomes research study and
215: 16        the FDA approval of Vioxx for the relief of the
215: 17        signs and symptoms of rheumatoid arthritis in
215: 18        adults?
215: 19    A.        A.  Correct.
215: 20    Q.        Q.  And then do you see how the letter
215: 21        continues to talk about clinical studies and the
215: 22        VIGOR study, you see that?
215: 23    A.        A.  Right.
215: 24    Q.        Q.  And then the rest of this letter is
215: 25        verbatim from the package insert from April of
216: 1        2002?

216: 2   A.      A.  Yes, sir.  On the back, yeah.

216: 3   Q.      Q.  Were you aware of what was in the

216: 4         package insert in April of 2002?

216: 5   A.      A.  Yes, I was.

216: 6   Q.      Q.  Do you see on the second page of the

216: 7         dear healthcare professional letter there is a

216: 8         Table 1 that talks about the gastrointestinal

216: 9         safety events compared to naproxen?

216: 10  A.      A.  Yes, I do.

216: 11  Q.      Q.  And then on the next page, do you see

216: 12        that there's a discussion of summary of patients

216: 13        with serious cardiovascular thrombotic adverse

216: 14        events over time compared to naproxen?

216: 15  A.      A.  Yes, sir.

216: 16  Q.      Q.  And then there's another table

216: 17        concerning serious cardiovascular thrombotic

216: 18        adverse events in Table 3, see that?

216: 19  A.      A.  Right here, yes.

216: 20  Q.      Q.  And you were aware of that information

216: 21        in April of 2002?

216: 22  A.      A.  That's correct.

216: 23  Q.      Q.  On the next page, there's a discussion

216: 24        in the precautions section.  Do you see that?

216: 25  A.      A.  Yes, sir.

217: 1   Q.      Q.  Mr. Robinson asked you whether Merck

217: 2        ever put information about cardiovascular risks in

217: 3        the contraindication or the warning section of the

217: 4        label.  Do you remember that?

217: 5   A.      A.  Yes, sir.

217: 6   Q.      Q.  Do you know that a third section of the

217: 7        label has to do with precautions?

217: 8   A.      A.  Yes, sir.

217: 9   Q.      Q.  You read the precautions section, true?

217: 10  A.      A.  Yes, sir.

217: 11  Q.      Q.  The precautions section in April of

217: 12        2002 includes a discussion of cardiovascular

217: 13        effects, do you see?

217: 14  A.      A.  Yes, sir.

**218:1**  **-**  **218:10**    McCaffrey M 20060503.ctx

218: 1   Q.      Q.  Do you see under cardiovascular effects

218: 2        there's a statement first:  The information below

218: 3        should be taken into consideration and caution

218: 4        should be exercised when Vioxx is used in patients

|  |  |  | Objections/Responses in Barnett |
|---|---|---|---|
| 218: 5 |  | with a medical history of ischemic heart disease? |  |
| 218: 6 | A. | A.  I see that. |  |
| 218: 7 | Q. | Q.   That statement was not in the original |  |
| 218: 8 |  | label when you first prescribed Vioxx to |  |
| 218: 9 |  | Mr. Barnett, true? |  |
| 218: 10 | A. | A.  That's correct. |  |

**218:1   -   218:22**   McCaffrey M 20060503.ctx

| 218: 16 | Q. | Q.  Did Mr. Barnett ever tell you that he |
|---|---|---|
| 218: 17 |  | had ischemic heart disease? |
| 218: 18 | A. | A.  No, sir. |
| 218: 19 | Q. | Q.  Did he ever tell you about the result |
| 218: 20 |  | from his January 19th or January 24th, 2000 |
| 218: 21 |  | Cardiolite stress test? |
| 218: 22 | A. | A.  No, sir. |

