Please Note:

Except as noted on the attached table entitled "Merck's Supplemental Affirmative Designations" the "Counter-Designations" made by Merck are identical to their Affirmative Designations. A short, one page, summary of the transcript for the items that were changed is included with handwritten notes of Plaintiff's objections to Defendant's "Supplemental Affirmative Designations."

Plaintiff has included Merck's Affirmative Designations for Dr. Curfman again here for ease of reference for the Court along with Plaintiff's previously submitted objections thereto.

## MERCK'S SUPPLEMENTAL AFFIRMATIVE DESIGNATIONS

### 1/24/06

| Page/Line | Change |
|---|---|
| 55:3 - 55:13 | Should be 55:3 - 55:14 |
| 74:3 – 74:14 | Should be 74:3 – 74:16 |
| 110:19 – 110:22 | Deleted |
| 240:14 – 240:21 | Should be 240:14 – 240:23 |
| 325:6 – 325:7 | Deleted |

Issues Report [Gregory Curfman]

• **Merck's Supplemental Affirmative Designations**

[55:3] - [55:14]         1/24/2006    Gregory Curfman, M.D.

```
page 55
  3          Q.   So, this was a statement
  4    issued by the New England Journal of
  5    Medicine on December 8th, the same day as
  6    the Expression of Concern, and it
  7    accompanied the Expression of Concern on
  8    the New England Journal of Medicine's
  9    website?  Isn't that true?
 10          A.   Well, if you tell me -- to
 11    the best of my recollection -- it doesn't
 12    say that here, but that's the best of my
 13    recollection.  If you tell me that that's
 14    where you got it, I believe you.
```

π obj = Compound question, assumes facts not in evidence, Rule 611- leading, Dr. Curfman is an independent 3rd party, not an adverse/hostile witness

[74:3] - [74:16]         1/24/2006    Gregory Curfman, M.D.

```
page 74
  3          Q.   Are you on the page that has
  4    at the top the title "Expression of
  5    Concern: Key Points and Q&A."
  6          A.   Right.
  7          Q.   Are these the kind of
  8    talking points that you referred to
  9    earlier in your testimony that people
 10    would give you to use?
 11          A.   Sometimes they would, yes.
 12          Q.   And they did this time;
 13    right?
 14          A.   They did.  I can't say that
 15    I used these talking points because I
 16    don't think I did, but...
```

π obj = Rule 611, leading, Dr. Curfman is an independent 3rd party, not an adverse/hostile witness

[240:14] - [240:23]      1/24/2006    Gregory Curfman, M.D.

```
page 240
 14          Q.   My focus is, he's making a
 15    general observation about whether it is
 16    appropriate or not to mine a data set for
 17    endpoints that were not prespecified in
 18    the research protocol.
 19          A.   Except for safety endpoints.
 20          Q.   But he doesn't say that,
 21    does he?
 22          A.   Well, that's fine, but I'm
 23    telling you what the facts are.
```

