Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
|   |   | 44:13 argument and submission to the jury of |   |
|   |   | 44:14 the case called the Irvin case? |   |
|   |   | 44:15 A. Well, I certainly know that |   |
|   |   | 44:16 a case was going on. I'm not familiar |   |
|   |   | 44:17 with the term "Irvin case," but I know |   |
|   |   | 44:18 that a case is going on. But I honestly |   |
|   |   | 44:19 didn't know exactly what was going on in |   |
|   |   | 44:20 the case on that particular day. |   |
|   |   | 44:21 Q. Did you know that there was |   |
|   |   | 44:22 a case being tried in Federal Court in |   |
|   |   | 44:23 Houston in early December? |   |
|   |   | 44:24 A. Yes. |   |
|   |   | 45:1 Q. And, in fact, you got daily | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
|   |   | 45:2 updates on that trial, didn't you, from |   |
|   |   | 45:3 your PR team and the others? |   |
| 21 | 45:6 -45:9 | Curfman 01/24/2006        00:00:03  00:14.43  01:26:19 | V3.21 |
|   |   | 45:6         THE WITNESS: I don't -- I | Argumentative |
|   |   | 45:7         don't know if they were daily |   |
|   |   | 45:8         updates. I think that there were |   |
|   |   | 45:9         updates from time to time. |   |
| 22 | 45:11 -46:18 | Curfman 01/24/2006        00:01:22  00.14.46  01.26.16 | V3 22 |
|   |   | 45:11 Q. And -- |   |
|   |   | 45:12 A. Newspaper articles. |   |
|   |   | 45:13 Q. And when you released the |   |
|   |   | 45:14 Expression of Concern -- |   |
|   |   | 45:15 A. Uh-huh. |   |
|   |   | 45:16 Q. -- which I think you'll |   |
|   |   | 45:17 agree was critical of the authors of the |   |
|   |   | 45:18 VIGOR study, is that a fair statement? |   |
|   |   | 45:19 A. That was not the purpose of |   |
|   |   | 45:20 the Expression of Concern. |   |
|   |   | 45:21 Q. Whether it was its purpose | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
|   |   | 45:22 or not, would you agree that the |   |
|   |   | 45:23 Expression of Concern was critical of the |   |
|   |   | 45:24 authors of the VIGOR study? |   |
|   |   | 46:1 A. The Expression of Concern |   |
|   |   | 46:2 was focused on an article that was |   |
|   |   | 46:3 published in the New England Journal of |   |
|   |   | 46:4 Medicine, a document, scientific document |   |
|   |   | 46:5 that we had obtained evidence that made |   |
|   |   | 46:6 us concerned about the procedures that |   |
|   |   | 46:7 led to the publication of that document. |   |
|   |   | 46:8 And our Expression of Concern was focused |   |
|   |   | 46:9 on the scientific document in order to |   |
|   |   | 46:10 correct the scientific record. It was |   |

