Curfman G DA 1-24-06 on 5-25-06

| 72 | 87:6 - 88:2 | Curfman 01/24/2006 | 00:00:44 | 00:35:21 | 01:05:41 | V3.72 |

> π:
> → R. 611 – all leading questions.

```
87:6    Q.  And then you're copied on
87:7        this December 7th 6:00 p.m. e-mail;
87:8        right?
87:9    A.  Yes.
87:10   Q.  Dr. Drazen, the
87:11       editor-in-chief is also copied; correct?
87:12   A.  Correct.
87:13   Q.  Then the subject, what does
87:14       the subject line read?
87:15   A.  "Probable Early Release
87:16       Tomorrow P.M.," is that what you're
87:17       referring to?
87:18   Q.  Yes. Underneath where it
87:19       says "Probable Early Release Tomorrow
87:20       P.M.," there's a line that says
87:21       "Importance," and what did Mr. Campion
87:22       say was the importance of this e-mail?
87:23   A.  It says "High."
87:24   Q.  Then the e-mail says,
88:1        "Steve." Who would that be? Is that
88:2        Steve Morrissey?
```

| 73 | 88:4 - 88:5 | Curfman 01/24/2006 | 0 | 00:36:05 | 01:04:57 | V3.73 |

```
88:4        THE WITNESS: That would
88:5        probably be Dr. Morrissey, yes.
```

| 74 | 88:7 - 89:3 | Curfman 01/24/2006 | 00:00:52 | 00:36:05 | 01:04:57 | V3.74 |

> π:
> R. 801 & 802 – hearsay

> π:
> R. 611 – leading question

> π: R. 801 & 802 – hearsay

```
88:7    Q.  "Steve wants us to know
88:8        that we need to get ready to post as an
88:9        early release the Expression of Concern
88:10       that is scheduled for the editorial pages
88:11       of the December 29th issue."
88:12           Let me ask you first, as of
88:13       December 7 at 6 p.m., in fact, the
88:14       Expression of Concern had been scheduled
88:15       to be printed on December 29th with the
88:16       regular edition of the journal, right?
88:17   A.  Yes.
88:18   Q.  And then it says, "The
88:19       reason," that's the reason for this early
88:20       release; right?
88:21   A.  Right.
88:22   Q.  "The reason is that
88:23       tomorrow's testimony in the Vioxx trial
88:24       may involve part of a deposition that
89:1        Greg gave about the NEJM and the VIGOR
```

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|

89: 2   trial." "Greg" is you; right?
89: 3   A.   That's right.

---

**75    89:4 - 89:16    Curfman 01/24/2006    00:00:31    00:36:57    01:04:05    V3.75**

89: 4   Q.   And then it says, "If so,
89: 5   there will be press attention, and we
89: 6   want the press to know about the official
89: 7   NEJM statement. That is being laid out
89: 8   and needs to be ready to go" on the
89: 9   website "as an early release." Right?
89: 10   A.   Correct.
89: 11   Q.   "Steve or Greg or I will
89: 12   let you know when it's time to go.
89: 13   Things in a trial can always get pushed
89: 14   back a day or two, so we cannot yet be
89: 15   positive." Right?
89: 16   A.   Uh-huh.

*π: R. 801 ≠ 802 – hearsay*

*π: R. 801 ≠ 802 – hearsay*

---

**76    89:20 - 90:15    Curfman 01/24/2006    00:00:56    00:37:28    01:03:34    V3.76**

89: 20   Q.   And that's what you were
89: 21   told on December 7, 6:00 p.m.; correct?
89: 22   A.   Right.
89: 23   Q.   Then earlier you said that
89: 24   you were surprised at the press reaction
90: 1   to the –
90: 2   A.   Yes.
90: 3   Q.   – Expression of Concern?
90: 4   A.   Yes, I was.
90: 5   Q.   Do you see the last line, it
90: 6   says, "It will be essential to notify the
90: 7   press and make it prominent on the press
90: 8   site"? Do you see that?
90: 9   A.   Yes, I do.
90: 10   Q.   Now, how is it that you and
90: 11   your colleagues at the New England
90: 12   Journal of Medicine knew that the
90: 13   plaintiffs' lawyers were hoping to play
90: 14   your deposition on the next day, December
90: 15   8, as is reflected in this e-mail?

