Curfman G DA 1-24-06 on 5-25-06

| | | |
|---|---|---|
| 98: 8 | straight concerning your deposition; | |
| 98: 9 | right? | |
| 98: 10 | A. Yes. But we were prepared, | |
| 98: 11 | and as I explained to you, according to | |
| 98: 12 | the uniform requirements, and that's an | |
| 98: 13 | important word, "requirements," of the | |
| 98: 14 | International Committee of Medical | |
| 98: 15 | Journal Editors, this is what was | |
| 98: 16 | expected of us as editors. We had the | |
| 98: 17 | information put together, and we released | |
| 98: 18 | it. | |

| 90 | 99:16 -100:15 | Curfman 01/24/2006   00:01:27   00:43:33   00:57:29 | V3.90 |
|---|---|---|---|

| | | |
|---|---|---|
| 99: 16 | Q. Dr. Curfman, is it your | → T: Rule 611. Leading question. Dr. Curfman is not adverse witness but 3rd party. |
| 99: 17 | testimony that the New England Journal of | |
| 99: 18 | Medicine did not do anything out of the | |
| 99: 19 | ordinary in terms of press relations with | |
| 99: 20 | the Expression of Concern concerning the | |
| 99: 21 | VIGOR article compared to what it did | |
| 99: 22 | with those other two Expressions of | |
| 99: 23 | Concern you mentioned? | |
| 99: 24 | A. Well, in fact, one of those | |
| 100: 1 | three Expressions of Concern was released | |
| 100: 2 | last Friday, and there was some media | |
| 100: 3 | attention given to that Expression of | |
| 100: 4 | Concern as well. So, the first one that | |
| 100: 5 | we released back in 2002, my | |
| 100: 6 | recollection, did not generate as much | |
| 100: 7 | media attention. | |
| 100: 8 | Q. Looking still at Exhibit 8, | → T: R. 801 & 802 - Hearsay |
| 100: 9 | we were looking at the bottom of the | |
| 100: 10 | three e-mails, which would have been the | |
| 100: 11 | earliest. If you look up to the middle | |
| 100: 12 | one, you see that that's from Dr. Drazen | |
| 100: 13 | at 6:57 a.m. on December 8th to several | |
| 100: 14 | people, including you? | |
| 100: 15 | A. Right. | |

| 91 | 100:20 -101:5 | Curfman 01/24/2006   00:00:22   00:45:00   00:56:02 | V3.91 |
|---|---|---|---|

