Curfman G DA 1-24-06 on 5-25-06

|     |     |     |     |     |     |     |
|-----|-----|-----|-----|-----|-----|-----|
|     |     | 115: 16    you. | | | | |
|     |     | 115: 17    Q.    -- that, in fact, Merck | | | | |
|     |     | 115: 18    did ask you to consider some points | | | | |
|     |     | 115: 19    before you released -- made the early | | | | |
|     |     | 115: 20    release of the Expression of Concern? | | | | |
|     |     | 115: 21    A.  Yes. | | | | |
| 111 | 116:12 -116:18 | Curfman 01/24/2006 | 00:00:12 | 00:52:02 | 00:49:00 | V3.111 |
|     |     | 116: 12    Q.  You say that you've | | | | |
|     |     | 116: 13    considered these points? | | | | |
|     |     | 116: 14    A.  Well, I read the points, | | | | |
|     |     | 116: 15    yes. | | | | |
|     |     | 116: 16    Q.  Do you see that you received | | | | |
|     |     | 116: 17    this e-mail from Mr. Shaw at 2:59 p.m.? | | | | |
|     |     | 116: 18    A.  Uh-huh. | | | | |
| 112 | 117:13 -117:14 | Curfman 01/24/2006 | 00:00:02 | 00:52:14 | 00:48:48 | V3.112 |
|     |     | 117: 13    Q.  I'm handing you what we've | | | | |
|     |     | 117: 14    marked as Exhibit 10. | | | | |
| 113 | 117:17 -118:6 | Curfman 01/24/2006 | 00:00:32 | 00:52:16 | 00:48:46 | V3.113 |
|     |     | 117: 17    Q.  This is an e-mail -- let me | | | → π: R. 801 & 802 - Hearsay | |
|     |     | 117: 18    state that your name is not on this one. | | | | |
|     |     | 117: 19    A.  Right. | | | | |
|     |     | 117: 20    Q.  -- from Karen Pedersen. | | | | |
|     |     | 117: 21    That's the in-house, I think you had | | | | |
|     |     | 117: 22    something other than PR person, right? | | | | |
|     |     | 117: 23    A.  Media relations. | | | | |
|     |     | 117: 24    Q.  Media relations? | | | | |
|     |     | 118: 1     A.  Media relations specialist. | | | | |
|     |     | 118: 2     Q.  So, the media relations | | | | |
|     |     | 118: 3     specialist is sending it to the outside | | | | |
|     |     | 118: 4     PR person's, "Subject: For talking | | | | |
|     |     | 118: 5     points," Do you see that? | | | | |
|     |     | 118: 6     A.  Right. | | | | |
| 114 | 119:16 -120:6 | Curfman 01/24/2006 | 00:00:42 | 00:52:48 | 00:48:14 | V3.114 |
|     |     | 119: 16    Q.  Then at the bottom, it says, | | | π: R. 801 & 802 - Hearsay | |
|     |     | 119: 17    "Also, Paul Shaw called and said the | | | | |
|     |     | 119: 18    Merck attorney (Fitzpatrick) who | | | | |
|     |     | 119: 19    cross-examined Greg e-mailed him saying | | | | |
|     |     | 119: 20    he knows we're releasing a statement at 3 | | | | |
|     |     | 119: 21    and he wants to send some information for | | | | |
|     |     | 119: 22    us to consider including in the | | | | |
|     |     | 119: 23    statement, which we're not going to do, | | | | |
|     |     | 119: 24    regardless of what it says, of course." | | | | |
|     |     | 120: 1          Did you talk with Karen | | | π: compound question | |
|     |     | 120: 2     Pedersen about this subject and about | | | | |

Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 120:3 | whether you would refuse to consider the |  |  |  |  |
|  |  | 120:4 | information regardless of what it said? |  |  |  |  |
|  |  | 120:5 | A. I don't recall talking with |  |  |  |  |
|  |  | 120:6 | Karen Pedersen about this, but as I |  |  |  |  |
| 115 | 121:6-122:8 | Curfman 01/24/2006 |  | 00:01:34 | 00:53:30 | 00:47:32 | V3.115 |
|  |  | 121:6 | Q. You mentioned before the |  |  |  |  |
|  |  | 121:7 | standards for -- that you say you |  |  |  |  |
|  |  | 121:8 | followed, and I think you said they were |  |  |  |  |
|  |  | 121:9 | the standards of some organization? |  |  |  |  |
|  |  | 121:10 | A. The International Committee |  |  |  |  |
|  |  | 121:11 | of Medical Journal Editors. We sometimes |  |  |  |  |
|  |  | 121:12 | call it the ICMJE. |  |  |  |  |
|  |  | 121:13 | Q. They have standards that |  |  |  |  |
|  |  | 121:14 | you're supposed to follow in connection |  |  |  |  |
|  |  | 121:15 | with things like Expressions of Concern? |  |  |  |  |
|  |  | 121:16 | A. Well, the uniform |  |  |  |  |
|  |  | 121:17 | requirements is a fairly lengthy |  |  |  |  |
|  |  | 121:18 | document, the uniform requirements for |  |  |  |  |
|  |  | 121:19 | the preparation of manuscripts, and it's |  |  |  |  |
|  |  | 121:20 | a document that deals with guidelines |  |  |  |  |
|  |  | 121:21 | about a whole range of issues relating to |  |  |  |  |
|  |  | 121:22 | medical publication. So, I believe -- |  |  |  |  |
|  |  | 121:23 | it's probably about a 25 or 30-page |  |  |  |  |
|  |  | 121:24 | document. It's contained on the website. |  |  |  |  |
|  |  | 122:1 | And among other things, it does deal with |  |  |  |  |
|  |  | 122:2 | retractions and Expressions of Concern. |  |  |  |  |
|  |  | 122:3 | That is one part of a much larger |  |  |  |  |
|  |  | 122:4 | document. |  |  |  |  |
|  |  | 122:5 | Q. So, the answer is yes, they |  | T: Asked + answered |  |  |
|  |  | 122:6 | do have standards on Expressions of |  | argumentative |  |  |
|  |  | 122:7 | Concern? |  |  |  |  |
|  |  | 122:8 | A. Yes, that's right. |  |  |  |  |
| 116 | 122:22-123:1 | Curfman 01/24/2006 |  | 00:00:12 | 00:55:04 | 00:45:58 | V3.116 |
|  |  | 122:22 | Do you recognize this as a |  |  |  |  |
|  |  | 122:23 | printout of the ICMJE standards that you |  |  |  |  |
|  |  | 122:24 | were referring to? |  |  |  |  |
|  |  | 123:1 | A. Right. |  |  |  |  |
| 117 | 123:16-123:24 | Curfman 01/24/2006 |  | 00:00:21 | 00:55:16 | 00:45:46 | V3.117 |
|  |  | 123:16 | Q. And I just want to take a |  |  |  |  |
|  |  | 123:17 | few minutes walking you through some of |  |  |  |  |
|  |  | 123:18 | these. |  |  |  |  |
|  |  | 123:19 | The first sentence says, |  |  |  |  |
|  |  | 123:20 | "Editors must assume initially that |  |  |  |  |
|  |  | 123:21 | authors are reporting work based on |  |  |  |  |

Curfman G DA 1-24-06 on 5-25-06

|     |                 |                                                                                                 |        |
| --- | --------------- | ----------------------------------------------------------------------------------------------- | ------ |
|     |                 | 123: 22   honest observations." You agree that<br>123: 23   that's appropriate; right?<br>123: 24   A.  Yes, indeed. | |
| 118 | 125:15-125:24   | Curfman 01/24/2006    00:00:24  00:55:37  00:45:25                                              | V3.118 |
|     |                 | 125: 15   Continuing on then with that<br>125: 16   paragraph, it says, "If substantial<br>125: 17   doubts arise about the honesty or<br>125: 18   integrity of work, either submitted or<br>125: 19   published, it is the editor's<br>125: 20   responsibility to ensure that the<br>125: 21   question is appropriately pursued,<br>125: 22   usually by the authors' sponsoring<br>125: 23   institution."  Right?<br>125: 24   A.  Yes. | |
| 119 | 126:11-127:1    | Curfman 01/24/2006    00:00:38  00:56:01  00:45:01                                              | V3.119 |
|     |                 | 126: 11   Q.  So, this procedure says then<br>126: 12   it's the editors, that would be the New<br>126: 13   England Journal's editors' --<br>126: 14   A.  Right.<br>126: 15   Q.  -- "responsibility to ensure<br>126: 16   that the question is appropriately<br>126: 17   pursued, usually by the authors'<br>126: 18   sponsoring institution."  So, in the case<br>126: 19   of Dr. Bombardier, for example, who would<br>126: 20   the sponsoring institution be?<br>126: 21   A.  Her university in Toronto.<br>126: 22   Q.  But you did not follow the<br>126: 23   procedure of referring this matter to her<br>126: 24   university to pursue in the first<br>127: 1    instance, did you? | |
| 120 | 127:17-127:19   | Curfman 01/24/2006    00:00:03  00:56:39  00:44:23                                              | V3.120 |
|     |                 | 127: 17   THE WITNESS:  We have been<br>127: 18   in touch with her superiors at the<br>127: 19   University of Toronto, yes. | |
| 121 | 129:16-129:21   | Curfman 01/24/2006    00:00:18  00:56:42  00:44:20                                              | V3.121 |
|     |                 | 129: 16   Q.  Before you published your<br>129: 17   conclusions in your Expression of Concern<br>129: 18   on December 8th, did you give the<br>129: 19   university a chance to conduct its own<br>129: 20   investigation?<br>129: 21   A.  No. | |
| 122 | 131:10-131:14   | Curfman 01/24/2006    00:00:09  00:57:00  00:44:02                                              | V3.122 |
|     |                 | 131: 10   Q.  Before you published your<br>131: 11   conclusions in the Expression of Concern, | |

