Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 136: 8 | correction for publication in the | | | | | |
| | | 136: 9 | Journal, and you ask her to do that by | | | | | |
| | | 136: 10 | December 22nd; right? | | | | | |
| | | 136: 11 | A. That's right. | | | | | |
| | | 136: 12 | Q. So, a few weeks after this | | | | | |
| | | 136: 13 | e-mail; right? | | | | | |
| | | 136: 14 | A. Correct. | | | | | |
| 129 | 137:7 -137:13 | Curfman 01/24/2006 | | 00:00:19 | 01:01:31 | 00:39:31 | | V3.129 |
| | | 137: 7 | Q. You talked before about two | | | | | |
| | | 137: 8 | earlier or two other Expressions of | | | | | |
| | | 137: 9 | Concern. | | | | | |
| | | 137: 10 | A. Yes. | | | | | |
| | | 137: 11 | Q. And let me ask you to take a | | | | | |
| | | 137: 12 | look at Exhibit 12 – or am I on 13 now? | | | | | |
| | | 137: 13 | Exhibit 13. | | | | | |
| 130 | 138:5-139:5 | Curfman 01/24/2006 | | 00:01:13 | 01:01:50 | 00:39:12 | | V3.130 |
| | | 138: 5 | Q. Is that one of the | | | | | |
| | | 138: 6 | Expressions of Concern that you were | | | | | |
| | | 138: 7 | talking about? | | | | | |
| | | 138: 8 | A. Yes, it is. | | | | | |
| | | 138: 9 | Q. Would you agree with me that | | | | | |
| | | 138: 10 | this one is different in kind from what | | | | | |
| | | 138: 11 | you published concerning VIGOR? | | | | | |
| | | 138: 12 | A. Oh, I think it's very | | | | | |
| | | 138: 13 | different in kind, yes. | | | | | |
| | | 138: 14 | Q. And in this one, you report | | | | | |
| | | 138: 15 | in a single paragraph that concerns were | | | | | |
| | | 138: 16 | raised concerning the data published in | | | | | |
| | | 138: 17 | one of your articles, right? | | | | | |
| | | 138: 18 | A. Correct. | | | | | |
| | | 138: 19 | Q. And you say, "We have | | | | | |
| | | 138: 20 | informed the director of Dr. Subdo's" – | | | | | |
| | | 138: 21 | A. Subdo. | | | | | |
| | | 138: 22 | Q. – "Subdo's institution... | | | | | |
| | | 138: 23 | and await the results of his | | | | | |
| | | 138: 24 | investigation." Correct? | | | | | |
| | | 139: 1 | A. Correct. | | | | | |
| | | 139: 2 | Q. And you do not set forth any | | | | | |
| | | 139: 3 | conclusions that you reached in advance | | | | | |
| | | 139: 4 | of hearing from the author's institution; | | | | | |
| | | 139: 5 | right? | | | | | |
| 131 | 139:8-139:11 | Curfman 01/24/2006 | | 00:00:05 | 01:03:03 | 00:37:59 | | V3.131 |
| | | 139: 8 | THE WITNESS: Oh, there are | | | | | |
| | | 139: 9 | preliminary conclusions in this | | | | | |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | 139: 10 | paragraph, yes, that we had |   |   |   |   |
|   |   | 139: 11 | reached, yes. |   |   |   |   |
| 132 | 139:13-140:10 | Curfman 01/24/2006 |   | 00:00:52 | 01:03:08 | 00:37:54 | V3.132 |
|   |   | 139: 13 | Q. Well, the paragraph says, |   |   |   |   |
|   |   | 139: 14 | "In the issue of April 26, 2001, we |   |   |   |   |
|   |   | 139: 15 | published a study by John Sudbo. Figure |   |   |   |   |
|   |   | 139: 16 | 3B and Figure 3C of that article, which |   |   |   |   |
|   |   | 139: 17 | purport to represent two different |   |   |   |   |
|   |   | 139: 18 | patients and stages of oral" — what's |   |   |   |   |
|   |   | 139: 19 | the next word? |   |   |   |   |
|   |   | 139: 20 | A. — "epithelial dysplasia." |   |   |   |   |
|   |   | 139: 21 | Q. — "are in fact different |   |   |   |   |
|   |   | 139: 22 | magnifications of the same |   |   |   |   |
|   |   | 139: 23 | photomicrogram." |   |   |   |   |
|   |   | 139: 24 | A. That's right. |   |   |   |   |
|   |   | 140: 1 | Q. "Because the results of |   |   |   |   |
|   |   | 140: 2 | another study of Dr. Sudbo, published in |   |   |   |   |
|   |   | 140: 3 | the issue of April 1, 2004 were derived |   |   |   |   |
|   |   | 140: 4 | from the same subjects followed through |   |   |   |   |
|   |   | 140: 5 | the same database, we have similar |   |   |   |   |
|   |   | 140: 6 | concerns." Then you say, "We have |   |   |   |   |
