Curfman G DA 1-24-06 on 5-25-06

| 149 | 156:5 -158:20 | Curfman 01/24/2006 | 00:02:47   01:11:45   00:29:17 | V3.149 |

| | |
|---|---|
| 156: 5   A. Yes. And I think that it's | |
| 156: 6   fairly explicit. | |
| 156: 7   Q. Yes, I agree. | TT: Argumentative |
| 156: 8   But now what you also did is | R. 611 - Leading |
| 156: 9   you and Dr. Morrissey attempted to | |
| 156: 10   dictate to Dr. Bombardier the content of | |
| 156: 11   her response? | |
| 156: 12   A. We did not attempt to | |
| 156: 13   dictate. We attempted to articulate or | |
| 156: 14   provide additional explanation of points | |
| 156: 15   of our concern. We are the editors. We | |
| 156: 16   had concerns. It's not a matter of | |
| 156: 17   dictating. It's a matter of expressing | |
| 156: 18   what the concerns were so that she could | |
| 156: 19   respond to those concerns. That's what | |
| 156: 20   an Expression of Concern is. That's why | |
| 156: 21   it's called an Expression of Concern. | |
| 156: 22   It's an expression of our concern that | |
| 156: 23   then we ask her to address. We thought | |
| 156: 24   this would be helpful to her in framing a | |
| 157: 1   response. | |
| 157: 2   Q. Didn't you tell her "We will | TT: Hearsay |
| 157: 3   explain herein what we expect this | |
| 157: 4   correction to include"? | |
| 157: 5   A. Uh-huh. | |
| 157: 6   Q. The very first point you | |
| 157: 7   say, "You should acknowledge." Then you | |
| 157: 8   go on to tell her what she's supposed to | |
| 157: 9   acknowledge in her response, right? Is | |
| 157: 10   that right? | |
| 157: 11   A. That's the way the sentence | |
| 157: 12   reads, yes. | |
| 157: 13   Q. And then basically you tell | TT: Argumentative |
| 157: 14   her that she's supposed to say she's | |
| 157: 15   sorry, don't you? | |
| 157: 16   MR. SHAW: Objection to | |
| 157: 17   form. | |
| 157: 18   BY MR. BECK: | |
| 157: 19   Q. Point number 6. You're | TT: Hearsay |
| 157: 20   telling the author of this study that, | Argumentative |
| 157: 21   number 6, "These omissions and | |
| 157: 22   inaccuracies are regrettable, and this | |
| 157: 23   should be acknowledged in your | |
| 157: 24   statement." You're telling her to | |
| 158: 1   apologize for her article, aren't you? | |

Curfman G DA 1-24-06 on 5-25-06

```
158: 2    A.  We asked her for a response,
158: 3    and
158: 4    Q.  And you told her what you
158: 5    wanted —
158: 6    A.  She —
158: 7    Q.  — it to include?
158: 8    A.  She can respond in any way
158: 9    that she wishes. We were laying out our
158: 10   concerns. And one of our concerns was
158: 11   that there were omissions and
158: 12   inaccuracies that were regrettable. And
158: 13   we had evidence to back it up. And she
158: 14   can respond to that statement in any way
158: 15   that she wants.
158: 16   Q.  And she did, in fact,
158: 17   respond to that statement, did she not?
158: 18   A.  She did, yes.
158: 19   Q.  And she told you that you
158: 20   were wrong, right?
```

π: Argumentative
 & Hearsay

| 150 | 159:2-159:3 | Curfman 01/24/2006 | 00:00:01 | 01:14:32 | 00:26:30 | V3.150 |

```
159: 2    THE WITNESS: I don't
159: 3    recall.
```

| 151 | 159:5-159:16 | Curfman 01/24/2006 | 00:00:14 | 01:14:33 | 00:26:29 | V3.151 |

```
159: 5    Q.  You don't recall —
159: 6    A.  No, I don't.
159: 7    Q.  — what she said in her
159: 8    response?
159: 9    A.  No.
159: 10   Q.  Have you looked at her
159: 11   response?
159: 12   A.  Only very cursorily at this
159: 13   point. We just received the response,
159: 14   and, in fact —
159: 15   Q.  Well, you received it more
159: 16   than a week ago, didn't you?
```

| 152 | 159:19-159:24 | Curfman 01/24/2006 | 00:00:14 | 01:14:47 | 00:26:15 | V3.152 |

```
159: 19   THE WITNESS: We didn't
159: 20   receive one response, and part of
159: 21   the complexity now of the issue is
159: 22   that we received two separate
159: 23   responses from two different
159: 24   groups of authors, and —
```

| 153 | 160:18-160:19 | Curfman 01/24/2006 | 00:00:04 | 01:15:01 | 00:26:01 | V3.153 |

```
160: 18   Q.  My question is, you received
```

