Curfman G DA 1-24-06 on 5-25-06

| | | | | |
|---|---|---|---|---|
| | | 174:5  got a lot of media attention, and you and<br>174:6  your outside PR people followed the media<br>174:7  attention pretty closely, didn't you? | – cont. from prev. page | |
| 168 | 174:12-174:13 | Curfman 01/24/2006   00:00:01  01:20:21  00:20:41<br>174:12        THE WITNESS: No. I<br>174:13   certainly didn't. I mean — | TJ: Interrupts Dr. Curfman | V3.168 |
| 169 | 175:1-175:6 | Curfman 01/24/2006   00:00:18  01:20:22  00:20:40<br>175:1   Q   Did the people at the New<br>175:2   England Journal of Medicine monitor at<br>175:3   least the major newspapers to see how<br>175:4   they were reporting on the Expression of<br>175:5   Concern and whether there were any errors<br>175:6   that should be corrected? | TJ: Argumentative Sarcastic | V3.169 |
| 170 | 175:9-175:22 | Curfman 01/24/2006   00:00:29  01:20:40  00:20:22<br>175:9         THE WITNESS: Our media<br>175:10   relations specialist always<br>175:11   monitors the news. That's what<br>175:12   her job is. She does that every<br>175:13   day about everything that we<br>175:14   publish to see what the media is<br>175:15   writing about it. That's what her<br>175:16   job is. And part of it is to make<br>175:17   sure that they're reporting<br>175:18   accurately on articles that we<br>175:19   publish, not just the Expression<br>175:20   of Concern. This happens every<br>175:21   day for every article. We get<br>175:22   news updates every day. | | V3.170 |
| 171 | 176:16-177:1 | Curfman 01/24/2006   00:00:38  01:21:09  00:19:53<br>176:16   Q  Dr. Curfman, you were quoted<br>176:17   in the Forbes article as saying you were<br>176:18   somewhere between surprised and stunned<br>176:19   that some cardiovascular data that was in<br>176:20   a presubmission draft, a draft that was<br>176:21   prepared before it was submitted to the<br>176:22   New England Journal of Medicine, had been<br>176:23   deleted before the draft was submitted.<br>176:24   Do you remember that and were you<br>177:1     accurately quoted? | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. | V3.171 |
| 172 | 177:10-177:24 | Curfman 01/24/2006   00:00:46  01:21:47  00:19:15<br>177:10        THE WITNESS: Well, I can<br>177:11   tell you what I was somewhere<br>177:12   between surprised and stunned<br>177:13   about, and that was the document | | V3.172 |

Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  |
|---|---|---|---|
| 177:14 | that was presented to me for the | | |
| 177:15 | first time on November 21st, 2005, | | Rule 611 - Leading question improper. |
| 177:16 | Exhibit 18, among the exhibits on | | Dr. Curfman is an independent |
| 177:17 | that day, which was an internal | → | 3rd party not an adverse/hostile |
| 177:18 | memorandum dated July 5th, 2000, | | witness. |
| 177:19 | which contained an extensive body | | |
| 177:20 | of data on the cardiovascular | | |
| 177:21 | adverse events in VIGOR that I had | | |
| 177:22 | never seen before. And that put | | |
| 177:23 | me somewhere between surprised and | | |
| 177:24 | stunned. | | |

| 173 | 179:22 - 180:4 | Curfman 01/24/2006   00:00:27   01:22:33   00:18:29 | V3 173 |
|---|---|---|---|
| | | 179:22  My question is, from your | |
| | | 179:23  review of the materials, are you aware | **Rule 602 - Lack of Foundation** |
| | | 179:24  that all of the data that was collected | |
| | | 180:1   in the July 2000 memorandum and including | |
| | | 180:2   the tables and the statistical analyses, | |
| | | 180:3   that all of that was communicated to the | |
| | | 180:4   FDA in the fall of 2000? | |

