Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 205:22 | Q. What does the guideline say | | | | |
| | | 205:23 | as to the number of tables? | | | | |
| | | 205:24 | A. We generally go for five or | | | | |
| | | 206:1 | six tables in the print version. We can | | | | |
| | | 206:2 | publish additional information on our | | | | |
| | | 206:3 | website, or sometimes we will publish | | | | |
| | | 206:4 | additional tables in print as well. | | | | |
| 190 | 206:9 - 206:17 | Curfman 01/24/2006 | | 00:00.16 | 01:29:38 | 00:11.24 | V3 190 |
| | | 206:9 | Q. You say there's a guideline | | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. | | |
| | | 206:10 | of five or six. You know that that's not | | | | |
| | | 206:11 | true, don't you? You know the guideline | | | | |
| | | 206:12 | is five, right? | | | | |
| | | 206:13 | A. Well, the guideline in that | | | | |
| | | 206:14 | information of authors at that time | | | | |
| | | 206:15 | probably said five. | | | | |
| | | 206:16 | Q. Well, you know it said five, | | | | |
| | | 206:17 | don't you? | | | | |
| 191 | 207:3 - 207:10 | Curfman 01/24/2006 | | 00:00.12 | 01:29:54 | 00:11.08 | V3 191 |
| | | 207:3 | THE WITNESS: The letter | | | | |
| | | 207:4 | that I send out to the authors at | | | | |
| | | 207:5 | the moment says five or six. | | | | |
| | | 207:6 | BY MR. BECK: | | | | |
| | | 207:7 | Q. How about back in 2000 when | | Asked and answered | | |
| | | 207:8 | VIGOR was written, what was the guideline | | | | |
| | | 207:9 | then? | | | | |
| | | 207:10 | A. It was probably five then. | | | | |
| 192 | 209:2 - 209:3 | Curfman 01/24/2006 | | 00:00.25 | 01:30:06 | 00:10:56 | V3 192 |
| | | 209:2 | Q. The next exhibit is Exhibit | | | | |
| | | 209:3 | Number 19. | | | | |
| 193 | 211:19 - 212:6 | Curfman 01/24/2006 | | 00:00.27 | 01:30:31 | 00:10.31 | V3 193 |
| | | 211:19 | And do you see here in the | | | | |
| | | 211:20 | very middle of the page that the VIGOR | | | | |
| | | 211:21 | authors -- up at the top it says, | | | | |
| | | 211:22 | "Suggestion for Transmittal to Authors." | | | | |
| | | 211:23 | Right? Right? | | | | |
| | | 211:24 | A. Yes. | | | | |
| | | 212:1 | Q. Assuming that the suggestion | | Improper compound question. | | |
| | | 212:2 | was followed, right there in the middle | | | | |
| | | 212:3 | of the page, it says, "The total number | | | | |
| | | 212:4 | of figures plus tables should not total | | | | |
| | | 212:5 | more than five." Do you see that? | | | | |
| | | 212:6 | A. Yes. | | | | |
| 194 | 214:1 - 214:3 | Curfman 01/24/2006 | | 00:00.05 | 01:30:58 | 00:10.04 | V3 194 |
| | | 214:1 | So, look through Exhibit 1 | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 214:2 | and tell the jury how many tables there | | | | |
| | | 214:3 | were in the VIGOR article. | | | | |
| 195 | 214:6 -214:8 | Curfman 01/24/2006 | | 00:00:16 | 01:31:03 | 00:09:59 | V3 195 |
| | | 214:6 | There were five tables and | | | | |
| | | 214:7 | one figure for a total of six pieces of | | | | |
| | | 214:8 | documentation. | | | | |
| 196 | 217:5 -218:11 | Curfman 01/24/2006 | | 00:01:13 | 01:31:19 | 00:09:43 | V3 196 |

217:5   Q   Look at Exhibit 20. Is
217:6   Exhibit 20 some comments by a reviewer,
217:7   or is this a direct communication from an
217:8   editor of the New England Journal of
217:9   Medicine to the lead author of the VIGOR
217:10  publication?
217:11  A   It is a letter from
217:12  associate editor Marshall Kaplan to the
217:13  corresponding author of the VIGOR
217:14  article, correct.

→ Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.
Improper compound question.

217:15  Q   And Marshall Kaplan, in
217:16  terms of this time frame in June of
217:17  2000 —
217:18  A   Right.
217:19  Q   — in terms of
217:20  communications with Dr. Bombardier,
217:21  Marshall Kaplan was really the voice of
217:22  the New England Journal of Medicine,
217:23  right?
217:24  A   He was the associate editor,

→ Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

218:1   yes.
218:2   Q   But he was the one who was
218:3   in charge of communicating the views and
218:4   instructions —
218:5   A   In this particular letter
218:6   Q   — of the New England
218:7   Journal of Medicine to the author, Dr.
218:8   Bombardier —
218:9   A   He wrote this letter, yes.
218:10  Q   — Dr. Bombardier, right?
218:11  A   Yes. Uh-huh.

→ Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

| 197 | 219:18 -219:24 | Curfman 01/24/2006 | | 00:00:12 | 01:32:32 | 00:08:30 | V3 197 |
|---|---|---|---|---|---|---|---|

219:18  Q   And why don't you read the
219:19  rest of that sentence that talks about
219:20  how it should be no longer than 3,000
219:21  words. What does it say right after
219:22  that?

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 219:23 | A. "With a total of no more | | | | |
| | | 219:24 | than five figures and tables." And I | | | | |
| 198 | 221:10 - 221:15 | Curfman 01/24/2006 | | 00:00:44 | 01:32:44 | 00:08:18 | V3 198 |
| | | 221:10 | Q. Doctor, on the subject of | | R. 801 | | |
| | | 221:11 | the significance of the deletion of Table | | R. 802 | | |
| | | 221:12 | 5, did Dr. Drazen tell you that he | | Hearsay | | |
| | | 221:13 | thought that that whole subject did not | | | | |
| | | 221:14 | even have enough significance to be | | | | |
| | | 221:15 | mentioned in the Expression of Concern? | | | | |
| 199 | 221:18 - 221:19 | Curfman 01/24/2006 | | 00:00:03 | 01:33:28 | 00:07:34 | V3 199 |
| | | 221:18 | THE WITNESS: Not to my | | | | |
| | | 221:19 | knowledge. | | | | |
| 200 | 222:3 - 223:6 | Curfman 01/24/2006 | | 00:01:20 | 01:33:31 | 00:07:31 | V3 200 |
| | | 222:3 | Q. I've handed you Exhibit 22. | | | | |
| | | 222:4 | Do you see that this is an e-mail from | | | | |
| | | 222:5 | Dr. Drazen, the editor-in-chief, to you | | | | |
| | | 222:6 | and Dr. Morrissey, "Subject: Expression | | | | |
| | | 222:7 | of Concern"? | | | | |
| | | 222:8 | A. I do, yes. | | | | |
| | | 222:9 | Q. And it's dated December 4th. | | | | |
| | | 222:10 | Was that pretty early in the drafting of | | | | |
| | | 222:11 | the Expression of Concern? | | | | |
| | | 222:12 | A. That was still pretty early, | | | | |
| | | 222:13 | yes. | | | | |
| | | 222:14 | Q. Okay. | | | | |
| | | 222:15 | And do you see here on the | | | | |
| | | 222:16 | e-mail he's attached a document. And | | | | |
| | | 222:17 | when explaining his attachment, he says, | | | | |
| | | 222:18 | "I attach another edited version of the | | | | |
| | | 222:19 | expression. The biggest change is the | | | | |
| | | 222:20 | deletion of the stuff about Table 5. I | | | | |
| | | 222:21 | think it attributes more to this table | | | | |
| | | 222:22 | than it deserves and the numbers speak | | | | |
| | | 222:23 | for themselves. This piece is cleaner | | | | |
| | | 222:24 | without it." | | | | |
| | | 223:1 | So, does that refresh your | | | | |
| | | 223:2 | recollection that the editor-in-chief of | | | | |
| | | 223:3 | the New England Journal told you that he | | | | |
| | | 223:4 | didn't think that the stuff about Table 5 | | | | |
| | | 223:5 | was even significant enough to be | | | | |
| | | 223:6 | included in the Expression of Concern? | | | | |
| 201 | 223:9 - 223:17 | Curfman 01/24/2006 | | 00:00:18 | 01:34:51 | 00:06:11 | V3 201 |
| | | 223:9 | THE WITNESS: He changed his | | | | |
| | | 223:10 | mind. | | | | |

