**Curfman G DA 1-24-06 on 5-25-06**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 236:18  Page 1. | | -continued from previous page | | | |
| | | 236:19  A.  Right | | | | | |
| 205 | 237:4 - 237:7 | Curfman 01/24/2006 | 00:00:24 | 01:37:17 | 00:03:45 | | V3.205 |
| | | 237:4  So, let's go to Page 3 of | | | | | |
| | | 237:5  this exhibit, and this is an e-mail that | | | | | |
| | | 237:6  you got a copy of from Caryn Sandrew on | | | | | |
| | | 237:7  behalf of Dr. Drazen.  Do you see that? | | | | | |
| 206 | 237:8 - 237:10 | Curfman 01/24/2006 | 00:00:07 | 01:37:41 | 00:03:21 | | V3.206 |
| | | 237:8  A.  Yes, I do. | | | | | |
| | | 237:9  Q.  And it's, again, to Ms. | | | | | |
| | | 237:10  Prakash of NPR; right? | | | | | |
| 207 | 237:11 - 237:11 | Curfman 01/24/2006 | 00:00:01 | 01:37:48 | 00:03:14 | | V3.207 |
| | | 237:11  A.  Right. | | | | | |
| 208 | 239:15 - 239:21 | Curfman 01/24/2006 | 00:00:16 | 01:37:49 | 00:03:13 | No question | V3.208 |
| | | 239:15  Q.  Let's go down to the very | | | | | |
| | | 239:16  bottom where he says, "It is generally | | | | | |
| | | 239:17  inappropriate to mine a data set for | | | | | |
| | | 239:18  endpoints that were not pre-specified in | | | | | |
| | | 239:19  the research protocol." | | | | | |
| | | 239:20  A.  Yes.  The problem is that in | | | | | |
| | | 239:21  a safety study, that does not apply. | | | | | |
| 209 | 240:14 - 240:21 | Curfman 01/24/2006 | 00:00:17 | 01:38:05 | 00:02:57 | No question | V3.209 |
| | | 240:14  Q.  My focus is, he's making a | | | | | |
| | | 240:15  general observation about whether it is | | | | | |
| | | 240:16  appropriate or not to mine a data set for | | | | | |
| | | 240:17  endpoints that were not prespecified in | | | | | |
| | | 240:18  the research protocol. | | | | | |
| | | 240:19  A.  Except for safety endpoints. | | | | | |
| | | 240:20  Q.  But he doesn't say that, | | | | | |
| | | 240:21  does he? | | | | | |
| 210 | 241:10 - 242:13 | Curfman 01/24/2006 | 00:01:10 | 01:38:22 | 00:02:40 | Rule 801, 802 | V3.210 |
| | | 241:10  Q.  Does he go on to say to the | | | | | |
| | | 241:11  NPR author, "Such a fishing expedition | | | | | |
| | | 241:12  can lead to misleading conclusions, both | | | | | |
| | | 241:13  positive and negative"? | | | | | |
| | | 241:14  A.  They could, but he had never | | | | | |
| | | 241:15  seen this document.  And this is a | | | | | |
| | | 241:16  critical document that no editor or | | | | | |
| | | 241:17  physician would ever overlook, the | | | | | |
| | | 241:18  importance of this document.  These are | | | | | |
| | | 241:19  critical safety endpoints, safety | | | | | |
| | | 241:20  endpoints.  And safety endpoints are | | | | | |
| | | 241:21  often not prespecified in a protocol. | | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | |
|---|---|---|---|---|
| | | 241:22 Q. But, in fact, when he made | | |
| | | 241:23 that observation about how that's | R. 602 | |
| | | 241:24 inappropriate and it's a fishing | R. 611 | |
| | | 242:1 expedition, he was talking about the | R. 801 | |
| | | 242:2 safety endpoints of the VIGOR article, | R. 802 | |
| | | 242:3 was he not, sir? | → Assumes facts not in evidence | |
| | | 242:4 A. He was not -- he was not | | |
| | | 242:5 privy to this document. | | |
| | | 242:6 Q. Was he talking about the | | |
| | | 242:7 safety endpoints of the VIGOR article | | |
| | | 242:8 when he said that "It is generally | | |
| | | 242:9 inappropriate to mine a data set for | | |
| | | 242:10 endpoints that were not pre-specified to | | |
| | | 242:11 the research protocol. Such a fishing | | |
| | | 242:12 expedition can lead to misleading | | |
| | | 242:13 conclusions, both positive and negative"? | | |
| 211 | 242:17-242:23 | Curfman 01/24/2006   00:00:12   01:39:32   00:01:30 | | V3 211 |
| | | 242:17 A. It's not clear from this. | R. 801 & 802 | |
| | | 242:18 It's a new paragraph. | Hearsay | |
| | | 242:19 Q. The entire subject of the | → | |
| | | 242:20 NPR article was the safety endpoints -- | | |
| | | 242:21 A. The words don't say that. | | |
| | | 242:22       MR. BECK: No more | | |
| | | 242:23 questions. | | |
| 212 | 325:6-325:7 | Curfman 01/24/2006   00:00:04   01:39:44   00:01:18 | → Sidebar | V3 212 |
| | | 325:6       MR. BECK: I'm going to ask | | Withdrawn by △ |
| | | 325:7 one question, and if it's not | | |
| 213 | 325:19-326:17 | Curfman 01/24/2006   00:01:11   01:39:48   00:01:14 | | V3 213 |
| | | 325:19 Q. My question, whether you | Argumentative | |
| | | 325:20 choose to answer it or not, sir, is, you | Improper compound question | |
| | | 325:21 testified about various matters that you | Mistates testimony | |
| | | 325:22 said you could not understand concerning | | |
| | | 325:23 the prespecified cutoff date and the | | |
| | | 325:24 rationale for it. Did you make any | | |
| | | 326:1 effort to look at what the authors said | | |
| | | 326:2 and their response to the Expression of | | |
| | | 326:3 Concern to understand their reasoning for | | |
| | | 326:4 using the prespecified cutoff date? | | |
| | | 326:5 A. Well, we will be looking | | |
| | | 326:6 very carefully at their responses to that | | |
| | | 326:7 question to see if we learn any new | | |
| | | 326:8 information. So far, as of today, we | | |
| | | 326:9 haven't learned any new information. But | | |
| | | 326:10 we will be looking very, very carefully | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 326: 11 | at that crucial point to see what their | | | | | |
| | | 326: 12 | response is | | | | | |
| | | 326: 13 | Q. So, in terms of your | | Asked and answered | | | |
| | | 326: 14 | testimony about what you cannot | | | | | |
| | | 326: 15 | understand, you haven't tried to take | | | | | |
| | | 326: 16 | into account yet the responses of the | | | | | |
| | | 326: 17 | authors; is that right? | | | | | |
| 214 | 326:22 - 326:23 | Curfman 01/24/2006 | | 00:00:01 | 01.40:59 | 00.00.03 | | V3.214 |
| | | 326: 22 | THE WITNESS: You said one | | | | | |
| | | 326: 23 | question. | | | | | |

Play Time for this Script:   **01:41:02**

Curfman G DA 1-24-06 on 5-25-06

Total time for all Scripts in this report:   01:41:02