UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

**PLAINTIFF'S REPLY TO OPPOSITION OF MERCK TO MOTION IN LIMINE TO PRECLUDE DEFENDANT MERCK FROM REFERRING TO MR. BARNETT'S LEFT ANTERIOR DESCENDING CORONARY ARTERY AS A "WIDOW-MAKER"**

*(Plaintiff's Motion in Limine No. 2)*

COMES NOW, Plaintiff Gerald Barnett, by and through his undersigned counsel, and hereby urges the Court to preclude use of the term "widow-maker" in reference to the left anterior descending artery (LAD) during the trial of this case:

In its opposition, Merck argues that Plaintiff does not dispute that the term "widow-maker" is relevant. Actually, Plaintiff's motion does dispute the relevance of the term. "This term adds nothing to the jury's understanding of the medical issues in this case …" Motion page 2. "Just because Mr. Barnett had stenosis of the LAD *after* his heart attack does not prove that he would have had a heart attack regardless of his use of Vioxx, nor does it disprove that Vioxx caused his heart attack." Motion page 3.

1

Merck's arguments relating to relevance are patently meritless. Merck contends that the term "widow-maker" is a phrase widely used, and notes that an internet Google search for "widowmaker" and "heart attack" produced 951 hits, and "widow-maker" and "heart attack" produced 601 hits, and thus 'widow-maker is 'common nomenclature.' Merck argues that this term is descriptive of the risks and "has independent evidentiary significance" and that it is "a helpful metaphor."

Similarly, an Internet Google search for "Merck" and "evil corporation" produced 474 hits, while "Vioxx" and "killer drug" rendered 5,450 hits. Using Merck's logic, "evil corporation" would be a descriptive and helpful term for Merck, and "killer drug" an acceptable use of common nomenclature for Vioxx.

Merck argues that the term widow-maker "demonstrates to the jury in a tangible way how serious Mr. Barnett's pre-existing condition is" and that it "places in stark relief Plaintiff's failure to rule out other causes of his injuries." Likewise, if Plaintiff's experts were to refer to Merck as a "widow-maker" it would demonstrate to the jury in a tangible way how serious Merck's corporate misconduct is. It would also place in stark relief Merck's failure to warn the public. But it still would not make use of the term appropriate by either the Plaintiff or the Defendant.

The Court should exclude this confusing and misleading term just as it did in the *Plunkett* case. There the Court granted this same motion, indicating, "Doctors should use medical terms and not slang. 403." Order November 18, 2005.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order precluding Merck from referring to Mr. Barnett's LAD as a "widow-maker."

Date:  June 23, 2006

Respectfully submitted,

By: /s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California  92660
Telephone:  (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

3

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1371

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

4

Arnold Levin, Esq.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106-3875
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663

Gerald E. Meunier
Gainesburgh Benjamin David Meunier & Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Christopher V. Tisi Esq.
ASHCRAFT & GEREL
2000 L Street, NW, Suite 400
Washington, DC 20036-4914
Telephone:  (202) 783-6400
Facsimile:  (307) 733-0028

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of June, 2006.

*[signature]*

MARK P. ROBINSON, JR.
State Bar No. 054426
Attorney for Plaintiff
Robinson, Calcagnie & Robinson