Curfman G DA 1-24-06 on 5-25-06

| # | Range | Deposition | | | | | Notes | V# |
|---|---|---|---|---|---|---|---|---|
| 72 | 87:6-88:2 | Curfman 01/24/2006 | 00:00:44 | 00:35:21 | 01:05:41 | | π: → R. 611 - all leading questions. | V3.72 |

87: 6    Q. And then you're copied on
87: 7    this December 7th 6:00 p.m. e-mail;
87: 8    right?
87: 9    A. Yes.
87: 10   Q. Dr. Drazen, the
87: 11   editor-in-chief is also copied, correct?
87: 12   A. Correct.
87: 13   Q. Then the subject, what does
87: 14   the subject line read?
87: 15   A. "Probable Early Release
87: 16   Tomorrow P.M.," is that what you're
87: 17   referring to?
87: 18   Q. Yes. Underneath where it
87: 19   says "Probable Early Release Tomorrow
87: 20   P.M.," there's a line that says
87: 21   "Importance," and what did Mr. Campion
87: 22   say was the importance of this e-mail?
87: 23   A. It says "High."
87: 24   Q. Then the e-mail says,
88: 1    "Steve." Who would that be? Is that
88: 2    Steve Morrissey?

| 73 | 88:4-88:5 | Curfman 01/24/2006 | | 0 | 00:36:05 | 01:04:57 | | V3.73 |

88: 4           THE WITNESS: That would
88: 5    probably be Dr. Morrissey, yes.

| 74 | 88:7-89:3 | Curfman 01/24/2006 | 00:00:52 | 00:36:05 | 01:04:57 | | π: R.801 & 802 - hearsay | V3.74 |

88: 7    Q. "Steve wants us to know
88: 8    that we need to get ready to post as an
88: 9    early release the Expression of Concern
88: 10   that is scheduled for the editorial pages
88: 11   of the December 29th issue."
88: 12          Let me ask you first, as of    π: R. 611 - leading question
88: 13   December 7 at 6 p.m., in fact, the
88: 14   Expression of Concern had been scheduled
88: 15   to be printed on December 29th with the
88: 16   regular edition of the journal, right?
88: 17   A. Yes.
88: 18   Q. And then it says, "The         π: R. 801 & 802 - hearsay
88: 19   reason," that's the reason for this early
88: 20   release, right?
88: 21   A. Right.
88: 22   Q. "The reason is that
88: 23   tomorrow's testimony in the Vioxx trial
88: 24   may involve part of a deposition that
89: 1    Greg gave about the NEJM and the VIGOR

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 89: 2 | trial." "Greg" is you; right? | | | | |
| | | 89: 3 | A. That's right. | | | | |
| 75 | 89:4 - 89:16 | Curfman 01/24/2006 | | 00:00:31 | 00:36:57 | 01:04:05 | V3.75 |

89: 4   Q. And then it says, "If so,
89: 5   there will be press attention, and we
89: 6   want the press to know about the official
89: 7   NEJM statement. That is being laid out
89: 8   and needs to be ready to go" on the
89: 9   website "as an early release." Right?
89: 10  A. Correct.
89: 11  Q. "Steve or Greg or I will
89: 12  let you know when it's time to go.
89: 13  Things in a trial can always get pushed
89: 14  back a day or two, so we cannot yet be
89: 15  positive." Right?
89: 16  A. Uh-huh.

Π: R. 801 & 802 – hearsay

Π: R. 801 & 802 – hearsay

| 76 | 89:20 - 90:15 | Curfman 01/24/2006 | 00:00:56 | 00:37:28 | 01:03:34 | V3.76 |

89: 20  Q. And that's what you were
89: 21  told on December 7, 6:00 p.m.; correct?
89: 22  A. Right.
89: 23  Q. Then earlier you said that
89: 24  you were surprised at the press reaction
90: 1   to the –
90: 2   A. Yes.
90: 3   Q. – Expression of Concern?
90: 4   A. Yes, I was.
90: 5   Q. Do you see the last line, it
90: 6   says, "It will be essential to notify the
90: 7   press and make it prominent on the press
90: 8   site"? Do you see that?
90: 9   A. Yes, I do.
90: 10  Q. Now, how is it that you and
90: 11  your colleagues at the New England
90: 12  Journal of Medicine knew that the
90: 13  plaintiffs' lawyers were hoping to play
90: 14  your deposition on the next day, December
90: 15  8, as is reflected in this e-mail?

Π: R. 801 & 802 – hearsay

Π: R. 801 & 802 – hearsay

Π: → R. 611 – leading question argumentative

| 77 | 90:19 - 90:22 | Curfman 01/24/2006 | 00:00:05 | 00:38:24 | 01:02:38 | V3.77 |

90: 19   THE WITNESS: I don't – you
90: 20   know, Dr. Campion didn't tell me
90: 21   where he got the information, so,
90: 22   I can't answer that.

