| | | |
|---|---|---|
| 98: 8 | straight concerning your deposition; | |
| 98: 9 | right? | |
| 98: 10 | A. Yes. But we were prepared, | |
| 98: 11 | and as I explained to you, according to | |
| 98: 12 | the uniform requirements, and that's an | |
| 98: 13 | important word, "requirements," of the | |
| 98: 14 | International Committee of Medical | |
| 98: 15 | Journal Editors, this is what was | |
| 98: 16 | expected of us as editors. We had the | |
| 98: 17 | information put together, and we released | |
| 98: 18 | it. | |

| 90 | 99:16-100:15 | Curfman 01/24/2006 | 00:01:27 00:43:33 00:57:29 | V3.90 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 99: 16 | Q. Dr. Curfman, is it your | → π: Rule Cell. Leading question. Dr. Curfman is not adverse witness but 3rd party. |
| 99: 17 | testimony that the New England Journal of | |
| 99: 18 | Medicine did not do anything out of the | |
| 99: 19 | ordinary in terms of press relations with | |
| 99: 20 | the Expression of Concern concerning the | |
| 99: 21 | VIGOR article compared to what it did | |
| 99: 22 | with those other two Expressions of | |
| 99: 23 | Concern you mentioned? | |
| 99: 24 | A. Well, in fact, one of those | |
| 100: 1 | three Expressions of Concern was released | |
| 100: 2 | last Friday, and there was some media | |
| 100: 3 | attention given to that Expression of | |
| 100: 4 | Concern as well. So, the first one that | |
| 100: 5 | we released back in 2002, my | |
| 100: 6 | recollection, did not generate as much | |
| 100: 7 | media attention. | |
| 100: 8 | Q. Looking still at Exhibit 8, | → π: R. 801 & 802 - Hearsay |
| 100: 9 | we were looking at the bottom of the | |
| 100: 10 | three e-mails, which would have been the | |
| 100: 11 | earliest. If you look up to the middle | |
| 100: 12 | one, you see that that's from Dr. Drazen | |
| 100: 13 | at 6:57 a.m. on December 8th to several | |
| 100: 14 | people, including you? | |
| 100: 15 | A. Right. | |

