Curfman G DA 1-24-06 on 5-25-06

|     |               | 115: 16 | you. | | | | |
|-----|---------------|---------|------|--|--|--|--|
|     |               | 115: 17 | Q. -- that, in fact, Merck | | | | |
|     |               | 115: 18 | did ask you to consider some points | | | | |
|     |               | 115: 19 | before you released -- made the early | | | | |
|     |               | 115: 20 | release of the Expression of Concern? | | | | |
|     |               | 115: 21 | A. Yes. | | | | |
| 111 | 116:12-116:18 | Curfman 01/24/2006 | | 00:00:12 | 00:52:02 | 00:49:00 | V3.111 |
|     |               | 116: 12 | Q. You say that you've | | | | |
|     |               | 116: 13 | considered these points? | | | | |
|     |               | 116: 14 | A. Well, I read the points, | | | | |
|     |               | 116: 15 | yes. | | | | |
|     |               | 116: 16 | Q. Do you see that you received | | | | |
|     |               | 116: 17 | this e-mail from Mr. Shaw at 2:59 p.m.? | | | | |
|     |               | 116: 18 | A. Uh-huh. | | | | |
| 112 | 117:13-117:14 | Curfman 01/24/2006 | | 00:00:02 | 00:52:14 | 00:48:48 | V3.112 |
|     |               | 117: 13 | Q. I'm handing you what we've | | | | |
|     |               | 117: 14 | marked as Exhibit 10. | | | | |
| 113 | 117:17-118:6  | Curfman 01/24/2006 | | 00:00:32 | 00:52:16 | 00:48:46 | V3.113 |
|     |               | 117: 17 | Q. This is an e-mail -- let me | | | | |
|     |               | 117: 18 | state that your name is not on this one. | | | | |
|     |               | 117: 19 | A. Right. | | | | |
|     |               | 117: 20 | Q. -- from Karen Pedersen. | | | | |
|     |               | 117: 21 | That's the in-house, I think you had | | | | |
|     |               | 117: 22 | something other than PR person, right? | | | | |
|     |               | 117: 23 | A. Media relations. | | | | |
|     |               | 117: 24 | Q. Media relations? | | | | |
|     |               | 118: 1  | A. Media relations specialist. | | | | |
|     |               | 118: 2  | Q. So, the media relations | | | | |
|     |               | 118: 3  | specialist is sending it to the outside | | | | |
|     |               | 118: 4  | PR person's, "Subject: For talking | | | | |
|     |               | 118: 5  | points," Do you see that? | | | | |
|     |               | 118: 6  | A. Right. | | | | |

→ π: R. 801 & 802 - Hearsay

| 114 | 119:16-120:6 | Curfman 01/24/2006 | | 00:00:42 | 00:52:48 | 00:48:14 | V3.114 |
|-----|--------------|--------------------|--|----------|----------|----------|--------|
|     |              | 119: 16 | Q. Then at the bottom, it says, | | | | |
|     |              | 119: 17 | "Also, Paul Shaw called and said the | | | | |
|     |              | 119: 18 | Merck attorney (Fitzpatrick) who | | | | |
|     |              | 119: 19 | cross-examined Greg e-mailed him saying | | | | |
|     |              | 119: 20 | he knows we're releasing a statement at 3 | | | | |
|     |              | 119: 21 | and he wants to send some information for | | | | |
|     |              | 119: 22 | us to consider including in the | | | | |
|     |              | 119: 23 | statement, which we're not going to do, | | | | |
|     |              | 119: 24 | regardless of what it says, of course." | | | | |
|     |              | 120: 1  | Did you talk with Karen | | | | |
|     |              | 120: 2  | Pedersen about this subject and about | | | | |

π: R. 801 & 802 - Hearsay

π: compound question

Curfman G DA 1-24-06 on 5-25-06

| | | |
|---|---|---|
| 120:3 | whether you would refuse to consider the | |
| 120:4 | information regardless of what it said? | |
| 120:5 | A. I don't recall talking with | |
| 120:6 | Karen Pedersen about this, but as I | |

| 115 | 121:6-122:8 | Curfman 01/24/2006    00:01:34   00:53:30   00:47:32 | V3.115 |
|---|---|---|---|

