Curfman G DA 1-24-06 on 5-25-06

*– cont. from prev. page*

| | | | | | |
|---|---|---|---|---|---|
| 174: 5 | got a lot of media attention, and you and | | | | |
| 174: 6 | your outside PR people followed the media | | | | |
| 174: 7 | attention pretty closely, didn't you? | | | | |

| 168 | 174:12 -174:13 | Curfman 01/24/2006 | 00:00:01 | 01:20:21 | 00:20:41 | V3.168 |

Π: Interrupts Dr. Curfman

| | |
|---|---|
| 174: 12 | THE WITNESS: No. I |
| 174: 13 | certainly didn't. I mean |

| 169 | 175:1 -175:6 | Curfman 01/24/2006 | 00:00:18 | 01:20:22 | 00:20:40 | V3.169 |

Π: Argumentative Sarcastic

| | |
|---|---|
| 175: 1 | Q. Did the people at the New |
| 175: 2 | England Journal of Medicine monitor at |
| 175: 3 | least the major newspapers to see how |
| 175: 4 | they were reporting on the Expression of |
| 175: 5 | Concern and whether there were any errors |
| 175: 6 | that should be corrected? |

| 170 | 175:9 -175:22 | Curfman 01/24/2006 | 00:00:29 | 01:20:40 | 00:20:22 | V3.170 |

| | |
|---|---|
| 175: 9 | THE WITNESS: Our media |
| 175: 10 | relations specialist always |
| 175: 11 | monitors the news. That's what |
| 175: 12 | her job is. She does that every |
| 175: 13 | day about everything that we |
| 175: 14 | publish to see what the media is |
| 175: 15 | writing about it. That's what her |
| 175: 16 | job is. And part of it is to make |
| 175: 17 | sure that they're reporting |
| 175: 18 | accurately on articles that we |
| 175: 19 | publish, not just the Expression |
| 175: 20 | of Concern. This happens every |
| 175: 21 | day for every article. We get |
| 175: 22 | news updates every day. |

| 171 | 176:16 -177:1 | Curfman 01/24/2006 | 00:00:38 | 01:21:09 | 00:19:53 | V3.171 |

| | |
|---|---|
| 176: 16 | Q. Dr. Curfman, you were quoted |
| 176: 17 | in the Forbes article as saying you were |
| 176: 18 | somewhere between surprised and stunned |
| 176: 19 | that some cardiovascular data that was in |
| 176: 20 | a presubmission draft a draft that was |
| 176: 21 | prepared before it was submitted to the |
| 176: 22 | New England Journal of Medicine, had been |
| 176: 23 | deleted before the draft was submitted |
| 176: 24 | Do you remember that and were you |
| 177: 1 | accurately quoted? |

Rule 611 - Leading question improper Dr. Curfman is an independent 3rd party not an adverse/hostile witness

| 172 | 177:10 -177:24 | Curfman 01/24/2006 | 00:00:46 | 01:21:47 | 00:19:15 | V3.172 |

| | |
|---|---|
| 177: 10 | THE WITNESS: Well I can |
| 177: 11 | tell you what I was somewhere |
| 177: 2 | between surprised and stunned |
| 177: 3 | about, and that was the document |

Curfman G DA 1-24-06 on 5-25-06

177: 14    that was presented to me for the
177: 15    first time on November 21st, 2005,
177: 16    Exhibit 18, among the exhibits on
177: 17    that day, which was an internal
177: 18    memorandum dated July 5th, 2000,
177: 19    which contained an extensive body
177: 20    of data on the cardiovascular
177: 21    adverse events in VIGOR that I had
177: 22    never seen before. And that put
177: 23    me somewhere between surprised and
177: 24    stunned.

Rule 611 - Leading question improper.
Dr. Curfman is an independent
3rd party not an adverse/hostile
witness.

| 173 | 179:22 -180:4 | Curfman 01/24/2006 | 00:00:27 | 01:22:33 | 00:18:29 | V3 173 |

179: 22    My question is, from your
179: 23    review of the materials, are you aware
179: 24    that all of the data that was collected
180: 1    in the July 2000 memorandum and including
180: 2    the tables and the statistical analyses,
180: 3    that all of that was communicated to the
180: 4    FDA in the fall of 2000?

