Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 236: 18 Page 1. | | -continued from previous page | | | |
| | | 236: 19 A. Right | | | | | |
| 205 | 237:4 - 237:7 | Curfman 01/24/2006 | 00:00:24 | 01.37.17 | 00.03.45 | | V3.205 |
| | | 237: 4    So, let's go to Page 3 of | | | | | |
| | | 237: 5    this exhibit, and this is an e-mail that | | | | | |
| | | 237: 6    you got a copy of from Caryn Sandrew on | | | | | |
| | | 237: 7    behalf of Dr. Drazen. Do you see that? | | | | | |
| 206 | 237:8 - 237:10 | Curfman 01/24/2006 | 00:00:07 | 01.37:41 | 00.03:21 | | V3.206 |
| | | 237: 8  A. Yes, I do | | | | | |
| | | 237: 9  Q. And it's, again, to Ms. | | | | | |
| | | 237: 10    Prakash of NPR; right? | | | | | |
| 207 | 237:11 - 237:11 | Curfman 01/24/2006 | 00:00:01 | 01.37:48 | 00.03.14 | | V3.207 |
| | | 237: 11  A. Right. | | | | | |
| 208 | 239:15 - 239:21 | Curfman 01/24/2006 | 00:00:16 | 01.37:49 | 00.03.13 | No question | V3.208 |
| | | 239: 15  Q. Let's go down to the very | | | | | |
| | | 239: 16    bottom where he says, "It is generally | | | | | |
| | | 239: 17    inappropriate to mine a data set for | | | | | |
| | | 239: 18    endpoints that were not pre- specified in | | | | | |
| | | 239: 19    the research protocol." | | | | | |
| | | 239: 20  A. Yes. The problem is that in | | | | | |
| | | 239: 21    a safety study, that does not apply. | | | | | |
| 209 | 240:14 - 240:21 | Curfman 01/24/2006 | 00:00:17 | 01.38.05 | 00.02.57 | No question | V3.209 |
| | | 240: 14  Q. My focus is, he's making a | | | | | |
| | | 240: 15    general observation about whether it is | | | | | |
| | | 240: 16    appropriate or not to mine a data set for | | | | | |
| | | 240: 17    endpoints that were not prespecified in | | | | | |
| | | 240: 18    the research protocol. | | | | | |
| | | 240: 19  A. Except for safety endpoints. | | | | | |
| | | 240: 20  Q. But he doesn't say that, | | | | | |
| | | 240: 21    does he? | | | | | |
| 210 | 241:10 - 242:13 | Curfman 01/24/2006 | 00:01.10 | 01.38.22 | 00.02.40 | Rule 801, 802 | V3.210 |
| | | 241: 10  Q. Does he go on to say to the | | | | | |
| | | 241: 11    NPR author, "Such a fishing expedition | | | | | |
| | | 241: 12    can lead to misleading conclusions, both | | | | | |
| | | 241: 13    positive and negative"? | | | | | |
| | | 241: 14  A. They could, but he had never | | | | | |
| | | 241: 15    seen this document. And this is a | | | | | |
| | | 241: 16    critical document that no editor or | | | | | |
| | | 241: 17    physician would ever overlook, the | | | | | |
| | | 241: 18    importance of this document. These are | | | | | |
| | | 241: 19    critical safety endpoints, safety | | | | | |
| | | 241: 20    endpoints. And safety endpoints are | | | | | |
| | | 241: 21    often not prespecified in a protocol. | | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | |
|---|---|---|---|---|
| | | 241:22 Q. But, in fact, when he made<br>241:23 that observation about how that's<br>241:24 inappropriate and it's a fishing<br>242:1 expedition, he was talking about the<br>242:2 safety endpoints of the VIGOR article,<br>242:3 was he not, sir?<br>242:4 A. He was not -- he was not<br>242:5 privy to this document.<br>242:6 Q. Was he talking about the<br>242:7 safety endpoints of the VIGOR article<br>242:8 when he said that "It is generally<br>242:9 inappropriate to mine a data set for<br>242:10 endpoints that were not pre-specified to<br>242:11 the research protocol. Such a fishing<br>242:12 expedition can lead to misleading<br>242:13 conclusions, both positive and negative"? | | R. 602<br>R. 611<br>R. 801<br>R. 802<br>Assumes facts not in evidence |
| 211 | 242:17 - 242:23 | Curfman 01/24/2006   00:00:12   01:39:32   00:01:30 | | V3 211 |
| | | 242:17 A. It's not clear from this.<br>242:18 It's a new paragraph.<br>242:19 Q. The entire subject of the<br>242:20 NPR article was the safety endpoints --<br>242:21 A. The words don't say that.<br>242:22 MR. BECK: No more<br>242:23 questions. | | R. 801 & 802<br>Hearsay |
| 212 | 325:6 - 325:7 | Curfman 01/24/2006   00:00:04   01:39:44   00:01:18<br>325:6 MR. BECK: I'm going to ask<br>325:7 one question, and if it's not | Sidebar<br>Withdrawn by Δ | V3 212 |
| 213 | 325:19 - 326:17 | Curfman 01/24/2006   00:01:11   01:39:48   00:01:14 | | V3 213 |
| | | 325:19 Q. My question, whether you<br>325:20 choose to answer it or not, sir, is, you<br>325:21 testified about various matters that you<br>325:22 said you could not understand concerning<br>325:23 the prespecified cutoff date and the<br>325:24 rationale for it. Did you make any<br>326:1 effort to look at what the authors said<br>326:2 and their response to the Expression of<br>326:3 Concern to understand their reasoning for<br>326:4 using the prespecified cutoff date?<br>326:5 A. Well, we will be looking<br>326:6 very carefully at their responses to that<br>326:7 question to see if we learn any new<br>326:8 information. So far, as of today, we<br>326:9 haven't learned any new information. But<br>326:10 we will be looking very, very carefully | | Argumentative<br>Improper compound question<br>Mistates testimony |

Curfman G DA 1-24-06 on 5-25-06

|     |                 |         |                                              |          |          |          |        |
|-----|-----------------|---------|----------------------------------------------|----------|----------|----------|--------|
|     |                 | 326: 11 | at that crucial point to see what their       |          |          |          |        |
|     |                 | 326: 12 | response is                                   |          |          |          |        |
|     |                 | 326: 13 | Q. So, in terms of your                       |          | Asked and answered |          |
|     |                 | 326: 14 | testimony about what you cannot               |          |          |          |        |
|     |                 | 326: 15 | understand, you haven't tried to take         |          |          |          |        |
|     |                 | 326: 16 | into account yet the responses of the         |          |          |          |        |
|     |                 | 326: 17 | authors; is that right?                       |          |          |          |        |
| 214 | 326:22 - 326:23 | Curfman 01/24/2006                            | 00:00:01 | 01.40:59 | 00.00.03 | V3.214 |
|     |                 | 326: 22 |         THE WITNESS: You said one             |          |          |          |        |
|     |                 | 326: 23 |     question.                                 |          |          |          |        |

Play Time for this Script:    **01:41:02**

Curfman G DA 1-24-06 on 5-25-06

Total time for all Scripts in this report:    01:41:02