Page 3208

1  basic research differ, if at all, from clinical
2  research?
3  A. Basic research is -- the biggest difference is
4  basic research is not in people, so basic research is
5  in tissue culture, animal models, things like that that
6  you would not -- clinical research is done in people.
7      Q. Was there a particular -- you were at the
8  National Cancer Institute, you said?
9  A. Yes.
10     Q. Were you looking at any particular kinds of
11 cancer at that point?
12 A. The work I did was to look at how viruses cause
13 cancer.
14     Q. Now, after you got out of medical school did
15 you do one of these internships and residencies that
16 doctors do?
17 A. Yes. In internal medicine.
18     Q. Where did you do that?
19 A. At the Massachusetts General Hospital, which is
20 one of the Harvard teaching hospitals in Boston.
21     Q. Can you tell us just generally what a
22 resident and an intern does in internal medicine, what
23 you did?
24 A. Um, the first -- in general throughout the
25 internship and residency the differences as you go

Page 3209

1  through you get more independence. As an intern you're
2  closely supervised by other residents or by attending
3  physicians. As you go through the program you get more
4  autonomy and generally what we did was to take care of
5  patients at the Massachusetts General Hospital either
6  in the emergency room or in the hospital, whether it
7  was on the regular floors or in the intensive care
8  unit, coronary care unit, and then also saw patients in
9  an outpatient clinic.
10     Q. In addition to doing your residency and your
11 internship did you do any work on the side, so to
12 speak?
13 A. Starting in my third year of residency I did what
14 we referred to as moonlighting, which is where you
15 essentially practice medicine now not at the Mass
16 General Hospital but out in the community, and I worked
17 in the emergency rooms, and I would cover private
18 practice physicians at night. So if the private
19 practice physician, you know, essentially wanted a
20 night off I would cover the practice for him and take
21 care of the patients.
22     Q. In your experience moonlighting in emergency
23 rooms did you ever treat any patients who came to the
24 hospital with a GI bleed from taking a nonsteroidal
25 pain reliever?

Page 3210

1  A. I certainly saw many patients with GI bleeds.
2      Q. Did any of them have -- were any of them
3  related to taking some of the traditional pain
4  relievers?
5  A. Yes.
6      Q. Can you describe the symptoms that you saw,
7  people who came in to the emergency room with GI
8  bleeds?
9  A. The most common I would -- in my experience the
10 most common thing that I would see is somebody would
11 come into the emergency, room and when you went to take
12 a history and ask them why are they there they would
13 tell you that they were getting very nauseous, knew
14 they were going to throw up, went into the bathroom and
15 vomited up blood.
16     Now, I think most of us if we went in the
17 bathroom and vomited up blood it is time to go see a
18 doctor, so that was the typical history you would hear
19 from patients who came in with a GI bleed.
20     Q. And what kind of things did you see in the
21 emergency room with patients who had these GI bleeds
22 from taking traditional pain relievers?
23 A. Um, the first thing we have to worry about is how
24 much blood did they loose, so if they lost a lot of
25 blood then their blood pressure would be low, and so

Page 3211

1  you would start giving them intravenous fluids,
2  sometimes have to transfuse them blood because of the
3  amount of blood they lost, and then, of course, you try
4  to stop the bleeding.
5      Now, if you fall down and you scrape your
6  hand we all know you put pressure on it to stop the
7  bleeding. You can't put pressure on the stomach, so we
8  would put a tube into the stomach and what we call
9  irrigate, we would wash out the stomach with salt water
10 solution, see if that would stop the bleeding, and
11 then, of course, we would call in the
12 gastroenterologist who would come in to do the
13 endoscopy and look and see where the person was
14 bleeding from. On some occasions if the bleeding was
15 very profuse and the patient was -- had lost a lot of
16 blood they would go to the operating room to get the
17 ulcer fixed surgically.
18     Q. Dr. Morrison, after you finished your
19 internship and residency at Massachusetts General what
20 did you do next?
21 A. I did a fellowship in medical oncology, which is
22 the treatment of cancer patients.
23     Q. Where did you do that fellowship?
24 A. That was at the Dana Farber Cancer Institute,
25 which is the cancer center in Boston.

Page 3212

1    Q. And can you tell us what a fellowship is?
2    A. A fellowship is -- so, the three years as an
3　intern and resident you learn general medicine, you see
4　all kinds of patients with all kind of diseases,
5　including some patients with cancer. The fellowship is
6　to now focus additional training just on the treatment
7　of cancer patients.
8    Q. Why did you choose cancer as the field you
9　wanted to go into?
10   A. Yes, there were a couple of reasons. The first,
11　as I said, I had done research in cancer at the
12　National Cancer Institute, and I think the second one
13　was of the diseases I knew that I wanted to be a
14　research physician, and it seemed to me that cancer
15　really just didn't have any effective therapies at all,
16　and it was an important medical need for cancer
17　patients, and it fit with my interest in doing
18　research. And it seemed these are people who need
19　someone to do research and figure out if we can have
20　new medicines.
21   Q. Dr. Morrison, are you married?
22   A. I am.
23   Q. When did you get married?
24   A. I got married the same year I graduated from
25　medical school, 1985. I've been married for 20 years.

Page 3213

1    Q. Do you have children?
2    A. I do. I have three boys.
3    Q. When were they born?
4    A. '89, '91 and '93.
5    Q. What was going on in your life when your boys
6　were born?
7    A. I was a fellow, and I was moonlighting.
8    Q. When you finished -- what year did you finish
9　your fellowship in oncology or cancer at the Dana
10　Farber Institute?
11   A. '88 to '91.
12   Q. After you finished your fellowship what did
13　you do next?
14   A. Let me just finish. The fellowship is formally
15　three years. The second two years of the fellowship I
16　went to do basic research in a genetics lab at Harvard
17　Medical School studying the genetic basis for breast
18　cancer, and I stayed in that lab for about four years.
19   Q. After you finished your -- did there come a
20　time where you went to work in a specific clinic at
21　Dana Farber?
22   A. After I finished the three-year fellowship I was
23　doing basic research in breast cancer, and I did my
24　clinical work then became just in the breast cancer
25　clinic at Dana Farber.

