Karavan (Multi-clip)
MK 603 6:3-7:1

Q. Okay. Now, will you give the jury an understanding of your educational background.
A. Well, I did my medical school training in Medical University of South Carolina in Charleston, South Carolina, stayed on and did internship in medicine and residency at MUSC -- what's called MUSC in Charleston, South Carolina, and did my -- and did my cardiology fellowship also in Charleston, South Carolina, at the Medical University of South Carolina.
Q. And you're in a -- you're in practice with another group of cardiologists, is that right?
A. Right, we're in a group practice here in Myrtle Beach with six or seven other cardiologists.
Q. And are you board certified?
A. Yes, sir.
Q. What is your board?
A. Well, first got board certified in internal medicine and board certified in cardiology and then recertified roughly five years ago.
Q. Okay. And from looking at your records, when is the first time you saw Mr. Barnett?

MK 705 7:5-7:7

A. The first time I saw him was right around 9/6/02, okay, may have been the 5th or -- I can double-check that. You need the exact date?

MK 709 7:9-7:9

A. September of 2002.

MK 717 7:17-7:22

Q. And that's the day he had the heart attack, is that right?
A. The -- he -- he had come in, I believe, the day before, admitted the day before, evening before, and then we consulted him the next day if my memory is correct.

MK 1111 11:11-11:23

Q. And why don't you just tell the jury what your general practice consists of on a daily or weekly basis.
A. Basically it's a busy clinical cardiology practice. I'm an interventional cardiologist and we take care of a lot of acute coronary syndromes, a lot of heart attacks in the hospital. I'm on call every third day for heart attack call and have a busy office practice to take care of, a lot of clinical cardiology. I do no research and that sort of thing. It's all clinical cardiology, see a lot of patients over the last 15

years, 20 years.

MK 1507 15:7-15:23

Q. Now I'm going to show you Exhibit Number 3 and ask you if you've ever seen Exhibit Number 3 before.
A. Okay, the -- yes, sir, I have. When I was reviewing the chart recently, I came across this and read it, um-hum.
Q. And what is Exhibit Number 3?
A. This is a cardiology evaluation by one of my former partners who saw Mr. Barnett back on 1/20/00 for chest pain. It was a cardiology consultation in -- in the hospital.
BY MR. ROBINSON:
Q. And who was your associate back then?
A. Dr. Vaishali Swami.
Q. Okay. Is Dr. Swami still practicing with you?
A. No, sir.

MK 1603 16:3-16:5

Q. Okay. And could you read into the record the history of what happened according to -- to Dr. Swami as of 1/20/00.

MK 1612 16:12-17:17

A. Oh, sure. This is a 55-year-old white male with known hyperlipidemia but no other cardiac history. Potion -- patient woke yesterday morning around 6:00 AM with left-sided chest pain. The pain continues to come and go approximately every 20 minutes. It was sharp in nature. He denied any light-headedness, diaphoresis, nausea, vomiting or shortness of breath. The frequency of pain increased. The patient therefore saw Dr. Mikolajczyk at his office. EKG was normal. Dr. Mikolajczyk gave the patient a prescription for sublingual nitroglycerin and suggested he return as pain reoccurred without relief.
That evening the patient went to his

17: Page 17

dance class. The patient got through most of the routines with no difficulty. During the last few minutes, the pain did return. The patient took one sublingual nitroglycerin which quickly relieved the pain. The patient decided to come to the ER at that point for further evaluation.
In the emergency room, the patient had recurrent chest pain even after IV nitroglycerin was started. The patient described them as short, sharp pains. The patient did receive Flexeril 10 milligrams with some relief. The patient works out regularly. He -- he stopped for approximately two weeks secondary to an upper respiratory infection. The patient just started back on Monday, 1/17. The patient has had chest pain in the past after heavy workouts. The patient felt that these were related to musculoskeletal problems.

