```
                                          karavan
50:13 at the bottom?
50:14      A.   Yes, sir.
50:15      Q.   Okay. That's 9/8?
50:16      A.   Yes, sir.
50:17      Q.   Can you read that into the record,
50:18 please.
50:19      A.   No angina, only neck pain. Heart rate
50:20 60, blood pressure 110/60. Neck, no JVD. Chest
50:21 clear. Cardiac regular with no murmur.
50:22 Extremities, no edema. Peak CPK 288. Assessment
50:23 and plan, non-Q wave MI, no angina, for cath in AM.
50:24 Patient understands risk as one in a thousand
50:25 death, one in 500 CVA, MI, arrhythmia, dye
51:   Page 51
51: 1 reaction, vessel injury. Risk of PTCA/stent at 1
51: 2 percent death, 2 to 3 percent acute MI and possible
51: 3 emergent CABG.
51: 4      Q.   Okay. And what's a CABG?
51: 5      A.   Coronary artery bypass graft.
51: 6      Q.   So that's a bypass surgery?
51: 7      A.   Yes, sir.
51: 8      Q.   Okay. Let's go to Exhibit Number --

MK 5111    51:11-51:11

51:11      Q.   -- 12.

MK 5115    51:15-51:17

51:15      Q.   Number 12 appears to be your note as
51:16 well, right?
51:17      A.   Yes, sir.

MK 5120    51:20-51:23

51:20      Q.   Okay. Can you read that one slowly
51:21 into the record for -- for Terri.
51:22      A.   Yes, sir. This is the note of the cath
51:23 results.

MK 5201    52:1-52:12

52: 1      Q.   Okay. Let's just -- first of all,
52: 2 you -- you did what they call as a cardiac
52: 3 catheterization?
52: 4      A.   Yes, sir.
52: 5      Q.   On -- on what day?
52: 6      A.   9/9/02.
52: 7      Q.   And tell the jury what a cardiac
52: 8 catheterization is.
52: 9      A.   That's a test where we slide tubes from
52:10 the groin up into the heart and inject contrast dye
52:11 into the blood vessels of the heart that feed blood
52:12 to the heart and assess for blockage.

MK 5218    52:18-54:16

52:18      Q.   Okay. Okay. Could you read into the
52:19 record what -- what you say in your handwriting on
52:20 9/9/02 on Exhibit Number 12.
52:21      A.   Cath without complication. LVEF
52:22 approximately 50 percent. LVEDP 16. Left main, 50
52:23 percent distal. LAD, mild proximal irregularities,
                             Page 11
```

```
                                      karavan
52:24 mid vessel 80 percent.  D1 small 80 percent.  D2
52:25 moderate, mild irregularities.  Circumflex, small,
53: Page 53
53: 1 diffuse, high-grade disease.  Ramus, large,
53: 2 proximal 80 percent lesion.  RCA hundred percent
53: 3 PDA with collaterals.  Posterolateral branch 80
53: 4 percent.  Recommendation, CABG.
53: 5           Q.   Okay.  Now, just let me go through
53: 6 that.  So the -- the first vessel is blocked 50
53: 7 percent?
53: 8           A.   The left main coronary was 50 percent
53: 9 stenosed or blocked.
53:10           Q.   Okay.  And the LAD was blocked 80
53:11 percent?
53:12           A.   Yes, sir.
53:13           Q.   In one portion of it, right?  What
53:14 portion was that, mid vessel?
53:15           A.   Okay.  Mid vessel had 80 percent
53:16 stenosis.
53:17           Q.   And then what is the D1?
53:18           A.   First diagonal.  That is a branch off
53:19 the LAD.
53:20           Q.   It's a small vessel?
53:21           A.   This first diagonal was listed as
53:22 small, 80 percent block -- lesion blockage.
53:23           Q.   And then the -- what's the D2?
53:24           A.   That's the second diagonal.
53:25           Q.   And that had moderate?
54: Page 54
54: 1           A.   Well, what that meant, there was a
54: 2 moderate-sized vessel with mild irregularities.
54: 3           Q.   And the CX is circumflex?
54: 4           A.   Correct.
54: 5           Q.   And what do you -- and so you're saying
54: 6 there is a small diffuse high-grade -- is that
54: 7 atherosclerotic disease?
54: 8           A.   Yes, sir.
54: 9           Q.   Okay.  And the ramus had 80 percent
54:10 blockage, right?
54:11           A.   Yes, sir.
54:12           Q.   Now, this PDA --
54:13           A.   Yes, sir.
54:14           Q.   -- had a hundred percent -- it was --
54:15 it was occluded, right?
54:16           A.   Yes, sir.

MK 5419      54:19-54:20

54:19                And what was this last thing down at
54:20 the bottom, the -- the one below?

MK 5423      54:23-54:24

54:23           A.   It's called a posterolateral branch,
54:24 another branch off of the right coronary artery.

MK 5505      55:5-55:5

55: 5           Q.   Okay.  Okay.  Next exhibit, Number 13.

MK 5510      55:10-57:5

55:10           Q.   What is 13 for the jury?
```
Page 12

```
                            karavan
55:11       A.   This is my official dictated heart
55:12 catheterization report on Mr. Barnett.
55:13       Q.   Okay. And this was done on 9/9/2002,
55:14 right?
55:15       A.   Yes, sir.
55:16       Q.   Okay. Could you slowly read that into
55:17 the record for Terri.
55:18       A.   Yes, sir. Aortic pressure 110 over 60,
55:19 mean 75. LV pressure 110 over 16. Left
55:20 ventriculogram, mid inferior diaphragmatic
55:21 hypokinesis, ejection fraction approximately 50
55:22 percent.
55:23       Q.   Can we stop there?
55:24       A.   Yes, sir.
55:25       Q.   Okay. What is a ventriculogram?
56: Page 56
56: 1       A.   That's when we stick the tubes inside
56: 2 the pumping chamber of the heart, inject dye and
56: 3 watch the heart muscle pump to assess the
56: 4 contractility or the ability of the heart to pump
56: 5 blood.
56: 6       Q.   So -- and you've told us previously
56: 7 that the inferior part of the heart is the bottom
56: 8 of the heart?
56: 9       A.   Correct.
56:10       Q.   So when you say there's inferior
56:11 diaphragmatic hypokinesis, what do you mean? What
56:12 does the word hypokinesis refer to?
56:13       A.   It's not contracting as strong as it
56:14 should so what has happened, if I may interpret all
56:15 this --
56:16       Q.   Yeah.
56:17       A.   Okay. Mr. Barnett closed his PDA,
56:18 which is the posterior descending artery going to
56:19 the bottom of the heart. He had a mild heart
56:20 attack as evidenced by his CPK enzyme rise of 228
56:21 and his PVA was closed. His inferior part of the
56:22 heart had a mild amount of damage and was
56:23 hypokinetic.
56:24       Q.   And hypokinetic to -- for the jury,
56:25 what does that mean?
57: Page 57
57: 1       A.   Didn't pump quite as strong as it
57: 2 should.
57: 3       Q.   So in other words, there's some damage
57: 4 to the inferior part of the heart?
57: 5       A.   Correct.

MK 5711     57:11-57:24

57:11       Q.   Well, maybe you can explain it.
57:12 what -- define in terms of heart damage what --
57:13 what inferior hypokinesis is.
57:14       A.   It means the bottom side of the heart
57:15 is not pumping as strong as it should because
57:16 there's been damage from a small heart attack.
57:17       Q.   Okay. And that heart attack from --
57:18 from what you've observed was due to this occlusion
57:19 on the adjacent vessel which was the PDA, is that
57:20 right?
57:21       A.   It was a result of closure of the PDA,
57:22 or posterior descending artery, of the heart.
57:23       Q.   Okay. When you say closure, is that
```

