A. The -- if the cap ruptures, then the inside components of the plaque are exposed to the blood vessel -- well, to the blood products.
Q. Okay. And can that lead to a thrombus then?

MK 9423 94:23-94:25

THE WITNESS: Plaque rupture and exposure of the products underneath the cap can lead to thrombus formation.

MK 9509 95:9-96:18

Q. And that -- if the cap comes off and those products seep out, it's sort of like popping a zit. If there's stuff underneath the zit, this stuff can come out. Is that sort of a fair analogy?
A. I think of it as basically the plaque is sort of like, again, if you cut your hand and you have a blood clot form as the -- the same thing happens in there, the plaque ruptures, the crack -- the crack opens up and then the cellular product -- the cellular products of the bloodstream want to adhere to the contents of the plaque -- of the --
Q. And then how does that lead to the thrombus or the clot?
A. Because platelets and other blood products won't adhere to the -- the plaque basically.
Page 96
Q. Okay. I see. So -- and when there's a thrombus like this one, you have a total occlusion, is this what's called an acute event?
A. Acute just means that it happens suddenly.
Q. And would that acute event then show a symptom of chest pain?
A. Most heart attacks happen suddenly and most -- and most heart attacks present themselves as chest pain.
Q. Okay. And given the history that you heard from Mr. Barnett on or about 9/6/2002, do you believe that he had an acute non-Q wave MI?
A. Yes, sir.
Q. For the jury, what's the word acute mean?
A. Happens within -- you know, acutely or suddenly and within a reasonable time frame.

MK 10013 100:13-100:16

Q. Let me show you Exhibit Number 21, which appears to be -- what is 21?
A. 21 is another office outpatient follow-up note in my office on Mr. Barnett.

MK 10107 101:7-101:15

THE WITNESS: I'm sorry. I'm sorry about that. Since last seen, Mr. Barnett states he is doing well. He has not been as aggressive with

his exercise as he used to, but nonetheless, he has had no exertional chest, neck, arm or jaw discomfort, no dyspnea on exertion, PND or orthopnea, no tachypalpitations or syncope. He tries to watch his diet and lipid intake. He states his blood pressure is well controlled.

MK 10117 101:17-102:6

Q. Okay. Could you go to the next page, please, and read into the record what you say under I have recommended.
A. I have recommended to Mr. Barnett that he takes the least amount of nonsteroidal antiinflammatories as he can to avoid any potential thrombotic effect, otherwise he will continue his current medicines. He will be seen in follow-up in about seven months.
Page 102
Q. Okay. So you -- you -- you actually -- strike that.
Between March of 2003 and some two-and-three-quarters later in December of 2005, had you learned more about the potential thrombotic effects of nonsteroidal antiinflammatories?

Δ objection: leading
π response: clarification of Dr. Karavan's notes, this and basis for knowledge

MK 10208 102:8-102:16

THE WITNESS: By that time, Vioxx was removed off the market --
BY MR. ROBINSON:
Q. Okay.
A. -- because of those concerns and as a result, more attention in the literature and all to antiinflammatories and their role in thrombosis and so I think everybody was more aware of the potential role of antiinflammatories.

MK 10308 103:8-103:19

What -- can you show us what tests you actually conducted on him maybe in 2003, 2004, 2005.
A. In 7/18 -- on 7/18/03, he had a -- what we call stress perfusion, nuclear stress test. He went 15 minutes with a Bruce protocol, peak heart rate was 120, ejection was 58 percent and then he had what's called apical thinning.
Q. What is apical thinning?
A. It just means the apex or the type of the heart is hard to -- hard to image and imaging technique not a problem with the blood flow itself.

MK 10525 105:25-106:5

Q. Now, would you say that -- would you
Page 106
say that, though, pretty much he was very disciplined at trying to follow your orders and -- and taking care of his risk factors, et cetera?
A. Mr. Barnett's always been very aggressive with risk factor modification.

karavan

MK 10701 107:1-107:5

I want you to assume Mr. Barnett took Vioxx for some 32 months daily before his heart attack. Can you rule out Vioxx as one of the causes of Mr. Barnett's heart attack along with his coronary artery disease?

