Issues Report [Mark Karavan]

**• Merck's Counter Designation**

[3:1] - [3:2]  Mark Karavan, M.D.

```
page 3
1            VIDEO TECHNICIAN:  This is the
2    videotape deposition of Dr. Mark Karavan taken by
```

[4:2] - [4:3]  Mark Karavan, M.D.

```
page 4
2            Q.    Good morning, Doctor.
3            A.    Morning.
```

[4:12] - [4:14]  Mark Karavan, M.D.

```
page 4
12           Q.    And you have not met me before or the
13   attorneys on my side before, is that right?
14           A.    That is correct.
```

[4:15] - [4:17]  Mark Karavan, M.D.

```
page 4
15           Q.    Have you met the attorneys or talked to
16   the attorneys for -- for Merck before?
17           A.    No, sir.
```

[4:21] - [4:25]  Mark Karavan, M.D.

```
page 4
21           Q.    Okay.  And did you do anything to
22   prepare for this deposition?
23           A.    I just sort of looked back over the --
24   Mr. Barnett's records just to refresh my memory on
25   some things.
```

[5:1] - [5:3]  Mark Karavan, M.D.

```
page 5
1            Q.    And you actually brought your chart
2    with you?
3            A.    Brought a chart, yeah.
```

[5:14] - [5:20]  Mark Karavan, M.D.

```
page 5
14                 Since you haven't had your deposition
15   taken before, I want to let you know that I'm going
16   to ask questions and the attorney on the other side
17   are going to ask questions and you're under oath
18   just as if you were testifying in court before a
19   judge and jury.
20           A.    Yes, sir.  I understand that.
```

[6:3] - [7:22]  Mark Karavan, M.D.

```
page 6
3            Q.    Okay.  Now, will you give the jury an
4    understanding of your educational background.
5            A.    Well, I did my medical school training
6    in Medical University of South Carolina in
7    Charleston, South Carolina, stayed on and did
8    internship in medicine and residency at MUSC --
9    what's called MUSC in Charleston, South Carolina,
10   and did my -- and did my cardiology fellowship also
11   in Charleston, South Carolina, at the Medical
12   University of South Carolina.
13           Q.    And you're in a -- you're in practice
14   with another group of cardiologists, is that right?
```

Issues Report [Mark Karavan]

• Merck's Counter Designation

```
              15          A.   Right, we're in a group practice here
              16   in Myrtle Beach with six or seven other
              17   cardiologists.
              18          Q.   And are you board certified?
              19          A.   Yes, sir.
              20          Q.   What is your board?
              21          A.   Well, first got board certified in
              22   internal medicine and board certified in cardiology
              23   and then recertified roughly five years ago.
              24          Q.   Okay.  And from looking at your
              25   records, when is the first time you saw
            page 7
              1   Mr. Barnett?
              2          A.   I'm going to refer to these so I can
              3   get the dates --
              4          Q.   That's fine.
              5          A.   The first time I saw him was right
              6   around 9/6/02, okay, may have been the 5th or -- I
              7   can double-check that.  You need the exact date?
              8          Q.   No.
              9          A.   September of 2002.
             10          Q.   September 6th is the first note you
             11   have?
             12          A.   Yeah, that's -- that's the day.  Yeah,
             13   that's correct.  I can -- it won't take a second, I
             14   just -- I can look, refer to my -- my consult was
             15   dated 9/6/02 so that should be the first time I
             16   ever met him.
             17          Q.   And that's the day he had the heart
             18   attack, is that right?
             19          A.   The -- he -- he had come in, I believe,
             20   the day before, admitted the day before, evening
             21   before, and then we consulted him the next day if
             22   my memory is correct.
```

