Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
14         A.   That means the lumen of the left main
15   blood vessel is narrowed 50 percent eccentrically,
16   meaning it's to one side of the blood vessel.
17         Q.   And that's due to -- to the build-up of
18   the atherosclerosis?
19         A.   Yes, sir.
```

[60:20] - [62:6]    Mark Karavan, M.D.

```
page 60
20         Q.   And then the -- what about the -- read
21   what you say about the LAD.  What is the LAD?
22         A.   Left anterior descending branch rising
23   off of the left main truncus.
24         Q.   And what do you say there?
25         A.   Mild proximal irregularities.  The
page 61
1    first diagonal is a moderately-large vessel with
2    mild irregularities.  The mid LAD has tubular 70 to
3    80 percent narrowing.  There is a more proximal
4    diagonal branch which is small with tubular 80
5    percent narrowing.
6          Q.   Now, read what you say about the ramus.
7          A.   Ramus intermedius is a large vessel
8    with tubular proximal 80 percent narrowing.
9          Q.   And by -- by this 80 percent narrowing,
10   you're talking about atherosclerotic disease,
11   right?
12         A.   Yes, sir.
13         Q.   Okay.  And then what do you say about
14   the circumflex?
15         A.   Relatively small vessel.  There is
16   tubular proximal 70 to 80 percent narrowing.
17         Q.   That's due to that --
18         A.   Atherosclerotic plaque.
19         Q.   Okay.  Then go on.
20         A.   The only obtuse marginal branch off of
21   the circumflex is small -- is a small vessel with
22   diffuse high-grade disease.
23         Q.   Okay.  Okay, can you read what you say
24   about the R -- what is the RCA?
25         A.   Okay.  Right coronary artery, dominant
page 62
1    vessel -- in the mid vessel there are diffuse
2    irregularities.  Distally at the bifurcation the
3    PDA is totally occluded.  The posterolateral branch
4    a moderate-size -- is a moderate-sized vessel with
5    an 80 percent proximal lesion.  The PDA receives
6    collateral filling from the left coronary artery.
```

[62:8] - [62:22]    Mark Karavan, M.D.

```
page 62
8              The fact that the PDA receives its
9    collateral filling, does that help sort of reduce
10   the -- the heart attack size?
11         A.   In general it's felt that
12   collateralization does improve blood flow through
13   the filling from other blood vessels and can limit
14   the amount of damage that occurs from a heart
15   attack.
16         Q.   And so that in this -- in this case,
17   you found that there were collaterals filling from
18   the left coronary artery to the PDA, is that right?
19         A.   That's correct.
20         Q.   And the PDA is the posterior descending
21   artery?
22         A.   Yes, sir.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

| | |
|---|---|
| [63:5] - [64:2] | Mark Karavan, M.D. |

```
page 63
5                What is the significance of the
6    collateral filling from the left coronary artery to
7    the PDA?
8            A.   Collateral blood vessels are blood
9    vessels that pick up the -- that help to improve
10   blood flow to an area of the heart when the -- we
11   will call antegrade filling is compromised and
12   collateral blood vessels can reduce the size of a
13   heart attack.
14           Q.   Okay.  And why?
15           A.   Because they allow filling to that area
16   of the heart through a different direction.
17           Q.   Okay.  And you believe that that was at
18   work here?
19           A.   Okay, my opinion on that is the PDA --
20   the -- well, to answer that question, I really need
21   to look at the films, to be honest with you, but
22   the PDA generally is not a huge vessel.  I'm not
23   sure the size of it in Mr. Barnett.  If a small
24   blood -- blood vessels are like trees.  If you --
25   if you close a small branch, then it's going to be
page 64
1    a small heart attack so it depends on the size of
2    the blood vessel.  If you have a picture there --
```

| | |
|---|---|
| [69:5] - [69:14] | Mark Karavan, M.D. |

```
page 69
5            Q.   Okay.  And what do you see?
6            A.   I see, like I said, collateral flow to
7    the PDA.
8            Q.   Okay.
9            A.   All right.
10           Q.   Okay.  So basically are you saying
11   that -- that Exhibit 14 with both views on 14 shows
12   the dye coming from one side and -- and Exhibit 15
13   has the dye coming from a different side?
14           A.   This -- right, one's -- correct.
```

