Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
14   heart-related pain but instead is called reflux?
15        A.   Certainly you can have chest discomfort
16   that's from the heart that can be confusing and
17   difficult to diagnose and can be misunderstood for
18   reflux.
19        Q.   In the history portion you also
20   referred to a Bruce protocol, 15 minutes of a
21   standard Bruce protocol. What is that?
22        A.   That's the standard test -- exercise
23   stress testing that we do. The fact that he went
24   15 minutes was -- gave him an excellent prognosis
25   because he was able to do such a long protocol.
page 130
1         Q.   If a patient lasts 15 minutes on a
2    Bruce protocol, that's an indication that they have
3    a very good or you said excellent prognosis going
4    forward?
5         A.   A good prognosis, that's correct.
6         Q.   Is a Bruce protocol something where a
7    patient goes on a treadmill and the treadmill every
8    three minutes is increased in terms of the stage
9    that it's at and it gets more difficult over time
10   to last on the treadmill?
11        A.   The speed and -- and inclination goes
12   up, um-hum.
13        Q.   When you see a patient who can last 15
14   minutes on a Bruce protocol, to you that means that
15   the patient is doing well from a heart perspective,
16   true?
17        A.   In context to Mr. Barnett, it would
18   be -- I would interpret it like this: He -- in 15
19   minutes he had a small area of lateral ischemia.
20   That gives him a very good prognosis, but it does
21   give him the diagnosis of coronary artery disease.
22   A decision was made to treat the patient medically
23   because he had a good prognosis and that's how he
24   was treated.
```

[131:11] - [131:17]    Mark Karavan, M.D.

```
page 131
11        Q.   Is having coronary artery disease an
12   important diagnosis?
13        A.   Yes, sir.
14        Q.   Why?
15        A.   Because if someone has coronary artery
16   disease, then they are at risk for having heart
17   attack.
```

[132:19] - [132:23]    Mark Karavan, M.D.

```
page 132
19        Q.   That was the thought that the doctors
20   had at the time that based on the stress test
21   result, they would treat Mr. Barnett medically as
22   opposed to surgically?
23        A.   Right.
```

[132:24] - [133:12]    Mark Karavan, M.D.

```
page 132
24        Q.   Do you see that in January of 2000,
25   Mr. Barnett was also diagnosed with an ejection
page 133
1    fraction of 56 percent?
2         A.   Yes, sir, I see that.
3         Q.   I think you talked about that before,
4    that 56 percent is in the normal range for a man of
5    Mr. Barnett's age?
6         A.   That's correct.
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
 7          Q.   Is an ejection fraction the gold
 8     standard for measuring heart function and heart
 9     damage?
10          A.   In clinical practice I would say
11     depending on the method that you get ejection
12     fraction, yes.
```

[133:13] - [134:14]  Mark Karavan, M.D.

```
page 133
13          Q.   Do you see in the consult that you
14     indicated how long Mr. Barnett had experienced
15     chest pain on September 6, 2002 toward the bottom
16     under history?
17          A.   Are you referring to the statement, the
18     patient states the entire episode of pain lasted
19     about 30 minutes?
20          Q.   Yes.
21          A.   Okay.  Yes, sir.
22          Q.   Can you read on, sir, until the next
23     page ending at the word duration.
24          A.   Then while being evaluated in the
25     emergency room, the patient states the discomfort
page 134
 1     returned but again was relieved with one sublingual
 2     nitroglycerin.
 3          Q.   I'm sorry, could you slow down, please.
 4          A.   Sorry.  And the entire duration of the
 5     second episode was approximately five minutes.
 6          Q.   So does that mean that Mr. Barnett
 7     while he was in the hospital was experiencing chest
 8     discomfort and then he was given this medicine,
 9     sublingual nitroglycerin, and his pain went away in
10     five minutes?
11          A.   That's correct.
12          Q.   How is subliminal -- I'm sorry,
13     sublingual nitroglycerin taken?
14          A.   Under the tongue.
```

[134:15] - [134:25]  Mark Karavan, M.D.

```
page 134
15          Q.   And then the next sentence?
16          A.   About 45 minutes to an hour later, he
17     had another third occurrence again resolving with
18     sublingual nitroglycerin and lasting six to seven
19     minutes in duration.
20          Q.   At the end of that paragraph is where
21     you indicate, patient has subsequently gone on to
22     rule in for a non-Q wave MI with his third CPK
23     being 217 with an MB index of 5.8 and a Troponin-I
24     of 1.4, right?
25          A.   Yes, sir.
```

[135:3] - [135:19]  Mark Karavan, M.D.

