Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
 1   I've termed diffuse high-grade disease or
 2   high-grade blockage, throughout the length of a
 3   small blood vessel, though.
 4        Q.   I'm looking at your catheterization
 5   report and you said for the circumflex, a
 6   relatively small vessel, there is tubular proximal
 7   70 to 80 percent narrowing.  What does it mean to
 8   have tubular proximal narrowing?
 9        A.   That means the proximal portion of the
10   blood vessel is the area of -- that you're looking
11   at as opposed to the area downstream, the distal
12   part or mid part.  Proximal or first part of the
13   blood vessel narrowed 70 to 80 percent is what that
14   means.
15        Q.   Proximal means more to the top of the
16   artery?
17        A.   Correct.  Correct.
```

[153:20] - [157:2]     Mark Karavan, M.D.

```
page 153
20             For the tubular proximal vessel, that
21   was 70 to 80 percent narrowed?
22        A.   Right.
23        Q.   Then you said that there was a small
24   vessel with diffuse high-grade disease.  What does
25   it mean to have diffuse high-grade disease?
page 154
 1        A.   That means -- diffuse means the
 2   blockage is down the length of the blood vessel,
 3   high-grade meaning significant blockage.  So the
 4   entire length of this small blood vessel was -- had
 5   a lot of blockage.
 6        Q.   And how much blockage would you
 7   estimate Mr. Barnett had in his tubular proximal?
 8        A.   70 to 80 percent.
 9        Q.   The next artery that you refer to is
10   the obtuse marginal branch off of the circumflex.
11   Where is that?
12        A.   We're getting a little into semantics
13   here and I'm -- I was trying to give you the big
14   picture.  Basically the -- in this diagram, the
15   circumflex -- if I can backtrack just a minute.
16        Q.   Sure.
17        A.   In him the circumflex, like I said, was
18   a small blood vessel.  I -- I tried to depict the
19   circumflex as this blood vessel here about 70
20   percent narrowed.  Coming off of this circumflex is
21   an obtuse marginal branch.  In Mr. Barnett, this
22   obtuse marginal branch was small and diffusely
23   diseased and we could -- I did not draw it in at
24   the time because it -- at the time it's not
25   clinically relevant to him whether we do anything
page 155
 1   about this blood vessel or not but the -- the point
 2   of this blood vessel is it's small and he had
 3   blockage all the way down the length of the blood
 4   vessel on the back of the heart called the obtuse
 5   margin.
 6        Q.   The next artery that you refer to in
 7   your report is the right coronary artery or the
 8   RCA?
 9        A.   Correct.
10        Q.   Where is that located?
11        A.   This blood vessel coming to the bottom
12   of the heart.
13        Q.   Is that another important coronary
14   artery?
15        A.   That's one of the major blood vessels,
16   correct.
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
17            Q.   How much plaque had accumulated in the
18   right coronary artery?
19            A.   Okay.  He had two branches of the --
20   the right coronary artery comes to the bottom of
21   the heart and branches into two significant
22   branches, one of which was the PDA, or posterior
23   descending artery, which was a hundred percent
24   occluded or blocked, and the post -- the
25   posterolateral branch, or left ventricular branch
page 156
1    some physicians call it, had a significant stenosis
2    or blockage of about 80 percent.
3             Q.   So when you were referring to PDA when
4    Mr. Robinson was asking you questions, that's
5    called a posterial (sic) descending artery?
6             A.   Posterior descending artery.
7             Q.   And where is that again?
8             A.   It is this blood vessel going to the
9    bottom of the heart.
10            Q.   I believe that you said that there were
11   collaterals that were compensating --
12            A.   Yes, sir.
13            Q.   -- for the blockage in the PDA.  Where
14   were those collaterals located?
15            A.   They're down here arising from the left
16   coronary artery and filling -- or supplying blood
17   to the PDA through these collateral or bridging
18   blood vessels.
19            Q.   Are collaterals known as the body's
20   natural way of bypassing a blockage?
21            A.   That would -- that would -- it's -- a
22   common term used is that's your own body's bypass
23   to a blockage, correct.
24            Q.   Do collaterals take a long time to
25   develop?
page 157
1             A.   Generally it's felt they take awhile to
2    develop.
```

*[handwritten annotation:]* π Objection: -Incomplete hypothetical -speculation -vague, ambiguous

[157:11] - [158:1]   Mark Karavan, M.D.

