Issues Report [Mark Karavan]

**• Merck's Counter Designation**

```
              23   diagnosed with ischemia and have a family history
              24   of coronary artery disease and high cholesterol on
              25   aspirin?
              page 197
              1         A.    In general, yes, um-hum.
```

*π objection: please see previous page*

[197:19] - [198:3]   Mark Karavan, M.D.

```
page 197
19         Q.    When a patient has -- if you had a
20   patient who had been diagnosed with ischemia, mild
21   lateral wall ischemia, and your patient had a
22   family history like Mr. Barnett's and he had high
23   cholesterol, would you prescribe baby aspirin?
24         A.    No question about it.
25         Q.    And by prescribing baby aspirin, your
page 198
1    hope would be that that might prevent a heart
2    attack?
3          A.    That's correct.
```

*π objection:
- speculation
- lacks foundation
- improper expert opinion*

[198:4] - [198:11]   Mark Karavan, M.D.

```
page 198
4          Q.    Do you see that in the discharge
5    summary, Dr. Karavan, there's a reference to Vioxx
6    25 milligrams --
7          A.    Yes, sir.
8          Q.    -- once daily by mouth?
9          A.    Um-hum.
10         Q.    Is that what that means, PO QD?
11         A.    Yes, sir.
```

[198:16] - [199:6]   Mark Karavan, M.D.

```
page 198
16               Were you aware in September 14th of
17   2002 that Mr. Barnett was going to continue to take
18   Vioxx?
19         A.    If not on that day, then shortly
20   thereafter.
21         Q.    If you thought that a medicine, any
22   medicine, had caused or contributed to
23   Mr. Barnett's heart attack, you wouldn't have left
24   him on it, true?
25         A.    That -- that would be correct.
page 199
1          Q.    You would not have prescribed or
2    allowed Mr. Barnett to stay on Vioxx in September
3    of 2002 if you thought that Vioxx contributed in
4    any way to his heart attack, right?
5          A.    I -- as a physician, I would not try to
6    promote anything that would cause him more harm.
```

[200:11] - [201:23]   Mark Karavan, M.D.

```
page 200
11         Q.    Did you have an understanding of why
12   Mr. Barnett was continuing to take Vioxx after
13   September of 2002?
14         A.    Yeah, I believe so.
15         Q.    What was your understanding?
16         A.    For the neck -- neck pain.  He had a
17   cervical injury and -- and neck pain mostly and
18   that sort of thing.
19         Q.    When you made the decision that it was
20   okay for Mr. Barnett to stay on Vioxx, was that
21   because you had some relationship with Merck?
22         A.    Not at all.
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
               23          Q.   Did you ever participate in any
               24  speaking programs for Merck?
               25          A.   Never have.
          page 201
               1           Q.   Have you ever had any lunches that you
               2   attended that Merck paid for?
               3           A.   Not that I'm aware of.
               4           Q.   Have you ever been compensated in any
               5   way by Merck in order to prescribe medication?
               6           A.   I think -- not that I know of, hum-um.
               7           Q.   Was your decision to allow Mr. Barnett
               8   to stay on Vioxx based on your medical judgment
               9   that that was the best pain medicine for him to
               10  take?
               11          A.   I felt that we had the antiplatelet
               12  therapy of aspirin and Plavix on board and I was
               13  not particularly alarmed about him taking Vioxx.
               14          Q.   Was your decision to allow Mr. Barnett
               15  to continue to take Vioxx the result of
               16  advertisements or commercials that you saw on
               17  television about Vioxx?
               18          A.   Not at all.
               19          Q.   Do you factor into your medical
               20  judgment when you're deciding what medicine to
               21  prescribe to your patients what pharmaceutical
               22  companies say about their products on television?
               23          A.   Not at all.
```

