## Issues Report [Mark Karavan]

• **Merck's Counter Designation**

[225:24] - [225:25]   Mark Karavan, M.D.

```
page 225
24        Q.   Mr. Barnett got the bypass that he
25   really needed and it was successful, do you agree?
```

[226:3] - [226:5]   Mark Karavan, M.D.

```
page 226
3              THE WITNESS:  We -- I recommended what
4    he felt -- what I felt he needed and he's done
5    fine.
```

[226:6] - [226:7]   Mark Karavan, M.D.

```
page 226
6              MR. GOLDMAN:  Those are all the
7    questions I have.  Thank you, Doctor.
```

[229:3] - [229:24]   Mark Karavan, M.D.

```
page 229
3              Did Mr. -- Mr. Goldman read you some
4    cholesterol levels for Mr. Barnett preceding his
5    heart attack.  Do you remember that?
6        A.   Um-hum.
7        Q.   And he asked you -- he showed you one
8    in 1993, he showed you another one in 1998 and
9    another one in 1999.  Do you remember that?
10       A.   I remember that.
11       Q.   Okay.  If it should turn out that
12   Mr. Barnett's cholesterol level went from 251 as
13   Mr. Goldman said in October of '99 but that
14   Mr. Barnett was put on Lipitor by Dr. Mikolajczyk
15   the spring, early summer of 2000 after that
16   Cardiolite event --
17       A.   Right, right.
18       Q.   -- and his cholesterol levels dropped
19   to a consistent pattern of 161 in -- on July 18th
20   of 2000 and 160 on June 27th, 2001 and 166 on
21   February 7th, 2002 and a month before his heart
22   attack in August of '02 was 166, would you say that
23   was a fairly significant drop from the 250 to the
24   160 range?
```

[230:1] - [230:8]   Mark Karavan, M.D.

```
page 230
1              THE WITNESS:  Lowering your cholesterol
2    from 250 to 160 is a good improvement.
3    BY MR. ROBINSON:
4        Q.   And so at least through diet, exercise
5    and the Lipitor, if these numbers I just gave you
6    are true, then what does that mean in terms of
7    Mr. Barnett's cholesterol health before the heart
8    attack?
```

*π objection*
*- improper expert*
*opinion, not designated*
*as an expert*

[230:10] - [230:19]   Mark Karavan, M.D.

```
page 230
10             THE WITNESS:  It means -- well, I mean,
11   it means we hadn't got it figured out yet, you
12   know.  In other words, lowering the cholesterol
13   helped some, it's not a Drano pill, but there's
14   more to atherosclerosis than -- than cholesterol
15   and also it means that it's a long -- you know,
16   long-term occurring thing.  In other words,
17   blockages don't occur overnight and once they form,
18   we don't have a Drano pill to get rid of them.
19   Drano doesn't exist.
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

[232:2] - [232:4]   Mark Karavan, M.D.

```
page 232
 2       Q.    Okay.  So -- so my -- my -- my point is
 3  that would be another factor that you'd like to
 4  consider, correct --
```

[232:7] - [232:12]   Mark Karavan, M.D.

```
page 232
 7       Q.    -- in this -- trying to figure out what
 8  happened with Mr. Barnett when he had his -- his
 9  cholesterol drop from 250 to the 160 range while
10  taking Vioxx for 32 months and still had this
11  massive or 80 percent --
12       A.    I think the argument is that --
```

π objection:
- speculation
- improper expert testimony, not a designated expert

[232:14] - [232:22]   Mark Karavan, M.D.

```
page 232
14            THE WITNESS:  -- atherosclerosis is a
15  process that had been going on for a while.  It
16  didn't happen over a period of a year nor years.
17  And when you have established atherosclerosis,
18  statin drugs don't -- they're are not a Drano pill,
19  okay?  You can get some regression, maybe.  Maybe
20  you can get it to subside or help the progression a
21  little bit, but they're not Drano and
22  atherosclerosis can occur.
```

[236:12] - [236:16]   Mark Karavan, M.D.

