Mikola 1

Mikola  (Multi-clip)
  4:2-5:5

A objection: Lawyer
Sidebar, not a question
π's response: Defense
objection is overbroad
These questions and
answers are appropriate

4: 2    Q.  Hi, Doctor, I'm Mark Robinson.  I
4: 3 represent Gerald Barnett, your patient.  Do you
4: 4 want to tell the jury what kind of doctor you are?
4: 5    A.  I'm an internist.  I practice internal
4: 6 medicine.
4: 7    Q.  And where do you practice right now?
4: 8    A.  Where?
4: 9    Q.  Yes.
4:10    A.  In Mount Pleasant, South Carolina.
4:11    Q.  And from approximately 1999 to 2004,
4:12 was Jerry Barnett your client --
4:13    A.  He was my patient.
4:14    Q.  -- or your patient?  Yes.  And where
4:15 were you practicing at that time?
4:16    A.  Myrtle Beach, South Carolina.
4:17    Q.  Do you remember Jerry Barnett?
4:18    A.  Yes, sir.
4:19    Q.  And you actually took care of him
4:20 almost four-and-a-half years, is that right?
4:21    A.  I believe that's correct, yes.
4:22    Q.  And what were you taking care of Jerry
4:23 Barnett for?
4:24    A.  At the time, high cholesterol.  He had
4:25 a history of gastroesophageal reflux disease and
5: Page 5
5: 1 allergies as well as routine health maintenance
5: 2 issues.
5: 3    Q.  And were you helping him with pain
5: 4 medication for his back?
5: 5    A.  Yes.

  5:9-5:19

5: 9    Q.  And was one of the drugs that Jerry
5:10 Barnett was taking from, say, sometime in 2000 up
5:11 to 2004 Vioxx?
5:12    A.  That's correct.
5:13    Q.  And initially is it your understanding
5:14 that Dr. McCaffrey, a neurologist from Myrtle
5:15 Beach, prescribed Vioxx for Mr. Barnett?
5:16    A.  I believe that's correct, yeah.
5:17    Q.  And then you continued with that
5:18 prescription, is that right?
5:19    A.  Correct.

  5:24-6:4

5:24    Q.  -- is that correct?  Is it also true
5:25 that Jerry Barnett started with you as a patient in
6: Page 6
6: 1 October of 1999?
6: 2    A.  Yes, sir, that's correct.
6: 3    Q.  In fact, let me -- let me give you what
6: 4 will be Exhibit Number 1.

  6:9-6:9

6: 9    Q.  It's a record from October 22nd, 1999.

Mikola 1

6:11-6:13

6:11             Is this the record of your first seeing
6:12 Mr. Barnett?
6:13        A.    That's correct.


7:4-7:24

7: 4        Q.    And why don't you read the five
7: 5 categories without going into the detail, but what
7: 6 are the five categories under the assessment and
7: 7 plan?
7: 8        A.    The five diagnoses are hyperlipidemia,
7: 9 osteoarthritis, reflux with dilatation and
7:10 esophagitis, cancer screening and sinusitis.
7:11        Q.    And what is hyperlipidemia?
7:12        A.    That's an elevated sugar and blood
7:13 lipids are commonly referred to as cholesterol
7:14 levels.
7:15        Q.    And at some point you put him on a drug
7:16 called Lipitor, is that right?
7:17        A.    I'll refer to the records, but I
7:18 believe he was started on -- let me check.  I know
7:19 he was on Lipitor.  I believe I started that.  Yes,
7:20 that's correct.  I wasn't clear if I started that
7:21 medicine or not, but according to my notes, in
7:22 August he was on it.
7:23        Q.    August of 2000?
7:24        A.    Yes.


8:4-8:4

8: 4        A.    Yes, I did start him on Lipitor.

Δ objection: No question in designation;
Merck affirmatively designated this
answer in addition to its
corresponding question.
π response: Plaintiff will
add question.

8:14-9:4

8:14        Q.    Okay.  Now, going back to Exhibit
8:15 Number 1 under the assessment and plan on Page 2 of
8:16 Exhibit Number 1.
8:17        A.    Yes, sir.
8:18        Q.    Do you see Number 2, it says,
8:19 osteoarthritis, continue Feldene?
8:20        A.    Yes, sir.
8:21        Q.    Now, so when he first came to you, he
8:22 was on Feldene, right?
8:23        A.    Correct.
8:24        Q.    And the note says, he takes it fairly
8:25 regularly and it seems to be effective for him?
9: Page 9
9: 1        A.    Correct.
9: 2        Q.    I'm going to now show you a record
9: 3 dated January 19th and January 20th, here you go,
9: 4 which will be Exhibit Number 2.


