Mikola 1

```
79: 7 intensity, however, he became somewhat concerned
79: 8 after he remembered reading that Sporanox, which he
79: 9 had started within the past week, could cause heart
79:10 problems.
```

   79:14-80:12

```
79:14      Q.   Does Sporanox in any way cause heart
79:15 attack?
79:16      A.   No, sir.
79:17      Q.   Okay. Go ahead.
79:18      A.   States he took his blood pressure twice
79:19 and it was noted to be elevated with levels as high
79:20 as 190 systolic, which he admits seemed to make him
79:21 more anxious, and tightness persisted.  He then
79:22 called EMS and was brought to the emergency
79:23 department where en route he did receive sublingual
79:24 nitroglycerine with improvement of symptoms.
79:25 During the ED, he was evaluated with negative
80: Page 80
80: 1 studies, including no acute changes per EKG despite
80: 2 a recurrence of his chest discomfort.  He reports
80: 3 that two years ago, he had presented with
80: 4 complaints of chest pain.  At that time he had a
80: 5 sharp stabbing-type pain.  He was admitted and
80: 6 evaluated, had a stress thallium.  Reports that he
80: 7 had good exercise tolerance, had an equivocal
80: 8 change at the very end of his stress test, but in
80: 9 view of the negative symptoms despite good exercise
80:10 tolerance that his risk was low.  Since then his
80:11 sharp chest pain has been intermittent but has not
80:12 required further, and the dictation ends.
```

   80:17-80:18

```
80:17              THE WITNESS:  I believe that's the
80:18 correct date, yes, January 19, 2000.
```

   80:22-81:1

```
80:22      Q.   Can we go to the next page, please.
80:23 This looks like a three-page document and let's see
80:24 something here.  This actually is signed by Roberta
80:25 Gonzalez, another physician's assistant, right?
81: Page 81
81: 1      A.   Correct.
```

   81:15-82:3

```
81:15      Q.   Okay. Why don't you read the history
81:16 into the record.
81:17      A.   The patient is a pleasant 58-year-old
81:18 white male who underwent exercise Cardiolite stress
81:19 test January 2000 after presenting to Grand Strand
81:20 Regional Medical Center with sharp chest pain.  The
81:21 patient ruled out for myocardial infarction and
81:22 underwent the stress test on an outpatient basis.
81:23 The patient exercised 15 minutes of a standard
81:24 Bruce protocol and Cardiolite images reveal just a
81:25 small area of lateral ischemia.
82: Page 82
82: 1      Q.   That was the angina issue, the
82: 2 situation back in January of 2000, right?
```

```
                                                  Mikola 1
82: 3         A.    Correct.

   82:5-83:7

82: 5         A.    As such, it was felt patient could be
82: 6 treated medically.  He has subsequently done well
82: 7 and states that he still on occasion gets some
82: 8 slight sharp chest pain usually associated with his
82: 9 abdomen being bloated.  He, however, reports that
82:10 last night he had a new and different pain.  He was
82:11 just sitting at his computer when he developed a
82:12 substernal ache, quote, like a flu-type ache but
82:13 only in the center of my chest, unquote.  He states
82:14 the discomfort began to radiate outward and through
82:15 to his back, but he denies any radiation to his
82:16 neck, jaw or arms.  He denies associated
82:17 diaphoresis or nausea but did start to become short
82:18 of breath, part of which he thinks may have been
82:19 due to anxiety.  The patient states the discomfort
82:20 was constant but did vary slightly in intensity.
82:21 He then walked downstairs to check his blood
82:22 pressure, which was 189 over 111.  Five minutes
82:23 later it was 194 over 104.  He called Blue
82:24 Cross/Blue Shield's nurse who suggested he call
82:25 911.  The patient states he did and en route
83: Page 83
83: 1 received a sublingual nitroglycerin spray with
83: 2 complete resolution of his chest ache within a
83: 3 minute to a minute and a half.  The patient states
83: 4 the entire episode of pain lasted about 30 minutes.
83: 5 Then while being evaluated in the emergency room,
83: 6 patient states the discomfort returned but again
83: 7 was relieved by one sublingual nitroglycerin --

   83:9-84:7

83: 9         A.    -- relieved, yes, sir, with one
83:10 sublingual nitroglycerin and the entire duration of
83:11 the second episode was approximately five minutes.
83:12 About 45 minutes to an hour later, he had another
83:13 third occurrence again resolving with sublingual
83:14 nitroglycerin and lasting six to seven minutes in
83:15 duration.  The patient was then admitted to 2
83:16 North, Dr. Pyle's service.  The patient states at
83:17 about 7:30 this morning, he had a slight heartburn,
83:18 but it did not particularly worsen and resolved
83:19 promptly.  He also states that since his initial
83:20 pain last night, he has had a discomfort that he
83:21 could -- could localize in his left anterior chest
83:22 wall that resolves if he massages it.  Patient has
83:23 subsequently gone on to rule in for a non-Q wave MI
83:24 with his third CPK being 217 with an MB index of
83:25 5.8 and a troponin (sic) of 1.4.  We are now seeing
84: Page 84
84: 1 patient for cardiology recommendation and
84: 2 evaluation.
84: 3         Q.    Could you read the meds in, please.
84: 4         A.    Yes, sir.  Prior to this admission,
84: 5 meds, Vioxx 25 milligrams QD; Prilosec 20
84: 6 milligrams QD; Lipitor 20 milligrams QD; and
84: 7 Sporanox one per week for a toe fungus.

   84:18-85:5
```

