Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

[4:3] - [6:2] 4/25/2006 Michael Mikola, M.D.

page 4

represent Gerald Barnett, your patient. Do you want to tell the jury what kind of doctor you are?
A. I'm an internist. I practice internal medicine.
Q. And where do you practice right now?
A. Where?
Q. Yes.
A. In Mount Pleasant, South Carolina.
Q. And from approximately 1999 to 2004, was Jerry Barnett your client --
A. He was my patient.
Q. -- or your patient? Yes. And where were you practicing at that time?
A. Myrtle Beach, South Carolina.
Q. Do you remember Jerry Barnett?
A. Yes, sir.
Q. And you actually took care of him almost four-and-a-half years, is that right?
A. I believe that's correct, yes.
Q. And what were you taking care of Jerry Barnett for?
A. At the time, high cholesterol. He had a history of gastroesophageal reflux disease and

page 5

allergies as well as routine health maintenance issues.
Q. And were you helping him with pain medication for his back?
A. Yes.
Q. Okay.
A. He also had -- I think he had neck problems.
Q. And was one of the drugs that Jerry Barnett was taking from, say, sometime in 2000 up to 2004 Vioxx?
A. That's correct.
Q. And initially is it your understanding that Dr. McCaffrey, a neurologist from Myrtle Beach, prescribed Vioxx for Mr. Barnett?
A. I believe that's correct, yeah.
Q. And then you continued with that prescription, is that right?
A. Correct.
Q. And is it your understanding that Mr. Barnett saw Dr. McCaffrey up through I think something like December 30th of 1999 --
A. I believe that's correct.
Q. -- is that correct? Is it also true that Jerry Barnett started with you as a patient in

page 6

October of 1999?
A. Yes, sir, that's correct.

[7:1] - [7:3] 4/25/2006 Michael Mikola, M.D.

page 7

Q. And at Page 2 it talks about the assessment and plan, is that right?
A. Correct.

[7:15] - [8:13] 4/25/2006 Michael Mikola, M.D.

page 7

Q. And at some point you put him on a drug called Lipitor, is that right?
A. I'll refer to the records, but I

**Issues Report [Michael Mikola, M.D.]**

• **Merck's Counter Designations**

believe he was started on -- let me check. I know he was on Lipitor. I believe I started that. Yes, that's correct. I wasn't clear if I started that medicine or not, but according to my notes, in August he was on it.
Q. August of 2000?
A. Yes.
Q. Okay.

page 8

A. I believe I prescribed that for him.
Q. Okay. And then if you go back to Exhibit Number 1.
A. Yes, I did start him on Lipitor.
Q. Okay.
A. Okay.
Q. And that was for his hyperlipidemia, is that right?
A. Correct.
Q. And Lipitor, what type of drug is Lipitor?
A. It's a drug class called a statin. It's a drug designed to lower cholesterol.

[9:19] - [9:25] 4/25/2006 Michael Mikola, M.D.

page 9

THE WITNESS: I can probably clarify a little if you'd like. The typed notes are -- that say Carolina Health Specialists at the top are my office notes, the typed notes that say Grand Strand Regional Medical Center would be the hospital -- hospital notes and the handwritten note is a progress note from the hospital.

[11:9] - [11:13] 4/25/2006 Michael Mikola, M.D.

page 11

THE WITNESS: There is a typo on this page as well. Where it says, an EKG was obtained, it did show any significant ischemic changes, it should say, it did not show any significant ischemic changes.

[11:15] - [11:17] 4/25/2006 Michael Mikola, M.D.

page 11

Q. Okay. So there was an EKG that did not show any significant ischemic changes, right?
A. That's correct.

[21:8] - [21:12] 4/25/2006 Michael Mikola, M.D.

page 21

Q. And what kind of doctor is Vicki Allen?
A. She's a physician's assistant who works for the cardiologist.
Q. So she's not a doctor then, right?
A. Correct.

[21:24] - [22:2] 4/25/2006 Michael Mikola, M.D.

page 21

Q. For the record, what is ischemia?
A. Ischemia generally refers to an

page 22

inadequate blood supply to a muscle or tissue to an organ.

**Issues Report [Michael Mikola, M.D.]**

- **Merck's Counter Designations**

[22:12] - [22:23] 4/25/2006 Michael Mikola, M.D.

page 22

Q. Well, the reason I brought that up is that if you look at the -- Page 3 of 3, it was signed by Dr. Swami.
A. Yes.
Q. And I'm wondering does that appear to show that Dr. Swami -- Swami actually dictated this report?
A. No, sir.
Q. Oh, okay.
A. Vicki Allen most likely dictated it. Dr. Swami overread it and signed it is how -- the normal routine.

