Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

```
              17   thousands of people are hospitalized or die each
              18   year from GI bleeds as a result of taking NSAIDs?
```

*π objection: Please see previous page.*

[169:20]        4/25/2006   Michael Mikola, M.D.
```
              page 169
              20                  THE WITNESS:  Yes, sir.
```

[169:22] - [172:10]   4/25/2006   Michael Mikola, M.D.
```
              page 169
              22         Q.   When did you start prescribing COX-2
              23   inhibitors or selective NSAIDs?
              24         A.   Probably within a few months of their
              25   introduction into the United States market.  I
              page 170
              1    don't remember the exact year.  I believe Vioxx and
              2    Celebrex came to market relatively close in time.
              3    If I remember correctly, within a few months after
              4    they hit the US market or were approved by the FDA
              5    for sale in the United States.
              6          Q.   Why did you prescribe Celebrex and
              7    Vioxx rather than traditional NSAIDs for some of
              8    your patients?
              9          A.   Generally because I believed that the
              10   safety specifically for gastrointestinal
              11   complications was superior with the COX-2
              12   inhibitors versus the traditional nonselective
              13   NSAIDs.
              14         Q.   And do you know why that is that COX-2
              15   inhibitors are more beneficial to the stomach than
              16   traditional NSAIDs?
              17         A.   COX-2 inhibition reduces
              18   inflammation -- generally reduces inflammation.
              19   COX-1 inhibition reduces the production of
              20   prostaglandin E2, which is a prostaglandin
              21   necessary for the stomach to make a protective
              22   mucous coating, and if you block that prostaglandin
              23   with a nonselective agent, number one, the stomach
              24   is unable to make the protective mucouses
              25   effectively and it makes them prone to develop
              page 171
              1    erosions and ulcerations from the stomach acids.
              2          Q.   Did you consider the availability of
              3    COX-2 inhibitors to be a major advance for the
              4    treatment of arthritis and acute pain?
              5          A.   In terms of GI safety, yes.
              6          Q.   Can you describe, sir, your general
              7    experience with Vioxx while you were prescribing it
              8    when it was on the market, sir?
              9          A.   I had very good success with it.
              10   Occasionally I would see some patients with stomach
              11   upset and GI side effects.  If I -- and don't quote
              12   me on the number, but I saw over the course of
              13   several years maybe three or four patients with GI
              14   bleeding, but for the most part, it was very well
              15   tolerated, very effective.  In my experience
              16   treating patients with COX-2 inhibitors or
              17   nonselective agents, much of the treatment
              18   unfortunately is sort of trial and error.  Some
              19   people will get a really good response to one drug
              20   and not such a good response to another.  So you'll
              21   generally put them on one.  If they do well on it,
              22   continue it, if not, then we'll switch to another.
              23         Q.   Were you pleased while you were using
              24   Vioxx to have it as a choice to treat patients
              25   with?
              page 172
              1          A.   Yes, sir.
              2          Q.   Did you feel that Vioxx was effective
```

*π objection: 401, 402, 403. The plaintiff did not suffer from GI bleeds, not applicable to plaintiff's condition.*

Issues Report [Michael Mikola, M.D.]

*π objection: Please see previous page.*

• **Merck's Counter Designations**

```
 3     at treating pain?
 4         A.    Yes, sir.
 5         Q.    Did you feel that Vioxx allowed
 6     patients to lead more active and functional lives?
 7         A.    Yes, sir.
 8         Q.    Did you feel that Vioxx was more
 9     tolerable than many of the other NSAIDs?
10         A.    Yes, sir.
```

