Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
                        4            Q.  Mr. --
                        5            A.  I should say atherosclerotic coronary
                        6    artery disease takes years and years to develop.
                        7            Q.  And that's what Mr. Barnett had?
                        8            A.  Yes.
```

π objection:
see previous page

[267:3] - [267:21]       4/25/2006    Michael Mikola, M.D.

```
                        page 267
                        3            Q.  Did you, sir, attempt to determine
                        4    after Mr. Barnett's heart attack whether any of the
                        5    medication that he was taking might harm his heart?
                        6            A.  Yes, sir.
                        7            Q.  And you understood that Mr. Barnett was
                        8    taking Vioxx in December of 2002, right?
                        9            A.  Yes, sir.
                       10            Q.  You understood that he was going to
                       11    continue taking Vioxx after that point because it
                       12    was helping his pain?
                       13            A.  Yes, sir.
                       14            Q.  You would have stopped Mr. Barnett from
                       15    using Vioxx if you believed it contributed in any
                       16    way to his heart attack, correct?
                       17            A.  Yes, sir.
                       18            Q.  And if you thought Vioxx might cause
                       19    Mr. Barnett heart problems in the future, you would
                       20    have told him to stop using it?
                       21            A.  Yes, sir.
```

[268:13] - [268:18]      4/25/2006    Michael Mikola, M.D.

```
                        page 268
                       13            Mr. -- Dr. Mikola, when you determined
                       14    that it was okay for Mr. Barnett to continue to
                       15    take Vioxx after his heart attack, that was in part
                       16    because you believed at the time that Vioxx had
                       17    nothing to do with his heart attack?
                       18            A.  That's correct.
```

π objection:
asked + answered

[275:1] - [277:4]        4/25/2006    Michael Mikola, M.D.

```
                        page 275
                        1            Q.  This is a document Bates stamped
                        2    Cardiogas Associates 54.  It's dated July 18th,
                        3    2003.  Does it identify you as the referring
                        4    physician?
                        5            A.  Yes, sir.
                        6            Q.  Is this the same type of stress test
                        7    that was conducted back in January of 2000,
                        8    Cardiolite?
                        9            A.  Yes, that's correct.
                       10            Q.  Directing your attention just to the
                       11    impression.  What does it say under Number 1?
                       12            A.  Excellent exercise tolerance.
                       13            Q.  How long if you look above under stress
                       14    procedure did Mr. Barnett last on the treadmill
                       15    that involved a Bruce protocol?
                       16            A.  Again, 15 minutes.
                       17            Q.  What did that indicate to you about the
                       18    condition of Mr. Barnett's heart in July of 2003?
                       19            A.  It would really indicate two things,
                       20    one, that he's in pretty good cardiovascular
                       21    condition and two, that he's unlikely to be able to
                       22    exercise that long with significant plaque
                       23    build-up.
                       24            Q.  If you look under impression again,
                       25    Number 4, it says, left ventricular ejection
                        page 276
                        1    fraction.  What is the number there?
                        2            A.  58 percent.
```

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

```
                3          Q.    Do you remember that that is actually
                4     higher than what it was in January of 2000?
                5          A.    It was 56 percent, I think, just --
                6     yes.  1 or 2 percent may be splitting hairs, but
                7     it's certainly as good as it was before.
                8          Q.    And an ejection fraction of 58 percent
                9     in July of 2003 you would consider to be normal?
               10          A.    Yes, sir.
               11          Q.    Turning back to Huberty 16, in the
               12     first paragraph do you see that you wrote in the
               13     middle, he had a list of about six questions today
               14     that were answered at length.  He has not had any
               15     recurrent angina.  He is going to -- it says give
               16     but I think you mean dive in Cozumel if possible.
               17          A.    Yes, sir.
               18          Q.    Did you believe that Mr. Barnett's
               19     heart was in good enough condition to go scuba
               20     diving in Cozumel if he wanted to?
               21          A.    Yes, sir.
               22          Q.    Did you ever tell Mr. Barnett that he
               23     couldn't go scuba diving because he had had a heart
               24     attack?
               25          A.    No, sir.
             page 277
                1          Q.    Was it your understanding that
                2     Mr. Barnett intended when he went to Cozumel here
                3     in August of 2003 that he was going to scuba dive?
                4          A.    Yes, sir.
```

[284:3] - [284:12]     4/25/2006    Michael Mikola, M.D.

