Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

[333:20]             4/25/2006    Michael Mikola, M.D.               π objection:
                     page 333                                        No question designated
                     20         A.    That's correct.

[333:23] - [334:17]  4/25/2006    Michael Mikola, M.D.
                     page 333
                     23         Q.    Are you weighing the risks and benefits
                     24    of Vioxx based on how they're described in the
                     25    package insert when you're deciding whether to
                     page 334
                     1     prescribe Vioxx to Mr. Barnett?
                     2          A.    That's one part of the decision-making
                     3     process.
                     4          Q.    And here in April of 2002, the
                     5     FDA-approved label is indicating that the reason
                     6     for the difference in VIGOR and these
                     7     placebo-controlled studies is uncertain.  Do you
                     8     see that?
                     9          A.    Yes, sir.
                     10         Q.    When you're making a risk-benefit
                     11    decision about whether to prescribe Vioxx to
                     12    Mr. Barnett, it's important that you know that --
                     13    when you were prescribing the Vioxx to Mr. Barnett
                     14    after April of 2002, you understood the
                     15    FDA-approved label saying that the results of VIGOR
                     16    and these placebo-controlled studies were unknown,
                     17    correct?

[334:21] - [335:5]   4/25/2006    Michael Mikola, M.D.
                     page 334
                     21              THE WITNESS:  I would interpret it as
                     22    the results of the VIGOR and the other two studies
                     23    are not definitive.
                     24    BY MR. GOLDMAN:
                     25         Q.    And you understood that back in April
                     page 335
                     1     of 2002?
                     2          A.    Yes, sir.
                     3          Q.    Based on that, you felt that the
                     4     benefits of Vioxx outweighed the risks for
                     5     Mr. Barnett --

[335:12] - [335:14]  4/25/2006    Michael Mikola, M.D.
                     page 335
                     12              THE WITNESS:  I thought -- I thought
                     13    that the risk-to-benefit ratio was acceptable for
                     14    Mr. Barnett.

[348:9] - [348:12]   4/25/2006    Michael Mikola, M.D.            π objection:
                     page 348                                     401, 402, 403
                     9          Q.    Let me hand you, Dr. Mikola, what I've  This warning
                     10    marked as Exhibit 46.  This is a current version of  was not present
                     11    the Feldene package insert, okay?                  on the Feldene
                     12         A.    Yes, sir.                                label when Mr. Barnett
                                                                              used the drug and is
[349:22] - [350:8]   4/25/2006    Michael Mikola, M.D.                        therefore irrelevant.
                     page 349
                     22         Q.    Can you read the first bullet point
                     23    under cardiovascular risk in the black box for
                     24    Feldene.
                     25         A.    Yes, sir.
                     page 350
                     1          Q.    Out loud.
                     2          A.    NSAIDs may cause an increased risk of

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
                         3    serious cardiovascular thrombotic events,
                         4    myocardial infarction and stroke, which can be
                         5    fatal.  This risk may increase with duration of
                         6    use.  Patients with cardiovascular disease or risk
                         7    factors for cardiovascular disease may be at
                         8    greater risk.  See warnings.
```

[351:11] - [351:14]      4/25/2006    Michael Mikola, M.D.
```
                         page 351
                         11         Q.   Are you aware that Celebrex and Mobic
                         12   and the other NSAIDs have the same black box
                         13   warning today?
                         14         A.   Yes, sir.
```

[352:10] - [352:23]      4/25/2006    Michael Mikola, M.D.
```
                         page 352
                         10         Q.   Even though there is a black box
                         11   warning for potential cardiovascular risks, however
                         12   small, in Feldene and other NSAIDs, you still
                         13   prescribe those NSAIDs if you think the benefits
                         14   outweigh the risks, right?
                         15         A.   Yes, sir.
                         16         Q.   And even if there's the potential for
                         17   some small increased cardiovascular risk for a
                         18   particular patient, that pain that that patient is
                         19   experiencing every day is a relevant factor in
                         20   deciding whether or not the benefits outweigh the
                         21   risks for that particular medicine, true?
                         22         A.   Yes, sir.  The pain affects their
                         23   quality of life issues significantly.
```

π objection:
401, 402, 403
See previous objection

[355:25] - [356:3]       4/25/2006    Michael Mikola, M.D.
```
                         page 355
                         25         Q.   Doctor, you're aware that Vioxx
                         page 356
                         1    increases hypertension or at least increases blood
                         2    pressure?
                         3          A.   It can, yes.
```

[356:4] - [356:13]       4/25/2006    Michael Mikola, M.D.
```
                         page 356
                         4          Q.   And increase in hypertension, are you
                         5    aware of the literature that indicates that an
                         6    increase in hypertension can also lead to the
                         7    progression of atherogenesis?
                         8          A.   The literature states that elevated
                         9    blood pressure -- would show that elevated blood
                         10   pressure over time can increase the risk of
                         11   atherogenesis.  It's not clear whether it's --
                         12   blood pressure elevations is a cause of medication
                         13   versus essential hypertension.
```

[385:7] - [385:16]       4/25/2006    Michael Mikola, M.D.
```
                         page 385
                         7          Q.   Can you turn back -- let me go in
                         8    order.  You were asked about whether Vioxx can
                         9    increase the risk of hypertension.  Do you remember
                         10   that?
                         11         A.   Yes, sir.
                         12         Q.   Or increase hypertension?
                         13         A.   Yes, sir.
                         14         Q.   Are you aware that Vioxx and its
                         15   warning label always warned about the potential
                         16   increased risk of hypertension?
```

Issues Report [Michael Mikola, M.D.]

- **Merck's Counter Designations**

| | | |
|---|---|---|
| [385:19] - [385:20] | 4/25/2006 | Michael Mikola, M.D. |

