A. What's that?
Q. I was going to ask you. It had to do with what they call colloquia. Do you know what the term colloquia refers to?
A. I've never spoken for Vioxx.
Q. Okay. Were you involved with HEL programs involving colloquia for other Merck drugs?
A. Just Maxalt.
Q. And how much would you get per event when you spoke at one of these colloquia?
Page 120
A. Lunchtime talk was usually between 750 and a thousand and a dinnertime talk was usually 1500.
Q. And is it true that at least from 1999 to 2002 that you prescribed 30 -- or over 30 percent of your prescriptions for Merck Medco?
A. 30 percent of what?

Δ objection: 401, 402, 403 irrelevant and prejudicial since this refers to money the witness earned for Maxalt, not Vioxx
π response: Relevant + probative to show the witness had a history with Merck and has received monies from them in the past, goes to bias

MM 12010 120:10-120:17

Q. Of the prescriptions that you -- that you gave to your patients were prescribed from Merck Medco?
A. I don't understand the question.
Q. Well, did you write prescriptions that were filled through Merck Medco?
A. If that was somebody's pharmacy, I mean, that's where they went.

MM 12103 121:3-121:6

Q. But would it surprise you that from January of 2000 through December of 2001 that prescriptions you issued for Vioxx on behalf of Mr. Barnett were all filled at Merck Medco?

MM 12109 121:9-121:11

THE WITNESS: I'm not surprised. I mean, if that's where his clearinghouse was for his pharmacy, that's where it would be filled.

MM 12115 121:15-123:6

Q. Okay. Can you -- can you read from your computer what you see there about that subject.
A. Yeah, there's -- yeah, there's two prescriptions in here, one -- I wrote a prescription on 12 -- and you can't read it very well, we changed it on the computer, I can't do it right here, that shows it was written on 12 --
Q. 30.
A. -- 30/99 that it was actually 90 pills of three refills.
Page 122
Q. That would be 360 pills, 90 times --
A. That's a one-year -- one-year supply.
Q. 90 times four?
A. That's correct.
Q. Okay.
A. And then -- then I had to fill in a

whole different form. They made me do it all over again. That's what classic Merck Medco was at that time, you fill out -- besides the prescription, you had to fill out a whole other form and then send that back in so it's like sending in two prescriptions and putting what he had been on before. Oh, that was the Feldene prescription, but --
Q. All right. Then you also filled another one from -- for Vioxx as well, correct?
A. That's correct.
Q. And that was also 90 --
A. 90 Merck Medco, yes, sir.
Q. That was 90 pills through three refills?
A. That's correct, a one-year supply.
Q. So in other words, he received two -- two years of pills, 360, twice?
A. That's correct.
Page 123
Q. Okay. And that was through Merck Medco and that was prescribed by you?
A. That is correct.
Q. And you keep that record in your computer, right?
A. Yes, sir.

MM 12321 123:21-124:5

Q. Okay. Is it true that you received a total of 8,000 dollars for three programs, one on March 21st, 2000, one on May 15th of 2001 and one on August 15th, 2002 from Merck, do you know?
A. I keep all my records at home every
Page 124
year on every company so that would probably be correct.
Q. And in addition, you received another 3,000 additional monies for speaker fees from Merck, does that make sense?

Δ objection: 401, 402, 403 - irrelevant and prejudicial because it is not clear if this testimony relates to work relating to Vioxx or to other Merck medicines
π response: Relevant to show historical relationships with Merck and monies earned goes to possible bias

MM 12407 124:7-124:7

THE WITNESS: Yes, sir.

Δ objection: same as above
π response: same as above

MM 12424 124:24-124:25

Q. Another -- okay. Did you also receive 7 -- approximately 7,000 dollars in honoraria?

MM 12502 125:2-125:3

THE WITNESS: I mean, honoraria is when you give a -- a lecture, that's an honoraria.

MM 12520 125:20-127:12

Q. Let me show you Exhibit Number 8, Doctor, and I actually flagged a page for you. And Exhibit Number 8, let's see, looks like the sixth page in has the Merck Medco prescriptions that we just talked about for Vioxx. Do you see that?
A. On the red page?

Page 126

Q. Yes. Yes.
A. Okay.
Q. Do you see up in the upper -- very -- the top prescription?
A. Yes, sir.
Q. And that would have been the first prescription you issued for Vioxx on behalf of Mr. Barnett, right?
A. Yes, sir.
Q. And if you notice down at the bottom of that paragraph, it gives four filling dates, 2 -- January 7th of 2000, April 6th of 2000, July 10th of 2000 and October 5th of 2000. Do you see that?
A. Sort of.
Q. At the bottom there --
A. Yeah.
Q. -- where it says filled.
A. Yes, sir.
Q. Okay. And then if you go down to the fourth paragraph, do you see where it says, Dr. McCaffrey -- once again, it shows 90 pills plus three refills. Do you see that?
A. Yes, sir.
Q. And then the prescription -- the fill dates were December 21st, 2000?

