mccaffrey

145:17 received another thousand dollars?
145:18          A.    That's correct.

MM 14603        146:3-146:9

146: 3          Q.    Yes.   All of those honorariums came
146: 4 before the last prescription that was filled on
146: 5 behalf of Mr. Barnett -- was completed in December
146: 6 of 2001?
146: 7          A.    That's correct.
146: 8          Q.    Okay, let me go to Exhibit Number 16
146: 9 now.

Δ objection: same objection
π response: same response

MM 14613        146:13-147:15

146:13          Q.    There you go, Doctor.   Okay, Exhibit 16
146:14 appears to be call notes, correct?
146:15          A.    That's correct.
146:16          Q.    So from time to time, the Merck reps
146:17 would come meet with you and then have discussions
146:18 with you and then apparently wrote a call note
146:19 about what they discussed with you, right?
146:20          A.    That's correct.
146:21          Q.    Okay.   If we go down to the first -- on
146:22 the first page of Exhibit 16, on the fourth line
146:23 where it says, Gerald Barnett, case name, Michael
146:24 McCaffrey and then the rep is Timothy Bailey, do
146:25 you see that?
147: Page 147
147: 1          A.    Up at the top of the page?
147: 2          Q.    Yeah, the fourth line down.
147: 3          A.    Okay.   Okay.
147: 4          Q.    And the call date was 3/9/2001, is that
147: 5 right?
147: 6          A.    Gotcha, okay.
147: 7          Q.    And the customer is Michael McCaffrey,
147: 8 right?
147: 9          A.    Yes, it is.
147:10          Q.    And then it says accomplishments.   Did
147:11 I read that right?
147:12          A.    That's correct.
147:13          Q.    And then under the note text, it says:
147:14 Talked about a grant for his institution.
147:15                Does that refresh your memory now?

Δ objection: The witness has never seen Ex. 16 before and is being asked to interpret what the statements in the document mean.
π response: Questions are proper. Document is being used to refresh recollection of the witness.

Δ objection: same objection. Also, the witness is being asked to interpret documents he did not write and that he has never seen before (as shown by Dr. McCaffrey's testimony at 149:9-11. If the court allows this testimony, Merck counter-designates 149:13-19.
π response: same response -- questions are proper.

MM 14717        147:17-149:7

147:17                THE WITNESS:   Well, you didn't show me
147:18 what it's for.
147:19 BY MR. ROBINSON:
147:20          Q.    Well, I'm asking you.
147:21          A.    The only thing I can think, Tim -- Tim
147:22 was -- like I said, he's still a good friend of
147:23 mine.   He went back to the Marines.   We have a
147:24 thing called the St. Andrew's Crusader countdown.
147:25 It's a hundred-dollar ticket.   Him and his wife go
148: Page 148
148: 1 every year so that was probably the grant for 100
148: 2 dollars to go to -- some companies will let the rep
148: 3 do it through the company as a donation to the
148: 4 Catholic school and some people would have to pay
148: 5 out of pocket and that's probably what he's talking
148: 6 about, a hundred-dollar ticket.   That's my best

mccaffrey

```
148: 7 guess because I don't know of anything else I would
148: 8 have asked him for.
148: 9        Q.    Okay, let me go to -- let's go to the
148:10 third page, 3 -- Page 3 of 20.  And if you go one,
148:11 two, three, four, five, six down, do you see where
148:12 it says 12/3/99?
148:13        A.    3/99, got it.
148:14        Q.    12/3 -- you got it?
148:15        A.    Right.
148:16        Q.    Did Latrell Fowler --
148:17        A.    Yes.
148:18        Q.    -- have the same connection to the same
148:19 charity as -- as Tim or is this a separate grant?
148:20        A.    It said:  Discuss roundtable and grant,
148:21 daily chronic -- this -- this is for -- I was
148:22 giving a talk.  It was actually a CME course that I
148:23 was giving on the -- for these pharmacists, but I
148:24 have no idea about a grant.
148:25        Q.    Did you discuss a grant with Latrell
149: Page 149
149: 1 Fowler?
149: 2        A.    She was just talking about how much
149: 3 money she was going to pay me, discuss roundtable
149: 4 and grant, daily clinic -- grant daily chronic
149: 5 headaches, so what she was going to pay me.
149: 6        Q.    So it would be a -- it would be a grant
149: 7 regarding daily chronic headaches?

MM 15002      150:2-150:4

150: 2        Q.    There you go, 17 over here.  These
150: 3 appear to be all the contacts with you regarding
150: 4 Vioxx, is that right?

MM 15007      150:7-150:12

150: 7             THE WITNESS:  It would be Merck itself,
150: 8 I guess.
150: 9 BY MR. ROBINSON:
150:10        Q.    And they were -- these would
150:11 approximately be 374 contacts, does that make
150:12 sense?

MM 15014      150:14-150:19

150:14             THE WITNESS:  Yes, sir.
150:15 BY MR. ROBINSON:
150:16        Q.    That's about you said one -- one a week
150:17 or something?
150:18        A.    One a week at least if not two a week.
150:19        Q.    Okay.

MM 15117      151:17-151:19

151:17        Q.    By the way, just from your experience
151:18 with Merck on Vioxx and their other drugs, did they
151:19 have sort of an integrated marketing campaign?

MM 15124      151:24-152:1

151:24        Q.    Well, I mean, they had samples, they
151:25 had sales rep meetings, they had lectures,
152: Page 152
```

