the cold, would you have continued to allow him to take the Vioxx?

A. I think if he would have followed up with me, we wouldn't be sitting here right now.

Q. What do you mean by that?

A. Because he would have been telling me that -- we'd have been looking at his blood pressure. I didn't look and see what his other blood pressures were, but that's why I follow up very soon after putting people on medication because you can be doing well and you won't feel your blood pressure go up. And it would have alleviated the problem that he had right now with his heart problems.

Q. So you do believe there is a connection between Vioxx and heart problems?

Δ obj cont'd: after 12/30/99. Dr. McCaffrey has not examined Mr. Barnett's blood pressure readings from 1/00 through the time of his heart attack, but is being asked to speculate about Vioxx and blood pressure as it relates to Mr. Barnett

Π response: Proper questions in regard to Dr. McCaffrey's practice with patients like Mr. Barnett who experience elevated blood pressure while on Vioxx. He is not being asked to verify the blood pressure readings.

MM 17621 176:21-177:3

THE WITNESS: I think there's a connection between Vioxx and elevated blood pressure and I always get concerned about that because that can lead on to heart disease and strokes in particular. And, you know, as a neurologist, you're aware your blood pressure goes up, you're going to have a stroke. In a young man, you know, I don't want him having a stroke.

Δ objection: same objection and no foundation laid that Dr. McCaffrey is an expert on Vioxx and its effect on blood pressure

Π response: Same response - witness is testifying as to his clinical experience

MM 17812 178:12-178:13

Q. How can the blood pressure spikes lead to -- to heart problems?

MM 17815 178:15-180:4

THE WITNESS: You can get a dilated -- you can get hypertensive heart disease so if you already have underlying problems -- people that have heart attacks, if you look at -- if you break down disease, disease breaks down three ways. One-third is genetics, one-third is environmental and one-third is unknown. He already got -- probably had the one-third genetics. My computer's down right now so I can't check his family history right now to see --

BY MR. ROBINSON:

Q. Coronary artery disease?

A. Coronary artery disease.

Q. Okay.

A. So coronary artery disease runs very high in my family. No matter what I do, I'm going to have a heart attack. Stroke runs in my family. No matter what I do, I'm going to have a stroke. It's as simple as that. What can I do to prevent -- it? Those are the environmental things. And so --

Q. By environmental, does that include drugs?

A. Let me finish. If I have elevated cholesterol, you go on -- you go on a statin medication. If you have high blood pressure, you take care of your high blood pressure. You don't

Δ objection: 602, no foundation laid that Dr. McCaffrey is an expert on Vioxx and its effect on blood pressure. Also calls for speculation because Dr. McCaffrey has not examined Mr. Barnett's blood pressure readings from January 2000 through the time of Mr. Barnett's heart attack.

Π response: Dr. McCaffrey is a neurologist and has experience with treating blood pressure and the risks of blood pressure that is elevated.

please see previous page

smoke, you got to watch your diet, all these things you can do, exercise. If there's something that can change the environmental factors on you, if you give somebody a medication that raises their blood pressure, that throws the equation the opposite way, now you've given them a risk factor in -- in a sense. If you raise their blood pressure with a medication or any treatment that you do, you can put them at a higher risk of heart attack and stroke. If they already have underlying heart
Page 180
disease, just don't know it, then by raising their blood pressure, it can create a problem.
Q. That could lead to a heart attack or stroke?

MM 18101 181:1-181:3

Q. I just want to know here, okay? So -- okay, the one-third is genetics, right?
A. Yes, sir.

MM 18106 181:6-181:7

Q. Okay. And one-third is environment, right?

MM 18109 181:9-181:16

THE WITNESS: Yes, sir.
BY MR. ROBINSON:
Q. And one-third is unknown, right?
A. Yes, sir.
Q. Now, the environment includes medications and things like that that you take, right?
A. That's correct.

A objection: calls for improper opinion testimony. Dr. McCaffrey is not a cardiologist and is not offered as an expert in this case
π response: witness is testifying from his clinical experience as a neurologist

MM 18119 181:19-182:3

Q. And what you're saying is that one of the medications would be something like Lipitor that could -- could help -- help your --
A. Help lower your cholesterol if you have an elevated cholesterol.
Q. It could help lower your cholesterol?
A. Yes, sir.
Page 182
Q. Another medication would be one that might increase your blood pressure like Vioxx, right?

MM 18205 182:5-182:16

THE WITNESS: All -- well, one -- the whole category -- all of the nonsteroidal medications can raise your blood pressure so even Naprosyn or ibuprofen you have to watch. So if you start somebody on a nonsteroidal, any nonsteroidal, you need to see them back in three or four weeks to check their blood pressure because it can happen on all of them. And it's about the same percentage. There's not really a difference in the percentage,

mccaffrey

but it's something that has to be watched so even
somebody with over-the-counter Aleve, you have to
worry about their blood pressure going up.

