mccaffrey

MM 18915      189:15-189:23

```
189:15              THE WITNESS:  Yes, sir.
189:16 BY MR. ROBINSON:
189:17         Q.   Now, you've had something like
189:18 four-and-a-half years experience of prescribing
189:19 Vioxx, right?
189:20         A.   Yes, sir.
189:21         Q.   And today in 2006, you're speaking from
189:22 having all that experience, right?
189:23         A.   Yes, sir.
```

*[Handwritten margin note: Δ objection: 611(a), answer to improper leading question. π response: proper question regarding Dr. McCaffrey's prescribing experience + background]*

MM 19001      190:1-190:5

```
190: 1         Q.   Can you say that way back in 1999 when
190: 2 you first prescribed this for Mr. Barnett that you
190: 3 had all the experience and understanding that you
190: 4 have today with your experience in 2000, 2001,
190: 5 2002, 2003 and 2004?
```

MM 19007      190:7-190:12

```
190: 7              THE WITNESS:  Of course I don't.
190: 8 BY MR. ROBINSON:
190: 9         Q.   Okay, thank you.  So some of what you
190:10 learned about blood pressure spikes in Vioxx and
190:11 your experience with personal patients has come in
190:12 2000, 2001, 2002, 2003, 2004, correct?
```

MM 19014      190:14-190:24

```
190:14              THE WITNESS:  That's correct.  That's
190:15 what they call the art of medicine.  Most people
190:16 are trying to make -- call it the business or the
190:17 practice of medicine.  It's the art of medicine.
190:18 You paint a different picture every day.
190:19 BY MR. ROBINSON:
190:20         Q.   Okay.  So if Dr. Mikolajczyk, you know,
190:21 in early 2000 did not have the same experience with
190:22 patients using Vioxx as you did, you can't blame
190:23 him, can you?
190:24         A.   No, I can't.
```

MM 19219      192:19-192:22

```
192:19         Q.   Okay.  Did you know there was some
192:20 study that -- that showed that -- that Vioxx,
192:21 certainly in long-term use of Vioxx, had an
192:22 increased risk for MI's --
```

*[Handwritten margin note: Δ objection: 611(c) leading. π response: proper examination]*

MM 19225      192:25-192:25

```
192:25         Q.   -- or heart attacks?
```

MM 19303      193:3-193:11

```
193: 3              THE WITNESS:  I think I may have heard
193: 4 it on CNN News or something like that, but I didn't
193: 5 read the study itself.
193: 6 BY MR. ROBINSON:
193: 7         Q.   Okay.  When you heard that, did you
193: 8 connect it to this blood pressure issue that you're
193: 9 talking about?
```

*[Handwritten margin note: Δ objection: 401, 402, 403 what Dr. McCaffrey thought about something he heard on the news in 2004 is not relevant to anything in this case, esp. since Dr. M last saw π in 12/99. π response: Relevant to show that Dr. McCaffrey's clinical experience in 1999 re Vioxx side effects was confirmed]*

*please see previous page*

```
                              mccaffrey
     193:10       A.   It's always my suspicion -- I mean, I'm
     193:11 just going from my clinical suspicion so...
```

MM 19320      193:20-193:21

*A objection: calls for improper opinion testimony. Dr. M is not a cardiologist and is not offered as an expert in this case*

```
     193:20       Q.   Go ahead, what is your belief on -- on
     193:21 that subject --
```

MM 19324      193:24-193:24

*π response: witness is testifying from clinical experience*

```
     193:24       Q.   -- about blood pressure?
```

MM 19401      194:1-194:8

```
     194: 1            THE WITNESS:  I think if the blood
     194: 2 pressure's raised for whatever reason -- I mean, if
     194: 3 you -- if you're on another nonsteroidal medication
     194: 4 that it can lead to a progression of
     194: 5 atherosclerosis whether it be in the brain or in
     194: 6 the heart.  I mean, that's a known fact.  That's --
     194: 7 you raise the blood pressure, you run into
     194: 8 problems.
```

MM 21314      213:14-213:17

```
     213:14       Q.   Were you aware, sir, that the
     213:15 information about cardiovascular effects of Vioxx
     213:16 and other COX-2 inhibitors changed over time?
     213:17       A.   That's correct.
```

MM 21403      214:3-214:7

```
     214: 3       Q.   This is a dear healthcare professional
     214: 4 letter that Merck sent out in April of 2002 when
     214: 5 the label for Vioxx was changed to include
     214: 6 information about the VIGOR study, okay?
     214: 7       A.   Yes, sir.
```

