**Issues Report [Michael McCaffrey]**

- **Merck's Counter Designations**

[4:2] - [4:9] 5/3/2006 Michael McCaffrey, M.D.

page 4

Q. Good afternoon, sir.
A. Good afternoon.
Q. Can you please state your name for the record.
A. Michael McCaffrey, MD.
Q. Dr. McCaffrey, my name is Andy Goldman. We haven't met before, have we?
A. No, sir.

[5:4] - [5:8] 5/3/2006 Michael McCaffrey, M.D.

page 5

Dr. McCaffrey, that we are here today because one of your former patients, Mr. Gerald Barnett, has filed a lawsuit against Merck concerning his use of Vioxx?
A. Yes, sir.

[5:12] - [7:14] 5/3/2006 Michael McCaffrey, M.D.

page 5

Q. Can you describe for the ladies and gentlemen of the jury your education and your medical training.
A. How far back would you like me to go?
Q. You can start after college.
A. After college. I went to medical school at St. George's University School of Medicine in Grenada, West Indies starting in 1984. I graduated from St. George's on December 28th, 1988. I started my internal medicine residency in May of -- March of 2000 -- make that March of 1989 at the Western Pennsylvania Hospital in Pittsburgh, Pennsylvania. I did two years of internal medicine at the Western Pennsylvania Hospital.

page 6

In April -- on April 1st, 1991, I started my neurology residency at Medical College of Virginia in Richmond. My third year of residency I was solo chief resident in addition to my other duties and after my residency was over, I did a one year neuromuscle fellowship at Medical College of Virginia from 1994 to 1995.

I practiced for one year at the Heart and Family Health Institute in Port Saint Lucie, Florida as a solo neurologist for a multispecialty group. I remained there for one year. I came to Myrtle Beach and worked for Executive Court Medical Specialists owned by John Rathman. I worked for them for one year, came to the group I'm presently in, which is Strand Regional Specialty Associates, and I've been here going on my ninth year.
Q. You mentioned that you did a residency in internal medicine?
A. Yes, sir.
Q. Can you explain what a residency is.
A. A residency is a training program where there are requirements, different rotations you have to accomplish to fill a residency. Most of those will be for work, different subspecialties, emergency room medicine. You do -- and in ICU

page 7

medicine where you're doing an internal medicine residency.
Q. You also mentioned you did a neurology residency?

• **Merck's Counter Designations**

A. That is correct.
Q. What is neurology?
A. Neurology is the study of the brain, spinal cord, muscle and nerves.
Q. Do you consider yourself a neurologist?
A. Yes, sir.
Q. Does that mean that you specialize in the diagnosis and treatment of diseases and disorders affecting the brain and the spinal cord?
A. That is correct.

[7:15] - [10:7] 5/3/2006 Michael McCaffrey, M.D.

page 7
Q. You also mentioned that you had been chief resident. What does that mean to be chief resident?
A. Chief resident, you're -- you're more like the sergeant major of all the other residents and you have to interact with the different faculty so there's -- it's a fine balance between the faculty and the residents on who's happy at that particular time in history. But making sure people show up for being on call, making sure they show up at the appropriate clinics, get their work done,
page 8
make sure they do all their dictations, so it's a go-between between the staff and the residents. And plus you're -- you know, you have to interact with all the other specialties in the hospital so you're the -- you're the representative for the department dealing with all the other chief residents.
Q. Is it true that being a chief resident is considered an honor?
A. It is an honor.
Q. In your practice, Dr. McCaffrey, have you treated many patients who have faced acute or chronic pain?
A. Yes, sir.
Q. Is it a challenge to treat those patients?
A. Yes, it is.
Q. Why is it?
A. It's, number one, trying to diagnose what the exact problem is. Sometimes you can go through different studies, sometimes exhaustive to actually try and make a diagnosis and at the same time trying to alleviate their problem.
Q. Why is it difficult to alleviate the problem that patients who have chronic pain face?
page 9
A. Because everybody's different. Everybody has a different problem whether it be a peripheral neuropathy, which is a disease of the nerves and legs or arms, whether it's chronic abdominal pain, whether it's low back pain, neck pain, chronic migraine headaches, different types of facial pain, but there's a multitude of pains that you can describe in every part of the body.

π objection: 401, 402, 403 This is a general description of other patients and conditions not directly affecting the Plaintiff and is therefore immaterial and irrelevant

Q. Have you treated patients who have suffered from a condition called osteoarthritis?
A. Yes, sir.
Q. What is osteoarthritis?
A. Osteoarthritis is the most common type of arthritis. It's an overgrowth of calcium or bony material around different joints. It's the most common type of arthritis we face in the world.
Q. Is osteoarthritis a disease that mostly affects the cartilage?

- **Merck's Counter Designations**

A. It starts in the cartilage and it grows out from there.
Q. And what is cartilage?
A. Cartilage is a -- if you want to consider it a soft tissue, it's very flexible. When your bones are being formed you -- when you're born you have very little ossification of your

page 10

bones and your bones grow longer.
Q. What does that mean, ossification?
A. Ossification, the actual process of laying down bone.
Q. Is healthy cartilage something that allows our bones to glide over one another?
A. Yes, it is.

