Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
 3            A.   Pain resolution, easy to use.
 4      There's -- initially when you're starting somebody
 5      on the medication, you can do some blood monitoring
 6      on them, but once you've checked, as long as
 7      they're not abusing the medications, it's usually a
 8      safe form of therapy.
 9            Q.   Are some of the side effects associated
10      with NSAIDs stomach problems?
11            A.   Yes, they are.  You can have the same
12      problems with GI bleeding or gastrointestinal
13      hemorrhage.  And this can be a slow process also
14      because it helps pain so you might lose blood
15      slowly over time.
16            Q.   Have you heard of patients who have
17      actually had perforations and ulcers in their
18      stomach as a result of taking traditional or
19      nonselective NSAIDs?
20            A.   Yes, sir.
21            Q.   Are you aware of whether the stomach
22      problems and the perforations, ulcers and bleeds
23      are considered a serious health problem in this
24      country?
25            A.   Yes, they are.
page 22
 1            Q.   Why are they a serious problem, sir?
 2            A.   Because they can be lethal.  With
 3      traditional NSAIDs, I don't know if I'm quoting my
 4      numbers right, but there are probably between a
 5      hundred and 150 deaths per year on traditional
 6      NSAIDs.  That number might be higher.
 7            Q.   And are you also aware that there are
 8      thousands of NSAID users who have to be
 9      hospitalized because of GI-related problems?
10            A.   Yes, sir.
11            Q.   Is tolerability also a problem with
12      some NSAIDs?
13            A.   Yes, sir.
14            Q.   What is tolerability?
15            A.   Being able to take a medicine without
16      the side effects.  So every medication on the
17      market can have side effects on a particular
18      patient.  I mean, you can hand Tylenol to a hundred
19      patients and two or three patients might have some
20      kind of side effect, whether it be dizziness or
21      whether it be fatigue or some side effect that's
22      intolerable to them, they can't take the medicine
23      because of it.
24            Q.   Do NSAIDs -- nonselective NSAIDs also
25      cause increased blood pressure or hypertension?
page 23
 1            A.   Yes, sir.
 2            Q.   Finally, you mentioned Tylenol.
 3      Tylenol can help reduce pain in certain patients?
 4            A.   Yes, it can.
 5            Q.   Did Tylenol also have side effects?
 6            A.   Yes, it can.  It has -- they're very
 7      limited -- I mean, it's very rare you see a side
 8      effect.  You will find people that will develop a
 9      skin rash like any other medication.  Very rare you
10      see the blood pressure go up or -- but I've seen
11      dizziness with Tylenol.  I've seen fatigue with
12      Tylenol.  If you open the package insert, just
13      about every side effect you can imagine is in
14      there.  It's tolerated, but you have to take it
15      four times a day so one of those medications that
16      is limited in what it can do.
```

*Handwritten annotation (bracketing lines 16-page 22 line 10):* π objection: 401, 402, 403 irrelevant and immaterial - Plaintiff has not suffered from nor been diagnosed with any of these conditions because of his NSAID use

*Handwritten annotation (bracketing page 23 lines 2-16):* π objection: 401, 402, 403 irrelevant as to other patients and side effects

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

[23:17] - [24:23]     5/3/2006     Michael McCaffrey, M.D.

```
page 23
17          Q.   Now let's turn to COX-2 inhibitors like
18   Vioxx, okay?
19          A.   Yes, sir.
20          Q.   When did you start prescribing COX-2
21   inhibitors?
22          A.   When they became available on the
23   market, I guess Celebrex was the first COX-2.
24          Q.   Why did you decide to prescribe
25   Celebrex and Vioxx over traditional NSAIDs?
page 24
1           A.   Number one, they were more effective
2    from a pain standpoint.  Number two, the risk of GI
3    side effects was lower.  These are actual
4    medications you could give to people while on
5    Coumadin.
6           Q.   What is Coumadin?
7           A.   Coumadin is a blood thinner.  It's the
8    most potent of the blood thinners that we use short
9    of injectable blood thinners, Lovenox, in private
10   practice.
11          Q.   And why is it helpful to be able to
12   give COX-2 inhibitors to patients who are taking
13   blood thinners?
14          A.   Because you cannot give traditional
15   medications.  You cannot give Prednisone or
16   steroids.  You cannot give traditional nonselective
17   nonsteroidal medications to these patients because
18   of the side effect -- of the possible bleeding
19   contraindications for the patient.
20          Q.   Did you find it helpful when Vioxx and
21   Bextra were on the market to have multiple COX-2
22   inhibitors to choose from for your patients?
23          A.   Yes, sir.
```

*[Handwritten annotation: π objection: 401, 402, 403 Irrelevant as to other patients' treatment.]*

[26:11] - [27:18]     5/3/2006     Michael McCaffrey, M.D.

