Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

| | | |
|---|---|---|
| [33:12] - [33:14] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 33
12         Q.   Did you think it was a very helpful
13   medication for your patients?
14         A.   Yes, I did.
```

| | | |
|---|---|---|
| [33:15] - [34:6] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 33
15         Q.   Let's turn now to your treatment of
16   Gerald Barnett, okay?
17         A.   Yes, sir.
18         Q.   What is that in front of you, by the
19   way, for the ladies and gentlemen of the jury?
20         A.   This is a PDA.  It's basically a
21   screen, goes to a server which is on 48th Avenue
22   which is about 40 blocks from here.
23         Q.   It just basically contains medical
24   records?
25         A.   It brings in his whole chart and stores
page 34
1    it right here until I release it back to the
2    server.
3          Q.   When did you first meet Gerald Barnett?
4          A.   Pull his name up here.  Mr. Barnett, I
5    first met him on March 26th, 1990 -- I take that
6    back -- yeah, March 26th, 1998.
```

| | | |
|---|---|---|
| [34:7] - [34:8] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 34
7          Q.   I'm going to hand you what I've marked
8    as Exhibit 1 to your deposition, sir.
```

| | | |
|---|---|---|
| [34:12] - [38:5] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 34
12         Q.   Is this a document that reflects your
13   first visit with Mr. Barnett on March 26th of 1998?
14         A.   Yes, sir.
15         Q.   We're going to go through this in a
16   minute, but I want to ask you how many total visits
17   you had with Mr. Barnett, period.
18         A.   Four visits.
19         Q.   When was the last time you saw
20   Mr. Barnett?
21         A.   It was on December 30th, 1999.
22         Q.   So you treated Mr. Barnett from March
23   28th, 1998 through December 30th of 1999 and during
24   that period, you saw him a total of four times?
25         A.   Yes, sir.
page 35
1          Q.   Why did Mr. Barnett come to see you on
2    March 26th, 1998?
3          A.   His main complaint on the first visit
4    was complaining about low back pain which radiated
5    into his left leg.  He related he was involved in a
6    motor vehicular accident on December 30th, 1978.
7    He suffered neck and back injuries with this
8    accident resulting in chronic back pain, neck pain
9    and right shoulder pain.
10         Q.   Are you reading from the second and
11   third sentence --
12         A.   That's correct.
13         Q.   -- from Exhibit 1?  So he came to see
14   you because he was experiencing lower back pain in
15   March of 1998?
16         A.   That's correct.
17         Q.   Do you also indicate, sir, that -- on
```

Issues Report [Michael McCaffrey]

**• Merck's Counter Designations**

```
            18   the third page that Mr. Barnett was also suffering
            19   from chronic shoulder pain?
            20       A.   That's correct.
            21       Q.   Did Mr. Barnett explain to you the
            22   medications that he had been taking to try to
            23   address his chronic neck pain and back pain?
            24       A.   Yes, sir, he did.  He said --
            25       Q.   What were those?
page 36
1                A.   He said he had taken Feldene, which is
2        an antiinflammatory, from --
3            Q.   Is that a traditional NSAID?
4            A.   It's a traditional NSAID.  It would be
5        in the same family as Mobic, which is a newer
6        medication that's out now -- from December 1980
7        through October 1996 with significant improvement
8        of his symptoms and he had stopped his medication
9        in 1996, started taking ibuprofen.  And I'm not
10       sure at that time, I didn't go into detail why he
11       stopped it.
12           Q.   So Mr. Barnett told you he had taken
13       Feldene for 16 years to try to resolve his back
14       pain and his neck pain and then he had switched to
15       ibuprofen?
16           A.   Over-the-counter ibuprofen.
17           Q.   Did Mr. Barnett tell you that Feldene
18       actually did help him for awhile resolving his
19       pain?
20           A.   Yes, he did.
21           Q.   And did you at this point in time
22       decide that it would be appropriate to put him back
23       on Feldene?
24           A.   And that -- that's what I did, I put
25       him back on Feldene that day and talked to him
page 37
1        about doing an MRI scan of his lower back to
2        evaluate for lumbar disc disease and also do a
3        nerve conduction study, EMG, of the left leg to
4        evaluate for any evidence of an active or chronic
5        lumbosacral radiculopathy.
6            Q.   I don't know what that means.  I'm not
7        going to ask you to explain it, but --
8            A.   Just means a pinched nerve.
9            Q.   Okay.
10           A.   He's coming in for back pain.  It's
11       going into one leg.  Does he have a pinched nerve
12       in his back which is significant.
13           Q.   The medication that you prescribed on
14       this occasion, March 26th of 1998, was Feldene,
15       right?
16           A.   Yes, sir.
17           Q.   Why did you decide to prescribe Feldene
18       as opposed to some other medication to Mr. Barnett?
19           A.   It's a medication that had worked for
20       him before.
21           Q.   When you prescribe medications to your
22       patients, sir, do you listen to them concerning
23       what medications have worked and what haven't
24       worked in the past?
25           A.   It's probably the most important part
page 38
1        of their history.
2            Q.   Do you prescribe medications to your
3        patients, sir, because you have some self-interest
4        in the medication you prescribe?
5            A.   No, sir.
```

