Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
                     10          Q.   And then at the bottom of that
                     11   paragraph you write, we will empirically start him
                     12   on Vioxx 25 milligrams by mouth once daily for this
                     13   discomfort.
                     14          What did you mean when you wrote, we
                     15   will empirically start him on Vioxx?
                     16          A.   We're going to give him a trial on the
                     17   medication and see if it helps and if it doesn't
                     18   help -- in reviewing my notes earlier today, I gave
                     19   him four sample pills and at the end of the four
                     20   sample pills if he was not better, he was supposed
                     21   to call me back and we would think about a
                     22   different medicine or a different treatment
                     23   regimen.
                     24          Q.   Do you know one way or the other
                     25   whether Mr. Barnett took those sample pills and
                     page 47
                     1    when he took them?
                     2          A.   He must have because he filled his
                     3    prescription and I had given him a prescription.
                     4    He asked me at the time that he had a prescription
                     5    plan where he had to get three months at a time so
                     6    I wrote a prescription for him to obtain his
                     7    medications three months at a time.
                     8          Q.   Do you have any idea what particular
                     9    day Mr. Barnett started taking the sample pills?
                     10         A.   More than likely, the day he saw me.
```

[47:16] - [47:22]       5/3/2006     Michael McCaffrey, M.D.

```
                     page 47
                     16             THE WITNESS:   That was December 30th,
                     17   1999.  I can only assume that he took them that day
                     18   or the next day.
                     19   BY MR. GOLDMAN:
                     20         Q.   Would you defer to Mr. Barnett in terms
                     21   of when he thinks he took Vioxx?
                     22         A.   That's fine.
```

[47:23]                 5/3/2006     Michael McCaffrey, M.D.

```
                     page 47
                     23         Q.   You wrote in the --
```

[48:1] - [48:18]        5/3/2006     Michael McCaffrey, M.D.

```
                     page 48
                     1          Q.   -- in the second paragraph, lower back
                     2    pain with left leg radiation.  This has been
                     3    problematic over time and is secondary to lumbar
                     4    radiculopathy.
                     5          We had talked about that before?
                     6          A.   Yes, sir.
                     7          Q.   Hopefully this will improve with Vioxx.
                     8          Do you see that?
                     9          A.   Yes, sir.
                     10         Q.   Was it your hope that by switching
                     11   Mr. Barnett from Feldene to Vioxx that it would not
                     12   only help his shoulder pain but also his lower back
                     13   pain?
                     14         A.   That's correct.
                     15         Q.   If Feldene were working to reduce
                     16   Mr. Barnett's neck pain and shoulder pain and back
                     17   pain, would you have changed him to Vioxx?
                     18         A.   No, sir.
```

*[handwritten: "π objection: asked + answered"]*

[48:23] - [50:20]       5/3/2006     Michael McCaffrey, M.D.

page 48

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
               23            Q.   Sure.  Did Mr. Barnett explain to you
               24    on December 30th of 1999 when he said his back pain
               25    was occurring five days a week how painful it was?
               page 49
               1             A.   Yes, sir.
               2             Q.   Was it painful to him?
               3             A.   It was painful to the point where he
               4     had to stop playing golf.  And for him he played a
               5     lot of golf so to stop playing golf, it had to be
               6     painful.
               7             Q.   In December 1999, would you say that
               8     Mr. Barnett was still experiencing low back pain
               9     and shoulder pain despite being on Feldene?
               10            A.   Yes, sir.
               11            Q.   Do you make it a practice,
               12    Dr. McCaffrey, to discuss with your patients
               13    potential side effects of medicines you prescribe?
               14            A.   Yes, sir.
               15            Q.   Did you do that with Mr. Barnett when
               16    you prescribed Vioxx to him?
               17            A.   What I usually do with patients is I
               18    have a package insert and I hand them the package
               19    insert and if they have any questions -- I'll go
               20    over the basic things, which is dyspepsia, it can
               21    happen with Vioxx, you can develop -- I've had
               22    patients develop headaches with Vioxx.  I've had
               23    people develop elevated blood pressure.  So I go
               24    over the very basic things, but I'll hand them a
               25    package insert and make sure they take it with
               page 50
               1     them.
               2             Q.   Did you believe that Mr. Barnett
               3     understood the side effects associated with Vioxx
               4     when you prescribed it to him?
               5             A.   Yes, sir.
               6             Q.   Did you ever see Mr. Barnett again
               7     after December 30th of 1999?
               8             A.   No, sir.
               9             Q.   Did you ever discuss the risks and
               10    benefits of Vioxx with Mr. Barnett after December
               11    30th of 1999?
               12            A.   No, sir.
               13            Q.   Back when you prescribed Vioxx to
               14    Mr. Barnett, sir, had he been diagnosed with angina
               15    to your knowledge?
               16            A.   No, sir.
               17            Q.   Did Mr. Barnett ever tell you whether
               18    he had experienced angina or heart pain prior to
               19    you prescribing Vioxx to him?
               20            A.   No, sir.
```

