**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
              14  you're going to say -- if somebody says, well, what
              15  do you think about such and such, I can say, well,
              16  this is my own personal information, this has
              17  nothing to do with the company.  You should clarify
              18  yourself and say, this is what I see happening with
              19  a particular medication, but, you know, this is
              20  myself, this is not what's been reported about the
              21  medication.
              22        Q.   When you were speaking about Maxalt
              23  before you prescribed medicine to Mr. Barnett,
              24  would you make it a point to talk about the
              25  benefits and the risks of Maxalt?
            page 88
              1         A.   Yes, I would.
```

*# objection:*
*401, 402, 403*
*Irrelevant as to Maxalt*

[88:13] - [89:12]      5/3/2006     Michael McCaffrey, M.D.

```
            page 88
              13        Q.   Number 6, your presentation will not
              14  otherwise be false and misleading -- or misleading?
              15        A.   That's correct.
              16        Q.   That means you just have to tell the
              17  truth about the benefits and risks of the medicine?
              18        A.   That's correct.
              19        Q.   In the Paragraph 7, do you see at the
              20  end, Merck representatives present at each of your
              21  presentations will provide package circulars to
              22  attendees if Merck products are discussed, do you
              23  see that?
              24        A.   Yes, sir.
              25        Q.   So if you are speaking about Maxalt or
            page 89
              1   later Vioxx after Mr. Barnett's use of it, would
              2   you -- would Merck representatives pass out package
              3   inserts to those who attended?
              4         A.   Usually what happens is as you walk
              5   into a talk, you'd have a table of different
              6   information about the medication and the -- the
              7   circular would be attached to every single piece
              8   except maybe for the pens that were laying there.
              9   So you'd automatically have it and people would
              10  pick this up and set it down so whenever we were
              11  giving a talk, they might be reading through it and
              12  ask questions about what they're reading.
```

[90:8] - [92:22]      5/3/2006     Michael McCaffrey, M.D.

```
            page 90
              8         Q.   In 9B, it says:  For all other speaker
              9   programs scheduled by Merck, Merck will prepare and
              10  forward to you slide packages that provide balanced
              11  information about the products distributed by
              12  Merck.  You may or may not choose to discuss Merck
              13  products as part of your presentations.
              14              Do you see that?
              15        A.   Yes, sir.
              16        Q.   You agree to review the product slide
              17  packages and the current package circular for the
              18  Merck product in advance of each presentation that
              19  you make that is scheduled by Merck and at which
              20  you might discuss the particular product.
              21              You see that?
              22        A.   Yes, sir.
              23        Q.   Is this another way of saying that if
              24  you decide to talk about a particular product at
              25  one of these dinner occasions or roundtable
            page 91
              1   discussions, you have to make it a point to be up
              2   to speed on the current information in the package
              3   insert?
```

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
 4       A.    That's correct.
 5       Q.    If you decide to discuss a Merck
 6  product, you agree to either use the product slide
 7  packages with balanced information -- and does that
 8  mean when it says balanced information risks and
 9  benefits?
10       A.    That is correct.
11       Q.    -- or to provide comparable information
12  about the product.  This does not mean that you are
13  obligated to discuss any of Merck's products.
14             Do you see that?
15       A.    Yes, sir.
16       Q.    And then in the last paragraph it says:
17  In imposing these requirements, we are attempting
18  to ensure compliance with FDA regulations.  As
19  such, Merck will monitor your presentations and
20  reserves the right to terminate this agreement if,
21  in Merck's judgment, you fail to comply with these
22  regulations -- I'm sorry, with these requirements.
23             You see that?
24       A.    Yes, sir.
25       Q.    When you sign the speaker agreements
page 92
 1  for Merck, do you understand that Merck is taking
 2  seriously the requirements of the FDA?
 3       A.    Yes, sir.
 4       Q.    Do you take seriously the requirements
 5  of the FDA when you give your presentations?
 6       A.    Yes, sir.
 7       Q.    On the next page under behavior at the
 8  top:  It is the policy of Merck & Company,
 9  Incorporated that employees and independent
10  contractors for Merck maintain behavior of the
11  highest professional and ethical levels regarding
12  their interactions with customers, the public,
13  consultants and other employees of Merck.  You will
14  be held to these high standards and alleged
15  incidents of inappropriate behavior will be
16  promptly and thoroughly investigated.  Any
17  violation of these standards will result in
18  immediate termination of this agreement.
19             Do you understand that, again, to be
20  Merck wanting you to -- to act in a professional
21  and ethical way when discussing Merck's products?
22       A.    Yes, sir.
```

