Issues Report [Michael McCaffrey]

• **Merck's Counter Designations**

[219:13] - [220:16]       5/3/2006       Michael McCaffrey, M.D.

```
page 219
13        Q.   In the context of cardiovascular
14   effects when somebody talks about angina, does that
15   mean to you heart pain?
16        A.   Commonly in the United States when you
17   hear angina you think heart pain.
18        Q.   And when you hear angina, you also
19   think ischemia, true, reduced blood flow?
20        A.   Reduced blood flow.
21        Q.   Yes?
22        A.   Correct.
23        Q.   In the second paragraph under
24   precautions, do you see that in the first sentence
25   it states, in VIGOR, and then it tells you the
page 220
1    number of months, nine months, the risk of
2    developing a serious cardiovascular thrombotic
3    event was significantly higher in patients treated
4    with Vioxx 50 milligrams once daily?
5                That wasn't what Mr. Barnett was on,
6    was it?
7         A.   No, he was on 25.
8         Q.   As compared to patients treated with
9    naproxen 500 milligrams twice daily.
10               You see that?
11        A.   Yes, sir.
12        Q.   You knew in April -- did you know in
13   April of 2002 that there was this increased risk of
14   cardiovascular thrombotic effects seen in the VIGOR
15   study?
16        A.   Yes, sir.
```

*[handwritten annotation: "Objection: calls for expert testimony"]*

[222:6] - [222:22]       5/3/2006       Michael McCaffrey, M.D.

```
page 222
6         Q.   At the time that you were speaking with
7    the rep about the VIGOR study, was it your
8    understanding that there were several different
9    possible explanations for the increase in
10   cardiovascular events seen in the VIGOR study?
11        A.   Yes, sir.
12        Q.   Was one of the possible interpretations
13   of the VIGOR study that naproxen was
14   cardioprotective and explained the reason for the
15   difference?  Is that one possible interpretation?
16        A.   That's one possible interpretation.
17        Q.   Was another possible interpretation
18   that Vioxx was prothrombotic or could cause heart
19   attacks?
20        A.   That's another option.
21        Q.   And was a third possibility chance?
22        A.   That's correct.
```

[226:20] - [226:21]       5/3/2006       Michael McCaffrey, M.D.

```
page 226
20        Q.   Okay.  And who is the rep you said that
21   discussed naproxen being cardio --
```

[227:4] - [227:6]       5/3/2006       Michael McCaffrey, M.D.

```
page 227
4                THE WITNESS:  Well, no, no, when the
5    letter came out, I just happened to see him that
6    day.  He goes to the same church with me.
```

Issues Report [Michael McCaffrey]

- **Merck's Counter Designations**

| | | |
|---|---|---|
| [227:8] - [227:14] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 227
 8         Q.   What's his name?
 9         A.   Steve Pelagrino (ph).  His name's
10   listed in here.
11         Q.   Okay.  And let me ask you this:  Is it
12   true that one of the things he -- he said was a
13   possible explanation was the naproxen being
14   cardioprotective, right?
```

| | | |
|---|---|---|
| [227:16] - [227:20] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 227
16              THE WITNESS:  I don't think he -- I
17   don't think he said that at that time because we
18   didn't -- we didn't know.  He said, here's what
19   I -- he says, I don't how to make heads or tails
20   out of this, let's look through this.
```

| | | |
|---|---|---|
| [231:4] - [232:8] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 231
 4         Q.   And at that point in time in December
 5   of 1999 or December of 2000 even, you didn't know
 6   whether Mr. Barnett was at risk of heart disease
 7   because you didn't know everything about his family
 8   history or his cholesterol levels, correct?
 9         A.   That's correct.
10         Q.   In your dealings with Merck sales
11   representatives, sir, did you find that they were
12   trying to push you into prescribing Vioxx?
13         A.   No, sir.
14         Q.   Did you find that Merck sales
15   representatives were just telling you that in the
16   VIGOR study, the explanation was because of
17   naproxen?
18         A.   No.
19         Q.   Did you feel that the sales
20   representatives were leaving it up to you to decide
21   what the appropriate interpretation of the VIGOR
22   study was?
23         A.   Yes, sir.
24         Q.   Had any Merck sales representatives who
25   called on you ever refused to answer any questions
page 232
 1   or avoided any questions you had about Vioxx?
 2         A.   No, sir.
 3         Q.   Did you feel that if you had a question
 4   to ask a particular sales representative that they
 5   would get you the answer or if they couldn't get
 6   it, they would have somebody else at Merck send you
 7   a letter giving you the answer?
 8         A.   Yes, they would.
```

*[Handwritten annotation: "# objection: asked & answered"]*

| | | |
|---|---|---|
| [232:13] - [233:10] | 5/3/2006 | Michael McCaffrey, M.D. |

```
page 232
13         Q.   Mr. Robinson has said on a number of
14   occasions that Merck never had a warning in the
15   package insert for Vioxx concerning cardiovascular
16   risks?
17         A.   That's correct.
18         Q.   If you look at the first page of the
19   April 2002 label, which is attached to the dear
20   healthcare professional letter --
21         A.   Yes, sir.
22         Q.   -- do you see on the first page of the
23   package insert in the bottom when they're talking
24   about the VIGOR study, there is a whole section
```

- **Merck's Counter Designations**

```
                              25  called cardiovascular safety with Table 2 talking
                              page 233
                              1   about --
                              2         A.   Yes, sir.
                              3         Q.   -- serious cardiovascular thrombotic
                              4   adverse events?
                              5         A.   Yes, sir.
                              6         Q.   Now, if that's not in the warnings
                              7   section, is that something that you notice when
                              8   you're reading a package insert, sir?
                              9         A.   Yes, sir.  So it actually made it to
                              10  the first page.
```

[233:11] - [234:7]         5/3/2006      Michael McCaffrey, M.D.

```
                              page 233
                              11        Q.   And Mr. -- I'm sorry, Dr. McCaffrey,
                              12  you mentioned in response to Mr. Robinson's
                              13  question that warnings are supposed to include
                              14  definite risks, is that what you said?
                              15        A.   Yeah, when you get the warnings, it's a
                              16  definite risk.  It's something that does happen,
                              17  it's -- it's not imaginary.
                              18        Q.   So if there is an open question about
                              19  whether a drug causes a particular side effect or
                              20  the science is not fully developed where there's a
                              21  definitive answer, is it your understanding that
                              22  that is what is in the precautions section?
                              23        A.   That's correct.
                              24        Q.   And you as a physician take seriously
                              25  what's in the precautions section, true?
                              page 234
                              1         A.   That's true.
                              2         Q.   It's not as though you ignore what's in
                              3   the precautions section when you're making
                              4   treatment decisions, that information is one of the
                              5   things you consider in your risk-benefit
                              6   assessment?
                              7         A.   That's correct.
```