```
                              bryan direct
30:14     Q.   And what would those be?
30:15     A.   There are two systems, a left system and a
30:16 right system.  The left coronary artery supplies
30:17 mainly the front and in most people the front and
30:18 side of the heart.  It breaks off into two branches.
30:19 The one in the front is called the anterior
30:20 descending on the front going down.  It supplies the
30:21 front of the heart.  And then there's a circumflex
30:22 going around the side, an artery called the
30:23 circumflex artery, and it'll break off into one,
30:24 two, three -- four branches depending on the
30:25 patient.
31: Page 31
31: 1          Those are the -- the anterior descending
31: 2 and the circumflex are the two major left-sided
31: 3 arteries in most people.  And then there's a right
31: 4 coronary artery which supplies mainly the bottom of
31: 5 the heart, just to simplify things.  So there are
31: 6 three major coronary arteries.
31: 7          Now, all of these arteries can have
31: 8 branches off -- off of them that might need to be
31: 9 bypassed.
31:10     Q.   Doctor, would you agree then that the LAD
31:11 supplies at least more than 50 percent of the
31:12 myocardial mass of the left ventricle?
31:13     A.   It supplies around 40 to -- 40 to 60
31:14 percent depending on the size of the vessel.
31:15     Q.   So if there's an occlusion in one of these
31:16 vessels, what happens?
31:17     A.   An -- an -- an occlusion, if you totally
31:18 shut off the artery acutely, meaning just suddenly,
31:19 you start having loss of blood flow and basically
31:20 the substrate or the beginning of a heart attack.
31:21     Q.   Is that what happened in Mr. Barnett's
31:22 case?
31:23     A.   At -- at some point he had a heart attack,
31:24 which implies that at some point he had low blood
31:25 flow to a portion of his heart.
32: Page 32
32: 1     Q.   Doctor, if I represent to you that
32: 2 Dr. Karavan has been deposed, and he has, and he's
32: 3 testified that in -- in reviewing the angiogram he
32: 4 saw a hangup of dye distally in the PDA and that
32: 5 goes with an acute event, is that something that you
32: 6 agree with?
32: 7     A.   I would agree that his PDA, posterior
32: 8 descending right coronary branch was occluded at the
32: 9 time of -- at the time of his catheterization and it
32:10 filled from the less system collaterals or other
32:11 routes to that vessel.
32:12     Q.   And do you recall seeing the dye hangup in
32:13 the angio?
32:14     A.   It was -- it was sluggish --

  32:18-36:9

~~32:18     A.   I'm sorry.  It was sluggish on the -- it~~
32:19 was -- there was some dye hangup in the PDA.
32:20     Q.   All right.  So you reviewed the cardiac
32:21 catheterization and you came up with a treatment
32:22 plan?
32:23     A.   Correct.
32:24     Q.   And what was that treatment plan?
```

```
                                  bryan direct
32:25     A.    To perform coronary bypass grafting on
33: Page 33
33: 1 Mr. Barnett.
33: 2     Q.    And if you could explain to the jury,
33: 3 please, how you decided which vessels need treatment
33: 4 and which ones don't?
33: 5     A.    Basically, just to simplify things, any
33: 6 vessel that has a -- and we have to look at two
33: 7 things: one, the degree of blockage the vessel has;
33: 8 two, the size of the vessel.
33: 9           So to -- to simply put it, vessels with 60
33:10 to 70 percent or greater stenosis or blockage that
33:11 are sizable enough to be bypassed are gonna be
33:12 grafted typically.  So if it's a very, very small
33:13 vessel on cath, it's possible you may not even
33:14 bypass it because it would be too small to support a
33:15 graft.
33:16           Part of the thing for bypass is you have
33:17 to have enough vessel to support the runoff of a
33:18 graft.  You don't want to put a big country road --
33:19 I mean, a big super highway to a little country
33:20 road.  I mean, that's not gonna work.
33:21           But -- so when we decide what vessels to
33:22 do, we look at, one, the size of the vessel; how big
33:23 is it; is it big enough to be grafted; and two, how
33:24 tight is the blockage above it.  Those are the two
33:25 things we look at.
