```
                                        bryan direct
56: 5      Q.   Vioxx, did you have any discussions with
56: 6 him about Vioxx at all?
56: 7      A.   No.  I just -- we just -- he had been on
56: 8 it preop, so we continued it postop for his
56: 9 osteoarthritis.
56:10      Q.   All right.  Now, Darvocet N, what was that
56:11 for?
56:12      A.   That's a pain medication, narcotic
56:13 medication that we use.
56:14      Q.   And that's as needed?
56:15      A.   As needed, yes.
56:16      Q.   That would be for sternal chest pain,
56:17 incisional pain?
56:18      A.   Sternal -- sternal chest pain.  Sometimes,
56:19 back in that day, leg incisional pain.  Sometimes
56:20 they get a little pain in their neck and their back
56:21 from the sternotomy, so it's for general aches after
56:22 surgery.
56:23      Q.   All right.  And Lopressor 50, what is
56:24 that?
56:25      A.   Lopressor is a beta blocker.  A beta
57: Page 57
57: 1 blocker is a drug that is known to decrease blood
57: 2 pressure and slow heart rate.  It is a standard
57: 3 medication used after heart attacks.
57: 4           It's also a standard postoperative
57: 5 medication in open-heart surgery for one -- for two
57: 6 reasons: one, it's all -- it's been -- it's been
57: 7 shown to decrease the rate of rhythm problems after
57: 8 heart surgery; but two, it also improves survival in
57: 9 post MI, post heart attack patients.
57:10      Q.   Is that something that patients are
57:11 typically on long term?
57:12      A.   Typically, once you've had heart surgery
57:13 and you've had this done, you're gonna stay on
57:14 Lopressor the rest of your life unless you have a
57:15 problem with it, or some beta blocker.  They may
57:16 change the beta blocker, but it'll be a -- usually
57:17 on a beta blocker.

   58:4-58:12

58: 4      Q.   And this is part of your progress notes in
58: 5 your office, Doctor, dated 9/20/02.  This came -- I
58: 6 represent it came from your office chart, and I'm
58: 7 not even sure, Doctor, if you saw the patient or not
58: 8 that day.
58: 9      A.   No.  I would -- this would be our nurse,
58:10 Kirsten.
58:11      Q.   Okay.  And what basically happened in this
58:12 visit, if you can tell from this note?

   58:18-60:14

58:18           THE WITNESS:  On the 20th, sounds like he
58:19 was having the leg incision problem, the problem
58:20 with postop swelling that you can get with a leg
58:21 incision and also the soreness from having a leg
58:22 incision.
58:23           At that time it also looks like it may
58:24 have been limiting his activity a little bit.  He
58:25 had had a stage two decubitus, which I can't tell
59: Page 59
```

```
                            bryan direct
59: 1  you what a stage two is.  I think it means it's a
59: 2  little bit erythematous with a tiny bit of skin
59: 3  breakdown on his inner buttock.
59: 4            He was given -- she spoke to me about it
59: 5  and we ordered Lasix for five days to try to help
59: 6  get the leg swelling down and she called in a -- a
59: 7  refill for him.  We gave him for five days and then
59: 8  PRN leg swelling.
59: 9            Often with this three or four days Lasix
59:10  the leg swelling goes down and then they're better,
59:11  but if they persist we'll have them have PRN or as
59:12  needed Lasix if they -- if it starts to give them
59:13  more trouble.  So that's what happened on the 20th.
59:14       Q.   Do you know if he continued on Lasix after
59:15  the five days, to your recollection?
59:16       A.   I would have to look at my final office
59:17  note.  But most likely, no.  I -- I mean, unless --
59:18  I don't remember him being on chronic Lasix for his
59:19  leg.
59:20       Q.   If Mr. Barnett walked in the room today,
59:21  would you remember him?
59:22       A.   Probably not.  I've probably operated on a
59:23  couple hundred people or more since then.
59:24       Q.   Okay.
59:25       A.   Maybe more than that.  Maybe 4, 5, 600.  I
60: Page 60
60: 1  don't know.
60: 2       Q.   All right.  We have a prescription here,
60: 3  Doctor, of Lasix, 30 tabs.  I don't seem to see one
60: 4  after that.
60: 5       A.   One re -- yeah, with one refill.
60: 6       Q.   One refill.  So he would have been on
60: 7  Lasix short term, correct?
60: 8       A.   It -- it would -- most of the time it's a
60: 9  short-term medication --
60:10       Q.   Okay.
60:11       A.   -- for this problem.
60:12       Q.   Doctor, the next contact with your office
60:13  that I have is dated September 23rd, '02 at 12:30
60:14  and I'll let you read that.

   60:21-61:23

60:21       Q.   And if you could, just please tell the
60:22  jury what happened on this particular day, if
60:23  anything.
