Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

[3:25] - [4:11]    Curtis Bryan, M.D.

```
page 3
25          Q.   Good afternoon.   Can you state your full
page 4
1    name for the record, please?
2          A.   Foster Curtis Bryan, II.
3          Q.   And do you have a medical specialty,
4    Doctor?
5          A.   Cardiothoracic surgery.
6          Q.   And could you explain for the jury what
7    cardiothoracic surgery entails, in general?
8          A.   In general?  In general my practice
9    involves surgery on the heart and the lungs,
10   everything from bypass surgery to valve replacement
11   to surgery for lung cancer.
```

[6:16] - [7:15]    Curtis Bryan, M.D.

```
page 6
16         Q.   All right.  And, Doctor, if you could
17   kindly tell the jury, please, your education
18   starting with your medical school, where you did
19   your red -- residency, if you have a fellowship,
20   we'll go from there?
21         A.   I graduated medical school cume laude from
22   Emory University School of Medicine in 1988.  I
23   finished a general surgery residency at Emory
24   University affiliated hospitals in 1993, did a --
25   from '93 to '94, did a fellowship in research at the
page 7
1    Carlyle Frazier Heart Center, which is part of
2    Emory's cardiac research, and then from '94 to '97,
3    I did my cardiothoracic residency at Emory
4    University affiliated hospitals.
5          Q.   And are you board certified in any
6    specialities?
7          A.   I'm board certified in general surgery and
8    in thoracic surgery and I recertified in general
9    surgery 2004, I think it was.
10         Q.   When did you first receive your board
11   certification with the American Board of Surgery?
12         A.   '94, May 1994.
13         Q.   And same question as to the board of
14   thoracic surgery.  When were you board certified?
15         A.   1998.
```

[7:19] - [8:3]    Curtis Bryan, M.D.

```
page 7
19         Q.   And are you currently affiliated with any
20   professional medical group?
21         A.   I'm a member of -- I'm a fellow of the
22   American College of Surgeons, a fellow of the
23   American College of Cardiology, a fellow of the
24   American College of Chest Physicians, a fellow of
25   the South Eastern Surgical College.  I'm a member of
page 8
1    the Society of Thoracic Surgeons, a member of the
2    South Atlantic Cardiovascular Society.  I believe
3    that covers most of the societies.
```

[8:7] - [8:14]    Curtis Bryan, M.D.

```
page 8
7          Q.   All right.  And you mentioned that you're
8    a cardiovascular surgeon, correct?
9          A.   Correct.
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
            10        Q.    And you -- do you currently have your own
            11   private practice?
            12        A.    I do.  I'm a practicing -- practicing
            13   manager of Coastal Cardiovascular Surgery here in
            14   Myrtle Beach.
```

[9:11] - [9:18]      Curtis Bryan, M.D.

```
         page 9
         11        Q.    All right.  And are you affiliated with
         12   any local hospitals?
         13        A.    Our hospital -- we're affiliated with one
         14   hospital, Grand Strand Regional Medical Center.
         15        Q.    And so that's where you do all of your
         16   cardiothoracic surgery?
         17        A.    100 percent of our surgery is done at
         18   Grand Strand.
```

[9:19] - [10:2]      Curtis Bryan, M.D.

```
         page 9
         19        Q.    If you could tell me on a weekly basis how
         20   you spend time in your practice in terms of
         21   surgeries, inpatient or does it vary?
         22        A.    We -- we spend the majority of our time in
         23   the hospital.  We have -- basically operate
         24   four-and-a-half days a week with a half a day of
         25   office.  And so, usually a typical day would be one
         page 10
         1    or two open heart or thoracic cases and then seeing
         2    consultations in the hospital.
```

[10:19] - [11:5]     Curtis Bryan, M.D.

```
         page 10
         19        Q.    Do you yourself do -- do more heart
         20   surgeries tha -- than thoracic surgery or vascular
         21   surgeries or is it equal?
         22        A.    I would probably say that nearly 90
         23   percent of what I do is cardiac surgery.
         24        Q.    And the cardiac surgery would involve what
         25   types of procedure?
         page 11
         1         A.    Coronary bypass grafting, valve
         2    replacement and some ascending aortic aneurysm work.
         3         Q.    And coronary artery bypass graft is what
         4    Mr. Barnett had, correct?
         5         A.    That's correct.
```

