Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
              22       Q.   Where does .04 fit in?
              23       A.   Point 04 is in the clinical correlation
              24  indicated.
              25       Q.   So that we understand this, under the
         page 92
              1   results, those are different ranges of troponin I
              2   levels, and to the right would reflect the
              3   significance of a reading in that range; is that
              4   right?
              5        A.   Yes.
              6        Q.   So if you had a troponin level of .7, that
              7   would fall in the second category, which says:
              8   Suggest possible presence of myocardial damage by --
              9   is it WHO criteria?
             10        A.   Yeah, World Health Organization.
             11        Q.   On September 6 at 8:42 in the morning, do
             12  you see the next test?
             13        A.   Yes.
             14        Q.   What was his troponin level then?
             15        A.   Point 87.
             16        Q.   And is that, in your mind, still about
             17  normal?
             18        A.   No.   I would consider that a -- we would
             19  consider that a positive troponin, mildly positive,
             20  but a positive troponin.
             21        Q.   Does that fall then within the middle
             22  category?
             23        A.   Falls in the middle category.
             24        Q.   What does it mean to have possible
             25  presence of myocardial damage by WHO criteria?
         page 93
              1        A.   Well, at some -- there was -- there was --
              2   originally troponins were started being monitored,
              3   the question became whether a little enzyme leak was
              4   a heart attack or not.   I mean, there was a question
              5   of is it just angina with a little enzyme leak or is
              6   it an MI.
```

[93:22] - [94:1]          Curtis Bryan, M.D.

```
         page 93
             22        Q.   In other words, if -- or let's just talk
             23  about Mr. Barnett.   Given his troponin level at 8:42
             24  in the morning, what this suggests is that he might
             25  have heart damage and he might not, true?
         page 94
              1        A.   By their -- by the reference lab, yes.
```

[94:7] - [99:19]          Curtis Bryan, M.D.

