Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
              7   people, it takes years to develop this -- this much,
              8   you know, these -- this degree of stenoses.
```

*π objection: please see previous page*

[109:3] - [109:7]   Curtis Bryan, M.D.

```
page 109
  3       Q.   Has it been your experience, Dr. Bryan,
  4   that you've seen patients who have both developed
  5   coronary artery disease, lots of coronary artery
  6   disease over a long period of time and there's some
  7   patients who actually develop it rapidly?
```

*π objection:*
- *lacks foundation*
- *incomplete hypotheticals*
- *improper expert testimony*
- *speculative*
- *irrelevant as to other patients he has seen*

[109:10] - [109:11]   Curtis Bryan, M.D.

```
page 109
 10            THE WITNESS:  In my practice I have seen
 11   both subsets of patients.
```

[109:13] - [112:2]   Curtis Bryan, M.D.

```
page 109
 13       Q.   Have you seen patients, Dr. Bryan, who
 14   have had a small to moderate amount of coronary
 15   artery disease and a few years later have severe
 16   disease?
 17       A.   I have not seen patients with less than a
 18   40 percent stenosis suddenly have a 90 percent
 19   stenosis in a year or two.  I've not seen that.
 20            I've seen 50, 60 percent stenoses go on to
 21   80, 90 percent within two or three years of -- of
 22   doing this.  You know, there are various -- you
 23   know, depending on their risk factors, compliance,
 24   other -- other things that go into that.
 25       Q.   Let's switch topics now, Dr. Bryan.  Have
page 110
  1   you seen patients, sir, who have had mild ischemia
  2   at one point in their life and then rapidly progress
  3   to severe multi-vessel disease even if they try to
  4   control their risk factors?
  5       A.   Yes.
  6       Q.   Can you explain that, sir?  How is it
  7   possible for somebody to try hard and even control
  8   their cholesterol perfectly, why is it that that
  9   person might go from a mild amount of ischemia to a
 10   severe amount?
 11       A.   It's -- it's hard to know why.  In some --
 12   in some people it's genetic.  We don't know exactly
 13   why coronary disease progresses more rapidly in some
 14   people than others.
 15            You can have two patients with identical
 16   cholesterol profiles that one is -- does well for
 17   ten years; one does well for, you know, a year or
 18   two and is -- is on the operating table or getting a
 19   stent.  I have had patients who are in their 20s who
 20   are nonsmokers with normal cholesterols get coronary
 21   bypass grafting.
 22            There's no way to know why they're having
 23   these rapidly progressive problems.  I -- I would
 24   say that it's an inflammatory process we know and --
 25   and why it's worse in other people than some,
page 111
  1   there's probably a multitude of factors that go into
  2   it that we're -- that they're not all -- they're not
  3   all delineated right now.
  4       Q.   So even today with all of the study that's
  5   been done on atherosclerosis, is it fair to say that
  6   nobody knows all of the reasons why people progress
  7   from a small amount of ischemia or coronary artery
  8   disease to a heart attack?
  9       A.   We know that the majority of those are
```

*π objection:*
- *calls for speculation*
- *incomplete hypotheticals*
- *improper expert testimony*

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
10  rupture, but why does the plaque suddenly rupture, I
11  think it's all -- we have ideas, but what we can
12  tell you -- you know, even -- just to give you an
13  example, looking at cholesterol levels. You can
14  tell what a relative risk is. We can't tell you
15  that because you have a high cholesterol you're
16  gonna have a, you know, heart disease. We can -- we
17  can tell you that -- we can tell you that if you
18  keep it low your relative risk of a problem is this,
19  but we can't tell you you're gonna be that guy who
20  gets it.
21          So I think there's -- you're -- still a
22  lot is not known exactly about why people progress,
23  why plaques rupture. There's postulation that they
24  become unstable plaques, you know, they get a lot of
25  cholesterol and the burden becomes too much and it
page 112
1   ruptures, clot. You know, we don't know all the --
2   all the issues relate -- related to this.
```

π objection: please see previous page

[112:8] - [112:24]    Curtis Bryan, M.D.

```
page 112
8        Q. If a patient, sir, in your experience has
9   a history of high cholesterol and then gets on a
10  statin like Lipitor and then controls their
11  cholesterol, does that mean that the plaque that's
12  built up in their arteries goes away?
13       A. No.
14       Q. Does it mean if you control your
15  cholesterol even perfectly after you've had a
16  history of high cholesterol that the plaque will not
17  accelerate and progress?
18       A. No.
19       Q. Has it been your experience that you've
20  seen in patients who actually control their
21  cholesterol levels, that because they had high
22  cholesterol in the past their plaque progresses over
23  time?
24       A. Yes.
```

