**Issues Report [Curtis Bryan, M.D.]**

π objection: calls for speculation incomplete hypos lacks foundation

**• Merck Counter Designation**

A. Typically, what I -- what we do is have them take multiple times, different times of the day to see if they here having any spikes.

[126:13] - [127:18] Curtis Bryan, M.D.

page 126

Q. What are the different causes of hypertension, sir?

A. Some people are salt retainers. They retain salt. That causes hypertension. There is also some people, the reason for their hypertension is -- is they are vasoconstricted. That's one etiology for hypertension.

Q. What is vasoconstricted?

A. Their blood vessels are chronically constricted, their -- I guess you could say their system is kind of revved up where they -- their blood vessels are -- are tightened down, causing their hypertension on -- on a -- on a chronic basis.

page 127

There's also anxiety that can cause hypertension. Chest pain, if a patient has chest pain, they can have hypertension. Any kind of pain syndrome can cause hypertension.

But if you're talking about your garden variety, every-day just basic hypertension, most of those are either gonna be related to a vasoconstrictor or a sympathetic system, a nervous system, you know, kind of overload on the vessels, to make it simple, or salt retention type thing.

Q. If a patient doesn't have systemic constant elevated blood pressure, then that could be caused by any one of a number of factors such as those you identified?

A. Right, anxiety.

Q. Stress?

A. Stress. You know, anything that can do that.

[127:19] - [128:17] Curtis Bryan, M.D.

π objection:
- irrelevant as to "other patients"
- improper expert testimony
- irrelevant as to "white coat hypertension" as Dr. Bryan never diagnosed him with it
- incomplete hypothetical as to causes of hypertension
- calls for speculation

page 127

Q. You mentioned before that it's not uncommon -- I think you said it's not unusual for patients to have increased blood pressure when they come into the office. Do you remember testifying to that?

A. Yes.

Q. Have you heard of the term white coat

page 128

hypertension?

A. Yes.

Q. What is white coat hypertension?

A. Especially when they see their heart surgeon. They -- they get nervous and they have high blood pressure.

Q. Is it common for patients to be nervous and anxious when they see a cardiologist, like Dr. Karavan, or even an internist if they're worried about a particular medical condition to have a spike in blood pressure?

A. Yes.

Q. Have you seen patients, sir, who have had spikes in blood pressure when they come into the office but when they take their blood pressure at home it's normal?

A. Yes.

**Issues Report [Curtis Bryan, M.D.]**

**• Merck Counter Designation**

[129:7] - [129:19] Curtis Bryan, M.D.

page 129

Q. Are you aware that there's certain medications that can cause hypertension?
A. Yes.
Q. Is Claritin or a decongestant over-the-counter medication the type of medicine that can cause hypertension?
A. Claritin itself is not itself, but with Claritin D with the decongestant with Sudafed in it is more likely to cause -- can cause hypertension.
Q. Do you know that all non-steroidal antiinflammatories can cause hypertension?
A. I do know that's a risk factor for hypertension.

π objection: improper expert testimony; not a pharmacologist; nor has he been designated as an expert

[129:23] - [130:19] Curtis Bryan, M.D.

page 129

Q. Can you turn with me, sir, to page 1 -- yes, page 1 of Exhibit 11? What is this document?
A. This is a -- what we -- one of our

page 130

screening sheets that we -- we do in the patients. Our nurse, Kirsten, while we're operating if a consult comes in, she'll go by and do a quick sheet to give us an idea of what's going on with the patient before we go up to see them.
Q. Do you see in the right column under PMH, what does PMH stand for?
A. Past medical history.
Q. And is Kirsten or the nurse supposed to fill in one of these columns: HTN, DN or tobacco, if the patient indicates that they have that condition?
A. Yes.
Q. What is HTM?
A. Hypertension.
Q. Does this indicate that Mr. Barnett did not report that he had hypertension on September 6 of 2002?
A. That's correct.

[130:21] - [130:24] Curtis Bryan, M.D.

page 130

Does Mr. Barnett report here that his blood pressure has gotten any worse while he's been on Vioxx?
A. No.

[130:25] - [131:1] Curtis Bryan, M.D.

page 130

Q. If you turn to page 13, sir, this is an ER

page 131

report from September 6 of 2002 --

[131:5] - [132:9] Curtis Bryan, M.D.

page 131

Q. Do you see that?
A. Yes.
Q. And this is dictated by, is it Dr. Pamela Pyle?
A. Pyle.
Q. Do you see that she indicates past medical history also in the first paragraph?
A. Yes.

