Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
                          10    you see any evidence of a diagnostic Q wave?
                          11         A.   No.
```

[149:12] - [150:3]     Curtis Bryan, M.D.

```
page 149
12         Q.   Now, three-and-a-half years after you
13    examined Mr. Barnett, sir, the plaintiffs in this
14    case have hired an expert witness to say that there
15    was a Q wave on September 11th of 2002 and that that
16    is indicative of an acute inferior wall transmural
17    MI, okay?
18         A.   Yeah.
19         Q.   What's your reaction to that?
20         A.   That's not true.
21         Q.   What is a transmural MI?
22         A.   A full thickness heart attack.  Meaning
23    the entire -- from the inner layer of the heart to
24    the outer layer of the heart.
25         Q.   Did Mr. Barnett suffer a transmural MI at
page 150
1     any point while you diagnosed him and worked with
2     him in September of 2002?
3          A.   No.
```

Handwritten annotation: π objection: - lacks foundation - calls for speculation - argumentative - improper expert testimony - Dr. Bryan has not reviewed any depo transcripts or expert reports in this case

[150:4] - [150:10]     Curtis Bryan, M.D.

```
page 150
4          Q.   How long after you operated on Mr. Barnett
5     did you discharge him home?
6          A.   Four days postop.
7          Q.   Is that an indication that Mr. Barnett
8     really didn't have any complications with the
9     surgery and he was doing well?
10         A.   Yes.
```

[150:11] - [150:12]     Curtis Bryan, M.D.

```
page 150
11              MR. GOLDMAN:  Let me mark Exhibit 16A,
12    Dr. Bryan.
```

[150:17] - [153:11]     Curtis Bryan, M.D.

```
page 150
17         Q.   This is a discharge summary that is
18    actually signed on the second page.  Is that your
19    signature or a stamp of your signature?
20         A.   Yes.
21         Q.   Do you see on the first page that -- under
22    DG DX, do you see that?
23         A.   Yes.
24         Q.   There is a reference -- does that mean
25    discharge diagnosis?
page 151
1          A.   Correct.
2          Q.   And then number one says:  Non Q wave
3     myocardial infarction, right?
4          A.   Yes.
5          Q.   And do you stand by that diagnosis?
6          A.   Yes.
7          Q.   Number two says:  Coronary artery disease?
8          A.   Yes.  All right.
9          Q.   Number three:  Hyperlipidemia, high
10    cholesterol?
11         A.   Yes.  Uh-huh.
12         Q.   Number four:  Systemic hypertension.  Do
13    you see that, sir?
14         A.   Yeah.
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
15         Q.   We looked before at the fact that there
16    was no reference to hypertension at any point during
17    Mr. Barnett's hospitalization and here is a
18    reference to systemic hypertension.
19              Is it true or not that what was meant here
20    by systemic hypertension was the blood pressure that
21    you saw Mr. Barnett have while he was in the
22    hospital?
23         A.   That's correct.  During his postoperative
24    stay he required intervention for high blood
25    pressure.
page 152
1          Q.   What does that mean, during his postop --
2          A.   Postop stay, his blood pressure -- in
3     fact, we had to put him -- we put him on Lopressor
4     50 PO twice a day and -- and his postop day two or
5     three --
6          Q.   Is Lo -- Lopressor is a blood pressure
7     medicine?
8          A.   Well, it's -- it controls blood pressure
9     and -- and heart rate.  We use it postop for that
10    reason.  Patients who have any diagnosis of MI go on
11    it.  We use it to prevent irregular heart rates
12    after surgery, but it also has the benefit of being
13    an antihypertensive.
14              And 50 twice a day is higher than my
15    starting dose.  I can -- we usually start at 25
16    milligrams twice a day.  And I saw in his postop
17    notes somewhere earlier that his blood pressure had
18    gotten up to 150, 160 systolic, some -- somewhere in
19    that vicinity.
20         Q.   While he was in the hospital?
21         A.   While he was in the hospital postop.
22         Q.   So the reference to systemic hypertension
23    here in this discharge summary does not mean that
24    you're concluding  he had hypertension before
25    September of 2002, right?
page 153
1          A.   No.  I'm concluding that -- that during
2     my -- my observation of him af -- when I was taking
3     care of him for those four days, he demonstrated
4     elevated blood pressures that needed -- needed
5     intervention.
6          Q.   And those elevated blood pressure could be
7     due to the fact that he was having chest pain and a
8     heart attack?
9          A.   Well, the one -- the ones that he got
10    treated for by me were for his postop -- postop
11    course.
```

*(handwritten annotation:)* π objection: Calls for speculation, lacks foundation

[153:12] - [154:21]    Curtis Bryan, M.D.

