UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

### Notice of Filing Deposition Testimony of Stephen Epstein

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following deposition testimony of Stephen Epstein for the Court's consideration and pre-trial rulings:

1. Plaintiff's Affirmative Designations with Defendant's Objections and Plaintiff's Responses.

2. Defendant's Counter-Designations with Plaintiff's Objections.

3. Plaintiffs also hereby responds to the general objections raised by the defendant Merck with respect to Plaintiff's affirmative designations.

Plaintiff's response to Merck's general objections to the affirmative deposition designations for Stephen Epstein, MD:

#1 – Dr. Epstein's testimony and opinions about the APPROVe study. Defendant Merck seeks to prohibit plaintiff from introducing "all his testimony relating to the APPROVe study…" The defendant Merck's request is wholly inappropriate and completely overbroad so as to make the entire objection inappropriate. Defendant Merck fails to mention in their brief that Dr. Epstein did review Dr. FitzGerald's summary of the APPROVe data. (289:8-10).

And, Further Dr. Epstein testified that Dr. FitzGerald's summary of the APPROVe data showed the harmful effects of Vioxx even after discontinuation. (289:11-24 and 290:1-8). Finally, Dr. Epstein also testified that his opinions were independent of his review of the APPROVe study. (240:6-24 and 241:1-3). In summary, Dr. Epstein testified he reviewed a summary of the APPROVe data from Dr. FitzGerald which he has every right to rely upon. Further, Dr. Epstein testified that his opinions were nevertheless independent of his review.

#2 – Internal Merck documents. Defendant Merck seeks to prevent plaintiff from showing Dr. Epstein internal Merck documents during his deposition played at trial. This objection is also frivolous. First, Dr. Epstein was a nationally renowned cardiovascular research scientist hired by Merck to conduct a study in mice that showed progression of atherogenesis. Merck clearly did not like the results of his study which showed progression. Merck also tried to bury the results in the scientific literature by only providing MF-Tryclic. Merck then did not follow through with Dr. Epstein's recommendations for further testing which he testified that Merck would conduct so that Merck would know the answer before it was too late. Merck also made attempts to downplay the significance of Dr. Epstein's study. There are many e-mails from Dr. Epstein to Merck on this subject as well as many e-mails from Merck that deal with this exact issue. Merck is attempting to avoid the negative liability these e-mails create by hiding behind a claim that Dr. Epstein did not see them.

Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to offer any deposition testimony of Stephen Epstein designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

DATED:  June 23, 2006

Respectfully submitted,

By: *[signature]*
**Mark P. Robinson, Jr.**
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343 (telephone)

**Counsel for Plaintiff**

| | |
|---|---|
| **Russ M. Herman**, Esquire<br>Leonard A. Davis, Esquire<br>Stephen J. Herman, Esquire<br>HERMAN, HERMAN, KATZ & COTLAR<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>PH: (504) 581-4892<br>**PLAINTIFFS' LIAISON COUNSEL** | **Christopher A. Seeger**, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier)<br>**Co-Lead Counsel** |
| Richard J. Arsenault, Esquire<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court, P.O. Box 1190<br>Alexandria, LA 71301-1190<br>(318) 487-9874 (telephone)<br>(318) 561-2591 (telecopier) | Elizabeth J. Cabraser, Esquire<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000 (telephone)<br>(415) 956-1008 (telecopier) |
| Thomas R. Kline, Esquire<br>KLINE & SPECTER, P.C.<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102<br>(215) 772-1000 (telephone)<br>(215) 772-1371 (telecopier) | Arnold Levin, Esquire<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500 (telephone)<br>(215) 592-4663 (telecopier) |
| Carlene Rhodes Lewis, Esquire<br>GOFORTH, LEWIS, SANFORD LLP<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>(713) 650-0022 (telephone)<br>(713) 650-1669 (telecopier) | Drew Ranier, Esquire<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>(337) 494-7171 (telephone)<br>(337) 494-7218 (telecopier) |
| Mark Robinson, Esquire<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288 (telephone)<br>(949) 720-1292 (telecopier) | Christopher V. Tisi, Esquire<br>ASHCRAFT & GEREL<br>2000 L Street, N.W., Suite 400<br>Washington, DC 20036-4914<br>(202) 783-6400 (telephone)<br>(307) 733-0028 (telecopier) |

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 23rd day of June, 2006.

_____
LEXI W. MYER