```
                              epstein run list
Epstein (Multi-clip)
      13:5-13:7

  5       Q.    Can you tell the jury your
  6 name, please, Doctor.
  7       A.    Stephen Epstein.

      13:12-15:24

 12       Q.    Are you a medical doctor?
 13       A.    Yes.
 14       Q.    What type of medicine do you
 15 practice, Doctor?
 16       A.    I had practiced cardiology.
 17 At the present time, I'm head of the
 18 Cardiovascular Research Institute, and
 19 I'm responsible for all of the research
 20 that's done in the Cardiovascular
 21 Research Institute.
 22       Q.    For what period of years did
 23 you practice cardiology, Doctor?
 24       A.    From 1966 or 7 through 2000,
Page 14
  1 2001.  I still consult, and I have -- I
  2 am licensed to practice, but conflicts in
  3 my time have limited that enormously.
  4       Q.    What states are you licensed
  5 to practice medicine in, Doctor?
  6       A.    New York and Washington,
  7 D.C.
  8       Q.    During the time period from
  9 1966 to 2001, did you actively treat
 10 patients?
 11       A.    Yes.
 12       Q.    Did you have a clinic that
 13 you participated in, Doctor?
 14       A.    Yes.
 15       Q.    Can you please describe that
 16 for me?
 17       A.    I was chief of cardiology at
 18 the National Heart, Lung and Blood
 19 Institute and was head, in that capacity,
 20 of all clinical work and research work
 21 that was being done in cardiovascular
 22 disease.  We had a very active clinical
 23 program, and both inpatients and
 24 outpatients, and I was in charge of both
Page 15
  1 of those efforts.
  2       Q.    Doctor, what is the National
  3 Heart, Lung and Blood Institute?
  4       A.    It's part of the National
  5 Institutes of Health, and I was in charge
  6 of the intramural program, that is, all
  7 of the activities that were conducted in
  8 heart disease on campus, and that campus
  9 is in Bethesda, Maryland.
 10       Q.    Can you describe for the
 11 jury, Doctor, what the National
 12 Institutes of Health are?
 13       A.    The National Institutes of
 14 Health is a federal organization that
                                    Page 1
```

Handwritten annotations:

Irvin II - No prior rulings

Δ - No objection

```
                              epstein run list
15 spans virtually all of medicine, and its
16 primary responsibility is to identify and
17 fund research, both basic and clinical,
18 to advance the application of medicine to
19 the health of patients.
20          Q.   Would it be fair to say,
21 Doctor, that the National Institutes of
22 Health is a well-respected institute in
23 the U.S.?
24          A.   I think so.
```

*same as above.*

```
    16:2-17:15

 2               Doctor, could you please in
 3 a summary fashion explain for the jury
 4 your educational background?
 5          A.   I received my Bachelor's
 6 degree from Columbia University. Went on
 7 to Cornell Medical School and received my
 8 M.D. from Cornell. I did my house staff
 9 training at the New York Hospital, which
10 is part of the Cornell Medical School
11 system.
12               And then went to the
13 National Institutes of Health to work
14 under Dr. Eugene Braunwald, who at the
15 time was one of the world's outstanding
16 cardiology investigators. When he left
17 the NIH, I took over for him as chief of
18 cardiology. And that occurred in 1967 or
19 1969. Sorry.
20          Q.   Doctor, in your professional
21 activities, have you also had an occasion
22 to teach medicine?
23          A.   Yes.
24          Q.   Can you explain that to me,
Page 17
 1 please, Doctor?
 2          A.   I was a visiting professor
 3 of medicine at Georgetown and, in that
 4 capacity, taught Georgetown students as
 5 well as house staff. These individuals
 6 came to the NIH, which is just a
 7 20-minute drive from Georgetown, and they
 8 participated in research as well as
 9 clinic activities. And one of my
10 important responsibilities was to teach
11 those students. We also had many
12 students coming from all over the world
13 to spend time with us. And part of my
14 responsibilities was to ensure their
15 medical education.

    17:19-24:12

19          Q.   Doctor, before the
20 deposition began, I gave you a copy of
21 what I've marked as Exhibit 1 to your
22 deposition.
23               Do you have that in front of
24 you?
Page 18
 1          A.   Yes.
```

