are you saying that your article did --
or your study would seem to indicate that
COX-2 inhibition is atherogenetic, but
that your study needs to be followed up
with actual human clinical trials?
A. Correct.

Same as above

41:17-42:19

Q. Doctor, when did you conduct
your study with Dr. Rott for Merck?
A. We got approval from Merck
for funding and the most critical
component was receiving the drug in chow
that was fed to mice, and I believe we
started the study sometime in June
of 2000.
Page 42
Q. Who was your primary contact
at Merck in reference to your study,
Doctor?
A. Dr. Rodger, R-O-D-G-E-R.
Q. Is he in charge of the
conduction of studies at Merck?
A. He is -- his title is
medical director at Merck.
Q. Okay. Did Dr. Rodger or
anyone at Merck inform you that Merck had
previously convened a meeting of its
scientific advisers approximately two
years before you started your study that
indicated that inhibition of COX-2 in a
human could lead to the development of
atherogenesis, could cause plaque
destabilization and rupture and could
also cause thrombotic occlusion leading
to heart attacks and strokes?

42:23-43:1

Q. Were you ever warned about
that before your study began?
Page 43
A. No.

Irvin II - No prior ruling
A. Assumes facts Not in Evidence (misrepresents what Board of Scientific Advisors told merck)

π response
(1) Question does not ask Dr. Epstein to assume any facts - just asks a question about what he was told!
(2) Further, the Board of Scientific Advisors document does state this information, ~~[struck]~~ merck just chooses to interpret their way only.

43:5-43:12

Q. Did Dr. Rodger or any
person, any doctor at Merck ever indicate
to you that those three potential
deleterious effects of COX-2 inhibition
had been brought to their attention more
than two years ago before your study --
excuse me -- by their scientific advisory
board?

Irvin II - No prior ruling
A - Assumes Facts Not in Evidence (misrepresent what Board of Scientific Advisors told merck)
π - Same as above

43:15-43:15

THE WITNESS: No.

51:2-51:6

Q. Yes, sir.

Let me show you what I'm going to mark as Exhibit 3 to your deposition. And I have a copy for your attorney there.

51:19-52:5

Q. Doctor, to move this along instead of reading through all of this e-mail, I'll point you to where I'm going to ask questions about it. It'll be toward the bottom of the e-mail string.
It's the second paragraph
Page 52
beginning "I'm sure" and I'll read to you. "I'm sure Steve is an unknown in the A&A arena, but he is an internationally recognized thought leader in the cardiovascular arena."

53:16-54:7

Q. Doctor, I'll represent to you that this is an internal Merck e-mail that's been produced to us in discovery. And I would like to point out to you the paragraph I was just referencing, the second from the bottom, beginning "I'm sure."
Do you need me to read that again, Doctor?
Page 54
A. No, that's okay.
Q. With all due humility, do you agree that you are a recognized -- "internationally recognized thought leader in the cardiovascular arena"?
A. It's very hard to object to that.

Irvin II - No prior ruling

Δ - 602 - lack of personal knowledge - withdrawn

π response

Dr. Epstein was a researcher hired by merck to conduct this study in mice which is favorable to plaintiff. Now, merck wants to discount this study and Dr. Epstein as not qualified. This email from merck confirms mercks belief that Dr. Epstein is eminently qualified.

54:11-54:16

Q. Would you also agree, Doctor, that your current interest is in the area of infection and inflammation in atherosclerosis, at least at the time of 2000?
A. Yes.

Δ - No objection

55:11-55:12

Q. -- we're moving on to your study with Dr. Rott, Doctor.

Δ - No objection

55:14-55:15

MR. SIZEMORE: Yes, this will be Exhibit 4 for the record.

56:7-56:14

Q. Doctor, I probably have misspoken and I said that this is your

study throughout this deposition.
But there are other doctors that were involved with you in the conduction of this study, is that correct?
A. Correct.

58:2-58:16

Q. Is it fair to say, Doctor, that these doctors or participants in the overall study are well respected in their various fields?
A. I mean, they're -- they are -- there are several very junior physicians, so I don't think that would apply to them. But in terms of doctor -- Dr. Zhu and Dr. Mary Susan Burnett, that certainly applies to them.
Q. Would it also be fair to say, Doctor, that the results of this study were a joint effort, and it was not just Dr. Epstein's study?
A. That's correct.

59:3-59:24

Q. In laymen's terms, is it true, then, that Merck provided funding so that this study could be conducted?
A. Correct.
Q. And is it also true that Merck actually provided the COX-2 inhibitor that was used in this study?
A. Correct.
Q. And is that MF-tricyclic?
A. Right.
Q. Is MF-tricyclic an analog of Vioxx?
A. Yes.
Q. When we use the word "analog," what does that -- what does that mean?
A. It means that it has -- it shares most or many of the molecula structure of the parent compound. And usually the implication is that because it shares so much of the structure, it has similar biologic activity.

