epstein run list

```
22       Q.   I'm trying to focus on the
23  mechanism here and whether or not Vioxx
24  contributes to heart attacks. That's
Page 240
 1  going to be a discussion that we're going
 2  to have in court, and there's going to be
 3  evidence about that both ways. Okay?

     240:6-240:13

 6       Q.   I wouldn't say that anybody
 7  is more of an expert than you, sir, but
 8  in the APPROVe study, the simple fact
 9  that there was an increase in MIs, in
10  heart attacks, seen in that particular
11  population of people does not necessarily
12  mean that Vioxx increased the probability
13  of a plaque rupture. True?

     240:16-241:3

16            THE WITNESS:  I mean, but
17       the statement -- the question
18       is -- I don't have to read the
19       article. The statement is
20       independent of that, and it's
21       false. You know, from a
22       probability perspective. I mean,
23       a lot of different things could
24       cause a heart attack. But far and
Page 241
 1       away from a clinical perspective,
 2       the most common thing that causes
 3       a heart attack is plaque rupture.

     263:14-264:2

14       Q.   Doctor, is it your
15  understanding from reviewing this
16  document and having various questions
17  asked to you today that the scientific
18  advisory board is essentially saying that
19  coxibs, like Vioxx, could help or harm
20  atheromatous plaques?
21       A.   That's my understanding,
22  yes.
23       Q.   And your study showed
24  harmful effects of COX-2 inhibitors like
Page 264
 1  Vioxx on the formation and progression of
 2  atheromatous plaques, correct?

     264:5-264:7

 5            THE WITNESS:  The study
 6       showed the development of -- I
 7       agree with that statement, yes.

     264:20-265:18

20       Q.   Now, didn't Merck -- Merck
21  didn't tell you not to do your study, but
```

4 - No objection

```
                                  epstein run list
22 didn't they turn you down the first time
23 you approached Merck about doing the
24 study?
Page 265
1           A.    They did.
2           Q.    And you told them
3 essentially that you would go forward
4 even if you had to fund the study
5 yourself, isn't that right?
6           A.    I did.  But the only caveat
7 there was that I couldn't obtain the drug
8 without their cooperation.
9           Q.    Okay.  And you asked for
10 Vioxx specifically from Merck to do the
11 study, correct?
12          A.    Correct.
13          Q.    And did they provide you
14 with Vioxx?
15          A.    They did not.
16          Q.    What drug did they give you
17 instead?
18          A.    MF-tricyclic.

     266:11-267:18

11                And I'll point you to the
12 second page of this cumulative exhibit,
13 and if you look down at the bottom it
14 appears to be MRK-ABS0343457.
15          A.    I'm sorry, I don't see where
16 you're reading.
17          Q.    Bates number.  That doesn't
18 really matter, Doctor.
19                I'll point you out to an
20 e-mail from Leslie Koch to Greg
21 Wiederrecht appears to be and John
22 Obenchain.
23          A.    Yes.
24          Q.    And it says, "Greg, yes, we
Page 267
1 do send out marketed compounds - actually
2 that is about 80% of the total requests.
3 Decisions about the appropriateness of
4 the experiments involving Vioxx and if
5 Merck wants to support go to Dr. Robert
6 Young (MFC) and Dr. Ian Rodgers
7 (Chairman, Vioxx Medical School Grant
8 Committee).  Occasionally they will offer
9 substitute compounds like MF-tricyclic or
10 DFU if they are interested in the study,
11 but" concerned "about potential bad
12 implications on marketed products."
13                Did Merck ever inform you or
14 anybody at Merck, Dr. Rodger, tell you
15 that they were concerned about your study
16 showing bad implications for a marketed
17 product and that's why they didn't give
18 you Vioxx, Doctor?

     267:21-267:22

21                THE WITNESS:  They never
22     informed me about that.
```

[Handwritten annotations:]

4 - No objection

Iss. II - No prior ruling
4 - 602 - lack of personal knowledge - assumes facts not in evidence; expert opinion testimony

II response -
This is directly relevant and related to the study Dr. Epstein did for Merck. Dr. Epstein wanted to do the study with Vioxx and Merck did not give him Vioxx but instead MF-Tricyclic for his study. This e-mail assists the jury with the reason MF-Tricyclic was given

```
                              epstein run list

   290:13-290:16

13                Is it your opinion, having
14     reviewed Dr. FitzGerald's information
15     about the APPROVe follow-up data, that it
16     substantiates your study?

   291:3-291:8

3                 THE WITNESS:  Well, it
4           showed -- it showed, you know,
5           harmful effects of Vioxx.  So
6           certainly -- I mean, it showed
7           harmful effects of Vioxx.  I'd
8           leave it at that.

   292:6-292:17

6           Q.    Does your study raise
7     questions or at least generate hypothesis
8     -- hypotheses, excuse me, about potential
9     adverse effects of Vioxx and other COX-2
10    inhibitors in humans?
11          A.    It does.
12          Q.    Does your study also raise
13    questions or generate hypotheses in
14    humans that Vioxx and other COX-2
15    inhibitors could promote atherosclerosis
16    formation and progression?
17          A.    It does.

   293:4-293:13

4           Q.    Would it be proper to say
5     that your study at least generates this
6     hypothesis or -- that COX-2 inhibition,
7     including the use of Vioxx, in humans,
8     could increase atherogenesis?
9           A.    It raises that possibility,
10    yes.
11          Q.    Is that the yellow flag that
12    you referred to earlier?
13          A.    Yes.


Total Length - 01:07:33
```

4 - No objection