Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

| | |
|---|---|
| [13:5] - [13:7] | Stephen Epstein, M.D. |

```
page 13
5           Q.    Can you tell the jury your
6    name, please, Doctor.
7           A.    Stephen Epstein.
```

| | |
|---|---|
| [13:14] - [13:21] | Stephen Epstein, M.D. |

```
page 13
14          Q.    What type of medicine do you
15   practice, Doctor?
16          A.    I had practiced cardiology.
17   At the present time, I'm head of the
18   Cardiovascular Research Institute, and
19   I'm responsible for all of the research
20   that's done in the Cardiovascular
21   Research Institute.
```

| | |
|---|---|
| [14:12] - [15:24] | Stephen Epstein, M.D. |

```
page 14
12          Q.    Did you have a clinic that
13   you participated in, Doctor?
14          A.    Yes.
15          Q.    Can you please describe that
16   for me?
17          A.    I was chief of cardiology at
18   the National Heart, Lung and Blood
19   Institute and was head, in that capacity,
20   of all clinical work and research work
21   that was being done in cardiovascular
22   disease.  We had a very active clinical
23   program, and both inpatients and
24   outpatients, and I was in charge of both
page 15
1    of those efforts.
2           Q.    Doctor, what is the National
3    Heart, Lung and Blood Institute?
4           A.    It's part of the National
5    Institutes of Health, and I was in charge
6    of the intramural program, that is, all
7    of the activities that were conducted in
8    heart disease on campus, and that campus
9    is in Bethesda, Maryland.
10          Q.    Can you describe for the
11   jury, Doctor, what the National
12   Institutes of Health are?
13          A.    The National Institutes of
14   Health is a federal organization that
15   spans virtually all of medicine, and its
16   primary responsibility is to identify and
17   fund research, both basic and clinical,
18   to advance the application of medicine to
19   the health of patients.
20          Q.    Would it be fair to say,
21   Doctor, that the National Institutes of
22   Health is a well-respected institute in
23   the U.S.?
24          A.    I think so.
```

| | |
|---|---|
| [16:2] - [16:18] | Stephen Epstein, M.D. |

```
page 16
2                 Doctor, could you please in
3    a summary fashion explain for the jury
4    your educational background?
5           A.    I received my Bachelor's
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
                         6   degree from Columbia University.  Went on
                         7   to Cornell Medical School and received my
                         8   M.D. from Cornell.  I did my house staff
                         9   training at the New York Hospital, which
                        10   is part of the Cornell Medical School
                        11   system.
                        12            And then went to the
                        13   National Institutes of Health to work
                        14   under Dr. Eugene Braunwald, who at the
                        15   time was one of the world's outstanding
                        16   cardiology investigators.  When he left
                        17   the NIH, I took over for him as chief of
                        18   cardiology.  And that occurred in 1967 or
```

[20:15] - [21:6]         Stephen Epstein, M.D.

```
                        page 20
                        15            Q.   Doctor, you mentioned Dr.
                        16   Eugene Braunwald.  Is he the editor of a
                        17   scientific text or treatise in reference
                        18   to cardiology?
                        19            A.   Yes, he is.
                        20            Q.   And is it fair to say that
                        21   that's a very distinguished and
                        22   well-respected treatise?
                        23            A.   Yes, probably the most
                        24   distinguished treatise on cardiovascular
                        page 21
                        1    diagnosis and treatment.
                        2             Q.   Did I understand you
                        3    correctly to say that you had the honor
                        4    of actually learning under and training
                        5    with Dr. Braunwald?
                        6             A.   That's correct.
```

[23:9] - [24:4]          Stephen Epstein, M.D.

```
                        page 23
                        9             Q.   Doctor, does your present --
                        10   pardon me.  Does your present field of
                        11   practice primarily involve cardiovascular
                        12   research?
                        13            A.   Yes.
                        14            Q.   Would you consider yourself
                        15   an expert in the area of atherosclerosis?
                        16            A.   Yes.
                        17            Q.   Would you consider yourself
                        18   an expert in the area of cardiovascular
                        19   disease?
                        20            A.   Yes.
                        21            Q.   Would you consider yourself
                        22   an expert in the area of cardiovascular
                        23   function?
                        24            A.   Yes.
                        page 24
                        1             Q.   And would you also consider
                        2    yourself an expert in the area of
                        3    atherogenesis?
                        4             A.   Yes.
```

