Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

[126:11] - [126:16]    Stephen Epstein, M.D.

```
page 126
11         Q.    Doctor, at this meeting of
12    the consultants, was the design of a
13    cardiovascular outcomes study actually
14    discussed?
15         A.    I wish I could answer, but I
16    really don't recall.
```

[134:4] - [134:9]    Stephen Epstein, M.D.

```
page 134
4          Q.    Good morning, Dr. Epstein.
5          A.    Good morning.
6          Q.    My name is Andy Goldman.  I
7     represent Merck.  Have we met before
8     today?
9          A.    Not to my recall.
```

[135:19] - [136:2]    Stephen Epstein, M.D.

```
page 135
19         Q.    Dr. Epstein, do you know
20    anybody by the name of Gerald Barnett, a
21    plaintiff in the Vioxx litigation?
22         A.    I do not.
23         Q.    Have the plaintiffs' lawyers
24    asked you to review Mr. Barnett's medical
page 136
1     records?
2          A.    They have not.
```

[136:8] - [136:12]    Stephen Epstein, M.D.

```
page 136
8          Q.    By your testimony here
9     today, are you expressing an opinion on
10    whether or not Mr. Barnett's severe
11    multivessel coronary artery disease was
12    caused by Vioxx?
```

[136:15]    Stephen Epstein, M.D.

```
page 136
15                THE WITNESS:  No.
```

[137:1] - [137:11]    Stephen Epstein, M.D.

```
page 137
1          Q.    Before this deposition, Dr.
2     Epstein, did you do anything to try to
3     determine whether or not the results that
4     you found in the study you conducted with
5     Dr. Rott had been replicated by any other
6     study?
7          A.    Right.  I did, just as I do
8     when we're writing any paper.  We do as
9     complete a review of the literature as
10    possible to see what other studies were
11    published.
```

[138:3] - [138:10]    Stephen Epstein, M.D.

```
page 138
3          Q.    In preparation for this
4     deposition, can you explain to the ladies
5     and gentlemen of the jury what steps you
6     took to determine whether there were any
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
 7    other animal studies that found the same
 8    thing that you found in your study with
 9    Dr. Rott, that is, that MF-tricyclic can
10    cause early lesion development?
```

[138:13] - [139:18]   Stephen Epstein, M.D.

```
page 138
13              THE WITNESS:  So the
14    traditional way of doing this, and
15    this is the way that I did it, I
16    did what's called a MedLine
17    search, which is the national
18    medical library, and I put in
19    different search terms.  And those
20    search terms were COX-2, COX-2
21    inhibition, Vioxx, rofecoxib.  I
22    also put in Celebrex, celecoxib
23    and MF-tricyclic.  And usually
24    paired that with atherosclerosis,
page 139
 1    but I did them separately and
 2    together.
 3  BY MR. GOLDMAN:
 4       Q.    And what did you find?
 5       A.    Well, I found that there
 6  were a number of studies that had been
 7  published from 2001 to 2005 that were
 8  asking the same question that we asked.
 9  And I found -- would you like me to go
10  over what the findings were of each of
11  those studies?
12       Q.    No, not of each of the
13  studies, but, generally, did you find any
14  study that happened to come up with the
15  same results that you did?
16       A.    There was no study using a
17  COX-2 inhibitor alone that came up with
18  the same results that we did.
```

[139:19] - [140:3]   Stephen Epstein, M.D.

```
page 139
19       Q.    And the study you referred
20  to when Mr. Sizemore was asking you
21  questions about a COX-2 inhibitor along
22  with another medicine, that was a study
23  by Egan?
24       A.    That's correct.
page 140
 1       Q.    We'll talk about that study
 2  later.
 3       A.    Okay.
```

[140:18] - [141:13]   Stephen Epstein, M.D.

```
page 140
18       Q.    Let's talk briefly again
19  about your experience, Dr. Epstein.  Are
20  you the current director of the vascular
21  biology research center at Washington
22  Hospital Center?
23       A.    I'm the executive director
24  of the Cardiovascular Research Institute,
page 141
 1  which sits astride all of our research.
 2  And then I'm particularly the head of the
 3  vascular biology laboratory in which this
 4  particular study took place.
 5       Q.    Were you previously the
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                6    chief of cardiology at the National
                7    Heart, Blood, Lung Institute with the
                8    NIH?
                9         A.   Yes.
               10         Q.   Have you devoted much of
               11    your life, sir, to researching issues
               12    relating to coronary heart disease?
               13         A.   Yes.
```

[141:14] - [141:16]   Stephen Epstein, M.D.

```
page 141
 14         Q.   Is one of the areas you've
 15    researched extensively atherosclerosis?
 16         A.   Yes.
```

[141:19] - [141:22]   Stephen Epstein, M.D.

```
page 141
 19              You consider yourself an
 20    expert in the area of atherosclerosis,
 21    right?
 22         A.   Yes.
```

