Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                    9   good chance that you might inhibit the
                   10   atherosclerotic process.
                   11       Q.   Based on your research also,
                   12   Dr. Epstein, are you aware that there
                   13   were several articles all the way through
                   14   2004 where doctors and scientists were
                   15   predicting that Vioxx and other COX-2
                   16   inhibitors would be beneficial for the
                   17   heart by reducing atherosclerosis?
                   18       A.   Yes.
                   19       Q.   And scientists like yourself
                   20   had that theory that Vioxx could be
                   21   beneficial for the heart even after Dr.
                   22   FitzGerald, Garrett FitzGerald, published
                   23   his study showing that Vioxx reduced the
                   24   amount of prostacyclin metabolite in the
                   page 159
                   1    urine?
                   2        A.   That's correct.
```

[160:16] - [160:21]    Stephen Epstein, M.D.

```
                   page 160
                   16       Q.   Was it also general
                   17   knowledge, Dr. Epstein, that just because
                   18   you have a reduction in prostacyclin
                   19   metabolite in the urine doesn't mean that
                   20   the reduction of prostacyclin is coming
                   21   from the blood vessel?
```

*[handwritten: π objection: Beyond the scope of Dr. Epstein's article; vague, ambiguous]*

[161:3]    Stephen Epstein, M.D.

```
                   page 161
                   3        A.   True.
```

[161:16] - [161:21]    Stephen Epstein, M.D.

```
                   page 161
                   16       Q.   Is it true, Dr. Epstein,
                   17   that a 60 percent reduction in the
                   18   prostacyclin urinary metabolite does not
                   19   necessarily mean that there's going to be
                   20   anything clinically significant about
                   21   that reduction?
```

*[handwritten: π objection: vague, ambiguous, incomplete hypotheticals]*

[161:24] - [162:1]    Stephen Epstein, M.D.

```
                   page 161
                   24            THE WITNESS:  The way you
                   page 162
                   1   phrased that, I would agree.
```

[162:11] - [162:20]    Stephen Epstein, M.D.

```
                   page 162
                   11       Q.   Are you aware of any study,
                   12   Dr. Epstein, showing that a 60 percent
                   13   reduction in prostacyclin, let's just say
                   14   prostacyclin, in the blood vessel
                   15   actually has any clinical effect on human
                   16   beings?
                   17       A.   I don't know of any study
                   18   that have measured specifically the 60
                   19   percent reduction in prostacyclin in a
                   20   blood vessel wall.
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

[162:21] - [163:2]      Stephen Epstein, M.D.

```
page 162
21            Q.    Can you turn with me,
22     please, sir, to Page 36 of your study and
23     read what you wrote on under "Importance
24     of the Suggested Research."
page 163
1                   I'm going to ask you to read
2      a few sentences?
```

[163:7] - [164:23]      Stephen Epstein, M.D.

```
page 163
7                   Okay.  "Importance of the
8      Suggested Research.  Coronary artery
9      disease results in 500,000 deaths, 1.25
10     million myocardial infarctions, and an
11     economic burden of 46 billion dollars
12     each year.  Currently more than 10
13     million Americans have symptomatic
14     coronary artery disease, and asymptomatic
15     is even more common."
16           Q.    Let me stop you there.
17                 What did you mean when you
18     wrote that there are currently, and this
19     was back in 2000, more than 10 million
20     Americans with symptomatic coronary
21     artery disease, and then you say that
22     there are even more Americans that have
23     asymptomatic disease?
24                 Can you translate that to a
page 164
1      noncardiologist like myself?
2            A.    Well, if you take patients
3      who have had a heart attack or who have
4      one of the most common symptoms of
5      coronary artery disease, and that is
6      angina pectoris, they represent about 10
7      million people in the United States.
8                  However, there are many more
9      individuals, and the exact number is very
10     difficult to get at, but there are
11     certainly an enormous number of
12     individuals who have very early stage
13     atherosclerosis, which is not severe
14     enough to become manifest
15     symptomatically.
16                 So it's sort of a silent
17     disease, but it's there, and could lead
18     to a sudden rupture and heart attack even
19     without preceding symptoms.
20           Q.    Are there many Americans,
21     sir, who have severe coronary artery
22     disease in their arteries and don't have
23     symptoms?
```

π Objection: vague, ambiguous, calls for speculation

[165:2] - [165:18]      Stephen Epstein, M.D.

```
page 165
2                  THE WITNESS:  It's hard to
3            know what you mean by "severe."
4            But a general response is that
5            there are individuals who have
6            surprising severe disease and yet
7            manifest no symptoms.
8      BY MR. GOLDMAN:
9            Q.    Is it also true that many
10     Americans have severe coronary artery
11     disease and don't even know it until they
```

π Objection: calls for speculation

6/21/2006 11:46 AM                                                                     19

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
12   have a heart attack?
13       A.   That's correct.
14       Q.   Is it also true that many
15   Americans, unfortunately, die without
16   ever knowing that they had severe
17   coronary artery disease?
18       A.   That's correct.
```

*[handwritten: π objection: calls for speculation]*

[165:19] - [166:23]    Stephen Epstein, M.D.

