**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
19  you about that?
20       A.    Yes, I do.
21       Q.    Why did you use the word
22  "could"?
23       A.    Because we didn't know
24  whether it does.
```

[180:3] - [181:7]        Stephen Epstein, M.D.

```
page 180
3                I want to ask you a few
4   questions, Dr. Epstein, about other
5   sections of this article that Mr.
6   Sizemore didn't ask you about.
7                On Page 1818, do you see
8   that you wrote, "These concepts, however,
9   must still be considered" hypothesis --
10  "hypotheses to be validated."
11               Let's stop there.  What did
12  you mean when you wrote "these concepts,
13  however, must still be considered
14  hypotheses to be validated"?
15       A.    This was the -- to my
16  knowledge, the first -- excuse me -- the
17  first study demonstrating that a COX-2
18  inhibitor had deleterious effects.
19               Excuse me.
20               And so whenever you have a
21  first observation, especially of
22  something that has such important
23  potential implications, it always has to
24  be validated by another study.
page 181
1        Q.    Why?
2        A.    Because you could get
3   different results.  And the results from
4   any one study could be fortuitously
5   positive or negative.  And so, in
6   science, that's the whole reason that
7   studies have to be duplicated.
```

[182:3] - [182:9]        Stephen Epstein, M.D.

```
page 182
3        Q.    As of the date you published
4   your article, Dr. Epstein, to your
5   knowledge, this was the first study in
6   animals showing any potential harmful
7   effect of a COX-2 inhibitor on
8   atherosclerosis?
9        A.    Correct.
```

[182:10] - [182:15]        Stephen Epstein, M.D.

```
page 182
10       Q.    But even in the face of this
11  new observation, what you're saying in
12  this study is that this observation needs
13  to be validated and can't just be
14  accepted as true?
15       A.    Correct.
```

[183:10] - [184:11]        Stephen Epstein, M.D.

```
page 183
10       Q.    We just talked about the
11  first part of that sentence about how the
12  concepts need to be validated, and then
13  you continue and you write, "as other
```

Issues Report [Stephen Epstein]

**• Merck's Counter Designations**

```
14   data relating to selective COX-2
15   inhibition suggest possible
16   anti-atherogenesis effects (through
17   inhibition of inflammation) and a plaque
18   stabilization effect," and I'm not going
19   to try to read the rest, because I can't
20   understand the words.  And then you cite
21   an article, 35.
22        A.    Um-hmm.
23        Q.    Right?
24        A.    Yes.
page 184
1         Q.    We're going to talk about
2    the article in a minute, but can you
3    explain what you meant in that portion of
4    the sentence?
5         A.    Namely that COX-2 is a very
6    complex molecule with complex actions.
7    And if you just look at the molecular
8    pathways that it modulates, you could
9    hypo -- you could argue that it has
10   anti-atherosclerotic effects or
11   pro-atherosclerotic effects.
```

[184:12] - [184:18]          Stephen Epstein, M.D.

```
page 184
12        Q.    And when you said a plaque
13   stabilization effect, were you saying
14   that there are data out there suggesting
15   that COX-2 inhibitors might actually
16   stabilize plaque and reduce the
17   likelihood of a plaque rupture?
18        A.    The simple answer is yes.
```

[184:19] - [184:21]          Stephen Epstein, M.D.

```
page 184
19        Q.    Let's take a look at what
20   I'll mark as the next exhibit.  This is
21   the article that you cite as 35.  I'll
```

[186:3] - [187:3]            Stephen Epstein, M.D.

