### Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
10   axis, aortic lesion area.
11          Can you describe, please,
12   what this graph shows?
```

[202:13] - [203:6]          Stephen Epstein, M.D.

```
page 202
13          A.    It shows that the
14   nonspecific COX inhibitor, indomethacin,
15   which blocks both COX-1 and COX-2,
16   results over the course of the 18 weeks
17   of therapy, I think -- results in a
18   decrease in aortic atherosclerotic lesion
19   area, whereas nimesulide had no
20   significant effect.
21          Q.    If you just look at the bars
22   alone, putting aside statistical
23   significance --
24          A.    I don't do that.
page 203
1           Q.    We'll talk about that -- why
2    don't you put aside statistical
3    significance?
4           A.    Because the only way to know
5    whether they're two different events is
6    to apply statistics to it.
```

[203:7] - [203:11]          Stephen Epstein, M.D.

```
page 203
7           Q.    Would you think that it
8    would be improper for a scientist to take
9    results of a study and say that there was
10   a difference between two drugs if the
11   result was not statistically significant?
```

*#Objection:*
*- Calls for speculation*
*- incomplete hypothetical*

[203:17] - [203:18]          Stephen Epstein, M.D.

```
page 203
17                THE WITNESS:  It would be
18          improper.
```

[203:20] - [204:23]          Stephen Epstein, M.D.

```
page 203
20          Q.    If you look at the graph
21   here, the placebo bar raises up to a
22   little bit over eight percent, right?
23          A.    Right.
24          Q.    And then indomethacin, which
page 204
1    is a non-selective inhibitor, that shows
2    a reduction in lesion size to under four
3    percent, correct?
4           A.    That's correct.
5           Q.    And if you look at the COX-2
6    inhibitor, nimesulide, there is a
7    reduction compared to placebo to the
8    point where nimesulide is about six
9    percent.
10                Do you see that?
11          A.    I do.
12          Q.    Would it be fair to say,
13   because there is a reduction there seen
14   in a graph like that, that there is
15   actually a difference and a benefit that
16   you get from the COX-2 inhibitor in terms
17   of effect on lesion size?
18          A.    No.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                    19      Q.     Why not?
                    20      A.     It's not statistically
                    21  significant and, therefore, it could be
                    22  due to chance alone.  And this is what
                    23  Dr. FitzGerald correctly points out.
```

[204:24] - [205:24]        Stephen Epstein, M.D.

```
                    page 204
                    24      Q.     Now, this particular study
                    page 205
                    1   was written March 13th of 2001, and I'll
                    2   represent to you that that was after the
                    3   VIGOR study came out.   Okay?
                    4       A.     Um-hmm.
                    5       Q.     And let's take a look at
                    6   what Dr. FitzGerald says back at the time
                    7   about this study on atherosclerosis.
                    8       A.     The VIGOR study or --
                    9       Q.     No, his study here.
                    10      A.     Okay.
                    11      Q.     In the abstract, start
                    12  there, can you read the second to last
                    13  sentence.
                    14      A.     "Accelerated progression of
                    15  atherosclerosis is unlikely during
                    16  chronic intake of specific COX-2
                    17  inhibitors."
                    18      Q.     Is Dr. FitzGerald saying
                    19  there that based on this particular
                    20  study, he believes that if you take COX-2
                    21  inhibitors chronically, that it is
                    22  unlikely that they will affect the
                    23  progression of atherosclerosis?
                    24      A.     That's correct.
```

[206:20] - [207:1]        Stephen Epstein, M.D.

```
                    page 206
                    20      Q.     Why did you decide to
                    21  include this particular citation in your
                    22  article?
                    23      A.     I wanted to quote as many of
                    24  the articles that I knew of that either
                    page 207
                    1   supported or did not support our study.
```

[207:17] - [208:6]        Stephen Epstein, M.D.

