Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
12        Q.    Are TP antagonists actually
13   approved?
14        A.    I don't know the answer to
15   that.
16        Q.    So the statement says,
17   "selective inhibition of COX-2, alone or
18   in combination with a TP antagonist,
19   failed to modify disease progression but
20   may undermine plaque stability when
21   combined with the antagonist."
22             Do you see that?
23        A.    Yes.
```

*π objection: calls for speculation* (lines 12–15)

[235:24] - [236:21]   Stephen Epstein, M.D.

```
page 235
24        Q.    Is that saying that COX-2
page 236
1    inhibition with MF-tricyclic alone may
2    undermine plaque stability?
3         A.    No.
4         Q.    What is it saying?
5         A.    It's saying -- it's saying
6    that in the presence of this inhibitor of
7    thromboxane A2, in combination with that,
8    then plaque stability may be compromised,
9    but only in this particular study when
10   combined with a TP antagonist.
11        Q.    In other words, if you give
12   a mouse MF-tricyclic and a TP antagonist,
13   you might see an increase in
14   atherosclerosis or -- I'm sorry, in
15   plaque instability?
16        A.    Correct.
17        Q.    But if you give the mouse
18   just the COX-2 inhibitor, MF-tricyclic,
19   this study found that you didn't affect
20   the stability of plaque?
21        A.    That's correct.
```

[237:4] - [237:8]   Stephen Epstein, M.D.

```
page 237
4         Q.    Are you aware, Dr. Epstein,
5    of any studies that have shown that Vioxx
6    has increased the development of
7    atherosclerotic lesions in human beings?
8         A.    No.
```

[239:6] - [239:10]   Stephen Epstein, M.D.

```
page 239
6         Q.    But I want to just be clear
7    about the APPROVe study.  I'm trying to
8    talk about --
9         A.    May I say, I've not read the
10   APPROVe study.
```

*π objection: vague, ambiguous*

[241:5] - [241:7]   Stephen Epstein, M.D.

```
page 241
5         Q.    And that's true whether or
6    not you're taking Vioxx?
7         A.    Correct.
```

*π objection: vague, ambiguous*

[242:16] - [242:23]   Stephen Epstein, M.D.

```
page 242
16        Q.    Was your previous testimony
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
17   about plaque rupture and about what
18   occurred in APPROVe based on your review
19   of the APPROVe study?
20        A.    It was not, no.  I did not
21   review the study.  It was based on what I
22   had heard secondhand about the results of
23   the APPROVe study.
```

[243:7] - [243:8]   Stephen Epstein, M.D.

```
page 243
7                 THE WITNESS:  That's
8        correct.
```

[243:19] - [244:19]   Stephen Epstein, M.D.

```
page 243
19        Q.    Dr. Epstein, when you came
20   to Merck presenting your results of your
21   study with Dr. Rott, did anybody from
22   Merck ever tell you not to publish your
23   results?
24        A.    Oh, no.
page 244
1         Q.    Did anybody from Merck ever
2    tell you not to do your study?
3         A.    No.
4         Q.    Did anybody from Merck ever
5    try to tell you to change the substance
6    of your findings?
7         A.    No.
8         Q.    Did anybody from Merck ever
9    try to downplay the significance of your
10   findings with some press release or some
11   other action?
12        A.    No.
13        Q.    Do you feel that Merck ever
14   tried to retaliate against you or be
15   aggressive toward you or do anything
16   inappropriate toward you or your
17   colleagues because of the study that you
18   did and published?
19        A.    No.
```

[244:20] - [245:14]   Stephen Epstein, M.D.

```
page 244
20        Q.    In fact, a month after you
21   submitted your first draft of the study
22   to Merck, were you invited to be one of
23   the consultants in Philadelphia to
24   discuss the cardiovascular outcomes
page 245
1    study?
2         A.    That's correct.
3         Q.    That's a meeting that you
4    attended?
5         A.    Yes.
6         Q.    Merck obviously thought
7    highly of you and said so in internal
8    documents and invited you to Philadelphia
9    to engage in this discussion about the
10   outcomes study?
11        A.    That's correct.
12        Q.    Were there other respected
13   scientists there as well?
14        A.    Yes.
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

[246:16] - [247:6]          Stephen Epstein, M.D.                    — # objection:
                                                                           leading
```
page 246
16          Q.     And the purpose of the
17    meeting that you attended was to sort of
18    brainstorm with Merck on the best way to
19    try to design a study to focus on a
20    possible CV outcomes study?
21          A.     I think it was twofold.  It
22    was, one, to evaluate the data that were
23    currently available relating to the
24    potential cardiovascular risks and then,
page 247
1     two, to design a study to examine that
2     possibility.
3           Q.     And Merck welcomed the input
4     of you and other scientists in that
5     regard?
6           A.     Yes.
```

