UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

### Notice of Filing Deposition Testimony of Stephen Epstein

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following deposition testimony of Stephen Epstein for the Court's consideration and pre-trial rulings:

1. Plaintiff's Affirmative Designations with Defendant's Objections and Plaintiff's Responses.

2. Defendant's Counter-Designations with Plaintiff's Objections.

3. Plaintiffs also hereby responds to the general objections raised by the defendant Merck with respect to Plaintiff's affirmative designations.

Plaintiff's response to Merck's general objections to the affirmative deposition designations for Stephen Epstein, MD:

#1 – Dr. Epstein's testimony and opinions about the APPROVe study. Defendant Merck seeks to prohibit plaintiff from introducing "all his testimony relating to the APPROVe study…" The defendant Merck's request is wholly inappropriate and completely overbroad so as to make the entire objection inappropriate. Defendant Merck fails to mention in their brief that Dr. Epstein did review Dr. FitzGerald's summary of the APPROVe data. (289:8-10).

And, Further Dr. Epstein testified that Dr. FitzGerald's summary of the APPROVe data showed the harmful effects of Vioxx even after discontinuation. (289:11-24 and 290:1-8). Finally, Dr. Epstein also testified that his opinions were independent of his review of the APPROVe study. (240:6-24 and 241:1-3). In summary, Dr. Epstein testified he reviewed a summary of the APPROVe data from Dr. FitzGerald which he has every right to rely upon. Further, Dr. Epstein testified that his opinions were nevertheless independent of his review.

#2 – Internal Merck documents. Defendant Merck seeks to prevent plaintiff from showing Dr. Epstein internal Merck documents during his deposition played at trial. This objection is also frivolous. First, Dr. Epstein was a nationally renowned cardiovascular research scientist hired by Merck to conduct a study in mice that showed progression of atherogenesis. Merck clearly did not like the results of his study which showed progression. Merck also tried to bury the results in the scientific literature by only providing MF-Tryclic. Merck then did not follow through with Dr. Epstein's recommendations for further testing which he testified that Merck would conduct so that Merck would know the answer before it was too late. Merck also made attempts to downplay the significance of Dr. Epstein's study. There are many e-mails from Dr. Epstein to Merck on this subject as well as many e-mails from Merck that deal with this exact issue. Merck is attempting to avoid the negative liability these e-mails create by hiding behind a claim that Dr. Epstein did not see them.

Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to offer any deposition testimony of Stephen Epstein designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

DATED: June 23, 2006                    Respectfully submitted,

                                        By: /s/ Mark P. Robinson, Jr.
                                        **Mark P. Robinson, Jr.**
                                        Kevin F. Calcagnie
                                        Carlos A. Prietto, III
                                        Ted B. Wacker
                                        Lexi W. Myer
                                        ROBINSON, CALCAGNIE & ROBINSON
                                        620 Newport Center Drive, 7th Floor
                                        Newport Beach, CA 92660
                                        (949) 720-1288 (telephone)
                                        (949) 720-1292 (telecopier)

                                        **Andy D. Birchfield, Jr.**
                                        P. Leigh O'Dell
                                        BEASLEY, ALLEN, CROW,
                                        METHVIN, PORTIS & MILES, P.C.
                                        P.O. Box 4160
                                        234 Commerce Street
                                        Montgomery, AL 36103-4160
                                        (334) 269-2343 (telephone)

                                        **Counsel for Plaintiff**

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 23rd day of June, 2006.

_____
LEXI W. MYER