Irvin II. No prior rulings

Δ- No objection

Epstein (Multi-clip)
13:5-13:7

Q. Can you tell the jury your name, please, Doctor.
A. Stephen Epstein.

13:12-15:24

Q. Are you a medical doctor?
A. Yes.
Q. What type of medicine do you practice, Doctor?
A. I had practiced cardiology. At the present time, I'm head of the Cardiovascular Research Institute, and I'm responsible for all of the research that's done in the Cardiovascular Research Institute.
Q. For what period of years did you practice cardiology, Doctor?
A. From 1966 or 7 through 2000,
Page 14
2001. I still consult, and I have -- I am licensed to practice, but conflicts in my time have limited that enormously.
Q. What states are you licensed to practice medicine in, Doctor?
A. New York and Washington, D.C.
Q. During the time period from 1966 to 2001, did you actively treat patients?
A. Yes.
Q. Did you have a clinic that you participated in, Doctor?
A. Yes.
Q. Can you please describe that for me?
A. I was chief of cardiology at the National Heart, Lung and Blood Institute and was head, in that capacity, of all clinical work and research work that was being done in cardiovascular disease. We had a very active clinical program, and both inpatients and outpatients, and I was in charge of both
Page 15
of those efforts.
Q. Doctor, what is the National Heart, Lung and Blood Institute?
A. It's part of the National Institutes of Health, and I was in charge of the intramural program, that is, all of the activities that were conducted in heart disease on campus, and that campus is in Bethesda, Maryland.
Q. Can you describe for the jury, Doctor, what the National Institutes of Health are?
A. The National Institutes of Health is a federal organization that

spans virtually all of medicine, and its primary responsibility is to identify and fund research, both basic and clinical, to advance the application of medicine to the health of patients.
Q. Would it be fair to say, Doctor, that the National Institutes of Health is a well-respected institute in the U.S.?
A. I think so.

same as above.

16:2-17:15

Doctor, could you please in a summary fashion explain for the jury your educational background?
A. I received my Bachelor's degree from Columbia University. Went on to Cornell Medical School and received my M.D. from Cornell. I did my house staff training at the New York Hospital, which is part of the Cornell Medical School system.
And then went to the National Institutes of Health to work under Dr. Eugene Braunwald, who at the time was one of the world's outstanding cardiology investigators. When he left the NIH, I took over for him as chief of cardiology. And that occurred in 1967 or 1969. Sorry.
Q. Doctor, in your professional activities, have you also had an occasion to teach medicine?
A. Yes.
Q. Can you explain that to me,
Page 17
please, Doctor?
A. I was a visiting professor of medicine at Georgetown and, in that capacity, taught Georgetown students as well as house staff. These individuals came to the NIH, which is just a 20-minute drive from Georgetown, and they participated in research as well as clinic activities. And one of my important responsibilities was to teach those students. We also had many students coming from all over the world to spend time with us. And part of my responsibilities was to ensure their medical education.

17:19-24:12

Q. Doctor, before the deposition began, I gave you a copy of what I've marked as Exhibit 1 to your deposition.
Do you have that in front of you?
Page 18
A. Yes.

Same as above

Q. Is that an up-to-date copy of your CV, Doctor?
A. It would take me a while to go through this. It may be a month or two out of date.
Q. It appears to be about a 48-page document, if that helps.
A. Um-hmm.
Q. Okay. Thank you.
I note on here, without going through all of your specific honors and special scientific recognition that you have a great deal of them.
Are there any that stick out in your mind as being the most important to you or the more important of those academic achievements or honors? I put you on the spot.
A. Well, a lot of them to me are important. One of my most important ones as a young person was to be elected to the American Society of Clinical Research -- Clinical Investigation, which

Page 19

was to me something to be extremely proud of. That occurred in my very early years.
And since then, I think the greatest honors I had were to be invited to give distinguished lectureships at either the American College of Cardiology or the American Heart Association's annual meeting.
Q. I also note that you hold several patents, Doctor. How many in total do you hold?
A. Probably four, but I don't want to be held to that precise number.
Q. I also note that you're a member of several editorial boards, Doctor.
Can you describe which editorial boards you sit upon?
A. Until recently, I sat -- the most distinguished editorial board I sat on was Circulation, but two years ago, because of too many competing responsibilities, I gave that up. I also

Page 20

in the past have sat on a number of editorial boards, which I have since given up.
So at the present time, I do not actively participate on the editorial boards, although, I do receive an enormous number of manuscripts to review for these different journals.
Q. Do you serve as an ad hoc reviewer --
A. Yes.
Q. -- for several different journals?
A. Yes.

