Q. I'm trying to focus on the mechanism here and whether or not Vioxx contributes to heart attacks. That's

Page 240

going to be a discussion that we're going to have in court, and there's going to be evidence about that both ways. Okay?

240:6-240:13

Q. I wouldn't say that anybody is more of an expert than you, sir, but in the APPROVe study, the simple fact that there was an increase in MIs, in heart attacks, seen in that particular population of people does not necessarily mean that Vioxx increased the probability of a plaque rupture. True?

240:16-241:3

THE WITNESS: I mean, but the statement -- the question is -- I don't have to read the article. The statement is independent of that, and it's false. You know, from a probability perspective. I mean, a lot of different things could cause a heart attack. But far and

Page 241

away from a clinical perspective, the most common thing that causes a heart attack is plaque rupture.

263:14-264:2

A - No objection

Q. Doctor, is it your understanding from reviewing this document and having various questions asked to you today that the scientific advisory board is essentially saying that coxibs, like Vioxx, could help or harm atheromatous plaques?

A. That's my understanding, yes.

Q. And your study showed harmful effects of COX-2 inhibitors like

Page 264

Vioxx on the formation and progression of atheromatous plaques, correct?

264:5-264:7

THE WITNESS: The study showed the development of -- I agree with that statement, yes.

264:20-265:18

Q. Now, didn't Merck -- Merck didn't tell you not to do your study, but

A - No objection

didn't they turn you down the first time you approached Merck about doing the study?

Page 265

A. They did.
Q. And you told them essentially that you would go forward even if you had to fund the study yourself, isn't that right?
A. I did. But the only caveat there was that I couldn't obtain the drug without their cooperation.
Q. Okay. And you asked for Vioxx specifically from Merck to do the study, correct?
A. Correct.
Q. And did they provide you with Vioxx?
A. They did not.
Q. What drug did they give you instead?
A. MF-tricyclic.

266:11-267:18

And I'll point you to the second page of this cumulative exhibit, and if you look down at the bottom it appears to be MRK-ABS0343457.
A. I'm sorry, I don't see where you're reading.
Q. Bates number. That doesn't really matter, Doctor.
I'll point you out to an e-mail from Leslie Koch to Greg Wiederrecht appears to be and John Obenchain.
A. Yes.
Q. And it says, "Greg, yes, we

Page 267

do send out marketed compounds - actually that is about 80% of the total requests. Decisions about the appropriateness of the experiments involving Vioxx and if Merck wants to support go to Dr. Robert Young (MFC) and Dr. Ian Rodgers (Chairman, Vioxx Medical School Grant Committee). Occasionally they will offer substitute compounds like MF-tricyclic or DFU if they are interested in the study, but" concerned "about potential bad implications on marketed products."
Did Merck ever inform you or anybody at Merck, Dr. Rodger, tell you that they were concerned about your study showing bad implications for a marketed product and that's why they didn't give you Vioxx, Doctor?

Irvin II - No prior ruling

A - 602 - lack of personal knowledge - assumes facts not in evidence; expert opinion testimony

π response - This is directly relevant and related to the study Dr. Epstein did for Merck. Dr. Epstein wanted to do the study with Vioxx and Merck did not give him Vioxx but instead MF-Tricyclic for his study. This e-mail assists the jury with the reason MF-Tricyclic was given

267:21-267:22

THE WITNESS: They never informed me about that.

epstein run list

290:13-290:16

Is it your opinion, having reviewed Dr. FitzGerald's information about the APPROVe follow-up data, that it substantiates your study?

291:3-291:8

THE WITNESS: Well, it showed -- it showed, you know, harmful effects of Vioxx. So certainly -- I mean, it showed harmful effects of Vioxx. I'd leave it at that.

292:6-292:17

Q. Does your study raise questions or at least generate hypothesis -- hypotheses, excuse me, about potential adverse effects of Vioxx and other COX-2 inhibitors in humans?
A. It does.
Q. Does your study also raise questions or generate hypotheses in humans that Vioxx and other COX-2 inhibitors could promote atherosclerosis formation and progression?
A. It does.

4 - No objection

293:4-293:13

Q. Would it be proper to say that your study at least generates this hypothesis or -- that COX-2 inhibition, including the use of Vioxx, in humans, could increase atherogenesis?
A. It raises that possibility, yes.
Q. Is that the yellow flag that you referred to earlier?
A. Yes.

Total Length - 01:07:33