Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

| | |
|---|---|
| [13:5] - [13:7] | Stephen Epstein, M.D. |

```
page 13
 5          Q.      Can you tell the jury your
 6    name, please, Doctor.
 7          A.      Stephen Epstein.
```

| | |
|---|---|
| [13:14] - [13:21] | Stephen Epstein, M.D. |

```
page 13
14          Q.      What type of medicine do you
15    practice, Doctor?
16          A.      I had practiced cardiology.
17    At the present time, I'm head of the
18    Cardiovascular Research Institute, and
19    I'm responsible for all of the research
20    that's done in the Cardiovascular
21    Research Institute.
```

| | |
|---|---|
| [14:12] - [15:24] | Stephen Epstein, M.D. |

```
page 14
12          Q.      Did you have a clinic that
13    you participated in, Doctor?
14          A.      Yes.
15          Q.      Can you please describe that
16    for me?
17          A.      I was chief of cardiology at
18    the National Heart, Lung and Blood
19    Institute and was head, in that capacity,
20    of all clinical work and research work
21    that was being done in cardiovascular
22    disease.  We had a very active clinical
23    program, and both inpatients and
24    outpatients, and I was in charge of both
page 15
 1    of those efforts.
 2          Q.      Doctor, what is the National
 3    Heart, Lung and Blood Institute?
 4          A.      It's part of the National
 5    Institutes of Health, and I was in charge
 6    of the intramural program, that is, all
 7    of the activities that were conducted in
 8    heart disease on campus, and that campus
 9    is in Bethesda, Maryland.
10          Q.      Can you describe for the
11    jury, Doctor, what the National
12    Institutes of Health are?
13          A.      The National Institutes of
14    Health is a federal organization that
15    spans virtually all of medicine, and its
16    primary responsibility is to identify and
17    fund research, both basic and clinical,
18    to advance the application of medicine to
19    the health of patients.
20          Q.      Would it be fair to say,
21    Doctor, that the National Institutes of
22    Health is a well-respected institute in
23    the U.S.?
24          A.      I think so.
```

| | |
|---|---|
| [16:2] - [16:18] | Stephen Epstein, M.D. |

```
page 16
 2                  Doctor, could you please in
 3    a summary fashion explain for the jury
 4    your educational background?
 5          A.      I received my Bachelor's
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                              6    degree from Columbia University.  Went on
                              7    to Cornell Medical School and received my
                              8    M.D. from Cornell.  I did my house staff
                              9    training at the New York Hospital, which
                             10    is part of the Cornell Medical School
                             11    system.
                             12            And then went to the
                             13    National Institutes of Health to work
                             14    under Dr. Eugene Braunwald, who at the
                             15    time was one of the world's outstanding
                             16    cardiology investigators.  When he left
                             17    the NIH, I took over for him as chief of
                             18    cardiology.  And that occurred in 1967 or
```

[20:15] - [21:6]    Stephen Epstein, M.D.

```
                    page 20
                    15            Q.   Doctor, you mentioned Dr.
                    16    Eugene Braunwald.  Is he the editor of a
                    17    scientific text or treatise in reference
                    18    to cardiology?
                    19            A.   Yes, he is.
                    20            Q.   And is it fair to say that
                    21    that's a very distinguished and
                    22    well-respected treatise?
                    23            A.   Yes, probably the most
                    24    distinguished treatise on cardiovascular
                    page 21
                    1     diagnosis and treatment.
                    2             Q.   Did I understand you
                    3     correctly to say that you had the honor
                    4     of actually learning under and training
                    5     with Dr. Braunwald?
                    6             A.   That's correct.
```

[23:9] - [24:4]    Stephen Epstein, M.D.

```
                    page 23
                    9             Q.   Doctor, does your present --
                    10    pardon me.  Does your present field of
                    11    practice primarily involve cardiovascular
                    12    research?
                    13            A.   Yes.
                    14            Q.   Would you consider yourself
                    15    an expert in the area of atherosclerosis?
                    16            A.   Yes.
                    17            Q.   Would you consider yourself
                    18    an expert in the area of cardiovascular
                    19    disease?
                    20            A.   Yes.
                    21            Q.   Would you consider yourself
                    22    an expert in the area of cardiovascular
                    23    function?
                    24            A.   Yes.
                    page 24
                    1             Q.   And would you also consider
                    2     yourself an expert in the area of
                    3     atherogenesis?
                    4             A.   Yes.
```

