**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

[126:11] - [126:16]          Stephen Epstein, M.D.

```
page 126
11        Q.    Doctor, at this meeting of
12   the consultants, was the design of a
13   cardiovascular outcomes study actually
14   discussed?
15        A.    I wish I could answer, but I
16   really don't recall.
```

[134:4] - [134:9]            Stephen Epstein, M.D.

```
page 134
4         Q.    Good morning, Dr. Epstein.
5         A.    Good morning.
6         Q.    My name is Andy Goldman.   I
7    represent Merck.  Have we met before
8    today?
9         A.    Not to my recall.
```

[135:19] - [136:2]           Stephen Epstein, M.D.

```
page 135
19        Q.    Dr. Epstein, do you know
20   anybody by the name of Gerald Barnett, a
21   plaintiff in the Vioxx litigation?
22        A.    I do not.
23        Q.    Have the plaintiffs' lawyers
24   asked you to review Mr. Barnett's medical
page 136
1    records?
2         A.    They have not.
```

[136:8] - [136:12]           Stephen Epstein, M.D.

```
page 136
8         Q.    By your testimony here
9    today, are you expressing an opinion on
10   whether or not Mr. Barnett's severe
11   multivessel coronary artery disease was
12   caused by Vioxx?
```

[136:15]                     Stephen Epstein, M.D.

```
page 136
15             THE WITNESS:  No.
```

[137:1] - [137:11]           Stephen Epstein, M.D.

```
page 137
1         Q.    Before this deposition, Dr.
2    Epstein, did you do anything to try to
3    determine whether or not the results that
4    you found in the study you conducted with
5    Dr. Rott had been replicated by any other
6    study?
7         A.    Right.  I did, just as I do
8    when we're writing any paper.  We do as
9    complete a review of the literature as
10   possible to see what other studies were
11   published.
```

[138:3] - [138:10]           Stephen Epstein, M.D.

```
page 138
3         Q.    In preparation for this
4    deposition, can you explain to the ladies
5    and gentlemen of the jury what steps you
6    took to determine whether there were any
```

**Issues Report [Stephen Epstein]**

**• Merck's Counter Designations**

```
 7    other animal studies that found the same
 8    thing that you found in your study with
 9    Dr. Rott, that is, that MF-tricyclic can
10    cause early lesion development?
```

[138:13] - [139:18]     Stephen Epstein, M.D.

```
page 138
13              THE WITNESS:  So the
14    traditional way of doing this, and
15    this is the way that I did it, I
16    did what's called a MedLine
17    search, which is the national
18    medical library, and I put in
19    different search terms.  And those
20    search terms were COX-2, COX-2
21    inhibition, Vioxx, rofecoxib.  I
22    also put in Celebrex, celecoxib
23    and MF-tricyclic.  And usually
24    paired that with atherosclerosis,
page 139
 1    but I did them separately and
 2    together.
 3    BY MR. GOLDMAN:
 4         Q.    And what did you find?
 5         A.    Well, I found that there
 6    were a number of studies that had been
 7    published from 2001 to 2005 that were
 8    asking the same question that we asked.
 9    And I found -- would you like me to go
10    over what the findings were of each of
11    those studies?
12         Q.    No, not of each of the
13    studies, but, generally, did you find any
14    study that happened to come up with the
15    same results that you did?
16         A.    There was no study using a
17    COX-2 inhibitor alone that came up with
18    the same results that we did.
```

[139:19] - [140:3]     Stephen Epstein, M.D.

```
page 139
19         Q.    And the study you referred
20    to when Mr. Sizemore was asking you
21    questions about a COX-2 inhibitor along
22    with another medicine, that was a study
23    by Egan?
24         A.    That's correct.
page 140
 1         Q.    We'll talk about that study
 2    later.
 3         A.    Okay.
```

[140:18] - [141:13]     Stephen Epstein, M.D.

```
page 140
18         Q.    Let's talk briefly again
19    about your experience, Dr. Epstein.  Are
20    you the current director of the vascular
21    biology research center at Washington
22    Hospital Center?
23         A.    I'm the executive director
24    of the Cardiovascular Research Institute,
page 141
 1    which sits astride all of our research.
 2    And then I'm particularly the head of the
 3    vascular biology laboratory in which this
 4    particular study took place.
 5         Q.    Were you previously the
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
         6   chief of cardiology at the National
         7   Heart, Blood, Lung Institute with the
         8   NIH?
         9       A.   Yes.
        10       Q.   Have you devoted much of
        11  your life, sir, to researching issues
        12  relating to coronary heart disease?
        13       A.   Yes.
```

