**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
10   axis, aortic lesion area.
11            Can you describe, please,
12   what this graph shows?
```

[202:13] - [203:6]          Stephen Epstein, M.D.

```
page 202
13        A.    It shows that the
14   nonspecific COX inhibitor, indomethacin,
15   which blocks both COX-1 and COX-2,
16   results over the course of the 18 weeks
17   of therapy, I think -- results in a
18   decrease in aortic atherosclerotic lesion
19   area, whereas nimesulide had no
20   significant effect.
21        Q.    If you just look at the bars
22   alone, putting aside statistical
23   significance --
24        A.    I don't do that.
page 203
1        Q.    We'll talk about that -- why
2   don't you put aside statistical
3   significance?
4        A.    Because the only way to know
5   whether they're two different events is
6   to apply statistics to it.
```

[203:7] - [203:11]          Stephen Epstein, M.D.

```
page 203
7        Q.    Would you think that it
8   would be improper for a scientist to take
9   results of a study and say that there was
10   a difference between two drugs if the
11   result was not statistically significant?
```

*Objection:*
*- Calls for speculation*
*- incomplete hypothetical*

[203:17] - [203:18]          Stephen Epstein, M.D.

```
page 203
17            THE WITNESS:  It would be
18        improper.
```

[203:20] - [204:23]          Stephen Epstein, M.D.

```
page 203
20        Q.    If you look at the graph
21   here, the placebo bar raises up to a
22   little bit over eight percent, right?
23        A.    Right.
24        Q.    And then indomethacin, which
page 204
1   is a non-selective inhibitor, that shows
2   a reduction in lesion size to under four
3   percent, correct?
4        A.    That's correct.
5        Q.    And if you look at the COX-2
6   inhibitor, nimesulide, there is a
7   reduction compared to placebo to the
8   point where nimesulide is about six
9   percent.
10            Do you see that?
11        A.    I do.
12        Q.    Would it be fair to say,
13   because there is a reduction there seen
14   in a graph like that, that there is
15   actually a difference and a benefit that
16   you get from the COX-2 inhibitor in terms
17   of effect on lesion size?
18        A.    No.
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
19      Q.    Why not?
20      A.    It's not statistically
21 significant and, therefore, it could be
22 due to chance alone.  And this is what
23 Dr. FitzGerald correctly points out.
```

[204:24] - [205:24]     Stephen Epstein, M.D.

```
page 204
24      Q.    Now, this particular study
page 205
1  was written March 13th of 2001, and I'll
2  represent to you that that was after the
3  VIGOR study came out.  Okay?
4       A.    Um-hmm.
5       Q.    And let's take a look at
6  what Dr. FitzGerald says back at the time
7  about this study on atherosclerosis.
8       A.    The VIGOR study or --
9       Q.    No, his study here.
10      A.    Okay.
11      Q.    In the abstract, start
12 there, can you read the second to last
13 sentence.
14      A.    "Accelerated progression of
15 atherosclerosis is unlikely during
16 chronic intake of specific COX-2
17 inhibitors."
18      Q.    Is Dr. FitzGerald saying
19 there that based on this particular
20 study, he believes that if you take COX-2
21 inhibitors chronically, that it is
22 unlikely that they will affect the
23 progression of atherosclerosis?
24      A.    That's correct.
```

[206:20] - [207:1]     Stephen Epstein, M.D.

```
page 206
20      Q.    Why did you decide to
21 include this particular citation in your
22 article?
23      A.    I wanted to quote as many of
24 the articles that I knew of that either
page 207
1  supported or did not support our study.
```

[207:17] - [208:6]     Stephen Epstein, M.D.

