Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
12      Q.    Are TP antagonists actually
13 approved?
14      A.    I don't know the answer to
15 that.
16      Q.    So the statement says,
17 "selective inhibition of COX-2, alone or
18 in combination with a TP antagonist,
19 failed to modify disease progression but
20 may undermine plaque stability when
21 combined with the antagonist."
22            Do you see that?
23      A.    Yes.
```

π objection: calls for speculation

[235:24] - [236:21]      Stephen Epstein, M.D.

```
page 235
24      Q.    Is that saying that COX-2
page 236
1  inhibition with MF-tricyclic alone may
2  undermine plaque stability?
3       A.    No.
4       Q.    What is it saying?
5       A.    It's saying -- it's saying
6  that in the presence of this inhibitor of
7  thromboxane A2, in combination with that,
8  then plaque stability may be compromised,
9  but only in this particular study when
10 combined with a TP antagonist.
11      Q.    In other words, if you give
12 a mouse MF-tricyclic and a TP antagonist,
13 you might see an increase in
14 atherosclerosis or -- I'm sorry, in
15 plaque instability?
16      A.    Correct.
17      Q.    But if you give the mouse
18 just the COX-2 inhibitor, MF-tricyclic,
19 this study found that you didn't affect
20 the stability of plaque?
21      A.    That's correct.
```

[237:4] - [237:8]      Stephen Epstein, M.D.

```
page 237
4       Q.    Are you aware, Dr. Epstein,
5  of any studies that have shown that Vioxx
6  has increased the development of
7  atherosclerotic lesions in human beings?
8       A.    No.
```

[239:6] - [239:10]      Stephen Epstein, M.D.

```
page 239
6       Q.    But I want to just be clear
7  about the APPROVe study.  I'm trying to
8  talk about --
9       A.    May I say, I've not read the
10 APPROVe study.
```

π objection: vague, ambiguous

[241:5] - [241:7]      Stephen Epstein, M.D.

```
page 241
5       Q.    And that's true whether or
6  not you're taking Vioxx?
7       A.    Correct.
```

π objection: vague, ambiguous

[242:16] - [242:23]      Stephen Epstein, M.D.

```
page 242
16      Q.    Was your previous testimony
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                           17   about plaque rupture and about what
                           18   occurred in APPROVe based on your review
                           19   of the APPROVe study?
                           20        A.   It was not, no.  I did not
                           21   review the study.  It was based on what I
                           22   had heard secondhand about the results of
                           23   the APPROVe study.
```

[243:7] - [243:8]          Stephen Epstein, M.D.

```
                           page 243
                           7                  THE WITNESS:  That's
                           8        correct.
```

[243:19] - [244:19]        Stephen Epstein, M.D.

```
                           page 243
                           19       Q.   Dr. Epstein, when you came
                           20   to Merck presenting your results of your
                           21   study with Dr. Rott, did anybody from
                           22   Merck ever tell you not to publish your
                           23   results?
                           24       A.   Oh, no.
                           page 244
                           1        Q.   Did anybody from Merck ever
                           2    tell you not to do your study?
                           3        A.   No.
                           4        Q.   Did anybody from Merck ever
                           5    try to tell you to change the substance
                           6    of your findings?
                           7        A.   No.
                           8        Q.   Did anybody from Merck ever
                           9    try to downplay the significance of your
                           10   findings with some press release or some
                           11   other action?
                           12       A.   No.
                           13       Q.   Do you feel that Merck ever
                           14   tried to retaliate against you or be
                           15   aggressive toward you or do anything
                           16   inappropriate toward you or your
                           17   colleagues because of the study that you
                           18   did and published?
                           19       A.   No.
```

[244:20] - [245:14]        Stephen Epstein, M.D.

```
                           page 244
                           20       Q.   In fact, a month after you
                           21   submitted your first draft of the study
                           22   to Merck, were you invited to be one of
                           23   the consultants in Philadelphia to
                           24   discuss the cardiovascular outcomes
                           page 245
                           1    study?
                           2        A.   That's correct.
                           3        Q.   That's a meeting that you
                           4    attended?
                           5        A.   Yes.
                           6        Q.   Merck obviously thought
                           7    highly of you and said so in internal
                           8    documents and invited you to Philadelphia
                           9    to engage in this discussion about the
                           10   outcomes study?
                           11       A.   That's correct.
                           12       Q.   Were there other respected
                           13   scientists there as well?
                           14       A.   Yes.
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

[246:16] - [247:6]        Stephen Epstein, M.D.

