| | |
|---|---|
| To: | Greene, Douglas Alan; Goldmann, Bonnie J |
| From: | Scolnick, Edward M. |
| Cc | Kim, Peter S |
| Bcc: | |
| Date: | 2001-11-08 13:31:20 |
| Subject: | History lesson |

Doug and Bonnie  twice in my life I have had to say to the FDA" That label is unacceptable, we will not under any circumstances accept it." Once when they wanted a black box warning for angioedema in vasotec in 1985 and once in 1989 when Steve Fred wanted a warning about potential colon cancer in the prilosec label. You WILL have to do that on the cardiac warning for Vioxx. I assure you
that you will . And i assure you i will NOT sign off on any lable that had a cardiac warning. the data review yesterday convinces me that we do not have an unsafe drug and I am willing if needed to spend several hours one on one with anyone at the FDA going through the data until they in fact get it/ Ed Scolnick

P1.1098

Confidential - Subject To Protective Order

MRK-AFJ0001537