# U.S. Long Range Operating Plan

## Franchise: Analgesic & Anti-Inflammatory

### Products: VIOXX®, Etoricoxib

### July, 2001

7/12/01

**P1.1135**

Confidential - Subject To Protective Order

MRK-ABI0008659

2

# *Analgesic & Anti-inflammatory Background*

### *Products in Arthritis Franchise*

## US Launch Date

| | |
|---|---|
| *VIOXX®* | *6/99* |
| *VIOXX Acute Pain* | *6/99* |
| *Chronic Pain* | *3/04* |
| *RA* | *1/02* |
| *RPD* | *6/04* |
| *Peri-Op Analgesia* | *9/04* |
| *Migraine - Acute* | *6/04* |
| *Migraine - Prophylaxis* | *12/04* |
| *AD (MCI)* | *3/05* |
| *Colon Cancer* | *6/06* |

OP -- Redacted -- other product

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008660



*Analgesic and Anti-inflammatory US Market by Major Classes*

**2000:** Total Market:   $4.8 Billion

Growth vs. 99: +37%

*CAGR (95/00)*

+21.9%   Total Market

N/A   Coxibs

-5.7%   Traditional NSAIDs

Source: IMS/MAT 4Q00/MTA
7/12/01

3

Confidential - Subject To Protective Order

MRK-ABI0008661



*Analgesic and Anti-inflammatory Penetration of Coxibs in the US: Market Share – Patient Days*

| | |
|---|---|
| Coxibs | 59% |
| NSAIDs | 41% |
| CELECOXIB | 31% |
| ROFECOXIB | 28% |

7/12/01
Source: IMS 1Q01/MTA

4

Confidential – Subject To Protective Order

MRK-ABI0008662




VIOXX MONHLY SALES PERFORMANCE
May 99 - May 2001

VIOXX Sales History
(Gross $000)

5

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008663



MRK-ABI0008664

# *Major Assumptions in the LROP*

## <u>Franchise</u>

- Market expansion will continue (CAGR '06:'01: 6.2%)

- Merck will achieve 44.8% TRX market share of Coxib class in 2006

- Coxibs will achieve 51.6% TRX market share of the A&A market in 2006

- Superior GI safety perception maintained for for all coxibs, even when combined with low dose ASA

- CV class labeling will exist in the precautions section for all Coxibs

- No price competition among coxibs

7/12/01

7

Confidential - Subject To Protective Order

MRK-ABI0008665

# Major Assumptions in the LROP

## VIOXX®

- VIOXX® perceived to provide more effective pain relief than Celecoxib

- Perception around HT/edema relative to other Coxibs will not worsen

- Valdecoxib perceived to be no more efficacious than VIOXX®

- Chronic pain filing delayed from 4Q00 to 1Q03; RA 1Q01

- VIGOR label change approved in US 4Q01

7/12/01

8

Confidential - Subject To Protective Order

MRK-ABI0008666



OP – Redacted – other product

6

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008667

# Key Success Factors for Merck

## Franchise

**Grow and defend Merck Coxib Share**

- Promote unsurpassed efficacy and safety

- Aggressively resource the Franchise

- Ensure distinct positioning for Merck Coxibs

- Capitalize on competitors' weaknesses

OP – Redacted – other product

**Increase Penetration into the A&A Market**

- Enhance powerful efficacy image vs NSAIDs

- Effectively communicate CV safety profile

- Continue to communicate NSAID related GI risk

## VIOXX®

- Enhance perception of VIOXX as a powerful pain reliever superior to Celecoxib

- Manage HT/ Edema issues

- Capitalize on launch of new indications

7/12/01

10

Confidential - Subject To Protective Order

MRK-ABI0008668



## 5 Year Business Plan Forecast
### U.S. Sales ($ MM)

| 2001 - 2006 |
| Total Market +6.2% CAGR |
| Coxib Class +9.4% CAGR |
| Merck Coxib Sales +6% CAGR |

OP – Redacted – other product

Vioxx®

OP – Redacted – other product

12

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008669



*5 Year Forecast (TRX)*

TRx Shares 2006
Coxib class

*Merck Coxibs:*
OPI Redacted other product
VIOXX : 27.4%
OPI Redacted other product

