```
                    graham depo cut 6 6-06.txt
                    Annotations Report [vioxx mdl]


[33:23] - [34:1] 5/16/2006 David Graham, M.D.


page 33
23   BY MR. KLINE:
24        Q.    Dr. Graham, good morning.
page 34
1         A.    Good morning.


[34:8] - [34:10] 5/16/2006 David Graham, M.D.


page 34
8         Q.    You're here under subpoena.
9    Do you understand that, sir?
10        A.    Yes.


[35:13] - [38:1] 5/16/2006 David Graham, M.D.


page 35
13                    I would like to know who you
14   are, sir. What is your current title and
15   position at the FDA?
16        A.    I'm a medical officer and
17   the associate director for science and
18   medicine in the Office of Drug Safety.
19        Q.    What does that job involve,
20   sir?
21        A.    I'm the senior scientific
22   adviser for the office. I mentor the
23   scientific staff. I advise the office
24   director on all scientific and medical
page 36
1    matters. I oversee intramural and
2    extramural research programs within the
3    office and serve as a resource to the
4    center, the Center For Drug Evaluation on
5    epidemiologic matters as well.
6         Q.    You are an epidemiologist,
7    sir?
8         A.    Yes, I am.
9         Q.    And you're also a physician?
10        A.    That's correct.
11        Q.    So, you hold an M.D. degree
12   as well; is that correct?
13        A.    Yes.
14        Q.    And you're a long-time
15   employee of the FDA?
16        A.    Yes.
17        Q.    How many years, sir?
18        A.    About 22.
19        Q.    This deposition is about
20   many of your public statements.
21             One you made on November 18,
22   2004 to the United States Senate Finance
23   Committee. You said, to quote you,
24   "Vioxx is a terrible tragedy and a
                     Page 1
```

Handwritten annotations:
- (bracketing [34:8]-[34:10]) Δ's objection: 401, 402 - irrelevant, waste of time. π's: Bias assertion - important fact
- (bracketing lines 19-21) * See next page

```
                  graham depo cut 6 6 06.txt
page 37
 1  profound regulatory failure.  I would
 2  argue that the FDA as currently
 3  configured is incapable of protecting
 4  America against another Vioxx.  We are
 5  virtually defenseless."  Did you make
 6  that statement?
 7       A.    Yes, I did.
 8       Q.    You also made a statement on
 9  November 18 before the United States
10  Senate where you said, "Vioxx is the
11  single greatest drug safety catastrophe
12  in the history of this country."  Did you
13  make that statement, sir?
14       A.    Yes, I did.
15       Q.    Do you stick by that
16  statement, sir?
17       A.    I do.
18       Q.    You also said, "The FDA, its
19  Center for Drug Evaluation and Research,
20  are broken."  Did you make that
21  statement, sir?
22       A.    Yes, I did.
23       Q.    Do you believe that and do
24  you stick to it today?
page 38
 1       A.    Yes, I do.
```

