```
                              graham depo cut 6 6 06.txt
21  client.  It overvalues the benefits of
22  the drugs it approves and seriously
23  undervalues, disregards and disrespects
24  drug safety."  Is that a view that you
page 66
1   stated before United States Senators
2   appearing in the Senate finance room?
3        A.    Yes.
4        Q.    Is that an opinion that you
5   still hold today?
6        A.    More strongly now than then.


[66:22] - [68:3]  5/16/2006 David Graham, M.D.


page 66
22       Q.    Why do you say that, sir?
23  What is your basis?
24       A.    In the course of my career,
page 67
1   I have participated in countless internal
2   meetings with the portion of FDA that
3   reviews and approves new drugs where drug
4   safety questions that occurred either
5   premarketing or post-marketing were
6   brought up and many times were of a
7   serious nature.  And the virtually
8   uniform response was -- from these
9   divisions was to downplay or ignore the
10  work that we did and the statements that
11  we made.  This was confirmed quite
12  recently in a government accountability
13  office report.  The GAO issued a report
14  in which they found that the work product
15  of our office drops into, in quotes, a
16  black hole once we do our work.
17              Other evidence that I have
18  that led me to this point of view was a
19  previous office director of mine told me
20  and a colleague of mine when he was
21  trying to pressure us to change a
22  conclusion in a report that we had
23  written on another drug, not on Vioxx, he
24  told us that industry was our client.
page 68
1   And he and I had a lively debate about
2   this.  And at the end we had to agree to
3   disagree.
```

Δ's objections: 801, 802 - hearsay

π: Testifying from personal Knowledge.

```
[69:9] - [69:18]  5/16/2006 David Graham, M.D.


page 69
9        Q.    Sir, from what you've
10  observed while you, from what I heard you
11  say, disagree with the concept that
12  industry should be the client, is that
13  indeed the way the FDA perceives it, that
14  industry is the client?
15       A.    Yes.  FDA perceives industry
16  as its client as customer number one.  It
                                Page 7
```

```
                          graham depo cut 6 6 06.txt
17  is a point of view that I completely and
18  totally disagree with.
```

[70:11] - [70:14] 5/16/2006 David Graham, M.D.

```
page 70
11       Q.    Is it your mission, sir, to
12  help the public?  Is that your view of
13  it?
14       A.    Yes.
```

*Δ's objections: 401, 402 - irrelevant, waste of time*

*π: Purpose of his job*

[73:14] - [74:9] 5/16/2006 David Graham, M.D.

```
page 73
14       Q.    Can Americans be confident
15  that drugs that are on the market by and
16  large are effective in terms of the way
17  that they're approved?  For example, if a
18  drug is a blood pressure drug, can we be
19  confident that that drug will lower your
20  blood pressure?
21       A.    I think, in general, we can
22  be.
23       Q.    Is there an emphasis on that
24  aspect of approval by office of new drug?
page 74
1        A.    Yes.  Clinical trials are
2   designed primarily to show the efficacy
3   of a drug.  They're not designed to show
4   the safety of a drug.  And when FDA does
5   its reviews, it spends most of its time
6   reviewing the efficacy.  And that's where
7   the largest teams of individuals are
8   gathered to examine the new drug
9   application.
```

[74:13] - [75:24] 5/16/2006 David Graham, M.D.

```
page 74
13             Is there this group called
14  Office of Drug Safety?
15       A.    Yes.
16       Q.    Is it -- in any way, shape
17  or form is it the size of, the shape of
18  or funded like the Office of New Drugs?
19       A.    No, in terms of funding for
20  the individual staff.  It has funding for
21  sort of obligatory FDA operations such as
22  its adverse event reporting system.  And
23  so if you were to look at budgetary
24  allocations for our office, you'll see
page 75
1   large chunks of money going to these
2   various operations, but they are FDA
3   operations that FDA is obligated to
4   maintain.  They happen to be housed in
5   the Office of Drug Safety.  The actual
```

```
                            graham depo cut 6 6 06.txt
      6  budget for the Office of Drug Safety for,
      7  say, travel and training, its operating
      8  budget, is small.
      9        Q.    And in terms of overall,
     10  what is the emphasis in the FDA and in
     11  CDER, as you've described it, in terms of
     12  development and approval of drugs versus
     13  drug safety?
     14        A.    The primary function of CDER
     15  is to move the freight, that is, to
     16  review and approve new drugs as quickly
     17  as possible and to as large a number as
     18  possible.
     19        Q.    Is the Office of Drug
     20  Safety, in your view, either under -- I
     21  was going to say undermanned, but it
     22  would be underpersoned or understaffed or
     23  underfunded in terms of being able to
     24  adequately assess drug safety?
```

[76:5] - [76:7] 5/16/2006 David Graham, M.D.

```
    page 76
      5        A.    It is my opinion that the
      6  Office of Drug Safety is tremendously
      7  understaffed and underfunded.
```

