graham depo cut 6 6 06.txt

```
 7   were you making a serious point to your
 8   medical colleagues at that time and
 9   place?
10        A.   Most definitely.
11        Q.   The cartoon shows a fox to
12   the right, and it shows the press corps
13   to the right and a lawyer, of all people,
14   apparently standing there.  And the
15   cartoon says, "Those responsible for
16   putting my client in charge of the
17   henhouse should be on trial here, not my
18   client who, as a fox, was only doing his
19   job."  Who is the fox in the cartoon as
20   you understood it?
21        A.   Is industry.
22        Q.   Pharmaceutical industry?
23        A.   Pharmaceutical industry.
24        Q.   What was the point, the
page 124
 1   serious point that you were making,
 2   albeit in a humorous way?  You apparently
 3   have a good sense of humor.
 4        A.   I was trying to convey the
 5   message that FDA is not functioning in
 6   the independent and objective interests
 7   of what's best for the public, that it is
 8   really functioning first and foremost for
 9   a service of its primary customer and
10   client, the industry.
```

Δ's objections: MIL#6 – any probative value substantially outweighed by danger of prejudice

[124:17] - [124:18] 5/16/2006 David Graham, M.D.

```
page 124
17        Q.   Who is the one who is
18   profiting by the drug?
```

[124:20] - [124:23] 5/16/2006 David Graham, M.D.

```
page 124
20             THE WITNESS:  The companies
21   who manufacture and market these
22   drugs are the ones who profit from
23   them.
```

[133:3] - [133:9] 5/16/2006 David Graham, M.D.

```
page 133
 3             By the way, if you see
 4   statistical significance in one of these
 5   small studies, does that -- is there
 6   greater significance to that?  If there's
 7   a study that's not powered to show a
 8   problem and then you show it anyway, is
 9   there more significance to that?
```

Δ's objections: 701 – calls for expert opinion by lay witness, also vague and compound.

π: Consistent with his public statements

[133:12] - [133:19] 5/16/2006 David Graham, M.D.

graham depo cut 6 6 06.txt

page 133
12                THE WITNESS:  In my view,
13      that is an alarming circumstance,
14      one that demands intensive
15      scrutiny and attention.
16  BY MR. KLINE:
17      Q.   Did that happen here in the
18  Vioxx story?
19      A.   Yes, it did.

Δ's objections: 701 - calls for expert
opinion by lay witness.

π's response: Witness is a FDA Medical
Officer & Assoc. Director of the
FDA's Office of Drug Safety. He
is imminently qualified
to render the opinion given.

[134:3] - [137:23] 5/16/2006 David Graham, M.D.

page 134
3  BY MR. KLINE:
4      Q.   Now, I want to do a topic,
5  efficacy versus benefit.  I'd like you to
6  explain to the members of the jury in
7  brief terms why efficacy, which is what
8  we sometimes hear, a drug is efficacious,
9  is different than benefit, and how those
10  two either equate, in your opinion, or
11  don't equate and what the significance
12  is, please.
13      A.   Okay.  Efficacy is, does the
14  drug have a biological effect. So, if
15  the drug is supposed to treat high blood
16  pressure, the efficacy will be, does it
17  reduce your blood pressure.  So, it's
18  reducing a body measurement.  That's the
19  effect.  And if it does that, we say that
20  it has efficacy.
21                Effectiveness is whether or
22  not that drug taken on a regular basis
23  will actually give you a health benefit
24  long-term.  If the drug lowers your blood
page 135
1  pressure, but doesn't prevent you from
2  having heart attacks, strokes, kidney
3  failure or dying at a young age, well,
4  then, you've spent a lot of money to have
5  a lower blood pressure number, but have
6  derived no benefit from it.  So, what you
7  want is, really, when you talk about
8  benefit/risk, is you want to look at what
9  is sort of the health benefits, the real
10  certifiable health benefit that you're
11  deriving from a drug versus what are the
12  real risks.
13                But what FDA frequently
14  does, almost always does, is it takes the
15  efficacy -- when it says benefits exceed
16  the risks, what it's really saying is in
17  our estimation, the FDA's estimation, the
18  efficacy should lead to a benefit, and we
19  say that benefit exceeds the risk.  But
20  FDA has never done a formal benefit
21  analysis on any drug product to my
22  knowledge.  It certainly did not do one
23  with Vioxx when it said that the benefits
                              Page 20

