• Gastrointestinal Toxicity

[1492:1] - [1494:12]    5/3/2006    Day 7

• Gastrointestinal Toxicity

page 1492
```
1                        UNITED STATES DISTRICT COURT
2                        EASTERN DISTRICT OF LOUISIANA
3
4
5
     IN RE: VIOXX PRODUCTS            *
6    LIABILITY LITIGATION             *      MDL DOCKET NO. 1657
                                      *
7                                     *
     THIS DOCUMENT RELATES TO         *      NEW ORLEANS, LOUISIANA
8    CASE NO. 05-4046:                *
                                      *
9    EVELYN IRVIN PLUNKETT, ET AL     *      FEBRUARY 14, 2006
                                      *
10   VERSUS                           *
                                      *      8:30 A.M.
11   MERCK & CO., INC.                *
     * * * * * * * * * * * * * * *
12
13
                          VOLUME VII - DAILY COPY
14                         JURY TRIAL BEFORE THE
                          HONORABLE ELDON E. FALLON
15                       UNITED STATES DISTRICT JUDGE
16
17   APPEARANCES:
18
     FOR THE PLAINTIFF:              BEASLEY ALLEN CROW METHVIN
19                                      PORTIS & MILES
                                     BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                        LEIGH O'DELL, ESQ.
                                     234 COMMERCE STREET
21                                   POST OFFICE BOX 4160
                                     MONTGOMERY, ALABAMA 36103
22
23   FOR THE PLAINTIFF:              LEVIN, PAPANTONIO, THOMAS,
                                        MITCHELL, ECHSNER & PROCTOR
24                                   BY:  TROY RAFFERTY, ESQ.
                                     316 SOUTH BAYLEN STREET, SUITE 600
25                                   PENSACOLA, FLORIDA 32502
page 1493
1    APPEARANCES, (CONTINUED):
2
     FOR THE PLAINTIFF:              GAINSBURGH, BENJAMIN, DAVID,
3                                       MEUNIER & WARSHAUER
                                     BY:  GERALD MEUNIER, ESQ.
4                                    1100 POYDRAS STREET, SUITE 2800
                                     NEW ORLEANS, LOUISIANA 70163
5
6    FOR THE DEFENDANT:              BARTLIT BECK HERMAN
                                        PALENCHAR & SCOTT
7                                    BY:  PHILIP S. BECK,  ESQ.
                                        TAREK ISMAIL, ESQ.
8                                    54 W. HUBBARD STREET, SUITE 300
                                     CHICAGO, ILLINOIS 60601
9
10   OFFICIAL COURT REPORTER:        CATHY PEPPER, CCR, RPR, CRR
                                     TONI DOYLE TUSA, CCR
11                                   500 POYDRAS STREET, ROOM HB-406
                                     NEW ORLEANS, LOUISIANA 70130
12                                   (504) 589-7778
13
14
```

• Gastrointestinal Toxicity

15  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER.

16
17
18
19
20
21
22
23
24
25

page 1494

              I N D E X                          PAGE

1
2
3                                                1516
    BRIGGS W. MORRISON, M.D.
4                                                1715
    JOHN WEEKS (BY DEPOSITION)
5                                                1720
    DANIEL PACETTI (BY DEPOSITION)
6                                                1723
    BARRY KENNEDY RAYBURN, M.D.
7
8
9
10
11
12

