graham depo cut 6 6 06.txt
13 analysis that's done after the fact. And
14 so FDA -- if this analysis had been
15 presented to FDA for an -- for some
16 statement to be put in their labeling,
17 FDA would have thrown it out because
18 they'd say it's post hoc, which means it
19 could have happened by accident. In
20 clinical trials, you're supposed to
21 prespecify before the trial starts what
22 analyses you will do. And the
23 prespecified analysis that Merck said
24 they would do showed a twofold increased
page 146
1 risk. And the correct interpretation of
2 that is that the risk would be increased
3 from the start of the drug for as long as
4 you took the drug. But Merck did a post
5 hoc analysis. And the post hoc analysis
6 showed these two curves where they said
7 that the risk didn't begin until after
8 you are on the drug for 18 months. And
9 as a result, there was a public
10 statement, a press release from Merck
11 that said that the risk doesn't begin
12 until after 18 months. Newspapers put it
13 up. It's in newspapers. There was just
14 an editorial commentary in the Washington
15 Post last week of somebody saying how on
16 earth could a jury award money to a
17 victim who had taken the drug for less
18 than 18 months because we all know that
19 Vioxx can't cause heart attacks before 18
20 months.
21         Well, two things. One, that
22 was the approved -- that was a post hoc
23 analysis, so it can't be accepted. What
24 it can be used for is to raise a
page 147
1 hypothesis, a question, hmm, maybe this
2 is something -- maybe it only works after
3 18 months. Then you have to go back to
4 do a second study to prove that. If you
5 look -- so, that's point one.
6         Point two is, if you look at
7 those two curves and you look at how many
8 patients they had in the study, how many
9 heart attacks they had in that study at
10 the time -- let's take six months, for
11 example. At six months, there were about
12 five or six heart attacks total in the
13 APPROVe study. And now they don't give
14 the figures in the paper, so, you've got
15 to kind of make these extrapolations from
16 proportions that are presented in the
17 paper. Five or six. In order to show a
18 relative risk of 2, which is what the
19 overall study showed, they would have to
20 have had --
21     Q.    VIGOR?
22     A.    No. we're talking APPROVe.
23     Q.    I'm sorry.
24     A.    This is the 18 month.
page 148
                                      Page 25

graham depo cut 6 6 06.txt

```
 1         They would have had to have
 2   had 95 patients, 95 heart attacks by six
 3   months, when all they had was five or
 4   six.  So, the study would have had to
 5   have been almost 20 times larger in order
 6   to have a chance of finding the problem.
 7   As it is, with the five or six cases that
 8   they had at six months, all that Merck
 9   could say from a statistical perspective
10   is the risk of heart attack with Vioxx
11   can be no higher than about 200.
12        Q.    This is called power?
13        A.    This is power.  And what
14   we're seeing there is the absence of
15   evidence is not evidence of absence.
16   They're saying the truth is, we don't
17   have the power.  But Merck is using that
18   argument to say, ha-ha, because we don't
19   have the power, therefore there isn't a
20   risk, therefore, anybody with a heart
21   attack before then, it's their own bad
22   luck.
23             But I give you an analogy,
24   and the analogy is, we've got those two
page 149
 1   curves, and if you have a picture of
 2   APPROVe, you could put it up and then we
 3   could talk from the curve.  You've got
 4   these two curves that come together, and
 5   there's no power there in that first 18
 6   months to show a difference.  And as I
 7   just discussed, the study would have to
 8   be 20 times larger in order to show a
 9   twofold difference.  You talk about
10   stacking the deck.  That's a stacked
11   deck.
12             Here's the analogy.  The
13   company is saying to you, to me, to the
14   jury, the moon has no craters.  And they
15   say, look at the APPROVe study in the
16   first 18 months.  I don't see a
17   difference there.  I look at the moon.  I
18   don't see any craters.  I'm saying, wait
19   a second, here's a pair of binoculars.
20   Let's make that study 20 times bigger.
21   Let me give you binoculars that raises it
22   20 times.  Now you look at the moon and
23   you see there are craters.  You look
24   here, you would see this heart attack.
page 150
 1             Now, there had been 11
 2   published studies, observational studies.
 3   So, you'll never get a clinical trial
 4   that's that large to study this question.
 5   So, it has to come from observational
 6   studies.  The preponderance of the
 7   evidence of observational studies, there
 8   are now 11 published observational
 9   studies.  Nine of those observational
10   studies found that Vioxx increases the
11   risk of heart attack.  Of those nine, all
12   nine of them, when you look at it, you
13   have to tease it out, but in the studies,
```

Page 26

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice, MIL#1 (Merck's motives) lack of foundation, narrative, non-responsive answer.

