graham depo cut 6 6 06.txt

```
2  BY MR. KLINE:
3     Q.    Did Merck understand that?
```

Δ's objections: Lack of foundation, speculation.

π: see below

[172:6] - [173:8]  5/16/2006 David Graham, M.D.

```
page 172
 6            THE WITNESS:  It is clear
 7     from the way the studies are
 8     described that patients at high
 9     risk of experiencing
10     cardiovascular events were
11     excluded from the study, and since
12     that's written in the VIGOR study,
13     I have to assume that Merck was
14     fully aware and that it was
15     intentional.
16
17            (Whereupon, Deposition
18     Exhibit Graham-3, "Rofecoxib
19     Diagnosis and Treatment: What
20     went wrong?  Can we avoid?"
21     (Graham) PowerPoint slides,
22     DG000014 - DG000034, was marked
23     for identification.)
24
page 173
 1  BY MR. KLINE:
 2     Q.    I'm going to mark another
 3     PowerPoint which you presented to the
 4     International Society of
 5     Pharmacoepidemiologists.  They had their
 6     conference in 2005 in Nashville,
 7     Tennessee, correct?
 8     A.    Yes.
```

Δ's objections: lack of foundation, speculation.

π's response: Witness is testifying to his knowledge of the patients included in studies; as an epidemiologist the witness is clearly able to testify to the make-up of a clinical trial's participants.

[174:11] - [174:20]  5/16/2006 David Graham, M.D.

```
page 174
11     Q.    And were Merck -- are Merck
12     representatives always at the
13     International Society of
14     Pharmacoepidemiology?
15     A.    Well, I know that at this
16     particular meeting, several people from
17     Merck were there because they're
18     professional colleagues.  So, we had
19     conversations during the meeting, and I
20     know that they attended this session.
```

[175:1] - [176:24]  5/16/2006 David Graham, M.D.

```
page 175
 1     Q.    Now, in it, and I just want
 2     to focus you on the slide that's entitled
 3     "VIGOR:  deja vu all over again," what
 4     were you telling your fellow members of
 5     the International Society of
```

* See next page

Page 34

graham depo cut 6 6 06.txt

```
 6  Pharmacoepidemiologists?
 7       A.    Which slide number are you
 8  on?
 9       Q.    Number 24.
10       A.    Oh, here what I was talking
11  about was trying to make a little joke
12  about Yogi Berra and deja vu, but what I
13  was trying to talk about here is the
14  evidence that was accruing on Vioxx and
15  heart attack risks and FDA's response,
16  which in my experience has been to
17  downplay or ignore those risks and to let
18  things get worse in a sense to, let the
19  problem continue unabated.  So, that's
20  basically what I was, I think, trying to
21  convey there.
22       Q.    Understood.
23             Now, if you'd go to slide
24  number 29, this is something I'd like to
page 176
 1  display.  And regardless of whether the
 2  display is there or not, the fact of the
 3  matter is that you have used and you've
 4  given this jury an explanation of the
 5  naproxen and whether it was a plausible
 6  explanation for the VIGOR results.  That
 7  is what you've done so far, correct?
 8       A.    Correct.
 9       Q.    What did you call it
10  publicly, sir, the naproxen --
11       A.    I called it an alibi.
12       Q.    What is an alibi, sir?
13       A.    Well, I'm not a lawyer, but
14  what I meant was, it's sort of an excuse
15  to explain away an uncomfortable
16  situation.
17       Q.    What did you mean when you
18  described -- and I assume you're talking
19  about Merck's explanation later published
20  in the New England Journal that naproxen
21  was cardioprotective and thereby
22  explained the results of the VIGOR trial.
23  Is that what you were talking about?
24       A.    That is correct.
```

Δ's objections: 403, MIL #6 — any probative value substantially outweighed by danger of prejudice.

Π's response: See opposition to MIL #6; witness testifying to his public statements regarding the FDA's lack of action to protect the public in regard to Vioxx.

