```
                        graham depo cut 6 6 06.txt
20              I see here, "Risk of AMI
21 with Celecoxib or Rofecoxib." I want to
22 focus on Vioxx, rofecoxib. Okay?
23      A.      Uh-huh.
24      Q.      What you did here was to
page 204
1  collect the data from the various
2  studies, correct?
3       A.      Correct.
4       Q.      At all doses, just focusing
5  on the "all doses," your study showed an
6  increased risk of -- what are you showing
7  increased risks of here to be clear?
8  What are you characterizing it?
9       A.      We showed an increased risk
10 of heart attack and sudden cardiac death
11 as a -- sort of considering those
12 together.
13      Q.      By the way, sir, and I hate
14 to do it this way, but I forgot earlier.
15 When you gave me your figures of 88,000
16 to 140,000 excess cases of serious
17 coronary heart disease in the life of
18 Vioxx in the United States, how many of
19 those -- did you do a calculation of how
20 many of those were deaths?
21      A.      Yes. It's about 40 percent.
22 So, if you multiply .4 by each of the
23 numbers, you come up with a range that's
24 somewhere in the neighborhood of 40,000
page 205
1  to 60,000.
2       Q.      40,000 to 60,000 excess
3  deaths over those that would have been
4  if --
5       A.      Patients had not used
6  rofecoxib, had not used Vioxx.
7       Q.      Back to the relative risks.
8  If we can just focus in on all doses of
9  Vioxx, we have relative risks which are
10 above 1 in the Graham study, is that
11 correct?
12      A.      Yes.
13      Q.      The Solomon study?
14      A.      Yes.
15      Q.      The Kimmel study?
16      A.      Yes.
17      Q.      The Ingenix study?
18      A.      Yes.
19      Q.      And the Medi-Cal study?
20      A.      Yes.
21      Q.      And you were involved in the
22 Medi-Cal study as well, correct?
23      A.      Correct.
```

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice.

π's response: See π's response to MIL #6. Relevant to π's claim that Vioxx is unreasonably dangerous.

[222:11] - [222:14] 5/16/2006 David Graham, M.D.

```
page 222
11 BY MR. KLINE:
12      Q.      In your view, did the
13 benefits clearly exceed the risk or
```

```
                          graham depo cut 6 6 06.txt
14  exceed them at all?

[222:16] - [222:20] 5/16/2006 David Graham, M.D.


page 222
16              THE WITNESS:  No.  The
17         benefits did not exceed the risks.
18  BY MR. KLINE:
19       Q.     In fact, was it the
20  opposite?


[222:22] - [224:5] 5/16/2006 David Graham, M.D.


page 222
22              THE WITNESS:  This drug was
23         risky.  And the benefits that one
24         gained at a population level for
page 223
1          the risks just weren't worth it.
2          The juice wasn't worth the
3          squeeze, and in my view, as I said
4          before, I think that Vioxx was
5          approved prematurely, and clearly
6          if more work had been done,
7          certainly the high dose shouldn't
8          have been approved.  And if it had
9          been approved, it should have been
10         withdrawn with the VIGOR study.
11         And at that point, intensive study
12         at the lower doses should have
13         been enacted with a very large
14         clinical trial done in a very
15         short space of time to nail down
16         the question.  And I'm not talking
17         about an APPROVe-like study that
18         takes four or five years to do and
19         has only five or six heart attacks
20         in six months.  I'm talking about
21         a really huge study that gives you
22         the opportunity, the power, to
23         answer the question definitively.
24         And that was not done.
page 224
1   BY MR. KLINE:
2        Q.     Everything of what you just
3   said, sir, was it within the resources
4   and capability of Merck & Company?
5        A.     Yes, it was.


[463:2] - [463:13] 5/16/2006 David Graham, M.D.


page 463
2              The estimates that you have,
3   88,000 to 140,000?
4        A.     Yes.
5        Q.     First of all, are they lower
6   than some other folks' estimates of the
                          Page 41
```

Handwritten annotations:

- Δ's objections: Outside the scope of the order allowing the deposition to take place.

- Δ's objections: Lack of foundation, Speculation
  π's response: It was clearly in Merck's power to withdraw drug after VIGOR + to do more testing.

