Issues Report [David Graham]   merck counter designations

\* Merck's Counter-Designations

[77:24] - [78:8] David Graham

page 77
24    From what you've heard, my
page 78
1 questions and your answers, would a
2 layperson have an understanding of the
3 overall mechanism of the FDA, CDER and
4 then the Office of New Drugs and Office
5 of Drug Safety and where they fit in?
6 Would there be something to add here so
7 that we understood it any better in broad
8 brush terms?

[78:13] - [79:10] David Graham

page 78
13    A.   I think it would be
14 important for people to understand that
15 in addition to the Office of New Drugs,
16 there are a number of other offices
17 within CDER whose purpose is to actually
18 assist in the review and approval of new
19 drugs. So, you have the Office of New
20 Drugs, and that may have 7 or 800 people,
21 but you have these other offices, as
22 well, whose primary function is to work
23 on the premarketing, the preapproval side
24 of FDA's house, and without them, the
page 79
1 drug couldn't be approved. And when you
2 take those all together, you end up with
3 like about 13 or 1400 people whose focus
4 is getting drugs on the market; if you
5 compare that to the Office of Drug
6 Safety, where we have maybe in the
7 neighborhood of 100 or 110 people
8 responsible for the safety and monitoring
9 of the safety of all drug products in the
10 country.

[227:8] - [227:13] David Graham

page 227

merck counter designations

8    Q.  Dr. Graham, you talked a
9  little bit on direct examination about
10 your medical training as well as your
11 training as an epidemiologist. Do you
12 practice medicine now?
13   A.  No, I do not.

[228:16] - [228:21] David Graham

page 228
16   Q.  So, for the last 15 years,
17 you have been focusing pretty much
18 exclusively on epidemiology and drug
19 safety rather than practicing medicine;
20 is that correct?
21   A.  Correct.

[251:14] - [253:17] David Graham

page 251
14   Q.  Another subject that you
15 discussed on direct examination is what
16 you call the naproxen myth. Do you
17 remember that?
18   A.  Uh-huh.
19   Q.  And that's a phrase that you
20 used in a couple of these PowerPoints
21 that were dated from 2005, right?
22   A.  It's possible. I mean, I
23 don't have them in front of me, but it's
24 certainly possible.
page 252
1    Q.  Well, you had one of them in
2 front of you before --
3    A.  That said "alibi," not myth.
4    Q.  Oh, I'm sorry, naproxen
5 alibi. I stand corrected there.
6        Now, when you were writing
7 scientific articles in 2003 and 2004 and
8 you discussed this hypothesis of naproxen
9 being cardioprotective, you didn't call
10 it an alibi then, did you?
11   A.  No. It's a different
12 audience.
13   Q.  In fact, well, the audience
14 that you are writing for in scientific
15 publications are other scientists and
16 doctors, right?
17   A.  Correct.
18   Q.  And when you were writing in
19 scientific publications for other

merck counter designations

```
20 scientists and doctors, what you said was
21 that the naproxen hypothesis was one of
22 the possible explanations for the
23 difference that was seen in the VIGOR
24 trial between Vioxx and naproxen
page 253
 1 patients, isn't that right, sir?
 2     A.  A very low possibility.
 3     Q.  Let's look at what you
 4 actually said.
 5           - - -
 6           (Whereupon, Deposition
 7      Exhibit Graham-8, "COX-2
 8      selective non-steroidal
 9      anti-inflammatory drugs and
10      cardiovascular disease," (Ray, et
11      al) Pharmacology and Drug Safety
12      2003; 12: 67-70, was marked for
13      identification.)
14           - - -
15 BY MR. BECK:
16     Q.  I'll hand you what we've
17 marked as Exhibit 8.
```

