merck counter designations

So, you learned no statistically significant difference based on the planned classification, and then you changed the plan and reclassified, right?

A. We did that, and for a good reason, because we had misclassification of the exposure. And to leave that

page 395

misclassification of exposure in the study would be to misrepresent the study, and so it became necessary -- we were trying to use a computerized algorithm to classify dose. And what we discovered was that just because somebody was getting a 50-milligram tablet didn't mean they were taking 50 milligrams a day. Sometimes it was cheaper for patients to take the 50 milligram tablet and break it in half and actually take 25 milligrams a day or to take two 25s instead of 50. So, we were obligated to correct that misclassification once we discovered that it was present.

Q. And the second point he makes is, "All five investigators participated." And then he has the initials of the five investigators, including "DG," and that's David Graham, you, right?

A. That's right. And I was part of the call that this took place in, but I was not a voting member whose votes

page 396

would determine whether or not reclassification occurred. For reclassification to occur, these other four people had to agree that based on the evidence that they saw about how Vioxx was being used, that the patients should be reclassified.

Q. And then his third point was, "David Graham was not blinded to cases and controls when the recoding was done."

Now, you talked about cases being -- that's where somebody had a heart attack and controls being somebody did not have a heart attack. And when he says that you were "not blinded to cases and controls," does that mean that at the time that individual patients were reclassified from short-term users to long-term users, you had access to the information that would tell you whether,

merck counter designations

in fact, patient A had a heart attack or did not have a heart attack?

A. That's correct, and that's

page 397

why I wasn't a voting member.

Q. So, what Dr. Cheetham said was that, fine, we made these adjustments, but our article needs to set forth what we did and how we did it and needs to say that it was not part of the original plan, that all five investigators, including Dr. Graham, participated, and when Dr. Graham was participating, he knew which patients had heart attacks and which ones didn't. That's what he wanted to be put forth in the article as published in Lancet, right?

A. That's what he says in this e-mail.

Q. And, you didn't do -- in fact, he says at the bottom of this e-mail, "From my perspective this issue is not negotiable," right?

A. Yes.

Q. But you did not make the disclosure that Dr. Cheetham felt was necessary, and, in fact, not even

page 398

negotiable, did you?

A. We placed in the methods, had a description of the process that we used to reclassify these cases. It didn't meet with Dr. Cheetham's -- his personal requirements, but the other co-authors were quite comfortable, and there's a lot of e-mail traffic about that.

I will add that after this, I had a conversation, after we submitted the paper to the Lancet, with the editor of the Lancet, Dr. Horton, in which I described in detail all of these things. And Dr. Horton had no problem with the way that we had conducted this, and when Dr. Cheetham learned that, his reservations went away.

Q. Well, when you say that it wasn't done exactly the way he said it should be done, the way that it was actually done, the disclosures that were made in the Lancet, they left you out when it described who did the recoding,

page 399

isn't that true?

merck counter designations

A. Because I didn't vote on the recoding. The recoding required the unanimous vote to change of the four people listed, and if even one of them said that the case should not be recoded, it wasn't recoded. And --

Q. Did the Lancet article disclose that you were the one who suggested the reclassification after you already knew which patients had heart attacks and which ones didn't?

A. No. But that wasn't -- the editor didn't feel that that was necessary.

Q. Did the Lancet article disclose that even though you say you didn't have a vote, you wrote memos to the other authors saying here's the people I think ought to be reclassified?

A. I did send a list of patient IDs that I thought that there was a question about the reclassification, and each of the members of the study team

page 400

were asked to come up with a similar list. And then that composite list was what the group voted on together, and there were 29 or 30 patients in that group that the four participants voted upon.

Q. Did the Lancet article disclose that even though you didn't have a vote, that you, knowing who had heart attacks and who didn't, came up with a list of people that you wanted the others to look at and you suggested should be reclassified? Did the Lancet article disclose that?

A. No, it didn't. But the editor was fully aware of it and believed that the process, the voting process was sufficient and stringent enough.

[402:20] - [403:6] David Graham

page 402

Q. Before our break, Dr. Graham, we started to discuss this estimate of yours of excess heart attacks and sudden cardiac deaths, your number of 88,000 to 139,000.

page 403

And I think we covered this,

merck counter designations

but am I correct that even though you published this in your Kaiser study, the numbers did not come from the work that you did with the Kaiser information?
A. That's correct.

[405:19] - [406:16] David Graham

page 405
Q. Now, when you submitted your article to the FDA peer reviewers, you had a much different estimate of excess cardiovascular events than you ended up putting in the Lancet publication, correct?
page 406
A. That's correct.
MR. BECK: I'm going to mark the draft as it was submitted to the FDA reviewers. This is Exhibit 27.
- - -
(Whereupon, Deposition Exhibit Graham-27, Memo 9-30-04 "Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs," FDACDER022369 - FDACDER022388, was marked for identification.)
- - -

[407:9] - [407:13] David Graham

page 407
So, this is a report to the FDA, and the manuscript reflected the same information that's in this report?
A. Right. But it had to be more concise and the like.

[407:19] - [408:3] David Graham

page 407
And did you say in the report to the FDA, as well as the manuscript that you submitted for their review, that combining -- that when you

looked at all of the data of Vioxx versus Celebrex, that you came up with the
page 408
excess of adverse cardiovascular events of 27,785 cases?
A. That's correct.

[410:1] - [410:7] David Graham

page 410
Q. You indicated before that there were two specific FDA employees that you had suggested as peer reviewers, right?
A. Correct.
Q. And I think it was Dr. Bruce Stadel and Dr. Bob O'Neill?

