merck counter designations

[428:8] - [428:19] David Graham

page 428
8    Q.  And when you did it the
9  right way, you would come up with an
10 event rate in APPROVe of 6.9; is that
11 right?
12   A.  I'll trust your arithmetic.
13   Q.  And, again, the real life
14 heart attack rate in both VIGOR and
15 APPROVe was lower than what you say is
16 the normal background rate for people who
17 are not taking any medicine at all,
18 right?
19   A.  That's correct. But

*Incomplete Answer.*
*Objection withdrawn IF Merck adds the following:*
*428:20 - 430:15*

[430:16] - [432:6] David Graham

page 430
16   Q.  Now, the patients involved
17 in the VIGOR study, these were rheumatoid
18 arthritis patients, right?
19   A.  Yes.
20   Q.  And rheumatoid arthritis
21 patients have a higher risk of heart
22 attack, all other things being equal,
23 than people who don't have rheumatoid
24 arthritis, right?
page 431
1    A.  Some studies have found
2  that, and other studies have found that
3  there's no increase in risk.
4    Q.  Now, you mentioned that
5  CLASS was one of the studies that you
6  used to come up with your range. Those
7  people had osteoarthritis, right?
8    A.  That's correct.
9    Q.  And that is not associated
10 with a higher heart attack risk, right?
11   A.  Not that we're aware of.
12   Q.  And the other study that you
13 used for the background rate was
14 TennCare?
15   A.  Yes.
16   Q.  And that's short for
17 Tennessee Care, right?
18   A.  Right. It's a Medicaid
19 program.
20   Q.  And that's anybody who used
21 a prescription NSAID, regardless of what
22 their condition was, right?
23   A.  Right, but these were the

Page 53

merck counter designations

24 nonusers.
page 432
1   Q.   So, these were nonusers in
2 Tenn Care, but they didn't have
3 rheumatoid arthritis or anything like
4 that?
5   A.   Some of them did, but most
6 of them didn't.


[432:22] - [433:1] David Graham


page 432
22   Q.   But even with all of that,
23 VIGOR and APPROVe both had lower rates
24 than your background rates, correct?
page 433
1   A.   Yes.


[434:11] - [437:11] David Graham


page 434
11   Q.   Do you know that Dr. Graham
12 has estimated the United States
13 background rate to be approximately 6 per
14 thousand?
15   A.   And that is in people who
16 are 15 and older. And one-third of the
17 population is between the ages of 15 and
18 40, and the occurrence of myocardial
19 infarction in that group is almost zero.
20 So, if you were to truncate those people
21 out and then calculate what the actual
22 rate is among the people who are most
23 likely to get the Vioxx, the number ends
24 up smack in the middle of that range.
page 435
1   Q.   And I've referred to you in
2 the third person. I'm sorry. I'm trying
3 to get through.
4   A.   I took no offense.
5   Q.   I did not intend any. I was
6 actually thinking of Dr. Topol when I
7 referred to Dr. Graham.
8       Dr. Topol, are you
9 acquainted with his publication where he
10 uses a placebo rate of 5.2?
11   A.   Yes. And that was from
12 randomized clinical trials. And
13 randomized clinical trials, no matter
14 what they are, they select patients who
15 are healthier than the real world

merck counter designations

16 patients that get the drugs after they go
17 on the market.
18    Q.  And in APPROVe, as I just
19 put up there, the people who took
20 placebos in the APPROVe study, their rate
21 was only 2.7, right?
22    A.  Yes. And they were younger
23 patients without cardiovascular disease,
24 but yes.
page 436
1    Q.  And so when you have these
2 relative risks that come from VIGOR and
3 APPROVe, and you are taking the VIGOR
4 heart attacks number of 7.4 and you're
5 comparing it with this super low number
6 of naproxen, 1.5, and that's how you come
7 up with the -- that's how that high
8 number of relative risk of 5 is derived,
9 correct?
10    A.  Those are the results from
11 the VIGOR study.
12    Q.  And the same thing with
13 APPROVe. The relative risk is 2, but it
14 is not because a lot of people had heart
15 attacks on Vioxx, it is because not very
16 many people had them on the placebo,
17 right?
18    A.  That I don't know the -- I
19 don't know the answer to that question.
20 If you have an odd placebo group that's
21 been selected that has an unusually low
22 background rate, that's a possibility. I
23 can't answer that question. I don't know
24 the answer to that question.
page 437
1    Q.  You never looked into that
2 when doing your estimate?
3    A.  No. Realize at the time
4 that we did our estimate, what we had to
5 work on were press announcements, because
6 none of these data --
7    Q.  If the answer is no, that's
8 fine. I only have about ten minutes
9 left.
10    A.  Okay.
11       I'm sorry.


