Please Note:

Except as noted on the attached table entitled "Merck's Supplemental Affirmative Designations" the "Counter-Designations" made by Merck are identical to their Affirmative Designations.  A short, one page, summary of the transcript for the items that were changed is included with handwritten notes of Plaintiff's objections to Defendant's "Supplemental Affirmative Designations."

Plaintiff has included Merck's Affirmative Designations for Dr. Curfman again here for ease of reference for the Court along with Plaintiff's previously submitted objections thereto.

## MERCK'S SUPPLEMENTAL AFFIRMATIVE DESIGNATIONS

### 1/24/06

| Page/Line | Change |
|---|---|
| 55:3 - 55:13 | Should be 55:3 - 55:14 |
| 74:3 – 74:14 | Should be 74:3 – 74:16 |
| 110:19 – 110:22 | Deleted |
| 240:14 – 240:21 | Should be 240:14 – 240:23 |
| 325:6 – 325:7 | Deleted |

**Issues Report [Gregory Curfman]**

• **Merck's Supplemental Affirmative Designations**

[55:3] - [55:14]      1/24/2006   Gregory Curfman, M.D.

```
page 55
 3        Q.     So, this was a statement
 4    issued by the New England Journal of
 5    Medicine on December 8th, the same day as
 6    the Expression of Concern, and it
 7    accompanied the Expression of Concern on
 8    the New England Journal of Medicine's
 9    website?  Isn't that true?
10        A.     Well, if you tell me -- to
11    the best of my recollection -- it doesn't
12    say that here, but that's the best of my
13    recollection.  If you tell me that that's
14    where you got it, I believe you.
```

π obj = Compound question, assumes facts not in evidence, Rule 611- leading. Dr. Curfman is an independent 3rd party, not an adverse / hostile witness

[74:3] - [74:16]      1/24/2006   Gregory Curfman, M.D.

```
page 74
 3        Q.     Are you on the page that has
 4    at the top the title "Expression of
 5    Concern: Key Points and Q&A."
 6        A.     Right.
 7        Q.     Are these the kind of
 8    talking points that you referred to
 9    earlier in your testimony that people
10    would give you to use?
11        A.     Sometimes they would, yes.
12        Q.     And they did this time;
13    right?
14        A.     They did.  I can't say that
15    I used these talking points because I
16    don't think I did, but...
```

π obj = Rule 611, leading, Dr. Curfman is an independent 3rd party, not an adverse/ hostile witness

[240:14] - [240:23]      1/24/2006   Gregory Curfman, M.D.

```
page 240
14        Q.     My focus is, he's making a
15    general observation about whether it is
16    appropriate or not to mine a data set for
17    endpoints that were not prespecified in
18    the research protocol.
19        A.     Except for safety endpoints.
20        Q.     But he doesn't say that,
21    does he?
22        A.     Well, that's fine, but I'm
23    telling you what the facts are.
```

π obj = no question

**Curfman G DA 1-24-06 on 5-25-06**

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | 18:21 -19:4 | Curfman 01/24/2006 | 00:00.22 | 00:00.00 | 01:41.02 | V3 1 |

| | | |
|---|---|---|
| | 18: 21 | Q. Dr. Curfman, are you |
| | 18: 22 | currently actively practicing medicine? |
| | 18: 23 | A.  A very small fraction of my |
| | 18: 24 | time is in medical practice in teaching, |
| | 19: 1 | but my main responsibility is I'm the |
| | 19: 2 | executive editor of the New England |
| | 19: 3 | Journal of Medicine, which is a full-time |
| | 19: 4 | job |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | 20:8 -21:7 | Curfman 01/24/2006 | 00:01:07 | 00:00.22 | 01.40.40 | V3.2 |

| | | |
|---|---|---|
| | 20: 8 | Q.  I'd like to take a few |
| | 20: 9 | minutes and just establish with you, sir, |
| | 20: 10 | a basic chronology of some of the key |
| | 20: 11 | events that we'll be talking about |
| | 20: 12 | You recall that the VIGOR |
| | 20: 13 | manuscript was submitted to the New |
| | 20: 14 | England Journal of Medicine in May of |
| | 20: 15 | 2000, is that right? |
| | 20: 16 | A   Well, it was submitted -- it |
| | 20: 17 | was received into our system on May 23rd |
| | 20: 18 | of 2000  For the record, I think it's |
| | 20: 19 | important that we note that the letter of |
| | 20: 20 | transmission from the corresponding |
| | 20: 21 | author was dated May 18th |
| | 20: 22 | Q   Do you remember that the |
| | 20: 23 | authors asked for expedited treatment of |
| | 20: 24 | the VIGOR manuscript? |
| | 21: 1 | A   Yes, I do |
| | 21: 2 | Q   Do you remember that the New |
| | 21: 3 | England Journal of Medicine determined |
| | 21: 4 | not to grant the expedited treatment? |
| | 21: 5 | A   Yes  The editor who made |
| | 21: 6 | that decision decided that it was not |
| | 21: 7 | indicated in that case, yes |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 3 | 21:20 -21:24 | Curfman 01/24/2006 | 00:00.21 | 00:01.29 | 01.39.33 | V3.3 |

