Curfman G DA 1-24-06 on 5-25-06

| 72 | 87:6-88:2 | Curfman 01/24/2006    00:00:44  00:35:21  01:05:41 | V3.72 |
|---|---|---|---|

π:
→ R. 611 - all leading questions.

87: 6    Q   And then you're copied on
87: 7    this December 7th 6:00 p.m. e-mail;
87: 8    right?
87: 9    A   Yes.
87: 10   Q   Dr. Drazen, the
87: 11   editor-in-chief is also copied; correct?
87: 12   A   Correct.
87: 13   Q   Then the subject, what does
87: 14   the subject line read?
87: 15   A   "Probable Early Release
87: 16   Tomorrow P.M.," is that what you're
87: 17   referring to?
87: 18   Q   Yes. Underneath where it
87: 19   says "Probable Early Release Tomorrow
87: 20   P.M.," there's a line that says
87: 21   "Importance," and what did Mr. Campion
87: 22   say was the importance of this e-mail?
87: 23   A   It says "High."
87: 24   Q   Then the e-mail says,
88: 1    "Steve." Who would that be? Is that
88: 2    Steve Morrissey?

| 73 | 88:4-88:5 | Curfman 01/24/2006    0   00:36:05  01:04:57 | V3.73 |
|---|---|---|---|

88: 4           THE WITNESS: That would
88: 5    probably be Dr. Morrissey, yes.

| 74 | 88:7-89:3 | Curfman 01/24/2006    00:00:52  00:36:05  01:04:57 | V3.74 |
|---|---|---|---|

π:
R. 801 & 802 - hearsay

88: 7    Q   "Steve wants us to know
88: 8    that we need to get ready to post as an
88: 9    early release the Expression of Concern
88: 10   that is scheduled for the editorial pages
88: 11   of the December 29th issue."
88: 12         Let me ask you first, as of
88: 13   December 7 at 6 p.m., in fact, the
88: 14   Expression of Concern had been scheduled
88: 15   to be printed on December 29th with the
88: 16   regular edition of the journal, right?

π:
R. 611 - leading question

88: 17   A   Yes.
88: 18   Q   And then it says, "The
88: 19   reason," that's the reason for this early
88: 20   release, right?
88: 21   A   Right.
88: 22   Q   "The reason is that
88: 23   tomorrow's testimony in the Vioxx trial
88: 24   may involve part of a deposition that
89: 1    Greg gave about the NEJM and the VIGOR

