Curfman G DA 1-24-06 on 5-25-06

98: 8   straight concerning your deposition,
98: 9   right?
98: 10   A.   Yes.  But we were prepared,
98: 11   and as I explained to you, according to
98: 12   the uniform requirements, and that's an
98: 13   important word, "requirements," of the
98: 14   International Committee of Medical
98: 15   Journal Editors, this is what was
98: 16   expected of us as editors.  We had the
98: 17   information put together, and we released
98: 18   it.

| 90 | 99:16 - 100:15 | Curfman 01/24/2006 | 00:01:27 | 00:43:33 | 00:57:29 | V3.90 |

99: 16   Q.   Dr. Curfman, is it your
99: 17   testimony that the New England Journal of
99: 18   Medicine did not do anything out of the
99: 19   ordinary in terms of press relations with
99: 20   the Expression of Concern concerning the
99: 21   VIGOR article compared to what it did
99: 22   with those other two Expressions of
99: 23   Concern you mentioned?

→ Π: Rule
Cll. Leading question. Dr. Curfman
is not adverse witness but 3rd party.

99: 24   A.   Well, in fact, one of those
100: 1   three Expressions of Concern was released
100: 2   last Friday, and there was some media
100: 3   attention given to that Expression of
100: 4   Concern as well.  So, the first one that
100: 5   we released back in 2002, my
100: 6   recollection, did not generate as much
100: 7   media attention.

100: 8   Q.   Looking still at Exhibit 8,
100: 9   we were looking at the bottom of the
100: 10   three e-mails, which would have been the
100: 11   earliest.  If you look up to the middle
100: 12   one, you see that that's from Dr. Drazen
100: 13   at 6:57 a.m. on December 8th to several
100: 14   people, including you?

→ Π: R. 801 & 802 - Hearsay

100: 15   A.   Right.

| 91 | 100:20 - 101:5 | Curfman 01/24/2006 | 00:00:22 | 00:45:00 | 00:56:02 | V3.91 |

100: 20   Q.   And Dr. Drazen says "All," I
100: 21   guess that means to everybody whose name
100: 22   appears on the e-mail, right?
100: 23   A.   Right.

→ Π: R. 801 & 802 - Hearsay

100: 24   Q.   And he says, "I think it
101: 1   would make sense for me to contact" and
101: 2   then there's a name I can't pronounce.
101: 3   Can you pronounce that name?

Curfman G DA 1-24-06 on 5-25-06

| | | | | | |
|---|---|---|---|---|---|
| | | 101:4    A.  Yes.  Her name is Snigdha | | | |
| | | 101:5    Prakash. | | | |
| 92 | 101:14-101:20 | Curfman 01/24/2006          00:00:17   00:45:22   00:55:40 | | | V3.92 |

101:14    Q.  Who is Snigdha Prakash, and
101:15    how did you learn how to pronounce that    → π: Compound question
101:16    name so well?                                           harassing witness
101:17    A.  Snigdha Prakash is a
101:18    reporter for National Public Radio.
101:19    Q.  She follows the Vioxx
101:20    litigation?

| 93 | 101:22-101:24 | Curfman 01/24/2006          00:00:02   00:45:39   00:55:23 | | | V3.93 |
|---|---|---|---|---|---|

101:22          THE WITNESS:  I think she
101:23          follows a lot of things.  She
101:24          probably follows that too, yes.

| 94 | 102:2-102:4 | Curfman 01/24/2006          00:00:05   00:45:41   00:55:21 | | | V3.94 |
|---|---|---|---|---|---|

102:2    Q.  Well, as you know, it's not          → π: R.611 - leading question.
102:3    just probably.  You know that she follows          argumentative
102:4    it quite closely, don't you?

| 95 | 102:9-102:11 | Curfman 01/24/2006          00:00:03   00:45:46   00:55:16 | | | V3.95 |
|---|---|---|---|---|---|

102:9          THE WITNESS:  She's done
102:10          stories on NPR about the
102:11          litigation, yes.

| 96 | 102:13-102:16 | Curfman 01/24/2006          00:00:06   00:45:49   00:55:13 | | | V3.96 |
|---|---|---|---|---|---|

102:13    Q.  And she's quoted people from          π: R.611 - leading question.
102:14    the New England Journal of Medicine about →
102:15    the litigation, hasn't she?
102:16    A.  I believe she has.

