Curfman G DA 1-24-06 on 5-25-06

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 115: 16 you. |  |  |  |  |
|  |  | 115: 17 Q. -- that, in fact, Merck |  |  |  |  |
|  |  | 115: 18 did ask you to consider some points |  |  |  |  |
|  |  | 115: 19 before you released -- made the early |  |  |  |  |
|  |  | 115: 20 release of the Expression of Concern? |  |  |  |  |
|  |  | 115: 21 A. Yes. |  |  |  |  |
| 111 | 116:12 -116:18 | Curfman 01/24/2006 | 00:00:12 | 00:52:02 | 00:49:00 | V3.111 |
|  |  | 116: 12 Q. You say that you've |  |  |  |  |
|  |  | 116: 13 considered these points? |  |  |  |  |
|  |  | 116: 14 A. Well, I read the points, |  |  |  |  |
|  |  | 116: 15 yes. |  |  |  |  |
|  |  | 116: 16 Q. Do you see that you received |  |  |  |  |
|  |  | 116: 17 this e-mail from Mr. Shaw at 2:59 p.m.? |  |  |  |  |
|  |  | 116: 18 A. Uh-huh. |  |  |  |  |
| 112 | 117:13 -117:14 | Curfman 01/24/2006 | 00:00:02 | 00:52:14 | 00:48:48 | V3.112 |
|  |  | 117: 13 Q. I'm handing you what we've |  |  |  |  |
|  |  | 117: 14 marked as Exhibit 10. |  |  |  |  |
| 113 | 117:17 -118:6 | Curfman 01/24/2006 | 00:00:32 | 00:52:16 | 00:48:46 | V3.113 |
|  |  | 117: 17 Q. This is an e-mail -- let me | → π: R. 801 & 802 - Hearsay |  |  |  |
|  |  | 117: 18 state that your name is not on this one. |  |  |  |  |
|  |  | 117: 19 A. Right. |  |  |  |  |
|  |  | 117: 20 Q. -- from Karen Pedersen. |  |  |  |  |
|  |  | 117: 21 That's the in-house, I think you had |  |  |  |  |
|  |  | 117: 22 something other than PR person, right? |  |  |  |  |
|  |  | 117: 23 A. Media relations. |  |  |  |  |
|  |  | 117: 24 Q. Media relations? |  |  |  |  |
|  |  | 118: 1 A. Media relations specialist. |  |  |  |  |
|  |  | 118: 2 Q. So, the media relations |  |  |  |  |
|  |  | 118: 3 specialist is sending it to the outside |  |  |  |  |
|  |  | 118: 4 PR person's, "Subject: For talking |  |  |  |  |
|  |  | 118: 5 points," Do you see that? |  |  |  |  |
|  |  | 118: 6 A. Right. |  |  |  |  |
| 114 | 119:16 -120:6 | Curfman 01/24/2006 | 00:00:42 | 00:52:48 | 00:48:14 | V3.114 |
|  |  | 119: 16 Q. Then at the bottom, it says, | π: R. 801 & 802 - Hearsay |  |  |  |
|  |  | 119: 17 "Also, Paul Shaw called and said the |  |  |  |  |
|  |  | 119: 18 Merck attorney (Fitzpatrick) who |  |  |  |  |
|  |  | 119: 19 cross-examined Greg e-mailed him saying |  |  |  |  |
|  |  | 119: 20 he knows we're releasing a statement at 3 |  |  |  |  |
|  |  | 119: 21 and he wants to send some information for |  |  |  |  |
|  |  | 119: 22 us to consider including in the |  |  |  |  |
|  |  | 119: 23 statement, which we're not going to do, |  |  |  |  |
|  |  | 119: 24 regardless of what it says, of course." |  |  |  |  |
|  |  | 120: 1 Did you talk with Karen | π: compound question |  |  |  |
|  |  | 120: 2 Pedersen about this subject and about |  |  |  |  |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | |
|---|---|---|---|---|---|
| | | 120:3 whether you would refuse to consider the | | | |
| | | 120:4 information regardless of what it said? | | | |
| | | 120:5 A. I don't recall talking with | | | |
| | | 120:6 Karen Pedersen about this, but as I | | | |
| 115 | 121:6-122:8 | Curfman 01/24/2006    00:01:34   00:53:30   00:47:32 | | | V3.115 |
| | | 121:6 Q. You mentioned before the | | | |
| | | 121:7 standards for -- that you say you | | | |
| | | 121:8 followed, and I think you said they were | | | |
