Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   | 136: 8 | correction for publication in the |   |   |   |   |
|   |   | 136: 9 | Journal, and you ask her to do that by |   |   |   |   |
|   |   | 136: 10 | December 22nd; right? |   |   |   |   |
|   |   | 136: 11 | A. That's right. |   |   |   |   |
|   |   | 136: 12 | Q. So, a few weeks after this |   |   |   |   |
|   |   | 136: 13 | e-mail; right? |   |   |   |   |
|   |   | 136: 14 | A. Correct. |   |   |   |   |
| 129 | 137:7 -137:13 | Curfman 01/24/2006 |   | 00:00:19 | 01:01:31 | 00:39:31 | V3.129 |
|   |   | 137: 7 | Q. You talked before about two |   |   |   |   |
|   |   | 137: 8 | earlier or two other Expressions of |   |   |   |   |
|   |   | 137: 9 | Concern. |   |   |   |   |
|   |   | 137: 10 | A. Yes. |   |   |   |   |
|   |   | 137: 11 | Q. And let me ask you to take a |   |   |   |   |
|   |   | 137: 12 | look at Exhibit 12 -- or am I on 13 now? |   |   |   |   |
|   |   | 137: 13 | Exhibit 13. |   |   |   |   |
| 130 | 138:5 -139:5 | Curfman 01/24/2006 |   | 00:01:13 | 01:01:50 | 00:39:12 | V3.130 |
|   |   | 138: 5 | Q. Is that one of the |   |   |   |   |
|   |   | 138: 6 | Expressions of Concern that you were |   |   |   |   |
|   |   | 138: 7 | talking about? |   |   |   |   |
|   |   | 138: 8 | A. Yes, it is. |   |   |   |   |
|   |   | 138: 9 | Q. Would you agree with me that |   |   |   |   |
|   |   | 138: 10 | this one is different in kind from what |   |   |   |   |
|   |   | 138: 11 | you published concerning VIGOR? |   |   |   |   |
|   |   | 138: 12 | A. Oh, I think it's very |   |   |   |   |
|   |   | 138: 13 | different in kind, yes. |   |   |   |   |
|   |   | 138: 14 | Q. And in this one, you report |   |   |   |   |
|   |   | 138: 15 | in a single paragraph that concerns were |   |   |   |   |
|   |   | 138: 16 | raised concerning the data published in |   |   |   |   |
|   |   | 138: 17 | one of your articles, right? |   |   |   |   |
|   |   | 138: 18 | A. Correct. |   |   |   |   |
|   |   | 138: 19 | Q. And you say, "We have |   |   |   |   |
|   |   | 138: 20 | informed the director of Dr. Subdo's" -- |   |   |   |   |
|   |   | 138: 21 | A. Subdo. |   |   |   |   |
|   |   | 138: 22 | Q. -- "Subdo's institution... |   |   |   |   |
|   |   | 138: 23 | and await the results of his |   |   |   |   |
|   |   | 138: 24 | investigation." Correct? |   |   |   |   |
|   |   | 139: 1 | A. Correct. |   |   |   |   |
|   |   | 139: 2 | Q. And you do not set forth any |   |   |   |   |
|   |   | 139: 3 | conclusions that you reached in advance |   |   |   |   |
|   |   | 139: 4 | of hearing from the author's institution; |   |   |   |   |
|   |   | 139: 5 | right? |   |   |   |   |
| 131 | 139:8 -139:11 | Curfman 01/24/2006 |   | 00:00:05 | 01:03:03 | 00:37:59 | V3.131 |
|   |   | 139: 8 | THE WITNESS: Oh, there are |   |   |   |   |
|   |   | 139: 9 | preliminary conclusions in this |   |   |   |   |

