Curfman G DA 1-24-06 on 5-25-06

| 149 | 156:5 -158:20 | Curfman 01/24/2006 | 00:02:47 01:11:45 00:29:17 | V3.149 |

156: 5   A. Yes. And I think that it's
156: 6   fairly explicit.
156: 7   Q. Yes, I agree.
156: 8       But now what you also did is
156: 9   you and Dr. Morrissey attempted to
156: 10  dictate to Dr. Bombardier the content of
156: 11  her response?
156: 12  A. We did not attempt to
156: 13  dictate. We attempted to articulate or
156: 14  provide additional explanation of points
156: 15  of our concern. We are the editors. We
156: 16  had concerns. It's not a matter of
156: 17  dictating. It's a matter of expressing
156: 18  what the concerns were so that she could
156: 19  respond to those concerns. That's what
156: 20  an Expression of Concern is. That's why
156: 21  it's called an Expression of Concern.
156: 22  It's an expression of our concern that
156: 23  then we ask her to address. We thought
156: 24  this would be helpful to her in framing a
157: 1   response.
157: 2   Q. Didn't you tell her "We will
157: 3   explain herein what we expect this
157: 4   correction to include"?
157: 5   A. Uh-huh.
157: 6   Q. The very first point you
157: 7   say, "You should acknowledge." Then you
157: 8   go on to tell her what she's supposed to
157: 9   acknowledge in her response, right? Is
157: 10  that right?
157: 11  A. That's the way the sentence
157: 12  reads, yes.
157: 13  Q. And then basically you tell
157: 14  her that she's supposed to say she's
157: 15  sorry, don't you?
157: 16      MR. SHAW: Objection to
157: 17  form.
157: 18  BY MR. BECK:
157: 19  Q. Point number 6. You're
157: 20  telling the author of this study that,
157: 21  number 6, "These omissions and
157: 22  inaccuracies are regrettable, and this
157: 23  should be acknowledged in your
157: 24  statement." You're telling her to
158: 1   apologize for her article, aren't you?

Handwritten annotations:
- π: Argumentative / R. 611 - Leading (on 156:7-11)
- π: Hearsay (on 157:2-4)
- π: Argumentative (on 157:13-15)
- π: Hearsay / Argumentative (on 157:19-158:1)

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 158: 2   A.   We asked her for a response, <br> 158: 3   and — <br> 158: 4   Q.   And you told her what you <br> 158: 5   wanted — <br> 158: 6   A.   She — <br> 158: 7   Q.   — it to include? <br> 158: 8   A.   She can respond in any way <br> 158: 9   that she wishes. We were laying out our <br> 158: 10   concerns. And one of our concerns was <br> 158: 11   that there were omissions and <br> 158: 12   inaccuracies that were regrettable. And <br> 158: 13   we had evidence to back it up. And she <br> 158: 14   can respond to that statement in any way <br> 158: 15   that she wants. <br> 158: 16   Q.   And she did, in fact, <br> 158: 17   respond to that statement, did she not? <br> 158: 18   A.   She did, yes. <br> 158: 19   Q.   And she told you that you <br> 158: 20   were wrong, right? | | | π: Argumentative <br> ⤺ Hearsay | |
| 150 | 159:2 - 159:3 | Curfman 01/24/2006 <br> 159: 2       THE WITNESS:  I don't <br> 159: 3       recall. | 00:00:01 | 01:14:32 | 00:26:30 | V3.150 |
| 151 | 159:5 - 159:16 | Curfman 01/24/2006 <br> 159: 5   Q.   You don't recall — <br> 159: 6   A.   No, I don't. <br> 159: 7   Q.   — what she said in her <br> 159: 8       response? <br> 159: 9   A.   No. <br> 159: 10   Q.   Have you looked at her <br> 159: 11       response? <br> 159: 12   A.   Only very cursorily at this <br> 159: 13       point. We just received the response, <br> 159: 14       and, in fact — <br> 159: 15   Q.   Well, you received it more <br> 159: 16       than a week ago, didn't you? | 00:00:14 | 01:14:33 | 00:26:29 | V3.151 |
| 152 | 159:19 - 159:24 | Curfman 01/24/2006 <br> 159: 19       THE WITNESS:  We didn't <br> 159: 20       receive one response, and part of <br> 159: 21       the complexity now of the issue is <br> 159: 22       that we received two separate <br> 159: 23       responses from two different <br> 159: 24       groups of authors, and — | 00:00:14 | 01:14:47 | 00:26:15 | V3.152 |
| 153 | 160:18 - 160:19 | Curfman 01/24/2006 <br> 160: 18   Q.   My question is, you received | 00:00:04 | 01:15:01 | 00:26:01 | V3.153 |

