Curfman G DA 1-24-06 on 5-25-06

|     |               |                                                                                                                                                                                                                                                                  |                                                                              |         |
|-----|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------|---------|
|     |               | 174:5  got a lot of media attention, and you and<br>174:6  your outside PR people followed the media<br>174:7  attention pretty closely, didn't you?                                                                                                             | – cont. from prev. page                                                      |         |
| 168 | 174:12-174:13 | Curfman 01/24/2006         00:00:01   01:20:21   00:20:41<br>174:12         THE WITNESS: No. I<br>174:13         certainly didn't. I mean —                                                                                                                       | TJ: Interrupts Dr. Curfman                                                   | V3.168  |
| 169 | 175:1-175:6   | Curfman 01/24/2006         00:00:18   01:20:22   00:20:40<br>175:1  Q   Did the people at the New<br>175:2      England Journal of Medicine monitor at<br>175:3      least the major newspapers to see how<br>175:4      they were reporting on the Expression of<br>175:5      Concern and whether there were any errors<br>175:6      that should be corrected? | TJ: Argumentative<br>Sarcastic                                               | V3.169  |
| 170 | 175:9-175:22  | Curfman 01/24/2006         00:00:29   01:20:40   00:20:22<br>175: 9         THE WITNESS: Our media<br>175: 10      relations specialist always<br>175: 11      monitors the news. That's what<br>175: 12      her job is. She does that every<br>175: 13      day about everything that we<br>175: 14      publish to see what the media is<br>175: 15      writing about it. That's what her<br>175: 16      job is. And part of it is to make<br>175: 17      sure that they're reporting<br>175: 18      accurately on articles that we<br>175: 19      publish, not just the Expression<br>175: 20      of Concern. This happens every<br>175: 21      day for every article. We get<br>175: 22      news updates every day. |                                                                              | V3.170  |
| 171 | 176:16-177:1  | Curfman 01/24/2006         00:00:38   01:21:09   00:19:53<br>176:16  Q  Dr. Curfman, you were quoted<br>176:17      in the Forbes article as saying you were<br>176:18      somewhere between surprised and stunned<br>176:19      that some cardiovascular data that was in<br>176:20      a presubmission draft, a draft that was<br>176:21      prepared before it was submitted to the<br>176:22      New England Journal of Medicine, had been<br>176:23      deleted before the draft was submitted.<br>176:24      Do you remember that and were you<br>177:1       accurately quoted? | Rule 611 Leading question improper<br>Dr. Curfman is an independent<br>3rd party not an adverse/hostile<br>witness | V3.171  |
| 172 | 177:10-177:24 | Curfman 01/24/2006         00:00:46   01:21:47   00:19:15<br>177:10         THE WITNESS: Well, I can<br>177:11      tell you what I was somewhere<br>177:12      between surprised and stunned<br>177:13      about, and that was the document |                                                                              | V3.172  |

Curfman G DA 1-24-06 on 5-25-06

|   |   |   |   |
|---|---|---|---|
| | 177:14 | that was presented to me for the | |
| | 177:15 | first time on November 21st, 2005, | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
| | 177:16 | Exhibit 18, among the exhibits on | |
| | 177:17 | that day, which was an internal | |
| | 177:18 | memorandum dated July 5th, 2000, | |
| | 177:19 | which contained an extensive body | |
| | 177:20 | of data on the cardiovascular | |
| | 177:21 | adverse events in VIGOR that I had | |
| | 177:22 | never seen before. And that put | |
| | 177:23 | me somewhere between surprised and | |
| | 177:24 | stunned. | |

| 173 | 179:22 - 180:4 | Curfman 01/24/2006   00:00:27   01:22:33   00:18:29 | V3 173 |
|---|---|---|---|
| | | 179:22   My question is, from your | |
| | | 179:23   review of the materials, are you aware | Rule 602 - Lack of Foundation |
| | | 179:24   that all of the data that was collected | |
| | | 180:1    in the July 2000 memorandum and including | |
| | | 180:2    the tables and the statistical analyses, | |
| | | 180:3    that all of that was communicated to the | |
| | | 180:4    FDA in the fall of 2000? | |

| 174 | 180:8 - 180:10 | Curfman 01/24/2006   00:00:05   01:23:00   00:18:02 | V3 174 |
|---|---|---|---|
| | | 180:8    THE WITNESS: Yes, I'm | |
| | | 180:9    aware that it was communicated to | |
| | | 180:10   the FDA. It was not posted by the | |

