Curfman G DA 1-24-06 on 5-25-06

| | | | |
|---|---|---|---|
| 236: 18 | Page 1. | → | -continued |
| 236: 19 | A   Right | | from previous page |

---

| 205 | 237:4 -237:7 | Curfman 01/24/2006 | 00.00.24   01.37.17   00.03.45 | V3 205 |
|---|---|---|---|---|

237: 4      So, let's go to Page 3 of
237: 5      this exhibit, and this is an e-mail that
237: 6      you got a copy of from Caryn Sandrew on
237: 7      behalf of Dr. Drazen. Do you see that?

---

| 206 | 237:8 -237:10 | Curfman 01/24/2006 | 00.00.07   01.37.41   00.03.21 | V3 206 |
|---|---|---|---|---|

237: 8      A   Yes. I do
237: 9      Q   And it's, again, to Ms
237: 10     Prakash of NPR; right?

---

| 207 | 237:11 -237:11 | Curfman 01/24/2006 | 00.00.01   01.37.48   00.03.14 | V3 207 |
|---|---|---|---|---|

237: 11     A   Right.

---

| 208 | 239:15 -239:21 | Curfman 01/24/2006 | 00.00.16   01.37.49   00.03.13 | V3 208 |
|---|---|---|---|---|

239: 15     Q   Let's go down to the very                    No question
239: 16     bottom where he says, "It is generally
239: 17     inappropriate to mine a data set for
239: 18     endpoints that were not pre- specified in
239: 19     the research protocol."
239: 20     A   Yes. The problem is that in
239: 21     a safety study, that does not apply.

---

| 209 | 240:14 -240:21 | Curfman 01/24/2006 | 00.00.17   01.38.05   00.02.57 | V3 209 |
|---|---|---|---|---|

240: 14     Q   My focus is, he's making a                   No question
240: 15     general observation about whether it is
240: 16     appropriate or not to mine a data set for
240: 17     endpoints that were not prespecified in
240: 18     the research protocol.
240: 19     A   Except for safety endpoints.
240: 20     Q   But he doesn't say that,
240: 21     does he?

---

| 210 | 241:10 -242:13 | Curfman 01/24/2006 | 00.01.10   01.38.22   00.02.40 | V3 210 |
|---|---|---|---|---|

241: 10     Q   Does he go on to say to the              Rule 801, 802
241: 11     NPR author, "Such a fishing expedition
241: 12     can lead to misleading conclusions, both
241: 13     positive and negative"?
241: 14     A   They could, but he had never
241: 15     seen this document. And this is a
241: 16     critical document that no editor or
241: 17     physician would ever overlook, the
241: 18     importance of this document. These are
241: 19     critical safety endpoints, safety
241: 20     endpoints. And safety endpoints are
241: 21     often not prespecified in a protocol.

---

Curfman G DA 1-24-06 on 5-25-06

| | | | |
|---|---|---|---|
| 241: 22 | Q. But, in fact, when he made | | R. 602 |
| 241: 23 | that observation about how that's | | R. 611 |
| 241: 24 | inappropriate and it's a fishing | | R. 801 |
| 242: 1 | expedition, he was talking about the | | R. 802 |
| 242: 2 | safety endpoints of the VIGOR article, | | Assumes facts not in evidence |
| 242: 3 | was he not, sir? | | |
| 242: 4 | A. He was not -- he was not | | |
| 242: 5 | privy to this document | | |
| 242: 6 | Q. Was he talking about the | | |
| 242: 7 | safety endpoints of the VIGOR article | | |
| 242: 8 | when he said that "It is generally | | |
| 242: 9 | inappropriate to mine a data set for | | |
| 242: 10 | endpoints that were not pre-specified to | | |
| 242: 11 | the research protocol Such a fishing | | |
| 242: 12 | expedition can lead to misleading | | |
| 242: 13 | conclusions, both positive and negative"? | | |

| 211 | 242:17 -242:23 | Curfman 01/24/2006 | 00.00.12 | 01.39.32 | 00.01.30 | | V3.211 |
|---|---|---|---|---|---|---|---|
| | | 242: 17  A. It's not clear from this. | | | | R. 801 & 802 | |
| | | 242: 18  It's a new paragraph. | | | | Hearsay | |
| | | 242: 19  Q. The entire subject of the | | | | | |
| | | 242: 20  NPR article was the safety endpoints -- | | | | | |
| | | 242: 21  A. The words don't say that. | | | | | |
| | | 242: 22          MR. BECK No more | | | | | |
| | | 242: 23          questions | | | | | |

| 212 | 325:6 -325:7 | Curfman 01/24/2006 | 00.00.04 | 01.39.44 | 00.01.18 | | V3.212 |
|---|---|---|---|---|---|---|---|
| | | 325: 6          MR. BECK. I'm going to ask | | | Sidebar | Withdrawn by △ | |
| | | 325: 7          one question, and if it's not | | | | | |

| 213 | 325:19 -326:17 | Curfman 01/24/2006 | 00.01.11 | 01.39 48 | 00.01.14 | | V3.213 |
|---|---|---|---|---|---|---|---|
| | | 325: 19  Q. My question, whether you | | | | Argumentative | |
| | | 325: 20  choose to answer it or not, sir, is, you | | | | Improper compound question | |
| | | 325: 21  testified about various matters that you | | | | Mistates testimony | |
| | | 325: 22  said you could not understand concerning | | | | | |
| | | 325: 23  the prespecified cutoff date and the | | | | | |
| | | 325: 24  rationale for it. Did you make any | | | | | |
| | | 326: 1  effort to look at what the authors said | | | | | |
| | | 326: 2  and their response to the Expression of | | | | | |
| | | 326: 3  Concern to understand their reasoning for | | | | | |
| | | 326: 4  using the prespecified cutoff date? | | | | | |
| | | 326: 5  A. Well, we will be looking | | | | | |
| | | 326: 6  very carefully at their responses to that | | | | | |
| | | 326: 7  question to see if we learn any new | | | | | |
| | | 326: 8  information So far, as of today, we | | | | | |
| | | 326: 9  haven't learned any new information But | | | | | |
| | | 326: 10  we will be looking very, very carefully | | | | | |

Curfman G DA 1-24-06 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 326: 11 | at that crucial point to see what their | | | | |
| | | 326: 12 | response is | | | | |
| | | 326: 13 | Q.   So, in terms of your | | Asked and answered | | |
| | | 326: 14 | testimony about what you cannot | | | | |
| | | 326: 15 | understand, you haven't tried to take | | | | |
| | | 326: 16 | into account yet the responses of the | | | | |
| | | 326: 17 | authors; is that right? | | | | |
| 214 | 326:22-326:23 | Curfman 01/24/2006 | | 00:00:01 | 01.40.59 | 00.00.03 | V3.214 |
| | | 326: 22 | THE WITNESS:  You said one | | | | |
| | | 326: 23 | question. | | | | |

Play Time for this Script:   **01:41:02**

**Curfman G DA 1-24-06 on 5-25-06**

**Total time for all Scripts in this report:**    **01:41:02**