*[Handwritten note: Villaba document also relies on Merck data, so that is admission by party opponent + non-hearsay]*

```
                                   mckines.4.20.2006
 2    right?
 3         A.    This is dated about a month
 4    before -- this is dated at approval, so,
 5    this is approval.
 6         Q.    Okay.
 7               About a month later you had
 8    the launch in San Francisco, is that
 9    right?
10         A.    That's correct.


[106:11] - [107:14] 5/2/2006 McKines - 4.20.06


page 106
11         Q.    Take a look at Page 104,
12    please.  Do you see the heading
13    "Thromboembolic and Vascular Safety"?
14         A.    Yes.
15         Q.    All right.
16               I want to read the first
17    paragraph to you.  "There is a
18    theoretical concern that patients
19    chronically treated with a COX-2
20    selective inhibitor may be at a higher
21    risk for thromboembolic cardiovascular
22    adverse experiences than patients treated
23    with a COX 1/COX-2 inhibitor."  There's a
24    couple of things in there I want to
page 107
 1    explain to the jury.
 2               A COX-2 selective inhibitor.
 3    Vioxx is a COX-2 selective inhibitor,
 4    correct?
 5         A.    Yes.
 6         Q.    Now, theoretical concern,
 7    what do they say? "Higher risk for
 8    thromboembolic cardiovascular adverse
 9    experiences."  Now, is it your
10    understanding that a heart attack is one
11    type of thromboembolic cardiovascular
12    adverse experience?
13         A.    From a layman's perspective,
14    yes.


[108:24] - [110:10] 5/2/2006 McKines - 4.20.06


page 108
24         Q.    We just read the first
page 109
 1    paragraph for the jury.
 2         A.    Okay.  All right.
 3         Q.    It talks about a theoretical
 4    concern that COX-2 selective inhibitors
 5    can cause an increased risk for
 6    thromboembolic cardiovascular adverse
 7    experiences?
 8         A.    Uh-huh.
 9         Q.    You didn't know that in June
10    of 2000.  Is that your testimony?
11         A.    That's correct.
```

*[Handwritten note: Same as above ↑]*

mckines.4.20.2006

```
12       Q.     Okay.
13              Let's look at the next
14  paragraph?
15              "Most of the serious adverse
16  events observed in this NDA" -- in the
17  Vioxx NDA, and that's a new drug
18  application, correct?
19       A.     Correct.
20       Q.     -- "were of the
21  cardiovascular body system, including MI"
22  -- that's a heart attack, right?
23       A.     Uh-huh.
24       Q.     Yes?
page 110
1        A.     Yes.
2        Q.     -- "unstable angina, CVA"
3   -- is that a cerebrovascular accident?
4   You don't know if that's a stroke or not?
5        A.     I'm not sure.
6        Q.     -- "CVA and TIA." Did you
7   know that in June of 2000 that most of
8   the adverse events observed in the Vioxx
9   NDA were of the cardiovascular body
10  system including heart attack?
```

[110:14] - [110:24] 5/2/2006 McKines - 4.20.06

```
page 110
14              THE WITNESS:  As stated
15          here, it's sort of all of them
16          including MI, unstable angina,
17          CVAs and TIAs.
18  BY MR. KAUFMAN:
19       Q.     So, not just heart attacks,
20  there's a whole panoply of adverse events
21  that you see there. My question to you
22  is, did you know this in June of 2000?
23  I'm just putting this up there so the
24  jury can see it eventually, Ms. McKines.
```

[111:3] - [111:20] 5/2/2006 McKines - 4.20.06

```
page 111
3               THE WITNESS:  Is that this
4           chart in here?
5   BY MR. KAUFMAN:
6        Q.     I'm just looking at that
7   paragraph right here. "Most of the
8   serious adverse events observed in this
9   NDA were of the cardiovascular body
10  system including" heart attack, "unstable
11  angina, CVA and TIA's."  Is it your
12  testimony that you didn't know that in
13  June of 2000?
14       A.     I don't recall this. I
15  don't recall this information.
16       Q.     Okay.
17              Let's take a look at the
18  next page. Do you see where it says "In
```

*Same as above / prior pages of objections/ responses*

Page 22

```
                                           mckines.4.20.2006
19    summary"?  Do you see that portion, Ms.
20    McKines?
```

