mckines.4.20.2006

*please see previous page*

```
12        Q.    Okay.
13              "Leo, Attached it's the
14   background information that you requested
15   on Dr. Welton."
16              Patti is not spying on Dr.
17   Whelton?
```

[280:21] - [281:15] 5/2/2006 McKines - 4.20.06

```
page 280
21              THE WITNESS:  I would not
22        characterize any of this as spying
23        on a physician.
24   BY MR. KAUFMAN:
page 281
1         Q.    Okay.
2               Now, Leo Mendez, who you
3    just told the jury doesn't work for you,
4    forwards this e-mail about two hours
5    later to you, Carolyn Yarbrough, Susan
6    Baumgartner.  Do you see that?
7         A.    Yes.
8         Q.    And he says, "I recommend we
9    use Dr L Sherwood with Dr. Welton -- I
10   think he is concerned about his
11   reputation and credibility."
12              What does Leo mean?  I mean,
13   are you going -- is Merck going to
14   sabotage Dr. Whelton's reputation and
15   credibility?
```

[281:19] - [282:23] 5/2/2006 McKines - 4.20.06

```
page 281
19              THE WITNESS:  I don't know
20        what Leo means, but I do not
21        believe in any way that it would
22        be as you characterized,
23        sabotaging his reputation and
24        credibility.  I don't know what
page 282
1    Leo means by this, but I don't
2    think that's what he would be
3    recommending.
4    BY MR. KAUFMAN:
5         Q.    Well, you got an e-mail
6    labeled high importance, you, Susan
7    Baumgartner, Caroline Yarbrough, two
8    people who worked directly under you,
9    from Leo saying, "I recommend we use Dr.
10   Sherwood with Dr. Welton -- I think he is
11   concerned about his reputation and
12   credibility."  You just told the jury you
13   don't have any idea what Leo was talking
14   about.
15              Back in August of 1999, did
16   you write to Leo, I mean, what the heck
17   do you mean "his reputation and
18   credibility"?
                              Page 51
```

mckines.4.20.2006

```
19            A.    No, I did not.
20            Q.    And you can't tell the jury
21    what that means?
22            A.    I don't know what that
23    means.
```

[283:4] - [283:6] 5/2/2006 McKines - 4.20.06

```
page 283
4                    Well, let's go on.  On the
5     bottom of the first page, there's an
6     e-mail from Patrick Counihan.  Maybe
```

[283:11] - [284:9] 5/2/2006 McKines - 4.20.06

```
page 283
11                   And he writes to Bill
12    McBride and Brian Hallock, "Bill,
13    Yesterday we talked about RMD priorities
14    relative to Vioxx."
15                   What are the RMD priorities?
16            A.    RMD is regional medical
17    director.
18            Q.    Okay.
19                   "This one," Dr. Andrew
20    Whelton, "goes to the top of the list!"
21                   Do you know what that means?
22            A.    No.
23            Q.    Do you remember Dr. Andrew
24    Whelton?
page 284
1             A.    I do remember Dr. Whelton.
2             Q.    Do you know that he was a
3     professor at Johns Hopkins University?
4             A.    I can't recall where he was,
5     but I do remember Dr. Whelton.
6             Q.    Do you remember him being a
7     thorn in your side when you were the
8     executive director for marketing for
9     Vioxx?
```

[284:12] - [284:14] 5/2/2006 McKines - 4.20.06

```
page 284
12                   THE WITNESS:  I would not
13            characterize Dr. Whelton as a
14            thorn in my side.
```

[284:19] - [286:19] 5/2/2006 McKines - 4.20.06

```
page 284
19                   Well, let's look further up.
20    Here's another e-mail from Leo, and he
21    copies you, August 30, 1999.  "I suggest
22    that we get Dr. Lou Sherwood involved
```
Page 52

Δ objection: 402, 403

π response: Relevant to
show Merck was trying
to suppress truth re Vioxx
CV safety by neutralizing
doctors like Whelton

