UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

### Notice of Filing Deposition Testimony of Charlotte McKines and Responses to Merck's General Objections to the Testimony of this Witness

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following deposition testimony of Charlotte McKines for the Court's consideration and pre-trial rulings:

1. Plaintiff's Affirmative Designations with Defendant's Objections and Plaintiff's Responses.

2. Defendant's Counter-Designations with Plaintiff's Objections.

Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to offer any deposition testimony of Charlotte McKines designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

Plaintiff also responds to Merck's general objections to Plaintiff's Affirmative Deposition Designations for Susan Baumgartner as follows:

1) Merck claims that a hearsay document written by a financial analyst was used with this witness. As explained in detail in Plaintiff's responses to defendant's objections to our affirmative designations, this document is not hearsay. It was originally authored by a third party financial analyst, but then was forwarded along to various Merck employees via e-mail.

This document is an adoptive admission by Merck and falls within the business records exception. Further, this document is not being used for the truth of the matter asserted, but rather to show notice to Merck, state of mind, and effect on the listener. Moreover, the testimony around this document calls for the witness' personal knowledge.

2) Merck claims that questions about doctors that did not treat Mr. Barnett are irrelevant, cumulative, and prejudicial. Plaintiff responds that this testimony relates to Merck's national, integrated sales and marketing strategy and, therefore, relates to all Plaintiff's, including Mr. Barnett. That strategy included squelching any sort of negative information about Vioxx and attacking doctors that had anything unfavorable to say about the drug. This information is relevant to the failure to warn and negligence claims.

3) Merck also claims that testimony about profit plans are irrelevant and prejudicial in the compensatory phase of the trial. This issue is the subject of a currently pending Motion in Limine brought by Merck. Plaintiff has set forth his detailed position in his Objection to that motion. Plaintiff responds here simply that the profits and sales of Vioxx are highly relevant at all phases of the trial as they relate directly to the failure to warn and negligence claims as well as to the plausibility of Merck's proffered defenses. This evidence illustrates Merck's motive to sell Vioxx, to hide the true CV risks of the drug, and the credibility of Merck/this witness.

DATED: June 23, 2006                                        Respectfully submitted,

                                                       By: _____
                                                       **Mark P. Robinson, Jr.**
                                                       Kevin F. Calcagnie
                                                       Carlos A. Prietto, III
                                                       Ted B. Wacker
                                                       Lexi W. Myer

ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343 (telephone)

**Donald C. Arbitblit**
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California   94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

**Counsel for Plaintiff**

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 23rd day of June, 2006.

CHRISTY L. WESTAD