mckines.4.20.2006

*please see previous page*

```
 7      Q.   All right.
 8           Now, you just told the jury
 9   it never came to your attention that
10   doctors thought that these payments,
11   $500, $250, were just bribes.  You said
12   that never came to your attention.  We've
13   got another document we need to clean up
14   for the jury.  So, let's take a look.
15   It's a letter from Clair Gengarelly; is
16   that right?
17      A.   Clair Gengarelly.
```

[337:22] - [338:4] 5/2/2006 McKines - 4.20.06

```
page 337
22      Q.   And it attaches a letter
23   from an anonymous physician in Boardman,
24   Ohio.  Now, let's take a look at that
page 338
 1   anonymous letter.
 2      A.   Can I just read this?
 3      Q.   Okay.
 4      A.   Okay.
```

[338:20] - [339:5] 5/2/2006 McKines - 4.20.06

```
page 338
20      Q.   I want to take a look at the
21   letter that's attached from this
22   anonymous physician in -- well, in your
23   home state, Boardman, Ohio.
24      A.   Okay.
page 339
 1      Q.   Now, we know you've seen
 2   this letter before, correct?
 3      A.   It appears that it was
 4   forwarded to me.  Again, I don't recall
 5   the letter.
```

[339:14] - [341:16] 5/2/2006 McKines - 4.20.06

```
page 339
14      Q.   Let's take a look at the
15   letter.  It's to Mr. Gilmartin, the CEO
16   of Merck, correct?
17      A.   Correct.
18      Q.   February of 2000, right?
19      A.   Correct.
20      Q.   You're still the executive
21   director for marketing for Vioxx, right?
22      A.   Correct.
23      Q.   All right.
24           Now, this is what the doctor
page 340
 1   says, and I'm not going to read the
 2   entire letter, but I want to draw certain
 3   parts to your attention.  Let's take a
```

mckines.4.20.2006

```
4    look at the third paragraph.
5              It describes first in the
6    first two paragraphs that the author was
7    visited by a Merck sales rep and was
8    detailed. That's a phrase you use,
9    correct?
10        A.   Uh-huh.
11        Q.   Okay.
12             "After the detail, I was
13   appalled when the representative offered
14   me what I believe amounted to a bribe to
15   write Vioxx over the competing products
16   (traditional NSAIDs and Celebrex alike).
17   The representative told me that Merck had
18   allotted significant funds" -- we saw the
19   significant funds for the HEL program,
20   right, $42.3 million in 2000 alone. Do
21   you remember that?
22        A.   I do remember that.
23        Q.   -- "and that these funds
24   were to be paid to doctors for
page 341
1    consultation programs. When I inquired
2    as to the nature of the program, I was
3    told I would be required to attend an
4    event whereby I and other physicians
5    would view a presentation or detail from
6    one or several Merck representatives, and
7    then be asked to critique the detail.
8    For this service, I was told I would be
9    paid a $500 consultation fee."
10             Now, we can go back and look
11   at the disbursement vouchers and see how
12   many $500 disbursement vouchers you
13   signed off on, but this doctor's
14   experiences with the sales representative
15   who worked for Merck, is that familiar to
16   you?


[342:14] - [343:11] 5/2/2006 McKines - 4.20.06


page 342
14             THE WITNESS: This in no way
15        is familiar with any sort of Merck
16        practice I am aware of. We do not
17        bribe physicians. We do not pay
18        them to sit and listen to a detail
19        from a Merck rep and then ask them
20        to critique that detail. This is
21        clearly inconsistent with anything
22        we'd ever do.
23   BY MR. KAUFMAN:
24        Q.   Let's take a look at some
page 343
1    more of this. Next paragraph, at the end
2    of the paragraph the doctor goes on and
3    says, "He," meaning the Merck sales rep,
4    "he then said that Merck is so committed
5    to the success of Vioxx, that management
6    had allotted significant marketing funds
7    to insure physicians like myself
```

*please see page 70*

```
                                    mckines.4.20.2006
 8     understood 'how much Merck appreciates my
 9     time and support.'"
10                  Does that sound familiar to
11     you?
```

