mckines.4.20.2006

```
page 367
22          Q.    You knew when Vioxx was
23   approved for market that -- well, you
24   lost the race to the market to Celebrex,
page 368
1    right?
2           A.    Yeah.  They were first to
3    the market.
4           Q.    They were first to the
5    market.  They were the only -- the only
6    show in town, and they got a bunch of new
7    prescriptions, right?
8           A.    Uh-huh.
9           Q.    Yes?
10          A.    Yes.
11          Q.    And when Vioxx came on the
12   market in May of 1999, one thing you
13   wanted to do was blitz direct-to-consumer
14   advertising to try to surpass Celebrex,
15   right?
16          A.    One of the things we wanted
17   to do when Vioxx came to the market was
18   to make people aware that there was a new
19   agent in the marketplace, because we
20   classify ourselves as better than
21   Celebrex.
22          Q.    Well, you say you wanted to
23   let people know that there was a better
24   drug out there.  I used the word "blitz."
page 369
1    Isn't it right that what you wanted to do
2    was blitz direct-to-consumer advertising
3    to overtake Celebrex?
4           A.    No, I wouldn't call that
5    blitzing.  We wanted to get DTC out there
6    to let people know that there was a new
7    agent, in talking with physicians, in
8    talking with consumers.
9           Q.    Let's take a look at CM 13,
10   please.
11                We've got two e-mails here,
12   one from David Anstice to you, Wendy
13   Dixon, Diana Donnelly and Leonard
14   Tacconi, all people you worked with,
15   right?
16          A.    Yes.
17          Q.    David Anstice, head of U.S.
18   Human Health, right, for Merck --
19          A.    Yes.
20          Q.    -- at this time?
21                September 28, 1999.  Do you
22   recall getting this e-mail?
```

[370:7] - [371:7] 5/2/2006 McKines - 4.20.06

```
page 370
7           A.    I don't recall the document.
8           Q.    Do you see the subject,
9    "Vioxx and Consumer Awareness"?
10          A.    Uh-huh.  Uh-huh.
```

```
                                         mckines.4.20.2006
11        Q.    Look at the fourth
12   paragraph.  Do you see what David Anstice
13   asks you?  "Is it possible if we blitz
14   DTC" -- direct-to-consumer advertising,
15   right?
16        A.    Yes.
17        Q.    -- "that we could leap frog
18   their current lead" -- he means Celebrex,
19   right?
20        A.    I assume that's what he is
21   making reference to.
22        Q.    -- "leap frog their current
23   lead in terms of consumer awareness,
24   presumably attributable to five months
page 371
1    earlier to market and a lot of patient
2    experience?"
3              And then you write to him
4    and you say what?  You're going to get a
5    response?
6         A.    Yeah.  We need to get more
7    data.


[371:8] - [371:12] 5/2/2006 McKines - 4.20.06


page 371
8         Q.    So, David Anstice, who has
9    got to be, what, number three or four at
10   Merck in September of 1999?
11        A.    He was president of U.S.
12   Human Health.


[371:21] - [373:2] 5/2/2006 McKines - 4.20.06


page 371
21        Q.    Let's talk about U.S.  In
22   the United States, he outranks everybody
23   except for Ray Gilmartin and Ed Scolnick,
24   right?
page 372
1         A.    He led the U.S.
2    organization.
3         Q.    And he's asking you
4    specifically if we blitz
5    direct-to-consumer advertising, can we
6    leapfrog Celebrex.  Did you ignore his
7    request?
8         A.    No.  I said we'd get back to
9    you.
10        Q.    What did you tell him when
11   you got back to him?
12        A.    I can't recall that.  I said
13   we would get back to him.
14        Q.    Did you figure out a way to
15   blitz direct-to-consumer advertising to
16   leapfrog Celebrex?
17        A.    No.  You know, I know David
18   uses the word "blitz" here, but I would
19   not characterize that.  Again, we wanted
```

Page 82

```
                                           mckines.4.20.2006
20   to make consumers aware that we had --
21   there was another product out there.
22        Q.   Okay.
23                  Well, this is another one of
24   those documents that the jury should be
page 373
1    careful and not take on its face.  Is
2    that what you're saying?
```

[373:8] - [373:13] 5/2/2006 McKines - 4.20.06

```
page 373
8         Q.   Blitz doesn't mean blitz,
9    bad guys doesn't mean bad guys, problem
10   physicians doesn't mean problem
11   physicians.  Is that your testimony?
12        A.   I'm not sure what David
13   means by "blitz" here.
```

[376:2] - [376:3] 5/2/2006 McKines - 4.20.06

```
page 376
2              MR. KAUFMAN:  Take a look at
3         CM 59, please.
```

