Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

[351:12] - [351:14]    4/20/2006    Charlotte McKines

```
page 351
12                  You want to create a
13      dialogue, that's what you're saying?
14           A.      Yes.
```

[362:16]    4/20/2006    Charlotte McKines

```
page 362
16           A.      Absolutely not.
```

[362:19] - [363:9]    4/20/2006    Charlotte McKines

```
page 362
19                  THE WITNESS:  We spent money
20      that was commensurate, again, with
21      the market.  Remember, a very
22      large market, everybody can
23      identify being in pain at some
24      point in their life.  The DTC
page 363
1       execution is not asking patients
2       to be their own doctor.  The DTC
3       executions are if, in fact, you
4       think Vioxx is right for you, go
5       ask your physician.  And in that
6       physician describing whether or
7       not Vioxx is appropriate for that
8       patient, there's a dialogue that
9       happens.
```

[373:5] - [373:6]    4/20/2006    Charlotte McKines

```
page 373
5                   THE WITNESS:  Again, I'm not
6       sure what David means by "blitz."
```

[417:3] - [418:5]    4/20/2006    Charlotte McKines

```
page 417
3            Q.      Ms. McKines, can you tell
4       us, please, your current title and
5       position at Merck?
6            A.      My current title is vice
7       president, marketing communications.
8            Q.      Let's talk about your
9       personal background.  Where did you grow
10      up?
11           A.      I grew up in Cincinnati,
12      Ohio, in the inner city, very, very, very
13      rough neighborhood.
14           Q.      And tell us a little bit
15      about your family.  Were your parents
16      employed?
17           A.      Yes.  My mother was employed
18      as a practical nurse, and my father was
19      employed in the engineering department at
20      Proctor & Gamble.
21           Q.      And I take it you attended
22      high school in Cincinnati?
23           A.      I did.  I went to an all
24      girl Catholic high school in Cincinnati.
page 418
1       My family really valued education, and
2       really the schools in our area weren't
3       the greatest, and so we -- my parents
4       sent me to an all girl Catholic high
```

*[Handwritten annotation: π obj = 401-403, bolstering, non-responsive, narrative response]*

## Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

```
                            5      school.

[418:9] - [419:12]          4/20/2006    Charlotte McKines
                            page 418
                            9           Q.   And you graduated from high
                            10    school in Cincinnati?
                            11          A.   I did.
                            12          Q.   Were you also able to attend
                            13    college?
                            14          A.   Yes.  I was able to attend
                            15    college.  My family, again, as I said,
                            16    valued education.  I was the first born
                            17    girl, and my grandmother had decreed --
                            18    my grandmother, who was not an educated
                            19    woman and essentially sort of did day
                            20    work, was a maid, decreed that the first
                            21    born girl child would be the one to
                            22    actually go to college.  And so with the
                            23    help of my aunts, who, every time we'd
                            24    have college tuition, would sort of come
                            page 419
                            1     to the table with 5 and $10 bills and
                            2     crumpled dollar bills in their purses to
                            3     sort of help me with my college tuition.
                            4     So, that's how I went to college.  I had
                            5     my tuition in my back pocket of my jeans,
                            6     crumpled 5 and $10 bills.  I went to a
                            7     state school where tuition really wasn't
                            8     expensive.  And that's essentially how I
                            9     got to college, through the help of my
                            10    aunts.  I really do credit my being where
                            11    I am today, I am standing on their
                            12    shoulders.

[419:16] - [421:15]         4/20/2006    Charlotte McKines
                            page 419
                            16          Q.   What college did you attend?
                            17          A.   I attended Kent State
                            18    University in Ohio.  It was a state
                            19    school.  It was -- it wasn't close to
                            20    home, and it was one of the -- was
                            21    probably the only one -- it was the only
                            22    one that we could afford.
                            23          Q.   Did you obtain a degree from
                            24    Kent State?
                            page 420
                            1           A.   Yes, I did.  I obtained a
                            2     bachelor's in science degree.
                            3           Q.   And what year was that?
                            4           A.   1978.  I had to think for a
                            5     little bit.
                            6           Q.   Did you then go on and do
                            7     some postgraduate education?
                            8           A.   I did.  I moved to Boston,
                            9     and I went to graduate school at Boston
                            10    University.
                            11          Q.   Did you obtain a degree?
                            12          A.   I did.  I got an M.B.A. in
                            13    health management.
                            14          Q.   Did you work while you were
                            15    in college?
                            16          A.   Oh, yeah.  Oh, yeah.  I --
                            17    certainly through graduate school, I
                            18    worked at the blood bank, at what was
                            19    then the Beth Israel Hospital in Boston.
                            20    When I was an undergrad, I worked,
                            21    actually, in the school cafeteria.
                            22          Q.   And did you have career
```

Handwritten annotations:

- (next to [418:9]-[419:12]): π obj. = 401-403, non-responsive, bolstering, narrative response
- (next to [419:16]-[421:15]): bolstering, non-responsive, π obj = 401-403, narrative response, objection to everything after "Ohio" on line 18
- (bottom right): See next pg.

Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

```
           23   goals while you were attending college?
           24   Did you know where you were headed?
      page 421
           1         A.    Yeah.  It's sort of
           2   interesting when you don't have a lot of
           3   money and, you know, you really have to
           4   focus, and my grandmothers and my aunts
           5   stressed that, you know, we're sending
           6   you to college so that you can have a
           7   better life than what we had, and we
           8   really want you to be educated, and we
           9   want you to get a good job.
          10         And I always wanted to work
          11   in the health care field.  My mother was
          12   a nurse.  I had spent summers in high
          13   school working in the hospitals, and so
          14   knew I would get a job working in a
          15   hospital in the medical field.
```

π obj = 401-403

[422:2] - [422:5]    4/20/2006   Charlotte McKines

```
      page 422
           2         Q.   What year did you first come
           3   to Merck?
           4         A.   I came to Merck in October
           5   1996.
```

[422:21] - [424:4]   4/20/2006   Charlotte McKines

```
      page 422
          21         Q.   And what caused you to come
          22   to Merck?
          23         A.   Certainly the reputation of
          24   Merck.  When I was in the industry and
      page 423
           1   especially when I was an initial rep, the
           2   Merck reps were always really good reps,
           3   really smart reps, competed against Merck
           4   reps early on in my career.  And what
           5   really brought me to Merck and what made
           6   me excited about coming to Merck was
           7   Merck was developing a COX-2 inhibitor.
           8   And having worked in the pain market in
           9   my prior company, knew that COX-2
          10   inhibitors brought real, real promise to
          11   this marketplace.  For the first time,
          12   you had a product that had fewer, what we
          13   call fewer perforations, ulcers and
          14   bleeds, which really are fewer kind of GI
          15   kinds of problems that you see with
          16   traditional products, NSAIDs like Aleve
          17   and ibuprofen.  So, for the first time,
          18   you had -- you know, you had a promise of
          19   something like that.
          20         And I, quite frankly, had
          21   firsthand experience around that because
          22   my grandmother was hospitalized because
          23   of complications she had from taking
          24   NSAIDs.  And so -- and having just gone
      page 424
           1   through that with her, the promise of
           2   this class was one that the opportunity
           3   came my way, and I leaped at the chance
           4   to join Merck.
```

π obj = 401, 402, 403 irrelevant, prejudicial, testimony is the subject of an MIL by π re: reputation of Merck, 404/405 - improper character evidence Calls for narrative, overbroad

[424:7] - [424:19]   4/20/2006   Charlotte McKines

```
      page 424
           7         Q.   So, did you come to take a
           8   specific job at Merck in 1996, Ms.
```

Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

```
 9      McKines?
10          A.    Yes.  I took the position as
11      the senior director for the COX-2
12      inhibitor franchise.
13          Q.    And was there a specific
14      product that Merck then marketed as a
15      COX-2?
16          A.    Yes.  That product was
17      Vioxx.
18          Q.    Was that Vioxx?
19          A.    Uh-huh.
```
*asked + answered*

[427:9] - [427:12]     4/20/2006     Charlotte McKines

```
page 427
 9          Q.    And so you were excited
10      about Vioxx?
11          A.    I was absolutely excited
12      about Vioxx.
```
π obj = 401-403
leading

[427:14] - [428:4]     4/20/2006     Charlotte McKines

```
page 427
14              THE WITNESS:  I thought this
15      really was a product that really
16      was something new for patients,
17      you know, especially for chronic
18      pain patients who just wanted to
19      live their lives.  This was
20      certainly something new, and,
21      again, the experience that I had
22      in my family with my grandmother
23      with the problems she's had with
24      NSAIDs, I thought this was clearly
page 428
 1      a product that could benefit
 2      people like her.
 3      BY MS. FULTON:
 4          Q.    Did you use Vioxx yourself?
```
π obj = 401-403,
answer to leading question
701/702

