```
                                      Topol 2
342: Page 342
342: 1 and not naproxen and not chance?
342: 2         A.    Yes.  That was our
342: 3 conclusion, but we did not at that time
342: 4 have the replication that was needed to
342: 5 say that this drug should be taken off
342: 6 the market or something drastic.  What we
342: 7 did say, as we wrote in the JAMA paper,
342: 8 as you well know and I reviewed earlier,
342: 9 is that more data were needed, and
342:10 specific significant caution must be
342:11 exercised in using this medicine because
342:12 of the heart attack risk.

   356:21-357:8

356:21        Q.    You said on direct
356:22 examination, Dr. Topol, that a black box
356:23 warning could easily have been imposed by
356:24 February of 2001.  Do you remember
357: Page 357
357: 1 testifying to that?
357: 2        A.    Yes.
357: 3        Q.    Did anybody at the Advisory
357: 4 Committee meeting suggest that a black
357: 5 box warning be put on the Vioxx label?
357: 6        A.    No.  And that's because the
357: 7 correct data for study 090 were not
357: 8 presented.

   358:16-359:7

358:16        Q.    You talked a lot about your
358:17 proposed cardiovascular outcome study;
358:18 correct?
358:19        A.    I discussed that we were
358:20 invited by Dr. Reicin --
358:21        Q.    No.
358:22        A.    That's what you're talking
358:23 about.
358:24        Q.    That's not what I was
359: Page 359
359: 1 talking about.
359: 2              On direct examination, Dr.
359: 3 Topol, you were asked a bunch of
359: 4 questions about your cardiovascular
359: 5 outcomes study; correct?
359: 6        A.    I addressed that earlier
359: 7 today, yes.

   360:1-360:12

360: 1        Q.    Do you agree, Dr. Topol,
360: 2 that your suggested approach, the
360: 3 cardiovascular outcomes study, was not
360: 4 the only way to address the question of
360: 5 whether there was a potential
360: 6 cardiovascular risk associated with COX-2
360: 7 inhibitors?
360: 8        A.    I had stated earlier today
360: 9 that the only way to get the answer
360:10 definitively in patients who have heart
360:11 disease is to do a trial in patients with
```

```
                                   Topol 2
360:12 heart disease.

   401:19-402:11

401:19          Q.    I want to talk to you, Dr.
401:20 Topol, about your JAMA article that you
401:21 published in August of 2001.  Okay.
401:22          A.    Sure.
401:23          Q.    You said on direct
401:24 examination that you sent the manuscript
402: Page 402
402: 1 or the draft of the JAMA article to Merck
402: 2 to see where there were discrepancies in
402: 3 the data between the published paper that
402: 4 you were publishing and the FDA database.
402: 5 Do you remember that?
402: 6          A.    That's correct.  I sent the
402: 7 paper to Dr. Demopoulos, and we already
402: 8 went through about, whether it was a
402: 9 paper version, and then Dr. Reicin
402:10 requested an electronic version.  We went
402:11 through that this morning.

   402:23-404:19

402:23          Q.    Dr. Topol, you met with
402:24 Merck employees in April of 2001;
403: Page 403
403: 1 correct?
403: 2          A.    That was a meeting I
403: 3 referred to when they came to Cleveland.
403: 4          Q.    Is that the meeting where
403: 5 you said Dr. Reicin came on quite strong,
403: 6 and that you would consider her comments
403: 7 to be brazen?
403: 8          A.    I considered her remarks
403: 9 about how we would be embarrassed if we
403:10 published it to be inappropriate, yes.
403:11          Q.    Did Dr. Reicin or Dr.
403:12 Demopoulos ever exert any pressure or
403:13 influence on you during that meeting?
403:14          A.    Well, it's Dr. Demopoulos,
403:15 and as I conveyed -- I mean, we
403:16 summarized this morning, but there were
403:17 some definite difficult issues that were
403:18 confronted, and there was no quid pro quo
403:19 in terms of intimidation.  They didn't
403:20 say, if you don't pull this paper out and
403:21 not take it out of its submission phase,
403:22 such and such would happen.  But it was
403:23 not what I would consider a pleasant
403:24 discussion.
404: Page 404
404: 1          Q.    Actually, isn't it true, Dr.
404: 2 Topol, that you enjoyed meeting with Dr.
404: 3 Reicin and Dr. Demopoulos?
404: 4          A.    Dr. Demopoulos and I are
404: 5 colleagues, and we worked on a trial
404: 6 together, and I had no problem with Dr.
404: 7 Demopoulos.
404: 8                I did have a problem with
404: 9 Dr. Reicin, who I had not met before, who
404:10 used Dr. Demopoulos as an access point,
                                  Page 4
```

```
                                                Topol 2
404:11 who came to visit, and as I said, told me
404:12 that we would regret publishing the paper
404:13 because we did not have the data that
404:14 Merck had, that we didn't understand that
404:15 rheumatoid arthritis patients had more
404:16 heart attacks, and that we would -- we
404:17 were making a mistake.  Those were
404:18 comments that I did not find enjoyable
