Issues Report [Eric Topol]

• **Merck's Counter-Designations**

[316:5] - [316:6]    11/22/2005  Eric Topol

page 316
5            Q.      Good afternoon, Dr. Topol.
6            A.      Good afternoon.

*403 Already Introduced*

[316:7] - [317:3]    11/22/2005  Eric Topol

page 316
7            Q.      I want to talk for a few
8     seconds about cardiovascular disease.  Is
9     it the leading cause of death in the
10    United States?
11           A.      Yes, it is.
12           Q.      Is cardiovascular disease
13    the leading cause of death by far?
14           A.      Well, it's significantly
15    greater than the second leading cause of
16    cancer, so, yes.
17           Q.      Is cardiovascular disease
18    the number one killer in the United
19    States and has it been since 1900?
20           A.      Yes.
21           Q.      Do you know that
22    approximately every 34 seconds somebody
23    dies of heart disease in this country?
24           A.      That's, I think, from the
page 317
1     American Heart Association, and I can't
2     vouch for the calculation, but that's out
3     there, yes.

*Repentive; Asked & Answered*

*Hearsay; 602 Lack of Foundation*

[317:23] - [319:9]    11/22/2005  Eric Topol

page 317
23           Q.      Is it true, Dr. Topol, that
24    every year 400,000 -- 460,000 people die
page 318
1     of heart disease in the emergency room or
2     before even getting to the hospital?
3            A.      That number may be about
4     right.  There's a lot of out of hospital
5     sudden death, yes.
6            Q.      Did you take Vioxx, Dr.
7     Topol?
8            A.      Yes, I took Vioxx.
9            Q.      You took Vioxx for years,
10    didn't you?
11           A.      I took it occasionally.  I
12    have knee arthritis.  I've had multiple
13    knee surgeries, so, I would take it on
14    demand, you know, whether it be every --
15    once, a couple, every few weeks, that
16    sort of thing.
17           Q.      The reason you took Vioxx is
18    because you had serious knee pain, and
19    traditional NSAIDs were bothering your
20    stomach.  Is that true?
21           A.      I think the medicines that I
22    had taken actually didn't bother my
23    stomach.  I haven't had any things that
24    really bothered my stomach very much, but
page 319
1     I can't recall that so much as I thought
2     I had better relief of my arthritis than
3     by taking a Motrin or some other
4     over-the-counter preparation.
5            Q.      Vioxx helped relieve your
6     knee pain better than the traditional

*Hearsay; Lack of Foundation*

*401 402 403*

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
                         7    NSAIDs.  Is that fair?
                         8         A.     The ones that I had tried,
                         9    yes.
```

A01
A03

[322:19] - [323:3]      11/22/2005  Eric Topol

```
                    page 322
                    19         Q.    Was the VIGOR trial
                    20    published in the New England Journal of
                    21    Medicine?
                    22         A.    Yes.  As I mentioned, the
                    23    November 22nd, 2000.
                    24         Q.    Is the New England Journal
                    page 323
                    1    of Medicine a top medical journal?
                    2         A.    It's the leading impact
                    3    journal in biomedicine today.
```

[323:12] - [325:16]     11/22/2005  Eric Topol

```
                    page 323
                    12         Q.    Is the New England Journal
                    13    of Medicine a peer-reviewed journal?
                    14         A.    Yes.
                    15         Q.    That means that before the
                    16    New England Journal of Medicine will
                    17    publish an article, doctors who are
                    18    knowledgeable in the field that's being
                    19    described in the article review the
                    20    article for accuracy.
                    21         A.    "Peer review" means that the
                    22    data are reviewed, and certainly the
                    23    conclusions are -- yes, that's what peer
                    24    review is all about.
                    page 324
                    1         Q.    Peer reviewed is a standard
                    2    process that medical journals use to
                    3    ensure the quality of the articles that
                    4    they publish; correct?
                    5         A.    Correct.
                    6         Q.    I want to talk briefly about
                    7    how the VIGOR trial was conducted, and
                    8    then we'll discuss the results.  Okay?
                    9         A.    Yes.
                    10         Q.    Do you know that VIGOR
                    11    tested whether Vioxx was safe at treating
                    12    pain suffered by patients who had
                    13    rheumatoid arthritis?
                    14         A.    Yes.  I mentioned that
                    15    earlier today.
                    16         Q.    And one of the things that
                    17    the VIGOR trial sought to test was
                    18    whether the patients who had rheumatoid
                    19    arthritis could have relief from their
                    20    pain without causing them as many stomach
                    21    problems as naproxen; correct?
                    22         A.    The primary, I think,
                    23    endpoint of the study was the relief of
                    24    gastrointestinal complications.  That
                    page 325
                    1    was, I think, why the sample size and the
                    2    power of the trial was set up, to detect
                    3    whether or not rofecoxib/Vioxx would have
                    4    an advantage over naproxen in that
                    5    regard.
                    6         Q.    Are patients with rheumatoid
                    7    arthritis at higher risk of heart
                    8    attacks?
                    9         A.    As I mentioned this morning,
                    10    yes, patients with RA, rheumatoid
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
11  arthritis, do have higher event rates for
12  heart attacks.
13        Q.    In the VIGOR trial, patients
14  who participated either used Vioxx 50
15  milligrams once a day or naproxen, 500
16  milligrams twice per day.  Is that right?
```
→ *Answer Missing*

[327:17] - [328:10]     11/22/2005  Eric Topol

```
page 327
17        Q.    You're not critical, Dr.
18  Topol, of Merck's decision to use
19  naproxen as the drug to compare Vioxx to,
20  are you, sir?
21        A.    No.  I think naproxen, being
22  a widely used nonsteroidal agent for
23  arthritis, all types of arthritis, was a
24  very suitable comparator.
page 328
1         Q.    None of the patients in the
2   VIGOR trial used placebo, did they?
3         A.    The VIGOR trial did not test
4   placebo.  It was a so-called active
5   comparison, that is, comparing one active
6   anti-inflammatory versus another.
7         Q.    A placebo is another word
8   for a sugar pill.  Is that right?
9         A.    That would be an inactive
10  drug, yes.
```

[329:1] - [329:9]     11/22/2005  Eric Topol

```
page 329
1         Q.    Would it be ethical, Dr.
2   Topol, if half of the patients in the
3   VIGOR study who had rheumatoid arthritis
4   only took a placebo?
5         A.    If they had no other relief
6   for their rheumatoid arthritis symptoms?
7         Q.    Yes.
8         A.    No, that would not be
9   proper.
```

[330:7] - [330:15]     11/22/2005  Eric Topol

```
page 330
7         Q.    Do you agree then, sir, that
8   Vioxx worked to reduce pain that
9   rheumatoid arthritis patients were
10  experiencing in the VIGOR trial?
11        A.    It reduced pain, as far as I
12  understand from the data, equally, as
13  well as naproxen at the doses that were
14  administered with the 50 milligrams of
15  Vioxx, yes.
```

[338:22] - [339:24]     11/22/2005  Eric Topol

```
page 338
22        Q.    Let me back up, Dr. Topol.
23  I think you said in one of your previous
24  answers that there were 20 heart attacks
page 339
1   seen in the Vioxx group and 4 heart
2   attacks seen in the naproxen group.
3   Right?
4         A.    That's correct.
5         Q.    That's a five times
6   difference; right?
```

Issues Report [Eric Topol]

• Merck's Counter-Designations

