Issues Report [Eric Topol]

• **Merck's Counter-Designations**

[495:14] - [499:1]     11/22/2005  Eric Topol

```
page 495
14        Q.    Dr. Topol, you forwarded --
15   do you see the forward "FW" in the
16   subject line of your e-mail to 60
17   Minutes?
18        A.    Yes.
19        Q.    You forwarded the e-mail
20   that Ms. Goormastic sent to you, correct,
21   sir?
22        A.    Yes, yes.
23        Q.    But you didn't include what
24   Ms. Goormastic said to you about being
page 496
1    puzzled and about there being no
2    statistically significant difference with
3    respect to the confidence interval?  You
4    changed that and wrote that there was a
5    statistically significant difference?
6         A.    Where is that?
7         Q.    Do you see in your e-mail to
8    60 Minutes after you say "Great news.
9    The difference between Vioxx and
10   nabumetone is significant" and you cite
11   only the p-value.  Do you see that, sir?
12        A.    Yes.
13        Q.    You didn't tell 60 Minutes
14   in that e-mail that your statistician was
15   puzzled about these numbers, did you?
16        A.    They were not final numbers.
17   As I already indicated you, these were
18   not the final numbers for death, heart
19   attack and stroke.  And so I will take
20   the opportunity to amplify here because
21   you're trying to take this down the wrong
22   path.  On October 25th, the data were
23   inconclusive because we did not have a
24   chance to learn about these events in the
page 497
1    Targum table, these patients on death,
2    heart attack and stroke.  They were not
3    reviewed.  I did not have the details of
4    any of those patients.  So, these events
5    that we're looking at were not the
6    interested field of cardiovascular
7    endpoints of deaths, of all cause, heart
8    attack and stroke.
9         Q.    You found it important
10   enough to write to 60 Minutes four
11   minutes after your statistician wrote to
12   you to tell them about what you thought
13   was great news, and you characterized --
14        A.    This was the beginning of
15   the analysis, only the beginning.
16        Q.    Do you see that 60
17   Minutes --
18        A.    This is a work in progress,
19   and you're just taking one part of that
20   work.
21        Q.    Do you see that 60 Minutes
22   writes back to you on the top and says
23   "Remarkable" and then continues.  "So
24   then how does the company ignore numbers
page 498
1    like that?  How does that not warrant
2    further study?"  Et cetera.  And he says
3    "How can they call the study
4    'statistically insignificant'?"  Do you
5    see that?
6         A.    I see that.
```

*[handwritten margin note: 401, 403 Ref to 60 minutes]*

Issues Report [Eric Topol]

- **Merck's Counter-Designations**

```
              7        Q.   Did you ever write back to
              8   60 Minutes and say that your statistician
              9   told you that under another test there
             10   was no statistically significant
             11   difference for 090?
             12        A.   I discussed this extensively
             13   with Michael Radutsky on the phone, and I
             14   told him that we needed -- before this
             15   could be wrapped up and before I could
             16   make any statements about study 090, I
             17   needed to have all the information
             18   regarding the patients with events,
             19   putative events of this trial, which I
             20   didn't have at this time.  So, these data
             21   did not -- again, I've said it at least
             22   three or four times.  These data did not
             23   reflect the final categorization of
             24   death, heart attack or stroke for study
          page 499
              1   090.
```

*401, 403 Ref to 60 minutes*

[499:4] - [499:24]      11/22/2005  Eric Topol

```
          page 499
              4             Did you in your e-mail to 60
              5   Minutes say that your statistician was
              6   puzzled?  Yes or no?
              7        A.   I discussed it on the phone.
              8        Q.   Your testimony is that you
              9   discussed your statistician being puzzled
             10   on the phone, but you told 60 Minutes
             11   that there was --
             12        A.   No.
             13        Q.   -- there was a significant
             14   difference here?
             15        A.   I discussed with Michael
             16   Radutsky that more work had to be done,
             17   that we can't use any of these numbers
             18   until we get all the details on these
             19   patients of this page 32 in the Targum
             20   report.  So, all this was preliminary
             21   work, and we still didn't have a sense of
             22   where we were with the death, heart
             23   attack and stroke story.  I discussed
             24   that with him.
```

