susan baumgartner 9-30-05

Annotations Report [Vioxx]


[15:5] - [16:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 15
5      Q.   Ma'am, state your name,
6  please.
7      A.   Susan Lynn Baumgartner.
8      Q.   Ms. Baumgartner, are you
9  presently employed with Merck?
10     A.   Yes.
11     Q.   Now, when did you start with
12  Merck?
13     A.   August of 1996.
14     Q.   How would you describe your
15  job title, and what did you do with Merck
16  in those first years that you worked
17  there?
18     A.   I started out as a
19  cardiovascular consultant working with
20  physicians in the greater Jacksonville
21  area.
22     Q.   Can I ask you something.
23          You are say you were working
24  with physicians.  What were you doing
page 16
1  with physicians in the greater
2  Jacksonville area?
3      A.   Interacting with them,
4  presenting scientific information to them
5  related to our cardiovascular products.
6      Q.   So, you, I take it, then
7  would get information in-house from
8  Merck, and then you would take that
9  information and you would present it to
10  those doctors; is that correct?
11     A.   Correct.


[17:17] - [18:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 17
17          What did you do after that,
18  Ms. Baumgartner?
19     A.   I moved over to the market
20  integration team for Vioxx in mid-1998.
21     Q.   And in that market
22  integration role, what did you do?

susan baumgartner 9-30-05

23       A.   I was responsible for
24  primarily consultants meetings, the type
page 18
1  of meeting to gain market research from
2  different physicians.
3       Q.   Explain that.  To gain
4  market research, what do you mean by
5  that?
6       A.   We wanted to understand what
7  physicians thought about our product.  We
8  had a new product, a new class of
9  medicine.  We wanted to understand how
10  they treated pain, what types of patients
11  they saw.  It had been a long time since
12  we had been in the -- we had a product
13  related to pain and inflammation and
14  wanted to understand their current
15  thoughts about it.
16       Q.   And was part of that your
17  responsibility to provide those
18  individuals with accurate information
19  about the product Vioxx?
20       A.   It was providing information
21  about Vioxx, as well as other pain
22  medicine that was available, and getting
23  thoughts on all of those areas.  But I
24  did present scientific data for Vioxx.


[21:19] - [22:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 21
19       Q.   And in order for them to
20  have any understanding of the scientific
21  data, it was important that that
22  information be accurate that you gave
23  them; is that correct?
24       A.   It was my hope that the
page 22
1  information that was communicated by the
2  presenters there was accurate, yes.
3       Q.   And in your mind, what you
4  communicated, what Susan Baumgartner
5  communicated in your mind was accurate?
6       A.   What I personally
7  communicated at the meetings?
8       Q.   Yes.
9       A.   Yes.


[22:24] - [23:3] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 22
24        Q.   Tell me why that's important
page 23
1  that a doctor that might be prescribing
2  Vioxx have accurate information.  Why is
3  that important?


[23:6] - [23:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 23
6          THE WITNESS:  We want
7      physicians to be fully informed
8      about the products.
9  BY MR. PAPANTONIO:
10       Q.   And why is it important that
11  they be fully informed about the
12  products?
13       A.   So they can use the products
14  appropriately.  The --
15       Q.   Is part -- excuse me.  I
16  don't mean to cut you off.  Were you
17  finished there?
18       A.   And make the right decisions
19  about use of the product.
20       Q.   So, in other words, it's
21  important that you give the doctor the
22  correct information so they can use it
23  properly; is that correct?


[24:2] - [24:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 24
2          THE WITNESS:  It is
3      important that we give accurate
4      information.
5  BY MR. PAPANTONIO:
6        Q.   It would certainly not be a
7  good thing for Susan Baumgartner or
8  anybody with Merck, for that matter, to
9  mislead doctors about what they know
10  about a product, Vioxx, for example?
11       A.   I would agree with that.

susan baumgartner 9-30-05

[30:17] - [30:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 30
17          MR. PAPANTONIO:  Let's show
18    Dr. Baumgartner 1259, please.  Not
19    Dr. Baumgartner, Mrs. Baumgartner.


[31:11] - [31:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 31
11      Q.   Well, do you see where it
12 says, Ms. Baumgartner, it says "From:
13 Baumgartner, Susan L."  That's you, isn't
14 it?
15      A.   It is.
16      Q.   And underneath it it says,
17 "Subject:  JAMA Review."  Do you see
18 that?  "Subject:  JAMA Review."  Do you
19 see that?
20      A.   Yes.
21      Q.   And then it has a date on
22 it, "2001."  Do you see that?
23      A.   Yes.


[33:9] - [35:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 33
9       Q.   So, this document, obviously
10 that's what you did in this document, you
11 reviewed a piece of medical literature in
12 the JAMA.  Tell the jury what that is.
13      A.   The Journal of the American
14 Medical Association.
15      Q.   And you gave your
16 impressions; is that correct?
17      A.   Of this publication.
18      Q.   Yes.  Is this a document
19 that you kept in your normal course of
20 business?  Is this a record that you kept
21 in your normal course of business?
22      A.   I'm not sure.
23      Q.   Well, that is Susan L.
24 Baumgartner at the top; right?
page 34

susan baumgartner 9-30-05

1    A.   Right.
2    Q.   And Tracy Mills, you sent
3 this to Tracy Mills.  Tell the jury who
4 Tracy Mills is, please.
5    A.   Tracy was my boss at the
6 time.
7    Q.   Okay.
8         So, did your boss ask you to
9 review this medical literature and give
10 your impressions?
11    A.   I don't remember.
12    Q.   Well, do you see where it
13 says "Threats" there, Ms. Baumgartner?
14    A.   Yes.
15    Q.   Let's read.  It says,
16 "'Available data raise a cautionary flag
17 about the risk of cardiovascular events
18 with COX-2 inhibitors...Our findings
19 suggest a potential increase in CV event
20 rates for the presently available COX-2
21 inhibitors...We believe that it is
22 mandatory to conduct a trial specifically
23 assessing CV risk and benefit of these
24 agents.'"
page 35
1         Now, I want to ask you some
2 questions since this is the beginning of
3 this deposition.  What is a "CV risk"?
4 What does that mean?
5    A.   It typically refers to
6 cardiovascular risk.
7    Q.   And it says -- what is
8 "events with COX-2"?  What is a COX-2?
9    A.   That is a cyclooxygenase-2
10 inhibitor.  It's a class of products.
11    Q.   And that's what Vioxx was;
12 correct?
13    A.   Correct.
14    Q.   So, this says, "Available
15 data raise a cautionary flag about the
16 risk of cardiovascular events with COX-2
17 inhibitors."  Now, you read that
18 statement in 2001, didn't you?


[35:24] - [37:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 35
24    A.   Yes.  It appears if I
page 36
1 transcribed it here, I probably read it.
2    Q.   And so you read it, and then
Page 5

susan baumgartner 9-30-05

3  you reduced it to writing that,
4  "Available data" in 2001 "raise a
5  cautionary flag about the risk of
6  cardiovascular events of COX-2
7  inhibitors."  And then it goes on to say,
8  "Our findings suggest a potential
9  increase in CV event rates."  Now, what
10  are CV event rates?
11      A.   They're the rates of
12  cardiovascular events.
13      Q.   Now, do you see where it has
14  the next little point there.  It says,
15  "VIGOR."  Do you see that?
16      A.   Yes.
17      Q.   Now, at this point in the
18  trial, Ms. Baumgartner, it is very
19  possible, probable, in fact, that the
20  jury knows what VIGOR is, but why don't
21  you explain what VIGOR is, just in case
22  they haven't heard about it.
23      A.   VIGOR was a landmark
24  clinical trial in over 8,000 patients of
page 37
1  Vioxx and naproxen.
2      Q.   And what was the purpose,
3  what was the specific purpose of that
4  trial?
5      A.   Specific purpose was to
6  study the effects of Vioxx compared to
7  naproxen on the stomach.
8      Q.   On the stomach for gastro --
9  stomach problems; correct?
10      A.   Correct.  Gastrointestinal
11  problems.
12      Q.   Gastrointestinal problems
13  was really the purpose?
14      A.   Correct.


[38:3] - [38:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 38
3      Q.   In 2001, this is you
4  continuing to write in this document
5  where it says, "VIGOR."  It says,
6  "Increased relative risk of developing a
7  CV event, increased risk for
8  aspirin-indicated and aspirin not
9  indicated subgroups, time to event curve
10  showing separation of VIOXX and
11  naproxen."  Do you see that?
12      A.   Yes.

susan baumgartner 9-30-05

13      Q.   Now, you wrote that, this
14  first line where it says, "VIGOR -
15  Increased relative risk of developing a
16  CV event."  Do you see that?
17      A.   Yes.
18      Q.   You wrote that underneath
19  the heading that says "Threats."


[38:24] - [39:15] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 38
24      Q.   Do you see this on your
page 39
1  screen, where it says "Threats"?  So, you
2  wrote "Threats," and then underneath
3  "Threats" you wrote, "VIGOR," Which was a
4  study that was conducted by Merck; is
5  that correct?
6      A.   Correct.
7      Q.   And the purpose of the study
8  was to figure out gastrointestinal, how
9  gastrointestinal problems may affect
10  individuals taking Vioxx; correct?
11      A.   Correct.
12      Q.   And then in there you wrote,
13  next to VIGOR you said, "Increased
14  relative risk of developing a CV event."
15  Correct?


[43:18] - [44:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 43
18      Q.   Just tell me what you meant
19  by that.  Why did you write that down?
20      A.   I don't remember.
21      Q.   You don't remember why you
22  wrote that down underneath the term
23  "Threats" in 2001?
24      A.   No.
page 44
1      Q.   What did you mean by
2  "Threats"?  Who is being threatened by
3  this information?
4      A.   I don't know.
5      Q.   Well, you wrote it down, Ms.
6  Baumgartner, didn't you?
7      A.   When I look at it today, I

Page 7

susan baumgartner 9-30-05

8  can give you my thoughts on it today, but
9  I don't remember at the time why I would
10  have categorized things in different
11  sections or why I would have written
12  these thoughts down.
13      Q.   Well, does the term "threat"
14  mean the same thing to you that it did,
15  you think, when you wrote that down,
16  today?
17      A.   To me, threat looks like
18  something that was not consistent with
19  Merck's position.
20      Q.   Maybe bad to Merck's
21  position, threat?
22          MR. TSOUGARAKIS:  Object to


[44:24] - [45:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 44
24          THE WITNESS:  I define it as
page 45
1       not consistent with Merck's
2       position.
3  BY MR. PAPANTONIO:
4       Q.   So, in Baumgartner's -- in
5  Susan Baumgartner's mind right now,
6  "threat" does not mean bad; is that
7  correct?
8          MR. TSOUGARAKIS:  I'll


[45:11] - [46:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 45
11      Q.   Yes or no?
12      A.   I don't want to put a
13  judgment on it, but I defined it as not
14  consistent with Merck's position.  We
15  felt we arrived at the right conclusion
16  based on the data available, and these
17  were things that were contrary to that.
18      Q.   Let's be clear about this.
19          Who paid for VIGOR?
20      A.   Merck.
21      Q.   Merck.  This is your study
22  you're talking about, correct, VIGOR?
23      A.   Correct.
24      Q.   So, VIGOR was paid for by
                    Page 8

susan baumgartner 9-30-05

page 46
1  Merck; correct?
2      A.   Correct.
3      Q.   Merck financed it, put it
4  together, and even wrote the final -- the
5  final words on VIGOR, didn't they?  Merck
6  did all of that?
7           MR. TSOUGARAKIS:  I object


[46:10] - [47:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 46
10      Q.   Yes or no?
11      A.   I know the study was
12  conducted by external investigators
13  outside of Merck, so, there were
14  contributors who also, I believe, wrote
15  the information about the data.
16      Q.   Paid for by Merck?
17      A.   Was it --
18      Q.   Paid for by Merck; correct?
19      A.   Was the study paid for?
20      Q.   Yes.
21      A.   Yes.  It is my
22  understanding.
23      Q.   And it used Merck employees,
24  people that were actually working for
page 47
1  Merck participated in VIGOR; is that
2  correct?  Employees with Merck actually
3  participated in VIGOR.  Yes or no?
4      A.   I don't think I have enough
5  information.  I'm not sure what you mean
6  by that.
7      Q.   You reviewed the JAMA
8  article about VIGOR, didn't you?  That's
9  what this is.  That's what we're looking
10  at.  That's what we've been talking about
11  here; right?
12      A.   Right.
13      Q.   And you're telling me you
14  don't know whether or not Merck employees
15  actually participated in VIGOR?  Is that
16  your testimony?
17      A.   It depends on how you define
18  "participated."
19      Q.   Well, let's talk about this
20  definition thing.  First of all, you
21  define "threat" as what?
22           MR. TSOUGARAKIS:  In terms

susan baumgartner 9-30-05

[48:2] - [48:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 48
2      Q.   In terms of this document,
3  we want to talk about definitions here.
4  "Threat" means what to Susan Baumgartner?
5      A.   When I look at this document
6  today?
7      Q.   Yes.
8      A.   I defined it as inconsistent
9  with Merck's position about the product
10  and other products.
11      Q.   You would say bad for
12  Merck's position; right?  Bad?
13      A.   Different.  Not consistent.
14      Q.   Yeah.  Well, is "threat" a
15  good thing or a bad thing in your mind?
16      A.   (Indicating.)
17      Q.   Don't know?  No opinion?
18      A.   It depends on its use.
19      Q.   Okay.
20          How about "employ," what's
21  your definition of "employ"?