**219:1   -   219:22**   McCaffrey M 20060503.ctx

| 219: 13 | Q. | Q.  In the context of cardiovascular | Pltf Obj: Calls for expert testimony - |
|---|---|---|---|
| 219: 14 |  | effects when somebody talks about angina, does that | witness is not a cardiologist. |
| 219: 15 |  | mean to you heart pain? | Def Resp: Merck agrees Dr. McCaffrey |
| 219: 16 | A. | A.  Commonly in the United States when you | is not a cardiologist, and Merck will |
| 219: 17 |  | hear angina you think heart pain. | withdraw this testimony if Plaintiff |
| 219: 18 | Q. | Q.  And when you hear angina, you also | withdraws (or if the Court excludes) |
| 219: 19 |  | think ischemia, true, reduced blood flow? | all of its McCaffrey designations that |
| 219: 20 | A. | A.  Reduced blood flow. | relate to his opinions relating to |
| 219: 21 | Q. | Q.  Yes? | Vioxx and any alleged effect on |
| 219: 22 | A. | A.  Correct. | blood pressure, hypertension, or |

**219:2   -   220:16**   McCaffrey M 20060503.ctx

| 219: 23 | Q. | Q.  In the second paragraph under | other related cardiovascular issues. |
|---|---|---|---|
| 219: 24 |  | precautions, do you see that in the first sentence |  |
| 219: 25 |  | it states, in VIGOR, and then it tells you the |  |
| 220: 1 |  | number of months, nine months, the risk of |  |
| 220: 2 |  | developing a serious cardiovascular thrombotic |  |
| 220: 3 |  | event was significantly higher in patients treated |  |
| 220: 4 |  | with Vioxx 50 milligrams once daily? |  |
| 220: 5 |  | That wasn't what Mr. Barnett was on, |  |
| 220: 6 |  | was it? |  |
| 220: 7 | A. | A.  No, he was on 25. |  |
| 220: 8 | Q. | Q.  As compared to patients treated with |  |
| 220: 9 |  | naproxen 500 milligrams twice daily. |  |
| 220: 10 |  | You see that? |  |
| 220: 11 | A. | A.  Yes, sir. |  |
| 220: 12 | Q. | Q.  You knew in April -- did you know in |  |
| 220: 13 |  | April of 2002 that there was this increased risk of |  |

|  |  |  |
|---|---|---|
| 220: 14 |  | cardiovascular thrombotic effects seen in the VIGOR |
| 220: 15 |  | study? |
| 220: 16 | A. | A.  Yes, sir. |

**220:1   -   221:17**        McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 220: 17 | Q. | Q.  Then further down there's a discussion |
| 220: 18 |  | about -- these are actually Alzheimer's studies |
| 220: 19 |  | where it says:  In a placebo-controlled database |
| 220: 20 |  | derived from two studies with a total of 2,142 |
| 220: 21 |  | elderly patients with a median duration of exposure |
| 220: 22 |  | of approximately 14 months, the number of patients |
| 220: 23 |  | with serious cardiovascular thrombotic events was |
| 220: 24 |  | 21 versus 35 for patients treated with Vioxx 25 |
| 220: 25 |  | milligrams once daily versus placebo respectively. |
| 221: 1 |  | Do you see that? |
| 221: 2 | A. | A.  The placebo was higher. |
| 221: 3 | Q. | Q.  Can you explain that? |
| 221: 4 | A. | A.  I can't explain that. |
| 221: 5 | Q. | Q.  No, can you explain why you said |
| 221: 6 |  | placebo is higher? |
| 221: 7 | A. | A.  Placebo is higher than the actual Vioxx |
| 221: 8 |  | so it's trying to say -- it says from the study |
| 221: 9 |  | that -- that the -- Vioxx doesn't cause |
| 221: 10 |  | cardiovascular thrombotic events.  It's higher when |
| 221: 11 |  | giving somebody a sugar pill. |
| 221: 12 | Q. | Q.  And then if you look further down, you |
| 221: 13 |  | see where the label says, the significance of the |
| 221: 14 |  | cardiovascular findings from these three studies, |
| 221: 15 |  | VIGOR and two placebo-controlled studies, is |
| 221: 16 |  | unknown, do you see that? |
| 221: 17 | A. | A.  Yes, sir. |