π obj = no question

**Curfman G DA 1-24-06 on 5-25-06**

| Scene | Designation | Source | | Tx Duration | Elapsed | Remains | Barcode |
|---|---|---|---|---|---|---|---|
| 1 | **18:21 -19:4** | Curfman 01/24/2006 | | 00:00:22 | 00:00:00 | 01:41:02 | V3.1 |
| | | 18: 21 | Q. Dr. Curfman, are you | | | | |
| | | 18: 22 | currently actively practicing medicine? | | | | |
| | | 18: 23 | A. A very small fraction of my | | | | |
| | | 18: 24 | time is in medical practice in teaching, | | | | |
| | | 19: 1 | but my main responsibility is I'm the | | | | |
| | | 19: 2 | executive editor of the New England | | | | |
| | | 19: 3 | Journal of Medicine, which is a full-time | | | | |
| | | 19: 4 | job | | | | |
| 2 | **20:8 -21:7** | Curfman 01/24/2006 | | 00:01:07 | 00:00:22 | 01:40:40 | V3.2 |
| | | 20: 8 | Q. I'd like to take a few | | | | |
| | | 20: 9 | minutes and just establish with you, sir, | | | | |
| | | 20: 10 | a basic chronology of some of the key | | | | |
| | | 20: 11 | events that we'll be talking about. | | | | |
| | | 20: 12 | You recall that the VIGOR | | | | |
| | | 20: 13 | manuscript was submitted to the New | | | | |
| | | 20: 14 | England Journal of Medicine in May of | | | | |
| | | 20: 15 | 2000, is that right? | | | | |
| | | 20: 16 | A. Well, it was submitted -- it | | | | |
| | | 20: 17 | was received into our system on May 23rd | | | | |
| | | 20: 18 | of 2000. For the record, I think it's | | | | |
| | | 20: 19 | important that we note that the letter of | | | | |
| | | 20: 20 | transmission from the corresponding | | | | |
| | | 20: 21 | author was dated May 18th | | | | |
| | | 20: 22 | Q. Do you remember that the | | | | |
| | | 20: 23 | authors asked for expedited treatment of | | | | |
| | | 20: 24 | the VIGOR manuscript? | | | | |
| | | 21: 1 | A. Yes, I do. | | | | |
| | | 21: 2 | Q. Do you remember that the New | | | | |
| | | 21: 3 | England Journal of Medicine determined | | | | |
| | | 21: 4 | not to grant the expedited treatment? | | | | |
| | | 21: 5 | A. Yes. The editor who made | | | | |
| | | 21: 6 | that decision decided that it was not | | | | |
| | | 21: 7 | indicated in that case, yes. | | | | |
| 3 | **21:20 -21:24** | Curfman 01/24/2006 | | 00:00:21 | 00:01:29 | 01:39:33 | V3.3 |
| | | 21: 20 | Q. Again, because we'll be | | | | |
| | | 21: 21 | referring to it during the deposition, do | | | | |
| | | 21: 22 | you recognize Exhibit 1 as a copy of the | | | | |
| | | 21: 23 | VIGOR manuscript as it eventually was | | | | |
| | | 21: 24 | published in November of 2000? | | | | |
| 4 | **22:21 -22:21** | Curfman 01/24/2006 | | 00:00:01 | 00:01:50 | 01:39:12 | V3.4 |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 22:21 | A. Okay. | | | | |
| 5 | **23:23 - 24:19** | Curfman 01/24/2006 | | 00:01:14 | 00.01:51 | 01:39.11 | V3.5 |
| | | 23.23 | Q Continuing with the | | | | |
| | | 23:24 | chronology, do you recall that in | | | | |
| | | 24:1 | February 2001 the FDA convened an | | | | |
| | | 24.2 | Advisory Committee? | | | | |
| | | 24:3 | A. Yes. I did not have that | | | | |
| | | 24:4 | information in February, but I did learn | | | | |
| | | 24:5 | about that at a later time, later in | | | | |
| | | 24:6 | 2001, yes. | | | | |
| | | 24:7 | Q Do you remember when you | | | | |
| | | 24.8 | learned in 2001 that the FDA had convened | | | | |
| | | 24:9 | an Advisory Committee? | | | | |
| | | 24.10 | A To the best of my | | | | |
| | | 24.11 | recollection, it was in August or perhaps | | | | |
| | | 24.12 | September of 2001 that I first learned | | | | |
| | | 24:13 | about that. | | | | |
| | | 24:14 | Q And did you learn that the | | | | |
| | | 24:15 | FDA had information that they had posted | | | | |
| | | 24:16 | on their website concerning VIGOR? | | | | |
| | | 24.17 | A. Yes. I learned about that | | | | |
| | | 24:18 | from a colleague, again, it was perhaps | | | | |
| | | 24.19 | late August or September of 2001, and | | | | |
| 6 | **26:23 - 27:3** | Curfman 01/24/2006 | | 00:00:22 | 00.03.05 | 01:37:57 | V3.6 |
| | | 26:23 | Q Eventually, did you read a | | | | |
| | | 26.24 | memorandum that was part of the FDA's | | | | |
| | | 27:1 | file on this that was posted on line | | | | |
| | | 27:2 | called the Targum memorandum? | | | | |
| | | 27:3 | A. That's right. | | | | |
| 7 | **27:14 - 27:24** | Curfman 01/24/2006 | | 00:00:53 | 00.03.27 | 01:37:35 | V3.7 |
| | | 27.14 | Q Is Exhibit 2, does that | | | | |
| | | 27.15 | appear to you to be a copy of the Targum | | | | |
| | | 27:16 | memorandum? | | | | |
| | | 27:17 | A. (Witness reviewing | | | | |
| | | 27.18 | document.) | | | | |
| | | 27.19 | Yes, it does. | | | | |
| | | 27.20 | Q When did you first read the | | | | |
| | | 27:21 | Targum memorandum? | | | | |
| | | 27.22 | A. I first became aware of the | | | | |
| | | 27:23 | data on the FDA website in late August or | | | | |
| | | 27:24 | perhaps September of 2001. | | | | |
| 8 | **28:23 - 30:1** | Curfman 01/24/2006 | | 00:01:17 | 00.04.20 | 01:36.42 | V3.8 |
| | | 28.23 | Q Continuing in the | | | | |
| | | 28:24 | chronology, in 2004, did you learn that | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | |
|---|---|
| 29: 1 | Merck had voluntarily withdrawn Vioxx |
| 29: 2 | from the marketplace? |
| 29: 3 | A. That's correct. |
| 29: 4 | Q. And when in 2004 did you |
| 29: 5 | learn that? |
| 29: 6 | A. I believe that the date was |
| 29: 7 | September 30th, 2004, plus or minus a day |
| 29: 8 | or two. |
| 29: 9 | Q. Did you learn around that |
| 29: 10 | time or soon after the withdrawal that |
| 29: 11 | the FDA was convening another Advisory |
| 29: 12 | Committee? |
| 29: 13 | A. Right. |
| 29: 14 | Q. And you understood that this |
| 29: 15 | Advisory Committee would be looking at |
| 29: 16 | all COX-2 inhibitors; is that right? |
| 29: 17 | A. Right. |
| 29: 18 | Q. As well as other NSAIDs. |
| 29: 19 | Did you understand that? |
| 29: 20 | A. Yes. |
| 29: 21 | Q. Did the New England Journal |
| 29: 22 | of Medicine ask the people who were |
| 29: 23 | writing up the APPROVe study to submit it |
| 29: 24 | to the New England Journal of Medicine |
| 30: 1 | for possible publication? |