Curfman G DA 1-24-06 on 5-25-06

|    |             |         |                                                                                 |                        |                                      |       |
|----|-------------|---------|---------------------------------------------------------------------------------|------------------------|--------------------------------------|-------|
|    |             | 46:11   | not focused on individuals.                                                     | → -continued, 611      |                                      |       |
|    |             | 46:12   | Q  Well, do you remember that                                                   |                        |                                      |       |
|    |             | 46:13   | you went out and gave a bunch of                                                | Argumentative          |                                      |       |
|    |             | 46:14   | interviews after the Expression of                                              | Rule 611 - Leading question improper. |                      |       |
|    |             | 46:15   | Concern was published where you were                                            | Dr. Curfman is an independent         |                      |       |
|    |             | 46:16   | critical of the authors of the VIGOR                                            | 3rd party not an adverse/hostile      |                      |       |
|    |             | 46:17   | study?                                                                          | → witness.             |                                      |       |
|    |             | 46:18   | A.  I did not --                                                                |                        |                                      |       |
| 23 | 46:21 -47:6 | Curfman 01/24/2006          00:00:10  00:16:08  01:24.54                        |                        |                                      | V3.23 |
|    |             | 46:21   |      THE WITNESS:  I did not go                                                 |                        |                                      |       |
|    |             | 46:22   |      out and give a bunch of                                                    |                        |                                      |       |
|    |             | 46:23   |      interviews.                                                                |                        |                                      |       |
|    |             | 46:24   | BY MR. BECK:                                                                    |                        |                                      |       |
|    |             | 47:1    | Q.  You didn't?                                                                 | Asked and answered     |                                      |       |
|    |             | 47:2    | A.  No, I did not.                                                              | → Interrupts witness   |                                      |       |
|    |             | 47:3    | Q.  How many did you give?                                                      | Argumentative          |                                      |       |
|    |             | 47:4    | A.  The way the --                                                              |                        |                                      |       |
|    |             | 47:5    | Q.  Can you just answer how many                                                |                        |                                      |       |
|    |             | 47:6    | you gave?                                                                       |                        |                                      |       |
| 24 | 47:11 -48:1 | Curfman 01/24/2006          00:00.47  00:16.18  01:24.44                        |                        |                                      | V3.24 |
|    |             | 47:11   |      THE WITNESS.  The way the --                                               |                        |                                      |       |
|    |             | 47:12   |      we were surprised that there were                                          |                        |                                      |       |
|    |             | 47:13   |      so many press calls.  We did not                                           |                        |                                      |       |
|    |             | 47:14   |      issue a press release about the                                            |                        |                                      |       |
|    |             | 47:15   |      Expression of Concern.  We posted                                          |                        |                                      |       |
|    |             | 47:16   |      it on our website, and after it                                            |                        |                                      |       |
|    |             | 47:17   |      was posted, we began to receive                                            |                        |                                      |       |
|    |             | 47:18   |      calls from the media.  I was                                               |                        |                                      |       |
|    |             | 47:19   |      surprised that they were                                                   |                        |                                      |       |
|    |             | 47:20   |      interested in this.  For us --                                             |                        |                                      |       |
|    |             | 47:21   |      this was standard editorial                                                |                        |                                      |       |
|    |             | 47:22   |      procedure for us.  We have issued                                          |                        |                                      |       |
|    |             | 47:23   |      a total of three Expressions of                                            |                        |                                      |       |
|    |             | 47:24   |      Concern since 2002, and we were                                            |                        |                                      |       |
|    |             | 48:1    |      following standard procedures.                                             |                        |                                      |       |
| 25 | 48:24 -49:2 | Curfman 01/24/2006          00:00.06  00:17.05  01:23.57                        |                        |                                      | V3.25 |
|    |             | 48:24   | and my question was, how many interviews                                        |                        |                                      |       |