*π: R. 801 ≠ 802 – hearsay*

*π: R. 801 ≠ 802 – hearsay*

*π: → R. 611 – leading question argumentative*

---

**77    90:19 - 90:22    Curfman 01/24/2006    00:00:05    00:38:24    01:02:38    V3.77**

90: 19   THE WITNESS: I don't – you
90: 20   know, Dr. Campion didn't tell me
90: 21   where he got the information, so,
90: 22   I can't answer that.   ✗

---

**78    90:24 - 92:5    Curfman 01/24/2006    00:01:32    00:38:29    01:02:33    V3.78**

90: 24   Q.   Well, do you know who it was   ✗

---

Curfman G DA 1-24-06 on 5-25-06

91: 1     from the New England Journal of Medicine
91: 2     who was gathering information about what
91: 3     was expected to be done down there in the
91: 4     Houston trial and when it was expected to
91: 5     happen?
91: 6     A.   I don't know who was
91: 7     collecting that, no.
91: 8     Q.   Do you know whether somebody
91: 9     at the New England Journal of Medicine
91: 10    was in communication with the plaintiffs'
91: 11    lawyers to find out what they were
91: 12    planning to do each day?
91: 13    A.   I certainly am not aware of
91: 14    that, no.
91: 15    Q.   Well, did you ever ask Tad
91: 16    Campion how he came to know that the
91: 17    plaintiffs' lawyers were hoping to play
91: 18    your deposition on December 8th?
91: 19    A.   I didn't ask him, no. I
91: 20    received the e-mail, and that was really
91: 21    the extent of the communication.
91: 22    Q.   Did you ever tell any of the
91: 23    newspaper or broadcast media folks that      → Π: compound questions
91: 24    you gave interviews to that, in fact, the        argumentative
92: 1     reason that you released the Expression
92: 2     of Concern on December 8th instead of
92: 3     waiting until December 9th was because of
92: 4     what you expected was going to happen
92: 5     down in the Vioxx trial?

| 79 | 92:8 -92:11 | Curfman 01/24/2006 | 00:00:05 | 00:40:01 | 01:01:01 | V3.79 |

92: 8          THE WITNESS: I don't recall
92: 9     getting that question or giving
92: 10    that kind of answer. I don't
92: 11    recall.

| 80 | 92:13 -92:21 | Curfman 01/24/2006 | 00:00:18 | 00:40:06 | 01:00:56 | V3.80 |

92: 13    Q.   Did you ever tell anybody
92: 14    that the reason that you released the         → Π: Compound questions; assumes
92: 15    Expression of Concern in the middle of           facts not in evidence;
92: 16    the trial in Houston was because you'd          argumentative
92: 17    been told that they were planning on
92: 18    playing your testimony, and you wanted to
92: 19    coordinate the release of the Expression
92: 20    of Concern with the playing of your
92: 21    testimony in Houston?

Curfman G DA 1-24-06 on 5-25-06

| 81 | 93:13 -93:14 | Curfman 01/24/2006 | 0 | 00:40:24 | 01:00:38 | V3.81 |

93: 13    THE WITNESS:  Could you
93: 14    repeat the question?

| 82 | 93:16 -94:1 | Curfman 01/24/2006 | 00:00:19 | 00:40:24 | 01:00:38 | V3.82 |

93: 16   Q.  Sure.
93: 17          Did you ever tell anybody
93: 18    that the reason you released the
93: 19    Expression of Concern in the middle of
93: 20    the trial in Houston was because you'd
93: 21    been told that they were planning on
93: 22    playing your testimony, and you wanted to
93: 23    coordinate the release of the Expression
93: 24    of Concern with the playing of your
94: 1    testimony down in Houston?

→ T: compound question
assumes facts not in evidence
argumentative

| 83 | 94:5 -95:4 | Curfman 01/24/2006 | 00:00:59 | 00:40:43 | 01:00:19 | V3.83 |

94: 5          THE WITNESS:  Well, I
94: 6    can't -- I can't imagine that I
94: 7    would have said that because Dr.
94: 8    Campion articulates very precisely
94: 9    in his e-mail what the issue was
94: 10    with respect to my testimony.  And
94: 11    the issue with respect to my
94: 12    testimony was that my testimony
94: 13    consisted, as it does today, with
94: 14    a series of questions and answers.
94: 15    And I did the best that I could in
94: 16    that deposition of November 21st
94: 17    to answer the questions.  But it
94: 18    was not a written, an official
94: 19    written statement of the journal.
94: 20    It was testimony, it was oral
94: 21    testimony.
94: 22        We believed that in order to
94: 23    make sure that the Expression of
94: 24    Concern was clearly understood by
95: 1    those who would be interested in
95: 2    the public, that we needed to have
95: 3    our official statement out before
95: 4    the deposition was played.