| | | |
|---|---|---|
| 100: 20 | Q. And Dr. Drazen says "All," I | → T: R. 801 & 802 - Hearsay |
| 100: 21 | guess that means to everybody whose name | |
| 100: 22 | appears on the e-mail, right? | |
| 100: 23 | A. Right. | |
| 100: 24 | Q. And he says, "I think it | |
| 101: 1 | would make sense for me to contact" and | |
| 101: 2 | then there's a name I can't pronounce. | |
| 101: 3 | Can you pronounce that name? | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 101:4   A. Yes. Her name is Snigdha<br>101:5   Prakash. | | | | |
| 92 | 101:14-101:20 | Curfman 01/24/2006   00:00:17  00:45:22  00:55:40 | | | | V3.92 |
| | | 101:14  Q. Who is Snigdha Prakash, and<br>101:15  how did you learn how to pronounce that<br>101:16  name so well?<br>101:17  A. Snigdha Prakash is a<br>101:18  reporter for National Public Radio.<br>101:19  Q. She follows the Vioxx<br>101:20  litigation? | → | Π: Compound question<br>harassing witness | | |
| 93 | 101:22-101:24 | Curfman 01/24/2006   00:00:02  00:45:39  00:55:23 | | | | V3.93 |
| | | 101:22         THE WITNESS: I think she<br>101:23   follows a lot of things. She<br>101:24   probably follows that too, yes. | | | | |
| 94 | 102:2-102:4 | Curfman 01/24/2006   00:00:05  00:45:41  00:55:21 | | | | V3.94 |
| | | 102:2  Q. Well, as you know, it's not<br>102:3  just probably. You know that she follows<br>102:4  it quite closely, don't you? | → | Π: R.611 - leading question.<br>argumentative | | |
| 95 | 102:9-102:11 | Curfman 01/24/2006   00:00:03  00:45:46  00:55:16 | | | | V3.95 |
| | | 102:9         THE WITNESS: She's done<br>102:10   stories on NPR about the<br>102:11   litigation, yes. | | | | |
| 96 | 102:13-102:16 | Curfman 01/24/2006   00:00:06  00:45:49  00:55:13 | | | | V3.96 |
| | | 102:13  Q. And she's quoted people from<br>102:14  the New England Journal of Medicine about<br>102:15  the litigation, hasn't she?<br>102:16  A. I believe she has. | → | Π: R.611 - leading question. | | |
| 97 | 102:24-103:13 | Curfman 01/24/2006   00:00:27  00:45:55  00:55:07 | | | | V3.97 |
| | | 102:24  Q. In any event, here is the<br>103:1  editor-in-chief asking whether it makes<br>103:2  sense in connection with the probable<br>103:3  early release of the Expression of<br>103:4  Concern to contact this reporter from<br>103:5  National Public Radio, right?<br>103:6  A. Uh-huh.<br>103:7  Q. And then if we look up to<br>103:8  the next e-mail, you see that that's from<br>103:9  you?<br>103:10  A. That's right.<br>103:11  Q. To Dr. Drazen and others;<br>103:12  right?<br>103:13  A. Correct. | → | R.801 & 802: hearsay | | |
| 98 | 103:15-104:1 | Curfman 01/24/2006   00:00:24  00:46:22  00:54:40 | | | | V3.98 |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 103: 15 | Read what you said in your | | | | |
| | | 103: 16 | e-mail back to Dr. Drazen about | | | | |
| | | 103: 17 | contacting the NPR reporter in connection | | | | |
| | | 103: 18 | with the early release of the Expression | | | | |
| | | 103: 19 | of Concern. | | | | |
| | | 103: 20 | A.  "I have some concerns about | | | | |
| | | 103: 21 | giving her an exclusive. Langreth has | | | | |
| | | 103: 22 | been following the situation closely. I | | | | |
| | | 103: 23 | think that maybe both of them could be | | | | |
| | | 103: 24 | called at the time the media e-mail is | | | | |
| | | 104: 1 | sent out." | | | | |
| 99 | 104:10 -104:16 | Curfman 01/24/2006 | | 00:00:21 | 00:46:46 | 00:54:16 | V3.99 |
| | | 104: 10 | Q.  Did the New England Journal | | | | |
| | | 104: 11 | of Medicine send out a media e-mail | | | | |
| | | 104: 12 | alerting members of the media to the | | | | |
| | | 104: 13 | Expression of Concern? | | | | |
| | | 104: 14 | A.  That's our routine for any | | | | |
| | | 104: 15 | kind of early web release, to inform | | | | |
| | | 104: 16 | people that it's there, yes. | | | | |
| 100 | 108:2 -108:23 | Curfman 01/24/2006 | | 00:00:48 | 00:47:07 | 00:53:55 | V3.100 |
| | | 108: 2 | Q.  Certainly it's not part of | → T: R all - leading question. | | | |
| | | 108: 3 | the regular procedure with Expressions of | | | | |
| | | 108: 4 | Concern to call up individual members of | | | | |
| | | 108: 5 | the media and give them exclusive | | | | |
| | | 108: 6 | interviews, is it? | | | | |
| | | 108: 7 | A.  Well, we've only done three | | | | |
| | | 108: 8 | Expressions of Concern since 2002, so, we | | | | |
| | | 108: 9 | don't have a big track record with these. | | | | |
| | | 108: 10 | Q.  Your e-mail referred to | | | | |
| | | 108: 11 | Langreth. Who's Langreth? | | | | |
| | | 108: 12 | A.  Robert Langreth is a | | | | |
| | | 108: 13 | reporter with Forbes magazine. | | | | |
| | | 108: 14 | Q.  Is he also someone who | | | | |
| | | 108: 15 | followed the Vioxx litigation closely? | | | | |
| | | 108: 16 | A.  Well, I learned that he did. | | | | |
| | | 108: 17 | Yes. | | | | |
| | | 108: 18 | Q.  In fact, that's what you | → T: R all - leading question | | | |
| | | 108: 19 | meant when you said that "Langreth has | | | | |
| | | 108: 20 | been following the situation closely." | | | | |
| | | 108: 21 | Isn't that right? | | | | |
| | | 108: 22 | A.  That's right. I learned | | | | |
| | | 108: 23 | that he was. | | | | |
| 101 | 110:9 -110:14 | Curfman 01/24/2006 | | 00:00:21 | 00:47:55 | 00:53:07 | V3.101 |
| | | 110: 9 | Q.  How about Ms. Prakash, did | | | | |