Curfman G DA 1-24-06 on 5-25-06

|     |             |                                                                                                                                                                                                                                                                                                                                                                                  |          |          |          | Notes | |
|-----|-------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------|----------|-------|---|
|     |             | 131:12  did you give any of the authors an<br>131:13  opportunity to respond to what you were<br>131:14  proposing to publish?                                                                                                                                                                                                                                                   |          |          |          |       | |
| 123 | 131:19-132:1 | Curfman 01/24/2006                                          00:00:14  00:57:09  00:43:53<br>131:19        THE WITNESS: Yes, we did.<br>131:20   But their response follows the<br>131:21   publication of the Expression of<br>131:22   Concern. But we did discuss with<br>131:23   them before we published it that<br>131:24   they would have an opportunity to<br>132:1   respond. Yes. |          |          |          |       | V3.123 |
| 124 | 132:3-132:18 | Curfman 01/24/2006                                          00:00:41  00:57:23  00:43:39<br>132:3   Q. Actually, what you told them<br>132:4   before when you first contacted them was<br>132:5   that they would have an opportunity to<br>132:6   comment before you published the<br>132:7   Expression of Concern, isn't that true?<br>132:8   A. I don't — I can't imagine<br>132:9   that's true because that's not the<br>132:10  protocol for an Expression of Concern.<br>132:11  Q. Didn't you tell Dr.<br>132:12  Bombardier that you -- didn't you send<br>132:13  her a copy of the draft Expression of<br>132:14  Concern ask her for her comments to be<br>132:15  received in a couple of weeks so that<br>132:16  they could accompany any publication of<br>132:17  the Expression of Concern?<br>132:18  A. No. | | | | TT: P.611 - Leading<br>P.602 - Lack of foundation<br><br>TT: Improper Compound Question<br>P.611 - Leading | V3.124 |
| 125 | 133:2-133:15 | Curfman 01/24/2006                                          00:00:38  00:58:04  00:42:58<br>133:2        Did the New England Journal<br>133:3   of Medicine when it first communicated<br>133:4   with Dr. Bombardier about this, tell her<br>133:5   that you had a draft Expression of<br>133:6   Concern that you were planning on<br>133:7   publishing it on December 29, that you<br>133:8   asked for her comments in response in<br>133:9   advance of December 29th so that they<br>133:10  could be considered in connection with<br>133:11  the publication of the Expression of<br>133:12  Concern?<br>133:13  A. No. Because the response<br>133:14  from the authors is intended to follow<br>133:15  the Expression of Concern. | | | | TT: Improper Compound Question | V3.125 |
| 126 | 133:23-134:19 | Curfman 01/24/2006                                          00:01:38  00:58:42  00:42:20 | | | | | V3.126 |

Curfman G DA 1-24-06 on 5-25-06

| | | |
|---|---|---|
| 133: 23 | Q. | What is Exhibit 12? |
| 133: 24 | | MR. SHAW: If you know. |
| 134: 1 | | THE WITNESS: (Witness |
| 134: 2 | | reviewing document.) |
| 134: 3 | | This is -- on the bottom of |
| 134: 4 | | Page 1 and the top of Page 2 is an |
| 134: 5 | | e-mailed letter that I and Dr. |
| 134: 6 | | Morrissey and Dr. Drazen sent to |
| 134: 7 | | Dr. Bombardier on December 5th |
| 134: 8 | | informing her about the Expression |
| 134: 9 | | of Concern, and I believe we |
| 134: 10 | | attached to this a series of |
| 134: 11 | | questions that we wanted her to |
| 134: 12 | | address in her response. |
| 134: 13 | | And then above that, a |
| 134: 14 | | couple of days later is a response |
| 134: 15 | | saying that she and Dr. Loren |
| 134: 16 | | Laine, who was her co -- |
| 134: 17 | | corresponding author on the VIGOR |
| 134: 18 | | trial, wanted to have a conference |
| 134: 19 | | call. And we then set that up. |

| 127 | 134:21 -135:16 | Curfman 01/24/2006 | 00:00:51 | 01:00:20 | 00:40:42 | | V3.127 |

| 134:21 | Q. | Focusing on the e-mail from |
| 134:22 | | you and your colleagues to Dr. |
| 134:23 | | Bombardier -- |
| 134:24 | A. | Yes. |
| 135:1 | Q. | -- the first sentence says |
| 135:2 | | you're writing concerning the VIGOR |
| 135:3 | | study; correct? And then the second |
| 135:4 | | sentence says, "Recently we obtained new |
| 135:5 | | information that has led us to be |
| 135:6 | | concerned about the accuracy of certain |
| 135:7 | | data and conclusions in your article. |
| 135:8 | | The specific points at issue are" |
| 135:9 | | addressed "in the attached Expression of |
| 135:10 | | Concern, which we plan to publish in an |
| 135:11 | | upcoming issue of the Journal." |
| 135:12 | | As of December 5th, 2005, |
| 135:13 | | the plan was to publish this in the |
| 135:14 | | December 29th edition of the Journal; |
| 135:15 | | correct? |
| 135:16 | A. | Yes. |

π: R.801
R.802
Hearsay

| 128 | 136:6 -136:14 | Curfman 01/24/2006 | 00:00:20 | 01:01:11 | 00:39:51 | | V3.128 |

| 136: 6 | Q. | And then in the next |
| 136: 7 | | sentence, you ask her to submit a |