|   |   | 140: 7 | informed the director...and [we] await |   |   |   |   |
|   |   | 140: 8 | the results of his investigation." |   |   |   |   |
|   |   | 140: 9 | Right? |   |   |   |   |
|   |   | 140: 10 | A. Uh-huh. |   |   |   |   |
| 133 | 141:6-142:15 | Curfman 01/24/2006 |   | 00:01:09 | 01:04:00 | 00:37:02 | V3.133 |
|   |   | 141: 6 | Q. Do you have in front of you |   |   |   |   |
|   |   | 141: 7 | the document that I've marked as Exhibit |   |   |   |   |
|   |   | 141: 8 | 14? |   |   |   |   |
|   |   | 141: 9 | A. Yes. |   |   |   |   |
|   |   | 141: 10 | Q. Was this the other |   |   |   |   |
|   |   | 141: 11 | Expression of Concern that you testified |   |   |   |   |
|   |   | 141: 12 | about earlier? |   |   |   |   |
|   |   | 141: 13 | A. This is one of the three, |   |   |   |   |
|   |   | 141: 14 | yes. |   |   |   |   |
|   |   | 141: 15 | Q. Okay. |   |   |   |   |
|   |   | 141: 16 | And we talked about the one |   |   |   |   |
|   |   | 141: 17 | concerning VIGOR, we just talked about |   |   |   |   |
|   |   | 141: 18 | the one concerning Dr. Sudbo, and this is |   |   |   |   |
|   |   | 141: 19 | the third; right? |   |   |   |   |
|   |   | 141: 20 | A. That's right. |   |   |   |   |
|   |   | 141: 21 | Q. This concerns an article by |   |   |   |   |
|   |   | 141: 22 | Dr. Schiff; is that right? |   |   |   |   |
|   |   | 141: 23 | A. Schiffl. |   |   |   |   |
|   |   | 141: 24 | Q. Schiffl. I'm sorry. What |   |   |   |   |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 142: 1 | it says is that it has come to your | | | | |
| | | 142: 2 | attention that there was an "ongoing | | | | |
| | | 142: 3 | investigation into potential scientific | | | | |
| | | 142: 4 | misconduct" concerning this article that | | | | |
| | | 142: 5 | you published? | | | | |
| | | 142: 6 | A. (Witness nods.) | | | | |
| | | 142: 7 | Q. And you said you will inform | | | | |
| | | 142: 8 | your readers of the outcome of the | | | | |
| | | 142: 9 | investigation when it's complete. Right? | | | | |
| | | 142: 10 | A. That's right. | | | | |
| | | 142: 11 | Q. And that investigation that | | | | |
| | | 142: 12 | you referred to was the investigation by | | | | |
| | | 142: 13 | Dr. Schiffl's sponsoring institution; | | | | |
| | | 142: 14 | correct? | | | | |
| | | 142: 15 | A. Correct. | | | | |
| 134 | 142:16-142:21 | Curfman 01/24/2006 | | 00:00:37 | 01:05:09 | 00:35:53 | V3.134 |
| | | 142: 16 | Q. And then later on they told | | | | |
| | | 142: 17 | you that they had not found sufficient | | | | |
| | | 142: 18 | evidence of misconduct, and you, | | | | |
| | | 142: 19 | therefore, retracted the Expression of | | | | |
| | | 142: 20 | Concern, right? | | | | |
| | | 142: 21 | A. Right. | | | | |
| 135 | 143:6-143:6 | Curfman 01/24/2006 | | 00:00:20 | 01:05:46 | 00:35:16 | V3.135 |
| | | 143: 6 | Q. Do you recognize Exhibit 15? | | | | |
| 136 | 143:11-143:21 | Curfman 01/24/2006 | | 00:00:26 | 01:06:06 | 00:34:56 | V3.136 |
| | | 143: 11 | THE WITNESS: Yes, I do. | | | | |
| | | 143: 12 | BY MR. BECK | | | | |
| | | 143: 13 | Q. Is this a message from you | | | | |
| | | 143: 14 | and Dr. Morrissey to Dr. Bombardier | | | | |
| | | 143: 15 | informing her of the early release of the | | | | |
| | | 143: 16 | Expression of Concern? | | | | |
| | | 143: 17 | A. It's an e-mail from me and | | | | |
| | | 143: 18 | Dr. Morrissey to Dr. Bombardier regarding | | | | |
| | | 143: 19 | the release, yes. | | | | |
| | | 143: 20 | Q. What's the date and time of | | | | |
| | | 143: 21 | your e-mail to Dr. Bombardier? | | | | |
| 137 | 144:8-144:16 | Curfman 01/24/2006 | | 00:00:23 | 01:06:32 | 00:34:30 | V3.137 |
| | | 144: 8 | A. December 8 at 11:59 a.m. | | | | |
| | | 144: 9 | Q. When do you tell her that | | | | |
| | | 144: 10 | the Expression of Concern is going to be | | | | |
| | | 144: 11 | released? | | | | |
| | | 144: 12 | A. At 3:00. | | | | |
| | | 144: 13 | Q. So, you gave her three hours | | | | |
| | | 144: 14 | and one minute notice? | | | | |