→ π: Asked & Answered

*— continued from previous page* Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 160:19  it more than a week ago, didn't you? | | | | | |
| 154 | 161:10 -161:12 | Curfman 01/24/2006    00:00:04  01:15:05  00:25:57 | | | | | V3.154 |
| | | 161:10   A.  We received two responses, | | | | | |
| | | 161:11   and I don't remember the exact dates of | | | | | |
| | | 161:12   receipt. | | | | | |
| 155 | 161:23 -161:23 | Curfman 01/24/2006    00:00:01  01:15:09  00:25:53 | | | | | V3.155 |
| | | 161:23   Q.  What is Exhibit 18? | | | | | |
| 156 | 162:7 -162:9 | Curfman 01/24/2006    00:00:22  01:15:10  00:25:52 | | | | TT: R.801  R.802 → Hearsay | V3.156 |
| | | 162:7   Q.  Is this some transmittal | | | | | |
| | | 162:8   e-mail and then the response from Dr. | | | | | |
| | | 162:9   Bombardier? | | | | | |
| 157 | 162:13 -162:20 | Curfman 01/24/2006    00:00:21  01:15:32  00:25:30 | | | | | V3.157 |
| | | 162:13   Q.  Dr. Bombardier responded on | | | | | |
| | | 162:14   behalf of herself and the other nine | | | | | |
| | | 162:15   authors who were not Merck employees; | | | | | |
| | | 162:16   right? | | | | | |
| | | 162:17   A.  Yes. | | | | | |
| | | 162:18   Q.  And in this response, these | | | | | |
| | | 162:19   ten non-Merck authors told you that you | | | | | |
| | | 162:20   were wrong, right? | | | | | |
| 158 | 162:24 -163:5 | Curfman 01/24/2006    00:00:17  01:15:53  00:25:09 | | | | | V3.158 |
| | | 162:24   A.  No. I don't read it that | | | | | |
| | | 163:1   way. But, again, I want to make it clear | | | | | |
| | | 163:2   that I have not had an opportunity to go | | | | | |
| | | 163:3   through this, and I'm not prepared to | | | | | |
| | | 163:4   discuss this document. I wasn't -- we | | | | | |
| | | 163:5   have read these documents, and, again, I | | | | | |
| 159 | 163:20 -164:9 | Curfman 01/24/2006    00:00:29  01:16:10  00:24:52 | | | | TT: ↓Argumentative ↑R.611 - Leading | V3.159 |
| | | 163:20   Q.  Now, are you telling me -- | | | | | |
| | | 163:21   you've certainly known that your | | | | | |
| | | 163:22   deposition was going to be taken in | | | | | |
| | | 163:23   connection with the Expression of | | | | | |
| | | 163:24   Concern. You've known that for certainly | | | | | |
| | | 164:1   over a week, right? | | | | | |
| | | 164:2   A.  Right. | | | | | |
| | | 164:3   Q.  And you've had the answer | | | | | |
| | | 164:4   from the ten non-Merck authors -- | | | | | |
| | | 164:5   A.  Right. | | | | | |
| | | 164:6   Q.  -- to your Expression of | | | | | |
| | | 164:7   Concern, and you say you haven't read it | | | | | |
| | | 164:8   carefully enough to be prepared to | | | | | |
| | | 164:9   discuss it? | | | | | |
| 160 | 165:2 -165:5 | Curfman 01/24/2006    00:00:10  01:16:39  00:24:23 | | | | | V3.160 |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 165: 2 | A. My answer to your question | | | | |
| | | 165: 3 | -- yes. My answer to your question is, I | | | | |
| | | 165: 4 | have not had time to adequately digest | | | | |
| | | 165: 5 | this. And one of the key issues in | | | | |
| 161 | 166:16-166:24 | Curfman 01/24/2006 | | 00:00:21 | 01:16:49 | 00:24:13 | V3.161 |
| | | 166: 16 | Q. Do you recognize Exhibit 21 | | | | |
| | | 166: 17 | to be a response on behalf of Drs. Reicin | | | | |
| | | 166: 18 | and Shapiro who are both affiliated with | | | | |
| | | 166: 19 | Merck? | | | | |
| | | 166: 20 | A. Right. It's being | | | | |
| | | 166: 21 | communicated by a medical communications | | | | |
| | | 166: 22 | person. | | | | |
| | | 166: 23 | Q. Right. | | | | |
| | | 166: 24 | A. Right. | | | | |
| 162 | 170:2-170:16 | Curfman 01/24/2006 | | 00:00:38 | 01:17:10 | 00:23:52 | V3.162 |
| | | 170: 2 | Q. And you had not only Dr. | | | | |
| | | 170: 3 | Bombardier's response on behalf of the | | | | |
| | | 170: 4 | ten non-Merck authors for over a week | | | | |
| | | 170: 5 | before today, you also had Dr. Reicin's | | | | |
| | | 170: 6 | response on behalf of herself and Dr. | | | | |
| | | 170: 7 | Shapiro, the Merck authors, for over a | | | | |
| | | 170: 8 | week before today, right? | | | | |
| | | 170: 9 | A. If you say so. I'll take | | | | |
| | | 170: 10 | your word for it. Sure. | | | | |
| | | 170: 11 | Q. And here you are, you know | | | | |
| | | 170: 12 | this is the only chance that I get to ask | | | | |
| | | 170: 13 | you questions about the Expression of | | | | |
| | | 170: 14 | Concern, and you didn't take the time to | | | | |
| | | 170: 15 | read either one of these to comment on | | | | |
| | | 170: 16 | their substance? | | | | |
| 163 | 171:14-171:23 | Curfman 01/24/2006 | | 00:00:32 | 01:17:48 | 00:23:14 | V3.163 |
| | | 171: 14 | Q. My question is simply that | | | | |
| | | 171: 15 | knowing that your deposition was going to | | | | |
| | | 171: 16 | be taken today and that the main subject | | | | |
| | | 171: 17 | was your Expression of Concern, and | | | | |
| | | 171: 18 | having the responses filed by both the | | | | |
| | | 171: 19 | non-Merck lawyer -- the non-Merck authors | | | | |
| | | 171: 20 | and the Merck authors for over a week, | | | | |
| | | 171: 21 | it's your testimony that you didn't take | | | | |
| | | 171: 22 | the time to read them so that you could | | | | |
| | | 171: 23 | talk about the substance of them? | | | | |
| 164 | 172:2-172:16 | Curfman 01/24/2006 | | 00:00:42 | 01:18:20 | 00:22:42 | V3.164 |
| | | 172: 2 | THE WITNESS: Our response | | | | |
| | | 172: 3 | to these documents will require | | | | |