| 174 | 180:8 - 180:10 | Curfman 01/24/2006   00:00:05   01:23:00   00:18:02 | V3 174 |
|---|---|---|---|
| | | 180:8   THE WITNESS: Yes, I'm | |
| | | 180:9   aware that it was communicated to | |
| | | 180:10  the FDA. It was not posted by the | |

| 175 | 183:2 - 183:18 | Curfman 01/24/2006   00:00:45   01:23:05   00:17:57 | V3 175 |
|---|---|---|---|
| | | 183:2   Q. How about in the materials | |
| | | 183:3   communicating the information to the FDA, | |
| | | 183:4   was there a mention there of a | **Rule 602 - Lack of Foundation** |
| | | 183:5   prespecified cutoff date? | |
| | | 183:6   A. I don't recall. It's a big | |
| | | 183:7   document, and I'd have to go back through | |
| | | 183:8   it. | |
| | | 183:9   Q. How about in the FDA | |
| | | 183:10  materials prepared by people within the | |
| | | 183:11  FDA, is there an indication in the FDA | |
| | | 183:12  materials that this additional | |
| | | 183:13  information that was transmitted to them | |
| | | 183:14  in October had come in after a | |
| | | 183:15  prespecified cutoff date that was used in | |
| | | 183:16  the VIGOR study? | |
| | | 183:17  A. Well, I don't know. I don't | |
| | | 183:18  know about that. What I can tell you is | |

| 176 | 185:5 - 185:12 | Curfman 01/24/2006   00:00:24   01:23:50   00:17:12 | V3 176 |
|---|---|---|---|
| | | 185:5   Q. Did you ever look at the | **Improper compound question.** |
| | | 185:6   Targum memo that we talked about earlier, | |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | 185:7 | that internal FDA memo that analyzes |   |   |   |   |
|   |   | 185:8 | data? Did you ever look at the Targum |   | **Improper compound question.** |   |   |
|   |   | 185:9 | memo to see whether it explains that that |   |   |   |   |
|   |   | 185:10 | information that was provided in the fall |   |   |   |   |
|   |   | 185:11 | of 2000 had come in after a prespecified |   |   |   |   |
|   |   | 185:12 | cutoff date for the VIGOR study? |   |   |   |   |
| 177 | 185:17 -185:19 | Curfman 01/24/2006 | | 00:00:02 | 01.24.14 | 00:16:48 | V3 177 |
|   |   | 185:17 | Q  Did you ever look at the |   |   |   |   |
|   |   | 185:18 | Targum memo to see that? |   |   |   |   |
|   |   | 185:19 | A. Yes, I did. |   |   |   |   |
| 178 | 192:10 -193:12 | Curfman 01/24/2006 | | 00.01.21 | 01.24.16 | 00:16.46 | V3 178 |
|   |   | 192:10 | Q  Let me turn to another |   |   |   |   |
|   |   | 192:11 | subject that is addressed in your |   | **Side bar - Counsel testifying.** |   |   |
|   |   | 192:12 | Expression of Concern, and that is |   |   |   |   |
|   |   | 192:13 | information that was in a draft before |   |   |   |   |
|   |   | 192:14 | the draft was submitted to the New |   |   |   |   |
|   |   | 192:15 | England Journal of Medicine, but then was |   |   |   |   |
|   |   | 192:16 | taken out in the draft that was submitted |   |   |   |   |
|   |   | 192:17 | to the New England Journal of Medicine. |   |   |   |   |
|   |   | 192:18 | Do you understand what topic |   |   |   |   |
|   |   | 192:19 | I'm talking about? |   |   |   |   |
|   |   | 192:20 | A.  Right |   |   |   |   |
|   |   | 192:21 | Q  Now, this is not the three |   |   |   |   |
|   |   | 192:22 | MIs, right? |   |   |   |   |
|   |   | 192:23 | A  No  This has nothing to do |   |   |   |   |
|   |   | 192:24 | with the three MIs |   |   |   |   |
|   |   | 193:1 | Q. Okay. |   |   |   |   |
|   |   | 193:2 | And this has to do with a |   | **Rule 611 - Leading question improper.** |   |   |
|   |   | 193:3 | table that at least the shell or the form |   | **Dr. Curfman is an independent** |   |   |
|   |   | 193:4 | of the table was in an electronic version |   | **3rd party not an adverse/hostile** |   |   |
|   |   | 193:5 | of the manuscript that you could see that |   | **witness.** |   |   |
|   |   | 193:6 | it had been in the draft before it had |   |   |   |   |
|   |   | 193:7 | been submitted to the New England Journal |   |   |   |   |
|   |   | 193:8 | of Medicine, but that had been taken out |   |   |   |   |
|   |   | 193:9 | before the submission was actually made, |   |   |   |   |
|   |   | 193:10 | is that right? |   |   |   |   |
|   |   | 193:11 | A.  Well, that's part of the |   |   |   |   |
|   |   | 193:12 | story |   |   |   |   |
| 179 | 194:3 -194:7 | Curfman 01/24/2006 | | 00:00:12 | 01 25 37 | 00.15.25 | V3 179 |
|   |   | 194.3 | Am I correct that the New |   |   |   |   |
|   |   | 194.4 | England Journal of Medicine requested the |   |   |   |   |
|   |   | 194.5 | authors of the VIGOR manuscript to |   |   |   |   |
|   |   | 194.6 | provide an electronic version to the New |   |   |   |   |
|   |   | 194.7 | England Journal? |   |   |   |   |