Curfman G DA 1-24-06 on 5-25-06

|     |                 |                                                                                                  |                             |
|-----|-----------------|--------------------------------------------------------------------------------------------------|-----------------------------|
|     |                 | 223.11  BY MR. BECK.                                                                             |                             |
|     |                 | 223:12  Q.  Well, my question is, does                                                           |                             |
|     |                 | 223.13  this refresh your recollection that, in                                                  |                             |
|     |                 | 223.14  fact, he told you, at least on December                                                  |                             |
|     |                 | 223.15  4th, that this whole table 5 stuff was                                                   |                             |
|     |                 | 223.16  not even a big enough deal to be included                                                |                             |
|     |                 | 223.17  in the Expression of Concern?                                                            |                             |
| 202 | 224:19-224:22   | Curfman 01/24/2006          00:00.12   01:35.09   00:05.53                                       | V3.202                      |
|     |                 | 224:19  A.  Yes.  That's what he said.                                                           |                             |
|     |                 | 224:20  I, frankly, don't exactly remember this                                                  |                             |
|     |                 | 224:21  e-mail because he changed his mind, and                                                  |                             |
|     |                 | 224:22  we did include the material on Table 5.                                                  |                             |
| 203 | 225:18-226:19   | Curfman 01/24/2006          00:01:15   01:35.21   00:05:41                                       | V3.203                      |
|     |                 | 225:18  Q.  And I will show you Exhibit                                                          |                             |
|     |                 | 225:19  23, which is the attachment to the e-mail                                                |                             |
|     |                 | 225:20  that we just looked at.                                                                  |                             |
|     |                 | 225:21  A.  Yes.                                                                                 |                             |
|     |                 | 225:22  Q.  And this is kind of a                                                                | Improper compound question. |
|     |                 | 225:23  printed out version of that track changes                                                |                             |
|     |                 | 225:24  feature that we talked about, isn't it?                                                  |                             |
|     |                 | 226:1   This is a draft of the Expression of                                                     |                             |
|     |                 | 226:2   Concern, and you can see on the right                                                    |                             |
|     |                 | 226:3   things that have been deleted and things                                                 |                             |
|     |                 | 226:4   that have been added?                                                                    |                             |
|     |                 | 226.5   A.  Right.  Yep.                                                                         |                             |
|     |                 | 226.6   Q.  Okay.                                                                                |                             |
|     |                 | 226:7       And do you see over here on                                                          | R. 801                      |
|     |                 | 226:8   this attachment to the editor-in-chief's                                                 | R. 802                      |
|     |                 | 226:9   e-mail to you that that last square over                                                 | Hearsay                     |
|     |                 | 226:10  there that shows what was deleted, at                                                    |                             |
|     |                 | 226:11  least as of December 4, he wanted to take                                                |                             |
|     |                 | 226:12  out the entire paragraph having to do                                                    |                             |
|     |                 | 226:13  with Table 5, right?                                                                     |                             |
|     |                 | 226:14  A.  Yes, at that time.  And then                                                         |                             |
|     |                 | 226:15  he changed his mind.  That was an early                                                  |                             |
|     |                 | 226:16  version.  And we went through many                                                       |                             |
|     |                 | 226:17  versions of this document and a lot of                                                   |                             |
|     |                 | 226:18  editing was done.  The final version, of                                                 |                             |
|     |                 | 226:19  course, did include that material.                                                       |                             |
| 204 | 236:14-236:19   | Curfman 01/24/2006          00:00.41   01:36.36   00:04.26                                       | V3.204                      |
|     |                 | 236:14  Q.  Let me hand you the next                                                             |                             |
|     |                 | 236:15  document, Exhibit 26.  Now, again, this                                                  | Rule 801, 802               |
|     |                 | 236:16  is a series of e-mails, and you see that                                                 |                             |
|     |                 | 236:17  you're on these first two at least on                                                    |                             |