✗

| 78 | 90:24 - 92:5 | Curfman 01/24/2006 | 00:01:32 | 00:38:29 | 01:02:33 | V3.78 |

90: 24   Q. Well, do you know who it was

✗

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 91:1 | from the New England Journal of Medicine | | | |
| | | 91:2 | who was gathering information about what | | | |
| | | 91:3 | was expected to be done down there in the | | | |
| | | 91:4 | Houston trial and when it was expected to | | | |
| | | 91:5 | happen? | | | |
| | | 91:6 | A. I don't know who was | | | |
| | | 91:7 | collecting that, no. | | | |
| | | 91:8 | Q. Do you know whether somebody | | | |
| | | 91:9 | at the New England Journal of Medicine | | | |
| | | 91:10 | was in communication with the plaintiffs' | | | |
| | | 91:11 | lawyers to find out what they were | | | |
| | | 91:12 | planning to do each day? | | | |
| | | 91:13 | A. I certainly am not aware of | | | |
| | | 91:14 | that, no. | | | |
| | | 91:15 | Q. Well, did you ever ask Tad | | | |
| | | 91:16 | Campion how he came to know that the | | | |
| | | 91:17 | plaintiffs' lawyers were hoping to play | | | |
| | | 91:18 | your deposition on December 8th? | | | |
| | | 91:19 | A. I didn't ask him, no. I | | | |
| | | 91:20 | received the e-mail, and that was really | | | |
| | | 91:21 | the extent of the communication. | | | |
| | | 91:22 | Q. Did you ever tell any of the | → π: compound question; argumentative | | | |
| | | 91:23 | newspaper or broadcast media folks that | | | |
| | | 91:24 | you gave interviews to that, in fact, the | | | |
| | | 92:1 | reason that you released the Expression | | | |
| | | 92:2 | of Concern on December 8th instead of | | | |
| | | 92:3 | waiting until December 9th was because of | | | |
| | | 92:4 | what you expected was going to happen | | | |
| | | 92:5 | down in the Vioxx trial? | | | |
| 79 | 92:8 - 92:11 | Curfman 01/24/2006 | 00:00:05  00:40:01  01:01:01 | | | V3.79 |
| | | 92:8 | THE WITNESS: I don't recall | | | |
| | | 92:9 | getting that question or giving | | | |
| | | 92:10 | that kind of answer. I don't | | | |
| | | 92:11 | recall. | | | |
| 80 | 92:13 - 92:21 | Curfman 01/24/2006 | 00:00:18  00:40:06  01:00:56 | | | V3.80 |
| | | 92:13 | Q. Did you ever tell anybody | → π: Compound question; assumes facts not in evidence; argumentative | | | |
| | | 92:14 | that the reason that you released the | | | |
| | | 92:15 | Expression of Concern in the middle of | | | |
| | | 92:16 | the trial in Houston was because you'd | | | |
| | | 92:17 | been told that they were planning on | | | |
| | | 92:18 | playing your testimony, and you wanted to | | | |
| | | 92:19 | coordinate the release of the Expression | | | |
| | | 92:20 | of Concern with the playing of your | | | |
| | | 92:21 | testimony in Houston? | | | |

Curfman G DA 1-24-06 on 5-25-06

| 81 | 93:13 - 93:14 | Curfman 01/24/2006 | 0 | 00:40:24 | 01:00:38 | V3.81 |

93: 13        THE WITNESS: Could you
93: 14        repeat the question?

| 82 | 93:16 - 94:1 | Curfman 01/24/2006 | 00:00:19 | 00:40:24 | 01:00:38 | V3.82 |

93: 16    Q. Sure.
93: 17            Did you ever tell anybody
93: 18    that the reason you released the
93: 19    Expression of Concern in the middle of
93: 20    the trial in Houston was because you'd
93: 21    been told that they were planning on
93: 22    playing your testimony, and you wanted to
93: 23    coordinate the release of the Expression
93: 24    of Concern with the playing of your
94: 1     testimony down in Houston?