| 91 | 100:20 -101:5 | Curfman 01/24/2006 | 00:00:22 00:45:00 00:56:02 | V3.91 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 100: 20 | Q. And Dr. Drazen says "All," I | → π: R. 801 & 802 - Hearsay |
| 100: 21 | guess that means to everybody whose name | |
| 100: 22 | appears on the e-mail, right? | |
| 100: 23 | A. Right. | |
| 100: 24 | Q. And he says, "I think it | |
| 101: 1 | would make sense for me to contact" and | |
| 101: 2 | then there's a name I can't pronounce. | |
| 101: 3 | Can you pronounce that name? | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 101:4   A.  Yes.  Her name is Snigdha<br>101:5   Prakash. | | | | | |
| 92 | 101:14-101:20 | Curfman 01/24/2006   00:00:17  00:45:22  00:55:40 | | | | | V3.92 |
| | | 101:14   Q.  Who is Snigdha Prakash, and<br>101:15   how did you learn how to pronounce that →<br>101:16   name so well?<br>101:17   A.  Snigdha Prakash is a<br>101:18   reporter for National Public Radio.<br>101:19   Q.  She follows the Vioxx<br>101:20   litigation? | | π: Compound question<br>harassing witness | | | | |
| 93 | 101:22-101:24 | Curfman 01/24/2006   00:00:02  00:45:39  00:55:23 | | | | | V3.93 |
| | | 101:22   THE WITNESS:  I think she<br>101:23   follows a lot of things.  She<br>101:24   probably follows that too, yes. | | | | | |
| 94 | 102:2-102:4 | Curfman 01/24/2006   00:00:05  00:45:41  00:55:21 | | | | | V3.94 |
| | | 102:2   Q.  Well, as you know, it's not<br>102:3   just probably.  You know that she follows<br>102:4   it quite closely, don't you? | | → π: R.611 - leading question.<br>argumentative | | | | |
| 95 | 102:9-102:11 | Curfman 01/24/2006   00:00:03  00:45:46  00:55:16 | | | | | V3.95 |
| | | 102:9   THE WITNESS:  She's done<br>102:10   stories on NPR about the<br>102:11   litigation, yes. | | | | | |
| 96 | 102:13-102:16 | Curfman 01/24/2006   00:00:06  00:45:49  00:55:13 | | | | | V3.96 |
| | | 102:13   Q.  And she's quoted people from<br>102:14   the New England Journal of Medicine about →<br>102:15   the litigation, hasn't she?<br>102:16   A.  I believe she has. | | π: R.611 - leading question. | | | | |
| 97 | 102:24-103:13 | Curfman 01/24/2006   00:00:27  00:45:55  00:55:07 | | | | | V3.97 |
| | | 102:24   Q.  In any event, here is the<br>103:1   editor-in-chief asking whether it makes<br>103:2   sense in connection with the probable<br>103:3   early release of the Expression of<br>103:4   Concern to contact this reporter from<br>103:5   National Public Radio, right?<br>103:6   A.  Uh-huh.<br>103:7   Q.  And then if we look up to<br>103:8   the next e-mail, you see that that's from<br>103:9   you?<br>103:10  A.  That's right.<br>103:11  Q.  To Dr. Drazen and others;<br>103:12  right?<br>103:13  A.  Correct. | | → R.801 & 802: hearsay | | | | |
| 98 | 103:15-104:1 | Curfman 01/24/2006   00:00:24  00:46:22  00:54:40 | | | | | V3.98 |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | 103: 15 | Read what you said in your |   |   |   |
|   |   | 103: 16 | e-mail back to Dr. Drazen about |   |   |   |
|   |   | 103: 17 | contacting the NPR reporter in connection |   |   |   |
|   |   | 103: 18 | with the early release of the Expression |   |   |   |
|   |   | 103: 19 | of Concern. |   |   |   |
|   |   | 103: 20 | A.  "I have some concerns about |   |   |   |
|   |   | 103: 21 | giving her an exclusive.  Langreth has |   |   |   |
|   |   | 103: 22 | been following the situation closely.  I |   |   |   |
|   |   | 103: 23 | think that maybe both of them could be |   |   |   |
|   |   | 103: 24 | called at the time the media e-mail is |   |   |   |
|   |   | 104: 1 | sent out." |   |   |   |
| 99 | 104:10 -104:16 | Curfman 01/24/2006 | 00:00:21  00:46:46  00:54:16 |   |   | V3.99 |
|   |   | 104: 10 | Q.  Did the New England Journal |   |   |   |
|   |   | 104: 11 | of Medicine send out a media e-mail |   |   |   |
|   |   | 104: 12 | alerting members of the media to the |   |   |   |
|   |   | 104: 13 | Expression of Concern? |   |   |   |
|   |   | 104: 14 | A.  That's our routine for any |   |   |   |
|   |   | 104: 15 | kind of early web release, to inform |   |   |   |
|   |   | 104: 16 | people that it's there, yes. |   |   |   |
| 100 | 108:2 -108:23 | Curfman 01/24/2006 | 00:00:48  00:47:07  00:53:55 |   |   | V3.100 |
|   |   | 108: 2 | Q.  Certainly it's not part of | → T: R. ull - leading question. |   |   |
|   |   | 108: 3 | the regular procedure with Expressions of |   |   |   |
|   |   | 108: 4 | Concern to call up individual members of |   |   |   |
|   |   | 108: 5 | the media and give them exclusive |   |   |   |
|   |   | 108: 6 | interviews, is it? |   |   |   |
|   |   | 108: 7 | A.  Well, we've only done three |   |   |   |
|   |   | 108: 8 | Expressions of Concern since 2002, so, we |   |   |   |
|   |   | 108: 9 | don't have a big track record with these. |   |   |   |
|   |   | 108: 10 | Q.  Your e-mail referred to |   |   |   |
|   |   | 108: 11 | Langreth.  Who's Langreth? |   |   |   |
|   |   | 108: 12 | A.  Robert Langreth is a |   |   |   |
|   |   | 108: 13 | reporter with Forbes magazine. |   |   |   |
|   |   | 108: 14 | Q.  Is he also someone who |   |   |   |
|   |   | 108: 15 | followed the Vioxx litigation closely? |   |   |   |
|   |   | 108: 16 | A.  Well, I learned that he did. |   |   |   |
|   |   | 108: 17 | Yes. |   |   |   |
|   |   | 108: 18 | Q.  In fact, that's what you | → T: R.ull - leading question |   |   |
|   |   | 108: 19 | meant when you said that "Langreth has |   |   |   |
|   |   | 108: 20 | been following the situation closely." |   |   |   |
|   |   | 108: 21 | Isn't that right? |   |   |   |
|   |   | 108: 22 | A.  That's right.  I learned |   |   |   |
|   |   | 108: 23 | that he was. |   |   |   |
| 101 | 110:9 -110:14 | Curfman 01/24/2006 | 00:00:21  00:47:55  00:53:07 |   |   | V3.101 |
|   |   | 110: 9 | Q.  How about Ms. Prakash, did |   |   |   |