121:6 Q. You mentioned before the
121:7 standards for -- that you say you
121:8 followed, and I think you said they were
121:9 the standards of some organization?
121:10 A. The International Committee
121:11 of Medical Journal Editors. We sometimes
121:12 call it the ICMJE.
121:13 Q. They have standards that
121:14 you're supposed to follow in connection
121:15 with things like Expressions of Concern?
121:16 A. Well, the uniform
121:17 requirements is a fairly lengthy
121:18 document, the uniform requirements for
121:19 the preparation of manuscripts, and it's
121:20 a document that deals with guidelines
121:21 about a whole range of issues relating to
121:22 medical publication. So, I believe --
121:23 it's probably about a 25 or 30-page
121:24 document. It's contained on the website.
122:1 And among other things, it does deal with
122:2 retractions and Expressions of Concern.
122:3 That is one part of a much larger
122:4 document.

| 122:5 | Q. So, the answer is yes; they | π: Asked + answered |
| 122:6 | do have standards on Expressions of | argumentative |
| 122:7 | Concern? | |
| 122:8 | A. Yes, that's right. | |

| 116 | 122:22-123:1 | Curfman 01/24/2006    00:00:12   00:55:04   00:45:58 | V3.116 |
|---|---|---|---|

| 122:22 | Do you recognize this as a |
| 122:23 | printout of the ICMJE standards that you |
| 122:24 | were referring to? |
| 123:1 | A. Right. |

| 117 | 123:16-123:24 | Curfman 01/24/2006    00:00:21   00:55:16   00:45:46 | V3.117 |
|---|---|---|---|

123:16 Q. And I just want to take a
123:17 few minutes walking you through some of
123:18 these.
123:19 The first sentence says,
123:20 "Editors must assume initially that
123:21 authors are reporting work based on

Curfman G DA 1-24-06 on 5-25-06

|     |                 |                                                                                                        |        |
|-----|-----------------|--------------------------------------------------------------------------------------------------------|--------|
|     |                 | 123: 22   honest observations." You agree that                                                          |        |
|     |                 | 123: 23   that's appropriate; right?                                                                    |        |
|     |                 | 123: 24   A.  Yes, indeed.                                                                              |        |
| 118 | 125:15-125:24   | Curfman 01/24/2006            00:00:24   00:55:37   00:45:25                                            | V3.118 |
|     |                 | 125: 15             Continuing on then with that                                                        |        |
|     |                 | 125: 16   paragraph, it says, "If substantial                                                           |        |
|     |                 | 125: 17   doubts arise about the honesty or                                                             |        |
|     |                 | 125: 18   integrity of work, either submitted or                                                        |        |
|     |                 | 125: 19   published, it is the editor's                                                                 |        |
|     |                 | 125: 20   responsibility to ensure that the                                                             |        |
|     |                 | 125: 21   question is appropriately pursued,                                                            |        |
|     |                 | 125: 22   usually by the authors' sponsoring                                                            |        |
|     |                 | 125: 23   institution."  Right?                                                                         |        |
|     |                 | 125: 24   A.  Yes.                                                                                      |        |
| 119 | 126:11-127:1    | Curfman 01/24/2006            00:00:38   00:56:01   00:45:01                                            | V3.119 |
|     |                 | 126: 11   Q.  So, this procedure says then                                                              |        |
|     |                 | 126: 12   it's the editors, that would be the New                                                       |        |
|     |                 | 126: 13   England Journal's editors' --                                                                 |        |
|     |                 | 126: 14   A.  Right.                                                                                    |        |
|     |                 | 126: 15   Q.  -- "responsibility to ensure                                                              |        |
|     |                 | 126: 16   that the question is appropriately                                                            |        |
|     |                 | 126: 17   pursued, usually by the authors'                                                              |        |
|     |                 | 126: 18   sponsoring institution."  So, in the case                                                     |        |
|     |                 | 126: 19   of Dr. Bombardier, for example, who would                                                     |        |
|     |                 | 126: 20   the sponsoring institution be?                                                                |        |
|     |                 | 126: 21   A.  Her university in Toronto.                                                                |        |
|     |                 | 126: 22   Q.  But you did not follow the                                                                |        |
|     |                 | 126: 23   procedure of referring this matter to her                                                     |        |
|     |                 | 126: 24   university to pursue in the first                                                             |        |
|     |                 | 127: 1    instance, did you?                                                                            |        |
| 120 | 127:17-127:19   | Curfman 01/24/2006            00:00:03   00:56:39   00:44:23                                            | V3.120 |
|     |                 | 127: 17             THE WITNESS:  We have been                                                          |        |
|     |                 | 127: 18   in touch with her superiors at the                                                            |        |
|     |                 | 127: 19   University of Toronto, yes.                                                                   |        |
| 121 | 129:16-129:21   | Curfman 01/24/2006            00:00:18   00:56:42   00:44:20                                            | V3.121 |
|     |                 | 129: 16   Q.  Before you published your                                                                 |        |
|     |                 | 129: 17   conclusions in your Expression of Concern                                                     |        |
|     |                 | 129: 18   on December 8th, did you give the                                                             |        |
|     |                 | 129: 19   university a chance to conduct its own                                                        |        |
|     |                 | 129: 20   investigation?                                                                                |        |
|     |                 | 129: 21   A.  No.                                                                                       |        |
| 122 | 131:10-131:14   | Curfman 01/24/2006            00:00:09   00:57:00   00:44:02                                            | V3.122 |
|     |                 | 131: 10   Q.  Before you published your                                                                 |        |
|     |                 | 131: 11   conclusions in the Expression of Concern,                                                     |        |

Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 131: 12 | did you give any of the authors an |  |  |  |  |
|  |  | 131: 13 | opportunity to respond to what you were |  |  |  |  |
|  |  | 131: 14 | proposing to publish? |  |  |  |  |
| 123 | 131:19-132:1 | Curfman 01/24/2006 | | 00:00:14 | 00:57:09 | 00:43:53 | V3.123 |
|  |  | 131: 19 | THE WITNESS: Yes, we did. |  |  |  |  |
|  |  | 131: 20 | But their response follows the |  |  |  |  |
|  |  | 131: 21 | publication of the Expression of |  |  |  |  |
|  |  | 131: 22 | Concern. But we did discuss with |  |  |  |  |
|  |  | 131: 23 | them before we published it that |  |  |  |  |
|  |  | 131: 24 | they would have an opportunity to |  |  |  |  |
|  |  | 132: 1 | respond. Yes. |  |  |  |  |
| 124 | 132:3-132:18 | Curfman 01/24/2006 | | 00:00:41 | 00:57:23 | 00:43:39 | V3.124 |
|  |  | 132: 3 | Q. Actually, what you told them |  |  |  |  |
|  |  | 132: 4 | before when you first contacted them was |  |  |  |  |
|  |  | 132: 5 | that they would have an opportunity to |  |  |  |  |
|  |  | 132: 6 | comment before you published the |  |  |  |  |
|  |  | 132: 7 | Expression of Concern, isn't that true? |  |  |  |  |
|  |  | 132: 8 | A. I don't — I can't imagine |  |  |  |  |
|  |  | 132: 9 | that's true because that's not the |  |  |  |  |
|  |  | 132: 10 | protocol for an Expression of Concern. |  |  |  |  |
|  |  | 132: 11 | Q. Didn't you tell Dr. |  |  |  |  |
|  |  | 132: 12 | Bombardier that you — didn't you send |  |  |  |  |
|  |  | 132: 13 | her a copy of the draft Expression of |  |  |  |  |
|  |  | 132: 14 | Concern ask her for her comments to be |  |  |  |  |
|  |  | 132: 15 | received in a couple of weeks so that |  |  |  |  |
|  |  | 132: 16 | they could accompany any publication of |  |  |  |  |
|  |  | 132: 17 | the Expression of Concern? |  |  |  |  |
|  |  | 132: 18 | A. No. |  |  |  |  |
| 125 | 133:2-133:15 | Curfman 01/24/2006 | | 00:00:38 | 00:58:04 | 00:42:58 | V3.125 |
|  |  | 133: 2 | Did the New England Journal |  |  |  |  |
|  |  | 133: 3 | of Medicine when it first communicated |  |  |  |  |
|  |  | 133: 4 | with Dr. Bombardier about this, tell her |  |  |  |  |
|  |  | 133: 5 | that you had a draft Expression of |  |  |  |  |
|  |  | 133: 6 | Concern that you were planning on |  |  |  |  |
|  |  | 133: 7 | publishing it on December 29, that you |  |  |  |  |
|  |  | 133: 8 | asked for her comments in response in |  |  |  |  |
|  |  | 133: 9 | advance of December 29th so that they |  |  |  |  |
|  |  | 133: 10 | could be considered in connection with |  |  |  |  |
|  |  | 133: 11 | the publication of the Expression of |  |  |  |  |
|  |  | 133: 12 | Concern? |  |  |  |  |
|  |  | 133: 13 | A. No. Because the response |  |  |  |  |
|  |  | 133: 14 | from the authors is intended to follow |  |  |  |  |
|  |  | 133: 15 | the Expression of Concern. |  |  |  |  |
| 126 | 133:23-134:19 | Curfman 01/24/2006 | | 00:01:38 | 00:58:42 | 00:42:20 | V3.126 |