**Rule 602 - Lack of Foundation**

| 174 | 180:8 -180:10 | Curfman 01/24/2006 | 00:00:05 | 01:23:00 | 00:18:02 | V3 174 |

180: 8    THE WITNESS: Yes, I'm
180: 9    aware that it was communicated to
180: 10    the FDA. It was not posted by the

| 175 | 183:2 -183:18 | Curfman 01/24/2006 | 00:00:45 | 01:23:05 | 00:17:57 | V3 175 |

183: 2    Q. How about in the materials
183: 3    communicating the information to the FDA,
183: 4    was there a mention there of a
183: 5    prespecified cutoff date?
183: 6    A. I don't recall. It's a big
183: 7    document, and I'd have to go back through
183: 8    it.
183: 9    Q. How about in the FDA
183: 10    materials prepared by people within the
183: 11    FDA, is there an indication in the FDA
183: 12    materials that this additional
183: 13    information that was transmitted to them
183: 14    in October had come in after a
183: 15    prespecified cutoff date that was used in
183: 16    the VIGOR study?
183: 17    A. Well, I don't know. I don't
183: 18    know about that. What I can tell you is

**Rule 602 - Lack of Foundation**

| 176 | 185:5 -185:12 | Curfman 01/24/2006 | 00:00:24 | 01:23:50 | 00:17:12 | V3 176 |

185: 5    Q. Did you ever look at the
185: 6    Targum memo that we talked about earlier,

Improper compound question.

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 185: 7   that internal FDA memo that analyzes | | | | Improper compound question. |
| | | 185: 8   data? Did you ever look at the Targum | | | | |
| | | 185: 9   memo to see whether it explains that that | | | | |
| | | 185: 10  information that was provided in the fall | | | | |
| | | 185: 11  of 2000 had come in after a prespecified | | | | |
| | | 185: 12  cutoff date for the VIGOR study? | | | | |

| 177 | 185:17 -185:19 | Curfman 01/24/2006 | 00:00:02 | 01 24 14 | 00:16:48 | V3 177 |
|---|---|---|---|---|---|---|
| | | 185: 17   Q.  Did you ever look at the | | | | |
| | | 185: 18   Targum memo to see that? | | | | |
| | | 185: 19   A.  Yes, I did | | | | |

| 178 | 192:10 -193:12 | Curfman 01/24/2006 | 00.01.21 | 01 24 16 | 00.16.46 | V3 178 |
|---|---|---|---|---|---|---|
| | | 192: 10   Q.  Let me turn to another | | | | |
| | | 192: 11   subject that is addressed in your | | | | → Side bar - Counsel testifying. |
| | | 192: 12   Expression of Concern, and that is | | | | |
| | | 192: 13   information that was in a draft before | | | | |
| | | 192: 14   the draft was submitted to the New | | | | |
| | | 192: 15   England Journal of Medicine, but then was | | | | |
| | | 192: 16   taken out in the draft that was submitted | | | | |
| | | 192: 17   to the New England Journal of Medicine. | | | | |
| | | 192: 18       Do you understand what topic | | | | |
| | | 192: 19   I'm talking about? | | | | |
| | | 192: 20   A.  Right | | | | |
| | | 192: 21   Q.  Now, this is not the three | | | | |
| | | 192: 22   MIs, right? | | | | |
| | | 192: 23   A.  No  This has nothing to do | | | | |
| | | 192: 24   with the three MIs | | | | |
| | | 193: 1   Q.  Okay. | | | | Rule 611 - Leading question improper. |
| | | 193: 2       And this has to do with a | | | | Dr. Curfman is an independent |
| | | 193: 3   table that at least the shell or the form | | | | 3rd party not an adverse/hostile |
| | | 193: 4   of the table was in an electronic version | | | | witness. |
| | | 193: 5   of the manuscript that you could see that | | | | |
| | | 193: 6   it had been in the draft before it had | | | | |
| | | 193: 7   been submitted to the New England Journal | | | | |
| | | 193: 8   of Medicine, but that had been taken out | | | | |
| | | 193: 9   before the submission was actually made, | | | | |
| | | 193: 10  is that right? | | | | |
| | | 193: 11  A.  Well, that's part of the | | | | |
| | | 193: 12  story. | | | | |

| 179 | 194:3 -194:7 | Curfman 01/24/2006 | 00.00 12 | 01 25 37 | 00.15 25 | V3 179 |
|---|---|---|---|---|---|---|
| | | 194: 3       Am I correct that the New | | | | |
| | | 194: 4   England Journal of Medicine requested the | | | | |
| | | 194: 5   authors of the VIGOR manuscript to | | | | |
| | | 194: 6   provide an electronic version to the New | | | | |
| | | 194: 7   England Journal? | | | | |

Curfman G DA 1-24-06 on 5-25-06

| 180 | **194:10-194:20** | Curfman 01/24/2006 | 00.00.17 | 01.25.49 | 00.15.13 | V3 180 |

194:10     THE WITNESS: I don't know
194:11    whether we requested it or not
194:12    They did send it. I'd have to --
194:13    you know, you can show me a
194:14    document with a sentence in there,
194:15    but they provided the disk.
194:16  BY MR. BECK:
194:17  Q.  Okay.
194:18     And they provided the disk
194:19  in August of 2000, right?
194:20  A.  Yes

| 181 | **194:23-195:4** | Curfman 01/24/2006 | 00:00:14 | 01.26.06 | 00.14.56 | V3 181 |

194:23  Q.  And when they provided you
194:24  with this disk, the electronic version,
195:1  they gave it to you with a feature called
195:2  track changes that was turned on when
195:3  they gave it to you, right?
195:4  A.  Yes.