Page 3214

1    Q. Tell us generally the types of work you did
2　in the breast cancer clinic at Dana Farber?
3    A. I saw breast cancer patients, newly diagnosed
4　patients at all stages of their disease.
5    Q. Did you continue moonlighting in emergency
6　rooms while you're doing this work?
7    A. Yes, I did.
8    Q. Dr. Morrison, there came a point when you
9　decided to go to work for a pharmaceutical company?
10   A. That's correct.
11   Q. Can you tell us why you did that?
12   A. Um, so at the time I was -- this was maybe 10
13　years ago, so I'm now 36, and I'm trying to decide what
14　I want to do when I grow up. I have been trained in
15　multiple things, so I could be an internal medicine
16　doctor, I could be a cancer doctor, I could be a basic
17　researcher, and so I had -- fortunately, I had a number
18　of different choices. And I thought about being a
19　practicing medical oncologist go out and take care of
20　cancer patients each day, and I decided not to do that
21　primarily because, as I said, when I decided to go into
22　oncology I thought the treatments we had were not
23　particularly effective, and people just didn't do well
24　with cancer. And I felt that to practice, which would
25　essentially entail continuing to give what I felt were

Page 3215

1　pretty ineffective therapies I thought I could make a
2　better contribution if I worked on coming up with new
3　therapies and I think really the place where you take
4　basic science observations and translate those into
5　products that will benefit large numbers of patients
6　that's what the pharmaceutical industry does.
7    Q. Were there any specific parts of your
8　experience in the clinic that told you it was time to
9　go work for a pharmaceutical company?
10   A. I can just tell you about, you know, sort of
11　examples of the kind of patients that I treated that
12　really brought home to me how bad the therapies were.
13　So I'll give you one which actually is a very
14　gratifying case, but still emphasizes how bad the
15　therapies are. So a young woman was about 26 years old
16　was diagnosed with Hodgkin's Disease so Hodgkin's
17　Disease is a disease of the lymph glands and if left
18　untreated it is fatal. Fortunately, Hodgkin's Disease
19　is one of the few that therapies are, you know, coming
20　along pretty nicely, so I explained to the young woman
21　that, you know, we can treat her, we had therapy that
22　we thought would cure her, had a high chance of doing
23　that but, of course, we also explained to her the risks
24　and the risk of that therapy is that it will --
25　obviously, in the short-term it causes nausea and

Page 3216

1  vomiting and things like that. But in the long-term it
2  had a high chance of making her sterile; that is, it
3  would damage her ovaries, and she wouldn't be able to
4  have children.
5      Now, she is 26 years old, and she is married,
6  and she asked, "Is there something else you can give me
7  that won't make me sterile?" And I indicated there
8  was, but just as the therapy was less likely to make
9  her sterile it was also less likely to cure her. Not a
10 particularly good choice that somebody wants to be left
11 with.
12     She decided to go with the therapy that was
13 less likely to make her sterile, and, you know, this is
14 one of those happy endings, she got cured of her cancer
15 and she ended up having two kids, and that's a
16 wonderful outcome. Unfortunately, it is not a very
17 common outcome, but it was a wonderful outcome for her.
18 You can see, though, that that choice is not the kind
19 of choice patients should have to make. It would be
20 great if you had a therapy that would cure her cancer
21 and she didn't have to choose without risking not
22 having children.
23    Q.  Were there any other specific things that
24 helped you make the decision to go to a pharmaceutical
25 company?

Page 3217

1   A.  Well, Mr. Raber, I can tell you case after case
2  after case of just tragic cases of people that I
3  treated with cancer. I mean, I'm reminded of the -- I
4  forget the name -- Terms of Endearment -- the movie
5  with Deborah Winger where she dies of cancer and leaves
6  her kids behind. I saw cases like that all the time,
7  young mothers, who, you know, develop cancer at the
8  time of their pregnancy and they were dead by the time
9  their kid was a year old. Just, it is a very hard
10 disease to treat, and as a doctor you feel -- you feel
11 ineffective as people come to you asking for therapy
12 and you don't have anything.
13    Q.  What kind of impact did that have on your
14 career choice?
15    A.  As I said, I didn't want to practice general
16 oncology. I wanted to find new medicines for these
17 people.
18    Q.  When did you join Merck?
19    A.  1995.
20    Q.  What were your reasons for coming to Merck in
21 particular?
22    A.  Once I decided that I wanted to do work in the
23 field that brings new medicines to patients I looked at
24 a number of different pharmaceutical companies, and I
25 had offers from a number of different companies. What

Page 3218

1  I found about Merck that was really I would say quite
2  different from the others was how well they did
3  science, so in cancer and these medicines that we had
4  were generally quite nonspecific. They kill cells and
5  they do kill cancer cells, they also kill normal cells,
6  and there really wasn't a good scientific understanding
7  of how the drugs worked.
8      Merck had a very different approach to
9  cancer. Merck's approach was -- and, in fact, this is
10 why Dr. Scolnick came to Merck, he came from the
11 National Cancer Institute to bring a scientific
12 orientation to the development of cancer drugs, and the
13 idea was that if we could understand what caused
14 cancer, if we could understand what the defects were in
15 the cancer cell we could in a rational way design a
16 drug to treat cancer. And I felt at the time that
17 Merck was really in the forefront of that approach to
18 coming up with new medicines, and that's why I chose
19 Merck.
20    Q.  Were there any particular drugs that were in
21 development that had the potential for use in treating
22 cancer when you joined Merck?
23    A.  Yes. In fact, one of the things that attracted me
24 was in one of the well-known scientific journals the
25 Merck scientists had published some work they were

Page 3219

1  doing on a novel way of treating cancer, and I told you
2  I had worked in a basic science lab at Harvard Medical
3  School the person that I worked with was a gentleman
4  named Phil Leader who had developed animal models for
5  cancer, and the Merck scientists had used one of the
6  animal models that I was very familiar with to test
7  their new medicine. And it was dramatic in the way
8  that it turned off their cancer, treated their cancer
9  and really seemed to cause no side effects at all in
10 the animal, and it was a very exciting program.
11     It turned out that when that went into people
12 it didn't work in people the way it worked in animals,
13 but when I went to Merck it was high on my reasons for
14 going.
15    Q.  Yesterday we saw some videotape of a Dr. Alan
16 Nies, the fellow with the glasses and the gray hair?
17    A.  Yes.
18    Q.  Did you work with Dr. Nies when you came to
19 Merck?
20    A.  I first met Alan on the interview process, and the
21 way the departments were put together at the time is
22 Alan was running the clinical pharmacology group, which
23 does many of these normal volunteer studies and
24 understanding how the drug works in people, and I was
25 going to be in their respiratory immunology group, and

Page 3220

1  both those groups reported to Alan, and because they
2  were all one group we went to many of the same
3  meetings. I met Alan when I interviewed, and I had an
4  opportunity to work in his department the first couple
5  years I was at Merck, and --
6    Q. Did you know who Alan Nies was before you
7  came to Merck?
8    A. I did.
9    Q. How did you know him?
10   A. He was a very well-known clinical pharmacologist
11  as was his boss, Reynolds Spector, and, again, it was
12  one of the things that attracted me to Merck is the
13  physicians scientists they had working there were, you
14  know, former full professors at prestigious
15  institutions. They were really top-notch scientists,
16  and I learned a tremendous amount about clinical
17  pharmacology working with Alan.
18    Q. When you first joined Merck did you do any
19  work on the VIOXX program?
20   A. I did, yes.
21    Q. What was the first work that you did that
22  related to the development of VIOXX?
23   A. When I first came to the company VIOXX was, as I
24  said, in Phase II, so the study at that point I had
25  told you about the endoscopy study where we looked at