MK 1720 17:20-19:1

Q. Also, can you -- on the next page, can you read into the record what meds the patient was on.
A. The meds were listed as Prilosec and Vioxx.
Q. Okay. And can you read the -- the
Page 18
family history for this patient.
A. Patient's father deceased at 6 -- at age 68 secondary to myocardial infarction. He sustained first myocardial infarction at the age 62 and had a CVA. Mother still alive at age 84 and healthy. Patient has four brothers and one sister, none of which have had heart disease. The younger sister has had multiple TIA's.
Q. Okay. And could you read the assessment/plan into the record on the third day, please.
A. This is a --
Q. I'm sorry, the third page, please.
A. This is a 55-year-old white male who presents with atypical chest pain. The pain -- the patient has ruled out for myocardial infarction as cardiac enzymes have been negative times two. Given that patient does have risk factors for coronary artery disease, an exercise stress test is recommended. Patient stated that he prefers this -- this conservative management. The -- the patient is fairly stable at this time and we feel that this stress test can be performed as an outpatient -- on a -- excuse me, on an outpatient basis at our office. This was discussed with the
Page 19
patient and this will be set up through our office.

MK 1912 19:12-19:16

Q. Doctor, what is Exhibit Number 4?
A. This is the written report of the result of the stress test as mentioned in the -- that they were going to order and it is dated 1/24/2000.

MK 1922 19:22-19:23

Q. Okay. And could you read into the record under stress what it says.

MK 2001 20:1-20:5

A. The patient exercised 15 minutes zero seconds into a Bruce protocol, completing three minutes, zero seconds of Stage 5, 17.5 METs.
Q. And can you read the next -- next couple statements.

MK 2008 20:8-22:3

A. The patient stopped due to fatigue. Heart rate increased from 81 to 171 -- excuse me, 172 beats per minute, parentheses, 95 -- 94 percent

of age predicted maximum heart rate, end parentheses. Blood -- blood pressure increased from 110 over 80 to 160 over 80. Resting EKG normal sinus rhythm. Stress EKG showed inferolateral T wave inversion at peak stress.

Q. Okay. Now, can you read in the portion below where it says perfusion report.

A. Right. Stress images showed mild decreased perfusion in the lateral wall, normal thickening.

Q. Okay. And can you read the section in under ejection fraction.

A. LVEF was 56 percent.

Q. And can you read the wall motion analysis in.

Page 21

A. Wall motion analysis showed normal wall motion but mild lateral ischemia.

Q. What is mild lateral ischemia?

A. That means the lateral part of the heart was not getting the proper blood flow to a mild degree.

Q. And -- and that's what -- what they referred to up in the stress images where it says, quote, showed mild decreased perfusion in the lateral wall, normal thickening, or is that something different?

A. Well, that is correct if -- the -- I think to be absolutely correct, what you would say is wall motion analysis showed normal wall motion but mild lateral hypokinesis because you're looking at wall motion, you're not looking at perfusion, okay?

Q. Okay.

A. So the correct way would probably be to say, mild lateral wall hypokinesis, not -- indicating that the lateral side of the heart was not contracting quite as vigorous as it should. The perfusion, which is measurement of blood flow, okay, would show that there was decreased perfusion in the lateral wall on the stress with the rest

Page 22

images showing normal perfusion, meaning that with stress, the lateral side of the heart didn't get the proper blood flow.

MK 2312 23:12-23:17

Q. -- could ischemia lead to some chest pain?

A. Yes, when someone has ischemic heart disease, a lack of proper blood flow to the heart, you can get chest -- you certainly can get chest discomfort.

MK 2501 25:1-25:9

Doctor, let me show you Exhibit Number -- well, let me -- before we do that, you said that you first saw, yourself, Mr. Barnett on or about 9/6/2002, is that right?

A. That's correct.

Q. And what was that for?

A. For -- well, the consultation was put in for what's called a non-Q wave myocardial infarction.

MK 2622 26:22-27:8

Q. Okay. So under problem list, can you read the -- the six problems that were listed.
A. Yes, sir. First problem is non-Q wave myocardial infarction. Second problem, chest pain,
Page 27
subset 2A, sharp atypical chest pain with exercise Cardiolite stress test January 24th, 2000, 15 minutes of a Bruce protocol stopping secondary to fatigue. Peak heart rate 172, 94 percent predicted maximum heart rate with maximum blood pressure 160 over 80. Perfusion images shown -- revealed small area of lateral ischemia, ejection fraction 56 percent.