Handwritten annotations (right margin):
- At 57:1–5: "Δ objection: leading / π response: Needed for clarification"
- At 57:21–23: "Δ objection: leading / π response: Needed for clarification"

```
                                        karavan          ⎤ see previous page
     57:24 typically due to a thrombus at that location? ⎦

MK 5801      58:1-58:23

     58: 1              THE WITNESS:  Okay.  Most heart
     58: 2 attacks, as well known, are usually caused by
     58: 3 plaque rupture with thrombus formation.
     58: 4 BY MR. ROBINSON:
     58: 5      Q.   Okay.  And why don't you describe
     58: 6 what -- what -- for the jury what that means,
     58: 7 plaque rupture with a thrombus formation.
     58: 8      A.   The coronary arteries over time develop
     58: 9 atherosclerosis or -- or plaquing in the vessels.
     58:10 It's very consistent with cholesterol and other
     58:11 things.  Most plaques are smooth and covered, but
     58:12 what can happen is with -- in most heart attacks is
     58:13 this plaque ruptures, fissures, cracks, exposing
     58:14 the inside of the plaque to the surrounding
     58:15 bloodstream and as a result, a thrombus or blood
     58:16 clot wants to form on top of the fissure or crack
     58:17 of the plaque.
     58:18      Q.   And then that causes an -- an
     58:19 occlusion?
     58:20      A.   And that causes the vessel to close, be
     58:21 occluded.
     58:22      Q.   And do you believe that's what happened
     58:23 here?

MK 5825      58:25-59:3

     58:25              THE WITNESS:  Yes, sir.
     59: Page 59
     59: 1 BY MR. ROBINSON:
     59: 2      Q.   And for the jury, please describe what
     59: 3 a thrombus is, actually.
```