Δ objection: 701
Π response: witness testifies based on his clinical experience, does not require specialized knowledge

MK 10713 107:13-108:7

A. The -- the way I clinically put Mr. Barnett together is like this, okay? He had some risk factors for coronary artery disease and he had one bad risk factor for the development of plaque, hyperlipidemia, with an LDL that was said to be 190 at the time of his first stress test in 2000, which is an extremely-high LDL which will increase your risk of coronary atherosclerosis right there. And at the time of his presentation with his heart attack, he had diffuse multivessel atherosclerotic disease, which I feel is probably most related to his risk factor of significant hyperlipidemia with a significantly-elevated LDL

Page 108

and a family history, the genes.

He was on Vioxx for many months prior to that and what we know about COX inhibitors and Vioxx is that they have a pro -- possible prothrombotic effect. And could they be related to the fact that he had occlusion of his PDA? The answer is is possibly they could.

MK 11424 114:24-115:8

Q. Can you describe your role, Dr. Karavan, in Mr. Barnett's medical care.

Page 115

A. I'm Mr. Barnett's cardiologist, I'm his clinical cardiologist, I'm responsible for taking care of his heart problem.

Q. Did you first meet Mr. Barnett when he came to the hospital with a heart attack?

A. That's correct.

Q. That was September 6th of 2002?

A. Yes, sir.

MK 12623 126:23-127:17

Q. Am I right that throughout the medical records, you consistently referred to Mr. Barnett's heart attack as a non-Q wave myocardial infarction?

Page 127

A. Yes, sir.

Q. What is a non-Q wave myocardial infarction and how does that differ from a Q wave?

A. Um-hum. Just in layman's terms, I mean, the -- the literal meaning of it, it means that there's -- there's no development of what we call pathologic Q waves on the EKG. Clinically to a physician, a cardiologist in my mind, non-Q wave means that is a -- a heart attack has occurred and the concern is that has not been completed. In other words, some heart attacks occur and the

vessel is not totally closed and more damage can be -- can -- can occur.
Q. How does that contrast with a Q wave?
A. In general, when you have a Q wave heart attack, that means the damage has been done and you can't undo it.

MK 13118 131:18-132:6

Q. When Mr. Barnett was diagnosed with ischemia in January of 2000, that meant that he had coronary artery disease and was at risk of having a heart attack, correct?
A. Okay. Not imminent. The fact that he was able to go 15 minutes on a stress test gave him a good prognosis and, therefore, the decision to treat him medically as opposed to intervening on
Page 132
him based on what we know about people and the -- their ability to perform well on stress tests and the amount of ischemia he had. It's certainly relevant to someone that doesn't have blockages. Someone that does have blockages has a different risk profile for having a heart attack.

MK 13209 132:9-132:18

When you said that Mr. Barnett is not at risk of an imminent heart attack in January of 2000, what did you mean by that?
A. That again, going back to -- his performance on the stress test was very good and, therefore, his risk of having a cardiac event was one such as medical therapy would prove to be just as efficient or just as good as other methods such as angioplasty stent surgery and that sort of thing.

MK 17316 173:16-173:23

Q. Have you ever seen a single study that shows that Vioxx or any other COX-2 inhibitor causes plaque rupture in human beings?
A. I think the -- the studies of concern are those that deal with acute thrombosis and the etiology of that acute thrombosis is not totally known and, therefore, you could surmise that plaque rupture might be involved in that.

MK 17717 177:17-178:21

Q. I want to talk about clots for a minute, okay? Were you able to tell when you were conducting your cardiac catheterization which particular blockage led to the heart attack?
A. Yes. Yes, sir.
Q. Was that the PDA?
~~A. Yes, sir.~~
Q. Did you indicate that anywhere in the medical records or that's just what you remember?
Page 178
A. I don't think I came out and said it's what we call the culprit -- the culprit block or

the culprit lesion was the PDA, but it was obvious that's what it was.
Q. How was it obvious that the occlusion in the PDA was what led to Mr. Barnett's heart attack as opposed to the blockages in his other arteries?
A. He -- I think everything fit that that would be the one and by that I mean he had a small heart attack. The PDA was not a real large blood vessel. It would account -- small blood vessels cause small -- small heart attacks. Injection of that coronary artery, he had some -- a little hang-up of dye in that blood vessel distally, which usually goes along with an acute event, and his -- when someone has a heart attack, you get damage to a certain area of the heart. And the PDA supplies the bottom of the heart and the bottom of the heart was the part of the heart that wasn't pumping properly.