[10:25] - [11:23]    Mark Karavan, M.D.

```
            page 10
             25   that.  And no one's before today shown you any of
            page 11
              1   Merck's internal documents about Vioxx?
              2          A.   Oh, no, I have no association with
              3   Merck and have no idea what their internal
              4   documents are like.  Is that what you mean?
              5          Q.   Yes.
              6          A.   Okay.
              7          Q.   By the way, when you say no association
              8   with Merck, do you have association with any
              9   pharmaceutical companies?
             10          A.   No, sir.
             11          Q.   And why don't you just tell the jury
             12   what your general practice consists of on a daily
             13   or weekly basis.
             14          A.   Basically it's a busy clinical
             15   cardiology practice.  I'm an interventional
             16   cardiologist and we take care of a lot of acute
             17   coronary syndromes, a lot of heart attacks in the
             18   hospital.  I'm on call every third day for heart
             19   attack call and have a busy office practice to take
             20   care of, a lot of clinical cardiology.  I do no
             21   research and that sort of thing.  It's all clinical
             22   cardiology, see a lot of patients over the last 15
             23   years, 20 years.
```

[19:12] - [22:3]    Mark Karavan, M.D.

```
            page 19
             12          Q.   Doctor, what is Exhibit Number 4?
             13          A.   This is the written report of the
             14   result of the stress test as mentioned in the --
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
15    that they were going to order and it is dated
16    1/24/2000.
17          Q.    Okay.  And let's see, who conducted the
18    stress test?
19          A.    Dr. Vaishali Swami.
20          Q.    And that was done at your office?
21          A.    That's correct.
22          Q.    Okay.  And could you read into the
23    record under stress what it says.
24          A.    His stress?
25          Q.    Yeah.
page 20
1           A.    The patient exercised 15 minutes zero
2     seconds into a Bruce protocol, completing three
3     minutes, zero seconds of Stage 5, 17.5 METs.
4           Q.    And can you read the next -- next
5     couple statements.
6           A.    Right below?
7           Q.    Below that.
8           A.    The patient stopped due to fatigue.
9     Heart rate increased from 81 to 171 -- excuse me,
10    172 beats per minute, parentheses, 95 -- 94 percent
11    of age predicted maximum heart rate, end
12    parentheses.  Blood -- blood pressure increased
13    from 110 over 80 to 160 over 80.  Resting EKG
14    normal sinus rhythm.  Stress EKG showed
15    inferolateral T wave inversion at peak stress.
16          Q.    Okay.  Now, can you read in the portion
17    below where it says perfusion report.
18          A.    Right.  Stress images showed mild
19    decreased perfusion in the lateral wall, normal
20    thickening.
21          Q.    Okay.  And can you read the section in
22    under ejection fraction.
23          A.    LVEF was 56 percent.
24          Q.    And can you read the wall motion
25    analysis in.
page 21
1           A.    Wall motion analysis showed normal wall
2     motion but mild lateral ischemia.
3           Q.    What is mild lateral ischemia?
4           A.    That means the lateral part of the
5     heart was not getting the proper blood flow to a
6     mild degree.
7           Q.    And -- and that's what -- what they
8     referred to up in the stress images where it says,
9     quote, showed mild decreased perfusion in the
10    lateral wall, normal thickening, or is that
11    something different?
12          A.    Well, that is correct if -- the -- I
13    think to be absolutely correct, what you would say
14    is wall motion analysis showed normal wall motion
15    but mild lateral hypokinesis because you're looking
16    at wall motion, you're not looking at perfusion,
17    okay?
18          Q.    Okay.
19          A.    So the correct way would probably be to
20    say, mild lateral wall hypokinesis, not --
21    indicating that the lateral side of the heart was
22    not contracting quite as vigorous as it should.
23    The perfusion, which is measurement of blood flow,
24    okay, would show that there was decreased perfusion
25    in the lateral wall on the stress with the rest
page 22
1     images showing normal perfusion, meaning that with
2     stress, the lateral side of the heart didn't get
3     the proper blood flow.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

| | |
|---|---|
| [23:3] - [23:17] | Mark Karavan, M.D. |