| | |
|---|---|
| [72:3] - [72:8] | Mark Karavan, M.D. |

```
page 72
3            Q.   Okay.  And did you put some kind of
4    mark in the area where you believe the thrombus
5    formed?
6            A.   The -- I drew -- the area almost looks
7    just like this real photograph here of where the
8    PDA is closed off.
```

| | |
|---|---|
| [72:16] - [72:22] | Mark Karavan, M.D. |

```
page 72
16           Q.   Now, also with the heart, you --
17   there's some sort of little hand drawing down
18   there.
19           A.   Those -- those little squiggly things
20   are the -- my attempt of just relaying -- relating
21   to the patient that this is a collateralized blood
22   vessel.
```

| | |
|---|---|
| [73:6] - [73:20] | Mark Karavan, M.D. |

```
page 73
6            Q.   Is this -- is this supposed to be the
7    heart here?  Where is the heart, is it on here?
8            A.   That's the heart.  The -- I'll tell you
9    like I tell all my patients, the heart's a pump, it
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
10    pumps the blood, but it has to have its own blood
11    and gets it through blood vessels.  And this is a
12    diagram of the blood vessels that feed blood to the
13    heart muscle so it's able to do its job of pumping
14    blood.  These blood vessels sit on top of the heart
15    and they feed blood into the heart tissue.
16         Q.   And the -- the -- the PDA feeds blood
17    into the inferior --
18         A.   Correct.
19         Q.   -- part of the heart, right?
20         A.   Yes, sir.
```

[74:5] - [74:10]   Mark Karavan, M.D.

```
page 74
5          Q.   Can you tell us what Exhibit 17 is.
6          A.   Okay, this is the -- hold on one
7     second.  Yeah.  This is the official typed
8     operative report of Mr. Barnett's coronary artery
9     bypass grafting as performed by -- performed by
10    Dr. Curt Bryan.
```

[74:16] - [75:1]   Mark Karavan, M.D.

```
page 74
16              So who is Dr. Curtis Bryan?
17         A.   Cardiothoracic surgeon that performed
18    the coronary artery bypass graft in Mr. Barnett.
19         Q.   And he did that -- that bypass surgery
20    on 9/10/2002, is that right?
21         A.   Yes, sir, that's correct.
22         Q.   And can you read in the preoperative
23    diagnosis into the record, please.
24         A.   Pre-op Diagnosis Number 1,
25    atherosclerotic coronary artery disease; Number 2,
page 75
1     non-Q wave myocardial infarction.
```

[75:4] - [75:6]   Mark Karavan, M.D.

```
page 75
4               Were those the diagnoses that you found
5     from your work-up and cardiac catheterization?
6          A.   Yes, sir.
```

[75:7] - [75:15]   Mark Karavan, M.D.

```
page 75
7          Q.   Could you read the post-op diagnosis
8     in, please.
9          A.   Okay.  The Post-op Number 1 -- these
10    are exactly like the pre-op.  Post-op Diagnosis 1,
11    atherosclerotic coronary artery disease; Number 2,
12    non-Q wave myocardial infarction.
13         Q.   Basically, Dr. Bryan agreed with your
14    pre-op diagnosis, right?
15         A.   Yes, sir.
```

[75:17] - [76:1]   Mark Karavan, M.D.

```
page 75
17              When you go down to the blockage that
18    was shown in the cardiac cath on this document, he
19    lists the blockage that you found, correct?
20         A.   That's correct.
21         Q.   So we won't go back into it, but it's
22    the same?
23         A.   Same.  Same thing.
24         Q.   Okay.  He described on Page 2 the
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
                          25   details of the operation, right?
                          page 76
                          1         A.    That's correct.
```