```
page 135
 3          A Troponin-I of 1.4 is very small in
 4     terms of an increase, correct?
 5          A.   Correct.  That would be correct.
 6          Q.   So is an indication of a CPK of 217,
 7     true?
 8          A.   True, we had -- if I may, we had
 9     determined that his peak CPK was 288.
10          Q.   And 288 peak CPK is also a very small
11     increase in CPK?
12          A.   It still is small, that's correct.
13          Q.   That's evidence of a mild heart attack?
14          A.   Correct.
15          Q.   Is it true that some doctors even today
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
16   would label Mr. Barnett's condition on September 6,
17   2002 as acute coronary syndrome?
18        A.   2006 lingo would be acute coronary
19   syndrome.
```

[135:20] - [135:25]    Mark Karavan, M.D.

```
page 135
20        Q.   How does acute coronary syndrome differ
21   from a heart attack?
22        A.   It -- acute coronary syndrome includes
23   unstable angina, which is not too damaged, but pain
24   or discomfort that a person is feeling but does not
25   necessarily mean damage.
```

[136:15] - [136:19]    Mark Karavan, M.D.

```
page 136
15        Q.   Dr. Karavan, a reading of 1.4 Troponin
16   and a 21 CKMB is an indication of minimal damage to
17   the heart, true?
18        A.   I usually use the term small or mild
19   heart attack.
```

[137:6] - [139:3]    Mark Karavan, M.D.

```
page 137
6         Q.   Looking at the document that you wrote
7    around September 6, 2002, do you know what you told
8    Mr. Barnett about the increase in his enzyme
9    levels?
10        A.   Well, let me read my thing one more
11   time.  Basically I told him that he had a small
12   heart attack and I'd recommend that he undergo a
13   heart catheterization to further assess his
14   condition.
15        Q.   What is the purpose of a cardiac
16   catheterization and what is it?
17        A.   Cardiac catheterization is where we
18   slide tubes up usually through the groin into the
19   heart and put dye into the blood vessels that feed
20   to the heart to assess how much blockage there is
21   and how much damage has been done.
22        Q.   Is the main purpose of a cardiac
23   catheterization to see how much plaque is built up
24   in the various arteries?
25        A.   In these -- in this situation, the
page 138
1    answer would be yes, to assess the amount of the
2    blockage.
3         Q.   You decided on September 6, 2002 that
4    it was okay for Mr. Barnett to wait the weekend to
5    have his cardiac catheterization on Monday, is that
6    right?
7         A.   That's correct.
8         Q.   Why was that?
9         A.   Because we thought he was stable enough
10   to do so.
11        Q.   If you felt that Mr. Barnett was having
12   an acute heart attack or was at serious risk of a
13   more serious injury, would you have done an
14   immediate catheterization on him?
15        A.   That's correct.
16        Q.   Would you also have ordered an
17   immediate bypass or recommended an immediate bypass
18   based on the catheterization results?
19        A.   If he was having recurrent problems and
20   the catheterization showed the kind of blockage he
21   had, he would have had an emergent bypass.
22        Q.   How many catheterizations would you
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
                          23   estimate you have done in your career, sir?
                          24        A.   In between 15 and 20,000.
                          25        Q.   Are you the head of the catheterization
                     page 139
                     1    lab at your hospital?
                     2         A.   I guess so.  It's a loose -- loose
                     3    term.
```

[139:7] - [144:13]        Mark Karavan, M.D.