```
page 157
11            Q.   Does it take many years, Dr. Karavan,
12   for a patient to develop the type of collaterals
13   that Mr. Barnett had in his body?
14            A.   I would say that it usually takes --
15   takes a time period of years for them to develop.
16            Q.   Did Mr. Barnett have significant
17   collaterals that were compensating for the blockage
18   in his PDA?
19            A.   He had very adequate collateral blood
20   vessels that supplied flow to the bottom of his
21   heart or his PDA.
22            Q.   And just so we're clear, the squiggly
23   lines that you just drew, that is meant to
24   represent the collaterals going from the left --
25            A.   Correct, from the left coronary artery
page 158
1    to the PDA.
```

*[handwritten annotation:]* π objection: -Incomplete hypothetical -speculation -lacks foundation

[158:7] - [159:21]   Mark Karavan, M.D.

```
page 158
7             Q.   And what's the reason that we have
8    collaterals and why do they develop?
9             A.   I don't know if anyone knows the answer
10   to that, why they develop.  There's been a lot of
11   research into development of -- the potential to
12   develop collateralization.  They're a good thing to
13   have and the reason is that they supply blood flow
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
14  to an area of particularly heart muscle when the
15  normal route is blocked off.
16       Q.   Is it true that collaterals typically
17  develop once there is more than 75 percent blockage
18  in an artery?
19       A.   Usually it takes enough stenosis,
20  blockage or narrowing for the normal pathway to get
21  limited blood flow and then the other ones help to
22  pick up the slack as the normal flow is diminished.
23       Q.   Dr. Karavan, given the severity of
24  Mr. Barnett's coronary artery disease as you just
25  described it, how long do you believe it took for
page 159
1   that much plaque to build up?
2        A.   The -- the amount of plaque that he had
3   took some time to build up, a period of years,
4   okay?
5        Q.   Can you help quantify that when you say
6   years?
7        A.   Well, this -- I can say that -- his
8   heart attack occurred on 9/02 --
9        Q.   Correct.
10       A.   -- September '02. In 2000 -- in the
11  year 2000, he had this other nuclear stress test
12  that showed that he had blockage then, which was
13  approximately two-plus years from the time of his
14  heart attack. So it was there at that point in
15  time and probably at least several years -- or many
16  years before then to some degree.
17       Q.   Does plaque start developing in our
18  bodies when we are young?
19       A.   What's called fatty streaks in early
20  development have been shown to be in -- on autopsy
21  in adolescents.
```

π objection:
- speculation
- 701-705: not a retained expert
- lacks foundation

[159:24] - [160:25]   Mark Karavan, M.D.

```
page 159
24       Q.   Thank you. Have you heard of a study
25  of Korean War soldiers or adolescents that show
page 160
1   that even as young as they are, they have
2   accumulated significant plaque in their body?
3        A.   I'm familiar with -- of some -- with
4   some studies of adolescents that have early
5   development of coronary artery disease, streaky
6   plaques and blockages, correct.
7        Q.   Can you be a little bit more specific,
8   what were the studies about?
9        A.   I don't know if I can recall the
10  specifics of a study other than to say that
11  development of coronary artery disease can occur at
12  a young age.
13       Q.   Is coronary artery disease and
14  atherosclerosis a gradual and chronic process?
15       A.   In all -- in most instances, that would
16  be correct, yes.
17       Q.   Is it true that in most instances,
18  coronary artery disease gets worse over time and
19  more and more plaque builds up in our arteries as
20  we get older?
21       A.   That would be correct.
22       Q.   Mr. Barnett's severe multivessel
23  coronary artery disease did not just develop in two
24  to three years, did it, sir?
25       A.   That's correct.
```

π objection:
- speculation
- lacks foundation
- 701-705: not a retained expert

π objection:
- 701-705 - not a retained expert
- incomplete hypothetical

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

[172:19] - [172:23]    Mark Karavan, M.D.