[201:24] - [203:12]       Mark Karavan, M.D.

```
          page 201
               24          Q.   Has Mr. Barnett ever in the several
               25  years that you've treated him come to you and said
          page 202
               1   that he saw a particular medicine on television and
               2   he wanted to be put on that medicine?
               3           A.   We've had a lot of conversations about
               4   different things.  He's very astute about
               5   modalities of treatment and always challenged my
               6   abilities with regards to that.  I can't recall --
               7   and we've had a lot of conversations.  I can't
               8   recall any conversation specifically about
               9   something on TV, but he certainly had a lot off the
               10  Internet.
               11          Q.   When you say that Mr. Barnett is very
               12  astute about modalities of treatment and always
               13  challenges your abilities, can you be more
               14  specific.
               15          A.   Well, he'd always come in with
               16  different and new therapies that were potentially
               17  helpful with regards to prevention, blockage and
               18  coronary artery atherosclerosis, including dietary
               19  medicines, alternative treatments and that sort of
               20  thing.
               21          Q.   Is Mr. Barnett the type of patient who
               22  you think relies on the medical judgment of doctors
               23  who are prescribing him medicine?
               24          A.   I think he does, but he's very -- he's
               25  independent and he'll -- I think he makes up his
          page 203
               1   own mind about things and researches things on his
               2   own.  He doesn't -- he doesn't just rely on his
               3   physician.  He takes matters of his health into his
               4   own hand, his ability to -- to research things
               5   and -- and see if there's anything else out there
               6   new, cutting edge that would help him.
               7           Q.   Does Mr. Barnett strike you as the type
               8   of person who would use a medication because he saw
               9   a commercial on television and that was it?
               10          A.   He researches all of his medications
```

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

```
                    11  and -- I believe thoroughly before he puts it in
                    12  his mouth.
```

[203:13] - [204:2]      Mark Karavan, M.D.

```
page 203
13          Q.   I won't put you through the trouble,
14  sir, of going through every visit that you had with
15  Mr. Barnett after September of 2002 and I don't
16  want to do that to the jury either, okay?
17          A.   Okay.
18          Q.   But I would like you to look at your
19  chart and if you need me to hand you documents, I'm
20  happy to do that.  Can you look in your chart for
21  visits on November 14th of 2002, February 28th of
22  2003, March 14th of 2003, May 13th of 2003 and
23  February 11th, 2004, basically every visit that
24  Mr. Barnett had with you, and can you tell me, sir,
25  whether or not he is experiencing or complaining
page 204
1   about symptoms of angina or ischemia in any of
2   those visits.
```

[204:23] - [206:3]      Mark Karavan, M.D.

```
page 204
23          Q.   On 11 -- November 14th of 2002,
24  Mr. Barnett was already exercising, right?
25          A.   Yes, going to rehab, exercise.
page 205
1           Q.   Did you describe his health as he's
2   doing well?
3           A.   I've felt ever since his bypass
4   surgery, he's done fine from a heart standpoint.
5           Q.   Is that true all the way through
6   December of 2005?
7           A.   That would be correct.
8           Q.   There's a diagnosis in the records
9   called hyperhomocysteinemia.  Do you know what that
10  is?
11          A.   Yes.
12          Q.   What is it?
13          A.   Basically it's felt that if you have
14  high homocysteine levels that you may be --
15  experience coronary artery disease, blockage,
16  plaque.
17          Q.   Is that condition a genetic condition,
18  do you know?
19          A.   I believe that would be a genetic
20  thing.
21          Q.   And that's something that you were born
22  with, you have all your life, even if it's not
23  diagnosed until later?
24          A.   Far as I recall, that's correct.
25          Q.   Is there an association, sir, between
page 206
1   elevated hyperhomocysteinemia and thrombotic
2   events?
3           A.   There should be, I would agree.
```