```
page 236
12            According to accepted standards for
13  intervention cardiology that -- that if you have a
14  mild lateral ischemia on a Cardiolite exam, all
15  that really says is that you have at least one
16  vessel that is blocked to 7 -- 70 percent?
```

π objection:
- improper expert testimony, not a retained expert

[236:19] - [237:4]   Mark Karavan, M.D.

```
page 236
19       Q.    Go ahead.
20       A.    Not really --
21       Q.    Okay.
22       A.    -- okay?  When you have a Cardiolite
23  nuclear scan, it tries to pick up a gradient of --
24  gradient of flow, okay, and it -- one of the
25  problems you have is if you have diffuse blockage,
page 237
 1  there's not a lot of gradient.  Everything is down
 2  so nothing looks different than the other to speak
 3  of, okay?  So it's well known that you can miss or
 4  not detect multivessel disease with that.
```

π objection:
- vague
- speculative
- incomplete hypothetical

[238:17] - [239:1]   Mark Karavan, M.D.

```
page 238
17  Is there any -- is there any such thing as a good
18  heart attack?
19       A.    I think -- I don't think there's any --
20  no such thing as a good heart attack.  If you have
21  an event that's a minor event, in other words, it
22  doesn't harm you and it -- and it enables you to
23  detect the whole -- not just the tip of the iceberg
24  but all the disease process, then someone may
25  benefit long term because it was found in time
page 239
 1  before they had a bad event, okay?
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

[239:17] - [240:2]        Mark Karavan, M.D.

```
page 239
17        Q.   Okay.  Okay.  In spite of the study
18   that --
19        A.   Um-hum.
20        Q.   -- that counsel showed you about some
21   energy levels, vis-a-vis the stress test that you
22   put him on, if -- if his wife and brother and even
23   Mr. Barnett feels that he's had a drop in energy
24   levels over the last couple of years or even three
25   or four years, that -- that that would not mean
page 240
1    that -- that what Mr. Barnett is feeling and what
2    his wife and brother are seeing is not accurate?
```

[240:4] - [240:8]        Mark Karavan, M.D.

```
page 240
4              THE WITNESS:  I don't recall being
5    aware of any change in his exercise tolerance or
6    those kind of problems.  The last objective data,
7    i.e., the stress test, suggests good performance,
8    but I will certainly be glad to see him any time.
```

[240:10] - [240:14]      Mark Karavan, M.D.

```
page 240
10        Q.   Okay.  I guess what I'm saying, is
11   there people that can exercise when you tell them
12   to exercise, but -- but after a heart attack and
13   even a cap surgery that they might have some loss
14   of energy?
```

[240:17] - [241:1]       Mark Karavan, M.D.

```
page 240
17        Q.   Is that true?
18        A.   Poor -- poor -- poor energy is a very
19   nonspecific complaint.  There's not a day that some
20   of them go by in my office or any doctor's office
21   that didn't say they're tired and their energy
22   level's down and it's one of the hardest things to
23   put your finger on.  Usually you correlate it with
24   some objective finding, okay?  If you don't have
25   that, then maybe it's some subjective finding or
page 241
1    subjective --
```

[242:20] - [243:25]      Mark Karavan, M.D.

```
page 242
20        Q.   I have two follow-up areas,
21   Dr. Karavan.  The first is Mr. Robinson asked you
22   whether you would want to know about a drug that
23   promoted atherosclerosis.  Do you remember him
24   asking you that?
25        A.   Yes, I do.
page 243
1         Q.   Of course you said yes, if you
2    prescribed the drug, you'd want to know that,
3    right?
4         A.   Certainly.  Anyone would.
5         Q.   Did Mr. Robinson show you any study
6    showing that Vioxx promotes atherosclerosis?
7         A.   No, sir.
8         Q.   In the 20 years that you've been
9    practicing cardiology, have you seen a single
10   peer-reviewed published article saying that Vioxx
11   or COX-2 inhibitors promote atherosclerosis?
```

π objection: irrelevant

π objection:
- irrelevant
- not a retained expert

Issues Report [Mark Karavan]