10:4-10:11

10: 4        Q.    So just to get the order here, if we go
10: 5 to the typewritten notes dated 1/19/2000, it
10: 6 appears that Mr. Barnett had a stuttering-type
10: 7 presentation of chest discomfort, is that right?
10: 8        A.    Yes, sir.
10: 9        Q.    And apparently it progressed throughout
10:10 that day of January 19th, 2000?

Page 2

Mikola 1

10:11        A.   I believe that's correct, yes.

  12:5-12:22

12: 5        Q.   So when he presented with his chest
12: 6 pain, what did you do for him?
12: 7        A.   I did the EKG.  It did not show any
12: 8 acute cardiac problems.  I was concerned given his
12: 9 risk factors that it may be indicative of coronary
12:10 artery disease so I gave him a prescription for
12:11 sublingual nitroglycerine to take in the event that
12:12 his symptoms recurred.  And then it -- it appears
12:13 that he paged me that evening stating his chest
12:14 discomfort recurred.  He took a nitroglycerine and
12:15 it resolved.
12:16        Q.   Okay.  Was one of the concerns you had
12:17 was that the chest pain might have been angina?
12:18        A.   Correct.
12:19        Q.   What is angina?
12:20        A.   Angina is chest -- typically chest
12:21 pain, but it's -- refers to symptoms caused by an
12:22 inadequate blood supply to the heart muscle.

  13:9-14:10

13: 9        Q.   Do you see under assessment plan --
13:10 would you read into the record Number 1, please.
13:11        A.   Yes, sir.  Recurrent chest discomfort.
13:12 Diagnostic possibilities would include esophageal
13:13 spasm or esophagitis.  Given the fact that he takes
13:14 his Prilosec regularly, I think it would be a
13:15 little less likely, and I am also concerned given
13:16 the family history of coronary disease and a
13:17 personal history of hyperlipidemia, that it could
13:18 represent an unstable angina pattern.
13:19        Q.   You can stop at that point.  What does
13:20 an unstable angina pattern refer to?
13:21        A.   Unstable angina generally refer --
13:22 refers to an unstable plaque in the coronary
13:23 arteries.  Inadequate blood supply to the heart
13:24 muscle that we refer to as angina generally occurs
13:25 in two patterns commonly.  One is stable angina,
14: Page 14
14: 1 which is thought to represent a gradual progression
14: 2 of plaque build-up in the artery, and that
14: 3 typically occurs when the heart muscle demand for
14: 4 blood and oxygen is impeded by plaque build-up in
14: 5 the arteries.  Unstable angina is felt to represent
14: 6 a plaque that is in the process of rupturing and
14: 7 that is -- puts patients at a higher risk of a
14: 8 heart attack or an impending event.
14: 9        Q.   Okay.  Going to Number 2, will you read
14:10 that into the record, please.

  14:19-15:8

14:19        A.   Hyperlipidemia.  Certainly if he has
14:20 significant coronary disease, he will need his LDL
14:21 below 100.  Given the family history of coronary
14:22 disease in the absence of documented disease, I
14:23 think his LDL goal would be closer to 130.  He did
14:24 lower his LDL from 190 to 152 with dietary changes
14:25 and further decisions regarding his therapy will be
                          Page 3

Mikola 1

15: Page 15
15: 1 made after the results of his cardiac work-up.
15: 2        Q.   And now will you read Number 3, please.
15: 3        A.   Number 3 says, gastroesophageal reflux.
15: 4 We will continue the Prilosec.  Certainly if his
15: 5 cardiac work-up is negative, we'll consider an
15: 6 upper GI series for further evaluation to evaluate
15: 7 his esophagus and he will also have a PA and
15: 8 lateral chest x-ray on admission.

  15:17-16:8

15:17        Q.   Could we go to Page 3 of Exhibit Number
15:18 2, please, Doctor.
15:19        A.   Is that the page with handwriting?
15:20 It's not numbered.
15:21        Q.   Yes.  Yes.
15:22        A.   Okay.
15:23        Q.   It says in the second line, patient --
15:24 can you read that into the record, please.
15:25        A.   Yes, sir.  It says, patient had acute
16: Page 16
16: 1 onset severe precordial chest pain in the emergency
16: 2 room promptly relieved by one sublingual
16: 3 nitroglycerine.  EKG obtained, however, chest pain
16: 4 resolved -- I can't make out the next word --
16: 5 within 30 seconds of sublingual nitroglycerine.
16: 6        Q.   What is precordial chest pain?
16: 7        A.   That refers to the area located over
16: 8 the heart on the left side of the chest.