Mikola 1

```
84:18         Q.   Good.  Can you read the family history
84:19 in.
84:20         A.   Family history.  The patient's father
84:21 died at age 68 with his second myocardial
84:22 infarction.  His first MI was at age 62.  He also
84:23 suffered a stroke between the two heart attacks.
84:24 The patient's mother is living at age 86 and has
84:25 had some TIA's.  The patient has four brothers and
85: Page 85
85: 1 one sister.  His sister has had multiple TIA's and
85: 2 is 50 years old.  None of his brothers have had
85: 3 heart problems or hyperlipidemia.
85: 4         Q.   Okay.  Would you read the assessment
85: 5 plan in, please.

   85:21-87:13

85:21         A.   Yes, sir.  Assessment plan.  Patient is
85:22 a pleasant 58-year-old white male who presents with
85:23 a non-Q wave myocardial infarction.  Patient's
85:24 third CPK, isoenzyme and troponin I are all
85:25 elevated and we will obtain a fourth CPK and MB
86: Page 86
86: 1 index until we get patient's peak recorded.  EKG,
86: 2 however, showed nonspecific ST/T wave changes, but
86: 3 we will recheck an EKG in the morning.  We
86: 4 otherwise currently agree with management to date,
86: 5 including Lopressor, Lovenox, Lipitor, aspirin and
86: 6 potassium replacement.  Unfortunately, patient was
86: 7 unable to tolerate his nitroglycerine ointment due
86: 8 to significant headache, nausea and becoming
86: 9 clammy.  We, however, feel that given his positive
86:10 enzymes and recurrent chest pain in the emergency
86:11 room, the patient should be transferred to the PCU
86:12 for closer observation over the weekend.  We will
86:13 then plan for cardiac catheterization for Monday
86:14 morning.  However, should patient develop evidence
86:15 of an acute injury pattern during the weekend, we
86:16 will consider urgent cardiac catheterization.
86:17 Further recommendations will be made during the
86:18 patient's clinical course as well as the outcome of
86:19 his catheterization on Monday.  We will continue to
86:20 follow this patient along with you.
86:21         Q.   Okay.  Could you go to the next page,
86:22 which was, I think, Mr. -- Dr. Bryan's consult.
86:23         A.   Yes, sir.
86:24         Q.   And can you read in the cardiac cath
86:25 results.
87: Page 87
87: 1         A.   Yes, sir.  Cardiac catheterization
87: 2 performed today demonstrated the following:  1, a
87: 3 50 percent distal left main stenosis; 2, an 80
87: 4 percent D1 stenosis in a very small vessel; 3, an
87: 5 80 percent mid LAD stenosis; 4, diffuse high-grade
87: 6 disease in a very small circumflex system; 5, an 80
87: 7 percent proximal ramus intermedius stenosis; 6,
87: 8 occlusion of the posterior descending branch with
87: 9 filling via collaterals; 7, an 80 percent
87:10 posterolateral branch stenosis; and 8, ejection
87:11 fraction approximately 50 percent with an LVEDP of
87:12 16.  Patient is seen in consultation for
87:13 consideration of revascularization.
```