[23:15] - [24:7] 4/25/2006 Michael Mikola, M.D.

page 23

Q. Okay. Do you have the -- he was -- he was administered a Cardiolite exam?
A. Yes.
Q. Do you happen to have that record in front of you?
A. I do not believe so. I have a note from my office visit January 27th that refers to the test, but I don't have a copy of the test results.
Q. Okay. Do you know what the test results were?

page 24

A. According to my records, they showed a small abnormal area in the lateral wall of the heart.
Q. So there was -- was there lateral -- some mild lateral ischemia found?
A. That's what this stress test suggested, yes, sir.

[24:8] - [24:14] 4/25/2006 Michael Mikola, M.D.

π objection - calls for expert testimony

page 24

Q. And what does that mean?
A. Generally means one of two things, either some plaque development in the coronary artery that limits flow to that portion of the heart or it could be what's called a false positive, which is where you get an abnormal image without actual coronary disease.

[24:23] - [25:23] 4/25/2006 Michael Mikola, M.D.

page 24

Q. And why don't you tell the jury about your education, both undergraduate and med school.
A. I went to College of Charleston for my

page 25

undergraduate education. I attended the Medical University of South Carolina in Charleston for medical school for four years, from 1987 to 1991, and then I completed three years of internship and residency at the Medical University of South Carolina, 1991 through 1994, and received board certification for -- to practice internal medicine in 1994.
Q. And then from 1994 through 1999, where did you practice?
A. In Myrtle Beach, South Carolina, private practice.
Q. And you continued on practicing in

• **Merck's Counter Designations**

Myrtle Beach until 2004?
A. That's correct.
Q. What month in 2004 did you move to Charleston?
A. June of 2004.
Q. So you would have treated Mr. Barnett from October 22nd, 1999 until sometime in June of 2004, is that right?
A. Probably sometime in May. I think -- I believe I moved around the beginning of June.

[28:20] - [29:1] 4/25/2006 Michael Mikola, M.D.

page 28
Q. And do you know Dr. McCaffrey?
A. Yes, sir.
Q. What type of doctor is Dr. McCaffrey?
A. He's a neurologist.
Q. Okay. And so initially Dr. McCaffrey gave Vioxx to Mr. Barnett?
page 29
A. I believe that's correct.

[29:8] - [29:10] 4/25/2006 Michael Mikola, M.D.

page 29
themselves, but what did you prescribe Vioxx for?
A. For osteoarthritis, the pain associated with osteoarthritis.

[30:15] - [30:19] 4/25/2006 Michael Mikola, M.D.

page 30
Q. Why don't we do this, Doctor? Why don't we put the second page -- let's put that in the sequence where it belongs in Exhibit Number 4. So that would go beyond -- behind the one for 8/2.
A. Okay.

π objection: 401, 402, 403

[31:7] - [32:11] 4/25/2006 Michael Mikola, M.D.

page 31
Q. Doctor, what I tried to do with Exhibit Number 4 is -- is put together a group of your records that preceded the heart attack, but I also attached the first page, which appears to be recordings of blood pressures and other vital signs for Mr. Barnett, correct?
A. That's correct.
Q. So this would have been something done by your office, is that right?
A. My nurse would do it, yes, sir.
Q. Okay. Could we go to the second page which would be dated 3/21/00.
A. Okay.
Q. Under the assessment, will you read that into the record, Number 1, please.
A. Yes, sir. Hyperlipidemia. I will check a lipid profile. He inquires about Lipitor. Some of his friends have told them there are very -- and it should read few, which I'll write
page 32
in, side effects. If his LDL is significantly above 130, we will consider a trial of Lipitor on follow-up in eight weeks. He has a family history of coronary disease.
Number 2, osteoarthritis. Stable on Vioxx.
Number 3, gastroesophageal reflux

**Issues Report [Michael Mikola, M.D.]**

• **Merck's Counter Designations**

disease. We will continue Prilosec lifelong, 20 milligrams a day. I will see him in six months for follow-up with lipids or sooner if we start him on Lipitor.