[180:3] - [182:8]       4/25/2006    Michael Mikola, M.D.

```
page 180
 3         Q.    How would you describe your
 4     interactions with Merck sales representatives who
 5     were detailing Vioxx other than your wife?
 6         A.    Generally not only Merck but most of
 7     the pharmaceutical reps I would typically prefer
 8     not to be detailed to extent and generally I would
 9     ask them for copies of the original articles from
10     which they drew their detail pieces.
11               When you practice medicine, I'll see
12     the Pfizer rep come in and tell me why Lipitor is
13     the best drug.  Three minutes later, the Merck rep
14     comes in and tells me why Zocor is the best drug.
15     Three minutes later, the Novartis rep will come in
16     and tell me why Lescol is the best drug.  They
17     can't all be right.  They have a lot of glossies
18     and detail pieces which contain factual
19     information, but it generally doesn't contain all
20     the information available.  So I would generally
21     ask that they not particularly detail me but
22     present me with the original articles from -- that
23     I could read it and draw my own conclusion.
24         Q.    Was that your practice while you were
25     prescribing Vioxx, sir?
page 181
 1         A.    Yes, sir.
 2         Q.    Did you find that Merck sales
 3     representatives were professional with you?
 4         A.    Yes, sir.
 5         Q.    Did you feel that they were trying to
 6     hide any information about safety?
 7         A.    No, sir.
 8         Q.    Did any representative of Merck ever
 9     refuse to answer or avoid questions you had about
10     Vioxx?
11         A.    If I had questions that they could not
12     answer, they would -- either because they didn't
13     know the answer or they weren't allowed to speak
14     off label, they would generally submit my question
15     to Merck for a written response so no.
16         Q.    What do you mean when you say they
17     could not speak about Vioxx off label?
18         A.    As I understand it, the FDA has rules
19     and regulations about what drug reps can and can't
20     say to physicians.  They are allowed to give you
21     information from the package insert, but in order
22     for them to present us with a detail piece of
23     information, it has to be approved first by either
24     the FDA or some regulatory board to make sure that
25     they don't presumably pass misinformation.
page 182
 1         Q.    Did you find that Merck sales
 2     representatives who were detailing you on Vioxx
 3     were responsive to your questions?
 4         A.    Yes, sir.
 5         Q.    Did you ever feel that Merck sales
 6     representatives were dodging or trying to avoid
 7     your questions?
 8         A.    No, sir.
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

[182:22] - [183:1]     4/25/2006     Michael Mikola, M.D.
```
page 182
22              Was it helpful to you to be able to
23   obtain scientific information directly from Merck
24   about questions you had rather than a sales
25   representative?
page 183
1         A.   Yes.
```

[183:20] - [184:23]     4/25/2006     Michael Mikola, M.D.
```
page 183
20         Q.   When you prescribe medications to
21   patients, do you make a risk-benefit assessment of
22   the drug that you're prescribing?
23         A.   Yes, sir.
24         Q.   Can you explain what that means.
25         A.   Yes.  As I alluded earlier, all drugs
page 184
1    have potential side effects and most drugs
2    hopefully that we -- all drugs hopefully that we
3    prescribe have potential benefits.  And when you --
4    or when I prescribe a drug to a patient, I evaluate
5    the potential risks versus the potential benefits.
6    Generally I'll discuss it with the patient and then
7    you come up with a decision regarding whether that
8    drug is appropriate for that patient or that the
9    benefits outweigh the risks basically.
10        Q.   Are there risks with every medicine
11   that's sold in the United States?
12        A.   Yes, sir.
13        Q.   Do you attempt to weigh those risks,
14   however tiny, against the benefits of a medicine
15   and make the best medical judgment you can?
16        A.   Yes, the -- the -- if you have a drug
17   that has a lot of potential benefit and a very,
18   very, very rare but serious complication, from a
19   statistical standpoint, patients are much more
20   likely to get the benefit from the side -- adverse
21   effect even though the adverse effect may be
22   serious.  So the frequency of adverse effects is
23   important to determine the ratio.
```

*Handwritten annotation:* π's objection: 401, 402, 403. The risks associated with other medicines in the US is not relevant to this case.

[185:11] - [185:25]     4/25/2006     Michael Mikola, M.D.
```
page 185
11        Q.   Is it true that FDA-approved package
12   inserts are one of your primary sources of
13   information concerning the benefits and risks of
14   medicines you prescribe?
15        A.   Yes, sir.
16        Q.   When you review package inserts for
17   medicines you prescribe, you make sure you're
18   familiar with all aspects of the package insert,
19   right?
20        A.   I read the all package -- all aspects
21   of the package insert, yes, sir.
22        Q.   So for Vioxx you make it a point to
23   review the contraindications, the warnings and the
24   precautions section, right?
25        A.   Yes, sir.
```

[186:21] - [187:4]     4/25/2006     Michael Mikola, M.D.
```
page 186
21        Q.   Do you rely on the Food and Drug
22   Administration to review the scientific data about
23   a medicine and determine what the risks and the
24   benefits are?
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
                          25        A.   To a very large extent, yes, sir.
                          page 187
                          1         Q.   Because you're not capable of reviewing
                          2    every e-mail or every theory that somebody within a
                          3    drug company might have?
                          4         A.   That's correct.
```

[191:3] - [191:7]         4/25/2006    Michael Mikola, M.D.