```
             page 284
                3          Q.    Is there any indication in your medical
                4     records, sir, for Mr. Barnett that he was suffering
                5     any psychological or emotional problems as a result
                6     of his heart attack?
                7          A.    No, sir.
                8          Q.    Has Mr. Barnett ever told you in the
                9     years that you've seen him that he believes he
               10     cannot do certain activities because of his heart
               11     attack?
               12          A.    No, sir.
```

[285:17] - [286:7]     4/25/2006    Michael Mikola, M.D.

```
             page 285
               17          Q.    Do you see any indication in the
               18     medical records that Mr. Barnett said he cannot ski
               19     because of his heart?
               20          A.    No, sir.
               21          Q.    Do you see any indication in the
               22     medical records that Mr. Barnett cannot dance as
               23     often as he wants to because of his heart attack?
               24          A.    No, sir.
               25          Q.    Did Mr. Barnett ever tell you that he
             page 286
                1     felt he could not exercise as much because of his
                2     heart attack?
                3          A.    No, sir.
                4          Q.    As of your last visit with Mr. Barnett,
                5     was it your view that he could do all of those
                6     things?
                7          A.    Yes, sir.
```

[289:21] - [289:25]     4/25/2006    Michael Mikola, M.D.

```
             page 289
               21          Q.    Did you understand that that indicated
               22     that there were four times as many heart attacks in
               23     the patients using Vioxx 50 milligrams compared to
```

*[Handwritten annotation:]* Objection: ambiguous, improper characterization of the data; 602; calls for expert opinion

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
                         24     the patients using a thousand milligrams of
                         25     Naproxen?
```

[290:5] - [290:14]       4/25/2006    Michael Mikola, M.D.

```
                         page 290
                         5              Q.    Do you understand?  I want to -- I want
                         6      to get your understanding of the .1 percent versus
                         7      .4 percent, okay?
                         8              A.    Yes.  Yes, that would indicate there
                         9      were four times more likely -- four times more
                         10     events.
                         11             Q.    Did you know in about November of 2000
                         12     that there were four times as many heart attack
                         13     events in the Vioxx arm of the VIGOR study compared
                         14     to the Naproxen arm?
```

π's objection: please see previous page.

[290:17]                 4/25/2006    Michael Mikola, M.D.

```
                         page 290
                         17             THE WITNESS:  Yes, sir.
```

[291:14] - [291:20]      4/25/2006    Michael Mikola, M.D.

```
                         page 291
                         14             Q.    We'll go through the other parts.
                         15     Would it have made a difference to you, Dr. Mikola,
                         16     if in that sentence the non-Q Merck authors and
                         17     Merck had written that there were 17 heart attacks
                         18     in the Vioxx arm versus 4 heart attacks in the
                         19     Naproxen arm?
                         20             A.    Probably not.
```

π's objection: speculation, 602

[292:5] - [292:25]       4/25/2006    Michael Mikola, M.D.

```
                         page 292
                         5              Q.    There's been an allegation that Merck
                         6      should have updated information that occurred after
                         7      the cutoff date in this study.  Do you know what I
                         8      mean by cutoff date?
                         9              A.    Yes, sir.
                         10             Q.    And that Merck should have included
                         11     three additional heart attack events that occurred
                         12     after the cutoff date, okay?
                         13             A.    Yes, sir.
                         14             Q.    Now, if Merck had included three
                         15     additional heart attacks that occurred after the
                         16     cutoff date of this study, that would have changed
                         17     the percentages to five times, in other words,
                         18     there would have been five times as many heart
                         19     attacks in the Vioxx arm versus the Naproxen arm.
                         20     Are you with me?
                         21             A.    Yes, sir.
                         22             Q.    Would it have made a difference to you
                         23     if the number was five times as opposed to four
                         24     times?
                         25             A.    I don't believe so.
```