```
page 385
19                THE WITNESS:  It was always in the
20      package insert, yes.
```

| | | |
|---|---|---|
| [385:22] - [387:4] | 4/25/2006 | Michael Mikola, M.D. |

```
page 385
22           Q.   Do you understand -- is it your
23      understanding, sir, that all COX-2 inhibitors and
24      NSAIDs have the potential to increase the risk of
25      hypertension?
page 386
1            A.   Yes, sir.
2            Q.   In Feldene's warning label that I
3       handed you before, it indicates the whole section
4       on hypotension stating, NSAIDs, including Feldene,
5       can lead to onset of new hypertension and worsening
6       of preexisting hypertension, either of which may
7       contribute to the incidence -- increased incidence
8       of CV events.
9                 Do you see that?
10           A.   What page?
11           Q.   It's on Page 4.
12           A.   Yes, sir.
13           Q.   Did you notice at all, sir, while
14      Mr. Barnett was taking Vioxx his hypertension did
15      not increase?
16           A.   I would have to look at my records.
17      Mr. Barnett had what we call white coat
18      hypertension.  His blood pressures in the office
19      were generally elevated -- or frequently, not
20      always, and that's often attributable to
21      apprehension.  When I questioned him about it and
22      he told me he had his blood pressure checked other
23      places, it was generally normal, 120 over 80 range.
24      So outside the office, per his report, his blood
25      pressure wasn't affected.
page 387
1            Q.   You didn't see any evidence while you
2       were treating Mr. Barnett that Vioxx was increasing
3       his hypertension, true?
4            A.   That's correct.
```

*π objection: speculation, assumes facts not in evidence*

| | | |
|---|---|---|
| [392:22] - [393:7] | 4/25/2006 | Michael Mikola, M.D. |

```
page 392
22           Q.   In the package insert that you
23      testified you knew about in April of 2002, I'm just
24      going to read it to you, there's a statement that
25      says, the VIGOR study showed a higher incidence of
page 393
1       adjudicated serious cardiovascular thrombotic
2       events in patients treated with Vioxx 50 milligrams
3       as opposed to patients treated with Naproxen 500
4       milligrams twice a day?
5            A.   Correct.
6            Q.   That's not Merck hiding the results of
7       the VIGOR study, is it?
```

*π objection: calls for expert testimony 602*

| | | |
|---|---|---|
| [393:10] | 4/25/2006 | Michael Mikola, M.D. |

```
page 393
10                THE WITNESS:  No, sir.
```

| | | |
|---|---|---|
| [393:12] - [393:17] | 4/25/2006 | Michael Mikola, M.D. |

```
page 393
12           Q.   You understood from reading the warning
```

Issues Report [Michael Mikola, M.D.]

• **Merck's Counter Designations**

```
                         13    label at the time you were prescribing Vioxx to
                         14    Mr. Barnett that there was a
                         15    statistically-significant difference in heart
                         16    attacks between the Vioxx arm and the Naproxen arm,
                         17    true?
```

[393:21] - [393:22]      4/25/2006    Michael Mikola, M.D.
```
                         page 393
                         21         Q.    True?
                         22         A.    In the VIGOR study, yes.
```

[394:1] - [394:13]       4/25/2006    Michael Mikola, M.D.
```
                         page 394
                         1          Q.    Well, the package insert says, the
                         2    VIGOR study showed a higher incidence of
                         3    adjudicated serious cardiovascular thrombotic
                         4    events in patients treated with Vioxx 50 milligrams
                         5    once daily as compared to patients treating with
                         6    Naproxen 500 milligrams twice daily.  That was what
                         7    the package insert said in April of 2002?
                         8          A.    To the best of my recollection, that's
                         9    correct.
                         10         Q.    And that information didn't dissuade
                         11   you from prescribing the medicine to Mr. Barnett,
                         12   did it?
                         13         A.    No, sir.
```

*Handwritten:* π objection: asked + answered

[394:16] - [395:6]       4/25/2006    Michael Mikola, M.D.
```
                         page 394
                         16                Mr. Wacker showed you, again, the
                         17   expression of concern by the New England Journal of
                         18   Medicine and then a reaffirmation of that
                         19   expression of concern?
                         20         A.    Yes, sir.
                         21         Q.    Do you have any knowledge of the
                         22   interaction between the Plaintiff's lawyers in this
                         23   litigation and the New England Journal of Medicine
                         24   before those editorials came out?
                         25         A.    I do not.
                         page 395
                         1          Q.    Do you have any knowledge, sir, about
                         2    the timing of when the New England Journal of
                         3    Medicine published the expressions of concern and
                         4    that a jury was about to decide the first Vioxx
                         5    case?
                         6          A.    I do not.
```

*Handwritten:* π objection: 401, 402, 403 irrelevant as to witness' understanding of the data contained in the article; 611 - argumentative; 602