Page 127

A. Correct.
Q. March 22nd, 2001?
A. Correct.
Q. July 2nd, 2001?
A. Correct.
Q. And October --
A. 1st.
Q. -- 1st, 2001, right?
A. That's correct.
Q. Okay. And that sort of conforms with what you have on your computer?
A. Correct.

MM 12720 127:20-128:24

Q. How many pharmaceutical companies have you signed a partnership agreement with?
A. Speaker agreements?
Q. Yes.
A. I don't know, I'd have to go back and review my files because every year there's some

Page 128

companies that I sign agreements with and I may never speak for them for the whole year. Like I signed a contract with GlaxoSmithKline and I haven't spoken for Imitrex yet this year.
Q. Okay. I don't want to know what you make from your patients, but I wanted to get your best estimate of how much you make from these relationship agreements or speaker payments from the various pharmaceutical companies on a yearly basis approximately.
A. Depends on the year, somewhere between 30 and 60,000 dollars a year.
Q. And do you know each year approximately how much is being paid by Merck?

Δ objection: 401, 402, 403
The other companies Dr. McCaffrey signs agreements with and earns money from is irrelevant and prejudicial. Also, the total amount of money Dr. McCaffrey has earned from Merck over the years is also irrelevant and prejudicial.
π response: Relevant to show Dr. McCaffrey's possible bias to the pharmaceutical industry, specifically Merck. The precise amount of money earned from Merck is needed to illustrate the extent of Dr. McCaffrey's partnership with Merck

Please see previous page.

mccaffrey

A. Merck is at the low end. They -- I don't do very much for them at all. I never have. I speak for other companies on a regular basis. Merck has always been as I call them a bottom feeder. I spoke the least for them out of all the companies.

Q. Well, would you -- would it surprise you that if -- at least the records Merck gave us showed that you made approximately 15,000 to 20,000 with Merck?

MM 12905 129:5-129:8

Q. Over the past six years.

A. That's 2,000 dollars a year. That's not -- that's -- that's one talk a year or two talks a year.

Δ objection: same objection as previous page
π response: same response as previous page

MM 13109 131:9-131:15

Q. And Exhibit Number 9 appears to be an e-mail Merck document dated 8/3/2000, is that correct? Do you see that?

A. Yes, sir.

Q. And do you see where it says the subject is FW: Speaker top earner Vioxx?

A. Yes, sir.

Δ objection: 602, the witness has never seen Exhibit 9 before. Therefore all questions relating to the document are improper
π response: proper questions inquiring into the accuracy of the information contained within - witness does have knowledge of his rate

MM 13202 132:2-132:24

Q. The -- do you see where -- where the -- there's a Bates number at the bottom of these pages, Doctor?

A. Um-hum.

Q. Okay. If we -- if we go deep into this to Bates Number 45244 --

A. 45?

Q. 45244 at the bottom there.

A. 45244, got it.

Q. Correct.

A. There's my name.

Q. So you're listed as -- as one of the speaker top earners for Vioxx and your rate is 750 dollars, is that right?

A. That's correct.

Q. And then if we go to 45289, you're listed again in that document. Do you see that?

A. Yes, sir.

Q. And your rate there is 750 dollars as well, is that right?

A. That's correct.

Q. Okay. Now let's go to the next exhibit, which is Number 10.

Δ objection: same objection
π response: same response

MM 13303 133:3-133:8

Q. Here you go, Doctor. Now, this is another e-mail from Merck, Bates Number MRK ADK 0006184.

A. That's the first page.

Q. Yes. And do you see where it says SE executive team right there --

Δ objection: The witness has never seen Exhibit 10 before. Therefore, all questions relating to the document are improper
π response: proper questions and use of document to impeach testimony that the doctor never spoke for Vioxx (72:8-73:9)

MM 13316 133:16-134:11

THE WITNESS: How far -- oh, SE executive team, okay.
BY MR. ROBINSON:
Q. Yes. And then it says: Since there is so much opportunity with Vioxx and Zocor, I asked Tara deHaan -- small D-E, capital H-A-A-N -- to run a report looking at all of our Vioxx and Zocor HEL programs for the remainder of the year. There is one tab by HEL budget and each tab can be sorted by region.
Page 134
Did I read that right?
A. Yes.
Q. And then if we go to actually the next page, do you see under Atlanta region there under program type colloquia, you're listed as speaking at the Collectors Cafe in Myrtle Beach?
A. Okay.
Q. So did you speak concerning Vioxx?
A. Don't remember speaking for Vioxx.
Q. Pardon me?
A. I don't remember speaking for Vioxx.

Δ objection: same as previous page
π response: same as previous page

MM 13414 134:14-135:5

Q. Do you see on Bates Numbers MRK ADK 0006185 that you -- that apparently you gave a speech?
A. I may have. I don't remember giving a -- because I had talked to the company before. I always spoke for Maxalt and they said they didn't need me to speak for Vioxx so I don't remember speaking for them. If this says it actually happened, then it happened.
Q. Okay. If you go -- they -- they actually give a date, I think. If you go to the next page, it appears to be 9/6/2001. Do you see
Page 135
at Bates Number 6186, it showed that you got 800 dollars?
A. 9/6/2001?
Q. Yes.
A. Okay.