Handwritten annotations (right margin):

Δ objection - see previous page
π response - see previous page

Δ objection: 401, 402, 403 irrelevant and prejudicial because no evidence this has anything to do with Vioxx
π response: Proper question inquiring into a possible financial relationship with Merck, relevant to show potential bias

Δ objection: 602, The witness has never seen Exh. 17 before therefore, all questions relating to the document are improper
π response: Questions are proper - witness has personal knowledge as to the number of times sales reps saw him and is verifying this info.

Δ objection: This is a question without an answer; leading; lacks foundation. If allowed, Merck counter-designates 151:21-22.
π response: Proper question, witness is being asked about his experience

Δ objection 611(c) leading an independent third party witness
π response: proper question

*please see previous page*

mccaffrey

152: 1 preceptorships, TV ads, et cetera, right?

MM 15203      152:3-152:3

152: 3              THE WITNESS:  Correct.

MM 15212      152:12-153:8

152:12          Q.   You certainly saw over -- from 1999
152:13 through -- through 2002 Vioxx ads on TV.
152:14          A.   Yes, sir.
152:15          Q.   From 1999 through 2002, you -- you had
152:16 sales call appointments with reps coming to your
152:17 office for Vioxx, right?
152:18          A.   Yes, sir.
152:19          Q.   From 1999 to 2002, you had
152:20 preceptorships?
152:21          A.   That's correct.
152:22          Q.   And the same is true for some of the
152:23 other lectures that you -- that you were involved
152:24 in with Merck, correct?
152:25          A.   Yes, sir.
153: Page 153
153: 1          Q.   Okay.  Now, let's go to Page 88 of 116.
153: 2          A.   Okay.  I know it's down here someplace.
153: 3          Q.   Do you see where it says -- it starts
153: 4 with Michael McCaffrey there?
153: 5          A.   Doctor, right.
153: 6          Q.   And we've counted those up and would it
153: 7 surprise you if there were over 8400 samples given
153: 8 to your office?

MM 15310      153:10-154:10

153:10              THE WITNESS:  It would not surprise me.
153:11 Would it surprise you we threw 2,000 pills away
153:12 when they recalled it?
153:13 BY MR. ROBINSON:
153:14          Q.   And those are samples?
153:15          A.   Yes, sir.
153:16          Q.   Okay.  Next exhibit.  I want to go
153:17 quickly through your medical records.  You saw
153:18 Mr. Barnett four times, is that right?
153:19          A.   Yes, sir.
153:20          Q.   And if we look at Exhibit Number 1, in
153:21 the middle of the page it says:  He had taken
153:22 Feldene from 12/80 to 10/96 with significant
153:23 improvement of his symptoms.
153:24          A.   Yes, sir.
153:25          Q.   It says:  He stopped this medication
154: Page 154
154: 1 and has been taking ibuprofen since then.
154: 2          A.   Yes, sir.
154: 3          Q.   And then if you go to the third page of
154: 4 Exhibit Number 1, it says under impression:  I have
154: 5 restarted him on Feldene 20 milligrams PO Q day?
154: 6          A.   Yes, sir.
154: 7          Q.   And then under Number 2 it says:  Neck
154: 8 pain.  This has been stable.  Hopefully this will
154: 9 improve with Feldene.
154:10          A.   Yes, sir.