MM 18306 183:6-183:8

Q. Okay. How can blood pressure work with
genetics such as coronary artery disease to -- to
lead to a heart attack?

MM 18323 183:23-184:1

A. It accelerates atherosclerosis in the
heart and in the brain and in other blood vessels
in the body.
Page 184
Q. How does it accelerate atherosclerosis?

MM 18403 184:3-184:10

THE WITNESS: By the -- the whole
process. I mean, you know -- you know, we're
stepping out like we said into a world where, you
know, now we're talking to academic people that
talk about thrombogenesis and everything else with
the plaques and everything else in the blood
vessels. So elevated blood pressure is a risk
factor for all this.

Δ objection: calls for improper opinion testimony. Dr. McCaffrey is not a cardiologist and is not offered as an expert in this case. Calls for speculation. McCaffrey has not examined Mr Barnett's blood pressure readings from Jan 2000 through the heart attack.
π response: Dr. McCaffrey is testifying from his clinical experience

MM 18516 185:16-186:4

You're saying with what you know about
Vioxx that had you known that there was an increase
in his blood pressure, you would not have
prescribed him Vioxx?
A. If he would have followed up at three
weeks and had an elevated blood pressure, I would
have taken him off the medicine.
Q. Why?
A. Because my concern is heart attack and
stroke would -- I was seeing people with blood
Page 186
pressure -- when you're on Vioxx, you can be put on
blood pressure medication and the blood pressure
doesn't come down, so the easiest way to solve the
problem is to take them off the medicine.

Δ objection: 602, no foundation and calls for speculation
π response: Proper examination regarding Dr. McCaffrey's treatment practices for elevated blood pressure

MM 18615 186:15-188:3

Q. So in other words, you had patients
where they were taking medicine to regulate their
blood pressure, to keep the blood pressure down and
they were taking Vioxx and the blood pressure
wouldn't come down?
A. No, I had patients that had no history
of hypertension, went on Vioxx, blood pressure went
up, maybe not superelevated like 160 over 90. I'd
send them to their primary care doctor, put them on
blood pressure medicine, see them back. Blood
pressure's still elevated, still 140 over 85. It
Page 187
wouldn't come back down to normal. You'd check
this for a couple months and just, let's stop the

Δ objection: calls for improper opinion testimony. Dr. McCaffrey is not a cardiologist or an expert. This is a discussion re other patients and is irrelevant.
π response: Proper + relevant examination of Dr. McCaffrey regarding his clinical experience of elevated blood pressure and Vioxx

Δ objection - please see previous page

Vioxx and see what happens. Blood pressure come right back down to normal, off the blood pressure medication. Didn't happen very often, but when it did happen, we said, thank goodness I take you off this medicine, now I can take you off two medicines. I'll have to put you on something else for your arthritis or your pain, but I don't have to keep you on a blood pressure medicine. So this was just a clinical thing that I saw with other doctors here locally that this was happening, so easiest thing was bring them back at three weeks. Blood pressure's elevated at all, stop the medicine.

And again -- and that's why I don't have -- haven't run into any patients that followed up with me routinely that had a heart attack or a stroke from Vioxx. And you see the numbers that I wrote on Vioxx and I'm not having malpractice suits against me for Vioxx. I follow people very closely. I have a very large practice, but I stay involved.

Q. Would you say because of your experience with treating people with strokes that

Page 188

you had probably more understanding of the blood pressure consequences with Vioxx than, say, family practitioners?

Δ objection: No foundation calls for speculation
π response: witness is testifying from clinical experience

MM 18805 188:5-189:3

THE WITNESS: Probably.

BY MR. ROBINSON:

Q. For the jury, why? What is it about what you do that would give you that understanding?

A. Horry County has the highest incidence of -- either first, second or third in the country incidence of stroke in the United States so we see people with elevated blood pressures on a daily basis for stroke. Some people come in and they'll have a blood pressure of 170 over a hundred and they'll have a stroke so you don't have to have this superelevated blood pressure to have a stroke. You don't have a blood pressure of 240 over 140 to have a stroke, especially if you have underlying atherosclerosis or hardening of the arteries. So it's just -- you just have a very watchful eye. Anybody with high blood pressure you watch very closely.

Q. And a stroke is -- is a CV or cardiovascular event, is that right?

A. It falls in the cardio -- the blood

Page 189

vessels in the brain are a little bit different from the heart, but they're close enough related in the way they -- they interact with each other.

Δ objection: same as above
π response: same as above

MM 18910 189:10-189:13

Q. You could -- so you're -- you're susceptible if you have a medicine that increases your blood pressure to either stroke or heart attack, right?

Δ objection: 611(c), leading an independent, third party witness
π response: Proper question clarifying previous testimony