MM 21507      215:7-215:23

```
     215: 7       Q.   In April of 2002, did you see from this
     215: 8 letter, sir, that there's a discussion about the
     215: 9 VIGOR study?
     215:10       A.   Yes, sir.
     215:11       Q.   Do you see how on the first page of
     215:12 this letter there's a discussion at the second
     215:13 paragraph that says:  The prescribing information
     215:14 has been revised to reflect the results of the
     215:15 Vioxx Gastrointestinal Outcomes research study and
     215:16 the FDA approval of Vioxx for the relief of the
     215:17 signs and symptoms of rheumatoid arthritis in
     215:18 adults?
     215:19       A.   Correct.
     215:20       Q.   And then do you see how the letter
     215:21 continues to talk about clinical studies and the
     215:22 VIGOR study, you see that?
     215:23       A.   Right.
```

MM 22017      220:17-222:5

```
     220:17       Q.   Then further down there's a discussion
     220:18 about -- these are actually Alzheimer's studies
     220:19 where it says:  In a placebo-controlled database
                              Page 31
```

mccaffrey
220:20 derived from two studies with a total of 2,142
220:21 elderly patients with a median duration of exposure
220:22 of approximately 14 months, the number of patients
220:23 with serious cardiovascular thrombotic events was
220:24 21 versus 35 for patients treated with Vioxx 25
220:25 milligrams once daily versus placebo respectively.
221: Page 221
221: 1            Do you see that?
221: 2      A.   The placebo was higher.
221: 3      Q.   Can you explain that?
221: 4      A.   I can't explain that.
221: 5      Q.   No, can you explain why you said
221: 6 placebo is higher?
221: 7      A.   Placebo is higher than the actual Vioxx
221: 8 so it's trying to say -- it says from the study
221: 9 that -- that the -- Vioxx doesn't cause
221:10 cardiovascular thrombotic events.  It's higher when
221:11 giving somebody a sugar pill.
221:12      Q.   And then if you look further down, you
221:13 see where the label says, the significance of the
221:14 cardiovascular findings from these three studies,
221:15 VIGOR and two placebo-controlled studies, is
221:16 unknown, do you see that?
221:17      A.   Yes, sir.
221:18      Q.   Was it your understanding from reading
221:19 this label, sir, that one possible interpretation
221:20 of the VIGOR study was that naproxen could be
221:21 cardioprotective and be the reason why there were
221:22 more heart attacks in the Vioxx arm versus the
221:23 naproxen arm of the VIGOR study?
221:24      A.   I remember looking at this at the time.
221:25 I remember the rep I was sitting with and when we
222: Page 222
222: 1 were talking about it, but at the time, we didn't
222: 2 know.
222: 3      Q.   You didn't know whether it was Vioxx
222: 4 that was causing --
222: 5      A.   We had no idea.

MM 22415     224:15-224:25

224:15      Q.   He just asked you about this exhibit,
224:16 which is the package insert and the warning that
224:17 came out in April of 2002.  It's Exhibit Number 20.
224:18      A.   Yes, sir.
224:19      Q.   Can you open up to that page that he
224:20 talked to you about under precautions, right?
224:21      A.   Yes, sir.
224:22      Q.   Okay.  First of all, there's nothing in
224:23 that letter or the attached package insert under
224:24 the cardio -- under the contraindication or warning
224:25 section, right?