[10:12] - [11:5] 5/3/2006 Michael McCaffrey, M.D.

page 10

Q. Do you know whether osteoarthritis is one of the most frequent causes of disability in the United States?
A. Yes, it is.
Q. Can osteoarthritis be debilitating for certain patients?
A. Yes, it can.
Q. Can it limit patients' ability to function normally?
A. Yes, sir.
Q. What is rheumatoid arthritis?
A. A degenerative arthritis. If you think of osteoarthritis, osteoarthritis is essentially bone growth on the edge of the bones. Rheumatoid

page 11

arthritis is a destructive arthritis where the bone is, and the cartilages are being affected by an inflammatory process known as rheumatoid arthritis. It's very debilitating and the bones actually in a sense become shorter from the arthritis itself.

> π objection: 401, 402, 403 Plaintiff was not treated for, nor diagnosed with rheumatoid arthritis - this is therefore irrelevant. Calls for expert testimony.

[11:11] - [19:19] 5/3/2006 Michael McCaffrey, M.D.

page 11

Q. Have you found that it's difficult at times to find the appropriate treatment for patients with rheumatoid arthritis?
A. Yes, it is.
Q. Are those some of the patients who sometimes face chronic pain?
A. Yes, they are.
Q. Whether it's from osteoarthritis or rheumatoid arthritis or one of the other conditions you mentioned before, Doctor, can chronic pain itself be a health problem?
A. Yes, it can.
Q. Can you explain why.
A. People in chronic pain spend more time in doctors' offices. They're looking for a cure

page 12

for their chronic pain. Some studies show that they actually have a shorter life expectancy. Not all the studies equal each other when you look at them, but they're -- across the board your life expectancy because you have -- a lot of people with chronic pain have other health disorders along with their chronic pain.
Q. When --
A. Or -- or the actual treatments you give them can make them develop other medical problems. If you had to put somebody on Prednisone, which is

> π objection: 401, 402, 403 Irrelevant and immaterial - Plaintiff was not diagnosed with rheumatoid arthritis nor does this generalized testimony apply to Plaintiff's condition as he was not on Prednisone, did not have osteoporosis diabetes or cataracts. Calls for expert testimony

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

a steroid, they can develop osteoporosis, they can develop diabetes mellitus, they can develop cataracts in their eyes. And just having somebody on chronic steroids, which is very common with rheumatoid arthritis, it can cause other health problems.

Q. When patients are suffering from chronic pain, whether it's osteoarthritis or rheumatoid arthritis, does that sometimes affect their ability to exercise?

A. Yes, it does.

Q. What are the consequences, sir, for patients who are unable to exercise and stay in shape as a result of being in too much pain?

page 13

A. Well, their muscles become debilitated. They have very poor tolerance in doing various things, especially any activity around the house, whether it be yard work, housework, caring for children or parents. It can also inversely affect the heart so --

Q. How does it do that?

A. Well, it just -- it puts a higher demand on the heart itself because the heart's no longer healthy. It becomes -- you become unhealthy when you decrease your activity.

Q. Have you found that patients who are in chronic pain sometimes become depressed?

A. Yes, they do.

Q. Why does that happen to them?

A. It's the loss of function -- it's a loss of person. Most people don't feel like they're worth anything. They can develop sleep disorders where they don't sleep properly. They can develop insomnia. Those are the main ones with depression.

Q. Dr. McCaffrey, before COX-2 inhibitors like Vioxx came to the market in the United States, what treatment options were available for people who were in pain from osteoarthritis or rheumatoid

page 14

arthritis?

A. Well, there are various other nonsteroidal medications. Probably the -- the most popular prior to the COX-2's was Voltaren or Diclofenac. Also, another popular one was ibuprofen and Naprosyn.

Q. So nonsteroidal antiinflammatory drugs, or NSAIDs, that was one class of medication that was available for patients who were experiencing pain?

A. Yes, sir.

Q. Can you identify some other treatment options before Vioxx came out.

A. Other treatment options would be narcotic medications, whether it be codeine or the codeine-based medications, which include hydrocodone or Oxycodone. Then there's the -- the morphine-based medications so you've got morphine. And if I'm quoting myself right, Dilaudid is morphine based, might be wrong, I just don't use a lot of Dilaudid. But those are the main drugs and, you know, a very common drug you hear, OxyContin, which is an Oxycodone drug. There's also Fentanyl, which is in a different category of narcotics, which is in a patch form we use for chronic pain.

page 15

Q. So narcotics were available to treat pain before COX-2 inhibitors, NSAIDs were available?

[Handwritten margin note:] π objection: please see previous page

[Handwritten margin note:] 401, 402, 403 This testimony regarding depression is irrelevant. Further generalized discussion of the other treatment options available to doctors and the limitations is irrelevant and immaterial, as Plaintiff did not use many of the treatments discussed herein. Further, these questions call for a narrative.

Calls for expert testimony.