```
page 26
11          Q.   Is it fair, Dr. McCaffrey, that because
12   different people respond differently to the same
13   medication, it is helpful to have more than one
14   medication to prescribe to them?
15          A.   Yes, sir.
16          Q.   Have you seen patients who did not
17   respond well to Celebrex but did respond well to
18   Vioxx?
19          A.   Yes, sir.
20          Q.   Have you seen patients who did respond
21   well to Motrin, or ibuprofen, but not to naproxen?
22          A.   Yes, sir.
23          Q.   During what period of time did you
24   prescribe Vioxx, sir?
25          A.   From the time it was released to the
page 27
1    time it was recalled.
2           Q.   Why did you prescribe Vioxx to your
3    patients?
4           A.   It was a very excellent medication for
5    the treatment of osteoarthritis and rheumatoid
6    arthritis.
7           Q.   Did you and your colleagues, sir, who
8    focus on pain relief consider COX-2 inhibitors and
9    Vioxx to be a major advance in the treatment of
10   pain?
11          A.   Yes, sir.
12          Q.   You mentioned before that to take
13   Tylenol, you often have to take it four times a
14   day.  Do you remember saying that?
```

*[Handwritten annotation: π objection: 401, 402, 403 Irrelevant as to other patients.]*

*[Handwritten annotation: π objection: 401, 402, 403 Irrelevant as to why other patients may find Vioxx helpful to take once a day - not applicable to plaintiff]*

Issues Report [Michael McCaffrey]

- **Merck's Counter Designations**

```
                            15      A.   That's correct.
                            16      Q.   How many times a day were patients told
                            17 to take Vioxx typically?
                            18      A.   Once a day.
```

π objection:
see previous page

[27:22] - [29:24]          5/3/2006     Michael McCaffrey, M.D.

```
page 27
22      Q.   Is it helpful for patients to have to
23 take medicine only once a day versus four times a
24 day?
25      A.   Yes, it is, because it's easier to
page 28
1  remember to take the medication, therefore the
2  patient remains compliant with their medication.
3           The other beauty of the newer
4  medications, Vioxx, Celebrex and Bextra, was the
5  advantage of -- and this may sound strange to the
6  academic world, to the private practice it makes
7  more sense.  I could put somebody on Vioxx for a
8  one-week time period and then they'd be off the
9  medication for three weeks.  So they actually take
10 their Vioxx one week per month and that's all they
11 had to take for their pain relief.  It would calm
12 the pain down enough that they wouldn't have to
13 take it for the next three weeks.  So it's not
14 uncommon in my practice where I'd have patients
15 that, you know, from a cost standpoint they'd say,
16 I cannot afford the medication and so we'd figure
17 out how to be able to take the medication and
18 they'd also give themself a holiday where they were
19 off the drug at the same time.
20      Q.   And for some of those patients if they
21 had to take traditional NSAIDs, would they have to
22 take those more regularly and more often?
23      A.   Yes, sir.
24      Q.   Before you prescribed Vioxx to
25 Mr. Barnett, and we're going to talk about
page 29
1  Mr. Barnett shortly, had the Food and Drug
2  Administration approved Vioxx as safe and
3  effective?
4       A.   Yes, they had.
5       Q.   Is it important to you as a treating
6  physician that the Food and Drug Administration
7  approve medicine as safe and effective, sir?
8       A.   Yes, sir.
9       Q.   Why is that important to you?
10      A.   Because it's given a seal of approval
11 by the Federal Government.  They've done
12 appropriate studies on the medication and -- you
13 know, it's like going to a bank, if you're FDIC
14 approved -- I mean -- is it FDIC?
15      Q.   I think so.
16      A.   Yeah.  I know I can put my money in
17 there and there's a safeguard from the Federal
18 Government saying if something happens to your
19 bank, you're still going to have your money.  So
20 it's the same thing with the Federal Government,
21 here's the medication.  We put our trust in this
22 medication.  It went through a rigorous program.
23 The United States has the most rigorous program of
24 any drug program.
```

π objection:
602, calls for expert testimony. Dr McCaffrey does not work for the FDA or have firsthand knowledge of the approval process - misleading as to the proposition that FDA does studies on drugs

π objection:
602, calls for expert testimony

[30:4] - [30:10]           5/3/2006     Michael McCaffrey, M.D.