Issues Report [Michael McCaffrey]

- **Merck's Counter Designations**

| | | |
|---|---|---|
| [38:24] - [39:6] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 38
24          Q.   On this date, March 26th of 1998, did
25   Mr. Barnett tell you that over the previous three
page 39
1    months, his low back pain had been getting worse?
2           A.   Yes, he did.
3           Q.   Did Mr. Barnett tell you in March of
4    1998 that the pain he was experiencing was
5    radiating down his left leg?
6           A.   That is correct.
```

| | | |
|---|---|---|
| [39:7] - [39:9] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 39
7           Q.   The next time you saw Mr. Barnett was
8    on -- was it March 31st of 1998?
9           A.   Yes, it was.
```

| | | |
|---|---|---|
| [39:13] - [41:15] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 39
13          Q.   Let me hand you Exhibit 2, sir.  Is
14   this a medical record concerning your visit with
15   Mr. Barnett on March 31st, 1998?
16          A.   Yes, it is.
17          Q.   Why did he come to see you on this
18   occasion?
19          A.   We performed a nerve conduction study,
20   EMG, on the patient to evaluate for evidence of a
21   radiculopathy.
22          Q.   And a radiculopathy is again?
23          A.   A pinched nerve in the back.
24          Q.   Did you discuss the results of that
25   test with Mr. Barnett?
page 40
1           A.   It was discussed at the time of the
2    test itself, yes, I did.
3           Q.   What was your conclusion, sir, about
4    the cause of Mr. Barnett's leg pain and lower back
5    pain?
6           A.   Well, he had evidence on the test from
7    the study that demonstrated a chronic, which means
8    something that had been going on longer than six
9    months, and an active, something going on less than
10   six months -- a chronic active pinched nerve in his
11   back.  So he had ongoing changes to the nerve
12   itself from the study so at that time I said, you
13   know, you have a chronic pinched nerve.  We talked
14   about we need to schedule you for an MRI or get on
15   with the MRI to see exactly what's going on in your
16   back.  We had previously done X-rays on the first
17   visit when he came in that showed some arthritic
18   changes in his lumbosacral spine and we were going
19   to review the MRI once we got the results back.
20          Q.   Focusing your attention, sir, on the
21   last paragraph of the March 31st, 1998 visit.
22          A.   Yes, sir.
23          Q.   Do you see that you wrote, quote, we
24   will see the patient in follow-up after this MRI is
25   completed, we will continue him on Feldene 20
page 41
1    milligrams -- what does PO Q mean?
2           A.   By mouth every day.
3           Q.   He has had a significant improvement in
4    his pain since restarting Feldene.
5           Do you see that?
6           A.   That's correct.
7           Q.   Why did you decide to continue him on
```

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
                         8    Feldene as opposed to putting him on some other
                         9    medication to help control his back pain?
                        10         A.    Because he did well on the medicine.
                        11         Q.    When did you see Mr. Barnett next?
                        12         A.    I saw Mr. Barnett next on April 6th,
                        13    1998.
                        14         Q.    1998?
                        15         A.    1998.
```

[41:19]                  5/3/2006    Michael McCaffrey, M.D.

```
                        page 41
                        19         Q.    Let me hand you Exhibit 3, sir.
```

[41:22] - [42:3]         5/3/2006    Michael McCaffrey, M.D.

```
                        page 41
                        22         Q.    Is this a medical record dated April
                        23    6th of 1998 concerning your visit with Mr. Barnett?
                        24         A.    Yes, it is.
                        25         Q.    Why did he come to see you on this
                        page 42
                        1     occasion?
                        2          A.    He came to follow up to go over the
                        3     results of his MRI scan.
```