*Handwritten annotation:* π objection: asked & answered

[51:9] - [51:13]        5/3/2006    Michael McCaffrey, M.D.

```
               page 51
               9                  So when you were treating Mr. Barnett
               10    between March of 1998 and December of 1999, you
               11    didn't know whether he had angina or ischemia
               12    because he didn't tell you that he did?
               13            A.   That's correct.
```

*Handwritten annotation:* π objection: asked & answered, leading

[51:23] - [52:9]        5/3/2006    Michael McCaffrey, M.D.

```
               page 51
               23            Q.   Did Mr. Barnett on December 30th of
               24    1999 come into your office and ask to be put on
               25    Celebrex because he had seen commercials for
               page 52
               1     Celebrex?
               2             A.   No, sir.
               3             Q.   Is that something you would remember?
```

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
               4          A.   If it was something significant, I
               5   would have documented it.  Let me look through my
               6   handwritten notes.  It might give us a better idea
               7   because my handwritten notes, I'm writing it as
               8   they're talking to me so if there's something
               9   significant, I'll write it down.
```

[52:14] - [52:15]        5/3/2006    Michael McCaffrey, M.D.

```
               page 52
               14              THE WITNESS:  I don't see anything
               15   written about him saying anything about Celebrex.
```

[52:17] - [53:7]         5/3/2006    Michael McCaffrey, M.D.

```
               page 52
               17         Q.   If Mr. Barnett had come into your
               18   office on December 30th of 1999 and told you he had
               19   been watching television and saw commercials for
               20   Celebrex and wanted to be put on Celebrex, is that
               21   something you would have written down?
               22         A.   Probably see how pushed for time -- I
               23   probably am writing -- I'm sitting there writing as
               24   they're talking so I would probably write it down.
               25         Q.   Let me ask you, sir, whether you
               page 53
               1    remember Mr. Barnett coming into your office on
               2    December 30th, 1999 and saying, I really want to be
               3    on Celebrex because I've seen commercials about it
               4    and you saying, no, I insist that you go on Vioxx?
               5    Does that square with your recollection of what
               6    occurred on December 30th of 1999?
               7         A.   No, sir.
```

π objection: speculation

[55:8] - [55:18]         5/3/2006    Michael McCaffrey, M.D.

```
               page 55
               8         Q.   If a patient, sir, came into your
               9    office and said, I really want to be on Celebrex,
               10   would you put him on Celebrex if he didn't have any
               11   allergies?
               12        A.   Yes, I would.
               13        Q.   If Mr. Barnett came into your office on
               14   December 30th of 1999 and said, I really want to be
               15   on Celebrex because Feldene is not working for me,
               16   would you have prescribed Celebrex?
               17        A.   I would have given him samples of
               18   Celebrex to try.
```

π objection: incomplete hypothetical 401, 402, 403 Speculative

[55:21] - [56:17]        5/3/2006    Michael McCaffrey, M.D.

```
               page 55
               21              Assuming Mr. Barnett came in and said,
               22   I really want to be on Celebrex because I've seen
               23   commercials about it, would you have given him
               24   samples of Celebrex to try rather than samples of
               25   Vioxx?
               page 56
               1         A.   Depends on the patient.  If we go to
               2    Mr. Barnett's case, I would have given him samples
               3    of Celebrex to try.
               4         Q.   And if Mr. Barnett responded well to
               5    the samples of Celebrex, would you then have
               6    prescribed Celebrex to him?
               7         A.   That's correct.
               8         Q.   Do you remember ever being insistent
               9    that Mr. Barnett take Vioxx over some other
               10   medicine?
               11        A.   No, sir.
```

π objection: speculation

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
12          Q.   During the visits that you had with
13   Mr. Barnett, do your notes indicate that he ever
14   indicated to you that he had been watching
15   advertisements on TV about Vioxx that he found to
16   be reassuring?
17          A.   No, sir.
```

[57:6] - [57:10]    5/3/2006    Michael McCaffrey, M.D.

```
page 57
6                During the four visits you had with
7    Mr. Barnett, sir, did you indicate in any of your
8    notes whether he saw advertisements for Celebrex
9    and Vioxx?
10          A.   No, sir.
```