π objection: 602

π objection: 602

[92:23] - [95:23]      5/3/2006      Michael McCaffrey, M.D.

```
page 92
23       Q.    Let's turn to a different topic,
24  Dr. McCaffrey, just to talk about your prescribing
25  practices in general, okay?
page 93
 1       A.    Yes, sir.
 2       Q.    When you prescribe medicine to your
 3  patients, do you make a risk-benefit assessment?
 4       A.    Yes, sir, I do.
 5       Q.    Can you explain what that means.
 6       A.    Well, you have to look at what are the
 7  disease states they suffer from.  Basic example in
 8  the last patient I saw this morning, she has
 9  worsening migraine headaches, but she's also gone
10  on to develop what sounded like partial and --
11  proceeding onto complex partial seizures.  She has
12  a history of kidney stones.  One -- a good
13  medication for treatment of both migraine headaches
14  and seizures is Topamax.  Unfortunately, you can
15  develop kidney stones while on Topamax, not a
16  medication I can use.  I don't want to give her an
17  episode of kidney stones.  She's also on multiple
```

π objection: 401, 402, 403 irrelevant as to not general practices pertaining to Vioxx

π objection: calls for narrative irrelevant as to other patients 401, 402, 403

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

π objection:
see previous page
in addition risks of
other medications
in US are
irrelevant

```
18   other medications for depression.  She also has
19   chronic low back pain.  I chose Keppra, which is
20   the cleanest out of the seizure medications, to use
21   on her.  It might not be the best for her
22   headaches.  We'll see if it does improve her
23   headaches, but I'm hoping to resolve her seizures
24   and get her back to driving, which is going to be
25   another five-and-a-half months from now because the
page 94
 1   state law says if you have a seizure, you can't
 2   drive for six months.
 3       Q.   Is it true that every medicine sold in
 4   this country has risks?
 5       A.   Yes, that -- yes, it's true.
 6       Q.   How do you learn of the risks of the
 7   medicine that you prescribe for your patients?
 8       A.   I want to say trial and error, but it's
 9   not really trial and error.  It's trying patients
10   on the medication and if you see side effects that
11   are over what's prescribed in the package insert,
12   then you might shy away from a particular
13   medication.
14       Q.   So one source that you look to is the
15   package insert --
16       A.   Certainly.
17       Q.   -- to see what the side effects are?
18       A.   Exactly.
19       Q.   And when I say package insert, do you
20   understand that I'm referring to the package insert
21   that is approved by the Food and Drug
22   Administration?
23       A.   That's correct, or the -- or the
24   Physicians' Desk Reference, which would be the --
25   the holy grail of the medical field.
page 95
 1       Q.   Is the Physicians' Desk Reference --
 2       A.   It's an accumulation of all the package
 3   inserts.  Whatever is on the package insert is in
 4   the Physicians' Desk Reference unless there's
 5   another insert that's in with the medicine which
 6   might be a quick synopsis for patients because
 7   over -- Merck used to put both of those in their
 8   medications and they've gone strictly to the
 9   package insert now.
10       Q.   So if you want to learn about the
11   benefits and risks associated with a particular
12   medicine, you turn to the Physicians' Desk
13   Reference because that contains all of the
14   FDA-approved package inserts for all medications?
15       A.   That's correct.
16       Q.   Do you also read medical literature to
17   stay abreast of some of the benefits and risks
18   associated with the medicine you prescribe?
19       A.   Yes, sir.
20       Q.   Do you also listen to colleagues and
21   members of the medical community to see what their
22   experience is like with medicine?
23       A.   Yes, I do.
```

[95:24] - [96:3]          5/3/2006    Michael McCaffrey, M.D.

```
page 95
24       Q.   And when you said earlier that you try
25   patients on particular medications, do you ever
page 96
 1   prescribe a medication to a patient that you think
 2   is going to result in a side effect?
 3       A.   No, sir.
```