34: Page 34
34: 1     Q.    How do you attempt to reperfuse these
34: 2 vessels?
34: 3     A.    We use typically a vein from the leg for
34: 4 vessels that are not in the anterior descending, and
34: 5 I would say in my practice -- I mean, 99 percent of
34: 6 the time the anterior descending is bypassed with an
34: 7 artery off the chest wall called the mammary artery.
34: 8     Q.    And is, for lack of a term better, is the
34: 9 mammary artery a better vessel to use than the
34:10 saphenous vein if you can?
34:11     A.    Yes.
34:12     Q.    And why is that?
34:13     A.    The mammary artery has -- has the benefit
34:14 of not only having a very -- being very resistant to
34:15 plaquing, it has a long-term patency rate that is
34:16 far superior to two veins.  It deceases the risk of
34:17 him having to come back for another operation in his
34:18 lifetime.  It improves his survival after an
34:19 open-heart operation and there's also some data to
34:20 suggest that it might help prevent plaquing
34:21 downstream in the -- in the native artery.
34:22     Q.    So in certain circumstances then, you have
34:23 to use -- you're -- you're able to use the mammary,
34:24 but you also have to use the saphenous graft?
34:25     A.    In -- in most patients we -- we use
35: Page 35
35: 1 saphenous vein for -- for the other vessels.
35: 2     Q.    And are those the vessels that over time
35: 3 may have to be replaced?
35: 4     A.    It's -- it's possible.  It is possible.
35: 5     Q.    All right.  Now, some labs were drawn,
35: 6 Dr. Bryan, on Mr. Barnett and one of them was a
35: 7 troponin level.  Do you recall that?
35: 8     A.    Yes.
35: 9     Q.    And could you explain for the jury,
                               Page 10
```

```
                              bryan direct
35:10 please, what a troponin level is?
35:11      A.   A troponin is a sub-selective compound
35:12 found in -- in muscle and it's -- a troponin is more
35:13 selective for heart muscle than -- than other muscle
35:14 in the body.  So the troponin that's measured is a
35:15 troponin more specific to heart muscle.
35:16           The one drawn in a laboratory to rule out
35:17 a heart attack is the one that's more specific to
35:18 heart muscle and -- and when it's elevated, by
35:19 definition it is a heart attack if it's elevated.
35:20      Q.   The other enzyme that's tested is CPK,
35:21 correct?
35:22      A.   Yes.
35:23      Q.   Is that's one that is not quite as -- as
35:24 specific for cardiac injury?
35:25      A.   Not quite as specific for a heart attack.
36: Page 36
36: 1      Q.   Now, Mr. Barnett's troponin level was 1.4
36: 2 at its last measurement.  Do you recall or do you
36: 3 see that in your record?
36: 4      A.   Yes.
36: 5      Q.   And that's clearly elevated?
36: 6      A.   Yes.
36: 7      Q.   All right.  And so an elevated troponin
36: 8 level would be a clinical marker for myocardial
36: 9 damage; would that be correct?

   36:11-36:11

36:11           THE WITNESS:  Yes.

   36:13-36:25

36:13      Q.   All right.  So based upon the reported
36:14 finding of 1.4, did Mr. Barnett suffer clinically,
36:15 in your opinion, from a myocardial infarction?
36:16      A.   Yes.
36:17      Q.   He suffered myocardial damage?
36:18      A.   Yes.
36:19      Q.   Going back, Doctor, to your consult,
36:20 Exhibit 1, PMH, that's past medical history?
36:21      A.   Correct.
36:22      Q.   And you write significant for the
36:23 following and number one, hyperlipidemia.  Do you
36:24 see that?
36:25      A.   Yes.

   37:12-39:21

37:12      Q.   All right.  Has -- let me ask you this
37:13 question:  In terms of lipid levels, have the
37:14 modalities for treatments changed over the years; in
37:15 other words, the -- the levels -- a cholesterol of
37:16 200 at one point may not have been treated and --
37:17 and maybe now it's more aggressively treated?