60:24       A.   Mr. Barnett had had some sternal
60:25  discomfort and called in about approximately 11:30
61: Page 61
61: 1  that morning.  He came in the office about an hour
61: 2  later, saw our nurse, Kirsten.
61: 3            She examined him, basically encouraged him
61: 4  to be cautious with movements and positioning.
61: 5  Sounds as though he was having some of the usual
61: 6  post sternotomy discomfort.
61: 7       Q.   And that's from the incision?
61: 8       A.   That's from the incision, the bone and
61: 9  also they do get some discomfort sometimes from the
61:10  artery off the chest wall along their chest.  They
61:11  can get sharp burning pain every now and then there.
61:12            Mainly the -- the office visit here is to
61:13  insure that his sternum is stable, that he hasn't
61:14  popped anything loose, and he had not.  So he was
```

```
                                       bryan direct
61:15 basically instructed that -- to watch how he moved,
61:16 positioned himself and if it persisted to call back.
61:17      Q.   All right.
61:18      A.   And his leg swelling was gone.
61:19      Q.   Okay.  So he would have been on the same
61:20 medications maybe absent the Lasix?
61:21      A.   Yes.
61:22      Q.   All right.  We're going on to the next
61:23 intervention, I guess 10/7/02.  Let's see.  10/7/02.

  62:5-62:25

62: 5      Q.   I believe this might be another phone
62: 6 call.  But, Doctor, if you could just explain what
62: 7 was happening here?
62: 8      A.   Let's see.  10/7.  Mr. Barnett called,
62: 9 said he has been lying flat on his back with his
62:10 left lower extremity elevated to keep his edema out
62:11 of his legs as much as 20 hours a day.  And
62:12 basically Kirsten told him that he really doesn't
62:13 need to be spending that much of his day, you know,
62:14 elevating his leg, that he needs to get back to his
62:15 normal activity and, you know, if he felt that he
62:16 needed -- if it swelled during the day a little bit,
62:17 to elevate it at night.  And at that time he stated
62:18 he really didn't have any edema, but -- but -- so he
62:19 didn't need to be seen at the time -- I mean,
62:20 re-seen at the time.
62:21      Q.   Okay.  Going on to the next time, which I
62:22 believe you did examine him and my notes reflect
62:23 October 10, 2002?
62:24           MS. SHERBANEE:  We'll mark that as Exhibit
62:25 9.

  63:19-67:23

63:19      Q.   And let's go to the second paragraph,
63:20 Doctor, where you have current medications.  So,
63:21 aspirin, continued on aspirin?
63:22      A.   Yes.
63:23      Q.   As an anti-platelet agent?
63:24      A.   Yes.
63:25      Q.   Prilosec for the reflux?
64: Page 64
64: 1      A.   Uh-huh.
64: 2      Q.   Remaining on Lipitor at that point.  Were
64: 3 you pleased with his lipid levels?
64: 4      A.   We don't -- we don't typically check the
64: 5 lipid levels right after surgery.  The reason being
64: 6 with the stress of surgery, lipid levels that soon
64: 7 after surgery would be inaccurate.  So usually the
64: 8 cardiologist or family doctor, depending on who's
64: 9 running that for the patient, will check them
64:10 anywhere between six and twelve weeks after we
64:11 operate on them.
64:12      Q.   So that type of medical management you
64:13 deferred to Dr. Karavan?
64:14      A.   Yes.
64:15      Q.   And Dr. Mikolojcyk?
64:16      A.   Yes.  We make sure -- we try to make sure
64:17 they're on an anti-lipid medicine.  After that, they
64:18 take care of it long term.
64:19      Q.   Vioxx, 25 milligrams POQD.  That's one
                            Page 21
```

```
                                      bryan direct
64:20 Vioxx a day, correct?
64:21      A.   Yes.
64:22      Q.   And is that something that you -- did you
64:23 have any discussions with Dr. -- or with Mr. Bryant
64:24 about that?
64:25      A.   No.
65: Page 65
65: 1      Q.   All right.  Any discussions at any time
65: 2 with Mr. Barnett about Vioxx, aside from getting the
65: 3 history?
65: 4      A.   No.
65: 5      Q.   Continued on Darvocet --
65: 6      A.   Yes.
65: 7      Q.   -- for pain.  Lopressor, you told us about
65: 8 that earlier, that he needed to be on that for the
65: 9 rest of his life --
65:10      A.   Yes.
65:11      Q.   -- or -- or a comparable beta blocker?
65:12      A.   Right.
65:13      Q.   Foltz vitamin, what is that?
65:14      A.   That's a vitamin B complex vitamin that a
65:15 lot of people take after surgery.  It was a little
65:16 more popular back at that time than it is today.
65:17      Q.   And the Lasix PRN if his legs swelled?
65:18      A.   Right.
65:19      Q.   What were the results of your final
65:20 examination?
65:21      A.   Blood pressure was high/normal, little bit