[11:6] - [11:16]     Curtis Bryan, M.D.

```
         page 11
         6         Q.    All right.  Could you explain to the jury,
         7    please, what a coronary artery bypass graft is in
         8    general?
         9         A.    In general the patient has blockages in
         10   the native or their own coronary arteries on the
         11   art -- the heart -- the arteries in the surface of
         12   their heart, and bypass grafting is using an artery
         13   off of their chest wall or vein from their leg or
         14   maybe even artery out of a forearm, bypassing or
         15   going around that blockage to restore blood flow to
         16   the heart.
```

[16:1] - [16:11]     Curtis Bryan, M.D.

```
         page 16
         1         Q.    All right.  Now, do you have any
         2    association whatsoever with Merck?
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
 3        A.   No.
 4        Q.   All right.  Or -- and -- and let me
 5   include any professional or otherwise affiliation
 6   with Merck?
 7        A.   No.
 8        Q.   Never spoken for Merck in any capacity?
 9        A.   No.
10        Q.   Not a thought leader?
11        A.   No.
```

[16:23] - [17:1]    Curtis Bryan, M.D.

```
page 16
23        Q.   All right.  And do you recall ever
24   receiving any sales calls from any of Merck
25   employees regarding Vioxx?
page 17
 1        A.   Not that I'm aware of.
```

[17:2] - [17:6]    Curtis Bryan, M.D.

```
page 17
 2        Q.   All right.  Do you know that anyone in
 3   your office was ever detailed by Merck regarding
 4   Vioxx?
 5        A.   I don't know of anybody else being
 6   detailed.
```

[21:15] - [22:1]    Curtis Bryan, M.D.

```
page 21
15        Q.   Now, Doctor, you and I met before,
16   correct?
17        A.   Correct.
18        Q.   And I believe we discussed the surgery
19   that you performed on Mr. Barnett, correct?
20        A.   Correct.
21        Q.   I believe Ms. Myer was even with us.  Do
22   you recall that?
23        A.   Yes.
24        Q.   And we had the opportunity to go over your
25   care and treatment of Mr. Barnett, correct?
page 22
 1        A.   Correct.
```

*π objection: 401, 402, 403*

[23:12] - [23:16]    Curtis Bryan, M.D.

```
page 23
12        Q.   All right.  Have you had any discussions
13   at all with defense counsel in this case?
14        A.   No.
15        Q.   All right.  And no one from Merck?
16        A.   No one from Merck, no.
```