```
         page 94
              7             Dr. Bryan, when you said before troponin
              8   leak, can you just explain briefly what you mean by
              9   a troponin leak?
             10        A.   When a cell dies it leaks enzymes, or the
             11  constituents of its -- of its -- cells are made up
             12  of a wall.   They have cytoplasm, or I guess you
             13  could call it like a jelly inside, make it simple.
             14  That jelly is made up of certain things.   It has
             15  enzymes that are -- that degrade things.   It has
             16  troponin, which is part of the mechanism of
             17  contraction of -- of the heart muscle.   So if your
             18  cell dies, it will theoretically lyse or break open
             19  and leak these things into the blood.   So you're
             20  detecting is there any cell death, is there anything
             21  that suggests that there was damage that are leaking
             22  these enzymes.
             23        Q.   So the more troponin I levels that are
             24  detected in these tests, the more cell that have
             25  been damaged?
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
page 95
1         A.   Typically the bigger the troponin leak,
2    the more damage that's been done.
3         Q.   If you look then, the third blood test was
4    done September 6, 2002 at 4:40 in the afternoon; is
5    that right?
6         A.   Yes.
7         Q.   And there is where Mr. Barnett had a 1.40
8    troponin I level, true?
9         A.   Correct.
10        Q.   That's the one that falls within the
11   second category, suggests possible presence of
12   myocardial damage, right?
13        A.   Correct.
14        Q.   And then he had two more tests on
15   September 7th.  He had one that was, what is that,
16   12:40 in the morning?
17        A.   Yes.
18        Q.   And then he had one at 11:14 in the
19   morning?
20        A.   Correct.
21        Q.   And on those occasions he did not have his
22   troponin I levels tested.  Do you see that?
23        A.   That's correct.
24        Q.   And I want to talk about that in a minute.
25   Let's look at the CK levels.  Now, CK was something
page 96
1    that you had mentioned in response to questions
2    earlier.  Is that another enzyme that leaks from
3    muscles if there's damage?
4         A.   Yes.
5         Q.   The higher the amount of CK in our blood
6    stream, the more muscle damage are there is; is that
7    right?
8         A.   Yes.
9         Q.   Now, Mr. Barnett had CK, his first test
10   September 6 of 198.  Do you see that?
11        A.   Yes.
12        Q.   And over to the right under reference it
13   says 35 to 232.  Is that the normal range?
14        A.   That's the normal range.
15        Q.   So when Mr. Barnett came to the hospital,
16   his CK was in the normal range, right?
17        A.   Correct.
18        Q.   And his CKMB -- let's do this at the same
19   time -- was 1.4.  Do you see that?
20        A.   Yes.
21        Q.   Is CKMB another type of enzyme that is
22   used to monitor the amount of heart damage?
23        A.   It is.  It's a little more specific for
24   the heart.  CK is found throughout many muscles in
25   the body and it's a little more specific toward the
page 97
1    heart.
2         Q.   So here Mr. Barnett's CKMB of 1.4 on
3    September 6 was normal, right?
4         A.   Correct.
5         Q.   And then on September 6 at 8:42 in the
6    evening -- sorry -- in the morning, his CK was 190,
7    and that's normal, right?
8         A.   Yes.
9         Q.   And his CKMB was 6.8 and that's above
10   normal, right?
11        A.   Correct.
12        Q.   Later that day on September 6th
13   Mr. Barnett's CK gets to 217, and that's still in
14   the normal range, right?
15        A.   Yes.
16        Q.   And his CKMB rises a bit to 12.5, and
17   that's abnormal, right?
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
18      A.   Correct.
19      Q.   Then on September 7th Mr. Barnett's CK is
20 288.  Do you see that?
21      A.   Yes.
22      Q.   And that's the highest it ever got while
23 Mr. Barnett was in the hospital; is that right?
24      A.   That is correct.
25      Q.   And is that a fairly low increase in CK
page 98
1  for somebody that's just had a heart attack?
2       A.   That's a -- that's a small leak.
3       Q.   And CKMB, do you see at 12:40 in the
4  morning on September 7th Mr. Barnett has a 21.1
5  CKMB?
6       A.   Yes.
7       Q.   And that's also a small amount of leak?
8       A.   It's not -- its not a big leak.
9       Q.   And then in the last test of September
10 7th, 2002 at 11:14 in the morning, Mr. Barnett's CK
11 level drops to 213, correct?
12      A.   Yes.
13      Q.   And that's normal again, right?
14      A.   Yes.
15      Q.   And then his CKMB drops from 21.1 to 15.9,
16 right?
17      A.   Yes.
18      Q.   So it's on its way down?
19      A.   Yes.
20      Q.   Looking back then at Mr. Barnett's
21 troponin level, given that his CKMB and his CK went
22 up a little bit on September 7th and then dropped
23 down later in the day on September 7, is it
24 reasonable to assume that Mr. Barnett's troponin I
25 level may have increased a little bit on September
page 99
1  7?
2       A.   It -- it may have.
3       Q.   And it may not have?
4       A.   It may not have.  The troponin may not
5  rise as early as the CK.  It tends to peak a little
6  later and come down a litter slower than a -- than a
7  CK.  So it's -- without -- without the level being
8  checked, you don't know what the -- the peak we have
9  is a 1.4.
10      Q.   But even if the peak got as high as 2 or 3
11 on September 7th, that's still considered, in your
12 mind, a mild heart attack or a small leak, isn't it,
13 sir?
14      A.   No.  I'd consider it a small heart attack,
15 troponin of 2.
16      Q.   And do you have any reason to think that
17 Mr. Barnett's troponin I level would have increased
18 above 2 or 3 based on the other cardiac enzymes and
19 the pattern that you see here?
```

π objection:
- calls for speculation
- improper expert testimony

[99:21] - [99:24]    Curtis Bryan, M.D.

```
page 99
21          THE WITNESS:  I would not anticipate
22 seeing a big troponin leak with the -- with the CKs
23 and the MBs that are present on that lab work.  I
24 would not expect a big troponin leak.
```

[100:4] - [100:7]    Curtis Bryan, M.D.

```
page 100
4           But on a scale of 1 to 10, how would you
5  rate a heart attack in somebody who had a troponin
6  level of 1.4 and other cardiac enzymes like
7  Mr. Barnett's?
```

π objection:
- improper hypothetical
- calls for speculation
- 602, lacks foundation
- 401, 402, 403 -- irrelevant as to this case

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

[100:14] - [100:18]    Curtis Bryan, M.D.