π objection:
- lacks foundation
- incomplete hypotheticals
- improper expert testimony - he has not been designated
- speculative
- irrelevant as to other patients he has seen

[113:11] - [117:3]    Curtis Bryan, M.D.

```
page 113
11       Q. Dr. Bryan, if you turn back to your
12  consult, the bottom has a 20 on it. Do you see in
13  the fourth or fifth sentence after discussing that
14  Mr. Barnett was ruled out for a heart attack in
15  January of 2000 it says: The patient was treated
16  medically? Do you where see that, sir?
17       A. Yes.
18       Q. Now back in January of 2000, Mr. Barnett
19  was 56 years old, and you know that he had a history
20  of high cholesterol, right?
21       A. Yes.
22       Q. Did Mr. Barnett also have a significant
23  family history of heart disease?
24       A. He did. His father had undergone -- had--
25  had two myocardial infarctions, one at age 62, one
page 114
1   at age 68. Also, the family history did have
2   atherosclerotic risk factors, a sister who's had --
3   who is 50 years old and had multiple TIAs. All of
4   these things were --
5        Q. What's a TIA?
6        A. Commonly known as a mini stroke, temporary
7   symptoms, usually less -- less than 24 hours that
8   resolve. But his father had a stroke. I mean,
9   there was a -- he had a family history that
10  consider -- you know, you'd put him at risk for
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
11   atherosclerosis.
12        Q.   And heart attacks?
13        A.   And heart attacks.
14        Q.   So in January of 2000 Mr. Barnett was 56
15   years old.  He had a history of high cholesterol.
16   He had a family history of heart disease.  He had an
17   abnormal Cardiolite stress test showing ischemia.
18             Based on those factors, sir, do you think
19   that Mr. Barnett should have been taking aspirin on
20   a daily basis?
21        A.   Yes.
22        Q.   When you talked about aspirin earlier, is
23   it your understanding -- why is it important to
24   recommend aspirin to patients and that patients take
25   daily aspirin if they have a history like
page 115
1    Mr. Barnett of heart disease?
2         A.   The main benefit to aspirin is it -- it
3    inhibits the clotting cells known as platelet from
4    forming a clot.  And so, in patients who have
5    coronary disease or blockages that we've talked
6    about and who are who at risk for plaque rupture at
7    any time in their life, a baby aspirin or a full
8    aspirin a day is usually part of the treatment for a
9    patient with coronary disease.
10        Q.   Is it part of the standard of care or
11   normal course for a patient who has a history of
12   heart disease to take aspirin so that they might
13   prevent a heart attack in the future?
14        A.   Yes.
15        Q.   Is it also common for doctors to prescribe
16   aspirin so that patients who have a history of heart
17   disease might not have a clot in response to a
18   plaque rupture because of the properties of aspirin,
19   the anti-clotting properties?
20        A.   Correct.
21        Q.   Do you see in the next sentence of your
22   consult you wrote:  Subsequently the patient did
23   well with only occasional slight sharp chest pain,
24   usually associated with his abdomen being bloated?
25   Do you see that, sir?
page 116
1         A.   Yes.
2         Q.   So we're talking now about -- when you say
3    subsequently, after January of 2000 you're saying
4    Mr. Barnett had occasional sharp chest pain?
5         A.   Yes.
6         Q.   Usually associated with the abdomen?
7         A.   Yes.
8         Q.   Do you know that Mr. Barnett had a history
9    of reflux or GERD?
10        A.   Yes.
11        Q.   Is it your experience, sir, that through
12   no fault of the doctors, that sometimes people who
13   are experiencing angina or chest pain actually get
14   diagnosed as having GERD or reflux?
15        A.   Yes.
16        Q.   Tell me about that.
17        A.   Reflux in some patients can cause
18   esophageal spasm.
19        Q.   Which is what?
20        A.   Which is the muscle of the -- of the
21   esophagus.  The esophagus is -- the esophagus is
22   basically a muscular tube, and when the acid runs up
23   the esophagus it spasms and it can cause sharp
24   intense chest pain, can mimic, you know, chest pain
25   from the heart source and -- and it can be similar
page 117
1    in that it can be located beneath the sternum.  It
2    can be sometimes in -- in some patients be difficult
```

Handwritten annotation (bracketing lines ~22 of p.114 through line 20 of p.115):
π objection:
- improper expert testimony
- incomplete hypos
- calls for speculation
- he has not been designated as an expert on the standard of care of physicians