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

Q. He has a history of hyperlipidemia, disc disease, GERD and then a recent diagnosis of onychomycosis?
A. Onychomycosis, yeah.
Q. Yeah.
A. Onychomycosis. Onychomycosis.
Q. One of my strong suits, pronouncing these kinds of terms.
Did Mr. Barnett report in the ER that he had a history of hypertension?
A. No.
Q. If you turn to page 14 and 15 -- let's start with 14. This is also an ER report prepared

page 132

by somebody else, Mark Waggener, right?
A. This is probably the ER physician himself who dictated. Pamela Pyle was probably the hospitalists who admitted him. And that's probably the H&P is for admission for Pamela Pyle.
Q. And do you see on this particular record, PMH, past medical history, there's no indication that Mr. Barnett had hypertension, right?
A. Correct.

[132:12] - [133:6] Curtis Bryan, M.D.

page 132

New question. Let me represent to you, Dr. Bryan, that Mr. Barnett before he came into the hospital on September of 2002 took his blood pressure twice and it was 190/111, 194/104, okay?
A. Yes.
Q. And then here, you can see in the ER it's dropped down to 166/92. Do you see that?
A. Let me. Is that page 14?
Q. Fourteen.
A. Hold on a second.
Q. Under physical exam.
A. Yes, I see that.
Q. Is it common, sir, for patients who are experiencing chest pain or having a heart attack to

page 133

have elevated blood pressure?
A. Yes.
Q. You said that before, that even slight chest pain can increase a patient's blood pressure, true?
A. Yes.

π objection:
- improper expert testimony
- incomplete hypo
- speculation

[133:7] - [134:14] Curtis Bryan, M.D.

page 133

Q. If you turn to page 17, sir, this is a consultation report September 6, 2002 dictated by, is it Nurse Gonzales?
A. Roberta Gonzales. That is a physician assistant that worked for Dr. Karavan.
Q. Do you see that she reports in the middle of the history, in the middle of the paragraph: He denies associated -- is it diaphoresis or nausea, but did start to become short of breath, part of which he thinks may have been due to anxiety.
Do you see that, sir?
A. Yes.
Q. Is anxiety, as I think you mentioned before, something that can cause shortness of breath or an increase in blood pressure?
A. Yes.
Q. In the last paragraph on page 15, if you go back a few pages, sir.

π objection:
- hearsay
- lack of personal knowledge, lacks foundation
- speculative
- incomplete hypo

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

A. Uh-huh.

page 134

Q. Here Ms. Pyle is -- is it Dr. Pyle?
A. Yeah.
Q. Dr. Pyle in the last paragraph is saying why she thinks Dr -- Mr. Barnett should be admitted to the hospital: At this time I think the patient requires admission to the hospital to rule out MI protocol given his multiple cardiac risk factors, including his age of 58, hypercholesterolemia, family history of coronary artery disease.
Do you see that?
A. Yes.
Q. Is there any reference to hypertension as a risk factor for Mr. Barnett?
A. No.

[134:19] - [138:2] Curtis Bryan, M.D.

page 134

Is the purpose of a bypass surgery, Dr. Bryan, to actually fix whatever small damage might occur as a result of a small heart attack?
A. Well, that is one of the goals of bypass, is to restore blood flow to the area of muscle that is not getting enough and any, hopefully, that -- and to -- to preserve or heal any viable cells that

page 135

are -- that are still viable, still living.
Q. Is the purpose here for Mr. Barnett to have a bypass so that you, hopefully, will avoid a fatal or deadly heart attack in the future?
A. That would be one of the goals.
Q. If the bypass is successful, then the hope is the patient would be able to live a full life expectancy and not have another heart attack or die of a heart attack, right?
A. Well --
Q. That's the hope?
A. That's the hope, yes.
Q. It's sometimes the case that patients who have bypass surgeries have another heart attack down the road, right?
A. Correct.
Q. And that happens because in many cases the patients have coronary artery disease that continues to progress in their system, right?
A. Correct.
Q. So if a patient has coronary artery disease and that leads to a bypass because of a heart attack, it wouldn't be surprising if maybe the patient would have another heart attack because of coronary artery disease, correct?

page 136

A. That's correct.

π objection:
- 701-705, improper expert testimony
- incomplete hypo
- lacks foundation
- 401, 402, 403 - irrelevant as to other patients or other cases

Q. But certainly you in your experience have performed successful bypass surgeries on patients and they have gone on to live full, complete lives?
A. Yes.
Q. When you said before that you recommended bypass surgery for Mr. Barnett based on his severe coronary artery disease, were you aware that he had 50 percent blockage in his left main artery?
A. Yes.
Q. Is the left main artery a particularly important one?
A. It is.
Q. Why?
A. The amount of circulation in the left main is tremendous. In fact, the nickname of a left main

**Issues Report [Curtis Bryan, M.D.]**

• **Merck Counter Designation**

is a widow maker. That -- that's the widow maker, I mean, of all the blockages.