```
page 153
12         Q.   When you released Mr. Barnett from the
13    hospital, did you advice him that it would be a good
14    idea to exercise regularly?
15         A.   Yes.
16         Q.   Did you advise Mr. Barnett to continue to
17    take Lipitor to control his cholesterol?
18         A.   Yes.
19         Q.   Did you advise Mr. Barnett to continue to
20    take aspirin to prevent future clotting?
21         A.   Yes.  I -- what we state is for graft
22    patency, is how we put it to the patient, for
23    keeping his grafts open.
24         Q.   And then you put Mr. Barnett on blood
25    pressure medication to try to control his blood
page 154
1     pressure, right?
2          A.   For that and for the rhythm preven --
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
         3    rhythm control reasons, too.  For both.
         4         Q.   And were you optimistic, sir, based on
         5    your observation of Mr. Barnett's heart, his 50
         6    percent ejection fraction, how he responded to the
         7    surgery that if he were to do the things you
         8    suggested that he would do well in the future?
         9         A.   Yes.
        10         Q.   If you thought that one of Mr. Barnett's
        11    medications contributed to his heart attack, would
        12    you have allowed him to continue to take that
        13    medication?
        14         A.   No.
        15         Q.   If you thought Vioxx, for example, caused
        16    in any way Mr. Barnett's heart attack, you would not
        17    have continued him on Vioxx, right?
        18         A.   Correct.
        19         Q.   You decided to keep Mr. Barnett on Vioxx
        20    because it was helping his arthritis; is that right?
        21         A.   That was the reason for that, yes.
```

[154:22] - [155:9]    Curtis Bryan, M.D.

```
page 154
        22         Q.   Were you ever a paid speaker for Merck
        23    concerning Vioxx when you decided it would be a good
        24    idea for Mr. Barnett to continue on Vioxx?
        25         A.   No.
page 155
         1         Q.   Did anybody from Merck, representatives or
         2    otherwise, try to entice you with lunches or any
         3    financial incentives to try to get you to prescribe
         4    Vioxx to your patients?
         5         A.   No.
         6         Q.   Did you suggest that Mr. Barnett take
         7    Vioxx after his heart attack because of any
         8    advertisements you saw on TV about Vioxx?
         9         A.   No.
```

[155:10] - [155:17]   Curtis Bryan, M.D.

```
page 155
        10         Q.   Dr. Bryan, based on the fact that
        11    Mr. Barnett has a strong family history of heart
        12    disease and a previous history of high cholesterol
        13    and his age and his gender do, do you believe that
        14    Mr. Barnett's severe coronary artery disease and
        15    heart attack can be explained by conventional risk
        16    factors?
        17         A.   Yes.
```

*[handwritten annotation: π objection: -speculation - calls for expert opinion, he has not reviewed depos, records, etc in this case]*

[155:18] - [155:25]   Curtis Bryan, M.D.

```
page 155
        18         Q.   What do you mean by conventional risk
        19    factors as a explanation for Mr. Barnett's heart
        20    attack?
        21         A.   One would be the diagnosis of the
        22    hyperlipidemia or high cholesterol.  The second
        23    would be a male over 50 years of age, when the risk
        24    of coronary disease goes up.  Third would be his
        25    family history.
```

[156:13] - [156:24]   Curtis Bryan, M.D.