*same as above.*

epstein run list

*Same as above*

```
 2      Q.     Is that an up-to-date copy
 3 of your CV, Doctor?
 4      A.     It would take me a while to
 5 go through this.  It may be a month or
 6 two out of date.
 7      Q.     It appears to be about a
 8 48-page document, if that helps.
 9      A.     Um-hmm.
10      Q.     Okay.  Thank you.
11             I note on here, without
12 going through all of your specific honors
13 and special scientific recognition that
14 you have a great deal of them.
15             Are there any that stick out
16 in your mind as being the most important
17 to you or the more important of those
18 academic achievements or honors?  I put
19 you on the spot.
20      A.     Well, a lot of them to me
21 are important.  One of my most important
22 ones as a young person was to be elected
23 to the American Society of Clinical
24 Research -- Clinical Investigation, which
Page 19
 1 was to me something to be extremely proud
 2 of.  That occurred in my very early
 3 years.
 4             And since then, I think the
 5 greatest honors I had were to be invited
 6 to give distinguished lectureships at
 7 either the American College of Cardiology
 8 or the American Heart Association's
 9 annual meeting.
10      Q.     I also note that you hold
11 several patents, Doctor.  How many in
12 total do you hold?
13      A.     Probably four, but I don't
14 want to be held to that precise number.
15      Q.     I also note that you're a
16 member of several editorial boards,
17 Doctor.
18             Can you describe which
19 editorial boards you sit upon?
20      A.     Until recently, I sat -- the
21 most distinguished editorial board I sat
22 on was Circulation, but two years ago,
23 because of too many competing
24 responsibilities, I gave that up.  I also
Page 20
 1 in the past have sat on a number of
 2 editorial boards, which I have since
 3 given up.
 4             So at the present time, I do
 5 not actively participate on the editorial
 6 boards, although, I do receive an
 7 enormous number of manuscripts to review
 8 for these different journals.
 9      Q.     Do you serve as an ad hoc
10 reviewer --
11      A.     Yes.
12      Q.     -- for several different
13 journals?
14      A.     Yes.
```