Δ - No objection

60:10-61:3

Q. -- let me show you what I've marked as Exhibit 5 to your deposition. I'll represent to you this is an internal Merck e-mail.
If you'll go to the third page, it begins "Irwin, there's no real synopsis of data on MF-tricyclic. Its properties are very similar to Vioxx. The dosing, potency and bioavailabilities and half-lives are all very close to those of Vioxx?"

Irvin II - No prior ruling
Δ objection - 602 lack of personal knowledge - witness has never seen this internal Merck e-mail

Π response -
This confirms that MF-Tricyclic is an analog (similar) to Vioxx which Merck did not need to provide to Dr. Epstein in case

Is all of that true to your understanding in reference to MF-tricyclic, Doctor?
A. My only understanding of

Page 61

MF-tricyclic is what Dr. Rodger told me, and essentially he told me what is contained in that paragraph you read.

61:14-61:15

Q. I show you what I've marked as Exhibit 6 to your deposition. And

61:18-61:24

Q. Are you familiar with this document --
A. Yes.
Q. -- Doctor?
Does this appear to be the e-mail that you just made reference to?
A. Yes.

62:7-63:5

Q. Dr. Rodger notes "The committee also decided that we would supply you with MF-tricyclic (a very close analog of rofecoxib with an almost identical pharmacological profile) instead of rofecoxib."
Is rofecoxib, is that Vioxx, Doctor?
A. Yes.
Q. And where it says it's "a very close analog of" Vioxx "with an almost identical pharmacological profile," what does that mean in laymen's terms?
A. What that meant to me, and I'm sure what that meant to Dr. Rodger, that it is a highly specific inhibitor of COX-2.

Page 63

Q. Does it also mean that MF-tricyclic is a similar compound to Vioxx?
A. It has similar biologic actions, yes.

65:8-69:23

Doctor, can you, in laymen's terms, explain to the jury the methodology that you utilized in conducting your study with Dr. Rott and the ultimate conclusions that you and your fellow authors reached?
A. There were two major components to the study. We had done work over the past ten years suggesting that certain viruses and bacteria, when

there was a bad outcome from his study. So Dr. Epstein does have personal knowledge of [illegible] about MF-Tricyclic. This relates specifically to the study Dr. Epstein performed.

Δ - No objection

4. No objection

they produce an infection in patients, can contribute to the development of atherosclerosis. And just the background on that is that many of these infectious agents, and I'll just mention cytomegalovirus or CMV, in order to infect cells and to replicate, they --

Page 66

they rely on the COX-2 system.

One of the -- one of the components of the COX-2 system, that is when the enzymes are active, one of the products of COX-2 activation is the production of what's called reactive oxygen species. So these are oxygen molecules that are activated. Not only does the cell that's been infected use these molecules to turn on a protective response against the virus, but the virus uses the cell's protective machinery to enhance its own replication.

And we had done studies in the past six or seven years demonstrating that if you inhibit COX-2, you inhibit viral replication. And we were able to do that with agents that inhibited both COX-1 and COX-2, like aspirin and indomethacin, and we also interestingly used a specific COX-2 inhibitor, NS-398, that also inhibited the formation of reactive oxygen species and viral activity at a much lower concentration

Page 67

than the aspirin and indomethacin.

So we formulated the hypothesis that if you administered to patients a drug that inhibited the COX-2 system, it may compromise the ability of the virus to replicate and infect the agent. So that was the first basis for applying to Merck for use of Vioxx to test whether Vioxx had heretofore unknown action, that is, maybe it's a very potent antiviral drug, which was very exciting to us.

And the second component of that research --

Q. Doctor, may I stop you right there?

A. Sure. Sorry.

Q. Just to see if I can nutshell that.

Is it accurate to say that your study essentially had two components, and the first one of which we just discussed was to determine whether or not COX-2 inhibition could have

Page 68

antiviral effects that could lead to the either elimination or diminution of the progression of atherosclerosis?

A. By decreasing the ability of the virus to infect the mouse, that it

would compromise -- that it would inhibit the contribution of the virus to the development of atherosclerosis, yes.
Q. Thank you.
Is there a second component of your study as well?
A. Yes. Because atherosclerosis is an inflammatory disease, which is one of the mechanisms that the virus makes atherosclerosis worse, we thought that a COX-2 inhibitor, which would impair important inflammatory pathways, that the COX-2 inhibitor would decrease the development of atherosclerosis.
Q. If we could, Doctor, could I take the ultimate findings of your study in reverse order in which we just discussed them and let me make sure that

Page 69

I understand this, the second aspect of the study.
Is it true that you were looking to see that because atherosclerosis has an inflammatory mechanism, that if you were to utilize a COX-2 inhibitor to decrease that inflammation, perhaps you could do away with atherosclerosis formation or progression?
A. Correct.
Q. What did your study ultimately reveal in reference to that hypothesis?
A. Well, we were surprised to find that it had the opposite effect. It made atherosclerosis worse.
Q. And when you say that -- let me make sure I understand, Doctor.
Are you saying, then, that the use of a COX-2 inhibitor will actually increase atherosclerotic development or progression?

70:10-70:14

THE WITNESS: In this particular model, using the conditions that we used, it clearly made atherosclerosis worse.