[24:5] - [24:12]         Stephen Epstein, M.D.

```
                        page 24
                        5             Q.   Is it fair to say that all
                        6    of those areas of expertise were utilized
                        7    in developing the opinions that are
                        8    generated in the study that we're here
                        9    about today that you conducted with Dr.
                        10   Rott, I believe?
                        11            A.   Um-hmm.  I would say that's
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                              12   true.
```

[25:12] - [26:9]          Stephen Epstein, M.D.

```
                          page 25
                          12              What are the various types
                          13   of animals that you've utilized in
                          14   conducting various studies?
                          15        A.    Over the years?
                          16        Q.    Yes, sir.
                          17        A.    Yes. Well, there were dogs,
                          18   there were pigs, rats, mice.
                          19              That about does it.
                          20        Q.    Is there something about the
                          21   constitution or physical makeup of the
                          22   mouse that makes it desirable for
                          23   conducting animal studies?
                          24        A.    Yes. There are several
                          page 26
                          1    attributes that in certain circumstances
                          2    make it more desirable. Not in all, but
                          3    in certain circumstances.
                          4         Q.    From a cardiovascular
                          5    context, are there certain attributes of
                          6    the mouse physicality that are easily
                          7    transferable to humans?
                          8         A.    I would have to say not
                          9    easily transferable.
```

[30:14] - [30:19]         Stephen Epstein, M.D.

```
                          page 30
                          14              Is it also true, then, based
                          15   upon your review of this other research
                          16   and your personal experience that
                          17   prostacyclin plays an important role in
                          18   preventing the progression of
                          19   atherosclerosis?
```

π objection: lacks foundation

[31:7] - [31:12]          Stephen Epstein, M.D.

```
                          page 31
                          7               THE WITNESS: I'm not
                          8         personally aware of studies that
                          9         have shown that prostacyclin
                          10        interferes with the progression of
                          11        atherosclerosis, although, such
                          12        studies may very well exist.
```

[33:10] - [33:19]         Stephen Epstein, M.D.

```
                          page 33
                          10              Doctor, based on your
                          11   personal experience in this area and your
                          12   review of the medical literature, are you
                          13   aware that prostacyclin also helps
                          14   maintain plaque integrity?
                          15        A.    I'm not sure I have the
                          16   information to be able to say yes on
                          17   that. Once again, it may very well
                          18   exist, but I would not be able to cite a
                          19   particular study showing that.
```

π objection: lacks foundation

[37:5] - [37:9]           Stephen Epstein, M.D.

```
                          page 37
                          5               And can we agree that the
                          6    ultimate conclusion of your article was
                          7    that COX-2 inhibition is deleterious from
```

• **Merck's Counter Designations**

```
                        8      an atherosclerotic standpoint?
                        9            A.    No.   Sorry.
```

[37:11] - [37:23]       Stephen Epstein, M.D.

```
                        page 37
                        11              THE WITNESS:  I think we
                        12          were very clear in the article
                        13          that what we said was these
                        14          studies in a particular mouse
                        15          model of atherosclerosis indicates
                        16          that inhibition of COX-2 with
                        17          MF-tricyclic leads to deleterious
                        18          effects in terms of accumulation
                        19          of atherosclerosis.  We did point
                        20          out that whether or not this
                        21          relates to atherogenesis in
                        22          patients has to be demonstrated by
                        23          human studies.
```

[42:1] - [42:19]        Stephen Epstein, M.D.

```
                        page 42
                        1           Q.    Who was your primary contact
                        2     at Merck in reference to your study,
                        3     Doctor?
                        4           A.    Dr. Rodger, R-O-D-G-E-R.
                        5           Q.    Is he in charge of the
                        6     conduction of studies at Merck?
                        7           A.    He is -- his title is
                        8     medical director at Merck.
                        9           Q.    Okay.  Did Dr. Rodger or
                        10    anyone at Merck inform you that Merck had
                        11    previously convened a meeting of its
                        12    scientific advisers approximately two
                        13    years before you started your study that
                        14    indicated that inhibition of COX-2 in a
                        15    human could lead to the development of
                        16    atherogenesis, could cause plaque
                        17    destabilization and rupture and could
                        18    also cause thrombotic occlusion leading
                        19    to heart attacks and strokes?
```