[141:23] - [142:19]   Stephen Epstein, M.D.

```
page 141
 23         Q.   Can you tell us what
 24    atherosclerosis is, sir?
page 142
  1         A.   Atherosclerosis is a disease
  2    involving arteries, whether they be
  3    serving the coronary arteries, the brain,
  4    the peripheral -- the legs, which is
  5    characterized by an inflammatory
  6    response, an accumulation of cholesterol
  7    and cholesterol products, as well as scar
  8    tissue, which over the course of time
  9    enlarges and, thereby, narrows the blood
 10    vessel so that blood flow ultimately is
 11    compromised and ischemia occurs in
 12    whatever tissue is being supplied by that
 13    artery.
 14              These atherosclerotic
 15    lesions can also rupture which could lead
 16    to the development of an acute clot,
 17    which would acutely lead to the cessation
 18    of flow, which then could lead to a heart
 19    attack or a stroke.
```

[142:22] - [143:3]   Stephen Epstein, M.D.

```
page 142
 22         Q.   When does atherosclerosis
 23    start developing in people, Dr. Epstein?
 24         A.   Well, there are studies
page 143
  1    showing that it starts very early,
  2    teenage years.  It can.  It doesn't
  3    always.
```

*[handwritten annotation: objection: — calls for speculation — incomplete hypothetical]*

[143:17] - [143:24]   Stephen Epstein, M.D.

```
page 143
 17         Q.   When human beings have
 18    atherosclerosis, is it true that plaque
 19    within the coronary arteries builds up
 20    over time?
 21         A.   Yes.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                        22       Q.   When that happens, does that
                        23  tend to narrow the blood vessel?
                        24       A.   Yes.
```

[144:12] - [144:14]     Stephen Epstein, M.D.

```
                        page 144
                        12       Q.   Is it common in people who
                        13  have heart attacks for their plaque to
                        14  rupture?
```

[144:17]                Stephen Epstein, M.D.

```
                        page 144
                        17            THE WITNESS:  Yes.  Sorry.
```

[144:22] - [145:5]      Stephen Epstein, M.D.

```
                        page 144
                        22       Q.   Is it also common when
                        23  plaque ruptures for there to be a clot
                        24  that develops?
                        page 145
                        1        A.   Yes.
                        2        Q.   When the body clots in
                        3   response to a plaque rupture, do you
                        4   consider that to be a natural progression
                        5   or natural part of atherosclerosis?
```

*π objection: incomplete hypothetical*

[145:8]                 Stephen Epstein, M.D.

```
                        page 145
                        8             THE WITNESS:  Yes.
```

[145:19] - [146:2]      Stephen Epstein, M.D.

```
                        page 145
                        19       Q.   Have you seen this process
                        20  that we described just now as
                        21  atherosclerosis exist before Vioxx ever
                        22  came on the market?
                        23       A.   Yes.
                        24       Q.   And has it existed since
                        page 146
                        1   Vioxx was withdrawn from the market?
                        2        A.   Yes.
```

[146:3] - [148:20]      Stephen Epstein, M.D.

```
                        page 146
                        3        Q.   You mentioned that you've
                        4   done much research suggesting that
                        5   infection may play a role in the
                        6   development of atherosclerosis, is that
                        7   right?
                        8        A.   That's right.
                        9        Q.   Can you describe just
                        10  briefly how that would happen?  How is it
                        11  that an infection could contribute to
                        12  atherosclerosis?
                        13       A.   Well, what our lab and
                        14  several labs all over the world have
                        15  demonstrated is that a certain class of
                        16  infectious agents, namely those agents
                        17  that persist for either years or the
                        18  lifetime of an individual, and as an
                        19  example, it would be cytomegalovirus,
                        20  that those vessel -- that those
                        21  infectious agents, be they bacteria or
```