```
page 165
19       Q.   Skipping down two sentences,
20   you wrote, "However 50 percent of
21   coronary artery disease patients lack
22   traditional coronary artery disease risk
23   factors," and then you list them.
24   "Evidence now implicates inflammation as
page 166
1    a major contributing factor in
2    atherogenesis, and evidence is becoming
3    compelling that infection constitutes an
4    additional risk factor for coronary
5    artery disease."
6            That's consistent with what
7    you said earlier --
8        A.   That's correct.
9        Q.   -- about the thinking in the
10   scientific community that, putting aside
11   smoking, diabetes, high cholesterol, all
12   the traditional risk factors, now we
13   think that inflammation may play a role
14   in atherosclerosis?
15       A.   Um-hmm.
16       Q.   Right?
17       A.   That's correct.
18       Q.   So the thinking was, if
19   that's true, then COX-2 inhibition, which
20   would reduce the amount of inflammation,
21   would slow down the development of
22   atherosclerosis, right?
23       A.   That's true.
```

*[handwritten: π objection: 403, cumulative evidence, asked + answered]*

[166:24] - [168:12]    Stephen Epstein, M.D.

```
page 166
24       Q.   And then at the last
page 167
1    sentence, "If it in addition
2    demonstrates," and by "it," we're talking
3    about Vioxx, "demonstrates the capacity
4    to reduce atherosclerosis progression,
5    either pathogen related or pathogen
6    independent," I'm going to ask you to
7    explain that, "a strong case can be made
8    of the routine daily administration of
9    Vioxx to all individuals who do have some
10   specific contraindication."
11           Can you --
12       A.   "Who do not have."  That's a
13   typo.  "Who do not have -- "who do not
14   have a specific contraindication" to
15   Vioxx.
16       Q.   By contra --
17       A.   That means that do they have
18   something that you would say they should
19   not take Vioxx for.  So that is an
20   unfortunate typo.
21       Q.   Can you explain what you
22   meant by that last sentence, sir?
23       A.   Yes.  So if -- so since
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                         24   infection -- it has been my belief that
                         page 168
                         1    infection contributes to atherosclerosis
                         2    and one of the mechanisms whereby it
                         3    contributes to atherosclerosis is through
                         4    inducing an inflammatory response.  And
                         5    since even in the absence of viral
                         6    infection, atherosclerosis involves
                         7    inflammation, so my statement here means
                         8    that a drug that blocks COX-2 like Vioxx
                         9    might reduce atherosclerosis, whether
                         10   it's related to infection or whether
                         11   there is no infection present through its
                         12   effects on inflammation.
```

[170:19] - [172:3]      Stephen Epstein, M.D.

```
                         page 170
                         19         Q.   Now, let's talk in a little
                         20   bit more detail about your study, Dr.
                         21   Rott -- Dr. Epstein.  Sorry.  I just
                         22   looked at the first name.
                         23              Directing your attention to
                         24   the study that you were the primary
                         page 171
                         1    author of and that you did with Dr. Rott,
                         2    let's go back and start in a little bit
                         3    more detail concerning the methods that
                         4    you used.
                         5         A.   Okay.
                         6         Q.   Can you tell us what an
                         7    apoE-KO mouse is in as simple terms as
                         8    you can.
                         9         A.   It's usually referred to as
                         10   an apoE knockout mouse.  And that -- the
                         11   gene that is responsible for making a
                         12   protein called apoE is through molecular
                         13   techniques.  Knockout, it's taken out of
                         14   the genome of the mouse.  So it's not
                         15   there and, therefore, apoE is not there,
                         16   which is the protein that the gene
                         17   encodes.  And apoE is involved in the
                         18   transportation of cholesterol to the
                         19   liver, where it's metabolized.
                         20              In the absence of apoE, that
                         21   process is impaired leading to an
                         22   increase in cholesterol in such rabbits,
                         23   and ultimately this leads to the
                         24   development of atherosclerosis.
                         page 172
                         1         Q.   Are these mice considered
                         2    genetically altered mice?
                         3         A.   Correct.
```

[172:4] - [172:18]      Stephen Epstein, M.D.