```
page 186
3              And it's an article by Dr.
4    Cipollone?  Is that how you pronounce it?
5         A.    Cipollone, I would have
6    thought.
7         Q.    Cipollone.
8         A.    I don't know him.
9         Q.    Do you recognize the journal
10   that this is in?
11        A.    Yes.
12        Q.    What is the name of the
13   journal?
14        A.    Circulation.
15        Q.    Is that a journal that you
16   have served as an editor for?
17        A.    On the editorial board.
18        Q.    For how long did you serve
19   on the editorial board of Circulation?
20        A.    Many years.  I don't
21   remember exactly.
22        Q.    Almost 30?
23        A.    Might be.
24        Q.    Is Circulation one of the
page 187
1    most respected medical journals that
2    cardiologists read?
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
3          A.    Yes.
```

[187:16] - [188:7]          Stephen Epstein, M.D.

```
page 187
16        Q.    You cited this article in
17  your paper, Dr. Epstein, so I assume you
18  read it before?
19        A.    I did.
20        Q.    And you might need to
21  refresh your recollection, feel free to
22  read as much of this as you want, but it
23  appears in the methods and results
24  section of the abstract to be a study
page 188
1   that analyzed actual plaques from 50
2   human beings who underwent a particular
3   surgery and then their plaques were
4   analyzed, right?
5         A.    Correct.
6         Q.    What types of groups were
7   these plaques taken from?
```

[188:8] - [188:23]          Stephen Epstein, M.D.

```
page 188
8         A.    These were patients who were
9   either -- who had no symptoms and
10  patients who had symptoms of ischemia to
11  the brain, and I would have to go over
12  the details as to what specific symptoms,
13  but they -- they were clearly symptomatic
14  and a group of patients in whom stroke
15  had either occurred or was threatening.
16        Q.    So they took plaque from 25
17  people who were symptomatic or who had
18  evidence of actual stroke damage, and 25
19  other people were in a group where their
20  plaques were not symptomatic and they had
21  not experienced any manifestation of a
22  cardiovascular problem?
23        A.    That's correct.
```

[188:24] - [189:9]          Stephen Epstein, M.D.

```
page 188
24        Q.    If you turn with me to Page
page 189
1   924, please, right column, under
2   discussion, second paragraph, it states,
3   "Concomitantly higher expression of
4   COX-2, PGES, MMP-2 and MMP-9 was found in
5   specimens obtained from the 'culprit'
6   carotid lesions of patients with recent
7   transient ischemic attack or stroke
8   compared with specimens obtained from
9   asymptomatic patients."
```

[190:6] - [190:12]          Stephen Epstein, M.D.

```
page 190
6         Q.    Is that another way of
7   saying that the plaque that was analyzed
8   from those patients that had symptomatic
9   disease contained more COX-2 enzyme than
10  the plaque that was analyzed from people
11  who did not have symptomatic disease?
12        A.    That's correct.
```

Issues Report [Stephen Epstein]

**• Merck's Counter Designations**

[190:22] - [191:6]          Stephen Epstein, M.D.

```
page 190
22                    Turning to 926, please, sir.
23  In the right column, first full
24  paragraph, it states, "In conclusion,
page 191
1   this study addresses the missing link
2   between COX-2 overexpression and plaque
3   instability by demonstrating the high
4   prevalence of the functionally coupled
5   COX-2/PGES in human atherosclerotic
6   lesions."
```

[191:19] - [191:24]          Stephen Epstein, M.D.

```
page 191
19          Q.    Is it true, Dr. Epstein,
20  that what this is saying is that there is
21  more COX-2 enzyme present and more plaque
22  instability in those patients who have
23  symptomatic disease?
24          A.    Correct.
```

[192:1] - [193:8]          Stephen Epstein, M.D.