```
                    page 207
                    17      Q.     When you're doing a
                    18  scientific analysis, Dr. Epstein, is it
                    19  important to consider all of the relevant
                    20  scientific literature on a particular
                    21  topic?
                    22      A.     Yes.
                    23      Q.     Would it be improper to
                    24  simply identify one study, like the one
                    page 208
                    1   that you did with Dr. Rott, or one
                    2   particular clinical study and say, based
                    3   on that study, there is a cause and
                    4   effect relationship between a drug and a
                    5   side effect?
                    6       A.     It would be improper.
```

[208:7] - [208:15]        Stephen Epstein, M.D.

```
                    page 208
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
 7        Q.     Why?
 8        A.     Because science is -- is a
 9  difficult -- it's difficult and the
10  results depend on multiple variables.
11  And it may very well be that a specific
12  outcome using one approach may be very
13  different from a specific outcome using a
14  different approach, whether that relates
15  to animal studies or human trials.
```

[212:6] - [213:5]          Stephen Epstein, M.D.

```
page 212
 6        Q.     If you turn, Dr. Epstein,
 7  back to Page 1816 and focus your
 8  attention on the right column middle of
 9  the first full paragraph, do you see
10  where you wrote, "It should be noted that
11  lesions in this particular model, in
12  which apoE knockout mice were sacrificed
13  at only 11 weeks of age and after only 3
14  weeks on the selective COX-2 inhibitor,
15  were very early lesions.  Therefore, our
16  results are probably more relevant to
17  lesion initiation."
18        A.     Yes.
19        Q.     Can you explain that, sir?
20        A.     Well, what we studied was
21  very early development of atherosclerosis
22  lesions.  So given that that's what we
23  investigated, we can't say from our study
24  what would happen over the longer term.
page 213
 1  What we can say is over the relatively
 2  short-term, the results seen in our
 3  particular model raise some concern about
 4  whether these drugs can influence the
 5  early development of atherosclerosis.
```

[213:6] - [213:12]          Stephen Epstein, M.D.

```
page 213
 6        Q.     Is it fair to say, Dr.
 7  Epstein, that the findings of your study,
 8  while they may be relevant to mice in the
 9  early stages of atherosclerosis, may not
10  be relevant when you're talking about
11  advanced atherosclerosis?
12        A.     That's absolutely true.
```

[213:16] - [213:24]          Stephen Epstein, M.D.

```
page 213
16               Just because in your study,
17  there was a finding in mice after three
18  weeks of dosing that MF-tricyclic
19  increased the size of the atherosclerotic
20  plaque doesn't mean that MF-tricyclic or
21  any other COX-2 inhibitor for that matter
22  necessarily accelerates the progression
23  of existing atherosclerosis?
24        A.     That's correct.
```

[214:1] - [214:6]          Stephen Epstein, M.D.

```
page 214
 1               Q.     Nor, do the findings in your
 2  study mean that MF-tricyclic, or any
 3  other COX-2 inhibitor for that matter,
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
                    4     increased the likelihood of plaque
                    5     rupture at that stage of atherosclerosis,
                    6     true?
```

[214:9] - [214:11]          Stephen Epstein, M.D.

```
                    page 214
                    9            THE WITNESS:  This study
                    10        does not investigate that
                    11        particular point.
```

[216:6] - [216:10]          Stephen Epstein, M.D.

```
                    page 216
                    6          Q.   You didn't suggest in this
                    7     paper at all that because of your
                    8     results, Vioxx should be removed from the
                    9     market, did you?
                    10         A.   Correct.
```

[216:22] - [217:10]         Stephen Epstein, M.D.

```
                    page 216
                    22         Q.   Did you and your co-authors,
                    23    Dr. Epstein, make the decision on your
                    24    own that you felt it was important to
                    page 217
                    1     provide a balanced presentation of the
                    2     results of your study, or is that
                    3     something that Merck insisted you do?
                    4          A.    This is what we -- we had
                    5     decided -- we didn't decide -- this is
                    6     what I always do.  I mean, I try to
                    7     present as balanced a picture as
                    8     possible.  Merck wanted us to do that,
                    9     obviously.  And this was something that I
                    10    completely agreed with.
```

[218:10] · [218:16]         Stephen Epstein, M.D.