[247:7] - [248:16]          Stephen Epstein, M.D.

```
page 247
7           Q.     Mr. Sizemore also asked you
8     about the board of scientific advisers.
9     And I'm going to need to spend a little
10    bit of time on this.
11          A.     Okay.
12          Q.     Mr. Sizemore said to you or
13    asked you this question.  Did Dr. Rodger
14    or anyone at Merck inform you that the
15    board of scientific advisers,
16    approximately two years before your
17    study, that they had indicated, the board
18    of scientific advisers had indicated that
19    inhibition of COX-2 in a human being
20    could, number one, lead to atherogenesis
21    and, number two, cause plaque
22    destabilization and rupture?  Do you
23    remember Mr. Sizemore asking you about
24    that?
page 248
1           A.     I do.
2           Q.     Did he also ask you whether
3     Dr. Rodger or any other doctor at Merck
4     ever indicated to you that these
5     potential deleterious effects of COX-2
6     inhibition had been brought to Merck's
7     attention two years before your study by
8     a board of scientific advisers?
9           A.     I had never heard that until
10    just now.
11          Q.     But that's what Mr. Sizemore
12    was talking to you about, right?
13          A.     Right.
14          Q.     And you, of course, said no,
15    nobody ever told you that?
16          A.     Right.
```

[249:4] - [249:9]          Stephen Epstein, M.D.                    — # objection:
                                                                           calls for speculation
```
page 249
4           Q.     Could it be, Dr. Epstein,
5     that nobody told you that the board of
6     scientific advisers felt that Vioxx could
7     lead to atherosclerosis or cause plaque
8     destabilization, because that's not what
9     the board of scientific advisers said?
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

[249:12] - [249:13]   Stephen Epstein, M.D.

```
page 249
12                THE WITNESS:   That's
13         certainly possible.
```

π objection = calls for speculation

[249:15] - [249:19]   Stephen Epstein, M.D.

```
page 249
15         Q.    Let me show you, and you
16    actually, I think, have it in front of
17    you, or I can just give you another copy,
18    it's Exhibit 2.  Do you have it there?
19         A.    Yes, I do.
```

[251:23] - [252:10]   Stephen Epstein, M.D.

```
page 251
23         Q.    Do you see, Dr. Epstein, on
24    Page 11 that this document starts by
page 252
1     saying, "The Board addressed the
2     potential for either benefits or adverse
3     consequences of selective inhibition of
4     COX-2 on coronary heart disease."
5          A.    I see that.
6          Q.    Does that suggest to you
7     that what the board is about to talk
8     about are either potential benefits or
9     potential adverse effects of Vioxx?
10         A.    Either one.
```

[253:1] - [253:19]   Stephen Epstein, M.D.

```
page 253
1          Q.    "The possible effects of
2     COX-2 inhibition on three separate
3     components of the process leading to
4     coronary ischemic events were considered.
5     These are," and then it lists three
6     items.
7                "The development of
8     lipid-rich coronary plaques."
9                Right?
10         A.    Right.
11         Q.    "The destabilization of the
12    cap of these plaques by inflammatory
13    cells, making them 'rupture prone.'"
14               Right?
15         A.    Right.
16         Q.    And then a third one having
17    to do with "thrombotic occlusion of the
18    vessel."
19         A.    Right.
```

[253:20] - [254:7]   Stephen Epstein, M.D.

```
page 253
20         Q.    I know you haven't seen this
21    document before, but do you understand
22    that the board is suggesting that it may
23    be that Vioxx actually benefits, because
24    of its anti-inflammatory properties, the
page 254
1     stabilization of plaque and slow down the
2     progression of atherosclerosis?
3          A.    Um-hmm.
4          Q.    Yes?
5          A.    Yes.  It raises the precise
6     questions that led to the funding of our
```

π objection
- calls for speculation
- hearsay
- lacks foundation. he has not seen document prior to deposition

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
               7    study.
```

[254:8] - [255:3]       Stephen Epstein, M.D.

```
page 254
8          Q.    Do you see that in the
9     middle of the development of lipid-rich
10    plaques, it says, "There is a growing
11    body of evidence indicating that
12    inflammatory disease is a risk factor for
13    myocardial infarction, and such
14    inflammatory processes almost certainly
15    are accompanied by the release of," is it
16    "cytokines" --
17         A.    Yes.
18         Q.    -- "that affect cells in
19    the," and it continues.  Okay?
20         A.    Right.
21         Q.    So that portion of the
22    document is consistent with what you've
23    said before, that COX-2 inhibition, by
24    reducing inflammation, could slow down
page 255
1     the progression of atherosclerosis,
2     correct?
3          A.    Um-hmm, correct.
```