Same as above

Q. Doctor, you mentioned Dr. Eugene Braunwald. Is he the editor of a scientific text or treatise in reference to cardiology?
A. Yes, he is.
Q. And is it fair to say that that's a very distinguished and well-respected treatise?
A. Yes, probably the most distinguished treatise on cardiovascular

Page 21

diagnosis and treatment.
Q. Did I understand you correctly to say that you had the honor of actually learning under and training with Dr. Braunwald?
A. That's correct.
Q. Have you ever had the pleasure of actually writing any scientific articles with Dr. Braunwald?
A. Many, yes.
Q. Have these articles been peer reviewed and published?
A. Yes.
Q. I note in your bibliography, Doctor, you've published approximately 515 different articles. Is that --
A. That's correct.
Q. -- accurate, to the best of your recollection?
A. Yes.
Q. Have the majority of those articles been published in peer-reviewed journals?
A. All of them.

Page 22

Q. Doctor, what is the Cardiovascular Research Institute?
A. This is a component of the MedStar Research Institute. MedStar Health is a holding corporation which has under its -- under its control, I think approximately seven hospitals, the two premier hospitals being Georgetown and the Washington Hospital Center.
As a co-equal of these seven hospitals, there's the MedStar Research Institute, which has the responsibility for conducting and administering all research done within all of the hospitals that are part of MedStar Health.
Within the MedStar Research Institute, one of the largest divisions is the Cardiovascular Research Institute, which I'm director of, and that's responsible for all of the cardiovascular research that's done at these hospitals.
Q. Would it be fair to say, then, Doctor, that you are in charge of or the executive director of all

Page 23

cardiovascular research that on goes at these various hospitals?

Same as above

A. That's correct. My dominant role, though, is at the Washington Hospital Center and Georgetown.
Q. Are you actually affiliated with these hospitals as well?
A. Yes.
Q. Doctor, does your present -- pardon me. Does your present field of practice primarily involve cardiovascular research?
A. Yes.
Q. Would you consider yourself an expert in the area of atherosclerosis?
A. Yes.
Q. Would you consider yourself an expert in the area of cardiovascular disease?
A. Yes.
Q. Would you consider yourself an expert in the area of cardiovascular function?
A. Yes.

Page 24

Q. And would you also consider yourself an expert in the area of atherogenesis?
A. Yes.
Q. Is it fair to say that all of those areas of expertise were utilized in developing the opinions that are generated in the study that we're here about today that you conducted with Dr. Rott, I believe?
A. Um-hmm. I would say that's true.

24:19-25:2

Q. Doctor, in your current practice, do you conduct any type of clinical research?
A. Yes.
Q. Does that clinical research involve both human patients or subjects

Page 25

and both animal subjects?
A. Yes.

25:20-26:3

Q. Is there something about the constitution or physical makeup of the mouse that makes it desirable for conducting animal studies?
A. Yes. There are several

Page 26

attributes that in certain circumstances make it more desirable. Not in all, but in certain circumstances.

26:12-28:24

In a broader sense, is it --

can we generally transfer the findings that we develop in mouse studies to humans?

A. So the answer to that is more complicated than the question. And the answer is that these studies provide us with very, very important mechanistic information which probably is transferable to patients. And the results that we obtain from such studies are very important, leads to questions that could be asked in a clinical

Page 27

context.

Not all results in any animal model are -- can we assume to be directly applicable, but enormous progress has been made because the majority of results obtained in animal studies are indeed transferable to the human situation.

Q. Okay. You said something about mechanistic approaches or mechanistic studies. Doctor, what do you mean when you say a mechanistic approach or mechanistic study?

A. Well, if a drug, for example, has an effect on heart function, we'd like to know, well, what are the molecular pathways that lead from the administration of the drug to the effect observed. And using, in particular, a mouse model, where you're able to use genetic -- genetically altered mice, where the particular molecules you're interested in are either present in overabundance or are eliminated, you

Page 28

could then see how that overabundance or that elimination will alter the effect, so that you then can determine that a given drug works through a specific molecular pathway.

Q. Doctor, is it true that animal studies are important enough that most medications that are ultimately approved by the FDA begin life or are initially studied in animal models?