[24:5] - [24:12]    Stephen Epstein, M.D.

```
                    page 24
                    5             Q.   Is it fair to say that all
                    6     of those areas of expertise were utilized
                    7     in developing the opinions that are
                    8     generated in the study that we're here
                    9     about today that you conducted with Dr.
                    10    Rott, I believe?
                    11            A.   Um-hmm.  I would say that's
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                                    12   true.
```

[25:12] - [26:9]            Stephen Epstein, M.D.

```
page 25
12              What are the various types
13   of animals that you've utilized in
14   conducting various studies?
15        A.   Over the years?
16        Q.   Yes, sir.
17        A.   Yes.  Well, there were dogs,
18   there were pigs, rats, mice.
19              That about does it.
20        Q.   Is there something about the
21   constitution or physical makeup of the
22   mouse that makes it desirable for
23   conducting animal studies?
24        A.   Yes.  There are several
page 26
1    attributes that in certain circumstances
2    make it more desirable.  Not in all, but
3    in certain circumstances.
4         Q.   From a cardiovascular
5    context, are there certain attributes of
6    the mouse physicality that are easily
7    transferable to humans?
8         A.   I would have to say not
9    easily transferable.
```

[30:14] - [30:19]           Stephen Epstein, M.D.                    π objection:
                                                                     lacks foundation
```
page 30
14              Is it also true, then, based
15   upon your review of this other research
16   and your personal experience that
17   prostacyclin plays an important role in
18   preventing the progression of
19   atherosclerosis?
```

[31:7] - [31:12]            Stephen Epstein, M.D.

```
page 31
7              THE WITNESS:  I'm not
8         personally aware of studies that
9         have shown that prostacyclin
10        interferes with the progression of
11        atherosclerosis, although, such
12        studies may very well exist.
```

[33:10] - [33:19]           Stephen Epstein, M.D.                    π objection:
                                                                     lacks foundation
```
page 33
10              Doctor, based on your
11   personal experience in this area and your
12   review of the medical literature, are you
13   aware that prostacyclin also helps
14   maintain plaque integrity?
15        A.   I'm not sure I have the
16   information to be able to say yes on
17   that.  Once again, it may very well
18   exist, but I would not be able to cite a
19   particular study showing that.
```

[37:5] - [37:9]             Stephen Epstein, M.D.

```
page 37
5               And can we agree that the
6    ultimate conclusion of your article was
7    that COX-2 inhibition is deleterious from
```

Issues Report [Stephen Epstein]

**• Merck's Counter Designations**

```
                            8      an atherosclerotic standpoint?
                            9            A.    No.  Sorry.
```

[37:11] - [37:23]          Stephen Epstein, M.D.

```
                           page 37
                           11                  THE WITNESS:  I think we
                           12           were very clear in the article
                           13           that what we said was these
                           14           studies in a particular mouse
                           15           model of atherosclerosis indicates
                           16           that inhibition of COX-2 with
                           17           MF-tricyclic leads to deleterious
                           18           effects in terms of accumulation
                           19           of atherosclerosis.  We did point
                           20           out that whether or not this
                           21           relates to atherogenesis in
                           22           patients has to be demonstrated by
                           23           human studies.
```

[42:1] - [42:19]           Stephen Epstein, M.D.

```
                           page 42
                           1            Q.    Who was your primary contact
                           2      at Merck in reference to your study,
                           3      Doctor?
                           4            A.    Dr. Rodger, R-O-D-G-E-R.
                           5            Q.    Is he in charge of the
                           6      conduction of studies at Merck?
                           7            A.    He is -- his title is
                           8      medical director at Merck.
                           9            Q.    Okay.  Did Dr. Rodger or
                           10     anyone at Merck inform you that Merck had
                           11     previously convened a meeting of its
                           12     scientific advisers approximately two
                           13     years before you started your study that
                           14     indicated that inhibition of COX-2 in a
                           15     human could lead to the development of
                           16     atherogenesis, could cause plaque
                           17     destabilization and rupture and could
                           18     also cause thrombotic occlusion leading
                           19     to heart attacks and strokes?
```

[43:1]                     Stephen Epstein, M.D.

```
                           page 43
                           1            A.    No.
```