[141:14] - [141:16]      Stephen Epstein, M.D.

```
        page 141
        14       Q.   Is one of the areas you've
        15  researched extensively atherosclerosis?
        16       A.   Yes.
```

[141:19] - [141:22]      Stephen Epstein, M.D.

```
        page 141
        19            You consider yourself an
        20  expert in the area of atherosclerosis,
        21  right?
        22       A.   Yes.
```

[141:23] - [142:19]      Stephen Epstein, M.D.

```
        page 141
        23       Q.   Can you tell us what
        24  atherosclerosis is, sir?
        page 142
        1        A.   Atherosclerosis is a disease
        2   involving arteries, whether they be
        3   serving the coronary arteries, the brain,
        4   the peripheral -- the legs, which is
        5   characterized by an inflammatory
        6   response, an accumulation of cholesterol
        7   and cholesterol products, as well as scar
        8   tissue, which over the course of time
        9   enlarges and, thereby, narrows the blood
        10  vessel so that blood flow ultimately is
        11  compromised and ischemia occurs in
        12  whatever tissue is being supplied by that
        13  artery.
        14            These atherosclerotic
        15  lesions can also rupture which could lead
        16  to the development of an acute clot,
        17  which would acutely lead to the cessation
        18  of flow, which then could lead to a heart
        19  attack or a stroke.
```

[142:22] - [143:3]      Stephen Epstein, M.D.

π objection:
- calls for speculation
- incomplete hypothetical

```
        page 142
        22       Q.   When does atherosclerosis
        23  start developing in people, Dr. Epstein?
        24       A.   Well, there are studies
        page 143
        1   showing that it starts very early,
        2   teenage years.  It can.  It doesn't
        3   always.
```

[143:17] - [143:24]      Stephen Epstein, M.D.

```
        page 143
        17       Q.   When human beings have
        18  atherosclerosis, is it true that plaque
        19  within the coronary arteries builds up
        20  over time?
        21       A.   Yes.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
22        Q.    When that happens, does that
23   tend to narrow the blood vessel?
24        A.    Yes.
```

[144:12] - [144:14]       Stephen Epstein, M.D.

```
page 144
12        Q.    Is it common in people who
13   have heart attacks for their plaque to
14   rupture?
```

[144:17]                  Stephen Epstein, M.D.

```
page 144
17             THE WITNESS:  Yes.  Sorry.
```

[144:22] - [145:5]        Stephen Epstein, M.D.

*π objection: incomplete hypothetical*

```
page 144
22        Q.    Is it also common when
23   plaque ruptures for there to be a clot
24   that develops?
page 145
1         A.    Yes.
2         Q.    When the body clots in
3    response to a plaque rupture, do you
4    consider that to be a natural progression
5    or natural part of atherosclerosis?
```

[145:8]                   Stephen Epstein, M.D.

```
page 145
8              THE WITNESS:  Yes.
```

[145:19] - [146:2]        Stephen Epstein, M.D.

```
page 145
19        Q.    Have you seen this process
20   that we described just now as
21   atherosclerosis exist before Vioxx ever
22   came on the market?
23        A.    Yes.
24        Q.    And has it existed since
page 146
1    Vioxx was withdrawn from the market?
2         A.    Yes.
```

[146:3] - [148:20]        Stephen Epstein, M.D.

```
page 146
3         Q.    You mentioned that you've
4    done much research suggesting that
5    infection may play a role in the
6    development of atherosclerosis, is that
7    right?
8         A.    That's right.
9         Q.    Can you describe just
10   briefly how that would happen?  How is it
11   that an infection could contribute to
12   atherosclerosis?
13        A.    Well, what our lab and
14   several labs all over the world have
15   demonstrated is that a certain class of
16   infectious agents, namely those agents
17   that persist for either years or the
18   lifetime of an individual, and as an
19   example, it would be cytomegalovirus,
20   that those vessel -- that those
21   infectious agents, be they bacteria or
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
22   viruses, from large epidemiologic
23   studies, are associated with the -- a
24   greater incidence of the development of
page 147
1    coronary artery disease.
2              And the postulated
3    mechanisms are that they could induce a
4    chronic inflammation in the vessel wall
5    and by producing inflammation contributes
6    to atherosclerosis or an immune response
7    can be developed in response to the
8    pathogen.  And the immune response,
9    instead of just targeting the infectious
10   agent, because the infectious agent has
11   molecules that are very similar to what a
12   patient has, the antibodies could
13   actually produce harm to the vessel wall,
14   thinking that the vessel wall is a virus
15   or a bacteria.  So through either immune
16   mechanisms or inflammatory mechanisms.
17        Q.    And because you had seen
18   that phenomenon, you approached Merck in
19   March or so of 2000 to see if they would
20   assist in funding a study that then
21   became the study you did with Dr. Rott?
22        A.    Well, the bridge is that we
23   found that COX-2 enhanced the ability of
24   the virus to replicate, and that if we
page 148
1    blocked COX-2, it reduced the ability of
2    the virus to replicate.  Therefore, we
3    felt that Vioxx might be an antiviral
4    agent, and that's what led to my
5    approaching Merck.
6         Q.    So your thought was that if
7    you did this study and Merck provided
8    funding for it, that your hypothesis was
9    that MF-tricyclic, the drug that was
10   used, would actually reduce the amount of
11   virus in the body?
12        A.    Correct.
13        Q.    Which could have a helpful
14   effect on atherosclerosis?
15        A.    Correct.
16        Q.    Did you also have another
17   hypothesis back in 2000 that MF-tricyclic
18   could actually have a direct helpful
19   effect on atherosclerosis?
20        A.    Yes.
```