```
page 207
17      Q.    When you're doing a
18 scientific analysis, Dr. Epstein, is it
19 important to consider all of the relevant
20 scientific literature on a particular
21 topic?
22      A.    Yes.
23      Q.    Would it be improper to
24 simply identify one study, like the one
page 208
1  that you did with Dr. Rott, or one
2  particular clinical study and say, based
3  on that study, there is a cause and
4  effect relationship between a drug and a
5  side effect?
6       A.    It would be improper.
```

[208:7] - [208:15]     Stephen Epstein, M.D.

```
page 208
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
 7        Q.     Why?
 8        A.     Because science is -- is a
 9   difficult -- it's difficult and the
10   results depend on multiple variables.
11   And it may very well be that a specific
12   outcome using one approach may be very
13   different from a specific outcome using a
14   different approach, whether that relates
15   to animal studies or human trials.
```

[212:6] - [213:5]        Stephen Epstein, M.D.

```
page 212
 6        Q.     If you turn, Dr. Epstein,
 7   back to Page 1816 and focus your
 8   attention on the right column middle of
 9   the first full paragraph, do you see
10   where you wrote, "It should be noted that
11   lesions in this particular model, in
12   which apoE knockout mice were sacrificed
13   at only 11 weeks of age and after only 3
14   weeks on the selective COX-2 inhibitor,
15   were very early lesions.  Therefore, our
16   results are probably more relevant to
17   lesion initiation."
18        A.     Yes.
19        Q.     Can you explain that, sir?
20        A.     Well, what we studied was
21   very early development of atherosclerosis
22   lesions.  So given that that's what we
23   investigated, we can't say from our study
24   what would happen over the longer term.
page 213
 1   What we can say is over the relatively
 2   short-term, the results seen in our
 3   particular model raise some concern about
 4   whether these drugs can influence the
 5   early development of atherosclerosis.
```

[213:6] - [213:12]        Stephen Epstein, M.D.

```
page 213
 6        Q.     Is it fair to say, Dr.
 7   Epstein, that the findings of your study,
 8   while they may be relevant to mice in the
 9   early stages of atherosclerosis, may not
10   be relevant when you're talking about
11   advanced atherosclerosis?
12        A.     That's absolutely true.
```

[213:16] - [213:24]        Stephen Epstein, M.D.

```
page 213
16               Just because in your study,
17   there was a finding in mice after three
18   weeks of dosing that MF-tricyclic
19   increased the size of the atherosclerotic
20   plaque doesn't mean that MF-tricyclic or
21   any other COX-2 inhibitor for that matter
22   necessarily accelerates the progression
23   of existing atherosclerosis?
24        A.     That's correct.
```

[214:1] - [214:6]        Stephen Epstein, M.D.

```
page 214
 1               Q.     Nor, do the findings in your
 2   study mean that MF-tricyclic, or any
 3   other COX-2 inhibitor for that matter,
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
4    increased the likelihood of plaque
5    rupture at that stage of atherosclerosis,
6    true?
```

[214:9] - [214:11]    Stephen Epstein, M.D.

```
page 214
9              THE WITNESS:   This study
10         does not investigate that
11         particular point.
```

[216:6] - [216:10]    Stephen Epstein, M.D.

```
page 216
6         Q.   You didn't suggest in this
7    paper at all that because of your
8    results, Vioxx should be removed from the
9    market, did you?
10        A.   Correct.
```

[216:22] - [217:10]    Stephen Epstein, M.D.

```
page 216
22        Q.   Did you and your co-authors,
23   Dr. Epstein, make the decision on your
24   own that you felt it was important to
page 217
1    provide a balanced presentation of the
2    results of your study, or is that
3    something that Merck insisted you do?
4         A.    This is what we -- we had
5    decided -- we didn't decide -- this is
6    what I always do.  I mean, I try to
7    present as balanced a picture as
8    possible.  Merck wanted us to do that,
9    obviously.  And this was something that I
10   completely agreed with.
```

[218:10] · [218:16]    Stephen Epstein, M.D.