*[handwritten annotation: # objection: leading]*

```
page 246
16         Q.    And the purpose of the
17   meeting that you attended was to sort of
18   brainstorm with Merck on the best way to
19   try to design a study to focus on a
20   possible CV outcomes study?
21         A.    I think it was twofold.  It
22   was, one, to evaluate the data that were
23   currently available relating to the
24   potential cardiovascular risks and then,
page 247
1    two, to design a study to examine that
2    possibility.
3          Q.    And Merck welcomed the input
4    of you and other scientists in that
5    regard?
6          A.    Yes.
```

[247:7] - [248:16]        Stephen Epstein, M.D.

```
page 247
7          Q.    Mr. Sizemore also asked you
8    about the board of scientific advisers.
9    And I'm going to need to spend a little
10   bit of time on this.
11         A.    Okay.
12         Q.    Mr. Sizemore said to you or
13   asked you this question.  Did Dr. Rodger
14   or anyone at Merck inform you that the
15   board of scientific advisers,
16   approximately two years before your
17   study, that they had indicated, the board
18   of scientific advisers had indicated that
19   inhibition of COX-2 in a human being
20   could, number one, lead to atherogenesis
21   and, number two, cause plaque
22   destabilization and rupture?  Do you
23   remember Mr. Sizemore asking you about
24   that?
page 248
1          A.    I do.
2          Q.    Did he also ask you whether
3    Dr. Rodger or any other doctor at Merck
4    ever indicated to you that these
5    potential deleterious effects of COX-2
6    inhibition had been brought to Merck's
7    attention two years before your study by
8    a board of scientific advisers?
9          A.    I had never heard that until
10   just now.
11         Q.    But that's what Mr. Sizemore
12   was talking to you about, right?
13         A.    Right.
14         Q.    And you, of course, said no,
15   nobody ever told you that?
16         A.    Right.
```

[249:4] - [249:9]         Stephen Epstein, M.D.

*[handwritten annotation: # objection: calls for speculation]*

```
page 249
4          Q.    Could it be, Dr. Epstein,
5    that nobody told you that the board of
6    scientific advisers felt that Vioxx could
7    lead to atherosclerosis or cause plaque
8    destabilization, because that's not what
9    the board of scientific advisers said?
```

• **Merck's Counter Designations**

| | |
|---|---|
| [249:12] - [249:13] | Stephen Epstein, M.D. |

```
page 249
12              THE WITNESS:  That's
13      certainly possible.
```

π objection - calls for speculation

[249:15] - [249:19]    Stephen Epstein, M.D.

```
page 249
15      Q.    Let me show you, and you
16 actually, I think, have it in front of
17 you, or I can just give you another copy,
18 it's Exhibit 2.  Do you have it there?
19      A.    Yes, I do.
```

[251:23] - [252:10]    Stephen Epstein, M.D.

```
page 251
23      Q.    Do you see, Dr. Epstein, on
24 Page 11 that this document starts by
page 252
1  saying, "The Board addressed the
2  potential for either benefits or adverse
3  consequences of selective inhibition of
4  COX-2 on coronary heart disease."
5       A.    I see that.
6       Q.    Does that suggest to you
7  that what the board is about to talk
8  about are either potential benefits or
9  potential adverse effects of Vioxx?
10      A.    Either one.
```

[253:1] - [253:19]    Stephen Epstein, M.D.

```
page 253
1       Q.    "The possible effects of
2  COX-2 inhibition on three separate
3  components of the process leading to
4  coronary ischemic events were considered.
5  These are," and then it lists three
6  items.
7             "The development of
8  lipid-rich coronary plaques."
9             Right?
10      A.    Right.
11      Q.    "The destabilization of the
12 cap of these plaques by inflammatory
13 cells, making them 'rupture prone.'"
14            Right?
15      A.    Right.
16      Q.    And then a third one having
17 to do with "thrombotic occlusion of the
18 vessel."
19      A.    Right.
```

[253:20] - [254:7]    Stephen Epstein, M.D.

```
page 253
20      Q.    I know you haven't seen this
21 document before, but do you understand
22 that the board is suggesting that it may
23 be that Vioxx actually benefits, because
24 of its anti-inflammatory properties, the
page 254
1  stabilization of plaque and slow down the
2  progression of atherosclerosis?
3       A.    Um-hmm.
4       Q.    Yes?
5       A.    Yes.  It raises the precise
6  questions that led to the funding of our
```

π objection
- calls for speculation
- hearsay
- lacks foundation. he has not seen document prior to deposition

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                            7    study.
```

[254:8] - [255:3]          Stephen Epstein, M.D.