*Pharmacia Coxibs:*
Coxib class: 45%
Celebrex: 24.4%
Valdecoxib: 20.6%

*Novartis: 10.2%*

13

7/12/01

Confidential – Subject To Protective Order

MRK-ABI0008670

OP – Redacted – other product

14

7/12/01

Confidential – Subject To Protective
Order

MRK-ABI0008671

*Analgesic & Anti-inflammatory*
*5 Year Business Plan Forecast*
*Sales & Growth for VIOXX®*

U.S. Sales (Constant $ MM) - Growth vs. Previous Year

| | _Sales_ | _Sales Growth_ | _%_ |
|---|---|---|---|
| 2001 | $2,500 | $ 756 | + 43% |
| 2002 | $2,766 | $ 266 | + 11% |
| 2003 | $2,676 | $- 90 | - 3% |
| 2004 | $2,287 | $-389 | - 15% |
| 2005 | $2,181 | $-106 | - 5% |
| 2006 | $1,988 | $-193 | - 9% |

7/12/01

15

Confidential - Subject To Protective
Order

MRK-ABI0008672

OP – Redacted – other product

16

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008673



*Analgesic & Anti-Inflammatory Key Sensitivities*
*Upside/Downside Sales Forecast*
*(Constant $ millions)*
*VIOXX®*

Upside 25% in '06
• CV Labeling Milder; No Prothrombotic language +25%

Base
• Class CV Label Precaution

Downside -50% in '06
• CV Label is Warning/Not Precaution -50%

17

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008674

OP – Redacted – other product



18

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008675

## Analgesic & Anti-Inflammatory
### 5 year Forecast Merck Coxib Sales
### Franchise Gap Analysis



**Gap Analysis, $-1.5 ('05)**

Market Growth, $-0.3 Bn:
CAGR 9.4% Mayflower vs 6.2% BP

Coxib Penetration, $-1.4 Bn:
81% Mayflower vs 52% BP

Merck Coxib Share, $+.2 Bn:
40% Mayflower vs 45% BP

19

7/12/01

Confidential – Subject To Protective Order

MRK-ABI0008676

# Penetration Rate of Coxibs Into the A&A Market Influenced by Patients at CV Risk, Impact of VIGOR and CLASS, and Managed Care Actions



Reduced impact of GI Outcomes Trials on Managed Care and DTC

Impact of Class Label for CV Risk on Physician Demand

CV label impact on PA's

81%

66%

56%

52%

TRx Share of Coxibs Into the A&A Market

90%   80%   70%   60%   50%   40%   30%

7/12/01  2001   2002   2003   2004   2005   2006

Source: 2000 Mayflower Forecast; 2001 Business Plan

20

Confidential - Subject To Protective Order

MRK-ABI0008677

# Analgesic & Anti-Inflammatory
## 5 year Forecast
## VIOXX Gap Analysis



**2001 BP**
**2000 Mayflower**

__Gap Analysis, +0.5 Bn, cumulative__

•Higher VIOXX Trend/Weaker Etoricoxib Analogy in BP vs Mayflower, cumulative impact (estimate), $+2.7 Bn