Handwritten annotation: Δ's objections: 801, 802 - hearsay
π: Public statements are purpose of the deposition.

```
[39:8] - [40:2] 5/16/2006 David Graham, M.D.

page 39
 8             Sir, within the FDA, to what
 9  have you devoted your entire professional
10  activities and professional life?
11       A.    Post-marketing drug safety
12  and public health.
13       Q.    What is post-marketing
14  safety, sir?
15       A.    It's examining the safety of
16  drug products once they've been approved
17  for marketing.
18       Q.    Do you have any interest of
19  any kind in the Vioxx litigation, sir?
20       A.    No.
21       Q.    Do you have any financial
22  interest in any drug company or any other
23  kind of conflict that you can think of
24  that you would disclose here?
page 40
 1       A.    I have none that I can think
 2  of.

[40:20] - [41:13] 5/16/2006 David Graham, M.D.

page 40
20             You have a Bachelor's Degree
21  from Johns Hopkins; is that correct?
22       A.    Yes.
23       Q.    In what year, sir?
                                        Page 2
```

```
                           graham depo cut 6 6 06.txt
 24        A.    1976.
page 41
 1         Q.    You graduated Phi Beta
 2   Kappa?
 3         A.    Correct.
 4         Q.    Meaning?
 5         A.    That's a scholastic honorary
 6   society that's awarded to people who
 7   graduate in the top of their class.
 8         Q.    Then you went to medical
 9   school where, sir?
10         A.    Johns Hopkins University.
11         Q.    You graduated second in your
12   class?
13         A.    That's correct.


[41:18] - [44:22] 5/16/2006 David Graham, M.D.


page 41
18         Q.    You then went on to get a
19   Master's Degree in public health, is that
20   correct?
21         A.    Yes.
22         Q.    Tell us about that. Where
23   did you get the Master in public health,
24   and what did that involve?
page 42
 1         A.    I went to the Johns Hopkins
 2   University School of Public Health and
 3   spent eleven months studying
 4   epidemiology, biostatistics and computer
 5   science, as well as some course work in
 6   general public health matters. It was
 7   part of a three-year fellowship in
 8   epidemiology with the Public Health
 9   Service.
10         Q.    That epidemiology fellowship
11   was actually at the Food & Drug
12   Administration?
13         A.    That's correct.
14         Q.    So, that's how you got your
15   first involvement at the FDA?
16         A.    Yes.
17         Q.    You're a career FDA person
18   then?
19         A.    Yes.
20         Q.    You did an internship and
21   residency at Yale first; is that correct?
22         A.    Yes.
23         Q.    Then you did a residency in
24   neurology?
page 43
 1         A.    Correct.
 2         Q.    Which is a subspecialty of
 3   medicine, of course, correct?
 4         A.    Well, no. It's independent
 5   of internal medicine. It's a separate
 6   discipline.
 7         Q.    Yes. In other words, you
 8   did an internship and residency in
 9   internal medicine, then you did another
                                                         Page 3
```

```
                          graham depo cut 6 6 06.txt
10  residency, correct?
11       A.    Correct.
12       Q.    A second residency?
13       A.    Yes.
14       Q.    That second residency being
15  at the University of Pennsylvania?
16       A.    Correct.
17       Q.    So, you have an internship
18  at Yale, residency at Penn in neurology
19  and then your training in epidemiology?
20       A.    Right.
21       Q.    Your epidemiology training
22  was three years?
23       A.    Three years.
24       Q.    What is the -- and if you
page 44
1   could be precise, what is the study of
2   epidemiology?
3        A.    Epidemiology, I think, is
4   the study of the causes and distribution
5   of diseases in populations. And in the
6   area of drug epidemiology, it is looking
7   at the distribution and causes of
8   drug-induced injuries, but you could also
9   be looking for the patterns of the way
10  drug products are used in the population.
11       Q.    Okay.
12             How have you used
13  epidemiology during your entire
14  professional life?
15       A.    It's been in the practice of
16  pharmacoepidemiology or drug safety.
17       Q.    And what is
18  pharmacoepidemiology, sir?
19       A.    It's a fancy word for drug
20  safety epidemiology, "pharmaco" referring
21  to drugs, "epidemiology," study of the
22  distribution and causes of disease.


[47:8] - [48:11] 5/16/2006 David Graham, M.D.


page 47
8        Q.    Along the way, sir, in your
9   career at the FDA, have you received many
10  different awards?
11       A.    Yes, I have.
12       Q.    As well as honors?  I think
13  it's called in your curriculum vitae
14  honors and awards; is that correct?
15       A.    Correct.
16             MR. KLINE:  I'm going to
17        mark your curriculum vitae as
18        Exhibit 1 so we have it as part of
19        this record.
20                      -  -  -
21             (Whereupon, Deposition
22        Exhibit Graham-1, Curriculum
23        Vitae of David Graham, was marked
24        for identification.)
page 48
1                       -  -  -
```

```
                      graham depo cut 6 6 06.txt
 2  BY MR. KLINE:
 3       Q.    I'd like to discuss some of
 4  them with you.
 5       A.    Should I take this?
 6       Q.    Yes. I'm going to hand you
 7  a copy. I'm sure you're familiar with
 8  it.
 9              Would you confirm that
10  indeed that's your curriculum vitae?
11       A.    Yes, it is.


[60:9] - [60:13]  5/16/2006 David Graham, M.D.


page 60
 9  BY MR. KLINE:
10       Q.    I would ask you, sir, do you
11  consider yourself an expert in drug
12  safety?
13       A.    Yes, I do.


[61:5] - [63:7]  5/16/2006 David Graham, M.D.


page 61
 5  BY MR. KLINE:
 6       Q.    In what areas of FDA do you
 7  consider yourself expert?
 8       A.    I am an expert in areas of
 9  post-marketing drug safety. I am an
10  expert in areas of interaction between
11  the reviewing divisions, the preapproval
12  side of FDA and the postapproval side of
13  FDA. I'm an expert on the culture of
14  FDA, on the ways that science is used
15  within FDA for -- as it relates to drug
16  safety in particular, but also as it
17  relates to efficacy. I'm an expert in
18  the personnel practices of FDA in the
19  ways that it treats its medical officers,
20  and there's probably a host of other
21  areas that relate to life working within
22  FDA that I've become expert in.
23       Q.    You're a lifer there?
24       A.    Thus far, yes.
page 62
 1       Q.    Let me -- do you have any
 2  current intention of leaving the FDA?
 3       A.    No, not unless I'm forced to
 4  leave. I love the work that I do.
 5       Q.    Let me ask you some
 6  questions about your public statements.
 7              You testified before the
 8  United States Senate, Senate Finance
 9  Committee Hearing on drug safety and the
10  worldwide withdrawal of Merck & Company,
11  Inc. of Vioxx, November 18, '04; is that
12  correct?
13       A.    Yes.
14       Q.    You appeared on 60 Minutes
15  on February 16, '05; is that correct?
                           Page 5
```