[80:19] - [81:4] 5/16/2006 David Graham, M.D.

```
    page 80
     19        Q.    I've seen in a public
     20  statement of yours that roughly says that
     21  only five percent of the FDA's funding
     22  goes into the Office of Drug Safety. Is
     23  that what you've said?
     24        A.    Yes.
    page 81
      1        Q.    And is that correct?
      2        A.    That's what it has been in
      3  the past based on numbers that were
      4  obtained from the web.
```

[82:18] - [82:24] 5/16/2006 David Graham, M.D.

```
    page 82
     18        Q.    What does OND largely rely
     19  upon in approval of drugs?
     20        A.    It relies on documents
     21  supplied to it by a drug company seeking
     22  approval of its drug.
     23        Q.    Only as good as the
     24  information provided?
```

[handwritten annotations: "Δ's objections: 611(c) leading.  π: Major issue in case — why no CV study."]

[83:2] - [83:9] 5/16/2006 David Graham, M.D.

```
                    graham depo cut 6 6 06.txt
page 83
 2                 THE WITNESS:  Correct.
 3    BY MR. KLINE:
 4         Q.    Is the information
 5    largely --
 6               In fact, is the information
 7    exclusively by and large and as the rule,
 8    not the exception, information that comes
 9    from the drug company?
```

Δ's objections: 611(c) leading

[83:13] - [84:10] 5/16/2006 David Graham, M.D.

```
page 83
13         A.    Yes.  The information that
14    FDA scientists base their reviews and
15    decisions about approval on are based on
16    information supplied to it by the
17    pharmaceutical industry in an official
18    submission.  FDA scientists do not
19    themselves do independent studies or
20    independent work relating to the approval
21    of those drugs.
22         Q.    What has been the problems,
23    if any, with that kind of system and
24    situation?
page 84
 1         A.    You're dependent on the
 2    honesty, integrity and truthfulness of
 3    the drug company, that it will provide
 4    you with all information, that
 5    information which helps their cause in
 6    getting their drug approved, information
 7    that may call into question the
 8    effectiveness, the efficacy or the safety
 9    of their drug.  But it's based on trust
10    and -- it's based on trust.
```

[84:20] - [86:18] 5/16/2006 David Graham, M.D.

\* Barnett Deposition Cut

```
page 84
20         Q.    You have said publicly in
21    statements that there is an institutional
22    bias in the FDA which prevents the FDA
23    from protecting Americans against unsafe
24    drugs.  Do you recall saying that?
page 85
 1         A.    Yes, I do.
 2         Q.    Is that a correct statement?
 3         A.    Yes.
 4         Q.    Tell the members of the jury
 5    what the basis is for that statement.
 6         A.    Well, all you have to do
 7    sort of to see it crystal clear is to
 8    look at the drugs that have come off the
 9    market.  These are drugs where FDA
10    approved them, and by approving them said
11    the drugs were safe and effective, and
12    then at some later date they come off the
                            Page 10
```

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice.