graham depo cut 6 6 06.txt

24  exceeded the risks.
page 136
1          Q.     Why is it important in the
2  Vioxx story to understand that the FDA
3  did no risk/benefit analysis as you've
4  just said?
5          A.     It's because I think if you
6  look at the VIGOR study, you're
7  confronted with what at least in my read
8  is a startling revelation that for every
9  complicated perforated ulcer or bleed
10 that Vioxx prevented, there were almost
11 two thrombotic cardiovascular events that
12 were caused by the drug.  And so if
13 you're talking about benefits and risks,
14 here we have a ratio of almost two to one
15 where the risks exceed the benefits.
16          Now, let's look at what the
17 case fatality rates are.  Nationally,
18 about five percent of people with GI
19 bleeds die.  And I learned that by going
20 to the National Centers For Health
21 Statistics and looking at death
22 certificate data and then going to the
23 National Hospital Discharge Survey and
24 looking at how many hospitalizations
page 137
1  there are for GI bleed.  So, you have a
2  five percent death rate from GI bleeding.
3  In other words, you can have a GI bleed,
4  that's a pretty serious thing, you get
5  hospitalized for it, but most of the time
6  you're not going to die.  With heart
7  attack, it's about a 40 percent chance
8  that you're going to die.  So, if what
9  we're really interested in is sort of
10 benefit/risk, and let's take it to what's
11 the most important thing, and that's do I
12 live or do I die, in my view, the scales
13 are tilted greatly against Vioxx in terms
14 of safety versus benefit.
15          Q.     Okay.
16          That risk/benefit analysis
17 was or was not done by FDA?
18          A.     It was not done by FDA.
19          Q.     In your opinion, had it been
20 done, it would have come out the way you
21 suggested if it had been correctly and
22 diligently and honestly done?
23          A.     Yes.

Δ's objections: 611(c)-leading,
calls for speculation.

π: Goes to FDA defense

[138:3] - [141:6] 5/16/2006 David Graham, M.D.

page 138
3  BY MR. KLINE:
4          Q.     I'm reminded to ask, was
5  that risk/benefit done by the company, by
6  Merck?
7          A.     To my knowledge, it was not.
8  And I could cite as evidence of that the
9  VIGOR study.  And in the VIGOR study,

* See next page

Page 21

graham depo cut 6 6 06.txt

10  there's no real mention of weighing the
11  benefits and the risks in that study.
12  It's kind of implied that the benefits
13  exceed the risks, but there's no formal
14  analysis of it.
15            And it's also very curious
16  that in that paper, the most likely
17  explanation for the finding wasn't
18  addressed, which is the effect of Vioxx
19  on prostacyclin, which is the chemical
20  made by the body that causes blood
21  vessels to dilate and keeps platelets
22  from clotting.  And what Vioxx does is,
23  it blocks the production of prostacyclin
24  and makes it more likely that a heart
page 139
1  attack can happen.  And in that VIGOR
2  study, which was published in the New
3  England Journal of Medicine and got a lot
4  of press, there's not a single word or
5  mention or reference to this
6  pharmacologic fact that was well known
7  throughout the medical community by this
8  time and was published in the literature.
9  And it was well known to the FDA medical
10  officer in her NDA review which preceded
11  the publication of the VIGOR study.
12            Q.    Was it all the more
13  significant as to Vioxx, and I know
14  you've talked about this, sir, the fact
15  that there were, I think it's in your
16  article, the fact that there were 106
17  million prescriptions of Vioxx during the
18  lifetime of Vioxx from '99 to '04?
19            A.    In the United States,
20  correct.
21            Q.    What is the significance --
22  and used by how many people to your
23  understanding?
24            A.    Estimates that I've seen
page 140
1  range to about 20 million in the United
2  States.
3            Q.    What is the significance of
4  this story -- in this story, we're going
5  to go into this in detail in a moment.
6  What's the significance in terms of all
7  of that usage, both premarketing and then
8  after the drug was marketed, the fact
9  that it was going to be used by --
10            A.    Well --
11            Q.    -- literally over a hundred
12  million prescriptions?
13            A.    Right.  The fact that the
14  drug was going to be used widely and that
15  it was used widely means that the
16  exposure to potential harm was very large
17  at a population level.  So, at a
18  population level, if we were saying, oh,
19  only 1,000 people or 10,000 people got
20  this drug, well, the number of people who
21  could be injured as a result, that
22  absolute number, would be relatively
                                         Page 22

Δ's objections: lack of
foundation, speculation

π: Public comments on
VIGOR and article in
NEJM

graham depo cut 6 6 06.txt
23  small.  But when you give a drug to 20
24  million people, you multiply the numbers
page 141
1   of people who can be affected.  So,
2   that's -- from a public health
3   perspective, that is why I considered
4   this to be a public health catastrophe.
5           Q.    Was it indeed -- was Vioxx
6   indeed a public health catastrophe?