[1530:13] - [1531:10]   5/3/2006   Day 7

• Gastrointestinal Toxicity

page 1530
13  Q.   WHEN YOU WERE A TREATING PHYSICIAN, DID YOU EVER SEE ONE
14  OF THESE PERFORATIONS, OR ULCERS, THAT WERE CAUSED BY THESE
15  OLDER PAIN RELIEVERS THAT YOU'VE BEEN DESCRIBING?
16  A.   YES.  I USED TO WORK -- BOTH IN MY TRAINING AND AFTER MY
17  TRAINING, I WORKED IN EMERGENCY ROOMS.  SO THE TYPICAL
18  PRESENTATION FOR SOMEBODY WHO HAS ONE OF THESE IS FOR THE
19  BLEEDING PART.  ESSENTIALLY, THEY JUST FEEL NAUSEOUS AND THEY
20  VOMIT BLOOD.  SO THEY KNOW THEY HAVE TO THROW UP, THEY GO INTO
21  THE BATHROOM, AND OUT COMES BLOOD.  MOST PEOPLE ARE SMART
22  ENOUGH, WHEN THAT HAPPENS, THEY GO TO THE EMERGENCY ROOM.
23         SO WORKING IN THE EMERGENCY ROOM, IT WAS THOUGHT
24  UNCOMMON THAT WE'LL HAVE SOMEBODY COME INTO THE EMERGENCY ROOM
25  WHO HAD VOMITED UP BLOOD.  IN THE EMERGENCY ROOM, OUR JOB IS
page 1531
1   BASICALLY JUST TO, WHAT WE SAY, "STABILIZE" THE PATIENT.  MAKE
2   SURE THAT WHEN YOU TRY TO STOP THE BLEEDING, IF THEY NEED A
3   BLOOD TRANSFUSION, GIVE THEM A BLOOD TRANSFUSION, AND THEN THEY
4   GET ADMITTED TO THE HOSPITAL.
5          WHEN I WORKED IN THE EMERGENCY ROOM, AFTER PEOPLE GOT
6   ADMITTED, I WOULD TYPICALLY GO FIND OUT WHAT HAPPENED TO THEM.
7   THEN I FOUND OUT ON A NUMBER OF OCCASIONS THAT THEY WERE PEOPLE
8   WHO HAD COME TO THE EMERGENCY ROOM BLEEDING.  IT TURNED OUT IT
9   WAS DUE TO ONE OF THESE TRADITIONAL NONSTEROIDALS.
10  Q.   IS IT FAIR TO SAY THAT THE GASTROINTESTINAL SIDE EFFECTS

[1531:10] - [1531:21]   5/3/2006   Day 7

• Gastrointestinal Toxicity

page 1531
10  Q.   IS IT FAIR TO SAY THAT THE GASTROINTESTINAL SIDE EFFECTS
11  FROM THE NONSTEROIDAL PAIN RELIEVERS, WE'RE NOT TALKING STOMACH
12  ACHES HERE, WE'RE TALKING SERIOUS POTENTIAL LIFE-THREATENING
13  PROBLEMS?

2

**• Gastrointestinal Toxicity**

```
14      A.    ABSOLUTELY.  IT WAS ESTIMATED THAT SOMEWHERE BETWEEN
15      10,000 AND 15,000 PEOPLE A YEAR DIED FROM THIS SIDE EFFECT OF
16      THE MEDICATION.  SO THAT'S -- YOU KNOW, YOU'RE GIVING A PATIENT
17      A MEDICINE TO TREAT THEIR PAIN AND INFLAMMATION, AND AS A
18      RESULT OF THAT MEDICATION, ABOUT 10- OR 15,000 PEOPLE A YEAR
19      WERE DYING, AND IT WAS ESTIMATED THAT PROBABLY 100,000 PEOPLE A
20      YEAR WERE ENDING UP IN THE HOSPITAL WITH ONE OF THESE SIDE
21      EFFECTS.
```