π's response: Please see π's response to MIL #6. Evidence does not relate to Merck's motives and/or assets which are the subject of MIL#1. Evidence relates to Merck's influence over FDA and Merck's ability to resist action by the FDA.

```
                        graham depo cut 6 6 06.txt
14    they make it clear that the risk of heart
15    attack that they found in that study
16    occurred within 12 months.  So, we're
17    already inside 18 months.  Seven of those
18    studies have the evidence present within
19    six months.  Four of those studies have
20    the evidence within the first
21    prescription.  So, in other words, what
22    we have is evidence that Vioxx increases
23    the risk of heart attack from the first
24    dose on.  And we have no evidence to
page 151
1     suggest that the risk goes away with
2     time.
3                 This follows precisely from
4     what we believed the underlying mechanism
5     is by which Vioxx and other COX-2
6     inhibitors might cause heart attack.  And
7     that is, suppressing prostacyclin so that
8     there's an excess of thromboxane.
9     Thromboxane causes platelets to clot and
10    can cause heart attacks.  And if you
11    disturb that balance, that disturbance in
12    balance is going to happen within the
13    first dose, and so -- the first couple
14    doses.  And so what you have is the
15    expectation that the risk should begin
16    early.  The only reason people don't find
17    it is because they don't have 10 million
18    patients in a clinical trial on the first
19    day that would let them see it.
20          Q.    You found it in your study?
21          A.    And we found it in our
22    study.
23          Q.    And was your study a large
24    scale observational study?
page 152
1           A.    Yes.
2           Q.    And do large term
3     observational studies provide an
4     important -- are they an important piece
5     of information in the matrix of
6     information about drug safety?
7           A.    Yes, they are.  And in this
8     situation, particularly where we're
9     talking about this 18-month question, it
10    is the only information available.


[152:21] - [153:13] 5/16/2006 David Graham, M.D.


page 152
21                I want to go back to the
22    general question that was on the table at
23    the time, which was, as to your statement
24    about the Kaiser study, in the Kaiser
page 153
1     study that 88 to 140,000 excess cases of
2     serious coronary heart disease probably
3     occurred in the United States over the
4     life of the drug Vioxx.  And I had
5     interrupted you.
```

Handwritten annotations:
- (next to lines 14–24 of p.150 / top block): * See previous page
- (next to [152:21]–[153:13] block) Δ's objections: 403, MIL #6 - any probative value substantially outweighed by danger of prejudice, sidebar
- π's response: See π's reply to MIL #6.

```
                       graham depo cut 6 6 06.txt
 6              what is the answer to that
 7   question as to why you make that
 8   statement, if you haven't already
 9   explained it?
10        A.    Right.
11        Q.    You started off saying it's
12   unsafe at any dose.  It starts at the
13   initial dose.  Are there other factors?
```

\* See previous page

[153:18] - [155:11] 5/16/2006 David Graham, M.D.

```
page 153
18        A.    Just that it has wide use;
19   that lower doses and higher doses
20   increase the risk; that there's typical
21   patients who are going to get the drugs
22   have relatively high background rates for
23   heart disease.  And you take these
24   factors together and you multiply them
page 154
 1   out, and you end up with large numbers.
 2        Q.    While I don't want to do the
 3   exact statistical computation in front of
 4   the jury, have you done that to make that
 5   kind of statement in the peer reviewed
 6   medical literature?
 7        A.    Yes, I have.
 8        Q.    What is the construct there,
 9   please, just briefly?
10        A.    Right.  Basically, what you
11   do is -- what we did was, we took the two
12   large published clinical trials that
13   Merck conducted, the VIGOR study, which
14   was at the higher doses of Vioxx, and the
15   APPROVe study, which was at the lower
16   doses of Vioxx, and we used those
17   studies, the relative risks from those
18   studies, five-fold increased risk in the
19   VIGOR study, a two-fold increased risk in
20   the APPROVe study for the lower dose, to
21   then apply that to the U.S. population in
22   terms of like about 18 percent of the
23   population got the high dose and 82
24   percent got the lower dose.  And you can
page 155
 1   do a series of calculations,
 2   epidemiologic formulas that basically
 3   just give you the answer, if you know how
 4   long the prescriptions are, and we had
 5   information that told us how long each
 6   prescription was for.
 7        Q.    You did that kind of
 8   calculation?
 9        A.    Yes.
10        Q.    That was your conclusion?
11        A.    Yes.
```