[177:5] - [178:11] 5/16/2006 David Graham, M.D.

```
page 177
 5             My question is, what in that
 6  context did you mean by the "naproxen
 7  alibi," sir?
 8       A.    What I meant was that there
 9  was -- it was much more likely based on
10  the available evidence at the time that
11  Vioxx was increasing the risk of heart
12  attack than that naproxen was protecting
13  against heart attack, but that pointing
14  to naproxen saying it protects against
15  heart attacks is an alibi.  It's
16  basically to say it's not Vioxx that's
17  causing the heart attacks, it's naproxen
```

graham depo cut 6 6 06.txt

```
18  that's protecting against heart attacks.
19              What I also said at this
20  meeting was that it resulted in a
21  two-year wild goose chase as people in
22  their research focused on addressing
23  naproxen and whether it affects the risk
24  of heart attack, rather than focusing on
page 178
1   Vioxx and on lower-dose Vioxx, which was
2   being used by increasing numbers of
3   patients.
4       Q.   That two-year wild goose
5   chase occurred roughly in what calendar
6   year?
7       A.   2001/2002.
8       Q.   That was the years that I
9   believe you described earlier when the
10  label wasn't changed?
11      A.   Correct.
```

Δ's objections: 611(c) - leading

Π's response: Counsel simply attempting to clarify testimony.

[178:13] - [178:21] 5/16/2006 David Graham, M.D.

```
page 178
13  BY MR. KLINE:
14      Q.   what was going on with
15  labeling in that same period of time,
16  sir?
17      A.   Nothing was happening with
18  labeling, at least nothing visible.
19      Q.   was it your words when you
20  described it, those two years, as a wild
21  goose chase?
```

[178:23] - [179:6] 5/16/2006 David Graham, M.D.

```
page 178
23           THE WITNESS:  My reference
24      to wild goose chase was to the
page 179
1       efforts by the scientific
2       community to investigate what has
3       subsequently been shown, I think,
4       unequivocally to be an untruth,
5       which is that naproxen does not
6       protect against heart attack.
```

[182:6] - [182:13] 5/16/2006 David Graham, M.D.

```
page 182
6   BY MR. KLINE:
7       Q.   what is the bottom line,
8   bottom, bottom line on the science of
9   whether naproxen is cardioprotective and
10  whether this was an alibi?
11      A.   Naproxen is not
12  cardioprotective, never was, and it
13  isn't.
```

Δ's objections: Outside area of expertise (not a pharmacologist or cardiologist)

Π's response: Witness is a medical doctor & Medical officer for the FDA & clearly able to testify to this medical & scientific fact.

Page 36

graham depo cut 6 6 06.txt

[186:1] - [186:17] 5/16/2006 David Graham, M.D.

```
page 186
1       Q.    Now, did you get -- by the
2   way, in 2000, I think the 2002 report,
3   there's an FDA report -- I don't want to
4   have to dig out the document.  I hope
5   I'll be indulged here.
6             There's a report in which
7   Vioxx was -- there was a suspect drug
8   list in 2001 reported in 2002?
9       A.    Yes.
10      Q.    What drug was on the top of
11  the suspect drug list?
12      A.    Vioxx.
13      Q.    And was your study conceived
14  by you?
15      A.    Yes.
16      Q.    And was it conceived to
17  study this number one top suspect drug?
```

Δ's objections: inflammatory/improper question.
π: No response necessary

[186:21] - [187:17] 5/16/2006 David Graham, M.D.

```
page 186
21      A.    I wasn't aware at the time
22  that it was the number one drug.  In my
23  mind, it was the leading public health
24  safety question that needed to be focused
page 187
1   on.  When we went to -- when we decided
2   to do the study, we had a teleconference,
3   videoconference with Merck that was
4   attended by myself, my office director,
5   Dr. Honig, his deputy, Dr. Himmel, both
6   of whom are now at Merck, and then people
7   from Kaiser.  And we had a list of five
8   or six drug safety questions that we were
9   going to discuss which of these we
10  thought was the most important one that
11  needed to be studied.  And the consensus,
12  hands down, of that group was that Vioxx
13  needed to be studied because that issue
14  affected more lives and the impact of
15  that was potentially greater than any of
16  the other drug safety questions we talked
17  about.
```

Δ's objections: 801, 802 - hearsay
π's response: Witness testifying to his personal knowledge of what took place at the conference, not out-of-court statements.