- Δ's objections: 403, MIL #6 - any probative value substantially outweighed by danger of prejudice.
  π's response:

```
                      graham depo cut 6 6 06.txt
 7    number of increased cardiovascular, both
 8    deaths and incidents, that have occurred
 9    as a result of the drug Vioxx?
10        A.    Yes, they are.
11        Q.    Is yours a conservative
12    estimate compared to others in the
13    published medical literature?
```

\* See previous page

[463:16] - [463:18] 5/16/2006 David Graham, M.D.

```
page 463
16              THE WITNESS:  I wouldn't say
17       that it is conservative.  I would
18       say that it is realistic.
```

Δ's objections: 403, MIL#6 - any probative value substantially outweighed by danger of prejudice.

[478:17] - [478:21] 5/16/2006 David Graham, M.D.

π's response: See opp. to MIL #6; Witness testifying to the content of his own article; estimates are clearly relevant. There is no unfair prejudice.

```
page 478
17    BY MR. KLINE:
18        Q.    Is that the highest level
19    that you could get?
20        A.    That's the highest level you
21    can get.
```

[509:13] - [511:6] 5/16/2006 David Graham, M.D.

```
page 509
13        Q.    And, sir, the labeling, two
14    years you had mentioned about the
15    labeling, and you discussed labeling at
16    length with Mr. Beck, and I want to talk
17    to you a little bit about labeling in a
18    minute.
19              The labeling, two years.  Is
20    there anyone in those two years in
21    particular who dragged their feet?
22              MR. BECK:  Object to the
23       form of the question.  It's also
24       improper redirect.
page 510
 1              MR. KLINE:  Yes, sir.  Go
 2       ahead.
 3              MR. BECK:  I didn't get into
 4       this subject at all.
 5              THE WITNESS:  The two-year
 6       period for coming up with the
 7       revised label for a problem as
 8       serious as high risk of heart
 9       attacks with Vioxx, this is an
10       extraordinary long period of time,
11       and the only explanation based on
12       my long experience at FDA is that
13       there was foot dragging by the
14       company.  I've seen this countless
15       times with other companies with
16       other serious drug-related adverse
17       reactions where FDA comes in
                                     Page 42
```

Δ's objections: sidebar
π's response: Counsel is laying foundations for question.

Δ's objections: beyond the scope of cross-examination. π = clearly w/in scope of testimony

Δ's objections: lawyers' argument
π's response: Will remove objection

Δ's objections: beyond the scope of cross examination, lack of foundation, speculation.

π's response:

```
                              graham depo cut 6 6 06.txt
18          saying we want to put a boxed
19          warning on a drug, and the company
20          says basically no way, Jose, and
21          then FDA sort of banters back and
22          forth with the company, and things
23          just go on for months and months
24          and months and months.
page 511
1                At the same time, companies
2           are free to voluntarily implement
3           labeling changes such as boxed
4           warnings, and in this case, I
5           imagine FDA would have gone along
6           with it.
```

\* See previous page

[515:10] - [516:6] 5/16/2006 David Graham, M.D.

```
page 515
10          Q.    Let's talk about your
11   testimony, sir.
12                In response to questions by
13   Mr. Beck, you said -- I want to talk
14   label for a minute, labeling in response
15   to the questions that he asked you.
16   First of all, sir, you testified earlier
17   about how labels can make a difference.
18   You said that a straightforward -- I
19   actually have from Mrs. Golkow's
20   transcription here today instant access
21   to it on real time. And it says here,
22   "It would actually just be more
23   straightforward about what the problems
24   are, using very bold and frank and plain
page 516
1    language, not sort of using adjectives
2    that downplay it and not burying it in
3    tremendous amounts of text." Your words.
4    Do you recall saying that to the jury
5    here today?
6           A.    Yes, I do.
```

Δ's objections: 401, 402
irrelevant, waste of time

π's response: Relevant to π's failure to warn claims.

[516:7] - [517:12] 5/16/2006 David Graham, M.D.

```
page 516
7           Q.    Now, sir, can a
8    straightforward, bold, frank, plain
9    language label warning make a difference
10   in prescribing of drugs as you see and
11   know and understand it?
12          A.    It certainly can. In the
13   case of Vioxx, I think had the warning
14   been very clear, had it been boxed, the
15   number of patients exposed to the drug
16   would have probably been much reduced,
17   and this would have resulted in a
18   substantial reduction in the number of
19   people who were injured by heart attacks
20   or killed by heart attacks.
21          Q.    Sir, in your testimony
```

Δ's objections: 403, MIL#6 -
any probative value substantially outweighed by danger of prejudice.

π's response: See opp. to MIL#6.
Not unfair prejudice.