[253:18] - [258:7] David Graham

```
page 253
18           Is Exhibit 8 a 2003
19 publication?
20     A.  Yes, based on a talk from
21 2002.
22     Q.  And the first named author
23 on here is Wayne Ray. Do you see that?
24     A.  Yes.
page 254
 1     Q.  He, I think, was the person
 2 that you said you recruited to help on
 3 the Kaiser Permanente study that you
 4 headed up, right?
 5     A.  Yes.
 6     Q.  And then also you're listed
 7 as an author; is that right?
 8     A.  Correct.
 9     Q.  If you go over to the second
10 page, I'm going to direct you down to the
11 bottom of the left-hand column, and I've
12 blown this up and put it on the board.
13 If you want to look at it on the board,
14 it might be a little easier.
15           In this 2003 article of
16 yours and Dr. Ray's and the others, I see
17 you say that "The VIGOR trial enrolled
18 8076 patients with rheumatoid arthritis,
```

merck counter designations

19 who were randomly assigned to rofecoxib"
20 -- that's Vioxx, right?
21    A.    Uh-huh.
22    Q.    -- "(50 milligrams...) or
23 naproxen, an established non-selective
24 NSAID." And then do you say, "MI" --
page 255
1 now, first of all, what does MI stand
2 for?
3    A.    That's myocardial
4 infarction.
5    Q.    Is that the same thing as a
6 heart attack in common language?
7    A.    Correct. Yes.
8    Q.    Okay.
9         So, a heart attack "occurred
10 in .4 percent of patients receiving
11 rofecoxib compared to .1 percent of
12 patients receiving naproxen. These data
13 may reflect an increased risk of" heart
14 attack "associated with rofecoxib;" being
15 Vioxx, "a decreased risk associated with
16 naproxen; or a combination of both
17 effects."
18         Do you see that?
19    A.    Uh-huh.
20    Q.    And then did you go on to
21 say that there were two recent published
22 studies that looked at "whether naproxen
23 has a protective effect on the risk of
24 coronary heart disease"?
page 256
1    A.    Uh-huh.
2    Q.    And this thing that you
3 called an alibi today, back in 2003, did
4 you report that both of those studies
5 that you referred to there actually
6 reported a reduction in the risk of heart
7 attacks for people who were using
8 naproxen?
9    A.    Well, a couple of things.
10    Q.    Did you say that or not,
11 sir?
12    A.    That is not what I said.
13 This paper represented a combined
14 distillation of, I guess it was four
15 different talks presented at a symposium.
16 And they frequently -- what they do is
17 they have one session and they condense
18 them into a single paper, and then they
19 list everybody as an author. And this
20 material was from someone other than me
21 in the section that I was presenting on.
22    Q.    Who was it from?
23    A.    I'd have to go back to the

merck counter designations

24 topic headings of what the different
page 257
1 people, the four different speakers had,
2 what their speaking assignment was. My
3 speaking assignment at this meeting was
4 to talk about the association of
5 high-dose rofecoxib and hypertension.
6   Q.  Let me ask, when your name
7 is listed as an author on an article like
8 this, do you have a chance to review the
9 whole article and decide whether you want
10 to be associated with the comments that
11 are made in there?
12   A.  You get copies of articles
13 like this. When I got it, I only really
14 read the section that was my purview, and
15 I really didn't read the other sections.
16   Q.  Is this the first time that
17 you understood or knew that your name was
18 on a scientific article that said that
19 heart attacks may reflect a decreased
20 risk associated with naproxen?
21   A.  Well, I mean, I knew my name
22 was on the paper. I hadn't read that
23 closely. The studies that are referenced
24 are studies that I talked about during
page 258
1 the previous part of the deposition that
2 are analyzed incorrectly and so really
3 don't show reductions in cardiovascular
4 risk with naproxen, but in any event.
5   Q.  Did you ever ask that your
6 name be removed from this article?
7   A.  No, I did not.