[410:8] - [410:17] David Graham

page 410
A. Stadel, yes.
Q. Stadel is how to pronounce it?
A. Yes.
Q. And they, in fact, looked at your manuscript, the one that had the 27,000 number in it, Vioxx versus Celebrex, as part of their peer review, right?
A. Correct.

[411:23] - [413:2] David Graham

page 411
BY MR. BECK:
Q. Is this an e-mail from you
page 412
to Dr. Seligman and Dr. Trontell of the FDA, as well as your co-authors dated October 22nd, 2004?
A. Yes, it is.
Q. And the very first thing you say is, "I reviewed the comments of Bob and Bruce" -- that's Dr. Bruce Stadel and Dr. Bob O'Neill, right?
A. Yes.
Q. -- "and discussed them with the co-authors. We" -- that's you and

Omnibus

merck counter designations

the co-authors, right?
A. Right.
Q. "We changed the paper to exclude our estimate of the actual number of excess cases of heart attacks and sudden cardiac deaths, suggested by both Bob and Bruce," right?
A. Yes.
Q. Okay.
So, the manuscript that you submitted to the Lancet took out that 27,000 estimate that the two peer reviewers you suggested said was
page 413
scientifically unsound, right?
A. That's correct.

[415:6] - [415:17] David Graham

page 415
Q. So, when Lancet says we kind of like that comparison that the peer reviewer said was scientifically unsound, you put it back in, but this time you increased it by 10,000 cases, right?
A. That is -- I'm just trying to look for -- oh, it's because --
Q. First, before you get to the reason why --
A. Yes.
Q. -- is it true?
A. Yes.

Omnibus

[416:5] - [416:18] David Graham

page 416
Q. Now, did Dr. Stadel and Dr. O'Neill, the two peer reviewers that you said you trusted, and who said that the 27,000 figure was scientifically unsound, did they have a chance to review this 37,000 figure that you came up with after you submitted the manuscript to Lancet?
A. No. Once a paper goes into a journal and you're dealing with the journal and its peer reviewers, what happens is between the author and the journal. So, there was no requirement to, and I didn't.

merck counter designations

[417:23] - [418:4] David Graham

page 417
Q. And did you ever give your
peer reviewers who told you that your
page 418
27,000 number was scientifically unsound,
did you ever give those peer reviewers
whom you recommended the chance to take a
look at these new comparison --

[418:6] - [419:2] David Graham

page 418
BY MR. BECK:
Q. -- and new numbers of 88,000
to 139,000?
A. No. There was no
requirement to. Lancet has a very
extensive and exhaustive peer review
process. Our paper was reviewed by five
peer reviewers, which is two more than
normally happens with the medical
journal. And those peer reviewers and
the editors of the journal didn't happen
to agree with those two people from the
FDA.
Q. Just so that we're clear,
nobody from the FDA during the peer
review process ever got a chance to look
at this new comparison that you did for
the first time and the revised-revised
manuscript, correct?
page 419
A. That's correct, and it
wasn't required.

[419:8] - [420:3] David Graham

page 419
Q. Can you just tell me whether
you included the 37,000 number in the
Lancet article?
A. No.
Q. And, in fact, by the time we
finally get to the published article in
Lancet, the only numbers that you include
were these 88 to 139,000 numbers that you
first came up with in the revised-revised

manuscript, right?
A. That's correct.
Q. Now, I want to see if we can understand a little better how you came up with them. I think you said that you used the relative risks from the VIGOR study and the APPROVe study, right?
A. That is correct.
page 420
Q. And the relative risk for VIGOR was 5, right?
A. Correct.

[420:11] - [420:13] David Graham

page 420
Q. And the relative risk from APPROVe was 2.0, right?
A. Correct.

[421:5] - [422:11] David Graham

page 421
Q. Well, in your article, you state that "The background rate for acute myocardial infarction among control groups from studies of cardiovascular risk and NSAID users varied from 7.9 per 1,000 person years in CLASS," one of the studies you referred to, to 12.4 per 1,000 person years in what was called the TennCare study, right?
A. Correct.
Q. So, the background rate that you used when doing your calculation was this range of 7.9 to 12.4, right?
A. Correct.
Q. And by "background rate," what we mean is people who aren't taking any medicine at all. For every 1,000 person years of people not taking medicine, 7.9 to 12.4 people are going to have an adverse cardiovascular event,
page 422
right?
A. Right. Within the age groups that those populations came from, right.
Q. So, that's sort of what you'd expect from someone taking no medicine at all, is somewhere between 8

merck counter designations

to 12 or so people per thousand are going to have heart attacks just because that's what happens in life, right?
A. That's what happens. Right.

[424:17] - [424:24] David Graham

page 424
Q. So, the rate for myocardial infarctions, heart attacks --
A. Uh-huh.
Q. -- for people who were taking the high-dose Vioxx in the VIGOR study was 7.4 per hundred -- per thousand person years, right?
A. Yes.

[426:12] - [427:15] David Graham

page 426
Q. Let's now talk about APPROVe.
What's the equivalent number here for the APPROVe study which involved a 25 milligram dose of Vioxx?
A. You'll have to show me the paper and we can derive that number.
- - -
(Whereupon, Deposition Exhibit Graham-31, "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial,"
page 427
(Bresalier, et al) NEJM 3-17-05, 352;11: 1092-1102, was marked for identification.)
- - -
BY MR. BECK:
Q. Have you seen Exhibit 31 before?
A. Yes, I have read this paper before.
Q. And I'll put it on the screen. Well, let's just you and I go to Table 2 over on the fourth page.
Is this a paper that deals with the APPROVe study?
A. Yes.