[440:20] - [442:2] David Graham


page 440
20       You talked about how you
21 made a presentation in February of 2005
22 to the FDA Advisory Committee. Do you

merck counter designations

```
23  remember that?
24     A.  Yes, I do.
page 441
1      Q.  And that was one of the
2  exhibits that you went over with Mr.
3  Kline with some of the pages from the
4  presentation that you made to the
5  Advisory Committee, right?
6      A.  Correct.
7      Q.  Then the Advisory Committee
8  made recommendations to the FDA, and the
9  FDA, in turn, reached some conclusions
10 concerning the safety of COX-2
11 inhibitors; is that correct?
12     A.  I believe it is.
13         MR. BECK:  We'll mark as
14     Exhibit 32 the April 6, 2005
15     memorandum.
16         - - -
17         (Whereupon, Deposition
18     Exhibit Graham-32, Memo 4-6-05
19     "Analysis and recommendations for
20     Agency action regarding
21     non-steroidal anti-inflammatory
22     drugs and cardiovascular risk,"
23     (19 pages), was marked for
24     identification.)
page 442
1          - - -
2  BY MR. BECK:
```

[442:15] - [448:1] David Graham

```
page 442
15         Is this the memorandum we've
16 been talking about?
17     A.  Yes, it is.
18     Q.  Okay.
19         And then on the bottom of
20 Page 3 where it lists the different
21 offices, did the division of
22 anti-inflammatories participate in this
23 review?
24     A.  Yes, it did.
page 443
1      Q.  Did the --
2      A.  They were probably the major
3  participant, because they are the ones
4  who ultimately regulate these products.
5      Q.  Anti-inflammatories includes
6  NSAIDs and COX-2 inhibitors, right?
7      A.  Correct.
8      Q.  And the Division of
```

π adopts/asserts arguments to plaintiff's MIL #5.

Page 56

merck counter designations

9 Over-the-Counter Drug Products also
10 participated, correct?
11    A.   Yes, because they're
12 over-the-counter NSAIDs.
13    Q.   And the Office of Drug
14 Evaluation II and V participated, right?
15    A.   Right. Those are the parent
16 organizations of these other divisions.
17    Q.   And the Office of New Drugs
18 participated?
19    A.   Right. That's the super
20 office over them.
21    Q.   Office of Drug Safety,
22 that's your office, right?
23    A.   Correct.
24    Q.   Office of Biostatistics.
page 444
1 Does that include epidemiologists?
2    A.   No. Epidemiologists are in
3 the Office of Drug Safety. The Office of
4 Biostatistics is exclusively
5 statisticians.
6    Q.   And the Office of
7 Pharmacoepidemiology and Statistical
8 Science participated, right?
9    A.   Right. That's the office
10 that contains both drug safety and
11 statistics.
12    Q.   The Office of Medical Policy
13 participated?
14    A.   Right, yes.
15    Q.   And the Office of Regulatory
16 Policy?
17    A.   Yes.
18    Q.   And the Office of the Center
19 Director, right?
20    A.   Correct.
21    Q.   And they looked at all kinds
22 of materials, including your PowerPoint
23 and your, I don't know if it's testimony
24 or remarks that were delivered to the
page 445
1 Advisory Committee, correct?
2    A.   Presumably. I wasn't part
3 of the internal decision-making, but
4 presumably that was part of what they
5 considered.
6    Q.   Then focusing on the first
7 page here, in terms of who authored this
8 memorandum from the FDA, I think you've
9 already identified John Jenkins, Dr. John
10 Jenkins, of the Office of New Drugs,
11 right?
12    A.   Correct.
13    Q.   And then also you've