| | | |
|---|---|---|
| | 21: 20 | Q   Again, because we'll be |
| | 21: 21 | referring to it during the deposition, do |
| | 21: 22 | you recognize Exhibit 1 as a copy of the |
| | 21: 23 | VIGOR manuscript as it eventually was |
| | 21: 24 | published in November of 2000? |

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 4 | 22:21 -22:21 | Curfman 01/24/2006 | 00.00.01 | 00.01 50 | 01 39.12 | V3.4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 22:21 | A. Okay. | | | |

| 5 | 23:23 - 24:19 | Curfman 01/24/2006 | | 00:01:14 | 00:01:51 | 01:39:11 | V3.5 |
|---|---|---|---|---|---|---|---|

23:23   Q   Continuing with the
23:24   chronology, do you recall that in
24:1    February 2001 the FDA convened an
24:2    Advisory Committee?
24:3    A.  Yes. I did not have that
24:4    information in February, but I did learn
24:5    about that at a later time, later in
24:6    2001, yes.
24:7    Q   Do you remember when you
24:8    learned in 2001 that the FDA had convened
24:9    an Advisory Committee?
24:10   A   To the best of my
24:11   recollection, it was in August or perhaps
24:12   September of 2001 that I first learned
24:13   about that
24:14   Q   And did you learn that the
24:15   FDA had information that they had posted
24:16   on their website concerning VIGOR?
24:17   A.  Yes. I learned about that
24:18   from a colleague, again, it was perhaps
24:19   late August or September of 2001, and

| 6 | 26:23 - 27:3 | Curfman 01/24/2006 | | 00:00:22 | 00:03:05 | 01:37:57 | V3.6 |
|---|---|---|---|---|---|---|---|

26:23   Q   Eventually, did you read a
26:24   memorandum that was part of the FDA's
27:1    file on this that was posted on line
27:2    called the Targum memorandum?
27:3    A.  That's right.

| 7 | 27:14 - 27:24 | Curfman 01/24/2006 | | 00:00:53 | 00:03:27 | 01:37:35 | V3.7 |
|---|---|---|---|---|---|---|---|

27:14   Q   Is Exhibit 2, does that
27:15   appear to you to be a copy of the Targum
27:16   memorandum?
27:17   A   (Witness reviewing
27:18   document.)
27:19         Yes, it does.
27:20   Q   When did you first read the
27:21   Targum memorandum?
27:22   A   I first became aware of the
27:23   data on the FDA website in late August or
27:24   perhaps September of 2001

| 8 | 28:23 - 30:1 | Curfman 01/24/2006 | | 00:01:17 | 00:04:20 | 01:36:42 | V3.8 |
|---|---|---|---|---|---|---|---|

28:23   Q   Continuing in the
28:24   chronology, in 2004, did you learn that

Curfman G DA 1-24-06 on 5-25-06

29: 1     Merck had voluntarily withdrawn Vioxx
29: 2     from the marketplace?
29: 3     A   That's correct.
29: 4     Q   And when in 2004 did you
29: 5     learn that?
29: 6     A   I believe that the date was
29: 7     September 30th, 2004, plus or minus a day
29: 8     or two.
29: 9     Q   Did you learn around that
29: 10    time or soon after the withdrawal that
29: 11    the FDA was convening another Advisory
29: 12    Committee?
29: 13    A   Right.
29: 14    Q   And you understood that this
29: 15    Advisory Committee would be looking at
29: 16    all COX-2 inhibitors, is that right?
29: 17    A   Right.
29: 18    Q   As well as other NSAIDs.
29: 19    Did you understand that?
29: 20    A   Yes.
29: 21    Q   Did the New England Journal
29: 22    of Medicine ask the people who were
29: 23    writing up the APPROVe study to submit it
29: 24    to the New England Journal of Medicine
30: 1     for possible publication?

| 9 | 30:23 -31:23 | Curfman 01/24/2006 | 00.01.16 | 00.05.37 | 01.35.25 | | V3 9 |
|---|---|---|---|---|---|---|---|