π: R. 801 & 802 - hearsay

Curfman G DA 1-24-06 on 5-25-06

|    |              |                                                                                                                                                                                                                                                                                                                                                               |       |
|----|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|    |              | 89: 2    trial." "Greg" is you; right?<br>89: 3    A.  That's right.                                                                                                                                                                                                                                                                                          |       |
| 75 | 89:4 –89:16  | Curfman 01/24/2006                    00:00:31   00:36:57   01:04:05<br>89: 4    Q.  And then it says, "If so,<br>89: 5        there will be press attention, and we<br>89: 6        want the press to know about the official<br>89: 7        NEJM statement. That is being laid out<br>89: 8        and needs to be ready to go" on the<br>89: 9        website "as an early release." Right?<br>89: 10  A.  Correct.<br>89: 11  Q.  "Steve or Greg or I will<br>89: 12      let you know when it's time to go.<br>89: 13      Things in a trial can always get pushed<br>89: 14      back a day or two, so we cannot yet be<br>89: 15      positive." Right?<br>89: 16  A.  Uh-huh. | V3.75 |
|    |              | π: R. 801 & 802 – hearsay<br><br>π: R. 801 & 802 – hearsay                                                                                                                                                                                                                                                                                                    |       |
| 76 | 89:20 –90:15 | Curfman 01/24/2006                    00:00:56   00:37:28   01:03:34<br>89: 20  Q.  And that's what you were<br>89: 21      told on December 7, 6:00 p.m.; correct?<br>89: 22  A.  Right.<br>89: 23  Q.  Then earlier you said that<br>89: 24      you were surprised at the press reaction<br>90: 1      to the –<br>90: 2    A.  Yes.<br>90: 3    Q.  – Expression of Concern?<br>90: 4    A.  Yes, I was.<br>90: 5    Q.  Do you see the last line, it<br>90: 6        says, "It will be essential to notify the<br>90: 7        press and make it prominent on the press<br>90: 8        site"? Do you see that?<br>90: 9    A.  Yes, I do.<br>90: 10  Q.  Now, how is it that you and<br>90: 11      your colleagues at the New England<br>90: 12      Journal of Medicine knew that the<br>90: 13      plaintiffs' lawyers were hoping to play<br>90: 14      your deposition on the next day, December<br>90: 15      8, as is reflected in this e-mail? | V3.76 |
|    |              | π: R. 801 & 802 – hearsay<br><br>π: R. 801 & 802 – hearsay<br><br>π: → R. 611 – leading questions argumentative                                                                                                                                                                                                                                              |       |
| 77 | 90:19 –90:22 | Curfman 01/24/2006                    00:00:05   00:38:24   01:02:38<br>90: 19            THE WITNESS: I don't – you<br>90: 20        know, Dr. Campion didn't tell me<br>90: 21        where he got the information, so,<br>90: 22        I can't answer that.   ✗                                                                                            | V3.77 |
| 78 | 90:24 –92:5  | Curfman 01/24/2006                    00:01:32   00:38:29   01:02:33<br>90: 24  Q.  Well, do you know who it was   ✗                                                                                                                                                                                                                                          | V3.78 |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 91: 1 | from the New England Journal of Medicine | | | | |
| | | 91: 2 | who was gathering information about what | | | | |
| | | 91: 3 | was expected to be done down there in the | | | | |
| | | 91: 4 | Houston trial and when it was expected to | | | | |
| | | 91: 5 | happen? | | | | |
| | | 91: 6 | A. I don't know who was | | | | |
| | | 91: 7 | collecting that, no. | | | | |
| | | 91: 8 | Q. Do you know whether somebody | | | | |
| | | 91: 9 | at the New England Journal of Medicine | | | | |
| | | 91: 10 | was in communication with the plaintiffs' | | | | |
| | | 91: 11 | lawyers to find out what they were | | | | |
| | | 91: 12 | planning to do each day? | | | | |
| | | 91: 13 | A. I certainly am not aware of | | | | |
| | | 91: 14 | that, no. | | | | |
| | | 91: 15 | Q. Well, did you ever ask Tad | | | | |
| | | 91: 16 | Campion how he came to know that the | | | | |
| | | 91: 17 | plaintiffs' lawyers were hoping to play | | | | |
| | | 91: 18 | your deposition on December 8th? | | | | |
| | | 91: 19 | A. I didn't ask him, no. I | | | | |
| | | 91: 20 | received the e-mail, and that was really | | | | |
| | | 91: 21 | the extent of the communication. | | | | |
| | | 91: 22 | Q. Did you ever tell any of the | → π: compound questions argumentative | | | | |
| | | 91: 23 | newspaper or broadcast media folks that | | | | |
| | | 91: 24 | you gave interviews to that, in fact, the | | | | |
| | | 92: 1 | reason that you released the Expression | | | | |
| | | 92: 2 | of Concern on December 8th instead of | | | | |
| | | 92: 3 | waiting until December 9th was because of | | | | |
| | | 92: 4 | what you expected was going to happen | | | | |
| | | 92: 5 | down in the Vioxx trial? | | | | |
| 79 | 92:8 -92:11 | Curfman 01/24/2006 | | 00:00:05 | 00:40:01 | 01:01:01 | V3.79 |
| | | 92: 8 | THE WITNESS: I don't recall | | | | |
| | | 92: 9 | getting that question or giving | | | | |
| | | 92: 10 | that kind of answer. I don't | | | | |
| | | 92: 11 | recall. | | | | |
| 80 | 92:13-92:21 | Curfman 01/24/2006 | | 00:00:18 | 00:40:06 | 01:00:56 | V3.80 |
| | | 92: 13 | Q. Did you ever tell anybody | → π: Compound questions; assumes facts not in evidence; argumentative | | | | |
| | | 92: 14 | that the reason that you released the | | | | |
| | | 92: 15 | Expression of Concern in the middle of | | | | |
| | | 92: 16 | the trial in Houston was because you'd | | | | |
| | | 92: 17 | been told that they were planning on | | | | |
| | | 92: 18 | playing your testimony, and you wanted to | | | | |
| | | 92: 19 | coordinate the release of the Expression | | | | |
| | | 92: 20 | of Concern with the playing of your | | | | |
| | | 92: 21 | testimony in Houston? | | | | |

Curfman G DA 1-24-06 on 5-25-06

| 81 | 93:13-93:14 | Curfman 01/24/2006 | 0 | 00:40:24 | 01:00:38 | V3.81 |

93: 13      THE WITNESS: Could you
93: 14      repeat the question?

| 82 | 93:16-94:1 | Curfman 01/24/2006 | 00:00:19 | 00:40:24 | 01:00:38 | V3.82 |

93: 16   Q. Sure.
93: 17         Did you ever tell anybody
93: 18   that the reason you released the
93: 19   Expression of Concern in the middle of
93: 20   the trial in Houston was because you'd
93: 21   been told that they were planning on
93: 22   playing your testimony, and you wanted to
93: 23   coordinate the release of the Expression
93: 24   of Concern with the playing of your
94: 1    testimony down in Houston?