| 97 | 102:24-103:13 | Curfman 01/24/2006          00:00:27   00:45:55   00:55:07 | | | V3.97 |
|---|---|---|---|---|---|

102:24    Q.  In any event, here is the
103:1    editor-in-chief asking whether it makes          → R.801 & 802: hearsay
103:2    sense in connection with the probable
103:3    early release of the Expression of
103:4    Concern to contact this reporter from
103:5    National Public Radio, right?
103:6    A.  Uh-huh.
103:7    Q.  And then if we look up to
103:8    the next e-mail, you see that that's from
103:9    you?
103:10    A.  That's right.
103:11    Q.  To Dr. Drazen and others;
103:12    right?
103:13    A.  Correct.

| 98 | 103:15-104:1 | Curfman 01/24/2006          00:00:24   00:46:22   00:54:40 | | | V3.98 |
|---|---|---|---|---|---|

103: 15    Read what you said in your
103: 16    e-mail back to Dr. Drazen about
103: 17    contacting the NPR reporter in connection
103: 18    with the early release of the Expression
103: 19    of Concern.
103: 20    A.  "I have some concerns about
103: 21    giving her an exclusive.  Langreth has
103: 22    been following the situation closely.  I
103: 23    think that maybe both of them could be
103: 24    called at the time the media e-mail is
104: 1    sent out."

| 99 | 104:10 -104:16 | Curfman 01/24/2006 | 00:00:21 | 00:46:46 | 00:54:16 | V3.99 |

104: 10    Q.  Did the New England Journal
104: 11    of Medicine send out a media e-mail
104: 12    alerting members of the media to the
104: 13    Expression of Concern?
104: 14    A.  That's our routine for any
104: 15    kind of early web release, to inform
104: 16    people that it's there, yes.

| 100 | 108:2 -108:23 | Curfman 01/24/2006 | 00:00:48 | 00:47:07 | 00:53:55 | V3.100 |

108: 2    Q.  Certainly it's not part of
108: 3    the regular procedure with Expressions of          → T, R tell – leading questions.
108: 4    Concern to call up individual members of
108: 5    the media and give them exclusive
108: 6    interviews, is it?
108: 7    A.  Well, we've only done three
108: 8    Expressions of Concern since 2002, so, we
108: 9    don't have a big track record with these.
108: 10    Q.  Your e-mail referred to
108: 11    Langreth.  Who's Langreth?
108: 12    A.  Robert Langreth is a
108: 13    reporter with Forbes magazine.
108: 14    Q.  Is he also someone who
108: 15    followed the Vioxx litigation closely?
108: 16    A.  Well, I learned that he did.
108: 17    Yes.
108: 18    Q.  In fact, that's what you          → T: R tell – leading questions
108: 19    meant when you said that "Langreth has
108: 20    been following the situation closely."
108: 21    Isn't that right?
108: 22    A.  That's right.  I learned
108: 23    that he was.

| 101 | 110:9 -110:14 | Curfman 01/24/2006 | 00:00:21 | 00:47:55 | 00:53:07 | V3.101 |

110: 9    Q.  How about Ms. Prakash, did

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | 110: 10 | you give her an interview? | | | |
| | 110: 11 | A.   I believe so.   You can | | | |
| | 110: 12 | probably show me – I think I did.   I | | | |
| | 110: 13 | think so.  Yes, I think I did.  I think | | | |
| | 110: 14 | that may have been on the second day. | | | |

---

| 102 | 110:19 -110:22 | Curfman 01/24/2006 | 00:00:22 | 00:48:16 | 00:52:46 | V3.102 |
|---|---|---|---|---|---|---|

110: 19   Q.   When did you tell the
110: 20   authors of the VIGOR manuscript that you
110: 21   intended to release the Expression of
110: 22   Concern earlier than December 29th?