| | | 121:9 the standards of some organization? | | | |
| | | 121:10 A. The International Committee | | | |
| | | 121:11 of Medical Journal Editors. We sometimes | | | |
| | | 121:12 call it the ICMJE. | | | |
| | | 121:13 Q. They have standards that | | | |
| | | 121:14 you're supposed to follow in connection | | | |
| | | 121:15 with things like Expressions of Concern? | | | |
| | | 121:16 A. Well, the uniform | | | |
| | | 121:17 requirements is a fairly lengthy | | | |
| | | 121:18 document, the uniform requirements for | | | |
| | | 121:19 the preparation of manuscripts, and it's | | | |
| | | 121:20 a document that deals with guidelines | | | |
| | | 121:21 about a whole range of issues relating to | | | |
| | | 121:22 medical publication. So, I believe -- | | | |
| | | 121:23 it's probably about a 25 or 30-page | | | |
| | | 121:24 document. It's contained on the website. | | | |
| | | 122:1 And among other things, it does deal with | | | |
| | | 122:2 retractions and Expressions of Concern. | | | |
| | | 122:3 That is one part of a much larger | | | |
| | | 122:4 document. | | | |
| | | 122:5 Q. So, the answer is yes; they | | T: Asked + answered | |
| | | 122:6 do have standards on Expressions of | | argumentative | |
| | | 122:7 Concern? | | | |
| | | 122:8 A. Yes, that's right. | | | |
| 116 | 122:22-123:1 | Curfman 01/24/2006    00:00:12   00:55:04   00:45:58 | | | V3.116 |
| | | 122:22 Do you recognize this as a | | | |
| | | 122:23 printout of the ICMJE standards that you | | | |
| | | 122:24 were referring to? | | | |
| | | 123:1 A. Right. | | | |
| 117 | 123:16-123:24 | Curfman 01/24/2006    00:00:21   00:55:16   00:45:46 | | | V3.117 |
| | | 123:16 Q. And I just want to take a | | | |
| | | 123:17 few minutes walking you through some of | | | |
| | | 123:18 these. | | | |
| | | 123:19 The first sentence says, | | | |
| | | 123:20 "Editors must assume initially that | | | |
| | | 123:21 authors are reporting work based on | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 123: 22 | honest observations." You agree that | | | | |
| | | 123: 23 | that's appropriate; right? | | | | |
| | | 123: 24 | A. Yes, indeed. | | | | |
| 118 | 125:15-125:24 | Curfman 01/24/2006 | | 00:00:24 | 00:55:37 | 00:45:25 | V3.118 |
| | | 125: 15 | Continuing on then with that | | | | |
| | | 125: 16 | paragraph, it says, "If substantial | | | | |
| | | 125: 17 | doubts arise about the honesty or | | | | |
| | | 125: 18 | integrity of work, either submitted or | | | | |
| | | 125: 19 | published, it is the editor's | | | | |
| | | 125: 20 | responsibility to ensure that the | | | | |
| | | 125: 21 | question is appropriately pursued, | | | | |
| | | 125: 22 | usually by the authors' sponsoring | | | | |
| | | 125: 23 | institution." Right? | | | | |
| | | 125: 24 | A. Yes. | | | | |
| 119 | 126:11-127:1 | Curfman 01/24/2006 | | 00:00:38 | 00:56:01 | 00:45:01 | V3.119 |
| | | 126: 11 | Q. So, this procedure says then | | | | |
| | | 126: 12 | it's the editors, that would be the New | | | | |
| | | 126: 13 | England Journal's editors' -- | | | | |
| | | 126: 14 | A. Right. | | | | |
| | | 126: 15 | Q. -- "responsibility to ensure | | | | |
| | | 126: 16 | that the question is appropriately | | | | |
| | | 126: 17 | pursued, usually by the authors' | | | | |
| | | 126: 18 | sponsoring institution." So, in the case | | | | |
| | | 126: 19 | of Dr. Bombardier, for example, who would | | | | |