Curfman G DA 1-24-06 on 5-25-06

|     |               | 139: 10 | paragraph, yes, that we had |          |          |          |        |
|-----|---------------|---------|-----------------------------|----------|----------|----------|--------|
|     |               | 139: 11 | reached, yes.               |          |          |          |        |
| 132 | 139:13-140:10 | Curfman 01/24/2006 | | 00:00:52 | 01:03:08 | 00:37:54 | V3.132 |
|     |               | 139: 13 | Q. Well, the paragraph says, | | | | |
|     |               | 139: 14 | "In the issue of April 26, 2001, we | | | | |
|     |               | 139: 15 | published a study by John Sudbo. Figure | | | | |
|     |               | 139: 16 | 3B and Figure 3C of that article, which | | | | |
|     |               | 139: 17 | purport to represent two different | | | | |
|     |               | 139: 18 | patients and stages of oral" — what's | | | | |
|     |               | 139: 19 | the next word? | | | | |
|     |               | 139: 20 | A. — "epithelial dysplasia." | | | | |
|     |               | 139: 21 | Q. — "are in fact different | | | | |
|     |               | 139: 22 | magnifications of the same | | | | |
|     |               | 139: 23 | photomicrogram." | | | | |
|     |               | 139: 24 | A. That's right. | | | | |
|     |               | 140: 1  | Q. "Because the results of | | | | |
|     |               | 140: 2  | another study of Dr. Sudbo, published in | | | | |
|     |               | 140: 3  | the issue of April 1, 2004 were derived | | | | |
|     |               | 140: 4  | from the same subjects followed through | | | | |
|     |               | 140: 5  | the same database, we have similar | | | | |
|     |               | 140: 6  | concerns." Then you say, "We have | | | | |
|     |               | 140: 7  | informed the director...and [we] await | | | | |
|     |               | 140: 8  | the results of his investigation." | | | | |
|     |               | 140: 9  | Right? | | | | |
|     |               | 140: 10 | A. Uh-huh. | | | | |
| 133 | 141:6-142:15  | Curfman 01/24/2006 | | 00:01:09 | 01:04:00 | 00:37:02 | V3.133 |
|     |               | 141: 6  | Q. Do you have in front of you | | | | |
|     |               | 141: 7  | the document that I've marked as Exhibit | | | | |
|     |               | 141: 8  | 14? | | | | |
|     |               | 141: 9  | A. Yes. | | | | |
|     |               | 141: 10 | Q. Was this the other | | | | |
|     |               | 141: 11 | Expression of Concern that you testified | | | | |
|     |               | 141: 12 | about earlier? | | | | |
|     |               | 141: 13 | A. This is one of the three, | | | | |
|     |               | 141: 14 | yes. | | | | |
|     |               | 141: 15 | Q. Okay. | | | | |
|     |               | 141: 16 | And we talked about the one | | | | |
|     |               | 141: 17 | concerning VIGOR, we just talked about | | | | |
|     |               | 141: 18 | the one concerning Dr. Sudbo, and this is | | | | |
|     |               | 141: 19 | the third; right? | | | | |
|     |               | 141: 20 | A. That's right. | | | | |
|     |               | 141: 21 | Q. This concerns an article by | | | | |
|     |               | 141: 22 | Dr. Schiff; is that right? | | | | |
|     |               | 141: 23 | A. Schiffl. | | | | |
|     |               | 141: 24 | Q. Schiffl. I'm sorry. What | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 142: 1 | it says is that it has come to your | | | | |
| | | 142: 2 | attention that there was an "ongoing | | | | |
| | | 142: 3 | investigation into potential scientific | | | | |
| | | 142: 4 | misconduct" concerning this article that | | | | |
| | | 142: 5 | you published? | | | | |
| | | 142: 6 | A.  (Witness nods.) | | | | |
| | | 142: 7 | Q.  And you said you will inform | | | | |
| | | 142: 8 | your readers of the outcome of the | | | | |
| | | 142: 9 | investigation when it's complete.  Right? | | | | |
| | | 142: 10 | A.  That's right. | | | | |
| | | 142: 11 | Q.  And that investigation that | | | | |
| | | 142: 12 | you referred to was the investigation by | | | | |
| | | 142: 13 | Dr. Schiffl's sponsoring institution; | | | | |
| | | 142: 14 | correct? | | | | |
| | | 142: 15 | A.  Correct. | | | | |
| 134 | 142:16-142:21 | Curfman 01/24/2006 | | 00:00:37 | 01:05:09 | 00:35:53 | V3.134 |
| | | 142: 16 | Q.  And then later on they told | | | | |
| | | 142: 17 | you that they had not found sufficient | | | | |
| | | 142: 18 | evidence of misconduct, and you, | | | | |
| | | 142: 19 | therefore, retracted the Expression of | | | | |
| | | 142: 20 | Concern, right? | | | | |
| | | 142: 21 | A.  Right. | | | | |
| 135 | 143:6-143:6 | Curfman 01/24/2006 | | 00:00:20 | 01:05:46 | 00:35:16 | V3.135 |
| | | 143: 6 | Q.  Do you recognize Exhibit 15? | | | | |
| 136 | 143:11-143:21 | Curfman 01/24/2006 | | 00:00:26 | 01:06:06 | 00:34:56 | V3.136 |
| | | 143: 11 | THE WITNESS:  Yes, I do. | | | | |
| | | 143: 12 | BY MR. BECK: | | | | |
| | | 143: 13 | Q.  Is this a message from you | | | | |
| | | 143: 14 | and Dr. Morrissey to Dr. Bombardier | | | | |
| | | 143: 15 | informing her of the early release of the | | | | |
| | | 143: 16 | Expression of Concern? | | | | |
| | | 143: 17 | A.  It's an e-mail from me and | | | | |
| | | 143: 18 | Dr. Morrissey to Dr. Bombardier regarding | | | | |
| | | 143: 19 | the release, yes. | | | | |
| | | 143: 20 | Q.  What's the date and time of | | | | |
| | | 143: 21 | your e-mail to Dr. Bombardier? | | | | |
| 137 | 144:8-144:16 | Curfman 01/24/2006 | | 00:00:23 | 01:06:32 | 00:34:30 | V3.137 |
| | | 144: 8 | A.  December 8 at 11:59 a.m. | | | | |
| | | 144: 9 | Q.  When do you tell her that | | | | |
| | | 144: 10 | the Expression of Concern is going to be | | | | |
| | | 144: 11 | released? | | | | |
| | | 144: 12 | A.  At 3:00. | | | | |
| | | 144: 13 | Q.  So, you gave her three hours | | | | |
| | | 144: 14 | and one minute notice? | | | | |