→ π: Asked & Answered

*— continued from previous page* Curfman G DA 1-24-06 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 160:19   it more than a week ago, didn't you? | | | | |
| 154 | 161:10 -161:12 | Curfman 01/24/2006    00:00:04  01:15:05  00:25:57 | | | | V3.154 |
| | | 161:10   A.  We received two responses, | | | | |
| | | 161:11   and I don't remember the exact dates of | | | | |
| | | 161:12   receipt. | | | | |
| 155 | 161:23 -161:23 | Curfman 01/24/2006    00:00:01  01:15:09  00:25:53 | | | | V3.155 |
| | | 161:23   Q.  What is Exhibit 18? | | | | |
| 156 | 162:7 -162:9 | Curfman 01/24/2006    00:00:22  01:15:10  00:25:52 | | | TT: R.801 → R.802 Hearsay | V3.156 |
| | | 162:7   Q.  Is this some transmittal | | | | |
| | | 162:8   e-mail and then the response from Dr. | | | | |
| | | 162:9   Bombardier? | | | | |
| 157 | 162:13 -162:20 | Curfman 01/24/2006    00:00:21  01:15:32  00:25:30 | | | | V3.157 |
| | | 162:13   Q.  Dr. Bombardier responded on | | | | |
| | | 162:14   behalf of herself and the other nine | | | | |
| | | 162:15   authors who were not Merck employees; | | | | |
| | | 162:16   right? | | | | |
| | | 162:17   A.  Yes. | | | | |
| | | 162:18   Q.  And in this response, these | | | | |
| | | 162:19   ten non-Merck authors told you that you | | | | |
| | | 162:20   were wrong, right? | | | | |
| 158 | 162:24 -163:5 | Curfman 01/24/2006    00:00:17  01:15:53  00:25:09 | | | | V3.158 |
| | | 162:24   A.  No.  I don't read it that | | | | |
| | | 163:1   way.  But, again, I want to make it clear | | | | |
| | | 163:2   that I have not had an opportunity to go | | | | |
| | | 163:3   through this, and I'm not prepared to | | | | |
| | | 163:4   discuss this document.  I wasn't -- we | | | | |
| | | 163:5   have read these documents, and, again, I | | | | |
| 159 | 163:20 -164:9 | Curfman 01/24/2006    00:00:29  01:16:10  00:24:52 | | | TT: ↓Argumentative ↑R.611 - Leading | V3.159 |
| | | 163:20   Q.  Now, are you telling me -- | | | | |
| | | 163:21   you've certainly known that your | | | | |
| | | 163:22   deposition was going to be taken in | | | | |
| | | 163:23   connection with the Expression of | | | | |
| | | 163:24   Concern.  You've known that for certainly | | | | |
| | | 164:1   over a week, right? | | | | |
| | | 164:2   A.  Right. | | | | |
| | | 164:3   Q.  And you've had the answer | | | | |
| | | 164:4   from the ten non-Merck authors -- | | | | |
| | | 164:5   A.  Right. | | | | |
| | | 164:6   Q.  -- to your Expression of | | | | |
| | | 164:7   Concern, and you say you haven't read it | | | | |
| | | 164:8   carefully enough to be prepared to | | | | |
| | | 164:9   discuss it? | | | | |
| 160 | 165:2 -165:5 | Curfman 01/24/2006    00:00:10  01:16:39  00:24:23 | | | | V3.160 |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
|   | 165: 2 | A. My answer to your question |   |
|   | 165: 3 | -- yes. My answer to your question is, I |   |
|   | 165: 4 | have not had time to adequately digest |   |
|   | 165: 5 | this. And one of the key issues in |   |

| 161 | 166:16-166:24 | Curfman 01/24/2006   00:00:21  01:16:49  00:24:13 | V3.161 |
|---|---|---|---|
|   | 166: 16 | Q. Do you recognize Exhibit 21 | TT: p.801 |
|   | 166: 17 | to be a response on behalf of Drs. Reicin | → p.802 |
|   | 166: 18 | and Shapiro who are both affiliated with | Hearsay |
|   | 166: 19 | Merck? |   |
|   | 166: 20 | A. Right. It's being |   |
|   | 166: 21 | communicated by a medical communications |   |
|   | 166: 22 | person. |   |
|   | 166: 23 | Q. Right. |   |
|   | 166: 24 | A. Right. |   |