| 175 | 183:2 - 183:18 | Curfman 01/24/2006   00:00:45   01:23:05   00:17:57 | V3 175 |
|---|---|---|---|
| | | 183:2    Q. How about in the materials | |
| | | 183:3    communicating the information to the FDA, | |
| | | 183:4    was there a mention there of a | Rule 602 - Lack of Foundation |
| | | 183:5    prespecified cutoff date? | |
| | | 183:6    A. I don't recall. It's a big | |
| | | 183:7    document, and I'd have to go back through | |
| | | 183:8    it. | |
| | | 183:9    Q. How about in the FDA | |
| | | 183:10   materials prepared by people within the | |
| | | 183:11   FDA, is there an indication in the FDA | |
| | | 183:12   materials that this additional | |
| | | 183:13   information that was transmitted to them | |
| | | 183:14   in October had come in after a | |
| | | 183:15   prespecified cutoff date that was used in | |
| | | 183:16   the VIGOR study? | |
| | | 183:17   A. Well, I don't know. I don't | |
| | | 183:18   know about that. What I can tell you is | |

| 176 | 185:5 - 185:12 | Curfman 01/24/2006   00:00:24   01:23:50   00:17:12 | V3 176 |
|---|---|---|---|
| | | 185:5    Q. Did you ever look at the | Improper compound question. |
| | | 185:6    Targum memo that we talked about earlier, | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 185:7  that internal FDA memo that analyzes<br>185:8  data? Did you ever look at the Targum<br>185:9  memo to see whether it explains that that<br>185:10  information that was provided in the fall<br>185:11  of 2000 had come in after a prespecified<br>185:12  cutoff date for the VIGOR study? | | | | **Improper compound question.** | |
| 177 | **185:17 -185:19** | Curfman 01/24/2006<br>185:17  Q  Did you ever look at the<br>185:18  Targum memo to see that?<br>185:19  A.  Yes, I did. | 00:00:02 | 01.24.14 | 00:16:48 | | V3.177 |
| 178 | **192:10 -193:12** | Curfman 01/24/2006<br>192:10  Q  Let me turn to another<br>192:11  subject that is addressed in your<br>192:12  Expression of Concern, and that is<br>192:13  information that was in a draft before<br>192:14  the draft was submitted to the New<br>192:15  England Journal of Medicine, but then was<br>192:16  taken out in the draft that was submitted<br>192:17  to the New England Journal of Medicine.<br>192:18      Do you understand what topic<br>192:19  I'm talking about?<br>192:20  A.  Right<br>192:21  Q.  Now, this is not the three<br>192:22  MIs, right?<br>192:23  A.  No  This has nothing to do<br>192:24  with the three MIs<br>193:1  Q.  Okay.<br>193:2      And this has to do with a<br>193:3  table that at least the shell or the form<br>193:4  of the table was in an electronic version<br>193:5  of the manuscript that you could see that<br>193:6  it had been in the draft before it had<br>193:7  been submitted to the New England Journal<br>193:8  of Medicine, but that had been taken out<br>193:9  before the submission was actually made,<br>193:10  is that right?<br>193:11  A.  Well, that's part of the<br>193:12  story. | 00:01:21 | 01.24.16 | 00:16:46 | **Side bar - Counsel testifying.**<br><br>**Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness.** | V3 178 |
| 179 | **194:3 -194:7** | Curfman 01/24/2006<br>194.3      Am I correct that the New<br>194.4  England Journal of Medicine requested the<br>194.5  authors of the VIGOR manuscript to<br>194.6  provide an electronic version to the New<br>194.7  England Journal? | 00:00:12 | 01 25 37 | 00.15.25 | | V3 179 |