Same as above

```
[111:21] - [112:15] 5/2/2006 McKines - 4.20.06


page 111
21         A.    Yes.
22         Q.    "In summary," it says, "With
23    the available data" -- and this is in May
24    of 1999?
page 112
1          A.    Uh-huh.
2          Q.    Now you're about to start
3     selling Vioxx, correct?  Merck launched
4     Vioxx in May of 1999?
5          A.    Yes.  We got approval in May
6     of 1999.
7          Q.    Got approval.  Now, the FDA
8     is saying, "With the available data, it
9     is impossible to answer with complete
10    certainty whether the risk of
11    cardiovascular and thromboembolic events
12    is increased in patients on rofecoxib."
13    It's impossible to answer that question.
14    In May of 1999, do you think that's a
15    pretty important question?


[112:19] - [113:1] 5/2/2006 McKines - 4.20.06


page 112
19              THE WITNESS:  Certainty.  I
20         was going to say that.  But the
21         FDA approved it.
22    BY MR. KAUFMAN:
23         Q.    I'm not asking you if the
24    FDA approved it.  I'm asking you if
page 113
1     that's an important question to answer.


[113:4] - [113:15] 5/2/2006 McKines - 4.20.06


page 113
4               THE WITNESS:  And they state
5          that "A larger database will be
6          needed to answer this question and
7          other safety comparison
8          questions."
9     BY MR. KAUFMAN:
10         Q.    That's more from the
11    document.
12         A.    Yes.
13         Q.    The question is, do you
14    think that's an important question to
15    answer?


[113:18] - [114:1] 5/2/2006 McKines - 4.20.06
```

mckines.4.20.2006

```
page 113
18                    THE WITNESS:  Again, I'm not
19           a scientist.  I don't know how to
20           interpret this.  I've never seen
21           the document.  This is the FDA
22           reviewer.
23      BY MR. KAUFMAN:
24           Q.    So, you don't know if that's
page 114
1     an important question to answer or not?
```

Same as above

[114:20] - [115:14] 5/2/2006 McKines - 4.20.06

```
page 114
20           Q.    Whether Vioxx increases the
21     risk.
22           A.    And I think they go on to
23     say that -- they say it is -- it's
24     important getting a larger database that
page 115
1     was needed to answer the question.
2           Q.    Okay.
3                 So, you agree that's an
4     important question to answer?
5           A.    I would assume that there'd
6     be -- according to what the FDA here
7     says, and I'd agree with them and agree
8     with the scientists, from a layperson's
9     perspective, the scientist says, yeah,
10     you know what, it needs to be answered.
11          Q.    Okay.
12                But that's not the question
13     that you wanted answered a month later in
14     June of 1999, is it?
```

[115:17] - [116:4] 5/2/2006 McKines - 4.20.06

```
page 115
17                    THE WITNESS:  I don't
18           understand what you're asking me.
19      BY MR. KAUFMAN:
20           Q.    Well, okay.  I'm going to
21     give you some -- I'm going to give you an
22     explanation.  The question that you
23     wanted answered in June of 1999 a month
24      after the FDA poses this very important
page 116
1     question about whether or not Vioxx can
2     cause a heart attack, the question you
3     want answered is how much of this stuff
4     are we going to sell.  Isn't that right?
```

[117:3] - [117:9] 5/2/2006 McKines - 4.20.06

page 117

```
                              mckines.4.20.2006
3               THE WITNESS:  There were
4          many questions we had around
5          Vioxx.  We had questions on what
6          the label would be like.  We had
7          questions around what the
8          indications are.  We had a lot of
9          questions around that.


[118:7] - [118:15] 5/2/2006 McKines - 4.20.06


page 118
7            Q.    Do you remember -- do you
8       remember the launch of Vioxx in San
9       Francisco?
10           A.    Absolutely, yes.
11           Q.    You attended the launch;
12      correct?
13           A.    Correct.
14           Q.    You gave a speech, correct?
15           A.    Yes.


[118:24] - [119:12] 5/2/2006 McKines - 4.20.06


page 118
24           Q.    Is that you?
page 119
1            A.    Yes.
2            Q.    Do you have any reason to
3       think that this is not you at the Vioxx
4       launch in San Francisco, June of 1999?
5            A.    Not at all.
6            Q.    Okay.
7            A.    That's me.
8            Q.    Now, I'm going to ask the
9       videotaped Ms. McKines to tell the jury
10      what the most important question was.
11      We'll see if the answer is similar to the
12      one that you gave us here live.


[119:21] - [119:23] 5/2/2006 McKines - 4.20.06


page 119
21                 "But more importantly, how
22            much of this are we going to
23            sell?")


[121:9] - [122:2] 5/2/2006 McKines - 4.20.06


page 121
9            Q.    Was that an important
10      question to answer in June of 1999, how
11      much of this stuff are we going to sell?
12           A.    No, it wasn't.  And I don't
13      think that was the context of my speech.
14           Q.    Really.
```

Handwritten margin note:

Δ obj. = 402/403 - irrelevant b/c no evidence reps that called on π's doctors saw this video / attended event or affected their interactions with his doctors