*Please see previous page*

```
                              mckines.4.20.2006
23    ASAP.  This is a top priority at this
24    time.  He needs to have a strong message
page 285
1     delivered to him by Dr. Sherwood like the
2     one sent to Lee Simon."
3              What kind of strong message
4     is Dr. Sherwood going to send?
5         A.    Again, I'm not aware of the
6     strong message he'd send or the message
7     he sent to Lee Simon.
8         Q.    You're not?
9         A.    No.
10        Q.    Do you remember getting this
11    e-mail August 30th, 1999?
12        A.    I'm sure I received the
13    e-mail.  I do not recall this e-mail.
14        Q.    How about the e-mail on the
15    second page that Leo sent out, August
16    23rd, 1999, sent only to you, Carolyn and
17    Susan Baumgartner.  Do you recall getting
18    that e-mail where he says that Dr.
19    Whelton is concerned about his reputation
20    and credibility?
21        A.    Again, I'm sure I received
22    this, but I, again, don't recall
23    receiving the e-mail.
24        Q.    Do you recall what you did
page 286
1     when you received these e-mails?
2         A.    I don't recall receiving the
3     e-mail.  But I have no doubt that
4     everyone on my team acted ethically.  No
5     one strove out to discredit anyone, and
6     no one set out to ruin anyone's
7     reputation or credibility.
8         Q.    Everybody?  Everybody on
9     your team acted ethically?  That's your
10    testimony to the jury?
11        A.    Yes, absolutely.  I believe
12    everyone on my team did the right thing,
13    followed Merck's policies and procedures
14    in dealing with anyone.
15        Q.    And you don't recall what
16    you did when you got these e-mails from
17    Leo Mendez about Dr. Whelton?
18        A.    I do not recall receiving
19    the e-mails.
```

[286:20] 5/2/2006 McKines - 4.20.06

```
page 286
20        Q.    Let's take a look at 1.1260.
```

[287:24] - [289:10] 5/2/2006 McKines - 4.20.06

```
page 287
24        Q.    Everybody on your team acted
page 288
1     ethically.  Is that your testimony?
```

Page 53

Δ objection : 402, 403

Π response : Relevant to show that Merck was trying to suppress the truth re Vioxx CV safety by discrediting physicians like Whelton who believed Vioxx caused incidences of edema/hypertension + putting them on "bad guys" list

*please see previous page*

                                        mckines.4.20.2006
2        A.    Yes.  Uh-huh.  Absolutely.
3        Q.    You don't know what you did
4   when you got the e-mails from Leo Mendez
5   saying that Dr. Whelton needed a strong
6   message sent to him by Dr. Sherwood?  You
7   can't remember?
8        A.    I don't recall receiving the
9   e-mails.
10       Q.    The truth is, you dealt with
11  Dr. Whelton, didn't you?
12       A.    No, I don't recall having
13  conversations with Dr. Whelton.
14       Q.    I didn't say you had
15  conversations with him.  You addressed
16  the issue, correct?
17       A.    I don't recall that.
18       Q.    Let's take a look at the
19  e-mail that you wrote after Leo sent his.
20       A.    Uh-huh.
21       Q.    At the middle of this page
22  you see, again, the e-mail from Leo
23  Mendez, August 23rd, 1999, "I recommend
24  we use Dr L Sherwood with Dr Welton -- I
page 289
1   think he is concerned about his
2   reputation and credibility.  Leo."
3        Q.    Do you see that e-mail?
4        A.    Yes, uh-huh.
5        Q.    And you responded to Susan
6   Baumgartner that same day, later that
7   afternoon, and said what about Dr.
8   Whelton?
9        A.    It says here, "For bad guys
10  list."


[289:11] - [290:14] 5/2/2006 McKines - 4.20.06


page 289
11       Q.    Dr. Andrew Whelton's name is
12  being sent to Susan Baumgartner for the
13  bad guys list?
14       A.    Yeah.  And I -- you know,
15  looking at this, this was sort of said in
16  jest.  There's no official bad guys list.
17  This was just, you know, a comment I made
18  off the top of my head, but in no way
19  does it imply that there's anything
20  negative or anything concerning about Dr.
21  Whelton.
22       Q.    I just asked you, and you
23  just answered under oath and to the jury
24  about the term "problem physicians."  You
page 290
1   said no one at Merck ever should have
2   used that phrase.
3        A.    Right.
4        Q.    And you would never use a
5   phrase like that.  Correct?
6        A.    That's correct.  I do not
7   believe that any of our physicians are
8   problem physicians.
                                        Page 54