*please see page 70*

[344:2] - [345:24] 5/2/2006 McKines - 4.20.06

```
page 344
 2          Q.   Does that sound familiar to
 3     you?
 4          A.   No, it is not.  Again, this
 5     is something that we would never do.  We
 6     do not buy physicians' loyalty.  That's
 7     something that we just don't do.
 8          Q.   Okay.
 9               Let's look at the next page.
10     First paragraph.  He's visited by another
11     Merck rep, and she tells him she "'needed
12     to secure my Vioxx business in the worst
13     way to make quota' and also said she 'was
14     willing to help me out with office needs
15     and supplies.'"  Did that sort of thing
16     go on with Merck sales reps?
17          A.   This sort of thing did not
18     go on in Merck at all, whether with sales
19     reps or with anyone.  We do not, you
20     know, offer to buy office supplies or
21     office needs or in any way.  We don't do
22     anything like that.
23          Q.   Okay.
24               You got the letter, David
page 345
 1     Anstice got the letter, you can see on
 2     the date stamp, Wendy Dixon got the
 3     letter, Pat Counihan got the letter.
 4          A.   Absolutely.
 5          Q.   Okay.
 6               We got some important people
 7     getting this letter.  Anstice and Dixon
 8     are top executives at Merck, correct?
 9          A.   As is Pat Counihan.
10          Q.   Okay.
11               And you were an executive at
12     Merck, right?
13          A.   Yes.
14          Q.   What did you guys do in
15     response to this letter?  Because now
16     you're on notice that a doctor thinks
17     this.  Did you investigate to see if the
18     doctor was just full of it?
19          A.   I'm unaware what happened.
20     I see the letter here that Pat sent to
21     Clair to just sort of make sure that reps
22     understood policy, but, again, I'm unsure
23     what actually happened with this letter.
24     I just can't recall.
```

[350:14] - [350:19] 5/2/2006 McKines - 4.20.06

```
                                       mckines.4.20.2006
page 350
14                 What is the goal of
15     direct-to-consumer advertising?
16          A.    The goal of
17     direct-to-consumer advertising is to have
18     patients go ask their physicians if a
19     certain product is right for them.


[351:16] - [352:6] 5/2/2006 McKines - 4.20.06


page 351
16                 And the patient goes in and
17     says, Doctor, is Vioxx right for me?  And
18     then you assume the doctor does his or
19     her job, and you're okay if the dialogue
20     ends with a doctor saying, well, no,
21     Vioxx isn't right for you.  That's okay?
22          A.    That is okay.  We want
23     physicians to make the appropriate
24     prescribing for their patients.
page 352
1           Q.    And you don't study and
2     Merck didn't study direct-to-consumer
3     advertising in excruciating detail
4     specifically to see how they could
5     convince patients to go in and tell their
6     doctors that they wanted Vioxx?


[352:9] - [353:5] 5/2/2006 McKines - 4.20.06


page 352
9                  THE WITNESS:  So, the detail
10               which we developed, DTC, is
11               typical detail we do, that's been
12               done across the industry.  And
13               what we want is physicians -- or
14               patients to go in and ask their
15               doctor if Vioxx is right for them.
16     BY MR. KAUFMAN:
17          Q.    Do you think of
18     direct-to-consumer advertising as almost
19     like a public service that Merck does to
20     get information about a great drug like
21     Vioxx out there to the public?
22          A.    I think the benefit of DTC
23     is to make patients aware that there may
24     be a new option for them and to go and
page 353
1     ask their doctor if that option is right
2     for them.
3           Q.    Actually, Merck had to do
4     direct-to-consumer advertising, didn't
5     they?


[353:8] - [354:24] 5/2/2006 McKines - 4.20.06


page 353
```

```
                                   mckines.4.20.2006
 8              THE WITNESS:  I don't know
 9        what you mean by saying we had to
10           do that.
11   BY MR. KAUFMAN:
12        Q.    Well, didn't you actually
13   study to see how much money you would
14   lose in a year if you didn't do
15   direct-to-consumer advertising?
16        A.    Well, I think in planning
17   for anything, whether it be DTC, whether
18   it be anything, we certainly did, as
19   anyone would do in developing a budget,
20   decided that, you know, if we didn't do
21   it, you know, what those -- how would we
22   actually plan for that, if our DTC were
23   delayed, if anything happened.  That's
24   just part of an ongoing kind of analysis
page 354
 1   that any business does.
 2        Q.    The bottom line is,
 3   direct-to-consumer advertising equals
 4   more prescriptions for Vioxx, which
 5   equals more money for Merck, right?
 6        A.    Direct-to-consumer
 7   advertising, again, it drives patients
 8   in.  If a physician deems that the
 9   product is appropriate for their
10   patients, that's a prescription for
11   Vioxx.  Again, but it's the physician's
12   decision.
13        Q.    Is it the physician's
14   decision?
15        A.    The physician has the right
16   of prescription.  It is their
17   determination of the risks and the
18   benefits of Vioxx for a patient, and they
19   make that decision.
20        Q.    And Merck didn't try to
21   capitalize on overworked physicians who
22   don't have any time to spend with
23   patients to try to get more prescriptions
24   for Vioxx?
```