[376:14] - [376:24] 5/2/2006 McKines - 4.20.06

```
page 376
14        Q.   This is a PowerPoint
15   presentation that Leonard Tacconi did
16   called "Pharmaceuticals:  The New
17   Consumer Marketing Frontier."
18                  Have you ever seen this
19   before?
20        A.   No.
21        Q.   Well, he sent it to you.
22        A.   Okay.
23        Q.   June 26th, 2002.  You forgot
24   about this?
```

[377:4] - [377:23] 5/2/2006 McKines - 4.20.06

```
page 377
4              THE WITNESS:  I don't recall
5         this document.
6    BY MR. KAUFMAN:
7         Q.   In fact, you asked for it.
8         A.   Okay.
9         Q.   Well, I want to look at this
10   e-mail, when you're ready.
11        A.   (Witness reviewing
12   document.)
13        Q.   Do you see the e-mail from
14   Leonard, June 26th, 2002 --
15        A.   Yes.
```

```
                                          mckines.4.20.2006
16        Q.    -- "Direct-to-consumer
17   Presentation."  "Charlotte, As
18   requested"?
19        A.    Uh-huh.
20        Q.    Do you recall asking Leonard
21   to see this presentation he put together?
22        A.    I don't recall the document.
23   I don't recall this presentation.
```

[377:24] - [378:17] 5/2/2006 McKines - 4.20.06

```
page 377
24        Q.    Well, I want to go through
page 378
1    this with you and ask you about Merck's
2    approach to direct-to-consumer
3    advertising.  Okay?  Will you go to Page
4    8, please.  Whenever you're ready.
5         A.    (Witness reviewing
6    document.)
7         Q.    "Pharmaceuticals:  New
8    Frontier for Consumer Marketing?
9    Frontier.  2a:  Region that forms the
10   margin of settled or developed territory.
11   2c:  A new field that offers scope for
12   exploitative or developmental activity."
13              So, direct-to-consumer
14   advertising with respect to
15   pharmaceuticals was a new field that
16   Merck was going to exploit; is that
17   right?
```

[378:20] - [379:11] 5/2/2006 McKines - 4.20.06

```
page 378
20              THE WITNESS:  No.  The way I
21        interpret this is pharmaceuticals,
22        DTC, consumer marketing, was new
23        to pharmaceuticals.  This was a
24        new field for pharmaceuticals,
page 379
1         unlike package goods like Coke and
2         Pepsi have always been doing it.
3         This was something new.
4    BY MR. KAUFMAN:
5         Q.    Okay.
6         A.    I would not say this was
7    something we were going to exploit.
8         Q.    Well, Leonard says, "A new
9    field that offers scope for exploitative
10   or developmental activity."  So, he's
11   wrong about that?
```

[379:15] - [380:15] 5/2/2006 McKines - 4.20.06

```
page 379
15        Q.    Ms. McKines, you saw this
```

```
                                     mckines.4.20.2006
16      presentation. Did you write to Leonard
17      and say, all right, guys, this is getting
18      old, stop using problem physicians, stop
19      saying that direct-to-consumer
20      advertising is a field ripe for
21      exploitation? Did you do that?
22          A.    No. Again, I don't recall
23      seeing the presentation. I'm sure I
24      received it, but I don't recall this
page 380
1       presentation.
2           Q.    Should the jury disregard
3       the word "exploitative" in this exhibit?
4           A.    I don't know what Len meant
5       by that. My understanding around
6       pharmaceuticals and consumer marketing is
7       it's something new, he says "new
8       frontier," it's something that is new to
9       pharmaceuticals.
10          Q.    Now, he says "Why?" Why is
11      this "a new field that offers scope for
12      exploitative or developmental activity?"
13      You see one of the reasons is "Trend To
14      Self Care." Do you see that?
15          A.    Yes.


[381:14] - [381:18] 5/2/2006 McKines - 4.20.06


page 381
14          Q.    One of the reasons is
15      "Because it Works!!!" Right?
16      Direct-to-consumer advertising with
17      prescription drugs flat out works. It
18      makes money; isn't that correct?


[381:22] - [382:15] 5/2/2006 McKines - 4.20.06


page 381
22              Direct-to-consumer advertising
23              does, in fact, increase dialogue
24              with physicians and patients.
page 382
1       BY MR. KAUFMAN:
2           Q.    Now, there's a bottom line
3       that's being measured. It's not
4       increasing dialogue you want, it's
5       increasing prescriptions that you want,
6       correct?
7           A.    We want for patients who
8       it's appropriate, based on the
9       physician's judgement, to get a
10      prescription for Vioxx.
11          Q.    So, I mean, let's not try to
12      shy away from the bottom line in front of
13      the jury. It's about more prescriptions
14      and more money. It's not about dialogue.
15      Dialogue does nothing for Merck, right?
```