[428:6]     4/20/2006     Charlotte McKines

```
page 428
 6              THE WITNESS:  Yes, I did.
```

π obj = 401-403
use of Vioxx by employees/
family members is the subject
of a currently pending MIL
filed by π

[428:8] - [428:10]     4/20/2006     Charlotte McKines

```
page 428
 8          Q.    Would you have encouraged
 9      your grandmother to talk to her doctor
10      about Vioxx?
```

[428:12] - [428:15]     4/20/2006     Charlotte McKines

```
page 428
12              THE WITNESS:  Absolutely.  I
13      would have encouraged her to go
14      ask her doctor if Vioxx was right
15      for her.
```

[429:9] - [429:21]     4/20/2006     Charlotte McKines

```
page 429
 9          Q.    And did -- you were
10      executive director for Vioxx when it
11      became available on the market; is that
12      correct?
13          A.    That's correct.
14          Q.    And you had a team of people
```

**Issues Report [Charlotte Mckines]**

• **Merck Counter Designation**

```
15  who reported to you who were responsible
16  for marketing Vioxx?
17       A.   Yes, uh-huh.
18       Q.   And are there any special
19  considerations when you're marketing a
20  product to the pharmaceutical industry or
21  in the pharmaceutical industry?
```

[429:23] - [430:15]    4/20/2006    Charlotte McKines

```
page 429
23              THE WITNESS: Yes, there
24       are.  For one thing, what you can
page 430
1        say about your product is governed
2        by the label.  The label is an
3        FDA-approved document, which
4        really guides what you can say to
5        physicians and others around your
6        product.  And so when we talk
7        about our product to physicians
8        and consumers, it has to be
9        consistent with the label that we
10       have.
11  BY MS. FULTON:
12       Q.   And was it your experience
13  at Merck that the materials you used to
14  provide to doctors about Vioxx were also
15  provided to the FDA?
```

*Handwritten annotation:* π obj = 701-702, witness is not a FDA expert; 401-403

[430:17] - [431:11]    4/20/2006    Charlotte McKines

```
page 430
17              THE WITNESS: Absolutely.
18       Materials that we used with Vioxx
19       were always provided to the FDA,
20       and in instances where we were
21       launching Vioxx, had to be
22       preapproved by the FDA before we
23       actually could use those.  And
24       additionally, all of our
page 431
1        direct-to-consumer advertising is
2        preapproved by the FDA before we
3        actually can use it.
4   BY MS. FULTON:
5        Q.   Now, at the time you were
6   getting ready to market Vioxx publicly,
7   and you said that there were some people
8   outside of Merck who maybe didn't
9   understand the COX-2 hypothesis, did
10  people who reported to you keep track of
11  who those physicians were?
```

*Handwritten annotation:* leading, compound, foundation

[431:13] - [433:1]    4/20/2006    Charlotte McKines

```
page 431
13              THE WITNESS: Yes, they did.
14       We wanted to certainly be aware of
15       where people stood around that,
16       wanted to understand their
17       perceptions of Vioxx, really
18       wanted to understand what they
19       knew about Vioxx.  And not just
20       Vioxx, but, you know, the whole
21       need for a class of COX-2s,
22       whether it be Vioxx or Celebrex,
23       whole issues around NSAID
24       gastropathy, and clearly
page 432
```

*Handwritten annotation:* narrative


**Issues Report [Charlotte Mckines]**

• **Merck Counter Designation**

*[handwritten: narrative, cont'd]*

```
 1      understanding that -- the issue
 2      there, understanding the science
 3      around COX-2.  It wasn't just
 4      around Vioxx, but there were
 5      people out there who just really
 6      didn't see a need for a product
 7      like Vioxx and had different ideas
 8      about products in the marketplace,
 9      also around the science in the
10      marketplace.
11  BY MS. FULTON:
12      Q.    What's a thought leader?
13      A.    Thought leaders are
14  physicians who are really held in high
15  esteem by their -- by individuals.
16  They're the people typically on the
17  cutting edge of science, those who people
18  really look up to around what they think
19  about a product.
20      Q.    And based on your experience
21  in the pharmaceutical industry, would it
22  be unusual to identify thought leaders
23  and try to learn if they were favorably
24  disposed towards the science that
page 433
 1  supported a new product --
```