404:19 whatsoever.

   438:5-438:19

438: 5          Q.   You said on direct
438: 6 examination that you felt there was no
438: 7 basis for the naproxen hypothesis.  Was
438: 8 that your testimony?
438: 9          A.   That on the course of how
438:10 this played out from 2001 when that
438:11 naproxen hypothesis was first touted by
438:12 Merck and put in the Targum report to the
438:13 present, over time it was very clear that
438:14 that could not be tenable.
438:15          Q.   You said on direct
438:16 examination "The only appropriate
438:17 conclusion...would be that there's a
438:18 problem with the experimental drug
438:19 Vioxx."  Right, sir?

   457:12-457:24

457:12          Q.   The JAMA article that you
457:13 published prompted debate in the
457:14 scientific community.  Is that fair?
457:15          A.   I don't know about
457:16 scientific debate.  There was debate in
457:17 the media with Merck consultants.  There
457:18 wasn't much scientific debate that I'm
457:19 aware of.  I guess there was some, but
457:20 most of the studies, as we reviewed this
457:21 morning, came out, the case control
457:22 studies, six out of seven, came out with
457:23 a significant adverse profile of Vioxx in
457:24 these large epidemiologic studies.

   459:6-460:9

459: 6          Q.   You said on direct
459: 7 examination, sir, that "Vioxx's risk has
459: 8 been evident since trials in 1999 and all
459: 9 the way through the time of withdrawal"
459:10 in September of 2004.  Do you remember
459:11 saying that?
459:12          A.   Yes.
459:13          Q.   Then you said -- you said
459:14 that "There's been replication of
459:15 untoward significant excess of events of
459:16 heart attack, death and stroke."  Do you
459:17 remember testifying to that, sir?
459:18          A.   Yes, I do.
459:19          Q.   And you said that based on
459:20 that -- let me ask you this.
459:21               The studies that you're
459:22 referring to are VIGOR and 090.  Is that
                                               Page 5
```

```
                                              Topol 2
459:23 right, sir?
459:24      A.    No.  I'm referring to the
460: Page 460
460: 1 Juni cumulative meta analysis in which on
460: 2 all of those randomized trials, I believe
460: 3 there were something like 18 of them, it
460: 4 was after VIGOR and 090 that had crossed
460: 5 the line statistically where the drug was
460: 6 proven to be hazardous for heart attack
460: 7 excess, and that's when Juni and his
460: 8 colleagues concluded that the drug should
460: 9 have been withdrawn.

   476:10-477:13

476:10      Q.    I want to know what data you
476:11 had access to after this point that you
476:12 didn't have access to in --
476:13      A.    I'll be happy to go over
476:14 that if you give me an opportunity.
476:15      Q.    -- JAMA?
476:16      A.    Page 32 of the Targum
476:17 report.
476:18      Q.    The Targum report you saw
476:19 back in February 2001, sir?
476:20      A.    Right, but then we had the
476:21 details of these patients, for example,
476:22 placebo, coronary occlusion, and we could
476:23 say had nothing to do with a heart
476:24 attack.
477: Page 477
477: 1      Q.    Dr. Topol, the Targum report
477: 2 that you are relying on now for your
477: 3 review that study 090 was a signal --
477: 4      A.    Yes.
477: 5      Q.    -- for cardiovascular risk
477: 6 is the same report that you cite in your
477: 7 JAMA article and that you relied on in
477: 8 your JAMA article.  Is that true?
477: 9      A.    And we had the details of
477:10 each of the patients.
477:11      Q.    You had that also in
477:12 February 2001?
477:13      A.    I did not have access to it.

   486:7-486:17

486: 7      Q.    I'm going to write down the
486: 8 numbers for October 25 of 2004.
486: 9      A.    These numbers do not
486:10 correspond to death, heart attack and
486:11 stroke.
486:12      Q.    I understand that.
486:13      A.    Okay.  Well, I don't know
486:14 what you're writing down because you're
486:15 comparing apples and oranges now.
486:16      Q.    7 events on Vioxx.
486:17      A.    They're different events.

   487:2-487:13

487: 2           THE WITNESS:  You're making
487: 3      a table of events, of different
                                         Page 6
```

```
                                            Topol 2
487: 4             types of events.  These are events
487: 5             that are requiring cessation of
487: 6             drug with serious
487: 7             cardiovascular -- I'm more focused
487: 8             on my letter in the New England
487: 9             Journal and what I'm talking about
487:10             with 60 Minutes and those things
487:11             you're interested in on death,
487:12             heart attack and stroke, and
487:13             they're different numbers.

   489:10-489:17

489:10          Q.    Here, this is showing a
489:11 statistically significant result for
489:12 .03; is that right?
489:13          A.    That's correct, but you're