```
 7          A.    That's correct.
 8          Q.    What percentage of the
 9  patients in the Vioxx group had heart
10  attacks?
11          A.    That would be 20 of 4,047.
12  So, that would be approximately -- I
13  don't have a calculator, but it would be
14  approximately .5 percent.
15          Q.    One half of one percent?
16          A.    One half of one percent.
17          Q.    Do you know what the
18  percentage of heart attacks in the
19  naproxen group was?
20          A.    Well, that was 4 out of
21  4,029, which is less than .1 percent.
22          Q.    Or less than one-tenth of
23  one percent?
24          A.    That's correct.
```

[342:13] - [343:22]        11/22/2005  Eric Topol

```
page 342
13          Q.    Did the Food & Drug
14  Administration hold a special Advisory
15  Committee meeting in February of 2001 to
16  discuss the question of whether COX-2
17  inhibitors cause heart problems?
18          A.    Yes.  They had, as I
19  mentioned this morning, a two-day
20  conference, one for each of the drugs,
21  Celebrex and Vioxx.
22          Q.    What is an FDA Advisory
23  Committee briefly, sir?
24          A.    Well, a panel of experts are
page 343
 1  brought in, and the data are reviewed,
 2  and there's recommendations by the panel
 3  to give to the FDA staff, and the FDA
 4  staff can either accept or reject those
 5  recommendations.  But this is a panel of
 6  experts.  In this particular case, it was
 7  predominantly rheumatologists.  There
 8  were only two cardiologists who were
 9  invited to the panel to review Vioxx and
10  Celebrex.
11          Q.    One of the cardiologists who
12  was on the Advisory Committee was your
13  colleague, Dr. Steven Nissen; is that
14  right?
15          A.    Yes.
16          Q.    He is a well-respected
17  cardiologist, correct, sir?
18          A.    Yes.
19          Q.    The FDA Advisory Committee
20  meetings that are held, those are open to
21  the public, aren't they, Dr. Topol?
22          A.    Yes.
```

[344:11] - [345:5]         11/22/2005  Eric Topol

```
page 344
11          Q.    During the Advisory
12  Committee meeting that your colleague,
13  Dr. Nissen, attended, Merck gave a
14  presentation; right?
15          A.    Merck gave a substantial
16  presentation, that's right.
17          Q.    Pfizer gave a presentation
18  about Celebrex; correct?
19          A.    That was on a different day,
```

• Merck's Counter-Designations

```
20  yes.
21          Q.      The FDA made a presentation
22  as well; correct?
23          A.      Yes.
24          Q.      The FDA also prepared
page 345
1   background materials for the Advisory
2   Committee, analyzing the clinical trials
3   that had been done on Vioxx and Celebrex;
4   correct, sir?
5           A.      That's correct.
```

[350:22] - [350:24]        11/22/2005  Eric Topol

```
page 350
22          Q.      Let me show you, sir, an
23  excerpt from the FDA Advisory Committee
24  meeting.
```

*801, 602*

[352:6] - [352:7]          11/22/2005  Eric Topol

```
page 352
6           Q.      Dr. Topol, does Dr.
7   Nissen --
```

[352:10] - [352:20]        11/22/2005  Eric Topol

```
page 352
10          Q.      -- make the following
11  statement to the Advisory Committee?
12  "Briefly, I think what I would say in the
13  label is that there was an excess of
14  cardiovascular events in comparison to
15  naproxen, that it remains uncertain
16  whether this was due to beneficial
17  cardioprotective effects of naproxen or
18  prothrombotic effects of the agent, and
19  leave it at that, that basically we don't
20  know the reason"?
```

[353:4] - [353:12]         11/22/2005  Eric Topol

```
page 353
4           Q.      Do you see that?
5           A.      Yeah, I see it, and I
6   understand that completely.  As of
7   February 8, 2001, which I believe was the
8   date of this -- and I also understand
9   that the consensus of the panel was like
10  this, that there needed to be a change in
11  the label about the cardiovascular risk.
12  So, this is consistent with that.
```

[363:13] - [363:19]        11/22/2005  Eric Topol

```
page 363
13          Q.      Do you agree, Dr. Topol,
14  that all clinical trials must offer
15  potential benefits to patients?
16          A.      One can never do a trial
17  with just testing the side effects
18  without at least a putative equal or
19  better benefit.
```

[364:14] - [364:19]        11/22/2005  Eric Topol

```
page 364
14          Do all clinical trials have
15  to have some potential benefit offered to
```

• Merck's Counter-Designations

```
                      16   patients?
                      17         A.    All clinical trials should
                      18   have a therapeutic potential, yes, a
                      19   benefit, yes.
```

[366:1] - [366:12]    11/22/2005  Eric Topol

```
                      page 366
                      1          Q.    Dr. Topol --
                      2          A.    Yes.
                      3          Q.    -- you can't give patients
                      4    medicine just to see if they have a heart
                      5    attack or die, correct, sir?
                      6          A.    I would never be involved in
                      7    a clinical trial or advocate doing a
                      8    trial where there was just testing for
                      9    harm.  You have to have -- you don't put
                      10   patients -- experiment on patients unless
                      11   you're looking at benefit and also, of
                      12   course, always assaying the risk as well.
```

[367:23] - [368:18]   11/22/2005  Eric Topol

```
                      page 367
                      23               Do you see, Dr. Topol, on
                      24   the first exhibit, Exhibit 31 on May 2nd,
                      page 368
                      1    2001 -- is it Dr. Bhatt?
                      2          A.    Dr. Bhatt, Deepak Bhatt.
                      3          Q.    Dr. Bhatt is sending an
                      4    e-mail to Dr. Reicin and says, "Hello.
                      5    As Dr. Topol promised, here is our
                      6    protocol regarding the use of Vioxx in
                      7    acute coronary syndromes."  Do you see
                      8    that?
                      9          A.    I see that, and I already
                      10   discussed that this morning.  And what I
                      11   said, if I can go back --
                      12         Q.    My question was just, do you
                      13   see that?
                      14         A.    I see that, yes.
                      15         Q.    The protocol that Dr. Bhatt
                      16   sent to Merck is Exhibit 32, isn't it?
                      17         A.    That's what you just gave
                      18   me, yes.
```

[370:2] - [371:5]     11/22/2005  Eric Topol

```
                      page 370
                      2                The protocol for your trial,
                      3    by "your," I mean the Cleveland Clinic --
                      4          A.    Right.
                      5          Q.       -- includes Dr. Bhatt's
                      6    name and your name; correct?
                      7          A.    He put my name on it, but
                      8    that doesn't mean that I was involved in
                      9    this.  This is a protocol sketch, and I
                      10   guess he was looking for feedback from
                      11   Merck.  But I did not go over this in
                      12   terms of, did I think this was the
                      13   appropriate design.  This was a brief
                      14   conversation I had with Dr. Bhatt, and I
                      15   don't recall all the details.  It's back
                      16   four years ago in May 2001, but I did not
                      17   author this protocol, and my name was
                      18   loosely attached to it.  I was not
                      19   interested in running a trial personally
                      20   on this because I didn't feel that was
                      21   appropriate.  I thought it should be
                      22   done, but I should not necessarily be
```

• **Merck's Counter-Designations**

```
23   involved with it.
24        Q.    Dr. Topol, did the Cleveland
page 371
1    Clinic send a protocol to Merck outlining
2    what the Cleveland Clinic believed would
3    be an appropriate cardiovascular outcomes
4    study for Vioxx?
5         A.    Dr. Bhatt did, yes.
```

**[376:7] - [377:6]**   11/22/2005  Eric Topol