[501:23] - [502:7]      11/22/2005  Eric Topol

```
          page 501
             23        Q.   Dr. Topol, I've handed you
             24   what I've marked as Exhibit 43 --
          page 502
              1        A.   Yes.
              2        Q.   -- which is an e-mail,
              3   November 12, 2004 from you to your
              4   statistician again, and this is now two
              5   days before you go on 60 Minutes.
              6   Correct?
              7        A.   That's right.
```

[504:20] - [505:18]     11/22/2005  Eric Topol

```
          page 504
             20        Q.   Now, you wrote "5 out of
             21   390" and then you wrote "1 out of 588."
             22   Do you see that in your e-mail?
             23        A.   Yes.  And that's exactly the
             24   same as the New England Journal
          page 505
              1   subsequent correspondence.
```

Issues Report [Eric Topol]

- **Merck's Counter-Designations**

```
                         2          Q.   The 588, which is the
                         3   denominator here, that is calculated by
                         4   taking the number of patients in the
                         5   nabumetone group and adding them to the
                         6   number of patients in the placebo group;
                         7   correct?
                         8          A.   Those are control groups for
                         9   the trial, that's right.  They're not
                        10   experimental groups.
                        11          Q.   So, what you did was you
                        12   took 5 events on Vioxx, and you compared
                        13   them to 1 event in placebo and nabumetone
                        14   combined; correct?
                        15          A.   That is how this analysis
                        16   was performed with the appropriate
                        17   categorization of the endpoints and the
                        18   statistics.
```

[507:10] - [508:21]       11/22/2005  Eric Topol

```
                        page 507
                        10          When the events were 6, 2
                        11   and 1 as you analyzed them in your JAMA
                        12   article for Vioxx, nabumetone and
                        13   placebo, you considered that to be few
                        14   events for meaningful comparison;
                        15   correct?
                        16          A.   Well, there was no
                        17   significant difference.  So, that means
                        18   there's no meaningful difference, yes.
                        19          Q.   So now in November of 2004,
                        20   when you say the numbers now are 5 for
                        21   Vioxx, 1 for nabumetone and 0 for
                        22   placebo, there's actually fewer events in
                        23   your analysis from November of 2004 than
                        24   there were in your analysis in JAMA;
                        page 508
                        1    correct?
                        2           A.   Correct.  But the events are
                        3    correct now, and they are the appropriate
                        4    irrevocable endpoints of death, heart
                        5    attack and stroke and not admixed with
                        6    things like atrial fibrillation or a
                        7    chronic occlusion that had nothing to do
                        8    with a heart attack.  Now we had a
                        9    difference of 1.3 versus 0.2 percent.
                        10   And what I showed in the letter in the
                        11   correspondence in the New England Journal
                        12   with those numbers is that with the exact
                        13   same Vioxx incident, 1.3 percent with
                        14   those five events that you just cited was
                        15   exactly the same as in the VIGOR trial,
                        16   1.2 percent for death, heart attack and
                        17   stroke.  And there was a 7.6, that's 760
                        18   percent excess compared with the
                        19   controls, whether it be naproxen in VIGOR
                        20   or nabumetone and placebo in the current
                        21   study 090 that we're discussing.
```

[509:6] - [511:2]         11/22/2005  Eric Topol

```
                        page 509
                        6           Q.   Dr. Topol, the reason you
                        7    asked your statistician to compare the
                        8    number of events on Vioxx to the number
                        9    of events on nabumetone and placebo
                        10   combined is because you know that if you
                        11   compare the number of events on Vioxx to
                        12   just the number of events on nabumetone,
                        13   there is no statistically significant
```

Issues Report [Eric Topol]