[49:1] - [49:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 49
1      Q.   Yeah, I asked you, did an
2  employee work on the VIGOR study, and you
3  said what?
4      A.   You asked if they
5  participated in the study.  When I think
6  of participated, I think of the
7  investigators.  It's just my experience
8  with clinical trials.  I think of
9  investigators.  So, they participated in
10  that they designed -- I don't even know.
11      Q.   You don't know what I mean
12  when I say did a Merck employee
13  participate in VIGOR study?  You don't
14  know what I'm talking about when I ask
15  you that question?  Is that what you're
16  telling me right now?


[49:19] - [50:22] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 49
19          THE WITNESS:  Yes.  The
20      other way I think about it is
21      participated as an actual patient
22      that was involved in the clinical
23      trial.
24  BY MR. PAPANTONIO:
page 50
1       Q.   Well, how about somebody who
2  wrote the study, was that a participant
3  in your mind?  Somebody whose name
4  appears on the top of the VIGOR study, is
5  that something that you would call -- if
6  they're an employee of the company, would
7  you consider them participating in that
8  study?
9       A.   Participating in the
10  publication of the results of the study,
11  yes.
12      Q.   Well, tell us who Alise
13  Reicin is.  You know who that is, don't
14  you?
15      A.   She worked in our MRL
16  department, our Merck Research
17  Laboratories as a scientist.
18      Q.   Right.
19          And you knew when I asked
20  you that question three minutes ago that
21  Alise Reicin participated in this study.
22  You knew that then, didn't you?


[51:1] - [52:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 51
1          THE WITNESS:  I wasn't sure
2      what you meant by "participated."
3      That's why I needed clarification.
4  BY MR. PAPANTONIO:
5       Q.   Well, you knew that Alise
6  Reicin's name appears on the top of the
7  VIGOR study that was paid for by Merck.
8  You knew that when I asked you that
9  question a minute ago about whether
10  employees participated.  You knew that
11  then, didn't you?
12      A.   I knew that fact, but I
13  didn't understand your question.
14      Q.   Well, you understand the

Page 11

susan baumgartner 9-30-05

15  question now, don't you, Ms. Baumgartner?
16      A.   I do.
17      Q.   You understand that I'm
18  asking you, did a Merck employee
19  participate in the VIGOR study?  Do you
20  understand that?  Do you understand what
21  I'm asking you?
22      A.   I thought -- what I said yes
23  to was that a Merck employee participated
24  in publication of the study.
page 52
1      Q.   Okay.
2          So we're clear on that, a
3  Merck employee did participate, didn't
4  they, in the VIGOR study; correct?


[56:8] - [57:8] 9/30/2005 BAUMGARTNER, SUSAN


Author: Dana Lunsford


page 56
8      Q.   Well, tell us what the JAMA
9  review is.  What is the JAMA?
10      A.   The Journal of the American
11  Medical Association.
12      Q.   Is that a pretty important
13  journal, Ms. Baumgartner?
14      A.   It is.
15      Q.   Why is it important?
16      A.   It's a peer-reviewed
17  publication that many physicians review
18  and depend on for updates.
19      Q.   They depend on accurate
20  information, don't they?  Doctors depend
21  on accurate information in order to
22  safely prescribe medication.  Is that
23  true or false?
24      A.   I would agree, true.
page 57
1      Q.   And so we're talking about
2  in this document that you created, we're
3  talking about increased risk, relative
4  risk of developing CV events, and you're
5  also talking about MI rates; correct?
6  "MI" is heart attack.  They were higher
7  according to what you wrote down here
8  also, weren't they?


[57:11] - [57:21] 9/30/2005 BAUMGARTNER, SUSAN


Author: Dana Lunsford

susan baumgartner 9-30-05

page 57
11          THE WITNESS:  It's stated
12      here.  As I mentioned, I believe
13      this is a summary of what the
14      authors in that publication
15      concluded, because these were
16      contrary to Merck's beliefs and
17      conclusions about the product.
18 BY MR. PAPANTONIO:
19      Q.   And that's why you wrote
20 down "Threats"?
21      A.   Right.


[81:9] - [81:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 81
9       Q.   Now, why don't you take a
10 minute and look at that from Martino
11 Laurenzi.


[81:14] - [81:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 81
14      Q.   Is it the first time you've
15 ever seen that document?
16      A.   Yes.
17      Q.   Tell us, please, do you see
18 the term -- what is naproxen?  Tell the
19 jury what naproxen is.
20      A.   Naproxen is a nonselective
21 NSAID used to treat pain and
22 inflammation.


[81:23] - [82:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 81
23      Q.   Do you see there it says,
24 "The presentation of the VIGOR data must
page 82
1 not mislead the audience into thinking
2 that the difference in CV events could be
3 explained by an anti-thrombotic effect of

susan baumgartner 9-30-05

4  naproxen, which is not demonstrated."  Do
5  you see that?
6        A.   Yes.


[82:7] - [82:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 82
7        Q.   Now, is that the first time
8  you've seen that written, "The
9  presentation of the VIGOR data," which
10  we've talked about, the VIGOR data;
11  right?  "Must not mislead the audience
12  into thinking that the difference in CV
13  events," which is heart events; correct?
14  "Could be explained by anti-thrombotic
15  effect of naproxen."  Do you see that?
16        A.   Yes.
17        Q.   "Which is not demonstrated."
18  Do you see that?
19        A.   Yes.
20        Q.   Do you see the date on that?


[83:1] - [83:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 83
1        MR. PAPANTONIO:
2        "2000-06-20."
3  BY MR. PAPANTONIO:
4        Q.   Do you see that date?
5        A.   Yes.


[83:6] - [83:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 83
6        Q.   Now, you've not seen this
7  until I've just shown this to you.  Is
8  that what you're telling us?
9        A.   That's correct.


[84:13] - [84:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05


page 84
13          MR. PAPANTONIO:  Would you
14     please show her 401?


[87:16] - [88:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 87
16     Q.   It says, "National Thought
17 Leader Summary."  Do you see that?
18 "VIGOR Study, January 31, 2001."  Do you
19 see that?
20     A.   Yes.
21     Q.   Now, what is a national
22 thought leader?  What does that mean?
23     A.   Let me take one minute to --
24     Q.   Well, yeah, we can do that.
page 88
1 But just tell us as you're doing that,
2 what is a national thought leader?
3     A.   A national thought leader is
4 a physician who leads thought in their
5 respective area, an expert in a specific
6 area, and by "national," we mean
7 recognized by other physicians throughout
8 the nation.


[89:19] - [89:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 89
19          The date on there, you see
20 January 31st, 2001.  Do you see that at
21 the top?
22     A.   Yes.


[90:6] - [91:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 90
6 But it says, "Recommend that Merck not
7 emphasize" -- "Recommend that Merck not
8 emphasize the 'protective effect' of"
9 naproxen "as an explanation for the

susan baumgartner 9-30-05

10  cardio/renal (MI/thromboembolic) data in
11  VIGOR." Now, let me just take that first
12  sentence and ask you, what does
13  "cardiorenal" mean?
14      A.   That refers to
15  cardiovascular and renal.
16      Q.   Which is --
17      A.   Heart and kidneys.
18      Q.   Heart and kidneys.
19          And it says, "MI
20  thromboembolic." What does that mean?
21      A.   Heart attack and clot
22  producing.
23      Q.   Okay.
24          So, "Recommend that Merck
page 91
1  not emphasize the protective effect of"
2  naproxen, and you've told us, we've
3  talked about what naproxen is already,
4  "as an explanation for the cardio/renal
5  (MI/thromboembolic) data in VIGOR.
6  Because there is no supporting data to
7  substantiate a protective effect for"
8  naproxen, "advocating this position as an
9  explanation for the VIGOR data only
10  serves to undermine Merck's credibility
11  with physicians."
12          Now, my question to you is,
13  credibility between you and physicians
14  was very important, wasn't it? You had
15  to be credible with physicians, didn't
16  you?
17      A.   That's correct.
18      Q.   If physicians perceived
19  Susan Baumgartner as not being credible,
20  that became a problem for Merck, didn't
21  it?


[92:12] - [92:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 92
12      A.   It's important to me.
13      Q.   Yeah. And same with the
14  FDA. I mean, if you are dealing with the
15  FDA, your credibility with the FDA is
16  important, isn't it?


[92:20] - [93:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 92
20     Q.   From your standpoint, your
21  job --
22     A.   Yes, you want to be
23  credible.
24     Q.   -- with Merck.  Right.
page 93
1           And why is that, that you
2  want to be credible with the doctors in
3  what you were doing?
4      A.   Because you want them to
5  look at your history, and Merck had a
6  long history of delivering good science
7  and good products.  So, anything that
8  would undermine that would not be a good
9  thing.
10     Q.   Both to doctors, and you
11  would agree the FDA as well; correct?
12     A.   I think to any audience that
13  Merck interacts with, we want to be
14  credible.
15     Q.   And according to this
16  paragraph, these national thought leaders
17  are saying that naproxen is not an
18  explanation for the -- for what the VIGOR
19  data showed.  Naproxen was not an
20  explanation for that; is that correct?


[93:24] - [94:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 93
24     Q.   That's what that says.
page 94
1      A.   I don't know to whom this
2  refers, what thought leaders were being
3  summarized here.
4      Q.   No, no.  That's not my
5  question, though, Ms. Baumgartner.
6           This is saying that Merck
7  should not use naproxen as an explanation
8  for why Vioxx in VIGOR, in the VIGOR
9  study, showed an increased risk of
10  cardio/renal or MI thromboembolic data.
11  That's all this is saying.  That's my
12  point.


[94:16] - [94:18] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 94
16      Q.   Is that what this says?
17      A.   The words say what they say.
18  I'm not sure I can interpret it.


[95:8] - [95:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 95
8           MR. PAPANTONIO:  Now, would
9       you please show Ms. Baumgartner
10        516.


[96:12] - [97:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 96
12          Do you see the date on
13  there, date, 2000, 3/28/2000?  Do you see
14  that up there?
15      A.   Yes.
16      Q.   You see "Subject:  Carlo
17  Patrono."  Do you see that?  "On VIGOR."
18      A.   Yes.
19      Q.   Now, tell us who Carlo
20  Patrono is.
21      A.   He's a thought leader in the
22  area of platelet effects.
23      Q.   And so it says -- you know
24  that he was a national thought leader,
page 97
1  you knew that?
2      A.   Worldwide.
3      Q.   Worldwide.  This guy is
4  certainly one of the best doctors talking
5  about this platelet issue that you would
6  want to rely on.  Is that pretty
7  accurate?  It says --
8      A.   Extremely knowledgeable,
9  very well respected.
10      Q.   It says, "Guys, I met with
11  Carlo Patrono last Saturday in Rome.  He
12  had already been informed by other
13  sources about the results of VIGOR,"
14  we've talked about VIGOR, "and we had an
15  interesting chat about it."  Do you see

susan baumgartner 9-30-05

16  the first line says --


[97:22] - [98:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 97
22      Q.   "He said that he does not
23  think that the CV effect that we observed
24  can be attributed to naproxen."  Do you
page 98
1  see that?
2      A.   Yes.


[99:2] - [99:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 99
2      Q.   And in 2000, 3/28/2000,
3  Carlo Patrono said that he did not
4  believe, he didn't think that there was a
5  CV effect that could be observed that's
6  attributable to naproxen.  Do you see
7  that?
8      A.   Yes.


[100:10] - [100:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 100
10          MR. PAPANTONIO:  Now, could
11      you please show Ms. Baumgartner
12      177.


[100:22] - [101:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 100
22      Q.   Now, this is from you, so,
23  we know you've seen this before.  It is
24  from Tracy Mills and Susan Baumgartner,
page 101
1  PharmD.  Do you see where it says that?
2      A.   Yes.

susan baumgartner 9-30-05

3      Q.   Do you see where it says,
4  "Scientific Communications Plan for
5  VIOXX"?
6      A.   Yes.
7      Q.   "Scientific Communication
8  Plan."  What does scientific
9  communications mean?
10      A.   Those are communications
11  about the scientific data.


[101:20] - [101:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 101
20      Q.   And you wrote it, didn't
21  you?
22      A.   I did, in 2001.


[102:4] - [102:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 102
4      Q.   And do you see where it
5  says, the first paragraph is, "To
6  maintain the vigorous growth of VIOXX in
7  2001 and to ensure competitive victories
8  over Coxib competitors."  Who were coxib
9  competitors?  Celebrex, were they one of
10  them?
11      A.   At the time.
12      Q.   So, "To ensure competitive
13  victories over Coxib competitors and
14  non-selective NSAIDs, our team has
15  developed the attached scientific
16  communication plan for VIOXX."  Do you
17  see that?
18      A.   Yes.
19      Q.   And you wrote those words,
20  didn't you?  Those are your words?
21      A.   Yes.


[102:22] - [103:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 102
22      Q.   And then do you see down

Page 20

susan baumgartner 9-30-05

23  where it has the box there, you created
24  that box as well, didn't you?
page 103
1      A.   I think so.
2      Q.   Well, do you see where it
3  says "STAGE 1 MESSAGES"?  Where it says,
4  "Cardiovascular (MI)" down there at the
5  bottom?
6      A.   Yes.
7      Q.   What is a cardiovascular MI
8  again?  That's a heart attack, isn't it?
9      A.   Yes.