**222:6   -   222:22**        McCaffrey M 20060503.ctx

|  |  |  |
|---|---|---|
| 222: 6 | Q. | Q.  At the time that you were speaking with |
| 222: 7 |  | the rep about the VIGOR study, was it your |
| 222: 8 |  | understanding that there were several different |
| 222: 9 |  | possible explanations for the increase in |
| 222: 10 |  | cardiovascular events seen in the VIGOR study? |
| 222: 11 | A. | A.  Yes, sir. |
| 222: 12 | Q. | Q.  Was one of the possible interpretations |
| 222: 13 |  | of the VIGOR study that naproxen was |
| 222: 14 |  | cardioprotective and explained the reason for the |
| 222: 15 |  | difference?  Is that one possible interpretation? |
| 222: 16 | A. | A.  That's one possible interpretation. |
| 222: 17 | Q. | Q.  Was another possible interpretation |

| | | |
|---|---|---|
| 222: 18 | | that Vioxx was prothrombotic or could cause heart |
| 222: 19 | | attacks? |
| 222: 20 | A. | A.  That's another option. |
| 222: 21 | Q. | Q.  And was a third possibility chance? |
| 222: 22 | A. | A.  That's correct. |

**223:5  -  223:15**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 223: 5 | Q. | Q.  So that the jury doesn't misunderstand, |
| 223: 6 | | neither Mr. Robinson nor I are paying you for your |
| 223: 7 | | testimony, true?  In other words, we're not paying |
| 223: 8 | | you to say anything in particular. |
| 223: 9 | A. | A.  No.  No, sir. |
| 223: 10 | Q. | Q.  Why is it that you are charging |
| 223: 11 | | Mr. Robinson and me 750 dollars or whatever your |
| 223: 12 | | hourly rate is to be here today? |
| 223: 13 | A. | A.  For the time lost in the office.  And |
| 223: 14 | | that's a set rate with the company.  All the |
| 223: 15 | | depositions for any doctor in the group, same rate. |

**226:4  -  226:15**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 226: 4 | Q. | Q.  Now, you -- you pointed out something. |
| 226: 5 | | Could you read the section that you said appears to |
| 226: 6 | | show that there's -- there's no increased |
| 226: 7 | | cardiovascular events for Vioxx versus the placebo. |
| 226: 8 | | Could you read that into the record. |
| 226: 9 | A. | A.  I said there was -- that there was |
| 226: 10 | | higher with placebo. |
| 226: 11 | Q. | Q.  So in other words, it says the number |
| 226: 12 | | of patients with serious cardiovascular thrombotic |
| 226: 13 | | events was 21 for Vioxx and 35 for placebo at -- at |
| 226: 14 | | a dose of 25 milligrams, right? |
| 226: 15 | A. | A.  That's correct. |

**226:2  -  226:21**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 226: 20 | Q. | Q.  Okay.  And who is the rep you said that |
| 226: 21 | | discussed naproxen being cardio -- |

**227:4  -  227:6**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 227: 4 | | THE WITNESS:  Well, no, no, when the |
| 227: 5 | | letter came out, I just happened to see him that |
| 227: 6 | | day.  He goes to the same church with me. |

**227:8  -  227:14**   McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 227: 8 | Q. | Q.  What's his name? |
| 227: 9 | A. | A.  Steve Pelagrino (ph).  His name's |
| 227: 10 | | listed in here. |
| 227: 11 | Q. | Q.  Okay.  And let me ask you this:  Is it |

227: 12     true that one of the things he -- he said was a

227: 13     possible explanation was the naproxen being

227: 14     cardioprotective, right?

**227:1 - 227:20**     McCaffrey M 20060503.ctx

227: 16     THE WITNESS: I don't think he -- I

227: 17     don't think he said that at that time because we

227: 18     didn't -- we didn't know. He said, here's what

227: 19     I -- he says, I don't how to make heads or tails

227: 20     out of this, let's look through this.