| 9 | 30:23 - 31:23 | Curfman 01/24/2006 | 00.01:16 | 00.05.37 | 01.35.25 | V3 9 |

| | |
|---|---|
| 30: 23 | A. There were discussions |
| 30: 24 | between our editor-in-chief and one of |
| 31: 1 | the authors about that possibility, yes, |
| 31: 2 | but I honestly don't know who made the |
| 31: 3 | first phone call. I was not involved in |
| 31: 4 | those conversations. |
| 31: 5 | Q. Was it the case that even |
| 31: 6 | though Vioxx had been voluntarily |
| 31: 7 | withdrawn from the market, the New |
| 31: 8 | England Journal of Medicine was |
| 31: 9 | interested in publishing the APPROVe |
| 31: 10 | study so that it would be available to |
| 31: 11 | the public before the Advisory Committee |
| 31: 12 | met? |
| 31: 13 | A. I don't recall that. I |
| 31: 14 | think that we were interested in |
| 31: 15 | publishing the data, because it seemed to |
| 31: 16 | us to be an important data set, very |
| 31: 17 | informative data set, that would inform |

Rule 611 - Leading question - improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

|    |             |                                                                                                                                                                                                                                                                                                 |                                                                                                                                                                                 |       |
|----|-------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|    |             | 31:18 physicians and the rest of the medical<br>31:19 community about this drug and this class<br>31:20 of drugs, but I don't recall anything<br>31:21 about trying to publish it before an<br>31:22 Advisory Committee. I don't recall that<br>31:23 at all.                                   | Curfman G DA 1-24-06 on 5-25-06<br>Rule 611 - Leading question improper.<br>Dr. Curfman is an independent<br>3rd party not an adverse/hostile<br>witness.                       |       |
| 10 | 32:23-33:3  | Curfman 01/24/2006        00:00:21  00:06:53  01:34:09<br>32:23 Q  Did there come a time when<br>32:24 people in the medical community began<br>33:1  criticizing the New England Journal of<br>33:2  Medicine for the way that it handled the<br>33:3  VIGOR publication?                      | R. 801<br>R. 802<br>Hearsay, vague                                                                                                                                              | V3.10 |
| 11 | 33:10-35:1  | Curfman 01/24/2006        00:02:34  00:07:14  01:33:48<br>33:10 I can't recall exactly criticism. I do<br>33:11 recall discussions. There wasn't a lot<br>33:12 of discussion, but I'm not sure that I<br>33:13 would have recognized it as criticism.<br>33:14 Q  By the middle of 2005, was<br>33:15 the senior editorial group at the New<br>33:16 England Journal of Medicine meeting on a<br>33:17 regular basis with a public relations<br>33:18 firm?<br>33:19 A. Excuse me? Could you repeat<br>33:20 that?<br>33:21 Q  Sure<br>33:22     By the middle of 2005, was<br>33:23 the New England Journal of Medicine<br>33:24 editorial folks, you and the other senior<br>34:1  editors, were you meeting on a regular<br>34:2  basis with a public relations firm?<br>34:3  A. I personally did attend some<br>34:4  meetings with a public relations firm,<br>34:5  yes<br>34:6  Q  Was one of the subjects that<br>34:7  you discussed in late 2005 continuing<br>34:8  into early 2006, one of the subjects that<br>34:9  you discussed with the public relations<br>34:10 firm was how to deal with criticism of<br>34:11 the New England Journal of Medicine for<br>34:12 the way it handled the VIGOR publication?<br>34:13 A. Well, I don't recall that as<br>34:14 being the focus of discussion myself  I<br>34:15 think the topic of COX-2 inhibitors, that<br>34:16 topic probably did come up, but I don't<br>34:17 recall that we were talking about -- I |                                                                                                                                                                                 | V3.11 |