|    |             | 49:1    | did you give?  Can you answer that                                              |                        |                                      |       |
|    |             | 49:2    | question?                                                                       |                        |                                      |       |
| 26 | 49:7 -49:11 | Curfman 01/24/2006          00:00.07  00:17.11  01:23.51                        |                        |                                      | V3.26 |
|    |             | 49:7    |      THE WITNESS.  I can't                                                      |                        |                                      |       |
|    |             | 49:8    |      really.  Probably more than four                                           |                        |                                      |       |
|    |             | 49:9    |      and less than ten.  I don't know                                           |                        |                                      |       |
|    |             | 49:10   |      I didn't count the number of                                               |                        |                                      |       |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 49:11 | telephone calls that came in | | | |
| 27 | **49:13-49:23** | Curfman 01/24/2006 | | 00:00:20  00:17:18 | 01:23:44 | V3.27 |
| | | 49:13 | Q. When you said under oath a | | Argumentative | |
| | | 49:14 | minute ago that you did not issue a press | | Rule 611 - Leading question | |
| | | 49:15 | release, in fact, the New England Journal | | improper. | |
| | | 49:16 | of Medicine sent out an e-mail alert to | | Dr. Curfman is an independent | |
| | | 49:17 | the media -- | | 3rd party not an adverse/hostile | |
| | | 49:18 | A. Right. | | witness. | |
| | | 49:19 | Q. -- informing the media that | | | |
| | | 49:20 | this Expression of Concern that you say | | | |
| | | 49:21 | was routine was going to be posted later | | | |
| | | 49:22 | that day? | | | |
| | | 49:23 | A. Yes. | | | |
| 28 | **50:10-50:14** | Curfman 01/24/2006 | | 00:00:08  00:17:38 | 01:23:24 | V3.28 |
| | | 50:10 | Q. And are you claiming that | | Argumentative | |
| | | 50:11 | the New England Journal of Medicine | | Rule 611 - Leading question | |
| | | 50:12 | treated this Expression of Concern as a | | improper. | |
| | | 50:13 | routine matter, nothing out of the | | Dr. Curfman is an independent | |
| | | 50:14 | ordinary? | | 3rd party not an adverse/hostile | |
| | | | | | witness. | |
| 29 | **50:23-50:24** | Curfman 01/24/2006 | | 00:00:01  00:17:46 | 01:23:16 | V3.29 |
| | | 50:23 | THE WITNESS: I didn't say | | | |
| | | 50:24 | that. | | | |
| 30 | **51:6-51:10** | Curfman 01/24/2006 | | 00:00:09  00:17:47 | 01:23:15 Asked and answered | V3.30 |
| | | 51:6 | Q. Are you claiming that the | | Argumentative | |
| | | 51:7 | New England Journal of Medicine treated | | Rule 611 - Leading question | |
| | | 51:8 | this Expression of Concern as a routine | | improper. | |
| | | 51:9 | matter that was nothing out of the | | Dr. Curfman is an independent | |
| | | 51:10 | ordinary? | | 3rd party not an adverse/hostile | |
| | | | | | witness. | |
| 31 | **51:13-51:17** | Curfman 01/24/2006 | | 00:00:11  00:17:56 | 01:23:06 | V3.31 |
| | | 51:13 | THE WITNESS: This is part | | | |
| | | 51:14 | of the responsibility of editors. | | | |
| | | 51:15 | It's part of our job that when, | | | |
| | | 51:16 | after an article has been | | | |
| | | 51:17 | published in a journal, and it's | | | |
| 32 | **51:20-52:9** | Curfman 01/24/2006 | | 00:00:42  00:18:07 | 01:22:55 | V3.32 |
| | | 51:20 | published in a journal and at a | | | |
| | | 51:21 | later time new evidence comes to | | | |
| | | 51:22 | light that causes the editors to | | | |
| | | 51:23 | be concerned about some aspect of | | | |
| | | 51:24 | that article, the process by which | | | |
| | | 52:1 | it was published, the data, the | | | |
| | | 52:2 | content, issuing an Expression of | | | |
| | | 52:3 | Concern is part of the standard | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 52: 4 | operating procedure It's set | | | | |
| | | 52: 5 | down in the uniform requirements | | | | |
| | | 52: 6 | of the International Committee of | | | | |
| | | 52: 7 | Medical Journal Editors of which | | | | |
| | | 52: 8 | the New England Journal is one of | | | | |
| | | 52: 9 | the founding members. | | | | |
| 33 | 53:8 - 53:8 | Curfman 01/24/2006 | | 00:00:05 | 00:18:49 | 01:22:13 | V3 33 |
| | | 53. 8 | Q What's Exhibit 4? | | | | |
| 34 | 54:17 - 55:1 | Curfman 01/24/2006 | | 00:00:21 | 00:18:54 | 01:22:08 | V3 34 |
| | | 54: 17 | To the best of my | | | | |
| | | 54. 18 | recollection, when the Expression | | | | |
| | | 54: 19 | of Concern was posted on the | | | | |
| | | 54: 20 | website, I believe that this may | | | | |
| | | 54: 21 | have been a statement that was | | | | |
| | | 54: 22 | placed below it or next to it, | | | | |
| | | 54: 23 | below it, I guess, to provide | | | | |
| | | 54: 24 | additional explanation for why it | | | | |
| | | 55. 1 | was being released | | | | |
| 35 | 55:3 - 55:13 | Curfman 01/24/2006 | | 00:00:23 | 00:19:15 | 01:21:47 | V3 35 |
| | | 55: 3 | Q. So, this was a statement | Improper compound question | | | |
| | | 55: 4 | issued by the New England Journal of | Assumes facts not in evidence | | | |
| | | 55: 5 | Medicine on December 8th, the same day as | Rule 611 - Leading question | | | |
| | | 55: 6 | the Expression of Concern, and it | improper. | | | |
| | | 55: 7 | accompanied the Expression of Concern on | Dr. Curfman is an independent | | | |
| | | 55: 8 | the New England Journal of Medicine's | 3rd party not an adverse/hostile | | | |
| | | 55: 9 | website? Isn't that true? | witness. | | | |
| | | 55: 10 | A. Well, if you tell me -- to | | | | |
| | | 55: 11 | the best of my recollection -- it doesn't | | | | |
| | | 55: 12 | say that here, but that's the best of my | | | | |
| | | 55: 13 | recollection. If you tell me that that's | | | | |
| 36 | 55:15 - 55:17 | Curfman 01/24/2006 | | 00:00:05 | 00:19:38 | 01:21:24 | V3 36 |
| | | 55: 15 | Q. And you'd never done that | Rule 611 - Leading question improper. | | | |
| | | 55: 16 | before in connection with an Expression | Dr. Curfman is an independent | | | |
| | | 55: 17 | of Concern, had you? | 3rd party not an adverse/hostile witness. | | | |
| 37 | 55:20 - 55:21 | Curfman 01/24/2006 | | 0 | 00:19:43 | 01:21:39 Assumes facts not in evidence | V3 37 |
| | | 55: 20 | THE WITNESS: I don't | | | | |
| | | 55: 21 | recall. I don't recall. | | | | |
| 38 | 55:23 - 56:3 | Curfman 01/24/2006 | | 00:00:11 | 00:19:43 | 01:21:19 | V3 38 |
| | | 55: 23 | Q. Well, you don't recall one | Asked and answered | | | |
| | | 55: 24 | way or another whether you issued a | | | | |
| | | 56. 1 | one-page statement accompanying either | | | | |
| | | 56: 2 | one of those other two Expressions of | | | | |
| | | 56: 3 | Concern that you talked about? | | | | |