| 84 | 96:4 -96:8 | Curfman 01/24/2006 | 00:00:12 | 00:41:42 | 00:59:20 | V3.84 |

96: 4    Q.  Well, do you now admit that
96: 5    the timing of the release of the
96: 6    Expression of Concern was, in fact,
96: 7    dictated by what was happening down in

→ T: R. 611: Leading question. Dr. Curfman
is a 3rd party not an adverse witness.
Argumentative

Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  | 96: 8 | the Houston trial? |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|

| 85 | 96:11 - 96:19 | Curfman 01/24/2006 | | 00:00:17 | 00:41:54 | 00:59:08 | | | V3.85 |
|---|---|---|---|---|---|---|---|---|---|
| | | 96: 11 | THE WITNESS: Well, that's | | | | | | |
| | | 96: 12 | not what -- as I just said, as far | | | | | | |
| | | 96: 13 | as the trial is concerned, I was | | | | | | |
| | | 96: 14 | not following the trial closely. | | | | | | |
| | | 96: 15 | The issue was my personal | | | | | | |
| | | 96: 16 | testimony and when that would be | | | | | | |
| | | 96: 17 | played and how that might be | | | | | | |
| | | 96: 18 | interpreted or misinterpreted by | | | | | | |
| | | 96: 19 | members of the media. | | | | | | |

| 86 | 96:24 - 97:8 | Curfman 01/24/2006 | | 00:00:16 | 00:42:11 | 00:58:51 | | | V3.86 |
|---|---|---|---|---|---|---|---|---|---|
| | | 96: 24 | THE WITNESS: So, yeah, it's | | | | | | |
| | | 97: 1 | not a matter of admitting to | | | | | | |
| | | 97: 2 | anything. It's what I have just | | | | | | |
| | | 97: 3 | said and said a moment ago. I | | | | | | |
| | | 97: 4 | think the explanation is quite | | | | | | |
| | | 97: 5 | clear and coherent, and that's my | | | | | | |
| | | 97: 6 | answer to your question. I can't | | | | | | |
| | | 97: 7 | really say any more about it than | | | | | | |
| | | 97: 8 | that. | | | | | | |

| 87 | 97:10 - 97:14 | Curfman 01/24/2006 | | 00:00:10 | 00:42:27 | 00:58:35 | | | V3.87 |
|---|---|---|---|---|---|---|---|---|---|
| | | 97: 10 | Q   Well, do you remember | | | | | | |
| | | 97: 11 | earlier this morning saying that the | | | | | | |
| | | 97: 12 | Expression of Concern, the timing of its | | | | | | |
| | | 97: 13 | release had nothing to do with what was | | | | | | |
| | | 97: 14 | going on in the trial in Houston? | | | | | | |

*Handwritten note (section 87):* π: mistates Dr. Curfman's testimony →

| 88 | 97:16 - 98:1 | Curfman 01/24/2006 | | 00:00:19 | 00:42:37 | 00:58:25 | | | V3.88 |
|---|---|---|---|---|---|---|---|---|---|
| | | 97: 16 | THE WITNESS: Well, what I | | | | | | |
| | | 97: 17 | recall is that you asked, you | | | | | | |
| | | 97: 18 | know, did it have something to do | | | | | | |
| | | 97: 19 | with the trial. And it did have | | | | | | |
| | | 97: 20 | something to do with my testimony. | | | | | | |
| | | 97: 21 | But it turned out that my | | | | | | |
| | | 97: 22 | testimony was not part of the | | | | | | |
| | | 97: 23 | trial at all anyway. It never was | | | | | | |
| | | 97: 24 | played, and, therefore, was not | | | | | | |
| | | 98: 1 | part of the trial. | | | | | | |

| 89 | 98:3 - 98:18 | Curfman 01/24/2006 | | 00:00:37 | 00:42:56 | 00:58:06 | | | V3.89 |
|---|---|---|---|---|---|---|---|---|---|
| | | 98: 3 | Q   But you released the | | | | | | |
| | | 98: 4 | Expression of Concern early anyway -- | | | | | | |
| | | 98: 5 | A   Yes, we did. | | | | | | |
| | | 98: 6 | Q   -- even though there was no | | | | | | |
| | | 98: 7 | need to in order to have the record | | | | | | |

*Handwritten note (section 89):* π: R u/ : Leading questions → argumentative