Curfman G DA 1-24-06 on 5-25-06

|     |               |                                                                                  |          |
|-----|---------------|----------------------------------------------------------------------------------|----------|
|     |               | 110: 10   you give her an interview? <br> 110: 11   A. I believe so. You can <br> 110: 12   probably show me — I think I did. I <br> 110: 13   think so. Yes, I think I did. I think <br> 110: 14   that may have been on the second day. | |
| 102 | 110:19-110:22 | Curfman 01/24/2006        00:00:22   00:48:16   00:52:46                         | V3.102   |
|     |               | 110:19   Q. When did you tell the <br> 110:20   authors of the VIGOR manuscript that you <br> 110:21   intended to release the Expression of <br> 110:22   Concern earlier than December 29th? | π: Omits Answer. <br> Withdrawn by △ |
| 103 | 111:8-111:24  | Curfman 01/24/2006        00:00:53   00:48:38   00:52:24                         | V3.103   |
|     |               | 111: 8   Q. Did you personally tell Dr. <br> 111: 9   Bombardier that you were going to have an <br> 111: 10   early release of the Expression of <br> 111: 11   Concern rather than wait until December <br> 111: 12   29th? <br> 111: 13   A. I don't recall personally <br> 111: 14   talking with her about that. The <br> 111: 15   conversations that we had, I think, were <br> 111: 16   earlier and went over the fact that we <br> 111: 17   would be releasing this and that we would <br> 111: 18   be sending a series of questions to her <br> 111: 19   that she could respond to at a later time <br> 111: 20   at her leisure. <br> 111: 21   Q. Don't you remember that you <br> 111: 22   told her when you first talked with her <br> 111: 23   that you were scheduling the Expression <br> 111: 24   of Concern for December 29th? | <br><br><br><br><br><br><br><br><br><br><br><br> π: R.ull — leading question |
| 104 | 112:1-112:10  | Curfman 01/24/2006        00:00:26   00:49:31   00:51:31                         | V3.104   |
|     |               | 112: 1   A. Well, my colleague, Dr. <br> 112: 2   Morrissey, does all the scheduling for <br> 112: 3   the Journal, and so perhaps he said <br> 112: 4   something, but I don't recall saying <br> 112: 5   anything myself. <br> 112: 6   Q. Do you recall when it was <br> 112: 7   that the New England Journal of Medicine <br> 112: 8   notified Dr. Bombardier — and what's the <br> 112: 9   correct pronunciation of her name? <br> 112: 10   A. That would be Bombardier. | |
| 105 | 112:13-113:11 | Curfman 01/24/2006        00:01:06   00:49:57   00:51:05                         | V3.105   |
|     |               | 112: 13   Q. Do you recall when it was <br> 112: 14   that the New England Journal of Medicine <br> 112: 15   notified Dr. Bombardier that the <br> 112: 16   Expression of Concern was going to be | |

|     |                |                                                                                                                                                                                                                                                                                                                                                    |                                                  |
|-----|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------|
|     |                | 112:17 subject to this early release on December<br>112:18 8, 2005?<br>112:19 A. I don't recall.<br>112:20 Q. Do you recall whether they<br>112:21 gave her more than three hours' notice,<br>112:22 "they" being the New England Journal of<br>112:23 Medicine, that this thing was going to be<br>112:24 released early?                          |                                                  |
|     |                | 113:1 A. I don't know.<br>113:2 Q. Do you remember that when<br>113:3 Merck learned of your plans for an early<br>113:4 release on December 8 that Merck asked<br>113:5 you to consider some information to<br>113:6 perhaps include in the Expression of<br>113:7 Concern?                                                                         | → π: R. 801 & 802 — Hearsay                      |
|     |                | 113:8 A. If you have a document that<br>113:9 you can show me, that might jog my<br>113:10 memory, but I am a little foggy about<br>113:11 that.                                                                                                                                                                                                    |                                                  |
| 106 | 114:4 - 114:5  | Curfman 01/24/2006            00:00:01  00:51:03  00:49:59                                                 V3.106<br>114:4     MR. BECK: I'm now handing<br>114:5     you what I've marked as Exhibit 9.                                                                                                                                           |                                                  |
| 107 | 114:14 - 114:16| Curfman 01/24/2006            00:00:05  00:51:04  00:49:58                                                 V3.107<br>114:14 Q. This is another e-mail<br>114:15 string; correct?<br>114:16 A. Right.                                                                                                                                               | → π: R. 801 & 802 — Hearsay                      |
| 108 | 114:22 - 114:24| Curfman 01/24/2006            00:00:10  00:51:09  00:49:53                                                 V3.108<br>114:22 Q. And there's an e-mail to you<br>114:23 and Dr. Morrissey; right?<br>114:24 A. Right.                                                                                                                                 |                                                  |
| 109 | 115:1 - 115:4  | Curfman 01/24/2006            00:00:13  00:51:19  00:49:43                                                 V3.109<br>115:1 Q. And he is basically<br>115:2 attaching an e-mail that he got from a<br>115:3 lawyer for Merck; right?<br>115:4 A. Mr. Fitzpatrick.                                                                                    | → π: R. 801 & 802 — hearsay                      |
| 110 | 115:8 - 115:21 | Curfman 01/24/2006            00:00:30  00:51:32  00:49:30                                                 V3.110<br>115:8 Q. And then there are some —<br>115:9 he says, "Paul," that's Mr. Shaw, "Please<br>115:10 see the points below concerning the<br>115:11 proposed editorial," and then there's<br>115:12 three points made. And without going<br>115:13 through each one in detail, do you now<br>115:14 remember —<br>115:15 A. Yes, I now remember. Thank | π:<br>→ R. 801 & 802 : Hearsay                   |