Annotation next to 143:11–16: T: R.801 / R-802 / Hearsay

Curfman G DA 1-24-06 on 5-25-06

|     |     |     |     |     |     |     |     |     |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|     |     | 144: 15 | A. Of the exact release time, | | | | | |
|     |     | 144: 16 | yes. | | | | | |
| 138 | 146:4-146:12 | Curfman 01/24/2006 | | 00:00:21 | 01:06:55 | 00:34:07 | | V3.138 |
|     |     | 146: 4 | Q. I guess in between 11:59 | | | TT: Hearsay | | |
|     |     | 146: 5 | a.m. when you first told her you were | | | | | |
|     |     | 146: 6 | going to do it and 3:00 when you did it, | | | | | |
|     |     | 146: 7 | did she tell you that that didn't give | | | | | |
|     |     | 146: 8 | her time to respond? | | | | | |
|     |     | 146: 9 | A. Well, I don't recall. I | | | | | |
|     |     | 146: 10 | don't think I spoke with her. I don't | | | | | |
|     |     | 146: 11 | recall anything about that. But -- | | | | | |
|     |     | 146: 12 | Q. Please look at Exhibit 16. | | | | | |
| 139 | 147:7-147:24 | Curfman 01/24/2006 | | 00:00:39 | 01:07:16 | 00:33:46 | | V3.139 |
|     |     | 147: 7 | Q. This is an e-mail from Dr. | | | TT: R.801 | | |
|     |     | 147: 8 | Bombardier to Mr. Morrissey. | | | R.802 | | |
|     |     | 147: 9 | A. Dr. Morrissey. | | | Hearsay | | |
|     |     | 147: 10 | Q. Dr. Morrissey, excuse me. | | | | | |
|     |     | 147: 11 | It says, "Dr. Morrissey, | | | | | |
|     |     | 147: 12 | Thank you for sending this in advance, | | | | | |
|     |     | 147: 13 | given the nature of your expression of | | | | | |
|     |     | 147: 14 | concern, we want the opportunity to | | | | | |
|     |     | 147: 15 | respond but as you can well imagine it | | | | | |
|     |     | 147: 16 | will not be possible to respond by the | | | | | |
|     |     | 147: 17 | deadline of 3:00 p.m. this afternoon." | | | | | |
|     |     | 147: 18 | Did Dr. Morrissey | | | | | |
|     |     | 147: 19 | communicate to you this message from Dr. | | | | | |
|     |     | 147: 20 | Bombardier? | | | TT: R.611 - Leading | | |
|     |     | 147: 21 | A. Yes, he did. | | | | | |
|     |     | 147: 22 | Q. But you went ahead with the | | | | | |
|     |     | 147: 23 | publication anyway at 3 p.m., didn't you? | | | | | |
|     |     | 147: 24 | A. Yes, we did. | | | | | |
| 140 | 149:12-149:16 | Curfman 01/24/2006 | | 00:00:13 | 01:07:55 | 00:33:07 | | V3.140 |
|     |     | 149: 12 | Q. Did you personally decide to | | | TT: Improper Compound Question | | |
|     |     | 149: 13 | go ahead with the publication, even | | | | | |
|     |     | 149: 14 | though she had told you, the New England | | | | | |
|     |     | 149: 15 | Journal of Medicine, that she wanted an | | | | | |
|     |     | 149: 16 | opportunity to respond in advance? | | | | | |
| 141 | 149:19-150:1 | Curfman 01/24/2006 | | 00:00:11 | 01:08:08 | 00:32:54 | | V3.141 |
|     |     | 149: 19 | THE WITNESS: The final | | | | | |
|     |     | 149: 20 | decision -- the final decision, as | | | | | |
|     |     | 149: 21 | is always the case at the New | | | | | |
|     |     | 149: 22 | England Journal about any | | | | | |
|     |     | 149: 23 | decisions, comes from the | | | | | |
|     |     | 149: 24 | editor-in-chief. And I'm not the | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 150:1 editor-in-chief. | | | | |
| 142 | 150:20-150:24 | Curfman 01/24/2006 | 00:00:25 | 01:08:19 | 00:32:43 | V3.142 |
| | | 150:20 Q. Later on, were you involved | | | | |
| | | 150:21 in sending Dr. Bombardier a seven-point | | | | |
| | | 150:22 letter telling her what points the New | | | | |
| | | 150:23 England Journal of Medicine wanted her to | | | | |
| | | 150:24 make when she responded? | | | | |
| 143 | 151:1-151:16 | Curfman 01/24/2006 | 00:00:55 | 01:08:44 | 00:32:18 | V3.143 |
| | | 151:1 A. Yes. She had -- my | | | | |
| | | 151:2 recollection is that she had asked for | | | | |
| | | 151:3 additional clarification from us about | | | | |
| | | 151:4 what specifically we wanted her to | | | | |
| | | 151:5 respond to. Up until that time, we had | | | | |
| | | 151:6 only given her a copy of the Expression | | | | |
| | | 151:7 of Concern itself. And she wanted more | | | | |
| | | 151:8 guidance from us about our points of | | | | |
| | | 151:9 concern. And in response to that | | | | |
| | | 151:10 request, I believe Dr. Morrissey and I | | | | |
| | | 151:11 were the authors of that seven-point | | | | |
| | | 151:12 document that you mentioned. And we | | | | |
| | | 151:13 tried to bring out in that document some | | | | |
| | | 151:14 additional explanation of our reasons for | | | | |
| | | 151:15 concern about the article so that that | | | | |
| | | 151:16 could focus her response more directly. | | | | |
| 144 | 151:24-152:1 | Curfman 01/24/2006 | 00:00:06 | 01:09:39 | 00:31:23 | V3.144 |
| | | 151:24 Q. Please look at Exhibit 17. | | | | |
| | | 152:1 Do you recognize that? | | | | |
| 145 | 152:4-152:16 | Curfman 01/24/2006 | 00:00:35 | 01:09:45 | 00:31:17 | V3.145 |
| | | 152:4 Well, this, I think, begins | | | | |
| | | 152:5 with an e-mail from Dr. Bombardier to me | | | | |
| | | 152:6 and Dr. Morrissey along the lines of what | | | | |
| | | 152:7 I just said, requesting some | | | | |
| | | 152:8 additional -- I mean, we can read this. | | | | |
| | | 152:9 Q. We could, but what you had | | | | |
| | | 152:10 said was she asked you for guidance about | | | | |
| | | 152:11 how she should respond. In fact, if you | | | | |
| | | 152:12 read this, what she asks you for is a | | | | |
| | | 152:13 copy of the information that you referred | | | | |
| | | 152:14 to in your Expression of Concern so that | | | | |
| | | 152:15 she could write her own response. Isn't | | | | |
| | | 152:16 that true? | | | | |
| 146 | 153:2-154:17 | Curfman 01/24/2006 | 00:01:15 | 01:10:20 | 00:30:42 | V3.146 |
| | | 153:2 THE WITNESS: Okay. Well, | | | | |
| | | 153:3 what she says is that "You | | | | |

Handwritten annotations on entry 145:

π: R. 801, R. 802 → Hearsay

π: Improper Compound Question
Rule 611 - Leading question
Improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

Curfman G DA 1-24-06 on 5-25-06

| | | |
|---|---|---|
| | 153: 4 | requested a submission from the |
| | 153: 5 | authors of that study that |
| | 153: 6 | addresses the additional data and |
| | 153: 7 | the issues set forth in the |
| | 153: 8 | Expression of Concern that you |
| | 153: 9 | published this week, and I agreed |
| | 153: 10 | to your request as lead author of |
| | 153: 11 | that study. |
| | 153: 12 | "We have already started on |
| | 153: 13 | that task, and I seek your |
| | 153: 14 | assistance for the project. In |
| | 153: 15 | order for us to fully and properly |
| | 153: 16 | evaluate the data and the issues, |
| | 153: 17 | we will need to have copies of all |
| | 153: 18 | the materials that the New England |
| | 153: 19 | Journal of Medicine has that you |
| | 153: 20 | referred to in your telephone call |
| | 153: 21 | as well as those to which the |
| | 153: 22 | Expression of Concern referred. |
| | 153: 23 | While you suggested earlier that |
| | 153: 24 | we obtain these materials from |
| | 154: 1 | Merck, in light of the questions |
| | 154: 2 | that you have raised about |
| | 154: 3 | confidence in the provenance of |
| | 154: 4 | data and information, we believe |
| | 154: 5 | that it is essential for us to |
| | 154: 6 | obtain such materials directly |
| | 154: 7 | from the New England Journal of |
| | 154: 8 | Medicine in order to ensure that |
| | 154: 9 | the material we are reviewing is |
| | 154: 10 | in fact the same data that is |
| | 154: 11 | referred to in your Expression of |
| | 154: 12 | Concern." |
| | 154: 13 | BY MR. BECK: |
| | 154: 14 | Q. You agree, sir, that all she |
| | 154: 15 | asked you for here was a copy of the data |
| | 154: 16 | and the materials that you referenced in |
| | 154: 17 | your Expression of Concern? |

π: R. 611 – Leading

| 147 | 154:22 -154:22 | Curfman 01/24/2006 | 00:00:01 | 01:11:35 | 00:29:27 | V3.147 |
|---|---|---|---|---|---|---|
| | | 154: 22  A. Yes. | | | | |
| 148 | 156:2 -156:4 | Curfman 01/24/2006 | 00:00:09 | 01:11:36 | 00:29:26 | V3.148 |
| | | 156: 2  Q. So, point number 7 of your | | | | |
| | | 156: 3  seven-point letter to her basically said | | | | |
| | | 156: 4  get these from the Merck lawyer; right? | | | | |