Handwritten annotations:
- Next to entry 161: "TT: p.801 → p.802 Hearsay"
- Next to entry 162: "TT: Improper Compound Question / Argumentative"; "TT: ← Argumentative"; "← Omits Answer"

Curfman G DA 1-24-06 on 5-25-06

| | | | |
|---|---|---|---|
| | 172: 4 | very careful deliberation. | |
| | 172: 5 | Editors of journals don't do | |
| | 172: 6 | things on a knee jerk. We can't | |
| | 172: 7 | afford to do that. I did not set | |
| | 172: 8 | the date for this deposition, and, | |
| | 172: 9 | in fact, we received these when we | |
| | 172: 10 | received them. And we will need | |
| | 172: 11 | time to very carefully digest the | |
| | 172: 12 | situation, and then we'll have an | |
| | 172: 13 | official response to it. I'm not | |
| | 172: 14 | prepared to do that now. We do | |
| | 172: 15 | things carefully in our office. | |
| | 172: 16 | That's how we do things. That's | |

| 165 | 172:22 -173:9 | Curfman 01/24/2006    00:00:29   01:19:02   00:22:00 | V3.165 |
|---|---|---|---|
| | 172: 22 | Q. Have you looked at these two | π: Improper Compound Question |
| | 172: 23 | responses enough to know whether they're | |
| | 172: 24 | in basic agreement or whether there's any | |
| | 173: 1 | points of disagreement? | |
| | 173: 2 | A. No. I can't really comment | |
| | 173: 3 | about that. | |
| | 173: 4 | Q. So, it's not just that you | π: Improper Compound Question |
| | 173: 5 | haven't had, you know, conferences with | Argumentative |
| | 173: 6 | your colleagues to talk it all through, | Sarcastic |
| | 173: 7 | you just haven't read them carefully in | |
| | 173: 8 | advance of your deposition; is that your | |
| | 173: 9 | testimony? | |

| 166 | 173:12 -174:1 | Curfman 01/24/2006    00:00:30   01:19:31   00:21:31 | V3.166 |
|---|---|---|---|
| | 173: 12 | THE WITNESS: I'm saying | |
| | 173: 13 | that we -- documents of this kind | |
| | 173: 14 | will demand careful deliberation | |
| | 173: 15 | among the editors at the New | |
| | 173: 16 | England Journal of Medicine, and | |
| | 173: 17 | we have not gone through that | |
| | 173: 18 | process yet. And anything that I | |
| | 173: 19 | might say today might not be fully | |
| | 173: 20 | accurate because we've not gone | |
| | 173: 21 | through this process of | |
| | 173: 22 | deliberating together and | |
| | 173: 23 | interpreting these two documents. | |
| | 173: 24 | And that's all I can say about | |
| | 174: 1 | this. | |

| 167 | 174:3 -174:7 | Curfman 01/24/2006    00:00:20   01:20:01   00:21:01 | V3.167 |
|---|---|---|---|
| | 174: 3 | Q. Well, getting back to your | π: Improper Compound Question |
| | 174: 4 | Expression of Concern, you indicated it | |