Curfman G DA 1-24-06 on 5-25-06

| 180 | 194:10 - 194:20 | Curfman 01/24/2006   00:00:17   01:25:49   00:15:13 | | V3 180 |
|---|---|---|---|---|
| | | 194: 10   THE WITNESS: I don't know | | |
| | | 194: 11   whether we requested it or not. | | |
| | | 194: 12   They did send it. I'd have to -- | | |
| | | 194: 13   you know, you can show me a | | |
| | | 194: 14   document with a sentence in there, | | |
| | | 194: 15   but they provided the disk. | | |
| | | 194: 16   BY MR. BECK: | | |
| | | 194: 17   Q.  Okay. | | |
| | | 194: 18   And they provided the disk | | |
| | | 194: 19   in August of 2000, right? | | |
| | | 194: 20   A.  Yes. | | |
| 181 | 194:23 - 195:4 | Curfman 01/24/2006   00:00:14   01:26:06   00:14:56 | | V3 181 |
| | | 194: 23   Q.  And when they provided you | | |
| | | 194: 24   with this disk, the electronic version, | Improper compound question. Leading. | |
| | | 195: 1   they gave it to you with a feature called | | |
| | | 195: 2   track changes that was turned on when | | |
| | | 195: 3   they gave it to you, right? | | |
| | | 195: 4   A.  Yes. | | |
| 182 | 195:6 - 195:18 | Curfman 01/24/2006   00:00:38   01:26:20   00:14:42 | | V3 182 |
| | | 195: 6   And this disk, little | | |
| | | 195: 7   computer disk, had three versions of the | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. | |
| | | 195: 8   VIGOR manuscript on it; is that right? | | |
| | | 195: 9   A.  That's correct. | | |
| | | 195: 10   Q.  So that you could compare, | | |
| | | 195: 11   if you wanted to, you know, how the | | |
| | | 195: 12   versions evolved over time? | | |
| | | 195: 13   A.  Yes, you could. | | |
| | | 195: 14   Q.  And even within a single | | |
| | | 195: 15   version with the track changes feature | | |
| | | 195: 16   turned on, or it's sometimes called a red | | |
| | | 195: 17   lining feature, are you familiar with | | |
| | | 195: 18   that term? | | |
| 183 | 195:19 - 195:23 | Curfman 01/24/2006   00:00:13   01:26:58   00:14:04 | | V3 183 |
| | | 195: 19   A.  Sure. | | |
| | | 195: 20   Q.  And you can see, because the | | |
| | | 195: 21   computer keeps track of any language or | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. | |
| | | 195: 22   tables or data that was taken out during | | |
| | | 195: 23   the drafting process; correct? | | |
| 184 | 196:22 - 197:3 | Curfman 01/24/2006   00:00:18   01:27:11   00:13:51 | | V3 184 |
| | | 196: 22   With the track changes | | |
| | | 196: 23   feature turned on, within a single | | |
| | | 196: 24   version of the manuscript you can see, | | |
| | | 197: 1   because the computer keeps track of what | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 197:2 | language or data is added and what | | Cont. from previous page. - Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party, not an adverse/hostile witness. | | |
| | | 197:3 | language or data is taken out, right? | | | | |
| 185 | 197:6 -197:6 | Curfman 01/24/2006 | | 0 | 01:27:29 | | V3 185 |
| | | 197:6 | THE WITNESS: Right | | | | |
| 186 | 201:18 -201:24 | Curfman 01/24/2006 | | 00:00:17 | 01:27:29 | 00:13:33 | V3 186 |
| | | 201:18 | Q. And my question is, when you | | Assumes facts not in evidence | | |
| | | 201:19 | wrote that Expression of Concern focusing | | | | |
| | | 201:20 | on the fact that the table was taken out, | | | | |
| | | 201:21 | did you take into account the fact that | | | | |
| | | 201:22 | the authors showed you that when they | | | | |
| | | 201:23 | gave you the electronic version with the | | | | |
| | | 201:24 | track changes feature turned on? | | | | |
| 187 | 202:3 -202:4 | Curfman 01/24/2006 | | 00:00:04 | 01:27:46 | 00:13:16 | V3 187 |
| | | 202:3 | THE WITNESS: Yes. We took | | | | |
| | | 202:4 | that into consideration. The | | | | |
| 188 | 204:9 -205:4 | Curfman 01/24/2006 | | 00:01:04 | 01:27:50 | 00:13:12 | V3 188 |
| | | 204:9 | Q. Now, even though the authors | | Improper compound question. Leading. | | |
| | | 204:10 | gave you the electronic version with the | | | | |
| | | 204:11 | track changes turned on back in August of | | | | |
| | | 204:12 | 2000, am I correct from your Expression | | | | |
| | | 204:13 | of Concern that it looked like you never | | | | |
| | | 204:14 | looked at the electronic version until | | | | |
| | | 204:15 | sometime in the fall of 2004, is that | | | | |
| | | 204:16 | right? | | | | |
| | | 204:17 | A. That's right | | | | |
| | | 204:18 | Q. Now, did you ever tell, | | | | |
| | | 204:19 | "you" being Dr. Curfman, covering you, | | | | |
| | | 204:20 | personally, first, back during the | | Improper compound question. Leading | | |
| | | 204:21 | editorial process in 2000, when the | | | | |
| | | 204:22 | authors gave you the electronic version | | | | |
| | | 204:23 | with the track changes turned on, did you | | | | |
| | | 204:24 | communicate in any way to them that you | | | | |
| | | 205:1 | and your colleagues were not going to | | | | |
| | | 205:2 | look at the electronic version, "you," | | | | |
| | | 205:3 | personally, now? | | | | |
| | | 205:4 | A. Yeah, no. | | | | |
| 189 | 205:15 -206:4 | Curfman 01/24/2006 | | 00:00:44 | 01:28:54 | 00:12:08 | V3 189 |
| | | 205:15 | Q. In terms of tables in | | | | |
| | | 205:16 | articles published in the New England | | | | |
| | | 205:17 | Journal of Medicine, is there some kind | | | | |
| | | 205:18 | of guideline or limit on the number of | | | | |
| | | 205:19 | tables that are supposed to be included? | | | | |
| | | 205:20 | A. There's a guideline | | | | |
| | | 205:21 | There's not a limit | | | | |