→ π: compound question
   assumes facts not in evidence
   argumentative

| 83 | 94:5 - 95:4 | Curfman 01/24/2006 | 00:00:59 | 00:40:43 | 01:00:19 | V3.83 |

94: 5         THE WITNESS: Well, I
94: 6     can't -- I can't imagine that I
94: 7     would have said that because Dr.
94: 8     Campion articulates very precisely
94: 9     in his e-mail what the issue was
94: 10    with respect to my testimony. And
94: 11    the issue with respect to my
94: 12    testimony was that my testimony
94: 13    consisted, as it does today, with
94: 14    a series of questions and answers.
94: 15    And I did the best that I could in
94: 16    that deposition of November 21st
94: 17    to answer the questions. But it
94: 18    was not a written, an official
94: 19    written statement of the journal.
94: 20    It was testimony, it was oral
94: 21    testimony.
94: 22        We believed that in order to
94: 23    make sure that the Expression of
94: 24    Concern was clearly understood by
95: 1     those who would be interested in
95: 2     the public, that we needed to have
95: 3     our official statement out before
95: 4     the deposition was played.

| 84 | 96:4 - 96:8 | Curfman 01/24/2006 | 00:00:12 | 00:41:42 | 00:59:20 | V3.84 |

96: 4    Q. Well, do you now admit that
96: 5    the timing of the release of the
96: 6    Expression of Concern was, in fact,
96: 7    dictated by what was happening down in

→ π: R.611: Leading question. Dr. Curfman
   is a 3rd party not an adverse witness.
   Argumentative

Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 96: 8 | the Houston trial? |  |  |  |
| 85 | 96:11-96:19 | Curfman 01/24/2006 | 00:00:17 00:41:54 00:59:08 |  |  | V3.85 |
|  |  | 96: 11 | THE WITNESS: Well, that's |  |  |  |
|  |  | 96: 12 | not what -- as I just said, as far |  |  |  |
|  |  | 96: 13 | as the trial is concerned, I was |  |  |  |
|  |  | 96: 14 | not following the trial closely. |  |  |  |
|  |  | 96: 15 | The issue was my personal |  |  |  |
|  |  | 96: 16 | testimony and when that would be |  |  |  |
|  |  | 96: 17 | played and how that might be |  |  |  |
|  |  | 96: 18 | interpreted or misinterpreted by |  |  |  |
|  |  | 96: 19 | members of the media. |  |  |  |
| 86 | 96:24-97:8 | Curfman 01/24/2006 | 00:00:16 00:42:11 00:58:51 |  |  | V3.86 |
|  |  | 96: 24 | THE WITNESS: So, yeah, it's |  |  |  |
|  |  | 97: 1 | not a matter of admitting to |  |  |  |
|  |  | 97: 2 | anything. It's what I have just |  |  |  |
|  |  | 97: 3 | said and said a moment ago. I |  |  |  |
|  |  | 97: 4 | think the explanation is quite |  |  |  |
|  |  | 97: 5 | clear and coherent, and that's my |  |  |  |
|  |  | 97: 6 | answer to your question. I can't |  |  |  |
|  |  | 97: 7 | really say any more about it than |  |  |  |
|  |  | 97: 8 | that. |  |  |  |
| 87 | 97:10-97:14 | Curfman 01/24/2006 | 00:00:10 00:42:27 00:58:35 |  |  | V3.87 |
|  |  | 97: 10 | Q   Well, do you remember | π: mistates Dr. Curfman's testimony |  |  |
|  |  | 97: 11 | earlier this morning saying that the |  |  |  |
|  |  | 97: 12 | Expression of Concern, the timing of its |  |  |  |
|  |  | 97: 13 | release had nothing to do with what was |  |  |  |
|  |  | 97: 14 | going on in the trial in Houston? |  |  |  |
| 88 | 97:16-98:1 | Curfman 01/24/2006 | 00:00:19 00:42:37 00:58:25 |  |  | V3.88 |
|  |  | 97: 16 | THE WITNESS: Well, what I |  |  |  |
|  |  | 97: 17 | recall is that you asked, you |  |  |  |
|  |  | 97: 18 | know, did it have something to do |  |  |  |
|  |  | 97: 19 | with the trial. And it did have |  |  |  |
|  |  | 97: 20 | something to do with my testimony. |  |  |  |
|  |  | 97: 21 | But it turned out that my |  |  |  |
|  |  | 97: 22 | testimony was not part of the |  |  |  |
|  |  | 97: 23 | trial at all anyway. It never was |  |  |  |
|  |  | 97: 24 | played, and, therefore, was not |  |  |  |
|  |  | 98: 1 | part of the trial. |  |  |  |
| 89 | 98:3-98:18 | Curfman 01/24/2006 | 00:00:37 00:42:56 00:58:06 |  |  | V3.89 |
|  |  | 98: 3 | Q   But you released the | π: R 611: Leading questions argumentative |  |  |
|  |  | 98: 4 | Expression of Concern early anyway -- |  |  |  |
|  |  | 98: 5 | A   Yes, we did. |  |  |  |
|  |  | 98: 6 | Q   -- even though there was no |  |  |  |
|  |  | 98: 7 | need to in order to have the record |  |  |  |