Curfman G DA 1-24-06 on 5-25-06

|     |              |                                                                                                  |
|-----|--------------|--------------------------------------------------------------------------------------------------|
|     |              | 110: 10   you give her an interview? <br> 110: 11   A. I believe so. You can <br> 110: 12   probably show me — I think I did. I <br> 110: 13   think so. Yes, I think I did. I think <br> 110: 14   that may have been on the second day. |
| 102 | 110:19-110:22 | Curfman 01/24/2006           00:00:22  00:48:16  00:52:46                        V3.102 <br> 110:19  Q. When did you tell the <br> 110:20  authors of the VIGOR manuscript that you <br> 110:21  intended to release the Expression of <br> 110:22  Concern earlier than December 29th? <br><br> TT: Omits Answer. <br> Withdrawn by △ |
| 103 | 111:8-111:24 | Curfman 01/24/2006           00:00:53  00:48:38  00:52:24                        V3.103 <br> 111: 8   Q. Did you personally tell Dr. <br> 111: 9   Bombardier that you were going to have an <br> 111: 10  early release of the Expression of <br> 111: 11  Concern rather than wait until December <br> 111: 12  29th? <br> 111: 13  A. I don't recall personally <br> 111: 14  talking with her about that. The <br> 111: 15  conversations that we had, I think, were <br> 111: 16  earlier and went over the fact that we <br> 111: 17  would be releasing this and that we would <br> 111: 18  be sending a series of questions to her <br> 111: 19  that she could respond to at a later time <br> 111: 20  at her leisure. <br> 111: 21  Q. Don't you remember that you <br> 111: 22  told her when you first talked with her <br> 111: 23  that you were scheduling the Expression <br> 111: 24  of Concern for December 29th? <br><br> TT: R.ull – leading question |
| 104 | 112:1-112:10 | Curfman 01/24/2006           00:00:26  00:49:31  00:51:31                        V3.104 <br> 112: 1   A. Well, my colleague, Dr. <br> 112: 2   Morrissey, does all the scheduling for <br> 112: 3   the Journal, and so perhaps he said <br> 112: 4   something, but I don't recall saying <br> 112: 5   anything myself. <br> 112: 6   Q. Do you recall when it was <br> 112: 7   that the New England Journal of Medicine <br> 112: 8   notified Dr. Bombardier — and what's the <br> 112: 9   correct pronunciation of her name? <br> 112: 10  A. That would be Bombardier. |
| 105 | 112:13-113:11 | Curfman 01/24/2006           00:01:06  00:49:57  00:51:05                        V3.105 <br> 112: 13  Q. Do you recall when it was <br> 112: 14  that the New England Journal of Medicine <br> 112: 15  notified Dr. Bombardier that the <br> 112: 16  Expression of Concern was going to be |

Curfman G DA 1-24-06 on 5-25-06

|     |               |                                                                                                                                                                                                                                                                                                                                  |
| --- | ------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |               | 112:17 subject to this early release on December <br> 112:18 8, 2005? <br> 112:19 A. I don't recall. <br> 112:20 Q. Do you recall whether they <br> 112:21 gave her more than three hours' notice, <br> 112:22 "they" being the New England Journal of <br> 112:23 Medicine, that this thing was going to be <br> 112:24 released early? <br> 113:1 A. I don't know. <br> 113:2 Q. Do you remember that when <br> 113:3 Merck learned of your plans for an early <br> 113:4 release on December 8 that Merck asked <br> 113:5 you to consider some information to <br> 113:6 perhaps include in the Expression of <br> 113:7 Concern?     → π: R. 801 ¢ 802 – Hearsay <br> 113:8 A. If you have a document that <br> 113:9 you can show me, that might jog my <br> 113:10 memory, but I am a little foggy about <br> 113:11 that. |
| 106 | 114:4 -114:5  | Curfman 01/24/2006    00:00:01   00:51:03   00:49:59                                           V3.106 <br> 114:4  MR. BECK: I'm now handing <br> 114:5  you what I've marked as Exhibit 9. |
| 107 | 114:14 -114:16 | Curfman 01/24/2006    00:00:05   00:51:04   00:49:58                                           V3.107 <br> 114:14 Q. This is another e-mail <br> 114:15 string; correct?     → π: R. 801 ¢ 802 – Hearsay <br> 114:16 A. Right. |
| 108 | 114:22 -114:24 | Curfman 01/24/2006    00:00:10   00:51:09   00:49:53                                           V3.108 <br> 114:22 Q. And there's an e-mail to you <br> 114:23 and Dr. Morrissey; right? <br> 114:24 A. Right. |
| 109 | 115:1 -115:4  | Curfman 01/24/2006    00:00:13   00:51:19   00:49:43                                           V3.109 <br> 115:1 Q. And he is basically <br> 115:2 attaching an e-mail that he got from a     → π: R. 801 ¢ 802 – hearsay <br> 115:3 lawyer for Merck; right? <br> 115:4 A. Mr. Fitzpatrick. |
| 110 | 115:8 -115:21 | Curfman 01/24/2006    00:00:30   00:51:32   00:49:30                                           V3.110 <br> 115:8 Q. And then there are some — <br> 115:9 he says, "Paul," that's Mr. Shaw, "Please    π: <br> 115:10 see the points below concerning the     → R. 801 ¢ 802 : Hearsay <br> 115:11 proposed editorial," and then there's <br> 115:12 three points made. And without going <br> 115:13 through each one in detail, do you now <br> 115:14 remember — <br> 115:15 A. Yes, I now remember. Thank |