Handwritten annotations:
- For 124: "TT: R.611 - Leading; R.602 - Lack of foundation" and "TT: Improper Compound Question; R.611 - Leading"
- For 125: "TT: Improper Compound Question"

Curfman G DA 1-24-06 on 5-25-06

| | | |
|---|---|---|
| 133: 23 | Q. | What is Exhibit 12? |
| 133: 24 | | MR. SHAW: If you know. |
| 134: 1 | | THE WITNESS: (Witness |
| 134: 2 | | reviewing document.) |
| 134: 3 | | This is -- on the bottom of |
| 134: 4 | | Page 1 and the top of Page 2 is an |
| 134: 5 | | e-mailed letter that I and Dr. |
| 134: 6 | | Morrissey and Dr. Drazen sent to |
| 134: 7 | | Dr. Bombardier on December 5th |
| 134: 8 | | informing her about the Expression |
| 134: 9 | | of Concern, and I believe we |
| 134: 10 | | attached to this a series of |
| 134: 11 | | questions that we wanted her to |
| 134: 12 | | address in her response. |
| 134: 13 | | And then above that, a |
| 134: 14 | | couple of days later is a response |
| 134: 15 | | saying that she and Dr. Loren |
| 134: 16 | | Laine, who was her co -- |
| 134: 17 | | corresponding author on the VIGOR |
| 134: 18 | | trial, wanted to have a conference |
| 134: 19 | | call. And we then set that up. |

| 127 | 134:21 -135:16 | Curfman 01/24/2006 | 00:00:51 | 01:00:20 | 00:40:42 | | V3.127 |

π: R.801
R.802
Hearsay

| | | |
|---|---|---|
| 134:21 | Q. | Focusing on the e-mail from |
| 134:22 | | you and your colleagues to Dr. |
| 134:23 | | Bombardier -- |
| 134:24 | A. | Yes. |
| 135:1 | Q. | -- the first sentence says |
| 135:2 | | you're writing concerning the VIGOR |
| 135:3 | | study; correct? And then the second |
| 135:4 | | sentence says, "Recently we obtained new |
| 135:5 | | information that has led us to be |
| 135:6 | | concerned about the accuracy of certain |
| 135:7 | | data and conclusions in your article. |
| 135:8 | | The specific points at issue are" |
| 135:9 | | addressed "in the attached Expression of |
| 135:10 | | Concern, which we plan to publish in an |
| 135:11 | | upcoming issue of the Journal." |
| 135:12 | | As of December 5th, 2005, |
| 135:13 | | the plan was to publish this in the |
| 135:14 | | December 29th edition of the Journal; |
| 135:15 | | correct? |
| 135:16 | A. | Yes. |

| 128 | 136:6 -136:14 | Curfman 01/24/2006 | 00:00:20 | 01:01:11 | 00:39:51 | | V3.128 |

| | | |
|---|---|---|
| 136: 6 | Q. | And then in the next |
| 136: 7 | | sentence, you ask her to submit a |