→ Improper compound question. Leading.

| 182 | **195:6-195:18** | Curfman 01/24/2006 | 00:00:38 | 01.26.20 | 00.14.42 | V3 182 |

195:6     And this disk, little
195:7  computer disk, had three versions of the
195:8  VIGOR manuscript on it; is that right?
195:9  A.  That's correct.
195:10  Q.  So that you could compare,
195:11  if you wanted to, you know, how the
195:12  versions evolved over time?
195:13  A.  Yes. you could
195:14  Q.  And even within a single
195:15  version with the track changes feature
195:16  turned on, or it's sometimes called a red
195:17  lining feature, are you familiar with
195:18  that term?

→ Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

| 183 | **195:19-195:23** | Curfman 01/24/2006 | 00:00:13 | 01.26.58 | 00.14.04 | V3 183 |

195:19  A.  Sure.
195:20  Q.  And you can see, because the
195:21  computer keeps track of any language or
195:22  tables or data that was taken out during
195:23  the drafting process; correct?

→ Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

| 184 | **196:22-197:3** | Curfman 01/24/2006 | 00:00:18 | 01.27.11 | 00.13.51 | V3 184 |

196:22     With the track changes
196:23  feature turned on, within a single
196:24  version of the manuscript you can see,
197:1  because the computer keeps track of what

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | 197: 2 | language or data is added and what | | | Cont. from previous page. - | |
| | 197: 3 | language or data is taken out, right? | | | Rule 611 - Leading question improper. | |
| | | | | | Dr. Curfman is an independent | |
| 185 | **197:6 -197:6** | Curfman 01/24/2006 | 0 | 01.27.29 | 3rd party, not an adverse/hostile | V3 185 |
| | | 197: 6 | THE WITNESS.  Right | | witness. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 186 | **201:18 -201:24** | Curfman 01/24/2006 | 00.00.17 | 01.27.29 | 00.13.33 | V3 186 |
| | | 201: 18 | Q. And my question is, when you | | | |
| | | 201: 19 | wrote that Expression of Concern focusing | Assumes facts not in evidence | | |
| | | 201: 20 | on the fact that the table was taken out, | | | |
| | | 201: 21 | did you take into account the fact that | | | |
| | | 201: 22 | the authors showed you that when they | | | |
| | | 201: 23 | gave you the electronic version with the | | | |
| | | 201: 24 | track changes feature turned on? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 187 | **202:3 -202:4** | Curfman 01/24/2006 | 00.00.04 | 01.27.46 | 00.13.16 | V3 187 |
| | | 202: 3 | THE WITNESS.  Yes  We took | | | |
| | | 202: 4 | that into consideration  The | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 188 | **204:9 -205:4** | Curfman 01/24/2006 | 00.01.04 | 01.27.50 | 00.13.12 | V3 188 |
| | | 204: 9 | Q.  Now, even though the authors | | | |
| | | 204: 10 | gave you the electronic version with the | Improper compound question. | | |
| | | 204: 11 | track changes turned on back in August of | Leading. | | |
| | | 204: 12 | 2000, am I correct from your Expression | | | |
| | | 204: 13 | of Concern that it looked like you never | | | |
| | | 204: 14 | looked at the electronic version until | | | |
| | | 204: 15 | sometime in the fall of 2004, is that | | | |
| | | 204: 16 | right? | | | |
| | | 204: 17 | A.  That's right | | | |
| | | 204: 18 | Q.  Now, did you ever tell, | | | |
| | | 204: 19 | "you" being Dr  Curfman, covering you, | | | |
| | | 204: 20 | personally, first, back during the | Improper compound question. | | |
| | | 204: 21 | editorial process in 2000, when the | Leading | | |
| | | 204: 22 | authors gave you the electronic version | | | |
| | | 204: 23 | with the track changes turned on, did you | | | |
| | | 204: 24 | communicate in any way to them that you | | | |
| | | 205: 1 | and your colleagues were not going to | | | |
| | | 205: 2 | look at the electronic version, "you," | | | |
| | | 205: 3 | personally, now? | | | |
| | | 205: 4 | A.  Yeah, no. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 189 | **205:15 -206:4** | Curfman 01/24/2006 | 00.00.44 | 01.28.54 | 00.12.08 | V3 189 |
| | | 205: 15 | Q.  In terms of tables in | | | |
| | | 205: 16 | articles published in the New England | | | |
| | | 205: 17 | Journal of Medicine, is there some kind | | | |
| | | 205: 18 | of guideline or limit on the number of | | | |
| | | 205: 19 | tables that are supposed to be included? | | | |
| | | 205: 20 | A.  There's a guideline | | | |
| | | 205: 21 | There's not a limit | | | |