Page 3221

1  the stomach of normal volunteers to see if the drug
2  damages the stomach. The next obvious question is does
3  the drug have any efficacy, does it treat arthritis.
4    So there was the very first I think it was
5  Protocol 10 trial going on in osteoarthritis patients
6  to see if the drug would treat arthritis, and my
7  initial responsibilities were to find additional
8  investigators to take part in those trials, and so I
9  was travelling around the country talking to
10  rheumatologists who wanted to participate in the
11  studies, explaining to them everything that we knew
12  about VIOXX at that point, explaining to them what the
13  study was and first finding out whether they were
14  interested in participating and evaluating their office
15  to make sure they were capable of participating in the
16  studies.
17    Q. Now, you mentioned these doctors
18  participating in studies. Who actually does the
19  studies?
20   A. People who actually do the study are practicing
21  physicians. We write the protocol and in collaboration
22  with sort of senior people we call thought leaders so
23  we're interacting with many people who decide how to
24  write the protocol, but the actual conduct of the study
25  is done by practicing physicians in their offices.

Page 3222

1    Q. What other kind of work did you do in the
2  VIOXX development program?
3    A. The way we split up the VIOXX development program
4  there were a number of doctors working in the program,
5  and as you saw in the e-mail people like Tom Simon, who
6  was primarily doing the endoscopy studies looking at
7  the safety of the drug on the stomach. There were a
8  couple of rheumatologists who were doing primarily the
9  osteoarthritis trials, and I was doing -- responsible
10  for writing the protocols and finding investigators to
11  do the studies to look at the effect of VIOXX on the
12  treatment of acute pain.
13    Q. We have heard an awful lot in this trial, Dr.
14  Morrison, about a protocol that had the number 023, and
15  that involved a doctor by the name of Garret
16  FitzGerald.
17    Did you have any role or involvement in that
18  particular study?
19   A. I did.
20    MR. RABER: Your Honor, I don't know where
21  you want -- if you want to take a morning break here
22  this might be a good time.
23    THE COURT: Whatever is a good time for you.
24  We'll break now.
25    (The jury leaves the courtroom.)

Page 3223

1    (Break taken.)
2    THE COURT: You can be seated. Bring in the
3  jury.
4    MR. SEEGER: Before we bring the jury in can
5  we clarify one thing? We had an in limine motion about
6  no testimony about other drugs. Steve went into it in
7  terms of his background. I didn't want to object and
8  make a big deal, but I understand Merck today has
9  now --
10    THE COURT: I saw the thing about that.
11  You're not asking about that, are you, counsel?
12    MR. RABER: I understood from Your Honor's
13  ruling we could talk about the fact that they make
14  other medicines in a general sense and that the motion
15  in limine dealt with things like the River Blindness
16  Program and that sort of thing and that we were not to
17  talk about those kinds of good charitable works, I
18  think that was the context in which it came up, but I
19  understood from Your Honor's ruling, and I went back
20  and looked at it, that we could talk generally --
21    THE COURT: I have no problem with him
22  testifying to that. I don't think it violates an
23  order. It is appropriate. You know, background gives
24  him a sense of --
25    MR. SEEGER: This new trial that's been

Page 3224

1  published --
2      THE COURT: I don't want him to come up and
3  say Merck has now discovered a cure for cervical
4  cancer.
5      MR. SEEGER: I don't know he is going to do
6  that.
7      MR. RABER: If we're talking about what he is
8  currently doing can he just give a general sense of the
9  types of things he is doing in his current job without
10 talking about specific drugs or compounds or any of
11 that kind of stuff?
12     MR. BUCHANAN: It is a back door --
13     MR. SEEGER: It is to tell the jury we're a
14 good company and we make cancer drugs.
15     THE COURT: He can say he is still working in
16 cancer research. I don't think you should get into
17 specifics so the jury is led to believe if they find a
18 judgment against Merck that will be the end of cancer
19 research.
20     MR. SEEGER: The number one story is this new
21 study, so they go home tonight and they're going to
22 conclude he has something to do with it.
23     THE COURT: Well, does he?
24     MR. RABER: Yes.
25     MR. SEEGER: That's why he is here.

Page 3225

1      MR. RABER: I'm not going to talk
2  specifically about that drug and that specific thing,
3  but there may come a point where I want to ask him what
4  he is doing now.
5      MR. BUCHANAN: What does that have to do with
6  VIOXX?
7      MR. RABER: It has to do with his background.
8      MR. SEEGER: He is not on trial.
9      MR. RABER: He is not on trial?
10     MR. SEEGER: The company is. He was only
11 involved with the drug until '99.
12     MR. RABER: They were quoting his e-mail.
13     MR. SEEGER: We're going to talk about the
14 e-mail this afternoon. I promise you that.
15     MR. RABER: If he can't come in and tell a
16 little bit about who he is --
17     THE COURT: He has done that, and he can do
18 that, but there comes a point where it might be a
19 little too much.
20     MR. RABER: I understand.
21     THE COURT: I'll allow him to say he is doing
22 cancer research but in a generic way. He shouldn't
23 specify he is doing it on a virus. Nothing that is
24 tied to this article or specific -- at least try to
25 cure X, Y, Z just that he is still doing cancer

Page 3226

1  research.
2      MR. RABER: All right.
3      THE COURT: Dr. Briggs, did you hear that?
4      THE WITNESS: I did.
5      THE COURT: You can be seated and you can
6  bring in the jury.
7      (The jury enters the courtroom.)
8      THE COURT: You can be seated. You can
9  proceed, counselor.
10     MR. RABER: Thank you, Your Honor.
11 BY MR. RABER:
12 Q. Dr. Morrison, before we broke we had just
13 started talking about your involvement in a study known
14 as Protocol 023 that involved Dr. FitzGerald, okay?
15 A. Yes.
16 Q. Can you give us before we talk specifically
17 about that study can you tell us some of the background
18 as to why you would be doing a study like that at that
19 time in the development?
20 A. Yes. Um, so just in general terms I think people
21 have Dr. Lucchesi went through how prostaglandins are
22 formed, and the first step in the formation of
23 prostacyclin is what we call cyclooxygenase, and then
24 there's a series of second steps where you can make
25 either thromboxane or prostacyclin or PGE, et cetera,

Page 3227

1  and all of that has been known for a very long time.
2      With the discovery of COX-2 essentially all
3  the questions, all the things we thought we knew
4  answers to there were now a new set of questions, and
5  that is all the things we knew about are they mediated
6  by COX-1 or are they mediated by COX-2. Up until that
7  point we only thought it was one COX. So now there's
8  two of them.
9      So, essentially, every biological question
10 that we had always thought we knew the answers to we're
11 now faced with a different set of questions, well, now
12 is it COX-1 or COX-2. So one of the ones that you have
13 heard about is we start with platelets. Platelets make
14 thromboxane. With the discovery of COX-1 and COX-2 now
15 the question is, well, which one do platelets use. And
16 found out platelets use COX-1.
17     If you look at the stomach you say, well, we
18 have known for years the stomach makes prostaglandins.
19 Now the question is which one does the stomach use.
20 The stomach uses COX-1. The question we were
21 interested in Protocol 23 is what does the kidney use.
22 So the kidney it's been well known that nonsteroidal
23 anti-inflammatory drugs can damage your kidney. They
24 can change the amount of blood flow you get to your
25 kidney, and they can decrease the amount of salt and

Page 3228

1  water that you put into your urine. And we had known
2  that. The question that we were asking in the Garret
3  FitzGerald study was is that COX-1 or is that COX-2.
4  Now that you have a drug like VIOXX, which only
5  inhibits COX-2 you can ask that question. So it was
6  really a clinical pharmacology question trying to
7  understand which form of cyclooxygenase is the one
8  that's working in the kidney to effect salt and water
9  handling.
10     Q. How was that study set up? What was the
11  general design?
12     A. The general design was generally healthy patients
13  who between the ages of 60 and 80, and we specifically
14  chose patients in that age range because we knew those
15  were the people who would be taking the medication in
16  large part. Those patients were first put on a
17  controlled diet. We wanted to make sure that they were
18  all taking in the same amount of salt. So before they
19  actually even went into the unit they were put on an --
20  after they signed the informed consent they were put on
21  a controlled salt diet.
22         Once we were sure they were taking in a
23  constant amount of salt they were brought into a
24  clinical research unit where they stayed for two weeks.
25  So it is in the hospital, but it is -- they're free to

Page 3229

1  do whatever they want, but they stay in the unit. And
2  there were two sites that took part in the study. One
3  is Garret FitzGerald's unit at the University of
4  Pennsylvania, and one was -- the second unit was run by
5  a Dr. Ken Lassiter down in Florida.
6         So they're enrolling generally healthy 60- to
7  80-year old men and women. Once they are on a constant
8  amount of salt they get randomized in a blinded way to
9  one of three treatments, placebo, 50 milligrams of
10  VIOXX or 50 milligrams three times of day of
11  indomethacin.
12     Q. What was indomethacin?
13     A. Indomethacin is -- it is indocin. It is a typical
14  dual COX-1/COX-2 nonsteroidal anti-inflammatory.
15     Q. A traditional pain reliever like Ibuprofen,
16  something like that?
17     A. Correct.
18     Q. And what did this study find, first of all,
19  about salt and water retention in the kidney?
20     A. Let me just finish the explanation. So while
21  they're in the research unit we collect their urine.
22  Every time they go to the bathroom they have to go to
23  the bathroom in a bottle, and we collect their urine.
24  And by doing that we can look at how much urine they
25  make and we can look at the amount of salt that's in

Page 3230

1  their urine. And what we found in the study was that
2  patients who were on VIOXX the amount of salt that came
3  out of their urine transiently went down, and it went
4  down about the same as what you see with indomethacin.
5         So that told us that the question we were
6  interested in is the kidney -- the effects of salt and
7  water handling on the kidney due to COX-1 or COX-2.
8  This experiment tells us they're due to COX-2 because
9  the salt -- the body is no longer excreting that
10  decrease was same with VIOXX as it was with
11  indomethacin.
12     Q. Were the results you saw in salt and water
13  retention in the kidney comparing VIOXX versus the
14  traditional pain reliever were they about the same, was
15  one higher, was one lower?
16     A. They're about the same.
17     Q. Now, this particular study also measured
18  something else in the urine, didn't it?
19     A. Yes, it did.
20     Q. What was that?
21     A. We measured in the urine metabolites, which are
22  breakdown products of both thromboxane and
23  prostacyclin.
24     Q. And what did you find when you looked at the
25  levels of these metabolites in the urine of these

Page 3231

1  patients?
2  A. What we found was so the thromboxane metabolite
3  was unaffected by VIOXX. It was decreased by
4  indomethacin. The prostacyclin metabolite was
5  decreased by both compared to placebo.
6     Q. So let me see if we can summarize this. The
7  difference then with VIOXX is that VIOXX only reduced
8  the prostacyclin metabolite?
9  A. Yes.
10     Q. Whereas, the traditional pain reliever
11  reduced both, is that a fair summary?
12  A. That's a fair summary.
13     Q. Now, did that -- did the fact that VIOXX only
14  reduced the metabolite for prostacyclin mean that VIOXX
15  causes heart attacks and strokes?
16  A. No.
17     Q. Did anyone in this particular study of 60- to
18  80-year olds have a heart attack or a stroke?
19  A. No, they did not.
20     Q. Was there a theory that came out of this
21  study?
22  A. There were many theories that came out of this
23  study. One of the --
24     Q. Did Dr. FitzGerald have a theory that came
25  out of this study?

Page 3232

1  A.  Dr. FitzGerald did.  All the authors who worked on
2  the study considered a variety of theories.  One of the
3  theories -- and I emphasize it is one of the
4  theories -- is that if the prostacyclin -- so what you
5  measure is, you know, it is a urine cup, so you have a
6  urine cup.
7     Q.  So you don't have to drink from that we'll
8  use this one.
9  A.  In the urine cup you see less prostacyclin
10 metabolite.  One of the places that the body makes
11 prostacyclin is in blood vessels.  There are many
12 others, but that's one of them.  If you focus
13 specifically on blood vessels and you say in those
14 blood vessels now I'm making less prostacyclin and
15 thromboxane then there was a theory that you would
16 change the balance of those two important chemicals in
17 the body and you could increase somebody's risk of
18 having a thrombotic event.
19    Q.  Were there other theories, as well?
20 A.  There were many other theories.
21    Q.  We'll talk about those, but let me ask you
22 another question.  In all the studies that were done
23 with VIOXX in the development program and after the
24 approval of the drug were smokers allowed to
25 participate in those studies?

Page 3233

1  A.  Yes.
2     Q.  Did Merck send the results -- let's go back
3  to this FitzGerald 023 study.  Did Merck send the
4  results of that study to the FDA?
5  A.  Yes.
6     Q.  And did Merck publish those results in a
7  medical journal?
8  A.  All the people who contributed to the study
9  published the results.
10    Q.  I want to show you a document that has been
11 marked as Defense Exhibit 103.
12       Can you identify Defense Exhibit 130?
13 A.  Yes, 103.  This is the paper that describes the
14 results of the study I just talked about.  It is in the
15 journal of pharmacology and experimental therapeutics.
16       MR. RABER:  May I put this on the Elmo?
17       MR. SEEGER:  No objection.
18 BY MR. RABER:
19    Q.  Dr. Morrison, we're looking at the published
20 paper of this FitzGerald study, and I see your name
21 there.  What does that mean?
22 A.  I was one of the authors on the paper.  I
23 contributed to conducting the study and interpreting
24 the results and writing the paper, and by doing those
25 things you are an author on the paper.

Page 3234

1     Q.  When Merck saw those results and discussed
2  with Dr. FitzGerald one of the theories coming out of
3  this study did Merck look at any scientific literature
4  to see whether this effect had been seen with any other
5  drugs?
6  A.  Yes.
7     Q.  And what did you find?
8  A.  A very interesting result, actually, that the same
9  exact thing of decreasing urinary prostacyclin -- PGI-M
10 and not affecting urine thromboxane had previously been
11 described with acetaminophen.
12    Q.  What is acetaminophen?
13 A.  Acetaminophen, the brand name is Tylenol.
14    Q.  You're saying there was a study you found
15 where Tylenol had done the exact same thing in the
16 urine?
17 A.  Yes.
18    Q.  I want to show you a document that's been
19 marked as Defense Exhibit 5.
20       Can you identify Defense Exhibit 5?
21 A.  This is a copy of the article I was just talking
22 about in which they studied the same exact urine
23 metabolites, but in this case giving patients
24 acetaminophen.
25    Q.  Or Tylenol?

Page 3235

1  A.  Or Tylenol.
2     Q.  What is the date of this particular article?
3  A.  March 1989.
4     Q.  And looking at the upper right-hand corner of
5  the document that's in front of you do you see some
6  handwriting there?
7  A.  I do.
8     Q.  What does that say?
9  A.  It says, BM, FYI, Barry.
10    Q.  Who is the BM that's referred to?
11 A.  That's me.
12    Q.  You saw this article back when you were
13 considering the FitzGerald theory, is that what you
14 recall?
15 A.  Correct.
16       MR. RABER:  Any objection to putting this on
17 the Elmo?
18       MR. SEEGER:  Um, Your Honor, I do object to
19 this.  First of all, he is not an expert in this field,
20 and, secondly, you know, so using this article through
21 him he wouldn't be the appropriate witness to do it
22 with.
23       MR. RABER:  Your Honor, this is proper to
24 show what Merck did in response to this FitzGerald
25 theory, what they looked at, what they considered, and

Page 3236

1  it explains their conduct, and it is in a peer-reviewed
2  journal.
3       THE COURT: Let's come to side-bar.
4       (The following side-bar discussion was had:)
5       THE COURT: Is it a peer-reviewed article?
6       MR. RABER: Yes, it is. He will say that.
7       MR. SEEGER: I'm just saying you can't tell
8  from this.
9       THE COURT: Where was it published?
10      MR. RABER: It is published in a publication
11 called Prostaglandins, and it is a peer-reviewed.
12      THE COURT: Prostaglandins is a peer-reviewed
13 journal?
14      MR. SEEGER: I never heard of it.
15      THE COURT: There's a journal called
16 Prostaglandins?
17      MR. SEEGER: Come on.
18      MR. RABER: Look, there are people who make
19 their career out of this stuff.
20      MR. SEEGER: But not him.
21      THE COURT: It must be a pretty small
22 subscribership.
23      MR. RABER: He received it.
24      MR. SEEGER: I think him and Dr. Lucchesi are
25 the only ones.

Page 3237

1       MR. RABER: It goes to what Merck did. It is
2  part of their due diligence.
3       THE COURT: I understand what it is being
4  used for.
5       MR. SEEGER: Here is my problem. There is
6  absolutely -- Tylenol is not a traditional NSAID,
7  number one. Number two, there's no heart attack risk
8  associated with that drug. These studies went nowhere.
9       MR. RABER: That's my point precisely. It
10 had the same effect in urine, and it has no effect on
11 heart attacks. He hit it right on the nose, Your
12 Honor.
13      MR. SEEGER: Are you done? Thank you. Do it
14 with an expert because the problem is that what
15 Lucchesi explained, although it showed this it is a
16 whole different drug it is a whole different process.
17 It never went anywhere. Nobody associated Tylenol with
18 heart attack because Tylenol, which isn't an NSAID it
19 doesn't have any anti-inflammatory properties, you
20 can't draw the connection between the two drugs.
21      MR. RABER: It inhibits the exact same
22 metabolite of prostacyclin in the urine the same way
23 that VIOXX does.
24      MR. SEEGER: It is not an NSAID.
25      MR. RABER: And it does not have any

Page 3238

1  effect --
2       MR. SEEGER: It is a different drug.
3       MR. RABER: Please don't interrupt. It has
4  no effect on thromboxane, and they give the exact same
5  warning that came out of FitzGerald back in 1989 about
6  Tylenol, Your Honor.
7       MR. SEEGER: Again, this guy has been deposed
8  for days, never once brought up the fact that he looked
9  at this study, never once in any deposition did he
10 mention Tylenol, so he has been prepped.
11      MR. RABER: Your Honor, that's the
12 representation? I will show you he mentioned Tylenol.
13      MR. SEEGER: Tell me which one.
14      MR. RABER: Do you want to do it?
15      MR. SEEGER: Tell me. I'll trust you. Tell
16 me. They're trying to do stuff with him that they
17 can't do with an expert, and that's what the problem
18 is.
19      MR. RABER: And it is in the same -- it is in
20 the Alan Nies writeup that's already in evidence he
21 points out acetaminophen had the same effect. That's
22 what he told the board of advisors.
23      MR. SEEGER: I'm not arguing with you about
24 it. Just show it to me. I don't recall seeing it in
25 any of the two I read.

Page 3239

1       MR. RABER: Is it going to matter if I find
2  this now?
3       THE COURT: I don't think it makes much
4  difference to me.
5       MR. RABER: I guarantee you it is in here.
6       THE COURT: It is not a question of whether
7  he mentioned it before. It is not a mention of
8  surprise. It is a question of whether or not he is the
9  appropriate witness to introduce the learned treatise
10 with. I mean, that is the same with the book. It is a
11 learned treatise. You need to have an expert who is
12 proffered as an expert.
13      MR. SEEGER: I can cross his expert on this.
14 But, you know, what am I going to do with him? Steve,
15 it is all right. I'll take your word for it.
16      MR. RABER: I understand. The point is this
17 is something he looked at, this is what he did. He was
18 one of the people who was a co-author of the FitzGerald
19 paper, and they're looking what does this mean
20 FitzGerald has a theory.
21      THE COURT: There's a difference between
22 putting a learned treatise in front of a jury and
23 saying this is what it says and this is what it means
24 and have an expert explain that and having him say and
25 we did this with the textbook. He has already

Page 3240

1  testified -- he can testify further just as he already
2  said that he considered when he was considering
3  FitzGerald and when he was sending the e-mails that the
4  Tylenol had the same effects. He has already told the
5  jury that, but you want to put this up as a learned
6  treatise, which you can do with an expert but not with
7  him.
8      MR. RABER: But, Your Honor, I don't want to
9  put it up for that purpose. I want to put it up for
10 the fact that the authors made the same suggestion
11 FitzGerald said that it might be dangerous or bad with
12 people with heart disease.
13     THE COURT: You can ask him if he considered
14 that.
15     (End of side-bar.)
16 BY MR. RABER:
17     Q. Dr. Morrison, did you consider Defense
18 Exhibit 5 in trying to answer the questions that had
19 been raised or the theory that had been raised by
20 Dr. FitzGerald?
21     A. Yes.
22     Q. And had there been similar concerns raised
23 about Tylenol in 1989; that is, that the lowering of
24 this metabolite of prostacyclin in the urine without
25 affecting thromboxane could pose a danger to people

Page 3241

1  with cardiovascular disease?
2      A. Yes.
3      Q. And are you aware of anything today to
4  suggest that Tylenol is prothrombotic?
5      A. No.
6      Q. So based on what you looked at had this
7  theory about a reduction in prostacyclin in urine and
8  no reduction in thromboxane had that actually played
9  out with Tylenol over the how many years Tylenol has
10 been on the market?
11     A. No.
12     Q. Now, when I asked Dr. Lucchesi about
13 following up on the FitzGerald hypothesis, may I
14 approach the chart?
15     THE COURT: Sure.
16 BY MR. RABER:
17     Q. Do you see that back there?
18     A. Yes, I do.
19     Q. Do you recall that Dr. Lucchesi said Merck
20 should test in animals?
21     A. Yes.
22     Q. Did Merck do any tests in animals to follow
23 up on this theory that had been raised by
24 Dr. FitzGerald?
25     A. Yes.

Page 3242

1      Q. So some background for these animal studies
2  is we have urine where you found something, a reduction
3  in the urine of a metabolite from prostacyclin; is that
4  right?
5      A. That's correct.
6      Q. And what's the question, what are the
7  questions you're trying to answer about what the urine
8  cup means?
9      A. Essentially what we're trying to figure out is
10 why, why is there less of this metabolite in the urine,
11 and there are -- we discussed in the paper a number of
12 different explanations for why you might see less PGI-M
13 in the urine.
14     Q. Let's put the paper up, if we can. Derek,
15 can you please put up Exhibit 103, and, specifically,
16 Page 739. And if you could, please, highlight this
17 lower paragraph in the bottom right. Okay.
18     And, Dr. Morrison, were some of these
19 potential explanations, are they described in this
20 paragraph here?
21     A. Yes, they are. I would like to just start off
22 with when we saw this result, and we say it in the
23 paper the result was quite unexpected.
24     Q. Why is that?
25     A. It was unexpected because if as we were trying to

Page 3243

1  figure out where -- what things are made by COX-1
2  versus what things are made by COX-2 the primary
3  purpose of this study was to look at the effect on the
4  kidney. We then also looked at these urine
5  metabolites. At the time prostacyclin production by
6  blood vessels was believed to be mediated by COX-1.
7      Q. When you say, "mediated by COX-1," what does
8  that mean?
9      A. I mean that the machinery to make prostacyclin,
10 that machinery, the only machinery in blood vessels was
11 COX-1. So there was no evidence that COX-2 is actually
12 even in the blood vessel.
13     Q. And why would that matter with VIOXX?
14     A. Why it matters for VIOXX is it would be -- it was
15 unexpected and surprising that a drug that only
16 inhibits COX-2 is affecting prostacyclin production in
17 blood vessels, which don't even have the COX-2
18 machinery.
19     I mean, if you think about what a drug does
20 there's machinery that's making something, and you're
21 adding something to sort of, you know, gum up the works
22 and turn off the machine. Well, if the machine is not
23 even there how would the drug affect it?
24     So our understanding at the time was that
25 blood vessels have COX-1. They don't have COX-2. So

Page 3244

1  this result, as we say, it was unexpected because COX-1
2  but not COX-2 is expressed statistically by endothelial
3  and vascular smooth muscle cells. So we were surprised
4  by this.
5      Q.  Okay. And so I take it then one possibility
6  that Dr. FitzGerald had suggested was that maybe this
7  reduction of prostacyclin was actually happening in the
8  blood vessels?
9   A.  Yes.
10     Q.  Okay. That was one possibility?
11  A.  That was one possibility.
12     Q.  What were some of the other possibilities?
13  A.  Well, the other possibilities are described on the
14  bottom of the paragraph, so one of them is that you
15  have heard the term "mechanism based," right? So one
16  possibility is that the reason you see less PGI-M
17  actually has nothing to do with VIOXX inhibiting COX-2,
18  but that it is something related to the chemical
19  structure.
20     So I think the best example you probably
21  could think of as nonmechanism based things is if you
22  get a rash from a drug. Generally, that rash is not
23  due to the mechanism of the drug, it is due to the
24  chemical structure of the drug. It interacts with your
25  body in a way different from what it is intended to do.

Page 3245

1  So one of the theories was maybe this is just something
2  due to the chemical properties of VIOXX and it has
3  nothing to do with COX-2. That was one.
4      Q.  Did Merck do an animal study to try to answer
5  that particular question?
6   A.  Yes, they did.
7      Q.  Okay. I want to show you a document that has
8  been marked as Defense Exhibit 68. Can you identify
9  Defense Exhibit 68?
10  A.  Yes. This is a summary of it's called the Dog
11  Urinary Prostaglandin Study that was conducted by Merck
12  scientists.
13     MR. BUCHANAN: Excuse me, counsel, I'm just
14  waiting for a copy.
15  BY MR. RABER:
16     Q.  And what did Merck -- well, let me ask this,
17  was this Exhibit 68 prepared in the ordinary course of
18  business at Merck?
19  A.  Yes.
20     Q.  By someone whose job it was to prepare such
21  records?
22  A.  Yes.
23     MR. RABER: Your Honor, I move the admission
24  of Defense Exhibit 68.
25     MR. SEEGER: We're just taking a look at it.

Page 3246

1  No objection.
2     THE COURT: Okay. 68 will be moved in as a
3  defense exhibit.
4     (Defendant's Exhibit No. 68 was admitted in
5  evidence.)
6     MR. SEEGER: Could we, Your Honor, would
7  counsel just be able to just establish foundationally
8  that this witness had any involvement with this? I was
9  making that assumption.
10     MR. RABER: Well, I don't know where we are.
11  The document has been admitted. Have you reviewed this
12  document, sir?
13  A.  Yes, I have.
14     Q.  And can you tell us --
15     THE COURT: I'll allow him to testify as to
16  the document.
17  BY MR. RABER:
18     Q.  So tell us, if you can, Defense Exhibit 68
19  what experiment or what study this was, what question
20  were you trying to answer with this one?
21  A.  Briefly, what the Merck scientists were doing is
22  essentially the same experiment we did in patients
23  they're doing in dogs. And what they do is they give
24  different COX-2 inhibitors -- not VIOXX -- different
25  COX-2 inhibitors and ask do we see the same thing they

Page 3247

1  saw in the patients, do we see urinary PGI-M go down
2  and do we see urinary thromboxane metabolite not
3  change.
4     The logic there is if you use three other
5  COX-2 inhibitors and they all do this same thing, well,
6  then it is not due to some weird chemical property of
7  VIOXX, it is due to the mechanism, it is COX-2
8  mediated. So that's why they do this experiment. And
9  they find exactly the same thing that we saw in
10  patients. The PGI-M goes down in the urine of the
11  dogs. So the conclusion then is that what we saw in
12  patients is not a chemical thing of VIOXX it is
13  actually due to its mechanism, so we rule out that
14  possibility.
15     Q.  Would it be helpful for you to draw any of
16  this on a chart?
17  A.  When we get to it I will.
18     Q.  Okay. So I want to go back to your article
19  with Dr. FitzGerald, and can you tell us where in this
20  paragraph it talks about the theory that you have just
21  addressed in the dog study?
22  A.  It is about seven rows up it says it is also
23  formally possible that the inhibition of urinary PGI-M
24  by MK-966, which is VIOXX reflects a property of MK-966
25  in addition to but distinct from its capacity to

Page 3248

1  inhibit COX-2. So that was one possible explanation.
2  It turns out from the dog study that's not the
3  explanation.
4      Q. So you checked that one off the list?
5      A. Checked off the list.
6      Q. What was the next theory that the scientists
7  at Merck considered?
8      A. Well, I'll just go to the next sentence MK-966
9  might inhibit beta oxidation of prostanoids.
10 Essentially what this is saying, and maybe I should
11 draw this one --
12     Q. Okay.
13     A. So what we're measuring in the urine is a
14 metabolite of prostacyclin, so you have to understand
15 how does the body get us to that metabolite. So if we
16 start somewhere in your body you make prostacyclin.
17 The first thing that happens to prostacyclin, and I'm
18 not going to show a lot of chemistry, I'm just going to
19 call them A and B because that's probably all you need
20 to know. It is converted into something call A. And
21 the way this happens is essentially automatic. There's
22 no -- there's no enzyme that helps it. If you make
23 prostacyclin it will almost spontaneously convert into
24 this. Okay.
25        This then gets converted into PGI-M, okay?

Page 3249

1  So we can measure this. We can measure this. The
2  PGI-M, the conversion of this thing into PGI-M takes
3  place in the liver, and is called beta oxidation, not
4  real important, but the point is this happens in the
5  liver. So one of the potential explanations for why
6  you see less PGI-M in the urine is that VIOXX blocks
7  this step. You block this. You never make PGI-M,
8  okay? You would see less PGI-M in the urine. So
9  that's the next experiment they want to ask is does
10 VIOXX affect the ability to make PGI-M by the liver.
11     Q. I want to show you a document that has been
12 marked as Defense Exhibit 93. Can you identify Defense
13 Exhibit 93?
14     A. Yes. This is, again, a memorandum, the subject
15 describing this experiment of using liver cells and
16 asking whether COX-2 inhibitors affect this conversion
17 to form PGI-M.
18     Q. Okay. Was Exhibit 93 prepared in the
19 ordinary course of business at Merck?
20     A. Yes.
21     Q. By someone whose job it is to prepare such
22 documents?
23     A. Yes.
24        MR. RABER: Your Honor, we would move the
25 admission of Defense Exhibit 93.

Page 3250

1        THE COURT: Did counsel see it?
2        MR. SEEGER: I mean, Your Honor I guess my
3  only concern is the foundation for the document with
4  this particular witness, so I guess I would like to
5  hear a foundation.
6        MR. RABER: Your Honor, this witness is a
7  co-author on this paper, and he is talking about the
8  studies that Merck did to answer the questions are
9  raised in his paper. I don't know what more foundation
10 we need.
11       MR. SEEGER: The problem I have, Your Honor,
12 is that it is not on the document. There are many
13 authors in that study, and this doesn't involve VIOXX,
14 this study, so I'm just asking for foundation, that's
15 all, just to understand why he is testifying about this
16 document as opposed to an expert.
17       THE COURT: All right. Just ask him if he
18 knows whether the document was -- whether this study
19 was undertaken specifically for VIOXX.
20       MR. RABER: Okay.
21 BY MR. RABER:
22     Q. Dr. Morrison, was Defense Exhibit 93, the
23 study that's shown here, was that done specifically
24 related to VIOXX and to the question raised in your
25 paper?

Page 3251

1      A. Yes.
2        MR. RABER: All right.
3        THE COURT: I'll allow its admission into
4  evidence.
5        (Defendant's Exhibit No. 93 was admitted into
6  evidence.)
7  BY MR. RABER:
8      Q. And what did this study show?
9      A. Well, so, I can --
10     Q. Let me back up and show the last page of this
11 document. Here it says, the results show that freshly
12 isolated whole hepatocytes from rat, dog and human are
13 able to metabolize six keto PGF to two, three dinor six
14 keto PGF. I read that reasonably correctly?
15     A. Reasonably correctly.
16     Q. Was that the finding of this study?
17     A. Well, that's one of the findings. We'll go down
18 to the bottom, as well. So the way they do the
19 experiment is to essentially take liver cells and ask
20 can liver cells -- essentially do this reaction, can
21 they convert B into PGI-M. PGI-M is the two, three
22 dinor six keto.
23        So the first thing you show is from liver
24 cells from rats, dogs and humans you can do this. And
25 then what they do is simply add different COX-2

Page 3252

1  inhibitors and say, well, do those inhibit that
2  reaction. So down at the bottom they talk about that.
3      Q. And what was the finding, was there a finding
4  as to whether or not the COX-2 inhibitor could block
5  the process that leads from point A to the PGI-M or was
6  there no effect?
7      A. Well, if you read it it says, resulted in some
8  inhibition of the formation, but only at doses
9  approximately three orders of magnitude higher than the
10 concentration required to inhibit COX-2. The reason
11 that's important is when you do these types of
12 experiments, again, if you add enough drug, huge
13 amounts, you can get things that have nothing to do
14 with the mechanism. So the scientists try to be
15 careful if this is due to COX-2 you should see it at a
16 dose that will inhibit the enzyme. They can see a
17 small effect at very, very high doses but at doses that
18 affect -- you need to affect the enzyme they don't see
19 an effect so their conclusion is COX-2 inhibitors don't
20 affect this. That's not the explanation for why you
21 see less PGI-M in the urine.
22     Q. Let's look at the first page of this. Do you
23 see the date there?
24     A. Yes.
25     Q. March 8th, 1999?

Page 3253

1      A. Yes.
2      Q. Was this study done before or after VIOXX
3  came on the market?
4      A. Before.
5      Q. So returning back to your paper where you're
6  laying out possible theories or explanations for this
7  finding involving prostacyclin in the urine were you
8  able to check off another point in this paragraph?
9      A. The first two are not the explanation.
10     Q. Okay. So where in this paragraph does it
11 talk about another possible explanation?
12     A. Well, the last sentence is the possibility that
13 MK-966 might directly reduce the renal clearance of
14 PGI-M has also not been excluded.
15     Q. What does that mean?
16     A. So remember I told you the main reason we did this
17 study was to see how much salt and water your body put
18 into the kidney -- from the kidney into your urine.
19 And what we saw was that VIOXX just like indomethacin
20 decreased the ability of your body to move salt from
21 your kidney into your urine. So, theoretically, that
22 exact same thing might be happening with PGI-M. PGI-M
23 is made in your blood, gets to your kidney but VIOXX
24 blocks the ability of your kidney to put it in your
25 urine, and so when you look in the urine you don't see

Page 3254

1  any because the kidney has been affected.
2      Q. All right. And did Merck do an animal study
3  to try and answer that question?
4      A. Yes, they did.
5      Q. I want to show you a document that has been
6  marked as Defense Exhibit 94. Can you identify this,
7  please?
8      A. Yes. This is the report on the experiment I was
9  just talking about.
10     Q. And what is the date of this report?
11     A. March 8th, 1999.
12     Q. Again, before VIOXX was approved or after?
13     A. Before.
14     Q. Was Defense Exhibit 94 prepared in the
15 ordinary course of business?
16     A. Yes.
17     Q. By someone whose job it was to prepare such
18 documents?
19     A. Yes.
20         MR. RABER: Your Honor, we move the admission
21 of Defendant's 94 into evidence.
22         MR. SEEGER: No objection.
23         THE COURT: All right. It will be marked
24 into evidence.
25         (Defendant's Exhibit No. 94 was admitted into

Page 3255

1  evidence.)
2  BY MR. RABER:
3      Q. All right. Dr. Morrison, can you describe
4  for us what Merck found on this question of whether
5  there was something going on in the kidney that was
6  causing a reduction in what you were finding in the
7  urine?
8      A. Let me show you one other picture here. So now
9  your body has made PGI-M. No matter where in the body
10 it came from it is floating around in your bloodstream,
11 and it has to now get moved into your urine. So what
12 they do in this experiment they take this compound and
13 they label it. So they put a radioactive label on it.
14 So now they can follow it.
15         So they make it in the laboratory, they make
16 it radioactive, they give it to an animal and they
17 essentially ask does -- do you get radioactive PGI-M in
18 your urine. Then they give the dog a COX-2 inhibitor
19 and say does that change, and the answer is, no, it
20 doesn't. So the ability of the kidney to move PGI-M
21 into the urine is the same whether you're on a COX-2
22 inhibitor or not. So we ruled that one out as an
23 explanation.
24     Q. So we now can put a check mark by the last
25 sentence in your paper that the reduction you were

Page 3256

1  seeing might have had something to do with what was
2  going on in the kidney, fair?
3  A. Yes.
4     Q. All right. So we have excluded three
5  explanations for why we have got this reduction in the
6  urine, right?
7  A. That's correct.
8     Q. So where are we left?
9  A. So where we're left is that somewhere in the body
10 we're making less prostacyclin. It is not the
11 metabolism or the excretion, it is somewhere in the
12 body you're making less of it.
13    Q. Did Merck do any animal studies to try to
14 determine where in the body this reduction was
15 occurring?
16 A. Yes.
17    Q. I would like to show you a document that's
18 been marked as Defense Exhibit 316. Can you tell us
19 what Exhibit 316 is?
20 A. This is a publication by some Merck scientists
21 about experiments they did to try to determine if the
22 decrease in PGI-M was coming from blood vessels.
23    Q. And, again, why does it matter whether or not
24 the decrease you're seeing here in the urine comes from
25 blood vessels as opposed to another part of the body?

Page 3257

1  A. Well, as I said, the finding that we saw in the
2  decrease in the urine was unexpected. We thought if
3  prostacyclin is coming from blood vessels that
4  shouldn't be affected by VIOXX at all because COX-2 is
5  not in blood vessels. In order to figure out it is
6  important to know where it is coming from so you can
7  try to understand what the clinical implications might
8  be of this decrease in the production of prostacyclin.
9     Q. So how did Merck go about trying to answer
10 this question; that is, whether or not the prostacyclin
11 was being reduced in blood vessels in this particular
12 study?
13 A. Can I draw?
14    Q. Sure.
15 A. So this is an animal study in which they use
16 rabbits, and is two B's? I forget if it is two B's or
17 two T's.
18    Q. We have a potato problem here?
19 A. Rabbits. Okay. Half the rabbits get put on a
20 normal diet. Well, a normal rabbit diet, which is high
21 in fiber and good for the rabbits. The other half of
22 the rabbits get put on a diet that's very high in
23 cholesterol, and what happens when you feed rabbits a
24 lot of cholesterol is they get atherosclerosis just
25 like people do, and this model is used by people who

Page 3258

1  are interested in atherosclerosis. The paper is
2  published in the journal Atherosclerosis.
3     So what they do is they take the blood
4  vessels from these rabbits, and you saw the very nice
5  diagram Dr. DePace had where he shows you blood
6  vessels, so this is the whole blood vessel. So it is
7  the -- there's what we call it the endothelium is the
8  lining right along here, but there's also a smooth
9  muscle cells people keep telling you that blood vessels
10 contract and expand, well, they have muscle around them
11 that allows them to contract and expand. So they take
12 the whole blood vessel, and they make a very, very,
13 very thin section of it so they can look at it under a
14 microscope sort of like you go to a deli counter and
15 you ask for a thin section and put it on a microscope
16 slide.
17    You take the slides, the blood vessel from
18 the normal rabbit and the blood vessels from the rabbit
19 that's gotten a lot of cholesterol. So what happens in
20 the rabbits who have gotten a lot of cholesterol is
21 they have plaque just like people do, okay?
22    And the first question they asked, remember,
23 we said the findings of this study were unexpected
24 because people thought blood vessels only have COX-1,
25 they don't have COX-2 machinery. So they looked at

Page 3259

1  this very thin section, and they say which form of COX
2  is there. What they find is in the normal rabbits the
3  only thing they have is COX-1. They don't have any
4  COX-2.
5     Q. Why is that significant?
6  A. Well, it is significant because there's now no way
7  that VIOXX can essentially even affect this blood
8  vessel because it doesn't even have the COX-2
9  machinery.
10    Q. Is that COX-2 machinery there does that make
11 prostacyclin?
12 A. We'll get to that in one second.
13    Q. Okay.
14 A. First thing here is what's there. Okay. If you
15 look at the rabbit that's gotten cholesterol it, too,
16 primarily has COX-1, that's the dominant one. But if
17 you look at some of these plaques right here in the
18 little plaques you do see COX-2. And that is now
19 saying that there's some inflammatory cells in these
20 plaques, the lipid laden things, and they express
21 COX-2. What they can do is take these pieces of blood
22 vessel and sit them in a test tube with a little bit of
23 fluid and they can ask can this blood vessel make
24 prostacyclin. And they do.
25    So you take these blood vessels, you see it