MK 2712 27:12-29:10

Q. Okay. Go ahead, what's Number 3?
A. Number 3 is hyperlipidemia.
Q. And what is hyperlipidemia?
A. That means your cholesterol is high.
Q. Okay. What is Number -- what is Number 4?
A. History of cervical disc herniation secondary to motor vehicle accident 1979.
Q. Okay. Number 5?
A. Gastroesophageal reflux, Subset A, upper endoscopy September 1997, four-centimeter hiatal hernia with erosive esophagitis and a Schatzki's ring. He was dilated to 25 millimeters. Biopsies were negative for Helicobacter pylori.
Page 28
Q. What's Number 6?
A. Number 6, diverticulosis, 6A subset, screening flex sigmoidoscopy December 1997.
Q. Okay. Will you read into the record the first four lines under history.
A. History, the patient is a pleasant 58-year-old white male who underwent exercise Cardiolite stress test January 2000 after presenting to Grand Strand Regional Medical Center with sharp chest pain. The patient ruled out for myocardial infarction and underwent the stress test on an outpatient basis. The patient exercised 15 minutes of a standard Bruce protocol and Cardiolite images revealed just a small area of lateral ischemia.
Q. And read starting with he -- he, however, reports, last -- that last line.
A. He, however, reports that last night he had a new and different pain. He was just sitting at his computer when he developed a substernal ache like a flu-type ache but only in the center of my chest. He states the discomfort began to radiate outward and through to his back, but he denies any radiation to his neck, jaw or arms.
Q. Okay. Can you read starting with the
Page 29

patient states the discomfort.
A. The patient states the discomfort was constant but did vary slightly in intensity. He then walked downstairs to check his blood pressure, which was 189 over 111. Five minutes later, it was 194 over 104. He called Blue Cross/Blue Shield's nurse who suggested he call 911. The patient states he did and en route received a sublingual nitroglycerin spray with complete resolution of his chest ache within a minute to a minute and a half.

MK 3014 30:14-30:24

Q. Okay. Then can you read starting with then.
A. Then while being evaluated in the emergency room, the patient states the discomfort returned but again was relieved with one sublingual nitroglycerin and the entire duration of the second episode was approximately five minutes. About 45 minutes to an hour later, he had another third occurrence, again resolving with sublingual nitroglycerin and lasting six to seven minutes in duration.

MK 3106 31:6-32:12

Q. It says -- could you read the section that says, he also states that since.
A. He also states that since his initial pain last night, he has had a discomfort that he could localize in his left anterior chest wall that resolves if he massages it.
Q. And read on.
A. Patient has subsequently gone on to rule in for a non-Q wave myocardial infarction with his third CPK being 217 with an MB index of 5.8 and a Troponin of -- Troponin-I, excuse me, of 1.4.
Q. Okay. And -- and does it say what -- can you read the meds into the -- the meds, please.
A. Yes. Meds, prior to this admission, Vioxx 25 milligrams a day, Prilosec 20 milligrams a day, Lipitor 20 milligrams a day, Sporanox one per week for a toe fungus. The patient took his last Sporanox Wednesday and has not taken Lipitor due to his concern of his liver.
Q. Okay. And can you read the family

Page 32

history into the record, please.
A. Family history, the patient's father died at age 68 with his second myocardial infarction. His first MI was at age 62 and he also suffered a stroke between the two heart attacks. The patient's mother is living at 86 and has had some TIA's. The patient has four brothers and one sister. His sister has had multiple TIA's and is 50 years old. None of his brothers have had heart problems or hyperlipidemia.
Q. Okay. And can you go to the next page and read in the first four lines.

MK 3215 32:15-33:8

A. The patient is a pleasant 58-year-old white male who presents with a non-Q wave myocardial infarction. The patient's third CPK, isoenzyme and Troponin-I are all elevated and we will obtain a fourth CPK and MB index until we get patient's peak record -- recorded. EKG, however, showed nonspecific S/T T wave changes, but we will recheck an EKG in the morning.
Q. Okay. Let me ask you this: You know, I -- I went through the records and I didn't see any fourth CPK or Troponin record beyond the 1.4
Page 33
Troponin and the 217 that was mentioned previously. Do you -- do you know if your records show any initial --
A. I know my -- yeah, I know my records do not have any CPK enzyme analysis.
Q. Okay. But you actually -- you and your assistant, Roberta Gonzalez, actually wanted to get another Troponin level and a CPK level, right?

MK 3310 33:10-33:15

THE WITNESS: That would be correct according to the report.
BY MR. ROBINSON:
Q. And -- and is that to try and find out what the actual peak for the enzymes would be?
A. That would be correct.

Objection: 611(c), leading
π response: verifying information contained in report

MK 3712 37:12-38:2

Q. Okay. And when you look at the first EKG, which was 9/6/2002, do you see any Q wave there?
A. The -- I would interpret this EKG as probably normal. There is possibly a small Q wave in Lead 3, which I would say is -- which normally when I interpret an EKG like this, I would say Q and 3 probably normal.
Q. Okay. Let's go to the one on 9/7. It's the third page in. How would you describe the Q wave on Leads 2, 3 and AVF on that one, has it grown a little bit?
A. I wouldn't comment on them if I was reading this. And actually, I did read this EKG
Page 38
and didn't comment on it then. This is 9/7 at 07:57:53?

MK 3806 38:6-38:12

Q. Okay. Let me go to 9/11/2002. Do you see a Q wave there?
A. Okay. On this EKG he has a -- I would interpret this EKG as small Q waves in Lead 3 and AVF, nondiagnostic, consider inferior MI pattern.
Q. So do you see -- so you do see a bigger Q wave on -- on 9/11, is that right?

Objection: leading
π response: needed for clarification

MK 3814 38:14-39:13

THE WITNESS: On 9/11, there is a more

                                  see previous page

prominent Q wave in Lead 3 and a small Q wave in Lead AVF.
BY MR. ROBINSON:
Q. Okay. And just so we understand, when you do look at it as a cardiologist, are you looking at the width of the Q wave?
A. That would be the width, also the depth, but mostly the width, yes, sir.
Q. And why -- why -- why don't you explain to the jury what it is about the width and the depth that's important.
39: Page 39
A. Well, just as implied on the EKG previous, those are really not Q waves and that's what are non -- a lot of -- EKG is not totally a hundred percent specific all the time and when you have small little blips called Q waves, they can be very nonspecific and not -- and not mean anything. His EKG the day before really had small little blips that I wouldn't even comment on. So the larger the Q wave and the more prominent, the more likely it is to be a pathologic finding.
Q. Now, the -- the 9/11 EKG, is the Q wave lighter and have more depth than -- than the previous two from 9/6 and 9/7?

Δ objection: leading
π response: Needed for clarification

MK 3915 39:15-39:17

THE WITNESS: The Q wave is more prominent on the EKG from -- on 9/11/02 and I would interpret it like I just did.

MK 4024 40:24-41:2

Δ objection: leading
π response: Needed for clarification

Q. Now, with regard to the -- the Q wave on this series of EKG's, does it appear that from
41: Page 41
9/6 to 9/7 and then eventually 9/11 that the Q wave did get quite --

MK 4105 41:5-41:20

Q. -- progressive?
A. I would interpret these series of EKG's as initial EKG being -- a small nondiagnostic Q wave in Lead 3 as the initial EKG 9/6/02, 1:54:59. The last EKG I have is 9/11/02 at 04:12:43 AM and I would interpret this EKG as small inferior Q waves in Leads 3 and AVS -- F, considered inferior myocardial infarction pattern.
Q. And by the way, if there is a Q wave on a -- on a EKG, what part of the heart does that typically align with in terms of -- of any type of damage to the heart? Is it the bottom of the heart, the side of the heart?
A. Well, that's -- the interpretation, like I said, would have been an inferior, which would be the bottom side of the heart.

MK 4206 42:6-42:9

A. The V4 and V5 would be the anterior lateral part of the heart.

Q. Okay. So the Q wave would relate to the inferior part of the heart, right?

MK 4211 42:11-42:17

THE WITNESS: The Q waves on his EKG would be consistent with the inferior part of his heart.
BY MR. ROBINSON:
Q. And for the jury, what is the inferior part of your heart?
A. That would be the bottom of the heart.

MK 4222 42:22-43:5

Q. Okay. Let's go to Exhibit Number 7 -- let's go to Exhibit Number 7 and ask you to tell the jurors what Exhibit Number 7 is.
A. Okay, this is a blood report of the
Page 43
cardiac enzymes from 9/7/02 on Mr. Barnett and they're in series so the 9/7 -- okay, 9/6 -- actually going from left to right would be backwards. We go from -- right to left would be progression in time I think here.

MK 4309 43:9-43:19

Q. Well, I'm just going to ask you this: Under -- under Troponin, it does say that -- that at one point, the Troponin was 1.40, is that right?
A. The Troponin, yeah, was 1.4, that's correct.
Q. Now, just so we understand, lay people understand, if you have Troponin at 1.4, what does that mean in terms of a heart attack?
A. It is consistent with the death of myocardial cells. It's a very small amount.
Q. But there is a heart attack there?

MK 4321 43:21-43:24

THE WITNESS: That would be -- in the context of Mr. Barnett, this is consistent with a non-Q wave myocardial infarction just like his diagnosis -- his evaluation.

MK 4401 44:1-44:4

Q. Okay. Now, what does the -- what is the -- the C key MB -- CKMB refer to?
A. That is another cardiac enzyme marker of -- of myocardial damage.

MK 4424 44:24-45:6

Q. They're elevated? So C key -- CKMB of 21.1, what does that mean to you?
Page 45
A. Okay, that would be on the enzyme 040, right, 0 -- 004?
Q. Yeah.
A. Okay. The total CPK was 288 with a CPK

portion of that 21, which is 7.3 percent which is consistent with myocardial damage.

MK 4514 45:14-46:4

Q. Okay. Number 8, Doctor. Now, Number 8, there's some -- there's some progress notes, is that right?
A. Right.
Q. For the jury, what's a progress note?
A. It's an official note in the hospital chart that doctors write on to describe their findings and assessment.
Q. Okay. Now, did you write one of those progress notes?
A. Yes, sir.
Q. Which one did you write?
Page 46
A. The second one on the bottom half of the page.
Q. Okay. Can you read your progress note into the record because --

MK 4612 46:12-46:20

A. I know. Okay, it says: 9/6/02, 6:00 PM, assessment, Number 1, non-Q wave myocardial infarction. Recommendation, aspirin, Lovenox, Metoprolol, nitroglycerin as needed. Cath Monday. Patient understands risk as one -- with regards to the cath as one in a thousand deaths, one in 500 CVA, MI, arrhythmia, dye reaction, vessel injury, risk of PTCA/stent at 1 percent death, 2 to 3 percent risk of MI and possible emergent CABG.

MK 4917 49:17-50:3

Q. That's Number 10. Let me show you Exhibit Number 10. And does this appear to your -- be your progress note from 9/7?
A. Correct, that -- the top part of this paper is my progress note, 9/7.
Q. Could you read that into the record, please.
A. No angina, heart rate would be 55, blood pressure 110 over 60, chest clear, cardiac,
Page 50
no murmur, CPK 288, EKG normal. Assessment, non-Q wave MI, no recurrent angina, plan for cath Monday, risk as described previously.

MK 5005 50:5-50:6

MR. ROBINSON: Here, let's get the next exhibit, which would be --

MK 5007 50:7-50:7

MS. MYER: 11.

MK 5012 50:12-51:8

Q. Here, Doctor. Is -- is that your note