Δ objection: leading
π response: needed for clarification

```
MK 5905      59:5-59:10

     59: 5              THE WITNESS:  Thrombus is -- I always
     59: 6 tell my patients it's just like if you cut yourself
     59: 7 and you watch your -- the blood clot on your hand,
     59: 8 the same thing happens inside the blood vessel.
     59: 9 It's a clotting cascade that effects inside the
     59:10 blood vessel.

MK 5920      59:20-59:21

     59:20      Q.   Okay.  But -- but put it this way:
     59:21 That -- in your opinion, that's what happened here?
```

Δ objection: leading
π response: clarification of witness' response

```
MK 5923      59:23-60:8

     59:23              THE WITNESS:  I think his clinical
     59:24 situation is one of diffuse atherosclerosis with
     59:25 probable plaque rupture, thrombus formation and
     60: Page 60
     60: 1 myocardial infarction.
     60: 2 BY MR. ROBINSON:
     60: 3      Q.   Okay.  Can you read the conclusions.
     60: 4 Well, you know, maybe we better -- where did we
     60: 5 leave off here?  We -- okay, why don't we -- why
     60: 6 don't you read under the section called left main.
     60: 7      A.   Okay.  This -- that -- okay.  Left
```

```
                              karavan
     60: 8 main --

MK 6011      60:11-60:16

     60:11       A.   Yes, sir.  Left main, a 50 percent
     60:12 eccentric distal lesion.  LAD, mild --
     60:13       Q.   What is that 50 percent eccentric?
     60:14       A.   That means the lumen of the left main
     60:15 blood vessel is narrowed 50 percent eccentrically,
     60:16 meaning it's to one side of the blood vessel.

MK 6020      60:20-61:8

     60:20       Q.   And then the -- what about the -- read
     60:21 what you say about the LAD.  What is the LAD?
     60:22       A.   Left anterior descending branch rising
     60:23 off of the left main truncus.
     60:24       Q.   And what do you say there?
     60:25       A.   Mild proximal irregularities.  The
     61: Page 61
     61: 1 first diagonal is a moderately-large vessel with
     61: 2 mild irregularities.  The mid LAD has tubular 70 to
     61: 3 80 percent narrowing.  There is a more proximal
     61: 4 diagonal branch which is small with tubular 80
     61: 5 percent narrowing.
     61: 6       Q.   Now, read what you say about the ramus.
     61: 7       A.   Ramus intermedius is a large vessel
     61: 8 with tubular proximal 80 percent narrowing.

MK 6113      61:13-62:6

     61:13       Q.   Okay.  And then what do you say about
     61:14 the circumflex?
     61:15       A.   Relatively small vessel.  There is
     61:16 tubular proximal 70 to 80 percent narrowing.
     61:17       Q.   That's due to that --
     61:18       A.   Atherosclerotic plaque.
     61:19       Q.   Okay.  Then go on.
     61:20       A.   The only obtuse marginal branch off of
     61:21 the circumflex is small -- is a small vessel with
     61:22 diffuse high-grade disease.
     61:23       Q.   Okay.  Okay, can you read what you say
     61:24 about the R -- what is the RCA?
     61:25       A.   Okay.  Right coronary artery, dominant
     62: Page 62
     62: 1 vessel -- in the mid vessel there are diffuse
     62: 2 irregularities.  Distally at the bifurcation the
     62: 3 PDA is totally occluded.  The posterolateral branch
     62: 4 a moderate-size -- is a moderate-sized vessel with
     62: 5 an 80 percent proximal lesion.  The PDA receives
     62: 6 collateral filling from the left coronary artery.

MK 6208      62:8-62:22

     62: 8            The fact that the PDA receives its
     62: 9 collateral filling, does that help sort of reduce
     62:10 the -- the heart attack size?
     62:11       A.   In general it's felt that
     62:12 collateralization does improve blood flow through
     62:13 the filling from other blood vessels and can limit
     62:14 the amount of damage that occurs from a heart
     62:15 attack.
     62:16       Q.   And so that in this -- in this case,
```

```
                                    karavan
     62:17 you found that there were collaterals filling from
     62:18 the left coronary artery to the PDA, is that right?
     62:19         A.   That's correct.
     62:20         Q.   And the PDA is the posterior descending
     62:21 artery?
     62:22         A.   Yes, sir.

MK 6305      63:5-63:16

     63: 5              What is the significance of the
     63: 6 collateral filling from the left coronary artery to
     63: 7 the PDA?
     63: 8         A.   Collateral blood vessels are blood
     63: 9 vessels that pick up the -- that help to improve
     63:10 blood flow to an area of the heart when the -- we
     63:11 will call antegrade filling is compromised and
     63:12 collateral blood vessels can reduce the size of a
     63:13 heart attack.
     63:14         Q.   Okay.  And why?
     63:15         A.   Because they allow filling to that area
     63:16 of the heart through a different direction.

MK 6807      68:7-68:18

     68: 7         Q.   Okay.  And do you have -- so -- I'm
     68: 8 going to also give you Number 15, which has got the
     68: 9 frame number on it 25-79 and 26-79.  Do you see on
     68:10 Number 15 a view of the area where the -- the right
     68:11 coronary artery comes off to the PDA?
     68:12         A.   Yes, sir.
     68:13         Q.   Okay.  And do you see the area of the
     68:14 occlusion on Exhibit 15?
     68:15         A.   Yes, sir.
     68:16         Q.   Okay.  Why don't you describe for the
     68:17 record what -- what Exhibit 15 shows.  And refer to
     68:18 which frame you're referring to, for example --

MK 6821      68:21-69:4

     68:21         A.   Looking at 25-79, it's a -- it's an
     68:22 injection of the right coronary artery.  The PDA
     68:23 vessel in question we're discussing can obviously
     68:24 be -- is shown to be totally occluded right at its
     68:25 origin.
     69: Page 69
     69: 1              Frame Number 57-72 is an injection of
     69: 2 the left coronary artery which shows the
     69: 3 collateralization to the PDA which we've been
     69: 4 discussing.  Okay.

MK 7010      70:10-71:10

     70:10         Q.   Okay.  If we look at Exhibit 14 and
     70:11 view 9 -- or Frame 9/72 --
     70:12         A.   Yes, sir.
     70:13         Q.   -- in the left bottom of -- of the
     70:14 picture, we see like a black area there.  See where
     70:15 I'm pointing right there?
     70:16         A.   Yes, sir.
     70:17         Q.   And what does that appear to be?
     70:18         A.   That appears to be dye hanging up
     70:19 consistent with the fact that the patient's PDA, or
     70:20 posterior descending artery, was closed.
                                  Page 16
```

```
                                karavan
70:21         Q.   Okay.  Why don't you sort of explain to
70:22 the jury why -- why dye would hang up if -- in that
70:23 location if the PDA was closed.
70:24         A.   What happens is a blood vessel closes
70:25 and the blood flow through that area is stopped
71: Page 71
71: 1 essentially.  And when dye goes down there, it just
71: 2 goes and sits in the area of the closure.
71: 3         Q.   And is -- is dye hanging up one of the
71: 4 indicia of a -- of a potential thrombus?
71: 5         A.   Majority of heart attacks are related
71: 6 to thrombus formation and -- and the majority of --
71: 7 majority of heart attacks have -- when you take
71: 8 angiograms do have some element of dye that's --
71: 9 that hangs up -- tends to hang up because the flow
71:10 is so poor because there's -- the vessel's closed.

MK 7117      71:17-72:2

71:17         Q.   Can you tell the jury what Exhibit 16
71:18 is.
71:19         A.   This is the handwritten diagram of --
71:20 that I used to show the patient and the family
71:21 after we've performed a cardiac -- cardiac
71:22 catheterization or coronary angiogram to give them
71:23 an idea of what was found.
71:24         Q.   And did you put a mark on the PDA where
71:25 the clot or thrombus was?
72: Page 72
72: 1         A.   The PDA is marked as a hundred percent
72: 2 occluded.

MK 7209      72:9-72:11

72: 9         Q.   Okay.  So you actually drew it in the
72:10 area right where the -- the PDA comes off of the
72:11 right coronary artery, right?
```

*[Handwritten annotation: A objection leading / response: clarification of drawing]*

```
MK 7224      72:24-73:5

72:24 you.  Okay.  And I know it doesn't show on this
72:25 drawing, Exhibit 16, but is the inferior wall of
73: Page 73
73: 1 the -- of the heart, in other words, the bottom of
73: 2 the heart, adjacent to this PDA vessel?
73: 3         A.   The PDA -- that's correct, the PDA
73: 4 supplies the inferior wall of the heart.  That's
73: 5 marked.

MK 7321      73:21-73:23

73:21         Q.   And that inferior part is the area
73:22 where you found the hypokinesis?
73:23         A.   That's correct.

MK 7416      74:16-74:21

74:16              So who is Dr. Curtis Bryan?
74:17         A.   Cardiothoracic surgeon that performed
74:18 the coronary artery bypass graft in Mr. Barnett.
74:19         Q.   And he did that -- that bypass surgery
74:20 on 9/10/2002, is that right?
74:21         A.   Yes, sir, that's correct.
                                Page 17
```

karavan

MK 7704        77:4-77:18

```
77: 4         Q.    Just in layman's terms, what did he do
77: 5   there?
77: 6         A.    He performed a five-way coronary artery
77: 7   bypass grafting to Mr. Barnett.
77: 8         Q.    Five different vessels?
77: 9         A.    Five, that's correct.
77:10         Q.    And just for the jury, what -- what
77:11   does that involve?
77:12         A.    It involves taking what we call grafts
77:13   or conduit from the leg, which are vein, excising
77:14   them out of the leg, taking conduit from the chest
77:15   wall called an artery, opening up the chest and
77:16   sewing these conduits, grafts, bypasses to the
77:17   arteries that feed blood to the heart to supply
77:18   them with blood flow.
```

MK 7913        79:13-79:23

```
79:13         Q.    And then why don't you read the section
79:14   under procedures done in the hospital.
79:15         A.    Procedure Number 1, diagnostic coronary
79:16   artery catheterization performed by Dr. Mark
79:17   Karavan on September 9, 2002 revealing significant
79:18   three-vessel coronary artery disease.
79:19         Q.    And when they say three vessel, what
79:20   does that mean?
79:21         A.    Significant three-vessel coronary
79:22   artery disease in my mind is blockage in all the
79:23   major blood vessels that feed blood to the heart.
```

MK 8301        83:1-83:3

```
83: 1         Q.    Okay.  Let me show you a Merck internal
83: 2   exhibit, which we'll --
83: 3               MR. ROBINSON:  Number 19?
```

*Δ objection: 602*
*π response: The fact that the witness had not been informed of the info contained in the document is relevant to failure to warn regarding CV risk*

MK 8410        84:10-85:19

```
84:10         Q.    You see the section there where it
84:11   says, cardiovascular pathophysiology?
84:12         A.    Yes, sir.
84:13         Q.    Can you read the first two sentences
84:14   into the record, please.
84:15         A.    The board addressed the potential for
84:16   either benefits or adverse consequences of
84:17   selective inhibition of COX-2 on coronary heart
84:18   disease.  Keep reading?
84:19         Q.    Yes.
84:20         A.    The possible effects of COX-2
84:21   inhibition on three separate components of that --
84:22   of the process leading to coronary ischemic events
84:23   were considered.
84:24         Q.    Okay.  First of all, you know, in 1998,
84:25   is it true that you did not know that Merck was
85: Page 85
85: 1   studying or looking at the benefits or adverse
85: 2   consequences of selective inhibition of COX-2 on
85: 3   coronary heart disease --
85: 4         A.    Yes.
85: 5         Q.    -- is that true?
```

```
                                 karavan
     85: 6       A.    That would be correct.
     85: 7       Q.    Okay.  Now, the three separate
     85: 8 components are listed here, is that right?
     85: 9       A.    According to what they're saying.
     85:10       Q.    Could you read -- first of all, could
     85:11 you read them into the record, please.
     85:12       A.    These are, Number 1, the development of
     85:13 lipid-rich coronary plaques.
     85:14       Q.    Okay.  What's Number 2?
     85:15       A.    Number 2, the destabilization of the
     85:16 cap of these plaques by inflammatory cells making
     85:17 them rupture prone and, Number 3, the thrombotic
     85:18 occlusion of the vessel at the site of plaque
     85:19 rupture with ensuing consequences of ischemia.

MK 8602        86:2-86:5

     86: 2       Q.    Okay.  Had you ever read anything
     86: 3 before today about the destabilization of the cap
     86: 4 of these plaques by inflammatory cells making them
     86: 5 rupture prone?

MK 8607        86:7-86:21

     86: 7             THE WITNESS:  I would infer that the --
     86: 8 this would be possible given the fact that the --
     86: 9 that antiinflammatories may be prothrombotic --
     86:10 BY MR. ROBINSON:
     86:11       Q.    Okay.
     86:12       A.    -- meaning that -- you know, having a
     86:13 propensity for thrombus formation, which would go
     86:14 along with essentially that statement but not
     86:15 the -- what I'm trying to say is not -- I wasn't
     86:16 aware of any development of -- of atherosclerosis
     86:17 lipid-rich coronary plaquing but aware of the fact
     86:18 that they're potentially prothrombotic.
     86:19       Q.    Okay.  What does that mean,
     86:20 prothrombotic?
     86:21       A.    Potential to form thrombosis.

MK 8703        87:3-87:8

     87: 3       Q.    Okay.  And then what about the third
     87: 4 component, the thrombotic occlusion of the vessel
     87: 5 at the site of plaque rupture --
     87: 6       A.    Thrombotic --
     87: 7       Q.    -- and ensuing consequences of
     87: 8 ischemia, were you aware of that?

MK 8710        87:10-87:13

     87:10             THE WITNESS:  That -- thrombotic
     87:11 occlusion is the event that most -- I would think
     87:12 most physicians would be concerned about with the
     87:13 use of nonsteroidal antiinflammatories.

MK 8907        89:7-89:18

     89: 7       Q.    Okay.  So -- so that we understand,
     89: 8 when you say that a drug is prothrombotic, what do
     89: 9 you mean?
     89:10       A.    It has -- has the ability to cause
     89:11 platelets to adhere and other blood products to
```

*Handwritten annotations:*

- please see previous page
- Δ objection: 602
  π response: witness is testifying as to his knowledge that antiinflammatories may be prothrombotic
- Δ objection: 602, leading
  π response: witness is testifying as to his knowledge of physician's concerns re thrombotic occlusion; questions needed for clarification

Page 19

```
                              karavan
     89:12 adhere to a specific site in the vessel causing the
     89:13 vessel to close --
     89:14       Q.    And?
     89:15       A.    -- through what -- through whatever
     89:16 mechanism.
     89:17       Q.    And that closure is a result of -- of
     89:18 the thrombus that it forms?

MK 8920      89:20-90:1

     89:20             THE WITNESS: The closure of the vessel
     89:21 would be secondary to thrombus formation through
     89:22 whatever mechanism.
     89:23 BY MR. ROBINSON:
     89:24       Q.    Okay. Now, you have read some studies
     89:25 you said that said -- that showed that Vioxx may be
     90: Page 90
     90: 1 prothrombotic, is that right?

MK 9003      90:3-90:17

     90: 3             THE WITNESS: Have I read studies that
     90: 4 showed -- I've read studies that -- that concerned
     90: 5 the fact that nonsteroidals and -- and Vioxx are
     90: 6 associated with thrombotic events.
     90: 7 BY MR. ROBINSON:
     90: 8       Q.    And what is a thrombotic event for the
     90: 9 jury?
     90:10       A.    Okay, the -- the event could be either
     90:11 heart attack or a stroke.
     90:12       Q.    Now, if, in fact, a person such as
     90:13 Mr. Barnett has coronary artery disease to begin
     90:14 with and a family history of coronary artery
     90:15 disease and is a male over 55, is it reasonable
     90:16 that a drug that's prothrombotic could contribute
     90:17 to his heart attack?

MK 9022      90:22-91:3

     90:22       A.    I think the concern with
     90:23 antiinflammatories is that in the face of
     90:24 preexisting atherosclerosis that thrombus formation
     90:25 potentially can occur on a site of plaque rupture.
     91: Page 91
     91: 1       Q.    And by antiinflammatories you mean like
     91: 2 Vioxx?
     91: 3       A.    That would be correct.

MK 9404      94:4-94:21

     94: 4       Q.    Okay. Let me ask this for the jury.
     94: 5 Plaque the layman knows as -- as atherosclerotic
     94: 6 lesions, is that right?
     94: 7       A.    Plaque is atherosclerotic lesions,
     94: 8 correct.
     94: 9       Q.    And -- and what does -- what does the
     94:10 cap of the plaque refer to?
     94:11       A.    The cap is a material that's --
     94:12 that's -- it conceals the inner components of
     94:13 atherosclerotic plaque.
     94:14       Q.    And if the cap gets dislodged or
     94:15 ruptured, does that material that is inside the
     94:16 plaque then come out?
```

Handwritten annotations (right margin):
- please see previous page
- Δ objection: leading / π response: needed for clarification
- Δ objection: leading / π response: proper question re literature reviewed and basis for knowledge
- Δ objection: 701, 611(c) / π response: witness is testifying as to clinical experience + knowledge
- Δ objection: 701 / π response: needed for clarification