MK 17921 179:21-180:1

Q. But even if there were a clot in Mr. Barnett's PDA artery, that wouldn't be surprising given that he had a hundred percent blockage in that artery, true?
A. Most heart attacks occur from
Page 180
thrombosis or clot.

MK 22813 228:13-228:16

Has your opinion changed that -- that Vioxx may have played a role along with that coronary artery disease in Mr. Barnett's heart attack?

MK 22819 228:19-228:24

THE WITNESS: I still think, just like I stated earlier, he had diffuse coronary atherosclerosis for the reasons given and he had a thrombotic myocardial infarction and the concern would be whether Vioxx played any potential role in the myocardial infarction based on the literature.

A objection: 701, mischaracterizes previous testimony
π response: witness testifies based on clinical experience - does not require specialized knowledge

MK 23107 231:7-231:13

Q. Okay, Exhibit 19. Would that be something that if you put a team of experts together for a case like Mr. Barnett's, you'd want to study the effect of Vioxx on developing plaque even though he's taking Lipitor and dropping his -- his cholesterol levels at the same time he's taking Vioxx?

MK 23121 231:21-231:23

A. If you think a drug is causing lipid-laden plaques to occur, then you want to know that.

A objection: leading, vague, unintelligible
π response: proper question

MK 23224 232:24-233:1

Q. Now, I guess what I'm saying is if you took a drug that actually accelerated the
Page 233
atherosclerotic process, would that be significant?

MK 23307 233:7-233:8

THE WITNESS: Sure, any drug that promoted atherosclerosis you'd want to know about.

Δ objection: assumes facts not in evidence, leading
π response: question is proper regarding potential to accelerate atherosclerosis

MK 23409 234:9-234:10

Q. You've learned a lot more about that since that time?

MK 23412 234:12-234:14

THE WITNESS: I know there's increased concern about those drugs causing thrombotic effects.

Δ objection: leading
π response: proper inquiry into witness' knowledge of the subject

MK 24607 246:7-246:8

Q. Okay, let me show you Exhibit Number 29.

MK 24614 246:14-246:17

Q. On the issue of collaterals forming --
A. Okay.
Q. -- this is a study recent -- it just came out recently. Do you see in the abstract --

MK 24622 246:22-246:24

Q. Here's a study. Do you see where it says -- in the abstract where I'm pointing right there, will you read that into the record there.

Δ objection: 602
π response: witness is asked to clarify document based on his understanding of terminology

MK 24704 247:4-248:7

Q. Yeah, the article is called, evaluation of coronary collateral circulation in early ischemia in rat hearts, a morphological study by Yu-zhi Jia and Shigera Sato from Japan.
A. Starting with 15?
Q. Yes.
A. Fifteen minutes after coronary occlusion, the dye was observed in the vein of the ischemia zone; however, 30 minutes after coronary occlusion, the dye appeared in the capillaries of the outer third layer. These findings suggested that the collateral circulation becomes functional between 15 and 30 minutes after coronary occlusion. Collateral circulation increased gradually in the capillaries of the ischemic zone. Thirty minutes after coronary occlusion the dye was seen only in the outer third layer of the left -- of the left ventricular ischemic zone.
Q. Can you stop there and tell me what -- what that means to a layperson, for the layperson.
A. Well, this is some evidence in rats

Δ objection: beyond the scope of cross
π response: proper rebuttal

that maybe collateralization -- collateral flow can
Page 248
occur in a matter of minutes according to what I'm
reading right here.
Q. And have you heard that -- the concept
that that -- that collaterals are what they call
latent channels that may be in your body but
that -- that do not get created until you have a
situation such as an occlusion?

MK 24813 248:13-248:15

A. Yeah, I believe that collaterals are
there and at times they develop when -- when they
need to.

Δ objection: beyond the scope of cross
π response: proper rebuttal

Total Length - 01:05:35