```
page 23
 3         Q.    Okay.  But -- but the -- but she did
 4    find ischemia when she ran the stress test, is that
 5    right?
 6         A.    There's no question from the test he
 7    had ischemia.  Whether his ischemia was causing his
 8    symptoms is a little bit difficult to state at this
 9    point in time.
10         Q.    Just so for the layperson --
11         A.    Yes, sir.
12         Q.    -- could ischemia lead to some chest
13    pain?
14         A.    Yes, when someone has ischemic heart
15    disease, a lack of proper blood flow to the heart,
16    you can get chest -- you certainly can get chest
17    discomfort.
```

| | |
|---|---|
| [23:20] - [24:14] | Mark Karavan, M.D. |

```
page 23
20                 Are you saying that that is possible
21    that he may have had a mild bout of angina?
22               MR. GOLDMAN:  Object to the form.  It
23    mischaracterizes the witness' testimony.
24    BY MR. ROBINSON:
25         Q.    Go ahead.
page 24
 1         A.    Certainly the man -- Mr. Barnett,
 2    excuse me, had lateral evidence for ischemia and it
 3    is certainly possible that he was having chest
 4    discomfort that could have been secondary to
 5    ischemia.
 6         Q.    And the term angina, is that pain?
 7         A.    Angina is what a person feels when they
 8    don't -- when they don't get the proper blood flow
 9    and angina is different for different people.
10    Typically, and this is why the physician was saying
11    that it was not the usual kind of discomfort
12    someone might experience, it's -- angina is a
13    discomfort in the chest anywhere from mild to more
14    severe pain.
```

| | |
|---|---|
| [25:1] - [25:9] | Mark Karavan, M.D. |

```
page 25
 1                 Doctor, let me show you Exhibit
 2    Number -- well, let me -- before we do that, you
 3    said that you first saw, yourself, Mr. Barnett on
 4    or about 9/6/2002, is that right?
 5         A.    That's correct.
 6         Q.    And what was that for?
 7         A.    For -- well, the consultation was put
 8    in for what's called a non-Q wave myocardial
 9    infarction.
```

| | |
|---|---|
| [25:22] - [25:25] | Mark Karavan, M.D. |

```
page 25
22    my chart.  This is the hospital cardiology
23    consultation from 9/6/02 that I performed for the
24    first time -- along with my physician's assistant
25    that we performed when we first saw Mr. Barnett.
```

| | |
|---|---|
| [26:16] - [29:10] | Mark Karavan, M.D. |

```
page 26
16         Q.    Does Number 5 appear to be the exhibit
17    you're referring to?
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
            18          A.    Yes, sir, looks like the exact same.
            19          Q.    Well, we'll -- maybe we can read from
            20   Number 5.
            21          A.    Okay, that would be fine.
            22          Q.    Okay.  So under problem list, can you
            23   read the -- the six problems that were listed.
            24          A.    Yes, sir.  First problem is non-Q wave
            25   myocardial infarction.  Second problem, chest pain,
       page 27
             1   subset 2A, sharp atypical chest pain with exercise
             2   Cardiolite stress test January 24th, 2000, 15
             3   minutes of a Bruce protocol stopping secondary to
             4   fatigue.  Peak heart rate 172, 94 percent predicted
             5   maximum heart rate with maximum blood pressure 160
             6   over 80.  Perfusion images shown -- revealed small
             7   area of lateral ischemia, ejection fraction 56
             8   percent.
             9          Q.    That refers to the -- the event we just
            10   talked about in January of 2000, is that right?
            11          A.    Yes, sir, January 24th.
            12          Q.    Okay.  Go ahead, what's Number 3?
            13          A.    Number 3 is hyperlipidemia.
            14          Q.    And what is hyperlipidemia?
            15          A.    That means your cholesterol is high.
            16          Q.    Okay.  What is Number -- what is Number
            17   4?
            18          A.    History of cervical disc herniation
            19   secondary to motor vehicle accident 1979.
            20          Q.    Okay.  Number 5?
            21          A.    Gastroesophageal reflux, Subset A,
            22   upper endoscopy September 1997, four-centimeter
            23   hiatal hernia with erosive esophagitis and a
            24   Schatzki's ring.  He was dilated to 25 millimeters.
            25   Biopsies were negative for Helicobacter pylori.
       page 28
             1          Q.    What's Number 6?
             2          A.    Number 6, diverticulosis, 6A subset,
             3   screening flex sigmoidoscopy December 1997.
             4          Q.    Okay.  Will you read into the record
             5   the first four lines under history.
             6          A.    History, the patient is a pleasant
             7   58-year-old white male who underwent exercise
             8   Cardiolite stress test January 2000 after
             9   presenting to Grand Strand Regional Medical Center
            10   with sharp chest pain.  The patient ruled out for
            11   myocardial infarction and underwent the stress test
            12   on an outpatient basis.  The patient exercised 15
            13   minutes of a standard Bruce protocol and Cardiolite
            14   images revealed just a small area of lateral
            15   ischemia.
            16          Q.    And read starting with he -- he,
            17   however, reports, last -- that last line.
            18          A.    He, however, reports that last night he
            19   had a new and different pain.  He was just sitting
            20   at his computer when he developed a substernal ache
            21   like a flu-type ache but only in the center of my
            22   chest.  He states the discomfort began to radiate
            23   outward and through to his back, but he denies any
            24   radiation to his neck, jaw or arms.
            25          Q.    Okay.  Can you read starting with the
       page 29
             1   patient states the discomfort.
             2          A.    The patient states the discomfort was
             3   constant but did vary slightly in intensity.  He
             4   then walked downstairs to check his blood pressure,
             5   which was 189 over 111.  Five minutes later, it was
             6   194 over 104.  He called Blue Cross/Blue Shield's
             7   nurse who suggested he call 911.  The patient
             8   states he did and en route received a sublingual
             9   nitroglycerin spray with complete resolution of his
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
                  10   chest ache within a minute to a minute and a half.
```

[29:11] - [30:9]        Mark Karavan, M.D.

```
              page 29
              11          Q.   Now, does nitroglycerin work in such a
              12   way that if you're having like a heart-related
              13   chest pain that that nitroglycerin can resolve that
              14   chest pain?
              15          A.   Nitroglycerin is a coronary vasodilator
              16   which improves blood flow to the heart muscle and
              17   if it's ischemic and the heart muscle is not
              18   getting the proper blood flow, it can dilate the
              19   blood vessels to alleviate the ischemia.
              20          Q.   Remember in that -- in that January
              21   2000 event where he -- he had the chest pain and
              22   they said that the nitroglycerin actually relieved
              23   the chest pain?  I think you read that earlier.
              24          A.   Yeah.  I'm going to want to make sure
              25   I'm correct in stating that, but I do recall
              page 30
              1    reading it.  Correct, his statement's in the
              2    evaluation from before.
              3           Q.   Okay.  So in other words, that would be
              4    some evidence that the chest pain that he had in
              5    January of 2000 might have been related to -- to
              6    his heart?
              7           A.   If nitroglycerin relieves chest pain,
              8    there is some evidence he may have had ischemic
              9    chest pain.
```

[31:12] - [31:16]       Mark Karavan, M.D.

```
              page 31
              12          Q.   And read on.
              13          A.   Patient has subsequently gone on to
              14   rule in for a non-Q wave myocardial infarction with
              15   his third CPK being 217 with an MB index of 5.8 and
              16   a Troponin of -- Troponin-I, excuse me, of 1.4.
```

[31:25] - [32:10]       Mark Karavan, M.D.

```
              page 31
              25          Q.   Okay.  And can you read the family
              page 32
              1    history into the record, please.
              2           A.   Family history, the patient's father
              3    died at age 68 with his second myocardial
              4    infarction.  His first MI was at age 62 and he also
              5    suffered a stroke between the two heart attacks.
              6    The patient's mother is living at 86 and has had
              7    some TIA's.  The patient has four brothers and one
              8    sister.  His sister has had multiple TIA's and is
              9    50 years old.  None of his brothers have had heart
              10   problems or hyperlipidemia.
```

[33:16] - [33:21]       Mark Karavan, M.D.

```
              page 33
              16          Q.   I mean, I don't know, but if we don't
              17   have a record -- if -- strike that.
              18               If the -- if the additional CPK or --
              19   and Troponin was not done, is it possible that his
              20   Troponin might have been a little higher than the
              21   1.4?
```

[33:23] - [33:25]       Mark Karavan, M.D.

```
              page 33
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
                          23                THE WITNESS:  I would have to go look
                          24    through these records to answer that question to be
                          25    honest with you.
```

[34:14] - [34:20]         Mark Karavan, M.D.

```
                          page 34
                          14          Q.   Okay.  I guess I'm asking just
                          15    hypothetically if, in fact, the last enzyme was the
                          16    one that -- the third ones that were drawn that
                          17    show that 1.4 Troponin and -- and there --
                          18    hypothetically there wasn't a fourth one drawn, is
                          19    it at least possible that his Troponins might have
                          20    been a little higher than the 1.4?
```

[34:22] - [34:24]         Mark Karavan, M.D.

```
                          page 34
                          22                THE WITNESS:  I'd have to review.  I
                          23    mean, I -- I don't know the answer to that
                          24    question --
```

[35:1] - [35:3]           Mark Karavan, M.D.

```
                          page 35
                          1           Q.   Okay.
                          2           A.   -- I mean, other than to state what I
                          3     just stated.
```

[38:3] - [38:5]           Mark Karavan, M.D.

```
                          page 38
                          3           Q.   Yes.
                          4           A.   Yes.  I would read it exactly like I
                          5     read it then.
```

[40:12] - [40:23]         Mark Karavan, M.D.

```
                          page 40
                          12          Q.   Do Troponins typically go up as you --
                          13    as you draw the enzymes over time after a heart
                          14    attack?
                          15          A.   Okay, over -- over a period of time,
                          16    they peak and then they fall.
                          17          Q.   Okay.  But, I mean, when you first drew
                          18    them, they were lower than the 1.4, is that right?
                          19          A.   That's correct.  When -- the initial
                          20    Troponin enzyme was lower than that.
                          21          Q.   And the CPK was lower than the 217,
                          22    correct?
                          23          A.   Initially, correct.
```

[42:1] - [42:5]           Mark Karavan, M.D.

```
                          page 42
                          1           Q.   Okay.  And so there's -- there's -- for
                          2     example, over here in the upper -- I'll just
                          3     take -- let's say where it says V -- V -- V4 or V5,
                          4     what is that -- what part of the heart does that
                          5     relate to?
```

[44:9] - [44:19]          Mark Karavan, M.D.

```
                          page 44
                          9           Q.   Oh, okay.
                          10          A.   In a previous question you asked about
                          11    the enzymes.  The enzymes were drawn.  There's one,
                          12    two, three, four, five sets of enzymes.
                          13          Q.   I see.
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
                    14          A.   So there were five done, not three or
                    15    four.
                    16          Q.   Okay.  There was -- there was five or
                    17    four?
                    18          A.   There were five, not -- not three and
                    19    not four but five.
```

*π objection: asked + answered*

[51:15] - [55:4]          Mark Karavan, M.D.

```
page 51
15          Q.   Number 12 appears to be your note as
16    well, right?
17          A.   Yes, sir.
18          Q.   And the date of it is 9/9/02?
19          A.   Looks like 8:00 AM, yes, sir.
20          Q.   Okay.  Can you read that one slowly
21    into the record for -- for Terri.
22          A.   Yes, sir.  This is the note of the cath
23    results.
24          Q.   Okay.
25          A.   Preliminary.
page 52
1           Q.   Okay.  Let's just -- first of all,
2     you -- you did what they call as a cardiac
3     catheterization?
4           A.   Yes, sir.
5           Q.   On -- on what day?
6           A.   9/9/02.
7           Q.   And tell the jury what a cardiac
8     catheterization is.
9           A.   That's a test where we slide tubes from
10    the groin up into the heart and inject contrast dye
11    into the blood vessels of the heart that feed blood
12    to the heart and assess for blockage.
13          Q.   Okay.  And blockage is -- is you'll
14    give a percentage of the blockage, is that right?
15          A.   Yes, sir, we give --
16          Q.   We'll come to that.
17          A.   Yes, sir.
18          Q.   Okay.  Okay.  Could you read into the
19    record what -- what you say in your handwriting on
20    9/9/02 on Exhibit Number 12.
21          A.   Cath without complication.  LVEF
22    approximately 50 percent.  LVEDP 16.  Left main, 50
23    percent distal.  LAD, mild proximal irregularities,
24    mid vessel 80 percent.  D1 small 80 percent.  D2
25    moderate, mild irregularities.  Circumflex, small,
page 53
1     diffuse, high-grade disease.  Ramus, large,
2     proximal 80 percent lesion.  RCA hundred percent
3     PDA with collaterals.  Posterolateral branch 80
4     percent.  Recommendation, CABG.
5           Q.   Okay.  Now, just let me go through
6     that.  So the -- the first vessel is blocked 50
7     percent?
8           A.   The left main coronary was 50 percent
9     stenosed or blocked.
10          Q.   Okay.  And the LAD was blocked 80
11    percent?
12          A.   Yes, sir.
13          Q.   In one portion of it, right?  What
14    portion was that, mid vessel?
15          A.   Okay.  Mid vessel had 80 percent
16    stenosis.
17          Q.   And then what is the D1?
18          A.   First diagonal.  That is a branch off
19    the LAD.
20          Q.   It's a small vessel?
21          A.   This first diagonal was listed as
22    small, 80 percent block -- lesion blockage.
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
               23        Q.    And then the -- what's the D2?
               24        A.    That's the second diagonal.
               25        Q.    And that had moderate?
       page 54
       1         A.    Well, what that meant, there was a
       2    moderate-sized vessel with mild irregularities.
       3         Q.    And the CX is circumflex?
       4         A.    Correct.
       5         Q.    And what do you -- and so you're saying
       6    there is a small diffuse high-grade -- is that
       7    atherosclerotic disease?
       8         A.    Yes, sir.
       9         Q.    Okay.  And the ramus had 80 percent
       10   blockage, right?
       11        A.    Yes, sir.
       12        Q.    Now, this PDA --
       13        A.    Yes, sir.
       14        Q.    -- had a hundred percent -- it was --
       15   it was occluded, right?
       16        A.    Yes, sir.
       17        Q.    And -- well, we'll come to that in a
       18   second here.
       19              And what was this last thing down at
       20   the bottom, the -- the one below?
       21        A.    Oh, posterolateral?
       22        Q.    Post what?
       23        A.    It's called a posterolateral branch,
       24   another branch off of the right coronary artery.
       25        Q.    Posterior -- is it posterior lateral
       page 55
       1    or --
       2         A.    Posterolateral, um-hum.
       3         Q.    Okay.
       4         A.    Yeah, posterolateral, um-hum.
```

[55:5]          Mark Karavan, M.D.

```
       page 55
       5         Q.    Okay.  Okay.  Next exhibit, Number 13.
```

[55:10] - [55:15]   Mark Karavan, M.D.

```
       page 55
       10        Q.    What is 13 for the jury?
       11        A.    This is my official dictated heart
       12   catheterization report on Mr. Barnett.
       13        Q.    Okay.  And this was done on 9/9/2002,
       14   right?
       15        A.    Yes, sir.
```

[55:16] - [55:22]   Mark Karavan, M.D.

```
       page 55
       16        Q.    Okay.  Could you slowly read that into
       17   the record for Terri.
       18        A.    Yes, sir.  Aortic pressure 110 over 60,
       19   mean 75.  LV pressure 110 over 16.  Left
       20   ventriculogram, mid inferior diaphragmatic
       21   hypokinesis, ejection fraction approximately 50
       22   percent.
```

[60:9] - [60:19]    Mark Karavan, M.D.

```
       page 60
       9         Q.    We're still on Exhibit 13, right,
       10   Doctor?
       11        A.    Yes, sir.  Left main, a 50 percent
       12   eccentric distal lesion.  LAD, mild --
       13        Q.    What is that 50 percent eccentric?
```