[77:4] - [78:1]           Mark Karavan, M.D.

```
                          page 77
                          4         Q.    Just in layman's terms, what did he do
                          5    there?
                          6         A.    He performed a five-way coronary artery
                          7    bypass grafting to Mr. Barnett.
                          8         Q.    Five different vessels?
                          9         A.    Five, that's correct.
                          10        Q.    And just for the jury, what -- what
                          11   does that involve?
                          12        A.    It involves taking what we call grafts
                          13   or conduit from the leg, which are vein, excising
                          14   them out of the leg, taking conduit from the chest
                          15   wall called an artery, opening up the chest and
                          16   sewing these conduits, grafts, bypasses to the
                          17   arteries that feed blood to the heart to supply
                          18   them with blood flow.
                          19        Q.    Okay.  And then obviously Mr. Barnett's
                          20   still here today.  It was a good result, right?
                          21        A.    I would -- I would agree with that
                          22   assessment.
                          23        Q.    He owes Mr. -- Dr. Bryan and you,
                          24   correct?
                          25        A.    No, he doesn't owe us anything.  He
                          page 78
                          1    had -- I think, but he had a good result.
```

*[handwritten annotation: π objection: irrelevant, argumentative]*

[78:17] - [79:5]          Mark Karavan, M.D.

```
                          page 78
                          17        Q.    Okay, Doctor, let me show you Exhibit
                          18   Number 18 and ask you to tell the jury what that
                          19   is.
                          20        A.    Okay, this is the discharge summary as
                          21   dictated by the physician's assistant for the
                          22   cardiothoracic team or Dr. Bryan, in other words.
                          23        Q.    Okay.  And what was the discharge
                          24   diagnosis?
                          25        A.    Discharge Diagnosis Number 1, non-Q
                          page 79
                          1    wave myocardial infarction; Number 2, coronary
                          2    artery disease; Number 3, hyperlipidemia --
                          3         Q.    Hyperlipidemia is increased
                          4    cholesterol?
                          5         A.    Yes, sir.
```

[79:13] - [79:22]         Mark Karavan, M.D.

```
                          page 79
                          13        Q.    And then why don't you read the section
                          14   under procedures done in the hospital.
                          15        A.    Procedure Number 1, diagnostic coronary
                          16   artery catheterization performed by Dr. Mark
                          17   Karavan on September 9, 2002 revealing significant
                          18   three-vessel coronary artery disease.
                          19        Q.    And when they say three vessel, what
                          20   does that mean?
                          21        A.    Significant three-vessel coronary
                          22   artery disease in my mind is blockage in all the
```

[79:23] - [80:17]         Mark Karavan, M.D.

```
                          page 79
                          23   major blood vessels that feed blood to the heart.
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
                        24          Q.   Okay.
                        25          A.   Significant.  Number 2, coronary artery
                   page 80
                   1    bypass grafting times five performed September 9,
                   2    2002 by Dr. Bryan with the left internal mammary
                   3    artery to the LAD -- oh, excuse me, to the left
                   4    anterior descending coronary artery, saphenus vein
                   5    graft to the second diagonal coronary artery,
                   6    saphenous vein graft to the ramus intermedius
                   7    coronary artery and a -- this is blank, but I can
                   8    tell you what it's supposed to mean if you like.
                   9         Q.   Okay.
                   10        A.   -- natural Y graft, sequential graft,
                   11   saphenus vein to the PDA, or posterior descending
                   12   artery -- coronary artery, and the left ventricular
                   13   branch.
                   14        Q.   Okay.  And under -- is that -- HC, is
                   15   that hospital course?
                   16        A.   Course.
                   17        Q.   Can you read that into the record.
```

[80:21] - [82:2]        Mark Karavan, M.D.

```
                   page 80
                   21        A.   The patient is a 58-year-old gentleman
                   22   admitted with a non-Q wave myocardial infarction
                   23   who underwent the above-mentioned diagnostic
                   24   coronary catheterization by Dr. Karavan and then
                   25   placed in consultation to Dr. Bryan's
                   page 81
                   1    cardiothoracic surgery service where the patient
                   2    was deemed a good candidate for revascularization.
                   3         Q.   Okay.
                   4         A.   The patient was brought to the
                   5    operating room on September 10, 2002, at which time
                   6    he underwent the above-mentioned coronary artery
                   7    bypass grafting times five.  Postoperatively he was
                   8    transferred to the surgical intensive care unit in
                   9    stable condition where he was later extubated
                   10   approximately six hours after surgery without
                   11   difficulty.
                   12             On Post-op Day 1, the patient was out
                   13   of bed into a chair and doing well with -- it's
                   14   blank.  Hemodynamics with a cardiac index of 4.0.
                   15        Q.   Okay.
                   16        A.   The patient was stable for transfer to
                   17   the progressive care unit.  On Post-op Day, the
                   18   patient -- Day 2, the patient continued to progress
                   19   well.  His pacing wires and mediastinal chest tube
                   20   were removed without difficulty.  The patient
                   21   continued to increase ambulation and slowly
                   22   tolerated a regular diet.  On Post-op Day 3, blank,
                   23   chest tube was removed without difficulty.  On
                   24   Post-op Day 4, the patient was stable for discharge
                   25   home, at which time he was tolerating a regular
                   page 82
                   1    diet and had adequate pain control and ambulating
                   2    on his own without difficulty.
```

[95:2] - [95:8]         Mark Karavan, M.D.

```
                   page 95
                   2         Q.   And what -- what are the materials
                   3    underneath the cap, what --
                   4         A.   It constitutes a variety of cellular
                   5    products, these foam cells and monocytes and
                   6    platelets and cholesterol-ridden macrophages and
                   7    all this.  All the products of atherosclerotic
                   8    plaque are underneath the cap.
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

[97:22] - [98:11]          Mark Karavan, M.D.

```
page 97
22          Q.   Can you tell the jury what Exhibit
23     Number 20 is.
24          A.   This would be my outpatient progress
25     note with regards to Mr. Barnett's care on 3/14/03.
page 98
1           Q.   Okay.  Can you read into the record
2      what you say under history.
3           A.   Mr. -- Mr. Barnett was hospitalized a
4      week ago for chest pain.  It was very atypical.  A
5      stress Cardiolite test was recommended.  However,
6      he decided not to pursue one because he felt it
7      was -- it probably wasn't his heart.  He states he
8      had been working out with some weights and with
9      that he has had a soreness across his chest and
10     feels that his soreness has improved since he has
11     lowered the amount of weights that he lifts.
```

[99:3] - [100:3]           Mark Karavan, M.D.

```
page 99
3           Q.   Now, I noticed later on like in 2005
4      after Vioxx was taken off the market, you -- you
5      had a discussion with him about all NSAIDs, but as
6      of this time, in March of 2003, did you believe
7      that the NSAIDs were okay for -- for Mr. Barnett?
8           A.   My approach to nonsteroidal
9      antiinflammatories is when I was in training,
10     they -- Motrin was found to be -- at least that's
11     what they taught us, was prothrombotic in vitro,
12     okay?  In vitro in a Petri dish.  And so there was
13     some concern about nonsteroidals all along about
14     their prothrombotic effect and so with regards to
15     heart disease and antiinflammatories, you try to
16     weigh the risks and benefits and how bad someone
17     needs an antiinflammatory and -- and their quality
18     of life from the need for taking the
19     antiinflammatory for whatever reason.
20               So I always try to mitigate the -- any
21     anti -- or any prothrombotic effect of
22     antiinflammatories by using antiplatelet agents.
23     And he was basically on a baby aspirin and Plavix
24     as a double -- dual antiplatelet therapy.  So, you
25     know, based on 2003 data and the way I felt about
page 100
1      things, he -- we -- I felt that we were using
2      pretty good antiplatelet therapy to try to the best
3      we could --
```

[100:17] - [100:19]         Mark Karavan, M.D.

```
page 100
17          Q.   Okay.  Can you read the history into
18     the record, please.
19          A.   Yes, sir.  This is from 12/20/05.
```

[102:17] - [103:5]          Mark Karavan, M.D.

```
page 102
17          Q.   Thank you.  Now, let me ask you this:
18     He had a couple of episodes where he went into the
19     hospital, I think one in 2003 and then one in 2004,
20     with chest pain of some sort.  What was your
21     overall impression of these two hospitalizations?
22     I'm trying to sum up here rather than --
23          A.   I mean, since his -- basically since
24     his operation and bypass graft, you know, fairly --
25     from a heart standpoint, I thought he's done well.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
                        page 103
                        1    He's had a stress test that showed he had normal
                        2    perfusion or normal blood flow to the heart and the
                        3    heart pumps normally and I felt that the discomfort
                        4    he would experience at times was probably not
                        5    related to his heart.
```

[103:8] - [103:21]      Mark Karavan, M.D.

```
                        page 103
                        8             What -- can you show us what tests you
                        9    actually conducted on him maybe in 2003, 2004,
                        10   2005.
                        11        A.   In 7/18 -- on 7/18/03, he had a -- what
                        12   we call stress perfusion, nuclear stress test.  He
                        13   went 15 minutes with a Bruce protocol, peak heart
                        14   rate was 120, ejection was 58 percent and then he
                        15   had what's called apical thinning.
                        16        Q.   What is apical thinning?
                        17        A.   It just means the apex or the type of
                        18   the heart is hard to -- hard to image and imaging
                        19   technique not a problem with the blood flow itself.
                        20        Q.   What is the apical?
                        21        A.   That's the tip of the heart.
```

[103:25] - [104:6]      Mark Karavan, M.D.

```
                        page 103
                        25   here.  But in any event, he did have some -- what
                        page 104
                        1    does thinning mean?
                        2         A.   Basically it was felt the blood flow to
                        3    his heart was normal.
                        4         Q.   Okay.  What would thin -- what would --
                        5    what would -- what --
                        6         A.   That's a normal variant.
```

[105:10] - [105:24]     Mark Karavan, M.D.

```
                        page 105
                        10        Q.   Okay.  I don't know if you have it in
                        11   front of you, but on 5/17/2005, you saw him,
                        12   5/17/2005?
                        13        A.   Yes, sir.
                        14        Q.   And was -- was -- was -- he'd not been
                        15   modifying his risk factors as well as he used to
                        16   according to the history?
                        17        A.   Mr. Barnett's very astute in -- in his
                        18   understanding of the disease process and
                        19   modification of it and trying every available
                        20   method and that -- I wasn't being specific in
                        21   there, but he just wasn't quite as adherent as he
                        22   had been for the most part.  I think it must have
                        23   been a little bit of diet and his weight was up a
                        24   little bit, probably after the holidays.
```

*[handwritten: π Objection: Speculation]*

[106:13] - [106:22]     Mark Karavan, M.D.

```
                        page 106
                        13   very well -- tell me, once you have one heart
                        14   attack, are you at increased risk for a second
                        15   heart attack?
                        16             MR. GOLDMAN:  Object to the form.
                        17             THE WITNESS:  When someone has a
                        18   disease process such as coronary atherosclerosis
                        19   versus somebody that does not, then, of course,
                        20   your risk of having a heart attack is higher than
                        21   someone that doesn't have -- that does not have the
                        22   disease.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

| | |
|---|---|
| [108:23] - [109:2] | Mark Karavan, M.D. |

```
page 108
23        Q.    Good afternoon, Dr. Karavan.
24        A.    Yes, sir.
25        Q.    My name is Andy Goldman.  You and I
page 109
1    haven't met before today, have we?
2         A.    Correct.
```

| | |
|---|---|
| [112:18] - [113:25] | Mark Karavan, M.D. |

```
page 112
18        Q.    How many years, sir, have you treated
19   patients with heart disease?
20        A.    Roughly 20 years.
21        Q.    Do you consider heart disease to be a
22   serious public health problem?
23        A.    Yes, I do.
24        Q.    Do you know whether cardiovascular
25   disease is the leading cause of death in America?
page 113
1         A.    It would be.
2         Q.    And has it been for a number of years?
3         A.    Yes, sir.
4         Q.    Why is it in your view, sir, that heart
5    disease is a serious public health problem?
6         A.    In the United States, I think it's
7    because of lifestyle choices for the most --
8    mostly.  It's a multitude of reasons, but lifestyle
9    choices in the United States are, I think, number
10   one.
11        Q.    Are you aware of whether cardiovascular
12   disease accounts for more than a third of all
13   deaths in the United States?
14        A.    Yes, sir.
15        Q.    Does South Carolina have a particular
16   problem when it comes to strokes or this particular
17   area of the country, is it known as the stroke
18   belt?
19        A.    People have called it the stroke belt
20   before, yes, sir.
21        Q.    What does that mean?
22        A.    Well, I think basically that in the --
23   in South Carolina, in the deep south, there is a
24   higher incidence of both stroke and heart attack
25   and probably again related to lifestyle choices.
```

*Handwritten annotations:*
- π objection: 701-705 improper expert opinion, not designated as an expert
- π Objection: irrelevant, Mr. Barnett did not have a stroke He did not live in So. Carolina his whole life lacks foundation

| | |
|---|---|
| [114:24] - [115:24] | Mark Karavan, M.D. |

```
page 114
24        Q.    Can you describe your role,
25   Dr. Karavan, in Mr. Barnett's medical care.
page 115
1         A.    I'm Mr. Barnett's cardiologist, I'm his
2    clinical cardiologist, I'm responsible for taking
3    care of his heart problem.
4         Q.    Did you first meet Mr. Barnett when he
5    came to the hospital with a heart attack?
6         A.    That's correct.
7         Q.    That was September 6th of 2002?
8         A.    Yes, sir.
9         Q.    Had you ever had any dealings with
10   Mr. Barnett before that point?
11        A.    No, sir.
12        Q.    Did you ever prescribe Vioxx to
13   Mr. Barnett?
14        A.    I believe after he had -- with his
15   musculoskeletal complaints, I'm not a hundred
16   percent certain whether I wrote the prescription or
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
                   17  not, but I was aware that he was on Vioxx
                   18  afterwards.
                   19       Q.   The pharmacy records don't indicate
                   20  that you've actually ever prescribed Vioxx, but I
                   21  understand your testimony to mean that you knew
                   22  going forward after the heart attack that
                   23  Mr. Barnett continued to take Vioxx?
                   24       A.   That's correct.
```

[116:18] - [116:21]      Mark Karavan, M.D.

```
         page 116
         18       Q.   Dr. Karavan, would you consider
         19  somebody who prescribed a lot of COX-2 inhibitors
         20  in your practice?
         21       A.   No, sir.
```

[116:22] - [116:23]      Mark Karavan, M.D.

```
         page 116
         22       Q.   Let me turn to the visit that you first
         23  had with Mr. Barnett on September 6, 2002.
```

[117:7] - [118:14]       Mark Karavan, M.D.

```
         page 117
         7        Q.   Does this appear to be the report from
         8   the ER when Mr. Barnett arrived on September 6,
         9   2002?
         10       A.   Yes, sir, it does.
         11       Q.   Can you please read, sir, the first
         12  sentence into the record.
         13       A.   This is a 58-year-old gentleman with a
         14  history of small -- oh, excuse me, yeah, with a
         15  history of small vessel coronary artery disease by
         16  his own report, gastroesophageal reflux and
         17  hypercholesterolemia who presents with complaints
         18  of an aching pressure-like midsternal chest pain
         19  that began about 12:30 tonight while he was sitting
         20  at his office at work.
         21       Q.   Do you know, sir, why Mr. Barnett was
         22  saying he had preexisting coronary artery disease?
         23       A.   Well, in fact, the statement -- the
         24  statement's a little bit funny, in other words,
         25  some -- it's something mismatched -- misspelled
         page 118
         1   there.  It says smell vessel, I guess he meant
         2   small, but I'm not sure what he meant by that.  But
         3   I would have to assume that he had the stress test
         4   two years before then that showed lateral wall
         5   ischemia and maybe they were talking about his
         6   lateral wall ischemia that would give him a
         7   diagnosis of coronary artery disease.
         8        Q.   If Mr. Barnett had and he did an
         9   ischemia diagnosis in January of 2000, does that
         10  mean that he had coronary artery disease in January
         11  of 2000?
         12       A.   Yes, given his -- I would say given the
         13  results of this stress test, he had coronary artery
         14  disease in 2000.
```

*Handwritten annotations:* π objection: hearsay

*Handwritten annotations:* π objection: -speculation -lacks foundation -improper expert testimony. Dr. K not designated as an expert

[119:21] - [121:17]      Mark Karavan, M.D.

```
         page 119
         21       Q.   In the next paragraph, the ER physician
         22  wrote:  A 12-lead EKG was performed upon arrival
         23  revealing a normal sinus rhythm with no acute
         24  abnormalities.
         25            You see that?
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
page 120
 1          A.    Correct, I see that.
 2          Q.    Does that mean that the first EKG that
 3     Mr. Barnett had when he arrived at the hospital --
 4     hospital was normal?
 5          A.    Correct.
 6          Q.    Did Mr. Barnett have a second EKG while
 7     he was in the hospital on September 6, 2002?
 8          A.    The -- according to this note,
 9     according to the emergency room physician, he had a
10     second EKG that did not show any acute findings, no
11     change.
12          Q.    Does that mean that it was normal?
13          A.    I would assume in his mind it was
14     normal.
15          Q.    Do you see under the labs paragraph
16     where there's an indication Troponin-I is normal,
17     CPK normal at 198 with normal indices?
18          A.    Yes, that's Troponin-I for the record.
19          Q.    What is Troponin-I?
20          A.    It's a marker of cardiac damage.  It's
21     a cardiac enzyme.
22          Q.    Is it true that the higher the Troponin
23     level, the more evidence there is of heart damage?
24          A.    Yes, sir.
25          Q.    Is that also true for CPK and CKMB
page 121
 1     readings?
 2          A.    Yes, sir.
 3          Q.    The higher the CPK reading and the
 4     higher the CKMB, the more heart damage there is?
 5          A.    Yes, sir.
 6          Q.    What would you consider in your
 7     practice to be a Troponin -- a CK (sic) and a CKMB
 8     level that you would associate with a large heart
 9     attack or a significant heart attack?
10          A.    Well, I think -- I think any heart
11     attack is significant, but -- to that person, but
12     large is a subjective term, okay?  And if we're
13     talking about Mr. Barnett, his CPK was 288 and
14     that's a small heart attack.
15          Q.    Is Mr. Barnett's Troponin level at 1.4,
16     which was the subsequent diagnosis, also considered
17     to be a small level?
```

[121:21] - [123:24]         Mark Karavan, M.D.

```
page 121
21                THE WITNESS:  If we're talking about
22     the size of Mr. Barnett's heart attack, we have
23     evidence to show he has a CPK of 288, which was one
24     of five drawn.  He has a small vessel that's
25     totally occluded with collateralization and he had
page 122
 1     an ejection fraction overall that was normal and
 2     that is all consistent with a small heart attack.
 3     BY MR. GOLDMAN:
 4          Q.    You mentioned ejection fraction.  What
 5     is that?
 6          A.    That's the amount of blood the heart
 7     pumps out each time it pumps.  In other words, if
 8     there's -- each time his heart ejects blood or
 9     pumps, it pumps out 50 percent of the volume of
10     blood in the heart.  Anything basically more than
11     50 percent or greater is felt to be normal overall.
12          Q.    Did Mr. Barnett have an ejection
13     fraction while he was in the hospital in 2002 of 50
14     percent?
15          A.    Before I answer that, I want to be --
16     make sure.  I believe that was the number.  That's
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
17   correct, 50 percent.
18        Q.   That was normal?
19        A.   It was -- okay.  It was consistent with
20   the fact that he had a small heart attack to the
21   bottom of his heart.  If he -- in other words, if
22   he had not had the heart attack, it might have been
23   55, might have been 58, a little bit higher than
24   that.
25        Q.   Do you remember back in January of 2000
page 123
1    when he had his Cardiolite stress test, his
2    ejection fraction was 56 percent?
3         A.   That sounds correct.  I'll have to
4    review to make sure of that.  Do you want me to?
5    Do you have it in front of you?
6         Q.   We'll get to it if you want, but does
7    that sound like it's consistent?
8         A.   That sounds right, yes.  Yes.
9         Q.   Can you go back to Exhibit 23, sir, and
10   read along with me under labs in the second
11   paragraph where it says:  At this time, I think the
12   patient requires admission to the hospital for rule
13   out MI protocol given his multiple cardiac risk
14   factors, including his age of 58,
15   hypercholesterolemia, family history of coronary
16   artery disease, and we will very likely obtain a
17   stress test while in the emergency room.
18             Do you see that?
19        A.   Yes, sir, I see it.
20        Q.   Do you agree that Mr. Barnett had
21   multiple cardiac risk factors?
22        A.   He -- he basically had the risk factors
23   of significant hyperlipidemia and a family history
24   of coronary artery disease.
```

[124:6] - [124:22]   Mark Karavan, M.D.

```
page 124
6         Q.   Okay.  From your perspective,
7    Mr. Barnett's major risk factors were his
8    hypercholesterolemia, or high cholesterol, and
9    family history?
10        A.   Correct.
11        Q.   Is stress also a risk factor for heart
12   disease?
13        A.   I think that -- well, I don't -- it's
14   not listed as one of the major risk factors.  I
15   think stress plays a role in every body that
16   function -- every organ but is not an official
17   major risk factor for ischemic heart disease.
18        Q.   Do you know that stress is considered a
19   factor, whether it's major or not, in terms of the
20   risk of heart disease?
21        A.   I think stress plays a role in every
22   disease process in the body.
```

[124:24] - [124:25]   Mark Karavan, M.D.

```
page 124
24        Q.   Let me show you what I'll mark as
25   Exhibit 24, sir.
```

[125:5] - [126:4]   Mark Karavan, M.D.

```
page 125
5         Q.   This is a medical record from your
6    office dated September 17th, 1997, and it was
7    prepared by a colleague of yours, Dr. Cornell?
8         A.   Dr. Cornell is a gastrointestinal
9    physician in -- in our practice.
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
             10          Q.   And on this occasion, Mr. Barnett was
             11   seeing Dr. Cornell because of his reflux condition?
             12          A.   Yes, sir.
             13          Q.   Do you see under subjective on the
             14   first page -- let me first ask you:  What does
             15   subjective mean when it's in a medical chart?
             16          A.   Basically it's just a history of
             17   present illness.  It's subjective what the
             18   patient's -- discussion with the patient is about
             19   his symptoms.
             20          Q.   When somebody in your position writes
             21   down subjective and then has an entry, is that
             22   entry based on what the patient told you?
             23          A.   Yes, sir.
             24          Q.   If you look at the fourth sentence with
             25   me, Dr. Karavan, do you see that it says:  He,
        page 126
             1    meaning Mr. Barnett, states that he is always under
             2    a lot of stress which is understandable, he is an
             3    FBI agent?
             4           A.   I see that, yes.
```

[127:21] - [127:24]    Mark Karavan, M.D.

```
        page 127
             21         Q.   Does a non-Q wave heart attack mean
             22   that the patient has had a heart attack, but there
             23   are no changes that are seen on an EKG report?
             24         A.   No Q wave changes.
```

[128:4] - [128:17]    Mark Karavan, M.D.

```
        page 128
             4          Q.   If you turn to the history part of this
             5    document, I think Mr. Robinson had you read the
             6    first sentence:  The patient is a pleasant
             7    58-year-old white male who underwent exercise
             8    Cardiolite stress test January 2000 after
             9    presenting to Grand Strand Regional Medical Center
             10   with sharp chest pain.  And then it continues in
             11   the next sentence:  The patient ruled out for
             12   myocardial infarction and underwent the stress test
             13   on an outpatient basis.  The patient exercised 15
             14   minutes of a standard Bruce protocol and Cardiolite
             15   images revealed just a small area of lateral
             16   ischemia.
             17         A.   Yes, sir.
```

[128:21] - [130:24]    Mark Karavan, M.D.

```
        page 128
             21              The consult that you wrote September
             22   6th of 2002 refers to an exercise stress test that
             23   Mr. Barnett had in January of 2000, right?
             24         A.   Yes, sir, the reason to document that
             25   is, of course, any testing pertinent to the organ
        page 129
             1    system that you're evaluating in the past is
             2    relevant to the -- to the present, okay, and the
             3    relevance of that is that there was evidence that
             4    he had coronary artery disease back in 2000.
             5          Q.   The history also continues and talks
             6    about how subsequent to that diagnosis, he has
             7    subsequently done well and states that he still on
             8    occasion gets some slight sharp chest pain usually
             9    associated with his abdomen being bloated.
             10              You see that?
             11         A.   Yes, sir.
             12         Q.   Is it true, Dr. Karavan, that sometimes
             13   angina or heart-related pain is not diagnosed as
```