```
                     page 139
                     7              You said before that you inject dye
                     8    into the arteries of your patients in order to look
                     9    for coronary artery disease or blockage?
                     10        A.   Um-hum.
                     11        Q.   Is that right?
                     12        A.   That's correct.
                     13        Q.   How do you then actually look at the
                     14   inside of the arteries based on the dye that's
                     15   inside them?
                     16        A.   The dye -- the dye showed that the --
                     17   consider the blood vessels as pipes and you're
                     18   filling the pipe up and what the dye cannot get
                     19   through, then you have a negative impression on the
                     20   dye from the constriction of the blockage.  So
                     21   the -- where the dye cannot get through, that
                     22   indicates where the blockage is.
                     23        Q.   When you conduct a cardiac
                     24   catheterization, do you also try to assess how well
                     25   the heart is pumping?
                     page 140
                     1         A.   Yes, sir.
                     2         Q.   Is that when you make a determination
                     3    of the ejection fraction?
                     4         A.   Yes, sir.
                     5         Q.   Do you actually look at the heart
                     6    muscle to see how much it contracts and then how
                     7    much it expands to make that determination?
                     8         A.   That's correct, the difference between
                     9    how big it is when it expands to how small it is
                     10   when it contracts is the resultant ejection
                     11   fraction.
                     12        Q.   About how long does a catheterization
                     13   take in Mr. Barnett's case?
                     14        A.   If you mean from the time you'd walk in
                     15   and stick the skin and finish, 15, 20 minutes.
                     16        Q.   Were there any complications in the
                     17   procedure that you performed on Mr. Barnett?
                     18        A.   Not that I can recall, no, sir.
                     19        Q.   After Mr. Barnett had his
                     20   catheterization, you then sat down in front of a
                     21   computer screen and analyzed the images that were
                     22   picked up during that procedure, is that how it
                     23   works?
                     24        A.   Yes, sir.
                     25        Q.   As you were watching the screen and
                     page 141
                     1    blood flow throughout the heart, were you keeping
                     2    track of which particular vessels had blockage?
                     3         A.   While you're doing the procedure, you
                     4    can -- you're interpreting the films as you are
                     5    doing it.
                     6         Q.   So if it looks to you like the LAD or
                     7    one of the coronary arteries is blocked by 50
                     8    percent, you would write down 50 percent blockage?
                     9         A.   Yeah.  The way we would record that is
                     10   we would do the procedure and as I'm doing it, I'm
                     11   well aware of what we're seeing.  And then I sit
                     12   down in front of a screen and fill out the progress
                     13   note temporary report and then we dictate a
```

Issues Report [Mark Karavan]

• Merck's Counter Designation

```
14   permanent report right then.
15        Q.   Can you try to find, if you would, the
16   cardiac catheterization report that you prepared.
17   I think it was marked as Exhibit 13.
18        A.   Yes, sir, Number 13.
19        Q.   Did you dictate Exhibit 13, or your
20   cardiac catheterization report, shortly after
21   watching the cardiac catheterization procedure?
22        A.   According to this I did, 9/9/02, 7:23
23   in the morning.
24        Q.   Let me ask you a question under
25   conclusions and we'll go above that in a minute,
page 142
1    but under conclusions, you wrote:  Preserved left
2    ventricular systolic function.
3              What does that mean?
4         A.   That means basically overall his heart
5    muscle pumps normally.
6         Q.   Is that another way of saying that his
7    ejection fraction was normal?
8         A.   That would be correct.
9         Q.   Is left ventricular systolic function
10   an important part of our hearts?
11        A.   It is -- the function of the heart is
12   to pump blood and you want it pumping as good as it
13   can, so the answer is it's the most important.
14        Q.   Number 3 says:  Severe three-vessel
15   coronary artery disease.
16             What does that mean, sir?
17        A.   When I dictate severe three-vessel
18   coronary artery disease, that means that there is a
19   lot of plaquing, stenosis, in the major arteries
20   that feed blood to the heart.
21        Q.   When you were talking with Mr. Robinson
22   earlier about your diagnosis up above, left
23   ventriculogram mid inferior diaphragmatic
24   hypokinesis -- do you remember talking about that
25   with Mr. Barnett -- Mr. Robinson?
page 143
1         A.   Yes, yes.  Yes, sir.
2         Q.   Do you know what that diagnosis looked
3    like months later?
4         A.   The answer is -- we have an ejection
5    fraction from his nuclear stress test from 7/18/03
6    and it was 58 percent at that time.
7         Q.   What is the significance of an ejection
8    fraction of 58 percent when it comes to this mid
9    inferior diaphragmatic hypokinesis?
10        A.   His -- when you do the nuclear stress
11   test, you can assess the ejection fraction pumping
12   of the heart and his heart muscle was pumping
13   normally with a normal motion to the heart and the
14   overall ejection fraction was normal at 58 percent.
15        Q.   Does that in your mind mean that the
16   mid inferior diaphragmatic hypokinesis resolved?
17        A.   His wall motion was now normal in the
18   bottom of the heart, which is that area.
19        Q.   Which means that mid inferior
20   diaphragmatic hypokinesis resolved?
21        A.   Correct.
22        Q.   Can you explain in terms that I might
23   understand what mid inferior diaphragmatic
24   hypokinesis is?
25        A.   The bottom part of the heart was not
page 144
1    pumping as vigorously, as strongly, as normal as it
2    should.  It was mildly weakened and that's what
3    that means.
4         Q.   Is that something that you would expect
5    a bypass would resolve?
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
            6              A.   The -- if you recall, he had -- he did
            7     have the collateralization to the -- that area of
            8     the heart, which helped to improve blood flow to
            9     that area and limit the -- and probably -- and
           10     limit the amount of damage.  Therefore, as the
           11     vessel -- as the heart muscle was revascularized,
           12     as the blood flow was normal to that after an
           13     operation, the heart muscle improved.
```

[144:16] - [144:21]      Mark Karavan, M.D.

```
           page 144
           16              When you wrote preserve left
           17     ventricular systolic function on September 9th of
           18     2002 on your catheterization report, what did that
           19     tell you about Mr. Barnett's heart function?
           20              A.   That he had only had a mild amount of
           21     damage and the heart function was still good.
```

[144:22] - [144:25]      Mark Karavan, M.D.

```
           page 144
           22              Q.   I'd like to turn now to an exhibit that
           23     I think Mr. Robinson used.  It was your diagram of
           24     the heart.
           25              A.   Okay.
```

[145:10] - [145:23]      Mark Karavan, M.D.

```
           page 145
           10              Q.   Dr. Karavan, what I'd like to do here
           11     if you would be willing to is to take Exhibit 16 --
           12     which, if you could, just hold it up for the jury
           13     if you don't mind.  What is that again?
           14              A.   This is the diagram of the blood
           15     vessels that feed blood to the heart and the
           16     drawing of the blockages that are found on
           17     Mr. Barnett.
           18              Q.   Did you draw Exhibit 16 so that you
           19     could explain to Mr. Barnett what you saw during
           20     the catheterization procedure?
           21              A.   That is correct.  This is imaging of or
           22     a picture of what we found at the time of the
           23     catheterization.
```

[146:19] - [149:13]      Mark Karavan, M.D.

```
           page 146
           19              Q.   Dr. Karavan, do you have in front of
           20     you the diagram that you drew on September 7th,
           21     2002 and did you try to make it more legible?
           22              A.   Yes, sir, that's what I've done.
           23              Q.   Can you first explain what the diagram
           24     is about.  What is the --
           25              A.   The diagram is a picture of the heart
           page 147
           1      and the heart pumps the blood, but the heart has to
           2      have its own blood to live and gets it through
           3      blood vessels.  And this is a drawing of the blood
           4      vessels that feed blood to the heart.
           5               Q.   Are the arteries or vessels that are
           6      described there the coronary arteries?
           7               A.   That's correct.
           8               Q.   Is that the -- why don't you tell the
           9      jury what coronary arteries are.
           10              A.   The coronary arteries are the blood
           11     vessels that feed blood to the heart so it's -- so
           12     the heart receives blood flow so it can do its job
           13     of pumping blood.  And this is a diagram of those
```

Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
               14  blood vessels specifically.
               15       Q.   On that diagram there are some areas
               16  that are shaded.  What is that meant to reflect?
               17       A.   That just simply means it's either
               18  diving into the heart tissue or going back behind
               19  the heart to give it a three-dimensional effect.
               20       Q.   So the first vessel that you identified
               21  in your catheterization report was the left main
               22  artery.  Can you please show the jury where that
               23  is.
               24       A.   This is the left main artery and
               25  it's -- it was about 50 percent blocked.  It's
          page 148
               1   called the left main blood vessel because it's a
               2   big trunk that initiates the blood flow down to the
               3   branches -- all the branches to the front and the
               4   back of the heart.  And this is the short left main
               5   blood vessel right there.
               6        Q.   Is the left main artery considered an
               7   important one?
               8        A.   It's called -- it's a term -- the term
               9   main is used because it is the most important blood
               10  vessel.  It supplies -- the trunk supplies about
               11  two-thirds or three-quarters of the blood flow to
               12  the heart.
               13       Q.   Are there many other vessels that feed
               14  off of or branch off of the left main artery?
               15       A.   There are at least several -- usually
               16  in most instances, there are at least several major
               17  blood vessels that come off of the left main blood
               18  vessel.
               19       Q.   How blocked was Mr. Barnett's left main
               20  artery when you saw it on September 6, 2002?
               21       A.   50 percent narrowed.
               22       Q.   The next artery that you identify is
               23  the LAD.  What is that?
               24       A.   Left anterior descending, it's the
               25  branch that goes -- comes off the left -- the left
          page 149
               1   main blood vessel and feeds blood to the front of
               2   the heart.
               3        Q.   Is that also an important artery?
               4        A.   Very important blood vessel feeding the
               5   front of the heart.
               6        Q.   Does the LAD supply approximately 40
               7   percent of the blood to the heart?
               8        A.   That would be a pretty close
               9   approximation, that's correct.
               10       Q.   How much plaque had accumulated in
               11  Mr. Barnett's LAD by September 9th, 2002?
               12       A.   The LAD had accumulated approximately
               13  70 to 80 percent plaquing of the vessel.
```

[149:21] - [153:17]         Mark Karavan, M.D.

```
          page 149
               21       Q.   Dr. Karavan, when you drew the black
               22  marks sort of in the middle on both sides of the
               23  LAD, are you attempting to show the location of
               24  where the plaque was within Mr. Barnett's LAD?
               25       A.   That's correct.
          page 150
               1        Q.   So for the LAD portion, there was
               2   plaque on the right and the left side of the
               3   artery?
               4        A.   Okay, basically what I'm trying to
               5   depict is narrowing inside the blood vessel.  This
               6   is occurring inside the blood vessel and this is
               7   narrowing inside the -- the pipe or the blood
               8   vessel.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
 9           Q.   What happens when there's narrowing
10    inside of the blood vessel?
11           A.   Then the blood flow is restricted and
12    the heart muscle does not get the proper blood flow
13    and if it closes totally, then that's usually what
14    causes a heart attack.
15           Q.   Can you also have a heart attack if you
16    don't have complete closure of an artery?
17           A.   You can in certain instances.
18           Q.   Haven't you had patients who have had
19    only 50 percent blockage in certain arteries and
20    they have gone on to have heart attacks?
21           A.   Yes, there are instances when you --
22    someone has a heart attack and you do a heart
23    catheterization, look and their blockage is not
24    that tight.  There are also instances when someone
25    has blockage that is not that tight at a time of
page 151
 1    catheterization and then they go on to have a heart
 2    attack subsequently at a later date.
 3           Q.   The next artery that you refer to in
 4    your catheterization report is the proximal
 5    diagonal branch.  Is that a vessel off of the LAD?
 6           A.   That's correct.  In this diagram it's
 7    depicted as this blood vessel branching off the
 8    side of the LAD.
 9           Q.   And how much plaque had accumulated in
10    Mr. Barnett's proximal diagonal branch?
11           A.   That would be this right here,
12    approximately 80 percent narrowed.
13           Q.   You next talk about the ramus
14    intermedius.
15           A.   Correct.
16           Q.   Where is that located?
17           A.   You have to understand this diagram is
18    a general diagram.  Everybody's body and heart is a
19    little different in the blood vessels.  So it's
20    generally a blood vessel that goes off the back of
21    the heart, okay, a branch off of the back of the
22    heart.
23           Q.   Is that a branch that is actually
24    connected in some way to the LAD as well?
25           A.   No, it's not.  It comes off of the left
page 152
 1    main.  It is not connected to the LAD.
 2           Q.   How much plaque had accumulated in
 3    Mr. Barnett's ramus intermedius?
 4           A.   It was about 80 percent blocked also.
 5           Q.   You also talk about the circumflex.
 6    Where is that located?
 7           A.   Well, it's part of this blood vessel
 8    going to the back of the heart.
 9           Q.   Is that considered one of the three
10    major coronary arteries?
11           A.   The circumflex is in Mr. Barnett --
12    everybody's a little different.  His ramus
13    intermedius was actually larger than the circumflex
14    itself so the -- the ramus intermedius would be
15    considered one of the -- in Mr. Barnett one of the
16    three major blood vessels.
17           Q.   In most people is the circumflex
18    considered one of the three major coronary
19    arteries?
20           A.   In most people that's the case.
21           Q.   How much plaque had accumulated in
22    Mr. Barnett's circumflex by September 9th of 2002?
23           A.   He had a branch on the back that was up
24    to 70 percent blocked and then there -- and further
25    downstream in a small branch it was what we -- what
page 153
```

*Handwritten annotation (bracketing lines 14–page 151 line 2):*

π objection:
- speculation
- incomplete hypothetical
- calls for expert opinion (701-5)
- Irrelevant as to "other patients"