```
page 172
19        Q.   Is it true, Dr. Karavan, that even
20   today, it's unclear about whether COX-2 inhibitors
21   and traditional or nonselective NSAIDs are
22   prothrombotic or increase the likelihood of a
23   patient having a heart attack?
```

π objection: 701-705 – not a retained expert lacks foundation

[172:25] - [173:15]    Mark Karavan, M.D.

```
page 172
25             THE WITNESS:  Is it still
page 173
1    controversial?
2    BY MR. GOLDMAN:
3         Q.   Is it still an open question?
4         A.   In my mind it still needs to be worked
5    out how that -- that -- if that occurs and how it
6    occurs.
7         Q.   Are you aware of any scientific
8    evidence, Dr. Karavan, that Vioxx causes plaque
9    formation?
10        A.   I'm unaware of any data for the
11   development of plaque formation with Vioxx.
12        Q.   Are you aware of any scientific
13   evidence that Vioxx causes plaque acceleration or
14   progression?
15        A.   I don't know of any progression, no.
```

[173:16] - [174:2]    Mark Karavan, M.D.

```
page 173
16        Q.   Have you ever seen a single study that
17   shows that Vioxx or any other COX-2 inhibitor
18   causes plaque rupture in human beings?
19        A.   I think the -- the studies of concern
20   are those that deal with acute thrombosis and the
21   etiology of that acute thrombosis is not totally
22   known and, therefore, you could surmise that plaque
23   rupture might be involved in that.
24        Q.   Well, you could surmise that, but
25   that's -- that hasn't been shown in a single study
page 174
1    anywhere, true?
2         A.   Not that I'm aware of.
```

π objection: Speculation, argumentative

[175:13] - [177:16]    Mark Karavan, M.D.

```
page 175
13             When you examined Mr. Barnett on
14   September 9, 2002, you saw in his arteries that he
15   had severe multivessel coronary artery disease,
16   right?
17        A.   That's what I just said.
18        Q.   And lots of your patients have severe
19   coronary artery disease, right?
20        A.   Yes, sir.
21        Q.   And not every one of those patients is
22   taking Vioxx?
23        A.   Yes, sir.
24        Q.   And many of those patients go on to
25   have heart attacks?
page 176
1         A.   Yes, sir.
2         Q.   Many of those patients have plaque
3    rupture and have clots?
4         A.   That's correct.
5         Q.   Whether or not they're taking Vioxx?
6         A.   That's correct.
```

π objection: 401-403 – irrelevant as to his other patients lacks foundation improper expert testimony

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
 7          Q.   There was nothing unique about
 8     Mr. Barnett's arteries or what you saw on the
 9     catheterization that would show that Vioxx was the
10     cause or a contributing factor in Mr. Barnett's
11     heart attack, true?
12          A.   The development of his blockages,
13     correct, again, whether there was any prothrombotic
14     effect would be the question.
15          Q.   I understand that, but my question is a
16     little different.
17          A.   He -- I see that kind of -- I see his
18     kind of disease and his kind of blockages all day
19     with people not on nonsteroidal antiinflammatories.
20          Q.   And what happens to those people?
21          A.   They get the same treatment he did.
22          Q.   Which was what?
23          A.   Well, if it's diffuse plaquing and
24     multivessel disease, they go on to bypass surgery.
25          Q.   Before Vioxx came to the market in the
page 177
 1     United States in 1999, how many patients had you
 2     treated with heart attacks who were men in their
 3     fifties with high cholesterol and a family history
 4     of heart disease?
 5          A.   A lot.
 6          Q.   Since Vioxx has been withdrawn from the
 7     market, have you continued to see patients with
 8     Mr. Barnett's same risk factors who have gone on to
 9     have heart attacks?
10          A.   That's correct.
11          Q.   Over the course of your clinical
12     practice, sir, how many patients would you estimate
13     you have seen with the same severe coronary artery
14     disease as Mr. Barnett who have had heart attacks
15     and then bypass surgery?
16          A.   Several thousand.
```

*Handwritten annotation:* # objection: 401-403; irrelevant as to his other patients; incomplete hypothetical; speculative; lacks foundation

[177:17] - [178:21]    Mark Karavan, M.D.

```
page 177
17          Q.   I want to talk about clots for a
18     minute, okay?  Were you able to tell when you were
19     conducting your cardiac catheterization which
20     particular blockage led to the heart attack?
21          A.   Yes.  Yes, sir.
22          Q.   Was that the PDA?
23          A.   Yes, sir.
24          Q.   Did you indicate that anywhere in the
25     medical records or that's just what you remember?
page 178
 1          A.   I don't think I came out and said it's
 2     what we call the culprit -- the culprit block or
 3     the culprit lesion was the PDA, but it was obvious
 4     that's what it was.
 5          Q.   How was it obvious that the occlusion
 6     in the PDA was what led to Mr. Barnett's heart
 7     attack as opposed to the blockages in his other
 8     arteries?
 9          A.   He -- I think everything fit that that
10     would be the one and by that I mean he had a small
11     heart attack.  The PDA was not a real large blood
12     vessel.  It would account -- small blood vessels
13     cause small -- small heart attacks.  Injection of
14     that coronary artery, he had some -- a little
15     hang-up of dye in that blood vessel distally, which
16     usually goes along with an acute event, and his --
17     when someone has a heart attack, you get damage to
18     a certain area of the heart.  And the PDA supplies
19     the bottom of the heart and the bottom of the heart
20     was the part of the heart that wasn't pumping
```

- **Merck's Counter Designation**

```
                    21  properly.
```

[179:10] - [180:4]    Mark Karavan, M.D.
```
                    page 179
                    10         Q.   When Mr. Robinson was asking you
                    11  questions, I believe that there was some discussion
                    12  about whether there was a clot or a thrombus in the
                    13  PDA where there was occlusion.  Do you remember
                    14  that?
                    15         A.   I remember that discussion, right.
                    16         Q.   Based on the catheterization that you
                    17  observed, you didn't see a clot in that particular
                    18  artery, right?
                    19         A.   You cannot visualize a thrombus by any
                    20  manner, basically.
                    21         Q.   But even if there were a clot in
                    22  Mr. Barnett's PDA artery, that wouldn't be
                    23  surprising given that he had a hundred percent
                    24  blockage in that artery, true?
                    25         A.   Most heart attacks occur from
                    page 180
                    1   thrombosis or clot.
                    2          Q.   Is thrombosis or clot a natural
                    3   progression of atherosclerosis?
                    4          A.   Pretty much so.
```

[180:13] - [182:11]   Mark Karavan, M.D.
```
                    page 180
                    13         Q.   Dr. Karavan, is the main cause for
                    14  heart attacks plaque rupture and clot formation
                    15  whether or not patients are taking any drugs?
                    16         A.   I would agree with that.
                    17         Q.   I want to talk about the mild lateral
                    18  ischemia diagnosis in January of 2000, okay?
                    19         A.   (Witness moved head up and down.)
                    20         Q.   That was a diagnosis that was made
                    21  based on a Cardiolite stress test, right?
                    22         A.   Right.
                    23         Q.   And a Cardiolite stress test is
                    24  something that is done sort of like injecting dye
                    25  in your body like a catheterization and looking for
                    page 181
                    1   reduced blood flow, right?
                    2          A.   You inject a -- what's called a nuclear
                    3   medicine that's circulated through the blood and
                    4   through the heart muscle and you can measure it
                    5   going through the heart muscle to measure the
                    6   amount of blood flow through the heart muscle.
                    7          Q.   Now, the gold standard or the best way
                    8   to determine how occluded or blocked somebody's
                    9   arteries are is to perform a cardiac
                    10  catheterization?
                    11         A.   Correct.
                    12         Q.   Were you aware that Mr. Barnett's
                    13  doctors had suggested that he have a cardiac
                    14  catheterization back in January of 2000?
                    15         A.   I was not aware of that.
                    16         Q.   Did anybody tell you, sir, that
                    17  Mr. Barnett decided not to have a cardiac
                    18  catheterization because he wanted to go a more
                    19  conservative route and have the Cardiolite stress
                    20  test done in January of 2000?
                    21         A.   Well, I was -- like I said, I was not
                    22  involved with his care in 2000, but he -- according
                    23  to the records, he was stable and him and, I
                    24  assume, Dr. Swami, Dr. Mikolajczyk felt that he
                    25  could be managed medically and I don't know what
                    page 182
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
 1    their specific, you know, conversation was.
 2         Q.   Am I right, Dr. Karavan, that a
 3    Cardiolite stress test is designed to see what
 4    areas of the heart are receiving less blood flow
 5    than other areas?
 6         A.   That's right.
 7         Q.   You're aware, sir, that if there is
 8    consistent similar blockage among the arteries in a
 9    person's body, a Cardiolite stress test might come
10    back and say there's just mild ischemia?
11         A.   Correct.
```

π objection: speculation, incomplete hypothetical, lacks foundation

[182:12] - [182:18]   Mark Karavan, M.D.

```
page 182
12         Q.   So if a patient has 80 percent blockage
13    in his LAD and 80 percent blockage in his RCA and
14    80 percent blockage in circumflex and 50 percent
15    blockage in his left main and a little bit more
16    blockage in his PDA, then the result that could
17    come back from that test is mild lateral ischemia,
18    correct?
```

π objection: speculation, incomplete hypothetical, lacks foundation

[182:20] - [183:13]   Mark Karavan, M.D.

```
page 182
20              THE WITNESS:  There -- I still go by
21    what I said -- I've said all along.  I feel he had
22    three-vessel diffuse plaquing prior to when I saw
23    him in 2002.  It takes years for it to develop so
24    the odds are he had diffuse coronary artery
25    plaquing in 2000 with his stress test, which can
page 183
 1    give you variable amounts of defects because of
 2    what we call balanced ischemia.
 3    BY MR. GOLDMAN:
 4         Q.   And when a patient has balanced
 5    ischemia or balanced plaque in their arteries, then
 6    a Cardiolite stress test might signal just mild
 7    ischemia?
 8         A.   That's correct.
 9         Q.   One of the known limitations of a
10    Cardiolite stress test is that balanced blockage of
11    all major coronary arteries can actually show
12    normal blood flow?
13         A.   That would be correct.
```

π objection: incomplete hypothetical, speculative, lacks foundation, improper expert opinion

[184:25] - [186:7]   Mark Karavan, M.D.

```
page 184
25         Q.   Am I right, Dr. Karavan, that EKG tests
page 185
 1    are not very good predictors of heart disease?
 2         A.   They're, I think -- the sensitivity and
 3    specificity -- specificity of EKG stress testing is
 4    in the 60 -- 60, 70 percent range so, therefore,
 5    can you miss blockage?  The answer is yes.
 6         Q.   If you have a long history of normal
 7    EKG tests and then you have a positive EKG test,
 8    that doesn't mean that the positive EKG test is
 9    wrong or is a false positive, right?
10         A.   If someone comes to me and they've had
11    a long history of totally normal stress test -- EKG
12    stress tests and then they have an abnormal EKG
13    stress test, I would consider that probably
14    significant.
15         Q.   The fact that Mr. Barnett had negative
16    EKG tests for a long time didn't mean that he
17    didn't have coronary artery disease during that
18    time, right?
```

π objection: improper expert opinion

π objection: speculation, incomplete hypothetical, improper expert opinion

Issues Report [Mark Karavan]

- Merck's Counter Designation

```
19          A.   I think that to -- in order for a
20   stress test -- or in order for coronary artery
21   disease to cause a physiologic problem, in other
22   words, the lack of blood flow to the heart muscle
23   in a certain area, generally the degree of stenosis
24   needs to be in the 75 to 80 percent range.  So if
25   someone came in with multiple 50 percent blockages
page 186
1    diffusely throughout the heart muscle, then you --
2    you're not going to see those on testing.
3          Q.   I just want to make clear that just
4    because you have a negative EKG test doesn't mean
5    that you don't have significant coronary artery
6    disease?
7          A.   That's correct.
```

[186:14] - [188:9]   Mark Karavan, M.D.

```
page 186
14               Am I right, Dr. Karavan, that EKG's are
15   not even recommended today as part of a routine
16   physical for men under 50?
17         A.   That's correct.
18         Q.   I'm going to identify a few cholesterol
19   readings for you that Mr. Barnett had over time and
20   ask you a question about those, okay?
21         A.   Um-hum.
22         Q.   In February of 1993, Mr. Barnett had an
23   LDL of 164.  What is an LDL?
24         A.   Low-density lipoprotein.
25         Q.   Is that a bad form of cholesterol to
page 187
1    have?
2          A.   The LDL is the -- what we call the
3    lousy cholesterol, the bad cholesterol in your
4    body.
5          Q.   And when you have bad cholesterol, that
6    can contribute to plaque formation, right?
7          A.   It's felt that LDL is one of the
8    most -- predictors of development of blockage,
9    bad -- high LDL.
10         Q.   Is an LDL of 164 considered high?
11         A.   Yes, sir.
12         Q.   In February of 1997, Mr. Barnett had an
13   HDL of 33.  What is HDL?
14         A.   High-density lipoprotein.
15         Q.   And that's a good cholesterol?
16         A.   It's usually felt to be a good
17   cholesterol.
18         Q.   It sort of offsets the bad cholesterol
19   that we have in our bodies?
20         A.   Usually.
21         Q.   Is a reading of 33 for HDL considered
22   to be low?
23         A.   In most labs, it -- probably on the
24   lower side at least.
25         Q.   In April of 1998, Mr. Barnett had an
page 188
1    LDL of 198 and a total cholesterol of 251.  Is that
2    considered high?
3          A.   In most people that would be considered
4    high.
5          Q.   On October 22nd, 1999, Mr. Barnett had
6    an LDL of 152 and a total cholesterol of 218.  Is
7    that considered above normal?
8          A.   For today's standard that would be
9    correct.
```

*Handwritten annotation:* Objection: 701-705 — improper expert opinion, lacks foundation, incomplete hypothetical

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

[188:11] - [190:20]     Mark Karavan, M.D.

```
page 188
 11           Did Mr. Barnett have bypass surgery the
 12   day after you did the cardiac catheterization?
 13      A.   As I recall, yes, because the cath was
 14   on the 9th and he was done on the 10th.
 15      Q.   Is the purpose of a bypass to fix any
 16   minor damage that might be done by the heart
 17   attack?
 18      A.   The hope -- if there's any damage from
 19   a heart attack, you're hopeful that bypass surgery
 20   will improve the function of the heart but not
 21   necessarily.
 22      Q.   Is the real purpose of a bypass to try
 23   to avoid a potentially fatal heart attack in the
 24   future?
 25      A.   You're always doing things to try to
page 189
  1   prevent heart attacks so -- but it's not a cure.
  2   It is a -- but when you have multivessel disease,
  3   it can prolong your life, yes, sir.
  4      Q.   By performing a bypass to try to get
  5   around plaque build-up in our arteries, is the goal
  6   to try to improve blood flow so that patients don't
  7   have heart attacks in the future?
  8      A.   That is one of the goals.
  9      Q.   If Mr. Barnett had presented to the
 10   hospital several months before his heart attack,
 11   sir, and you had done a cardiac catheterization and
 12   saw significant build-up of plaque as you saw in
 13   September of 2002, would you have recommended a
 14   bypass?
 15      A.   In all likelihood if his anatomy,
 16   pictures, the amount of blockage he had was
 17   commensurate with what we found then at that time,
 18   odds are the recommendation would have been an
 19   operation.
 20      Q.   In fact, the fact that Mr. Barnett had
 21   50 percent blockage in his left main artery alone,
 22   putting aside the blockage in his other arteries,
 23   isn't that enough to justify bypass surgery?
 24      A.   In general 50 percent or greater of
 25   left main disease will warrant bypass surgery.
page 190
  1      Q.   So if Mr. Barnett only had 50 percent
  2   blockage in his left main artery and no blockage in
  3   his LAD or RCA or circumflex, your recommendation
  4   would have been to have bypass surgery?
  5      A.   In all likelihood, yes.
  6      Q.   Why wouldn't you use a stent or some
  7   other tool to try to resolve severe blockage in a
  8   left main artery rather than going to the next
  9   step, which is a bypass?
 10      A.   In the recent era of stenting, there
 11   are institutions and places that are stenting left
 12   main disease so there are some places that would
 13   actually stent left main blockage.  It's an
 14   aggressive form of therapy with stenting but not
 15   unheard of these days.  So in this institution here
 16   in Myrtle Beach would be -- bypass surgery would be
 17   recommended routinely and this was a reason they
 18   couldn't be operated on --
 19      Q.   And bypass --
 20      A.   -- for left main disease.
```

*Handwritten annotation:* π objection: speculation, lacks foundation, 701-705 - improper expert testimony

[191:11] - [191:14]     Mark Karavan, M.D.

```
page 191
 11      Q.   So given the severe coronary artery
```

*Handwritten annotation:* π objection: speculation, lacks foundation, assumes facts not in evidence

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
        12   disease that Mr. Barnett had, you would recommend a
        13   bypass whether or not he had a heart attack?
        14        A.   In all likelihood, yes.
```

π objection: please see previous page

[191:23] - [193:9]    Mark Karavan, M.D.

```
page 191
 23        Q.   Isn't it also true, sir, that there are
 24   lots of people who have severe coronary artery
 25   disease and they have fatal heart attacks without
page 192
  1   even knowing they have coronary artery disease?
  2        A.   Up to 20 percent of the time, heart
  3   attacks can be silent, without symptoms.  In the
  4   first presentation, it can be sudden death.
  5        Q.   Haven't you seen many patients in your
  6   practice who've learned for the first time that
  7   they had significant coronary artery disease after
  8   they had a heart attack?
  9        A.   That is -- that is correct, a lot of --
 10   again, up to 20 percent of the time, heart attacks
 11   are silent, people don't even realize they have
 12   them.
 13        Q.   Is there also a high percentage of
 14   patients who unfortunately die and they don't even
 15   know they have coronary artery disease but they
 16   died of a heart attack?
 17        A.   Sudden death is a frequent first
 18   manifestation of heart disease or blockages.
 19        Q.   Given the extent of Mr. Barnett's
 20   plaque build-up in his arteries, am I right that if
 21   he didn't receive the bypass, it is very possible
 22   he would have gone on to have perhaps a fatal
 23   stroke or a fatal heart attack?
 24        A.   I don't think stroke had anything to do
 25   with his heart disease so I -- I don't see the
page 193
  1   connection with stroke.  He had pretty severe
  2   diffuse coronary artery disease and odds are he was
  3   going to have another heart attack.  I can't
  4   predict when that was going to happen.
  5        Q.   Mr. Barnett was fortunate in a way to
  6   have a mild heart attack so that you and the
  7   doctors could identify the severity of the coronary
  8   artery disease in his body and could bypass it,
  9   true?
```

π objection:
- improper expert testimony, not an expert witness
- incomplete hypotheticals
- speculation
- lacks foundation

π objection:
- 401, 402, 403 irrelevant
- calls for speculation

π objection:
- argumentative
- lacks foundation

[193:11] - [195:19]    Mark Karavan, M.D.

```
page 193
 11             THE WITNESS:  Any time somebody has
 12   severe blockage and may present with a small
 13   problem and it turns out they find out they have a
 14   big problem, it's beneficial.
 15   BY MR. GOLDMAN:
 16        Q.   Mr. Barnett didn't know the severity of
 17   his coronary artery disease until he had a mild
 18   heart attack and you then performed the
 19   catheterization, right?
 20        A.   I think his physicians knew he had
 21   blockage because -- based on the stress test
 22   before.
 23        Q.   In January of 2000?
 24        A.   Right.  And he had responded to medical
 25   therapy and not had symptoms until he presented
page 194
  1   basically.  He didn't have in the interim the
  2   symptoms to suggest a lot of bad blockage until he
  3   really presented with his heart attack in September
  4   of 2002.  So he was walking around with blockage
```

π objection:
- speculation
- lacks foundation

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
             5    for some time without bad symptoms.
             6         Q.   And by having a mild heart attack,
             7    while nobody wants to have a heart attack, that
             8    allowed you to perform a catheterization on
             9    Mr. Barnett which then identified the severity of
            10    his coronary artery disease and led to a bypass
            11    which helped save his life?
            12         A.   Mr. Barnett was fortunate in the fact
            13    that his first presentation wasn't sudden death and
            14    wasn't a large heart attack.  And again, there's no
            15    such thing as a good heart attack, but it
            16    fortunately was a small one and the extent of his
            17    disease was discovered at that time.
            18         Q.   And by discovering the extent of
            19    Mr. Barnett's disease, you were able to bypass the
            20    blockage and save his life, true?
            21         A.   His small heart attack unmasked the --
            22    the degree of his disease and it was found and he
            23    had a bypass and is doing fine.
            24         Q.   Did you continue to monitor Mr. Barnett
            25    after he had his heart attack through the present?
       page 195
             1         A.   Yes, sir.
             2         Q.   And each time Mr. Barnett came to see
             3    you, you tried to assess his heart function, right?
             4         A.   We had some assessment of that, not
             5    each time.
             6         Q.   But when Mr. Barnett would come to see
             7    you after he had a heart attack, you would try to
             8    determine if he was experiencing any angina or
             9    chest pain, right?
            10         A.   That's correct.
            11         Q.   Did Mr. Barnett go home four days after
            12    he had a bypass?
            13         A.   I believe that's correct.  We went
            14    through that earlier today.  That sounds -- day
            15    four sounds correct.  I think that would be correct
            16    because it was the 10th and he went home on the
            17    14th, okay?
            18         Q.   Let me hand you, sir, what we'll mark
            19    as Exhibit 26.
```

[195:24] - [197:1]      Mark Karavan, M.D.

```
       page 195
            24         Q.   This may have been marked already, I'm
            25    sorry.  It is the discharge summary for the
       page 196
             1    September 2002 hospital stay.  Do you see that?
             2         A.   Yes, sir.
             3         Q.   And you received a copy because you're
             4    cc'd on the second page?
             5         A.   Right, um-hum.
             6         Q.   The first paragraph of this says,
             7    discharge meds -- is it enteric or enteric?
             8         A.   Enteric aspirin.
             9         Q.   Enteric-coated aspirin, what type of
            10    aspirin is that?
            11         A.   Coated so it protects the stomach, full
            12    aspirin.
            13         Q.   By mouth once a day?
            14         A.   Correct.
            15         Q.   Why was it determined that Mr. Barnett
            16    should take aspirin on a daily basis after he had
            17    his heart attack?
            18         A.   It's been proven that anyone that's had
            19    a heart attack, anyone that's had bypass surgery
            20    benefits from taking aspirin in reduction of future
            21    cardiac events, heart attacks.
            22         Q.   Do you also put patients who are
```

π objection:
401, 402, 403 - irrelevant
as to other patients
improper expert
opinion

6/20/2006 3:10 PM                                                              40