[206:23] - [207:18]     Mark Karavan, M.D.

```
page 206
23          Q.   Dr. Karavan, I've handed you what I've
24  marked as Exhibit 27, which is a Cardiolite stress
25  test result from July 18th, 2003.  Do you see that?
page 207
1           A.   Yes, sir.
2           Q.   And this is the same type of test that
3   Mr. Barnett had back in January of 2000?
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
4              A.   Correct.
5              Q.   Do you see under stress procedure, it
6     states:  The patient exercised 15 minutes zero
7     seconds into a Bruce protocol?  Let's stop there.
8              A.   Yes, sir.
9              Q.   Was that the same amount of minutes
10    that he was able to go back in January of 2000?
11             A.   I'm pretty sure it's 15.  I need to --
12    I need to double-check that on January 2 -- 15
13    minutes.  Same number, yes.
14             Q.   Do you agree that exercising for 15
15    minutes on a Bruce protocol when the treadmill
16    changes speed and changes difficulty is impressive
17    exercise tolerance?
18             A.   It's very good exercise tolerance.
```

[207:24] - [209:9]    Mark Karavan, M.D.

```
page 207
24             Q.   Do you see that on the rest of that
25    sentence, it says:  Completing three minutes and
page 208
1     zero seconds of Stage 5, 17.2 METs?  What are METs?
2              A.   Metabolic equivalents.  And it's a
3     measurement that has to deal with physiology and
4     blood flow and all this stuff.
5              Q.   Is it true that in assessing exercise
6     capacity or ability, the more appropriate
7     measurement is the METs level rather than even the
8     amount of time that the patient is spending on a
9     treadmill?
10             A.   The metabolic equivalents are
11    important.  The length of time, though, is going to
12    translate into that.  The longer you're on it and
13    the more incline, the more METs you achieve so
14    they're sort of, you know, together.  If you only
15    stay on there for three minutes, you're not going
16    to have any METs, okay?
17             Q.   And when we talk about metabolic
18    equivalents, or METs, is that another way of saying
19    how much oxygen it takes to achieve vigorous
20    exercise?
21             A.   Your ability -- correct, the ability of
22    your body to deliver the oxygen to the tissues.
23             Q.   Are you aware that the normal range for
24    a 59-year-old man in terms of METs is ten?
25             A.   I don't know the normal diagram, but
page 209
1     I'm sure it's less than 15 minutes or 17 minutes.
2              Q.   In fact, normal in terms of METs for a
3     25-year-old man is 12, is that about right?
4              A.   It's been a long time since I looked at
5     the normal METs diagram on a 20-year-old (sic), but
6     that sounds -- if you have the normo -- normogram,
7     I'll be glad to look at it, but that sounds pretty
8     close.  I think the bottom line is 15 minutes
9     because it's very good exercise tolerance.
```

[209:19] - [210:9]    Mark Karavan, M.D.

```
page 209
19             Dr. Karavan, I'm handing you what I've
20    marked as Exhibit 28.  This is a article titled,
21    comparison of ramp versus step protocols for
22    exercise testing in patients greater than or equal
23    to 60 years old.  And it is published in what
24    journal?
25             A.   This looks like the American Heart
page 210
1     Journal to me.  Yeah, American -- American Journal
```

*Handwritten annotation:* π objection: -701-705, improper expert testimony, not designated as an expert -lacks foundation

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
 2    of Cardiology.  American Journal -- American
 3    Journal of Cardiology.
 4         Q.   Is the American Journal of Cardiology a
 5    reputable journal?
 6         A.   It's a second-tier journal in
 7    cardiology but reputable.
 8         Q.   It's reputable.  Is it peer reviewed?
 9         A.   Yes, sir.
```

Objection:
- 701-705 improper expert testimony, not a retained expert
- lacks foundation (has not reviewed article previously)

[210:16] - [215:6]   Mark Karavan, M.D.

```
page 210
16         Q.   If you looked on the second page of
17    this article, Dr. Karavan, do you see Table 1
18    titled, pretest activity questionnaire?
19         A.   I do.
20         Q.   Do you see on the left part of the
21    table, there are various activities starting with
22    eating, dressing, working at a desk, showering and
23    then it goes down to light yardwork and walking
24    briskly, nine holes of golf, slowly jumping rope,
25    all the way to competitive activity?
page 211
 1         A.   Yes, I do.
 2         Q.   And on the right side of the table, do
 3    you see estimated MET from 1 to 13?
 4         A.   Yes, yes, yes.
 5         Q.   And do you interpret this, Dr. Karavan,
 6    to mean that if you're going to participate in an
 7    eating, dressing or you're just working at your
 8    desk activity, the amount of oxygen required or the
 9    METs that you would need is one to be able to
10    perform that?
11         A.   That would be correct.  That's correct.
12         Q.   And if you wanted to play nine holes of
13    golf carrying your own clubs and mowing the lawn
14    with a push mower, that would take six METs?
15         A.   I see that.
16         Q.   Do you see that further down, moving
17    heavy furniture, jogging slowly, carrying 20 pounds
18    upstairs is eight METs?  Yes, you see that?
19         A.   Yes, sir.
20         Q.   And then cross-country skiing,
21    full-court basketball is 11 METs, do you see that?
22         A.   Yes, I do.
23         Q.   Running briskly is 12 and competitive
24    activity is 13, do you see that, sir?
25         A.   Yes, sir.
page 212
 1         Q.   Are those numbers consistent with your
 2    understanding of the number of METs it takes to
 3    perform those tasks?
 4         A.   That would be correct.
 5         Q.   Based on Mr. Barnett's 17.2 METs that
 6    he achieved on July 18th of 2003, do you agree that
 7    he can perform any of the activities identified in
 8    Table 1?
 9         A.   Certainly based on metabolic
10    equivalents, yes, sir.
11         Q.   The energy level that he needs to,
12    let's say, carry a golf bag and play nine holes is
13    six and Mr. Barnett was able to achieve a 17.2 or
14    more than double that amount of METs?
15         A.   Correct.
16         Q.   And even in January of 2000,
17    Mr. Barnett achieved a 17.5 METs number, which is
18    not much different from what he achieved in July of
19    2003, right?
20         A.   That's correct.
21         Q.   He achieved 17.5 METs in July --
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
            22   withdrawn.
            23          Mr. Barnett achieved 17.5 METs on
            24   January 24th of 2000 and then 17.2 METs on July
            25   18th of 2003, which is basically unchanged,
       page 213
            1    correct?
            2         A.    That's correct.  That's correct.
            3         Q.    Mr. Barnett's heart attack didn't
            4    impact his ability to achieve the number of METs
            5    that he achieved in July of 2003, right?
            6         A.    There's no difference between the two.
            7         Q.    Based on Mr. Barnett's 17.2 METs score
            8    in July of 2003 and your observation of him through
            9    December of 2005, do you believe Mr. Barnett is
            10   capable of participating in the following
            11   activities:  Playing 18 holes of golf without a
            12   cart?
            13        A.    Yes, sir.
            14        Q.    Skiing?
            15        A.    Yes, sir.
            16        Q.    Basketball?
            17        A.    Yes, sir.
            18        Q.    A friendly game of football?
            19        A.    Yes, sir.
            20        Q.    Running?
            21        A.    Yes, sir.
            22        Q.    Dancing?
            23        A.    Yes, sir.
            24        Q.    Yardwork?
            25        A.    Yes, sir.
       page 214
            1         Q.    Scuba diving?
            2         A.    As long as he knows how.
            3         Q.    Have you ever told Mr. Barnett that
            4    because of his heart, he shouldn't go scuba diving?
            5         A.    No, sir.
            6         Q.    Based on Mr. Barnett's METs score in
            7    July of 2003 and your observation of him through
            8    December of 2005, do you believe that his heart
            9    will allow him to use a bicycle or a stepper at a
            10   gym, stepping machine?
            11        A.    That would be -- yes, sir.
            12        Q.    Is there any activity, sir, based on
            13   your observation of Mr. Barnett and his 17.2 METs
            14   score in July of 2003 that you think he cannot do
            15   because of his heart?
            16        A.    I feel that anybody that has heart
            17   disease still needs to use common sense no matter
            18   what kind of shape they're in.  If it's August,
            19   July in Myrtle Beach and it's a 105 degrees
            20   outside, I don't think he ought to be trying to do
            21   17 METs in the sun and the same in the cold so --
            22   because I think that extreme stress is -- can
            23   precipitate events no matter what kind of shape
            24   you're in, okay?  So anything within reason I would
            25   have -- have no problem with him doing, including
       page 215
            1    vigorous exercise, using common sense, along those
            2    lines.
            3         Q.    Have you ever told Mr. Barnett that he
            4    could not participate in any of the activities that
            5    I mentioned a few minutes ago?
            6         A.    Not that I can recall.
```

[215:7] - [216:3]    Mark Karavan, M.D.

```
       page 215
            7         Q.    Let's quickly turn to the last visit or
            8    most recent visit you've had with Mr. Barnett, that
            9    was on December 20th of 2005.  Tell me when you're
```

Issues Report [Mark Karavan]

• Merck's Counter Designation

```
10   there, sir.
11       A.    Got it.
12       Q.    This is the last time that you saw
13   Mr. Barnett before today's deposition?
14       A.    That's correct.
15       Q.    Can you read the first sentence under
16   history.
17       A.    First sentence under history?
18       Q.    Yes.
19       A.    Since last seen --
20       Q.    Yes.
21       A.    -- Mr. Barnett states he is doing well.
22       Q.    And you continue to say, he has no
23   chest discomfort?
24       A.    He -- I can read it all.  He has not
25   been as aggressive with his exercise as he used to,
page 216
1    but nonetheless, he's had no exertional chest,
2    neck, arm or jaw discomfort and no dyspnea on
3    exertion, PMB or orthopnea, no palpitations.
```

[216:8] - [217:4]      Mark Karavan, M.D.

```
page 216
8        Q.    Did Mr. Barnett have any symptoms of
9    chest pain or angina on December 20th of 2005?
10       A.    No, sir.
11       Q.    During the two years that Mr. Barnett
12   used Vioxx after his heart attack, did you feel
13   that he was experiencing any angina or
14   heart-related trouble?
15       A.    No, sir.
16       Q.    Under assessment and plan, you say:
17   Currently asymptomatic with a good exercise
18   tolerance.
19             Is that another way of saying that
20   Mr. Barnett has an energy level that's even above
21   what you would expect for a man his age?
22       A.    It just means that he does a lot of
23   physical activity and tolerates it well.
24       Q.    Do you feel that Mr. Barnett has as
25   much energy as you would expect or more than a man
page 217
1    his age?
2        A.    I feel Mr. Barnett exercises -- used
3    to, I assume he still does, vigorously and has a
4    good exercise tolerance.
```

[217:5] - [217:16]     Mark Karavan, M.D.

```
page 217
5        Q.    If you'd turn to the second page of
6    this, please, Mr. Robinson asked you to read this
7    statement:  I have recommended to Mr. Barnett that
8    he take the least amount of nonsteroidal
9    antiinflammatories as he can to avoid any potential
10   thrombotic effect.
11             You see that?
12       A.    Yes, sir.
13       Q.    And here you're referring to any
14   nonsteroidal antiinflammatories, Motrin, ibuprofen,
15   Feldene, Mobic?
16       A.    Correct.  Any of them.  Any of them.
```

[217:19] - [218:6]     Mark Karavan, M.D.

```
page 217
19             You state here that he should take the
20   least amount of nonsteroidal antiinflammatories to
21   avoid any potential thrombotic effect and you say
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
                    22   potential because that's very much an unknown,
                    23   correct?
                    24       A.   I feel that questions have been raised
                    25   and I don't feel anyone knows the exact answer to
                    page 218
                    1    those questions.
                    2        Q.   Do you know that Mr. Barnett is taking
                    3    Mobic --
                    4        A.   I knew he --
                    5        Q.   -- every day?
                    6        A.   Yes, I'm aware he takes Mobic.
```

[218:7] - [218:8]        Mark Karavan, M.D.

```
                    page 218
                    7        Q.   Let me hand to you what I'll mark as
                    8    Exhibit 29.
```

π Objection:
- lacks foundation
- speculation
- Dr. testifies below @ 220:4-5 that he has never read the label

[218:12] - [219:7]       Mark Karavan, M.D.

```
                    page 218
                    12       Q.   This is a package -- sorry.  This is a
                    13   package insert for Mobic.  And that's a traditional
                    14   or nonselective antiinflammatory --
                    15       A.   Okay.
                    16       Q.   -- right?
                    17       A.   Um-hum.
                    18       Q.   And it has a black box warning that
                    19   says:  Cardiovascular risk, NSAIDs may cause an
                    20   increased risk of serious cardiovascular thrombotic
                    21   events, myocardial infarction and stroke which can
                    22   be fatal.  This risk may increase with duration of
                    23   use.  Patients with cardiovascular disease or risk
                    24   factors for cardiovascular disease may be at
                    25   greater risk.
                    page 219
                    1             Do you see that?
                    2        A.   Yes, sir.
                    3        Q.   And then if you go to the warnings
                    4    section, which is several pages in, do you see that
                    5    it says under cardiovascular thrombotic events:
                    6    Clinical trials of several COX-2 selective and
                    7    nonselective NSAIDs --
```

[219:12] - [222:24]      Mark Karavan, M.D.

π Objection:
- lacks foundation
- speculation

```
                    page 219
                    12       Q.   Do you see that under warnings,
                    13   cardiovascular thrombotic events, the Mobic label
                    14   says:  Clinical trials of several COX-2 selective
                    15   and nonselective NSAIDs of up to three years
                    16   duration have shown an increased risk of serious
                    17   cardiovascular thrombotic events, myocardial
                    18   infarction and stroke which can be fatal?
                    19       A.   Um-hum.
                    20       Q.   Do you see that?
                    21       A.   Um-hum.
                    22       Q.   And you also see it says:  All NSAIDs,
                    23   both COX-2 selective and nonselective, may have a
                    24   similar risk, right?
                    25       A.   Um-hum.
                    page 220
                    1        Q.   Is this the reason why you've advised
                    2    Mr. Barnett to take the least amount of
                    3    nonsteroidals that he can?
                    4        A.   Along those lines.  I've never read
                    5    this particular one, but yes.
                    6        Q.   And you're aware that Mr. Barnett is
                    7    taking Mobic once a day even though there is a
                    8    black box warning about potential thrombotic
```

π Objection:
- lacks foundation
- speculation

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
 9     events?
10          A.   That would be correct.
11          Q.   Do you know why?
12          A.   Well, I think you go through life in
13     treating people and their conditions and there's a
14     risk with everything you do in life.  The -- I
15     don't think anyone knows the exact risk -- risk of
16     these antiinflammatories and what they can do.  As
17     I said earlier, Motrin's been around obviously a
18     long time.  It was found, I know, in early studies
19     to be at least thrombotic effect in -- in vitro.
20     At least that's what they taught us in medical
21     school.  And so you have to make decisions, you
22     know, based on your quality of life and what you
23     want to do and -- and some drugs can help you and,
24     you know, there's no one magic drug that doesn't
25     have some side effects somewhere.  And I feel that
page 221
 1     he needs it to improve his quality of life and he's
 2     an educated-enough person and can make his
 3     decisions along with his physician.
 4               And like I said earlier, we use -- he's
 5     on aspirin, he's on Plavix and he's on two strong
 6     antiplatelet drugs that will help decrease the risk
 7     of thrombotic events, particularly Plavix blocking
 8     platelet receptor.  And I think that in him, it's
 9     acceptable risk, you know, as long as the patient
10     understands that -- the potential side effects and
11     he's -- it's not taken off the market.  I mean, the
12     FDA has it on the market with these things and with
13     these understandings and the patient knows that
14     and -- and is agreeable to accept that risk to --
15     to have a quality of life that he wants.  And we
16     try to minimize the risk by adding these other
17     drugs, antiplatelet drugs, to it and that's it.
18          Q.   Have -- have you had patients, sir, who
19     are willing to take small risks of even a serious
20     potential side effect because of the benefits of
21     medicine they take?
22          A.   Yeah, to improve quality of life,
23     patients will take certain risks to do that.
24          Q.   You mentioned before when Mr. Robinson
25     was asking you questions that Mr. Barnett might be
page 222
 1     at risk of another heart attack in the future.  Do
 2     you remember?
 3          A.   Yeah, um-hum, sure, yes.
 4          Q.   Is the reason that Mr. Barnett is at
 5     risk of another heart attack in the future because
 6     he has a history of significant coronary artery
 7     disease?
 8          A.   That would be the main reason, correct.
 9          Q.   And hopefully this won't happen to
10     Mr. Barnett and hopefully all the things that he's
11     doing to try to prevent that from happening will
12     prevent a heart attack, but do you agree, sir, that
13     even with the best efforts that some people take to
14     watch their weight and control their cholesterol
15     and watch their lifestyle that sometimes Mother
16     Nature has a way of working so that the coronary
17     artery disease increases nonetheless and a heart
18     attack might happen?
19          A.   It's -- it's well known coronary artery
20     disease is a chronic disease process.  We have no
21     magic bullet to cure the disease process and it can
22     progress over time.  And obviously anyone that has
23     a history of severe atherosclerosis has a risk in
24     the future.
```

*Handwritten annotations:*

π objection:
- lacks foundation
- speculation

π objection:
- irrelevant as to his other patients
- improper expert opinion

Issues Report [Mark Karavan]

- **Merck's Counter Designation**

[223:11] - [224:17]   Mark Karavan, M.D.

```
page 223
11         Q.   Dr. Karavan, when you said that
12   Mr. Barnett might be at risk of another heart
13   attack in the future, that's not because of Vioxx,
14   is it?
15         A.   Not in my mind, no, sir.
16         Q.   To summarize your testimony at least in
17   response to my questions, can you tell me whether
18   these statements are true, okay?
19         A.   Yes.
20         Q.   Mr. Barnett suffered a mild heart
21   attack with slightly-elevated cardiac enzymes?
22         A.   Correct.
23         Q.   He had a heart attack due to severe
24   long-standing coronary artery disease?
25         A.   Can I qualify it?
page 224
1          Q.   Sure.
2          A.   Diffuse severe coronary artery disease
3    with acute thrombosis.
4          Q.   And an acute thrombosis is a natural
5    part of any atherosclerotic event?
6          A.   That's correct.
7          Q.   Mr. Barnett's coronary artery disease
8    and the severity of it went undiagnosed until he
9    had a catheterization in September of 2002?
10         A.   The -- he was diagnosed as having
11   coronary artery disease earlier.  The -- the total
12   extent wasn't truly known until 2002.
13         Q.   If Mr. Barnett did not have a heart
14   attack, sir, but you knew the extent of his
15   coronary artery disease, say, through a heart scan,
16   you would have recommended a bypass?
17         A.   The qualification on that is --
```

π objection:
- speculation
- lacks foundation
- 701-705 -- not desig. as an expert

[224:19] - [225:8]   Mark Karavan, M.D.

```
page 224
19              THE WITNESS:  -- medical -- multivessel
20   disease sometimes is treated medically, with
21   medicines.  The left main blockage was such that it
22   was at least borderline to -- to where you might --
23   well, you might recommend medical therapy.
24   Three-vessel disease, asymptomatic, 15 minutes on a
25   treadmill, okay --
page 225
1    BY MR. GOLDMAN:
2          Q.   Um-hum.
3          A.   -- might be managed medically, okay?
4    The left main lesion is a borderline, in other
5    words, 50 to 60, 70 percent in there, you're going
6    to definitely recommend an operation, okay?  And
7    his left main probably would have kicked him over
8    into the bypass surgery recommendation.
```

[225:18] - [225:23]   Mark Karavan, M.D.

```
page 225
18         Q.   If Mr. Barnett had presented with chest
19   pain as he did in September of 2002 and you knew
20   the extent of his coronary artery disease, say,
21   through a heart scan, you would have recommended a
22   bypass, true?
23         A.   In all likelihood.
```

π objection: speculation