• **Merck's Counter Designation**

```
12        A.    No, sir.
13        Q.    Are you aware of any study anywhere
14   showing that Vioxx or other COX-2 inhibitors can
15   accelerate atherosclerosis?
16        A.    I'm not aware of any.
17        Q.    Mr. Robinson also asked you about
18   whether Mr. Barnett might not be exercising because
19   of psychological reasons. Do you remember that?
20        A.    Right, um-hum.
21        Q.    Have you ever indicated in any of your
22   medical records that you think Mr. Barnett
23   psychologically is unable to exercise or do other
24   things to live his life?
25        A.    Not that I'm aware of.
```

π objection: see previous page

[244:5] - [244:7]       Mark Karavan, M.D.

```
page 244
5         Q.    Let me hand you, sir, what I've
6    marked -- excuse me. Let me hand you, sir, what
7    I've marked as Exhibit 30 and this is the visit --
```

[244:13] - [245:9]       Mark Karavan, M.D.

```
page 244
13        Q.    This is a visit from May 17th of 2005,
14   which was your last visit with Mr. Barnett before
15   he came to you on December 20th of 2005, okay?
16        A.    Okay.
17        Q.    And here you wrote under history:
18   Since I last saw Mr. Barnett, he states he has not
19   been modifying his risk factors as well as he used
20   to. His weight is up a little bit and he has not
21   been exercising much, but he is ready to change
22   that. Nonetheless, he has felt fine from a chest
23   standpoint.
24              Do you see that?
25        A.    Right.
page 245
1         Q.    Was it your impression, Dr. Karavan,
2    that when Mr. Barnett said he wasn't exercising,
3    that was just because he had become lax
4    periodically in taking care of himself as opposed
5    to not exercising because his heart is preventing
6    him from exercising?
7         A.    I knew of no reason that he couldn't
8    exercise from a heart standpoint and it would be
9    more of just his motivation.
```

[245:17] - [245:20]       Mark Karavan, M.D.

```
page 245
17              He asked you about medications or drugs
18   promoting atherosclerosis. Are you aware that
19   tobacco has been said to promote atherosclerotic
20   disease?
```

π objection: improper expert opinion

[245:23] - [246:6]       Mark Karavan, M.D.

```
page 245
23        Q.    Go ahead.
24        A.    I advise all my patients not to smoke
25   because of the association of smoking and heart
page 246
1    disease.
2         Q.    And -- and actually, the understanding
3    is that even secondhand smoke may promote plaque
4    build-up and atherosclerotic disease, is that true?
5         A.    Secondhand smoke if there's enough can
```

Issues Report [Mark Karavan]

• **Merck's Counter Designation**
    6    probably contribute to atherosclerosis.    ] π objection, please see previous page

[246:18] - [246:20]    Mark Karavan, M.D.
    page 246
    18                    MR. GOLDMAN:  It's 1997.
    19                    MR. ROBINSON:  Okay.  Maybe it's been
    20    around for awhile.

] π objection lawyer sidebar

Issues Report [Mark Karavan]

• **Merck's Conditional Designations**

| | |
|---|---|
| [88:9] - [88:13] | Mark Karavan, M.D. |

```
page 88
 9         Q.   Were you aware before sitting here
10    today that Vioxx at least may have ability to
11    destabilize the cap of these plaques by
12    inflammatory cells making them, quote, rupture
13    prone, end quote?
```

| | |
|---|---|
| [88:18] - [88:23] | Mark Karavan, M.D. |

```
page 88
18         A.   Basically my -- you know, again, I sort
19    of revert back to what I stated a couple minutes
20    ago in that I think, you know, the concern is that
21    there's a prothrombotic effect in -- with these
22    drugs and I'm not -- I'm not aware of any
23    destabilization of the cap.
```

| | |
|---|---|
| [93:16] - [94:3] | Mark Karavan, M.D. |

```
page 93
16              MR. GOLDMAN:  Mr. Robinson, can you
17    also have the witness for completeness read the
18    first sentence, too.
19    BY MR. ROBINSON:
20         Q.   Yeah, read -- can you read the first
21    sentence, please.
22         A.   The first sentence of this paragraph
23    reads:  Recent evidence indicates that inflammatory
24    cells are present in the region of the thinned-out
25    cap that covers atheromatous plaques and it is
page 94
 1    thought that these inflammatory cells contribute to
 2    thinning the plaque at its margin that is the
 3    frequent site of plaque rupture.
```

| | |
|---|---|
| [112:2] - [112:14] | Mark Karavan, M.D. |

```
page 112
 2         Q.   Mr. Robinson used a Merck internal
 3    document that was generated by the board of
 4    scientific advisors, do you remember that?
 5         A.   Yes, sir.
 6         Q.   Has anybody shown you any additional
 7    documents relating to the topics that were
 8    discussed in that document?
 9         A.   No, sir.
10         Q.   Did Mr. Robinson give you any time to
11    review the entire document that -- that he showed
12    you or did you just see the portions he wanted you
13    to see?
14         A.   I just saw it for the first time.
```

| | |
|---|---|
| [161:1] - [163:23] | Mark Karavan, M.D. |

```
page 161
 1         Q.   Mr. Robinson showed you the minutes of
 2    the board of scientific advisors meeting.  Can we
 3    go to that for a minute?
 4         A.   Yes, sir.
 5         Q.   You had never seen this document before
 6    Mr. Robinson showed it to you, true?
 7         A.   That's correct.
 8         Q.   And he pointed to certain sentences and
 9    asked you whether you were aware of that while you
10    were practicing medicine?
11         A.   Right.
```

Issues Report [Mark Karavan]

- **Merck's Conditional Designations**

```
            12          Q.    I want to focus a little bit closer on
            13    the words that are used that Mr. Robinson asked you
            14    about, okay?
            15          A.    Okay.
            16          Q.    Do you see on the page that ends 11 and
            17    it's in the section cardiovascular pathophysiology?
            18          A.    Yes, sir.
            19          Q.    In laymen's terms, what does that mean,
            20    cardiovascular pathophysiology?
            21          A.    That's dealing with the heart,
            22    cardiovascular, and the patho being abnormal
            23    physiology of the heart.  And in this instance,
            24    we're referring to blood vessels and -- and
            25    abnormalities of the blood vessels that feed blood
            page 162
            1     to the heart.
            2           Q.    In the first sentence, this document
            3     says -- in the first sentence, Dr. Karavan, the
            4     document says:  The board addressed the potential
            5     for either benefits or adverse consequences of
            6     selective inhibition of COX-2 on coronary artery
            7     heart disease.
            8                 Do you see that?
            9           A.    Yes.
            10          Q.    First of all, do you know what the
            11    board is?
            12          A.    I'm assuming it's the -- the advisors
            13    board on the -- on COX -- on the COX drug Vioxx
            14    basically.
            15          Q.    Do you understand that the scientific
            16    advisors and the board were scientists who were
            17    advising Merck?
            18          A.    Right, okay.
            19          Q.    Okay?
            20          A.    Um-hum.
            21          Q.    So the first sentence refers to either
            22    benefits or adverse consequences, right?
            23          A.    Correct.
            24          Q.    Did Mr. Robinson ask you about the
            25    benefits of COX-2 inhibition on coronary heart
            page 163
            1     disease?
            2           A.    I think he asked me specifically about
            3     the three points that were there.
            4           Q.    And he was trying to suggest in your
            5     first read of the document was that these three
            6     items were all potential adverse consequences of
            7     COX-2 inhibitors, right?
            8           A.    That would be correct.
            9           Q.    The paragraph continues:  The possible
            10    effects of COX-2 inhibition on three separate
            11    components of the process leading to coronary
            12    ischemic events were considered.
            13          A.    Right.
            14          Q.    These are the development of lipid-rich
            15    coronary plaques --
            16          A.    Right.
            17          Q.    -- right?  Two, the destabilization of
            18    the plaque -- I'm sorry, start over.
            19                Two, the destabilization of the cap of
            20    these plaques by inflammatory cells making them
            21    rupture prone.
            22                You see that, sir?
            23          A.    Yes, sir.
```

[164:17] - [165:8]       Mark Karavan, M.D.

```
            page 164
            17          Q.    Well, do you understand that there's a
            18    difference between asking the question of whether
```

Issues Report [Mark Karavan]

• Merck's Conditional Designations

```
                        19   COX-2 enzymes can lead to inflammation and make
                        20   plaques more rupture prone --
                        21       A.   Okay.
                        22       Q.   That's one way of interpreting it.  The
                        23   other way is to say whether COX-2 inhibition or a
                        24   reduction of the COX-2 enzymes can lead to plaque
                        25   rupture.  Those are two different things, right?
                        page 165
                        1        A.   Okay.
                        2        Q.   So if you turn to the next page where
                        3    they're actually discussing that --
                        4        A.   Okay.
                        5        Q.   -- particular issue --
                        6        A.   Right.
                        7        Q.   -- destabilization of the cap of an --
                        8    can you pronounce that for us?
```

[165:11] - [165:24]      Mark Karavan, M.D.

```
                        page 165
                        11       A.   Atheromatous plaque, um-hum.
                        12       Q.   And if you read along with me, it says,
                        13   recent evidence indicates that inflammatory cells
                        14   are present in the region of the thinned-out cap
                        15   that covers atheromatous -- how do you pronounce
                        16   that?
                        17       A.   Atheromatous.
                        18       Q.   -- plaques and it is thought that these
                        19   inflammatory cells contribute to thinning the
                        20   plaque at its margin that is the frequent site of
                        21   plaque rupture.
                        22       A.   Okay.
                        23       Q.   Do you see that?
                        24       A.   Yes.
```

[166:9] - [167:5]        Mark Karavan, M.D.

```
                        page 166
                        9        Q.   Okay.  Fair enough.  Let's read along
                        10   in the next sentence.  As the critical cells in
                        11   this process are inflammatory cells, the
                        12   possibility exists that the products of COX-2 could
                        13   regulate thinning the cap of plaques and render
                        14   them rupture prone.
                        15       A.   Okay, so they're saying that the COX-2
                        16   could initiate these inflammatory cells in this
                        17   subsequent process.
                        18       Q.   True, right.
                        19       A.   All right.
                        20       Q.   So on closer review, do you see that
                        21   what this is saying is that COX-2, the enzyme, can
                        22   cause plaque rupture and, thus, the theory was that
                        23   COX-2 inhibition, which you get from Vioxx, could
                        24   actually be beneficial?
                        25       A.   You -- you asked me whether there was
                        page 167
                        1    some discussion whether the inhibition could be a
                        2    beneficial thing?
                        3        Q.   Correct.
                        4        A.   I know there has been some talk or some
                        5    theory that that's -- that's possible.
```

[168:17] - [170:4]       Mark Karavan, M.D.

```
                        page 168
                        17       Q.   Go ahead.  Do you understand my
                        18   question, Dr. Karavan?
                        19       A.   Guide me down there one more time.
                        20   You're saying that if the --
                        21       Q.   Do you understand that what this is
```

• **Merck's Conditional Designations**

```
              22   talking about is that COX-2 inhibition can actually
              23   reduce inflammation and reduce the likelihood that
              24   plaques would become rupture prone, actually be
              25   beneficial to the heart?  Do you see that?
         page 169
              1         A.   I've -- I've read that before, but I'm
              2    not seeing it right here.
              3         Q.   Well, when it says in the last
              4    sentence, as the critical cells in this process are
              5    inflammatory cells, what cells are we talking about
              6    there?
              7         A.   Macrophages and that sort of thing.
              8         Q.   The possibility exists that the
              9    products of COX-2, that's not Vioxx, that's a COX-2
              10   enzyme.
              11        A.   Okay, talking about the COX-2, okay.
              12        Q.   Right?
              13        A.   Yeah.
              14        Q.   Could regulate thinning --
              15        A.   Okay.
              16        Q.   -- the cap of plaques and render them
              17   rupture prone.
              18             Do you see that?
              19        A.   Okay, I see, yes.
              20        Q.   So having looked at this a little
              21   closer, what do you think that sentence means?
              22        A.   Well, it's saying that maybe the
              23   inhibition of COX-2 could -- they're saying that
              24   maybe it cuts down on the amount of inflammation
              25   that occurs there.
         page 170
              1         Q.   So the board of scientific advisors is
              2    acknowledging a potential benefit of COX-2's on
              3    plaque stability, right?
              4         A.   That's what appears.
```