  16:14-16:21

16:14        Q.   Okay.  But is precordial pain something
16:15 that would be associated or could be associated
16:16 with angina?
16:17        A.   Correct.
16:18        Q.   Okay, could we go to the fourth page of
16:19 Exhibit Number 2, Doctor.  This is a note that was,
16:20 I guess, dictated by you?
16:21        A.   Correct.

  17:9-20:4

17: 9        A.   Do you want me to read?
17:10        Q.   Yes.
17:11        A.   The history of present illness on
17:12 Gerald Barnett.  He's a 55-year-old gentleman seen
17:13 for evaluation of chest pain.  He recently
17:14 recovered from an upper respiratory infection.  He
17:15 had about one day of fever and myalgias followed by
17:16 a productive cough.  He was treated with two weeks
17:17 of antibiotics and then discontinued them.
17:18        Q.   Okay, can I stop at this point?  At
17:19 that point, you're talking really about an upper
17:20 respiratory infection that he had had previously,
17:21 is that right?
17:22        A.   Correct.
17:23        Q.   Okay.  Now you're -- you're going to go
17:24 to the event that occurred that day?
17:25        A.   Correct.
18: Page 18
18: 1        Q.   Okay.  Could you read on, please.
                           Page 4

Mikola 1

18: 2          A.   He developed left-sided precordial
18: 3 chest discomfort that occurred intermittently
18: 4 throughout the day.  It became progressively worse.
18: 5 Approximately one hour ago it resolved.  It did not
18: 6 radiate.  No palpitations, nausea, vomiting,
18: 7 diaphoresis.  It was not associated with physical
18: 8 activity.  He exercised last night per his routine
18: 9 of lifting weights, et cetera.
18:10          Q.   Okay.  Could you go down to assessment
18:11 and plan and read into the record Number 1, please.
18:12          A.   Yes, sir, it says, chest pain.  He has
18:13 a history of hyperlipidemia, but his ratio has been
18:14 fairly acceptable.
18:15          Q.   What does that refer to, his ratio?
18:16          A.   That refers to the ratio of what we
18:17 call the good cholesterol to the bad cholesterol.
18:18 Patients' risk of developing vascular disease in
18:19 part is related to the different fractions of
18:20 cholesterol in the bloodstream.
18:21          Q.   Okay.  Could you read on.
18:22          A.   I am giving him sublingual
18:23 nitroglycerine to take on an as-needed basis.  I am
18:24 going to schedule him for a stress thallium
18:25 tomorrow.  If his stress thallium is abnormal, we
19:  Page 19
19: 1 will admit him for catheterization.  If it is
19: 2 normal, I will probably attribute it to esophageal
19: 3 spasm or possibly muscle spasm and will not pursue
19: 4 further work-up.
19: 5          Q.   If a person has angina, how does
19: 6 sublingual nitroglycerine work to resolve pain from
19: 7 angina?
19: 8          A.   Generally it's believed to cause
19: 9 dilatation of the coronary arteries.  It opens up
19:10 the arteries to the heart, so to speak.
19:11          Q.   Dilatation means opening it up?
19:12          A.   Yes, to improve the blood flow.
19:13          Q.   And if a person has esophageal pain and
19:14 are given Prilosec, how does Prilosec help the
19:15 esophageal pain?
19:16          A.   It generally doesn't right away.
19:17 Prilosec works by blocking acid production in the
19:18 stomach.  Esophageal pain caused by reflux disease
19:19 often results from one of two things, a chemical
19:20 irritation of the esophagus that would cause
19:21 esophagitis or muscle spasm in the esophagus
19:22 generally related to the chemical irritation.  What
19:23 Prilosec does is it changes the acidity of any
19:24 material that comes from the stomach into the
19:25 esophagus so that people with reflux disease, the
20:  Page 20
20: 1 refluxant or the material that comes in the
20: 2 esophagus is not acidic and it doesn't chemically
20: 3 irritate the lining of the esophagus.  It generally
20: 4 takes several hours to start working.

20:15-21:7

20:15               If a person has chest pain and he's
20:16 given nitroglycerine and the nitroglycerine
20:17 resolved the chest pain, could that be some
20:18 evidence that his chest pain was due to angina?
20:19          A.   It could be, yes.
                        Page 5

Mikola 1

20:20        Q.   Okay.  Okay, could we go to the next
20:21 page, Doctor.  Now, do you -- do you know when this
20:22 next page would have been dictated?
20:23        A.    Sometime the following day, I'm not
20:24 sure.  Generally -- Vicki Allen was the physician's
20:25 assistant for the cardiology group in Myrtle Beach
21: Page 21
21: 1 and generally they were pretty efficient at seeing
21: 2 patients in a timely manner.  I would assume it
21: 3 would have been relatively early in the day, but I
21: 4 don't know that to be a fact.
21: 5        Q.   The date of this report is 1/20/2000,
21: 6 is that right?
21: 7        A.   Correct.

   21:13-22:11

21:13        Q.   Under the problem list up at the top,
21:14 can you read that into the record, please.
21:15        A.   Yes, sir.  Chest pain.  Rule out
21:16 ischemia.  Hypercholesterolemia.  History of
21:17 cervical disc herniation secondary to motor vehicle
21:18 accident in 1979.  Followed by Dr. McCaffrey.
21:19 History of multiple normal stress EKG's as the
21:20 patient was in the FBI and they were required every
21:21 other year.  GERD, which is gastroesophageal reflux
21:22 disease.  EGD one year ago normal.  Followed by
21:23 Dr. Cornell.
21:24        Q.   For the record, what is ischemia?
21:25        A.   Ischemia generally refers to an
22: Page 22
22: 1 inadequate blood supply to a muscle or tissue to an
22: 2 organ.
22: 3        Q.   Now, at some point he was seen by a
22: 4 cardiologist, is that right?
22: 5        A.    Yes, generally the routine is that the
22: 6 physician's assistant would see the patient.  When
22: 7 they rounded with the cardiologist that day, they
22: 8 would give the cardiologist a report.  He or she
22: 9 would then go see the patient, review the
22:10 information with the patient and then make the
22:11 medical decisions.

   23:1-23:17

23: 1        Q.   Could you read the assessment plan into
23: 2 the record of the Page 3 of 3, please.
23: 3        A.   Yes, sir.  This is a 55-year-old white
23: 4 male who presents with atypical chest pain.  The
23: 5 patient has ruled out for a myocardial infarction
23: 6 as cardiac enzymes have been negative times two.
23: 7 Given that the patient does have risk factors for
23: 8 coronary artery disease, an exercise stress test is
23: 9 recommended.  Patient states that he prefers this
23:10 conservative management.  The patient is fairly
23:11 stable at this time and we feel that this stress
23:12 test can be performed on an outpatient basis at our
23:13 office.  This was discussed with the patient and
23:14 this will be set up through our office.
23:15        Q.   Okay.  Do you have the -- he was -- he
23:16 was administered a Cardiolite exam?
23:17        A.   Yes.

Page 6

Mikola 1

23:24-24:7

```
23:24        Q.   Okay.  Do you know what the test
23:25 results were?
24: Page 24
24: 1        A.   According to my records, they showed a
24: 2 small abnormal area in the lateral wall of the
24: 3 heart.
24: 4        Q.   So there was -- was there lateral --
24: 5 some mild lateral ischemia found?
24: 6        A.   That's what this stress test suggested,
24: 7 yes, sir.
```

24:15-24:19

```
24:15        Q.   Okay.  Looking back on this event, is
24:16 one of the possible explanations for this event of
24:17 January 19th and 20th, 2000 for Mr. Barnett, is
24:18 that he had a mild bout of angina?
24:19        A.   Yes, that's possible.
```

24:23-25:23

```
24:23        Q.   And why don't you tell the jury about
24:24 your education, both undergraduate and med school.
24:25        A.   I went to College of Charleston for my
25: Page 25
25: 1 undergraduate education.  I attended the Medical
25: 2 University of South Carolina in Charleston for
25: 3 medical school for four years, from 1987 to 1991,
25: 4 and then I completed three years of internship and
25: 5 residency at the Medical University of South
25: 6 Carolina, 1991 through 1994, and received board
25: 7 certification for -- to practice internal medicine
25: 8 in 1994.
25: 9        Q.   And then from 1994 through 1999, where
25:10 did you practice?
25:11        A.   In Myrtle Beach, South Carolina,
25:12 private practice.
25:13        Q.   And you continued on practicing in
25:14 Myrtle Beach until 2004?
25:15        A.   That's correct.
25:16        Q.   What month in 2004 did you move to
25:17 Charleston?
25:18        A.   June of 2004.
25:19        Q.   So you would have treated Mr. Barnett
25:20 from October 22nd, 1999 until sometime in June of
25:21 2004, is that right?
25:22        A.   Probably sometime in May.  I think -- I
25:23 believe I moved around the beginning of June.
```

27:17-27:21

```
27:17 Number 3, Doctor.  So Exhibit Number 3 is a group
27:18 of Merck Medco prescription records for Vioxx that
27:19 went to Gerald Barnett, is that right, Doctor?
27:20        A.   It's a form from Merck Medco, yes,
27:21 stating the medicines that he had ordered.
```

28:6-28:8

```
28: 6        Q.   When Mr. Barnett came to see you in
28: 7 2000, was he on Vioxx as it was prescribed by some
```

Page 7

A objection: vague, ambiguous
as to date question withdrawn
and modified by Mr.
Robinson to refer only to
March of 2000 at 28:12,
28:12 question should be
played, not 28:6-8
π response 28:6-8 is
necessary for clarification-
Mr. Robinson did not
withdraw his
question →

Mikola 1

*π response cont'd from previous page: Plaintiff will add 28:12 in addition to 28:6-8 but not delete 28:6-8.*

28: 8 other doctor?

28:15-28:19

```
28:15        A.   March 21st, 2000 he was taking Vioxx,
28:16 correct.
28:17        Q.   And is it your understanding that it
28:18 was prescribed originally by Dr. McCaffrey?
28:19        A.   I believe that's correct.
```

29:2-29:4

```
29: 2        Q.   And at some point did you then
29: 3 prescribe Vioxx for Mr. Barnett?
29: 4        A.   Correct.
```

29:11-29:13

*Δ objection: question designated without an answer is leading question; question in dispute*
*π response: question not in his witness provided his answer (which he corrected) at 29:19-22*

```
29:11        Q.   And as I understand it, you continued
29:12 prescribing Vioxx until you left for Charleston, is
29:13 that right?
```

29:19-29:22

```
29:19        A.   Oh, I'm sorry, that's Dr. Huberty, my
29:20 mistake.  It appears that I continued to prescribe
29:21 the Vioxx.  I don't see a mention that I changed
29:22 it.
```

30:7-30:8

```
30: 7        Q.   Now, Exhibit Number 4 is a series of
30: 8 records -- okay.
```

31:17-33:19

```
31:17        Q.   Okay.  Could we go to the second page
31:18 which would be dated 3/21/00.
31:19        A.   Okay.
31:20        Q.   Under the assessment, will you read
31:21 that into the record, Number 1, please.
31:22        A.   Yes, sir.  Hyperlipidemia.  I will
31:23 check a lipid profile.  He inquires about Lipitor.
31:24 Some of his friends have told them there are
31:25 very -- and it should read few, which I'll write
32: Page 32
32: 1 in, side effects.  If his LDL is significantly
32: 2 above 130, we will consider a trial of Lipitor on
32: 3 follow-up in eight weeks.  He has a family history
32: 4 of coronary disease.
32: 5             Number 2, osteoarthritis.  Stable on
32: 6 Vioxx.
32: 7             Number 3, gastroesophageal reflux
32: 8 disease.  We will continue Prilosec lifelong, 20
32: 9 milligrams a day.  I will see him in six months for
32:10 follow-up with lipids or sooner if we start him on
32:11 Lipitor.
32:12        Q.   Okay.  Let's go to the next record,
32:13 which is August 2, 2000.
32:14        A.   Okay.
32:15        Q.   Will you read the first two sentences
32:16 into the record, please.
32:17        A.   55-year-old gentleman with a history of
```

Mikola 1

32:18 hyperlipidemia seen for follow-up visit.  We
32:19 started him on Lipitor.  His lipid profile is under
32:20 excellent control.
32:21          Q.   Okay.  Going down in that same
32:22 paragraph, could you read into the record the
32:23 sentence that begins, he has not had any.
32:24          A.   He has not had any angina, shortness of
32:25 breath, PND, orthopnea.
33: Page 33
33: 1          Q.   Okay.  Now, since he had that episode
33: 2 we talked about previously on January 19, 2000, you
33: 3 were monitoring him to make sure he didn't have any
33: 4 angina, is that right?
33: 5          A.   Correct.
33: 6          Q.   And why was shortness of breath
33: 7 important?
33: 8          A.   Angina -- it can be what we call an
33: 9 anginal equivalent.  Some people don't get the
33:10 typical chest pain when they have ischemia of the
33:11 heart muscle.  One of the symptoms that can
33:12 indicate angina is shortness of breath with
33:13 physical activity.
33:14          Q.   Okay.  Let's go to the next date, which
33:15 is 10/24/2000.
33:16          A.   All right.
33:17          Q.   Do you see there's a sentence in there
33:18 beginning, no angina?  Would you read that in the
33:19 record, please.


   33:23-33:25


33:23              THE WITNESS:  No angina or respiratory
33:24 complaints.  No change in his bowel or bladder
33:25 habits.


   34:2-34:20


34: 2          Q.   Okay.  Once again, you're documenting
34: 3 that he's got no angina for the reasons you
34: 4 previously told us about, right?
34: 5          A.   Correct.
34: 6          Q.   Going down to Number -- could you
34: 7 read -- under assessment plan, read Number 2 into
34: 8 the record, please.
34: 9          A.   Yes, sir.  Hyperlipidemia.  He is doing
34:10 quite well on Lipitor, 10 milligrams.  We will
34:11 continue the same.  His diet and exercise have been
34:12 stable.  He's trying to keep his weight under
34:13 control.
34:14          Q.   Okay.  Go to the next page, which is
34:15 12/28/2000.
34:16          A.   Yes, sir.
34:17          Q.   Could you read the second sentence into
34:18 the record, please.
34:19          A.   Yes, sir.  He has had a couple episodes
34:20 of chest pain, but they do not sound cardiac.


   34:22-35:14


34:22          A.   They seem to be reflux related.  They
34:23 are quite mild compared to his previous episode.
34:24 He is concerned about elevation in his lipids.  He
34:25 is compliant with his diet and exercise and eating

Page 9

Mikola 1

35: Page 35
35: 1 a low-fat, low-carbohydrate diet.  He has not had
35: 2 any change in his bowel habits, symptoms of
35: 3 progressive bladder outlet obstruction,
35: 4 paresthesias, tingling, numbness, focal neurologic
35: 5 deficits.
35: 6          Q.    Okay.  If we can go to the assessment
35: 7 and plan, can you read that first --
35: 8          A.    Hypertension?
35: 9          Q.    -- note under hypertension.  Yes.
35:10          A.    Hypertension.  His blood pressure is
35:11 acceptable although a little elevated today at 138.
35:12 He states in the community it is under better
35:13 control.  He is anxious because he is on
35:14 over-the-counter sinus medicines.

  35:20-36:23

35:20          Q.    Okay.  If we go to the next document,
35:21 which is July 12th, '01.  Could you read the first
35:22 two sentences in.
35:23          A.    A 55-year-old gentleman with
35:24 hyperlipidemia, tinea unguium, reflux and
35:25 esophageal stricture seen for follow-up visit.
36: Page 36
36: 1          Q.    Okay.  Keep going on, read the next two
36: 2 sentences.
36: 3          A.    He has not had any angina.  He had
36: 4 upper respiratory infection recently and treated
36: 5 with Augmentin.
36: 6          Q.    And then under the assessment plan,
36: 7 could you read Number 2 into the record, please.
36: 8          A.    Hyperlipidemia.  Doing well on the
36: 9 Lipitor 10 milligrams and diet and exercise.
36:10          Q.    Okay.  Could we go to the date -- it
36:11 would be 2/18/02.
36:12          A.    Yes, sir.
36:13          Q.    Could you read the first sentence into
36:14 the record.
36:15          A.    55-year-old gentleman with
36:16 hyperlipidemia and esophageal reflux seen for
36:17 follow-up.
36:18          Q.    And if you go down to the AP, read
36:19 Number 2 under hyperlipidemia into the record.
36:20          A.    Hyperlipidemia.  He is on a low-fat,
36:21 low-carbohydrate diet, regular exercise.  I
36:22 answered several questions for him today.  I will
36:23 continue his current therapy.

  38:8-38:15

38: 8          Q.    Okay.  Okay, let's go to the visit
38: 9 which is 8/20/02.
38:10          A.    Yes, sir.
38:11          Q.    Read -- can you read the third sentence
38:12 in, please.
38:13          A.    He has not had angina, paresthesias,
38:14 tingling, numbness, heat or cold intolerance, easy
38:15 bruising or bleeding.

  38:18-39:9

38:18          A.    He has atypical chest pain.  It is