Mikola 1

95:25-96:7

```
95:25          Q.   Number 17 is an e-mail from Ian Rodger
96: Page 96
96: 1 at Merck to Dr. Stephen Epstein. Do you see that?
96: 2          A.   Yes, sir.
96: 3          Q.   Or actually from Stephen Epstein to Ian
96: 4 Rodger at Merck, right?
96: 5          A.   Yes.
96: 6          Q.   Would you read that e-mail into the
96: 7 record, please.
```

96:13-98:10

```
96:13          A.   The date is 10/12/2001. The subject is
96:14 selective COX-2 inhibition and atherogenesis paper.
96:15 Ian, attached is the paper on the effects of
96:16 selective COX-2 inhibition on susceptibility to CMV
96:17 infection and to atherogenesis. We plan to send it
96:18 to circulation in 30 days. I would be most
96:19 interested in your comments and suggestions.
96:20               I'm sorry that we didn't get the
96:21 results we thought we would, but it's better to
96:22 know about this (sic) than to be blind-sided in one
96:23 or two years by complications that were totally
96:24 unexpected. On the other hand, as we tried to
96:25 emphasize in our paper, our results in mice, using
97: Page 97
97: 1 our particular experimental conditions, may not be
97: 2 at all relevant to what happens clinically. I'm
97: 3 therefore very pleased to have learned that Merck
97: 4 is planning to meet this head on and is planning to
97: 5 consider some definitive clinical study. I would
97: 6 be happy to work with you in any way that would be
97: 7 helpful to such a project.
97: 8          Q.   Let me ask you this: Did you in 2001
97: 9 know that Merck had done such a study?
97:10          A.   No, sir.
97:11          Q.   Okay. Could you go to Exhibit Number
97:12 18.
97:13          A.   Yes, sir.
97:14          Q.   And could you read the topic of the
97:15 study and that -- the last author into the record,
97:16 please.
97:17          A.   Yes, sir. The title is effects of
97:18 MF-tricyclic, a selective cyclooxygenase-2
97:19 inhibitor, on atherosclerosis progression and
97:20 susceptibility to cytomegalovirus replication in
97:21 Apolipoprotein-E knockout mice. The last author is
97:22 Stephen E. Epstein, MD.
97:23          Q.   Okay. Will you read the conclusion
97:24 from the abstract into the record, please.
97:25          A.   Yes, sir. Our study demonstrates that
98: Page 98
98: 1 selective inhibition of COX-2 in vivo increases
98: 2 viral load. The finding that inhibition of COX-2
98: 3 increases atherosclerosis development in
98: 4 ApoE-deficient mice suggests, unexpectedly, that
98: 5 this enzyme exerts antiatherosclerosis activity, at
98: 6 least in this model.
98: 7          Q.   Okay. Do you ever -- before I showed
98: 8 you this today, had you ever seen this -- this
```

Handwritten annotation:
Δ objection: 401, 402, 403, 602
π response: The fact that Dr. Mikola did not know that Merck conducted this study is relevant to show he was not informed of the potential role of Vioxx in atherosclerosis by Merck, while presenting Vioxx

```
                            Mikola 1        [see previous page]
98: 9 study?
98:10         A.   No, sir.

   101:14-102:4

101:14        Q.   I want to go back to Exhibit Number 3
101:15 and see which prescriptions were yours and which
101:16 were Dr. McCaffrey.  Okay.  Will you look at --
101:17 okay, the date on the first one on my sheet is --
101:18 it says, renew after 3/4/2002, prescription expires
101:19 12/21/2002.  Do you see that?
101:20        A.   Yes, sir.
101:21        Q.   That would have been you, right?
101:22        A.   Yes, sir.
101:23        Q.   Okay.  The next one below that -- then
101:24 go to, I guess, the next page.  You prescribed
101:25 Lipitor, Prilosec and Vioxx 10/31/2002 and
102: Page 102
102: 1 prescription expires 2/25/2003.
102: 2        A.   I believe the date is above the little
102: 3 bar code, 9/4/2002, and that is when he can have
102: 4 his next refill, 10/29/02.

   102:12-103:5

102:12        Q.   Okay.  And would the same be true going
102:13 back to Page 1 because the date above the bar code
102:14 is 12/31/2001?
102:15        A.   I believe that is correct.
102:16        Q.   Okay.  That would have been the date of
102:17 prescription?
102:18        A.   Yes, sir.
102:19        Q.   Okay.  Let's go to the third page.  So
102:20 the date above that bar code is 6/7/2002?
102:21        A.   I believe that's correct.
102:22        Q.   And that would have been your
102:23 prescription.  You prescribed him Claritin,
102:24 Prilosec and 90 Vioxx, right?
102:25        A.   Yes, sir.
103: Page 103
103: 1        Q.   And those last two prescriptions were
103: 2 90 also for Vioxx?
103: 3        A.   Yes, sir.  Correct.
103: 4        Q.   Okay.  Then going on the second half of
103: 5 Page 3, the bar code is 3/6/2002 and --

   103:11-103:16

103:11        Q.   It says the bar -- the bar code -- the
103:12 date above the bar code is 3/6/2002, correct?
103:13        A.   Yes, sir.
103:14        Q.   And that would have been 90 tabs -- or
103:15 90 -- 90 pills?
103:16        A.   Yes, sir.

   104:13-104:21

104:13        Q.   Let's go to the next page, 0005.  The
104:14 third prescription -- the third prescription down
104:15 was a Vioxx prescription by you, is that right?
104:16        A.   That's correct.
104:17        Q.   What was the date of that?
104:18        A.   March 4th, 2002.
```

```
                                              Mikola 1
104:19          Q.   Okay.  And then the last one down there
104:20 on that page was yours also?
104:21          A.   Yes, sir.

   105:1-105:7

105: 1          Q.   That's a repeat?  Okay.  Let's go to --
105: 2 let's go two pages ahead to 0007.  That's dated --
105: 3 there's -- the second prescription down was yours,
105: 4 for Vioxx, right?
105: 5          A.   Yes, sir.
105: 6          Q.   The date was?
105: 7          A.   December 28th, 2001.

   107:17-107:22

107:17          Q.   Okay.  And if you look at the first
107:18 page of Exhibit Number 21, it's a visit that
107:19 Mr. Barnett made to you after his heart attack,
107:20 about six months after his heart attack, is that
107:21 right?
107:22          A.   Yes, sir.

   108:1-108:16

108: 1          Q.   Let's read the -- let's read just
108: 2 the -- well, why don't we read up through lifting
108: 3 weights.
108: 4          A.   56-year-old gentleman with
108: 5 hyperlipidemia and reflux seen for follow up.  He
108: 6 was admitted to the hospital at the end of February
108: 7 for some atypical chest pain.  Dr. Hollingsworth
108: 8 admitted him and ruled out MI and discharged him.
108: 9 He has seen Dr. Karavan who, per patient report,
108:10 did not think his chest pain was cardiac.  It was
108:11 not apparently on an EKG as well.  He has a lengthy
108:12 history behind the symptoms that took about 15
108:13 minutes for him to relate.  However, it does not
108:14 occur during cardiovascular stress such as
108:15 treadmill, et cetera, only when he lifted weights.
108:16 When he --

   109:2-109:11

109: 2          A.   Four.  Osteoarthritis.  Stable.  He
109: 3 inquires about the safety of Celebrex versus Vioxx
109: 4 for coronary artery (sic) disease.  I informed him
109: 5 that I do not think either drug is
109: 6 cardioprotective, nor do I believe that either is
109: 7 likely to significantly improve -- and that's a
109: 8 typo, it should read increase -- his risk of heart
109: 9 disease, as long as he continues on his baby
109:10 aspirin and Plavix and treat his modifiable risk
109:11 factors.

   109:16-109:24

109:16          Q.   So from your review of the literature
109:17 at that point in time, March 24th, '03, it was your
109:18 understanding that the drug was -- neither Celebrex
109:19 nor Vioxx was cardioprotective, is that right?
109:20          A.   That's correct.
109:21          Q.   And that at that point in time at
                              Page 26
```

Mikola 1

```
109:22 least, you did not believe that either drug
109:23 significantly increased the risk of heart disease?
109:24      A.   That's correct.

   112:9-112:13

112: 9      Q.   Okay.  Okay.  Let me ask you this:
112:10 Given that he was on Vioxx for some two-and-a-half
112:11 years and then had a -- had a heart attack, can you
112:12 rule out Vioxx as one of the causes of the heart
112:13 attack?

   112:18-113:9

112:18      A.   I cannot say definitively that Vioxx
112:19 didn't have a potentially-contributing role.
112:20      Q.   Why do you say that?
112:21      A.   Some of the data that was presented
112:22 today in addition to some of the subsequent data
112:23 published on the view of the bigger trial stating
112:24 that the protector effect of Naprosyn was not
112:25 likely to explain -- there was, I believe, an
113: Page 113
113: 1 article in the Lancet -- would not explain the
113: 2 difference entirely between the thrombotic events
113: 3 attributed to the Vioxx and the bigger trial would
113: 4 suggest that Vioxx may have some -- however small
113: 5 or large I don't really know -- increased risk of
113: 6 causing thromboses.
113: 7      Q.   So in other words, Vioxx would be -- in
113: 8 your differential diagnoses is one of the potential
113: 9 causes of his heart attack?

   113:11-113:12

113:11           THE WITNESS:  It would be a
113:12 consideration, yes.

   113:21-113:24

113:21      Q.   But these articles and materials and
113:22 memos that I've showed you today, you didn't have
113:23 in your file or you weren't able to read them back
113:24 before his heart attack, right?

   114:1-114:15

114: 1           THE WITNESS:  That is correct.
114: 2 BY MR. ROBINSON:
114: 3      Q.   I noticed that Mr. Barnett's weight
114: 4 fluctuates between 172, 182, in that area.  Did you
114: 5 consider him really overweight?
114: 6      A.   No, I would say he was mildly
114: 7 overweight.
114: 8      Q.   Okay.  But he did have coronary artery
114: 9 disease in his family, right?
114:10      A.   Correct.
114:11      Q.   And given what you've read today, that
114:12 combined with his angina, would you say that from
114:13 everything you've read about Vioxx today that you
114:14 probably would not have prescribed Vioxx for him if
114:15 you'd known all this information --
```

Page 27

[Handwritten annotations in right margin:]

Δ objection: 401, 402, 403, 701, 702, 703 - Dr. Mikola is not qualified to give a specific causation opinion in this case. He does not have the requisite knowledge of the literature that this court requires for the rendering of a specific causation opinion.

π response: Relevant to show that Dr. Mikola would consider Vioxx in his differential diagnosis had he been shown the material regarding CV risk.

Δ objection: 114:1 not part of Q/A pair and should be removed. Improper hypo. 401, 402, 403, 602

π response: 114:1 is the answer to the above question and should remain. Relevant to show patient profile Dr. Mikola's of which he did have personal knowledge.

Mikola 1

```
114:18-114:18

114:18      Q.   -- in 2000?

114:22-114:23

114:22      A.   Having known today what I know about
114:23 Vioxx, I would not have prescribed it.

120:9-120:11

120: 9      Q.   Just for the record, will you read
120:10 the -- the topic and dates of this document,
120:11 Exhibit 24.

120:15-120:18

120:15           THE WITNESS:  FDA advisory committee
120:16 briefing document, and it has some numbers and
120:17 letters, Vioxx gastrointestinal safety, February
120:18 8th, 2001.

121:15-122:3

121:15      Q.   Okay.  And if you go to the next page,
121:16 do you see Page 6 there?
121:17      A.   Yes, sir.
121:18      Q.   Will you read the first -- under safety
121:19 results where it says deaths, would you read into
121:20 the record the first two -- the first three
121:21 sentences there.
121:22      A.   There were a total of 22 deaths in the
121:23 Rofecoxib group and 15 in the Naprosyn (sic) group.
121:24 A listing of deaths is presented in Appendix 1.
121:25 There were 14 cardiovascular deaths, nine and five
122: Page 122
122: 1  in Rofecoxib and Naproxen groups respectively.
122: 2  Most of the cardiovascular deaths were in patients
122: 3  with known cardiovascular risks.

124:6-125:25

124: 6      Q.   Okay, let's go to Page 11.  Now, will
124: 7  you read into the record the sponsor explanation
124: 8  down at the bottom there.
124: 9      A.   Sponsor explanation for the excess of
124:10 cardiovascular thrombotic events in the VIGOR study
124:11 is the potent antiplatelet aggregation effect of
124:12 Naproxen.  However, unopposed thromboxane
124:13 production leading to an increase in CV thrombotic
124:14 events cannot be discarded as a potential
124:15 explanation of the VIGOR findings.
124:16      Q.   Go on.
124:17      A.   There are several arguments against the
124:18 beneficial Naproxen effect being the sole
124:19 explanation for these findings.
124:20           There are no prospective
124:21 placebo-controlled trials with Naproxen to
124:22 support -- to support the assumption that Naproxen
124:23 transient inhibition of platelet aggregation is
124:24 effective in decreasing the risk of cardiovascular
124:25 events.
125: Page 125
```

Handwritten annotations (right margin):

- Please see previous page
- Δ objection: improper opinion testimony, speculation, 401, 402, 403, 602
  π response: witness is testifying as to his prescribing and treatment practices
- Δ objection: 401, 402, 403, 602
  π response: The fact that Dr. Mikola did not see what the FDA advisory committee had shared with Merck regarding CV events is relevant to show that the doctor did not receive complete information about Vioxx while prescribing it.

Page 28

```
                              Mikola 1
125: 1            The effect size of Naproxen in reducing
125: 2   CV thrombotic events relative to Rofecoxib in the
125: 3   VIGOR study, parentheses, 58 percent, exceeds the
125: 4   effect size of ASA compared to placebo in other
125: 5   trials, in parentheses, 25 to 30 percent.
125: 6         Q.   Do you understand what's meant by that?
125: 7         A.   Yes, sir.
125: 8         Q.   Can you explain to the jury.
125: 9         A.   Yes, sir.  The theory is that the
125:10   reason more patients in the Vioxx farm of the VIGOR
125:11   trial had thrombotic effects, or the presumption,
125:12   is that Naprosyn (sic) helps protect against
125:13   thrombotic events due to its effects on platelets.
125:14   Platelets are small types of blood cells that are
125:15   actively involved in acute thromboses and arteriole
125:16   clot formation.
125:17            The -- they further go on to say that
125:18   the effect of Naproxen preventing events would not
125:19   be robust enough to explain the difference due to
125:20   the fact that aspirin, which has even more potent
125:21   effects on platelets than Naproxen, only showed a
125:22   25 or 30 percent reduction in other trials.
125:23         Q.   Whereas the VIGOR --
125:24         A.   Showed a 58 percent reduction relative
125:25   to Rofecoxib for Naproxen.

   127:2-127:5

127: 2            Did Merck ever show you this
127: 3   information that was in the FDA files regarding
127: 4   Vioxx?
127: 5         A.   No, sir.

   127:8-127:13

127: 8         Q.   Did you ever see this -- strike that.
127: 9            Did Merck in any way ever share this
127:10   information that you just read in about these Vioxx
127:11   studies from the FDA review?
127:12         A.   I do not remember being informed of
127:13   them, no, sir.

   127:18-128:15

127:18         Q.   See where it says, Studies 085 and 090?
127:19         A.   Yes, sir.
127:20         Q.   At the bottom would you read into the
127:21   record starting with there were six.
127:22         A.   There were six cases of serious
127:23   cardiovascular events in the Rofecoxib group,
127:24   parentheses, four MI and two CVA's, parentheses,
127:25   three in the Nabumetone group, parentheses, one MI,
128: Page 128
128: 1   one coronary artery disease and one CHF.
128: 2         Q.   Okay.  Now would you go to Page 17.
128: 3         A.   Yes, sir.
128: 4         Q.   And go -- do you see it says Study 102?
128: 5         A.   Yes, sir.
128: 6         Q.   And that was a 12-week randomized
128: 7   double-blind active-controlled study of Rofecoxib,
128: 8   25 milligrams a day, and Naproxen, a thousand
128: 9   milligrams a day, in approximately 5500 patients
128:10   with OA who were allowed low-dose aspirin, 81 to
                              Page 29
```

Handwritten annotations (right margin):
Δ objection: please see previous page
π response: please see previous page

```
                                     Mikola 1
128:11    325 milligrams a day.  Patients taking low-dose
128:12    aspirin were 12.1 percent and 12.8 percent in the
128:13    Rofecoxib and Naproxen treatment group
128:14    respectively.
128:15              Did I read that right?

   128:17-128:17

128:17              THE WITNESS:  Yes, sir.

   129:2-129:22

129: 2         Q.   Did Merck ever tell you about that
129: 3    study?
129: 4         A.   Not that I recall.
129: 5         Q.   Okay.  And then will you read into the
129: 6    record B, which is serious CV events, on the next
129: 7    page.
129: 8         A.   There were six myocardial infarctions,
129: 9    in parentheses, MI, in the Rofecoxib 25-milligram
129:10    group and one MI in the Naproxen 1,000-milligram
129:11    group.  Of the six MI in the Rofecoxib group, three
129:12    were in patients taking low ASA for cardiovascular
129:13    prophylaxis.  The patient with MI in the Naproxen
129:14    group was a non-QASA user.
129:15         Q.   Go ahead.
129:16         A.   A trend towards an excess of MI's in
129:17    the Rofecoxib 25-milligram group in a 12-week study
129:18    is noted.  This observation is consistent with the
129:19    pattern seen in VIGOR.
129:20         Q.   Were you ever told about this at any
129:21    time while you're prescribing Vioxx to Mr. Barnett?
129:22         A.   Not to my recollection, no, sir.

   130:25-131:3

130:25         Q.   Okay.  I'd like you to go back to this
131: Page 131
131: 1    Exhibit 24 and I'd like you to read in the record
131: 2    what the FDA medical officer says about the sponsor
131: 3    conducting the metanalysis.

   131:9-132:24

131: 9         A.   The division has serious concerns with
131:10    a combined analysis of studies of different length
131:11    and dosing regimens.  Furthermore, combining
131:12    multiple different drugs within a single comparator
131:13    arm may not be reflective of the risk of any one
131:14    drug.  These concerns were discussed extensively
131:15    during the advisory committee meeting of April
131:16    20th, 1999.
131:17         Q.   Now can you read the next --
131:18         A.   Similarly --
131:19         Q.   -- line?
131:20         A.   -- the sponsor conducted a metanalysis
131:21    of CV thrombotic events in the OA database.
131:22              This database overall included
131:23    short-term low doses of Rofecoxib.  Most of the
131:24    exposure for more than six months was at the 12.5
131:25    and 25-milligram QD doses.  272 patients received
132: Page 132
132: 1    50 milligrams QD for -- there's a squibble and then
                                 Page 30
```

*Handwritten annotations:*

- "please see previous page" (bracketing lines 128:11–128:15)
- "Δ objection 401, 402, 403, 602"
- "π response: The fact that Dr. Mikola did not receive information about this study from Merck while he was prescribing Vioxx is relevant to show he was not given full information regarding CV risk NSAID"