[34:14] - [34:16] 4/25/2006 Michael Mikola, M.D.

page 34

Q. Okay. Go to the next page, which is 12/28/2000.
A. Yes, sir.

[34:21] 4/25/2006 Michael Mikola, M.D.

page 34

Q. Go ahead, read on.

[35:6] - [35:14] 4/25/2006 Michael Mikola, M.D.

page 35

Q. Okay. If we can go to the assessment and plan, can you read that first --
A. Hypertension?
Q. -- note under hypertension. Yes.
A. Hypertension. His blood pressure is acceptable although a little elevated today at 138. He states in the community it is under better control. He is anxious because he is on over-the-counter sinus medicines.

[36:24] - [37:18] 4/25/2006 Michael Mikola, M.D.

page 36

Q. Would you read Number 5 into the record, please.

page 37

A. Reflux and esophageal dilatation. Continue lifelong Prilosec therapy. I did recommend some over-the-counter Advil or Aleve for about five to seven days for his shoulder discomfort.
Q. Okay. So that was in addition to his regular Vioxx that he was getting for his neck or back pain, right?
A. Generally I would have -- it's not clear from the record. Generally I don't recommend that people take them together.
Q. But if he took Vioxx during that period, would that have been a problem for him?
A. No, it's just that Advil, Aleve and Vioxx generally in terms of pain and inflammation work by the same mechanism and there's probably little additional benefit of taking two different drugs with the same mechanism of action.

[39:10] - [39:18] 4/25/2006 Michael Mikola, M.D.

page 39

Q. Okay. Let's go down to AP under Number 1. Would you read that into the record.
A. Tinea unguium. He states the Lamisil was not effective. He took it for three months. I'm going to give him a trial of a Sporanox PulsePak. He will have LFTs after the first week of therapy.
Q. Okay. Now, what is Sporanox?
A. Sporanox is an antifungal medicine.

π objection: 401, 402, 403 irrelevant to Plaintiff's heart condition and injuries that are a subject of this litigation

**Issues Report [Michael Mikola, M.D.]**

- **Merck's Counter Designations**

[55:4] - [55:6] 4/25/2006 Michael Mikola, M.D.

page 55

Q. And was this something that when the sales reps would talk to you, they would discuss with you?

[55:11] - [55:12] 4/25/2006 Michael Mikola, M.D.

page 55

THE WITNESS: I don't recall the specifics of the discussions.

[55:14] - [55:16] 4/25/2006 Michael Mikola, M.D.

page 55

Q. What generally do you -- can you tell us about the sales rep discussions regarding Naproxen?

[55:18] - [56:4] 4/25/2006 Michael Mikola, M.D.

page 55

THE WITNESS: Generally -- let me back up and say that my wife was a sales rep and she's worked for different companies over the years. Generally the detailing from the reps, I try to get my medical education from journal articles. Usually I've requested the reps give me the actual articles or reprints of the articles versus detailing so they would generally call on me -- if

page 56

I had questions, they would answer them or refer -- make a referral for a request from their company for further information, but generally they didn't do a lot of detailing.

[76:17] - [76:24] 4/25/2006 Michael Mikola, M.D.

page 76

Q. Exhibit 15, Page 1 and 2 appear to be a discharge summary with copies going to you, but -- and Dr. Karavan from Brian D. Schreckengast?

A. Correct.

Q. And who is he?

A. He was a physician's assistant who worked for the cardiothoracic surgeons at Grand Strand Hospital in Myrtle Beach.

[77:22] - [78:2] 4/25/2006 Michael Mikola, M.D.

page 77

Q. Okay. And would you also read the discharge diagnosis into the record, please.

A. Non-Q wave myocardial infarction, coronary artery disease, hyperlipidemia, systemic

page 78

hypertension, gastroesophageal reflux disease and diverticulosis.

[79:11] - [79:13] 4/25/2006 Michael Mikola, M.D.

page 79

Q. Let me stop. You -- you prescribed him Sporanox?

A. Correct.

π objection: 401, 402, 403 Sporonox is prescribed for toe fungus and has no direct bearing on Plaintiff's condition that is a subject of this litigation

If allowed, for completeness, 79:14-16 should be played.

- **Merck's Counter Designations**

[83:8] 4/25/2006 Michael Mikola, M.D.

page 83

Q. Is that a typo, should be relieved?

[107:17] - [107:22] 4/25/2006 Michael Mikola, M.D.

page 107

Q. Okay. And if you look at the first page of Exhibit Number 21, it's a visit that Mr. Barnett made to you after his heart attack, about six months after his heart attack, is that right?

A. Yes, sir.

[108:25] - [109:11] 4/25/2006 Michael Mikola, M.D.

page 108

Q. Okay. And then read Number 1.

page 109

Actually, read Number 4 -- Number 4.

A. Four. Osteoarthritis. Stable. He inquires about the safety of Celebrex versus Vioxx for coronary artery (sic) disease. I informed him that I do not think either drug is cardioprotective, nor do I believe that either is likely to significantly improve -- and that's a typo, it should read increase -- his risk of heart disease, as long as he continues on his baby aspirin and Plavix and treat his modifiable risk factors.

[109:16] - [109:20] 4/25/2006 Michael Mikola, M.D.

page 109

Q. So from your review of the literature at that point in time, March 24th, '03, it was your understanding that the drug was -- neither Celebrex nor Vioxx was cardioprotective, is that right?

A. That's correct.

[109:21] - [109:24] 4/25/2006 Michael Mikola, M.D.

page 109

Q. And that at that point in time at least, you did not believe that either drug significantly increased the risk of heart disease?

A. That's correct.

[157:4] - [158:4] 4/25/2006 Michael Mikola, M.D.

page 157

Q. Did you understand, Mr. Barnett, that the questions that you were being asked about what you would have done were based on hindsight?

A. Yes, sir.

Q. You understand that the questions you were asked about what you would have done concerning Vioxx were based on documents that were created -- some of which were created after you treated Mr. Barnett?

A. Yes, sir.

Q. You understand that some of the documents that you saw that you were asked about by Mr. Barnett's lawyers included documents that were generated after the withdrawal of Vioxx?

A. Yes, sir.

Q. And those sorts of materials were not available to you at the time you were making a treatment decision for Mr. Barnett, right?

π's objection: leading, coll, vague ambiguous

**Issues Report [Michael Mikola, M.D.]**

π objection: 611, vague, ambiguous, leading, calls for speculation

• **Merck's Counter Designations**

A. That's correct.
Q. And it's a different thing to ask you why you made the decision you made to prescribe Vioxx to Mr. Barnett back at the time you were
page 158
prescribing it to him as opposed to what would you have done if you had all of this information that was obtained subsequent to your treatment of Mr. Barnett, correct?

[158:6] - [158:10] 4/25/2006 Michael Mikola, M.D.

page 158
THE WITNESS: I'd say the difference is at the time I didn't know that Vioxx was going to be withdrawn from the market and knowing that it was going to be withdrawn from the market, I would not have used it.

[159:13] - [159:17] 4/25/2006 Michael Mikola, M.D.

page 159
Q. When you were making treatment decisions for Mr. Barnett and prescribing Vioxx, were you or were you not relying on the medical information that was available to you at the time?
A. That's correct.

[162:20] - [169:18] 4/25/2006 Michael Mikola, M.D.

page 162
Q. I believe you said in response to Mr. Robinson's questions that you prescribed Vioxx to Mr. Barnett because he had osteoarthritis?
A. Yes, sir, that was the indication for the prescription.
Q. What is osteoarthritis?
page 163
A. Osteoarthritis is a degenerative disease involving the joints summarized largely by wearing out and deterioration of the cartilage which serves not only as a cushion between the bones so that they articulate smoothly with one another, but it also makes joint fluid that bathes the joint to keep the inflammation down to keep movement smooth and range of motion preserved.
Q. So if people have healthy cartilage, that allows their bones to sort of glide over one another without causing pain?
A. Um-hum. Usually, yes.
Q. Do you agree that for many people, including Mr. Barnett, osteoarthritis is a serious health problem?
A. Yes.
Q. Why is that?
A. Especially for someone like Mr. Barnett, if their arthritis is untreated, it can limit their ability to exercise and stay active. And in an individual with a family history of heart disease and high cholesterol, exercise is an important part of reducing his risk factors for vascular disease. It can also lead to other debilitation that makes weight loss more difficult.
page 164
If you're unable to exercise due to the pain of arthritis and -- it can complicate a lot of other medical issues.
Q. When you said that osteoarthritis might prevent individuals like Mr. Barnett from exercising, why is that a problem for somebody like

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

Mr. Barnett?
A. It causes them pain. Generally if they do a lot of physical activity, the joints that are involved will become painful and it can limit their ability to exercise, walk --
Q. Ex --
A. -- specifically walk. Jogging is very painful for them. Some people can ride a stationary bicycle depending on if their knees are involved, but if their knees are significantly involved, that may be limited as well.
Q. Is it true that the more exercise people like Mr. Barnett are able to do, the lower their chances are of developing heart disease or a heart attack?
A. Yes, sir. I would say the more exercise that they do do versus able to do reduces their chance of heart attacks and vascular events.
Q. Has it been your experience, sir, that

page 165

osteoarthritis can adversely affect a patient's quality of life?
A. Yes, sir.
Q. Have you seen that osteoarthritis can be so painful that it can lead to depression and stress?
A. Yes, sir.
Q. Are you aware of whether osteoarthritis is one of the most frequent causes of disability in the United States?
A. I know it's a frequent cause of disability, yes, sir.
Q. In your years of treating osteoarthritis, have you tried different pain and antiinflammatory medication for your patients?
A. Yes, sir.
Q. Have you used narcotics on occasion for your patients who have osteoarthritis?
A. Yes, sir.
Q. Can you describe for the ladies and gentlemen of the jury what the benefits and some of the significant risks are of narcotics to treat osteoarthritis.
A. The benefits are that they're very effective in terms of pain control. Typically

page 166

there is sort of a ceiling effect of antiinflammatory medicines on how much pain they will relieve and in some patients -- and I've used both together. Some patients are not adequately relieved by antiinflammatory medicines and nonnarcotic analgesics. And the narcotics are more potent and they're able to provide relief of more severe pain generally than the antiinflammatory medicines are.
Some of the complications, constipation is a very common problem, impairment in coordination. In elderly persons, narcotics can increase the risk of falling and having fractured bones as a result and more commonly in elderly patients, it can cause confusion. I should say confusion is more common in elderly patients treated with narcotics.
Q. Can narcotics also be addictive?
A. Yes, sir.
Q. Can they also impair thinking of those who take them?
A. Yes, sir.
Q. Can narcotics also have a side effect of causing drowsiness?

π objection: 401, 402, 403 Irrelevant as Plaintiff is not afflicted by depression, generalized testimony not applicable to Plaintiff. Testimony regarding treatments and their limitations irrelevant as Plaintiff did not receive them from Dr. Mikola, nor did he require treatment for the side effects described.

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

A. Yes, sir.

page 167

Q. Have you also used aspirin in trying to treat osteoarthritis?

A. Very rarely.

Q. Why is that?

A. Generally the dose of aspirin necessary to treat the symptoms of osteoarthritis have a higher risk of causing gastrointestinal problems than effective doses of especially specifically COX-2 inhibitors.

Q. What are some of the gastrointestinal problems that you understand aspirin can cause?

A. Gastritis, which is an inflammation in the lining of the stomach. It can cause gastric erosions and ulcerations and they can also cause -- or aspirin can also cause intestinal ulceration as well.

Q. Can aspirin also cause stomach bleeds?

A. Yes, sir.

Q. Have you also tried prescribing traditional or nonselective NSAIDs?

A. Yes, sir.

Q. Which NSAIDs have you prescribed to your patients in the past, sir, if you can remember them?

A. Relafen, which is nabumetone,

page 168

Piroxicam, Voltaren, which is diclofenac, Clinoril, which is sulindac, Naproxen, ibuprofen, Ketoralac, salicylate of magnesium or magnesium salicylate, which is a nonacetylated salicylate similar to aspirin but a little bit different.

Q. I don't understand what that means. Can you --

A. It's the way the molecule is produced chemically. It is in theory a little bit less likely to cause stomach ulceration than plain aspirin in theory.

Q. Okay.

A. And I think those are probably the main ones.

Q. Do you still prescribe most of those NSAIDs today?

A. Not that often since Advil and Aleve are over-the-counter now. I usually would prescribe the over-the-counter medication because it's a lot less expensive for most folks. And I do also prescribe some Celebrex still.

Q. Can you describe some of the potential side effects of NSAIDs that you've seen in your practice, sir.

A. Same -- it would be essentially the

page 169

same as aspirin, stomach problems including -- ranging from ulcers to bleeding. They can occasionally raise blood pressure. It can cause edema.

Q. What is edema?

A. Swelling, fluid retention, most prominently seen around the ankles.

Q. Can they cause kidney complications as well?

A. Yes, sir.

Q. Are you aware that the stomach complications of NSAIDs can be a serious health problem?

A. Yes, sir.

Q. Do you know, sir, and did you while you were prescribing Vioxx to Mr. Barnett that

π objection: 401, 402, 403 irrelevant testimony regarding GI bleeds and ulcers as a limitation to NSAID therapy. The Plaintiff did not seek treatment for these conditions from Dr. Mikola, nor did he suffer from edema / kidney complications as a result of taking NSAIDs.