```
                          page 191
                          3         Q.   Mr. Mikola -- I'm sorry, Dr. Mikola,
                          4    I've handed you Exhibit 30, which appears to be a
                          5    set of Mr. Barnett's medical records from your
                          6    former office, doesn't it?
                          7         A.   That's correct.
```

[191:14] - [192:13]       4/25/2006    Michael Mikola, M.D.

```
                          page 191
                          14        Q.   -- okay?  Starting on the first page,
                          15   October 22nd of 1999, this is the first day that
                          16   Mr. Barnett came to see you?
                          17        A.   Yes, sir.
                          18        Q.   What do you do when a patient first
                          19   comes to see you?
                          20        A.   Generally we do what's called a history
                          21   and physical, which basically entails taking a
                          22   history of their previous medical problems, current
                          23   medications, drug allergies, family history and
                          24   current symptoms.  After that we'll do an exam -- a
                          25   physical examination and typically develop a plan
                          page 192
                          1    for their ongoing healthcare and any acute needs
                          2    that they have at the time.
                          3         Q.   The first two pages of Exhibit 30 are
                          4    your office notes from that first visit with
                          5    Mr. Barnett, right?
                          6         A.   That's correct.
                          7         Q.   Turning your attention in the first
                          8    page to past medical history, do you see the first
                          9    entry, elevated lipids?
                          10        A.   Yes, sir.
                          11        Q.   What does that mean?
                          12        A.   That means his cholesterol has been
                          13   high in the past.
```

[197:25] - [198:13]       4/25/2006    Michael Mikola, M.D.

```
                          page 197
                          25        Q.   Was it significant to you that his
                          page 198
                          1    mother had TIA's, hypertension, his father had died
                          2    of coronary disease and possibly hypertension and
                          3    his sister had mini strokes at age 45?
                          4         A.   Yes, sir.
                          5         Q.   Why?
                          6         A.   It tells me that he may be genetically
                          7    at higher risk of having vascular disease.
                          8         Q.   Was it your belief --
                          9         A.   I should say arterial vascular disease.
                          10        Q.   Was it your belief, Dr. Mikola, that    π's objection: Speculation
                          11   Mr. Barnett was at risk of heart disease and a
                          12   heart attack given his family history?
                          13        A.   Yes, sir.
```

[204:13] - [204:24]       4/25/2006    Michael Mikola, M.D.

```
                          page 204
                          13        Q.   Did you record in various medical
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
14   records here, sir, that Mr. Barnett was stable
15   while taking Vioxx?
16        A.   Yes, sir.
17        Q.   What did that mean when you said stable
18   on Vioxx?
19        A.   That meant that his symptoms were under
20   control and he did not show evidence of significant
21   side effects.
22        Q.   Is that why you continued to prescribe
23   Vioxx, sir, to him?
24        A.   Yes, sir.
```

[205:15] - [208:9]    4/25/2006   Michael Mikola, M.D.

```
page 205
15        Q.   I'm going to mark as Exhibit 31 a
16   medical record, sir --
17             (DFT. EXH. 31, Grand Strand Regional
18   Medical Center medical record for Gerald Barnett,
19   was marked for identification.)
20   BY MR. GOLDMAN:
21        Q.   I think you need to look at that.
22        A.   Okay.
23        Q.   That I'll identify as
24   BarnettG-GrandStrandRMC 15.  You can just take a
25   minute to look at it and I'll ask you some
page 206
1    questions.
2         A.   Okay.
3         Q.   Is this your dictation of what occurred
4    with Mr. Barnett in the January 19th, 20th time
5    frame of 2000?
6         A.   Yes, sir.
7         Q.   Directing your attention to the fifth
8    sentence.  What does it say starting with after,
9    after he was told?
10        A.   After he was told he may require
11   cardiac catheterization, he became quite anxious.
12        Q.   You can continue.
13        A.   This lasted a few seconds and resolved
14   without any specific treatment.  He had an episode
15   of chest pain, fairly severe, in the ER.  He took a
16   sublingual nitroglycerin and pain was resolved
17   within 30 seconds.
18        Q.   You can stop there.  Do you remember,
19   Doctor, that you thought he might need to have a
20   cardiac catheterization in January of 2000?
21        A.   Yes, sir.
22        Q.   What is a cardiac catheterization and
23   why did you think that he might need one?
24        A.   A cardiac catheterization is a
25   diagnostic test where the cardiologist threads a
page 207
1    catheter into an artery either in the arm or the
2    leg and runs it through the artery up into the
3    heart.  They then inject dye which they can see on
4    fluoroscopy or on moving x-ray into the coronary
5    arteries and take pictures of the dye filling the
6    arteries.
7         Q.   What are the coronary arteries?
8         A.   Arteries to the heart.
9         Q.   Please continue.
10        A.   That gives them an indication or an
11   idea about plaque development, movement of the
12   heart muscle to see if there are areas not -- that
13   are not moving properly that you may see in a
14   previous heart attack and also how well the heart's
15   pumping, the strength of the heartbeat.
16        Q.   So you thought that -- that it was
17   possible that he would need a cardiac
```

*[handwritten annotation: π's objection: speculation]*

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

```
         18    catheterization in January of 2000, but as I
         19    understand it, Mr. Barnett didn't want to go that
         20    route?
         21         A.    That's correct.
         22         Q.    Why not?
         23         A.    My best guess is he was just too scared
         24    of the procedure.  With -- with a heart
         25    catheterization when the cardiologist talks to the
    page 208
          1    patient about it, generally they'll quote odds of
          2    about one to a thousand -- one to a thousand chance
          3    of dying or one to 10,000.  Those statistics are
          4    for all heart catheterizations and many of the
          5    people that get heart catheterizations are in the
          6    midst of an acute MI or an acute heart attack and
          7    their risk is a lot higher, but Mr. Barnett was
          8    quite anxious and didn't want to have the
          9    catheterization done.
```

*[handwritten: π's objection: Speculation]*

[210:15] - [211:15]          4/25/2006    Michael Mikola, M.D.

```
    page 210
         15         Q.    Dr. Mikola, while we were at a break,
         16    you told us that there was something you wanted to
         17    clarify in this Exhibit 31.
         18         A.    Yes, sir.  I probably dictated it out
         19    of order.  What occurred when I talked to him about
         20    the heart catheterization, it says he did brady
         21    down into the 30's after he was told he may require
         22    a cardiac catheterization.
         23         Q.    What does that mean, first of all,
         24    brady down into the 30's?
         25         A.    When I talked to him about the cardiac
    page 211
          1    catheterization, that he may need one, he almost
          2    passed out.  Brady down means his pulse went down
          3    to 30, 30 beats a minute, and he almost lost
          4    consciousness.  He fainted basically and
          5    fortunately he was in bed and didn't fall.  But
          6    that's how apprehensive he was about the heart
          7    catheterization.
          8         Q.    Is that one reason why you felt it
          9    wasn't necessary to do the catheterization and to
         10    go a more conservative route?
         11         A.    I don't think he would have agreed to a
         12    catheterization.  And that's the decision made
         13    between the patient and the cardiologist
         14    ultimately, but he was not at that time interested
         15    in having a cardiac catheterization.
```

*[handwritten: π's objection: Speculation]*

[214:10] - [214:25]          4/25/2006    Michael Mikola, M.D.

```
    page 214
         10         Q.    Recognizing that Mr. Barnett was
         11    indicated for aspirin in light of his ischemia
         12    condition in January of 2000, did you recommend
         13    that he should take aspirin on a daily basis?
         14         A.    I don't recall specifically.  I
         15    would -- I would have assumed that I did, but I
         16    don't recall specifically.  My -- my page with my
         17    medicine list in it, which is where I would record
         18    the medicines that I had him on, are not in the
         19    documents.
         20         Q.    Do you agree in light of Mr. Barnett's
         21    age at this time, 56 years old, his family history
         22    of heart disease, his high cholesterol and his
         23    ischemia in January of 2000 that he was indicated
         24    for aspirin?
         25         A.    Yes, sir.
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

| | | |
|---|---|---|
| [216:4] - [217:13] | 4/25/2006 | Michael Mikola, M.D. |

```
page 216
 4         Q.   Under hyperlipidemia on the second page
 5    it indicates in the middle he did lower his LDL
 6    from 190 to 152 with dietary changes and further
 7    decisions regarding his therapy will be made after
 8    the results of his cardiac work-up.  Do you see
 9    that?
10         A.   Yes, sir.
11         Q.   How would you describe an LDL level of
12    190?
13         A.   High.
14         Q.   How would you describe an LDL level of
15    152?
16         A.   Still high.  I should clarify if I may,
17    the recommendations for lipid levels have changed
18    in the last few years.  Prior to that time, it was
19    recommended that if you don't have two or more risk
20    factors for heart disease, a goal of LDL less than
21    130 is acceptable.  They've subsequently lowered it
22    to 120.  If you have coronary disease, it's
23    recommended that you get it below 100.  So that's
24    why -- that's just -- the target is different
25    depending on risk factors or the presence of
page 217
 1    disease.
 2         Q.   Mr. Barnett had multiple risk factors
 3    for heart disease, didn't he?
 4         A.   He had two, yes, sir.
 5         Q.   High cholesterol?
 6         A.   Well, three, male sex, he's a male.
 7         Q.   Male, high cholesterol?
 8         A.   Family history.
 9         Q.   Family history.  Did you consider
10    Mr. Barnett's sex -- gender, male, his high
11    cholesterol and his family history to be risk
12    factors for heart disease in January of 2000?
13         A.   Yes, sir.
```

| | | |
|---|---|---|
| [221:23] - [222:12] | 4/25/2006 | Michael Mikola, M.D. |

```
page 221
23         Q.   You understand that in September of
24    2002 when Mr. Barnett had a cardiac
25    catheterization, it was determined that he had six
page 222
 1    vessels that were occluded, several of which were
 2    above 80 percent?
 3         A.   Yes.  He had at least five.
 4         Q.   And it's your understanding that if you
 5    have normal stress tests over time, that doesn't
 6    mean that you don't have plaque build-up in your
 7    arteries?
 8         A.   That's absolutely correct.
 9         Q.   It's only until you have 70 percent, in
10    your view, or more occlusion that a stress test
11    might pick up the reduced blood flow?
12         A.   That's correct.
```

| | | |
|---|---|---|
| [224:17] - [225:1] | 4/25/2006 | Michael Mikola, M.D. |

```
page 224
17         Q.   Is it also your understanding,
18    Dr. Mikola, that atherosclerosis builds up over
19    time and gets progressively worse?
20         A.   Atherosclerosis, yes, sir.
21         Q.   I know you didn't look inside
22    Mr. Barnett's arteries in January of 2000, but
23    based on the diagnosis of ischemia, that would
```

π objection; leading, 602
speculation, leading

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

```
                              24    suggest that he had plaque and atherosclerotic
                              25    lesions before January of 2000, right?
                              page 225
                              1           A.   Yes, sir.
```

π objection: 602, speculation, leading

[225:10] - [225:13]    4/25/2006    Michael Mikola, M.D.

```
                              page 225
                              10          Q.   Is it your understanding or not, sir,
                              11    that it takes many years for plaque to develop and
                              12    atherosclerotic lesions to develop to the point
                              13    where you have ischemia?
```

π objection: vague, incomplete hypothetical, calls for expert testimony

[225:15]    4/25/2006    Michael Mikola, M.D.

```
                              page 225
                              15               THE WITNESS:   Yes, sir, that's correct.
```

[233:4] - [233:10]    4/25/2006    Michael Mikola, M.D.

```
                              page 233
                              4           Q.   Turning your attention to Exhibit 30 on
                              5     the Bates stamp at the bottom Huberty 4.  Tell me
                              6     when you're there.
                              7           A.   Okay.  Yes, sir.
                              8           Q.   Is this an office record of yours for
                              9     Mr. Barnett dated January 27th of 2000?
                              10          A.   That is correct.
```

[234:4] - [235:5]    4/25/2006    Michael Mikola, M.D.

```
                              page 234
                              4                Can you please read, Dr. Mikola, what
                              5     you wrote in the second to last and last sentence
                              6     under history of present illness.
                              7           A.   Yes, sir, it's referring to chest pain.
                              8     He thinks it may have been related to stress and
                              9     exercising after a layoff and overuse.  It is
                              10    nearly resolved.
                              11          Q.   What did you understand Mr. Barnett to
                              12    mean -- to mean when he said that he thought it may
                              13    have been related to stress?
                              14          A.   The episode of chest pain.
                              15          Q.   Do you know what stress Mr. Barnett was
                              16    under in January of 2000?
                              17          A.   Not specifically, no, sir.
                              18          Q.   Do you remember that Mr. Barnett's wife
                              19    was unfortunately diagnosed with neck and head
                              20    cancer in 1999?
                              21          A.   Now that you mention it, I do recall
                              22    that, yes, sir.
                              23          Q.   Can that be a stressful event?
                              24          A.   Definitely.
                              25          Q.   Can stress affect plaque formation and
                              page 235
                              1     the development of heart disease?
                              2           A.   Yes, we believe that it can.
                              3           Q.   Can stress be related to the
                              4     development of ischemia?
                              5           A.   Yes.
```

π objection: leading

π objection: speculation, 401, 402, 403, 701-705 - calls for expert testimony

[237:6] - [237:13]    4/25/2006    Michael Mikola, M.D.

```
                              page 237
                              6           Q.   Based on your experience with ischemia
                              7     and these stress test results, I think you said
                              8     before that you would believe that the patient who
                              9     was diagnosed with ischemia would have developed
                              10    plaque and coronary artery disease?
```

π objection: 401, 402, 403, incomplete hypothetical, speculation

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

```
                              11           A.   The patient diagnosed with ischemia is
                              12   likely to have significant coronary disease and
                              13   plaques, yes.
```
π objection: please see previous page

[237:24] - [238:2]    4/25/2006    Michael Mikola, M.D.
```
                    page 237
                    24           Q.   To be clear, Mr. Barnett in January of
                    25   2000 had coronary heart disease that had been
                    page 238
                    1    developing over years?
                    2            A.   I believe that's the case, yes, sir.
```

[244:1] - [244:4]    4/25/2006    Michael Mikola, M.D.
```
                    page 244
                    1            Q.   Either way, whether he was taking
                    2    Feldene or Vioxx, you didn't believe that either
                    3    one contributed in any way to his ischemia
                    4    condition, true?
```
π objection: 602, speculation

[244:6] - [244:7]    4/25/2006    Michael Mikola, M.D.
```
                    page 244
                    6                 THE WITNESS:   I don't believe that
                    7    either one contributed to his atherosclerosis.
```

[249:22] - [251:6]   4/25/2006    Michael Mikola, M.D.
```
                    page 249
                    22           Q.   Can you turn in Exhibit 30 to Huberty
                    23   29.
                    24           A.   Yes, sir.
                    25           Q.   Is this a blood test based on blood
                    page 250
                    1    drawn on March 24th of 2000, sir?
                    2            A.   Yes, sir.
                    3            Q.   What does this indicate about
                    4    Mr. Barnett's LDL cholesterol?
                    5            A.   This is the blood that he had -- that
                    6    he was supposed to have before the 21st that I
                    7    asked him to come back and get.  It indicated that
                    8    his cholesterol is significantly elevated.
                    9            Q.   What is the number indicated after LDL
                    10   cholesterol?
                    11           A.   174.
                    12           Q.   Is that significantly high to you, sir?
                    13           A.   Yes, sir.
                    14           Q.   And how about his total cholesterol?
                    15           A.   250.
                    16           Q.   I'm not sure if this will come up by
                    17   the time the jury sees this video, but what is LDL
                    18   cholesterol?
                    19           A.   LDL is the subfraction of cholesterol
                    20   that we attribute largely to the plaque-forming
                    21   process.  Cholesterol generally doesn't float
                    22   around in the bloodstream on its own.  It's bound
                    23   to proteins and a protein-cholesterol complex is
                    24   referred to as HDL, LDL, VLDL, IDL.  There are
                    25   several different types, but epidemiologically most
                    page 251
                    1    data would suggest that high levels of LDL
                    2    cholesterol in appropriate patients will increase
                    3    the risk of vascular disease.
                    4            Q.   And is LDL cholesterol otherwise known
                    5    as bad cholesterol?
                    6            A.   Yes, sir.
```

- **Merck's Counter Designations**

[256:16] - [257:10]    4/25/2006    Michael Mikola, M.D.

```
page 256
16        Q.   I think you testified before you
17   thought that he was mildly overweight?
18        A.   Um-hum, yes.  Can I --
19        Q.   Let me ask you for -- I'm sorry.
20        A.   Can I comment on that?
21        Q.   Sure.
22        A.   His overall weight he was never
23   morbidly obese.  He had -- tended to have abdominal
24   obesity.  So he wasn't markedly overweight, but he
25   had the type of obesity or the fat deposition in
page 257
1    the abdomen that is generally associated with an
2    increased risk of metabolic syndrome and
3    atherosclerotic disease, vascular disease.  So
4    although he wasn't markedly overweight, his weight
5    was concentrated in an area that confers a little
6    bit higher risk than if it was distributed, say, in
7    his thighs or buttocks or elsewhere.
8         Q.   Higher risk for heart disease and heart
9    attack?
10        A.   Yes, sir.
```

π objection: vague, ambiguous as to time

[258:6] - [259:8]    4/25/2006    Michael Mikola, M.D.

```
page 258
6         Q.   Did you understand that Mr. Barnett had
7    a mild heart attack?
8         A.   Yes, sir.
9         Q.   Why do you say that?
10        A.   Two reasons.  The elevation of his
11   enzymes, if I remember the numbers, his CPK went to
12   217 or possibly a little higher.  The degree of
13   elevation of the CPK is an indicator of the amount
14   of heart muscle that's been damaged by the heart
15   attack.  A large heart attack would most likely
16   give you CPK's in the 2, 3, 4,000 range.  A CPK in
17   the 200's would indicate a small area of heart
18   muscle has been damaged.
19             The other reason is he was diagnosed
20   with a non-Q wave MI, which means the heart attack
21   did not involve the entire thickness of the heart
22   muscle.  The arteries to the heart don't exactly
23   branch out through the heart muscle like muscles --
24   skeletal muscles.  They are located on top of the
25   heart.  They perfuse through the heart muscle and
page 259
1    sort of almost percolates through the wall of the
2    heart muscle, the blood does.
3              In a larger heart attack, generally the
4    entire thickness of the cardiac muscle, of the
5    heart muscle wall, will be damaged and that's what
6    we call a Q wave MI.  He had a non-Q wave MI which
7    suggested it wasn't the entire thickness of the
8    heart muscle.
```

π objection: calls for expert testimony, speculation

[261:21] - [262:8]    4/25/2006    Michael Mikola, M.D.

```
page 261
21        Q.   It's Exhibit 37 and it's GrandStrandRMC
22   64 to 65.  Do you see at the top of the page
23   there's a diagnosis, Number 2, coronary artery
24   disease?
25        A.   Yes, sir.
page 262
1         Q.   Do you understand that that is a
2    condition that takes years and years to develop?
3         A.   That's correct.
```

π objection: Asked + answered