π's objection: speculation, 602, lacks foundation, improper expert opinion

[293:24] - [294:2]       4/25/2006    Michael Mikola, M.D.

```
                         page 293
                         24             Q.    I believe that Mr. Robinson asked you
                         25     about e-mails involving Dr. Patrono.  Do you
                         page 294
                         1      remember that?
                         2              A.    Yes, sir.
```

π's objection: sidebar, argumentative, leading

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

[295:8] - [296:4]        4/25/2006    Michael Mikola, M.D.

```
page 295
 8           Q.    I'm handing you one of the documents
 9    that Mr. Barnett's lawyers sent you in advance of
10    your deposition and it's an e-mail from at the
11    bottom Martine Arenzi (ph) to various people and it
12    is referencing the subject of Carlo Patrono on
13    VIGOR.
14                 And this is the document that was
15    highlighted when it was sent to you, right?
16           A.    Yes, sir.
17           Q.    I want to direct your attention to a
18    portion that was not highlighted and that's in the
19    third paragraph.  Follow along with me and -- when
20    I read, quote, Carlo does not think that the CV
21    effect can be explained by the inhibition of
22    prostacyclin given that Vioxx inhibits only the
23    COX-2 component of prostacyclin secretion and he
24    has conceptual difficulties in explaining how this
25    could translate in an increase of the CV risk of
page 296
 1    the magnitude that we observed.  His conclusion is
 2    that what we saw in VIGOR is to be attributed to a
 3    large extent to chance.  Do you see that?
 4           A.    Yes, sir.
```

[296:14] - [296:18]      4/25/2006    Michael Mikola, M.D.

```
page 296
14           Q.    Is this an example of why it's
15    important to have the context of a document before
16    you reach a conclusion about the importance of it
17    to you?
18           A.    Yes.
```

*Handwritten annotation:* π's objection: sidebar, argumentative, leading

[297:4] - [298:6]        4/25/2006    Michael Mikola, M.D.

```
page 297
 4           Q.    Yes.  Thanks.  This is an article
 5    called, platelet-active drugs, the relationships
 6    among dose, effectiveness, and side effects.  And
 7    do you see that Dr. Patrono is one of -- is the
 8    first author?
 9           A.    Yes, sir.
10           Q.    Do you recognize the publication that
11    this is in, CHEST Journal?
12           A.    Yes, sir.
13           Q.    Is that a reputable journal?
14           A.    Yes, sir.
15           Q.    Do you know if that's peer reviewed?
16           A.    I believe it is.
17           Q.    Which means that other doctors who
18    don't write the article review it for accuracy?
19           A.    Yes, sir.
20           Q.    I want to direct your attention, sir,
21    to the page at the bottom that is 245S.  It doesn't
22    have a Bates number, but that's the page of the
23    article.
24           A.    Yes, sir.
25           Q.    Do you see the Section 2.1 called,
page 298
 1    coxibs and cardiovascular disease?
 2           A.    Yes, sir.
 3           Q.    And the first paragraph there,
 4    Dr. Patrono is talking about the VIGOR study in
 5    part.  Do you see that?
 6           A.    Yes, sir.
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

[298:10] - [299:7]    4/25/2006    Michael Mikola, M.D.

```
page 298
 10        Q.   -- to 246S, as in Sam, toward the end
 11   of the first paragraph, do you see Dr. Patrono
 12   wrote, quote, while the cause of the apparent
 13   excess risk of MI in the Vioxx GI Outcomes Research
 14   trial, that's VIGOR, cannot be conclusively
 15   established, a combination of some cardioprotective
 16   effect of Naproxen and the play of chance does seem
 17   to offer a plausible explanation for these
 18   unexpected findings.  While other mechanisms cannot
 19   be discounted, there is currently little evidence
 20   in humans to support a prothrombotic effect for
 21   coxibs.
 22        Do you see that, sir?
 23        A.   Yes, sir.
 24        Q.   And the date of this article is in 2004
 25   if you look at the bottom of the abstract on the
page 299
  1   first page.
  2        A.   Okay.
  3        Q.   Okay?
  4        A.   Yes, sir.
  5        Q.   Did Mr. Barnett's lawyers show you what
  6   Dr. Patrono had to say in this article?
  7        A.   No, sir.
```

*Handwritten note: π objection: argumentative, sarcastic tone*

[299:14] - [299:19]    4/25/2006    Michael Mikola, M.D.

```
page 299
 14        Q.   Is Dr. Patrono's article the type of
 15   information that you would want to know before
 16   reaching a conclusion about the reasonableness of
 17   the theory that Naproxen explained the difference
 18   in heart attacks in the VIGOR study?
 19        A.   I would say yes.
```

[300:5] - [300:19]    4/25/2006    Michael Mikola, M.D.

```
page 300
  5        Q.   Even though you read in the VIGOR
  6   article that the authors concluded that Naproxen
  7   was a reasonable explanation for the heart attack
  8   difference in the VIGOR study, did you also
  9   understand, sir, that there were others who
 10   disagreed with that?
 11        A.   At the time that I read the VIGOR study
 12   or since that time?
 13        Q.   Since that time.
 14        A.   Yes.
 15        Q.   Were you aware, sir, that there were
 16   others in the medical community in the 2002 and
 17   2001 time frame who questioned whether Naproxen was
 18   the appropriate explanation for the VIGOR results?
 19        A.   Yes, sir.
```

[305:16] - [305:24]    4/25/2006    Michael Mikola, M.D.

```
page 305
 16        Q.   Based on your very brief review of
 17   Exhibit 24 during Mr. Robinson's examination, do
 18   you see that the FDA was intimately aware of the
 19   VIGOR study in February of 2001?
 20        A.   Yes, sir.
 21        Q.   And do you expect the scientists at the
 22   FDA to analyze clinical trials like the VIGOR study
 23   and determine whether or not the drug should stay
 24   on the market?
```

*Handwritten note: π objection: speculation, calls for expert testimony - Dr. Mikola does not work for the FDA, nor have knowledge of how the FDA analyzes clinical trials*

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

| | | |
|---|---|---|
| [306:2] | 4/25/2006 | Michael Mikola, M.D. |

page 306
2           THE WITNESS:  That's one of their jobs.

*π objection: please see previous page*

| | | |
|---|---|---|
| [306:4] - [306:8] | 4/25/2006 | Michael Mikola, M.D. |

page 306
4       Q.   Do you see based on the briefing
5   document here, Exhibit 24, that Merck didn't
6   withhold any information about the VIGOR study or
7   Study 085 or Study 090 or any of the other studies
8   that Mr. Robinson was discussing with you earlier?

*π objection 602 – Dr. Mikola does not have firsthand knowledge of whether FDA had the information*

| | | |
|---|---|---|
| [306:13] - [306:14] | 4/25/2006 | Michael Mikola, M.D. |

page 306
13       A.   It would appear that the FDA had
14   information about all those studies.

| | | |
|---|---|---|
| [306:15] - [306:19] | 4/25/2006 | Michael Mikola, M.D. |

page 306
15       Q.   And would you defer to the Food and
16   Drug Administration to determine whether or not a
17   drug should stay on the market based on clinical
18   trials that are ongoing while the drug is on the
19   market?

*π objection: leading*

| | | |
|---|---|---|
| [306:22] - [307:3] | 4/25/2006 | Michael Mikola, M.D. |

page 306
22           THE WITNESS:  Would I defer to the FDA
23   to make recommendations whether the drug that was
24   under scrutiny should be allowed to remain -- to
25   stay on the market?
page 307
1   BY MR. GOLDMAN:
2       Q.   Yes.   Yes.
3       A.   Yes.

| | | |
|---|---|---|
| [307:15] - [309:5] | 4/25/2006 | Michael Mikola, M.D. |

page 307
15       Q.   This is an article published in JAMA in
16   2001.  Are you familiar with JAMA?
17       A.   Yes, sir.
18       Q.   Is that one of the more reputable
19   medical journals?
20       A.   Yes.
21       Q.   And it's called risk of cardiovascular
22   events associated with selective COX-2 inhibitors,
23   and among the authors is Dr. Topol.  Do you see
24   that?
25       A.   Yes, sir.
page 308
1       Q.   I want to show you just a few portions
2   of this document, okay, sir?
3       A.   Yes, sir.
4       Q.   If you turn to the third to last page,
5   which is 957, in the first column, last paragraph,
6   do you see that Dr. Topol writes, quote, the
7   results of the VIGOR study can be explained by
8   either a significant prothrombotic effect from
9   Vioxx or an antithrombotic effect from Naproxen or
10  conceivably both?  Do you see that?
11       A.   Yes, sir.
12       Q.   Do you interpret that to mean that
13   Dr. Topol was saying that one possible explanation
14   of the VIGOR study was that the Naproxen was

- **Merck's Counter Designations**

```
15    protecting the heart and preventing heart attacks?
16         A.   Yes, sir.
17         Q.   And that another possibility is that
18    Vioxx was prothrombotic and causing heart attacks
19    in the VIGOR study?
20         A.   Yes, sir.
21         Q.   And then in the middle column, first
22    full paragraph after Dr. Topol discusses Naproxen's
23    significant antiplatelet effects, he says, quote,
24    because of the evidence for an antiplatelet effect
25    of Naproxen, it is difficult to assess whether the
page 309
1     difference in cardiovascular event rates in VIGOR
2     was due to a benefit from Naproxen or to a
3     prothrombotic effect from Vioxx.
4              Do you see that?
5         A.   Yes, sir.
```

[310:13] - [312:7]     4/25/2006   Michael Mikola, M.D.

```
page 310
13         Q.   Did you know that because there was no
14    placebo arm of the VIGOR study that it was
15    impossible to know for sure whether Vioxx was
16    causing the heart attacks in the VIGOR study or
17    Naproxen was preventing them?
18         A.   Yes.
19         Q.   Can you explain a little bit about why
20    that's so.
21         A.   Yes.  When a study is done, the
22    assumption is that the placebo really doesn't do
23    much of either.
24         Q.   And that's a sugar pill?
25         A.   It's a pill that doesn't have
page 311
1     metabolically -- or active medication in it.  The
2     concept is that a placebo should not reduce the
3     risk of heart attacks and in a study like that,
4     should not increase the risk of heart attacks.  If
5     you compare, and I'll use Vioxx for an example, to
6     placebo in a study, let's say the VIGOR trial, if
7     there were a difference between the two groups in
8     terms of the heart attacks, for example, you would
9     expect that difference if it was statistically
10    significant to be due to effects of the Vioxx much
11    less so than any effect of the placebo because the
12    assumption is the placebo should not have
13    significant effects.
14             When you compare a drug to another drug
15    and you're comparing two drugs that both have
16    effects, then it makes it much more difficult to
17    tease out how much is due to a beneficial effect of
18    one drug versus a disadvantageous effect of another
19    drug.  It clouds the water, so to speak, so it
20    really makes the comparison very -- it makes
21    drawing the conclusion which one contributed to the
22    outcome much more difficult.
23         Q.   And for those people who believe like
24    Merck that there was evidence showing that Naproxen
25    explained the difference in the VIGOR study --
page 312
1     terrible question.
2              Based on all that you knew, sir, about
3     the VIGOR study during the time that you were
4     prescribing Vioxx to Mr. Barnett before his heart
5     attack, did you believe the benefits of Vioxx
6     outweighed the risks?
7         A.   Yes, sir.
```

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

| | | |
|---|---|---|
| [312:16] - [312:24] | 4/25/2006 | Michael Mikola, M.D. |

```
page 312
16              Because there was no placebo arm in the
17     VIGOR study, you understood while you were
18     prescribing Vioxx to Mr. Barnett before his heart
19     attack that you couldn't be certain whether Vioxx
20     was contributing to heart attacks or Naproxen was
21     preventing them in the bigger study?
22          A.   That's correct.
23          Q.   And there was debate in the medical
24     community about that question?
```

[312:25]    4/25/2006    Michael Mikola, M.D.

```
page 312
25          A.   There was --
```

[313:5]    4/25/2006    Michael Mikola, M.D.

```
page 313
5           A.   -- much debate.
```

[313:21] - [314:9]    4/25/2006    Michael Mikola, M.D.

```
page 313
21          Q.   Do you see that Exhibit 43 is a dear
22     healthcare professional letter that Merck sent in
23     April of 2002 indicating in the second paragraph,
24     the prescribing information has been revised to
25     reflect the results of the VIGOR study and the FDA
page 314
1      approval of Vioxx for the relief of the signs and
2      symptoms of rheumatoid arthritis in adults?
3           A.   Yes, sir.
4           Q.   And then I'm going to ask you a number
5      of questions about this, but do you see on the
6      first page, it says, important prescribing
7      information, and on the second it says the same
8      thing at the top?
9           A.   Yes, sir.
```

[315:8] - [315:15]    4/25/2006    Michael Mikola, M.D.

```
page 315
8           Q.   Do you recall one way or the other
9      whether or not you received the dear healthcare
10     professional letter in April of 2002?
11          A.   I don't specifically recall.
12          Q.   Do you have any reason to dispute that
13     you were sent the letter and that it arrived at
14     your office?
15          A.   No.
```

*π objection: speculation, assumes facts not in evidence*

[316:20] - [317:24]    4/25/2006    Michael Mikola, M.D.

```
page 316
20          Q.   The document that you're looking at,
21     sir, do you see that Merck is indicating the study
22     results of the gastrointestinal safety of VIGOR?
23          A.   Yes, sir.
24          Q.   And then there's a table.  Do you see
25     that?
page 317
1           A.   Yes, sir.
2           Q.   Then there's other safety findings and
3      it describes cardiovascular safety at the bottom of
4      Page 2, correct?
5           A.   Yes, sir.
6           Q.   On Table 2, do you see that it --
```

- **Merck's Counter Designations**

|  |  |
|---|---|
|  | ```
 7    there's a comparison of patients with serious
 8    cardiovascular thrombotic adverse events over time?
 9         A.   Yes, sir.
10         Q.   And that if you look in the table on
11    the far right, do you see that for Vioxx 50
12    milligrams, there were 45 events at ten-and-a-half
13    months compared to 19 events for Naproxen?
14         A.   Yes, sir.
15         Q.   And that's 1.81 percent of the patients
16    who had serious cardiovascular adverse events in
17    the Vioxx arm and .60 percent in the Naproxen arm?
18         A.   That's the cumulative rate, yes, sir.
19         Q.   Do you also see the asterisk above the
20    1.81 percent and that that is a
21    statistically-significant difference as evidenced
22    at the bottom of the table where it says, P value
23    is less than .002?
24         A.   Yes, sir.
``` |
| [317:25] - [318:4] | 4/25/2006   Michael Mikola, M.D. <br><br> ```
page 317
25         Q.   You were asked a question about whether
page 318
 1    or not if you had seen the FDA's proposed label
 2    change about using caution in patients with angina
 3    that you would have prescribed Feldene for
 4    Mr. Barnett?
``` |
| [318:11] - [318:16] | 4/25/2006   Michael Mikola, M.D. <br><br> ```
page 318
11              THE WITNESS:  I believe I was asked if
12    I had all the available -- the data available to me
13    now versus that I had -- if I had all the data
14    available to me now, would I prescribe Vioxx for
15    him at that time and my answer was no.  That's how
16    I recall the question.
``` |
| [322:3] - [322:9] | 4/25/2006   Michael Mikola, M.D. <br><br> ```
page 322
 3         Q.   Yes, but if you had known before
 4    Mr. Barnett's heart attack that you should use
 5    caution in prescribing Vioxx in patients who had a
 6    medical history of ischemic heart disease, in light
 7    of Mr. Barnett's January 2000 ischemic event, would
 8    you have prescribed Vioxx to Mr. Barnett?
 9         A.   I don't believe so.
``` <br><br> *[handwritten annotation: π objection; speculation, incomplete hypothetical]* |
| [322:22] - [323:11] | 4/25/2006   Michael Mikola, M.D. <br><br> ```
page 322
22         Q.   I've handed you what I've marked as
23    Exhibit 44 --
24         A.   Yes, sir.
25         Q.   -- a package insert that is dated April
page 323
 1    of 2002 approved by the Food and Drug
 2    Administration, okay?
 3         A.   Yes, sir.
 4         Q.   When you were prescribing Vioxx to
 5    Mr. Barnett in the April 2002 time frame, were you
 6    familiar with the risks and benefits of the label
 7    that was in existence at the time?
 8         A.   Yes, sir.
 9         Q.   So you would have been familiar with
10    the information contained in Exhibit 44?
11         A.   Yes, sir.
``` |

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

[325:5] - [325:17]   4/25/2006   Michael Mikola, M.D.

```
page 325
 5           Q.   And then further down where it says,
 6      other safety findings, cardiovascular safety, do
 7      you see that it indicates the VIGOR study showed a
 8      higher incidence of adjudicated serious
 9      cardiovascular thrombotic events in patients
10      treated with Vioxx 50 milligrams once daily as
11      compared to patients treated with Naproxen 500
12      milligrams twice daily?
13           A.   Yes, sir.
14           Q.   You understood that information back in
15      November of 2000 when you read the VIGOR study,
16      right?
17           A.   Yes, sir.
```

[328:5] - [328:22]   4/25/2006   Michael Mikola, M.D.

```
page 328
 5           Q.   And if you look on the right-hand
 6      column under precautions under cardiovascular
 7      effects, the information below should be taken into
 8      consideration and caution should be exercised when
 9      Vioxx is used in patients with a medical history of
10      ischemic heart disease and then it continues to
11      describe the VIGOR study.
12                Do you see that?
13           A.   Not yet.
14           Q.   Right-hand column under precautions,
15      cardiovascular effects.
16           A.   Oh, yes, sir.
17           Q.   Do you see the sentence, the
18      information below should be taken into
19      consideration and caution should be exercised when
20      Vioxx is used in patients with a medical history of
21      ischemic heart disease?  Do you see that?
22           A.   Yes, sir.
```

[331:22] - [332:6]   4/25/2006   Michael Mikola, M.D.

```
page 331
22           Q.   To you as a prescribing physician when
23      you were prescribing Vioxx to Mr. Barnett before
24      his heart attack, was the most important clinical
25      trial evidence concerning heart attack risk
page 332
 1      evidence that would be generated in
 2      placebo-controlled studies?
 3           A.   I think conclusions drawn from
 4      placebo-controlled studies are easier to interpret
 5      cause and effect and probably more generalizable
 6      when you're looking at safety and efficacy.
```

[333:6] - [333:15]   4/25/2006   Michael Mikola, M.D.

```
page 333
 6           Q.   If you skip down to the next sentence,
 7      the significance of the cardiovascular findings
 8      from these three studies, VIGOR and two
 9      placebo-controlled studies, is unknown.
10                Do you see that?
11           A.   Not yet.  I'll find it, though.  Yes,
12      sir.
13           Q.   That was information you knew in April
14      of 2002, right?
15           A.   Yes, sir.
```