Δ objection: same as previous page
π response: same as previous page

MM 13621 136:21-136:22

Q. I see. Now, let's go to the next exhibit, Number 12.

Δ objection: 602, The witness has never seen Exhibit 12 before; Therefore, all questions relating to the document are improper
π response: Questions and use of document proper - witness is asked to verify accuracy of document based on his recollection

MM 13701 137:1-137:16

Q. There you go. This is a list of preceptorships, roundtables and colloquia that Merck gave us that you were involved in. Do you remember being involved with preceptorships, roundtables, colloquia and tutorials?
A. Yes, sir.
Q. And --
A. This looks pretty accurate.
Q. This looks accurate to you?
A. Yes, sir.

Δ objection: same objection
π response: same response

Q. As I look at this, from 1999 through December of 2001 when your prescription for Vioxx was completed, you were involved in 18 either colloquials (sic), tutorials, roundtables or preceptorships with Merck, is that right?
A. That's correct.

Δ objection: leading an independent, third party witness
π response: proper question

MM 13809 138:9-138:11

Q. Okay. 13 appears to be lectures, is that right?
A. Yes, sir.

Δ objection: 602, The witness has never seen exhibit 13 before. Therefore, all questions relating to the document are improper
π response: proper questions witness has personal knowledge as to the lectures/speakers he attended/came to his office and is being asked to verify the info contained in the document.

MM 13909 139:9-139:17

Q. These are lectures that you attended?
A. Lectures I attended or they brought a speaker into the office so if you match the dates up, you can see -- I think they brought a speaker into the office, like a visiting consultant came in and talked to us, they sat and ate lunch with us so somebody else got paid for that.
Q. Okay. Okay. Let me show you Exhibit Number 14.

Δ objection: same objection
π response: same response

MM 13921 139:21-140:2

Q. 14 appears to be monies paid for meals, miscellaneous, speaker expenses, speaker fees, program support, et cetera, right?
A. That's correct.
Q. And just going through, the ones that

Page 140

are listed for you, you received 461 dollars on August 15, 2002, right?

Δ objection: 602, The witness has never seen exhibit 14 before. Therefore, all questions relating to the document are improper. 611(c)-leading an independent third party witness.
π response: Witness has personal knowledge of monies expended by Merck on his office's behalf and is being asked to verify the information contained in the document - questions are proper.

MM 14004 140:4-140:4

THE WITNESS: That was paying --

MM 14006 140:6-140:15

THE WITNESS: That's paying for lunch for the office.
BY MR. ROBINSON:
Q. Okay.
A. I didn't receive any money.
Q. Okay. But this is money spent by Merck --
A. Right.
Q. -- on your office's behalf, right?
A. That's correct.

Δ objection: same objection
π response: same response

MM 14116 141:16-141:19

Q. Okay, let's just go down it. So -- so the first entry is 8/15/20002. That's $461.15 for meals and hospitality for your office, right?
A. That's correct.

MM 14207 142:7-142:10

Q. And then there's 461 dollars the same

day for meals and hospitality again?
A. That's correct, that was the food in
the office.

MM 14219 142:19-142:22

Q. Okay. Okay. Now, the next group of
numbers here, the rep was Timothy Bailey, is that
right?
A. That's correct.

MM 14303 143:3-143:4

Q. Okay. And it says that meals and
hospitality for 5/15/2001 was 836 dollars?

MM 14316 143:16-143:19

Q. Okay. Now, the next date was March
21st, 2000 and the rep there was Latrell Fowler, is
that right?
A. That's correct.

MM 14325 143:25-144:2

Q. Okay. So the meals and hospitality
Page 144
were $387.45 that day, right?
A. That's what paid for my staff, yeah.

Δ objection: same objection as previous page
π response: same response as previous page

MM 14412 144:12-144:13

Q. Okay. Okay, let's show you Exhibit
Number 15.

MM 14417 144:17-145:18

Q. Exhibit Number 15 appears to be
honorariums, is that right?
A. Correct.
Q. And so if we track the numbers through
to the last page of Exhibit Number 15 and just view
the dates, it appears that you received 1500
dollars honoraria for -- on July 15th, 1999, right?
A. That's correct.
Q. And you received 1500 dollars on March
Page 145
29th, 2000 from Merck?
A. That's correct.
Q. You received 1500 dollars on May 30th,
2000 from Merck, right?
A. That's correct.
Q. And then on 9/12/2000 you received 300?
A. That's correct.
Q. And then on 3/15/2001 you received 500?
A. That's correct.
Q. And then on April 13th, 2001 you
received 250 dollars?
A. That's correct.
Q. And then on September 26, 2001 you
received 500 dollars?
A. That's correct.
Q. And lastly on November 30th, 2001 you

Δ objection: 602, The witness has never seen Exhibit 15 before. Therefore, all questions relating to the document are improper.
π response: witness is verifying amounts received in honoraria from personal knowledge. Questions are proper.