MM 15501      155:1-155:2

Objection: The witness has never seen Ex 18 before. Therefore, all questions relating to the document are improper.

response: Questions are proper. The witness has personal knowledge of and is able to verify the number of Vioxx samples he received

Objection: 611(c), leading an independent third party witness

response: proper question

mccaffrey

155: 1        Q.    Okay.  Number -- Exhibit Number 2.
155: 2        A.    Yes, sir.

MM 15509      155:9-156:3

155: 9            Q.    And you -- it says:  We will see the
155:10 patient on a follow-up after his MRI is completed.
155:11 We will --
155:12        A.    Yes, sir.
155:13        Q.    -- continue him on Feldene at 20
155:14 milligrams per day, right?
155:15        A.    Yes, sir.
155:16        Q.    And you say, quote:  He has had a
155:17 significant improvement in his pain since
155:18 restarting Feldene?
155:19        A.    Yes, sir.
155:20        Q.    And then if we go to Exhibit Number 3,
155:21 which is dated 4/6/1998.
155:22        A.    That's correct.
155:23        Q.    In the middle of the page, it says:  He
155:24 was started on Feldene 20 milligrams per day and
155:25 has been doing fine on this medication.
156: Page 156
156: 1        A.    Yes, sir.
156: 2        Q.    Did I read that right?
156: 3        A.    Yes, sir.

MM 15616      156:16-156:22

156:16            Q.    And I want you to go to 88158022 so go
156:17 22 pages in.  So your last visit with Mr. Barnett
156:18 was 12/30/99, right?
156:19        A.    Yes, sir.
156:20        Q.    So this would have been a meeting
156:21 with -- with Dr. Mikolajczyk --
156:22        A.    Mikolajczyk.

MM 15706      157:6-157:15

157: 6            You last saw Mr. Barnett as a patient
157: 7 on December 30, 1999, correct?
157: 8        A.    That's correct.
157: 9        Q.    And according to this record, he saw
157:10 Dr. Mikolajczyk two months before that on October
157:11 22nd, 1999?
157:12        A.    That's correct.
157:13        Q.    Okay.  And if we go to Number 23, the
157:14 next page, could you read into the record under the
157:15 assessment and plan Number 2 --

*[Handwritten annotation:]* A objection: 602, The witness has never seen Exhibit 23 before. Therefore, all questions relating to the document are improper.
TT response: Proper questions

MM 15724      157:24-158:8

157:24            Q.    Go ahead, sir, please read that for the
157:25 record.
158: Page 158
158: 1        A.    Number 2, osteoarthritis.  Continue
158: 2 Feldene.  He takes it fairly regularly and it seems
158: 3 to be effective for him.
158: 4        Q.    So here two months before you saw him
158: 5 in December of 1999, at least he was telling
158: 6 Dr. Mikolajczyk that Feldene seems to be effective
158: 7 for him --

*[Handwritten annotation:]* A objection: same objection
TT response: same response

*please see previous page*

mccaffrey

158: 8          A.    Yes, sir.

MM 15820        158:20-158:25

158:20          Q.    Okay.  I mean, is it possible that
158:21 Mr. Barnett came in in December of 1999 and -- and
158:22 said that he -- he had heard something about
158:23 Celebrex on TV and -- and inquired about it, is
158:24 that possible?
158:25          A.    It's possible.

*A objection: 611(c), leading an independent, third party witness*
*π response: proper question to rebut claim that Dr. McCaffrey did not write Celebrex in chart (see 51:23-52:15) and therefore the plaintiff did not ask about Celebrex*

MM 15903        159:3-160:4

159: 3          Q.    Okay.  And every time a patient comes
159: 4 in and mentions a drug, do you put it down in your
159: 5 chart?
159: 6          A.    If we discuss something I'll write it
159: 7 down in my handwritten notes.  I might not dictate
159: 8 it out, but that's why I always keep my handwritten
159: 9 notes.
159:10          Q.    Well, I mean --
159:11          A.    I'll put discussed Celebrex and Vioxx
159:12 or I'll just write down real brief --
159:13          Q.    Well, your note didn't say in this case
159:14 discussed Vioxx, did it?
159:15          A.    Well, it said on there I was going to
159:16 put him on Vioxx.
159:17          Q.    I understand, but it didn't say, we had
159:18 a discussion about Celebrex and Vioxx, right?
159:19          A.    That's correct.
159:20          Q.    Didn't say, we discussed Vioxx,
159:21 correct?
159:22          A.    That's correct.
159:23          Q.    Now, when you look at this note, it
159:24 looks -- I mean, as a person who plays some golf,
159:25 not very well, it looks to me like -- quote:  He
160: Page 160
160: 1 has noted significant improvement in his lower back
160: 2 since not playing golf over the last two week --
160: 3 past two weeks.
160: 4          Did I read that right?

MM 16006        160:6-160:18

160: 6          THE WITNESS:  That's correct.
160: 7 BY MR. ROBINSON:
160: 8          Q.    And then it says:  He is seen in the
160: 9 office today for increasing pain of his left
160:10 shoulder and deltoid, correct?
160:11          A.    That's correct.
160:12          Q.    Those are -- those are parts of your
160:13 body that are affected by golf, correct?
160:14          A.    That's correct.
160:15          Q.    So Feldene could have still been fine
160:16 like he told Dr. Mikolajczyk two weeks -- two
160:17 months before, but he -- he may have just seen ads
160:18 about new medications, is that correct?

*A objection: 611(c), leading an independent, third party witness*
*π response: Proper questions*

MM 16020        160:20-160:20

160:20          THE WITNESS:  That's true.

MM 16104        161:4-161:14

Page 21

mccaffrey

161: 4          Q.    And the warning label that you would
161: 5 have shown Mr. Barnett in 1999 didn't have a
161: 6 warning or a contraindication regarding heart
161: 7 attacks, did it?
161: 8          A.    No, sir.
161: 9          Q.    Okay.  So you just provided the warning
161:10 label that you were given by Merck, correct?
161:11          A.    Yes, sir.
161:12          Q.    Okay.  And Merck did not tell you
161:13 that -- that Vioxx was associated with heart
161:14 attack, correct?

MM 16116      161:16-162:4

161:16               THE WITNESS:  I think if you look in
161:17 the package insert, you know, the original studies,
161:18 there was a small incidence of heart attack and
161:19 stroke but not -- it wasn't something that was
161:20 widely talked about.  But I think, you know, if you
161:21 look in the 1 percent category or less than 1
161:22 percent, you might find it.
161:23 BY MR. ROBINSON:
161:24          Q.    But my point is they didn't put it in
161:25 the warnings section --
162: Page 162
162: 1          A.    No, sir.
162: 2          Q.    -- or the contraindications section of
162: 3 the label, right?
162: 4          A.    No, sir.

MM 16306      163:6-163:9

163: 6          Q.    And was it your practice to -- to have
163: 7 the patients take some samples before you actually
163: 8 filled a prescription?
163: 9          A.    Yes, sir.

MM 16402      164:2-164:23

164: 2               Explain what you did with Mr. Barnett.
164: 3          A.    With Mr. Barnett on the last visit, I
164: 4 gave him four sample pills, which is documented in
164: 5 my note, and I was supposed to see him three weeks
164: 6 later because we were going to do a nerve
164: 7 conduction study, EMG, on his arm.  He never came
164: 8 back for -- the main reason -- the other reason I
164: 9 have people come back three or four weeks after
164:10 start of a new medication, I want to see if there's
164:11 any side effects, especially with Vioxx.  One of
164:12 the side effects of Vioxx you have to watch for is
164:13 about 7 or 8 percent of people develop high blood
164:14 pressure.  The high blood pressure they develop on
164:15 Vioxx does not improve when you put them on blood
164:16 pressure medications so if I start somebody on
164:17 Vioxx or Bextra, you can see the blood pressure go
164:18 up.  I want to see them three or four weeks later
164:19 because I knew this was a possible side effect of
164:20 the medicine.
164:21          Q.    Now, are you aware that -- that his
164:22 blood pressure did go up on January 4th and January
164:23 19th, 2000?

Λ objection: 602, there is
no foundation or personal
knowledge because Dr.
McCaffrey did not see
Mr. Barnett on January
4 or Jan. 19 2000. The
question is also misleading.
π response: Dr. McCaffrey
has personal knowledge
of what his plan was
for Mr. Barnett, and of
the possible side effects
of Vioxx. Question is asking
whether Dr McCaffrey had
had knowledge of Mr. Barnett's
blood pressure and is proper.

Page 22

mccaffrey

MM 16425        164:25-165:19

```
164:25              THE WITNESS:  He never came back so I
165: Page 165
165: 1 would never know because he would have been
165: 2 immediately taken off the medicine.
165: 3 BY MR. ROBINSON:
165: 4       Q.    If he'd come back?
165: 5       A.    Yes, sir.
165: 6       Q.    But in any event, he went to
165: 7 Dr. Mikolajczyk?
165: 8       A.    Mikolajczyk.
165: 9       Q.    Do you know Dr. Mikolajczyk?
165:10       A.    Very well.
165:11       Q.    When you went to some of these Merck
165:12 meetings, would -- would he be there?
165:13       A.    With his wife, who is a Merck rep.
165:14       Q.    Okay.  Did she actually detail you?
165:15       A.    Yes, she's detailed me before.
165:16       Q.    Okay.  You know, why don't you read
165:17 your notes in the record that you have there from
165:18 12/30/99, just read it -- the ones on your
165:19 computer, I think.
```

MM 16525        165:25-166:5

```
165:25       A.    Okay.  Blood pressure that day was 134
166: Page 166
166: 1 over 76.  Heart rate was 80.  Low back pain acting
166: 2 up five days a week.  Low back improved if not
166: 3 playing golf times two weeks.  Increased pain left
166: 4 shoulder and deltoid.  He had a positive Phalen's
166: 5 sign and reverse Phalen's on the left hand.
```

MM 16608        166:8-167:8

```
166: 8              THE WITNESS:  Phalen's,
166: 9 P-H-A-L-E-N-'-S.  And reverse Phalen's sign.  He
166:10 also had decreased sensation over the left hand and
166:11 the median nerve distribution.  Starting the
166:12 patient on Vioxx -- I just put arrow Vioxx 25
166:13 daily, four sample pills.  Will need MRI cervical
166:14 spine and nerve conduction study, EMG.  And it was
166:15 supposed to be left arm and then return to clinic
166:16 three weeks.
166:17 BY MR. ROBINSON:
166:18       Q.    Okay.  So basically -- and then you
166:19 gave him a package insert and told him --
166:20       A.    Actually, he -- I think it -- I don't
166:21 know if there were four pills in a package.  You
166:22 know, he would have gotten a package insert, but he
166:23 might have gotten two of them because they were
166:24 only sampling two pills at a time.
166:25       Q.    So how many samples did you give him?
167: Page 167
167: 1       A.    Four -- either one packet or two
167: 2 packets but a total of four pills.
167: 3       Q.    Four pills.
167: 4       A.    Four pills.
167: 5       Q.    And by giving him the package insert,
167: 6 that was your way of -- of allowing him to
167: 7 understand what the company was saying about the
167: 8 medication Vioxx, right?
```

Page 23

Δ objection: Answer to the question did not have proper foundation and that was misleading. The answer is also speculative because Dr. Mccaffrey did not know what Mr. Barnett's blood pressure was after Mr. Barnett stopped seeing Dr. Mccaffrey.

π response: Witness is testifying as to his practice when patients show side effects on Vioxx.

Δ objection: 611(c), leading an independent, third party witness

π response: Questions are proper inquiry of what occurred during Mr. Barnett's visit with Dr. Mccaffrey

mccaffrey

*please see previous page*

MM 16710      167:10-167:10

167:10                 THE WITNESS:   That's correct.

MM 16719      167:19-167:25

167:19         Q.   So you didn't go over the potential
167:20 side effects with him, correct?
167:21         A.   No, what I usually do with patients, I
167:22 tell them here's the medicine, there's a package
167:23 insert, read through it.  If you have any side
167:24 effects, highlight it, bring the package insert
167:25 back with you whenever I see you in three weeks.

MM 16812      168:12-168:13

168:12                 On January 19th, 2000, Mr. Barnett had
168:13 chest pain.  Are you aware of that?

MM 16817      168:17-168:18

168:17         A.   I wasn't aware of it at the time, no,
168:18 sir.

MM 16825      168:25-169:8

168:25         Q.   So whatever happened to him with --
169: Page 169
169: 1 regarding chest pain on January 19th, 2000 until
169: 2 today, you were not aware of that --
169: 3         A.   No, sir.
169: 4         Q.   -- is that correct?  Okay.  So you're
169: 5 not aware that he had some chest pain that
169: 6 Dr. Mikola thought might be angina, might be some
169: 7 sort of gastroreflux problem or could be some other
169: 8 stress kind of situation?

A objection: 611(c), leading
an independent third party
witness
response: proper inquiry
into what Dr. McCaffrey
knew of Mr. Barnett's
condition

MM 16910      169:10-169:10

169:10                 THE WITNESS:   That's correct.

MM 17010      170:10-170:23

170:10         Q.   But you -- you have not looked at that
170:11 chart to evaluate or to question anything that
170:12 Dr. Mikolajczyk did, is that --
170:13         A.   No, sir.
170:14         Q.   Now, could -- you're saying upper
170:15 respiratory -- colds and possibly medication for
170:16 those colds could also increase blood pressure?
170:17         A.   Yes, sir.
170:18         Q.   Why is that?
170:19         A.   It's the -- they're vasoconstrictors.
170:20 They have a tendency to squeeze blood vessels
170:21 closed which can raise the blood pressure.  Do you
170:22 have the handwritten pages?  I'm printing them out
170:23 downstairs right now.

MM 17309      173:9-173:14

173: 9         Q.   Okay.  Well, let me go back a second.
173:10 Anyway, you didn't know that -- that he had a chest
                         Page 24

```
                          mccaffrey
173:11 cold --
173:12          A.    No, sir.
173:13          Q.    -- some five days after seeing you?
173:14          A.    No, sir.

MM 17401      174:1-175:5

174: 1          Q.    Okay.  In any event, if -- if he -- if
174: 2 he went on January 4th and had a blood pressure
174: 3 spike while having a cold and taking Keflex and
174: 4 that's what you knew, would you have still
174: 5 prescribed him Vioxx?
174: 6          A.    I had him on Vioxx at the time.
174: 7          Q.    Right.
174: 8          A.    Right.  It would have been nice to know
174: 9 the information.
174:10          Q.    Okay.  But, I mean, given everything
174:11 you knew at Vioxx -- about Vioxx at that time,
174:12 would you have taken him off Vioxx because he had a
174:13 blood pressure spike while on Keflex and taking it
174:14 and having a chest cold?
174:15          A.    Well, I would have seen him back in the
174:16 office, taken my own blood pressure and if his
174:17 blood pressure was elevated, I probably would have
174:18 taken him off the medicine.  I would say he had no
174:19 history of high blood pressure so for his blood
174:20 pressure to go up, there would have been only one
174:21 thing on my mind that would have caused the
174:22 elevated blood pressure.
174:23          Q.    But he never came back to you, right?
174:24          A.    Never came back.
174:25          Q.    Okay.  And my point is he's not a
175: Page 175
175: 1 doctor, right?
175: 2          A.    Correct.
175: 3          Q.    So he didn't know what you knew about
175: 4 blood pressure and -- and Vioxx, right?
175: 5          A.    That's correct.

MM 17508      175:8-175:17

175: 8          Q.    So in other words, you really can't --
175: 9 can you blame him for not connecting the Vioxx and
175:10 a blood pressure spike?
175:11          A.    Well, I mean, with the blood pressure,
175:12 I mean, it's something -- I mean, he was seeing
175:13 another doctor so somebody was looking at his blood
175:14 pressure and sorting it out.
175:15          Q.    Yes.  And that -- okay.  And that
175:16 doctor did not feel there was any problem with him
175:17 staying on Vioxx?

MM 17520      175:20-175:21

175:20          Q.    Do you understand that?
175:21          A.    That's correct.

MM 17525      175:25-176:18

175:25          Q.    Okay.  Now, if you had seen him, say,
176: Page 176
176: 1 on or around January 4th and his blood pressure was
176: 2 elevated due to a cold -- or to the medication for
```

Handwritten margin notes:

Δ objection: 611(c), leading an independent, third party witness
π response: Proper questions into the condition of Dr. McCaffrey's patient and his course of treatment

Δ objection: 611(c) - leading an independent, third party witness, also 602 - counsel asks Dr. McCaffrey to speculate about what some other doctor knew
π response: Questions are proper regarding who was caring for plaintiff regarding blood pressure

Δ objection: 602, no foundation and calls for pure speculation from Dr. McCaffrey. Counsel asks Dr. McCaffrey what he would have done had something that never actually occurred would have actually occurred. Additionally, Dr. McCaffrey never saw Mr. Barnett →