MM 22503     225:3-225:13

225: 3      Q.   About the cardiovascular risks of
225: 4 Vioxx.
225: 5      A.   You mean under the new package insert?
225: 6      Q.   Right.  There's nothing in there in the
225: 7 warnings or contraindications section?
225: 8      A.   No.
225: 9      Q.   Okay.  The section he was talking to
225:10 you about was in the precautions section, right?
                                    Page 32

```
                              mccaffrey
225:11        A.   Yes, sir.
225:12        Q.   And as a doctor, the more serious risks
225:13 are put in the contraindications section, right?

MM 22515     225:15-226:19

225:15             THE WITNESS:  Well, if it's
225:16 contraindicated where you can't use it for that
225:17 disease, then it's put in there.
225:18 BY MR. ROBINSON:
225:19        Q.   And then the next level of -- of sort
225:20 of red flag --
225:21        A.   Right.
225:22        Q.   -- would be the warnings section,
225:23 right?
225:24        A.   Right, for known definite side effects.
225:25        Q.   Okay.  And then the caution -- the
226: Page 226
226: 1 precautions are like caution -- is a caution
226: 2 section, right?
226: 3        A.   Right.
226: 4        Q.   Now, you -- you pointed out something.
226: 5 Could you read the section that you said appears to
226: 6 show that there's -- there's no increased
226: 7 cardiovascular events for Vioxx versus the placebo.
226: 8 Could you read that into the record.
226: 9        A.   I said there was -- that there was
226:10 higher with placebo.
226:11        Q.   So in other words, it says the number
226:12 of patients with serious cardiovascular thrombotic
226:13 events was 21 for Vioxx and 35 for placebo at -- at
226:14 a dose of 25 milligrams, right?
226:15        A.   That's correct.
226:16        Q.   Okay.  So as a doctor reading that, at
226:17 25 milligrams, it appears to be actually safer than
226:18 placebo, right?
226:19        A.   For that study.

MM 22722     227:22-228:9

227:22        Q.   Okay.  And, I mean -- but if you look
227:23 at the numbers you just gave, 21 versus 35, that
227:24 would give you confidence that at least versus
227:25 placebo, the numbers appear Vioxx is actually safer
228: Page 228
228: 1 than placebo, correct?
228: 2        A.   Not safer, it's just I don't see any
228: 3 evidence saying that Vioxx is causing heart
228: 4 attacks.
228: 5        Q.   Okay.  And in the prior label, the one
228: 6 in 1999 that was in effect when you prescribed it
228: 7 for Mr. Barnett, you weren't told in the label that
228: 8 Vioxx was causing heart attacks, right?
228: 9        A.   That's correct.

MM 22819     228:19-228:23

228:19        Q.   During the two years that you
228:20 prescribed Vioxx for Mr. Barnett, were you ever
228:21 given a warning by Merck that Vioxx caused heart
228:22 attacks?
228:23        A.   No, sir.

                         Page 33
```

mccaffrey

MM 23518        235:18-236:5

```
235:18      Q.    And -- and you were -- you were -- you
235:19 were a Merck top earner for Vioxx, right?
235:20      A.    That's what I'm told.
235:21      Q.    And -- and why?  Why do you think you
235:22 were?  Are you --
235:23      A.    Looking at the top earner, it looks
235:24 like I wasn't a top earner because I was only a
235:25 750-dollar-a-lecture guy.  There are a lot of
236: Page 236
236: 1 people ahead of me so I don't know where the top
236: 2 earner comes from because --
236: 3      Q.    Could it be the regional top guy?
236: 4      A.    No, I'm a bottom earner according to
236: 5 those numbers.  They're not paying me enough.
```

*A objection: i.e.02, calls for speculation*
*π response: witness is responding regarding the amount of money he was compensated by Merck of which he does have personal knowledge*

MM 23620        236:20-238:3

```
236:20      Q.    What you're saying is they were paying
236:21 some of the other -- when you said they're not
236:22 paying me enough, they're paying these other top
236:23 earners more than you?  They're paying them more
236:24 than 750, right?
236:25      A.    If you look at what -- the top earners
237: Page 237
237: 1 list, they have people that, you know, they're only
237: 2 paying them 250 dollars and there's people being
237: 3 paid 500 dollars, 750, a thousand.  So according
237: 4 to -- with different companies, how important am I
237: 5 to them to go talk about a particular disease
237: 6 state -- and there's certain companies I work
237: 7 with -- there are certain -- certain companies that
237: 8 don't want to pay me.  I don't work for them.  So
237: 9 my time costs something, especially doing a
237:10 lunchtime talk.  I have to take lunchtime plus an
237:11 extra hour so it's a two-hour block that I have to
237:12 take out of my time to go to this person's office.
237:13 How much did it cost me to be out of the office for
237:14 the hour?  What is the lost income?  A lot of times
237:15 it doesn't even match up.  I'm looking at I lost
237:16 the income, they're paying some of it.  I'm looking
237:17 at the referral base from the other people in town.
237:18 That's what I'm really there for.  Yes, I do get
237:19 paid, but it's lost income I have to pick up
237:20 somehow.
237:21 BY MR. ROBINSON:
237:22      Q.    But it does appear from that chart that
237:23 you -- actually, you're getting paid more than the
237:24 other people from Myrtle Beach, is that correct?
237:25      A.    There isn't anybody else from Myrtle
238: Page 238
238: 1 Beach.
238: 2      Q.    You're the man?
238: 3      A.    I'm the man.
```

*A objection: same objection.*
*π response: same response - he has personal knowledge of how he is compensated*

Total Length - 01:19:35