**Issues Report [Michael McCaffrey]**

- **Merck's Counter Designations**

A. Tylenol.
Q. Tylenol?
A. Tylenol, which is the acetaminophen. There's other drugs in that category that are available in other countries in the world, but the only one we have is acetaminophen in this country.
Q. You also mentioned steroids before?
A. Yes, sir.
Q. Have you ever used aspirin to try to treat patients who were in pain from osteoarthritis?
A. Yes, sir. And there's also a drug called salicylate, which is very commonly used for rheumatoid arthritis, and that's preferable so -- it seems to be a little bit easier on the stomach than aspirin itself.
Q. Let's go through some of those other treatment options and I'd like to talk about the benefits and the risks that you're aware of for each of those categories of medicines, okay?
A. Yes, sir.
Q. Let's start with aspirin. What are the

page 16

benefits of aspirin in terms of pain relief?
A. It works very well. I mean, it's a medication you can use two or three times a day. You can get almost complete pain resolution with aspirin.
Q. Does aspirin reduce inflammation, though?
A. Yes, it does.
Q. And does it also have side effects?
A. It does have side effects. The main side effects you're worried about are the gastrointestinal tract, GI bleeding. You also worry about the kidney and the liver, especially the kidney. Long-term use of aspirin can cause renal failure and also cause liver failure and you can also become toxic on aspirin.
Q. What does that mean?
A. You can develop an acute psychosis from aspirin, which I've seen happen before to patients.
Q. When you mentioned that aspirin can lead to GI bleeds, can you explain to the jury what you mean by that, GI bleeds.
A. Gastrointestinal bleed is a -- a hemorrhage in the stomach that's caused by a compromise in the wall of the gastric mucosa and it

page 17

causes the small blood vessels to leak blood into the stomach contents, which can cause somebody to become nauseated and eventually start throwing up. In some patients that -- they're getting pain relief from the aspirin, they might not feel any side effects and they have a very slow bleed which can be picked up on a routine rectal examination or a guaiac test on a patient. So that's the hard part about treating people with pain medicine if it can cause GI bleeding is they might not feel it and they can become anemic and run into the problems long term.
~~Q. What does it mean to become anemic?~~
A. Your blood count goes down. You have a -- for men and women there's a normal hemoglobin/hematocrit and then from a slow GI bleed, your hemoglobin will go down and you'll start feeling fatigued, might start having problems with your memory. And then it gets diagnosed by a blood test usually.
Q. You also mentioned narcotics.

401, 402, 403
This generalized testimony regarding other treatment options and limitations is irrelevant and immaterial as Plaintiff did not suffer from many of the se side effects including kidney or liver failure, nor did he take many of these drugs.

Calls for expert testimony.

**Issues Report [Michael McCaffrey]**

π objection: 401, 402, 403 This generalized testimony is irrelevant and misleading because the Plaintiff did not use steroids, nor did Dr. McCaffrey treat him for complications arising therefrom.

- **Merck's Counter Designations**

Narcotics can sometimes be helpful at stopping pain, right?
A. That's correct.
Q. Do narcotics have side effects?

page 18

A. Yes, they do.
Q. Can you explain some.
A. Addiction is the number one side effect you worry about where people become either psychologically addicted or physically addicted to narcotic medications. And psychologically it's -- they think they need the medications. They go out actively seeking, they go to multiple doctors. The physical addiction, if you have someone on a long-acting narcotic two or three times a day or any other narcotic whether they're taking it for two or three weeks, they've already developed a physical addiction and they will go through withdrawal when they come off the medication.
Q. Is another side effect of narcotics impaired thinking?
A. Impaired thinking, chronic constipation, chronic fatigue. They become very tired after being on the medication for a time period.
Q. Let's talk for a minute about steroids. Are steroids useful in reducing inflammation?
A. Yes, they are.
Q. Do they also sometimes have a helpful effect on reducing pain?

page 19

A. Yes, they do.
Q. What are some of the side effects of steroids?
A. Side effects of steroids are osteoporosis --
Q. What is that?
A. -- which is a thinning of the bones where you can actually get -- on long-term use you can get fractures of the bones, especially in the spine. You can develop cataracts. You can develop diabetes mellitus. It can cause you to have hypertension, chronic insomnia. You can develop a mood disorder. You can actually develop depression on chronic steroid use.
Q. If there are all these side effects that are associated with steroids, why do you prescribe them to your patients on occasion?
A. It's our last line of defense, it's after you've tried everything else. Basic example

[20:13] - [23:16] 5/3/2006 Michael McCaffrey, M.D.

page 20

safest medication. In an arthritis patient or chronic pain patient, it's the last defense. It's the last medication you would use because of the side effects.
Q. You also mentioned NSAIDs, or nonsteroidal antiinflammatory drugs, like ibuprofen and naproxen.
A. Yes, sir.
Q. What are the benefits of traditional or nonselective NSAIDs? Do you understand what I mean when I say nonselective NSAIDs?
A. Yes, sir, they're COX-1 and COX-2.
Q. Correct. What are some of the benefits

page 21

of nonselective or traditional NSAIDs like ibuprofen?