```
page 30
4            Is it your understanding,
5  Dr. McCaffrey, that the Food and Drug
6  Administration has scientists there to review
```

π objection:
602, calls for expert testimony

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
                    7   clinical trials and make an assessment about
                    8   whether a drug is safe and effective before it can
                    9   be used in the marketplace?
                   10       A.   Yes, sir.
```

π objection: see previous page

[30:13] - [31:8]    5/3/2006    Michael McCaffrey, M.D.

```
                   page 30
                   13          Were you aware, Dr. McCaffrey, while
                   14   you were prescribing Vioxx that the FDA approved it
                   15   as safe and effective for different uses over time?
                   16       A.   Yeah, toward -- you know, after Vioxx
                   17   had been out for awhile, it actually was approved
                   18   for migraine headaches.
                   19       Q.   Do you remember that after Vioxx was
                   20   originally released in the market, it was
                   21   subsequently approved for the treatment of
                   22   rheumatoid arthritis?
                   23       A.   Yes, sir.
                   24       Q.   Did you find that to be helpful for
                   25   your patients?
                   page 31
                   1        A.   Yes, sir.
                   2        Q.   In March of 2004, do you know that the
                   3    Food and Drug Administration approved Vioxx for use
                   4    in treating migraine headaches?
                   5        A.   Yes, sir.
                   6        Q.   Do you treat patients who have migraine
                   7    headaches, sir?
                   8        A.   That's 60 percent of my practice.
```

π objection: 401, 402, 403 Conditions are inapplicable to plaintiff - irrelevant as to other patients

[31:16] - [32:8]    5/3/2006    Michael McCaffrey, M.D.

```
                   page 31
                   16       Q.   What happens to patients who have
                   17   chronic migraines who come in to see you because
                   18   they have them so often, what is life like for
                   19   those patients?
                   20       A.   Life is horrible for them.  You have to
                   21   view chronic migraines as a chronic pain syndrome.
                   22   It's a chronic disorder where they have headaches
                   23   at least every other day per month.  They're on
                   24   multiple medications.  They develop depression.
                   25   They can't interact in social events because
                   page 32
                   1    they're constantly having migraine headaches,
                   2    they're missing events, they miss time with their
                   3    kids.  They're unemployable.  No one employs
                   4    somebody that has headaches every day of their
                   5    life.  Very difficult to keep them at work.
                   6        Q.   Was Vioxx helpful in treating migraine
                   7    headaches in some of your patients?
                   8        A.   Yes, it was.
```

π objection: 401, 402, 403 Condition is inapplicable to plaintiff - irrelevant as to other patients

[33:4] - [33:7]    5/3/2006    Michael McCaffrey, M.D.

```
                   page 33
                   4        Q.   How did your clinical experience,
                   5    Dr. McCaffrey, with Vioxx compare with the FDA's
                   6    conclusion that it was a safe and effective
                   7    medicine?
```

π objection: vague, ambiguous irrelevant as to other patients

[33:9] - [33:10]    5/3/2006    Michael McCaffrey, M.D.

```
                   page 33
                   9            THE WITNESS:  I thought it was a very
                   10   safe medication.
```