[42:5] - [43:14]         5/3/2006    Michael McCaffrey, M.D.

```
                        page 42
                        5                Can you describe briefly in terms that
                        6     I can understand what the results of his MRI scan
                        7     were.
                        8          A.    Underwent his MRI on April 3rd, 1998.
                        9     His MRI demonstrated mild spondylitic changes and
                        10    these are changes you see with osteoarthritis at
                        11    all levels with a disc bulge with posterior
                        12    spurring noted at L-5/S-1.  That's the fifth lumbar
                        13    and the first sacral, which is a very common site.
                        14         Q.    Is that in the lower back?
                        15         A.    That's correct.
                        16         Q.    Is that what was causing his lower back
                        17    pain?
                        18         A.    More than likely it was causing his
                        19    back pain, yes, sir.
                        20         Q.    In the middle of the paragraph that
                        21    starts history of present illness, do you see that
                        22    you wrote, he was started on Feldene 20 milligrams
                        23    by mouth per day and has been doing fine on this
                        24    medication, his symptoms have improved by 75
                        25    percent?
                        page 43
                        1          A.    Yes, sir.
                        2          Q.    So he was still doing all right on
                        3     Feldene at this point?
                        4          A.    Yes, sir.
                        5          Q.    Did you continue him on Feldene because
                        6     the medicine was working at that point to help his
                        7     back pain?
                        8          A.    Yes, I did.
                        9          Q.    The next visit, I believe, was the last
                        10    visit that you had with Mr. Barnett?
                        11         A.    That's correct.
                        12         Q.    And that was on December 30th of 1999,
                        13    right?
                        14         A.    That is correct.
```

[43:18] - [47:10]        5/3/2006    Michael McCaffrey, M.D.

```
                        page 43
```

Issues Report [Michael McCaffrey]

- **Merck's Counter Designations**

```
             18          Q.   Let me hand you Exhibit 4, sir.  Is
             19   this a medical record that addresses the visit you
             20   had with Mr. Barnett on December 30th of 1999?
             21          A.   Yes, it is.
             22          Q.   Why did Mr. Barnett come to see you on
             23   this occasion?
             24          A.   Well, his back pain had worsened since
             25   I had seen him almost eight months prior.
page 44
             1           Q.   If you look in the history of present
             2    illness paragraph, do you see that you wrote,
             3    patient is a 54-year-old --
             4           A.   Right-handed white male.
             5           Q.   -- seen for follow-up of lower back
             6    pain and left leg radiation secondary to a lumbar
             7    radiculopathy?
             8           A.   That's correct.
             9           Q.   And then you write, since his last
             10   visit, his lower back pain has been acting up
             11   approximately five days a week.
             12          A.   That's correct.
             13          Q.   And then you indicate that he's had
             14   improvement since he stopped playing golf a few
             15   weeks ago.
             16          A.   That's correct.
             17          Q.   Under current medications, you wrote,
             18   Feldene 20 milligrams by mouth once a day which we
             19   will -- what does DC stand for?
             20          A.   Discontinue.
             21          Q.   Today we will start him on Vioxx 25
             22   milligrams by mouth once daily.
             23          A.   That's correct.
             24          Q.   Why did you decide to recommend that
             25   Mr. Barnett use Vioxx instead of Feldene?
page 45
             1           A.   He was losing an effect with Feldene.
             2    It wasn't working for him anymore so we decided to
             3    change to something that might be more efficacious.
             4           Q.   When you say might be more efficacious,
             5    what does that mean?
             6           A.   More effective.
             7           Q.   Was it your feeling on December 30th,
             8    1999 that even though Feldene had worked in the
             9    past to help Mr. Barnett's back pain that now it
             10   wasn't working well?
             11          A.   That's correct.
             12          Q.   If you turn the page, Dr. McCaffrey, to
             13   impression, do you see that you wrote, Number 1,
             14   worsening right shoulder/deltoid pain?
             15          A.   That's correct.
             16          Q.   Was Mr. Barnett experiencing more
             17   shoulder pain than he had in the past?
             18          A.   Yes, he had.
             19          Q.   And he was taking Feldene at this
             20   point, right?
             21          A.   Yes, he was.
             22          Q.   Patient does also relate a history of
             23   mild neck pain with this.  Do you see that?
             24          A.   Yes, I do.
             25          Q.   And then you wrote, examination showed
page 46
             1    decreased sensation over the median nerve
             2    distribution of the left hand.
             3               What does that mean in simple English?
             4           A.   Well, he was complaining of right
             5    shoulder and deltoid pain, but over -- the
             6    sensation over his thumb, index, middle and part of
             7    his fourth finger of his right hand he had
             8    decreased sensation.  That's the median nerve
             9    distribution.
```