[57:18] - [58:19]    5/3/2006    Michael McCaffrey, M.D.

```
page 57
18          Q.   For what products?
19          A.   Maxalt.
20          Q.   What is Maxalt?
21          A.   Maxalt is a migraine medication.
22          Q.   How did you first become a speaker for
23   Merck, sir?
24          A.   I was approached by the company when
25   the drug was -- was released.  I was a speaker for
page 58
1    Imitrex and Zomig at the time and they asked me to
2    speak on their medication.  And Imitrex and Zomig
3    are also migraine medications.
4           Q.   Who manufactures Imitrex and --
5           A.   Imitrex is GlaxoWellcome and Zomig is
6    back to being AstraZeneca again.
7           Q.   So you were first approached by Merck
8    to speak about Maxalt and that was before Vioxx
9    ever came on the market, right?
10          A.   That's correct.
11          Q.   Why did you agree to become a speaker
12   for Merck, sir?
13          A.   Because I liked the product.
14          Q.   Do you sometimes attend events where
15   other doctors are speaking about other medications?
16          A.   Yes, sir.
17          Q.   Do you find it helpful to attend those
18   type of functions?
19          A.   Yes, I do.
```

[58:20] - [59:10]    5/3/2006    Michael McCaffrey, M.D.

```
page 58
20          Q.   Why?
21          A.   It's informative.  You can usually talk
22   to them on the side about their results with
23   patients and are there any other indications that
24   are offlabel that might help a patient with
25   different disorders.
page 59
1           Q.   Why do you mean offlabel?
2           A.   Say take Vioxx, it was approved for
3    rheumatoid arthritis and osteoarthritis.  Early on
4    we were discovering that it was working for
5    migraines so if you talk to a headache specialist
6    who's actually doing a study on Vioxx who's coming
7    to give the talk, you can talk to them about their
8    data that has not been released yet and they'll
9    say, I'm getting a good result or I'm getting a bad
10   result from a particular drug.
```

*[Handwritten annotation bracketing the last section:]* π objection 401, 402, 403 irrelevant as to off label conditions

Issues Report [Michael McCaffrey]

- **Merck's Counter Designations**

| | | |
|---|---|---|
| [59:11] - [59:21] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 59
11          Q.   The decision that you made to become a
12     speaker for Merck, sir, did you review that as
13     requiring you to actually prescribe the medicine
14     you were talking about?
15          A.   No, sir.
16          Q.   Did you ever feel while you were a
17     speaker for Merck or other pharmaceutical companies
18     that you were obligated to prescribe the
19     medications that you were talking about at these
20     various functions?
21          A.   No, sir.
```

| | | |
|---|---|---|
| [61:5] - [61:18] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 61
5           Q.   Are you accepting compensation from
6      these pharmaceutical companies because they expect
7      you to prescribe the medication that you're talking
8      about, sir?
9           A.   No, sir.
10          Q.   Is it customary for pharmaceutical
11     companies to pay you for the time you're spending
12     speaking on these various products?
13          A.   Yes, sir.
14          Q.   Have you ever felt during the time that
15     Merck was paying you to speak about some of their
16     products that they were trying to buy you off or to
17     stop you from prescribing other medications?
18          A.   No, sir.
```

| | | |
|---|---|---|
| [61:25] - [62:6] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 61
25               Your decision to prescribe Vioxx to
page 62
1      your patients, was that based on your judgment that
2      that was the best medication for your patients or
3      was that because you were speaking on behalf of
4      Merck?
5           A.   I thought it was the best medication
6      for my patients.
```

| | | |
|---|---|---|
| [62:7] - [62:16] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 62
7           Q.   While you were a speaker for Merck
8      during the time that Vioxx was on the market, did
9      you also prescribe traditional NSAIDs?
10          A.   Yes, I did.
11          Q.   Which other NSAIDs did you prescribe?
12          A.   Well, the -- at the time, the
13     traditional NSAID that had a long-acting form was
14     Voltaren XR.  That's a once-a-day 100 milligram
15     pill.  Also ibuprofen and Naprosyn were the top
16     three that I would prescribe.
```

π objection: 401, 402, 403 irrelevant as to other medications prescribed

| | | |
|---|---|---|
| [62:21] - [63:19] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 62
21          Q.   Did you sometimes prescribe Ultram?
22          A.   Yes, sir.
23          Q.   Did you sometimes prescribe Mobic?
24          A.   Yes, sir.
25          Q.   Did you sometimes prescribe nabumetone
page 63
1      during the time that Vioxx was on the market?
2           A.   Is that Relafen?
```