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

[96:8] - [97:3]          5/3/2006          Michael McCaffrey, M.D.

```
page 96
 8                What is the reason why you monitor
 9    patients after you prescribe the medication to
10    them?
11         A.    To make sure that they're not having
12    side effects.  There's many people -- that's a
13    bad -- that's a bad word.  There are many people
14    that will go to the doctor and take the medication
15    having side effects because the doctor told them to
16    take the medication.  It happens on a weekly basis.
17    It's not something that's a rare occasion where
18    someone will come back and they've had nausea for
19    one month straight or three weeks straight while
20    they're waiting to come back and I'll, why didn't
21    you stop the medicine?  Because you told me to take
22    it.  So it's not an uncommon scenario for somebody
23    to come back still taking the medicine with a side
24    effect.  It might have been helping their symptoms,
25    but they were having a side effect so you sit down
page 97
 1    with them, see if there's another treatment option
 2    that might give you the same result helping their
 3    disorder with no side effects.
```

[98:6] - [98:11]          5/3/2006          Michael McCaffrey, M.D.

```
page 98
 6         Q.    I don't know how many times Merck
 7    representatives came to call on your office, but is
 8    it safe to say that the majority of those, if not
 9    the vast majority of those occasions, involved
10    situations where representatives dropped off
11    samples --
```

[98:14]          5/3/2006          Michael McCaffrey, M.D.

```
page 98
14         Q.    -- and didn't meet with you in person?
```

[98:17] - [98:18]          5/3/2006          Michael McCaffrey, M.D.

```
page 98
17              THE WITNESS:  It was mainly to drop off
18    medications.
```

[98:24] - [99:2]          5/3/2006          Michael McCaffrey, M.D.

```
page 98
24         Q.    When Merck sales representatives came
25    to visit you about Maxalt or Vioxx or some other
page 99
 1    product, did they typically come just to drop off
 2    sales -- samples?
```

[99:4] - [99:6]          5/3/2006          Michael McCaffrey, M.D.

```
page 99
 4              THE WITNESS:  Well, I'm very -- I have
 5    a very busy practice so to even get one minute of
 6    my time is very difficult.
```

[99:8] - [99:12]          5/3/2006          Michael McCaffrey, M.D.

```
page 99
 8         Q.    Is it fair to say that given how busy
 9    you are, you don't have time to sit down with sales
10    representatives and talk about the benefits and
```

π objection:
vague as to time
ambiguous

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

*π objection: see previous page*

```
           11  risks associated with medicine?
           12       A.    That's correct.
```

[101:3] - [102:8]        5/3/2006    Michael McCaffrey, M.D.

```
           page 101
           3        Q.    When you assess the risks and benefits
           4   of medication you prescribe, do you consider even
           5   the tiniest risks in your assessment?
           6        A.    If they're lethal risks, yes.
           7        Q.    Are you aware and has it been your
           8   experience, Dr. McCaffrey, that sometimes
           9   pharmaceutical companies and the FDA will learn
           10  more about a medicine after it's on the market than
           11  before it's approved?
           12       A.    Yes, sir.
           13       Q.    Are there occasions when medications
           14  get approved for new indications or new use after
           15  it's on the market?
           16       A.    Yes, sir.
           17       Q.    Have you also seen that medicine you
           18  prescribed sometimes develop side effects that were
           19  not originally included in a package insert but
           20  then get added to a package insert later?
           21       A.    Yes, sir.
           22       Q.    And is it important to keep up to speed
           23  as best you can with the benefits and risks
           24  associated with medicine you prescribe?
           25       A.    Yes, sir.
           page 102
           1        Q.    And that was true for Vioxx while you
           2   prescribed it?
           3        A.    Yes, sir.
           4        Q.    Did you do your best to stay familiar
           5   with the current package insert and other
           6   information about the benefits and risks associated
           7   with Vioxx and other medicine you prescribe?
           8        A.    Yes, sir.
```

*π objection: compound calls for expert testimony*

*π objection: cumulative*

*π objection: cumulative, asked & answered*

[102:20] - [102:25]       5/3/2006    Michael McCaffrey, M.D.

```
           page 102
           20       Q.    Whatever the New England Journal of
           21  Medicine article said about the difference in heart
           22  attacks seen in one arm of a Vioxx trial, Vioxx
           23  compared to naproxen, didn't factor into your
           24  decision to prescribe Vioxx, true?
           25       A.    True.
```

[103:15] - [103:16]       5/3/2006    Michael McCaffrey, M.D.

```
           page 103
           15       Q.    Let me hand you Exhibit 7, sir.
           16       A.    Okay.
```

*π objection: asked & answered*

[104:13] - [104:18]       5/3/2006    Michael McCaffrey, M.D.

```
           page 104
           13       Q.    The document I just handed you, sir, is
           14  called, comparison of upper gastrointestinal
           15  toxicity of Vioxx and naproxen in patients with
           16  rheumatoid arthritis.  This is the study that you
           17  said you didn't read, right?
           18       A.    No, I didn't read it.
```

[108:15] - [109:7]        5/3/2006    Michael McCaffrey, M.D.

```
           page 108
           15       Q.    Did you ever use Vioxx yourself,
```

*π objection: 401, 402, 403 Dr. McCaffrey's use of Vioxx is irrelevant to the issue of the treatment of Plaintiff and is highly prejudicial to the issues of this case*

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
16  Doctor?
17       A.    Yes, sir.
18       Q.    For what?
19       A.    For arthritis pain.  I suffer from
20  arthritis.  I still take Bextra intermittently for
21  my pain.  I actually had bilateral carpal tunnel
22  surgery on my hands.  I took narcotics for about a
23  day and a half and -- and I took Vioxx and it
24  completely took the pain away.  So I took it for
25  about a week after that, after my carpal tunnel
page 109
1  surgery.
2        Q.    When did you take Vioxx?
3        A.    Three or four years ago.
4        Q.    Do you remember what dose?
5        A.    50 milligrams.
6        Q.    Did it work for you?
7        A.    Yes, it did.
```

*π objection: see previous page*

[111:18] - [111:22]    5/3/2006    Michael McCaffrey, M.D.

```
page 111
18       Q.    Dr. McCaffrey, based on your experience
19  in taking Vioxx and prescribing it to your
20  patients, did you believe it was safe and effective
21  if used according to the FDA-approved label?
22       A.    Yes, I did.
```

*π objection: 401, 402, 403 Personal use of Vioxx irrelevant and prejudicial.*

[135:6] - [135:8]    5/3/2006    Michael McCaffrey, M.D.

```
page 135
6        Q.    You just don't remember giving that
7  speech?
8        A.    No, sir.
```

[139:1] - [139:4]    5/3/2006    Michael McCaffrey, M.D.

```
page 139
1        Q.    And you gave six lectures for Merck, is
2  that right?
3        A.    I don't think these were lectures I
4  gave.
```

[139:6] - [139:7]    5/3/2006    Michael McCaffrey, M.D.

```
page 139
6        THE WITNESS:  These aren't lectures
7  that I gave.
```

[142:23] - [143:2]    5/3/2006    Michael McCaffrey, M.D.

```
page 142
23       Q.    Do you remember him?
24       A.    I know him very well.  He just went
25  back to Camp Lajeune.  He's an instructor for the
page 143
1  Marines.  He was in Iraq and he's worked for
2  multiple different pharmaceutical companies.
```

*π's objection 401, 402, 403 Irrelevant as to sales reps background as a marine, prejudicial and immaterial to the issues in this case.*

[163:10] - [163:18]    5/3/2006    Michael McCaffrey, M.D.

```
page 163
10       Q.    Why?
11       A.    For them to try the medication.
12  Especially with any nonsteroidal, it can cause GI
13  upset and I don't want them to buy a month or three
14  months of medication and they -- they can't take
15  the medicine.
16       Q.    So if the samples work, then -- then
```

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
                        17  they -- then they go and fill the prescription?
                        18       A.   That's correct.
```

[167:12] - [167:15]    5/3/2006    Michael McCaffrey, M.D.

```
                        page 167
                        12       Q.   And so -- I mean, there was a lot of
                        13  potential smaller side effects mentioned in that
                        14  package insert, right?
                        15       A.   That's correct.
```

[168:1] - [168:8]      5/3/2006    Michael McCaffrey, M.D.

```
                        page 168
                        1        Q.   Okay.
                        2        A.   And if you're having -- even if it's a
                        3   little side effect, if it's intolerable --
                        4        Q.   Yeah.
                        5        A.   -- we have to stop the medicine.  We
                        6   can't continue if it's an intolerable side effect
                        7   even if it works.  We have to think about a
                        8   different medicine.
```

[171:16] - [171:21]    5/3/2006    Michael McCaffrey, M.D.

```
                        page 171
                        16       Q.   So -- yeah, were you aware that
                        17  January -- strike that -- January 4th, 2000 that
                        18  Mr. Barnett went to Doctor's Care for congestion,
                        19  cough, postnasal drip, sore throat, took Keflex and
                        20  his blood pressure went up?
                        21       A.   No, sir.
```

[202:3] - [202:5]      5/3/2006    Michael McCaffrey, M.D.

```
                        page 202
                        3        Q.   I think Mr. Robinson asked whether you
                        4   had received 374 visits from sales representatives?
                        5        A.   That's correct.
```

[202:15] - [203:25]    5/3/2006    Michael McCaffrey, M.D.

```
                        page 202
                        15       Q.   The representatives who came on those
                        16  374 occasions sometimes just dropped off samples of
                        17  Vioxx without talking to you, true?
                        18       A.   They might come in, say, hi, how you
                        19  doing, I know you're busy, sign, back out the door.
                        20       Q.   Do you find it helpful to have samples
                        21  of medicine that you prescribe to your patients?
                        22       A.   Extremely helpful.
                        23       Q.   Why?
                        24       A.   Because I don't want -- I feel bad if
                        25  somebody gets a medication, has a side effect and
                        page 203
                        1   just bought a month or three months of the
                        2   medication.  Also, it's -- patients like the whole
                        3   idea that they can take a test ride before they're
                        4   going to have to buy something.
                        5        Q.   Is it sometimes helpful for patients
                        6   who can't afford medication to have samples?
                        7        A.   Yes, it is.  And a lot of the sample
                        8   medications we got were supplying people for the
                        9   month or two months or three months they're on the
                        10  medication that we got from the sales reps.
                        11       Q.   Do sales representatives from other
                        12  pharmaceutical companies come to visit you
                        13  concerning medications that they sell?
                        14       A.   They do.
```

π objection: calls for narrative
401, 402, 403

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
15       Q.    Is it common in the pharmaceutical
16 history for sales representatives to make calls on
17 doctors?
18       A.    Yes, it is.
19       Q.    Do you see anything wrong with that,
20 sir?
21       A.    No, sir.
22       Q.    Did the sales calls that you received
23 by sales reps influence your decision to prescribe
24 Vioxx to Mr. Barnett?
25       A.    No, sir.
```

[204:1] - [204:5]     5/3/2006     Michael McCaffrey, M.D.

```
page 204
1        Q.    Why did you describe -- decide to
2 prescribe Vioxx to Mr. Barnett on December 30th of
3 1999?
4        A.    I thought it was a very good and safe
5 medication.
```

[204:6] - [204:18]     5/3/2006     Michael McCaffrey, M.D.

```
page 204
6        Q.    Mr. Robinson was asking you questions
7 about whether Feldene was adequately treating
8 Mr. Barnett's back and neck pain.  Do you remember
9 that?
10       A.    Yes, sir.
11       Q.    Did you get the impression Mr. Robinson
12 was trying to suggest that Feldene was doing just
13 fine with treating Mr. Barnett's neck pain when you
14 saw him in December of 1999?
15       A.    Yes.
16       Q.    You were the doctor and you were
17 treating Mr. Barnett, right?
18       A.    That's correct.
```

π objection:
leading,
argumentative

[204:24] - [205:7]     5/3/2006     Michael McCaffrey, M.D.

```
page 204
24       Q.    As the doctor who visited with
25 Mr. Barnett, what was your assessment of how
page 205
1 Feldene was doing on that occasion for managing
2 Mr. Barnett's neck and back and shoulder pain?
3        A.    It wasn't doing an adequate job.
4        Q.    Is that why you switched --
5        A.    Yes, sir.
6        Q.    -- to Vioxx?
7        A.    Yes, sir.
```

π objection:
asked &
answered

[205:24] - [206:23]     5/3/2006     Michael McCaffrey, M.D.

```
page 205
24       Q.    Dr. McCaffrey, when you were answering
25 questions earlier about your compensation by Merck
page 206
1 and other pharmaceutical companies, do you remember
2 that?
3        A.    Yes, sir.
4        Q.    You were shown documents where you
5 received payments from Merck before you prescribed
6 Vioxx to Mr. Barnett and after you prescribed Vioxx
7 to Mr. Barnett, true?
8        A.    Yes, sir.
9        Q.    Did any of the speaking engagements
10 that you participated in or money that you received
11 from Merck influence you in deciding to prescribe
```

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

```
12    Vioxx to Mr. Barnett?
13         A.   No, sir.
14         Q.   If there's a suggestion made at trial
15    that you prescribed Vioxx to Mr. Barnett because
16    you were paid by Merck, what is your response to
17    that?
18         A.   The company did not influence me with
19    their speaking engagements.
20         Q.   Did you prescribe Vioxx to Mr. Barnett
21    because in your medical judgment, that was the best
22    medication for him?
23         A.   Yes, sir.
```

*π objection: asked & answered*

[207:6] - [207:17]      5/3/2006      Michael McCaffrey, M.D.

```
page 207
6          Q.   Do you remember being asked by
7     Mr. Robinson whether you saw advertisements on
8     television about Vioxx?
9          A.   Yes, sir.
10         Q.   Did the advertisements about Vioxx on
11    television influence your decision to prescribe
12    Vioxx to Mr. Barnett?
13         A.   No, sir.
14         Q.   Do you rely on commercials on
15    television about drugs in deciding what medicine to
16    prescribe to your patients?
17         A.   No, sir.
```

[208:4] - [208:11]      5/3/2006      Michael McCaffrey, M.D.

```
page 208
4          Q.   From your perspective as a doctor, do
5     you rely on the package insert that's approved by
6     the FDA in deciding what the risks and benefits are
7     with medicine you prescribe?
8          A.   Yes, sir.
9          Q.   Do you rely on commercials that you see
10    on television?
11         A.   No, sir.
```

*π objection: asked & answered*

[211:13] - [212:24]      5/3/2006      Michael McCaffrey, M.D.

```
page 211
13         Q.   I'm glad Mr. Robinson pointed out that
14    you actually saw Mr. Barnett on four occasions,
15    right?
16         A.   Yes, sir.
17         Q.   And the last time you saw Mr. Barnett
18    was December 30th of 1999?
19         A.   That's correct.
20         Q.   And then you filled a -- you wrote
21    another prescription a year later?
22         A.   That's correct.
23         Q.   You didn't see Mr. Barnett on that
24    occasion, did you?
25         A.   No, it's something that came -- I think
page 212
1     he dropped it off because there was a sticker so he
2     physically had to come to the office or it was sent
3     by Merck to me -- or from, you know, Merck Medco.
4     It was physically sent to me, I reviewed the chart,
5     saw who it was and wrote the prescription for him.
6          Q.   Did you have any discussions at all
7     with Mr. Barnett when you wrote the second
8     prescription for Vioxx in December of 2000?
9          A.   No, sir.  No, sir.
10         Q.   Did Mr. Barnett come in and talk to you
11    about whether he was experiencing any side effects
12    before he asked you to write the prescription for
```

**Issues Report [Michael McCaffrey]**

• **Merck's Counter Designations**

```
13  Vioxx in December of 2000?
14       A.    No, sir.
15       Q.    When you made the medical judgment that
16  Vioxx was the appropriate medication for
17  Mr. Barnett, was that judgment made in December of
18  1999 based on his medical condition at that time?
19       A.    Yes, sir.
20       Q.    And was your decision in prescribing
21  Vioxx to Mr. Barnett in December of 1999 based on
22  the information that was then available to you
23  about the benefits and risks of the medicine?
24       A.    That's correct.
```

[213:1] - [213:5]          5/3/2006     Michael McCaffrey, M.D.

```
page 213
1            Could you have taken into account
2  information about cardiovascular risks that became
3  known after December of 1999 when you decided to
4  prescribe Vioxx to Mr. Barnett?
5       A.    No, sir.
```

[213:14] - [213:17]        5/3/2006     Michael McCaffrey, M.D.

```
page 213
14       Q.    Were you aware, sir, that the
15  information about cardiovascular effects of Vioxx
16  and other COX-2 inhibitors changed over time?
17       A.    That's correct.
```

[213:18] - [213:19]        5/3/2006     Michael McCaffrey, M.D.

```
page 213
18       Q.    I'm going to hand you what I'll mark
19  as --
```

[213:23]                   5/3/2006     Michael McCaffrey, M.D.

```
page 213
23            COURT REPORTER:   20.
```

[214:3] - [214:17]         5/3/2006     Michael McCaffrey, M.D.

```
page 214
3        Q.    This is a dear healthcare professional
4  letter that Merck sent out in April of 2002 when
5  the label for Vioxx was changed to include
6  information about the VIGOR study, okay?
7        A.    Yes, sir.
8        Q.    Do you see how on the front page
9  there's a reference to important prescribing
10 information?
11       A.    Yes, sir.
12       Q.    On the second page there's a box at the
13 top that says, important prescribing information?
14       A.    Yes, sir.
15       Q.    And then it says, April 2002, dear
16 healthcare professional, okay?
17       A.    Yes, sir.
```

[214:20] - [217:14]        5/3/2006     Michael McCaffrey, M.D.

```
page 214
20            I can represent to you that your name
21 is on a mailing list showing that Merck sent you
22 this letter, okay?
23       A.    I think I received five or six copies
24 of this, so not just one.  I remember receiving
25 this.
```

Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

page 215

```
 1          Q.    And why do you remember receiving five
 2   or six copies of the --
 3          A.    Well, I've got four different offices
 4   so a copy is going to go to each office.  So every
 5   office it would show up, there would be another
 6   copy there for me.
 7          Q.    In April of 2002, did you see from this
 8   letter, sir, that there's a discussion about the
 9   VIGOR study?
10          A.    Yes, sir.
11          Q.    Do you see how on the first page of
12   this letter there's a discussion at the second
13   paragraph that says:  The prescribing information
14   has been revised to reflect the results of the
15   Vioxx Gastrointestinal Outcomes research study and
16   the FDA approval of Vioxx for the relief of the
17   signs and symptoms of rheumatoid arthritis in
18   adults?
19          A.    Correct.
20          Q.    And then do you see how the letter
21   continues to talk about clinical studies and the
22   VIGOR study, you see that?
23          A.    Right.
24          Q.    And then the rest of this letter is
25   verbatim from the package insert from April of
```

page 216

```
 1   2002?
 2          A.    Yes, sir.  On the back, yeah.
 3          Q.    Were you aware of what was in the
 4   package insert in April of 2002?
 5          A.    Yes, I was.
 6          Q.    Do you see on the second page of the
 7   dear healthcare professional letter there is a
 8   Table 1 that talks about the gastrointestinal
 9   safety events compared to naproxen?
10          A.    Yes, I do.
11          Q.    And then on the next page, do you see
12   that there's a discussion of summary of patients
13   with serious cardiovascular thrombotic adverse
14   events over time compared to naproxen?
15          A.    Yes, sir.
16          Q.    And then there's another table
17   concerning serious cardiovascular thrombotic
18   adverse events in Table 3, see that?
19          A.    Right here, yes.
20          Q.    And you were aware of that information
21   in April of 2002?
22          A.    That's correct.
23          Q.    On the next page, there's a discussion
24   in the precautions section.  Do you see that?
25          A.    Yes, sir.
```

page 217

```
 1          Q.    Mr. Robinson asked you whether Merck
 2   ever put information about cardiovascular risks in
 3   the contraindication or the warning section of the
 4   label.  Do you remember that?
 5          A.    Yes, sir.
 6          Q.    Do you know that a third section of the
 7   label has to do with precautions?
 8          A.    Yes, sir.
 9          Q.    You read the precautions section, true?
10          A.    Yes, sir.
11          Q.    The precautions section in April of
12   2002 includes a discussion of cardiovascular
13   effects, do you see?
14          A.    Yes, sir.
```