37:18      A.   The treatment of lipids is more aggressive
37:19 than it was even five years ago, particularly in
37:20 patients with -- with known coronary disease or have
37:21 undergone coronary bypass grafting, undergone
37:22 stenting particularly -- or a very strong family
37:23 history.
37:24           The -- the recommendations for lipid
37:25 therapy are -- are much more aggressive than they
```

Handwritten annotation (beside 36:5–36:9): Δ objection: leading / π response: needed for clarification

```
                              bryan direct
38: Page 38
38: 1 used to be.
38: 2      Q.   All right.  And I believe I'd asked you
38: 3 this question, but:  You would not be critical of
38: 4 the care that Mr. Barnett received by Dr. McCaffrey
38: 5 or Dr. Mikolojcyk in regards to his lipid
38: 6 management?
38: 7      A.   No.
38: 8      Q.   Going on to page 2, Doctor, of your
38: 9 consult, SH, I'm surmising that that's social
38:10 history?
38:11      A.   Social history.
38:12      Q.   And you wrote:  He has never smoked and he
38:13 does not drink alcohol.  Why is that important?
38:14      A.   For the smoking, risk factors for plaque
38:15 formation also for, you know, risk of emphysema for
38:16 patients who are about to have anesthetic.
38:17           Alcohol, you know, is he an excessive
38:18 drinker, which may increase his risk for plaque
38:19 formation or, from our standpoint, alcohol
38:20 withdrawal with surgery.  That's -- that's one of
38:21 the -- a couple of reasons why you ask for those
38:22 issues.
38:23      Q.   All right.  And so that was a good thing
38:24 that Mr. Barnett was not a smoker, in your opinion?
38:25      A.   Yes.
39: Page 39
39: 1      Q.   All right.  You performed a physical
39: 2 examination, correct?
39: 3      A.   Yes.
39: 4      Q.   And what was your -- what were your
39: 5 findings on his vital signs?  Let's start off with
39: 6 those.
39: 7      A.   He had no fever.  Pulse was normal.  Blood
39: 8 pressure was normal, was -- was well controlled and
39: 9 he was a little bit short, thin man.
39:10      Q.   All right.  So he was not obese?
39:11      A.   No, he was not obese.
39:12      Q.   All right.  And so you evaluated his lab
39:13 studies?
39:14      A.   Yes.
39:15      Q.   No contraindication to proceeding with
39:16 surgery?
39:17      A.   No.
39:18      Q.   And I believe that his surgery was
39:19 scheduled then for the next day.  Would that be
39:20 right?
39:21      A.   Yes.

   40:17-41:8

40:17      Q.   All right. And, Doctor, we'll mark as
40:18 Exhibit Number 2 the report, the corotid ultrasound.
40:19                (PLF. EXH. #  2, corotid
40:20                 ultrasound, marked for
40:21                 identification.)
40:22 BY MS. SHERBANEE:
40:23      Q.   And if you could just briefly tell the
40:24 jury what the findings were?
40:25      A.   The finding was that he had kind of a
41: Page 41
41: 1 tortuous or kind of a coiled corotid arteries, but
41: 2 there was no evidence of significant blockage in --
                              Page 12
```

```
                                          bryan direct
41: 3 in these arteries.
41: 4      Q.   That was a good thing?
41: 5      A.   That's a good thing.
41: 6      Q.   All right.  And so you decided to proceed
41: 7 with surgery?
41: 8      A.   Yes.

  41:10-41:12

41:10 chronological as possible, Doctor.  I have copies
41:11 from the Grand Strand chart, your progress reports,
41:12 so I'll be referring to those.  So aside, Doctor,

  41:22-45:3

41:22      Q.   Do you see the very first page there?
41:23      A.   Yes.
41:24      Q.   Is that your handwriting?
41:25      A.   That's my handwriting.
42: Page 42
42: 1      Q.   And would this correlate with the dictated
42: 2 consultation?
42: 3      A.   Yes.
42: 4      Q.   Would you just kindly, for the record,
42: 5 Doctor, read your entry?
42: 6      A.   58-year-old male admitted 9/6 with non Q
42: 7 wave MI.  Peak troponin 1.40.  Cap today
42: 8 demonstrated the following:  Number 1, 50 distal
42: 9 left main.  Number 2, 80 percent D1 small vessel.
42:10 Number 3, circumflex small with diffuse disease.
42:11 Number 4, proximal 80 percent RI, which is ramus
42:12 intermedius.  Number 5, occluded PDA.  Number 6, LV
42:13 branch 80 percent proximal stenosis.  Number 7,
42:14 ejection fraction approximately 50 percent, LVEDP
42:15 6 -- and LVEDP is a pressure measurement within the
42:16 heart chamber.
42:17           The patient is a candidate for coronary
42:18 bypass grafting.  Procedure and attendant risk
42:19 explained.  All questions answered.  Alternative
42:20 therapies discussed.  Patient voiced understanding
42:21 and wishes to proceed.
42:22           Mortality risk, 2 to 3 percent.  Morbidity
42:23 risk, 5 to 10 percent.  Plan OR tomorrow a.m.
42:24 9/10/02 second case.
42:25      Q.   And so, obviously, surgery proceeded,
43: Page 43
43: 1 correct?
43: 2      A.   Yes.
43: 3      Q.   All right.  Let's go to your operative
43: 4 report.
43: 5           MS. SHERBANEE:  That's Exhibit 4.
43: 6                (PLF. EXH. # 4, operative
43: 7                 report, marked for
43: 8                 identification.)
43: 9 BY MS. SHERBANEE:
43:10      Q.   And, Doctor, if you could kindly for the
43:11 jury explain what you did during the surgery?
43:12      A.   Well, basically what we do during the
43:13 surgery is make an incision down the middle of the
43:14 chest, starts a little bit below the notch in your
43:15 neck and goes just to the end of your chest where
43:16 you feel the little bit of cartilage at the end of
43:17 your chest.
```

```
                              bryan direct
43:18               At the same time that is going on,
43:19 typically the physician assistant is taking vein out
43:20 of one of the legs, and back in 2002 that would have
43:21 been done with an open incision all the way up and
43:22 down the leg.
43:23      Q.   So that's a -- excuse me -- that's a
43:24 surgical assistant?
43:25      A.   Yes.
44: Page 44
44: 1      Q.   Would that -- would that have been
44: 2 Mr. Schreckengast?
44: 3      A.   Correct.
44: 4      Q.   Okay.
44: 5      A.   While -- while he's doing that, I would
44: 6 take the mammary artery off the chest wall.  And we
44: 7 lifted the left side of the sternum up a little bit
44: 8 with a retractor and then take down the artery off
44: 9 the chest wall?  And then typically after I have all
44:10 of the conduit vein artery harvested, we will go on
44:11 the heart/lung machine by putting a canula in their
44:12 aorta and a canula in their right atrium so that we
44:13 can stop their heart, and we put a clamp on their
44:14 aorta, stop the heart and then we're going to sew on
44:15 these grafts beyond the blockage.  We don't do
44:16 anything to the blockage.  We go beyond it.
44:17      Q.   So you don't remove these vessels?
44:18      A.   No.  We don't remove any of the plaque.
44:19 Typically we don't do that.  Typically we don't do
44:20 that.
44:21           And then after we finish making all of the
44:22 connections to restore blood flow, we take the clamp
44:23 off the aorta and the heart starts beating and put
44:24 some drains in, typically put little some wires on
44:25 the surface of the heart to keep the -- if their
45: Page 45
45: 1 heart rate is a little slow so we can keep them a
45: 2 little faster and -- and then close their chest up
45: 3 and take them back to the ICU.

   45:9-45:10

45: 9      Q.   Now, bypass will not heal the area of the
45:10 heart that's already injured, correct?

   45:15-45:18

45:15      A.   Any dead tissue it will not heal.  Any
45:16 stunned tissue it will heal.  But anything that's
45:17 dead, anything that's not -- has cell death, it
45:18 won't heal that.

   45:24-46:8

45:24      Q.   Sorry, Exhibit 3.  And on that there's an
45:25 entry you made 9/10 at 1530.  Is that your
46: Page 46
46: 1 handwriting?
46: 2      A.   Yes.
46: 3      Q.   And if you could kindly read for the jury
46: 4 what your notes say?
46: 5      A.   Preop diagnosis, ASCAD:  Atherosclerotic
46: 6 coronary disease.  Non Q wave MI.  Postoperative
46: 7 diagnosis same.  Procedure, coronary bypass grafting
                              Page 14
```

Handwritten annotation (right margin, bracketing 45:9–45:18):
Δ objection leading
π response proper question

```
                                      bryan direct
46: 8 times five.  Left anterior mammary artery --

   46:13-47:18

46:13             THE WITNESS:  Saphenous vein graft to
46:14 second diagonal.  Saphenous vein graft to ramus
46:15 intermedius.  Natural Y saphenous vein graft to
46:16 posterior descending and left ventricular branch.
46:17 Anesthesia, general.  Surgeon, Bryan M.D.
46:18 Assistant, Schreckengast, PAC.  Tubes, two
46:19 mediastinal, one left plural.  Wires --
46:20     Q.   Those are chest tubes?
46:21     A.   Chest tubes.  Wires, one ventricular, one
46:22 ground.  Two CVICU postop.
46:23     Q.   And then it looks like on the next day you
46:24 saw him; is that correct?
46:25     A.   Correct.
47: Page 47
47: 1     Q.   And then if you could read for the jury
47: 2 starting with date and time?
47: 3     A.   9/11, 0645.  CTS postop day number one.
47: 4 Extubated, breathing tube came out approximately six
47: 5 hours postop.
47: 6     Q.   Is that standard?
47: 7     A.   That's standard.  That's standard.
47: 8     Q.   Okay.
47: 9     A.   Afebrile.  Blood pressure 122/62.  Heart
47:10 rate 100.  Respiratory rate 14.  CI, cardiac index,
47:11 4.0.  CVP, 12.  PAP, pulmonary artery pressures,
47:12 23/13.  Urine output 2650 -- 2655.
47:13     Q.   Does that mean his kidneys are profusing?
47:14     A.   Yes.
47:15     Q.   And his was --
47:16     A.   They were --
47:17     Q.   -- profusing okay?
47:18     A.   They were doing very well.

   47:23-54:16

47:23             Chest tube output, 415 ccs for the 24
47:24 hours.  Lungs, clear bilaterally.  Portable chest
47:25 x-ray okay.  Core or heart, regular rate and rhythm.
48: Page 48
48: 1 Abdomen, soft.  Positive bowel sounds.  Extremities
48: 2 trace edema.  Lab work, white blood cell count 14.5;
48: 3 hematocrit, 31.6; platelet count, 194; potassium,
48: 4 4.9; BUN/creatinine, 130.9; magnesium 1.7.
48: 5     Q.   Were those stable?
48: 6     A.   Those were stable, yes.  Impression,
48: 7 stable.  Plan to P -- PCU, progressive care unit
48: 8 this a.m.
48: 9     Q.   All right.  And did you see him on the
48:10 12th?
48:11     A.   I saw him on the 12th.
48:12     Q.   All right.  And it looks like there may
48:13 be -- that's your PA's signature?
48:14     A.   That would be Mr. -- that would be Ernie
48:15 Stokes.
48:16     Q.   Okay.  And did he see him or did you both
48:17 see him?
48:18     A.   He -- typically -- depending on if I beat
48:19 him there or not.  The PAs will usually see the
48:20 patient first, write -- write a note.  Then we go
```

```
                                    bryan direct
48:21 examine the patient and add anything we want to add
48:22 on and sign the note. And whatever the plan might
48:23 be for that day we'll say, you know, we need to do
48:24 this.
48:25      Q.    All right. And so the plan for that day
49: Page 49
49: 1 was what?
49: 2      A.    The plan for that day was to remove his
49: 3 pacing wires and then to walk -- start walking him
49: 4 and also with -- he had very little chest tube
49: 5 output for the 12 hours at night, that we consider
49: 6 getting his chest tubes out that -- that day as
49: 7 well.
49: 8      Q.    And the -- if you could explain for the
49: 9 jury what pacing wires are just briefly?
49:10      A.    They're little insulated wires that have
49:11 either a little metal lead or a little wire on the
49:12 end and you put them on the surface of the heart.
49:13            Every now and then patients will have a
49:14 slow heart rate because they're on medicines that
49:15 slow their heart rate preop. And postop we don't
49:16 like their heart rate to be 60. We want them
49:17 usually 80 to 100. So if -- if we need their heart
49:18 rate a little higher, we can use these wires.
49:19            But they slide right out and -- and -- and
49:20 they're temporary. They perform the same function
49:21 as a permanent pacemaker, but it's just something
49:22 that we can slide right out. They come out through
49:23 the skin. They're on the surface. They come out
49:24 through the skin. We just -- they look like just a
49:25 little tiny wire. We just slide them right out.
50: Page 50
50: 1      Q.    Do you recall if Mr. Barnett had any
50: 2 rhythm disorders that -- that -- during this
50: 3 admission?
50: 4      A.    There are none that I see in the -- in the
50: 5 progress notes.
50: 6      Q.    Okay. And so let's go on to the next day
50: 7 that you saw him, which I see is 9/13/02?
50: 8      A.    Yes.
50: 9      Q.    And if you could just tell us generally
50:10 how Mr. Barnett was doing and what your plan was?
50:11      A.    At that point it -- it looks like he was
50:12 doing very well. It looks like we took out -- we
50:13 had three chest tubes. It appears that we took out
50:14 two the day before. We left one -- left one chest
50:15 tube in. Took that out that day.
50:16            Blood work looked well within the line for
50:17 that point postop and there was consideration for
50:18 getting him home the following day.
50:19      Q.    If you could explain for the jury, please,
50:20 what a chest tube is and what its purpose is?
50:21      A.    The -- a chest tube is basically a -- a --
50:22 a tube that's, depending on the size, is -- it
50:23 drains space for blood.
50:24            In heart surgery we use so much blood
50:25 thinner for open-heart surgery that we typically
51: Page 51
51: 1 leave tubes in the space between the heart and the
51: 2 chest wall and sometimes in the left lung cavity
51: 3 where we take the artery off the chest wall to drain
51: 4 those spaces to keep them dry so blood doesn't
51: 5 cumulate in the chest. And they stay in, depending
```

```
                                bryan direct
51: 6 on your philosophy, between one and two days, three
51: 7 days postop.
51: 8      Q.   And so Mr. Barnett's chest tubes came out
51: 9 on the 13th?
51:10      A.   The last one did, yes.
51:11      Q.   Okay.  And let's go on to the next note on
51:12 the 14th of September.
51:13      A.   Yes.
51:14      Q.   Same -- same question.  How was he doing
51:15 and ...
51:16      A.   He was doing well.  He was discharged home
51:17 that day.
51:18      Q.   All right.  And the plan was to see him in
51:19 your office at some point in time?
51:20      A.   Typically how we handle -- handle our
51:21 postops is within 7 to 10 days after surgery they
51:22 see our nurse in the office.
51:23           We have sutures tied down where the tubes
51:24 were.  The nurse will remove those.  And it's just a
51:25 how are you doing one week follow-up.  Make sure
52: Page 52
52: 1 they don't have any problems.
52: 2           They get their blood pressure checked.
52: 3 They examine and listen to their lungs and heart.
52: 4 Make sure they don't have any questions.  It's kind
52: 5 of an interim visit with the nurse.  And if there's
52: 6 a problem, then one of us will come over and see
52: 7 them if there's an issue.  And then typically at
52: 8 three weeks, roughly, we'll see the patient at that
52: 9 point for their formal postop visit with the
52:10 physician.
52:11      Q.   Now, in terms of management of their
52:12 medications, is that something that you do or is it
52:13 another physician that manages their medications if
52:14 they need any?
52:15      A.   The first three to four weeks until we see
52:16 them we typically manage their medications.
52:17      Q.   Okay.  Doctor, I'd like to briefly go back
52:18 to Exhibit 1.  Quick question on your consult, page
52:19 2, under medications, and you have written down here
52:20 Vioxx 25 milligrams, POQD?
52:21      A.   Yes.
52:22      Q.   And what does that mean?
52:23      A.   He's taking 25 milligrams of Vioxx daily.
52:24      Q.   And at that point in time had you known
52:25 how long he had been on Vioxx?
53: Page 53
53: 1      A.   No.  No, I didn't.  I don't remember
53: 2 writing how long he had been on it.
53: 3      Q.   Prilosec, what is that for?
53: 4      A.   That -- that's an anti-ulcer medicine.
53: 5 It's a medicine you can buy over the counter now,
53: 6 but it's for heartburn, reflux, ulcers.  It's -- it
53: 7 cuts down acid in the stomach.
53: 8      Q.   To your knowledge, does Prilosec cause
53: 9 heart attacks?
53:10      A.   No.
53:11      Q.   What is Lipitor?
53:12      A.   Lipitor is a medication that is used for
53:13 management of cholesterol, to lower your
53:14 cholesterol.
53:15      Q.   And how long and what dosage had
53:16 Mr. Barnett been taking?
```

```
                                        bryan direct
53:17     A.   How long, I don't know.  He had been on
53:18 Lipitor until five days -- it says he has another
53:19 drug.  He stopped it five days prior, but he had
53:20 been on Lipitor 20 milligrams a day for some period
53:21 of time.
53:22     Q.   And do you know whether Lipitor causes
53:23 heart attacks?
53:24     A.   Not associated with heart attacks.
53:25     Q.   Okay.  And then the last drug here is
54: Page 54
54: 1 Sporanox.  What is that?
54: 2     A.   That's a drug that's typically used for
54: 3 antifungal.  It's -- a lot of people use it for bad
54: 4 toenails when they get the fungal -- fungal
54: 5 infection to their toenails.
54: 6          And if I remember -- I don't ever
54: 7 prescribe it, but I think they go on a short -- they
54: 8 go on a course of it for a period of time and -- and
54: 9 typically with that drug they -- you stop Lipitor
54:10 because of some -- I believe there are some rhythm
54:11 issues when you have both together.
54:12     Q.   Okay.  And he told you his last Sporanox
54:13 dose had been five days previous?
54:14     A.   Right.
54:15     Q.   Okay.  Doctor, the next document I'd like
54:16 to go to is your discharge summary.

  54:23-57:17

54:23     Q.   Now, it looks like to me, if you look at
54:24 page 2, Mr. Schreckengast dictated this; would that
54:25 be accurate?
55: Page 55
55: 1     A.   Yes.
55: 2     Q.   However, would this be something that you
55: 3 would adopt?
55: 4     A.   Usually -- yeah, we'll adopt -- we'll sign
55: 5 it.
55: 6     Q.   Okay.  Discharge medications, let's start
55: 7 out with the discharge medications that you
55: 8 prescribed.  The first I have here is on the
55: 9 discharge medication list is aspirin.
55:10          What is the purpose of aspirin, Doctor?
55:11     A.   Aspirin is an anti-platelet medication to
55:12 help improve -- improve graft patency postop or for
55:13 our purposes, improve graft patency.
55:14     Q.   Is that pretty much a standard medication
55:15 that's prescribed after bypass surgery?
55:16     A.   Yes.
55:17     Q.   All right.  Have you ever prescribed
55:18 Naprosyn instead of aspirin for this purpose?
55:19     A.   No.
55:20     Q.   Why not?
55:21     A.   It's not been demonstrated to improve --
55:22 it has not been demonstrated to have the same effect
55:23 as -- as aspirin.
55:24     Q.   Okay.  And then Prilosec, was that a
55:25 continuation of --
56: Page 56
56: 1     A.   Yes.
56: 2     Q.   -- the Prilosec he had been on?  Lipitor,
56: 3 same thing?
56: 4     A.   Yes.
```