65:22 on the high side, but that's not unusual when they
65:23 come into the office.  Pulse was within target
65:24 range.  Everything was fine on -- on physical exam,
65:25 everything looked good.  His chest x-ray looked good
66: Page 66
66: 1 as well.
66: 2      Q.   And so why don't you read into your --
66: 3 into the record your impression?
66: 4      A.   My impression is that Mr. Barnett is
66: 5 progressing on a satisfactory postoperative course.
66: 6 I have instructed him that he may return to driving.
66: 7 He may return to full activity in another month.
66: 8      Q.   And after that visit, did you ask him to
66: 9 come back and see you when he -- again for anything?
66:10      A.   We usually -- usually my instructions to
66:11 the patients at this point are that if they have any
66:12 problems with their incisions to call me because
66:13 typically it will save them a visit to the
66:14 cardiologist.
66:15           But we usually turn over their medical
66:16 management to the cardiologist at this point and --
66:17 but should they develop a late wound problem, they
66:18 should just call me and we'll take care of it.
66:19      Q.   Doctor, in my records I don't see anything
66:20 that you saw him after October 10, 2002.  I don't
66:21 know if counsel has anything.  But as far as the
66:22 records that we have, that was the last time that
66:23 you saw him.  Would that be an accurate --
66:24      A.   Yes.
66:25      Q.   -- recollection?  All right.  We do,
67: Page 67
67: 1 Doctor, have some records in regards to his cardiac
67: 2 rehab.  Would that have been something your office
67: 3 would have been involved in?
67: 4      A.   We'll often sign the cardiac rehab for
```

```
                                    bryan direct
67: 5  them so they can get started, and then every now and
67: 6  then we'll get a report from cardiac rehab. Most
67: 7  times we just forward it on to their cardiologists
67: 8  since they're gonna be doing the long-term care.
67: 9            Now, most of the cardiologists won't see
67:10  them until we clear them surgically. So what -- or,
67:11  you know, usually won't unless they're a long-term
67:12  patient. So we will often sign those forms to get
67:13  them going in their cardiac rehab so they don't have
67:14  to wait for the cardiologist to see it, and then
67:15  usually most of the time the reports are sent
67:16  directly to the cardiologist.
67:17       Q.   So these are basically courtesy copies to
67:18  you?
67:19       A.   Yes.
67:20       Q.   All right. So you had no interaction or
67:21  involvement with the rehab?
67:22       A.   If they call us we -- we refer them
67:23  directly to the cardiologist.

   68:6-69:17

68: 6       Q.   Do you have any opinion, Doctor, as to
68: 7  whether or not Mr. Barnett will ever need
68: 8  replacement of his vein grafts?
68: 9       A.   There -- there is a -- a fixed rate of
68:10  re-operation per year in patients of coronary bypass
68:11  grafting. It's roughly 1 to 2 percent per year risk
68:12  of needing a re-operative coronary bypass grafting.
68:13       Q.   Now, what about the mammary artery? Does
68:14  that -- is that replaced typically?
68:15       A.   It is less often replaced than -- than
68:16  vein grafts. The -- it's not that it never has
68:17  been. It's just that that graft tends to have a
68:18  longer patency and do better long term than other
68:19  grafts.
68:20            It's -- it's the best graft we have
68:21  available for bypass surgery and it's -- it's a less
68:22  likely vessel to be re -- re-grafted. So, but there
68:23  is a fixed rate on average for every patient.
68:24  Whether that patient will go two years or 20 years,
68:25  it's hard to say.
69: Page 69
69: 1       Q.   Doctor, at the beginning of this
69: 2  deposition I asked you what documents you had
69: 3  reviewed, and basically you said you had only
69: 4  reviewed -- reviewed the approved study. And so
69: 5  would I be correct in saying you haven't reviewed
69: 6  any of the clinical trials? There's a lot of
69: 7  documents in this -- in this case, Doctor.
69: 8       A.   No. No. I mean, basically being a
69: 9  surgeon, I haven't gone through most of the --
69:10  the -- let's say the COX-2 inhibitor trials and --
69:11  and whatnot that have all been coming out about
69:12  these things. So, no.
69:13       Q.   And you're not an expert in vascular
69:14  biology? You don't intend to render any opinions in
69:15  terms of vascular biology except what you testified
69:16  to today?
69:17       A.   Right. Correct.

   69:21-69:23
```

```
                              bryan direct
69:21      Q.   Haven't done any other comprehensive
69:22 research on Vioxx, correct?
69:23      A.   Correct.
```

Total Length - 00:54:06

                                    Bryan redirect

Bryan Redirect (Multi-clip)
      170:16-172:1

   170:16      Q.   Okay.  Now, Doctor, you're not an exer --
   170:17 or a phys -- electrophysiologist, correct?
   170:18      A.   No.
   170:19      Q.   We've gone through the deposition today
   170:20 and you have reviewed some of the EKGs, correct?
   170:21      A.   Yes.
   170:22      Q.   Is there any reason why we should discount
   170:23 your testimony in this regard because you're not an
   170:24 exer -- or electrophysiologist?
   170:25      A.   There was really no arrhythmia issue with
   171: Page 171
   171: 1 this patient, so ...
   171: 2      Q.   There is an overlap in specialties,
   171: 3 though.  You're competent to review EKGs?
   171: 4      A.   Right.  Right.  Right.
   171: 5 Electrophysiologists, give you -- you know, I mean
   171: 6 their speciality compared to what we do would be,
   171: 7 you know, certain rhythms that are very difficult to
   171: 8 diagnose sometimes.  Is it ventric -- a lower
   171: 9 chamber rhythm or an upper chamber rhythm, you know,
   171:10 some of those things, management of certain of these
   171:11 rhythms, if they want to put a device in to shock,
   171:12 you know, those kinds of things.  But -- but there
   171:13 is a little overlap, yeah, with -- but in Mr.
   171:14 Barnett's case we didn't have any, you know,
   171:15 electrophysiologic reas -- you know, issues.
   171:16      Q.   Correct.  But do you feel that you're
   171:17 competent to review EKGs and -- and look at
   171:18 angiograms as --
   171:19      A.   -- yes.
   171:20      Q.   As well as Dr. Karavan?
   171:21      A.   Yes.  Uh-huh.
   171:22      Q.   Okay.  And, Doctor, let's go back a minute
   171:23 to the January 2000 exercise stress test.  Now, you
   171:24 did say that you did not review the films; is that
   171:25 correct?
   172: Page 172
   172: 1      A.   Right.  That's correct.

      172:20-173:7

   172:20      Q.   Doctor, just to refresh your recollection,
   172:21 there is the actual report.
   172:22      A.   Yes.
   172:23      Q.   All right.  Now, Doctor, would you agree,
   172:24 according to this report and the information that
   172:25 you received from Dr. Karavan, that during the
   173: Page 173
   173: 1 performance of this test that Mr. Barnett had no
   173: 2 exertional angina at the time of the test?
   173: 3      A.   Let's just look here.  No, there's no
   173: 4 report of anginal symptoms during this test.
   173: 5      Q.   And that would be something that a
   173: 6 cardiologist such as Dr. Swami would report if there
   173: 7 had been any exertional angina, correct?

      173:10-174:14

   173:10      Q.   That would be important?
                                  Page 1

*Handwritten annotation:* Δ objection: 602, calls for speculation
Π response: witness is testifying as to his clinical experience

```
                         Bryan redirect
173:11      A.   Yeah.  Typically during -- I was --
173:12 typically before or typically during a stress test
173:13 if the patient has chest pain it is mentioned in the
173:14 report.
173:15      Q.   Okay.  And prior to your first
173:16 intervention with Mr. Barnett, did you ever receive
173:17 any history that he had been suffering from any type
173:18 of exertional angina?
173:19      A.   The only history I have was --- before the
173:20 admission, was the chest pain with the bloating of
173:21 his abdomen.  That's the only chest pain history he
173:22 gave me.
173:23      Q.   According to this report, can you
173:24 determine whether or not he had any -- he had any
173:25 left main disease?
174: Page 174
174: 1      A.   No.  You cannot determine that from a
174: 2 stress test.
174: 3      Q.   All right.  Doctor, back in 200 was there
174: 4 a school of thought that patients with mild ischemia
174: 5 can be manged conservatively without referral for
174: 6 coronary angiography?
174: 7      A.   Yes.
174: 8      Q.   All right.  So it would have been
174: 9 appropriate to do the Cardiolite and not necessarily
174:10 do an angiogram, correct?
174:11      A.   Correct.
174:12      Q.   All right.  So you wouldn't fault any of
174:13 Mr. Barnett's doctors for not performing the
174:14 coronary angiogram, correct?

   174:16-174:16

174:16           THE WITNESS:  No.

   174:18-176:2

174:18      Q.   Okay.  And, Doctor, then would you agree
174:19 that in January of 2000 that he probably, according
174:20 to this test, he had a class one grade of angina
174:21 according to the current ACC guidelines for PCI?
174:22      A.   I don't -- you know, she doesn't de --
174:23 describe what level of exertion it requires to bring
174:24 the chest pain.  But given that he was going 15
174:25 minutes on a treadmill, I would say probably is a
175: Page 175
175: 1 class one.
175: 2      Q.   Okay.  And, Doctor, would it be important
175: 3 for you as a cardiac surgeon to know whether a drug
175: 4 like Vioxx could contribute to the development of
175: 5 plaque?
175: 6      A.   Yes.
175: 7      Q.   And why is that?
175: 8      A.   Particularly in the patients who have
175: 9 been -- had bypass surgery.  Number one, coronary
175:10 arteries can develop disease downstream from their
175:11 grafts.  You wouldn't want to accelerate that.  But
175:12 probably as important if not more important, you
175:13 don't want to accelerate plaque formation in the
175:14 vein grafts or other grafts that are -- that are
175:15 placed.
175:16           So if you know something is gonna -- if
175:17 you knew something was gonna to accelerate plaque,
                              Page 2
```

Handwritten annotations:
- Top right (beside 173:11-174:14): "see previous page"
- Right side (beside 175:2 onward): "Δ objection: 602, assumes facts not in evidence, 403 / π response: Relevant to show effects of plaque acceleration in bypass patients and also relevant to show that in that doctor would have wanted Merck to investigate"

```
                              Bryan redirect
175:18 you would not want to give it to that patient
175:19 particularly because the vein grafts are more
175:20 vulnerable to plaque formation than, say, you know,
175:21 even the native arteries are.
175:22      Q.   And, Doctor, in this case if the evidence
175:23 shows that a well-respected and a highly regarded
175:24 researcher obtained results in a study that foud
175:25 that a COX-2 analog did indeed promote plaque
176: Page 176
176: 1 development and Merck refused to perform further
176: 2 studies, that would be troublesome, wouldn't it?

   176:9-176:23

176: 9      A.   To be honest, if -- if -- to me, if it
176:10 showed acceleration of plaque formation, I would
176:11 want it to be investigated a little further.
176:12           The thing is, and I've been in the lab
176:13 before, you have to look from species to species
176:14 about whether it crosses or not.  Some species are
176:15 better for crossing over to humans than others.  For
176:16 example, you know, pig hearts are a good model for
176:17 human hearts.
176:18      Q.   Sure.  And I understand that, Doctor.
176:19      A.   You know.  So, but whatever.  If think
176:20 maybe if there's a concern, it should be looked at.
176:21      Q.   Particularly if the study had shown that
176:22 there is a possibility, that would be important,
176:23 correct?

   176:25-176:25

176:25           THE WITNESS:  Yes.

   177:15-178:3

177:15      Q.   Doctor, you were also asked some questions
177:16 about the EKG analyses?
177:17      A.   Uh-huh.
177:18      Q.   And you had said that you disagreed that
177:19 there was any Q waves.  Do you remember that
177:20 testimony?
177:21      A.   A significant Q waves, suggesting a -- you
177:22 know, an inferior MI.
177:23      Q.   Okay.  So that you did see Q waves?
177:24      A.   Small, what I don't consider would be
177:25 clinically significant Q waves.  You know, in the
178: Page 178
178: 1 inferior leads.
178: 2      Q.   But there were Q wave?
178: 3      A.   Yes, small.

   178:15-178:21

178:15      Q.   Doctor, going to your discharge summary,
178:16 we know that Mr. Barnett was discharged on Vioxx,
178:17 correct?
178:18      A.   That's correct.
178:19      Q.   At that particular time, what information
178:20 was available to you in regards to the
178:21 cardiovascular risks of Vioxx?

   178:23-179:7
```

*[Handwritten annotations:]*
- Please see previous page
- Δ objection: misleading, assumes facts not in evidence
- π response: Witness is testifying as to what information he had regarding Vioxx at the time of surgery — proper question

Page 3

```
                              Bryan redirect                    Please see previous page
178:23           THE WITNESS:  The only thing I -- I didn't
178:24 know of any cardiovascular risks other than
178:25 people -- people knew that hypertension was a side
179:   Page 179
179:  1 effect or renal sufficiency with some -- with these
179:  2 dugs or ulcers.  But in so far as specific, you
179:  3 know, MI or stroke, there's nothing that I knew of
179:  4 at that time.
179:  5 BY MS. SHERBANEE:                                         Δ objection: leading, 403
179:  6    Q.   So the drug companies did not communicate         assumes facts not in
179:  7 that to you?  Merck did not communicate that to you?      evidence
                                                                  π response: Relevant to
     179:15-179:21                                                failure to warn case
                                                  see above.
179:15     Q.   Is that fair, Doctor?
179:16     A.   That's -- that's correct.                         Δ objection: Dr. Bryan is
179:17     Q.   All right.  Doctor, assuming that                 not an expert on Vioxx
179:18 Mr. Barnett took Vioxx daily for approximately 32          π response: testifying
179:19 months before his heart attack, can you rule out           from clinical experience
179:20 Vioxx as one of the causes of his heart attack?            + knowledge
179:21     A.   No.


Total Length - 00:06:58
```

Page 4