[39:22] - [40:16]    Curtis Bryan, M.D.

```
page 39
22        Q.   All right.  I believe, Doctor, that you
23   wanted to order or you did order, actually, a
24   corotid ultrasound.  Do you recall that?
25        A.   Yes.
page 40
 1        Q.   And for what reason did you order a
 2   corotid ultrasound?
 3        A.   Two reasons: one, he did have a family
 4   history of TIA.  His mother had TIA.  His father had
 5   had a stroke between two heart attacks when he was a
 6   fairly young gentleman.  His father had a heart
 7   attack at 62 and 68 and, apparently, Mr. Barnett
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

|  |  |
|---|---|
|  | ```
 8   related to me that he had had a stroke in between
 9   those two MIs.
10           But one of the main reasons is that he had
11   a moderate left main stenosis.  The -- and that
12   particular plaque is -- is a risk factor for having
13   corotid disease.  About 35 percent of people with a
14   left main blockage will be found to have some degree
15   of corotid disease.  So in those folks, typically
16   screen them with a corotid ultrasound.
``` |
| [63:5] - [63:18] | Curtis Bryan, M.D.<br>```
page 63
 5       Q.  And, Doctor, if you'd like to take a
 6   moment to review that and then I'll ask you a few
 7   questions.  Let me know when you're ready.
 8       A.  By that time he seems like he was doing
 9   fairly well.  It was our routine postop visit.  And
10   this is a letter to Dr. Karavan, also
11   Dr. Mikolojcyk, who was his family doctor, and at
12   that time he had -- he was progressing as we would
13   expect for a postop patient.
14           In fact, we had let him start driving at
15   that time, and I usually -- I usually wait a couple
16   months before I let them get crazy about their
17   activity, but I told him he could return to full
18   activity in another month at that time.
``` |
| [68:6] - [68:25] | Curtis Bryan, M.D.<br>```
page 68
 6       Q.  Do you have any opinion, Doctor, as to
 7   whether or not Mr. Barnett will ever need
 8   replacement of his vein grafts?
 9       A.  There -- there is a -- a fixed rate of
10   re-operation per year in patients of coronary bypass
11   grafting.  It's roughly 1 to 2 percent per year risk
12   of needing a re-operative coronary bypass grafting.
13       Q.  Now, what about the mammary artery?  Does
14   that -- is that replaced typically?
15       A.  It is less often replaced than -- than
16   vein grafts.  The -- it's not that it never has
17   been.  It's just that that graft tends to have a
18   longer patency and do better long term than other
19   grafts.
20           It's -- it's the best graft we have
21   available for bypass surgery and it's -- it's a less
22   likely vessel to be re -- re-grafted.  So, but there
23   is a fixed rate on average for every patient.
24   Whether that patient will go two years or 20 years,
25   it's hard to say.
``` |
| [70:8] - [70:10] | Curtis Bryan, M.D.<br>```
page 70
 8       Q.  Good afternoon, Dr. Bryan.  My name is
 9   Andy Goldman.  Have we met before today?
10       A.  No.
``` |
| [70:11] - [70:12] | Curtis Bryan, M.D.<br>```
page 70
11       Q.  I remember you answering some questions
12   about a meeting that you had with Ms. Myer and Ms --
``` |
| [70:15] - [71:6] | Curtis Bryan, M.D.<br>```
page 70
15       Q.  -- Sherbanee; is that right?
``` |

*Handwritten annotation (right margin, beside [70:11]–[71:6]):*
π objection: 401, 402, 403 facts not material to determination of action whether Dr. Bryan met with any counsel

- **Merck Counter Designation**

```
16       A.    That's correct.
17       Q.    And do you understand that I was not able
18  to meet with you; under the judge's rules, I -- I
19  was prohibited from doing that?
20       A.    Correct.
21       Q.    When did you meet with Ms. Sherbanee and
22  Ms. Myer?
23       A.    Probably, I'm gonna estimate it was three
24  or four months ago, maybe.
25       Q.    Where did you meet?
page 71
1        A.    At my office.
2        Q.    Can you tell me what you remember about
3   the discussion, how long it took and what was
4   discussed?
5        A.    It was probably about an hour discussion
6   and just reviewing Mr. Barnett's clinical course.
```

π objection: 401, 402, 403 Facts not material to determination of action whether Dr. Bryan met with any counsel

[71:7] - [73:4]

Curtis Bryan, M.D.

```
page 71
7        Q.    Anything more specific than that that you
8   remember about your meeting with the plaintiffs'
9   lawyers?
10       A.    No.  I -- we met -- basically for -- for
11  me it was reviewing everything that had been, you
12  know, on the cardiac cath and going through the
13  record for him.
14       Q.    Let's go back to your medical background,
15  okay, sir?  You were asked questions about board
16  certification.  Do you remember that?
17       A.    Yes.
18       Q.    You said you were board certified in
19  general surgery and thoracic surgery; is that right?
20       A.    Correct.
21       Q.    Can you tell the jury what that means in
22  terms that I can understand?
23       A.    Basically, for general surgery, that's the
24  five years that we -- that's the training -- that's
25  general surgeons doing things every -- you know,
page 72
1   abdominal surgery, whatnot.  That's the first part
2   of becoming a thoracic surgeon, is obtaining a
3   general surgery residency.  That includes taking a
4   board where you take a -- a written exam.  And if
5   you pass the written exam, you go on to an oral
6   exam.  And assuming you pass your oral exam, you go
7   on -- you become board certified at that point.
8             I subsequently went on to get recertified.
9   And I believe the year was 2003 or 2004.  And that's
10  another written exam to be recertified.  You do not
11  have to take another oral exam.
12            Thoracic surgery is the cardiothoracic.
13  The term they use for the board is thoracic as a
14  general name.
15       Q.    What does thoracic mean?
16       A.    In the terms of the board, it means heart,
17  lung and esophageal surgery and diaphragmatic and --
18  surgery on the diaphragm.  That's the term used by
19  that board as the all inclusive for all of it.  It's
20  the, I guess you'd say, the more traditional name
21  for it when it was originally started.  And that is
22  a similar circumstance: you finished an approved
23  residency and you take a written exam, pass the
24  written exam and then you take an oral exam and if
25  you pass the oral exam, you get certified.
page 73
1        Q.    Do you consider yourself, sir, to be a
2   specialist in cardiovascular surgery and thoracic
3   surgery?
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
                    4         A.   Yes.

[73:5] - [76:20]    Curtis Bryan, M.D.
                    page 73
                    5         Q.   Are you also what's known as an
                    6    interventional cardiologist?
                    7         A.   No.
                    8         Q.   What is an interventional cardiologist?
                    9         A.   Interventional cardiologist is a person
                   10    who would place a catheter, use a catheter approach
                   11    to treating disease.
                   12              In the case of coronary disease, they're
                   13    the -- the physicians who place a catheter,
                   14    typically through the groin in -- with a little wire
                   15    down a coronary artery in angioplasty to balloon it
                   16    open leaving a stent behind to keep it open.
                   17         Q.   So would Dr. Karavan be considered an
                   18    interventional cardiologist?
                   19         A.   Yes.
                   20         Q.   What is an electrophysiologist, in --
                   21    briefly, in terms that I can understand, please?
                   22         A.   A cardiologist that treats rhythm
                   23    disturbances of the heart, irregular heart rates,
                   24    any kind of electrical system problems with the
                   25    heart.
                   page 74
                    1         Q.   Did Mr. Barnett have any electrical
                    2    problems with his heart?
                    3         A.   No, not that I'm aware of.
                    4         Q.   Do electrophysiologists typically
                    5    determine the extent of coronary artery disease?
                    6         A.   Typically, they don't.
                    7         Q.   Are electrophysiologists involved in
                    8    deciding how long somebody is likely to live after
                    9    heart surgery?
                   10         A.   If there is no rhythm problem in this --
                   11    in the patient, they typically would not have much
                   12    of a role in that.
                   13         Q.   For how many years, sir, have you treated
                   14    patients with heart problems?
                   15         A.   Let's see, it's now been 13 years.
                   16         Q.   How many heart surgeries have you done in
                   17    that time?
                   18         A.   If you include residency, it's probably --
                   19    probably well over 2000.
                   20         Q.   About how many surgeries or bypass
                   21    surgeries have you done this year?
                   22         A.   This year, probably -- see, we're in June.
                   23    Probably around 100 or, you know, probably between
                   24    80 and 100 probably right now, somewhere in that
                   25    vicinity.
                   page 75
                    1         Q.   Have you noticed at all, Dr. Bryan, that
                    2    you're doing fewer bypass surgeries now that Vioxx
                    3    was withdrawn from the market?
                    4         A.   No difference form -- due to Vioxx being
                    5    withdrawn.
                    6         Q.   Did you notice that there was any increase
                    7    in bypass surgeries that you were doing when Vioxx
                    8    was on the market?
                    9         A.   I did not notice any increase, no.
                   10         Q.   How many patients, sir, would you say you
                   11    have seen with severe multi-vessel disease like
                   12    Mr. Barnett?
                   13         A.   Probably thousands.  I mean, probably, you
                   14    know, 2000 -- you know, at least a couple thousand
                   15    where we've operated on them and even some we don't
                   16    even operate on, so.  You know -- you know, at least
                   17    2000 probably, maybe more.
```

Handwritten annotations:

π objection: 702 - improper expert opinion, Dr. Bryan has not been designated as an expert in this case - Lacks foundation - Incomplete hypothetical

π objection: 602, 401, 402, 403 The number of surgeries he has done after Sept. 2004 is irrelevant to surgery plaintiff underwent No foundation as to surgeries after removed from market

π objection: 401, 402, 403, 602, 702, 703, 704

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
18        Q.    Have you seen patients, sir, who actually
19   have died from heart attacks without knowing that
20   they had heart disease?
21        A.    Yes.
22        Q.    Is that common?
23        A.    I would say it's not uncommon for people
24   to have that happen.
25        Q.    Have you heard that approximately 50
page 76
1    percent of all heart attacks occur in people who
2    don't have symptoms?
3         A.    Yes.
4         Q.    Is it also your experience, Dr. Bryan,
5    that even people who are in great shape and take
6    care of themselves and try to watch their
7    cholesterol also have heart attacks?
8         A.    Yes.
9         Q.    Have you seen patients also, Dr. Bryan,
10   who had serious, severe coronary artery disease and
11   didn't realize it until they had a minor heart
12   attack and a catheterization?
13        A.    Yes.
14        Q.    Do you believe that Mr. Barnett had a mild
15   heart attack?
16        A.    It was a mild heart attack by enzymes,
17   yes.
18        Q.    Did Mr. Barnett have severe coronary
19   artery disease?
20        A.    Yes.
```

π objection: please see previous page, including
- incomplete hypo
- speculative
- improper expert testimony, Bryan not designated as an expert

[77:3] - [77:6]   Curtis Bryan, M.D.

```
page 77
3         Q.    Given the severity of Mr. Barnett's
4    coronary artery disease and multi-vessel disease, if
5    he had not had bypass surgery, what do you think
6    might have happened to him?
```

[77:8] - [77:11]  Curtis Bryan, M.D.

```
page 77
8              THE WITNESS:  At some point, in all
9    likelihood, he would have either developed chest
10   pain or had a heart attack with the degree of
11   disease that he had.
```

π objection:
- speculative
- 701-705, not desig. as an expert
- lacks foundation
- 602, no personal knowledge

[77:13] - [77:16]  Curtis Bryan, M.D.

```
page 77
13        Q.    Whether or not Mr. Barnett actually had a
14   mild heart attack in September of 2002, if you had
15   seen the extent of his coronary artery disease,
16   would you have recommended bypass surgery?
```

[77:19] - [77:24]  Curtis Bryan, M.D.

```
page 77
19             THE WITNESS:  Given the degree of
20   three-vessel disease with or without a heart attack,
21   we would recommended coronary bypass grafting.  If
22   he's -- if he's symptomatic in some way: chest pain,
23   positive stress test, you know, with that degree of
24   disease, he would have been referred for bypass.
```

π objection -
- speculative
- lacks foundation
- 701-705
- 602

[78:1] - [78:7]   Curtis Bryan, M.D.

```
page 78
1         Q.    So if Mr. Barnett had had chest pain or a
2    positive stress test result and he'd come to see you
```

π objection:
- speculation
- lacks foundation
- incomplete hypo

Issues Report [Curtis Bryan, M.D.]

• Merck Counter Designation

```
                   3    a few months before you operated on him and he had
                   4    not had a heart attack, based on the condition of
                   5    his arteries, would you have recommended bypass
                   6    surgery?
                   7         A.   Yes.
```

*π objection: please see previous page*

[78:11] - [78:20]       Curtis Bryan, M.D.

```
page 78
11    minute.  Is the State of South Carolina in an area
12    called the stroke belt?
13         A.   Yes.
14         Q.   What does that mean?
15         A.   Per capita, there's a very high stroke
16    rate.  And actually, South/North Carolina is that
17    big stroke belt that's known.
18         Q.   Does South Carolina have the highest
19    stroke death rate in the country?
20         A.   I believe it does.
```

*π objection: 401, 402, 403 irrelevant; Mr. Barnett did not have a stroke nor did he live in South Carolina his whole life*

[79:2] - [80:6]         Curtis Bryan, M.D.

```
page 79
2          Q.   When did you first meet Mr. Barnett, sir?
3          A.   I first met Mr. Barnett in September of
4     2002, the day of his consultation on the -- oh, here
5     it is, the 9th -- September 9th, 2002.
6          Q.   Had Dr. Karavan by September 9th already
7     performed a catheterization on Mr. Barnett?
8          A.   Yes.
9          Q.   Can you tell us just briefly what a
10    catheterization is?
11         A.   The cardiologist in most cases will slip a
12    small catheter up in the groin artery, the femoral
13    artery in your groin.  It will go all the way up the
14    aorta to the heart, and they will take a catheter
15    and engage it into the opening of each of the
16    main -- of each of the coronaries and inject dye
17    into the coronary artery tree, and what it gives you
18    is a look at the -- how open the lumen of the artery
19    is.
20         Q.   What's the lumen?
21         A.   The -- as a tube, the inside diameter of
22    the artery.
23         Q.   Is a cardiac catheterization a procedure
24    that cardiologists or heart doctors use to determine
25    the extent of atherosclerosis or coronary artery
page 80
1     disease in patients' arteries?
2          A.   Yes.
3          Q.   Is a cardiac catheterization or angiogram
4     considered the gold standard to determine the amount
5     of coronary disease, artery disease in people?
6          A.   Yes.
```

[80:12] - [80:18]       Curtis Bryan, M.D.

```
page 80
12         Q.   I'm gonna hand you, Dr. Bryan what I'll
13    mark as Exhibit 11.  And we're gonna work primarily
14    from this exhibit.  I believe, sir, that Exhibit 11,
15    which is Bates stamped BarnettG-Bryan FMD 1 through
16    35 is a complete chart from your records.  And if
17    you want to take a minute, I'm gonna ask you whether
18    this locks to be Mr. Barnett's chart?
```

[80:21]                 Curtis Bryan, M.D.

page 80

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
                        21              THE WITNESS:  Yes.
```

[80:23] - [84:7]        Curtis Bryan, M.D.
```
page 80
23         Q.   If you turn with me, sir, to the page that
24   has in the bottom right corner 20 -- this is also an
25   exhibit that was marked earlier as Exhibit 1 -- is
page 81
1    this the consult that you dictated, sir?
2          A.   Yes, it is.
3          Q.   Does this reflect your initial discussions
4    with Mr. Barnett and your evaluation of his heart
5    condition?
6          A.   Yes.
7          Q.   In the first line where it says RFC, what
8    does -- what does that mean?
9          A.   Reason for consultation.
10         Q.   What did you write there?
11         A.   Coronary artery disease.
12         Q.   Is coronary artery disease another term
13   for atherosclerosis?
14         A.   Yes.
15         Q.   Is that the most common cause of heart
16   attack in the United States?
17         A.   Yes.
18         Q.   Is coronary artery disease something that
19   begins early in life in people?
20         A.   It is being brought to light that this may
21   be starting even as young as preteen years.
22         Q.   Is it your understanding, sir, that
23   coronary artery disease or atherosclerosis is
24   something that is a gradual and chronic process?
25         A.   Typically, yes.
page 82
1          Q.   Is it true that people with coronary
2    artery disease and atherosclerosis generally have
3    plaque buildup over years of their life?
4          A.   Yes.
5          Q.   If the plaque inside our arteries gets to
6    be big enough, is it true that the plaque can
7    actually slow down or stop the flow of blood to the
8    heart?
9          A.   Yes.  Yes, it can.
10         Q.   Is it also a natural part of the
11   atherosclerosis process for some plaque to rupture?
12         A.   Yes.
13         Q.   When plaque ruptures, Dr. Bryan, does the
14   body have a natural response to that?
15         A.   It does.  What happens is the -- the
16   plaque ruptures, exposing basically raw -- raw
17   material in the lumen, all the plaque and all the --
18   it senses injury, like a cut.
19              And one of the things that happens is the
20   body sends an immune response which starts a cascade
21   of clotting.  And typically it -- it's -- it -- the
22   artery -- if you rupture a plaque, you'll develop
23   thrombus in the plaque, in the area of the rupture.
24         Q.   Is it your understanding, sir, that the
25   body's natural reaction to a plaque rupture is to
page 83
1    clot?
2          A.   Yes.
3          Q.   Is that something that's occurred in human
4    beings long before Vioxx came to the market?
5          A.   Yes.
6          Q.   Is that something that continues to
7    happen to people with severe coronary artery disease
8    today?
9          A.   Yes.
```

Handwritten annotation:
π objection:
- 701-705, improper expert testimony - Dr. Bryan not desig. as an expert
- speculative
- Incomplete hypo

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
10        Q.   You mentioned in response to questions
11   earlier that you seem to remember some dye that was
12   hanging in a catheterization that was done on
13   Mr. Barnett.  Do you remember that?
14        A.   Yes.
15        Q.   And I think there's been a suggestion that
16   Mr. Barnett had a clot in his -- one of his arteries
17   and that that's evidence of the clot.  Do you
18   remember that?
19        A.   Yes.
20        Q.   Am I right, Dr. Bryan, that there's no
21   such thing as a Vioxx clot or a clot that has a
22   signature on it showing this was caused by Vioxx?
23        A.   That is correct.
24        Q.   When you said that you noticed the clot in
25   the catheterization film, is that to be expected
page 84
1    when somebody has severe coronary artery disease and
2    has a plaque rupture?
3         A.   Yes.
4         Q.   Is a clot something that's expected when
5    plaque ruptures occur regardless of whether they're
6    taking any medication?
7         A.   Yes.
```

π obj: 701-705, 602

π obj: 701-705, 602

[84:8] - [85:23]    Curtis Bryan, M.D.

```
page 84
8         Q.   Let me go to the history.  Is that HPI on
9    the consult?
10        A.   Correct.
11        Q.   You were asked some questions about
12   language later in the paragraph.  I want to start
13   with the first sentence where you wrote:  The
14   patient is a 58-year-old gentleman admitted on
15   September 6th, 2002 with a non Q wave myocardial
16   infarction.  Do you see that?
17        A.   Correct.
18        Q.   What is as non Q wave myocardial
19   infarction, as briefly as you can tell us?
20        A.   A non Q wave myocardial infarction implies
21   that there has not been a full thickness muscle
22   damage.  Most of these myocardial infarctions are on
23   the inner layer of the heart, not what we call
24   transmural or all the way through the muscle of the
25   heart, which will typically when it's a full
page 85
1    thickness heart attack, meaning the whole muscle
2    wall thickness, you will develop an EKG abnormality.
3    That's a signature called a Q wave, and that's
4    pretty much signature for a transmural or a full
5    thickness heart attack.
6         Q.   So if an EKG test shows a Q wave -- and
7    we'll show the jury what that is in a minute -- that
8    could be an indication that the patient had a
9    transmural heart attack?
10        A.   Yes.
11        Q.   Now, you diagnosed Mr. Barnett with a non
12   Q wave myocardial infarction, right?
13        A.   Well, I just repeated what had been
14   diagnosed by Dr. Karavan with the positive enzyme.
15        Q.   And throughout the records, including the
16   discharge summary and all of the other records that
17   were created during Mr. Barnett's hospital stay, he
18   was always diagnosed as having a non Q wave heart
19   attack, true?
20        A.   Correct.
21        Q.   Do you stand by the diagnosis, sir, that
22   Mr. Barnett had a non Q wave heart attack?
23        A.   Yes.
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

| | |
|---|---|
| [86:20] - [87:9] | Curtis Bryan, M.D. |

```
page 86
20       Q.   Okay.  From your experience actually
21  looking at Mr. Barnett's heart when you operated on
22  him and reviewing the labs that were taken during
23  September of 2002, what is your view about whether
24  he had a non Q wave heart attack or a Q wave heart
25  attack?
page 87
1        A.   He did not have any evidence at surgery in
2   my op note of a -- a transmural heart attack, at
3   least examining his heart and looking at his enzymes
4   and -- and whatnot.
5             He did not have -- usually -- typically,
6   if I see what I consider a transmural infarct, which
7   would usually be edema of the wall or -- or
8   transmurality demonstrated by hemorrhage, I'll
9   mention that in my operative note.
```

| | |
|---|---|
| [87:11] - [88:18] | Curtis Bryan, M.D. |

```
page 87
11       Q.   What is edema of the wall and -- what was
12  the other term you said?
13       A.   Hemorrhage.
14       Q.   Hemorrhage.  Could you just explain what
15  that is?
16       A.   Hemorrhage of the -- if you have a big Q
17  wave MI, a big Q wave heart attack, typically you
18  have either edema, the -- that wall of the heart
19  will look swollen.  You will see swelling in that --
20  in that area.
21       Q.   That's what edema is, swelling?
22       A.   That's what edema is, swelling.  Or you'll
23  see hemorrhages.  It looks like a big bruise on the
24  heart on -- on some of these folks.  So typically a
25  big Q wave myocardial infarction you will see some
page 88
1   kind of finding at surgery.
2        Q.   When you were actually the person looking
3   at Mr. Barnett's heart and examining it, did you see
4   any evidence of edema of the wall?
5        A.   No.
6        Q.   Did you document anywhere that he had any
7   hemorrhaging or any bruising in the heart?
8        A.   No.
9        Q.   If you had seen a Q wave infarction, sir,
10  and you had seen swelling of the wall or serious
11  damage to the heart, is that something you would
12  have written down?
13       A.   Oh, I -- yes.
14       Q.   And you didn't see those things when you
15  actually looked at Mr. Barnett's heart on September
16  10, 2002?
17       A.   No.  I usually will document that in the
18  note.
```

| | |
|---|---|
| [88:23] - [90:7] | Curtis Bryan, M.D. |

```
page 88
23           The -- this is a new question.  On your
24  consult, sir, from September 9th, 2002, do you see
25  in the second sentence you dictated:  Peak troponin
page 89
1   was 1.4?
2        A.   Yes.
3        Q.   You were asked about troponin elevations
4   and you said, I believe, that troponin elevations
5   can be an indication of heart damage.  Was that your
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
 6    testimony?
 7        A.   That's correct.
 8        Q.   Is it true that the higher the troponin
 9    level, the more heart damage there is?
10        A.   In general, yes.
11        Q.   What does peak mean when you say peak
12    troponin?
13        A.   Peak at that point means, assuming they've
14    drawn serial or subsequent troponins, which often
15    the cardiologists will do, draw usually between one
16    and three troponins, the peak will be the one that's
17    the highest of all of the troponins drawn.
18        Q.   So in this case of the troponins that were
19    drawn for Mr. Barnett in September of 2002, the
20    highest number was 1.40?
21        A.   Yes.
22        Q.   Can you help us understand how that fits
23    into sort of the range of troponin levels that
24    you've seen in your career, sir?
25        A.   I would consider that a small leak, small
page 90
 1    troponin leak, based on what I've seen in my career.
 2        Q.   What are some of the troponin levels that
 3    you have seen with people who have moderate heart
 4    attacks or significant heart attacks?
 5        A.   You know, 5 to 10.  I've even seen
 6    troponins on transmurals that are over -- they're
 7    100.
```

*Handwritten annotation:* π objection: 401, 402, 403 irrelevant as to other cases in his career; 701-705 improper expert testimony; incomplete hypothetical

[90:8] - [90:9]   Curtis Bryan, M.D.

```
page 90
 8        Q.   Let me show you, sir, what I'll mark as
 9    Exhibit 12.  Can you tell me --
```

[90:16] - [93:6]   Curtis Bryan, M.D.

```
page 90
16        Q.   Okay.  I have handed you a lab sheet that
17    reflects different enzyme tests for Mr. Barnett,
18    cardiac enzyme tests while he was in the hospital in
19    2002.  Is that what this is?
20        A.   Correct.
21        Q.   And I want to go through these so that we
22    get a clear understanding of exactly what Mr.
23    Barnett's troponin levels were and other cardiac
24    enzyme levels were, okay?
25        A.   Correct.
page 91
 1        Q.   Is this something you would have reviewed
 2    back when you were treating Mr. Barnett in the
 3    hospital?
 4        A.   Yes.
 5        Q.   It looks like there were a total of five
 6    lab tests done on Mr. Barnett while he was in the
 7    hospital.  Was that right?
 8        A.   That's correct.
 9        Q.   The first lab test in the middle of the
10    page to the left was done on September 6, 2002; is
11    that right?
12        A.   Yes.
13        Q.   At 1:58 in the morning?
14        A.   Correct.
15        Q.   And at that time when he came into the
16    hospital, what was his troponin I level?
17        A.   It was less than .04.
18        Q.   And if you look at the bottom of the page,
19    do you see where it says results and then reference
20    range interpretation?
21        A.   Yes.
```