```
page 100
14      Q.   Ten being the most serious.
15      A.   Serious MI and --
16      Q.   And one being a minor?
17      A.   -- minor.  Just maybe 2, 3, somewhere in
18   that vicinity.
```

π objection: please see previous page

[100:19] - [101:22]    Curtis Bryan, M.D.

```
page 100
19      Q.   You were asked questions, sir, about a
20   diagnosis.  And let's go back to your consult.  You
21   remember that Mr. Barnett was diagnosed with
22   ischemia back in January of 2000?
23      A.   Yes.
24      Q.   And if your -- look back at your consult,
25   the third sentence.  You wrote:  The patient has a
page 101
1    history of chest pain dating back to January of
2    2000, when he underwent a Cardiolite stress test for
3    sharp chest pain.  The patient ruled out for
4    myocardial infarction.
5           That means that the doctors determined
6    that he didn't have a heart attack, right?
7       A.   Right.  That -- that's correct.
8       Q.   And only a small area of lateral ischemia
9    was identified.
10          I'm not sure if by the time your video is
11   played, sir, the jury will have been told what
12   ischemia is.  But is ischemia another word for
13   reduced blood flow?
14      A.   Yes.
15      Q.   So when a patient has enough blockage or
16   plaque in their arteries to reduce the blood flow,
17   that's considered ischemia?
18      A.   Yes.
19      Q.   In order to have ischemia, Dr. Bryan, do
20   you know about how much percentage-wise of an artery
21   needs to be blocked with plaque in order to reduce
22   blood flow and lead to a diagnosis of ischemia?
```

π objection:
- 701-705, improper expert testimony, not designated as an expert
- incomplete hypothetical
- calls for speculation

[101:25] - [102:13]    Curtis Bryan, M.D.

```
page 101
25          THE WITNESS:  A 50 percent stenosis
page 102
1    results in a 75 percent reduction in diameter, which
2    can lead to ischemia.  I would say that, clinically
3    speaking, that most people have at least a 50 to 60
4    percent stenosis before an artery usually gives them
5    pain.
6    BY MR. GOLDMAN:
7       Q.   When you say 50 to 60 percent stenosis, is
8    that another way of saying 50 to 60 percent of
9    blockage in the artery of plaque?
10      A.   Correct.  Correct.
11      Q.   So we know that Mr. Barnett had at least
12   50 to 60 percent blockage in his arteries on -- in
13   January of 2000, right?
```

[102:17] - [102:23]    Curtis Bryan, M.D.

```
page 102
17      Q.   True?
18      A.   What the -- what this demonstrates is that
19   we know that in one region of his heart there was a
20   stenosis, the degree of which you don't know.  You
21   would presume that it's at least 50, 60 percent,
```

π objection:
602 - lacks foundation, Dr. Bryan did not treat him until 2002
Speculative - Dr. Bryan never reviewed the actual studies
improper expert testimony

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
                              22   maybe worse in one area of his heart that resulted
                              23   in ischemia.
```

[102:24] - [103:1]         Curtis Bryan, M.D.

```
                           page 102
                           24        Q.   I take it you're familiar with Cardiolite
                           25   stress tests, Dr. Bryan?
                           page 103
                           1         A.   Yes.
```

[103:11] - [103:18]        Curtis Bryan, M.D.

```
                           page 103
                           11   you know this.  Are you aware, sir, that one of the
                           12   known limitations of a Cardiolite stress test is
                           13   that if a patient has balanced blockage of his major
                           14   coronary arteries; in other words, a similar amount
                           15   of plaque in his coronary arteries, that a
                           16   Cardiolite stress test may come back showing that
                           17   the patient has mild ischemia?
                           18        A.   Yeah, that's correct.
```

π objection:
- incomplete hypothetical
- calls for speculation
- improper expert testimony
- Dr. Bryan never reviewed these films nor is it his specialty. He is a cardiac surgeon.

[103:21] - [104:14]        Curtis Bryan, M.D.

```
                           page 103
                           21             Is it also a known limitation of
                           22   Cardiolite stress tests, sir, that if the patient
                           23   has an equal amount of blockage in his coronary
                           24   arteries, it's quite possible that that Cardiolite
                           25   stress test will show no ischemia?
                           page 104
                           1         A.   That's correct.
                           2         Q.   Is that because these Cardiolite stress
                           3    tests measure the relative amount of blood flow
                           4    among the coronary arteries?
                           5         A.   That is correct.  You have to have a
                           6    difference between resting state and stress state to
                           7    have a positive -- have a positive study.
                           8         Q.   So if all of the arteries contain a
                           9    similar or near similar amount of plaque buildup,
                           10   then the Cardiolite stress test may come back and
                           11   say there's either no difference among the coronary
                           12   arteries in terms of plaque buildup or there's  mild
                           13   ischemia or a mild difference?
                           14        A.   That's correct.
```

[104:17] - [105:2]         Curtis Bryan, M.D.

```
                           page 104
                           17             The only way to know how much coronary
                           18   artery disease or blockage that Mr. Barnett had for
                           19   sure in January of 2000 would be to have the results
                           20   of an angiogram or a cardiac catheterization; is
                           21   that true?
                           22        A.   True.
                           23        Q.   Are you aware that the doctors suggested
                           24   that Mr. Barnett have a cardiac catheterization and
                           25   he for whatever reason decided not to?
                           page 105
                           1         A.   I'm not aware of that.  I'm not aware of
                           2    that.
```

π objection:
- misstates testimony
- speculation
- hearsay

[105:7] - [105:20]         Curtis Bryan, M.D.

```
                           page 105
                           7    this way.  New question.  Did you see the extent of
                           8    coronary artery disease in Mr. Barnett's arteries in
                           9    September of 2002?
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
10        A.   Yes.
11        Q.   Was there consistent blockage, balanced
12   blockage of plaque in his arteries?
13        A.   Yes.
14        Q.   I'm gonna show you, sir, what I'll mark as
15   Exhibit 13.  This is actually a document that we
16   used with Dr. Karavan, and he drew on this document
17   the amount of blockage or plaque buildup that he saw
18   on the cardiac catheterization when he performed it
19   on Mr. Barnett on September 9th, 2002, okay?
20        A.   Yes.
```

[105:25] - [107:9]          Curtis Bryan, M.D.

```
page 105
25        Q.   So do you see -- we won't go through all
page 106
1    of these.  But the left main -- up toward the top,
2    the left main coronary artery has 50 percent
3    blockage.
4         A.   Yes.
5         Q.   And then the LAD, as you described
6    earlier, the -- the anterior descending artery, has
7    80 percent.  Do you see that?
8         A.   Yes.
9         Q.   The circumflex has 80 percent?
10        A.   Yes.  Uh-huh.
11        Q.   And then the right coronary artery, which
12   is actually to the left side of the page, shows 80
13   percent blockage, right?
14        A.   That's the -- yeah.  That's the, what we
15   call the LV branch or one of the branches of the
16   right coronary artery.
17        Q.   And then there's 100 percent blockage in
18   September of 2002 in the PDA.  Do you see that?
19        A.   Yes.
20        Q.   That's sort of the branch at the bottom
21   left or where it says 100 percent, right?
22        A.   Yes.
23        Q.   And then in the middle of the heart there,
24   do you see 70 percent?
25        A.   Yes.
page 107
1         Q.   Are these percentages, sir, consistent
2    with what your understanding was of Mr. Barnett's
3    arteries in September of 2002?
4         A.   Yes.
5         Q.   Does this reflect, as you testified a
6    minute ago, that Mr. Barnett had balanced ischemia
7    throughout his arteries?
8         A.   He does -- he does have a fairly balanced
9    degree of stenosis.
```

[107:21] - [108:3]          Curtis Bryan, M.D.

```
page 107
21        Q.   Okay.  Let me ask it this way.  Do you
22   know, sir, whether coronary artery disease takes a
23   while to build up?
24        A.   It typically does.
25
page 108
1         Q.   So typically, would a patient like
2    Mr. Barnett who has this much occlusion or blockage
3    take years and years to develop it?
```

π objection:
- 701-705, improper expert testimony
- speculative
- lacks foundation

[108:6] - [108:8]          Curtis Bryan, M.D.

```
page 108
6              THE WITNESS:  I would say the majority of
```

π objection:
- 401-403, irrelevant as to other patients
- incomplete hypothetical
- speculative
- lacks foundation
- 701-705 improper expert testimony

6/20/2006  4:11 PM                                                                              18