Handwritten annotation (bracketing lines 10–25 of p.116 onward):
π objection:
- incomplete hypotheticals
- calls for speculation
- improper expert testimony -- he has not been designated as an expert, he is not a GI doctor
- irrelevant as to other patients

• **Merck Counter Designation**

```
                            3     to diagnose.

[117:13] - [122:2]          Curtis Bryan, M.D.
                            page 117
                            13       Q.   Based on your experience over the last 13
                            14    years treating patients with heart problems, sir, do
                            15    you believe that there are patients who are
                            16    diagnosed with GERD or reflux when they have chest
                            17    pain when what they're really having is angina or
                            18    heart related pain?
                            19       A.   Yes.
                            20       Q.   Looking now down in the middle of the page
                            21    of your consult, do you see where you then describe
                            22    the cardiac catheterization that was performed by
                            23    Dr. Karavan?
                            24       A.   Yes.
                            25       Q.   And I'm not gonna repeat all of these.
                            page 118
                            1     But you talk about 50 percent blockage in the left
                            2     main, 80 percent in another, 80 percent in another
                            3     artery and so forth.
                            4           And then do you see number 8 where you
                            5     wrote: Ejection fraction approximately 50 percent?
                            6     And let's stop there.  What is an ejection fraction?
                            7        A.   What an ejection fraction measures is with
                            8     each heart beat, there's a certain amount of blood
                            9     ejected.  We don't empty our heart totally with each
                            10    heart beat.
                            11          So the ejection fraction is the amount of
                            12    that blood in the chamber when the heart is full
                            13    that when it squeezes, that's the percentage of
                            14    blood that goes out to the body.  So a normal
                            15    ejection fraction would be between 50 and 60
                            16    percent.
                            17       Q.   So when somebody talks about an ejection
                            18    fraction or EF as a shorthand version, what that
                            19    attempts to measure is how well the heart muscle is
                            20    contracting and pumping out blood to the rest of the
                            21    body?
                            22       A.   Correct.
                            23       Q.   Is that an important measurement?
                            24       A.   Yes.
                            25       Q.   Is it the most important measurement for
                            page 119
                            1     heart function?
                            2        A.   Yes.
                            3        Q.   Is an ejection fraction actually
                            4     considered the gold standard for measuring heart
                            5     function in heart damage?
                            6        A.   Well, the ejection fraction is -- there
                            7     are multiple ways of measuring an ejection fraction,
                            8     but finding out what a patient's ejection fraction
                            9     is is the -- is -- determines the -- the contractile
                            10    performance of the heart.  It gives you the
                            11    performance of the heart, whether it's -- whether
                            12    you're pumping normally or not.  That -- that would
                            13    be the gold standard description of how well you're
                            14    pumping blood.
                            15       Q.   And when you saw that Mr. Barnett had a
                            16    normal ejection fraction of 50 percent at the same
                            17    time he was having his heart attack, did that strike
                            18    you as a good sign for Mr. Barnett?
                            19       A.   Yes.
                            20       Q.   Dr. Karavan refers in his cardiac
                            21    catheterization report to something called preserved
                            22    left ventricular systolic function?
                            23       A.   Yes.
                            24       Q.   What does it mean to have preserved left
                            25    ventricular systolic function?
```

Handwritten annotation: π objection: please see previous page

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
page 120
1          A.    That means to have a normal ejection
2    fraction.
3          Q.    Do you agree with Dr. Karavan that on
4    September 9th, 2002 Mr. Barnett had a normal
5    ventricular function and ejection fraction?
6          A.    Yes.
7          Q.    You also wrote in number 8:  With an LVEDP
8    of 16.  Do you see that?
9          A.    Correct.
10         Q.    What is an LVEDP?
11         A.    LVEDP stands for left ventricular end
12   diastolic pressure.  And we measure it --
13   Dr. Karavan often measures it when he puts the
14   catheter in the chamber to do the ejection fraction.
15   How they do that is they slip the catheter into the
16   heart chamber itself and inject dye so they can see
17   how the heart is pumping.
18               Well, the LVEDP is just that pressure
19   measurement before -- and they do one before and
20   after they put the dye in.  An LVEDP of 16 is upper
21   normal for a patient.
22         Q.    If you look on page 23, sir, of Exhibit
23   11, this is Dr. Karavan's cardiac catheterization
24   report.  Do you see that?
25         A.    Yes.
page 121
1          Q.    And in the third sentence or phrase it
2    says:  Mid inferior diaphragmatic hypokinesis.  And
3    then it talks about the ejection fraction.
4                Do you see that, sir?
5          A.    Yes, I see that.
6          Q.    Can you tell me just briefly what a mid
7    inferior diaphragmatic hypokinesis means?
8          A.    What that means, he -- he's stating that
9    the bottom wall of the heart sits on the diaphragm,
10   the inferior wall of the heart sits on the
11   diaphragm.  And that area of the heart was not
12   moving quite normally.  It was mildly hypokinetic or
13   decreased function of the heart.
14         Q.    Now, if a patient has a ejection fraction
15   that's normal and this mild hypokinesis at the same
16   time, is there any clinical significance to having
17   hypokinesis?
18         A.    No.  I mean, if there's -- overall
19   ejection fraction is normal, then it's -- it's not
20   a -- especially from the standpoint of operating on
21   him for us, that's not a significant issue.
22         Q.    Having mild hypokinesis when you have a
23   normal ejection fraction isn't clinically
24   significant for a patient at all, true?
25         A.    As long as the patient is not having any
page 122
1    evidence of heart failure, it's not gonna give him
2    any long-term problem in all likelihood.
```

*[handwritten annotation:]* ¶ Objection:
- Calls for speculation
- improper expert testimony
- incomplete hypos
- irrelevant as to other patients

[123:2] - [123:5]          Curtis Bryan, M.D.

```
page 123
2          Q.    Fair enough, sir.  The -- Dr. Bryan, I'm
3    handing you what I've marked as Exhibit 14, and this
4    is a Cardiolite stress test that Mr. Barnett had
5    July 7 -- 18 of 2003.
```

[123:17] - [123:19]        Curtis Bryan, M.D.

```
page 123
17         Q.    Have you reviewed reports like Exhibit 14
18   before?
19         A.    Yes.
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

[123:20] - [124:5]    Curtis Bryan, M.D.

```
page 123
20      Q.   So this is a Cardiolite stress test, July
21   18th, 2003.  Is that about ten months after you
22   operated on Mr. Barnett?
23      A.   Yes.
24      Q.   We're gonna talk about several aspects of
25   this in a minute, sir.  But I want to direct your
page 124
1    attention for right now to the impression at the
2    bottom, number 3:  Perfusion images with apical
3    thinning, normal wall motion.
4       Q.   Do you see that?
5       A.   Uh-huh.  Yes.
```

*Objection:*
- *lacks foundation*
- *Dr. Bryan last saw Plaintiff in Oct. 2002*
- *Calls for expert opinion and Dr. Bryan is not designated as an expert*

[124:8] - [124:10]    Curtis Bryan, M.D.

```
page 124
8            But normal wall motion in July of 2003,
9    does that suggest that whatever hypokinesis
10   Mr. Barnett had in September of 2002 has resolved?
```

[124:15] - [124:18]    Curtis Bryan, M.D.

```
page 124
15           THE WITNESS:  This is -- by -- by the
16   stress test, he -- at this time he does not have any
17   inferior wall hypokinesis by this stress test study
18   back ten months after his surgery.
```

[124:20] - [125:16]    Curtis Bryan, M.D.

```
page 124
20      Q.   Let's go back to your consult now, please,
21   which is page 20.  You were asked some question
22   about -- do you see PMH on the bottom?  Is that
23   prior medical history?
24      A.   Past medical history.
25      Q.   Significant for the following, and then
page 125
1    you were asked about hyperlipidemia.  That's
2    abnormal cholesterol levels?
3       A.   Correct.
4       Q.   And that's a risk factor for heart disease
5    and heart attack?
6       A.   Yes.
7       Q.   Do you see any reference, sir, to
8    hypertension in your consult when your were talking
9    to Mr. Barnett?
10      A.   No.
11      Q.   Did Mr. Barnett tell you in September of
12   2002 that he had a history of hypertension?
13      A.   No.
14      Q.   Would that be something you would have
15   written down here if he had?
16      A.   Yes.
```

[126:1] - [126:12]    Curtis Bryan, M.D.

```
page 126
1       Q.   And to determine whether somebody has
2    hypertension, is it important to look at as many
3    readings as you have for that particular patient as
4    opposed to some individual spikes in blood pressure?
5       A.   Multiple blood pressures are better.
6       Q.   Is it your understanding, Dr. Bryan, that
7    to determine whether somebody has hypertension you
8    would want to take an average of the blood pressure
9    readings within a certain period of time?
```

*Objection:*
*improper expert testimony*
*Not designated as an expert*
*calls for speculation*
*incomplete hypotheticals*
*401, 402, 403*
*irrelevant as to "other patients"*