The reason is the left side circulation in most patients is fairly extensive. So if you lose that artery, you lose a large amount of muscle. And often -- now, if a left main shuts down or occludes, then that artery -- that's often a sudden death episode.

Q. And when you say widow maker, I assume you

page 137

mean that there, unfortunately, are a number of people who have significant blockage in their left main artery and then they die?

A. That shuts down and they -- they have a sudden episode.

Q. Is it true, sir, that even if you don't have any blockage at all in any other artery but you have 50 percent or more blockage in your left main artery, that that makes you a candidate for bypass surgery?

A. I would tell you, based on the -- it depends on the cardiologist on a 50 percent left main. I would tell you, you know, you see some who want it done and some who treat them medically. But I would say that when you start getting into that 50 and 60, certainly at 60 percent they're sending -- they're sending them to surgery.

Fifty, most of us are gonna operate on them if they're symptomatic. I mean, if they're having chest pain or have had an MI and they have a 50 percent left main, we're gonna take care of it.

Q. So even if a patient has no occlusion or blockage in any other artery and he has chest pain and 50 percent blockage in his left main artery, your recommended course of action is to have

page 138

surgery?

A. The majority of the time it would be, yes.

π objection:
- calls for speculation
- incomplete hypothetical
- improper expert testimony

[138:23] - [140:2] Curtis Bryan, M.D.

page 138

But my question is, new question: Is it true, sir, that if you have severe coronary artery disease, like Mr. Barnett, that it's better to have

page 139

a sign that you have that, whether it's chest pain or a small heart attack, than to have no signal and to have a fatal heart attack?

A. I would say a small heart attack is better than a fatal heart attack. But the only time I'd really consider maybe a small heart attack a blessing in disguise for a patient, excluding that -- that are gonna die of something massive, is a patient who would be otherwise asymptomatic, that came in with an atypical symptom like fatigue or something and they were found to have a small heart attack, have severe disease and they're just an asymptomatic. And then there are the asymptomatic patients, there are, and who have very atypical, almost asymptomatic. That might be considered a blessing versus a sudden death episode.

π objection:
- calls for speculation as to status of coronary arteries
- incomplete hypothetical
- calls for expert opinion: this doctor not retained as an expert

Q. The heart attack that Mr. Barnett had was a heart attack that exposed the severity of his coronary arteries, right?

A. It -- it did, yes. It led to a cardiac catheterization which outlined the severity of his disease.

Q. And then the cardiac catheterization led to a bypass which helped prolong his life; is that

• **Merck Counter Designation**

right?

page 140

A. Well, yes. In his case it would prolong his life because of the left main, yes.

[140:3] - [142:4] Curtis Bryan, M.D.

page 140

Q. How long did your bypass surgery take for Mr. Barnett, about?

A. I don't have that. I would -- I would guess three-and-a-half, four hours of actual of surgical time for me, not room time, but probably three-and-a-half, four hours, somewhere around there, I guess.

Q. Were there any complications during the surgery?

A. No.

Q. Did you have a conversation with Mr. Barnett before the bypass surgery about the potential risks of it?

A. Yes.

Q. And in your consult you indicate that there is a two to three percent mortality risk; is that right?

A. Correct.

Q. What does that mean?

A. It -- from the time we start the surgery to 30 days after surgery or same hospitalization, whichever one is longer, that if you operated on 100 people like Mr. Barnett, two or three are gonna die

page 141

within 30 days or during that hospitalization. So whichever is longer. So that's what that means.

Q. Did you ever tell Mr. Barnett that based on your surgery you didn't think he was gonna make it through it?

A. No.

Q. Did you ever tell Mr. Barnett that you during his surgery were worried that he wasn't gonna make it and it wasn't until you squeezed his heart and it pumped back that you knew he was gonna survive?

A. No.

π objection: 401, 402, 403

Q. Is that something you have ever told anybody?

A. I only have had a couple patients we've had to do something like shock them or -- or do something heroic to get them going, you know, when they go to sleep or before surgery and -- but, no.

On a routine case, percent of mortality, I consider that a low risk. I mean, for my -- for my grading scale, mortality of two percent would be the national average for a 58-year-old man, first time bypass, normal heart function. That's a low risk coronary.

π objection: irrelevant as to what he has discussed with other patients

Q. When you were actually operating on

page 142

Mr. Barnett, did you worry that he wasn't gonna survive the surgery and then squeeze his heart to see if it would pump back?

A. No.

π objection: 401, 402, 403

[143:6] - [144:16] Curtis Bryan, M.D.

page 143

Q. Was your bypass surgery of Mr. Barnett successful?

A. Yes.

Q. Did you inspect his heart during the

• **Merck Counter Designation**

surgery, sir?
A. Yes.
Q. And this inspection was fours day after his heart attack, right?
A. Yes.
Q. Did you look to see if there was any evidence of heart muscle damage when you were looking at his heart?
A. Yes.
Q. If the heart muscle is damaged, do you see scarring and bruising?
A. There are -- there are -- there are several things you can see for heart damage. One, as I mentioned before, was -- was swelling of the muscle. You'll see it actually looks like of edematous or swollen. The second is a hemorrhage, a

page 144

hem -- which is a -- which is usually another sign of a big heart attack.
Now, also if there is some -- you can see some scarring in a -- in a heart if they've had a prior heart attack in the past. You know, if they had a big heart attack that resulted in a big giant scar in their heart, you'll see that, or just maybe some scar mixed in with the muscle.
Q. Did you report after examining Mr. Barnett's heart that there was any swelling of the muscle heart, hemorrhage or bruising or scarring, sir?
A. No.
Q. Is it fair to say that you saw a normal looking heart when you looked at Mr. Barnett's?
A. Yes.

[145:14] - [146:9] Curtis Bryan, M.D.

page 145

Q. I have handed you a series of EKG tests that were taken of Mr. Barnett between September 6 of 2002 and September 11th of 2002. Do you see that, sir?
A. Uh-huh.
Q. Were would treating Mr. Barnett during that period?
A. Yes. Oh, it's from the 9th on. Yes.
Q. And do you see that on the last page, the September 11th EKG, it refers to your name there, Curtis Bryan on the left side?
A. Yes.

page 146

Q. I want you to -- if you wouldn't mind, could you just take Exhibit 15 and turn it over to where you see a blank white page and just draw and show the camera and the jury what a Q wave would look like on an EKG?
A. Yeah.
Q. And please make it big enough so that they can see.
A. Is that big enough?

[146:13] - [147:20] Curtis Bryan, M.D.

page 146

Q. Can you point to the jury what you just drew and what -- what about that drawing indicates that there's a Q wave?
A. It's a down-going -- down-going wave of -- the first -- well, the first part of the QRS, which is the big spike in your EKG. It's a deep, downward slope.

• **Merck Counter Designation**

Q. So if you have a Q wave, then you would expect to see -- the first move would be down --
A. Yes.
Q. -- before it rises up?
A. Correct.
Q. Is a Q wave measured in part by the depth

page 147

and the width of the reading?
A. Oh, yes. Yes, it is.
Q. So the deeper the spike downward and the wider it is, the more likely it is to be an actual Q wave, right?
A. That's correct.
Q. Are there certain Q waves that are nondiagnostic Q waves?
A. Sometimes in the inferior leads, two, three and AVF small Q waves, there may or may not mean anything.
Q. So, and when you say two, three and AVF, just looking on the first page of Exhibit 15 -- hopefully, we can blow this up for the jury. But when you say two, that's the second line going cross the page from the top, right?
A. Roman numeral II here, yes. It's this little segment right here to Roman numeral II and then Roman numeral III. And next to three is the AVF. Next to three, right next to three is the AVF.

[147:23] - [148:4] Curtis Bryan, M.D.

page 147

Is it your understanding, sir, that if you have a real true Q wave, that's something you would see on repeat EKGs?

page 148

A. Yes.
Q. A real true Q wave is not something that you expect to go away, true?
A. True.

π objection: - vague, ambiguous as to "real" - calls for expert opinion

[148:9] - [149:11] Curtis Bryan, M.D.

page 148

Q. Let's look, if you could, sir, on the very first EKG, September 6th of 2002, which you reviewed back at the time, right?
A. Yes.
Q. Do you see any evidence, sir, of a Q wave in this EKG?
A. Based on what I can see here, I really don't see anything that looks like a significant Q wave on -- on this EKG from what I can see of it.
Q. If you look on -- let's go two in to September 7th of 2002. And this is a lot easier to read. If we look at the third lead at the bottom left part?
A. Okay. Do.
Q. You see that there's a small decrease down?
A. Yes.

page 149

Q. And then an increase up?
A. Yes.
Q. Would you consider that to be a Q wave, sir, or a nondiagnostic Q wave?
A. Yeah. I would say nondiagnostic Q wave. I mean, it -- it's a small -- it looks like a small nondiagnostic Q wave there.
Q. This is September 7th, 2002. And then if you turn to the last page, September 11th, 2002, do