```
page 156
        13         Q.   Have you ever seen any evidence in the
        14    medical literature at all that Vioxx contributes to
        15    plaque formation?
        16         A.   I have not personally reviewed any
```

*[handwritten annotation: π objection: -improper expert opinions - has not been designated as expert -lacks foundation 602 -speculative]*

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
17   information in the literature that says it
18   accelerates plaque.
19        Q.   Have you ever seen any literature
20   whatsoever in the -- in the medical literature in
21   animals or in humans showing that Vioxx or -- or
22   COX-2 inhibitors can accelerate plaque formation?
23        A.   No, I haven't -- when I read, I wouldn't
24   see that.  But no, I have not seen that.
```

[157:8] - [157:19]    Curtis Bryan, M.D.

```
page 157
8               What medical journals do you typically
9    read?
10        A.   I would typically read the Annals of
11   Thoracic Surgery, the Journal of Thoracic and
12   Cardiovascular Surgery.  I read the -- the Heart
13   Journal.  Read -- what else would be -- seminars
14   in -- in cardiac and thoracic surgery, probably a
15   couple other ones.  Chest, I read Chest as well and
16   every -- every now and then I'll pick up Circulation
17   or the New England Journal of Medicine I browse
18   through to see if there's anything of interest in
19   what I do.
```

[157:22] - [158:8]    Curtis Bryan, M.D.

```
page 157
22              Given your review of the various medical
23   journals, sir, have you ever read any article in
24   humans or in animals suggesting that COX-2
25   inhibitors like Vioxx contribute to plaque
page 158
1    formation, the progression of plaque or plaque
2    rupture?
3         A.   No, I have not read that.
4         Q.   Was there anything unique or different
5    about Mr. Barnett's heart attack as you examined his
6    heart that was different from heart attacks you've
7    seen over the years?
8         A.   No.
```

[158:13] - [159:9]    Curtis Bryan, M.D.

```
page 158
13              Did you write a letter on October 10th,
14   2002 to Dr. Karavan summarizing your follow-up visit
15   with Mr. Barnett?
16        A.   Yes.
17        Q.   Did you write in the second sentence that
18   he was admitted with a non Q wave myocardial
19   infarction?
20        A.   Yes.
21        Q.   In the last -- second to last sentence, do
22   you see that it says:  Postoperatively he did quite
23   well, since discharge he is walking every day?
24        A.   Yes.
25        Q.   Did Mr. Barnett tell you that he had any
page 159
1    heart trouble or angina or shortness of breath when
2    he saw you on October 10th, 2002?
3         A.   No, he didn't report any to me.
4         Q.   Did Mr. Barnett report that he was having
5    any swelling or ankle pain as a result of his
6    surgery?
7         A.   No.  He -- we knew about his leg swelling,
8    but since the Lasix had been instituted, that had --
9    according to him, it resolved.
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

[159:13] - [159:22]      Curtis Bryan, M.D.

```
page 159
13               The first sentence there says:  My
14     impression is that Mr. Barnett is progressing on a
15     satisfactory postoperative course; I have instructed
16     him that he may return to driving; he may return to
17     full activity in another month?  Do you see that,
18     sir?
19          A.   Yes.
20          Q.   Is that a sign that Mr. Barnett was
21     recovering well from his bypass surgery?
22          A.   Yes.
```

[159:23] - [160:7]       Curtis Bryan, M.D.

```
page 159
23          Q.   Do you remember I showed you a few minutes
24     or longer than that ago the Cardiolite stress test
25     from July of 2003?
page 160
1           A.   Right.
2           Q.   Did you see then in July of 2003 that
3      Mr. Barnett lasted for 15 minutes on a treadmill?
4           A.   Yes, I did.
5           Q.   What's your view of -- of the exercise
6      tolerance of a man of Mr. Barnett's age who can
7      exercise for 15 minutes on a treadmill?
```

[160:13] - [161:8]       Curtis Bryan, M.D.

```
page 160
13          A.   In general, if he's -- if he's exercising
14     15 minutes getting to stage 5, he did quite well.
15     He -- he had 17.2 METS, which is a pretty good
16     energy -- energy expenditure on a treadmill.
17          Q.   17.2 METS, let's talk about that because
18     that's important.  METS mean what?
19          A.   It's an -- it's an amount of energy
20     expenditure a patient expends during exercise.  How
21     vigorous a work out they're getting, I guess is an
22     easy way to put it.
23          Q.   Do you know, sir, that a 17.2 METS score
24     is a score that some athletes don't even reach?
25          A.   I -- I don't know about the well-trained
page 161
1      athlete, but this is a -- a -- a good one for a
2      patient who is 58 years age and had heart surgery.
3           Q.   Do you know what the average MET score is
4      for a man who is 58, 59 years ago?
5           A.   I'm gone guess it's probably 7 to 10.
6           Q.   Do know what the average METS score is for
7      a man age 20 to 29?
8           A.   Probably more around 10 or 12.
```

[161:20] - [161:22]      Curtis Bryan, M.D.

```
page 161
20          Q.   What does a 17.2 METS score and lasting 15
21     minutes on a treadmill indicate to you about
22     Mr. Barnett's heart condition in July of 2003?
```

[handwritten annotation: These objections to 164:5 — Lacks foundation — speculative — improper expert testimony — Dr. Bryan last saw Mr. Barnett in 2002. He never saw this report until his deposition]

[161:24] - [162:3]       Curtis Bryan, M.D.

```
page 161
24               THE WITNESS:  It -- it would just tell me
25     that he has a fairly -- he has good stamina and --
page 162
1      and that he's do -- from a cardiac standpoint, that
2      he's doing -- I mean, assuming everything else
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
                            3   turned out okay on the stress test, he's doing well.
```

*π objection: please see previous page*

[162:9] - [162:18]    Curtis Bryan, M.D.

```
page 162
 9       Q.   Do you see the reference to LVEF was 58
10   percent?
11       A.   Yes.
12       Q.   Is that left ventricular ejection fraction
13   58 percent?
14       A.   Correct.
15       Q.   Is at this point in July of 2003
16   Mr. Barnett's ejection fraction higher than it was
17   when he had his heart attack when it was 50 percent?
18       A.   Yes.
```

[163:21] - [163:24]    Curtis Bryan, M.D.

```
page 163
21       Q.   Based on your review of the July 2003
22   Cardiolite stress test, would you agree that
23   Mr. Barnett's heart condition and heart function is
24   doing quite well?
```

[164:3] - [164:5]    Curtis Bryan, M.D.

```
page 164
 3            THE WITNESS:  If this were to come across
 4   my desk, I would say it seems he's doing well.  I
 5   mean, without any other information.
```

[164:7] - [164:11]    Curtis Bryan, M.D.

```
page 164
 7       Q.   A month ago Mr. Barnett had a stress test
 8   done for purposes of litigation, okay?
 9       A.   Uh-huh.
10       Q.   And I want to show you the results of that
11   stress test, okay?
```

*π objection:
- improper expert testimony
- lacks foundation*

[164:21] - [166:8]    Curtis Bryan, M.D.

```
page 164
21       Q.   This is Exhibit 16, is it?
22       A.   16, yes.  The last one was the EKGs?
23       Q.   Yes.
24       A.   That was 15.
25       Q.   I'm handing you what I've marked as
page 165
 1   Exhibit 16 and this is a stress test that was done
 2   on May 2nd, 2006.  And I just want to ask you to
 3   look on the second page for me, sir, okay?
 4       A.   Yeah.
 5       Q.   Now, this is an EKG test.  It's a lot
 6   clearer than the others that we've seen, right?
 7       A.   Yes.
 8       Q.   Do you see any evidence, sir, of a
 9   diagnostic Q wave in the first EKG done on May 2nd,
10   2006 at 11:28 in the morning?
11       A.   No.
12       Q.   If you turn to the second page, which is
13   when Mr. Barnett was standing, do you see stage and
14   then it says stand?
15       A.   Yes.
16       Q.   Do you see any evidence in this EKG that
17   there was a Q wave?
18       A.   Nothing that looks diagnostic to me.
19       Q.   How about the third page?
20       A.   No.
```

*π objection:
- improper expert testimony
- lacks foundation*

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

```
                 21       Q.   The fourth page?
                 22       A.   No.
                 23       Q.   Let's go all the way to the last page.  Do
                 24  you see any evidence of a diagnostic Q wave, sir?
                 25       A.   No.
            page 166
            1         Q.   Mr. Barnett on this stress test was
            2    diagnosed with a 60 percent ejection fraction.  Is
            3    that considered normal, sir?
            4         A.   Correct.  That is.
            5         Q.   If Mr. Barnett lasted only nine-and-a-half
            6    minutes on this particular treadmill test, does that
            7    necessarily mean, sir, that it was due to his heart?
            8         A.   No.
```

*π objection: please see previous page*

[166:25] - [167:19]    Curtis Bryan, M.D.

```
            page 166
            25        Q.   Dr. Bryan, as Mr. Barnett's former heart
            page 167
            1    surgeon, would you consider a nine-and-a-half minute
            2    duration on a Bruce protocol treadmill to be good?
            3         A.   I would -- de -- depending on why they
            4    terminated the test.  That -- that would be -- I
            5    mean, it's -- it's good, but it -- it would be
            6    partly determined on why they're -- they're
            7    terminating the test.
            8         Q.   If they terminated the test because of
            9    fatigue or because of leg pain, does that indicate
            10   that the reason for the termination on the treadmill
            11   was because of a heart problem?
            12        A.   No.
            13        Q.   Do you see that on this stress test
            14   Mr. Barnett actually has a 13.1 METS score at stage
            15   four in the middle of the page?
            16        A.   Yes.
            17        Q.   Do you consider that to be excellent
            18   exercise capacity for a man 60 years old?
            19        A.   That's -- that's quite good.
```

*π objection:*
*- improper expert testimony*
*- lacks foundation (he has not seen or reviewed entire report, has not seen Mr. Barnett since 2002)*

[167:20] - [167:23]    Curtis Bryan, M.D.

```
            page 167
            20        Q.   Dr. Bryan, based on the information you've
            21   seen today and your observation of Mr. Barnett's
            22   heart in September of 2002, do you believe that he
            23   has the potential to live a full life?
```

[168:1] - [168:6]    Curtis Bryan, M.D.

```
            page 168
            1              THE WITNESS:  I believe that at this point
            2    he's doing well.  To be able to -- you know,
            3    assuming at this point based on what I've seen on
            4    him, I don't believe his cardiac status is holding
            5    him -- would be holding him back, but that's based
            6    on just looking at a couple stress tests postop.
```

*π objection:*
*- improper expert opinions, he has not been designated as an expert*
*- lacks foundation (he has not reviewed records)*
*He has not seen Plaintiff since 2002*
*- speculation*

[168:21] - [169:1]    Curtis Bryan, M.D.

```
            page 168
            21        Q.   Okay.  Dr. Bryan, based on your surgery of
            22   Mr. Barnett and what you've seen today, do you
            23   believe that his heart condition is doing well?
            24        A.   Based on what I've seen, I believe he's
            25   doing -- the heart -- from what we know, it -- it
            page 169
            1    seems to be doing well.
```

Issues Report [Curtis Bryan, M.D.]

- **Merck Counter Designation**

[178:4] - [178:13]     Curtis Bryan, M.D.

```
page 178
 4        Q.   All right.  I just --
 5        A.   No, I mean -- to clarify, I don't think
 6   they're significant Q waves, but you can see in the
 7   inferior leads as well.  And so ...
 8        Q.   And, Doctor --
 9             MR. GOLDMAN:  Were you done?
10             THE WITNESS:  No.  I just -- I just --
11   they're not Q waves typically seen with a big
12   inferior infarct.  They're not those types of Q
13   waves.
```

*π objection: calls for expert testimony*

[180:3] - [180:8]     Curtis Bryan, M.D.

```
page 180
 3             Based on what you saw in your examination
 4   of Mr. Barnett and given his underlying conventional
 5   risk factors, did you have any reason to believe
 6   that Vioxx caused Mr. Barnett's heart attack?
 7             THE WITNESS:  I -- I didn't at the time,
 8   no.  No.
```

[180:10] - [181:6]     Curtis Bryan, M.D.

```
page 180
10        Q.   You were asked questions about exertional
11   angina.  Do you remember that?
12        A.   Yes.
13        Q.   And I think you were asked whether or not
14   in January of 2000 Mr. Barnett showed any evidence
15   of exertional angina.  Remember that?
16        A.   Correct.
17        Q.   Now, exertional angina means that when the
18   patient is exercising, the patient actually feels
19   heart pain?
20        A.   Correct.
21        Q.   When you saw Mr. Barnett in September of
22   2002, did he have significant advanced coronary
23   artery disease?
24        A.   Yes.
25        Q.   Did Mr. Barnett have multi-vessel and
page 181
 1   multi-branch occlusions in his arteries?
 2        A.   Yes.
 3        Q.   Did Mr. Barnett indicate at all to you
 4   that he was experiencing exertional angina prior to
 5   the time that he was admitted for his heart attack?
 6        A.   No.
```

[181:7] - [181:10]     Curtis Bryan, M.D.

```
page 181
 7        Q.   So this could be a situation where a
 8   patient, here Mr. Barnett, has severe coronary
 9   artery disease but is in good enough shape that he
10   doesn't have angina when he exercises, true?
```

*π objection:
- calls for speculation
- calls for improper expert opinion
- lacks foundation*

[181:12] - [182:5]     Curtis Bryan, M.D.

```
page 181
12             THE WITNESS:  It's -- the -- the problem
13   with -- with this is when does a patient become
14   symptomatic.  They can go for years or weeks or --
15   you know, we don't know why one day the plaque
16   ruptures.  We don't.  Why one day a guy like this
17   who's had disease starts becoming symptomatic, when
18   he's -- you know, he'll tell you that I've been fine
19   for -- I have patients who have been exercising
```

Issues Report [Curtis Bryan, M.D.]

• **Merck Counter Designation**

```
20   three miles a day for years and then all of a sudden
21   in a week they can't walk a mile.  They can't walk
22   two blocks without getting chest pains.  Why?  I
23   don't know.
24           With him, it's hard to know.  Was he a
25   pretty fit guy?  Maybe that's why he did fairly well
page 182
1    with his coronary disease.  I can't tell you that
2    being more fit keeps you from having chest pain.  I
3    can tell you that it helps you when you get operated
4    on to survive it.  And it may induce them to have
5    chest pain.
```

*π objection: please see previous page*

[182:18] - [183:6]        Curtis Bryan, M.D.

```
page 182
18       Q.   So in September of 2002, when Mr. Barnett
19   presented with this heart attach, he had severe
20   coronary artery disease in multi vessels and did not
21   complain about exertional heart pain?
22       A.   Not prior to -- not prior to his
23   admission.  And in fact, if I -- I've got to review
24   his admission again.  But I don't know if he was
25   exerting himself again or not when he came in that
page 183
1    time.  I'd have to review that.  I can't remember
2    what the scenario was.
3        Q.   He was actually working at his computer
4    when he --
5        A.   That's right.  He was -- that's right.  He
6    was at low level activity when it happened.
```