epstein run list

*Same as above*

```
15        Q.    Doctor, you mentioned Dr.
16 Eugene Braunwald. Is he the editor of a
17 scientific text or treatise in reference
18 to cardiology?
19        A.    Yes, he is.
20        Q.    And is it fair to say that
21 that's a very distinguished and
22 well-respected treatise?
23        A.    Yes, probably the most
24 distinguished treatise on cardiovascular
Page 21
 1 diagnosis and treatment.
 2        Q.    Did I understand you
 3 correctly to say that you had the honor
 4 of actually learning under and training
 5 with Dr. Braunwald?
 6        A.    That's correct.
 7        Q.    Have you ever had the
 8 pleasure of actually writing any
 9 scientific articles with Dr. Braunwald?
10        A.    Many, yes.
11        Q.    Have these articles been
12 peer reviewed and published?
13        A.    Yes.
14        Q.    I note in your bibliography,
15 Doctor, you've published approximately
16 515 different articles. Is that --
17        A.    That's correct.
18        Q.    -- accurate, to the best of
19 your recollection?
20        A.    Yes.
21        Q.    Have the majority of those
22 articles been published in peer-reviewed
23 journals?
24        A.    All of them.
Page 22
 1        Q.    Doctor, what is the
 2 Cardiovascular Research Institute?
 3        A.    This is a component of the
 4 MedStar Research Institute. MedStar
 5 Health is a holding corporation which has
 6 under its -- under its control, I think
 7 approximately seven hospitals, the two
 8 premier hospitals being Georgetown and
 9 the Washington Hospital Center.
10             As a co-equal of these seven
11 hospitals, there's the MedStar Research
12 Institute, which has the responsibility
13 for conducting and administering all
14 research done within all of the hospitals
15 that are part of MedStar Health.
16             Within the MedStar Research
17 Institute, one of the largest divisions
18 is the Cardiovascular Research Institute,
19 which I'm director of, and that's
20 responsible for all of the cardiovascular
21 research that's done at these hospitals.
22        Q.    Would it be fair to say,
23 then, Doctor, that you are in charge of
24 or the executive director of all
Page 23
 1 cardiovascular research that on goes at
 2 these various hospitals?
```

```
                               epstein run list                  Same as above
 3      A.    That's correct.  My dominant
 4 role, though, is at the Washington
 5 Hospital Center and Georgetown.
 6      Q.    Are you actually affiliated
 7 with these hospitals as well?
 8      A.    Yes.
 9      Q.    Doctor, does your present --
10 pardon me.  Does your present field of
11 practice primarily involve cardiovascular
12 research?
13      A.    Yes.
14      Q.    Would you consider yourself
15 an expert in the area of atherosclerosis?
16      A.    Yes.
17      Q.    Would you consider yourself
18 an expert in the area of cardiovascular
19 disease?
20      A.    Yes.
21      Q.    Would you consider yourself
22 an expert in the area of cardiovascular
23 function?
24      A.    Yes.
Page 24
 1      Q.    And would you also consider
 2 yourself an expert in the area of
 3 atherogenesis?
 4      A.    Yes.
 5      Q.    Is it fair to say that all
 6 of those areas of expertise were utilized
 7 in developing the opinions that are
 8 generated in the study that we're here
 9 about today that you conducted with Dr.
10 Rott, I believe?
11      A.    Um-hmm.  I would say that's
12 true.

        24:19-25:2

19      Q.    Doctor, in your current
20 practice, do you conduct any type of
21 clinical research?
22      A.    Yes.
23      Q.    Does that clinical research
24 involve both human patients or subjects
Page 25
 1 and both animal subjects?
 2      A.    Yes.

        25:20-26:3

20      Q.    Is there something about the
21 constitution or physical makeup of the
22 mouse that makes it desirable for
23 conducting animal studies?
24      A.    Yes.  There are several
Page 26
 1 attributes that in certain circumstances
 2 make it more desirable.  Not in all, but
 3 in certain circumstances.

        26:12-28:24

12            In a broader sense, is it --
```

```
                                          epstein run list
13 can we generally transfer the findings
14 that we develop in mouse studies to
15 humans?
16       A.     So the answer to that is
17 more complicated than the question.  And
18 the answer is that these studies provide
19 us with very, very important mechanistic
20 information which probably is
21 transferable to patients.  And the
22 results that we obtain from such studies
23 are very important, leads to questions
24 that could be asked in a clinical
Page 27
 1 context.
 2              Not all results in any
 3 animal model are -- can we assume to be
 4 directly applicable, but enormous
 5 progress has been made because the
 6 majority of results obtained in animal
 7 studies are indeed transferable to the
 8 human situation.
 9       Q.     Okay.  You said something
10 about mechanistic approaches or
11 mechanistic studies.  Doctor, what do you
12 mean when you say a mechanistic approach
13 or mechanistic study?
14       A.     Well, if a drug, for
15 example, has an effect on heart function,
16 we'd like to know, well, what are the
17 molecular pathways that lead from the
18 administration of the drug to the effect
19 observed.  And using, in particular, a
20 mouse model, where you're able to use
21 genetic -- genetically altered mice,
22 where the particular molecules you're
23 interested in are either present in
24 overabundance or are eliminated, you
Page 28
 1 could then see how that overabundance or
 2 that elimination will alter the effect,
 3 so that you then can determine that a
 4 given drug works through a specific
 5 molecular pathway.
 6       Q.     Doctor, is it true that
 7 animal studies are important enough that
 8 most medications that are ultimately
 9 approved by the FDA begin life or are
10 initially studied in animal models?
11       A.     Yes.  All drug studies --
12 all drugs ultimately applied to patients
13 go through animal testing.
14       Q.     Doctor, I'd like to ask you
15 some general questions before we go
16 straight to your study.
17       A.     Fine.
18       Q.     Are you familiar with
19 prostacyclin and thromboxane?
20       A.     Yes.
21       Q.     Doctor, to your knowledge
22 and based on your research, is
23 prostacyclin a potent vasodilator and
24 anti-aggregatory?
```

Handwritten margin notes:

Item D - No prior rulings
A - 701, calls for expert opinion by lay witness

π response -
Dr. Epstein is an eminently qualified expert in the field of cardiovascular research and pharmaceutical products

```
                          epstein run list
     29:6-29:18

     6        Q.    I'm sorry. Did you say yes?
     7        A.    I guess I should answer
     8 that. Yes.
     9        Q.    Doctor, based on your
    10 personal experience in research, is
    11 thromboxane a potent vasoconstrictor and
    12 pro-aggregatory agent?
    13        A.    Yes.
    14        Q.    Doctor, also based upon your
    15 experience and research in this area, is
    16 it true that the body of a human normally
    17 keeps a homeostatic balance between
    18 prostacyclin and thromboxane?

     30:2-30:12

     2        A.    Yes.
     3        Q.    Okay. Thank you.
     4              Doctor, is it also true,
     5 based upon your personal experience and
     6 research, that prostacyclin is -- plays
     7 an important role in preventing
     8 atherosclerosis formation?
     9        A.    Yes, I would answer. Not
    10 necessarily from my own research, but
    11 from other research that has been
    12 published in the literature.

     31:15-32:10

    15              Based upon your experience
    16 in this area and your review of medical
    17 studies, does prostacyclin help prevent
    18 atherogenesis?
    19        A.    Yes.
    20        Q.    Can you explain for the jury
    21 what atherogenesis is, please, Doctor?
    22        A.    Well, it's the -- it's the
    23 development within arterial walls, the
    24 blood vessels that supply such tissues as
    Page 32
     1 the heart and the brain, the legs, the
     2 development in those tissues of, first,
     3 usually inflammation and then, following
     4 inflammation, a buildup of cholesterol
     5 deposits and buildup of scar tissue and
     6 the gradual narrowing of those vessels,
     7 which thereby compromises flow to the
     8 tissues that these vessels supply.
     9        Q.    Is that process commonly
    10 known as coronary artery disease?

     32:12-32:23

    12              THE WITNESS: That's one of
    13              the components of atherosclerosis
    14              or atherogenesis, yes.
    15 BY MR. SIZEMORE:
    16        Q.    From a lay standpoint, then,
    17 are we talking about plaque buildup in
    18 your coronary arteries?
```

Handwritten annotations (right margin):

- Irwin II - No prior ruling
  A - 701, calls for expert opinion of lay witness
  II response -
  Dr. Epstein is an eminently qualified expert in the field of cardiovascular research and pharmaceutical products, including Cox 2.

- Irwin II - No prior ruling
  A - No objection

- Irwin II - No prior ruling
  A - No objection

epstein run list

```
19        A.    It could be the coronary
20 arteries or it could be the carotid
21 artery that supplies the brain or it
22 could be the femoral arteries that supply
23 the legs.

     33:20-33:24

20        Q.    Yes, sir. Let me ask a
21 broader question then. Based on your
22 personal experience and your review of
23 the medical literature, does COX-2 play a
24 role in maintaining plaque integrity?

     36:12-37:8

12        A.    Well, it's highly
13 controversial. If you look at all of the
14 data that's accumulated over the last
15 several years, as to whether or not COX-2
16 plays a beneficial or a deleterious
17 effect on plaque stability. One could
18 make, based on the molecular mechanisms
19 that we've become aware of, you can make
20 an argument that inhibiting COX-2 is
21 dangerous or the converse. And that's
22 what research is all about.
23        Q.    And that was the exact type
24 of research that you undertook with
Page 37
1 funding from Merck, and it was a result
2 of the Rott article --
3        A.    Yes.
4        Q.    -- is that correct?
5              And can we agree that the
6 ultimate conclusion of your article was
7 that COX-2 inhibition is deleterious from
8 an atherosclerotic standpoint?

     37:11-38:13

11             THE WITNESS: I think we
12          were very clear in the article
13          that what we said was these
14          studies in a particular mouse
15          model of atherosclerosis indicates
16          that inhibition of COX-2 with
17          MF-tricyclic leads to deleterious
18          effects in terms of accumulation
19          of atherosclerosis. We did point
20          out that whether or not this
21          relates to atherogenesis in
22          patients has to be demonstrated by
23          human studies.
24 BY MR. SIZEMORE:
Page 38
1        Q.    Let me ask you a couple
2 questions about that.
3              When you say "accumulation,"
4 Doctor, are you talking about progression
5 of atherosclerotic plaque?
6        A.    Correct.
7        Q.    And as far as atherogenesis,
```

Handwritten annotations (margin):

- Irwin II – No prior ruling
- Δ – 701, Calls for expert opinion by lay witness
- π response –
- Q. Epstein is qualified expert
- Irwin II – No prior ruling
- Δ – 36:12-36:22 – 701, expert opinion testimony; 37:4-37:8 Incomplete Designation (omits answer at 37:9)
- π response –
- Q. Epstein is qualified expert.
- OK to add answer.
- Irwin II – No prior ruling
- Δ – No objection