71:11-71:22

Q. The way I've broken it down, Doctor, at least in my head, and I think you're breaking it down in the same way in talking to me now is that you had two essential findings, that COX-2 inhibition could increase progression of atherosclerosis in this particular study and, also, that COX-2 inhibition could be atherogenetic in this particular study.

A - No objection

Is that fair?
A. I think they're one and the same.

4 - No objection

72:2-73:10

Doctor, if you have your study in front of you, I believe it's Exhibit 4 to your deposition, if you would turn to what is marked Page 1815 at the top right-hand corner. It's the page before the photomicrograph.
Are you with me, Doctor?
A. Yes.
Q. Down at the bottom, it references Figure 3. Do you see that as well?
A. Yes.
Q. And it mentions "atherosclerotic lesion area." What does that terminology indicate?
A. So in order to do the analysis of this model, what we do is we cut the aorta into strips. So if you're thinking of a -- of a tube, we use a knife to cut through cross-sections of the tube. So we have like little tires essentially. And we look at those underneath the microscope.
Page 73
And as is evident under Figure 4 of our paper, we're looking at a cross-section of that vessel, and we're able to see the atherosclerosis. Using appropriate stains, we could see the atherosclerosis.
We measured the area of atherosclerosis in animals that were treated with a COX-2 inhibitor and in animals that were not.

75:16-76:22

Q. Doctor, while you're holding that up, perhaps you could explain on the previous page, and if you'll hold those photomicrographs up, you indicate in your study that selective cyclooxygenase 2 inhibition consistently increased lesion size by 84 percent in the non-infected group and by 70 -- and by 80 percent in the CMV infected low-dose and high-dose
Page 76
groups respectively.
A. Correct.
Q. Using those two pictures there, can you describe in laymen's terms what you're discussing?
A. Well, this black area that you see here is atherosclerosis. And just as background, we sacrificed these animals three weeks after we started either infection, treatment or both. So

A - No objection

this is very, very early atherosclerosis. And we intentionally selected that early time point, because we were interested in the early development of atherosclerosis.
And you can see there's just a tiny little bit of atherosclerosis in the untreated animal, whereas in the animal treated with a selective COX-2 inhibitor, MF-tricyclic, there is more. And we studied 11 to 12 animals in each group and came up with the graph that you previously referred to.

77:15-77:23

Doctor, if you will, could you go to Page 1817 of your study.
A. (Witness complies with counsel's request.)
Q. And down at the bottom right-hand column, you'll see in that last paragraph, it begins, "The mechanisms responsible."
A. Um-hmm.

79:19-83:3

Q. Thank you, Doctor. I wanted you to read those so I wouldn't have to say some of those words, at least hear you read them. I would like to break it down, though, Doctor --
A. Yes.

Page 80

Q. -- if we could.
In the first one, it says the "deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) a proinflammatory effect that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instability and rupture."
In laymen's terms, what does that mean, Doctor?
A. It's very hard to give you that in laymen's terms, but let me try.
So this pro-inflammatory -- the understanding of most of the medical community is that COX-2 inhibitors -- that COX-2 exerts pro-inflammatory effects and that if you inhibit it, it's anti-inflammatory. And if you're thinking of a process like atherosclerosis, which is an inflammatory disease, it -- by inhibiting inflammation, a COX-2 inhibitor would

Page 81

produce a beneficial effect on atherosclerosis.
However, there is a body of literature in rodents, and this has never

Δ - No objection

been shown in patients, but, as I indicated earlier, one can develop mechanistic insights in animals that may very well apply to patients, but we don't know for sure whether they always do. But these studies have demonstrated that the pro-inflammatory effect of the -- of the products of COX-2 is time and content dependent.

So that in the context if you have a tissue that has been recently injured and now there's an inflammatory effect, in these specific animal models, which have not been shown to exist in patients, COX-2 exerts pro-inflammatory effects, and this is the way, nature's way of trying to heal an injury, by producing inflammatory cells.

Later on, within a week or ten days, after this active process in

Page 82

response to the acute injury, the context of that lesion, of the injured tissue changes, and now COX-2 is expressed in a second peak. And instead of being pro-inflammatory, it becomes anti-inflammatory. So now the prostagland -- the prostanoids that are produced by COX-2 -- initially the major prostanoid produced by COX-2 was PGE2. And PGE2 induces an inflammatory process.

Later on during the process, PGE2 is shut off, and the same activation of COX-2 now produces other prostanoids, PGD2, PGJ2, which are anti-inflammatory.

So according to mechanisms that have been developed in these rodent models of tissue injury, COX-2 is a highly complex molecule. The effects of its activation will differ depending on time and context.

And so we raised the possibility, since the results that we found were at total variance from what our original hypothesis was, we tried to

Page 83

explain what the possible mechanisms might be to see just the opposite of what we had hypothesized.

85:1-85:2

Q. Let's move on to the second portion. I'm sorry, Doctor, for

85:4-87:10

Number 2 on Page 1818, "a procoagulant effect (induced by inhibition of COX-2-mediated expression of the highly antithrombotic prostacyclin without concomitant reduction of COX-1-mediated expression of the highly