[43:1]                  Stephen Epstein, M.D.

```
                        page 43
                        1           A.    No.
```

[43:5] - [43:12]        Stephen Epstein, M.D.

```
                        page 43
                        5           Q.    Did Dr. Rodger or any
                        6     person, any doctor at Merck ever indicate
                        7     to you that those three potential
                        8     deleterious effects of COX-2 inhibition
                        9     had been brought to their attention more
                        10    than two years ago before your study --
                        11    excuse me -- by their scientific advisory
                        12    board?
```

[43:15]                 Stephen Epstein, M.D.

```
                        page 43
                        15              THE WITNESS:  No.
```

[48:7] - [48:17]        Stephen Epstein, M.D.

```
                        page 48
                        7                 Did Dr. Rodger indicate to
```

- **Merck's Counter Designations**

```
              8    you that there was a hypothesis that had
              9    been provided to Merck by their
             10    scientific advisers that prostacyclin
             11    biosynthesis in the vasculature is
             12    inhibited by Vioxx and that by removing
             13    this potent inhibitor of platelet
             14    aggregation, the probability that a
             15    coronary plaque rupture would lead to
             16    myocardial infarction or ischemic
             17    ventricular fibrillation is enhanced?
```

[48:22] - [49:11]        Stephen Epstein, M.D.

```
page 48
22                THE WITNESS:  Once again,
23          anyone knowledgeable in the field
24          would know that.  So I did know
page 49
1           that --
2    BY MR. SIZEMORE:
3           Q.    Okay.
4           A.    -- that that was one
5    possibility.
6           Q.    Okay.  Was that well known
7    in the medical community, even before you
8    conducted your study, Doctor, that if you
9    decreased prostacyclin in the body, that
10   you increased the probability of a
11   coronary plaque rupture?
```

[49:14] - [49:21]        Stephen Epstein, M.D.

```
page 49
14                THE WITNESS:  No.  I don't
15          think that that was well known in
16          the community.  That was still, at
17          that time, a possible outcome of
18          such a drug.  There was no
19          evidence at that time that that
20          actually was something that would
21          -- would occur.
```

[54:2] - [54:7]          Stephen Epstein, M.D.

```
page 54
2           Q.    With all due humility, do
3    you agree that you are a recognized --
4    "internationally recognized thought
5    leader in the cardiovascular arena"?
6           A.    It's very hard to object to
7    that.
```

[54:11] - [54:16]        Stephen Epstein, M.D.

```
page 54
11          Q.    Would you also agree,
12   Doctor, that your current interest is in
13   the area of infection and inflammation in
14   atherosclerosis, at least at the time of
15   2000?
16          A.    Yes.
```

[55:11] - [55:12]        Stephen Epstein, M.D.

```
page 55
11          Q.    -- we're moving on to your
12   study with Dr. Rott, Doctor.
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

[63:6] - [63:16]      Stephen Epstein, M.D.

```
page 63
 6           Q.   And, again, in laymen's
 7   terms, does similar biologic actions
 8   means that Vioxx and MF-tricyclic act the
 9   same in the human body or similar?
10           A.   Well, you know,
11   MF-tricyclic, to my knowledge, has never
12   been given to humans.  So I don't think
13   you could assume that.  But in tests that
14   Merck has done in a test tube and in
15   animals, they seem to have identical
16   actions.
```

[67:20] - [68:20]     Stephen Epstein, M.D.

```
page 67
20                Is it accurate to say that
21   your study essentially had two
22   components, and the first one of which we
23   just discussed was to determine whether
24   or not COX-2 inhibition could have
page 68
 1   antiviral effects that could lead to the
 2   either elimination or diminution of the
 3   progression of atherosclerosis?
 4           A.   By decreasing the ability of
 5   the virus to infect the mouse, that it
 6   would compromise -- that it would inhibit
 7   the contribution of the virus to the
 8   development of atherosclerosis, yes.
 9           Q.   Thank you.
10                Is there a second component
11   of your study as well?
12           A.   Yes.  Because
13   atherosclerosis is an inflammatory
14   disease, which is one of the mechanisms
15   that the virus makes atherosclerosis
16   worse, we thought that a COX-2 inhibitor,
17   which would impair important inflammatory
18   pathways, that the COX-2 inhibitor would
19   decrease the development of
20   atherosclerosis.
```

[80:2] - [83:3]       Stephen Epstein, M.D.

```
page 80
 2                In the first one, it says
 3   the "deleterious effects of selective
 4   COX-2 inhibitors on the course of
 5   atherosclerosis could involve three
 6   separate processes: 1) a proinflammatory
 7   effect that accelerates the initiation
 8   and chronic progression of the
 9   atherogenesis process, and that may
10   induce plaque instability and rupture."
11                In laymen's terms, what does
12   that mean, Doctor?
13           A.   It's very hard to give you
14   that in laymen's terms, but let me try.
15                So this pro-inflammatory --
16   the understanding of most of the medical
17   community is that COX-2 inhibitors --
18   that COX-2 exerts pro-inflammatory
19   effects and that if you inhibit it, it's
20   anti-inflammatory.  And if you're
21   thinking of a process like
22   atherosclerosis, which is an inflammatory
23   disease, it -- by inhibiting
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
                        24  inflammation, a COX-2 inhibitor would
                    page 81
                        1   produce a beneficial effect on
                        2   atherosclerosis.
                        3              However, there is a body of
                        4   literature in rodents, and this has never
                        5   been shown in patients, but, as I
                        6   indicated earlier, one can develop
                        7   mechanistic insights in animals that may
                        8   very well apply to patients, but we don't
                        9   know for sure whether they always do.
                        10  But these studies have demonstrated that
                        11  the pro-inflammatory effect of the -- of
                        12  the products of COX-2 is time and content
                        13  dependent.
                        14             So that in the context if
                        15  you have a tissue that has been recently
                        16  injured and now there's an inflammatory
                        17  effect, in these specific animal models,
                        18  which have not been shown to exist in
                        19  patients, COX-2 exerts pro-inflammatory
                        20  effects, and this is the way, nature's
                        21  way of trying to heal an injury, by
                        22  producing inflammatory cells.
                        23             Later on, within a week or
                        24  ten days, after this active process in
                    page 82
                        1   response to the acute injury, the context
                        2   of that lesion, of the injured tissue
                        3   changes, and now COX-2 is expressed in a
                        4   second peak.  And instead of being
                        5   pro-inflammatory, it becomes
                        6   anti-inflammatory.  So now the
                        7   prostagland -- the prostanoids that are
                        8   produced by COX-2 -- initially the major
                        9   prostanoid produced by COX-2 was PGE2.
                        10  And PGE2 induces an inflammatory process.
                        11             Later on during the process,
                        12  PGE2 is shut off, and the same activation
                        13  of COX-2 now produces other prostanoids,
                        14  PGD2, PGJ2, which are anti-inflammatory.
                        15             So according to mechanisms
                        16  that have been developed in these rodent
                        17  models of tissue injury, COX-2 is a
                        18  highly complex molecule.  The effects of
                        19  its activation will differ depending on
                        20  time and context.
                        21             And so we raised the
                        22  possibility, since the results that we
                        23  found were at total variance from what
                        24  our original hypothesis was, we tried to
                    page 83
                        1   explain what the possible mechanisms
                        2   might be to see just the opposite of what
                        3   we had hypothesized.
```

[91:15] - [91:19]        Stephen Epstein, M.D.

```
                    page 91
                        15            Q.   Did you actually receive
                        16  edits or critiques or input from Merck at
                        17  the time or after you submitted this
                        18  abstract?
                        19            A.   Yes, I did.
```

[92:22] - [93:9]         Stephen Epstein, M.D.

```
                    page 92
                        22            A.   Right.  The gist of it was
                        23  that Dr. Rodger wanted to make it --
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                        24   wanted us to make it clear that this was
                        page 93
                        1    a mouse study, and it was questionable
                        2    whether the data were applicable to
                        3    patients and he -- he did object to our
                        4    having COX-2 inhibitor in the title.
                        5         Q.   Did he want you to include
                        6    the verbiage "MF-tricyclic" in the title?
                        7         A.   Well, he wanted to have the
                        8    specific drug that we used in the title,
                        9    which was not unreasonable.
```

[93:20] - [94:5]            Stephen Epstein, M.D.

```
                        page 93
                        20                And was that verbiage
                        21   eventually substituted with the words
                        22   "MF-tricyclic"?
                        23        A.   You know, I don't know what
                        24   the abstract said now, but what I did in
                        page 94
                        1    the paper was to have both.
                        2         Q.   Fair enough.
                        3         A.   So the paper has both the
                        4    MF-tricyclic, a selective COX-2
                        5    inhibitor.
```

[98:3] - [99:1]             Stephen Epstein, M.D.

```
                        page 98
                        3         Q.   Did anybody at Merck ever
                        4    convey to you that they felt that your
                        5    study was harmful to Vioxx or to Merck in
                        6    general?
                        7         A.   No.  They -- they, again,
                        8    wanted to make -- wanted me to make
                        9    absolutely clear in the manuscript that
                        10   this was a study done in mice and was
                        11   only questionably relevant to patients.
                        12        Q.   Doctor, you've reiterated
                        13   that several times.
                        14        A.   Yes.
                        15        Q.   Was that something that was --
                        16        A.   Well, that's the only
                        17   criticism, scientific criticism that I
                        18   received from Dr. Rodger.  I mean, Dr.
                        19   Rodger did make some suggestions for
                        20   changing the manuscript, much of which
                        21   were very helpful and led to my indeed
                        22   changing them.  But the only real
                        23   criticism that I had was that statement
                        24   that I've repeated now, as I have nothing
                        page 99
                        1    else to say.
```

[104:18] - [104:23]         Stephen Epstein, M.D.

```
                        page 104
                        18               Doctor, were you informed by
                        19   Merck that they had conducted other
                        20   studies in apoE knockout mice to
                        21   determine the effect of COX-2 inhibition
                        22   on atherogenetics?
                        23        A.   Yes.
```

[105:7] - [106:11]          Stephen Epstein, M.D.

```
                        page 105
                        7         Q.   Did they ever indicate to
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
                          8    you that that was a study conducted by
                          9    Dr. FitzGerald?
                         10         A.    They did not.
                         11         Q.    Have you seen the study
                         12    conducted by Dr. FitzGerald where he
                         13    examined that issue in apoE knockout
                         14    mice?
                         15         A.    Yes.  He's published a
                         16    number of studies.  Which one are you
                         17    referring to?
                         18         Q.    Just that general issue.
                         19    I'm sorry --
                         20         A.    He's published, to my
                         21    knowledge, at least three papers, one
                         22    using LDL knockout mice and two using
                         23    apoE knockout mice.  I'm familiar with
                         24    those three papers.
                        page 106
                         1         Q.    Are they generally
                         2    supportive of your conclusions and your
                         3    co-authors' conclusions?
                         4         A.    The first two papers, one
                         5    was published say in 2001, 2002, were not
                         6    supportive.
                         7                    His results, not using MF --
                         8    I don't believe he used MF-tricyclic, nor
                         9    did he use Vioxx, but he used other COX-2
                        10    inhibitors, showed no effect on
                        11    atherosclerosis.
```

[106:13] - [107:5]       Stephen Epstein, M.D.

```
                        page 106
                         13         A.    His most recent study which
                         14    was published in 2005, I'm not sure what
                         15    -- it might have been -- I'm not sure
                         16    what COX-2 inhibitor he used.  But that
                         17    demonstrated what he interpreted was a
                         18    destabilization of these lesions when the
                         19    COX-2 inhibitor was administered
                         20    concomitantly with an inhibitor of
                         21    thromboxane A2.
                         22         Q.    Are you aware of other
                         23    studies too besides those conducted by
                         24    Dr. FitzGerald that are entirely
                        page 107
                         1    supportive of the findings of you and
                         2    your co-authors' study?
                         3         A.    Our study was the only study
                         4    in which an isolated administration of a
                         5    COX-2 inhibitor showed worsening.
```

[107:24] - [108:3]       Stephen Epstein, M.D.

```
                        page 107
                         24   not familiar with that.  I was very much
                        page 108
                         1    interested in finding studies that agreed
                         2    with us, and I failed to find any, other
                         3    than this recent FitzGerald paper.
```

[108:4] - [108:7]       Stephen Epstein, M.D.

```
                        page 108
                         4         Q.    And the recent FitzGerald
                         5    paper that you're discussing is -- Dr.
                         6    Egan is the first listed author?
                         7         A.    Yes.
```