- **Merck's Counter Designations**

```
                        22   viruses, from large epidemiologic
                        23   studies, are associated with the -- a
                        24   greater incidence of the development of
                     page 147
                        1    coronary artery disease.
                        2             And the postulated
                        3    mechanisms are that they could induce a
                        4    chronic inflammation in the vessel wall
                        5    and by producing inflammation contributes
                        6    to atherosclerosis or an immune response
                        7    can be developed in response to the
                        8    pathogen.  And the immune response,
                        9    instead of just targeting the infectious
                        10   agent, because the infectious agent has
                        11   molecules that are very similar to what a
                        12   patient has, the antibodies could
                        13   actually produce harm to the vessel wall,
                        14   thinking that the vessel wall is a virus
                        15   or a bacteria.  So through either immune
                        16   mechanisms or inflammatory mechanisms.
                        17        Q.   And because you had seen
                        18   that phenomenon, you approached Merck in
                        19   March or so of 2000 to see if they would
                        20   assist in funding a study that then
                        21   became the study you did with Dr. Rott?
                        22        A.   Well, the bridge is that we
                        23   found that COX-2 enhanced the ability of
                        24   the virus to replicate, and that if we
                     page 148
                        1    blocked COX-2, it reduced the ability of
                        2    the virus to replicate.  Therefore, we
                        3    felt that Vioxx might be an antiviral
                        4    agent, and that's what led to my
                        5    approaching Merck.
                        6         Q.   So your thought was that if
                        7    you did this study and Merck provided
                        8    funding for it, that your hypothesis was
                        9    that MF-tricyclic, the drug that was
                        10   used, would actually reduce the amount of
                        11   virus in the body?
                        12        A.   Correct.
                        13        Q.   Which could have a helpful
                        14   effect on atherosclerosis?
                        15        A.   Correct.
                        16        Q.   Did you also have another
                        17   hypothesis back in 2000 that MF-tricyclic
                        18   could actually have a direct helpful
                        19   effect on atherosclerosis?
                        20        A.   Yes.
```

[148:21] - [149:20]         Stephen Epstein, M.D.

```
                     page 148
                        21        Q.   Can you explain why you
                        22   believed in 2000 and 2001 that Vioxx or
                        23   MF-tricyclic could have a helpful effect
                        24   on atherosclerosis?
                     page 149
                        1         A.   COX-2, the enzyme, is an
                        2    important mediator of inflammatory
                        3    molecules, prostanoids, that when
                        4    activated in blood vessels could lead to
                        5    further inflammation and also the
                        6    elaboration of molecules that could lead
                        7    to plaque instability.
                        8              And so that by inhibiting
                        9    COX-2, our hypothesis and my thought at
                        10   the time was that we would inhibit those
                        11   pro-atherosclerotic processes that are
                        12   mediated by inflammatory mechanisms.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                              13          Q.   So was your thought, Dr.
                              14   Epstein, that because Vioxx and other
                              15   COX-2 inhibitors helped to reduce
                              16   inflammation in general, that they would
                              17   also help to reduce inflammation and,
                              18   therefore, slow down the progression of
                              19   atherosclerosis?
                              20          A.   That's correct.
```

[149:21] - [150:11]           Stephen Epstein, M.D.

```
                              page 149
                              21          Q.   Would you turn with me, sir,
                              22   to Exhibit 15 at Page 25.  This is a
                              23   document dated March 1st of 2000.  It's
                              24   called "Research Proposal from The
                              page 150
                              1    Cardiovascular Research Institute:
                              2    Effects of a Specific COX-2 Inhibitor on
                              3    Cytomegalovirus Replication and
                              4    Atherosclerosis Progression in an apoE
                              5    Knockout Mice."
                              6                Is this the proposal that
                              7    you gave to Merck initially when you
                              8    wanted to do your study with Dr. Rott?
                              9           A.   There were several
                              10   iterations of this.  I believe this is
                              11   the one that I sent to Merck.
```

[150:16] - [151:13]           Stephen Epstein, M.D.

```
                              page 150
                              16          Q.   And then if you turn to the
                              17   second page of this document, can you
                              18   read under "Background" what you wrote in
                              19   the first sentence.
                              20          A.   "As many as 50% of patients
                              21   with atherosclerosis lack currently
                              22   identified risk factors (such as
                              23   hypertension, smoking,
                              24   hypercholesterolemia and diabetes), an
                              page 151
                              1    observation indicating that additional
                              2    factors predisposing to atherosclerosis
                              3    are as yet undetected.  A parallel
                              4    observation is that while inflammation is
                              5    an essential component of atherogenesis,
                              6    the triggers that initiate and sustain
                              7    the inflammatory process have not been"
                              8    identitively -- "definitively identified.
                              9    One candidate trigger of the inflammatory
                              10   response involved in atherogenesis, and
                              11   therefore a candidate factor that
                              12   contributes to atherosclerosis is
                              13   infection."
```

[151:14] - [152:16]           Stephen Epstein, M.D.

```
                              page 151
                              14          Q.   Focusing on the first
                              15   sentence, Dr. Epstein, is it true that
                              16   one of the reasons you were interested in
                              17   pursuing research along this line was
                              18   that you recognized that there are about
                              19   50 percent of people who have
                              20   atherosclerosis, but who do not have any
                              21   of the traditional risk factors?
                              22          A.   That's correct.
                              23          Q.   What do you mean when you
                              24   say "risk factors"?
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
                              page 152
                              1          A.    Well, as listed in this.
                              2     The traditional risk factors are
                              3     hypertension, smoking, high cholesterol
                              4     and diabetes.
                              5          Q.    Has it been known for some
                              6     time, sir, that hypertension, smoking,
                              7     hypercholesterolemia or high cholesterol
                              8     and diabetes are risk factors for
                              9     atherosclerosis and heart attacks?
                             10          A.    Yes.
                             11          Q.    But for those people who
                             12     don't have those particular risk factors,
                             13     it was your experience that they often
                             14     develop atherosclerosis as well and
                             15     unfortunately have heart attacks?
                             16          A.    That's correct.
```

[152:20] - [153:5]             Stephen Epstein, M.D.

```
                              page 152
                             20          Q.    In other words, you don't
                             21     have to have high cholesterol,
                             22     hypertension, diabetes and smoking in
                             23     order to develop atherosclerosis and then
                             24     have a heart attack or stroke?
                              page 153
                              1          A.    No.   But these risk factors
                              2     just increase the likelihood that you
                              3     will.   But it doesn't -- if you don't
                              4     have them, it doesn't mean you won't have
                              5     the heart attack and stroke.
```

*π Objection:*
*401, 402, 403*
*lacks foundation*

[153:6] - [153:17]             Stephen Epstein, M.D.

```
                              page 153
                              6          Q.    And you were searching as a
                              7     scientist to try to determine maybe
                              8     there's something else out there that we
                              9     don't know about yet, where maybe it's a
                             10     virus that's causing atherosclerosis.
                             11     And if COX-2 inhibition can reduce the
                             12     amount of virus in the body, well, maybe
                             13     that might help prevent the progression
                             14     of atherosclerosis in those people who
                             15     don't have risk factors.
                             16          A.    That's exactly what I
                             17     thought.
```

*π Objection:*
*401, 402, 403*
*lacks foundation*

[155:8] - [156:1]              Stephen Epstein, M.D.

```
                              page 155
                              8          Q.    And then what your
                              9     anticipated results or your prediction
                             10     was, was on Page 10, or 34 at the bottom,
                             11     and you write, under "Anticipated
                             12     Results, we anticipate a lower viral load
                             13     in the Vioxx treated group."
                             14          A.    Correct.
                             15          Q.    So it was your hypothesis
                             16     that going into this study, MF-tricyclic
                             17     was going to reduce the amount of virus
                             18     in the mouse and then, hopefully, reduce
                             19     the amount of atherosclerosis?
                             20          A.    Correct.
                             21          Q.    And then you also had a
                             22     theory about MF-tricyclic's direct effect
                             23     on atherosclerosis apart from this
                             24     antivirus aspect, right?
                              page 156
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                           1           A.      Um-hmm, yes.
```

[156:2] - [157:11]    Stephen Epstein, M.D.

```
page 156
2           Q.      And if you look on Page 35
3      under B3, you say, "To determine whether
4      treatment with Vioxx will inhibit
5      inflammation-induced atherosclerosis
6      progression in atherogenetic-mice (in the
7      absence of infection)."
8                   Is that another way of
9      saying, this is the test you wanted to do
10     to see if Vioxx, or what turned out to be
11     MF-tricyclic, would reduce inflammation
12     in the mice and, therefore, retard or
13     slow down the progression of
14     atherosclerosis?
15          A.      That's correct.
16          Q.      And your anticipation in 35,
17     under "Anticipated Results," was what?
18     Can you read that, please?
19          A.      "We anticipate that Vioxx
20     treatment will reduce the progression of
21     atherosclerotic lesions."
22          Q.      Did you believe that
23     inflammation played a critical role in
24     atherogenesis, sir?
page 157
1           A.      Yes.
2           Q.      So your hope was that, with
3      Vioxx, or MF-tricyclic or COX-2
4      inhibition, you would be able to show in
5      animals that the COX-2 inhibition
6      actually slowed down the progression of
7      atherosclerosis?
8           A.      Correct.
9           Q.      That was your expectation?
10          A.      That was our hypothesis,
11     right.
```

*[handwritten annotation: # objection: Asked + answered]*

[157:12] - [157:18]    Stephen Epstein, M.D.

```
page 157
12          Q.      Was it true back in the time
13     that Vioxx was on the market, let's say
14     in the 2000, 2001 time frame, that you
15     were not alone in thinking that COX-2
16     inhibition could help slow down the
17     progression of atherosclerosis?
18          A.      That's correct.
```

[157:19] - [159:2]    Stephen Epstein, M.D.

```
page 157
19          Q.      Can you tell me a little bit
20     more about that?
21          A.      Well, anyone who is
22     knowledgeable about two facts; one is
23     that inflammation is a critical component
24     of atherosclerosis, which by that time
page 158
1      most physicians interested in
2      atherosclerosis; and, two, that COX-2
3      inhibitors or COX-2 was an important
4      modulator of inflammation and, therefore,
5      if you inhibited inflammation, then the
6      two would naturally seem to go together.
7      If you inhibited inflammation by
8      inhibiting COX-2, there was a reasonably
```