```
                         page 172
                         4         Q.   And is it a typical type of
                         5    a mouse model to study in this area of
                         6    atherosclerosis because that type of a
                         7    mouse can grow atherosclerotic lesions?
                         8         A.   Correct.
                         9         Q.   And by growing
                         10   atherosclerotic lesions, scientists like
                         11   you can study the lesions and determine
                         12   whether or not they're growing or not as
                         13   a result of a particular medicine?
                         14        A.   Correct.
                         15        Q.   When we talk about
                         16   atherosclerotic lesions, what are we
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                              17    referring to?  Is that plaque?
                              18         A.    Yes.
```

[172:19] - [173:5]        Stephen Epstein, M.D.

```
                          page 172
                          19         Q.    How long did you actually
                          20    conduct the apoE knockout mice study with
                          21    Dr. Rott?  Was that three weeks of --
                          22         A.    So you mean -- the study
                          23    took a long time.
                          24         Q.    Yes.  How long were the mice
                          page 173
                          1     actually analyzed?
                          2          A.    Three weeks.  From the time
                          3     of initiation of MF-tricyclic
                          4     administration to the termination of the
                          5     study was three weeks.
```

[173:16] - [173:20]       Stephen Epstein, M.D.

```
                          page 173
                          16               After you analyzed the
                          17    plaque of these 11-week-old mice, you
                          18    noticed to your surprise that there was
                          19    an increase in early lesion development.
                          20         A.    Correct.
```

[174:13] - [174:24]       Stephen Epstein, M.D.

```
                          page 174
                          13         Q.    Is a three-week-old or an
                          14    11-week-old mouse the same thing as an
                          15    11-week-old human?
                          16         A.    No.
                          17         Q.    Are there differences in
                          18    terms of how you measure the life
                          19    expectancy like there are with dogs, a
                          20    dog's year of life is 17 or so years?
                          21         A.    Yes.  Mice are very old by
                          22    the time they reach two years of age, and
                          23    it's rare for a mouse to go beyond
                          24    two-and-a-half or three years.
```

[175:1] - [175:7]         Stephen Epstein, M.D.

```
                          page 175
                          1          Q.    So how long would you
                          2     estimate three weeks of treatment in a
                          3     mouse translates into treatment in
                          4     humans?
                          5          A.    I wouldn't -- I wouldn't --
                          6     there's no way I could make that
                          7     estimation.
```

π objection: calls for speculation

[175:19] - [176:2]        Stephen Epstein, M.D.

```
                          page 175
                          19         Q.    Would it be improper to say
                          20    that just because you see an effect on
                          21    lesion size with MF-tricyclic after three
                          22    weeks of treatment, that that reflects --
                          23    that even in humans, you would expect to
                          24    see an increase in atherosclerosis in a
                          page 176
                          1     short period of time if you use a COX-2
                          2     inhibitor?
```

π objection: ambiguous

• **Merck's Counter Designations**

[176:5] - [176:11]        Stephen Epstein, M.D.

```
page 176
5                    THE WITNESS:  Yes.  I don't
6           think that the results in this
7           model can be so equivalently
8           transferred to patients.  It
9           raises that as a question, but
10          certainly our study doesn't
11          definitively answer that.
```

*π objection: ambiguous*

[176:13] - [176:16]        Stephen Epstein, M.D.

```
page 176
13          Q.   How high of a dose of
14    MF-tricyclic was used in your study
15    relative to, let's say, a 25 milligram
16    daily dose of Vioxx?
```

[177:8] - [177:10]        Stephen Epstein, M.D.

```
page 177
8           A.   It was several times higher
9     than the usual concentrations of Vioxx
10    that are administered clinically.
```

[177:11] - [178:12]        Stephen Epstein, M.D.

```
page 177
11          Q.   And what is the significance
12    of having a dose that's several times
13    higher used in a mouse model when you're
14    trying to predict whether the effect
15    that's seen in that model will be seen in
16    humans?
17          A.   Well, whenever you undertake
18    a study in a mouse, you first want to
19    demonstrate proof of concept, and you
20    never know what the equivalent dose is in
21    a mouse and a patient.  So to say --
22    because you don't know whether the
23    disease processes are as responsive to a
24    drug in a mouse as in a patient.
page 178
1                So as a first step in any
2     drug-related study, usually you give more
3     than the equivalent dose in patients,
4     because if you see a beneficial effect or
5     if you don't see a bad effect with a very
6     high dose, then you could feel quite
7     comfortable.
8                So usually these studies
9     initially at least are designed so that
10    there is a greater amount of drug
11    administered to a mouse than you would to
12    a human.
```

[179:9] - [179:24]        Stephen Epstein, M.D.

```
page 179
9           Q.   If you turn to Page 1817 of
10    your study, sir, do you remember Mr.
11    Sizemore was asking you to read the very
12    last sentence on Page 1817, where you
13    write, "Thus, any deleterious effects of
14    selective COX-2 inhibitors on the course
15    of atherosclerosis could involve three
16    separate processes," and then you
17    describe those.
18               Do you remember him asking
```