```
page 192
1           Q.    If you read the last
2   sentence of the paragraph, "From a
3   practical standpoint, these findings
4   raise the possibility that the selective
5   COX-2 inhibitors now currently available
6   for" current use -- sorry -- "for
7   clinical use or future PGES inhibitors
8   might provide a novel form of therapy for
9   plaque stabilization of patients with
10  atherosclerotic disease and prevention of
11  acute ischemic syndromes."
12          Can you explain what that
13  means in terms that I might understand?
14          A.    So this is -- as I say, it's
15  an observational study, and it really
16  doesn't prove anything.  It raises
17  interesting possibilities.  So you see
18  more COX-2 protein and you see more of
19  this enzyme, prostaglandin E synthase
20  PGES, in the symptomatic plaques.
21              Now, the simple -- and then
22  they also show separately in the study
23  that PGE2 causes inflammatory cells to
24  secrete an enzyme, MMP-9, that can
page 193
1   degrade fibrotic tissue.
2              And if you just put all of
3   that together, one conclusion is that
4   that could lead, by developing this
5   MMP-9, which degrades -- causes the
6   dissolution of fibrotic tissue, that
7   could lead to the instability of the
8   plaque.
```

[193:11] - [193:16]          Stephen Epstein, M.D.

```
page 193
11              Is that another way of
12  saying that COX-2 inhibitors -- if this
13  phenomenon is true that was observed in
14  this study, COX-2 inhibitors would
15  stabilize plaque and make plaque less
16  likely to rupture in human beings?
```

**Issues Report [Stephen Epstein]**

**• Merck's Counter Designations**

[193:22] · [194:7]        Stephen Epstein, M.D.

```
page 193
22              THE WITNESS:  So, you know,
23      one explanation is as you've put
24      it.  The other, as a scientist,
page 194
1       plaque stabilization is very, very
2       complex, and there are multiple
3       factors involved.  And this could
4       be one that leads to
5       stabilization.  But other things
6       could be going on that could lead
7       to instability.
```

[194:9] - [194:19]        Stephen Epstein, M.D.

```
page 194
9       Q.    So this is a study that
10      doesn't prove that COX-2 inhibitors
11      stabilize plaque, but it's evidence in
12      the scientific literature that suggests
13      that COX-2 inhibitors might actually be
14      beneficial in terms of atherosclerosis?
15              A.    Yes.  What the author states
16      is correct.  These findings raise the
17      possibility, might provide a novel form.
18      So I think that they were appropriately
19      cautious.
```

[194:22] - [195:9]        Stephen Epstein, M.D.

```
page 194
22              Q.    If you look back at your
23      study now, Dr. Epstein, Page 1818, after
24      you cite the Cipollone article, in the
page 195
1       left column --
2               A.    1818, I got it, yes.
3               Q.    -- you say, "Moreover, our
4       results may be model-, therapy duration-,
5       and drug-specific."
6               Let's stop there.
7               What do you mean when you
8       say the results in your study might be
9       model specific?
```

[195:10] - [195:24]        Stephen Epstein, M.D.

```
page 195
10              A.    Well, as we've talked all
11      along, the mouse provides important clues
12      and important evidence of concepts, but
13      it doesn't provide proof.  And it's
14      conceivable that what we find in a given
15      mouse model might not be applicable to
16      patients.
17              Q.    Is it also true that what
18      you find in one particular mouse model
19      may not be found in another type of mouse
20      model?
21              A.    That's correct.
22              Q.    Or a different type of
23      animal model?
24              A.    That's correct.
```

[196:1] · [196:6]        Stephen Epstein, M.D.

```
page 196
1               Q.    What do you mean by our
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
 2    results may be therapy duration specific?
 3        A.    Well, if you give a drug for
 4    a day or if you give it for a year, the
 5    effects may be very different, and
 6    everything in between.
```

[196:18] - [197:2]          Stephen Epstein, M.D.

*π objection: calls for speculation*

```
page 196
18        Q.    Dr. Epstein, when you say
19    that your results may be therapy duration
20    specific, is one possibility that if you
21    had conducted your study for longer than
22    three weeks, you may have seen that the
23    size of the atherosclerotic lesions
24    involving MF-tricyclic either was not
page 197
 1    changed or was, in fact, reduced by
 2    MF-tricyclic?
```

[197:8] - [197:10]          Stephen Epstein, M.D.

```
page 197
 8            THE WITNESS:  Any -- I mean,
 9        it's speculation, and anything
10        might be possible.
```

[197:12] - [197:21]          Stephen Epstein, M.D.

```
page 197
12        Q.    Are you aware of other mice
13    studies that did study the effect of
14    MF-tricyclic and Vioxx and other COX-2
15    inhibitors for a longer period of time
16    than your study and found either that
17    there was no effect on the size of the
18    atherosclerotic plaque or that the COX-2
19    inhibitor actually reduced the size of
20    the plaque?
21        A.    Yes.
```

[197:22] - [198:5]          Stephen Epstein, M.D.

```
page 197
22        Q.    I think your statement about
23    our results may be drug specific is
24    self-explanatory.
page 198
 1            I assume that means that
 2    what you see with MF-tricyclic may not be
 3    seen with Celebrex or Vioxx or another
 4    molecule?
 5        A.    That's correct.
```

[198:9] - [199:19]          Stephen Epstein, M.D.

```
page 198
 9        Q.    And then you talk about a
10    Practico -- Pratico article.  "For
11    example, Pratico," which is cited as 33,
12    "used a low-density lipoprotein receptor
13    knockout mouse" -- is that a different
14    type of a mouse than the apoE?
15        A.    Yes.  It results in high
16    cholesterol, but it's a different way of
17    getting there.
18        Q.    And in that study, "the
19    selective COX-2 inhibitor," is it
20    nimesulide?
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
              21        A.      I think that's how you
              22  pronounce it, yes.
              23        Q.      So the COX-2 inhibitor was
              24  nimesulide "and sacrificed mice at 26
            page 199
              1   weeks of age compared with our 11 weeks
              2   of age."
              3             So in the Pratico study, are
              4   you pointing out here that the study
              5   lasted longer than your study did?
              6        A.      And it's -- a different drug
              7   was used.
              8        Q.      And it's a different mouse
              9   model?
              10       A.      And it's a different mouse
              11  model.
              12       Q.      And in Pratico, you wrote,
              13  "they found the COX-2 inhibitor exerted
              14  no effect on the rate of atherogenesis."
              15       A.      I did.
              16       Q.      What does that mean?
              17       A.      That the inhibitor, the
              18  COX-2 inhibitor, did not exert any effect
              19  on the development of atherosclerosis.
```

[200:13] · [200:14]     Stephen Epstein, M.D.

```
            page 200
              13       Q.      Let me hand you what I'll
              14  mark as Exhibit 17.  This is the study --
```

[201:3] · [201:16]     Stephen Epstein, M.D.

```
            page 201
              3             Is this the article, Dr.
              4   Epstein, that you cite in your study with
              5   Dr. Rott?
              6        A.      It is.
              7        Q.      And in the authors' section,
              8   it says, Domenico Pratico, and then all
              9   the way at the end, whose name is listed?
              10       A.      Dr. FitzGerald.
              11       Q.      And that's the same Dr.
              12  FitzGerald who identified in his study
              13  the reduction of prostacyclin metabolite
              14  in the urine, right?
              15       A.      I haven't read that, but I'm
              16  assuming that's correct.
```

π objection: calls for
speculation

[201:17] - [202:12]     Stephen Epstein, M.D.

```
            page 201
              17       Q.      Let me start by asking you
              18  to turn to Figure 5, which is on Page
              19  3361.  Are you there?
              20       A.      Yes.  I'm sorry, I am.
              21       Q.      Can you just hold that up
              22  for the jury just to point out what we're
              23  looking at?  We're going to have it on
              24  the screen hopefully.
            page 202
              1        A.      (Witness complies with
              2   counsel's request.)
              3        Q.      Thank you.
              4             Can you describe what this
              5   graph shows?  There's three different
              6   bars, placebo, indomethacin, which is a
              7   traditional nonselective COX --
              8   nonselective NSAID and nimesulide which
              9   is a COX-2 inhibitor.  And then on the Y
```