```
                    page 218
                    10           You also mentioned that Dr.
                    11    Rodger requested that you refer to
                    12    MF-tricyclic in the title of your paper?
                    13         A.   Right.
                    14         Q.   Did you feel that was a
                    15    reasonable request?                  ──┐→ incomplete answer
                    16         A.   Yes.  I think, as I recall,  ─┘
```

[219:13] - [220:2]          Stephen Epstein, M.D.

```
                    page 219
                    13         Q.   Is this an example of an
                    14    instance where Merck made a suggestion to
                    15    you about referring here to just
                    16    MF-tricyclic, but you decided that you
                    17    think the proper way to write the paper
                    18    and describe it is to include
                    19    MF-tricyclic and a reference to COX-2
                    20    inhibitor?
                    21         A.   That's right.
                    22         Q.   Ultimately, it was your
                    23    decision and the decision of your
                    24    co-authors about exactly how you were
                    page 220
                    1     going to write this paper.  True?
                    2          A.   True.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

[220:3] - [220:23]        Stephen Epstein, M.D.

```
page 220
3          Q.    When you referenced that the
4     doses given to the mice resulted in blood
5     levels that were at least four times
6     higher than those seen in patients
7     receiving the usual clinical dose of
8     Vioxx, why did you decide to include that
9     language?
10         A.    Because, once again, we
11    wanted to make sure that everyone was
12    aware that the doses we were using
13    resulted in higher than usual doses as
14    achieved in patients.
15         Q.    Why is it important for
16    patients or the medical community to have
17    that understanding?
18         A.    Because it may very well be
19    that in the doses that are used
20    clinically, which are -- result in lower
21    concentrations of Vioxx, that it might
22    not have the same effects as higher
23    doses.
```

[220:24] - [222:1]        Stephen Epstein, M.D.

```
page 220
24         Q.    The last paragraph, sir, of
page 221
1     your article, you wrote, "Because of the
2     importance of the implications of the
3     conclusions deriving from our
4     investigation, and because of the
5     intrinsic limitations of an animal model
6     outlined above, the conclusions must be
7     regarded as tentative and hypothesis
8     generating."
9               Can you describe what you
10    mean by "tentative and hypothesis
11    generating"?
12         A.    The conclusions are
13    definitive for the particular model and
14    the particular experimental conditions
15    that we used.  However, the more generic
16    conclusions, that is, that this might
17    apply to all COX-2 inhibitors, has to be
18    considered still a hypothesis to be
19    tested.
20              So our results essentially
21    generated a new hypothesis, that
22    hypothesis being that COX-2 inhibitors
23    can result in a worsening of
24    atherosclerosis.  So it developed a new
page 222
1     -- our findings created a new hypothesis.
```

[223:15] - [224:2]        Stephen Epstein, M.D.

```
page 223
15         Q.    Would it be improper, Dr.
16    Epstein, to only take the results of your
17    study and say, this study proves that
18    Vioxx causes an acceleration of
19    atherosclerosis in human beings?
20         A.    It would be improper.
21         Q.    Would it also be improper to
22    hold up your study and say, this proves
23    that Vioxx and other COX-2 inhibitors
24    increase the likelihood of plaque
```

• **Merck's Counter Designations**

```
                    page 224
                    1   rupture?
                    2        A.    It would be improper.
```

[226:7] - [226:23]        Stephen Epstein, M.D.

```
                    page 226
                    7        Q.    Based on your research, Dr.
                    8   Epstein, have you found any animal
                    9   studies showing that Vioxx worsened
                    10  atherosclerosis?
                    11       A.    No.
                    12       Q.    Have you found in your
                    13  investigation, Dr. Epstein, that at least
                    14  one study in mice showed that Vioxx
                    15  actually reduced the size of
                    16  atherosclerotic lesions?
                    17       A.    I just want to confirm, was
                    18  that the Oates, John Oates' study?
                    19       Q.    I refer to it as Burley.
                    20       A.    Burley, right.  Okay.  John
                    21  was just a mentor of mine way back.  So I
                    22  remember his name.
                    23             Yes, the answer then is yes.
```

[227:17] - [227:22]        Stephen Epstein, M.D.

```
                    page 227
                    17       Q.    Based on your research, Dr.
                    18  Epstein, is it true that every mouse
                    19  study that has been done with
                    20  MF-tricyclic, other than yours, has shown
                    21  no effect on the atherosclerotic process?
                    22       A.    Correct.
```

[227:23] - [228:6]         Stephen Epstein, M.D.

```
                    page 227
                    23       Q.    Is it true, Dr. Epstein,
                    24  that every mouse study using COX-2
                    page 228
                    1   inhibitors like Celebrex, nimesulide,
                    2   NS-398, SC-236, either show no effect on
                    3   atherosclerosis or a decrease in lesion
                    4   size?
                    5        A.    Under the conditions
                    6   studied, the answer is yes.
```

[228:21] - [229:15]        Stephen Epstein, M.D.

```
                    page 228
                    21       Q.    If we're focusing on the
                    22  potential effect of COX-2 inhibitors on
                    23  atherosclerosis, you believe that your
                    24  study raised a yellow flag in that
                    page 229
                    1   regard?
                    2        A.    Correct.
                    3        Q.    Do you also agree, Dr.
                    4   Epstein, that the other studies, like the
                    5   one that you referenced concerning Vioxx
                    6   showing a decrease in atherosclerosis,
                    7   did not raise a yellow flag?
                    8        A.    That's correct.
                    9        Q.    The other mouse studies that
                    10  were done with MF-tricyclic, other than
                    11  yours, where there was no effect shown on
                    12  atherosclerosis or a decrease in
                    13  atherosclerosis, those weren't yellow
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                    14  flags either, true?
                    15       A.    Right.  True.
```

[230:3] - [230:11]      Stephen Epstein, M.D.

```
                    page 230
                    3        Q.    Do you agree, Dr. Epstein,
                    4   that the other mouse studies using COX-2
                    5   inhibitors like Celebrex, nimesulide,
                    6   NS-398, SC-236, that showed no effect on
                    7   atherosclerosis, that those wouldn't be a
                    8   yellow flag?
                    9        A.    Correct.
                    10       Q.    Correct?
                    11       A.    I will agree, yes.  Correct.
```

[231:8] - [231:14]      Stephen Epstein, M.D.

```
                    page 231
                    8             So, in other words, it would
                    9   be inappropriate for Merck to take only
                    10  the studies that showed a beneficial
                    11  effect or no effect and conclude
                    12  definitively that there's a beneficial
                    13  effect of Vioxx on atherosclerosis?
                    14       A.    That's true.
```

[231:15] - [231:19]     Stephen Epstein, M.D.

```
                    page 231
                    15       Q.    You talked with Mr. Sizemore
                    16  briefly about the Egan study.  Do you
                    17  remember that?
                    18       A.    Yes.
                    19       Q.    Let me show you that.  I'll
```

[232:5] - [232:14]      Stephen Epstein, M.D.

```
                    page 232
                    5        Q.    This is a study that is also
                    6   published in Circulation, and it's titled
                    7   "Cyclooxygenase, Thromboxane and
                    8   Atherosclerosis."  And this is the study
                    9   that includes Dr. FitzGerald as an
                    10  author, right?
                    11       A.    That's correct.
                    12       Q.    Did this study test
                    13  MF-tricyclic as one of the drugs?
                    14       A.    That's correct.
```

[234:21] - [235:23]     Stephen Epstein, M.D.

```
                    page 234
                    21            If you look at the
                    22  conclusion on the first page --
                    23       A.    In the abstract?
                    24       Q.    -- in the abstract, second
                    page 235
                    1   sentence says, "Despite early
                    2   intervention, selective inhibition of
                    3   COX-2 alone or in combination with a TP
                    4   antagonist" -- and remind us what that is
                    5   again.
                    6        A.    Thromboxane A2, like any
                    7   protein, acts by combining with a
                    8   receptor on a cell surface.  TP is the
                    9   thromboxane A2 receptor, so by giving an
                    10  antagonist, it blocks the effects of
                    11  thromboxane A2.
```