[255:9] - [255:21]      Stephen Epstein, M.D.

```
page 255
9          Q.    "Accordingly, it is
10    appropriate to ask whether COX-2
11    expression in monoctye-macrophage-foam
12    cell development regulates the
13    progression of the atherosclerosis that
14    accompanies dyslipidemia, either
15    positively or negatively?"
16               Do you see that?
17         A.    Yes.
18         Q.    "If this were the case, then
19    inhibition of COX-2 might be expected to
20    alter the process of plaque formation."
21         A.    Right.
```

[255:24] - [256:7]      Stephen Epstein, M.D.

```
page 255
24               In other words, the board of
page 256
1     scientific advisers, like you and many
2     other scientists, were suggesting that
3     it's quite possible that Vioxx, as a
4     COX-2 inhibitor, could have a beneficial
5     effect on atherosclerosis.
6                True?
7          A.    True.
```

[256:16] - [257:13]     Stephen Epstein, M.D.

```
page 256
16               On Page 12, what does the
17    first section say at the top?
18         A.    "Destabilization of the Cap
19    of an Atheromatous Plaque."
20         Q.    And then it continues by
21    saying, "Recent evidence indicates that
22    inflammatory cells are present in the
23    region of the thinned-out cap that covers --
24         A.    "Atheromatous plaques."
```

*Handwritten annotation:* π objection: calls for speculation / Hearsay / Lacks foundation - he has not seen document prior to deposition

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
              page 257
              1         Q.    -- "atheromatous plaques,
              2     and it is thought that these inflammatory
              3     cells contribute to thinning the plaque
              4     at its margin that is the frequent site
              5     of plaque rupture."
              6              And just to finish the
              7     paragraph, "As the critical cells in the
              8     process are inflammatory cells, the
              9     possibility exists that the products of
              10    COX-2 could regulate thinning the cap of
              11    plaques and render them rupture-prone."
              12             Do you see that?
              13        A.    Yes.
```

*π objection:*
*please see previous page*

[257:14] - [258:5]     Stephen Epstein, M.D.

```
              page 257
              14        Q.    Is it your understanding
              15    when you read "products of COX-2," that
              16    what the board is saying is that COX-2
              17    enzymes through their inflammatory
              18    effects could end up thinning plaques,
              19    making them more rupture prone?
              20        A.    I agree with that.
              21        Q.    Is it your interpretation of
              22    this, Dr. Epstein, what the board of
              23    scientific advisers was saying was that
              24    if Vioxx could reduce the inflammation,
              page 258
              1     it could avoid or help reduce the
              2     likelihood of thinning of the cap of
              3     plaques and reduce the likelihood of a
              4     rupture?
              5         A.    Exactly.
```

[258:6] - [258:12]     Stephen Epstein, M.D.

```
              page 258
              6         Q.    Did Merck come to you and
              7     say, you don't need to do your study, Dr.
              8     Epstein, because we know from our board
              9     of scientific advisers that Vioxx is
              10    beneficial for atherosclerosis?  Did they
              11    say that?
              12        A.    They did not.
```

*π objection: leading*

[258:23] - [259:22]     Stephen Epstein, M.D.

```
              page 258
              23        Q.    Can you explain what
              24    reactive oxygen species means or ROS, in
              page 259
              1     terms that I can understand?
              2         A.    When -- when COX-2 is
              3     activated and produces all of its
              4     products, in the course of the production
              5     of those products, it forms a type of
              6     oxygen, which is not O2 which is present
              7     in the air which we breathe, but an
              8     activated form of oxygen which is very
              9     reactive with different molecules in the
              10    cell, and acts as a signaling molecule.
              11             And one of the key actions
              12    of these reactive oxygen species is to
              13    facilitate activation of the immune
              14    inflammatory responses in a cell.
              15        Q.    Do reactive oxygen species
              16    play any role in atherosclerosis?
              17        A.    It's believed that they do,
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                        18   yes.
                        19        Q.   Is it believed that reactive
                        20   oxygen species are beneficial or harmful
                        21   to the atherosclerosis process?
                        22        A.   Harmful.
```

[259:23] - [260:17]     Stephen Epstein, M.D.

```
                        page 259
                        23        Q.   So if reactive oxygen
                        24   species are produced by COX-2, it would
                        page 260
                        1    be wrong to say that COX-2 inhibitors
                        2    increase reactive oxygen species,
                        3    correct?
                        4         A.   Correct.
                        5         Q.   Is it true that COX-2
                        6    inhibitors actually reduce or decrease
                        7    reactive oxygen species?
                        8         A.   Correct.
                        9         Q.   By reducing reactive oxygen
                        10   species, would you say that COX-2
                        11   inhibitors like Vioxx have a beneficial
                        12   effect on atherosclerosis?
                        13        A.   I wouldn't jump to that.  I
                        14   would say that they have a potential
                        15   beneficial effect on atherosclerosis by
                        16   reducing -- by contributing to a
                        17   reduction in inflammatory processes.
```

[261:1] - [261:13]      Stephen Epstein, M.D.

```
                        page 261
                        1         Q.   Dr. Epstein, have you ever
                        2    heard of anybody by the name of Dr. Egil
                        3    Fosilien?
                        4         A.   I do not or I have not.
                        5         Q.   Have you been involved in
                        6    monitoring literature in the area of
                        7    atherosclerosis for some time?
                        8         A.   Reviewing.
                        9         Q.   Yes.
                        10        A.   Yes.
                        11        Q.   Have you also written about
                        12   atherosclerosis for much of your life?
                        13        A.   I have.
```

[261:19] - [262:7]      Stephen Epstein, M.D.

```
                        page 261
                        19        Q.   Have you met -- are you
                        20   familiar, sir, with many of the leaders
                        21   in the field of atherosclerosis?
                        22        A.   Yes.
                        23        Q.   Have you met them at medical
                        24   conferences and come across them at
                        page 262
                        1    different medical functions?
                        2         A.   Yes, I have.
                        3         Q.   In all of your years of
                        4    attending these sorts of functions and
                        5    meeting individuals who have an interest
                        6    in atherosclerosis, have you ever met a
                        7    man named Dr. Egil Fosilien?
```

[262:10] - [262:11]     Stephen Epstein, M.D.

```
                        page 262
                        10             THE WITNESS:  Not to my
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                           11           recall.
```

[288:10] - [288:23]        Stephen Epstein, M.D.

```
                           page 288
                           10      Q.    All right.  And Merck has
                           11  been very specific in the questions
                           12  they've asked you, Doctor.  If you'll
                           13  recall, they've asked you, are there any
                           14  Vioxx studies in knockout mice that
                           15  replicated your findings?
                           16      A.    Yes.
                           17      Q.    Are you aware of other
                           18  studies, whether it be in animals or
                           19  humans, involving other COX-2 inhibitors
                           20  or involving knockout mice, period, that
                           21  would tend to substantiate or replicate
                           22  your findings?
                           23      A.    No.
```

[291:19] - [291:22]        Stephen Epstein, M.D.

```
                           page 291
                           19      Q.    Okay.
                           20      A.    And I haven't had a chance
                           21  to review those.
                           22      Q.    That's fair enough.
```

[293:24] - [294:2]         Stephen Epstein, M.D.

```
                           page 293
                           24      Q.    Dr. Epstein, I just have a
                           page 294
                           1   few follow-up questions.
                           2       A.    Yes.
```

*[handwritten margin note: π objection: irrelevant, vague, argumentative]*

[294:3] - [294:6]          Stephen Epstein, M.D.

```
                           page 294
                           3       Q.    First, I hope that you don't
                           4   feel like I was attacking you, because I
                           5   wasn't.
                           6       A.    I don't.
```

[294:7] - [294:16]         Stephen Epstein, M.D.

```
                           page 294
                           7       Q.    Mr. Sizemore asked you
                           8   whether Merck turned down your initial
                           9   request for funding for your study.
                           10            Do you remember that?
                           11      A.    Yes.
                           12      Q.    And it is true that,
                           13  initially, Dr. Rodger said that Merck
                           14  wasn't interested in pursuing the study,
                           15  right?
                           16      A.    Correct.
```

[294:19] - [295:11]        Stephen Epstein, M.D.

```
                           page 294
                           19            Did Dr. Rodger explain to
                           20  you that based on his understanding of
                           21  the study, the goal was to determine
                           22  whether Vioxx had any beneficial effect
                           23  on atherosclerosis, and Merck had already
                           24  funded research along that line?
                           page 295
                           1       A.    That was the explanation
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
 2     that I received from him.
 3             Q.    And when you explained to
 4     Dr. Rodger that your primary hypothesis
 5     was to test something that really nobody
 6     had thought of and that was could COX-2
 7     inhibition decrease the amount of virus
 8     in the body, did Dr. Rodger and Merck
 9     then decide to fund that part of the
10     study?
11             A.    Yes.
```