A. Yes. All drug studies -- all drugs ultimately applied to patients go through animal testing.

Q. Doctor, I'd like to ask you some general questions before we go straight to your study.

A. Fine.

Q. Are you familiar with prostacyclin and thromboxane?

A. Yes.

Q. Doctor, to your knowledge and based on your research, is prostacyclin a potent vasodilator and anti-aggregatory?

Issue II - No prior rulings

Δ - 701, calls for expert opinion by lay witness

π response -

Dr. Epstein is an eminently qualified expert in the field of cardiovascular research and pharmaceutical products

29:6-29:18

Q. I'm sorry. Did you say yes?
A. I guess I should answer that. Yes.
Q. Doctor, based on your personal experience in research, is thromboxane a potent vasoconstrictor and pro-aggregatory agent?
A. Yes.
Q. Doctor, also based upon your experience and research in this area, is it true that the body of a human normally keeps a homeostatic balance between prostacyclin and thromboxane?

30:2-30:12

A. Yes.
Q. Okay. Thank you.
Doctor, is it also true, based upon your personal experience and research, that prostacyclin is -- plays an important role in preventing atherosclerosis formation?
A. Yes, I would answer. Not necessarily from my own research, but from other research that has been published in the literature.

Issue II - No prior ruling

Δ - 701, calls for expert opinion of lay witness

Π response - Dr. Epstein is an eminently qualified expert in the field of cardiovascular research and pharmaceutical products, including Cox 2.

31:15-32:10

Based upon your experience in this area and your review of medical studies, does prostacyclin help prevent atherogenesis?
A. Yes.
Q. Can you explain for the jury what atherogenesis is, please, Doctor?
A. Well, it's the -- it's the development within arterial walls, the blood vessels that supply such tissues as

Page 32

the heart and the brain, the legs, the development in those tissues of, first, usually inflammation and then, following inflammation, a buildup of cholesterol deposits and buildup of scar tissue and the gradual narrowing of those vessels, which thereby compromises flow to the tissues that these vessels supply.
Q. Is that process commonly known as coronary artery disease?

Issue II - No prior ruling

Δ - No objection

32:12-32:23

THE WITNESS: That's one of the components of atherosclerosis or atherogenesis, yes.
BY MR. SIZEMORE:
Q. From a lay standpoint, then, are we talking about plaque buildup in your coronary arteries?

Issue II - No prior ruling

Δ - No objection

A. It could be the coronary
arteries or it could be the carotid
artery that supplies the brain or it
could be the femoral arteries that supply
the legs.

33:20-33:24

Q. Yes, sir. Let me ask a
broader question then. Based on your
personal experience and your review of
the medical literature, does COX-2 play a
role in maintaining plaque integrity?

36:12-37:8

A. Well, it's highly
controversial. If you look at all of the
data that's accumulated over the last
several years, as to whether or not COX-2
plays a beneficial or a deleterious
effect on plaque stability. One could
make, based on the molecular mechanisms
that we've become aware of, you can make
an argument that inhibiting COX-2 is
dangerous or the converse. And that's
what research is all about.
Q. And that was the exact type
of research that you undertook with
Page 37
funding from Merck, and it was a result
of the Rott article --
A. Yes.
Q. -- is that correct?
And can we agree that the
ultimate conclusion of your article was
that COX-2 inhibition is deleterious from
an atherosclerotic standpoint?

37:11-38:13

THE WITNESS: I think we
were very clear in the article
that what we said was these
studies in a particular mouse
model of atherosclerosis indicates
that inhibition of COX-2 with
MF-tricyclic leads to deleterious
effects in terms of accumulation
of atherosclerosis. We did point
out that whether or not this
relates to atherogenesis in
patients has to be demonstrated by
human studies.
BY MR. SIZEMORE:
Page 38
Q. Let me ask you a couple
questions about that.
When you say "accumulation,"
Doctor, are you talking about progression
of atherosclerotic plaque?
A. Correct.
Q. And as far as atherogenesis,

Issue II - No prior ruling
A - 701. Calls for expert opinion by lay witness
π response -
Dr. Epstein is qualified expert

Issue II - No prior ruling
A. 36:12-36:22 -
701, expert opinion testimony
37:4-37:8 Incomplete Designation (omits answer at 37:9)
π response -
Dr. Epstein is qualified expert.
OK to add answer.

Issue II - No prior ruling
A - No objection