[43:5] - [43:12]           Stephen Epstein, M.D.

```
                           page 43
                           5            Q.    Did Dr. Rodger or any
                           6      person, any doctor at Merck ever indicate
                           7      to you that those three potential
                           8      deleterious effects of COX-2 inhibition
                           9      had been brought to their attention more
                           10     than two years ago before your study --
                           11     excuse me -- by their scientific advisory
                           12     board?
```

[43:15]                    Stephen Epstein, M.D.

```
                           page 43
                           15                 THE WITNESS:  No.
```

[48:7] - [48:17]           Stephen Epstein, M.D.

```
                           page 48
                           7                  Did Dr. Rodger indicate to
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
                          8     you that there was a hypothesis that had
                          9     been provided to Merck by their
                         10     scientific advisers that prostacyclin
                         11     biosynthesis in the vasculature is
                         12     inhibited by Vioxx and that by removing
                         13     this potent inhibitor of platelet
                         14     aggregation, the probability that a
                         15     coronary plaque rupture would lead to
                         16     myocardial infarction or ischemic
                         17     ventricular fibrillation is enhanced?
```

[48:22] - [49:11]   Stephen Epstein, M.D.

```
                       page 48
                       22              THE WITNESS:  Once again,
                       23         anyone knowledgeable in the field
                       24         would know that.  So I did know
                       page 49
                       1          that --
                       2     BY MR. SIZEMORE:
                       3          Q.   Okay.
                       4          A.   -- that that was one
                       5     possibility.
                       6          Q.   Okay.  Was that well known
                       7     in the medical community, even before you
                       8     conducted your study, Doctor, that if you
                       9     decreased prostacyclin in the body, that
                       10    you increased the probability of a
                       11    coronary plaque rupture?
```

[49:14] - [49:21]   Stephen Epstein, M.D.

```
                       page 49
                       14              THE WITNESS:  No.  I don't
                       15         think that that was well known in
                       16         the community.  That was still, at
                       17         that time, a possible outcome of
                       18         such a drug.  There was no
                       19         evidence at that time that that
                       20         actually was something that would
                       21         -- would occur.
```

[54:2] - [54:7]   Stephen Epstein, M.D.

```
                       page 54
                       2          Q.   With all due humility, do
                       3     you agree that you are a recognized --
                       4     "internationally recognized thought
                       5     leader in the cardiovascular arena"?
                       6          A.   It's very hard to object to
                       7     that.
```

[54:11] - [54:16]   Stephen Epstein, M.D.

```
                       page 54
                       11         Q.   Would you also agree,
                       12    Doctor, that your current interest is in
                       13    the area of infection and inflammation in
                       14    atherosclerosis, at least at the time of
                       15    2000?
                       16         A.   Yes.
```

[55:11] - [55:12]   Stephen Epstein, M.D.

```
                       page 55
                       11         Q.     -- we're moving on to your
                       12    study with Dr. Rott, Doctor.
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

[63:6] - [63:16]     Stephen Epstein, M.D.

```
page 63
 6              Q.    And, again, in laymen's
 7     terms, does similar biologic actions
 8     means that Vioxx and MF-tricyclic act the
 9     same in the human body or similar?
10              A.    Well, you know,
11     MF-tricyclic, to my knowledge, has never
12     been given to humans.  So I don't think
13     you could assume that.  But in tests that
14     Merck has done in a test tube and in
15     animals, they seem to have identical
16     actions.
```

[67:20] - [68:20]     Stephen Epstein, M.D.

```
page 67
20                    Is it accurate to say that
21     your study essentially had two
22     components, and the first one of which we
23     just discussed was to determine whether
24     or not COX-2 inhibition could have
page 68
 1     antiviral effects that could lead to the
 2     either elimination or diminution of the
 3     progression of atherosclerosis?
 4              A.    By decreasing the ability of
 5     the virus to infect the mouse, that it
 6     would compromise -- that it would inhibit
 7     the contribution of the virus to the
 8     development of atherosclerosis, yes.
 9              Q.    Thank you.
10                    Is there a second component
11     of your study as well?
12              A.    Yes.  Because
13     atherosclerosis is an inflammatory
14     disease, which is one of the mechanisms
15     that the virus makes atherosclerosis
16     worse, we thought that a COX-2 inhibitor,
17     which would impair important inflammatory
18     pathways, that the COX-2 inhibitor would
19     decrease the development of
20     atherosclerosis.
```

[80:2] - [83:3]     Stephen Epstein, M.D.

```
page 80
 2                    In the first one, it says
 3     the "deleterious effects of selective
 4     COX-2 inhibitors on the course of
 5     atherosclerosis could involve three
 6     separate processes: 1) a proinflammatory
 7     effect that accelerates the initiation
 8     and chronic progression of the
 9     atherogenesis process, and that may
10     induce plaque instability and rupture."
11                    In laymen's terms, what does
12     that mean, Doctor?
13              A.    It's very hard to give you
14     that in laymen's terms, but let me try.
15                    So this pro-inflammatory --
16     the understanding of most of the medical
17     community is that COX-2 inhibitors --
18     that COX-2 exerts pro-inflammatory
19     effects and that if you inhibit it, it's
20     anti-inflammatory.  And if you're
21     thinking of a process like
22     atherosclerosis, which is an inflammatory
23     disease, it -- by inhibiting
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
              24  inflammation, a COX-2 inhibitor would
         page 81
              1   produce a beneficial effect on
              2   atherosclerosis.
              3           However, there is a body of
              4   literature in rodents, and this has never
              5   been shown in patients, but, as I
              6   indicated earlier, one can develop
              7   mechanistic insights in animals that may
              8   very well apply to patients, but we don't
              9   know for sure whether they always do.
              10  But these studies have demonstrated that
              11  the pro-inflammatory effect of the -- of
              12  the products of COX-2 is time and content
              13  dependent.
              14          So that in the context if
              15  you have a tissue that has been recently
              16  injured and now there's an inflammatory
              17  effect, in these specific animal models,
              18  which have not been shown to exist in
              19  patients, COX-2 exerts pro-inflammatory
              20  effects, and this is the way, nature's
              21  way of trying to heal an injury, by
              22  producing inflammatory cells.
              23          Later on, within a week or
              24  ten days, after this active process in
         page 82
              1   response to the acute injury, the context
              2   of that lesion, of the injured tissue
              3   changes, and now COX-2 is expressed in a
              4   second peak.  And instead of being
              5   pro-inflammatory, it becomes
              6   anti-inflammatory.  So now the
              7   prostagland -- the prostanoids that are
              8   produced by COX-2 -- initially the major
              9   prostanoid produced by COX-2 was PGE2.
              10  And PGE2 induces an inflammatory process.
              11          Later on during the process,
              12  PGE2 is shut off, and the same activation
              13  of COX-2 now produces other prostanoids,
              14  PGD2, PGJ2, which are anti-inflammatory.
              15          So according to mechanisms
              16  that have been developed in these rodent
              17  models of tissue injury, COX-2 is a
              18  highly complex molecule.  The effects of
              19  its activation will differ depending on
              20  time and context.
              21          And so we raised the
              22  possibility, since the results that we
              23  found were at total variance from what
              24  our original hypothesis was, we tried to
         page 83
              1   explain what the possible mechanisms
              2   might be to see just the opposite of what
              3   we had hypothesized.
```

[91:15] - [91:19]        Stephen Epstein, M.D.

```
         page 91
              15        Q.   Did you actually receive
              16  edits or critiques or input from Merck at
              17  the time or after you submitted this
              18  abstract?
              19        A.   Yes, I did.
```

[92:22] - [93:9]         Stephen Epstein, M.D.

```
         page 92
              22        A.   Right.  The gist of it was
              23  that Dr. Rodger wanted to make it --
```

Issues Report [Stephen Epstein]

• Merck's Counter Designations

```
                        24    wanted us to make it clear that this was
                        page 93
                        1     a mouse study, and it was questionable
                        2     whether the data were applicable to
                        3     patients and he -- he did object to our
                        4     having COX-2 inhibitor in the title.
                        5          Q.   Did he want you to include
                        6     the verbiage "MF-tricyclic" in the title?
                        7          A.   Well, he wanted to have the
                        8     specific drug that we used in the title,
                        9     which was not unreasonable.
```

[93:20] - [94:5]        Stephen Epstein, M.D.

```
                        page 93
                        20              And was that verbiage
                        21    eventually substituted with the words
                        22    "MF-tricyclic"?
                        23         A.   You know, I don't know what
                        24    the abstract said now, but what I did in
                        page 94
                        1     the paper was to have both.
                        2          Q.   Fair enough.
                        3          A.   So the paper has both the
                        4     MF-tricyclic, a selective COX-2
                        5     inhibitor.
```

[98:3] - [99:1]         Stephen Epstein, M.D.

```
                        page 98
                        3          Q.   Did anybody at Merck ever
                        4     convey to you that they felt that your
                        5     study was harmful to Vioxx or to Merck in
                        6     general?
                        7          A.   No.  They -- they, again,
                        8     wanted to make -- wanted me to make
                        9     absolutely clear in the manuscript that
                        10    this was a study done in mice and was
                        11    only questionably relevant to patients.
                        12         Q.   Doctor, you've reiterated
                        13    that several times.
                        14         A.   Yes.
                        15         Q.   Was that something that was --
                        16         A.   Well, that's the only
                        17    criticism, scientific criticism that I
                        18    received from Dr. Rodger.  I mean, Dr.
                        19    Rodger did make some suggestions for
                        20    changing the manuscript, much of which
                        21    were very helpful and led to my indeed
                        22    changing them.  But the only real
                        23    criticism that I had was that statement
                        24    that I've repeated now, as I have nothing
                        page 99
                        1     else to say.
```

[104:18] - [104:23]     Stephen Epstein, M.D.

```
                        page 104
                        18              Doctor, were you informed by
                        19    Merck that they had conducted other
                        20    studies in apoE knockout mice to
                        21    determine the effect of COX-2 inhibition
                        22    on atherogenetics?
                        23         A.   Yes.
```

[105:7] - [106:11]      Stephen Epstein, M.D.

```
                        page 105
                        7          Q.   Did they ever indicate to
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                          8    you that that was a study conducted by
                          9    Dr. FitzGerald?
                         10         A.    They did not.
                         11         Q.    Have you seen the study
                         12   conducted by Dr. FitzGerald where he
                         13   examined that issue in apoE knockout
                         14   mice?
                         15         A.    Yes.  He's published a
                         16   number of studies.  Which one are you
                         17   referring to?
                         18         Q.    Just that general issue.
                         19   I'm sorry --
                         20         A.    He's published, to my
                         21   knowledge, at least three papers, one
                         22   using LDL knockout mice and two using
                         23   apoE knockout mice.  I'm familiar with
                         24   those three papers.
                        page 106
                          1         Q.    Are they generally
                          2   supportive of your conclusions and your
                          3   co-authors' conclusions?
                          4         A.    The first two papers, one
                          5   was published say in 2001, 2002, were not
                          6   supportive.
                          7                His results, not using MF --
                          8   I don't believe he used MF-tricyclic, nor
                          9   did he use Vioxx, but he used other COX-2
                         10   inhibitors, showed no effect on
                         11   atherosclerosis.
```

[106:13] - [107:5]        Stephen Epstein, M.D.

```
                        page 106
                         13         A.    His most recent study which
                         14   was published in 2005, I'm not sure what
                         15   -- it might have been -- I'm not sure
                         16   what COX-2 inhibitor he used.  But that
                         17   demonstrated what he interpreted was a
                         18   destabilization of these lesions when the
                         19   COX-2 inhibitor was administered
                         20   concomitantly with an inhibitor of
                         21   thromboxane A2.
                         22         Q.    Are you aware of other
                         23   studies too besides those conducted by
                         24   Dr. FitzGerald that are entirely
                        page 107
                          1   supportive of the findings of you and
                          2   your co-authors' study?
                          3         A.    Our study was the only study
                          4   in which an isolated administration of a
                          5   COX-2 inhibitor showed worsening.
```

[107:24] - [108:3]        Stephen Epstein, M.D.

```
                        page 107
                         24   not familiar with that.  I was very much
                        page 108
                          1   interested in finding studies that agreed
                          2   with us, and I failed to find any, other
                          3   than this recent FitzGerald paper.
```

[108:4] - [108:7]         Stephen Epstein, M.D.

```
                        page 108
                          4         Q.    And the recent FitzGerald
                          5   paper that you're discussing is -- Dr.
                          6   Egan is the first listed author?
                          7         A.    Yes.
```