[148:21] - [149:20]      Stephen Epstein, M.D.

```
page 148
21        Q.    Can you explain why you
22   believed in 2000 and 2001 that Vioxx or
23   MF-tricyclic could have a helpful effect
24   on atherosclerosis?
page 149
1         A.    COX-2, the enzyme, is an
2    important mediator of inflammatory
3    molecules, prostanoids, that when
4    activated in blood vessels could lead to
5    further inflammation and also the
6    elaboration of molecules that could lead
7    to plaque instability.
8              And so that by inhibiting
9    COX-2, our hypothesis and my thought at
10   the time was that we would inhibit those
11   pro-atherosclerotic processes that are
12   mediated by inflammatory mechanisms.
```

• **Merck's Counter Designations**

```
13        Q.      So was your thought, Dr.
14   Epstein, that because Vioxx and other
15   COX-2 inhibitors helped to reduce
16   inflammation in general, that they would
17   also help to reduce inflammation and,
18   therefore, slow down the progression of
19   atherosclerosis?
20        A.      That's correct.
```

[149:21] - [150:11]      Stephen Epstein, M.D.

```
page 149
21        Q.      Would you turn with me, sir,
22   to Exhibit 15 at Page 25.  This is a
23   document dated March 1st of 2000.  It's
24   called "Research Proposal from The
page 150
1    Cardiovascular Research Institute:
2    Effects of a Specific COX-2 Inhibitor on
3    Cytomegalovirus Replication and
4    Atherosclerosis Progression in an apoE
5    Knockout Mice."
6             Is this the proposal that
7    you gave to Merck initially when you
8    wanted to do your study with Dr. Rott?
9         A.      There were several
10   iterations of this.  I believe this is
11   the one that I sent to Merck.
```

[150:16] - [151:13]      Stephen Epstein, M.D.

```
page 150
16        Q.      And then if you turn to the
17   second page of this document, can you
18   read under "Background" what you wrote in
19   the first sentence.
20        A.      "As many as 50% of patients
21   with atherosclerosis lack currently
22   identified risk factors (such as
23   hypertension, smoking,
24   hypercholesterolemia and diabetes), an
page 151
1    observation indicating that additional
2    factors predisposing to atherosclerosis
3    are as yet undetected.  A parallel
4    observation is that while inflammation is
5    an essential component of atherogenesis,
6    the triggers that initiate and sustain
7    the inflammatory process have not been"
8    identitively -- "definitively identified.
9    One candidate trigger of the inflammatory
10   response involved in atherogenesis, and
11   therefore a candidate factor that
12   contributes to atherosclerosis is
13   infection."
```

[151:14] - [152:16]      Stephen Epstein, M.D.

```
page 151
14        Q.      Focusing on the first
15   sentence, Dr. Epstein, is it true that
16   one of the reasons you were interested in
17   pursuing research along this line was
18   that you recognized that there are about
19   50 percent of people who have
20   atherosclerosis, but who do not have any
21   of the traditional risk factors?
22        A.      That's correct.
23        Q.      What do you mean when you
24   say "risk factors"?
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

page 152
```
1        A.    Well, as listed in this.
2   The traditional risk factors are
3   hypertension, smoking, high cholesterol
4   and diabetes.
5        Q.    Has it been known for some
6   time, sir, that hypertension, smoking,
7   hypercholesterolemia or high cholesterol
8   and diabetes are risk factors for
9   atherosclerosis and heart attacks?
10       A.    Yes.
11       Q.    But for those people who
12  don't have those particular risk factors,
13  it was your experience that they often
14  develop atherosclerosis as well and
15  unfortunately have heart attacks?
16       A.    That's correct.
```

[152:20] - [153:5]        Stephen Epstein, M.D.

page 152
```
20       Q.    In other words, you don't
21  have to have high cholesterol,
22  hypertension, diabetes and smoking in
23  order to develop atherosclerosis and then
24  have a heart attack or stroke?
```
page 153
```
1        A.    No.  But these risk factors
2   just increase the likelihood that you
3   will.  But it doesn't -- if you don't
4   have them, it doesn't mean you won't have
5   the heart attack and stroke.
```

*π Objection:*
*401, 402, 403*
*lacks foundation*

[153:6] - [153:17]        Stephen Epstein, M.D.

page 153
```
6        Q.    And you were searching as a
7   scientist to try to determine maybe
8   there's something else out there that we
9   don't know about yet, where maybe it's a
10  virus that's causing atherosclerosis.
11  And if COX-2 inhibition can reduce the
12  amount of virus in the body, well, maybe
13  that might help prevent the progression
14  of atherosclerosis in those people who
15  don't have risk factors.
16       A.    That's exactly what I
17  thought.
```

*π objection:*
*401, 402, 403*
*lacks foundation*

[155:8] - [156:1]        Stephen Epstein, M.D.

page 155
```
8        Q.    And then what your
9   anticipated results or your prediction
10  was, was on Page 10, or 34 at the bottom,
11  and you write, under "Anticipated
12  Results, we anticipate a lower viral load
13  in the Vioxx treated group."
14       A.    Correct.
15       Q.    So it was your hypothesis
16  that going into this study, MF-tricyclic
17  was going to reduce the amount of virus
18  in the mouse and then, hopefully, reduce
19  the amount of atherosclerosis?
20       A.    Correct.
21       Q.    And then you also had a
22  theory about MF-tricyclic's direct effect
23  on atherosclerosis apart from this
24  antivirus aspect, right?
```
page 156

Issues Report [Stephen Epstein]

**• Merck's Counter Designations**

```
1          A.    Um-hmm, yes.
```

[156:2] - [157:11]     Stephen Epstein, M.D.

```
page 156
2          Q.    And if you look on Page 35
3     under B3, you say, "To determine whether
4     treatment with Vioxx will inhibit
5     inflammation-induced atherosclerosis
6     progression in atherogenetic-mice (in the
7     absence of infection)."
8               Is that another way of
9     saying, this is the test you wanted to do
10    to see if Vioxx, or what turned out to be
11    MF-tricyclic, would reduce inflammation
12    in the mice and, therefore, retard or
13    slow down the progression of
14    atherosclerosis?
15         A.    That's correct.
16         Q.    And your anticipation in 35,
17    under "Anticipated Results," was what?
18    Can you read that, please?
19         A.    "We anticipate that Vioxx
20    treatment will reduce the progression of
21    atherosclerotic lesions."
22         Q.    Did you believe that
23    inflammation played a critical role in
24    atherogenesis, sir?
page 157
1          A.    Yes.
2          Q.    So your hope was that, with
3     Vioxx, or MF-tricyclic or COX-2
4     inhibition, you would be able to show in
5     animals that the COX-2 inhibition
6     actually slowed down the progression of
7     atherosclerosis?
8          A.    Correct.
9          Q.    That was your expectation?
10         A.    That was our hypothesis,
11    right.
```

*[handwritten: # objection: Asked + answered]*

[157:12] - [157:18]     Stephen Epstein, M.D.

```
page 157
12         Q.    Was it true back in the time
13    that Vioxx was on the market, let's say
14    in the 2000, 2001 time frame, that you
15    were not alone in thinking that COX-2
16    inhibition could help slow down the
17    progression of atherosclerosis?
18         A.    That's correct.
```

[157:19] - [159:2]     Stephen Epstein, M.D.

```
page 157
19         Q.    Can you tell me a little bit
20    more about that?
21         A.    Well, anyone who is
22    knowledgeable about two facts; one is
23    that inflammation is a critical component
24    of atherosclerosis, which by that time
page 158
1     most physicians interested in
2     atherosclerosis; and, two, that COX-2
3     inhibitors or COX-2 was an important
4     modulator of inflammation and, therefore,
5     if you inhibited inflammation, then the
6     two would naturally seem to go together.
7     If you inhibited inflammation by
8     inhibiting COX-2, there was a reasonably
```