```
page 218
10            You also mentioned that Dr.
11   Rodger requested that you refer to
12   MF-tricyclic in the title of your paper?
13        A.   Right.
14        Q.   Did you feel that was a
15   reasonable request?
16        A.   Yes.  I think, as I recall,
```

→ incomplete answer

[219:13] - [220:2]    Stephen Epstein, M.D.

```
page 219
13        Q.   Is this an example of an
14   instance where Merck made a suggestion to
15   you about referring here to just
16   MF-tricyclic, but you decided that you
17   think the proper way to write the paper
18   and describe it is to include
19   MF-tricyclic and a reference to COX-2
20   inhibitor?
21        A.   That's right.
22        Q.   Ultimately, it was your
23   decision and the decision of your
24   co-authors about exactly how you were
page 220
1    going to write this paper.  True?
2         A.   True.
```

• **Merck's Counter Designations**

[220:3] - [220:23]    Stephen Epstein, M.D.

```
page 220
3         Q.    When you referenced that the
4    doses given to the mice resulted in blood
5    levels that were at least four times
6    higher than those seen in patients
7    receiving the usual clinical dose of
8    Vioxx, why did you decide to include that
9    language?
10        A.    Because, once again, we
11   wanted to make sure that everyone was
12   aware that the doses we were using
13   resulted in higher than usual doses as
14   achieved in patients.
15        Q.    Why is it important for
16   patients or the medical community to have
17   that understanding?
18        A.    Because it may very well be
19   that in the doses that are used
20   clinically, which are -- result in lower
21   concentrations of Vioxx, that it might
22   not have the same effects as higher
23   doses.
```

[220:24] - [222:1]    Stephen Epstein, M.D.

```
page 220
24        Q.    The last paragraph, sir, of
page 221
1    your article, you wrote, "Because of the
2    importance of the implications of the
3    conclusions deriving from our
4    investigation, and because of the
5    intrinsic limitations of an animal model
6    outlined above, the conclusions must be
7    regarded as tentative and hypothesis
8    generating."
9             Can you describe what you
10   mean by "tentative and hypothesis
11   generating"?
12        A.    The conclusions are
13   definitive for the particular model and
14   the particular experimental conditions
15   that we used.  However, the more generic
16   conclusions, that is, that this might
17   apply to all COX-2 inhibitors, has to be
18   considered still a hypothesis to be
19   tested.
20             So our results essentially
21   generated a new hypothesis, that
22   hypothesis being that COX-2 inhibitors
23   can result in a worsening of
24   atherosclerosis.  So it developed a new
page 222
1    -- our findings created a new hypothesis.
```

[223:15] - [224:2]    Stephen Epstein, M.D.

```
page 223
15        Q.    Would it be improper, Dr.
16   Epstein, to only take the results of your
17   study and say, this study proves that
18   Vioxx causes an acceleration of
19   atherosclerosis in human beings?
20        A.    It would be improper.
21        Q.    Would it also be improper to
22   hold up your study and say, this proves
23   that Vioxx and other COX-2 inhibitors
24   increase the likelihood of plaque
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**
```
                     page 224
                     1    rupture?
                     2           A.    It would be improper.
```

[226:7] - [226:23]   Stephen Epstein, M.D.
```
                     page 226
                     7           Q.    Based on your research, Dr.
                     8    Epstein, have you found any animal
                     9    studies showing that Vioxx worsened
                     10   atherosclerosis?
                     11          A.    No.
                     12          Q.    Have you found in your
                     13   investigation, Dr. Epstein, that at least
                     14   one study in mice showed that Vioxx
                     15   actually reduced the size of
                     16   atherosclerotic lesions?
                     17          A.    I just want to confirm, was
                     18   that the Oates, John Oates' study?
                     19          Q.    I refer to it as Burley.
                     20          A.    Burley, right.  Okay.  John
                     21   was just a mentor of mine way back.  So I
                     22   remember his name.
                     23                Yes, the answer then is yes.
```

[227:17] - [227:22]   Stephen Epstein, M.D.
```
                     page 227
                     17          Q.    Based on your research, Dr.
                     18   Epstein, is it true that every mouse
                     19   study that has been done with
                     20   MF-tricyclic, other than yours, has shown
                     21   no effect on the atherosclerotic process?
                     22          A.    Correct.
```

[227:23] - [228:6]   Stephen Epstein, M.D.
```
                     page 227
                     23          Q.    Is it true, Dr. Epstein,
                     24   that every mouse study using COX-2
                     page 228
                     1    inhibitors like Celebrex, nimesulide,
                     2    NS-398, SC-236, either show no effect on
                     3    atherosclerosis or a decrease in lesion
                     4    size?
                     5           A.    Under the conditions
                     6    studied, the answer is yes.
```

[228:21] - [229:15]   Stephen Epstein, M.D.
```
                     page 228
                     21          Q.    If we're focusing on the
                     22   potential effect of COX-2 inhibitors on
                     23   atherosclerosis, you believe that your
                     24   study raised a yellow flag in that
                     page 229
                     1    regard?
                     2           A.    Correct.
                     3           Q.    Do you also agree, Dr.
                     4    Epstein, that the other studies, like the
                     5    one that you referenced concerning Vioxx
                     6    showing a decrease in atherosclerosis,
                     7    did not raise a yellow flag?
                     8           A.    That's correct.
                     9           Q.    The other mouse studies that
                     10   were done with MF-tricyclic, other than
                     11   yours, where there was no effect shown on
                     12   atherosclerosis or a decrease in
                     13   atherosclerosis, those weren't yellow
```

**Issues Report [Stephen Epstein]**

• **Merck's Counter Designations**

```
14  flags either, true?
15       A.    Right.  True.
```

[230:3] - [230:11]          Stephen Epstein, M.D.

```
page 230
3        Q.    Do you agree, Dr. Epstein,
4   that the other mouse studies using COX-2
5   inhibitors like Celebrex, nimesulide,
6   NS-398, SC-236, that showed no effect on
7   atherosclerosis, that those wouldn't be a
8   yellow flag?
9        A.    Correct.
10       Q.    Correct?
11       A.    I will agree, yes.  Correct.
```

[231:8] - [231:14]          Stephen Epstein, M.D.

```
page 231
8             So, in other words, it would
9   be inappropriate for Merck to take only
10  the studies that showed a beneficial
11  effect or no effect and conclude
12  definitively that there's a beneficial
13  effect of Vioxx on atherosclerosis?
14       A.    That's true.
```

[231:15] - [231:19]         Stephen Epstein, M.D.

```
page 231
15       Q.    You talked with Mr. Sizemore
16  briefly about the Egan study.  Do you
17  remember that?
18       A.    Yes.
19       Q.    Let me show you that.  I'll
```

[232:5] - [232:14]          Stephen Epstein, M.D.

```
page 232
5        Q.    This is a study that is also
6   published in Circulation, and it's titled
7   "Cyclooxygenase, Thromboxane and
8   Atherosclerosis."  And this is the study
9   that includes Dr. FitzGerald as an
10  author, right?
11       A.    That's correct.
12       Q.    Did this study test
13  MF-tricyclic as one of the drugs?
14       A.    That's correct.
```

[234:21] - [235:23]         Stephen Epstein, M.D.

```
page 234
21            If you look at the
22  conclusion on the first page --
23       A.    In the abstract?
24       Q.    -- in the abstract, second
page 235
1   sentence says, "Despite early
2   intervention, selective inhibition of
3   COX-2 alone or in combination with a TP
4   antagonist" -- and remind us what that is
5   again.
6        A.    Thromboxane A2, like any
7   protein, acts by combining with a
8   receptor on a cell surface.  TP is the
9   thromboxane A2 receptor, so by giving an
10  antagonist, it blocks the effects of
11  thromboxane A2.
```