```
                            page 254
                            8         Q.   Do you see that in the
                            9    middle of the development of lipid-rich
                            10   plaques, it says, "There is a growing
                            11   body of evidence indicating that
                            12   inflammatory disease is a risk factor for
                            13   myocardial infarction, and such
                            14   inflammatory processes almost certainly
                            15   are accompanied by the release of," is it
                            16   "cytokines" --
                            17        A.   Yes.
                            18        Q.   -- "that affect cells in
                            19   the," and it continues.  Okay?
                            20        A.   Right.
                            21        Q.   So that portion of the
                            22   document is consistent with what you've
                            23   said before, that COX-2 inhibition, by
                            24   reducing inflammation, could slow down
                            page 255
                            1    the progression of atherosclerosis,
                            2    correct?
                            3         A.   Um-hmm, correct.
```

[255:9] - [255:21]         Stephen Epstein, M.D.

```
                            page 255
                            9         Q.   "Accordingly, it is
                            10   appropriate to ask whether COX-2
                            11   expression in monoctye-macrophage-foam
                            12   cell development regulates the
                            13   progression of the atherosclerosis that
                            14   accompanies dyslipidemia, either
                            15   positively or negatively?"
                            16            Do you see that?
                            17        A.   Yes.
                            18        Q.   "If this were the case, then
                            19   inhibition of COX-2 might be expected to
                            20   alter the process of plaque formation."
                            21        A.   Right.
```

[255:24] - [256:7]         Stephen Epstein, M.D.

```
                            page 255
                            24            In other words, the board of
                            page 256
                            1    scientific advisers, like you and many
                            2    other scientists, were suggesting that
                            3    it's quite possible that Vioxx, as a
                            4    COX-2 inhibitor, could have a beneficial
                            5    effect on atherosclerosis.
                            6             True?
                            7         A.   True.
```

[256:16] - [257:13]        Stephen Epstein, M.D.

```
                            page 256
                            16            On Page 12, what does the
                            17   first section say at the top?
                            18        A.   "Destabilization of the Cap
                            19   of an Atheromatous Plaque."
                            20        Q.   And then it continues by
                            21   saying, "Recent evidence indicates that
                            22   inflammatory cells are present in the
                            23   region of the thinned-out cap that covers --
                            24        A.   "Atheromatous plaques."
```

*Handwritten annotation:* π objection: calls for speculation / Hearsay / Lacks foundation - he has not seen document prior to deposition

Issues Report [Stephen Epstein]

• Merck's Counter Designations

```
            page 257
            1        Q.      -- "atheromatous plaques,
            2    and it is thought that these inflammatory
            3    cells contribute to thinning the plaque
            4    at its margin that is the frequent site
            5    of plaque rupture."
            6            And just to finish the
            7    paragraph, "As the critical cells in the
            8    process are inflammatory cells, the
            9    possibility exists that the products of
            10   COX-2 could regulate thinning the cap of
            11   plaques and render them rupture-prone."
            12           Do you see that?
            13       A.   Yes.
```

*π objection: please see previous page*

[257:14] - [258:5]      Stephen Epstein, M.D.

```
            page 257
            14       Q.   Is it your understanding
            15   when you read "products of COX-2," that
            16   what the board is saying is that COX-2
            17   enzymes through their inflammatory
            18   effects could end up thinning plaques,
            19   making them more rupture prone?
            20       A.   I agree with that.
            21       Q.   Is it your interpretation of
            22   this, Dr. Epstein, what the board of
            23   scientific advisers was saying was that
            24   if Vioxx could reduce the inflammation,
            page 258
            1    it could avoid or help reduce the
            2    likelihood of thinning of the cap of
            3    plaques and reduce the likelihood of a
            4    rupture?
            5        A.   Exactly.
```

[258:6] - [258:12]      Stephen Epstein, M.D.

```
            page 258
            6        Q.   Did Merck come to you and
            7    say, you don't need to do your study, Dr.
            8    Epstein, because we know from our board
            9    of scientific advisers that Vioxx is
            10   beneficial for atherosclerosis?  Did they
            11   say that?
            12       A.   They did not.
```

*π objection: leading*

[258:23] - [259:22]     Stephen Epstein, M.D.

```
            page 258
            23       Q.   Can you explain what
            24   reactive oxygen species means or ROS, in
            page 259
            1    terms that I can understand?
            2        A.   When -- when COX-2 is
            3    activated and produces all of its
            4    products, in the course of the production
            5    of those products, it forms a type of
            6    oxygen, which is not O2 which is present
            7    in the air which we breathe, but an
            8    activated form of oxygen which is very
            9    reactive with different molecules in the
            10   cell, and acts as a signaling molecule.
            11           And one of the key actions
            12   of these reactive oxygen species is to
            13   facilitate activation of the immune
            14   inflammatory responses in a cell.
            15       Q.   Do reactive oxygen species
            16   play any role in atherosclerosis?
            17       A.   It's believed that they do,
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                    18   yes.
                    19        Q.   Is it believed that reactive
                    20   oxygen species are beneficial or harmful
                    21   to the atherosclerosis process?
                    22        A.   Harmful.
```

[259:23] - [260:17]   Stephen Epstein, M.D.

```
page 259
23        Q.   So if reactive oxygen
24   species are produced by COX-2, it would
page 260
1    be wrong to say that COX-2 inhibitors
2    increase reactive oxygen species,
3    correct?
4         A.   Correct.
5         Q.   Is it true that COX-2
6    inhibitors actually reduce or decrease
7    reactive oxygen species?
8         A.   Correct.
9         Q.   By reducing reactive oxygen
10   species, would you say that COX-2
11   inhibitors like Vioxx have a beneficial
12   effect on atherosclerosis?
13        A.   I wouldn't jump to that.  I
14   would say that they have a potential
15   beneficial effect on atherosclerosis by
16   reducing -- by contributing to a
17   reduction in inflammatory processes.
```

[261:1] - [261:13]   Stephen Epstein, M.D.

```
page 261
1         Q.   Dr. Epstein, have you ever
2    heard of anybody by the name of Dr. Egil
3    Fosilien?
4         A.   I do not or I have not.
5         Q.   Have you been involved in
6    monitoring literature in the area of
7    atherosclerosis for some time?
8         A.   Reviewing.
9         Q.   Yes.
10        A.   Yes.
11        Q.   Have you also written about
12   atherosclerosis for much of your life?
13        A.   I have.
```

[261:19] - [262:7]   Stephen Epstein, M.D.

```
page 261
19        Q.   Have you met -- are you
20   familiar, sir, with many of the leaders
21   in the field of atherosclerosis?
22        A.   Yes.
23        Q.   Have you met them at medical
24   conferences and come across them at
page 262
1    different medical functions?
2         A.   Yes, I have.
3         Q.   In all of your years of
4    attending these sorts of functions and
5    meeting individuals who have an interest
6    in atherosclerosis, have you ever met a
7    man named Dr. Egil Fosilien?
```

[262:10] - [262:11]   Stephen Epstein, M.D.

```
page 262
10              THE WITNESS:   Not to my
```

Issues Report [Stephen Epstein]

• **Merck's Counter Designations**

```
                                  11         recall.
```

[288:10] - [288:23]       Stephen Epstein, M.D.

```
                          page 288
                          10         Q.    All right.  And Merck has
                          11    been very specific in the questions
                          12    they've asked you, Doctor.  If you'll
                          13    recall, they've asked you, are there any
                          14    Vioxx studies in knockout mice that
                          15    replicated your findings?
                          16         A.    Yes.
                          17         Q.    Are you aware of other
                          18    studies, whether it be in animals or
                          19    humans, involving other COX-2 inhibitors
                          20    or involving knockout mice, period, that
                          21    would tend to substantiate or replicate
                          22    your findings?
                          23         A.    No.
```

[291:19] - [291:22]       Stephen Epstein, M.D.

```
                          page 291
                          19         Q.    Okay.
                          20         A.    And I haven't had a chance
                          21    to review those.
                          22         Q.    That's fair enough.
```

[293:24] - [294:2]        Stephen Epstein, M.D.

```
                          page 293
                          24         Q.    Dr. Epstein, I just have a
                          page 294
                          1     few follow-up questions.
                          2          A.    Yes.
```

[294:3] - [294:6]         Stephen Epstein, M.D.

```
                          page 294
                          3          Q.    First, I hope that you don't
                          4     feel like I was attacking you, because I
                          5     wasn't.
                          6          A.    I don't.
```

*[Handwritten annotation: π objection: irrelevant, vague, argumentative]*

[294:7] - [294:16]        Stephen Epstein, M.D.

```
                          page 294
                          7          Q.    Mr. Sizemore asked you
                          8     whether Merck turned down your initial
                          9     request for funding for your study.
                          10              Do you remember that?
                          11         A.    Yes.
                          12         Q.    And it is true that,
                          13    initially, Dr. Rodger said that Merck
                          14    wasn't interested in pursuing the study,
                          15    right?
                          16         A.    Correct.
```

[294:19] - [295:11]       Stephen Epstein, M.D.

```
                          page 294
                          19              Did Dr. Rodger explain to
                          20    you that based on his understanding of
                          21    the study, the goal was to determine
                          22    whether Vioxx had any beneficial effect
                          23    on atherosclerosis, and Merck had already
                          24    funded research along that line?
                          page 295
                          1          A.    That was the explanation
```

Issues Report [Stephen Epstein]

- **Merck's Counter Designations**

```
 2    that I received from him.
 3           Q.    And when you explained to
 4    Dr. Rodger that your primary hypothesis
 5    was to test something that really nobody
 6    had thought of and that was could COX-2
 7    inhibition decrease the amount of virus
 8    in the body, did Dr. Rodger and Merck
 9    then decide to fund that part of the
10    study?
11           A.    Yes.
```