•All coxibs have a prothrombotic precaution in the label, cumulative, $-2.6 Bn

•Delay in etoricoxib launch, $+0.4 Bn

21

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008678



OP – Redacted – other product

22

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008679

OP – Redacted – other product



Confidential - Subject To Protective
Order

MRK-ABI0008680

# Product Contribution
## VIOXX®

| Constant | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | |
| Product Sales | 1,615.2 | 2,229.0 | 3,444.9 | 2,316.9 | 1,844.3 | 1,824.5 | 1,636.9 |
| Medco Uplift / Rebates | 1,744.8 | 2,486.0 | 2,756.9 | 3,075.6 | 3,297.3 | 2,161.0 | 1,987.5 |
| Mail/Retail Uplift | (19.2) | (15.4) | (15.0) | (22.7) | (23.6) | (25.6) | (35.5) |
| Client Rebates | (1.0) | 14.6 | 16.0 | 19.1 | 11.7 | 11.2 | 8.0 |
| | (16.1) | (30.0) | (31.0) | (36.8) | (35.0) | (38.0) | (45.4) |
| Rebates/Discounts : | | | | | | | |
| Cash Discounts | (111.6) | (239.6) | (305.3) | (335.9) | (319.6) | (329.7) | (314.3) |
| Rebates/Chargebacks | (27.6) | (59.1) | (42.4) | (40.0) | (32.4) | (31.6) | (26.7) |
| | (83.9) | (199.4) | (262.8) | (286.9) | (286.0) | (288.2) | (287.6) |
| Other Revenue : | | | | | | | |
| **Product Cost** | | | | | | | |
| Standard Cost | 28.5 | 49.3 | 54.9 | 50.7 | 45.1 | 43.8 | 42.5 |
| Royalty Expense | 21.5 | 25.4 | 29.0 | 27.4 | 23.0 | 22.6 | 21.3 |
| Medco Pharmacy Markup | 7.1 | 23.0 | 25.9 | 23.3 | 21.4 | 20.9 | 21.2 |
| Other | | | | | | | |
| **Total Expenses** | 979.8 | 994.3 | 975.7 | 797.0 | 713.3 | 890.4 | 898.9 |
| FDG Budget : | | | | | | | |
| Promotion Related | 347.0 | 309.4 | 369.2 | 367.0 | 320.0 | 316.0 | 216.9 |
| Medical Education | 241.5 | 302.4 | 284.0 | 350.0 | 320.7 | 305.9 | 276.0 |
| Samples | 74.7 | 92.0 | 46.1 | 90.6 | 79.7 | 73.6 | 73.0 |
| DTC | 99.0 | 24.9 | 28.0 | 27.0 | 22.2 | 21.6 | 19.7 |
| Clinical Development | 126.1 | 111.3 | 106.0 | 134.0 | 100.3 | 99.9 | 61.9 |
| All Other | 31.3 | 11.7 | 12.0 | 23.7 | 20.4 | 16.7 | 15.2 |
| External Alliances | 68.4 | 10.5 | 41.0 | 63.7 | 60.3 | 66.1 | 77.6 |
| Business Groups | 2.8 | 0.2 | 4.3 | 6.2 | 6.1 | 7.1 | 6.0 |
| Telem Expenses | 2.6 | 0.6 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Other FDG Budget | | | | | | | |
| **Controllable Income** | 1,239.6 | 1,073.3 | 2,059.8 | 1,890.1 | 1,650.1 | 1,454.9 | 1,014.2 |
| MC Direct Admin Fees | 6.6 | 15.5 | 23.4 | 26.3 | 29.5 | 33.6 | 36.0 |
| Sales and Managed Care | 269.6 | 312.5 | 230.9 | 289.9 | 303.7 | 327.9 | 324.6 |
| OBR Selling | 180.1 | 212.0 | 246.6 | 215.4 | 255.3 | 244.6 | 208.5 |
| Specialty Sales Group | 17.4 | 32.0 | 13.6 | 12.8 | 13.6 | 13.6 | 13.6 |
| National HSAs | 5.3 | 5.7 | 7.0 | 4.4 | 0.7 | 0.7 | 0.7 |
| Sales/MC Support & Training | 54.2 | 81.6 | 60.3 | 52.3 | 51.0 | 45.5 | 49.6 |
| Sales and Managed Care Indirect | 0.0 | | | | | | |
| Total Vertical Specialty Sales Forces | | | | | | | |
| Total Hospital Sales Forces | | | | | | | |
| Media | 39.7 | 39.1 | 20.1 | 21.1 | 20.6 | 20.8 | 20.5 |
| Marketing Services | 10.6 | 11.1 | 4.3 | 4.1 | 7.1 | 9.4 | 11.7 |
| General Admin | 2.7 | 2.5 | 2.4 | 2.4 | 2.0 | 2.4 | 2.4 |
| Unidentified Cas | 0.4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Appraisal Unidentified | | | | | | | |
| Miscellaneous Credits | | | | | | | |
| **Operating Income** | 915.9 | 1,468.3 | 1,714.3 | 1,850.1 | 1,186.7 | 1,000.4 | 898.6 |

24

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008681



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008682

# *Analgesic & Anti-Inflammatory Summary/Conclusions*

In 2006, USHH will achieve $3.3 billion in sales with a TRX market share of 44.8% provided that we:

## Franchise

- Continue to establish the efficacy of Coxibs
- Manage CV issues
- Minimize the impact of new competition

## VIOXX®

- Achieve VIOXX 2001 EA sales target
- Defend/grow VIOXX share vs celecoxib
- Manage HT/edema issue
- Minimize cannibalization by Etoricoxib
- Launch new indications



OP – Redacted – other product

Confidential - Subject To Protective Order

MRK-ABI0008683