Δ's objections: 401, 402, 403,
MIL #6 - irrelevant, waste of time, any probative value substantially outweighed by danger of prejudice.

π: π adopts response to
Δ MIL #6 as to objections
on pgs 5 and 6; Purpose
was public statements.

```
                            graham depo cut 6 6 06.txt
16        A.     Yes.
17        Q.     You appeared on February 17,
18   '05 before the joint meeting of the
19   Arthritis Advisory Committee of the Drug
20   Safety and Risk Management Advisory
21   Committee of the FDA; is that correct?
22        A.     Yes.
23        Q.     On the Today Show with Katie
24   Couric on December 21, '05 you were
page 63
1    interviewed?
2         A.     Was it '05 or '04?
3         Q.     '04. I'm sorry. '04?
4         A.     Yes.
5         Q.     On Good Morning America with
6    Diane Sawyer on November 19, '04?
7         A.     Yes.
```

Δ's objections: 401, 402, 403,
MIL #6 - irrelevant, waste
of time, any probative
value substantially
outweighed by danger of
prejudice.

```
[63:15] - [64:16] 5/16/2006 David Graham, M.D.


page 63
15                Did you also appear on ABC
16   Nightline with Ted Koppel on December 3,
17   '04?
18        A.     Yes, I did.
19        Q.     And in many other forums
20   relating to Vioxx, the withdrawal of
21   Vioxx; is that correct?
22        A.     Yes.
23        Q.     Do you believe Vioxx is an
24   unsafe drug, sir?
page 64
1         A.     Yes I, do.
2         Q.     Do you believe that Merck
3    was correct in taking it off the market?
4         A.     Yes.
5         Q.     Should it ever have been on
6    the market in the first place?
7         A.     It is my professional
8    opinion, based on the evidence that I've
9    looked at, that Vioxx should not have
10   been approved at the time that it was
11   approved, that there were substantial
12   areas of concern relating to
13   cardiovascular safety that should have
14   been explored more fully and more
15   thoroughly prior to consideration of an
16   approval.


[65:14] - [66:6] 5/16/2006 David Graham, M.D.


page 65
14        Q.     Okay.
15               Let's talk about the FDA
16   itself, area number two.
17               The FDA -- sir, on November
18   18, '04, before the United States
19   Congress you said, "The FDA culture uses
20   the pharmaceutical industry as its
```

Δ's objections: 401, 402, 403,
MIL #6 - irrelevant, waste
of time, any probative
value substantially out-
weighed by danger of
prejudice.