π: Purpose of deposition

```
                           graham depo cut 6 6 06.txt
13  market because, a-ha, they're not safe or
14  they are not as safe as we thought they
15  were. If we examine how long it takes
16  from when the signal of the problem
17  emerges to when the drug comes off the
18  market, you will see that that is
19  measured in years, sometimes in decades.
20            With phenylpropanolamine,
21  PPA, a drug product present in virtually
22  every cough/cold preparation in the
23  country, it was in over-the-counter diet
24  aids to help people lose weight, was
page 86
1   associated with hemorrhagic stroke
2   primarily in young women, and this was
3   known since 1984. However, it wasn't
4   until about 2000 or 2001 that FDA finally
5   removed that product from the market. In
6   the meantime, the company that made PPA
7   or the companies that made PPA continued
8   to make profits, and patients continued
9   to be harmed.
10       Q.    I want to just provide a
11  schematic of the FDA insofar as where the
12  Office of Drug Safety fits in that you
13  actually presented in a PowerPoint
14  presentation. There was a PowerPoint
15  presentation that you apparently gave.
16  You gave many public PowerPoint
17  presentations, correct?
18       A.    Yes.


[89:12] - [89:23] 5/16/2006 David Graham, M.D.


page 89
12             (Whereupon, Deposition
13        Exhibit Graham-2, "Drug Safety in
14        America: A Nation Still at Risk,"
15        (Graham) Power Point Slides,
16        DG000035 - DG000061, was marked
17        for identification.)
18                 - - -
19  BY MR. KLINE:
20       Q.    Can we identify Exhibit 2,
21  please, sir?
22       A.    Yes. This is a copy of my
23  PowerPoint presentation.


[91:18] - [94:15] 5/16/2006 David Graham, M.D.


page 91
18       Q.    Now, all I want to do for
19  now is to focus everyone where we are.
20  We are on the structure of the FDA and
21  the problems within the structure. Are
22  you with me?
23       A.    Uh-huh.
24       Q.    And I want to go to the
page 92
                                          Page 11
```

```
                              graham depo cut 6 6 06.txt
 1   chart which we've labeled -- we've taken
 2   the liberty of putting some numbers on
 3   the bottom to help. And number 40 is an
 4   organizational chart. And if we can
 5   highlight in the middle, there's an
 6   island in the middle. That's the Office
 7   of Drug Safety, correct?
 8         A.    Correct.
 9         Q.    What was the point that you
10   were making to your fellow physicians and
11   colleagues on that day that you would
12   make here upon my request?
13         A.    Everything else that is
14   circled on that organizational chart
15   plays some role in the preapproval
16   activities of the Center For Drug
17   Evaluation. And what I was trying to
18   show is that the Office of Drug Safety is
19   this tiny little group that's being
20   swallowed by an amoeba, and so it's kind
21   of a medical joke that this big sprawling
22   mass is engulfing the Office of Drug
23   Safety, eating it up.
24         Q.    When you call it a, quote,
page 93
 1   medical joke, were you trying to make a
 2   point?
 3         A.    Yes.
 4         Q.    And the point was?
 5         A.    And the point is that the
 6   Office of Drug Safety has little in the
 7   way of resources, little in the -- no
 8   authority and really no weight or respect
 9   within the Center For Drug Evaluation,
10   that in essence, drug safety is
11   dominated -- the Center For Drug
12   Evaluation for research is dominated by
13   the mindset of review and approve new
14   drugs. Safety is an afterthought.
15         Q.    How long have you observed
16   that? How long has that been your
17   observation?
18         A.    Well, I observed it even
19   during my fellowship training, but it has
20   accelerated in terms of how forcefully
21   it's pursued and enforced by OND
22   management, CDER management, since the
23   introduction of the Prescription Drug
24   User Fee Act in 1992, and that is
page 94
 1   referred to as PDUFA. And it's by that
 2   means -- Congress passed a law that was
 3   specifically designed to speed up the
 4   review times of drugs that FDA was asked
 5   to look at by drug companies. In return,
 6   drug companies would pay money to FDA so
 7   that FDA could hire more staff. And so
 8   we now have a situation where more than
 9   50 percent of the Center For Drug
10   Evaluation's budget comes from monies
11   paid to it by regulated industry.
12         Q.    What you're saying is that
13   the FDA -- are you saying that the FDA is
                              Page 12
```

Handwritten annotations:

Δ's objections: 401, 402, 403, MIL#6 - irrelevant, waste of time, any probative value substantially outweighed by danger of prejudice.

π: see response to Δ's MIL #6

```
                            graham depo cut 6 6 06.txt
14   not funded by the citizens of the United
15   States of America?
```

[94:19] - [95:3] 5/16/2006 David Graham, M.D.

```
page 94
19                    THE WITNESS:  I am saying
20         that the majority of funding for
21         the Center for Drug Evaluation and
22         Research comes from industry, not
23         from tax dollars.
24   BY MR. KLINE:
page 95
1          Q.    Is that, to your
2    understanding, a well-known fact, sir,
3    outside of the pharmaceutical industry?
```

Δ's objections: 401, 402, 403, MIL#6 – irrelevant, waste of time, any probative value substantially outweighed by danger of prejudice.

π: see response to Δ's MIL#6, Goes to rebut Merck's FDA approval defense;

[95:5] - [97:17] 5/16/2006 David Graham, M.D.

```
page 95
5                    THE WITNESS:  I suspect that
6          the public doesn't appreciate
7          who's paying the bills at FDA.
8    BY MR. KLINE:
9          Q.    What is the impact on that,
10   sir?  What is the impact of 50 percent of
11   the budget coming under this PDUFA act,
12   which is the physician user --
13         A.    Prescription Drug User Fee
14   Act.
15         Q.    Prescription Drug User Fee
16   Act.  199 --
17         A.    2.
18         Q.    1992?
19         A.    It's been renewed, I think
20   we're on our third renewal, and they're
21   feverishly working to get the fourth
22   renewal.  The impact of this in my own
23   experience has been that the preapproval
24   people look for reasons to say yes to a
page 96
1    drug.  So, I've been in internal meetings
2    where a drug company wanted an approval
3    for a drug maybe for six different
4    indications.  So, those would be things
5    that the drug could be officially
6    promoted for to treat conditions for.
7    And the reviewing division medical
8    officers say this drug shouldn't be
9    approved at all, and then the pressure
10   will be put on the medical officer to
11   say, well, can't we approve it for just
12   one indication, just one indication, a
13   narrow indication.  Because all they want
14   to do is to be able to say yes.
15                I've been at other meetings
16   where when safety concerns were expressed
17   and people from our office raised the
18   question of having things put into the
                                           Page 13
```

Δ's objections: 401, 402, 403, 801, 802 MIL#6 – irrelevant, waste of time, any probative value substantially outweighed by danger of prejudice; hearsay

π: see response to Δ MIL#6, Goes to rebut Merck's FDA approval defense