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice.

[141:8] - [143:10] 5/16/2006 David Graham, M.D.

page 141
8           THE WITNESS:  Yes.
9   BY MR. KLINE:
10          Q.    Why, sir?
11          A.    Vioxx, in my opinion, was a
12  public health catastrophe because, A, it
13  was a toxic drug that had severe
14  cardiovascular effects raising --
15  increasing the risk of heart attack.
16          Two, heart attack is like
17  one of the leading causes of death in the
18  United States, so, the rate of it is
19  pretty high.  If I have a drug that
20  increases the rate of something that
21  already happens at a high rate, I'm
22  multiplying two high numbers by each
23  other, and that's going to mean that lots
24  of people will probably have heart
page 142
1   attacks.
2           Three, the typical person
3   with osteoarthritis or rheumatoid
4   arthritis who was going to get Vioxx is
5   somebody who is older.  And older people
6   have other risk factors for heart
7   disease.  If your typical Vioxx user is
8   somebody in their 60s, well, if they are
9   male, they've got their gender is a risk
10  factor for heart attack, their age is a
11  risk factor for heart attack, and if you
12  look nationally at statistics on health
13  of Americans, they will also have at
14  least one of the following:  they'll have
15  high blood pressure, high cholesterol,
16  diabetes or they'll smoke.  So, right off
17  the bat, this drug is going to be
18  marketed -- your typical patient that is
19  getting this drug is going to be somebody
20  who has two or three risk factors for
21  heart disease already.  So, you put all
22  these things together and then you
23  multiply it by the fact that I'm giving
24  it to 20 million people, and it's just
page 143
1   simple mathematics that you've got a
2   formula for disaster.
3           Q.    Sir, you have actually
4   quantified what you believe to be the
5   formula in your study paper -- your

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice.

π: see response to Δ MIL #6; this is basically his public statements

graham depo cut 6 6 06.txt
```
 6  Kaiser study paper published in Lancet.
 7  Is Lancet a highly respected journal?
 8         A.    Yes.
 9         Q.    Published in Britain?
10         A.    Yes.
```

[143:16] - [143:18] 5/16/2006 David Graham, M.D.

```
page 143
16  BY MR. KLINE:
17         Q.    What is it the equivalent of
18  in the United States?
```

[143:20] - [152:10] 5/16/2006 David Graham, M.D.

```
page 143
20              THE WITNESS:  It's the
21  equivalent of the New England
22  Journal of Medicine or the Journal
23  of the American Medical
24  Association.
page 144
 1  BY MR. KLINE:
 2         Q.    You stated there, "88,000 to
 3  140,000 excess cases of serious coronary
 4  heart disease probably occurred in the
 5  United States over the market life of
 6  Vioxx."  Did you make that statement?
 7         A.    Yes, I did.
 8         Q.    Is that a true statement?
 9         A.    Yes, it is.
10         Q.    Tell us why "88,000 to
11  140,000 excess cases of serious coronary
12  heart disease probably occurred in the
13  United States over the market life of
14  Vioxx."
15         A.    It occurred because Vioxx is
16  unsafe at any dose.  In other words, all
17  doses of Vioxx can cause increased heart
18  attack risk.  Vioxx was used widely --
19         Q.    How about the timing of it?
20         A.    The timing begins with the
21  first dose, and there is lots of evidence
22  now that points to that.  In fact, on the
23  APPROVe study, which we used to help
24  formulate our estimate of heart attacks,
page 145
 1  was a study performed by Merck of
 2  patients with colon polyps, and they were
 3  giving them the 25 milligram strength of
 4  Vioxx to see if they could prevent colon
 5  polyps.  And the study found a roughly
 6  twofold increase in heart attack risk in
 7  patients who were treated with Vioxx
 8  compared to people who are taking a sugar
 9  pill, a placebo.
10              Now, in the paper that the
11  company published, they did what's called
12  a post hoc analysis.  And this is an
                                    Page 24
```

Δ's objections: 403, MIL# 6 - any probative value substantially outweighed by danger of prejudice.

π: see response to Δ MIL #6; part of his public comments & statements