[1572:24] - [1573:24]      5/3/2006    Day 7

• Gastrointestinal Toxicity

```
page 1572
24      Q.    AND WHY IS THIS ISSUE IMPORTANT WITH REGARD TO WHETHER TO
25      ALLOW ASPIRIN IN THE GI OUTCOMES TRIAL THAT WAS UNDER
page 1573
1       DEVELOPMENT?
2       A.    OKAY.  SO THE QUESTION YOU'RE TRYING TO ANSWER IS, FROM AN
3       OUTCOMES POINT OF VIEW, IS VIOXX REALLY BETTER THAN THESE
4       TRADITIONAL MEDICINES.  SO LET'S TAKE LARGE NUMBERS OF
5       PATIENTS, HALF OF THEM GET A TRADITIONAL MEDICINE, HALF OF THEM
6       GET VIOXX, AND ASK THE QUESTION WHO GETS PERFORATIONS, ULCERS,
7       AND BLEEDS.  YOU WOULD -- THE HYPOTHESIS WAS THAT, THE
8       EXPECTATION WAS, THAT PEOPLE ON VIOXX WOULD HAVE LESS.  BUT YOU
9       HAVE TO PROVE THAT.  YOU HAVE TO DO AN EXPERIMENT TO PROVE
10      THAT.
11            IF YOU ALLOW PEOPLE INTO THE STUDY WHO WERE ALSO
12      TAKING LOW-DOSE ASPIRIN, WE KNOW THAT ASPIRIN IS GOING TO CAUSE
13      PERFORATIONS, ULCERS, AND BLEEDS.  SO THE ENTIRE STUDY, NOW
14      THERE IS A BACKGROUND RATE THAT'S MUCH HIGHER BECAUSE PEOPLE ON
15      ASPIRIN ARE IN THE STUDY.
16            SO THAT'S THE THING WE WERE TRYING TO FIGURE OUT IS
17      DO WE ALLOW PEOPLE WITH LOW-DOSE ASPIRIN, BECAUSE ASPIRIN
18      ITSELF IS GOING TO CAUSE PERFORATIONS, ULCERS, AND BLEEDS.
19      Q.    I WANT YOU TO TURN TO THE CONCLUSION SECTION ON PAGE 5, IF
20      YOU WOULD.  I THINK YOU ALSO DESCRIBED THE OTHER HALF OF THE
21      EQUATION THAT ASPIRIN POTENTIALLY RAISES THE RISK OF GI
22      PROBLEMS, BUT IT ALSO HAS THE POTENTIAL BENEFIT OF REDUCING
23      YOUR RISK OF A HEART ATTACK; IS THAT RIGHT?
24      A.    THAT'S CORRECT.
```

[1584:20] - [1586:9]      5/3/2006    Day 7

• Gastrointestinal Toxicity

```
page 1584
20      Q.    ANY SUGGESTION BACK IN FEBRUARY 1997 FROM ANY SOURCE THAT
21      COX-2 INHIBITORS, LIKE VIOXX OR CELEBREX, ACTUALLY INCREASE THE
22      RISK OF CARDIOVASCULAR EVENTS?
23      A.    NO, NONE.
24      Q.    DID DR. REICIN RESPOND TO YOUR E-MAIL?
25      A.    SHE DID.
page 1585
1       Q.    AND SHE DID SO LATER THAT EVENING AND AROUND 11:00?
2       A.    SHE DID.
3       Q.    AND THEN SHE RESPONDS TO YOUR .5; IS THAT CORRECT?
4       A.    YES.  I THINK HER .5 MATCHES MY .5.
5       Q.    OKAY.  SHE SAYS, "I HEAR YOU.  THIS IS A NO-WIN
6       SITUATION."  THEN SHE GOES ON TO DESCRIBE:  "THE RELATIVE RISK
7       OF EVEN LOW-DOSE ASPIRIN MAY BE AS HIGH AS TWO- TO FOUR-FOLD."
8       RELATIVE RISK WITH RESPECT TO WHAT EVENTS?
9       A.    TO THE PERFORATIONS, ULCERS, AND BLEEDS.
10      Q.    THE GASTROINTESTINAL EVENTS?
11      A.    THE GASTROINTESTINAL EVENTS, YES.
12      Q.    WHAT DID YOU UNDERSTAND DR. REICIN TO BE REFERRING TO WITH
13      THIS "NO-WIN SITUATION"?
14      A.    AS I'VE JUST DESCRIBED TO YOU, IF YOU ALLOW PATIENTS IN
15      THE STUDY WHO ARE ON ASPIRIN, YOU WILL INCREASE THE RATE OF
```