[158:7] - [159:8] 5/16/2006 David Graham, M.D.

\* Barnett Deposition Cut

graham depo cut 6 6 06.txt

```
page 158
 7      Q.      Would you give us your
 8  overview and your understanding of the
 9  Vioxx story?
10      A.      Well, Vioxx was approved in
11  1999. In November 2000, a study was
12  published in the New England Journal of
13  Medicine called VIGOR, which was a study
14  performed by Merck showing that Vioxx
15  reduced the occurrence of perforations,
16  ulcers and bleeds in the gastrointestinal
17  tract compared to naproxen therapy, but
18  also that it increased the risk of heart
19  attack by about a factor of five compared
20  to naproxen.
21              At that point then, the
22  article that got published in the New
23  England Journal of Medicine, rather than
24  talking about Vioxx increasing the risk
page 159
 1  of heart attack, it actually changed the
 2  way it did the analysis. And I thought
 3  that this was really a misleading aspect
 4  of the way they went about things.
 5              When you do a scientific
 6  study --
 7      Q.      "They" being?
 8      A.      "They" being Merck.
```

→ Δ's objections: Outside the scope of the order allowing the deposition to take place.

π's response: Witness allowed to testify to his knowledge of the development & testing of Vioxx. Much of this testimony is contained in the witness's public statements.

[159:17] – [168:1] 5/16/2006 David Graham, M.D.

```
page 159
17  BY MR. KLINE:
18      Q.      Dr. Graham, and I'm going to
19  let you continue your answer. Everything
20  you've said so far, have you said in some
21  public forum one way or the other?
22      A.      Yes. These things I've
23  discussed openly with others.
24      Q.      And to assure whatever judge
page 160
 1  is ruling on this, particularly Judge
 2  Fallon in his court, would you continue
 3  with your answer giving me those things
 4  which you've said publicly as far as the,
 5  quote, story about Vioxx. Thank you,
 6  sir, continue.
 7      A.      Right.
 8              Whenever you do a clinical
 9  trial or a study, you have what's called
10  a reference group or a control group.
11  Frequently in a clinical trial, that will
12  be a placebo, which is a sugar pill. In
13  the VIGOR study, it was naproxen, which
14  is another pain reliever. When you have
15  a comparator and you have an experimental
16  treatment, in this case, Vioxx was the
17  experimental treatment, when you do your
18  analysis, you are supposed to put the
19  results for the experimental treatment,
```

→ Δ's objections: Outside the scope of the order allowing the deposition to take place; 401, 402 - irrelevant, waste of time

π's response: The context of the question is clearly the witness's public statements.

→ Δ's objections: Outside the scope of the order allowing the deposition to take place; No question asked.

π's response: Same response. Witness allowed to testify to the foundation of his public opinions.

```
                       graham depo cut_6_6_06.txt
20  in this case, Vioxx, in the numerator of
21  a ratio, and your reference, naproxen, in
22  the denominator. When the evidence was
23  presented on perforations, ulcers and
24  bleeds, that's the way the information
page 161
1   was presented. It was presented in the
2   classically accepted way, and it showed
3   that the risk of ulcers, et cetera, was
4   about one half, about .5, 50 percent that
5   of naproxen.
6              When it came to presenting
7   the heart attack risks, it flipped it
8   around.
9        Q.   "It" being who?
10       A.   The company, Merck. They
11  flipped it around, and they put -- and
12  now in talking about heart attacks, they
13  put the risk of heart attack in naproxen
14  patients, which is the comparator, the
15  reference group, they put that in the
16  numerator, and they put Vioxx in the
17  denominator, and it should have been the
18  other way around. But by doing this,
19  then the number that you get is .2. So,
20  what they could say was, oh, the heart
21  attack risk with naproxen is 20 percent
22  that of vioxx, rather than having to say
23  the risk of heart attack with Vioxx is
24  five times higher than it was with
page 162
1   naproxen.
2              It may seem like a minor
3   point, but it's really, I think,
4   fundamental, at least in my
5   understanding, of the study, because by
6   misrepresenting that information, it then
7   flows into what I would call the naproxen
8   hypothesis. And in the VIGOR study, what
9   Merck proposed was that naproxen
10  protected against heart attack. Even
11  though Vioxx had five times higher rate
12  of heart attack than naproxen, what they
13  said was, is here's Vioxx, here's
14  naproxen, what they said is, well, Vioxx
15  is normal, there's no increased risk
16  here, what it is is naproxen protects
17  against heart attack. And they cited one
18  reference to support that, and it was a
19  study that Merck itself had done in 22
20  patients where they had given them
21  naproxen, taken blood samples from them,
22  and then did experiments in test tubes to
23  see what effect it had on the way their
24  platelets worked.
page 163
1              Well, this information,
2   subsequently the FDA basically said that
3   doesn't prove anything because there are
4   no controlled clinical trials to show
5   that naproxen protects against heart
6   attack. But the argument was that
7   naproxen protects against heart attack.
                                              Page 30
```

\* See previous page

Δ's objections: Outside the scope of the Order allowing the deposition to take place.

π's response: Witness has expressed the same opinions in his public statements.

graham depo cut 6 6 06.txt

```
 8  And that was the argument in VIGOR.
 9              To me, what was -- when I
10  read that, there were two things that
11  really sort of struck me. One was that a
12  five-fold difference in heart attack risk
13  is something quite high and something
14  that you really have to pay attention to
15  because heart attack is such a serious
16  disorder, and it's so very common.
17              The second thing was that
18  just on the face of it, this notion of
19  naproxen being protective, I was highly
20  skeptical of it, and as a matter of fact,
21  so were my office leadership, including
22  Peter Honig, who is now at Merck, but was
23  my office director then, and Marty
24  Himmel, who is now at Merck, but was his
page 164
 1  deputy office director. We were
 2  skeptical of the naproxen hypothesis. We
 3  were skeptical for the following reasons
 4  -- I was skeptical for the following
 5  reasons:
 6              1. Naproxen has been on the
 7  market for over 30 years.
 8              2. Naproxen had been used
 9  in many, many, many clinical trials, and
10  nobody had ever reported this phenomenal
11  heart-protecting effect before.
12              3. There were -- and we
13  talk about 100 million prescriptions or
14  106 million prescriptions for Vioxx.
15  There were probably way, way more of that
16  of naproxen over the 30 years that it's
17  been on the market, so, there's
18  widespread use.
19              And then, finally, if
20  naproxen had had that kind of protective
21  effect that Merck was claiming in the
22  VIGOR study, it would have had to have
23  been about three times better than
24  aspirin at preventing heart attacks. And
page 165
 1  aspirin has been well studied in clinical
 2  trials. It reduces heart attack risks
 3  probably on average about 25 percent, and
 4  that's viewed pretty much as sort of a
 5  wonder drug. Aspirin is a wonder drug.
 6              Well, here Merck comes with
 7  the VIGOR study and says naproxen is
 8  three times better than the wonder drug
 9  aspirin. And to me it just failed the
10  straight face test and so --
11       Q.    The straight face test?
12       A.    Yes. Does it have sort of
13  face validity? Can you believe it on its
14  face. And on the face, to me as the
15  experienced drug safety scientist, I was
16  just highly skeptical of that.
17              Plus you have the underlying
18  biology of how Vioxx works that would
19  lead one to expect that it might increase
20  the risk of heart attack. And, in fact,
                                  Page 31
```

\* See previous page

graham depo cut 6 6 06.txt

21 it's really funny how the VIGOR study
22 words this. You know, the argument that
23 is sort of commonly in the literature
24 talking about heart attack risk with the
page 166
1 COX-2 inhibitors talks about prostacyclin
2 being decreased by drugs like Vioxx,
3 leaving thromboxane, which causes
4 clotting, unopposed. So, there's an
5 excess of it. There's sort of a balance,
6 and now there's too much thromboxane.
7           In VIGOR, Merck said, well,
8 we were interested in cardiovascular
9 risk, but their argument was because
10 naproxen -- because Vioxx wouldn't affect
11 platelet clotting and so -- but naproxen
12 would. And so we thought there might be
13 a difference. So, they sort of took the
14 converse of what was sort of like
15 obviously on everybody -- this was
16 something that everybody was talking
17 about, at least in the literature. And
18 subsequently it became sort of a real
19 focus of research.
20           In any event, it was based
21 on reading that study and being highly
22 skeptical of it and recognizing that if
23 the high doses caused heart attack at a
24 five-fold increase, well, this thing
page 167
1 called dose response, well, there's a 25
2 milligram dose and a 12-and-a-half
3 milligram dose. 25 milligram dose is the
4 most commonly used dose. With dose
5 response, if you get an effect with a
6 high dose, what dose response says is,
7 well, you might also have an effect with
8 the lower dose. It won't be as big an
9 effect. So, the question is, is there a
10 heart attack risk with lower dose. And
11 that was something that wasn't even
12 addressed in the VIGOR study in the
13 discussion. In the discussion, it was
14 something that one could have brought up,
15 but it wasn't brought up. In my view,
16 the discussion was unbalanced.
17           In any event, taking all
18 those things together, I thought that it
19 was important that we try to do another
20 study to examine the heart attack risks
21 with Vioxx.
22      Q.    And that's how you got
23 involved?
24      A.    And that's how I got
page 168
1 involved.

[169:16] - [171:23] 5/16/2006 David Graham, M.D.

page 169
16 BY MR. KLINE:

```
                       graham depo cut 6 6 06.txt
17      Q.   So, you made -- you
18  presented this PowerPoint at numerous
19  professional meetings, correct --
20      A.   Right.  This is from --
21      Q.    -- including the ISPE
22  conference in 2005; is that correct?
23      A.   That's correct.
24      Q.   That's the International
page 170
 1  Society of Pharmacoepidemiologists?
 2      A.   Correct.
 3      Q.   A worldwide organization; is
 4  that correct?
 5      A.   Yes.
 6      Q.   And by the way, you've been
 7  asked to publicly appear at conferences
 8  like that in your professional capacity,
 9  correct?
10      A.   Yes, I have.
11      Q.   A group of your colleagues,
12  international epidemiologists from all
13  over the world, would hear your views
14  that you're telling this jury, correct?
15      A.   Correct.
16      Q.   All right.
17           Now, the theoretical
18  concern.  What have you publicly said
19  about that before?
20      A.   The theoretical concern was
21  that Vioxx would reduce or inhibit
22  prostacyclin and lead to an excess of
23  thromboxane, which would result in a
24  tendency for blood clots and
page 171
 1  theoretically cardiovascular events such
 2  as heart attack or stroke.
 3      Q.   Known to Merck back in 1999?
 4      A.   I would assume that it had
 5  to have been.  If it's known to the
 6  medical officer who did this review, it
 7  most certainly would have had to have
 8  been known to Merck.
 9      Q.   And you looked at the
10  review, and once you got into -- you
11  looked into the history of it once you
12  got interested in the subject based on
13  naproxen, correct?
14      A.   Actually, this particular
15  slide that we're looking at -- actually,
16  I began looking at this subsequent.  At
17  the time that we were planning our study,
18  this wasn't something that I had focused
19  on.
20      Q.   In the early period, did the
21  FDA know and appreciate that there were
22  high-risk patients that were excluded
23  from the study?

[172:2] - [172:3] 5/16/2006 David Graham, M.D.
```

Δ's objections: 401, 402 - irrelevant, waste of time

π's response: Goes to witness's qualifications and credability, both of which have been attacked by Merck.

→ Δ's objections: outside area of expertise (not a pharmacologist or cardiologist)

π's responses: Witness is a medical doctor + epidem. and certainly qualified to discuss his safety concerns regarding Vioxx.

Δ's objections: lack of foundation, speculation.

π's response: Witness is familiar with the document.

Δ's objections: lack of foundation, speculation, incomplete designation.

π: see next page.

page 172                    Page 33