[187:23] - [188:13] 5/16/2006 David Graham, M.D.

```
page 187
23      Q.    Now, the study.  It was --
24  tell us what you did, what you went about
page 188
1   doing.  It was funded by the FDA,
2   correct?
3       A.    It was funded -- this study,
```

Page 37

```
                         graham depo cut 6 6 06.txt
 4    I've been told various estimates, that
 5    this study cost -- should have cost -- if
 6    it was being done today, it would have
 7    cost over $1 million. That's what I was
 8    told by people at the DSaRM committee in
 9    February 2005. FDA contributed a total
10    of $60,000, which was basically good
11    faith money, and Kaiser underwrote all
12    the other expenses associated with the
13    study.


[192:24] - [196:21] 5/16/2006 David Graham, M.D.


page 192
24             Q.     Now, you were the lead of
page 193
 1    the study?
 2             A.     Yes.
 3             Q.     And it was your baby; is
 4    that correct?
 5             A.     Correct.
 6             Q.     Was that known by your
 7    bosses at the FDA?
 8             A.     Oh, yes.
 9             Q.     And did they know that you
10    were studying in particular Vioxx?
11             A.     Yes.
12             Q.     And were you studying other
13    COX-2s as well?
14             A.     We looked at Celebrex. We
15    were not able to look at Bextra because
16    it wasn't used in Kaiser at the time of
17    our study. And we looked at other pain
18    relievers as well, most particularly,
19    naproxen, because we also, in addition to
20    wanting to study whether or not Vioxx
21    increased the risk of heart attack, we
22    wanted to know whether naproxen protected
23    against heart attack. And so we were
24    going to test both of those questions.
page 194
 1             Q.     Now, there's a story in
 2    between, but at the end of the day, was
 3    this study published in The Lancet?
 4             A.     Yes, it was.
 5             Q.     It was first on line January
 6    25th of '05?
 7             A.     Correct.
 8             Q.     Was it peer reviewed by --
 9    did it go through a peer review process
10    and was it peer reviewed?
11             A.     It went through peer review
12    twice. A total of ten different peer
13    reviewers from The Lancet looked at this
14    paper, five on each of two occasions. On
15    each occasion, the paper was accepted for
16    publication.
17             Q.     Was that unusual, that it
18    was peer reviewed twice and by that many
19    people?
20             A.     It was unusual, but it was
                                                Page 38
```

Δ's objections: 401, 402, 403, MIL#6 - irrelevant, waste of time, any probative value substantially outweighed by danger of prejudice.

π's response: Relevant to that there was a failure to warn. : to rebut the Δ's FDA defense.

```
                          graham depo cut 6 6 06.txt
21  necessitated by efforts by the FDA to       * See previous page.
22  suppress publication of the paper.
23       Q.    Yes, I'm going to have you
24  tell that story in a minute in your own
page 195
1   words.
2              At the end of the day when
3   you published the article, the article
4   was entitled "Risk of acute myocardial
5   infarction and sudden cardiac death in
6   patients treated with..." Is that
7   correct? That's the study?
8        A.    Yes.
9              MR. KLINE: And we have it
10         here. We'll mark it as the next
11         Exhibit Number, 4.
12               - - -
13             (Whereupon, Deposition
14         Exhibit Graham-4, "Risk of acute
15         myocardial infarction and sudden
16         cardiac death in patients treated
17         with cyclo-oxygenase 2 selective
18         and non-selective non-steroidal
19         anti-inflammatory drugs: nested
20         case-control study," (Graham, et
21         al) The Lancet 2-5-05 Vol. 365,
22         475-481, was marked for
23         identification.)
24               - - -
page 196
1   BY MR. KLINE:
2        Q.    This was the result, the
3   fruits of your four-year labor; is that
4   correct?
5        A.    Correct.
6        Q.    What was your bottom line of
7   your findings, sir?
8        A.    The bottom line was that
9   Vioxx at high dose increased the risk of
10  heart attack compared to basically nonuse
11  of the drug; that, compared to Celebrex,
12  which was the other leading COX-2 pain
13  reliever on the market, that Vioxx at
14  high dose and low dose increased the risk
15  of heart attack. With low dose, it was
16  just a borderline statistical
17  significance, but the point estimate was
18  clearly there; and that naproxen did not
19  protect against heart attack, if
20  anything, it increased the risk
21  slightly.


[203:14] - [205:23] 5/16/2006 David Graham, M.D.


page 203
14       Q.    And -- okay, now. If you
15  look at the Advisory Committee meeting,
16  your PowerPoint number 1 -- let's see,
17  it's 114, Page 114. We'll put it up very
18  briefly and try to work through this
19  stuff in our waning moments.
                                              Page 39
```