Page 43

```
                    graham depo cut 6 6 06.txt
22  before the United States Senate Finance
23  Committee before Senator Grassley and his
24  committee, you were asked the question --
page 517
1   you were saying -- you were asked the
2   question by Senator Graham (sic):  "A
3   black box will catch everybody's
4   attention."  You said, "As I pointed out
5   before, I think the most effective thing
6   that this black box would have done is it
7   would have given prominence to the heart
8   attack risk of Vioxx and it would have
9   stopped direct-to-consumer advertising."
10            Do you recall making that
11  statement, sir, before the Congress?
12       A.   Yes, I do.
```

\* See previous page

[517:15] - [517:20] 5/16/2006 David Graham, M.D.

```
page 517
15  BY MR. KLINE:
16       Q.   My question is, do you abide
17  by and agree with that particular public
18  statement which was made then today?
19       A.   Oh, definitely.  There's no
20  question about that.
```

Δ's objections: 403, MIL#6 – any probative value substantially outweighed by danger of prejudice.

π's response: Testifying to his public statement. See opp. to MIL #6.

[517:21] - [518:14] 5/16/2006 David Graham, M.D.

```
page 517
21            Could I add one other thing
22  since we're talking about labeling.
23  Shari Targum, whose review we talked
24  about earlier, in the very conclusion of
page 518
1   her review, I was really stunned, I only
2   saw this recently in rereading the
3   review, she wrote basically that this --
4   that Vioxx should have warnings.  And she
5   said "at least warnings."  And so I think
6   reading that and looking at her review,
7   the fact that here's the expert who
8   reviewed the drug, thought that it should
9   have been in warnings, and then
10  eventually we have it came out that it's
11  sort of, you know, buried in the fine
12  print, I was actually fairly surprised
13  because I hadn't realized that Dr. Targum
14  had actually stated that.
```

Δ's objections: Beyond the scope of the order allowing the deposition to take place (Graham specifically states that he just learned this for the first time), no question asked.

π's response: Witness previously familiar with document. While re-reading document before dep., noticed a fact testified to.

[561:21] - [561:22] 5/16/2006 David Graham, M.D.

```
page 561
21            I just have a video clip to
22  show to you.
```

Δ's objections: Beyond the scope of cross examination, hearsay

π's response: Clearly covers the topics touched on in cross-examination. Not beyond scope. Not hearsay. Witness affirms previous public statements.

Page 44

```
                       graham depo cut 6 6 06.txt
[562:11] 5/16/2006 David Graham, M.D.

page 562
11                MR. KLINE:  It is a video

[562:11] - [562:18] 5/16/2006 David Graham, M.D.

page 562
11                MR. KLINE:  It is a video
12        clip from the Senate hearings
13        exactly in conformance with Judge
14        Fallon's order.  I'm going to play
15        a video clip, and I'm going to ask
16        you a question that relates to
17        your questions that you answered
18        to Mr. Beck.

[563:2] - [563:13] 5/16/2006 David Graham, M.D.

page 563
2                 (Whereupon the following was
3        played:
4                 "Vioxx is a terrible tragedy
5        and a profound regulatory failure.
6        I would argue that the FDA as
7        currently configured is incapable
8        of protecting America against
9        another Vioxx.  We are virtually
10       defenseless."
11  BY MR. KLINE:
12       Q.   Was that you, sir?
13       A.   It certainly was.

[564:12] 5/16/2006 David Graham, M.D.

page 564
12                MR. KLINE:  Last clip, sir.

[564:15] - [565:1] 5/16/2006 David Graham, M.D.

page 564
15                "Today in 2004 we're faced
16       with what may be the single
17       greatest drug safety catastrophe
18       in the history of this country."
19  BY MR. KLINE:
20       Q.   Is there anything, sir,
21  having been subjected to lawyers'
22  questions here, sir, for over seven,
23  pushing eight hours that changes the
24  opinion that you gave publicly to the
page 565
1   senators in that hearing?
```

Handwritten annotations (right margin):

- Next to [562:11]: Δ's objections: Beyond the scope of cross examination, hearsay. π response: same
- Next to [563:2]-[563:13]: Δ's objections: Beyond the scope of cross examination, hearsay. π's response: same
- Next to [564:12]: Δ's objections: Beyond the scope of cross examination, hearsay. π's response: same
- Next to [564:15]-[565:1]: Δ's objections: Beyond the scope of cross examination, hearsay. π's response: same

Page 45

```
                        graham depo cut 6 6 06.txt
[565:5] - [565:6] 5/16/2006 David Graham, M.D.

page 565
5            THE WITNESS:  Nothing
6       whatsoever.
```

Δ's objections: Beyond the scope of cross examination, hearsay

π's responses: same