[258:20] - [263:21] David Graham


page 258
20   Q.  Please take a look at what
21 we've marked as Exhibit 9. Is Exhibit 9
22 a copy of a scientific article that has
23 your name on it as one of the authors?
24   A.  Yes.
page 259
1   Q.  Now, before we get into
2 Exhibit 9, is this one -- well, Dr. Ray
3 is on this one also, right?
4   A.  Correct.
5   Q.  So, a bunch of other authors
6 and you and Dr. Ray. Is this one where
7 everybody just gave speeches and you
8 didn't read it closely?
9   A.  No, no. No. This was a

merck counter designations

10 real study.
11    Q.   This was a real study?
12    A.   Yes.
13    Q.   Okay.
14         Well, looking down then at
15 the first page of -- I'm sorry, we'll go
16 over to the fourth page of what you
17 called the real study that you and Dr.
18 Ray were both authors on.
19         This language that I've
20 blown up here from the right-hand column
21 at the bottom, did you and Dr. Ray say,
22 "The cause of the excess of serious
23 cardiovascular events in the VIGOR trial
24 is still a matter of debate"? Is that
page 260
1 what you said in the scientific study in
2 2004?
3    A.   Yes.
4    Q.   And it says, "A recent
5 observational study reported a higher
6 rate of cardiovascular events in
7 high-dose rofecoxib users." That would
8 be the 50 milligrams; is that right?
9    A.   That's what -- well, I'm
10 just looking at the reference for that,
11 and that would be, I think, any dose that
12 was over 25 milligrams. So, there are
13 people who take 37-and-a-half milligrams.
14    Q.   Okay.
15         Are there very many people
16 who take that?
17    A.   I don't know. I don't know
18 the number.
19    Q.   Okay.
20         Anyway, over 25.
21         It says, "A recent
22 observational study recorded a higher
23 rate of cardiovascular events in
24 high-dose rofecoxib users compared to
page 261
1 users of other NSAIDs and users of lower
2 doses of rofecoxib." It says "To date,
3 lower doses" -- that's talking about
4 Vioxx, right?
5    A.   Uh-huh.
6    Q.   "To date," you and Dr. Ray
7 say, "lower doses" of Vioxx "have not
8 been associated with a statistically
9 significant excess of these types of
10 serious events."
11         Is that what you said to the
12 scientific and medical community in 2004?
13    A.   It's based on the published
14 literature, yes.

Page 6

merck counter designations

15    Q.   And then you go on to say,
16 "Since the 50 milligram dose has
17 clinically significant undesirable
18 effects and has not been shown to be more
19 effective than lower doses" -- that's
20 more effective than lower doses of Vioxx,
21 right?
22    A.   Uh-huh.
23    Q.   -- "chronic use of high-dose
24 rofecoxib should be discouraged."
page 262
1         Do you see that?
2    A.   Uh-huh.
3    Q.   Now, today what you said was
4 that back in 2004, you were clamoring
5 that 50 milligrams should be withdrawn
6 from the market. Do you remember that?
7    A.   I don't remember using the
8 word "clamoring," but...
9    Q.   No. That was my word.
10        You said you were urging
11 that 50 milligrams -- what you said today
12 was that back in 2004, Dr. Graham was
13 urging that 50 milligrams should be
14 withdrawn from the market, right?
15    A.   I don't think I used the
16 word "urge," but I thought that the
17 50-milligram strength should come off the
18 market, yes.
19    Q.   But in the actual scientific
20 publication that you and Dr. Ray authored
21 in 2004, what you said, all you said
22 about 50 milligrams was that chronic use
23 of high-dose Vioxx should be discouraged,
24 right?
page 263
1    A.   Well, yes, but a couple
2 things. One, the paper was published
3 online in July of 2003; and, two, that
4 the paper was submitted in November of
5 2002. And basically -- and then the
6 third thing is, is I'm not the senior
7 author, and so for things like this, I
8 certainly couldn't disagree with the
9 statement that chronic use of high-dose
10 should be discouraged. I would take it a
11 step further.
12        Back in 2002, I think that
13 the VIGOR study provided enough evidence
14 to seriously question Vioxx remaining on
15 the market.
16    Q.   But that's not what you said
17 in the article that you published two
18 years later in print and a year later
19 online, is it, sir?

merck counter designations

20  A.  No, but I'm not the first
21  author.


[268:8] - [269:8] David Graham

page 268
8         This confidence interval is
9  the thing that is in the parenthesis
10 here, right?
11  A.  Correct.
12  Q.  And I hope that at trial
13 somebody else will describe confidence
14 interval because I'm not going to take
15 the time to do it with you today. But
16 you say it's consistent with being as
17 high as 1.37?
18  A.  Right.
19      Or as low as .76.
20  Q.  Or as low as .76.
21      So that this confidence
22 interval says that Vioxx 25 milligram, it
23 might be better than not taking any
24 medicine at all when it comes to heart
page 269
1  attacks, or it might be a little worse
2  than not taking any medicine at all.
3  But, basically, the best analysis is,
4  it's the same thing as not taking any
5  medicine at all, right?
6  A.  That's the appropriate
7  interpretation of that study for that
8  dose.


[270:23] - [272:19] David Graham

page 270
23  Q.  You mentioned before that
24 you wrote a chapter in a book on -- what
page 271
1  was the subject of the book?
2  A.  Well, it's called
3  Pharmacoepidemiology.
4  Q.  Yeah.
5      And do you know that in that
6  book on pharmacoepidemiology, it is
7  stated that if you have a relative risk
8  of less than 2.0, that's a relatively
9  weak relationship?
10  A.  It's a view that I don't
11 subscribe to.
12  Q.  Do you know that that's the

- Lacks Foundation
- Assumes fact not in evidence
- Hearsay

Page 8

merck counter designations

```
13  view that's expressed in a book that you
14  wrote a chapter in?
15     A.  A, I haven't read a chapter
16  where that view is expressed; and, B,
17  that's one chapter written by one author
18  in a textbook where the editor pretty
19  much lets you write what your point of
20  view is.
21     Q.  Do you know whether your
22  colleague, Dr. Ray, has said under oath
23  that if the relative risk is less than 2,
24  then it's less likely than not for any
page 272
1   particular person that Vioxx would have
2   contributed to a heart attack?
3      A.  I'm not aware of anything
4   that Dr. Ray has said under oath.
```

- Witness has no Knowledge
- Lack of Foundation
- Assumes fact not in evidence

```
5      Q.  You spent a little bit of
6   time on direct examination concerning the
7   approval of Vioxx, as well as a
8   subsequent label change. And I just
9   wanted to make sure that we were clear on
10  this.
11         Did you have any personal
12  role whatsoever in the FDA's review of
13  the application that led to the approval
14  of Vioxx?
15     A.  No.
16     Q.  And did you have any role
17  whatsoever in reviewing proposed label
18  changes for Vioxx?
19     A.  No.
```

Irrelevant

[274:1] - [274:14] David Graham

```
page 274
1          And that is, is it your view
2   that warning language in labels does not
3   have a significant effect on the
4   decisions by doctors and whether to
5   prescribe the medicines that the warnings
6   accompany?
7      A.  It's my view that warnings
8   as implemented by FDA have been very
9   ineffective. There are means, I believe,
10  whereby labeling could be constructed in
11  a fashion that it actually would
12  potentially influence physician behavior
13  and perhaps then find its way into
14  patient behavior.
```

Improper expert testimony
- No disclosure by defense
- lack of foundation

Omnibus

[274:15] - [275:10] David Graham

merck counter designations

page 274
15   Q.   Would that be a different
16 way of going about labeling than the FDA
17 currently does?
18   A.   It would actually just be
19 more straightforward about what the
20 problems are, using very bold and frank
21 and plain language, not sort of using
22 adjectives that kind of downplay it and
23 not burying it in tremendous amounts of
24 text so that when a physician looks at
page 275
1 the label, they're confronted by three
2 paragraphs of warnings, and the warning
3 that really matters is kind of buried in
4 the midst of it. I think that there's a
5 lot of room for experimentation where
6 these labeling interventions might
7 actually have an effect. But as
8 practiced, the way FDA implements them,
9 they are not -- have not been, until now,
10 effective, in my view.

[276:12] - [277:19] David Graham

page 276
12   Q.   Did you say in a written
13 publication in 2002, co-authored with
14 Willy, that "The findings from this study
15 are consistent with the results from
16 other studies showing that product
17 labeling may not meaningfully affect
18 physician behavior"?
19   A.   Yes.
20   Q.   Did you say in a 2001
21 article written by you as the lead
22 author, "This study suggests that
23 labeling changes, including black box
24 warnings, and instructions to monitor
page 277
1 patients closely, as well as repeated
2 'Dear Healthcare Professional' letters to
3 physicians cannot be assumed to be
4 effective means of risk management"?
5   A.   Yes, I said that.
6   Q.   I want to move now to the
7 Kaiser study. I think you described that
8 this is an epidemiological study, not a
9 clinical trial, right?
10   A.   Correct.
11   Q.   And what that means is that

- Omnibus
- Improper Expert Testimony
  · No disclosure by defense
  · lack of foundation

merck counter designations

12  you and your colleagues examined the
13  medical records from thousands or even
14  more patients from the HMO, and you could
15  see what medicines they were prescribed
16  and you could see what problems they had
17  or didn't have in their healthcare; is
18  that right?
19      A.  That's correct.


[287:18] - [288:7] David Graham


page 287
18          And you described this
19  morning kind of a chronology of reports
20  that you made or public disclosures of
21  the results of the study. And I want to
22  go through those same events with you, if
23  I could.
24          And I've prepared a chart,
page 288
1  and what I want to do is talk with you
2  about different statements that you made
3  in different publications about the
4  significance of 25 milligrams or below,
5  whether that poses a statistically
6  significant increase for heart attacks,
7  whether -- and whether above 25 does.


[290:16] - [291:6] David Graham


page 290
16      Q.  Dr. Graham, what I want to
17  do now is fill in these blanks on the
18  chart I have on the screen for the
19  relative risk and confidence intervals in
20  these different categories.
21          So, with the May 2004 ACR
22  abstract, do I have that correct that the
23  relative risk that was reported was 1.02
24  for 25 milligrams or less, with the
page 291
1  confidence intervals as I've indicated up
2  there?
3       A.  Yes, that's correct.
4       Q.  And that is not
5  statistically significant, correct?
6       A.  That's correct.


[291:23] - [295:19] David Graham

merck counter designations

page 291
23   Q.   Okay.
24        Now, after this May 2004
page 292
1 abstract, you went back and reclassified
2 some of the patients from the Kaiser
3 study who had been classified as low-dose
4 patients for the purposes of the analysis
5 that's shown in the abstract. I think my
6 hand just snuck across the screen.
7 Excuse me.
8        You reclassified some
9 patients who had been counted as low-dose
10 patients, and then you counted them
11 instead as high-dose patients; is that
12 right?
13   A.   Yes. And high-dose patients
14 who are reclassified as low dose.
15        - - -
16        (Whereupon, Deposition
17   Exhibit Graham-12, E-mail 5-25-04
18   KP002153, was marked for
19   identification.)
20        - - -
21 BY MR. BECK:
22   Q.   After you reclassified
23 patients, then I'm going to show you what
24 we marked as Exhibit 12. Did you write
page 293
1 an e-mail which is -- I'm looking for the
2 date. Can you help me with the date?
3 Oh, it is also from May. Up at the top
4 you will see your e-mail is May 25th,
5 2004?
6   A.   Uh-huh.
7   Q.   And then you report new
8 relative risks and confidence intervals
9 based on the reclassifications, right?
10  A.   Yes.
11  Q.   Okay.
12       And tell me if I have it
13 right up here. The relative risk that
14 you reported after reclassifying people
15 for the 25 milligrams or less was .98,
16 correct?
17  A.   Yes.
18  Q.   With the confidence
19 intervals as I've indicated there, right?
20  A.   Yes.
21  Q.   And that is not
22 statistically significant, correct?
23  A.   Correct.
24  Q.   And we're talking here about
page 294

*Omnibus*