Page 57

merck counter designations

14 identified your boss, Paul Seligman,
15 right?
16     A.   Correct.
17     Q.   And then it says "Through:
18 Steven Galson." What does it mean when
19 it is from Drs. Jenkins and Seligman
20 through Dr. Galson?
21     A.   What it typically means is,
22 is the "froms" have written the report.
23 It goes to the "through" person, who can
24 edit it and ask for modifications and the
page 446
1 like. And then after they've signed off
2 on it, it is sent off to whomever the
3 "to" is.
4     Q.   All right.
5          And the "to" is the NDA
6 files and has all these numbers, right?
7     A.   Correct.
8     Q.   So, if I understand it
9 correctly, they got input from all these
10 different groups, and then the head of
11 the Office of New Drugs and the director
12 of the Office of Pharmacoepidemiology and
13 Statistical Science got together and
14 wrote a draft that then was approved by
15 the director of the entire Center for
16 Drug Evaluation and Research, right?
17     A.   Correct.
18     Q.   Then I just want to go
19 through with you the first five bullet
20 points, and then I'll be done.
21          In the executive summary
22 here, do you see where the FDA says that
23 "Following a thorough review of the
24 available data we have reached the
page 447
1 following conclusions regarding currently
2 approved COX-2 selective and
3 non-selective non-steroidal
4 anti-inflammatory drugs and the risk of
5 adverse cardiovascular events." So
6 that's their setup.
7          Then the first point they
8 make is: "The three approved COX-2
9 selective NSAIDS (i.e. celebrex," Vioxx,
10 and what's the third one, "valdecoxib"?
11     A.   That would be Bextra.
12     Q.   So, they say that three
13 COX-2 selective NSAIDs "are associated
14 with an increased risk of serious adverse
15 CV events compared to placebo. The
16 available data do not permit a rank
17 ordering of these drugs with regard to CV
18 risk." Now, what they're saying here is

merck counter designations

19 that any one of these COX-2 inhibitors
20 can increase CV risk, but there's no
21 basis on which to say that one is riskier
22 than another, right?
23    A.   What they're saying is, is
24 that the absence of evidence is evidence
page 448
1 of absence. They're basing --


[449:14] - [449:21] David Graham


page 449
14         Does it mean that the people
15 who wrote this memo and the person who
16 approved it, whether you agree with them
17 or not, what they're saying is that you
18 cannot draw a distinction between the
19 cardiovascular risks of Vioxx versus
20 Celebrex versus Bextra?
21    A.   That's what they are saying.


[450:16] - [453:17] David Graham


page 450
16    Q.   Your article, one of its
17 core conclusions, is that there is a
18 difference, statistically significant
19 difference between the risk of using
20 Vioxx versus Celebrex, correct?
21    A.   Correct.
22    Q.   And they disagree with you,
23 right?
24    A.   They're saying there are no
page 451
1 clinical trials to show that, and so they
2 disagree.
3    Q.   Then the next point says,
4 "Data from large long-term controlled
5 clinical trials that have included a
6 comparison of COX-2 selective and
7 non-selective NSAIDs do not clearly
8 demonstrate that the COX-2 selective
9 agents confer a greater risk of serious
10 adverse...events than non-selective
11 NSAIDs."
12         Now, again, whether you
13 disagree or agree with them, are they
14 saying here that according to the
15 long-term controlled clinical trials, we
16 cannot say that COX-2 inhibitors have any
17 different risk than traditional NSAIDs?

merck counter designations

18  A. They're saying based on the
19 evidence they have from clinical trials
20 that they can't distinguish the two.
21 What one should recognize, however, is
22 that there's virtual absence of real
23 long-term data. There's relatively very
24 small numbers for any of these things,
page 452
1 and so if you have low power, you're not
2 going to be able to show things. That's
3 why observational data is needed to
4 complement what is inadequate about
5 controlled clinical trials.
6  Q. And then on the next page,
7 do they say on this first bullet,
8 "Long-term placebo controlled clinical
9 trial data are not available to
10 adequately assess the potential for the
11 non-selective NSAIDs to increase the risk
12 of serious adverse CV events." Is that
13 the point you just made?
14  A. Yes.
15  Q. So, they recognized that,
16 didn't they?
17  A. Yes, they did.
18  Q. The next point they say,
19 "Pending the availability of the
20 additional long-term controlled clinical
21 trial data, the available data are best
22 interpreted as being consistent with a
23 class effect of an increased risk of
24 serious...cardiovascular events for COX-2
page 453
1 selective and non- selective NSAIDs."
2       Now, does that mean that,
3 again, whether you agree or disagree,
4 that they're saying that the best
5 conclusion you can draw based on the data
6 that's available now is that all of these
7 medications, whether it's Vioxx, Celebrex
8 or the nonselective NSAIDs, all have the
9 same basic cardiovascular risk?
10  A. They're saying that, and
11 they're also saying that observational
12 data is not something they're -- that
13 they're willing to consider.
14  Q. Where do they say that?
15  A. Because there is a plethora
16 of existing observational data that
17 show --

[454:22] - [455:5] David Graham

merck counter designations

page 454
22   Q.   You're aware, aren't you,
23 that there are six published
24 epidemiological studies that find no
page 455
1 difference between Celebrex and Vioxx?
2   A.   No. I mean, you could show
3 me the articles and I'm sure I'm familiar
4 with the articles, but I have not thought
5 about them in that way.

*Lacks Foundation*
*Assumes Facts not in evidence*

[455:14] - [457:19] David Graham

page 455
14        MR. BECK: Last point.
15 BY MR. BECK:
16   Q.   "Short-term use of NSAIDs to
17 relieve acute pain, particularly at low
18 doses, does not appear to confer an
19 increased risk of serious adverse CV
20 events (with the exception of" -- what
21 was that one again?
22   A.   That's "valdecoxib," that's
23 Bextra.
24   Q.   -- Bextra.
page 456
1        So, what the authors of this
2 paper and the reviewer concluded was that
3 "Short-term use of NSAIDs" including
4 Vioxx "particularly at low doses, does
5 not appear to confer an increased risk of
6 serious adverse CV events." Isn't that
7 correct?
8   A.   That's what they're saying.
9 But once again, they have zero
10 statistical power to actually make this
11 statement. What they really have is, is
12 uncertainty, because they haven't
13 adequately studied it.
14   Q.   I think you said that these
15 senior people from the FDA who wrote and
16 reviewed this consulted with lots and
17 lots of people from the FDA, but they
18 didn't consult with you, right?
19   A.   No. That's not what I'm --
20 I wasn't part of the discussions that
21 happened internally. What I would note
22 is, is that people from the Office of New
23 Drugs approved these drug products. And
24 that if you look at the organizations
page 457
1 that you have represented here, most of
2 them fall into the amoeba that I

*Omnibus Plaintiff's MIL #5*

merck counter designations

3 described earlier and that are part of
4 the review and approval process and that
5 our own management in drug safety answers
6 to the people in the Center for Drug
7 Evaluation who have the controlling
8 power. So, the Office of New Drugs is
9 the gorilla in the room. So, in any
10 event, I'm not saying that at all. I'm
11 not saying that I wasn't hurt. What I'm
12 saying is that in constructing this
13 report, what FDA has done is, has said
14 that because we don't have data from
15 control trials, we can't be forced to say
16 that the drugs are different, even though
17 there's observational data that would
18 suggest that there are some differences
19 that can be made.

[458:17] - [459:22] David Graham

page 458
17    Q. My question is the senior
18 people at the FDA, when they asked for
19 input from all of those groups that we
20 saw on Page 3, including drug safety
21 people, right, one person they didn't ask
22 for input from was Dr. David Graham. Is
23 that true or false?
24    A. They're listing offices
page 459
1 here. I can't tell you who the
2 individuals are that they asked for input
3 in this. I was a participant in an open
4 public Advisory Committee meeting, and so
5 presumably that material is part of the
6 record. I wrote an FDA report that I'm
7 sure is part of the record. So, I would
8 imagine that the work that I did was
9 under consideration there. But in the
10 actual writing of this memorandum, I
11 can't tell you who actually was consulted
12 to write it except John Jenkins and Paul
13 Seligman because they're the only -- oh,
14 and Steven Galson, because those are the
15 only names that appear.
16    Q. Lastly, I just can't
17 remember, are all three of those
18 individuals included in the group that
19 you think was conspiring to smear your
20 name?
21    A. No. Dr. Jenkins was not
22 part of that group.

*Argumentative*

*Irrelevant*
*Argumentative*

Page 62