30: 23    A   There were discussions
30: 24    between our editor-in-chief and one of
31: 1     the authors about that possibility, yes,
31: 2     but I honestly don't know who made the
31: 3     first phone call.  I was not involved in
31: 4     those conversations.
31: 5     Q   Was it the case that even
31: 6     though Vioxx had been voluntarily
31: 7     withdrawn from market, the New
31: 8     England Journal of Medicine was
31: 9     interested in publishing the APPROVe
31: 10    study so that it would be available to
31: 11    the public before the Advisory Committee
31: 12    met?
31: 13    A   I don't recall that.  I
31: 14    think that we were interested in
31: 15    publishing the data, because it seemed to
31: 16    us to be an important data set, very
31: 17    informative data set, that would inform

Rule 611 - Leading question - improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|

31: 18   physicians and the rest of the medical
31: 19   community about this drug and this class
31: 20   of drugs, but I don't recall anything
31: 21   about trying to publish it before an
31: 22   Advisory Committee.  I don't recall that
31: 23   at all.

Rule 611 - Leading question improper.
Dr. Curfman is an independent
3rd party not an adverse/hostile
witness.

---

10   32:23 -33:3   Curfman 01/24/2006        00.00.21   00.06.53   01.34.09        V3 10

32: 23   Q   Did there come a time when
32: 24   people in the medical community began
33: 1    criticizing the New England Journal of
33: 2    Medicine for the way that it handled the
33: 3    VIGOR publication?

R. 801
R. 802
Hearsay, vague

---

11   33:10 -35:1   Curfman 01/24/2006        00.02.34   00.07.14   01.33.48        V3 11

33: 10   I can't recall exactly criticism.  I do
33: 11   recall discussions.  There wasn't a lot
33: 12   of discussion, but I'm not sure that I
33: 13   would have recognized it as criticism.
33: 14   Q   By the middle of 2005, was
33: 15   the senior editorial group at the New
33: 16   England Journal of Medicine meeting on a
33: 17   regular basis with a public relations
33: 18   firm?
33: 19   A   Excuse me?  Could you repeat
33: 20   that?
33: 21   Q   Sure
33: 22        By the middle of 2005, was
33: 23   the New England Journal of Medicine
33: 24   editorial folks, you and the other senior
34. 1    editors, were you meeting on a regular
34. 2    basis with a public relations firm?
34. 3    A   I personally did attend some
34. 4    meetings with a public relations firm,
34. 5    yes
34. 6    Q   Was one of the subjects that
34. 7    you discussed in late 2005 continuing
34. 8    into early 2006, one of the subjects that
34. 9    you discussed with the public relations
34. 10   firm was how to deal with criticism of
34. 11   the New England Journal of Medicine for
34. 12   the way it handled the VIGOR publication?
34. 13   A   Well, I don't recall that as
34. 14   being the focus of discussion myself  I
34. 15   think the topic of COX-2 inhibitors, that
34. 16   topic probably did come up, but I don't
34. 17   recall that we were talking about -- I

---

Curfman G DA 1-24-06 on 5-25-06

|  | | |
|---|---|---|
| 34: 18 | don't think so | |
| 34: 19 | Q   So, you don't remember that | Assumes facts not in evidence |
| 34: 20 | in November and December, in fact, you | Asked and answered |
| 34: 21 | were communicating almost on a daily | Omits answer |
| 34: 22 | basis with this PR firm on subjects | |
| 34: 23 | including the criticisms of the New | |
| 34: 24 | England Journal of Medicine concerning | |
| 35: 1 | how they handled the VIGOR publication? | |

| 12 | 35:11 - 35:18 | Curfman 01/24/2006 | 00:00:25 | 00:09.48 | 01:31:14 | | V3 12 |
|---|---|---|---|---|---|---|---|
| | | 35: 11   Q   Do you -- are you saying | | | Argumentative | | |
| | | 35: 12   that as you sit here today that you don't | | | | | |
| | | 35: 13   know that the New England Journal of | | | | | |
| | | 35: 14   Medicine in November and December was | | | | | |
| | | 35: 15   communicating with this PR firm on almost | | | | | |
| | | 35: 16   a daily basis about criticisms of the New | | | | | |
| | | 35: 17   England Journal of Medicine on how it | | | | | |
| | | 35: 18   handled the VIGOR publication? | | | | | |

| 13 | 36:19 - 36:23 | Curfman 01/24/2006 | 00:00.14 | 00.10.13 | 01.30.49 | V3 13 |
|---|---|---|---|---|---|---|
| | | 36: 19        THE WITNESS.  Well, all I | | | | |
| | | 36: 20        can do is tell you that I was not | | | | |
| | | 36: 21        talking with people at a PR firm | | | | |
| | | 36: 22        about, what did you say, how to | | | | |
| | | 36: 23        handle the VIGOR article or -- | | | | |

| 14 | 37:22 - 38:6 | Curfman 01/24/2006 | 00:00.24 | 00.10.27 | 01.30.35 | | V3 14 |
|---|---|---|---|---|---|---|---|
| | | 37: 22   Q   My question to you, sir, is, | | | Argumentative | | |
| | | 37: 23   is it your testimony today that you don't | | | Asked and answered | | |
| | | 37: 24   know that back in November and December, | | | | | |
| | | 38: 1   the New England Journal of Medicine was | | | | | |
| | | 38: 2   communicating on a regular basis with a | | | | | |
| | | 38: 3   PR firm about how to handle criticism of | | | | | |
| | | 38: 4   the manner in which the New England | | | | | |
| | | 38: 5   Journal of Medicine handled the VIGOR | | | | | |
| | | 38: 6   publication? | | | | | |

| 15 | 38:12 - 39:5 | Curfman 01/24/2006 | 00:01.18 | 00.10.51 | 01.30.11 | V3 15 |
|---|---|---|---|---|---|---|
| | | 38: 12   A   Okay.  To the best of my | | | | |
| | | 38: 13   recollection, to the best of my memory, | | | | |
| | | 38: 14   there was a member of the, what you call | | | | |
| | | 38: 15   the PR firm, Morrissey & Company, that | | | | |
| | | 38: 16   would provide us with e-mail updates | | | | |
| | | 38: 17   about articles in the media that would be | | | | |
| | | 38: 18   of interest to the New England Journal of | | | | |
| | | 38: 19   Medicine, to the editors. other staff | | | | |
| | | 38: 20   members at the journal  And I would be | | | | |
| | | 38: 21   copied on these e-mails  I have to say | | | | |

**Curfman G DA 1-24-06 on 5-25-06**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 38:22 | that I didn't open all of them, but I did | | | | |
| | 38.23 | open some  They would contain sometimes | | | | |
| | 38.24 | copies of articles in the media that | | | | |
| | 39:1 | relate to journal activities, and some of | | | | |
| | 39:2 | those, I'm sure, related to rofecoxib, | | | | |
| | 39:3 | other COX-2 inhibitors, and this general | | | | |
| | 39:4 | topic which was being written about in | | | | |
| | 39:5 | the media at that time  So, that's the | | | | |

| 16 | 40:1-40:6 | Curfman 01/24/2006 | 00:00.13 | 00:12.09 | 01:28.53 | V3 16 |
|---|---|---|---|---|---|---|

40:1    Q.  Don't you remember that they
40:2    coached you on what to say to the media
40:3    when the media asked any questions that
40:4    might be critical of the way that the New
40:5    England Journal of Medicine handled the
40:6    VIGOR publication?

Rule 611 - Leading question improper.
→ Dr. Curfman is an independent 3rd party not an adverse/hostile witness.
Argumentative
Asked and answered

| 17 | 40:13-40:16 | Curfman 01/24/2006 | 00:00.12 | 00:12.22 | 01:28.40 | V3 17 |
|---|---|---|---|---|---|---|

40.13    THE WITNESS  Well, I don't
40.14    recall specifically receiving any
40.15    coaching about how to handle the
40.16    VIGOR publication  Now, I do

| 18 | 42:17-42:22 | Curfman 01/24/2006 | 00:00.32 | 00:12.34 | 01:28.28 | V3 18 |
|---|---|---|---|---|---|---|

42.17    Q.  And then moving on with our
42.18    chronology, did you and your colleagues,
42.19    Dr. Morrissey and Dr. Drazen, prepare and
42.20    post on your website a document called an
42.21    "Expression of Concern"?
42.22    A.  That's correct

| 19 | 43:17-44:3 | Curfman 01/24/2006 | 00:00.36 | 00:13.06 | 01:27.56 | V3 19 |
|---|---|---|---|---|---|---|

43.17    Is that a copy of the
43.18    Expression of Concern?
43.19    A.  (Witness reviewing
43.20    document )
43.21    Yes, it is
43.22    Q.  What date did you release
43.23    this and post it on your website?
43.24    A.  I believe it was December
44:1    8th or 9th, somewhere in that area
44:2    Q.  I think we'll see as we go
44:3    forward that it was December 8

| 20 | 44:9-45:3 | Curfman 01/24/2006 | 00:01.01 | 00:13.42 | 01:27.20 | V3 20 |
|---|---|---|---|---|---|---|

44:9    Q.  And do you remember that on
44:10    December 8th, Thursday, the day that you
44:11    decided to release this Expression of
44:12    Concern, that was the day of closing

Argumentative
Assumes facts not in evidence.
Rule 611 - Leading question improper.
Dr. Curfman is an independent 3rd party not an adverse/hostile witness.