→ π: compound question
assumes facts not in evidence
argumentative

| 83 | 94:5-95:4 | Curfman 01/24/2006 | 00:00:59 | 00:40:43 | 01:00:19 | V3.83 |

94: 5      THE WITNESS: Well, I
94: 6      can't -- I can't imagine that I
94: 7      would have said that because Dr.
94: 8      Campion articulates very precisely
94: 9      in his e-mail what the issue was
94: 10     with respect to my testimony. And
94: 11     the issue with respect to my
94: 12     testimony was that my testimony
94: 13     consisted, as it does today, with
94: 14     a series of questions and answers.
94: 15     And I did the best that I could in
94: 16     that deposition of November 21st
94: 17     to answer the questions. But it
94: 18     was not a written, an official
94: 19     written statement of the journal.
94: 20     It was testimony, it was oral
94: 21     testimony.
94: 22        We believed that in order to
94: 23     make sure that the Expression of
94: 24     Concern was clearly understood by
95: 1      those who would be interested in
95: 2      the public, that we needed to have
95: 3      our official statement out before
95: 4      the deposition was played.

| 84 | 96:4-96:8 | Curfman 01/24/2006 | 00:00:12 | 00:41:42 | 00:59:20 | V3.84 |

96: 4    Q. Well, do you now admit that
96: 5    the timing of the release of the
96: 6    Expression of Concern was, in fact,
96: 7    dictated by what was happening down in

→ π: R.611: Leading question. Dr. Curfman
is a 3rd party not an adverse witness.
Argumentative

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 96:8 the Houston trial? | | | | |
| 85 | 96:11-96:19 | Curfman 01/24/2006  00:00:17  00:41:54  00:59:08<br>96:11    THE WITNESS: Well, that's<br>96:12    not what — as I just said, as far<br>96:13    as the trial is concerned, I was<br>96:14    not following the trial closely.<br>96:15    The issue was my personal<br>96:16    testimony and when that would be<br>96:17    played and how that might be<br>96:18    interpreted or misinterpreted by<br>96:19    members of the media. | | | | V3.85 |
| 86 | 96:24-97:8 | Curfman 01/24/2006  00:00:16  00:42:11  00:58:51<br>96:24    THE WITNESS: So, yeah, it's<br>97:1    not a matter of admitting to<br>97:2    anything. It's what I have just<br>97:3    said and said a moment ago. I<br>97:4    think the explanation is quite<br>97:5    clear and coherent, and that's my<br>97:6    answer to your question. I can't<br>97:7    really say any more about it than<br>97:8    that. | | | | V3.86 |
| 87 | 97:10-97:14 | Curfman 01/24/2006  00:00:10  00:42:27  00:58:35<br>97:10    Q  Well, do you remember<br>97:11    earlier this morning saying that the<br>97:12    Expression of Concern, the timing of its<br>97:13    release had nothing to do with what was<br>97:14    going on in the trial in Houston? | | π: mistates Dr. Curfman's<br>→ testimony | | V3.87 |
| 88 | 97:16-98:1 | Curfman 01/24/2006  00:00:19  00:42:37  00:58:25<br>97:16    THE WITNESS: Well, what I<br>97:17    recall is that you asked, you<br>97:18    know, did it have something to do<br>97:19    with the trial. And it did have<br>97:20    something to do with my testimony.<br>97:21    But it turned out that my<br>97:22    testimony was not part of the<br>97:23    trial at all anyway. It never was<br>97:24    played, and, therefore, was not<br>98:1    part of the trial. | | | | V3.88 |
| 89 | 98:3-98:18 | Curfman 01/24/2006  00:00:37  00:42:56  00:58:06<br>98:3    Q  But you released the<br>98:4    Expression of Concern early anyway —<br>98:5    A  Yes, we did.<br>98:6    Q  — even though there was no<br>98:7    need to in order to have the record | | π: R 611 : Leading questions<br>→ argumentative | | V3.89 |