π: Calls Answer.
Certhdracen by Δ

---

| 103 | 111:8 -111:24 | Curfman 01/24/2006 | 00:00:53 | 00:48:38 | 00:52:24 | V3.103 |
|---|---|---|---|---|---|---|

111: 8   Q.   Did you personally tell Dr.
111: 9   Bombardier that you were going to have an
111: 10   early release of the Expression of
111: 11   Concern rather than wait until December
111: 12   29th?
111: 13   A.   I don't recall personally
111: 14   talking with her about that.   The
111: 15   conversations that we had, I think, were
111: 16   earlier and went over the fact that we
111: 17   would be releasing this and that we would
111: 18   be sending a series of questions to her
111: 19   that she could respond to at a later time
111: 20   at her leisure.
111: 21   Q.   Don't you remember that you
111: 22   told her when you first talked with her
111: 23   that you were scheduling the Expression
111: 24   of Concern for December 29th?

π: R. cell – leading question

---

| 104 | 112:1 -112:10 | Curfman 01/24/2006 | 00:00:26 | 00:49:31 | 00:51:31 | V3.104 |
|---|---|---|---|---|---|---|

112: 1   A.   Well, my colleague, Dr.
112: 2   Morrissey, does all the scheduling for
112: 3   the Journal, and so perhaps he said
112: 4   something, but I don't recall saying
112: 5   anything myself.
112: 6   Q.   Do you recall when it was
112: 7   that the New England Journal of Medicine
112: 8   notified Dr. Bombardier – and what's the
112: 9   correct pronunciation of her name?
112: 10   A.   That would be Bombardier.

---

| 105 | 112:13 -113:11 | Curfman 01/24/2006 | 00:01:06 | 00:49:57 | 00:51:05 | V3.105 |
|---|---|---|---|---|---|---|

112: 13   Q.   Do you recall when it was
112: 14   that the New England Journal of Medicine
112: 15   notified Dr. Bombardier that the
112: 16   Expression of Concern was going to be

---

Curfman G DA 1-24-06 on 5-25-06

112: 17    subject to this early release on December
112: 18    8, 2005?
112: 19    A.  I don't recall.
112: 20    Q.  Do you recall whether they
112: 21    gave her more than three hours' notice,
112: 22    "they" being the New England Journal of
112: 23    Medicine, that this thing was going to be
112: 24    released early?
113: 1     A.  I don't know.
113: 2     Q.  Do you remember that when
113: 3     Merck learned of your plans for an early
113: 4     release on December 8 that Merck asked
113: 5     you to consider some information to
113: 6     perhaps include in the Expression of
113: 7     Concern?

→ π: R. 801 ⁵ 802 – Hearsay

113: 8     A.  If you have a document that
113: 9     you can show me, that might jog my
113: 10    memory, but I am a little foggy about
113: 11    that.

---

| 106 | 114:4 -114:5 | Curfman 01/24/2006 | 00:00:01 | 00:51:03 | 00:49:59 | | V3.106 |

114: 4            MR. BECK: I'm now handing
114: 5            you what I've marked as Exhibit 9.

---

| 107 | 114:14 -114:16 | Curfman 01/24/2006 | 00:00:05 | 00:51:04 | 00:49:58 | | V3.107 |

114: 14    Q.  This is another e-mail
114: 15    string, correct?
114: 16    A.  Right.

→ π: R. 801 ⁵ 802 – Hearsay

---

| 108 | 114:22 -114:24 | Curfman 01/24/2006 | 00:00:10 | 00:51:09 | 00:49:53 | | V3.108 |

114: 22    Q.  And there's an e-mail to you
114: 23    and Dr. Morrissey; right?
114: 24    A.  Right.

---

| 109 | 115:1 -115:4 | Curfman 01/24/2006 | 00:00:13 | 00:51:19 | 00:49:43 | | V3.109 |

115: 1     Q.  And he is basically
115: 2     attaching an e-mail that he got from a
115: 3     lawyer for Merck; right?
115: 4     A.  Mr. Fitzpatrick.

→ π: R. 801 ⁵ 802 – hearsay

---

| 110 | 115:8 -115:21 | Curfman 01/24/2006 | 00:00:30 | 00:51:32 | 00:49:30 | | V3.110 |

115: 8     Q.  And then there are some –
115: 9     he says, "Paul," that's Mr. Shaw, "Please
115: 10    see the points below concerning the
115: 11    proposed editorial," and then there's
115: 12    three points made.  And without going
115: 13    through each one in detail, do you now
115: 14    remember –
115: 15    A.  Yes, I now remember.  Thank

π:
→ R. 801 ⁵ 802 : Hearsay

---