| | | 126: 20 | the sponsoring institution be? | | | | |
| | | 126: 21 | A. Her university in Toronto. | | | | |
| | | 126: 22 | Q. But you did not follow the | | | | |
| | | 126: 23 | procedure of referring this matter to her | | | | |
| | | 126: 24 | university to pursue in the first | | | | |
| | | 127: 1 | instance, did you? | | | | |
| 120 | 127:17-127:19 | Curfman 01/24/2006 | | 00:00:03 | 00:56:39 | 00:44:23 | V3.120 |
| | | 127: 17 | THE WITNESS: We have been | | | | |
| | | 127: 18 | in touch with her superiors at the | | | | |
| | | 127: 19 | University of Toronto, yes. | | | | |
| 121 | 129:16-129:21 | Curfman 01/24/2006 | | 00:00:18 | 00:56:42 | 00:44:20 | V3.121 |
| | | 129: 16 | Q. Before you published your | | | | |
| | | 129: 17 | conclusions in your Expression of Concern | | | | |
| | | 129: 18 | on December 8th, did you give the | | | | |
| | | 129: 19 | university a chance to conduct its own | | | | |
| | | 129: 20 | investigation? | | | | |
| | | 129: 21 | A. No. | | | | |
| 122 | 131:10-131:14 | Curfman 01/24/2006 | | 00:00:09 | 00:57:00 | 00:44:02 | V3.122 |
| | | 131: 10 | Q. Before you published your | | | | |
| | | 131: 11 | conclusions in the Expression of Concern, | | | | |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | 131: 12  did you give any of the authors an |   |   |   |   |   |
|   |   | 131: 13  opportunity to respond to what you were |   |   |   |   |   |
|   |   | 131: 14  proposing to publish? |   |   |   |   |   |
| 123 | 131:19-132:1 | Curfman 01/24/2006 | 00:00:14 | 00:57:09 | 00:43:53 |   | V3.123 |
|   |   | 131: 19       THE WITNESS: Yes, we did. |   |   |   |   |   |
|   |   | 131: 20  But their response follows the |   |   |   |   |   |
|   |   | 131: 21  publication of the Expression of |   |   |   |   |   |
|   |   | 131: 22  Concern. But we did discuss with |   |   |   |   |   |
|   |   | 131: 23  them before we published it that |   |   |   |   |   |
|   |   | 131: 24  they would have an opportunity to |   |   |   |   |   |
|   |   | 132: 1   respond. Yes. |   |   |   |   |   |
| 124 | 132:3-132:18 | Curfman 01/24/2006 | 00:00:41 | 00:57:23 | 00:43:39 | TT: R.611 - Leading<br>R.602 - Lack of foundation | V3.124 |
|   |   | 132: 3   Q.  Actually, what you told them |   |   |   |   |   |
|   |   | 132: 4   before when you first contacted them was |   |   |   |   |   |
|   |   | 132: 5   that they would have an opportunity to |   |   |   |   |   |
|   |   | 132: 6   comment before you published the |   |   |   |   |   |
|   |   | 132: 7   Expression of Concern, isn't that true? |   |   |   |   |   |
|   |   | 132: 8   A.  I don't – I can't imagine |   |   |   |   |   |
|   |   | 132: 9   that's true because that's not the |   |   |   |   |   |
|   |   | 132: 10  protocol for an Expression of Concern. |   |   |   |   |   |
|   |   | 132: 11  Q.  Didn't you tell Dr. |   |   |   | TT: Improper Compound Question<br>R.611 - Leading |   |
|   |   | 132: 12  Bombardier that you -- didn't you send |   |   |   |   |   |
|   |   | 132: 13  her a copy of the draft Expression of |   |   |   |   |   |
|   |   | 132: 14  Concern ask her for her comments to be |   |   |   |   |   |
|   |   | 132: 15  received in a couple of weeks so that |   |   |   |   |   |
|   |   | 132: 16  they could accompany any publication of |   |   |   |   |   |
|   |   | 132: 17  the Expression of Concern? |   |   |   |   |   |
|   |   | 132: 18  A.  No. |   |   |   |   |   |
| 125 | 133:2-133:15 | Curfman 01/24/2006 | 00:00:38 | 00:58:04 | 00:42:58 | TT: Improper Compound Question | V3.125 |
|   |   | 133: 2        Did the New England Journal |   |   |   |   |   |
|   |   | 133: 3   of Medicine when it first communicated |   |   |   |   |   |
|   |   | 133: 4   with Dr. Bombardier about this, tell her |   |   |   |   |   |
|   |   | 133: 5   that you had a draft Expression of |   |   |   |   |   |
|   |   | 133: 6   Concern that you were planning on |   |   |   |   |   |
|   |   | 133: 7   publishing it on December 29, that you |   |   |   |   |   |
|   |   | 133: 8   asked for her comments in response in |   |   |   |   |   |
|   |   | 133: 9   advance of December 29th so that they |   |   |   |   |   |
|   |   | 133: 10  could be considered in connection with |   |   |   |   |   |
|   |   | 133: 11  the publication of the Expression of |   |   |   |   |   |
|   |   | 133: 12  Concern? |   |   |   |   |   |
|   |   | 133: 13  A.  No. Because the response |   |   |   |   |   |
|   |   | 133: 14  from the authors is intended to follow |   |   |   |   |   |
|   |   | 133: 15  the Expression of Concern. |   |   |   |   |   |
| 126 | 133:23-134:19 | Curfman 01/24/2006 | 00:01:38 | 00:58:42 | 00:42:20 |   | V3.126 |

Curfman G DA 1-24-06 on 5-25-06

| | |
|---|---|
| 133: 23 | Q. What is Exhibit 12? |
| 133: 24 | MR. SHAW: If you know. |
| 134: 1 | THE WITNESS: (Witness |
| 134: 2 | reviewing document.) |
| 134: 3 | This is -- on the bottom of |
| 134: 4 | Page 1 and the top of Page 2 is an |
| 134: 5 | e-mailed letter that I and Dr. |
| 134: 6 | Morrissey and Dr. Drazen sent to |
| 134: 7 | Dr. Bombardier on December 5th |
| 134: 8 | informing her about the Expression |
| 134: 9 | of Concern, and I believe we |
| 134: 10 | attached to this a series of |
| 134: 11 | questions that we wanted her to |
| 134: 12 | address in her response. |
| 134: 13 | And then above that, a |
| 134: 14 | couple of days later is a response |
| 134: 15 | saying that she and Dr. Loren |
| 134: 16 | Laine, who was her co -- |
| 134: 17 | corresponding author on the VIGOR |
| 134: 18 | trial, wanted to have a conference |
| 134: 19 | call. And we then set that up. |

| 127 | 134:21 -135:16 | Curfman 01/24/2006 | 00:00:51 | 01:00:20 | 00:40:42 | | V3.127 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| 134:21 | Q. Focusing on the e-mail from |
| 134:22 | you and your colleagues to Dr. |
| 134:23 | Bombardier -- |
| 134:24 | A. Yes. |
| 135:1 | Q. -- the first sentence says |
| 135:2 | you're writing concerning the VIGOR |
| 135:3 | study; correct? And then the second |
| 135:4 | sentence says, "Recently we obtained new |
| 135:5 | information that has led us to be |
| 135:6 | concerned about the accuracy of certain |
| 135:7 | data and conclusions in your article. |
| 135:8 | The specific points at issue are" |
| 135:9 | addressed "in the attached Expression of |
| 135:10 | Concern, which we plan to publish in an |
| 135:11 | upcoming issue of the Journal." |
| 135:12 | As of December 5th, 2005, |
| 135:13 | the plan was to publish this in the |
| 135:14 | December 29th edition of the Journal; |
| 135:15 | correct? |
| 135:16 | A. Yes. |

J: R.801
R.802
Hearsay

| 128 | 136:6 -136:14 | Curfman 01/24/2006 | 00:00:20 | 01:01:11 | 00:39:51 | V3.128 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 136: 6 | Q. And then in the next |
| 136: 7 | sentence, you ask her to submit a |