Handwritten annotation beside 143:11-143:16: "T: R.801  R-802  Hearsay"

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
| | 144: 15 | A. Of the exact release time, | |
| | 144: 16 | yes. | |

| 138 | 146:4 -146:12 | Curfman 01/24/2006   00:00:21   01:06:55   00:34:07 | V3.138 |
|---|---|---|---|
| | | 146: 4   Q. I guess in between 11:59 | TT: Hearsay |
| | | 146: 5   a.m. when you first told her you were | |
| | | 146: 6   going to do it and 3:00 when you did it, | |
| | | 146: 7   did she tell you that that didn't give | |
| | | 146: 8   her time to respond? | |
| | | 146: 9   A. Well, I don't recall. I | |
| | | 146: 10  don't think I spoke with her. I don't | |
| | | 146: 11  recall anything about that. But -- | |
| | | 146: 12  Q. Please look at Exhibit 16. | |

| 139 | 147:7 -147:24 | Curfman 01/24/2006   00:00:39   01:07:16   00:33:46 | V3.139 |
|---|---|---|---|
| | | 147: 7   Q. This is an e-mail from Dr. | TT: R.801 |
| | | 147: 8   Bombardier to Mr. Morrissey. | R.802 |
| | | 147: 9   A. Dr. Morrissey. | Hearsay |
| | | 147: 10  Q. Dr. Morrissey, excuse me. | |
| | | 147: 11  It says, "Dr. Morrissey, | |
| | | 147: 12  Thank you for sending this in advance, | |
| | | 147: 13  given the nature of your expression of | |
| | | 147: 14  concern, we want the opportunity to | |
| | | 147: 15  respond but as you can well imagine it | |
| | | 147: 16  will not be possible to respond by the | |
| | | 147: 17  deadline of 3:00 p.m. this afternoon." | |
| | | 147: 18  Did Dr. Morrissey | |
| | | 147: 19  communicate to you this message from Dr. | |
| | | 147: 20  Bombardier? | |
| | | 147: 21  A. Yes, he did. | TT: R.611 - Leading |
| | | 147: 22  Q. But you went ahead with the | |
| | | 147: 23  publication anyway at 3 p.m., didn't you? | |
| | | 147: 24  A. Yes, we did. | |

| 140 | 149:12 -149:16 | Curfman 01/24/2006   00:00:13   01:07:55   00:33:07 | V3.140 |
|---|---|---|---|
| | | 149: 12  Q. Did you personally decide to | TT: Improper Compound Question |
| | | 149: 13  go ahead with the publication, even | |
| | | 149: 14  though she had told you, the New England | |
| | | 149: 15  Journal of Medicine, that she wanted an | |
| | | 149: 16  opportunity to respond in advance? | |

| 141 | 149:19 -150:1 | Curfman 01/24/2006   00:00:11   01:08:08   00:32:54 | V3.141 |
|---|---|---|---|
| | | 149: 19  THE WITNESS: The final | |
| | | 149: 20  decision -- the final decision, as | |
| | | 149: 21  is always the case at the New | |
| | | 149: 22  England Journal about any | |
| | | 149: 23  decisions, comes from the | |
| | | 149: 24  editor-in-chief. And I'm not the | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 150: 1 | editor-in-chief. | | | | |
| 142 | 150:20 -150:24 | Curfman 01/24/2006 | | 00:00:25 | 01:08:19 | 00:32:43 | V3.142 |
| | | 150: 20 | Q.  Later on, were you involved | | | | |
| | | 150: 21 | in sending Dr. Bombardier a seven-point | | | | |
| | | 150: 22 | letter telling her what points the New | | | | |
| | | 150: 23 | England Journal of Medicine wanted her to | | | | |
| | | 150: 24 | make when she responded? | | | | |
| 143 | 151:1 -151:16 | Curfman 01/24/2006 | | 00:00:55 | 01:08:44 | 00:32:18 | V3.143 |
| | | 151: 1 | A.  Yes.  She had -- my | | | | |
| | | 151: 2 | recollection is that she had asked for | | | | |
| | | 151: 3 | additional clarification from us about | | | | |
| | | 151: 4 | what specifically we wanted her to | | | | |
| | | 151: 5 | respond to.  Up until that time, we had | | | | |
| | | 151: 6 | only given her a copy of the Expression | | | | |
| | | 151: 7 | of Concern itself.  And she wanted more | | | | |
| | | 151: 8 | guidance from us about our points of | | | | |
| | | 151: 9 | concern.  And in response to that | | | | |
| | | 151: 10 | request, I believe Dr. Morrissey and I | | | | |
| | | 151: 11 | were the authors of that seven-point | | | | |
| | | 151: 12 | document that you mentioned.  And we | | | | |
| | | 151: 13 | tried to bring out in that document some | | | | |
| | | 151: 14 | additional explanation of our reasons for | | | | |
| | | 151: 15 | concern about the article so that that | | | | |
| | | 151: 16 | could focus her response more directly. | | | | |
| 144 | 151:24 -152:1 | Curfman 01/24/2006 | | 00:00:06 | 01:09:39 | 00:31:23 | V3.144 |
| | | 151: 24 | Q.  Please look at Exhibit 17. | | | | |
| | | 152: 1 | Do you recognize that? | | | | |
| 145 | 152:4 -152:16 | Curfman 01/24/2006 | | 00:00:35 | 01:09:45 | 00:31:17 | V3.145 |
| | | 152: 4 | Well, this, I think, begins | | | | |
| | | 152: 5 | with an e-mail from Dr. Bombardier to me | | | | |
| | | 152: 6 | and Dr. Morrissey along the lines of what | | | | |
| | | 152: 7 | I just said, requesting some | | | | |
| | | 152: 8 | additional -- I mean, we can read this. | | | | |
| | | 152: 9 | Q.  We could, but what you had | | | | |
| | | 152: 10 | said was she asked you for guidance about | | | | |
| | | 152: 11 | how she should respond.  In fact, if you | | | | |
| | | 152: 12 | read this, what she asks you for is a | | | | |
| | | 152: 13 | copy of the information that you referred | | | | |
| | | 152: 14 | to in your Expression of Concern so that | | | | |
| | | 152: 15 | she could write her own response.  Isn't | | | | |
| | | 152: 16 | that true? | | | | |
| 146 | 153:2 -154:17 | Curfman 01/24/2006 | | 00:01:15 | 01:10:20 | 00:30:42 | V3.146 |
| | | 153: 2 | THE WITNESS:  Okay.  Well, | | | | |
| | | 153: 3 | what she says is that "You | | | | |

Handwritten annotations on entry 145:

π: R.801
R.802
→ Hearsay

π: Improper Compound Question
Rule 611 - Leading question
→ Improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 153: 4 | requested a submission from the | | | | |
| | | 153: 5 | authors of that study that | | | | |
| | | 153: 6 | addresses the additional data and | | | | |
| | | 153: 7 | the issues set forth in the | | | | |
| | | 153: 8 | Expression of Concern that you | | | | |
| | | 153: 9 | published this week, and I agreed | | | | |
| | | 153: 10 | to your request as lead author of | | | | |
| | | 153: 11 | that study. | | | | |
| | | 153: 12 | "We have already started on | | | | |
| | | 153: 13 | that task, and I seek your | | | | |
| | | 153: 14 | assistance for the project. In | | | | |
| | | 153: 15 | order for us to fully and properly | | | | |
| | | 153: 16 | evaluate the data and the issues, | | | | |
| | | 153: 17 | we will need to have copies of all | | | | |
| | | 153: 18 | the materials that the New England | | | | |
| | | 153: 19 | Journal of Medicine has that you | | | | |
| | | 153: 20 | referred to in your telephone call | | | | |
| | | 153: 21 | as well as those to which the | | | | |
| | | 153: 22 | Expression of Concern referred. | | | | |
| | | 153: 23 | While you suggested earlier that | | | | |
| | | 153: 24 | we obtain these materials from | | | | |
| | | 154: 1 | Merck, in light of the questions | | | | |
| | | 154: 2 | that you have raised about | | | | |
| | | 154: 3 | confidence in the provenance of | | | | |
| | | 154: 4 | data and information, we believe | | | | |
| | | 154: 5 | that it is essential for us to | | | | |
| | | 154: 6 | obtain such materials directly | | | | |
| | | 154: 7 | from the New England Journal of | | | | |
| | | 154: 8 | Medicine in order to ensure that | | | | |
| | | 154: 9 | the material we are reviewing is | | | | |
| | | 154: 10 | in fact the same data that is | | | | |
| | | 154: 11 | referred to in your Expression of | | | | |
| | | 154: 12 | Concern." | | | | |
| | | 154: 13 | BY MR. BECK: | | | | |
| | | 154: 14 | Q. You agree, sir, that all she | Π: R. 611 – Leading | | | |
| | | 154: 15 | asked you for here was a copy of the data | | | | |
| | | 154: 16 | and the materials that you referenced in | | | | |
| | | 154: 17 | your Expression of Concern? | | | | |
| 147 | 154:22 -154:22 | Curfman 01/24/2006 | | 00:00:01 | 01:11:35 | 00:29:27 | V3.147 |
| | | 154: 22 A. Yes. | | | | | |
| 148 | 156:2 -156:4 | Curfman 01/24/2006 | | 00:00:09 | 01:11:36 | 00:29:26 | V3.148 |
| | | 156: 2 | Q. So, point number 7 of your | | | | |
| | | 156: 3 | seven-point letter to her basically said | | | | |
| | | 156: 4 | get these from the Merck lawyer; right? | | | | |