| 162 | 170:2-170:16 | Curfman 01/24/2006   00:00:38  01:17:10  00:23:52 | V3.162 |
|---|---|---|---|
|   | 170: 2 | Q. And you had not only Dr. | TT: |
|   | 170: 3 | Bombardier's response on behalf of the | Improper Compound Question |
|   | 170: 4 | ten non-Merck authors for over a week | → Argumentative |
|   | 170: 5 | before today, you also had Dr. Reicin's |   |
|   | 170: 6 | response on behalf of herself and Dr. |   |
|   | 170: 7 | Shapiro, the Merck authors, for over a |   |
|   | 170: 8 | week before today, right? |   |
|   | 170: 9 | A. If you say so. I'll take | TT: |
|   | 170: 10 | your word for it. Sure. | ← Argumentative |
|   | 170: 11 | Q. And here you are, you know |   |
|   | 170: 12 | this is the only chance that I get to ask |   |
|   | 170: 13 | you questions about the Expression of |   |
|   | 170: 14 | Concern, and you didn't take the time to | omits |
|   | 170: 15 | read either one of these to comment on | ← Answer |
|   | 170: 16 | their substance? |   |

| 163 | 171:14-171:23 | Curfman 01/24/2006   00:00:32  01:17:48  00:23:14 | V3.163 |
|---|---|---|---|
|   | 171: 14 | Q. My question is simply that |   |
|   | 171: 15 | knowing that your deposition was going to |   |
|   | 171: 16 | be taken today and that the main subject |   |
|   | 171: 17 | was your Expression of Concern, and |   |
|   | 171: 18 | having the responses filed by both the |   |
|   | 171: 19 | non-Merck lawyer -- the non-Merck authors |   |
|   | 171: 20 | and the Merck authors for over a week, |   |
|   | 171: 21 | it's your testimony that you didn't take |   |
|   | 171: 22 | the time to read them so that you could |   |
|   | 171: 23 | talk about the substance of them? |   |

| 164 | 172:2-172:16 | Curfman 01/24/2006   00:00:42  01:18:20  00:22:42 | V3.164 |
|---|---|---|---|
|   | 172: 2 | THE WITNESS: Our response |   |
|   | 172: 3 | to these documents will require |   |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
|   |   | 172: 4 | very careful deliberation. |
|   |   | 172: 5 | Editors of journals don't do |
|   |   | 172: 6 | things on a knee jerk. We can't |
|   |   | 172: 7 | afford to do that. I did not set |
|   |   | 172: 8 | the date for this deposition, and, |
|   |   | 172: 9 | in fact, we received these when we |
|   |   | 172: 10 | received them. And we will need |
|   |   | 172: 11 | time to very carefully digest the |
|   |   | 172: 12 | situation, and then we'll have an |
|   |   | 172: 13 | official response to it. I'm not |
|   |   | 172: 14 | prepared to do that now. We do |
|   |   | 172: 15 | things carefully in our office. |
|   |   | 172: 16 | That's how we do things. That's |

165   172:22-173:9   Curfman 01/24/2006   00:00:29   01:19:02   00:22:00   V3.165

| | |
|---|---|
| 172: 22 | Q. Have you looked at these two |
| 172: 23 | responses enough to know whether they're |
| 172: 24 | in basic agreement or whether there's any |
| 173: 1 | points of disagreement? |
| 173: 2 | A. No. I can't really comment |
| 173: 3 | about that. |
| 173: 4 | Q. So, it's not just that you |
| 173: 5 | haven't had, you know, conferences with |
| 173: 6 | your colleagues to talk it all through, |
| 173: 7 | you just haven't read them carefully in |
| 173: 8 | advance of your deposition. Is that your |
| 173: 9 | testimony? |

*TT: Improper Compound Question*

*TT: Improper Compound Question / Argumentative / Sarcastic*

166   173:12-174:1   Curfman 01/24/2006   00:00:30   01:19:31   00:21:31   V3.166

| | |
|---|---|
| 173: 12 | THE WITNESS: I'm saying |
| 173: 13 | that we -- documents of this kind |
| 173: 14 | will demand careful deliberation |
| 173: 15 | among the editors at the New |
| 173: 16 | England Journal of Medicine, and |
| 173: 17 | we have not gone through that |
| 173: 18 | process yet. And anything that I |
| 173: 19 | might say today might not be fully |
| 173: 20 | accurate because we've not gone |
| 173: 21 | through this process of |
| 173: 22 | deliberating together and |
| 173: 23 | interpreting these two documents. |
| 173: 24 | And that's all I can say about |
| 174: 1 | this. |

167   174:3-174:7   Curfman 01/24/2006   00:00:20   01:20:01   00:21:01   V3.167

| | |
|---|---|
| 174: 3 | Q. Well, getting back to your |
| 174: 4 | Expression of Concern, you indicated it |

*TT: Improper Compound Question*