Curfman G DA 1-24-06 on 5-25-06

| 180 | 194:10 - 194:20 | Curfman 01/24/2006   00:00:17  01:25:49  00:15:13 | | V3 180 |
|---|---|---|---|---|
| | | 194: 10 | THE WITNESS: I don't know | |
| | | 194: 11 | whether we requested it or not. | |
| | | 194: 12 | They did send it. I'd have to -- | |
| | | 194: 13 | you know, you can show me a | |
| | | 194: 14 | document with a sentence in there, | |
| | | 194: 15 | but they provided the disk. | |
| | | 194: 16 | BY MR. BECK: | |
| | | 194: 17 | Q. Okay. | |
| | | 194: 18 | And they provided the disk | |
| | | 194: 19 | in August of 2000, right? | |
| | | 194: 20 | A. Yes. | |
| 181 | 194:23 - 195:4 | Curfman 01/24/2006   00:00:14  01:26:06  00:14:56 | | V3 181 |
| | | 194: 23 | Q. And when they provided you | Improper compound question. Leading. |
| | | 194: 24 | with this disk, the electronic version, | |
| | | 195: 1 | they gave it to you with a feature called | |
| | | 195: 2 | track changes that was turned on when | |
| | | 195: 3 | they gave it to you, right? | |
| | | 195: 4 | A. Yes. | |
| 182 | 195:6 - 195:18 | Curfman 01/24/2006   00:00:38  01:26:20  00:14:42 | | V3 182 |
| | | 195: 6 | And this disk, little | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
| | | 195: 7 | computer disk, had three versions of the | |
| | | 195: 8 | VIGOR manuscript on it, is that right? | |
| | | 195: 9 | A. That's correct. | |
| | | 195: 10 | Q. So that you could compare, | |
| | | 195: 11 | if you wanted to, you know, how the | |
| | | 195: 12 | versions evolved over time? | |
| | | 195: 13 | A. Yes, you could. | |
| | | 195: 14 | Q. And even within a single | |
| | | 195: 15 | version with the track changes feature | |
| | | 195: 16 | turned on, or it's sometimes called a red | |
| | | 195: 17 | lining feature, are you familiar with | |
| | | 195: 18 | that term? | |
| 183 | 195:19 - 195:23 | Curfman 01/24/2006   00:00:13  01:26:58  00:14:04 | | V3 183 |
| | | 195: 19 | A. Sure. | |
| | | 195: 20 | Q. And you can see, because the | Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party not an adverse/hostile witness. |
| | | 195: 21 | computer keeps track of any language or | |
| | | 195: 22 | tables or data that was taken out during | |
| | | 195: 23 | the drafting process; correct? | |
| 184 | 196:22 - 197:3 | Curfman 01/24/2006   00:00:18  01:27:11  00:13:51 | | V3 184 |
| | | 196: 22 | With the track changes | |
| | | 196: 23 | feature turned on, within a single | |
| | | 196: 24 | version of the manuscript you can see, | |
| | | 197: 1 | because the computer keeps track of what | |

| # | Range | Testimony | Time | Objection |
|---|---|---|---|---|
| | | 197:2 language or data is added and what | | Curfman G DA 1-24-06 on 5-25-06 |
| | | 197:3 language or data is taken out, right? | | Cont. from previous page. - Rule 611 - Leading question improper. Dr. Curfman is an independent 3rd party, not an adverse/hostile witness. |
| 185 | 197:6 - 197:6 | Curfman 01/24/2006   0   01:27:29 | | V3 185 |
| | | 197:6   THE WITNESS: Right | | |
| 186 | 201:18 - 201:24 | Curfman 01/24/2006   00:00:17   01:27:29   00:13:33 | | V3 186 |
| | | 201:18 Q And my question is, when you | | Assumes facts not in evidence |
| | | 201:19 wrote that Expression of Concern focusing | | |
| | | 201:20 on the fact that the table was taken out, | | |
| | | 201:21 did you take into account the fact that | | |
| | | 201:22 the authors showed you that when they | | |
| | | 201:23 gave you the electronic version with the | | |
| | | 201:24 track changes feature turned on? | | |
| 187 | 202:3 - 202:4 | Curfman 01/24/2006   00:00:04   01:27:46   00:13:16 | | V3 187 |
| | | 202:3   THE WITNESS: Yes. We took | | |
| | | 202:4 that into consideration. The | | |
| 188 | 204:9 - 205:4 | Curfman 01/24/2006   00:01:04   01:27:50   00:13:12 | | V3 188 |
| | | 204:9 Q. Now, even though the authors | | Improper compound question. Leading. |
| | | 204:10 gave you the electronic version with the | | |
| | | 204:11 track changes turned on back in August of | | |
| | | 204:12 2000, am I correct from your Expression | | |
| | | 204:13 of Concern that it looked like you never | | |
| | | 204:14 looked at the electronic version until | | |
| | | 204:15 sometime in the fall of 2004, is that | | |
| | | 204:16 right? | | |
| | | 204:17 A. That's right. | | |
| | | 204:18 Q. Now, did you ever tell, | | |
| | | 204:19 "you" being Dr. Curfman, covering you, | | |
| | | 204:20 personally, first, back during the | | Improper compound question. Leading. |
| | | 204:21 editorial process in 2000, when the | | |
| | | 204:22 authors gave you the electronic version | | |
| | | 204:23 with the track changes turned on, did you | | |
| | | 204:24 communicate in any way to them that you | | |
| | | 205:1 and your colleagues were not going to | | |
| | | 205:2 look at the electronic version, "you," | | |
| | | 205:3 personally, now? | | |
| | | 205:4 A. Yeah, no. | | |
| 189 | 205:15 - 206:4 | Curfman 01/24/2006   00:00:44   01:28:54   00:12:08 | | V3 189 |
| | | 205:15 Q In terms of tables in | | |
| | | 205:16 articles published in the New England | | |
| | | 205:17 Journal of Medicine, is there some kind | | |
| | | 205:18 of guideline or limit on the number of | | |
| | | 205:19 tables that are supposed to be included? | | |
| | | 205:20 A There's a guideline. | | |
| | | 205:21 There's not a limit. | | |