π resp = this testimony relates to a video that was played @ the launch party for Vioxx, attended by the Vioxx sales force @ that time; to say this didn't affect reps' interactions w/ π's doctors is absurd; this was the national, integrated marketing strategy that informed + educated all reps how to sell Vioxx; also relevant to credibility, impeachment of witness, motive of Merck ✓

```
                                mckines.4.20.2006
15        A.    It doesn't say the most
16   important question is how much are we
17   going to sell.
18        Q.    No.  I didn't ask you most
19   important.  That wasn't an important
20   question that you wanted answered in June
21   of 1999, how much of this stuff are we
22   going to sell?
23        A.    No.  I would not
24   characterize that as my testimony at the
page 122
1    launch meeting, my speech at the launch
2    meeting.


[140:7] - [140:11] 5/2/2006 McKines - 4.20.06


page 140
7         Q.    Ms. McKines, I'm going to
8    look at some more information you got
9    back in 2000 about Vioxx and risks of
10   heart attacks.  Okay?
11        A.    Okay.


[140:12] - [140:13] 5/2/2006 McKines - 4.20.06


page 140
12              MR. KAUFMAN:  Let's look at
13        CM 21, please.


[141:1] - [141:10] 5/2/2006 McKines - 4.20.06


page 141
1         Q.    Now, at the top, and you'll
2    get some time to look at it, but at the
3    top we have another e-mail from Jefferey
4    Niekelski, correct?
5         A.    Correct.
6         Q.    In March of 2000, correct?
7         A.    Yes.
8         Q.    And this was sent to you.
9    Do you see your name?
10        A.    Yes.


[141:12] - [141:16] 5/2/2006 McKines - 4.20.06


page 141
12              Now, earlier you had
13   testified that you were unaware of the
14   issue of Merck spinning the results of
15   VIGOR for Wall Street analysts.  Isn't
16   that right?


[141:19] - [141:20] 5/2/2006 McKines - 4.20.06
```

Handwritten annotations:
- "see prior pg." (pointing to top block)
- "Δ = 802 re: doc, 402/403"
- "π resp = not hearsay - admission/ adoptive admission by party opponent, state of mind, effect on the listener, business record exception, relevant to failure to warn / negligence claims"
- "Δ = same plus foundation re: 'spinning'"
- "π = same plus testimony calls for witness' personal knowledge, this issue discussed previously in testimony where foundation established"

```
                              mckines.4.20.2006
page 141
19                 THE WITNESS:  That's
20          correct.


[146:19] - [147:13] 5/2/2006 McKines - 4.20.06


page 146
19                        Let's take a look at point
20     number 5.  Tell me if you can answer this
21     question:
22                        "Is the purpose of Merck's
23     press release to 'cloak' bad news (Vioxx
24     cardiovascular side effects) with good
page 147
1      news (narrowing Celebrex lead to the GI
2      label upgrade)?"  Is that what Merck
3      would do?  Would they cloak bad news with
4      good news?
5           A.    No.  In my experience with
6      Merck, we never -- all our press releases
7      are balanced.  We never cloak -- I don't
8      know what the word "cloak" means.  I
9      don't understand what this question is
10     "narrowing Celebrex lead to the GI label
11     upgrade."  I don't know what that is --
12          Q.    You don't know about --
13          A.    -- what that means.


[149:3] - [149:6] 5/2/2006 McKines - 4.20.06


page 149
3           Q.    How about rumors on Wall
4      Street that Vioxx hid data about side
5      effects, were you aware of those back in
6      March of 2000?


[149:9] - [149:11] 5/2/2006 McKines - 4.20.06


page 149
9                 THE WITNESS:  I'm not aware
10          of hiding any data around side
11          effects.


[149:13] - [150:2] 5/2/2006 McKines - 4.20.06


page 149
13          Q.    Let's take a look at this
14     article that was sent to you, March 28,
15     2000.  Go to Page 4.  I don't think there
16     are page numbers, but it's the fourth
17     page.  You're going to see a headline
18     "VIGOR Suggests Vioxx Has Side Effect
19     Issues."  Do you see that?
20          A.    Yes, I see that.
                                      Page 27
```

Handwritten annotations (right margin):

Δ = same as above (except no objection based upon lack of foundation)

π = same as previous

```
                              mckines.4.20.2006
21        Q.   Okay.
22             Let's take a look at that
23   first paragraph in an article that was
24   sent to you.  There isn't any question
page 150
1    about that, correct?
2         A.   That's correct.
```

*Same as above*

```
[150:3] - [151:22] 5/2/2006 McKines - 4.20.06

page 150
3         Q.   "Vioxx has been associated
4    with side effects at high doses (50
5    milligrams/day or more) -- hypertension,
6    edema, GI effects.  These dose-dependent
7    side effects have been a latent concern
8    surrounding the long-term sales potential
9    of Vioxx.  Investors have largely
10   forgotten about these side effect issues,
11   because Merck has done a masterful job of
12   minimizing references to these side
13   effects on the drug's label and the Vioxx
14   launch exceeded the most optimistic Wall
15   Street forecasts."
16             Now, was that news to you
17   back in March of 2000 that there were
18   people out there who thought that Merck
19   was -- or had done "a masterful job of
20   minimizing references to side effects"?
21        A.   I would not characterize
22   that.  We've always been very up front in
23   all of our sales aids around
24   hypertension, edema and GI.  It's
page 151
1    featured very prominently in all of our
2    sales aids.  I don't think we've hidden
3    any -- I would not characterize it as
4    hiding anything.  It's very prominent.
5         Q.   And yet in March of 2000,
6    you're getting stories that say just
7    that.  Didn't that concern you back in
8    March of 2000?
9         A.   Again, I don't recall having
10   these concerns in March 2000, but I know
11   that since we have launched Vioxx, since
12   we marketed Vioxx, we have always been
13   very up front around hypertension, edema
14   and GI.  We've never hid any of that.
15   That is clearly -- it's in our label, and
16   it's very -- featured very prominently in
17   all of our sales aids.
18        Q.   Okay.
19             Now this guy obviously
20   thinks different, correct?
21        A.   And that's his prerogative.
22   I disagree with that.

[172:23] - [173:23] 5/2/2006 McKines - 4.20.06
```

mckines.4.20.2006

```
page 172
23            Q.    Ms. McKines, isn't it true
24    that you've testified before that if
page 173
1     there was information showing that Vioxx
2     increased the risk of heart attacks while
3     Vioxx was still on the market, that you
4     would have wanted to know that
5     information?
6             A.    If there were information
7     available, I would -- and I needed to
8     know that, I think I would have known
9     that.
10            Q.    Ms. McKines, haven't we just
11    seen a number of documents that we know
12    you received that talked about the risk
13    of Vioxx and heart attacks?
14            A.    Yes.  And, again, as I
15    stated, I don't recall these documents.
16            Q.    In truth, Ms. McKines, you
17    received information about Vioxx and its
18    risks, and you didn't do anything.  Isn't
19    that right?
20            A.    I do not recall receiving
21    these documents.
22            Q.    But there's no question that
23    you received them, is there?
```

[174:2] - [174:5] 5/2/2006 McKines - 4.20.06

```
page 174
2                 THE WITNESS:  Again, I don't
3     recall receiving them.  I'm copied
4     on the e-mails, but I do not
5     recall receiving the documents.
```

[189:1] - [189:20] 5/2/2006 McKines - 4.20.06

```
page 189
1     taken off the market.  I want to talk
2     about when you were executive director of
3     marketing for Vioxx.  You or people under
4     you were in charge of something called
5     advocate development, correct?
6             A.    Correct.
7             Q.    Okay.
8                   Did you also participate in
9     the formulation of what are called profit
10    plans?
11            A.    Yes, uh-huh.
12            Q.    Okay.
13                  Now, your testimony -- and I
14    just want to clarify this.  Your
15    testimony in your first deposition was
16    that you participated in profit planning
17    up to the 2000 profit plan, but you don't
18    recall participating in the 2001 profit
19    plan; is that correct?
20            A.    That's correct.
```

Handwritten annotations (right margin):

Δ = 802 questions based on 2 financial reports, 402/403

π = Same as all prior responses

these documents are not hearsay, are adoptive admissions by party opponent, business record exception, go to notice/state of mind/effect on the listener, relevant to failure to warn, credibility/impeachment of witness, not hearsay - testimony re: witness' personal knowledge

mckines.4.20.2006

[194:10] 5/2/2006 McKines - 4.20.06

Note:

page 194
10                    Let's look at CM 9.

[194:20] - [194:22] 5/2/2006 McKines - 4.20.06

page 194
20          Q.    We're going to talk about
21     advocate development.  Okay?
22          A.    Okay.

[195:2] - [195:5] 5/2/2006 McKines - 4.20.06

page 195
2                    Do you see it says -- the
3     very first page says "Year 2000 Advocate
4     Plan for Merck Coxibs."  Do you see that?
5          A.    Yes.

[195:17] - [195:24] 5/2/2006 McKines - 4.20.06

page 195
17          Q.    Do you see this flowchart or
18     team chart we've got?
19          A.    Uh-huh.
20          Q.    And you're at the top?
21          A.    Uh-huh.
22          Q.    Yes?
23          A.    Yes.  I'm sorry.  I can't
24     keep saying uh-huh.

[197:7] - [197:21] 5/2/2006 McKines - 4.20.06

page 197
7           Q.    This is the advocate
8      development team at the time?
9           A.    This is the entire marketing
10     team.
11          Q.    Okay.
12                It's the entire marketing
13     team.  Now, within that team, you had
14     some people who work on advocate
15     development, correct?
16          A.    Yes.
17          Q.    Okay.
18                And on the marketing team,
19     according to this chart, the buck stops