*Please see p. 53 for objection and response*

mckines.4.20.2006

```
 9          Q.     And yet, at the same point
10   in time, in August of 1999, in relation
11   to Dr. Andrew Whelton, you told Susan
12   Baumgartner to put him on the bad guys
13   list, right?  Yes or no?
14          A.     That's as it's stated here.
```

[290:15] - [290:24] 5/2/2006 McKines - 4.20.06

```
page 290
15          Q.     Okay.
16                 But now in the presence of
17   the jury after all of this stuff comes to
18   light, despite Leo Mendez's attempt that
19   it not come to light, now you want to
20   change your tune and say that that
21   doesn't have a bad connotation.  Tell me,
22   is there some interpretation or meaning
23   of "bad guys" that I and the jury don't
24   understand?
```

[291:3] - [294:16] 5/2/2006 McKines - 4.20.06

```
page 291
 3              THE WITNESS:  I do not
 4      believe -- I mean, I think this
 5      was in jest.  This was not
 6      anything derogatory nor an attempt
 7      to discredit Dr. Whelton.  This is
 8      something -- just a flip response
 9      that I had.
10   BY MR. KAUFMAN:
11          Q.     So, you have a doctor,
12   Andrew Whelton --
13          A.     Who I respect very much.
14          Q.     -- who's in the press saying
15   that Vioxx has problems with edema and
16   hypertension, right?
17          A.     And that's consistent with
18   our label.
19          Q.     He was in the press saying
20   those things, correct?
21          A.     Correct.
22          Q.     Leo Mendez is writing
23   e-mails to you and Susan Baumgartner,
24   high importance e-mails saying we need to
page 292
 1   send a strong message to Dr. Whelton,
 2   correct?
 3          A.     That as the e-mails are
 4   stated here.
 5          Q.     And then you tell Susan
 6   Baumgartner to put Andrew Whelton on the
 7   bad guys list, and you expect the jury to
 8   believe that that doesn't have a negative
 9   connotation?
10          A.     As I wrote here around "bad
11   guys list," there's no negative
12   connotation.  There was nothing negative,
                                   Page 55
```

mckines.4.20.2006

*please see page 53 for Objection and response*

```
13   there's no attempt to discredit Dr.
14   Whelton.  This was, again, just a flip
15   response I had to this.
16          Q.    And there was no attempt to
17   discredit Dr. McMillen either, was there?
18          A.    I am not aware of any
19   attempt to discredit Dr. Whelton, Dr.
20   McMillen or any other physicians, for
21   that matter.
22          Q.    So, let's -- I want to run
23   down the list, before we take a break, of
24   all the documents that the jury needs to
page 293
1    go in the jury room and totally
2    disregard, because even though they were
3    written by people at Merck, they don't
4    mean anything.
5              Problem physicians --
6              MS. FULTON:  Object to the
7    form of the question.
8              MR. KAUFMAN:  Let me ask the
9    question.
10   BY MR. KAUFMAN:
11          Q.    Problem physicians, Susan
12   Baumgartner's term that Leo says take it
13   out just in case, that doesn't mean
14   anything according to Susan Baumgartner,
15   right?  Right?
16          A.    I can't respond for Susan
17   Baumgartner, but clearly there's no such
18   thing as problem physicians in my mind,
19   or any of our physicians that we had.
20          Q.    Right.
21              Even though it appears in
22   the documents a few times.
23              All of those references to
24   discrediting Dr. McMillen, that doesn't
page 294
1    mean anything according to Charlotte
2    McKines, right?
3          A.    There were no attempts to --
4    I don't think there were any attempts to
5    discredit any physician.
6          Q.    And "bad guys," that's just
7    a joke, and the jury needs to understand
8    that because, you know, a less
9    well-informed person could read that and
10   think that you wanted to put Dr. Whelton
11   on a real bad guys list, right?
12          A.    Again, the "bad guys" is --
13   I would not characterize that.  It was a
14   flippant comment, and there's no "bad
15   guys" list.  I have a lot of respect for
16   Dr. Whelton.
```

[296:14] - [297:5] 5/2/2006 McKines - 4.20.06

```
page 296
14          Q.    You remember the disc jockey
15   in Cleveland named Alan Freed?
16          A.    No.
```

Ⅰ Objection : lack of foundation/ argumentative

Ⅱ response : foundation for questions regarding prescriptions

Page 56

mckines.4.20.2006

```
17        Q.    Okay.                          see previous page
18              He coined the phrase rock
19     and roll.
20        A.    Oh, okay.
21        Q.    Anyway, he got in some
22     trouble because record companies would
23     pay him money to play their songs, and so
24     there was a scandal.  It was called the
page 297
1     Payola scandal.
2               Did you guys at Merck have
3     any kind of problems with a scandal like
4     that when it came to advocate
5     development?
```

[297:9] - [298:3] 5/2/2006 McKines - 4.20.06

```
page 297
9         Q.    Let me put it into context
10     for you.
11              Did you pay doctors to write
12     prescriptions?
13        A.    No.  We never paid
14     physicians to write prescriptions.
15        Q.    Okay.
16              But did you ever give
17     doctors money with a nod and a wink and
18     say, we'll give you $1,500 to give a talk
19     about Vioxx, but really the understanding
20     was this doctor is now going to write
21     prescriptions for Vioxx?
22        A.    No.  We'd compensate
23     physicians for their services.  We do not
24     pay physicians to prescribe Vioxx.
page 298
1         Q.    Okay.
2               Let's take a look at Exhibit
3     30.  You might have it.  We're going to
```

[298:11] - [298:17] 5/2/2006 McKines - 4.20.06

Δ objection 402, 403
π response - withdrawn

```
page 298
11        Q.    Okay.  You've got Exhibit 30
12     in there somewhere.  It's a one-page
13     document, interesting.  It's the problem
14     physicians document with -- to Leo
15     Mendez.
16        A.    This one?  It's 030 at the
17     bottom?
```

[298:19] - [299:10] 5/2/2006 McKines - 4.20.06

```
page 298
19        Q.    I don't want to look at the
20     problem physicians anymore.  I want to
21     look at Susan's e-mail that she sent to
22     Leo and to you and some other people.
                                    Page 57
```

Δ objection 402, 403, 802, lawyer
comments
π response: Plaintiff will
remove 298:19-23
As to remainder, relevant to
show Merck was trying to suppress
truth re Vioxx CV safety by
neutralizing physicians. Non hearsay
as admission by party opponent. Business
record.

mckines.4.20.2006

```
23      Okay?
24                "As we discussed, attached
page 299
 1  is a list of 'problem' physicians that we
 2  must, at a minimum, neutralize."  Then
 3  she says, "We have many opportunities to
 4  get these individuals involved, including
 5  but not limited to the following (some of
 6  which are just ideas right now)."  And I
 7  just want to talk about a few of these.
 8                But do you see the third
 9  bullet point, "Grants/HEL Programs"?
10      A.    Yes.
```

*Please see previous page*

[300:5] - [300:22] 5/2/2006 McKines - 4.20.06

```
page 300
 5                Now, it says, "HEL
 6  Programs."  What does HEL stand for?
 7      A.    I believe it was -- I can't
 8  recall what it means anymore, what the
 9  letters -- health education liaison, I
10  believe, but I'm not quite recalling what
11  it is, but...
12      Q.    Can you describe what HEL is
13  to the jury?
14                MS. FULTON:  I object to the
15            form.
16                MR. KAUFMAN:  That's the
17            best question I ever asked.
18            Welcome to hell, Ms. McKines.  I'm
19            only kidding.
20  BY MR. KAUFMAN:
21      Q.    Can you describe what the
22  HEL program is to the jury?
```

*Λ objection : 402, 403, 802, lawyer colloquy.*
*π response : π will remove 300 : 12-19. As to the remainder, please see previous response.*

[300:23] - [301:16] 5/2/2006 McKines - 4.20.06

```
page 300
23      A.    HEL were educational
24  programs whereby we had physicians who
page 301
 1  were pretty well respected and they were
 2  physicians that other physicians wanted
 3  to hear from.  And they would be -- I
 4  think I recall HEL, I think that's what
 5  it was, it would be sort of speaking
 6  engagements that physicians would do and
 7  communicating the science and sharing the
 8  science around COX-2s, Vioxx or whatever
 9  the topic was.
10      Q.    Okay.
11                Now, you had, and we're
12  going to see in some profit plans, that
13  Merck set aside a lot of money for these
14  HEL programs.  Where did that money -- I
15  mean, what was that money for?
16      A.    Well --
```

mckines.4.20.2006

[301:19] - [303:6] 5/2/2006 McKines - 4.20.06


page 301
19              THE WITNESS:   -- the money
20          for the HEL programs -- remember,
21          this market was very large.  Many
22          physicians out there who prescribe
23          products for pain, many physicians
24          who wanted to -- who were
page 302
1           specialists.  So, the money went
2           to funding some of those programs,
3           again, compensating physicians for
4           their time with those programs.
5   BY MR. KAUFMAN:
6              Q.    So, would you do something
7   like this?  Would you get a top
8   rheumatologist in a city who had
9   prescribed a lot of Vioxx and knew the
10  label well, would you have him give a
11  talk and have ten physicians attend and
12  then everybody would get paid out of the
13  HEL funds?
14             A.    No.  So, the way this worked
15  is there would be a rheumatologist.
16  Again, we would select those speakers
17  based on a group of individuals.  Say we
18  really respect this person, really
19  respect their experience, we want them to
20  share their experience with us consistent
21  with the label.  So, they'd share that.
22  And we would compensate the speakers for
23  their time.
24             Q.    Wouldn't you also compensate
page 303
1   the doctors who showed up?  Wouldn't they
2   get $500 to show up and listen and
3   critique?
4              A.    That's not what I -- that's
5   not my understanding and recollection of
6   a HEL program.


[303:13] - [303:14] 5/2/2006 McKines - 4.20.06


page 303
13             MR. KAUFMAN:  Let's look at
14          Exhibit 34.  You have this one as


[304:2] - [304:24] 5/2/2006 McKines - 4.20.06


page 304
2              Now, in the middle of the
3   page -- well, more towards the top than
4   the middle, there's an e-mail from Susan
5   Baumgartner to, it looks like the
6   advocate development team.  You've got
7   people like Bruce Lesser and Carolyn
                                Page 59

Δ objection: 402, 403, 802
π response. Nonhearsay as an
admission by party opponent.
Business record exception.
Relevant to show that Merck
was seeking to suppress truth
re CV safety of Vioxx from doctors
+ the public

mckines.4.20.2006

*please see previous page*

8   Yarbrough.  You recognize those people as
9   members of the advocate development team,
10  correct, back in April of 1999?
11              A.    These were members who were
12  associated with Vioxx.  I don't recall
13  Dave -- Bob McKenna and Timothy Baker.  I
14  don't recall those names.
15              Q.    Okay.
16              Well, let's look at this
17  e-mail.  In the middle of the e-mail,
18  Susan writes, "Our objective is to find
19  the top physicians in each of your
20  regions in need of additional attention
21  from Merck and to put in place a plan for
22  addressing their needs."  Do you know
23  what Susan means by that?  What is
24  "additional attention from Merck"?


[305:13] - [306:13] 5/2/2006 McKines - 4.20.06


page 305
13              THE WITNESS:  No.  I'm
14         unsure what Susan means by that.
15         But I just -- you know, I assume
16         that it means that these are
17         physicians who, for whatever
18         reason, needed additional
19         information from Merck, had some
20         additional questions from Merck
21         based on feedback we had heard
22         around them.
23  BY MR. KAUFMAN:
24              Q.    Well, let's agree, because
page 306
1   the jury just heard that answer.  You
2   said, "I don't know," and then you
3   speculated.  That's just speculation,
4   right?  Your answer was just speculation,
5   correct?
6              A.    Well, I would assume that
7   given what I know about advocate
8   development, that that would probably be
9   the answer, that they --
10             Q.    But you said you don't know,
11  right?  Let's not speculate.
12             A.    I'm not sure what Susan
13  meant by this.


[307:18] 5/2/2006 McKines - 4.20.06


page 307
18              Let's take a look at CM 7.

Δ objection: 402, 403
π response: Profit plan relevant
to show Merck's motives for
failing to warn regarding CV
safety in order to maximize
sales of drug.

[308:4] - [309:6] 5/2/2006 McKines - 4.20.06


page 308
4              Q.    The title is