[355:4] - [355:14] 5/2/2006 McKines - 4.20.06

```
page 355
 4              THE WITNESS:  Absolutely
 5        not.  Again, the goal is to have a
 6        dialogue with -- between
 7        physicians and patients.
 8   BY MR. KAUFMAN:
 9        Q.    Well, let's take a look
10   first at what the goal of
11   direct-to-consumer advertising is.  Okay?
12        A.    Okay.
13              MR. KAUFMAN:  Let's look at
14        CM 6, which you may have.  You
```

[356:1] - [356:22] 5/2/2006 McKines - 4.20.06

mckines.4.20.2006

```
page 356
1           Q.    Now, here's another one of
2    those Consumer Marketing 2000 Profit Plan
3    documents.  Have you seen this before?
4           A.    I don't recall seeing this.
5           Q.    But this was your -- this
6    was your area back in 2000, right?
7           A.    Correct.
8           Q.    Okay.
9                 And because this was 2000
10   profit plan, that would suggest to you
11   that this document was probably prepared
12   in 1999, wouldn't you think?
13          A.    Yeah, I would make that -- I
14   would follow that reasoning, that line of
15   thinking.
16          Q.    Okay.
17                We've got a couple things to
18   look at here.  Consumer marketing,
19   direct-to-consumer advertising.  Does
20   this fall under that heading, consumer
21   marketing?
22          A.    Yes.


[357:5] - [357:17] 5/2/2006 McKines - 4.20.06


page 357
5           Q.    Take a look at Page 3.  Here
6    we have an Overview:  Objectives and Key
7    Issues."
8           A.    Uh-huh.
9           Q.    "Consumer-targeted programs
10   are designed to help Vioxx achieve the
11   following three objectives."
12                What's the first one?
13          A.    "Achieve sales of $1.2
14   billion."
15          Q.    So, the objective of
16   direct-to-consumer advertising is to make
17   money, right?


[357:20] - [359:23] 5/2/2006 McKines - 4.20.06


page 357
20                THE WITNESS:  The objective
21                is to have Vioxx prescribed for
22                the appropriate patients, and in
23                our mind, having it prescribed for
24                the appropriate patients means
page 358
1                 there's more prescriptions for
2                 Vioxx.
3     BY MR. KAUFMAN:
4           Q.    Up to $1.2 billion for 2000
5    alone, right?  That's your goal?
6           A.    For -- those are the Vioxx
7    sales, not the goal for
8    direct-to-consumer advertising.
```

Handwritten margin note:
Δ objection: 402, 403
π response: Profit plan is relevant to show Merck's notice and knowledge of Vioxx CV safety dangers and motives for failing to warn in order to maximize sales of Vioxx

Page 76

```
                                        mckines.4.20.2006
 9          Q.   And direct-to-consumer
10   advertising is going to help you get
11   there, right?  That's what this
12   PowerPoint says, right?
13          A.   Yes.
14          Q.   Now, let's see if we can
15   find any language about dialogue.  The
16   second bullet point, "By motivating
17   consumers."
18               Now, who are consumers?
19   Patients, right?
20          A.   Patients, yes.
21          Q.   Okay.
22               So, now we're getting to it.
23   When it comes to marketing, it's not
24   patients, it's consumers, right?  It
page 359
 1   doesn't say patients ask their doctor, it
 2   says "consumers...ask their doctor,"
 3   right?
 4          A.   So, it's our hope that
 5   consumers who have pain will, in fact,
 6   self identify and go ask their doctor for
 7   Vioxx.
 8          Q.   Okay.
 9               So, let's see what it says.
10          A.   Okay.
11          Q.   "By motivating consumers to
12   ask their doctor for Vioxx and improving
13   patient adherence" -- meaning get them on
14   Vioxx and keep them on Vioxx, right?
15          A.   Correct.
16          Q.   -- "consumer programs can
17   help address one of the key issues facing
18   Vioxx."
19               Now we've got an issue
20   facing Vioxx.  We talked earlier about
21   how patients are dealing with pain.  Now
22   Vioxx has got a problem.  What's Vioxx's
23   problem underneath there?


[360:2] - [362:15] 5/2/2006 McKines - 4.20.06


page 360
 2               THE WITNESS:  I would not
 3          say this is a Vioxx problem.  This
 4          is a market -- this is an issue
 5          that faces the market
 6          historically, that products have a
 7          very rapid uptake and really
 8          flatten out six to eight months
 9          after launch.
10   BY MR. KAUFMAN:
11          Q.   So, that was a problem that
12   Vioxx was going to have, correct?
13          A.   That was one of the issues
14   facing any product in this marketplace.
15          Q.   Okay.
16               But Vioxx is a product in
17   the marketplace.  So, Vioxx was going to
18   have that problem, right?  You weren't
                                    Page 77
```

*please see previous page*

```
                                 mckines.4.20.2006
19     worried about any other product but
20     Vioxx, right?
21          A.    Right.  This was one of the
22     issues facing Vioxx.
23          Q.    Okay.
24                It's Vioxx flattening six to
page 361
1      eight months after approval that was
2      concerning you, as the executive director
3      of marketing for Vioxx, right?
4           A.    It was a potential of that
5      flattening.
6           Q.    And you're going to get over
7      that hump by marketing directly to
8      consumers, right?
9           A.    Among other things.  That
10     was only a part of that.
11          Q.    Take a look at Page 5, and
12     we're going to see if we can figure out
13     what the goal of direct-to-consumer
14     advertising is.  Here it says, "Motivate
15     target to ask for Vioxx by name."  What's
16     a target?  Is that another word for
17     consumer?
18          A.    These are the individuals
19     who sort of self identify that when they
20     see a Vioxx DTC execution.
21          Q.    So, it's not patients, it is
22     consumers, and now it's targets, right?
23          A.    Again, "target" is a term
24     that's used throughout the industry.
page 362
1      These are motivating individuals to go in
2      and ask for Vioxx by name.
3           Q.    Let's see how much you spent
4      on direct-to-consumer advertising in
5      2000.  Go to Page 7, please.  See at the
6      bottom.
7           A.    Uh-huh.
8           Q.    $56 million, even more than
9      the HEL programs.  Does that sound right?
10          A.    That's as it's stated here.
11     I can't recall the exact numbers.
12          Q.    So, $56 million spent
13     getting consumers and targets to self
14     identify, basically be their own doctor
15     and decide they need Vioxx, right?
```

please see p. 76

[362:16] 5/2/2006 McKines - 4.20.06

```
page 362
16          A.    Absolutely not.
```

[363:11] - [363:14] 5/2/2006 McKines - 4.20.06

```
page 363
11          Q.    But you know and, in fact,
12     you counted on a couple of things: one,
13     that there's a trend towards self care in
```

please see p. 76

```
                                    mckines.4.20.2006
14     this country, correct?


[363:17] - [364:1] 5/2/2006 McKines - 4.20.06


page 363
17                 THE WITNESS:  There was a
18          trend towards self care.  There
19          was a trend towards self
20          identification.  It's difficult to
21          self care with Vioxx, because
22          Vioxx is a prescription product.
23          You've got to get it from a
24          physicians.  They've got to
page 364
1           prescribe it for you.


[364:3] - [364:12] 5/2/2006 McKines - 4.20.06


page 364
3           Q.    Let's talk about that.
4     There's a trend toward self care.  You
5     also capitalized on another thing that
6     you studied.  You knew that doctors were
7     overworked, and that if 100 patients go
8     in and ask for Vioxx by name, a certain
9     percentage of them are always going to
10     get that prescription because a doctor
11     just doesn't have time to talk about it,
12    right?


[364:15] - [365:21] 5/2/2006 McKines - 4.20.06


page 364
15                 THE WITNESS:  We would never
16          infringe on a physician's -- you
17          know, a physician's time or
18          habits.  Again, the physician --
19          we encourage the patient to have a
20          dialogue, the physician makes the
21          decision.
22    BY MR. KAUFMAN:
23          Q.    Yeah, but you studied, you
24    carefully studied how busy physicians
page 365
1     were, didn't you?
2           A.    I don't recall us carefully
3     studying how busy physicians were.
4     Again, the goal of direct-to-consumer
5     advertising was to encourage a dialogue
6     and for the physician to make the
7     decision that Vioxx was right for that
8     patient.
9           Q.    Go to Page 11 in that
10    document, please, because you said it
11    again.  You talked about encouraging
12    dialogue.  We've got to be clear on this,
13    if this is another one of those documents
                                    Page 79
```

Δ objection: 402, 403, 802-
π response: Nonhearsay as an admission by party opponent. Business record exception. Relevant to show Merck's methods for increasing sales of Vioxx.

*please see previous page*

```
                                  mckines.4.20.2006
14      that the jury has got to have explained
15      to it because the plain meaning is not
16      right.
17                   Let's look at the top of
18      that page. "Objective. Motivate
19      consumer to ask for Vioxx by name."
20      That's the goal of direct-to-consumer
21      advertising, right?
```

[366:1] - [367:10]  5/2/2006 McKines - 4.20.06

```
page 366
1                   THE WITNESS:  In
2            direct-to-consumer advertising,
3            any ad that we did, it always
4            said, go ask your doctor if Vioxx
5            is right for you.  We wanted them
6            to ask if Vioxx was right for you.
7            That's when we say ask for Vioxx
8            by name.  Is Vioxx right for me?
9       BY MR. KAUFMAN:
10           Q.   Oh, so, that explanation
11      should be helpful to the jury.  It's not
12      "motivate consumer to ask for Vioxx by
13      name." That's not the goal.  The goal is
14      dialogue and right for you, because none
15      of that appears in there.  That's my
16      problem.  That's what I'm getting hung up
17      on.
18           A.    If you look at DTC
19      advertisements, they all said go ask your
20      doctor if Vioxx is right for you.
21           Q.    Do you have those with you?
22      I mean, I showed you a lot of e-mails
23      today that you don't remember, a lot of
24      documents you don't remember.  You have a
page 367
1       striking recall of the direct-to-consumer
2       advertising.
3            A.    The television ads because,
4       again, that's something that, you know,
5       that sort of sticks with you.
6            Q.    Well, let's think about that
7       phrase as we move through the other
8       documents, "Motivate consumer to ask for
9       Vioxx by name," and we'll see how many
10       times that comes up.
```

[367:11] - [367:14]  5/2/2006 McKines - 4.20.06

```
page 367
11           A.    Okay.
12           Q.    That's CM 6.
13                 MR. KAUFMAN:  Let's go to CM
14      13.
```

[367:22] - [369:22]  5/2/2006 McKines - 4.20.06