Handwritten annotation: A objection. no answer given / π response / question is foundation for next set of designations

mckines.4.20.2006
[382:20] - [383:18] 5/2/2006 McKines - 4.20.06

```
page 382
20            Q.     If 100,000 patients see an
21     ad and go talk to their doctors about
22     dialogue, and not a one of them gets a
23     prescription for Vioxx, then Merck has
24     wasted their direct-to-consumer
page 383
1      advertising money, right?
2             A.     I would not characterize it
3      that way.  I would characterize it as
4      there are some patients out there who
5      Vioxx is appropriate for, some patients
6      Vioxx is not appropriate for, and that's
7      a physician's decision.
8             Q.     We're going to see about --
9             A.     We think, given the benefits
10     of Vioxx, there are patients it is
11     appropriate for, and we get Vioxx
12     prescriptions.
13            Q.     We're going to see about how
14     it's a physician's decision.  Go to Page
15     13, please.
16                   Merck invented
17     direct-to-consumer advertising in the
18     pharmaceutical field, didn't they?
```

[383:21] - [384:18] 5/2/2006 McKines - 4.20.06

```
page 383
21                   THE WITNESS:  I'm not aware
22          of Merck inventing DTC.
23     BY MR. KAUFMAN:
24            Q.     Take a look at that slide on
page 384
1      Page 13.  "DTC advertising at Merck."
2      What is that first sentence?
3             A.     "Merck launched the first
4      DTC campaign in the industry with
5      Pneumovax."
6             Q.     Page 13.  Okay.
7                    Right at the top of the
8      screen.  Do you see that slide at the top
9      of the page?
10            A.     Uh-huh.
11            Q.     Okay.
12                   What does it say under "DTC
13     Advertising at Merck"?
14            A.     "Merck was the first
15     pharmaceutical company to use DTC
16     advertising."
17            Q.     You didn't know that?
18            A.     I didn't know that.
```

[385:9] - [385:20] 5/2/2006 McKines - 4.20.06

page 385

```
                                  mckines.4.20.2006
 9               Let's take a look at the
10      market expansion strategy on this same
11      page under "Early DTC."  Do you see that
12      bullet point?
13              A.      Uh-huh.
14              Q.      Do you see the second bullet
15      point underneath that, "need to drive
16      them into the physicians' office."
17      Right?  Direct-to-consumer advertising is
18      about driving patients into physicians'
19      offices or driving consumers into
20      doctors' offices just like sheep, right?


[385:23] - [389:17] 5/2/2006 McKines - 4.20.06


page 385
23                      THE WITNESS:   No.  It says
24              here that the market expansion
page 386
 1              strategy for Proscar, Mevacor and
 2              Fosamax, patients who were
 3              undiagnosed for these conditions,
 4              the goal was to have them now
 5              raise their hand if they are
 6              diagnosed if you have symptoms for
 7              whatever Proscar was indicated
 8              for, whatever Mevacor is indicated
 9              for, whatever Fosamax is indicated
10               for.  If you were undiagnosed, you
11               had symptoms, go and talk to your
12               physician.
13      BY MR. KAUFMAN:
14              Q.      It doesn't say go and talk
15      to your physicians.  It says, "need to
16      drive them into the physicians' office."
17      What does that mean?  I mean, there isn't
18      a Merck van, they don't drive them
19      physically, do they?
20              A.      No.  It's go in and talk to
21      your physician.  Go into the physician's
22      office and ask if that product is right
23      for you.
24              Q.      You've got to get them in
page 387
 1      there, right?
 2              A.      To have a dialogue.
 3              Q.      Yeah.  But you know one
 4      thing, don't you, on that same page,
 5      "Physicians are more likely to respond to
 6      patient requests."  You studied that,
 7      didn't you?
 8              A.      Right.  And physicians are
 9      more likely to respond to a patient
10      request to have Vioxx, meaning they are
11      more likely to sit down and have a
12      dialogue with a patient when a patient
13      comes in and asks about a specific
14      product.
15              Q.      No.  It means a patient is
16      more likely to get Vioxx if they ask for
17      Vioxx, right?
```

```
                                      mckines.4.20.2006
18          A.    If a patient comes in and
19    asks for Vioxx by name, they're more than
20    likely for a physician to have a dialogue
21    with that patient around that product.
22          Q.    If they ask for Vioxx by
23    name, they're more likely to get Vioxx;
24    isn't that correct?
page 388
1           A.    Again, I would characterize
2     it as when they go in and have a
3     dialogue, when they go in and ask for a
4     product by name, they'll more than likely
5     have a dialogue with that physician
6     around that product.
7           Q.    Yeah.  They're going to have
8     a dialogue with their overworked
9     physician.  You studied or you knew --
10    one of the assumptions that you based
11    your direct-to-consumer advertising
12    campaign on was that physicians were
13    overworked and didn't have a lot of time
14    to spend with any single patient; isn't
15    that correct?
16          A.    No.  I would not
17    characterize our DTC as looking at
18    physicians who were overworked.
19          Q.    Go to Page 16, please.
20                Do you see the slide,
21    "Today's Healthcare Environment"?  It's
22    the only slide on the page.  Page 16.
23          A.    Uh-huh.
24          Q.    Do you see the bullet point,
page 389
1     "Managed Care has changed healthcare"?
2           A.    Uh-huh.
3           Q.    And under that, "The
4     physician sees 130 patients and works a
5     55-hour week."  You relied on that
6     overworked physician for the success of
7     your direct-to-consumer advertising
8     campaign, didn't you?
9           A.    No, I would not say that.
10    We did not.  No.
11          Q.    You knew all it took was
12    driving them into the physician's office
13    like sheep to ask for Vioxx by name, and
14    we know that's the direct-to-consumer
15    advertising goal, you knew if that
16    happens, prescriptions for Vioxx go up,
17    right?


[389:20] - [389:23] 5/2/2006 McKines - 4.20.06


page 389
20                THE WITNESS:  That is not
21                the case.  Our advertisement
22                consistently said go ask your
23                doctor if Vioxx is right for you.


[390:8] - [390:16] 5/2/2006 McKines - 4.20.06
```

mckines.4.20.2006

```
page 390
8            Q.    You knew that -- Merck knew
9     it could change healthcare from the
10    system we had when I was a kid or when
11    you were a kid where you went to the
12    doctor and said, my elbow hurts, what can
13    you do for me, to now going in to see
14    your overworked physician and saying, I
15    want Vioxx. You knew if that happens
16    enough, prescriptions go up, correct?
```

[390:19] - [391:6] 5/2/2006 McKines - 4.20.06

```
page 390
19                  THE WITNESS:  No.  I
20           disagree with that.
21    BY MR. KAUFMAN:
22           Q.    Go to Page 19, please.
23           A.    (Witness complies.)
24           Q.    Do you see the top of that,
page 391
1     the "Thesis"? You've got the Merck
2     thesis, "Over the next ten years, the
3     Consumer will increasingly influence
4     choice among medical alternatives."
5                  It's not the doctors driving
6     the train, it's consumers, right?
```

[391:9] - [394:5] 5/2/2006 McKines - 4.20.06

```
page 391
9                   THE WITNESS:  This is a
10           thesis that someone has put
11           forward.
12    BY MR. KAUFMAN:
13           Q.    Yeah. Leonard Tacconi, who
14    worked with you at Merck, right?
15           A.    He works with me at Merck,
16    absolutely.
17           Q.    I want to look at this a
18    little closer.
19           A.    Uh-huh.
20           Q.    "The physician will continue
21    to write the prescription, but in a
22    fraction of cases that will with great
23    likelihood grow, the drug chosen will
24    reflect Consumer input."
page 392
1                  That's what
2     direct-to-consumer advertising is
3     designed to do, right?
4            A.    No. I would not say that
5     this is what DTC is designed to do.  I
6     just think generally as a population, as
7     a country, we're all sort of into, as it
8     states here, more self care, more taking
9     care of ourselves, more accountability
```

mckines.4.20.2006

```
10    for our own bodies. And as you go and
11    visit a physician, as you said, unlike it
12    was when we were younger, that people
13    would be more knowledgeable and have more
14    dialogue and probably more intelligent
15    dialogue with their physicians.
16         Q.   So, I want Vioxx, asking for
17    Vioxx by name, that's intelligent
18    dialogue?
19         A.   No. The dialogue is when
20    the physician now, the patient asks for
21    Vioxx by name and the physician assessed
22    through a dialogue whether or not Vioxx
23    is appropriate for that patient.
24         Q.   The jury has already seen
page 393
1     that the goal of direct-to-consumer
2     advertising at Merck is to have the
3     consumer ask for Vioxx by name. Do you
4     agree with that? Yes or no?
5          A.   That was a goal, to have
6     physicians go in and ask for Vioxx --
7     have patients go in and ask for Vioxx by
8     name.
9          Q.   Do you want to take a break?
10         A.   I'm sorry. I'm sorry.
11              The goal was to have
12    patients go in to ask if Vioxx is right
13    for them.
14         Q.   Well, you changed it there
15    at the end.
16         A.   I did. And the goal --
17         Q.   You saw those --
18         A.   I will recant. In
19    direct-to-consumer advertising, the goal
20    of DTC was to have the patient go in and
21    ask for Vioxx by -- I'm sorry -- go and
22    ask if Vioxx is right for them.
23         Q.   Okay.
24         A.   The goal of DTC is to have
page 394
1     the patient go in and ask if Vioxx is
2     right for them.
3          Q.   You got your story
4     straightened out now?
5          A.   Yeah. I'm sorry.
```