*[handwritten: leading, compound, foundation]*

[433:4] - [433:22]    4/20/2006    Charlotte McKines

```
page 433
 4      Q.    -- like the COX-2s and
 5  Vioxx?  Is that unusual?
 6      A.    That's really not unusual.
 7  Physicians like learning from other
 8  physicians, and so when you talk to
 9  individuals around sort of, well, who do
10  you respect in the marketplace, you know,
11  who do you want to hear from around
12  COX-2s, the science or whatever, they
13  typically mention these individuals which
14  we term thought leaders.  And so it's not
15  unusual to, A, have thought leaders; but,
16  B, just maintain a list to understand
17  sort of what thought leaders' perceptions
18  are around your product.
19      Q.    And did you, in fact,
20  maintain a list of thought leaders who
21  were maybe a little skeptical about the
22  COX-2 hypothesis for Vioxx?
```

*[handwritten: narrative — Strike everything after "That's really not unusual"]*

*[handwritten: leading]*

[433:24] - [435:18]    4/20/2006    Charlotte McKines

```
page 433
24          THE WITNESS:  We maintained
page 434
 1  a list of thought leaders who may
 2  have been skeptical about COX-2
 3  hypothesis, who may have been
 4  skeptical around NSAID
 5  gastropathy, who may have been
 6  skeptical around Vioxx.  We did
 7  maintain that list.
 8  BY MS. FULTON:
 9      Q.    And what was your purpose in
10  maintaining the list?
11      A.    The list is really just sort
12  of a way to just sort of understand where
13  people were, to just sort of maintain it,
14  to just -- again, for us to sort of
15  understand where people were along the
```

*[handwritten: calls for narrative]*

Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

```
16    continuum.
17         Q.    Was it your intention to
18    provide more information to those people
19    about Vioxx and COX-2s?
20         A.    Absolutely.  So, the goal
21    with the list was to, you know, provide
22    more information, if there's limited
23    information, incorrect information,
24    provide that information to the folks on
page 435
1     that list.
2          Q.    Why did you want to give
3     them more information?
4          A.    Again, we wanted to make
5     sure the people had the right
6     information, and sometimes, you know, we
7     gave people them information, and they
8     still had a different position, and
9     that's okay.  But the goal was to make
10    sure that if there was incomplete
11    information or not the correct
12    information, to really clarify and to add
13    information as appropriate.
14         Q.    And so when you kept lists
15    of physicians who you thought could use
16    more information, is that also sometimes
17    referred to as a list of physicians to
18    neutralize?
```

*leading*
*non-resp - strike everything after "absolutely"*

*leading*

[435:20] - [437:4]    4/20/2006    Charlotte McKines

```
page 435
20              THE WITNESS:  Yes.  We
21         characterized it that way.
22         "Neutralize" is a common term in
23         the industry, which really just
24         means moving physicians from sort
page 436
1          of where they are to the right, to
2          more of the center.  And were we
3          successful all the time in doing
4          that?  Absolutely not.
5     BY MS. FULTON:
6          Q.    Did you mean anything
7     nefarious by the use of the word
8     "neutralize"?
9          A.    No, no.
10         Q.    Did you ever discredit
11    doctors?
12         A.    No.
13         Q.    Why not?
14         A.    We would -- again, we would
15    not intentionally discredit physicians.
16    I'm not aware of any ways that we talked
17    about discrediting physicians.  You know,
18    this is -- we're the pharmaceutical
19    market.  Physicians are our customers.
20    We're here for the long-term.  We're here
21    to, you know -- other products will come
22    our way.  We want to maintain a
23    relationship with these physicians.  In
24    no way would we ever discredit any
page 437
1     physician.
2          Q.    At any time, Ms. McKines,
3     when you were marketing Vioxx, did you
4     believe that Vioxx caused heart attacks?
```

*nonresponsive - strike all after word "Yes"*

*leading*

*leading*

*narrative*

*402, 403*
*702, 703*
*calls for speculation*
*leading*

## Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

| | | | |
|---|---|---|---|
| [437:6] - [437:12] | 4/20/2006 | Charlotte McKines | see above |

```
page 437
 6               THE WITNESS:  No.  I did not
 7          believe that Vioxx caused heart
 8          attacks at any time when I was
 9          marketing the brand.
10     BY MS. FULTON:
11          Q.   Are you familiar with VIGOR?
12          A.   Yes, absolutely.
```

[440:4] - [440:6]    4/20/2006    Charlotte McKines    leading

```
page 440
 4          Q.   As far as you know, did
 5     Merck take steps to make sure that the
 6     VIGOR results were known to physicians?
```

[440:8] - [440:17]    4/20/2006    Charlotte McKines

nonresponsive strike everything after the word "yes"

```
page 440
 8               THE WITNESS:  Yes.  Well,
 9          the VIGOR results, as I recall at
10          the time, were widely
11          disseminated.  I can't recall
12          specifics, but I remember there
13          being a press release.  I remember
14          there being the GI meeting.  I
15          can't recall the big meeting, the
16          big GI meeting that's held in the
17          spring.
```

[443:15] - [446:4]    4/20/2006    Charlotte McKines    leading

```
page 443
15          Q.   And you recall learning of
16     the VIGOR results in about late March of
17     2000?
18          A.   In March of 2000, correct.
19          Q.   And did you remain as
20     executive director of Vioxx after March
21     of 2000?
22          A.   Yes.  I moved to my current
23     position in May of 2000.
24          Q.   So, tell us after you moved
page 444
 1     to your current position, did you still
 2     have day-to-day responsibility for
 3     marketing Vioxx?
 4          A.   No, I did not.  That
 5     day-to-day responsibility for marketing
 6     Vioxx was transferred over to Lucine
 7     Beauchard, who took my old position.  I
 8     moved on to head up my current position,
 9     which is marketing communications.
10          Q.   And in marketing
11     communications, what products did you
12     have responsibility for?
13          A.   We had responsibility for
14     all the products in the Merck pipeline
15     that are marketed in the U.S.  There was
16     -- certainly Vioxx was there, Fosamax was
17     there, Singulair was there.  All the
18     products in the Merck -- that were part
19     -- that were marketed by Merck in the
20     U.S.
21          Q.   Now, did Merck, after Vioxx
22     became available, do direct-to-consumer
23     advertising for Vioxx?
24          A.   Absolutely.  Absolutely.
```

non responsive strike everything after "No I did not"

Issues Report [Charlotte Mckines]

• Merck Counter Designation

```
page 445
1    And the reasons why we did that really
2    were this was a new option for patients
3    in pain, and one thing we learned about
4    this marketplace is patients readily
5    identify, because, you know, people are
6    in pain, you feel like you're in pain.
7    And people can really identify with new
8    pain meds.  They were always searching,
9    because, typically, as I mentioned
10   before, especially people in chronic
11   pain, couldn't take products for long
12   periods of time because it really started
13   hurting their gut and their stomach.  So,
14   they were always looking for something
15   new, something that would give them
16   better efficacy, something that wouldn't
17   give them so much nausea and vomiting, a
18   really very dissatisfied market.  And
19   this was one of the markets where people
20   could say, yeah, you know what, I think
21   that's me.
22              And one of the things with
23   DTC is we always, always consistently
24   said, go ask your doctor if Vioxx is
page 446
1    right for you, and so we really wanted
2    the patients to go in and ask their
3    doctor if this product, new product,
4    Vioxx, was right for them.
```

*Handwritten annotation: narrative response — nonresponsive — strike everything after the word "Absolutely"*

[446:8] - [446:15]    4/20/2006    Charlotte McKines

```
page 446
8         Q.    Vioxx was a prescription
9    medication, correct?
10        A.    Absolutely.  So, the only
11   way a patient could get Vioxx is that a
12   physician had to prescribe it for them.
13        Q.    And so by advertising Vioxx
14   direct to consumers, were you trying to
15   bypass that doctor/patient communication?
```

*Handwritten annotation: nonresponsive — strike everything after "Absolutely"*

[446:17] - [447:9]    4/20/2006    Charlotte McKines

```
page 446
17             THE WITNESS:  Absolutely
18   not.  Absolutely not.  In fact,
19   before we even started any
20   direct-to-consumer advertising, we
21   made sure that physicians were
22   aware of Vioxx so that a patient
23   would not come in and a physician
24   wouldn't know what Vioxx was.  We
page 447
1    really did track that.  We --
2    again, we wanted to encourage
3    patients to go in and ask if it
4    was right for them.  We wanted to
5    encourage a dialogue with
6    physicians and patients around
7    this.  And the physician actually
8    makes the decision based on the
9    patient that comes in.
```

*Handwritten annotation: leading — foundation — nonresponsive — strike everything after word "Absolutely not" — narrative*

[448:17] - [448:19]    4/20/2006    Charlotte McKines

```
page 448
17        Q.    And did you think that your
18   direct-to-consumer advertising to
```

*Handwritten annotation: leading*

Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

|  |  |
|---|---|
|  | 19    consumers was helping educate patients -- |
| [448:22] - [450:2] | 4/20/2006   Charlotte McKines |
|  | page 448<br>22        Q.    -- about treatments that<br>23     were available?<br>24        A.    Absolutely.  This was,<br>page 449<br>1      again, new product, and the advertisement<br>2      consistently -- you know, this is<br>3      something new.  It's a different way to<br>4      treat pain.  And again, go ask your<br>5      doctor.  This is not what's typically out<br>6      there.  It's not a typical NSAID.  It's<br>7      not some other product, but this is<br>8      something new that -- a new product out<br>9      there to treat pain.<br>10              And we were really excited<br>11     about that.  And, you know, again, early<br>12     on we did research with patients and to<br>13     hear patients talk about their pain and<br>14     talk about things like, you know -- and<br>15     our DTC executions I think hit the nail<br>16     on the head.  They said, I don't want to<br>17     run a marathon.  I don't want to run the<br>18     Boston marathon.  I just want to be able<br>19     to do everyday kinds of things.  I want<br>20     to wake up, be able to walk my dog, do<br>21     those kind of things that, you know,<br>22     typically you want to do just to enjoy<br>23     life.  This was not I want to be a super<br>24     athlete and be a Barry Bonds or anything<br>page 450<br>1      like that.  It really was, I just want to<br>2      have everyday pain relief. |
| [453:4] - [453:5] | 4/20/2006   Charlotte McKines |
|  | page 453<br>4        Q.    Do you still think Vioxx is<br>5      a good drug? |
| [453:7] | 4/20/2006   Charlotte McKines |
|  | page 453<br>7              THE WITNESS:  Absolutely. |
| [455:22] - [455:24] | 4/20/2006   Charlotte McKines |
|  | page 455<br>22       Q.    Do you -- if it was<br>23     available today, would you still take<br>24     Vioxx? |
| [456:2] - [458:12] | 4/20/2006   Charlotte McKines |
|  | page 456<br>2              THE WITNESS:  Absolutely.<br>3        Yes.  Yes, I would.<br>4      BY MS. FULTON:<br>5        Q.    Ms. McKines, I know that you<br>6      are employed full time at Merck, and you<br>7      have a job that keeps you very busy, but<br>8      do you also participate in community<br>9      service activities?<br>10       A.    Yes.  Yes, I do.<br>11       Q.    Can you tell us about some<br>12     of those? |

Handwritten margin notes:
- leading
- foundation
- nonresponsive – strike everything after the word "Absolutely"
- narrative
- prej 403, 402, leading, foundation, speculation
- 402, 403, leading
- 402, 403, calls for narrative
- rel 402, 403
- 402, 403

## Issues Report [Charlotte Mckines]

- **Merck Counter Designation**

```
13        A.   Yes.  I -- again, going back
14   to sort of how I grew up, I grew up in
15   the inner city, and so I think it's
16   really important -- I had aunts who,
17   again, without them, I would not be where
18   I am.  I think it's important for
19   everybody to give back and to reach back
20   and pull others up.  And so one of the
21   things that I do now is I mentor -- I
22   mentor young girls who are in similar
23   situations I was when I grew up, inner
24   city, to really show them that, you know
page 457
1    what, your surroundings are not what the
2    world is all about, and so to make sure
3    that we show them a better way of --
4    that, you know, of living in the world.
5    And so I do mentor girls, primarily girls
6    who typically are from 10 to 12 who are
7    in the inner city who are what we term,
8    at risk girls, who could go either way.
9    And, again, I want to work with them to
10   show them that, you know, life is not
11   what you see around the corner.  There's
12   a bigger world out there.  So, I do the
13   mentoring.  I mentor with them.
14            And then my other passion is
15   just the issue of just helping people
16   learn to read, just literacy.  Again, I'm
17   just amazed at the number of people out
18   there who can't read, primarily women who
19   can't read.  And so I'm working now to
20   set up a foundation with the goal of
21   really just the goal of supplying books.
22   And these are basic books that people
23   would have access to, that people can
24   use, to just really help them learn to
page 458
1    read.
2         Q.   Have you chosen a name for
3    the foundation you want to set up?
4         A.   Yes.  The foundation is
5    called Clara's Books.  And Clara is my
6    one aunt -- of all the aunts who put me
7    through school, is the one aunt who's
8    still alive today.  Today is her
9    birthday.  She's 82 years old.  And in
10   honor of this, my 50th birthday here, I'm
11   going to commit my resources setting it
12   up in honor of her.
```

*Handwritten annotations:* narrative, character, 402 403

*Handwritten annotations:* 402 403, narrative, non responsive – strike everything after "Yes"