489:14 comparing -- you don't even know what
489:15 these events are.  So, you're just
489:16 looking at some numbers.  You don't know
489:17 what this analysis is about.

   519:4-520:3

519: 4          Q.    Dr. Topol, you have said on
519: 5 several occasions that study 090 was not
519: 6 published; correct?
519: 7          A.    That's correct.
519: 8          Q.    You knew that study 090 was
519: 9 not published when you wrote your JAMA
519:10 article, didn't you, sir?
519:11          A.    Well, I already pointed out
519:12 earlier in our discourse, in our
519:13 discussion, it was 2001 -- well, it was
519:14 March of 2001 when we wrote that paper,
519:15 and the study, we didn't even know when
519:16 it was done, study 090.  So, we give some
519:17 allowance for when it might be published.
519:18 But now in 2004, something is very
519:19 concerning because it's now multiple
519:20 years later, it's nearly 1,000 patient
519:21 trial, it's not a trivial cohort, and it
519:22 still hasn't shown up in the literature.
519:23 So, there's a big difference between
519:24 March of 2001 a year or so, two years
520: Page 520
520: 1 after the study was completed versus six
520: 2 years after the study was completed.
520: 3 That's a big gap.

   520:18-523:20

520:18          Q.    You also know that Merck
520:19 didn't publish study 085 either; right?
520:20          A.    They did publish 085.  In
520:21 fact, there is a publication, and I can
520:22 get that for you if you'd like.  It was
520:23 published indeed.  It was 1,000 patient
520:24 similar, but I guess Merck was happy with
521: Page 521
521: 1 the results, but it was published.
521: 2          Q.    Well, if you can show me
521: 3 today where Merck published study 085 but
                                            Page 7
```

```
                                                 Topol 2
521: 4 not 090, I'd like to see that.
521: 5          A.    It's published in the Juni
521: 6 paper.
521: 7          Q.    That's not a publication,
521: 8 sir.
521: 9          A.    No.  What I'm saying is it's
521:10 cited in the Juni paper.
521:11          Q.    Let's look at the Juni
521:12 paper.
521:13          A.    I believe it's cited in
521:14 there.  It's an osteoarthritis trial, so,
521:15 I don't remember the first author, but it
521:16 was in his analysis, and so it was 1,000
521:17 patients.  I'm trying to remember the
521:18 exact number, 085.  It was -- we have to
521:19 back it out.  085 had 1,042 patients, and
521:20 somewhere in this table of Figure 3, that
521:21 is, there's 1,042 patient trial that's
521:22 included in here and it's cited.  I just
521:23 don't --
521:24          Q.    Dr. Topol, that 1,042 that
522: Page 522
522: 1 you're referring to in Table 1 of Juni's
522: 2 paper which is on Page 2023 is the same
522: 3 1,042 number that you have in your JAMA
522: 4 article --
522: 5          A.    Right.
522: 6          Q.    -- when you described a
522: 7 number of patients in 085.  Correct, sir?
522: 8          A.    No.  But I'm trying to find
522: 9 the reference for that now, sir, that is,
522:10 the publication.  There's a publication
522:11 based on these -- on this trial, 085.
522:12 Let me see if I can find it in here.
522:13 085, it's by Kivitz, et al, 2004.  What's
522:14 that number, Joe?
522:15               MR. HAMELINE:  22.
522:16               THE WITNESS:  Reference 22.
522:17          Okay.  Here it is.  It was
522:18          published in the Journal of
522:19          American Geriatric Society in 2000
522:20          and -- Reference Number 22, 2004,
522:21          Volume 52.  It's by Kivitz, et al.
522:22          "Efficacy and safety of rofecoxib
522:23          12-and-a-half milligrams versus
522:24          nabumetone 1,000 milligrams in
523: Page 523
523: 1          patients with osteoarthritis of
523: 2          the knee:  A randomized control
523: 3          trial."  So it was indeed was
523: 4          published --
523: 5 BY MR. GOLDMAN:
523: 6          Q.    Dr. Topol --
523: 7          A.    -- unlike study 090.
523: 8          Q.    Dr. Topol, what you are
523: 9 looking at is a publication after
523:10 withdrawal; correct?
523:11               MR. KLINE:  Which means
523:12          when?
523:13               THE WITNESS:  No.  It was
523:14          published before the withdrawal.
523:15          That was published in early 2004
523:16          in the Journal of the American
                                                 Page 8
```

```
                                       Topol 2
523:17          Geriatric Society.  It's an
523:18          eight-page manuscript published by
523:19          Kivitz and Colley before the
523:20          withdrawal.

    523:13-523:20

523:13                    THE WITNESS:  No.  It was
523:14          published before the withdrawal.
523:15          That was published in early 2004
523:16          in the Journal of the American
523:17          Geriatric Society.  It's an
523:18          eight-page manuscript published by
523:19          Kivitz and Colley before the
523:20          withdrawal.

    524:9-526:21

524: 9                    When you wrote your article
524:10 in JAMA in August of 2001, you knew 090
524:11 was not published, and you didn't say in
524:12 your article that it should be, did you,
524:13 sir?
524:14          A.     We assumed every trial,
524:15 particularly when it gets to 1,000
524:16 patients, it's going to be published.
524:17 That's -- this is -- we're talking about
524:18 human experimentation.  And you don't
524:19 experiment on 1,000 patients and not
524:20 publish the results for the rest of the
524:21 medical community to see.  That's not
524:22 acceptable medical research.
524:23          Q.     Did you ever write the FDA
524:24 in August of 2001 when you knew that 090
525: Page 525
525: 1 was not published and say that this study
525: 2 should be published because it's
525: 3 important?
525: 4          A.     We give trials or sponsors
525: 5 an allowance of time.
525: 6          Q.     Did you do that, sir?
525: 7          A.     How would we know that they
525: 8 weren't intending to ever publish the
525: 9 trial?
525:10          Q.     You knew that study 090 was
525:11 not published in August 2001.  Did you
525:12 ever write the FDA, did you ever write
525:13 Merck, did you ever write anybody and say
525:14 study 090 should be published?
525:15          A.     We assumed that it was going
525:16 to be published.  It was soon after --
525:17          Q.     That wasn't my question.
525:18                 Did you ever write the FDA,
525:19 Merck or anybody else before this
525:20 medicine was withdrawn and say that study
525:21 090 should be published?
525:22          A.     I have a simple answer for
525:23 that question.  Why would we do that?
525:24          Q.     Is your answer to my
526: Page 526
526: 1 question no, you didn't?
526: 2          A.     Yes.  Why would we even
526: 3 think of doing it?
                                         Page 9
```

```
                                            Topol 2
526: 4          Q.   Dr. Topol, if you thought
526: 5   that study 090 was that important and the
526: 6   events were so important that they should
526: 7   be publicized, did you ever write the
526: 8   FDA, Merck, or anybody else and say you
526: 9   should publish Study 090?
526:10          A.   Now, Mr. Goldman --
526:11          Q.   Can you answer that yes or
526:12   no?
526:13          A.   You're confusing everything
526:14   now.  It was only in '04,
526:15   October/November '04 that we got the
526:16   straight data.  We couldn't get to the
526:17   data.  So how could we have known that it
526:18   was statistically significant with a 760
526:19   percent excess of heart attack in '02, in
526:20   '01.  We didn't have the data.  There was
526:21   no way of knowing that.

    547:16-547:22

547:16          Q.   The Juni article shows that
547:17   there's no increased risk associated with
547:18   Vioxx at the 25 milligram dose, correct,
547:19   sir?
547:20          A.   No.  No.  That's not at all
547:21   an appropriate interpretation of that
547:22   study.

    552:5-553:22

552: 5          Q.   Do you also see, Dr. Topol,
552: 6   that in trial duration, do you see that
552: 7   in less than six months there's no
552: 8   statistically significant difference in
552: 9   increased cardiovascular risk in the Juni
552:10   study?
552:11          A.   I'm afraid the problem is
552:12   that you're not interpreting these data
552:13   properly because the concept -- and I can
552:14   explain it if you'd like, about
552:15   heterogeneity and interaction.  What this
552:16   table shows, and the most important
552:17   aspect of the table is this column for P
552:18   for interaction.  And what this shows is
552:19   that the duration, there's no difference.
552:20   217 percent excess for less than six
552:21   months.  233 percent excess for heart
552:22   attack for greater than six months.  The
552:23   same thing for dose.  Only if there's a
552:24   p-value for interaction.  And the only
553: Page 553
553: 1   one there was, interestingly, was on the
553: 2   external endpoint committee, which is a
553: 3   topic I would have loved to address with
553: 4   you.  But that is the only one that was
553: 5   significant.  And that's the only thing
553: 6   you can say about this table.
553: 7          Q.   Let me ask one more time.
553: 8          A.   Yes.
553: 9          Q.   Without looking at the
553:10   p-value that you just looked at, do you
553:11   agree that Table 2 of the Juni study
```

```
                                    Topol 2
553:12 shows that there's no statistically
553:13 significant difference in cardiovascular
553:14 risk associated with the Vioxx 25
553:15 milligram dose?
553:16          A.    It does not show that there
553:17 is no statistically significant
553:18 difference, that there's no statistically
553:19 significant -- there's nothing you can
553:20 say about any of the doses higher or
553:21 lower based on this analysis and the
553:22 data.


Total Length - 00:19:06
```

                                        Topol 3

Topol 3 (Multi-clip)
    555:15-555:17

 555:15        Q.    Dr. Topol, nice to see you
 555:16 again.
 555:17        A.    Yes.

    555:18-556:4

 555:18        Q.    And I want to ask you a
 555:19 couple of questions that the Merck lawyer
 555:20 may not have -- in fact, I know didn't
 555:21 ask you.
 555:22              First of all, I didn't know
 555:23 that he was making a chart of the CV
 555:24 event analysis.  Apparently he was
 556: Page 556
 556: 1 writing numbers.  Do you recall when he
 556: 2 was writing numbers and you were
 556: 3 disagreeing that those numbers were
 556: 4 comparing apples and apples?

    556:6-558:7

 556: 6              THE WITNESS:  Yes.
 556: 7 BY MR. KLINE:
 556: 8        Q.    Well, no, he was
 556: 9 disagreeing, that it was comparing apples
 556:10 and apples.  You are saying it was like
 556:11 comparing two different fruits?
 556:12              MR. GOLDMAN:  Objection.
 556:13              THE WITNESS:  Yes.
 556:14 BY MR. KLINE:
 556:15        Q.    All right.
 556:16              I see here that he prepared
 556:17 and marked something called Exhibit 48,
 556:18 and what he says here, I'll put it in
 556:19 front of us, that in August of '01, JAMA,
 556:20 he says Vioxx -- help me with that.
 556:21        A.    Nabumetone.
 556:22        Q.    -- nabumetone, placebo.
 556:23        A.    Right.
 556:24        Q.    And he has August, '91,
 557: Page 557
 557: 1 JAMA, 6, 2, 1?
 557: 2        A.    Right.
 557: 3        Q.    Vioxx, nabumetone, placebo
 557: 4 for October 25th, 7, 1, 1?
 557: 5        A.    Those are Dr. Targum's
 557: 6 numbers, but the basis of them was
 557: 7 uncertain.  So, that's what we were going
 557: 8 on, until we could zoom in on each and
 557: 9 every patient and figure out whether they
 557:10 had a heart attack, a death or a stroke.
 557:11        Q.    Understood.
 557:12              And then in November 12,
 557:13 it's 5, 1, 0?
 557:14        A.    That was after the final
 557:15 review of each patient's detailed
 557:16 clinical history.
 557:17        Q.    This is 090; correct?
 557:18        A.    That's 090.
                                        Page 1


```
                                                   Topol 3
557:19         Q.    That study for Merck was
557:20 bad; correct?
557:21               MR. GOLDMAN:  Objection.
557:22               THE WITNESS:  Well, let's
557:23         put it this way.  I only learned,
557:24         you know, back in November of '04
558: Page 558
558: 1         that it was finished in 1999.  So,
558: 2         now it's 2005, it's six years
558: 3         later, it hasn't been published,
558: 4         and as far as I know, it's the
558: 5         only significant large trial in
558: 6         nearly 1,000 patients that has not
558: 7         been published in the Vioxx trial.

   562:4-564:11

562: 4               Do you consider in looking
562: 5 at the Vioxx safety, do you consider
562: 6 yourself to be independent, sir?
562: 7               MR. GOLDMAN:  Objection.
562: 8               THE WITNESS:  I don't know
562: 9         how I could be more independent.
562:10         I certainly wasn't involved in the
562:11         trials, but on the other hand, I'm
562:12         looking at it as a seasoned
562:13         clinical trialist, so, yes, I
562:14         believe I'm an independent viewer.
562:15 BY MR. KLINE:
562:16         Q.    Which of the two studies, if
562:17 they had to pick one, should have been
562:18 published, and why?
562:19               MR. GOLDMAN:  Objection.
562:20               THE WITNESS:  Well, study
562:21         090 should have been published as
562:22         soon as possible, and that was the
562:23         concern that I registered.  And,
562:24         of course, that was that Mr.
563: Page 563
563: 1         Goldman's e-mail that I first saw,
563: 2         internal FDA, they talked about,
563: 3         should they have done something
563: 4         with that data much earlier.  But
563: 5         that one was the one of concern.
563: 6         And just because there's another
563: 7         trial of similar size and design
563: 8         that doesn't show the problem,
563: 9         doesn't negate, it doesn't make
563:10         you in any way not seriously
563:11         concerned about 090.
563:12 BY MR. KLINE:
563:13         Q.    These data, even looking at
563:14 them the way he compares them, 6 Vioxx to
563:15 3 when you combined nabumetone and
563:16 placebo, or 7 versus 2 or 5 versus 1, are
563:17 any of those numbers, sir, reassuring
563:18 that Vioxx is safe?
563:19               MR. GOLDMAN:  Objection.
563:20               THE WITNESS:  They're not at
563:21         all reassuring.  We're running on
563:22         a relatively low event, but they
563:23         are an imbalance of events no
563:24         matter how you look at study 090.
                                                   Page 2
```

```
                                Topol 3
564: Page 564
564: 1         And then in the wake of VIGOR, or,
564: 2         actually, it preceded VIGOR by
564: 3         many months, but when you put the
564: 4         two together, you have a large
564: 5         trial of 8,000 patients, you have
564: 6         a trial of 1,000 patients, which
564: 7         is a respectable number, it's not
564: 8         so small, you see the same problem
564: 9         in both trials, that's when you
564:10         have to make a conclusion that
564:11         there's a significant problem.

   567:2-568:19

567: 2             This is the Targum memo by
567: 3 an FDA reviewer, and the memorandum is
567: 4 dated February 1, 2001; correct?
567: 5      A.    Yes.
567: 6      Q.    But the information is about
567: 7 a study that was done two years earlier;
567: 8 correct?
567: 9      A.    That's correct.
567:10      Q.    And you now, two years
567:11 later, are looking at that data as an
567:12 independent eye and saying, what was
567:13 really in that study; correct?
567:14           MR. GOLDMAN:  Objection.
567:15           THE WITNESS:  Right.  Three
567:16      years later.
567:17 BY MR. KLINE:
567:18      Q.    Three years later.
567:19            And that study hadn't been
567:20 published yet?
567:21           MR. GOLDMAN:  Objection.
567:22           THE WITNESS:  That's right.
567:23 BY MR. KLINE:
567:24      Q.    And you're saying to
568: Page 568
568: 1 yourself, what does this show me against
568: 2 this problem that was in VIGOR, which now
568: 3 has a lot of attention in the medical
568: 4 community; correct?
568: 5           MR. GOLDMAN:  Objection.
568: 6           THE WITNESS:  That's
568: 7      correct.  And moreover, there's
568: 8      APPROVe in colon polyp patients,
568: 9      not heart patients.  There's also
568:10      ADVANTAGE in osteoarthritis for 12
568:11      weeks.  There's other trials now
568:12      that we have access to and you
568:13      say, well, wait a minute, where
568:14      was the signal really there?
568:15      That's what this is about.  Where
568:16      was the first signal really there?
568:17      Why didn't we get the right data,
568:18      the drilled down data on the study
568:19      090?

   569:19-570:14

569:19      Q.    Would you tell the members
569:20 of the jury with this displayed in front
                          Page 3
```

Handwritten annotations:
Δ: 611(c) - leading
π: not leading, foundational information for context

Ruling - overruled on other grounds

```
                                 Topol 3
569:21 of them what it is that you wanted to
569:22 communicate to them when you were
569:23 answering questions by Merck's counsel
569:24 when he was challenging you, like Merck
570: Page 570
570: 1 challenges everyone, please?
570: 2           MR. GOLDMAN:  Objection.
570: 3           THE WITNESS:  The point
570: 4      being, I gave this example, but
570: 5      the coronary artery occlusion,
570: 6      without having any details, the
570: 7      table just says placebo, coronary
570: 8      artery occlusion.  Dr. Targum
570: 9      concluded that was a heart attack
570:10      when, in fact, it wasn't a heart
570:11      attack when we reviewed the
570:12      details of this 48-year-old
570:13      gentleman.  He didn't have any
570:14      heart attack.

   580:13-585:22

580:13           Now, let's move right along.
580:14           Let's talk about statistical
580:15 analysis.
580:16           As far as your statistical
580:17 analysis is concerned, did you at all
580:18 times, sir, conduct a statistical
580:19 analysis consistent with good and sound
580:20 scientific practice?
580:21      A.   That's the only way I would
580:22 know how to do, is to do the best we can
580:23 with the data and the statistics and the
580:24 analysis, yes.
581: Page 581
581: 1      Q.   Okay.
581: 2           Was that also Merck's
581: 3 obligation, to do the same thing?
581: 4           MR. GOLDMAN:  Objection.
581: 5           THE WITNESS:  Any medical
581: 6      research should be done in that
581: 7      way, yes.
581: 8 BY MR. KLINE:
581: 9      Q.   Okay.
581:10           Now, have you had a chance
581:11 now to explain adequately what you wanted
581:12 explained to the jury about the Targum
581:13 memo and what you did in terms of
581:14 drilling down the data and what you were
581:15 after?
581:16      A.   I believe so.
581:17      Q.   Anything else that you think
581:18 has to be covered to get the full import
581:19 of it out?
581:20           MR. GOLDMAN:  Objection.
581:21           THE WITNESS:  Well, I mean,
581:22      I think the other points that Dr.
581:23      Targum made in her conclusion of
581:24      her report about the fact that
582: Page 582
582: 1      the --
582: 2 BY MR. KLINE:
582: 3      Q.   Page?
```

Handwritten annotation (right margin, bracketing lines 569:21–570:14):

Δ: argumentative, 611(c), lawyer speech

π - not leading, foundational, not argumentative - witness not offended by question

Ruling - [uncertain]

Page 4

```
                                          Topol 3
582: 4         A.    Page 34, "The sponsor claims
582: 5  that the difference in heart attacks
582: 6  between the groups is primarily due to
582: 7  the anti-platelet effects of naproxen."
582: 8         Q.    Yes.
582: 9         A.    I've already discussed that,
582:10  that that was an untenable conclusion.
582:11         Q.    Well, wait.  But what does
582:12  she say?
582:13              MR. GOLDMAN:  Objection,
582:14         nonresponsive.
582:15  BY MR. KLINE:
582:16         Q.    Does she say something that
582:17  disagrees with you?
582:18         A.    Yes.  She says, "The
582:19  hypothesis is not supported by any
582:20  prospective placebo-controlled trials
582:21  with naproxen."
582:22         Q.    It's the same thing you told
582:23  us earlier?
582:24         A.    That's right.
583: Page 583
583: 1         Q.    And she says here, and you
583: 2  highlighted this next point or put an
583: 3  asterisk next to it, "The sponsor claims
583: 4  that the majority of cardiovascular
583: 5  events in the VIGOR study occurred in
583: 6  those patients who should have been on
583: 7  aspirin for cardioprotection."
583: 8               And what does she say?
583: 9              MR. GOLDMAN:  Objection.
583:10              THE WITNESS:  Well, this
583:11         claim has not convinced this
583:12         medical reviewer, it certainly did
583:13         not convince me, and so this is
583:14         not a reasonable conclusion from
583:15         the data.
583:16  BY MR. KLINE:
583:17         Q.    She notes that "The sponsor
583:18  claims that the patients with rheumatoid
583:19  arthritis are at increased risk for
583:20  cardiovascular events."
583:21              What does she say?
583:22              MR. GOLDMAN:  Objection.
583:23              THE WITNESS:  Well, there's
583:24         some literature.  She agrees with
584: Page 584
584: 1         it, I agree with it, there's some
584: 2         literature, but it is actually a
584: 3         very modest amount of literature.
584: 4         And actually, the most recent data
584: 5         from 2005, which we didn't have
584: 6         back then, would suggest that
584: 7         there is an increased incidence of
584: 8         heart attacks, but it's not
584: 9         particularly striking.
584:10              MR. GOLDMAN:  Objection,
584:11         move to strike the nonresponsive
584:12         portion.
584:13  BY MR. KLINE:
584:14         Q.    And does it explain, does
584:15  that point explain the results of VIGOR?
584:16         A.    Not in any way.
                                          Page 5
```

```
                                            Topol 3
584:17         Q.    VIGOR, when combined with
584:18 090, combined now with all the
584:19 epidemiologic studies, where does VIGOR
584:20 fit into the scheme of things?
584:21         MR. GOLDMAN:  Objection.
584:22         THE WITNESS:  The VIGOR was
584:23     in many ways the front runner.
584:24     That one is the one that really
585: Page 585
585: 1     predicted what was going to
585: 2     happen, not only in the
585: 3     epidemiologic studies, but, of
585: 4     course, in the subsequent
585: 5     randomized trials.
585: 6         There was one last point in
585: 7     this report that I think deserves
585: 8     to be underscored, and it says,
585: 9     "The sponsor recommends use of
585:10     low-dose aspirin in conjunction
585:11     with rofecoxib in those at risk
585:12     for cardiovascular events."
585:13         There are no data whatsoever
585:14     to substantiate that.  Dr. Targum
585:15     agrees with that and, again, we're
585:16     talking about millions of patients
585:17     in the United States and beyond,
585:18     and to recommend taking aspirin
585:19     without having any proof of that,
585:20     without any data, without any
585:21     meaningful trial, is really, I
585:22     believe, unacceptable.

    597:3-598:3

597: 3         Q.    They asked you questions
597: 4 about whether you, sir, took Vioxx?
597: 5         A.    Yes.
597: 6         Q.    First of all, did you take
597: 7 Vioxx regularly or did you just take it
597: 8 intermittently?
597: 9         A.    I took it once a week or
597:10 every couple, few weeks.  It was very
597:11 sporadic.  A single dose as needed for
597:12 knee pain.
597:13         Q.    Did you have any special
597:14 circumstances that you thought that you
597:15 could tolerate the risk?
597:16         A.    Well, I mean, I started
597:17 taking it when I was -- in '99, so, that
597:18 was -- I was 45.  I had had an exercise
597:19 stress test.  I had no risk factors for
597:20 coronary disease or heart disease.  I'm
597:21 fit, so, I didn't think that,
597:22 particularly as we learned more about the
597:23 risk profile of the drug, that I was one
597:24 of the people who would, I think, be
598: Page 598
598: 1 worried about the risk of the drug
598: 2 relative to an older person with any risk
598: 3 factors for heart disease.

    602:2-602:4
```

```
                                         Topol 3
602: 2         Q.    You were asked about this
602: 3 Alastair Wood memo?
602: 4         A.    Yes, yes.

   602:10-604:1

602:10         Q.    There is this Alastair Wood
602:11 thing, and let me just put my hand on
602:12 what I want to point out to you.  You may
602:13 know other stuff.
602:14               What was the discussion you
602:15 were having with defense counsel about,
602:16 as you understood it?
602:17               MR. GOLDMAN:  Objection.
602:18               THE WITNESS:  Yeah, I wanted
602:19         to bring out the point that one of
602:20         the highest regarded trialists,
602:21         and in this field in particular,
602:22         Dr. Wood, probably the most
602:23         revered pharmacologist and
602:24         trialists in the country, he
603: Page 603
603: 1         completely agreed and said that --
603: 2         about the fact that we needed a
603: 3         trial and the fact that his
603: 4         statement he had was really quite
603: 5         perfect.
603: 6               Basically he's saying it was
603: 7         unethical not to do a trial, and
603: 8         the statement here, he says, "Such
603: 9         a study would have been undoable
603:10         because of the size and time
603:11         requirements."  This is what Merck
603:12         has been saying.  And "I am
603:13         surprised that gets repeated so
603:14         frequently without challenge from
603:15         the data."  And he basically in
603:16         this back and forth e-mail agrees
603:17         that there's so many patients that
603:18         are getting the therapy today,
603:19         Vioxx, with heart disease, that we
603:20         have to resolve this problem.
603:21               MR. GOLDMAN:  Objection.
603:22               THE WITNESS:  And it was
603:23         only -- the irony is that it's
603:24         only ethical to do the trial, not
604: Page 604
604: 1         to back off from not doing it.

   611:13-615:1

611:13         Q.    Next, the Konstam paper.
611:14               You told the Merck lawyer
611:15 that you could review the Konstam paper,
611:16 you didn't get to talk about it.  I have
611:17 it here.  Is there a minute or two way
611:18 through it?
611:19         A.    Yeah.  Well, this --
611:20               MR. GOLDMAN:  Objection.
611:21               THE WITNESS:  This paper,
611:22         the actual reprint I have, this
611:23         has very significant problems in
611:24         trying to interpret it.  So, for
                                        Page 7
```

```
                                                    Topol 3
612: Page 612
612: 1           example, here, study 090, the data
612: 2           are included in this amalgamation
612: 3           --
612: 4               MR. KLINE:  I've marked it
612: 5           as the next exhibit.  Number?
612: 6           What is it?
612: 7               MR. HAMELINE:  52, 52.
612: 8               MR. KLINE:  52.
612: 9                     - - -
612:10               (Whereupon, Deposition
612:11           Exhibit Topol-52, "Cardiovascular
612:12           Thrombotic Events in Controlled,
612:13           Clinical Trials of Rofecoxib,"
612:14           (Konstam, et al), Circulation
612:15           2001;104:r15-r23, was marked for
612:16           identification.)
612:17                     - - -
612:18               THE WITNESS:  Yes.  This was
612:19           published shortly after our --
612:20           there's a lot of interesting
612:21           things about this paper.  It was
612:22           received on October 2nd and
612:23           accepted the next day and
612:24           published very rapidly.  But the
613: Page 613
613: 1           paper includes the trials of Vioxx
613: 2           that were available, and what it
613: 3           does is it never reports the
613: 4           actual individualized data of the
613: 5           trial.
613: 6               So, for example, here's a
613: 7           chance that since Merck hadn't
613: 8           published the data for study 090,
613: 9           why not present it here.
613:10               MR. GOLDMAN:  Objection,
613:11           move to strike.
613:12 BY MR. KLINE:
613:13           Q.   They're his consultant, he's
613:14 their consultant; right?
613:15               MR. GOLDMAN:  I'm sorry.
613:16           Objection, move to strike,
613:17           nonresponsive.
613:18               THE WITNESS:  All the other
613:19           doctors are Merck employees on the
613:20           paper except for Dr. Konstam, who
613:21           is a consultant.  But the
613:22           important thing is, they don't
613:23           present the individual trial data.
613:24           And this is the thing that's
614: Page 614
614: 1           grossly overlooked.
614: 2               They present, just as Mr.
614: 3           Goldman reviewed earlier, that
614: 4           1.69 risk, that's 169 percent,
614: 5           comparing Vioxx with naproxen.
614: 6           So, what's striking here is that
614: 7           they show statistical
614: 8           significance, they basically
614: 9           confirm the VIGOR paper, they
614:10           confirm study 090, and they
614:11           basically are then trying to
614:12           conclude that there isn't a
                                                    Page 8
```

```
                                          Topol 3
614:13           problem, when it's statistically
614:14           significant, 169 percent excess of
614:15           risk.
614:16 BY MR. KLINE:
614:17      Q.   How do you do that?  How do
614:18 you do tat?
614:19           MR. GOLDMAN:  Objection.
614:20 BY MR. KLINE:
614:21      Q.   How do you get to that
614:22 result?
614:23           MR. GOLDMAN:  Objection.
614:24           THE WITNESS:  I just can't
615: Page 615
615: 1           imagine.
```

Total Length - 00:13:04