```
page 376
7         Q.    Dr. Topol, the concept that
8    has your name and Dr. Bhatt's name on it
9    describes these criteria for inclusion,
10   and as you described acute coronary
11   syndrome, the concept was that patients
12   who either were threatened with a heart
13   attack or who had a heart attack would
14   participate in the study.  Is that right?
15        A.    That's correct.  But you're
16   leaving out one important element.  And
17   as in the title of this concept sheet,
18   "Elevated Markers of Inflammation," and
19   in the inclusion criteria on Page 6 that
20   we are now reviewing, you see Item Number
21   3, it says, "AND Item Number 3, elevated
22   high-sensitivity C-reactive protein"
23   known as CRP "greater than .2."  So, they
24   had to have arterial inflammation, and
page 377
1    that was the whole point of the concept,
2    was that rofecoxib, as well as celecoxib,
3    have been shown to reduce inflammation.
4    So, in fact, it could be a benefit to
5    these patients to suppress subsequent
6    heart attacks.
```

**[377:9] - [378:12]**   11/22/2005  Eric Topol

```
page 377
9              Do you see, sir, that the
10   concept that you were proposing to Merck
11   calls for the study to last a minimum of
12   one year?
13        A.    Where is that?
14        Q.    If you look on Page 5 under
15   study design, it says, "This study is a
16   multicenter double blind randomized" and
17   it continues "comparing the effects of"
18   Vioxx "versus placebo administered in
19   conjunction with standard therapy
20   (including aspirin...) for a minimum of
21   one year to patients who have suffered an
22   episode of an acute coronary syndrome,"
23   and it goes on.
24        A.    Again, this is a concept
page 378
1    sheet.  This is not a protocol.  This
2    does not have anything about events rates
3    that are anticipated.  It doesn't have
4    anything about sample size.  It doesn't
5    have the number of triggered events to
6    stop a trial.  One year is just a very
7    loose term, that it has to have some
8    long-term followup.  So, I see it, but,
9    again, it reinforces how sketchy -- this
10   could not be called a protocol.  This is
11   a very early rudimentary design concept
12   sheet.
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**
[378:19] - [380:10]          11/22/2005  Eric Topol

*Asked & Answered*

```
page 378
19          Q.    Dr. Topol, the concept sheet
20   that has your name on it and Dr. Bhatt's
21   name on it calls for a study that would
22   last a minimum of one year; correct?
23          A.    Very loosely defined, yes.
24          Q.    The concept sheet that has
page 379
 1   your name on it and Dr. Bhatt's name on
 2   it also calls for patients to be followed
 3   up for a minimum of one year.  Do you see
 4   that, sir?
 5          A.    That's what it says.
 6          Q.    The concept sheet also
 7   refers on Page 7, sir, to certain
 8   criteria for exclusion.  Do you see that?
 9          A.    Yes.
10          Q.    This is another way of
11   saying these are the type of patients who
12   will not be allowed to participate in the
13   study according to this concept sheet;
14   correct?
15          A.    That's correct.
16          Q.    If you look at Number 4, do
17   you see that the concept that Dr. Bhatt
18   was proposing to Merck says that, under
19   4, "Any need for COX-2 inhibitors."  So,
20   if a patient wanted to participate in
21   this study, they couldn't do so if they
22   actually needed COX-2 inhibitors; is that
23   right?
24          A.    You'll have to ask Dr. Bhatt
page 380
 1   about this since he wrote it, but my
 2   interpretation is if they didn't have any
 3   other relief of their problem without a
 4   COX-2 inhibitor, that they couldn't be --
 5   that is, they would have to be willing to
 6   be randomized.  So, yes, if they had to
 7   take a COX-2 inhibitor for some reason,
 8   they obviously wouldn't be a suitable
 9   candidate for the trial, the way he's
10   written this up.
```

[382:17] - [383:16]          11/22/2005  Eric Topol

```
page 382
17          Q.    On Page 2 of this
18   rudimentary concept, do you see the first
19   sentence under the introduction
20   "Inflammatory cells play a significant
21   role in atherosclerosis"?
22          A.    I agree with that.  I see
23   it, and I agree with it.
24          Q.    In the next paragraph, the
page 383
 1   concept sheet says, "Aspirin, by virtue
 2   of its preferential COX-1 inhibitory
 3   effect, provides minimal
 4   anti-inflammatory action."  Do you see
 5   that?
 6          A.    I see that.
 7          Q.    And then further down in
 8   that second paragraph -- in that second
 9   paragraph, the concept sheet says, "The
10   administration of" Vioxx "may provide a
11   direct approach to reduce coronary
12   inflammation resulting in fewer
```

## Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
13   cardiovascular recurrent ischemic events
14   in patients presenting with acute
15   coronary syndromes."  Do you see that?
16        A.    Yes.
```

[383:22] - [384:14]     11/22/2005  Eric Topol

```
page 383
22        Q.    Can you explain how it is
23   that Vioxx could actually prevent
24   recurrent ischemic events?
page 384
1         A.    Right.  So, there have been
2    several studies now with the different
3    COX-2 inhibitors in patients to look at
4    whether C-reactive protein is reduced,
5    whether endothelial function, which is
6    the lining of the artery cells, that
7    whether or not that critical layer of the
8    artery wall functions better and whether
9    the inflammation is reduced.  And indeed
10   these mechanistic studies have supported
11   the concept that there could be an
12   improvement in this process by
13   suppressing inflammation with COX-2
14   inhibitors.
```

[385:3] - [385:11]     11/22/2005  Eric Topol

```
page 385
3         Q.    In May of 2001 you believed
4    that Vioxx could actually help prevent
5    heart attacks; correct?
6         A.    I felt that that was an
7    important mechanism, inflammation of the
8    artery wall, and this is a potent class
9    of anti-inflammatories, and certainly
10   there was that possibility.  And other
11   studies suggested that potential.
```

[386:4] - [386:21]     11/22/2005  Eric Topol

```
page 386
4         Am I right, Dr. Topol, that
5    in the concept sheet that Dr. Bhatt sent
6    to Merck in May of 2001, anticipated that
7    Vioxx would actually prevent heart
8    attacks and not cause them?
9         A.    In patients who had active
10   inflammatory coronary disease.
11        Q.    Did you agree with Dr. Bhatt
12   that in May of 2001, patients who had
13   active inflammatory coronary disease
14   might be benefited by taking Vioxx
15   because it could help their heart?
16        A.    I already answered that
17   question affirmatively.
18        Q.    Other scientists shared that
19   view, Dr. Topol, that COX-2 inhibitors
20   could be beneficial to patients who have
21   cardiovascular disease; is that right?
```

*Repetitive, Asked & Answered*

[386:24] - [387:11]     11/22/2005  Eric Topol

```
page 386
24             THE WITNESS:  I already
page 387
1         mentioned that there were several
2         studies published, and I've cited
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
3              them in my work, that that indeed
4              was a potential benefit of COX-2
5              inhibitors in patients with
6              arterial disease.
7    BY MR. GOLDMAN:
8         Q.    And those were the patients
9    you were suggesting be studied; correct?
10        A.    Patients with inflammatory
11   proven artery disease, yes.
```

[394:15] - [394:22]    11/22/2005  Eric Topol

```
page 394
15              From May of 2001 through the
16   time that Vioxx was withdrawn in
17   September of 2004, you believed that if a
18   cardiovascular outcomes study were done,
19   it could show that Vioxx and Celebrex
20   actually helped protect the heart;
21   correct?
22        A.    That's one possibility, yes.
```

[401:19] - [402:11]    11/22/2005  Eric Topol

```
page 401
19        Q.    I want to talk to you, Dr.
20   Topol, about your JAMA article that you
21   published in August of 2001.  Okay.
22        A.    Sure.
23        Q.    You said on direct
24   examination that you sent the manuscript
page 402
1    or the draft of the JAMA article to Merck
2    to see where there were discrepancies in
3    the data between the published paper that
4    you were publishing and the FDA database.
5    Do you remember that?
6         A.    That's correct.  I sent the
7    paper to Dr. Demopoulos, and we already
8    went through about, whether it was a
9    paper version, and then Dr. Reicin
10   requested an electronic version.  We went
11   through that this morning.
```

*403 Repetitive*
*Asked &*
*Answered*

[402:23] - [404:19]    11/22/2005  Eric Topol

```
page 402
23        Q.    Dr. Topol, you met with
24   Merck employees in April of 2001;
page 403
1    correct?
2         A.    That was a meeting I
3    referred to when they came to Cleveland.
4         Q.    Is that the meeting where
5    you said Dr. Reicin came on quite strong,
6    and that you would consider her comments
7    to be brazen?
8         A.    I considered her remarks
9    about how we would be embarrassed if we
10   published it to be inappropriate, yes.
11        Q.    Did Dr. Reicin or Dr.
12   Demopoulos ever exert any pressure or
13   influence on you during that meeting?
14        A.    Well, it's Dr. Demopoulos,
15   and as I conveyed -- I mean, we
16   summarized this morning, but there were
17   some definite difficult issues that were
18   confronted, and there was no quid pro quo
19   in terms of intimidation.  They didn't
20   say, if you don't pull this paper out and
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
21  not take it out of its submission phase,
22  such and such would happen.  But it was
23  not what I would consider a pleasant
24  discussion.
page 404
1           Q.    Actually, isn't it true, Dr.
2   Topol, that you enjoyed meeting with Dr.
3   Reicin and Dr. Demopoulos?
4           A.    Dr. Demopoulos and I are
5   colleagues, and we worked on a trial
6   together, and I had no problem with Dr.
7   Demopoulos.
8               I did have a problem with
9   Dr. Reicin, who I had not met before, who
10  used Dr. Demopoulos as an access point,
11  who came to visit, and as I said, told me
12  that we would regret publishing the paper
13  because we did not have the data that
14  Merck had, that we didn't understand that
15  rheumatoid arthritis patients had more
16  heart attacks, and that we would -- we
17  were making a mistake.  Those were
18  comments that I did not find enjoyable
19  whatsoever.
```

[404:24] - [405:19]          11/22/2005  Eric Topol

```
page 404
24          Q.    Do you see Exhibit 5, sir?
page 405
1           A.    Yes.
2           Q.    This is an exhibit that the
3   plaintiffs used and didn't ask you about
4   the e-mail dated April 20 of 2001 from
5   you to Dr. Reicin.  Do you see that in
6   the middle of the page?
7           A.    Yes, I do.
8           Q.    Do you tell Dr. Reicin on
9   April 20: "I enjoyed the meeting with you
10  and Laura and will have my assistant,
11  Donna Bressan, forward you an electronic
12  copy of the JAMA paper."
13          A.    Yes.  I certainly said that,
14  and I was trying to be politically
15  correct and smooth over the difficulties
16  we had during the meeting.
17          Q.    Was it true what you wrote,
18  Dr. Topol, that you enjoyed the meeting
19  with Laura and Dr. Demopoulos?
```

[405:22] - [406:7]          11/22/2005  Eric Topol

```
page 405
22              THE WITNESS:  To be exact, I
23          did not enjoy some of the
24          interactions, but I tried to be
page 406
1           correct about keeping things on an
2           upbeat -- when I wrote that, it
3           was definitely to convey a sense
4           of, let's not have any bad
5           feelings, and I tried to convey an
6           upbeat sense.  That's what that
7           is.
```

[413:3] - [413:14]          11/22/2005  Eric Topol

```
page 413
3           Q.    Dr. Topol, you actually
4   thought that it would be great to get
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
5   Merck's input on the JAMA article;
6   correct?
7        A.   I didn't think it would be
8   great.  I thought it would be -- because
9   of being colleagues with Merck, because
10  of having a relationship with Drs.
11  DiBattiste and Demopoulos in another
12  trial, I thought it was appropriate that
13  we give them an opportunity to review the
14  manuscript and the data.
```

[414:5] - [415:12]        11/22/2005  Eric Topol

```
page 414
5        Q.   Dr. Topol, I've handed you
6   Exhibit 35, which is a series of e-mails
7   starting at the bottom.  It's Laura
8   Demopoulos is writing to you, Dr. Topol,
9   on April 28, 2001.  Do you see that, sir?
10       A.   Yes.
11       Q.   She writes to you "Hi, just
12  wanted to let you know that Pete and I"
13  -- that's Pete DiBattiste -- "will be
14  working with Alise to try to incorporate
15  some of the data we discussed during our
16  visit into the JAMA manuscript."  Do you
17  see that, sir?
18       A.   Yes.  I see it.  I can read
19  it very well, yes.
20       Q.   You wrote back to Laura on
21  April 28 and you said, "Hi, Laura.  That
22  will be great to get your input."  Do you
23  see that, sir?
24       A.   Yes.  But don't cut off the
page 415
1   sentence, "we haven't heard from JAMA
2   yet."  That is, the paper was already
3   under review at JAMA.  Okay?  So, the
4   input was, and I told this to Laura on
5   the phone, and it's not conveyed in the
6   e-mail, the input was about data on the
7   manuscript and the discrepancies that
8   we're concerned about.  And I want to be,
9   again, perfectly clear.  We never
10  received any manuscript recommendations,
11  data changes from Merck, from Dr.
12  Demopoulos, Dr. DiBattiste or Dr. Reicin.
```

[415:16] - [416:4]        11/22/2005  Eric Topol

```
page 415
16       Q.   Dr. Topol, was it true what
17  you wrote to Laura Demopoulos, that you
18  thought it would be great to get her
19  input on your manuscript?
20       A.   I was the one who offered
21  the manuscript to get the input, of
22  course.
23       Q.   You actually found some of
24  Merck's comments to be insightful, and
page 416
1   you wanted to incorporate them.  Isn't
2   that right, sir?
3        A.   No.  I didn't get any
4   comments.  We never got any comments.
```

[416:21] - [417:2]        11/22/2005  Eric Topol

```
page 416
21       Q.   Dr. Topol, did Merck ever
```

Issues Report [Eric Topol]

• Merck's Counter-Designations

```
22   provide comments to you on your JAMA
23   paper that you subsequently published in
24   August of 2001?
page 417
1           A.    I'm not aware of any
2    comments.
```

[418:6] - [419:3]          11/22/2005  Eric Topol

```
page 418
6           Q.    Let me hand you what I've
7    marked as Exhibit 35.  This is an e-mail
8    dated June 20 of 2001 from Pete
9    DiBattiste to you, and it attaches your
10   manuscript for the JAMA paper, doesn't
11   it, sir?
12          A.    Yes.
13          Q.    Do you see that Dr.
14   DiBattiste is saying this to you in this
15   e-mail, "Laura and I have had a chance to
16   review the most recent version of the
17   COX-2 manuscript.  Thanks for sharing it
18   with us.  We've made a few comments,
19   embedded in the text."
20                Do you see that, sir?
21          A.    Yes.
22          Q.    Then if you flip the pages,
23   you can see that on occasion, Merck made
24   some suggestions to your paper.  Do you
page 419
1    see that, sir?
2           A.    Yes.  There's just
3    limited -- okay, I see them now, yes.
```

[419:11] - [420:2]          11/22/2005  Eric Topol

```
page 419
11          Q.    The e-mail was written to
12   you, wasn't it, Dr. Topol?
13          A.    The e-mail's written to me,
14   but I don't recall ever having seen this
15   document or the e-mail.
16          Q.    Do you have any reason to
17   dispute that you actually received an
18   e-mail from Dr. DiBattiste on June 20 of
19   2001?
20          A.    Well, this looks unfamiliar
21   to me.  I don't remember seeing it
22   before.  So, it's certainly something
23   that I'm not familiar with.
24          Q.    My question was, do you have
page 420
1    any reason to dispute that you actually
2    received it.
```

[420:5] - [421:6]          11/22/2005  Eric Topol

```
page 420
5                THE WITNESS:  Maybe it was
6    sent, and I never got it.  Maybe
7    there was a problem.  I don't
8    know.  But I don't remember seeing
9    it previously.
10   BY MR. GOLDMAN:
11          Q.    Dr. Topol, if you'd turn to
12   the page that ends with a Bates Number at
13   the bottom TOP1PR and then several zeros,
14   294?
15          A.    294.  Yes.
16          Q.    Do you see that?
```

**• Merck's Counter-Designations**

```
17        A.    Sure.
18        Q.    And here Merck is providing
19   some input, and you see what's underlined
20   there are their suggested comments.  Do
21   you see that?
22        A.    Where it says "These
23   results"?
24        Q.    Yes.
page 421
1         A.    Okay.
2         Q.    And in the section about
3    study 085 and 090, Merck says "These
4    results" that you describe, "while
5    important, are incomplete.  Would you
6    consider" --
```

[421:11] - [421:19]          11/22/2005  Eric Topol

```
page 421
11        Q.    "Would you consider
12   substituting the following section to
13   provide more robust data?"  Do you see
14   that, sir?
15        A.    Yes.
16        Q.    That's a question that Merck
17   is asking you about whether you think it
18   would be a good idea to include the
19   language that follows; correct?
```

[422:8] - [422:15]          11/22/2005  Eric Topol

```
page 422
8              THE WITNESS:  Well, I also
9         want to point out, we sent this
10        paper -- I sent it to Laura in
11        March, I believe, and submitted it
12        to the JAMA, and this is the 20th
13        of June.  So, this is months after
14        I had sent it to them, but anyway,
15        please.
```

[426:20] - [426:23]          11/22/2005  Eric Topol

```
page 426
20             All that Merck is doing
21   here, by the way, is saying to you, would
22   you consider including this language;
23   correct?
```

[427:2] - [427:6]          11/22/2005  Eric Topol

```
page 427
2              THE WITNESS:  Well, yes.  I
3         guess that's what they're saying
4         in this, but we certainly didn't
5         include, and I don't remember ever
6         seeing this.
```

[428:18] - [428:23]          11/22/2005  Eric Topol

```
page 428
18        Q.    If you remember, Dr. Topol,
19   you actually felt that Merck's comments
20   to you were insightful about the JAMA
21   paper?
22        A.    No.  I didn't say that.
23   Okay?
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**
[429:11] - [430:12]         11/22/2005  Eric Topol

```
page 429
11          Q.    This is an e-mail from you
12    back to Dr. DiBattiste, June 22nd of
13    2001.  Do you see that, sir?  At the top?
14          A.    Okay.  Yes, I see that.
15          Q.    Do you see that you wrote to
16    Dr. DiBattiste, "Thanks - your comments
17    on the paper came back after it was
18    resubmitted and now we have final
19    acceptance and will try to weave some of
20    the insightful points into the galleys."
21    Do you see that, sir?
22          A.    Yes.  It's nice to have this
23    e-mail to help remember the interaction.
24    Yes, I do remember this.
page 430
1           Q.    So, you now remember getting
2     comments and reviewing them, correct,
3     sir?
4           A.    No.  I'll tell you what I
5     remember exactly.  The galleys -- the
6     paper had been accepted, the galleys had
7     already been sent back, and then after
8     the fact we got this -- you know, three
9     months after submitting it to Merck, we
10    got these comments.  I had basically
11    disregarded them because the paper was
12    complete, so I really never went into it.
```

[434:9] - [434:19]         11/22/2005  Eric Topol

```
page 434
9           Q.    Dr. Topol, did you write to
10    Dr. DiBattiste on June 22nd of 2001 that
11    you would try to weave some of the
12    insightful points into the galleys?
13          A.    In a polite way after it was
14    already finished, that was a
15    communication I apparently made to Dr.
16    DiBattiste, who I regarded as a long-term
17    colleague, yes.
18          Q.    Let me hand you what I'll
19    mark as Exhibit 38.
```

[435:7] - [438:4]         11/22/2005  Eric Topol

```
page 435
7           Q.    This is your JAMA paper.
8           A.    Uh-huh.
9           Q.    That was published in August
10    of 2001, isn't it, sir?
11          A.    Yes.
12          Q.    JAMA is a peer-reviewed
13    publication, isn't it?
14          A.    That's correct.
15          Q.    It is a top journal?
16          A.    One of the top journals.
17          Q.    It's widely reviewed by
18    doctors?
19          A.    That's correct.
20          Q.    When you wrote this article
21    in JAMA, it reflected your and Dr.
22    Nissen's best medical judgment about the
23    potential cardiovascular risks associated
24    with COX-2 inhibitors, correct, sir?
page 436
1           A.    And Dr. Mukherjee and the
2     input of the reviewers and the editors.
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
          3          Q.     You both had reviewed, Dr.
          4   Nissen and you, lots of data concerning
          5   COX-2 inhibitors before writing this
          6   paper, correct, sir?
          7          A.     Yes.
          8          Q.     Among the materials that you
          9   reviewed and Dr. Nissen reviewed are the
         10   VIGOR study, the CLASS study, study 090,
         11   study 085, aspirin trials; correct?
         12          A.     Yes.
         13          Q.     And very scientific
         14   literature, right, sir?
         15          A.     That's correct.
         16          Q.     Isn't it true, sir, that
         17   when you wrote this paper, you found that
         18   the difference in cardiovascular events
         19   seen in VIGOR was unexpected?
         20          A.     Well, I don't know if I
         21   would qualify it like that.  I would say
         22   that it was significantly different, and
         23   that we -- there was a biologic
         24   mechanism.  So, I don't know that you
       page 437
          1   would want to say it was unexpected.  We
          2   already knew that prostacyclin was
          3   suppressed, a critical constituent for
          4   blood clots and normal artery function,
          5   and so I don't know that you can say it
          6   was unexpected.  It wasn't expected by
          7   the trialist per se, but it wouldn't be
          8   at all biologically implausible.
          9          Q.     If you'd turn to the page in
         10   your paper, 958.
         11          A.     Yes.
         12          Q.     Second column, last
         13   paragraph.  Do you write in your paper
         14   "Our analysis has several significant
         15   limitations.  The increase in
         16   cardiovascular events in these trials was
         17   unexpected."  Is that what you wrote?
         18          A.     That's the statement I'm
         19   trying to put in context.
         20          Q.     You say --
         21          A.     It says, "and evaluation of
         22   these end points was not prespecified,"
         23   so that's part of -- it's interdependent.
         24   If you don't anticipate the endpoints and
       page 438
          1   some of the issues are unexpected, it's
          2   not a matter of biologic expectation,
          3   it's a matter of whether the trial is
          4   designed to look at this question.
```

[438:5] - [438:19]                11/22/2005  Eric Topol

```
       page 438
          5          Q.     You said on direct
          6   examination that you felt there was no
          7   basis for the naproxen hypothesis.  Was
          8   that your testimony?
          9          A.     That on the course of how
         10   this played out from 2001 when that
         11   naproxen hypothesis was first touted by
         12   Merck and put in the Targum report to the
         13   present, over time it was very clear that
         14   that could not be tenable.
         15          Q.     You said on direct
         16   examination "The only appropriate
         17   conclusion...would be that there's a
         18   problem with the experimental drug
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

19    Vioxx."  Right, sir?

[439:2] - [441:5]         11/22/2005  Eric Topol

page 439
2            Q.     Do you remember testifying
3    to that?
4            A.     I remember testifying, and I
5    remember the statement is very clear,
6    comparing a well-accepted historical
7    anchor, naproxen, versus an experimental
8    new drug and making the conclusion that
9    the only reasonable conclusion as a
10   clinical trialist is to say the
11   experimental arm has a problem.
12           Q.    Well, let's see what
13   conclusion you reached when you wrote
14   this paper in August of 2001.  If you'd
15   turn to Page 957, the first column, last
16   paragraph, "The results of the VIGOR
17   study can be explained by either a
18   significant prothrombotic effect from"
19   Vioxx "or an antithrombotic effect from
20   naproxen (or conceivably both)."  Do you
21   see that, sir?
22           A.    Not only do I see it, but I
23   acknowledged this several times earlier
24   today, that that's a possibility.  We
page 440
1    wouldn't just dismiss what Merck put
2    forth.  It's certainly a possibility.
3    And we acknowledge it.  I mentioned at
4    least twice if not three times in the
5    paper.  I put that in the deposition --
6    in the testimony earlier today.
7            Q.    The reason that you felt
8    that naproxen and its cardioprotective
9    effects could explain the results in
10   VIGOR is that naproxen had significant
11   anticlotting effects, doesn't it, sir?
12           A.    That's what Merck was
13   advancing, that notion, but whether or
14   not that was clinically meaningful was
15   not ever determined.
16           Q.    If you look two sentences
17   down, "Naproxen has significant
18   anti-platelet effects" which mean
19   platelet -- "with mean platelet
20   aggregation inhibition of 93 percent
21   compared with platelet aggregation
22   inhibition of 92 percent for those taking
23   aspirin."  Do you see that, sir?
24           A.    Yes.  We referenced where
page 441
1    that data came from.
2            Q.    You referenced where that
3    data came from.  That was an FDA
4    document, correct, sir?
5            A.    Right.

*Repetitive Asked & Answered* (handwritten annotation)

[442:3] - [443:12]         11/22/2005  Eric Topol

page 442
3            Q.    Do you see in the second
4    column of your article on Page 957 you
5    also say that "naproxen, but not
6    ibuprofen or diclofenac resulted in a
7    high level of platelet aggregation
8    inhibition similar to that achieved with
9    aspirin."  Do you see that, sir?

*403 - just pulls statements from any document w/o any follow up questions* (handwritten annotation)

Issues Report [Eric Topol]

• Merck's Counter-Designations

```
10        A.    Yes.
11        Q.    Then you write about
12  flurbiprofen, which is something that the
13  plaintiffs lawyer asked you about; right?
14        A.    Yes.
15        Q.    You wrote in JAMA, "There is
16  clinical evidence that flurbiprofen, 50
17  milligrams twice daily for 6 months,
18  reduced the incidence of MI by 70 percent
19  compared with placebo."  Isn't that what
20  you wrote, sir?
21        A.    Yes.
22        Q.    Then you say "Indobufen,
23  another NSAID, was as effective as
24  aspirin in preventing" and then you
page 443
1   continue, correct, sir?
2         A.    Yes.
3         Q.    Then you say, "Because of
4   the evidence for an anti-platelet effect
5   of naproxen, it is difficult to assess
6   whether the difference in cardiovascular
7   event rates in VIGOR was due to a benefit
8   from naproxen or to a prothrombotic
9   effect from" Vioxx.  Do you see that?
10        A.    As I said, this was
11  acknowledged at least two to three times
12  in the manuscript, yes.
```

[448:7] - [449:15]        11/22/2005 Eric Topol

```
page 448
7         Q.    I want to talk about Figure
8   3 for just a minute, Page 957, Figure 3.
9         A.    JAMA article?
10        Q.    Yes.
11        A.    Figure 3?
12        Q.    Do you see that?
13        A.    Yes.  I'm with you, yes.
14        Q.    Let me see if I understand
15  this and your analysis here.
16              What you did in your paper
17  was to take a placebo group and the rate,
18  annualized rate of MIs or heart attacks
19  in a placebo group, and you obtain those
20  numbers from four different aspirin
21  trials.  Is that right?
22        A.    No.  Actually, the trials
23  were pulled together by a British heart
24  journal paper, and we took that, which is
page 449
1   the largest data set we could find, to
2   have as an anchor or reference to the
3   COX-2 inhibitor trials, yes.
4         Q.    Then you compared the
5   annualized rate of myocardial infarctions
6   in those four trials to the MI rate in
7   VIGOR and in CLASS, the Celebrex trial,
8   correct, sir?
9         A.    Yes.
10        Q.    And according to Figure 3,
11  this shows that Celebrex has a higher
12  annualized myocardial infarction rate
13  than VIGOR.  Is that right, sir?
14        A.    That's right, but they're
15  very close.  They're both .80, .74, yes.
```

Issues Report [Eric Topol]

**• Merck's Counter-Designations**

[461:3] · [461:7]  11/22/2005  Eric Topol

```
page 461
 3          Q.     You never recommended that
 4    Merck withdraw Vioxx at any point while
 5    it was on the market, correct, sir?
 6          A.     I did not recommend its
 7    withdrawal.
```

[464:17] - [465:15]  11/22/2005  Eric Topol

```
page 464
17          Q.     Look at your JAMA article
18    for me, sir.
19          A.     Yes.  And I know exactly
20    what's going to be your line of
21    questioning here.
22          Q.     If you'd turn to Page 956 --
23          A.     Yes.
24          Q.     -- do you see in the middle
page 465
 1    column you devote a whole section to
 2    study 085 and study 090?  Do you see
 3    that, sir?
 4          A.     That's right.
 5          Q.     Yes?
 6          A.     Yes.
 7          Q.     And you talk about study 090
 8    and 085 in this article, don't you, in
 9    August of 2001?
10          A.     Yes.
11          Q.     You obtained information
12    about study 090 from the FDA's website,
13    correct, sir?
14          A.     Yes, but not thoroughly
15    enough at this time.
```

[468:19] - [473:3]  11/22/2005  Eric Topol

```
page 468
19          Q.     Do you see in your JAMA
20    article when you were writing to doctors,
21    you wrote about study 085 and study 090
22    together; right?
23          A.     Yes.
24          Q.     You did that, sir, in JAMA
page 469
 1    because study 085 was a twin study, an
 2    identical study to study 090; correct?
 3          A.     It is not a twin study when
 4    one turns out to come out differently
 5    than the other.
 6          Q.     I'm talking about the
 7    design, not the result.  It was a twin
 8    study, wasn't it, sir?
 9          A.     No.  There were significant
10    differences in the design as well.  They
11    were both in osteoarthritis, but study
12    085 and 090 had differences, for example,
13    in the dose, and there was aspirin used.
14    There were different -- I don't remember
15    all the details, but 085 and 090 were not
16    identical.
17          Q.     Let's look at what you wrote
18    back at the time in JAMA.  Do you see
19    that study 085, you say, was "a
20    randomized, double-blind
21    placebo-controlled trial" versus -- and
22    that's the 12.5 milligram dose.  Do you
23    see that?
```

Issues Report [Eric Topol]

• Merck's Counter-Designations

```
24          A.     Yes.
page 470
1           Q.     "Versus nabumetone," the
2    thousand milligram dose.  Do you see
3    that, sir?
4           A.     Yes.
5           Q.     That's the identical dose of
6    Vioxx and nabumetone that was used in
7    study 090; correct?
8           A.     Yes.  But as it turns out,
9    there are differences, and I have to go
10   to the Targum report.
11          Q.     Is this what you wrote in
12   your article, sir?
13          A.     That is what's in the
14   article.  But you're asking about whether
15   they are twin studies and the same, and
16   they're not all the same, no.
17          Q.     Do you see that study 085
18   involved an evaluation of the treatment
19   of Vioxx in osteoarthritis patients who
20   had knee problems?  Do you see that?
21          A.     Yes.
22          Q.     That's the same with 090,
23   correct?
24          A.     Yes.  The patient complaint
page 471
1    of knee arthritis is the same.
2           Q.     The duration of the trials
3    085 and 090 were also the same, six
4    weeks; correct?
5           A.     That's what it says here.
6    I'd like to go back to the Targum report
7    to verify that.
8           Q.     Do you see that in your
9    article that you wrote, patients in 085
10   were allowed to take low dose aspirin for
11   cardioprotection, and for 090, aspirin
12   for cardioprotection was also allowed.
13   Do you see that, sir?
14          A.     That's what it says in the
15   article.  Again, we had limited access to
16   090.
17          Q.     Well, the access you had to
18   090, sir, is referenced on the last page
19   of your article in footnote 22; correct?
20          A.     Which is the FDA website.
21          Q.     You went to the FDA website
22   to find information from the FDA about
23   study 085 and 090, correct?
24          A.     That's right, but that's not
page 472
1    complete information.  That's the
2    problem.
3           Q.     Let me point out, sir, that
4    when you wrote your article at the time,
5    do you see that you wrote for study 085
6    that there were three total
7    cardiovascular events in the trial, one
8    for Vioxx, two for nabumetone, and none
9    for the placebo group?  Is that what you
10   wrote in your JAMA article?
11          A.     For study 085.
12          Q.     Did you write for study 090
13   that there were 9 cardiovascular events,
14   6 for Vioxx, 2 for nabumetone and 1 for
15   placebo?
16          A.     That's what it says in the
17   article.
18          Q.     It was important to provide
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
19  information about 085 and 090 because you
20  wanted to give the people who read this
21  article information about both studies;
22  correct?
23        A.    Well, we concentrated mainly
24  on VIGOR, so we gave the other two
page 473
1   studies, 085 and 090, which at that time
2   we weren't as concerned, we didn't make
3   much of these two studies.  That's true.
```

[474:1] - [474:5]            11/22/2005  Eric Topol

```
page 474
1         Q.    You never mentioned the
2   results of study 085 when the plaintiffs'
3   lawyers were asking you questions, did
4   you, sir?
5         A.    I wasn't asked about 085.
```

[475:22] - [476:9]           11/22/2005  Eric Topol

```
page 475
22        Q.    Dr. Topol, I'm going to show
23  you at Page 958 in the first column,
24  second full paragraph, you say, second
page 476
1   sentence, "Two smaller studies (Study 085
2   and Study 090) of" Vioxx "that both
3   allowed the use of low-dose aspirin did
4   not demonstrate the significant increase
5   in cardiovascular event rate noted in
6   VIGOR."  Did you write that, sir?
7         A.    That was in our paper,
8   again, from the wrong data that we did
9   not have access to.
```

[476:10] - [477:13]          11/22/2005  Eric Topol

```
page 476
10        Q.    I want to know what data you
11  had access to after this point that you
12  didn't have access to in --
13        A.    I'll be happy to go over
14  that if you give me an opportunity.
15        Q.       -- JAMA?
16        A.    Page 32 of the Targum
17  report.
18        Q.    The Targum report you saw
19  back in February 2001, sir?
20        A.    Right, but then we had the
21  details of these patients, for example,
22  placebo, coronary occlusion, and we could
23  say had nothing to do with a heart
24  attack.
page 477
1         Q.    Dr. Topol, the Targum report
2   that you are relying on now for your
3   review that study 090 was a signal --
4         A.    Yes.
5         Q.       -- for cardiovascular risk
6   is the same report that you cite in your
7   JAMA article and that you relied on in
8   your JAMA article.  Is that true?
9         A.    And we had the details of
10  each of the patients.
11        Q.    You had that also in
12  February 2001?
13        A.    I did not have access to it.
```

Issues Report [Eric Topol]

**• Merck's Counter-Designations**

[478:9] - [478:23]          11/22/2005  Eric Topol

```
page 478
 9         Q.    Dr. Topol, did you write in
10  August of 2001 that "Two smaller studies
11  (Study 085 and Study 090)...did not
12  demonstrate the significant increase in
13  cardiovascular event rate noted in
14  VIGOR"? Did you write that?
15         A.    That's correct.
16         Q.    Did you also say in the next
17  sentence, "However, these studies had
18  smaller sample sizes, used only 25% of
19  the dose of" Vioxx "used in VIGOR, and
20  had few events for meaningful
21  comparison." Did you write that then,
22  sir?
23         A.    That's right.
```

[481:18] - [482:3]          11/22/2005  Eric Topol

```
page 481
18         Q.    I want to try to keep track
19  of the numbers that you've used over time
20  for study 090, and so I'm going to give
21  you a chart and ask you to confirm that
22  this is correct.
23         In your August 2001 JAMA
24  article for study 090, you said that
page 482
 1  there were 6 cardiovascular events in the
 2  Vioxx group, correct?
 3         A.    Right.
```

[483:1] - [483:8]          11/22/2005  Eric Topol

```
page 483
 1         Q.    Within a month after
 2  withdrawal, you started to write 60
 3  Minutes various e-mails; correct?
 4         A.    Well, I had interaction with
 5  Michael Radutsky, the producer, yes.
 6         Q.    You talked about study 090
 7  in those e-mails, didn't you, sir?
 8         A.    Yes, I did.
```

*401, 403 Reference to 60 minutes* (handwritten)

[484:19] - [486:6]          11/22/2005  Eric Topol

```
page 484
19         Q.    This is an e-mail at the
20  bottom that you wrote to Marlene
21  Goormastic on October 25, 2004; correct?
22         A.    Yes.
23         Q.    Is that your statistician?
24         A.    That's the statistician,
page 485
 1  that's right.
 2         Q.    And you're writing to Ms.
 3  Goormastic on October 25, this is a month
 4  after withdrawal, to do some statistical
 5  analysis; correct?
 6         A.    Yes. There was subsequent
 7  to this as well, but this is one of the
 8  interactions we had.
 9         Q.    You ask Marlene at the
10  bottom, "I need to do a test comparing
11  three treatment arms - Vioxx versus
12  nabumetone and then Vioxx versus the
13  other two combined," meaning nabumetone
14  and placebo. "Here are the data.  Vioxx,
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

```
            15  7 out of 390 events."
            16       A.    Right.
            17       Q.    "Nabumetone 1 out of 392
            18  events.  Placebo, 1 out of 196 events."
            19  Is that what you wrote to her?
            20       A.    These are events that are
            21  not death, heart attack or stroke.  These
            22  are events requiring cessation of the
            23  drug.  This is a different part of the
            24  Targum report.  But, yes, this is one of
            page 486
            1   the ancillary analyses that was
            2   performed.
            3        Q.    This is an analysis on study
            4   090; correct?
            5        A.    Study 090, but not on death,
            6   heart attack and stroke.
```

[487:15] - [489:9]          11/22/2005  Eric Topol

```
            page 487
            15       Q.    The numbers that you're
            16  using here on October 25 have to do with
            17  the numbers of Vioxx patients who had to
            18  be discontinued in the 090 study; right?
            19       A.    With serious cardiovascular
            20  adverse events, different than death,
            21  heart attack and stroke.  That's a
            22  different table.
            23       Q.    So, the numbers that you
            24  have are 7, 1 and 1.
            page 488
            1        A.    Okay.
            2        Q.    And you ask Ms. Goormastic
            3   at the bottom, "Can you or someone run
            4   this and get back to me, the p values,
            5   RR, 95% CI?"  Do you see that?
            6        A.    Yes.
            7        Q.    What you are asking her to
            8   do -- a p-value is a test for statistical
            9   significance; correct?
            10       A.    Yes.  Yes.
            11       Q.    Relative risk is RR?
            12       A.    Yes.
            13       Q.    And CI is confidence
            14  interval, and that's another test for
            15  statistical significance; correct?
            16       A.    Yes.
            17       Q.    Ms. Goormastic writes back
            18  to you that same day above and says "The
            19  chisquare," that's a type of statistical
            20  test, correct, "including all 3 groups is
            21  p equals .06," and then here's the answer
            22  to your question:  "For Vioxx versus
            23  nabumetone chisquare" p-value is ".03."
            24  Do you see that, sir?
            page 489
            1        A.    Yes.  I see that, but again,
            2   it's not related to my principal
            3   interest.
            4        Q.    The .03, just so the jury
            5   can understand and I can understand, if a
            6   p-value is less than .05, that means that
            7   it's statistically significant, the
            8   result; correct?
            9        A.    That's right.
```

Issues Report [Eric Topol]

• **Merck's Counter-Designations**

[489:21]                  11/22/2005  Eric Topol

                          page 489
                          21          Q.      The next line says --

[490:3] - [492:1]         11/22/2005  Eric Topol

                          page 490
                          3           Q.      -- relative risk.  Do you
                          4    see you wrote "Relative risk for Vioxx is
                          5    7" -- I'm sorry, this is what Ms.
                          6    Goormastic wrote -- "is 7."  And then you
                          7    have a confidence interval here that she
                          8    writes ".9 - 56.9."  Do you see that in
                          9    the parenthesis?
                          10          A.      Yes.
                          11          Q.      And if the confidence
                          12   interval that is described there includes
                          13   the number 1, that is, if one falls
                          14   within .9 to 56, that means that the
                          15   result is not statistically significant;
                          16   correct, sir?
                          17          A.      That's correct.
                          18          Q.      So, Ms. Goormastic writes:
                          19   "I was puzzled why this confidence
                          20   interval covers 1 when the p-value is
                          21   less than .05.  I think it's due to the
                          22   small number of events" used.  Do you see
                          23   that?
                          24          A.      Yes, I do.
                          page 491
                          1           Q.      You had talked about the
                          2    small number of events in your JAMA
                          3    article; right?
                          4           A.      That's correct.
                          5           Q.      Then she says, "When I ran a
                          6    logistic regression model" that's another
                          7    way of calculating statistical
                          8    significance, right, "I got very similar
                          9    results, a relative risk of 7.1," and
                          10   then the confidence interval there covers
                          11   1.  Correct, sir?
                          12          A.      That's correct.
                          13          Q.      Ms. Goormastic is telling
                          14   you that she's puzzled because she is
                          15   seeing with one test there's a
                          16   statistically significant difference and
                          17   with another one there's not?
                          18          A.      Yes, but this is really an
                          19   immaterial look at the data.  It's not on
                          20   death, heart attack and stroke.  And it's
                          21   not with the final review of the events,
                          22   as you've not allowed me to go through
                          23   patient by patient of study 090 from
                          24   Table 32 in the Targum report.  You've
                          page 492
                          1    not allowed me to do that.

[492:5] - [493:15]        11/22/2005  Eric Topol

                          page 492
                          5           Q.      The reason that Ms.
                          6    Goormastic is puzzled, Dr. Topol, is
                          7    because one test shows that there's no
                          8    statistically significant difference, and
                          9    another test shows that there is;
                          10   correct?
                          11          A.      But it's not on the events
                          12   of interest, Mr. Goldman.
                          13          Q.      I'm not asking about the

Issues Report [Eric Topol]

• Merck's Counter-Designations

```
            14  events of interest.
            15          You wrote the e-mail here.
            16  Sir, you wrote an e-mail to your
            17  statistician in October of 2004 because
            18  you thought that this answer was
            19  important.  Is that true?
            20      A.    No.  This is not the e-mail
            21  of importance.  You've picked this
            22  e-mail.  There are other e-mails that are
            23  considerably more important with my
            24  statistician, and you just picked this
       page 493
            1   one.
            2       Q.    We'll get to that one, sir.
            3       A.    Okay.
            4       Q.    When you received this
            5   e-mail from Ms. Goormastic, it wasn't
            6   clear to you, sir, whether there was a
            7   statistically significant difference or
            8   not as reflected in Ms. Goormastic's
            9   e-mail; correct?
            10      A.    That really was not my
            11  focus.  I see what you're saying here,
            12  but that was not my concern.  The events
            13  here for death, heart attack and stroke
            14  were unclear.  This is not what this
            15  refers to.
```

[493:19] - [493:22]    11/22/2005 Eric Topol

```
       page 493
            19          What time did Ms. Goormastic
            20  write her e-mail to you on October 25,
            21  2004?
            22      A.    She wrote that at 4:42 p.m.
```

[494:6] - [495:10]    11/22/2005 Eric Topol

```
       page 494
            6       Q.    I'm going to show you an
            7   e-mail that I've marked as Exhibit 42.
            8   This came from your files, Dr. Topol, and
            9   I want to focus on the bottom e-mail.
            10  This is an e-mail from you to Michael
            11  Radutsky?
            12      A.    Radutsky.
            13      Q.    Who is that?
            14      A.    He's the producer for CBS 60
            15  Minutes.
            16      Q.    What time did you write this
            17  e-mail to the producer of 60 Minutes?
            18      A.    14 minutes or so later.
            19      Q.    You wrote this e-mail to 60
            20  Minutes at 4:46 in the afternoon,
            21  correct?
            22      A.    Right.
            23      Q.    You received an e-mail from
            24  Ms. Goormastic at 4:42, four minutes
       page 495
            1   earlier; correct?
            2       A.    That's right.
            3       Q.    And you write to 60 Minutes,
            4   "Michael, Great news on the Statistics
            5   for Study 090.  The difference between
            6   Vioxx and nabumetone is significant, P
            7   equals .03." And then you continue.  Do
            8   you see that, sir?
            9       A.    I see that.  That's not the
            10  end of the story here, though.
```

401,403
Reference to
60 minutes