- **Merck's Counter-Designations**

```
                    14   difference?
                    15        A.   That's not the appropriate
                    16   comparison.  We already went through
                    17   this, that is, when you have drugs that
                    18   are a control arm that are widely
                    19   accepted and have been around for 10 or
                    20   20 years, and you have an experimental
                    21   drug, it is appropriate, just as Juni did
                    22   in his analysis in the Lancet, and just
                    23   as we did here, to compare the control
                    24   arms with the experimental arm, which in
                    page 510
                    1    this case was Vioxx.
                    2         Q.   You didn't do that in your
                    3    JAMA article, did you, sir?
                    4         A.   We didn't do it in the JAMA
                    5    article, but we didn't have the right
                    6    data.  So, of course, we couldn't do it
                    7    in the JAMA paper.  We had erroneous
                    8    categorization of endpoints.
                    9         Q.   The reason that you combined
                    10   nabumetone and placebo and compared that
                    11   to Vioxx is because you know that if you
                    12   compare the number of events on Vioxx to
                    13   placebo for study 090, there is no
                    14   statistically significant difference;
                    15   correct?
                    16        A.   That is not the reason why
                    17   that analysis was performed that way.
                    18        Q.   Am I correct, sir, that if
                    19   you compare 5 events on Vioxx to 0 events
                    20   on placebo, there's no statistically
                    21   significant difference?
                    22        A.   I don't know.  We'd have to
                    23   run the statistics on that.
                    24        Q.   You never ran that, did you?
                    page 511
                    1         A.   I don't remember that we ran
                    2    it.  I don't have it at hand.
```

[538:24] - [539:20]    11/22/2005  Eric Topol

```
                    page 538
                    24        Q.   Dr. Topol, I've handed you
                    page 539
                    1    Exhibit 46, which is an e-mail exchange
                    2    within the FDA.  And I want to point your
                    3    attention to November 1st, 2004.  Do you
                    4    know who the author is?
                    5         A.   Dr. Villalba, yes, primary
                    6    reviewer of this application.
                    7         Q.   Dr. Villalba of the FDA
                    8    writes "Study 090 was conducted between
                    9    September 1998 and May 1999.  This one
                    10   showed more CV thrombotic events on Vioxx
                    11   than nabumetone or placebo.  Topol was
                    12   not interested in study 085 which had
                    13   identical design and duration (6 weeks)
                    14   and approximately same size, but showed,"
                    15   and he underlines this, "no differences
                    16   in CV thrombotic events."  Do you see
                    17   that, sir?
                    18        A.   I see it, and I want to
                    19   point out that a clinical trial is for 20
                    20   years.
```

[541:8] - [541:21]    11/22/2005  Eric Topol

```
                    page 541
                    8         Q.   Dr. Topol, you see that Dr.
```

*Handwritten annotation:* "Π counter designates 539:22-24 (see next page)"

*Handwritten annotation:* "Hearsay"

TT Counter

Annotations Report [vioxx 2]

[539:21] - [539:24]     1/30/2006    Eric Topol
```
page 539
21          Q.      Doctor --
22          A.      You look for signals and you
23  don't disregard certain trials and look
24  at certain trials.
```

Issues Report [Eric Topol]

- **Merck's Counter-Designations**

```
 9    Villalba of the FDA writes on November 8
10    of 2004, "Merck might have submitted
11    study 090 results to the Agency sometime
12    earlier than June 2000, but I do not
13    think we would have done anything with
14    it, since the number of events was small
15    and there was a twin study (085) with
16    identical size and duration, conducted at
17    approximately the same time, that showed
18    no difference in CV thrombotic events as
19    compared to placebo and nabumetone."  Do
20    you see that, sir?
21         A.    I see that.
```

*Handwritten annotation:* Hearsay. If played, π counter designates 541:22 - 542:1. See next page.

Annotations Report [vioxx 2]

*TT counter*

[541:22] - [542:1]    1/30/2006   Eric Topol

```
page 541
22          Q.    This was written after the
23   drug was withdrawn; correct?
24          A.    Yes.  And still I was not
page 542
1    informed of these dates.
```