[103:10] - [103:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 103
10      Q.   And then "STAGE 1 MESSAGES,"
11  what does the "STAGE 1 MESSAGES," mean?
12      A.   It looks like the messages
13  in that time frame that's specified
14  underneath it.
15      Q.   And the time frame that's
16  specified there is 2000, February of
17  2001, that's stage one message is what
18  you have.  And then next to
19  cardiovascular MI, you say, "CV effects
20  similar to placebo and NSAIDs; difference
21  in MIs in VIGOR due to cardioprotection
22  with naproxen (based on limited data)."
23  Do you see that?
24      A.   Yes.


[104:1] - [104:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 104
1      Q.   Now, you're telling -- in
2  other words, this scientific
3  communication that's been created by you,
4  Ms. Baumgartner, is designed to tell
5  people that the CV effects, which is the
6  cardiovascular effects similar to
7  placebo, were a result of naproxen.
8  That's what that says, doesn't it?
9  You're trying to tell the scientific
10  community that naproxen is causing these
11  CV effects?

susan baumgartner 9-30-05

[104:14] - [104:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 104
14  BY MR. PAPANTONIO:
15      Q.   Isn't that what it says?
16      A.   This was a statement of
17  Merck's understanding and interpretation
18  of the data that was available.


[104:19] - [105:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 104
19      Q.   Well, now, wait just a
20  second.  Look at the date on here again.
21  3/27/2001, do you see that?
22      A.   Yes.
23      Q.   So far I've show you a
24  document that came from national thought
page 105
1  leaders that was January 2001.  Do you
2  remember me showing you the document from
3  national thought leaders?
4      A.   Yes.
5      Q.   I showed you a document from
6  Martino Laurenzi, which was June of 2000.
7  Do you remember me showing you that
8  document or do you want to look at it
9  again?
10      A.   I remember it.
11      Q.    And you saw me showing you a
12  document which was from Carlo Patrono
13  that was March 2000, and he says that
14  naproxen does not explain the VIGOR CVs.
15  Do you see that?  Do you remember me
16  asking you that question?


[105:19] - [105:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 105
19         THE WITNESS:  (Witness
20      nods.)
21  BY MR. PAPANTONIO:
22      Q.   Do you remember all three

susan baumgartner 9-30-05

23  documents I just showed you?
24      A.   Yes.


[106:19] - [107:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 106
19      Q.   So, after the national
20  thought leaders said that naproxen cannot
21  explain the CV rates, after Martino
22  Laurenzi says naproxen, use of naproxen
23  is an explanation for the VIGOR CV rates
24  is misleading, after Carlo Patrono, who
page 107
1  you described as a world class thought
2  leader says that naproxen does not
3  explain the VIGOR CV rates, Susan
4  Baumgartner creates a document in 2001
5  that says naproxen does explain the CV
6  rates.  That's what happened here, isn't
7  it?


[107:10] - [107:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 107
10          THE WITNESS:  Not the first
11      three things that you mentioned,
12      because I don't know the beliefs
13      of those two thought leaders that
14      you specified.


[109:13] - [109:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 109
13      Q.   Well, did Carlo Patrono,
14  after he said March of 2000 that you
15  cannot use naproxen as an explanation for
16  CV rates in the VIGOR study, did he give
17  to you, Susan Baumgartner, another
18  document that showed that he changed his
19  mind?


[109:23] - [111:2] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 109
23      Q.   Did he do that?
24      A.   I didn't receive any
page 110
1  documents.
2      Q.   Okay.
3           But nevertheless, on March
4  27, 2001, after Martino Laurenzi said
5  it's misleading to use naproxen as an
6  explanation for CV rates, after the
7  national thought leaders said it's
8  inaccurate to do that, after Carlo
9  Patrono said naproxen does not explain
10  the CV rates, Susan Baumgartner creates a
11  document, and what does it say?
12      A.   This document was designed
13  to create a summary of the conclusions
14  that the Merck researchers had arrived at
15  after reviewing the available data on the
16  product.
17      Q.   Really?  Where is Carlo
18  Patrono in here?  I didn't see his name
19  in here.  Is it in there?  Take a minute.
20  Please point out Carlo Patrono in this
21  document, where Carlo Patrono said you
22  may not use naproxen as an explanation
23  for the difference in CV rates and in the
24  VIGOR study.  Please point that out in
page 111
1  this document if that's there.
2      A.   That is not in this


[111:16] - [112:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 111
16          THE WITNESS:  I did not know
17      that.
18  BY MR. PAPANTONIO:
19      Q.   Well, could you please point
20  out where you have anything in this
21  document about what the national thought
22  leaders said about VIGOR and the
23  relationship between naproxen and CVs?
24  Please point it out in this document.
page 112
1  Where is it?
2      A.   This document was not

susan baumgartner 9-30-05

3  designed to summarize that information.
4       Q.   No, ma'am.  You just said
5  that this document was a scientific
6  communication plan for Vioxx.  Isn't that
7  what you just said?  Is that what this
8  document is?  This is part of a
9  scientific communication plan?
10      A.   This is an internal document
11  that was used to summarize some of the
12  information and some of the programs that
13  were being conducted to discuss this
14  important topic.
15      Q.   And it is an important
16  topic, isn't it?  Naproxen was an
17  extremely important topic, wasn't it?
18      A.   One of many associated with
19  the product.
20      Q.   Because Carlo Patrono had
21  said you may not use naproxen as a reason
22  for explaining why more people were dying
23  from the use of Vioxx in the VIGOR study?


[113:6] - [113:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 113
6       Q.   You may not use naproxen,
7  Ms. Baumgartner, that's what Patrono told
8  you a year before you created this
9  document?


[113:12] - [113:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 113
12          THE WITNESS:  That is not
13       true.


[113:15] - [113:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 113
15      Q.   Well, how about the national
16  thought leaders, is there anything in
17  here in this document where you talk
18  about the national thought leaders that

Page 25

susan baumgartner 9-30-05

19  had told you two months before that,
20  there's no relationship between naproxen
21  and Vioxx, as far as the relationship
22  between CVs?  Please point that out to
23  the jury.  You can hold it right up to
24  this camera if you find it.


[114:5] - [114:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 114
5      Q.   Can you find it?
6      A.   I don't, because it's not
7  the feedback that the national thought
8  leaders provided to us based on their
9  review of the data that we share with
10  them.
11         Q.   So, you're telling me --
12  let's go to the next -- see the box right
13  next to that, it says, "CV effects
14  similar to placebo and NSAIDs without
15  potent, sustained anti-platelet effects;
16  difference in MIs in VIGOR due to
17  cardioprotection with naproxen."  Do you
18  see that?  You're saying that again.  You
19  are telling in this document that was
20  created in March of 2001, you're still
21  talking about how naproxen is the
22  difference in the VIGOR study where it
23  comes to Vioxx and CV rates.  That's what
24  that says, isn't it?


[115:3] - [115:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 115
3          THE WITNESS:  That is the
4      conclusion that was reached by the
5      Merck scientists.


[115:7] - [115:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 115
7      Q.   Yeah.  Are you telling me
8  that you are the person who is supposed

susan baumgartner 9-30-05

9  to communicate to doctors about the
10  safety of Vioxx, and you didn't know the
11  national thought leaders document that I
12  showed you you had never seen?  The
13  Martino Laurenzi document you had never
14  seen, and the Carlo Patrono document you
15  had never seen?  Is that what you're
16  telling this jury, that you had never
17  seen those three documents that said
18  clearly unequivocally, we may not relate
19  naproxen to the increased CVs that we
20  found in the VIGOR study?


[115:24] - [116:17] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 115
24          THE WITNESS:  I had seen --
page 116
1  BY MR. PAPANTONIO:
2      Q.   Is that what you're telling
3  us?
4      A.   I had seen two of those, one
5  of those documents prior to this
6  litigation process.
7      Q.   Which one did you see?
8      A.   The national thought leader
9  summary.
10     Q.   Yeah.
11     A.   And that was inconsistent
12  with all of the market research that I
13  had conducted with national thought
14  leaders and other thought leaders
15  throughout the country.
16     Q.   Well, where do you mention
17  it in here?


[116:22] - [117:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 116
22          THE WITNESS:  There were --
23      can I refer back to --
24  BY MR. PAPANTONIO:
page 117
1      Q.   Ma'am, you can point out
2  anything you want to as far as, my
3  question is this --

susan baumgartner 9-30-05

[117:20] - [118:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 117
20        THE WITNESS:  We just wanted
21      to communicate that the majority
22      of thought leaders that I spoke
23      with in the context of advisory
24      board meetings or consultants
page 118
1       meetings felt that naproxen was
2       the explanation for those VIGOR
3       results, in light of the other
4       cardiovascular data available for
5       Vioxx.  There were some, a few who
6       came to the conclusion that it
7       could have been because of Vioxx.
8       There were others who could not
9       come to a conclusion because they
10      didn't feel they had enough data
11      to arrive at a conclusion.
12          So, there were dissenting
13      views, and Merck wanted to hear
14      about those, and that was part of
15      my responsibility, to understand
16      the thoughts that were out there,
17      not just the ones that agreed with
18      Merck, but others as well.


[118:20] - [119:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 118
20      Q.   Well, where is the part in
21  this document that says your scientific
22  communication that we have up here where
23  it says anything that naproxen should not
24  be considered?  Point it out.  I don't
page 119
1  see it in there.  Do you see it in there?
2        MR. TSOUGARAKIS:  I'll


[119:4] - [119:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 119

susan baumgartner 9-30-05

4        THE WITNESS:  Merck did not
5    believe that.  These were
6    conclusions that were reached
7    based on review of data --
8 BY MR. PAPANTONIO:
9    Q.   Merck --
10    A.   And that was -- naproxen was
11  the explanation of the VIGOR results --
12    Q.   I'm not talking about Merck.


[119:18] - [119:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 119
18    Q.   I'm talking about Susan
19  Baumgartner.  Susan Baumgartner knew
20  clearly that the national thought leaders
21  said the naproxen argument is not true,
22  it's misleading, it is a lie.  You knew
23  that when you created that document,
24  didn't you?


[120:5] - [120:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 120
5    Q.   You knew that?
6    A.   That -- I'm not sure where
7  the document came from that you gave me.
8    Q.   Well, you said you'd seen
9  it.


[121:3] - [121:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 121
3    Q.   You had seen the national
4  thought leaders say that there's no
5  relationship between naproxen and
6  cardiovascular events that took place in
7  VIGOR, you knew that, prior to the time
8  you created this document that the jury
9  is looking at right now?


[121:13] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 121
13      Q.   Susan Baumgartner knew that?


[121:16] - [121:17] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 121
16          THE WITNESS:  I had received
17      this document back in 2001.


[123:3] - [123:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 123
3           MR. PAPANTONIO:  Please show
4       her 400.  There's the entire 400.
5       What page is this?
6           MR. KAUFMAN:  28.


[123:17] - [124:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 123
17      Q.   Page 28.  I'm showing you
18  something you've seen before because you
19  created it.  I think it's called daily
20  record of events.  Have you seen this
21  before?
22      A.   It looks like my planner,
23  and that is my handwriting.
24      Q.   It is your handwriting, it
page 124
1  is your planner.  Tell the jury what your
2  planner is.
3       A.   My planner includes my
4  calendar, as well as notes that I take
5  from messages, from meetings, from my
6  to-do list.
7       Q.   Would you look at Page --
8           MR. PAPANTONIO:  Is it Page
9       28?
10          MR. KAUFMAN:  28.

susan baumgartner 9-30-05

[125:10] - [126:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

page 125
10      Q.   But at any rate, you've got
11 February, 2001, Friday, the 9th.  Do you
12 see that?
13      A.   Yes.
14      Q.   Now, it says, and as George
15 pointed out, I highlighted this, but it
16 says, "FDA bought that naproxen could be
17 cardioprotective."
18      A.   Yes.
19      Q.   Did you write that?
20      A.   It's my handwriting, yes.
21      Q.   It says, "FDA bought that
22 naproxen could be cardioprotective."  Who
23 was selling that to the FDA, that
24 naproxen could be cardioprotective, you
page 126
1 or Ms. Reicin?
2      A.   Nobody was selling that to
3 the FDA.
4      Q.   Well, it says they bought
5 it, "FDA bought that naproxen could be
6 cardioprotective."  Do you see that?
7      A.   Yes.

[126:8] - [127:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

page 126
8      Q.   That statement was made
9 February 2001, and just to recap, that's
10 after the Patrono document, which was
11 March 2000, that's after the Laurenzi
12 Martino document, Martino Laurenzi, which
13 was June 2000, that's after the thought
14 leaders, which was January 2001.  You're
15 still talking about in your handwriting,
16 "The FDA bought that naproxen could be
17 cardioprotective."  Why did you write
18 that?
19      A.   I mentioned previously in
20 another deposition that it refers, in my
21 opinion, to the FDA agreeing that
22 naproxen could be cardioprotective.  Not
23 used in the bought/sell type of

Page 31

susan baumgartner 9-30-05

24  discussion.
page 127
1     Q.   Well, you used the term
2  "bought."
3     A.   Right.
4     Q.   If you have a buyer, you
5  also have a seller, don't you?


[127:8] - [127:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 127
8          THE WITNESS:  Bought could
9     be --
10  BY MR. PAPANTONIO:
11     Q.   Well, the national thought
12  leaders were saying the month before that
13  you cannot sell that fact, that naproxen
14  is related to CVs, increased risk in
15  VIGOR.  You saw that.  You talked about
16  that already.  Did you send that to the
17  FDA?  Did you send the national thought
18  leaders' statement to the FDA?


[127:21] - [128:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 127
21          THE WITNESS:  No, I did not.
22  BY MR. PAPANTONIO:
23     Q.   Did you send Martino
24  Laurenzi's statement to the FDA?
page 128
1     A.   No.
2     Q.   Did you send Carlo Patrono's
3  statement to the FDA?
4     A.   No.  I was not involved in
5  interactions with the FDA.


[128:6] - [128:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 128
6     Q.   So, were you the one -- so,
7  who talked to FDA where the FDA bought
8  the naproxen argument?  Who was that?

Page 32

susan baumgartner 9-30-05

[128:11] - [128:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

page 128
11          THE WITNESS:  The Merck
12      scientists, I believe, were the
13      ones that presented the
14      information to the FDA.

[205:2] - [205:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

page 205
2      Q.   Did you know, Mrs.
3  Baumgartner, that we've been talking
4  about human beings, people that were
5  dying in protocols where they were taking
6  Vioxx, did you know that while that was
7  going on that Merck, the company that you
8  now still work for, that they were
9  creating "kiddy data" to see if they
10  could sell Vioxx to children?  Did you
11  know that?  Have you ever see document
12  1257, sitting there in front of you?

[205:13] - [206:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

page 205
13          MR. PAPANTONIO:  Blow that
14      up so we can read this.
15  BY MR. PAPANTONIO:
16      Q.   Do you see the data on that?
17  Let's be very clear.  In 2001, 8th month,
18  2001, you were working on the Vioxx
19  project, weren't you?
20      A.   I was on the marketing team.
21      Q.   Did you know Barry Gertz?
22      A.   I knew of him.
23      Q.   And who was Ken Truitt?
24      A.   He was a scientist in MRL.
page 206
1      Q.   And you see where it says
2  "Ken" --
3          MR. PAPANTONIO:  Blow this

susan baumgartner 9-30-05

4     up, please.
5 BY MR. PAPANTONIO:
6       Q.   "Thinking through how we
7 might bolster the safety image of vioxx,
8 it comes to mind that the sooner we can
9 get agreement on the peds written request
10 and get the kiddy data out to the public
11 and, hopefully, the sooner we can get an
12 indication for children the sooner we can
13 claim 'safe enough for children.'  That
14 might go some of the way to helping us in
15 the marketplace."
16          Did you realize that while
17 Merck was getting information that people
18 were dying 3 to 1, Vioxx to placebo, that
19 they're still talking about testing it on
20 children?  Did you know that prior to
21 coming here today?


[207:1] - [207:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 207
1       Q.   Have you ever heard that?
2       A.   I was aware of pediatric
3 studies that were ongoing, and the
4 company believed the product was safe.
5 They believed in the product and looked
6 at the totality of the information, not
7 just individual studies that you've shown
8 or individual results, but all available
9 data, to come to the conclusions and
10 believed that we could help children in
11 treating their pain.
12      Q.   No, no.  This doesn't talk
13 about treating the pain of children.  You
14 know what it talks about?  You want to
15 read it -- let's read it again.
16          "Thinking through how we
17 might bolster the safety image of vioxx."
18 What does that have to do with children's
19 pain?


[208:4] - [208:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 208
4       Q.   It is talking about
5 bolstering the safety image of Vioxx.

susan baumgartner 9-30-05

6  "It comes to mind that the sooner we can
7  get an agreement on the peds."  What's
8  peds?
9      A.   Pediatrics, I think it
10  refers to.
11      Q.   "Written request and get the
12  kiddy data...to the public and,
13  hopefully, the sooner we can get an
14  indication for children the sooner we can
15  claim 'safe enough for children.'  That
16  might go some of the way to helping us in
17  the marketplace."  This isn't about
18  children's pain, Mrs. Baumgartner, is it?
19  Where do you get that about children's
20  pain?
21      A.   That the --


[208:24] - [209:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 208
24          You can answer.
page 209
1           THE WITNESS:  My thought is
2       that the written request that went
3       in for a pediatric study was a
4       study that was designed to look at
5       an important therapeutic option
6       for children and an important
7       treatment study in a population
8       that had maybe not been looked at
9       previously.
10  BY MR. PAPANTONIO:
11      Q.   Where does it say that?
12  Please tell me.  Point that out in this
13  document, where it talks about pain,
14  where it talks about improving the life
15  of children.  This is about marketing
16  Vioxx, improving the market for Vioxx.
17  Merck is willing to test this stuff on
18  children after they know that people are
19  dying in protocols; is that correct?


[210:1] - [210:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 210
1           THE WITNESS:  I'm not
2       involved in decisions to do

susan baumgartner 9-30-05

3     studies or not.  But in hearing
4     multiple researchers talk about
5     the reasons that we would support
6     a study, that is my -- it's my
7     hope and expectation that Merck is
8     consistent with its mission,
9     consistent with the way we
10    approach helping patients.
11         MR. PAPANTONIO:  Blow this
12    up so we all can see it, so the
13    jury can see it.  Now, blow this
14    whole document up.


[210:16] - [210:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 210
16     Q.   Please point out to the jury
17  where this is a discussion about trying
18  to solve the pain of children.  Point it
19  out on that document, if you would.
20     A.   I'm giving you my
21  perceptions of the reasons that we give
22  clinical studies.  I can't comment on
23  what was meant by this communication.


[234:18] - [234:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 234
18         MR. PAPANTONIO:  Can you
19    please show her 176?


[235:3] - [235:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 235
3      Q.   Now, 176 is a document
4  you've seen before; is that right?
5      A.   (Witness reviewing
6  document.)
7          I saw this during one of my
8  depositions.


[235:9] - [235:22] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford


page 235
9     Q.    Okay.
10          This document -- let's read
11 it.  It's 2001, January 9, 2001.  Tell us
12 who Dr. Fries is, please.
13     A.    Dr. Fries was a physician
14 from Stanford.
15     Q.    Who is Raymond Gilmartin?
16     A.    Mr. Gilmartin was the CEO of
17 Merck.
18     Q.    So, Dr. Fries from Stanford
19 is writing to Dr. Gilmartin, is that
20 correct, on January 9, 2001?  Do you see
21 that?
22     A.    It's shown here.


[238:13] - [240:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 238
13     Q.    It says at the top,
14 "Stanford University Medical Center."
15          Did you work directly with
16 any doctors at Stanford University
17 Medical Center?
18     A.    Interacted with a few of
19 them, but --
20     Q.    Who did you interact with at
21 Stanford University Medical Center?
22     A.    Dr. Singh was one that I
23 remember.
24     Q.    So, you know Dr. Singh then,
page 239
1 don't you?
2     A.    I have met him on a few
3 occasions.
4     Q.    Well, the truth is you --
5 well, let me go through -- I want to ask
6 you some specific questions and ask you
7 what involvement you had with these
8 issues.  The next page, if you go to the
9 next page, do you see the second
10 paragraph?  It says, "The much broader
11 issues, which surfaced at the American
12 College of Rheumatology meetings, were
13 most disturbing and involve" suspicion of
14 data by Merck --
15          MR. TSOUGARAKIS:  You said
                    Page 37

susan baumgartner 9-30-05

16    "suspicion."
17 BY MR. PAPANTONIO:
18     Q.   Excuse me.  "...suppression
19 of data by Merck and a consistent pattern
20 of intimidation of investigators by Merck
21 staff, principally Dr. Sherwood but also
22 others on his staff.
23          "A number of physicians have
24 concerns that Vioxx may have some serious
page 240
1 and underemphasized drug toxicity
2 problems, particularly at the 50
3 milligram dose approved for pain
4 control - these concerns are shared by
5 the FDA renal reviewer.  Vioxx has been
6 reported to have more frequent peripheral
7 edema problems, more aggravated
8 hypertension, more congestive heart
9 failure, and more heart attacks than
10 other NSAIDs, especially Celebrex."  Do
11 you see that?
12     A.   (Witness nods.)
13     Q.   Now, you were asked, weren't
14 you, Doctor -- I mean Ms. Baumgartner, to
15 put together a program where actually it
16 was really a program of intimidation of
17 doctors that were saying these things
18 that Fries is saying here?  Well, you can
19 say yes or no to it.  But you were asked
20 to put together a program to intimidate
21 doctors that disagreed with what Merck
22 wanted to put forward.  Is that true?


[241:1] - [243:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 241
1          THE WITNESS:  That is
2     absolutely not correct.
3 BY MR. PAPANTONIO:
4     Q.   Absolutely not true.  That's
5 your testimony?
6     A.   That's not true.
7     Q.   Well, let's read something
8 then.  Look at the last paragraph.  It
9 says, "Even worse were the allegations of
10 Merck damage control by intimidation,
11 often with a" growing "pattern of" the
12 "Dean or Department Head with complaints
13 of anti-Merck bias and always alleging
14 unbalanced anti-Vioxx presentations.
15 This has happened to at least eight

Page 38

susan baumgartner 9-30-05

16  investigators:  Dr. Singh" you know who
17  that is; right?
18       A.   Yes.
19       Q.   Dr. Lipsky, you know who
20  "Dr. Peter Lipsky" is, don't you?
21       A.   Yes.  I know of him.
22       Q.   He's now research chief at
23  the Arthritis Institute.
24            "Dr. Andrew Whelton," you
page 242
1  know who that is at Hopkins; correct?
2       A.   Yes, I do.
3       Q.   "Dr. Michelle Petri"; true?
4  You know who that is, Michelle Petri?
5       A.   I know of her.
6       Q.   Hopkins?
7       A.   I don't know her.
8       Q.   Dr. Yocum, you know "Dr.
9  David Yocum" of Tucson?
10       A.   I do not know him.
11       Q.   Do you know "Dr. Lee Simon"
12  of Harvard?
13       A.   I know of him.
14       Q.   "Dr. James McMillen," you
15  know Dr. James McMillen?
16       A.   I know of him as well.
17       Q.   You know Dr. Stillman, don't
18  you?
19       A.   I know of him.
20       Q.   Now, let's look at the front
21  page of this document again.  Okay?  This
22  document was written 2001, January 9,
23  2001.  Do you see that?
24       A.   Yes.
page 243
1       Q.   It's directed to Dr. Raymond
2  Gilmartin, Chief Executive Officer;
3  correct?
4       A.   Correct.


[243:8] - [244:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 243
8       Q.   Truth is, two years before
9  this document ever came out from Dr.
10  Fries, Susan Baumgartner, along with
11  other employees at Merck, had already
12  been asked to start a program of
13  discrediting the very doctors that he has
14  in here, specifically Dr. Singh, Dr.
15  Lipsky, Dr. Petri, Dr. Stillman, Dr.

susan baumgartner 9-30-05

16 McMillen, and Dr. Simon?
17      A.   That is definitely not
18 correct.  I was never asked to put
19 together a program of discrediting or
20 intimidation, and I don't think that's
21 something the company would do.  It's
22 definitely not something I would be
23 involved in.
24      Q.   I'm not asking what the
page 244
1 company would do.
2          Susan Baumgartner, as early
3 as 1999, had already decided before this
4 letter was ever written -- this letter
5 was written again in 2001.  But in 1999,
6 Dr. Baumgartner -- excuse me, Mrs.
7 Baumgartner had already decided in
8 cooperation with Dr. Sherwood to create a
9 program to discredit doctors that
10 disagreed with the dangers of -- that
11 said Vioxx was dangerous.  You're saying
12 that did not happen?
13      A.   That is not correct the way
14 you characterized it at all.
15      Q.   Well, let's see.  Let's
16 start with 1260.
17          MR. PAPANTONIO:  Show her
18      document 1260.


[245:2] - [246:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 245
2      Q.   Now, I believe you've seen
3 this document.  Take a minute, but it
4 says, "To:  Baumgartner, Susan L."
5 That's you, correct?
6      A.   Yes.
7      Q.   From Charlotte McKines?  Is
8 it McKines?
9      A.   McKines.
10     Q.   McKines.  Okay.  From
11 Charlotte McKines.  Tell us who Charlotte
12 McKines is.
13     A.   She was the head of our
14 marketing team.
15     Q.   Do you see the date on that
16 letter, that memo, was it 1999, 8-23-99;
17 correct?
18     A.   Correct.
19     Q.   Then it says, "Background -
20 Dr. Andrew Welton."  Do you see that?

susan baumgartner 9-30-05

21    A.   Yes, I do.
22    Q.   Isn't Dr. Whelton one of the
23  people that were just mentioned in Dr.
24  Fries' letter?  Dr. Whelton, we just saw
page 246
1  Dr. Whelton's name.
2        MR. PAPANTONIO:  Could you
3        throw that back up there, that
4        paragraph that shows Dr. Whelton's
5        name?  It's on the second page,


[246:17] - [247:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 246
17    Q.   It says, "Even worse were
18  the allegations of Merck damage control
19  by intimidation, often with a pattern of
20  going to the Dean" of the department
21  "with complaints of anti-Merck bias and
22  always alleging unbalanced anti-Vioxx
23  presentations.  This happened to at least
24  eight investigators:  Dr. Singh, Dr.
page 247
1  ...Lipsky, now research chief at the
2  Arthritis" --
3        MR. PAPANTONIO:  And go to
4        the very top of the next page, put
5        it right up underneath there,
6        please, put it under that same
7        thing, if you can.
8        Stand by, we'll get it.
9  BY MR. PAPANTONIO:
10    Q.   It says, "Dr. Andrew Whelton
11  of Hopkins," do you see that?
12    A.   Yes.
13    Q.   Do you see the letter that
14  you're looking at right -- this e-mail
15  you're looking at right now?
16    A.   Yes.
17    Q.   It says, "Dr. Andrew
18  Whelton."  Do you see that?
19    A.   Correct.


[247:20] - [248:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 247
20    Q.   Okay.

susan baumgartner 9-30-05

21        Now, so we can review these
22 names one more time, Dr. Singh, Dr.
23 Lipsky and Doctor -- what else do we have
24 up there, Dr. Whelton, Dr. Petri, Dr.
page 248
1 Yocum, Dr. Simon, Dr. McMillen, and Dr.
2 Stillman.  So, in Dr. Fries's letter,
3 those are names that he's using; correct?
4     A.   Correct.
5     Q.   The document I want to go to
6 now is, please take that down, is 1260
7 that you have in front of you, and that's
8 to Susan Baumgartner, that's you, and it
9 says, "Background - Dr. Andrew Welton."
10 Do you see that?  And it says, "for bad
11 guys list."  What's the "bad guys list"?
12 Are you putting Dr. Whelton on a bad guys
13 list in 1999?


[248:14] - [249:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 248
14        A.   The list that we were
15 probably referring to is the list of
16 physicians that did not have complete
17 information.
18     Q.   Well --
19     A.   That we're collecting
20 background information about.  So, it's
21 --
22     Q.   Why do you call them "bad
23 guys"?  They don't have complete
24 information, so you put them on a bad
page 249
1 guys list!  What does "bad guys" mean to
2 you?


[249:5] - [249:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 249
5        THE WITNESS:  I didn't call
6     them that.
7 BY MR. PAPANTONIO:
8     Q.   Well, did you write back and
9 say, why are we calling these guys bad
10 guys?

susan baumgartner 9-30-05

[249:13] - [250:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 249
13          THE WITNESS:  I don't
14      remember.
15 BY MR. PAPANTONIO:
16      Q.   It's to you, Susan
17 Baumgartner.  Do you see that at the top?
18      A.   I do see that.
19      Q.   Do you remember me asking
20 you whether two years before Dr. Fries,
21 two years before Dr. Fries wrote this
22 letter where he's complaining about Merck
23 employees intimidating doctors, two years
24 before, Susan Baumgartner, together with
page 250
1 McKines, together with Sherwood had
2 started a plan to intimidate doctors that
3 were saying that Vioxx was dangerous.
4 And you said that never happened; right?
5      A.   That did not happen.  There
6 was no plan to intimidate physicians, nor
7 was that an activity that we undertook.
8      Q.   Is it --
9      A.   Me or anyone else that I was
10 involved with.  We --
11      Q.   So, is this just a
12 coincidence that in 1999 --
13      A.   Can I finish that last
14 statement?


[250:17] - [251:15] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 250
17          THE WITNESS:  Just to
18      clarify, the list that we were
19      collecting was a compilation of
20      information about physicians who
21      were not supportive of Merck, or
22      were not supportive of Vioxx and
23      who we felt didn't have the
24      information, hadn't had the
page 251
1      opportunity to interact with
2      Merck.  So, we were collecting
3      background information.  So, this
4      may be for inclusion in that

susan baumgartner 9-30-05

5      information, but by no means is it
6      a plan, nor was Dr. Sherwood
7      involved in compiling that list or
8      putting together plans for
9      interacting with the physicians on
10     the list.
11 BY MR. PAPANTONIO:
12     Q.   Would you underline the bad
13 guys list?  Where is the bad guys list?
14 Do you have it today?  Where do we find
15 this bad guys list that was put together?


[251:19] - [253:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 251
19     Q.   The bad guys list.
20     A.   I don't know.  That doesn't
21 sound like something that I had.
22     Q.   You didn't have a bad guys
23 list?
24     A.   I didn't call it that.
page 252
1      Q.   And you weren't involved in
2 trying to intimidate doctors that said
3 that Vioxx had the potential to kill
4 people?  You were not one of the people
5 involved in intimidating those people by
6 doing things like calling their
7 department heads and discrediting them?
8 You never discredited a doctor?
9      A.   I was definitely not
10 involved in anything like that.  I never
11 participated in intimidation.  I never
12 saw anybody at Merck participate or hear
13 anybody at Merck.  In fact, the first
14 time I read it was when I read this
15 letter in a deposition.  I had not seen
16 this letter previously or heard reports
17 such as this.
18     Q.   So, you've never -- you
19 never were involved in intimidating Dr.
20 McMillen or Dr. Petri, some of the people
21 in that letter, or Dr. Simon or Dr.
22 Singh?  It's your testimony as you sit
23 and tell this jury right now, you were
24 not involved in any process to try to
page 253
1 intimidate those doctors?  Is that what
2 you're telling us?
3      A.   I was never involved in any
4 process to intimidate any physician, nor

susan baumgartner 9-30-05

5  was I aware of that occurring.


[253:6] - [253:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 253
6          MR. PAPANTONIO:  Give me
7      Number 415.  Please show the
8      witness document 415.


[253:21] - [254:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 253
21     Q.   Have you ever seen this
22 document I'm showing you right now?  It
23 says: "From:  Susan Baumgartner."  I'm
24 assuming you've seen it?
page 254
1     A.   Yes, I have.
2     Q.   Can you tell us what is the
3 date on that document?


[254:8] - [254:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 254
8     Q.   It's 1999, isn't it?
9     A.   Yes.
10     Q.   That's two years before the
11 Fries letter; correct?  The Fries letter
12 was in 2001?
13     A.   Yes.


[254:14] - [254:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 254
14     Q.   And I asked you, did you
15 have a design all the way two years
16 before Dr. Fries ever wrote that letter
17 complaining, I asked you, did Susan
18 Baumgartner and Dr. Sherwood and other

susan baumgartner 9-30-05

19  people with Merck, including Charlotte
20  McKines, have a plan to intimidate and
21  discredit doctors who were complaining
22  that Vioxx would kill people?  And you
23  told me you did not, didn't you?
24      A.   That's correct.


[255:14] - [255:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 255
14      Q.   "Physicians to Neutralize."
15  "Advocate Development Opportunity:
16  Physicians to Neutralize."  Do you see
17  that?
18      A.   Yes.


[262:7] - [263:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 262
7       Q.   Well, you can sure name --
8   you know Dr. Singh.  You neutralized Dr.
9   Singh, didn't you?
10      A.   I'm not aware of Dr. Singh's
11  position throughout the course of working
12  with him.
13      Q.   You were asked to neutralize
14  Dr. McMillen, weren't you?
15      A.   I wasn't asked by anyone.  I
16  compiled the information in here to try
17  to understand who we were working with
18  that were not supportive of the product
19  and find ways to work with them.
20      Q.   Ms. Baumgartner, just so
21  it's clear, you didn't just compile
22  information, you actually participated in
23  intimidating doctors like Dr. Singh, like
24  Dr. McMillen, like Dr. Whelton.  Susan
page 263
1   Baumgartner directly participated in
2   trying to neutralize those doctors,
3   didn't you?  Yes or no?


[263:4] - [263:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 263
4       A.   I never participated in
5  intimidating any physician or anybody.  I
6  did participate in compiling this
7  information so that we could find ways to
8  work with these individuals and to
9  provide them with information and get
10  them involved in studies and
11  participating in educational programs
12  where they could exchange information
13  with peers and Merck scientists.  That
14  was my role in this.
15       Q.   So, your testimony to this
16  jury is when you say the word
17  "neutralize" a doctor, that you want to
18  go out there and help them?  Is that what
19  you're saying?


[263:23] - [264:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 263
23       Q.   You're saying that
24  "neutralize" means we're going to go out
page 264
1  and help a doctor.  Is that right?
2       A.   It can be interpreted as


[264:2] - [264:8] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 264
2       A.   It can be interpreted as
3  that.  It's providing them with
4  information that rounds out the
5  information set and allows them to
6  interact with other physicians to
7  understand perspectives, answer their
8  questions, et cetera.


[264:9] - [264:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 264
9       Q.   And in 1999, two years

susan baumgartner 9-30-05

10  before Dr. Fries wrote to Gilmartin, CEO
11  of the corporation, Susan Baumgartner had
12  been working on a list of doctors that
13  you were going to go after to discredit
14  by way of a neutralization program?  Is
15  that true or is that false?
16        A.   That is false.


[264:19] - [264:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 264
19        THE WITNESS:  We did not
20        discredit physicians.


[264:21] - [264:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 264
21        MR. PAPANTONIO:  Show her
22        13, please.


[265:6] - [265:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 265
6        Q.   Have you ever seen this
7  before, Ms. Baumgartner?  You actually
8  created this document, didn't you?
9        A.   I compiled this information
10  from our health sciences associates and
11  specialty representatives, but I'm not
12  sure if I've actually seen this exact
13  document.


[265:14] - [265:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 265
14        Q.   You compiled this list of
15  doctors, didn't you?  As a matter of
16  fact, in the document we with just looked
17  at, you said, "The team identified 36
                        Page 48

susan baumgartner 9-30-05

18  physicians," didn't you?
19       A.   The team of health science
20  associates and specialty representatives
21  did identify these individuals.


[265:22] - [266:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 265
22          MR. PAPANTONIO:  Put 415
23      next to this just so there's no
24      question about what we're talking
page 266
1      about here.  415.
2  BY MR. PAPANTONIO:
3      Q.   While he's putting 415 up,
4  there was a list of 36 doctors that you
5  were asked to help neutralize; is that
6  correct?  36 physicians that you were
7  asked to help neutralize?  Yes or no?


[266:10] - [266:15] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 266
10          THE WITNESS:  There were 36
11      physicians that were identified or
12      37 that were identified who were
13      not in a neutral or balanced
14      position with regard to the
15      product.


[266:17] - [266:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 266
17      Q.   Well, let's read it.  Since
18  now you're telling us "neutralize" means
19  you want to go help people, this document
20  says "The team identified 36 physicians."


[266:21] - [267:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 266
21        MR. PAPANTONIO:  Please
22     highlight that, bring that down.
23     I want it to be very clear.  We're
24     talking about 36 physician to
page 267
1     neutralize.
2  BY MR. PAPANTONIO:


[267:3] - [267:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 267
3     Q.   "The team identified 36
4  physicians (nine of whom are national
5  thought leaders) who initially met these
6  criteria.  The attached document provides
7  a comprehensive list of the physicians
8  who were originally identified, including
9  a brief situation analysis and
10  recommended next steps for each."
11        Did you write those words?
12  That's my only question.  Did Susan
13  Baumgartner write those words in 1999?
14  Yes or no?
15        A.   I think I did, if they're
16  included in my memo.


[267:17] - [268:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 267
17        Q.   With that, you have an
18  attachment of 36 doctors.  And would you
19  please look at --
20        MR. PAPANTONIO:  What page
21     is that, Pete?
22        MR. KAUFMAN:  1434.
23  BY MR. PAPANTONIO:
24     Q.   1434 under Dr. "MacMillan,"
page 268
1  James "MacMillan."
2        MR. PAPANTONIO:  Can you see


[268:6] - [268:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

Page 50

susan baumgartner 9-30-05

page 268
6           MR. PAPANTONIO:  Blow that
7      up, please.
8  BY MR. PAPANTONIO:
9      Q.   Now, you said you know who
10 Dr. McMillen is, didn't you?  You know
11 who Dr. McMillen is; right?  James
12 McMillen?
13      A.   I've never seen his name
14 spelled like that, but I knew a Dr.
15 McMillen in the course of my work with
16 Vioxx.
17      Q.   Underneath Dr. McMillen's
18 name the word appears "Discredit"?  Do
19 you see that?  Who was supposed to
20 discredit Dr. McMillen?  In your
21 organization, who was there to discredit
22 Dr. McMillen?


[269:1] - [270:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 269
1           THE WITNESS:  I don't know
2      of anyone within the organization
3      that would discredit a physician.
4  BY MR. PAPANTONIO:
5      Q.   No.  Because you were asked
6  to do it, weren't you, Ms. Baumgartner?
7      A.   I was not asked to discredit
8  Dr. McMillen, nor do I know exactly what
9  that would mean.
10     Q.   Well, no.  You don't know
11 what "discredit" means?
12      A.   I know in the definition
13 sense, but I'm not sure how a
14 pharmaceutical company or an individual
15 within a pharmaceutical company could
16 discredit a physician.
17     Q.   Well, you wrote it, so, you
18 tell me.  Why don't you tell me what you
19 meant when you put down "discredit" if
20 you didn't know what it meant?
21      A.   I do not know.  This
22 information was compiled from input from
23 our health science associates and our
24 specialty representatives, and I'm not
page 270
1  sure what that means.
2      Q.   You don't know what

susan baumgartner 9-30-05

3  "discredit" means?
4       A.   In the sense that it's used
5  here, no.
6       Q.   Right.
7            And you're telling me that
8  you were not one of the key people, along
9  with Dr. Sherwood, that was asked two
10  years before Dr. Fries ever wrote his
11  letter complaining about intimidation
12  from Merck, you're telling us you were
13  not one of the people that were involved
14  in doing things like discrediting
15  doctors?
16       A.   That is correct.  My
17  recollection is that Dr. McMillen
18  discredited himself based on his own
19  actions, but I don't believe anyone
20  within Merck discredited him.  I thought
21  that was what you were asking about.
22       Q.   No.  It says "Discredit."
23  That means -- is that future tense or
24  past tense?


[271:4] - [271:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 271
4       Q.   What does "discredit" mean,
5  ma'am, to you?  You've given me a
6  definition -- let's see your definitions.
7            We've asked you what the
8  definition of "threat" is, and you said
9  that means inconsistent.  We've asked you
10  what the definition of "bought" is, you
11  remember that, and you said that means
12  that the FDA agreed with us.  We've asked
13  you what the term "neutralization," to
14  "neutralize" means and you said that
15  means we're going to help the doctors.
16  So, tell me, is this word "discredit," is
17  there something I don't understand about
18  the word "discredit"?


[271:21] - [272:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 271
21            THE WITNESS:  I'm letting
22        you know the context with which we

Page 52

susan baumgartner 9-30-05

23      use these words within the Merck
24      organization and e-mails and
page 272
1       discussions, and that's the
2       definition.
3           MR. PAPANTONIO:  Please,
4       blow this word up.


[272:13] - [272:17] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 272
13          THE WITNESS:  I was just
14      communicating that the definitions
15      that I've provided were to give
16      insight into how they were used in
17      these documents.


[272:19] - [273:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 272
19      Q.   How was the term "bad guys"
20  supposed to be used when we're talking
21  about the list of bad guys?  Does that
22  have a special meaning within the
23  vernacular of Merck?  "Bad guys," does
24  that mean something different than it
page 273
1  would to people --  to jurors watching
2  this video?


[273:6] - [273:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 273
6       Q.   When we're talking about a
7  list of bad guys, is there some
8  scientific term that attaches to "bad
9  guys"?


[273:12] - [274:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 273
12          THE WITNESS:  That is not a
13     familiar term to me.  It's not one
14     that we used often, or I can't
15     remember any other instances where
16     it was used aside from the
17     document that you showed me, and I
18     couldn't really recall that.  But
19     things like "neutralize,"
20     "threat," are used in marketing,
21     they're used in the pharmaceutical
22     industry, they're used in the
23     company to mean certain things
24     that may be different than the
page 274
1      actual definition in a dictionary.
2  BY MR. PAPANTONIO:


[274:3] - [274:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 274
3      Q.   So, when we talk about a
4  threat within Merck, it means something
5  different from what someone listening to
6  the video may understand "threat" to
7  mean?


[274:11] - [275:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 274
11     Q.   Is there a special
12  vernacular for "threat"?
13     A.   There's a special vernacular
14  for work that we do, and our internal
15  communications, we use shorthand, we use
16  industry-specific terms, we use
17  marketing-specific terms that may be
18  different than the way you or I would
19  interpret other things outside of the
20  industry.
21     Q.   How about "bought"?  When
22  you said the FDA bought the naproxen
23  argument, does that have a special
24  meaning within the world of pharmacy?
page 275
1      A.   The way that I communicated,

Page 54

susan baumgartner 9-30-05

2 I thought it meant was around the FDA
3 agreeing to that information.
4      Q.    Okay.  So, tell us what
5 "discredit" means in the world of
6 pharmacy.  What special meaning does
7 discredit have?


[275:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 275
10          THE WITNESS:  I do not know.


[279:4] - [279:15] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 279
4      Q.   Let me tell you some other
5 names that are also on this list of 36
6 doctors to neutralize.  Michelle Petri,
7 can you find her name on that list?
8          MR. KAUFMAN:  Bates ending
9     1437.
10 BY MR. PAPANTONIO:
11      Q.   Do you see 1437, it says
12 Michelle Petri?
13      A.   Yes.
14          MR. PAPANTONIO:  Blow that
15      up where we can see it, please.


[279:17] - [279:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 279
17      Q.   Michelle Petri.  You
18 remember Michelle Petri was also on the
19 list two years later that Dr. Fries was
20 complaining Merck had actually gone in
21 and put pressure on Dr. Petri.  Do you
22 recall that?


[280:2] - [280:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 280
2        Q.   Do you remember seeing that
3  name in there, Michelle Petri?
4        A.   I remember seeing her name
5  in Dr. Fries' letter.
6        Q.   Is it a coincidence that Dr.
7  Petri happens to be the name in a
8  document that you created two years
9  before then, Dr. Petri?  Is that a
10  coincidence?


[280:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 280
13           THE WITNESS:  I don't know.


[280:15] - [281:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 280
15        Q.   Do you have an explanation
16  for it?
17        A.   I do not.
18        Q.   So, let's go then to --
19  let's see some other names.
20           MR. PAPANTONIO:  Can you
21      read this please, tell me what --
22      1440.
23  BY MR. PAPANTONIO:
24        Q.   On this list is Dr. Lee
page 281
1  Simon.  Is it a coincidence -- well, you
2  remember Dr. Lee Simon was also on that
3  paragraph that Dr. Fries is complaining
4  that Merck was intimidating and
5  pressuring doctors.  Do you remember Lee
6  Simon being on that list?


[281:10] - [282:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 281
10        Q.   Do you want me to go back
11  and show it to you if you don't remember?

susan baumgartner 9-30-05

12      A.   I remember his name being
13  mentioned in that document.
14      Q.   Okay.
15          That document was created
16  two years after you created this
17  document; correct?
18      A.   Correct.
19      Q.   Then right underneath there
20  is Dr. Stillman.  Do you see that?
21      A.   Yes.
22      Q.   Dr. Stillman, right up
23  underneath Lee --
24          MR. PAPANTONIO:  Could you
page 282
1      blow those up?  Can the jury read
2      that?


[282:4] - [282:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 282
4      Q.   So, you've got Tom Stillman.
5  Do you see that name right there?
6      A.   Yes.
7      Q.   So you've got Dr. Simon, Dr.
8  Stillman, Dr. McMillen, Dr. Petri, all of
9  those names appear in the letter that Dr.
10  Fries has written and said two years
11  after you, Susan Baumgartner, created
12  this document in 1999, two years later
13  Dr. Fries is saying there has been an
14  intimidation campaign going on against
15  these doctors, and every one of them are
16  in this document, aren't they?


[282:19] - [283:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 282
19          THE WITNESS:  The four that
20      you mentioned were in here.
21  BY MR. PAPANTONIO:
22      Q.   Dr. Singh, do you remember
23  the name Doctor -- is it Singh or Singh?
24      A.   Singh.
page 283
1      Q.   You remember Dr. Singh;
2  right?
3      A.   Do I remember him?

Page 57

susan baumgartner 9-30-05

4     Q.   Yes.
5     A.   Yes.
6     Q.   Dr. Singh is a doctor, as a
7  matter of fact, that you were actually
8  involved with trying to discredit; true?
9     A.   That is not correct.  We
10  were working with Dr. Singh to understand
11  his perspectives, to answer his
12  questions, to hear his thoughts about the
13  product.


[285:11] - [285:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 285
11     Q.   One thing you do is you
12  intimidate them, don't you, Mrs.
13  Baumgartner?
14     A.   That is not correct at all.


[285:15] - [285:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 285
15          MR. PAPANTONIO:  Show Ms.
16          Baumgartner number 408, please.


[288:20] - [289:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 288
20     Q.   Ms. Baumgartner, this is a
21  document that you wrote -- I mean, excuse
22  me, that is written to you from Bruce
23  Freundlich.  Who is that?
24     A.   He was a region medical
page 289
1  director within Merck.
2     Q.   What did you have -- were


[289:14] - [292:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 289

14      Q.   Did you talk to him about
15  neutralizing doctors?
16      A.   I sent the list that I had
17  compiled to him, as well as the rest of
18  the region medical directors for their
19  assistance in reaching out to those
20  individuals to understand their views and
21  to provide them with information.
22      Q.   But you see the subject,
23  there again, 1999, "Subject:  Re:
24  Physicians to Neutralize."  There's that

page 290

1  word "neutralize" again, "Physicians to
2  Neutralize."  You've told us that
3  sometimes you would neutralize doctors
4  that were saying good things about Vioxx.
5  Is that what you told us earlier?
6      A.   In response to your
7  hypothetical question, I said it could
8  occur based on our definition of
9  neutralizing.
10      Q.   Let's see if you neutralize
11  Dr. McMillen here.  Let's read this:
12  "Susan," I guess that's you, "I've
13  recently spoken to S. Lindsey, Rollie
14  Moscowitz and Len Calabrese - discussed
15  data in some capacity with each - think
16  they may come around at least to neutral.
17  I...have communicated with Gibofsky who
18  is helping me get on an ACR Committee."
19  What's an ACR Committee?
20      A.   I don't know.
21      Q.   "Altman has a grant
22  pending - I took him to dinner 2 months
23  ago and showed him the Vi dat - I hear he
24  is more neutral now when talks locally,

page 291

1  but gave very biased talk in Pittsburgh
2  for HEL."  What's HEL?
3      A.   That is the acronym that
4  refers to our Merck-supported educational
5  programs.
6      Q.   Merck supported educational
7  programs.  "But ok the next day for
8  grand" reads.  "I heard that Simon had
9  been mostly fairly balanced - after I met
10  with him and gave him slides, went over
11  data - but post launch he apparently
12  became more desperate."  McMillan met
13  with -- "McMillan - met with and fired a
14  shot across the bow as Lou Sherwood would
15  say - but he bashed Vioxx a few days
16  later."
17          Now, "fired a shot across

susan baumgartner 9-30-05

18 the bow," is that a special kind of term
19 that we only use in the vernacular of the
20 pharmaceutical industry? Is that a good
21 thing, to fire a shot across somebody's
22 bow?
23    A.  I don't know to what that
24 referred.
page 292
1    Q.  Did you ask -- since you
2 worked with him and you dealt with him,
3 this Bruce Freundlich, did you ask him
4 whether firing a shot across Dr.
5 McMillen's bow back in 1999, two years
6 before the Fries letter, that that was a
7 good thing or a bad thing?


[292:10] - [293:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 292
10       THE WITNESS:  I'm not sure
11    what discussions I had around that
12    physician at the time.
13 BY MR. PAPANTONIO:
14    Q.  Have you ever fired a shot
15 across the bow?
16    A.  I don't know what it means,
17 so, I'm not --
18    Q.  Are you a boater, Mrs.
19 Baumgartner?
20    A.  I am a boater.
21    Q.  Have you ever had a shot
22 fired across the bow of your boat?
23    A.  No, I have not.
24    Q.  It's probably not a good
page 293
1 thing, you'd have to agree with that,
2 wouldn't you?  To have a shot fired
3 across the bow of your boat, would you
4 want that to happen?
5    A.  The way you're using it in
6 firing an actual projectile, no, it
7 doesn't sound like a good thing.
8    Q.  No, it doesn't, does it?
9       Is it a coincidence that Dr.
10 McMillen just happens to be one of the
11 doctors that was on list that Dr. Fries
12 said was somebody that has been
13 intimidated by Merck?


[293:17] - [293:19] 9/30/2005 BAUMGARTNER, SUSAN

Page 60

susan baumgartner 9-30-05

Author: Dana Lunsford


page 293
17    Q.   Do you know?
18      A.   I do not know.  I don't know
19  to what that refers.


[293:20] - [294:15] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 293
20      Q.   But you remember where this
21  all started.  I asked you the question
22  directly.  I asked you, two years before
23  the Fries letter came out, Susan
24  Baumgartner, Mr. Sherwood and staff had a
page 294
1  campaign to intimidate and neutralize
2  doctors.  Do you remember -- and you
3  said, no, we didn't.
4      A.   That is correct.  We did not
5  have a campaign.
6      Q.   But here's Dr. McMillen's
7  name on this letter two years before Dr.
8  Fries ever complained about intimidation.
9  Look who else is there.
10      A.   I don't read that -- sitting
11  here now, I don't read that as being
12  intimidation.
13      Q.   Firing a shot across his bow
14  is not intimidation to you?
15      A.   I don't know what it means.


[302:5] - [303:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 302
5      Q.   Dr. Singh had gone to
6  Belgium and he had complained and told
7  the Belgians that Vioxx had the potential
8  to cause stroke and to cause MIs and to
9  cause blood clots?  Did you know that?
10      A.   I think this was another one
11  that I came across in the last
12  deposition.
13      Q.   Well, no.  Look at the top,
14  Ms. Baumgartner.  It has your name.  It

Page 61

susan baumgartner 9-30-05

15  was sent to you.  Are you telling me you
16  only got this in the last deposition?  It
17  was sent 5/24/2000.
18      A.   I only remember it from the
19  last deposition.
20      Q.   But you got it in 5/24/2000?
21      A.   It looks like I received the
22  e-mail.
23      Q.   Let's just be sure.  It
24  says, "Baumgartner," Susan L.
page 303
1  Baumgartner.  That's you?
2      A.   It is.
3      Q.   You just told me a second
4  ago the first time you saw this was in
5  the deposition, but it has your name on
6  top of it.


[303:10] - [303:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 303
10          THE WITNESS:  I was looking
11      at the bottom half.  I'm sorry
12      about that.


[304:10] - [306:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 304
10      Q.   "This in consequence of
11  data on Vioxx (probably on VIGOR) that
12  were shown to Dr. Herman by Dr. Gurkipal
13  Singh in occasion of a recent meeting
14  that they had in Stanford.  Dr. Singh -
15  whose closeness to Searle is not
16  universally known - presented data
17  supporting an increase in CV pathology
18  (including hypertension, edema, etc.) and
19  events, wholeheartedly supporting a
20  direct, causative role of Vioxx.  Dr.
21  Singh led Dr. Herman to believe that the
22  FDA will require Merck to add a specific
23  warning on" the "label."
24          Now, I have some questions
page 305
1  since you did get this back in 2000, and
2  you were a person who was supposed to
3  communicate information to doctors about

susan baumgartner 9-30-05

4 this product, would you please tell us
5 what it means, what is a direct causative
6 role of Vioxx?   What does that mean,
7 causative role.  What does causative role
8 mean?
9      A.   Causative role in general?
10      Q.   Yes.
11      A.   It means has a role in
12 causing.
13      Q.   And Dr. Singh is telling
14 people that there is pathology that shows
15 that CVs, hypertension and edema are
16 directly caused by Vioxx according to
17 this; correct?
18      A.   According to this.
19      Q.   And you knew that back in
20 2000, you knew that back on 5/24/2000;
21 correct?
22      A.   I received this e-mail
23 report.
24      Q.   And after you got this, did
page 306
1 you get on the telephone and call Dr.
2 Singh and ask him what data he had that
3 was showing in his mind a direct cause
4 and effect relationship between Vioxx and
5 CV hypertension or edema?  Did you get on
6 the phone and say, Dr. Singh, talk to me
7 about this?


[308:23] - [309:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 308
23      Q.   Did you do that?
24      A.   I did not get on the
page 309
1 telephone, but just to --
2      Q.   That's all I want to know
3 right now.  Did you write him?
4      A.   But this was not related to
5 MIs.  This is a direct causative role of
6 Vioxx with hypertension, edema.  That's
7 what's specified here.
8      Q.   No, it's not.  What is CV?
9 What is CV pathology?
10      A.   The hypertension and edema
11 is what's included in parenthesis.
12      Q.   What is CV pathology, Mrs.
13 Baumgartner?

susan baumgartner 9-30-05

[309:16] - [309:17] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 309
16      Q.   Cardiovascular pathology,
17  isn't that what it means?


[309:22] - [310:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 309
22      Q.   Is that what CV pathology
23  means, cardiovascular pathology?  Yes or
24  no?
page 310
1       A.   But I was mentioning --
2       Q.   Yes or no?
3       A.   -- what was referenced in
4  here.
5       Q.   Mrs. Baumgartner --
6       A.   There's no reference to MI
7  in here, and that's what your question
8  related to.
9       Q.   No, it's not.  I'm asking
10  you about CV pathology.  Is the words --
11          MR. PAPANTONIO:  Please,
12          would you please blow up CV
13          pathology for Mrs. Baumgartner so
14          she can see it.
15  BY MR. PAPANTONIO:
16      Q.   Do you see the word "CV
17  pathology"?
18      A.   I do.
19      Q.   What is cardiovascular
20  pathology?  It could be MI, couldn't it?


[310:24] - [311:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 310
24      Q.   You told us that earlier,
page 311
1  that CV pathology could be MI.  You said
2  that earlier in the deposition.
3       A.   It could be a number of
4  different cardiovascular conditions or
5  diseases.  It encompasses pretty much

susan baumgartner 9-30-05

6 everything related to the cardiovascular
7 system.  What is referenced in here is
8 hypertension and edema specifically.
9      Q.   So, Mrs. Baumgartner, I
10 understand you never picked up the phone.
11 Here's a doctor saying that Vioxx causes
12 CV pathology, cardiovascular pathology.
13 Susan Baumgartner, who is supposed to be,
14 what is your words, giving doctors the
15 complete information about Vioxx,
16 informing them fully about Vioxx, Susan
17 Baumgartner never took the time to pick
18 up a telephone to ask Dr. Singh what he
19 based his opinion on that Vioxx could
20 cause CV pathology?  You never did that?
21 Yes or no?


[312:1] - [312:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 312
1        THE WITNESS:  I never did
2     that, but that was not my
3     responsibility.  There were
4     individuals and Merck scientists
5     that were engaged in discussions
6     with Dr. Singh directly about his
7     interpretation of the data and his
8     findings and what he was
9     communicating to others.  So, I
10      know of many Merck scientists who
11      were interacting with Dr. Singh on
12      a regular basis to understand
13      those things.


[317:8] - [318:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 317
8       Q.   Okay.  Well, let's look at
9 this next document.  It's 1255.  It says,
10 to Susan Baumgartner.  You've seen this
11 before, haven't you?  It was sent to you?
12 In the year 2000, this was sent to Susan
13 Baumgartner.  Do you see that?  Do you
14 see that?
15      A.   Yes.  It looks like it cuts
16 off some of it.
17      Q.   Well, this is all I have.
                    Page 65

susan baumgartner 9-30-05

18  If you have any more.  I'll show you
19  everything I've got.  It says:  "Attached
20  is the email trail concerning Dr. Singh."
21  This says "Susan."  Is that you, Susan?
22  "Attached is the email trail concerning
23  Dr. Singh.  Your thoughts on this
24  situation," your thoughts, not Merck's
page 318
1  thoughts, Susan Baumgartner's thoughts
2  "on this situation are greatly
3  appreciated."  Did I read that right?
4       A.   Yes.


[318:20] - [319:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 318
20       A.   Yes.
21       Q.   It says, "Dr. Singh was
22  deactivated in the system after a series
23  of scheduled programs in" North Carolina
24  "were cancelled."  You see that?  Now,
page 319
1  Dr. Singh was out there saying bad things
2  about Vioxx, and his programs that he was
3  supposed to work with Merck on were
4  cancelled?  You knew that prior to coming
5  here today; right?


[319:9] - [319:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 319
9       Q.   You knew that, didn't you?
10       A.   Yes.  I remember hearing
11  those reports and --
12       Q.   No, ma'am, you actually
13  helped order those -- you actually helped
14  order that Dr. Singh would not make
15  public appearances.  That was something
16  you did; correct?
17       A.   That is not correct.
18       Q.   You had no contact with Dr.
19  Singh?


[319:23] - [320:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 319
23        THE WITNESS:  I had contact
24     with Dr. Singh in inviting him to
page 320
1     our consultants meetings where we
2     tried to understand what his
3     thoughts were.
4 BY MR. PAPANTONIO:
5     Q.   Did you try to neutralize
6 him?  Did you try to neutralize him at
7 those meetings?


[320:10] - [320:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 320
10        THE WITNESS:  No.  We were
11     conducting market research to
12     understand what his thoughts were.


[320:22] - [322:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 320
22     Q.   Oh, okay.  Let's go on to
23 the next issue here, and we'll broaden
24 this out a little bit.  "This was after
page 321
1 consultation with Kirsten Bonsteel and
2 Dan Hall although it was not clear at
3 that time whether Dr. Singh had cancelled
4 the talks or whether Merck had done so."
5 So, the question is, did we cancel Dr.
6 Singh or did Merck cancel Singh?  Do you
7 see down at the bottom, "Bob McKenna did
8 send a message out around that time to
9 recommend that Dr. Singh not be used
10 except for disease talks.  I spoke to
11 Kirsten directly for the first time this
12 past week to learn that Dr. Singh makes a
13 balanced presentation (he must since he's
14 an FDA advisor) but reports product
15 information that is not favorable to
16 Merck.  Kirsten feels that no amount of
17 work would change Dr. Singh's position
18 and, although we may not like to hear
19 about it, his information is

Page 67

susan baumgartner 9-30-05

20  scientifically accurate."
21          First time you ever -- do
22  you remember seeing this before, that Dr.
23  Singh, according to Merck employees,
24  words that Merck employees were speaking
page 322
1  in this document, they say Dr. Singh is
2  saying things that are bad about Vioxx,
3  but what he's saying is scientifically
4  accurate?  Do you see that?


[322:5] - [322:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 322
5        A.    That was the position of one
6  individual.  I know because I received
7  reports from others about the lack of
8  accuracy with his presentation or lack of
9  correct information that he was
10  communicating and some of the claims he
11  was making.


[325:3] - [325:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 325
3        Q.    But what Dr. Singh was
4  saying, according to this company
5  employee, this company employee says what
6  he's saying is scientifically accurate.
7  That's what it says, doesn't it?  Please
8  underline "scientifically accurate," for
9  me, please.


[325:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 325
10        A.    I see it in this document.


[337:12] - [337:24] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 337
12      Q.   Ms. Baumgartner, tell me who
13  Lou Sherwood is again.
14      A.   He is a physician that
15  worked with Merck in the medical affairs
16  department.
17      Q.   And in the letter I showed
18  you of Dr. Fries, you saw that Dr. Fries
19  was saying that Lou Sherwood and Merck
20  were trying to intimidate doctors who
21  disagreed with the Vioxx Merck position
22  generally?  That's what he's saying;
23  right?  Feel free to look at it if you
24  want to refresh your memory.


[338:3] - [338:4] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 338
3          THE WITNESS:  Did you want
4       me to read it and summarize it?


[338:5] - [338:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 338
5          MR. PAPANTONIO:  I'll point
6       you right to it.  Pull it back up
7       and we'll go through it again.


[338:23] - [340:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 338
23      Q.   And it's about Dr. Sherwood
24  intimidating doctors.  "My accidental
page 339
1  involvement: On Saturday, October 28th I
2  received a call at home from Dr. Louis
3  Sherwood of Merck Pharmaceuticals.  Dr.
4  Sherwood complained that Dr...Singh of
5  our group had an anti-Merck bias and was
6  giving lectures that were irresponsibly
7  anti-Merck and specifically anti-Vioxx.
8  Dr. Singh was held to have used a slide

Page 69

susan baumgartner 9-30-05

9  which depicted a person hiding data under
10  the covers, had called Merck the
11  'Firestone of the drug industry.'"
12          My question is, Dr. Sherwood
13  is who this document is about; correct?
14      A.   Correct.  As listed in here.
15      Q.   Then we went through that
16  list of people, Dr. Singh, Dr. Lipsky,
17  Dr. Whelton, Dr. Petri, Dr. Yocum, Dr.
18  Simon, Dr. Stillman and Dr. McMillen.
19  Remember us going through that; right?
20      A.   Yes.
21      Q.   In there Dr. Singh, you
22  understand, was at Stanford; correct?
23      A.   Yes.
24      Q.   Dr. Fries was the department
page 340
1  head at Stanford, who Dr. Singh worked
2  for.  You know that?
3      A.   That's my understanding.


[340:4] - [340:5] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 340
4          MR. PAPANTONIO:  Let's show
5      her document number 329, please.


[340:14] - [340:19] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 340
14      Q.   This is a document to Dr.
15  Sherwood, who we just identified in the
16  Dr. Fries letter, right, and it is to
17  Susan Baumgartner -- excuse me, from
18  Susan Baumgartner, that's you.  Right?
19      A.   Right.


[340:24] - [341:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 340
24      Q.   The subject is what?
page 341
1      A.   "Gurkipal Singh."

Page 70

susan baumgartner 9-30-05

2      Q.   It says, "The purpose of
3  this memo is to provide you with key
4  information and a historical account of
5  our interactions with Gurkipal Singh.
6  Thanks to Bob McKenna, David Abramson,"
7  et cetera.  And this document was
8  actually sent to Dr. Sherwood, Lou
9  Sherwood, who is talked about in the
10  Fries letter.  This document was sent to
11  him on 10/4/2000; correct?  October 4th,
12  2000?
13       A.   Yes.  That's the date that's
14  on this memo.


[341:24] - [342:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 341
24      Q.   Now, in this document you
page 342
1  tell -- you're giving us background
2  information about Dr. Singh; correct?
3       A.   Correct.


[342:4] - [342:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 342
4      Q.   Why are you sending this to
5  Lou Sherwood telling us about Dr. Singh
6  all the way back to 1997?
7       A.   I was asked to put this
8  together to provide a historical account
9  of our interactions with Dr. Singh and
10  reports that had come in to the committee
11  about him.


[343:20] - [343:22] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 343
20      Q.   Did you ask Dr. Sherwood why
21  it is he wanted you to put together an
22  investigative report of Dr. Singh?

susan baumgartner 9-30-05

[344:1] - [344:7] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 344
1        THE WITNESS:  I don't
2    remember if Dr. Sherwood asked me
3    or if someone else.  Most likely
4    my superior in marketing would
5    have asked me to compile this
6    information.  I don't recall the
7    specifics around it.


[344:9] - [345:12] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 344
9        Q.   But in the history of you
10   working with Merck, you'd never done an
11   investigative report on doctors that you
12   worked with day-to-day that were using
13   Merck products; correct?  You'd never
14   done an investigative report like this,
15   had you?
16       A.   I wouldn't call this an
17   investigative report.  This is a summary
18   of information that was compiled from
19   other areas within Merck and other
20   individuals within Merck about reports we
21   had heard or our interactions with Dr.
22   Singh.
23       Q.   Well, let's see.  You don't
24   want to call this investigative.  Let's
page 345
1    see what you found.  May 1999 you found,
2    "After the launch of Vioxx, Dr. Singh and
3    Dr. Campen (P&T with Kaiser) requested
4    confidential information on clinical
5    trial results  (CDP study of Vioxx versus
6    nabumetone )."  Is that right?
7    Nabumetone.  "Was told by CDP that they
8    could not share information due to
9    pending NDA.  First reports of Dr. Singh
10   expressing concerns about Merck 'hiding
11   data.'"  Truth is, Merck was hiding data
12   from doctors, weren't they?


[345:16] - [345:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05

page 345
16      Q.   Even as early as 1999, Merck
17   was hiding data from doctors?  Yes or no?
18      A.   No.


[348:7] - [348:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 348
7       Q.   August of 1999, "Dr. Singh
8    was not scheduled for talks by ASRs or
9    OBRs in West, but continued to be used by
10   HSAs, NAEs, Hospital reps."  It says,
11   "some reports of Dr. Singh treating
12   audiences and Merck personnel with
13   disrespect" -- "treating...Merck's
14   personnel with disrespect.  Reports that,
15   when sponsored by other companies, Dr.
16   Singh delivered talks that characterized
17   Vioxx as having serious HTN and edema
18   related safety" problems.  Right?  Well,
19   Vioxx did have serious HTN and edema
20   safety problems, didn't it?


[349:3] - [349:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 349
3       Q.   Vioxx had serious HTN and
4    edema -- did you not know that the
5    company had already admitted that Vioxx
6    had serious edema concerns?


[349:10] - [349:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 349
10      Q.   Is that the first time
11   you've heard that?


[349:12] - [349:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford

susan baumgartner 9-30-05


page 349
12      A.   We understood the
13  information about hypertension.


[349:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 349
14      Q.   Not "we."


[349:21] - [350:6] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 349
21      Q.   This is about Susan
22  Baumgartner and what you failed to tell
23  doctors when you had the information.
24  This is what this question is about.
page 350
1          You knew when you wrote this
2  down that Dr. Singh had characterized
3  Vioxx as having edema-related safety
4  concerns.  You knew that that was true,
5  that Vioxx had been characterized with
6  having serious edema concerns?


[350:9] - [350:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 350
9          THE WITNESS:  Vioxx may have
10      been characterized by certain
11      individuals as having serious
12      hypertension and edema concerns,
13      so, there were some that may have
14      expressed that view, and it was my
15      responsibility to understand, to
16      talk through that, but that
17      definitely was not the consensus
18      of thought leaders and physicians
19      who I interacted with in our
20      meetings.

susan baumgartner 9-30-05

[351:8] - [351:9] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 351
8              MR. PAPANTONIO:  Show
9  her 364, please.


[352:1] - [352:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 352
1         THE WITNESS:  I have not
2     seen this before.
3  BY MR. PAPANTONIO:


[352:4] - [352:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 352
4     Q.   Well, you know who Jim Dunn
5  is, don't you?
6     A.   I do.
7     Q.   You know who Thomas Cannell
8  is, Tom Cannell?
9     A.   Yes.
10    Q.   You say -- you see it's


[352:10] - [352:14] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 352
10    Q.   You say -- you see it's
11 2001, 4-2001.  "Re: Urgent Please Review:
12 Whelton" -- there's that Dr. Whelton
13 again -- "Q&A, Background and Obstacle."
14 Now who blacked that out of there, that


[353:5] - [354:1] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 353

susan baumgartner 9-30-05

5       Q.   But we know the next
6   paragraph says, "Not for this
7   communication, but I'll also say that
8   eventually I think we should step up to
9   the fact that we probably do cause a
10  little more HTN/edema, particularly in
11  the marketplace where V25 and C200 are
12  the most common doses.  The reason for
13  that is that we are more effective at
14  blocking COX-II, and you would expect
15  this from any potent NSAID (since
16  selective and non-selective NSAIDs
17  inhibit" COX-I.
18          "The way you word it now,
19  I'm afraid it contradicts what physicians
20  are" expecting "in their clinical
21  practice."
22          My question to you is, did
23  you know in 2001 that, yes, Vioxx does
24  cause HTN/edema?  Did you know that?
page 354
1          MR. TSOUGARAKIS:  Object to


[354:3] - [354:13] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 354
3          THE WITNESS:  I did know
4   that Vioxx caused hypertension and
5   edema, and we discussed that at
6   length with advisors that was
7   presented in our information, and
8   we consulted with physicians in
9   the context of my own
10  responsibilities often about the
11  cardiovascular and renal profile
12  of Vioxx.
13          MR. PAPANTONIO:  Can you go


[354:17] - [355:2] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 354
17      Q.   But you thought it was
18  important when you were doing this
19  history of Dr. Singh to put under August
20  through December 1999, do you see that,
21  it says, "Dr. Singh delivered talks that
22  characterized Vioxx as having serious HTN

Page 76

susan baumgartner 9-30-05

23  and edema   related safety concerns."
24  Right?  You wrote that down and sent that
page 355
1  to Dr. Sherwood; true?
2       A.   True.


[396:14] - [396:16] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 396
14          MR. PAPANTONIO:  Show her
15       document Number 1253, please.
16          - - -


[396:24] - [397:20] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 396
24       Q.   Do you see at the top of
page 397
1  there -- and this is 1999.  Do you see
2  that?  This is two years before Dr. Fries
3  complains that Merck is intimidating
4  people who are critical of their product,
5  Vioxx; correct?
6       A.   That's not correct.
7       Q.   Huh?
8       A.   That's not correct.
9       Q.   It's not?  Well, correct
10  what I just said.  What's incorrect about
11  it?
12       A.   Repeat it.
13       Q.   Dr. Fries complained that
14  Merck employees, Dr. Sherwood and Merck
15  employees were intimidating doctors,
16  specific names we've already been
17  through, who were critical of Merck
18  products, Vioxx.  Do we need to go
19  through all that again?
20          MR. TSOUGARAKIS:  Object to


[397:22] - [398:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 397
22          THE WITNESS:  There is an

susan baumgartner 9-30-05

23      allegation in that letter that I
24      read.
page 398
1 BY MR. PAPANTONIO:
2      Q.   That letter was written in
3 2001; right?  Dr. Fries' letter was 2001?
4      A.   Yes.
5      Q.   And this letter, this memo
6 is appearing in 1999, and it says --
7 who's that to?  Whose name is up at the
8 top there?
9      A.   I need a minute to orient
10  myself to this.
11          (Witness reviewing


[399:20] - [399:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 399
20      Q.   Well, do you see where it
21 says at the top, it says "Baumgartner,
22 Susan"?
23          MR. PAPANTONIO:  Show her --


[400:1] - [400:17] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 400
1      Q.   Look, do you see that?
2 We're on the third page.  It says
3 "To...Baumgartner."  Do you see that?
4 Then underneath it says, let me read it,
5 "Dr. McMillen's Position on Vioxx.
6 Please refer to separate E-mails for
7 messages Dr. McMillen is delivering
8 regarding Vioxx.  The Vioxx message has
9 been" continuously -- I mean,
10 "consistently negative.  He has been
11 somewhat receptive to coaching and
12 feedback.  However, he hasn't followed
13 through on negotiated commitments."  What
14 were the "negotiated commitments"?
15      A.   I don't know.  I don't
16 remember.
17      Q.   But this is to you; correct?


[400:17] - [402:24] 9/30/2005 BAUMGARTNER, SUSAN

susan baumgartner 9-30-05

Author: Dana Lunsford

page 400
17      Q.   But this is to you; correct?
18  It says "Baumgartner" at the top.  This
19  is actually written to me?
20      A.   In an e-mail message to me,
21  right, but I don't know what he meant by
22  that.
23      Q.   Legal issue.  We need to
24  neutralize this Physician as quickly as
page 401
1  possible."  There's that word
2  "neutralize" again.  "As you can see the
3  negative position Dr. McMillen has taken
4  has been detrimental to the growth of
5  Vioxx.  His presentations are filled with
6  inaccurate information regarding the
7  research and performance of Vioxx.  Dr.
8  McMillen fails to utilize any Merck
9  provided information or slides to portray
10  Vioxx positively.  Every tool has been
11  used to plant the seed of doubt."  Do you
12  she that?  "Every tool has been used to
13  plant the seed of doubt."  What's the
14  "seed of doubt," do you know?
15      A.   I'm not sure.
16      Q.    "I feel legal proceedings
17  are only a matter of time.  Until that
18  point, it would be helpful if we could
19  communicate Merck's position in a legal
20  letter.  This could be a factor in
21  neutralizing him.
22            "SKB has filed a lawsuit
23  against Dr. McMillen based upon his
24  previous position taken towards SKB and
page 402
1  Relafen.  He currently doesn't mention
2  SKB or Relafen in his presentations."
3            Now, what's happening here
4  is Dr. McMillen is out there saying
5  things that are "detrimental to the
6  growth of Vioxx."  That's what it says;
7  right?
8      A.    It says "His presentations
9  are filled with inaccurate information."
10      Q.   Right.  Well, he says that
11  it is detrimental to the growth of Vioxx,
12  and he says, "I feel legal proceedings
13  are only a matter of time."  This is the
14  same Dr. McMillen that you're talking
15  about -- that's being talked about that's
16  being sent to you, this name Dr. McMillen
17  in 1999, the same Dr. McMillen whose name

Page 79

susan baumgartner 9-30-05

18  appears in the list.  Remember the list
19  of 36 doctors you gave that said
20  McMillen, we need to discredit, it says
21  "discredit" underneath his name?
22  Discredit?  Remember I was talking about
23  the word "discredit"?
24          MR. TSOUGARAKIS:  Objection


[403:4] - [404:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 403
4      A.   I remember the name being in
5  there, and this is the same physician
6  that we wanted to bring to a more neutral
7  or balanced position.
8      Q.   The term says "discredit."
9  Do you remember the term "discredit"
10  under McMillen's name?
11     A.   I remember that.
12     Q.   Right.  And you think the
13  way to bring him to a neutral position is
14  to discredit him?
15     A.   The way to bring him to a
16  neutral position is to provide him with
17  information.  And if you look below on
18  the "Merck Strategy to Date," it
19  documents that provision of information
20  to him to have more balance.  You can see
21  that third bullet down:  "Post-launch,
22  our strategy has been to coach him and
23  provide the necessary information to have
24  more balance in his presentations."
page 404
1      Q.   How do you coach a doctor?
2  How do you go out and coach a doctor?
3      A.   Provide them with the


[404:3] - [404:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 404
3      A.   Provide them with the
4  information.  I think that refers to
5  speakers for Merck, to coach them on the
6  information since our health science
7  associates knew that information.
8      Q.   And the people that coach
9  them are sales reps, aren't they?

susan baumgartner 9-30-05

10          MR. TSOUGARAKIS:  Object to


[404:13] - [404:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 404
13      Q.   You have sales reps coaching
14  medical doctors.  Is that what you have
15  here?
16      A.   In this case, I believe it
17  was a health science associate, but in
18  some cases, the specialty
19  representative --
20      Q.   No, no.  What is a health
21  science associate?  That's a salesman,
22  isn't it?
23          MR. TSOUGARAKIS:  Object to


[405:1] - [405:3] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 405
1          THE WITNESS:  Scientific
2      liaison within the company.
3  BY MR. PAPANTONIO:


[405:4] - [406:10] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 405
4      Q.   They are salespeople, aren't
5  they?
6      A.   I don't think of them as
7  being salespeople.
8      Q.   Well, in one way that you
9  were going to, along with the term we
10  saw, "Discredit" McMillen, now we see
11  that there's discussion about suing him;
12  correct?  To neutralize him, we can sue
13  him.  That's what it says?
14      A.   I don't get that from this
15  document.
16      Q.   Well, how about let me read
17  it again.  "I feel legal proceedings are
18  only a matter of time.  Until that point,
19  it would be helpful if we could

Page 81

susan baumgartner 9-30-05

20  communicate Merck's position in a legal
21  letter."  Have you ever gotten a legal
22  letter, Mrs. Baumgartner?
23      A.   No.
24      Q.   From a lawyer threatening
page 406
1  you?
2      A.   No.
3      Q.   It says, "This could be a
4  factor in neutralizing him."  Do you see
5  where it says that?
6      A.   Yes.
7      Q.   A legal letter, is that
8  informing him of anything or is that
9  threatening him?
10          MR. TSOUGARAKIS:  Object to


[406:12] - [407:18] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 406
12          THE WITNESS:  I do not know
13      what was referred to in here.
14  BY MR. PAPANTONIO:
15      Q.   Yes, but it was sent to you,
16  Ms. Baumgartner.  1999, this document was
17  sent to you; correct?
18      A.   Correct.  This e-mail was
19  sent to me.
20      Q.   You remember me starting
21  this discussion hours ago asking you
22  straight up, isn't it true, Mrs.
23  Baumgartner, that your role at Merck was
24  to discredit and put pressure on doctors
page 407
1  who were not cooperating on the Vioxx
2  project?  Do you remember me asking you
3  that?
4      A.   I remember and my answer is
5  still that I did not put pressure or
6  discredit or intimidate any individual,
7  nor was I aware of any colleagues within
8  the company who did that.  It wasn't the
9  practice of Merck.  It wasn't something
10  we do.  It would be wrong to do that.
11      Q.   It would be wrong, wouldn't
12  it?
13      A.   It would.
14      Q.   To discredit a man who has a
15  medical degree who wants to talk about
16  the safety of a product, that's wrong,
17  isn't it?

susan baumgartner 9-30-05

18          MR. TSOUGARAKIS:  Objection


[407:21] - [407:23] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 407
21      Q.   Not only is it wrong, it's
22  indecent to do that to people, isn't it?
23          MR. TSOUGARAKIS:  Objection


[408:2] - [408:11] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 408
2       Q.   You would characterize that
3  as fairly indecent, wouldn't you?
4       A.  I would.
5       Q.   I would go as far to say
6  it's immoral, isn't it?  The doctor that
7  wants to tell the truth about the fact
8  that Vioxx is killing people, it's
9  indecent and immoral to discredit that
10  Doctor, isn't it?
11          MR. TSOUGARAKIS:  I'll


[408:14] - [408:21] 9/30/2005 BAUMGARTNER, SUSAN

Author: Dana Lunsford


page 408
14      Q.   True?
15      A.   If the information that they
16  were communicating was correct and
17  accurate, then that's a different story.
18  But if they were saying Vioxx was killing
19  people, that is not consistent with
20  information that we had.
21      Q.   We saw -- the jury has