**227:2 - 228:4**     McCaffrey M 20060503.ctx

227: 22    Q.     Q.  Okay.  And, I mean -- but if you look

227: 23     at the numbers you just gave, 21 versus 35, that

227: 24     would give you confidence that at least versus

227: 25     placebo, the numbers appear Vioxx is actually safer

228: 1     than placebo, correct?

228: 2    A.     A.  Not safer, it's just I don't see any

228: 3     evidence saying that Vioxx is causing heart

228: 4     attacks.

**228:2 - 229:7**     McCaffrey M 20060503.ctx

228: 24    Q.     Q.  Now, Mr. Goldman asked you questions

228: 25     about cardio -- or coronary artery disease of

229: 1     Mr. Barnett.  If -- if a person has coronary artery

229: 2     disease in their family such as family histories of

229: 3     heart attacks and TIA's --

229: 4    A.     A.  Yes, sir.

229: 5    Q.     Q.  -- would -- would that be the type of

229: 6     person that might be at risk for having

229: 7     hypertension as a reaction to Vioxx?

**229:9 - 229:18**     McCaffrey M 20060503.ctx

229: 9     THE WITNESS: Not necessarily.  I mean,

229: 10     you can have people -- I mean, there's all the

229: 11     different medications you can be put on, but if you

229: 12     have multiple brothers and sisters like in my

229: 13     family, every one of my brothers has high blood

229: 14     pressure, I'm the only one that doesn't.  I have

229: 15     five brothers -- four brothers and one sister --

229: 16     and one sister.  But it doesn't -- doesn't really

229: 17     help me to say who's going to develop high blood

229: 18     pressure on the medication.

**231:4 - 232:8**     McCaffrey M 20060503.ctx

231: 4    Q.     Q.  And at that point in time in December

231: 5     of 1999 or December of 2000 even, you didn't know

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 231: 6 | | whether Mr. Barnett was at risk of heart disease | |
| 231: 7 | | because you didn't know everything about his family | |
| 231: 8 | | history or his cholesterol levels, correct? | |
| 231: 9 | A. | A.  That's correct. | |
| 231: 10 | Q. | Q.  In your dealings with Merck sales | Pltf Obj:  Asked and answered. |
| 231: 11 | | representatives, sir, did you find that they were | Def Resp:  This exact question was not |
| 231: 12 | | trying to push you into prescribing Vioxx? | asked & answered, and given Plaintiff's |
| 231: 13 | A. | A.  No, sir. | claims in this case, this should be |
| 231: 14 | Q. | Q.  Did you find that Merck sales | allowed. |
| 231: 15 | | representatives were just telling you that in the | |
| 231: 16 | | VIGOR study, the explanation was because of | |
| 231: 17 | | naproxen? | |
| 231: 18 | A. | A.  No. | |
| 231: 19 | Q. | Q.  Did you feel that the sales | |
| 231: 20 | | representatives were leaving it up to you to decide | |
| 231: 21 | | what the appropriate interpretation of the VIGOR | |
| 231: 22 | | study was? | |
| 231: 23 | A. | A.  Yes, sir. | |
| 231: 24 | Q. | Q.  Had any Merck sales representatives who | |
| 231: 25 | | called on you ever refused to answer any questions | |
| 232: 1 | | or avoided any questions you had about Vioxx? | |
| 232: 2 | A. | A.  No, sir. | |
| 232: 3 | Q. | Q.  Did you feel that if you had a question | |
| 232: 4 | | to ask a particular sales representative that they | |
| 232: 5 | | would get you the answer or if they couldn't get | |
| 232: 6 | | it, they would have somebody else at Merck send you | |
| 232: 7 | | a letter giving you the answer? | |
| 232: 8 | A. | A.  Yes, they would. | |

**232:1   -   233:10**   McCaffrey M 20060503.ctx

| | | | |
|---|---|---|---|
| 232: 13 | Q. | Q.  Mr. Robinson has said on a number of | |
| 232: 14 | | occasions that Merck never had a warning in the | |
| 232: 15 | | package insert for Vioxx concerning cardiovascular | |
| 232: 16 | | risks? | |
| 232: 17 | A. | A.  That's correct. | |
| 232: 18 | Q. | Q.  If you look at the first page of the | |
| 232: 19 | | April 2002 label, which is attached to the dear | |
| 232: 20 | | healthcare professional letter -- | |
| 232: 21 | A. | A.  Yes, sir. | |
| 232: 22 | Q. | Q.  -- do you see on the first page of the | |
| 232: 23 | | package insert in the bottom when they're talking | |
| 232: 24 | | about the VIGOR study, there is a whole section | |
| 232: 25 | | called cardiovascular safety with Table 2 talking | |
| 233: 1 | | about -- | |

| | | | |
|---|---|---|---|
| 233: 2 | A. | A. Yes, sir. | |
| 233: 3 | Q. | Q. -- serious cardiovascular thrombotic | |
| 233: 4 | | adverse events? | |
| 233: 5 | A. | A. Yes, sir. | |
| 233: 6 | Q. | Q. Now, if that's not in the warnings | |
| 233: 7 | | section, is that something that you notice when | |
| 233: 8 | | you're reading a package insert, sir? | |
| 233: 9 | A. | A. Yes, sir. So it actually made it to | |
| 233: 10 | | the first page. | |

**233:1 - 234:7**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 233: 11 | Q. | Q. And Mr. -- I'm sorry, Dr. McCaffrey, |
| 233: 12 | | you mentioned in response to Mr. Robinson's |
| 233: 13 | | question that warnings are supposed to include |
| 233: 14 | | definite risks, is that what you said? |
| 233: 15 | A. | A. Yeah, when you get the warnings, it's a |
| 233: 16 | | definite risk. It's something that does happen, |
| 233: 17 | | it's -- it's not imaginary. |
| 233: 18 | Q. | Q. So if there is an open question about |
| 233: 19 | | whether a drug causes a particular side effect or |
| 233: 20 | | the science is not fully developed where there's a |
| 233: 21 | | definitive answer, is it your understanding that |
| 233: 22 | | that is what is in the precautions section? |
| 233: 23 | A. | A. That's correct. |
| 233: 24 | Q. | Q. And you as a physician take seriously |
| 233: 25 | | what's in the precautions section, true? |
| 234: 1 | A. | A. That's true. |
| 234: 2 | Q. | Q. It's not as though you ignore what's in |
| 234: 3 | | the precautions section when you're making |
| 234: 4 | | treatment decisions, that information is one of the |
| 234: 5 | | things you consider in your risk-benefit |
| 234: 6 | | assessment? |
| 234: 7 | A. | A. That's correct. |

**238:8 - 238:17**      McCaffrey M 20060503.ctx

| | | |
|---|---|---|
| 238: 8 | Q. | Q. Dr. McCaffrey, so the jury doesn't get |
| 238: 9 | | the wrong impression here, when you're receiving |
| 238: 10 | | payments from Merck and other pharmaceutical |
| 238: 11 | | companies and you're saying that 750 dollars an |
| 238: 12 | | hour -- 700 dollar -- withdrawn. |
| 238: 13 | | When you're accepting compensation for |
| 238: 14 | | your time from pharmaceutical companies, do you |
| 238: 15 | | ever jeopardize the interest of your patients |
| 238: 16 | | because of your compensation? |
| 238: 17 | A. | A. No, sir. |

**239:6** - **239:9**   McCaffrey M 20060503.ctx

| | | | Objections/Responses in Barnett |
|---|---|---|---|
| 239: 6 | | How, if at all, does your role as a | Pltf Obj:  Asked and answered. |
| 239: 7 | | speaker for Merck factor into your decision to | Def Resp:  This exact question was not |
| 239: 8 | | prescribe Vioxx? | asked & answered, and given Plaintiff's |
| 239: 9 | A. | A.  Zero. | claims in this case, this should be allowed. |