Curfman G DA 1-24-06 on 5-25-06

|    |             |                                                                                      |
|----|-------------|--------------------------------------------------------------------------------------|
|    |             | 34: 18   don't think so.                                                             |
|    |             | 34: 19   Q   So, you don't remember that                                             |
|    |             | 34: 20   in November and December, in fact, you    Assumes facts not in evidence     |
|    |             | 34: 21   were communicating almost on a daily      Asked and answered                |
|    |             | 34: 22   basis with this PR firm on subjects        Omits answer                     |
|    |             | 34: 23   including the criticisms of the New                                         |
|    |             | 34: 24   England Journal of Medicine concerning                                      |
|    |             | 35: 1    how they handled the VIGOR publication?                                     |
| 12 | 35:11-35:18 | Curfman 01/24/2006          00:00:25   00:09:48   01:31:14                  V3.12    |
|    |             | 35: 11   Q.  Do you -- are you saying              Argumentative                     |
|    |             | 35: 12   that as you sit here today that you don't                                   |
|    |             | 35: 13   know that the New England Journal of                                        |
|    |             | 35: 14   Medicine in November and December was                                       |
|    |             | 35: 15   communicating with this PR firm on almost                                   |
|    |             | 35: 16   a daily basis about criticisms of the New                                   |
|    |             | 35: 17   England Journal of Medicine on how it                                       |
|    |             | 35: 18   handled the VIGOR publication?                                              |
| 13 | 36:19-36:23 | Curfman 01/24/2006          00:00:14   00:10:13   01:30:49                  V3.13    |
|    |             | 36: 19          THE WITNESS.  Well, all I                                            |
|    |             | 36: 20   can do is tell you that I was not                                           |
|    |             | 36: 21   talking with people at a PR firm                                            |
|    |             | 36: 22   about, what did you say, how to                                             |
|    |             | 36: 23   handle the VIGOR article or --                                              |
| 14 | 37:22-38:6  | Curfman 01/24/2006          00:00:24   00:10:27   01:30:35                  V3.14    |
|    |             | 37: 22   Q   My question to you, sir, is,         Argumentative                      |
|    |             | 37: 23   is it your testimony today that you don't Asked and answered                |
|    |             | 37: 24   know that back in November and December,                                    |
|    |             | 38: 1    the New England Journal of Medicine was                                     |
|    |             | 38: 2    communicating on a regular basis with a                                     |
|    |             | 38: 3    PR firm about how to handle criticism of                                    |
|    |             | 38: 4    the manner in which the New England                                         |
|    |             | 38: 5    Journal of Medicine handled the VIGOR                                       |
|    |             | 38: 6    publication?                                                                |
| 15 | 38:12-39:5  | Curfman 01/24/2006          00:01:18   00:10:51   01:30:11                  V3.15    |
|    |             | 38: 12   A   Okay.  To the best of my                                                |
|    |             | 38: 13   recollection, to the best of my memory,                                     |
|    |             | 38: 14   there was a member of the, what you call                                    |
|    |             | 38: 15   the PR firm, Morrissey & Company, that                                      |
|    |             | 38: 16   would provide us with e-mail updates                                        |
|    |             | 38: 17   about articles in the media that would be                                   |
|    |             | 38: 18   of interest to the New England Journal of                                   |
|    |             | 38: 19   Medicine, to the editors, other staff                                       |
|    |             | 38: 20   members at the journal.  And I would be                                     |
|    |             | 38: 21   copied on these e-mails.  I have to say                                     |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|  |  | 38: 22 | that I didn't open all of them, but I did |  |  |  |  |
|  |  | 38: 23 | open some. They would contain sometimes |  |  |  |  |
|  |  | 38: 24 | copies of articles in the media that |  |  |  |  |
|  |  | 39: 1 | relate to journal activities, and some of |  |  |  |  |
|  |  | 39: 2 | those, I'm sure, related to rofecoxib, |  |  |  |  |
|  |  | 39: 3 | other COX-2 inhibitors, and this general |  |  |  |  |
|  |  | 39: 4 | topic which was being written about in |  |  |  |  |
|  |  | 39: 5 | the media at that time. So, that's the |  |  |  |  |

| 16 | 40:1 - 40:6 | Curfman 01/24/2006 | | 00:00:13 | 00:12:09 | 01:28:53 | V3 16 |
|---|---|---|---|---|---|---|---|
|  |  | 40: 1 | Q. Don't you remember that they | | | Rule 611 - Leading question improper. | |
|  |  | 40: 2 | coached you on what to say to the media | | | Dr. Curfman is an independent | |
|  |  | 40: 3 | when the media asked any questions that | | | 3rd party not an adverse/hostile | |
|  |  | 40: 4 | might be critical of the way that the New | | | witness. | |
|  |  | 40: 5 | England Journal of Medicine handled the | | | Argumentative | |
|  |  | 40: 6 | VIGOR publication? | | | Asked and answered | |

| 17 | 40:13 - 40:16 | Curfman 01/24/2006 | | 00:00:12 | 00:12:22 | 01:28:40 | V3 17 |
|---|---|---|---|---|---|---|---|
|  |  | 40. 13 | THE WITNESS: Well, I don't | | | | |
|  |  | 40: 14 | recall specifically receiving any | | | | |
|  |  | 40: 15 | coaching about how to handle the | | | | |
|  |  | 40: 16 | VIGOR publication. Now, I do | | | | |

| 18 | 42:17 - 42:22 | Curfman 01/24/2006 | | 00:00:32 | 00:12:34 | 01:28:28 | V3 18 |
|---|---|---|---|---|---|---|---|
|  |  | 42: 17 | Q. And then moving on with our | | | | |
|  |  | 42: 18 | chronology, did you and your colleagues, | | | | |
|  |  | 42: 19 | Dr. Morrissey and Dr. Drazen, prepare and | | | | |
|  |  | 42: 20 | post on your website a document called an | | | | |
|  |  | 42: 21 | "Expression of Concern"? | | | | |
|  |  | 42: 22 | A. That's correct. | | | | |

| 19 | 43:17 - 44:3 | Curfman 01/24/2006 | | 00:00:36 | 00:13:06 | 01:27:56 | V3 19 |
|---|---|---|---|---|---|---|---|
|  |  | 43: 17 | Is that a copy of the | | | | |
|  |  | 43: 18 | Expression of Concern? | | | | |
|  |  | 43: 19 | A. (Witness reviewing | | | | |
|  |  | 43: 20 | document.) | | | | |
|  |  | 43: 21 | Yes, it is. | | | | |
|  |  | 43: 22 | Q. What date did you release | | | | |
|  |  | 43: 23 | this and post it on your website? | | | | |
|  |  | 43: 24 | A. I believe it was December | | | | |
|  |  | 44: 1 | 8th or 9th, somewhere in that area. | | | | |
|  |  | 44: 2 | Q. I think we'll see as we go | | | | |
|  |  | 44: 3 | forward that it was December 8 | | | | |

| 20 | 44:9 - 45:3 | Curfman 01/24/2006 | | 00:01:01 | 00:13:42 | 01:27:20 | V3 20 |
|---|---|---|---|---|---|---|---|
|  |  | 44: 9 | Q. And do you remember that on | | | Argumentative | |
|  |  | 44: 10 | December 8th, Thursday, the day that you | | | Assumes facts not in evidence. | |
|  |  | 44: 11 | decided to release this Expression of | | | Rule 611 - Leading question | |
|  |  | 44: 12 | Concern, that that was the day of closing | | | improper. | |
|  |  |  |  | | | Dr. Curfman is an independent | |
|  |  |  |  | | | 3rd party not an adverse/hostile | |
|  |  |  |  | | | witness. | |