Curfman G DA 1-24-06 on 5-25-06

| 39 | 56:13 - 56:24 | Curfman 01/24/2006 | 00:00:30 | 00:19:54 | 01:21:08 | V3.39 |
|---|---|---|---|---|---|---|

56: 13   helpful, because I didn't write
56: 14   this statement, and I do remember
56: 15   being informed that, would it be
56: 16   advisable to provide some
56: 17   explanation given the technical
56: 18   nature of the Expression of
56: 19   Concern, would it be advisable to
56: 20   have such a statement? And I
56: 21   remember discussing that, and
56: 22   so -- but I did not write the
56: 23   statement   I remember discussing
56: 24   it.

| 40 | 57:2 - 57:24 | Curfman 01/24/2006 | 00:01:04 | 00:20:24 | 01:20:38 | V3.40 |
|---|---|---|---|---|---|---|

57: 2   Q.  You said before that you
57: 3   handled this Expression of Concern the
57: 4   same way you handled the other two?
57: 5   A.  Yes. In terms of --
57: 6   Q.  And my question for you,
57: 7   sir, is, in either one of the other two
57: 8   Expressions of Concern, did the New
57: 9   England Journal of Medicine release a
57: 10  statement that accompanied the Expression
57: 11  of Concern?

*Interrupts witness*

57: 12  A.  Again, I don't recall the
57: 13  answer to that, but what I was referring
57: 14  to was the -- in terms of handling the
57: 15  Expression of Concern, what I was talking
57: 16  about is the steps that we took, how
57: 17  the -- how we made the decision to write
57: 18  an Expression of Concern, how that
57: 19  Expression of Concern was written, who
57: 20  read it and reviewed it, and when it was
57: 21  released   Those kinds of steps were the
57: 22  same steps that we followed in each of
57: 23  these three cases   And that's what I was
57: 24  referring to

| 41 | 58:1 - 58:14 | Curfman 01/24/2006 | 00:00:25 | 00:21:28 | 01:19:34 | V3.41 |
|---|---|---|---|---|---|---|

58: 1   Q.  Now, you say that you did
58: 2   not write this statement, Exhibit 4, that
58: 3   was posted on the website.  Did Dr.
58: 4   Morrissey write it? He was one of the
58: 5   co-authors with you of the Expression of
58: 6   Concern, right?
58: 7   A.  Yes, he was

*Improper compound question.*

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
|   |   | 58:8 Q Did Dr. Morrissey write this<br>58:9 statement that was posted on your<br>58:10 website?<br>58:11 A. I don't know who wrote this<br>58:12 statement, to be honest with you.<br>58:13 Q. Well, don't you know, in<br>58:14 fact, that it was written by your PR guy? | Argumentative<br>Assumes facts not in evidence<br>Rule 611 - Leading question improper.<br>Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
| 42 | 58:17-59:9 | Curfman 01/24/2006    00:00:35  00:21:53  01:19.09    V3 42<br>58:17  THE WITNESS: No, I don't<br>58:18  know who wrote the statement.<br>58:19  BY MR. BECK:<br>58:20  Q  Did you have a chance to<br>58:21  spend some time reviewing this statement<br>58:22  before it was posted on behalf of the New<br>58:23  England Journal of Medicine on your<br>58:24  website?<br>59:1  A. I believe I saw it briefly,<br>59:2  but I did not spend a lot of time with<br>59:3  it, no.<br>59:4  Q  Do you remember that you<br>59:5  weren't even shown this statement that<br>59:6  was posted on your website until the day<br>59:7  it was posted?<br>59:8  A. I think that's certainly<br>59:9  possible, yes. | Rule 611 - Leading question improper.<br>Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
| 43 | 59:23-60:4 | Curfman 01/24/2006    00:00:12  00:22:28  01:18:34    V3 43<br>59:23  Q  Ed, do you remember Ed?<br>59:24  A. Ed?<br>60:1  Q  The PR guy named Ed? Do you<br>60:2  remember a PR guy named Ed that you<br>60:3  talked with almost every day during this<br>60:4  period? | Assumes facts not in evidence |
| 44 | 60:15-60:20 | Curfman 01/24/2006    00:00:06  00:22.40  01:18.22    V3 44<br>60:15  THE WITNESS: You mean Ed<br>60:16  Cafasso? Is that who you mean, Ed<br>60:17  Cafasso?<br>60:18  BY MR. BECK:<br>60:19  Q  Yes. The PR guy, Ed<br>60:20  A. Yes. |   |
| 45 | 61:20-62:2 | Curfman 01/24/2006    00:00:22  00:22:46  01:18:16    V3 45<br>61:20  Q  During early December, were<br>61:21  the senior editors of the New England<br>61:22  Journal of Medicine following the trial<br>61:23  down there in Houston so closely that | Argumentative<br>Rule 611 - Leading question improper.<br>Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |