## Baumgartner S DA 9-30-05 on 5-25-06

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|---|---|---|---|---|---|---|
| 1 | **498:2 - 501:12** | Baumgartner, Susan 2005-09-30 | 00:03:15 | 00:00:00 | 00:23:40 | V2.1 |

498: 2    Q: Okay, Ms. Baumgartner, you
498: 3    are on camera. I'm George Tsougarakis.
498: 4    I think everybody in the room would agree
498: 5    it is a good thing that I'm not on
498: 6    camera, but you should address your
498: 7    remarks to the camera. I represent Merck
498: 8    & Company, and I'm going to ask you a few
498: 9    questions.
498: 10   Let's begin by introducing
498: 11   yourself to the jury. Can you tell the
498: 12   jury where you were born and raised?
498: 13   A: My name is Susan Lynn
498: 14   Baumgartner. I was born in DeLand,
498: 15   Florida and raised in Gainesville,
498: 16   Florida where I went to high school at
498: 17   would Buchholz High School.
498: 18   Spent a couple of years
498: 19   doing prepharmacy work at the University
498: 20   of Florida in Tampa, Florida, and then
498: 21   did five years of work to obtain my
498: 22   Doctor of Pharmacy degree and Master of
498: 23   Business Administration degree from the
498: 24   University of Florida in Gainesville.
499: 1    Q: Can you tell the jury what
499: 2    year you graduated with your joint degree
499: 3    in pharmacy and your M.B.A.?
499: 4    A: I graduated in 1996.
499: 5    Q: In 1996, did you become
499: 6    employed?
499: 7    A: I did. In August of 1996, I
499: 8    was employed by Merck & Company.
499: 9    Q: Can you tell the jury a
499: 10   little bit about -- firstly, why did you
499: 11   choose a career in pharmacy?
499: 12   A: The main reason I chose a
499: 13   career in pharmacy is that my father is a
499: 14   pharmacist, and I wanted to follow in his
499: 15   footsteps. I wanted to be involved in
499: 16   healthcare because I believe it's an
499: 17   important part of life, and I believe
499: 18   pharmacy is a very noble profession.

Baumgartner S DA 9-30-05 on 5-25-06

| | | |
|---|---|---|
| | 499: 19 | Q: Can you tell the jury in |
| | 499: 20 | 1996 when you graduated with your degree |
| | 499: 21 | in pharmacy and your M.B.A., how is it |
| | 499: 22 | that you became employed by Merck? |
| | 499: 23 | A: I was actually recruited by |
| | 499: 24 | an individual within Merck who was aware |
| | 500: 1 | of the dual Doctor of Pharmacy and Master |
| | 500: 2 | of Business Administration degree |
| | 500: 3 | program, and asked one of my teachers at |
| | 500: 4 | the time about -- one of the faculty |
| | 500: 5 | members there about the program. I |
| | 500: 6 | talked with them, I had a number of |
| | 500: 7 | different opportunities that I was |
| | 500: 8 | exploring and did a lot of research about |
| | 500: 9 | the company and talked with a lot of |
| | 500: 10 | different individuals who had experiences |
| | 500: 11 | with the company, and I felt it was a |
| | 500: 12 | great opportunity. |
| | 500: 13 | Q: Can you tell the jury when |
| | 500: 14 | you were researching what issues were |
| | 500: 15 | important to you in choosing a career? |
| | 500: 16 | A: It was important to me that |
| | 500: 17 | I was with a company that had ethics and |
| | 500: 18 | values that were similar to my own. I |
| | 500: 19 | had just finished training as a |
| | 500: 20 | pharmacist, so, it was important that the |
| | 500: 21 | company had good products that |
| | 500: 22 | represented medical advances and |
| | 500: 23 | breakthroughs. It was important to me |
| | 500: 24 | how they communicated information about |
| | 501: 1 | the products and the use of their |
| | 501: 2 | products to produce good outcomes in |
| | 501: 3 | patients. And their financial |
| | 501: 4 | information was very good. Their |
| | 501: 5 | opportunities in terms of career were |
| | 501: 6 | good as well. And their reputation and |
| | 501: 7 | scientific integrity and everything they |
| | 501: 8 | stood for was also very strong. |
| | 501: 9 | Q: Can you tell the jury what |
| | 501: 10 | you learned in your research about |
| | 501: 11 | Merck's ethics in the scientific |
| | 501: 12 | integrity? |

| 2 | 501:20 - 501:23 | Baumgartner, Susan 2005-09-30   00:00:14   00:03:15   00:20:25 | V2.2 |
|---|---|---|---|
| | 501: 20 | A: I learned that Merck's | |
| | 501: 21 | mission from the very beginning was to | |

Baumgartner S DA 9-30-05 on 5-25-06

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 501: 22 | help patients, and their ethics were very | | | | |
| | | 501: 23 | strong. They did the right thing. | | | | |
| 3 | **503:12 - 508:18** | Baumgartner, Susan 2005-09-30 | | 00:05:06 | 00:03:29 | 00:20:11 | V2.3 |

| | |
|---|---|
| 503: 12 | THE WITNESS: The decisions |
| 503: 13 | that were made, I felt, were |
| 503: 14 | consistent with values, scientific |
| 503: 15 | integrity, presenting information |
| 503: 16 | to allow prescribers to make |
| 503: 17 | decisions, making decisions with a |
| 503: 18 | patient in mind. Those were all |
| 503: 19 | very important to me, and I felt |
| 503: 20 | Merck exemplified that. |
| 503: 21 | BY MR. TSOUGARAKIS: |
| 503: 22 | Q: How was your experience at |
| 503: 23 | Merck compared to the research you did |
| 503: 24 | before you joined Merck? |
| 504: 1 | A: My experience with Merck has |
| 504: 2 | been very positive, and it has exceeded |
| 504: 3 | the expectations that I had before I came |
| 504: 4 | in to the company. |
| 504: 5 | Q: When did you first get |
| 504: 6 | responsibility for Vioxx? |
| 504: 7 | A: I joined the market |
| 504: 8 | integration team for Vioxx in the middle |
| 504: 9 | of 1998. |
| 504: 10 | Q: How many years of experience |
| 504: 11 | did you have at Merck when you joined the |
| 504: 12 | marketing team for Vioxx? |
| 504: 13 | A: Just under two years -- |
| 504: 14 | well, just under two years. |
| 504: 15 | Q: During the time you had |
| 504: 16 | responsibility for marketing of Vioxx, |
| 504: 17 | who was the most junior member of that |
| 504: 18 | team? |
| 504: 19 | A: I was. |
| 504: 20 | Q: How many people reported to |
| 504: 21 | you, Ms. Baumgartner, when you were on |
| 504: 22 | the marketing team for Vioxx? |
| 504: 23 | A: No individuals reported to |
| 504: 24 | me. |
| 505: 1 | Q: Can you tell the jury what |
| 505: 2 | your responsibilities were for Vioxx |
| 505: 3 | while you were on the marketing team? |
| 505: 4 | A: My responsibilities included |
| 505: 5 | interacting with physicians, and the |

Baumgartner S DA 9-30-05 on 5-25-06

505: 6   majority of my time was spent in
505: 7   coordinating advisory board meetings and
505: 8   consultant meetings. And by that I mean
505: 9   setting up the logistics of those
505: 10  programs, putting together agendas,
505: 11  inviting presenters or Merck scientists
505: 12  or external physicians and thought
505: 13  leaders to present information at those
505: 14  meetings, and inviting physicians to
505: 15  those meetings and facilitating the
505: 16  gathering of the information and the
505: 17  reporting of the data within Merck.
505: 18  Those meetings were primarily designed to
505: 19  understand the perspective of physicians,
505: 20  understand what they thought. We had a
505: 21  product that we were marketing and
505: 22  communicating information about. We
505: 23  wanted to understand how physicians were
505: 24  receiving it and what they thought of it,
506: 1   and so we brought groups together. And
506: 2   my role was around the things -- the
506: 3   activities that I mentioned in putting
506: 4   together those meetings.
506: 5   Q:  I want to be very clear as
506: 6   to your role.
506: 7   Can you tell the ladies and
506: 8   gentlemen of the jury, when putting
506: 9   together those consultant meetings and
506: 10  advisory board meetings, what exactly it
506: 11  is that you did?
506: 12  A:  When organizing the
506: 13  meetings, I usually worked with a
506: 14  third-party company to help with some of
506: 15  the tasks, but my responsibilities
506: 16  included identifying the location for the
506: 17  meeting, extending invitations to
506: 18  attendees, and determining who was going
506: 19  to attend that meeting, putting together
506: 20  an agenda and working with others to
506: 21  decide what questions we had, what
506: 22  feedback we wanted, and, therefore, what
506: 23  presentations -- what presenters we
506: 24  needed to invite to present information
507: 1   about different topics. I extended the
507: 2   invitation to those presenters and
507: 3   brought them in. And the presenters put

| | | |
|---|---|---|
| | 507: 4 | together the content of the slides that |
| | 507: 5 | were presented there, and the -- I helped |
| | 507: 6 | with the logistics, the location and the |
| | 507: 7 | organization of the day, and actual |
| | 507: 8 | implementation of the meeting. |
| | 507: 9 | Q: Who is responsible for the |
| | 507: 10 | presentation -- the decision of what |
| | 507: 11 | scientific data to present and the |
| | 507: 12 | presentation of that scientific data at |
| | 507: 13 | those meetings? |
| | 507: 14 | A: Each of the presenters was |
| | 507: 15 | responsible for the data, the scientific |
| | 507: 16 | data and information that was presented |
| | 507: 17 | during that meeting. |
| | 507: 18 | Q: Did you take the time to |
| | 507: 19 | become intimately familiar with all the |
| | 507: 20 | data that was presented at those |
| | 507: 21 | meetings? |
| | 507: 22 | A: No, I did not. The |
| | 507: 23 | presenters were the ones responsible for |
| | 507: 24 | content and who had access to those data |
| | 508: 1 | and information. |
| | 508: 2 | Q: Now, can you tell the jury a |
| | 508: 3 | little bit more about the consultants |
| | 508: 4 | meetings and the advisory board meetings |
| | 508: 5 | that you had responsibility for? What |
| | 508: 6 | were the purposes of those meetings? |
| | 508: 7 | A: The purpose of those |
| | 508: 8 | meetings were to conduct market research, |
| | 508: 9 | and what that means is just understanding |
| | 508: 10 | what those physicians thought about new |
| | 508: 11 | scientific data, about the current |
| | 508: 12 | market, about the use of pain medicines, |
| | 508: 13 | about our product Vioxx. So, it was |
| | 508: 14 | really a chance for us to get insight |
| | 508: 15 | into what these doctors thought about and |
| | 508: 16 | what these experts in their areas thought |
| | 508: 17 | about the product and the data and the |
| | 508: 18 | information that was out there. |

| 4 | 509:6 - 515:3 | Baumgartner, Susan 2005-09-30     00:06:02   00:08:35   00:15:05 | V2.4 |
|---|---|---|---|
| | 509: 6 | Q: Can you tell the ladies and | |
| | 509: 7 | gentlemen of the jury what the methods of | |
| | 509: 8 | communicating -- Merck had communicating | |
| | 509: 9 | the benefits and limitations of its | |
| | 509: 10 | products to the medical community? | |

509: 11   A:  I wouldn't consider
509: 12   consultants meetings or advisory board
509: 13   meetings a vehicle for communicating
509: 14   information. We did have to present
509: 15   information to get their responses and
509: 16   feedback, but there were many mechanisms,
509: 17   many vehicles for communication that were
509: 18   used to communicate with physicians, such
509: 19   as scientific sessions, publications, the
509: 20   sales representatives, the professional
509: 21   information requests that were physician
509: 22   to physician communications, educational
509: 23   programs. There were many vehicles that
509: 24   were used by Merck to communicate with
510: 1    the scientific community and the medical
510: 2    community.
510: 3    Q:  Do you know how many doctors
510: 4    were potential prescribers of Vioxx
510: 5    during the time you had responsibility
510: 6    for marketing Vioxx?
510: 7    A:  I do not know.
510: 8    Q:  Did you invite all the
510: 9    doctors who were potential prescribers of
510: 10   Vioxx to your consultants meetings and
510: 11   advisory board meetings?
510: 12   A:  No. They were samples of
510: 13   the physicians. They were smaller groups
510: 14   of those physicians that represented the
510: 15   views of the universe. So, they were
510: 16   small groups of physicians that were
510: 17   assembled to understand their
510: 18   perspectives.
510: 19   Q:  Who did you invite to the
510: 20   consultant meetings or advisory board
510: 21   meetings?
510: 22   A:  Our advisory board group was
510: 23   a set group of about 15 individuals who
510: 24   met with us on a quarterly basis. So,
511: 1    they were a fixed group that met with us
511: 2    at regular times throughout the marketing
511: 3    of the product. The consultants meetings
511: 4    were more of a one-time activity where we
511: 5    identified a group of attendees and
511: 6    consulted with them on specific research
511: 7    questions and on specific things that we
511: 8    wanted feedback on.

| | |
|---|---|
| 511: 9 | Q: We've heard the term |
| 511: 10 | 'thought leaders.' Can you tell the |
| 511: 11 | ladies and gentlemen of the jury what a |
| 511: 12 | thought leader is? |
| 511: 13 | A: A thought leader is someone |
| 511: 14 | who leads thought. It is a physician who |
| 511: 15 | is an expert in a specific area as |
| 511: 16 | determined by his or her peers. So, this |
| 511: 17 | is not Merck deciding that someone is a |
| 511: 18 | thought leader, but actually the medical |
| 511: 19 | community or scientific community |
| 511: 20 | determining that someone is an expert or |
| 511: 21 | has expertise or knowledge in a given |
| 511: 22 | area. |
| 511: 23 | Q: Did you invite thought |
| 511: 24 | leaders to participate on your advisory |
| 512: 1 | boards and consultants meetings? |
| 512: 2 | A: Yes. We included thought |
| 512: 3 | leaders in both of those meetings. |
| 512: 4 | Q: Were the participants that |
| 512: 5 | you invited to be on your advisory boards |
| 512: 6 | and to your consultants meetings, were |
| 512: 7 | they all supporters of Merck? |
| 512: 8 | A: No. It was important for us |
| 512: 9 | to get feedback from all of the |
| 512: 10 | individuals out there. We didn't just |
| 512: 11 | want individuals who were supportive of |
| 512: 12 | our views. We wanted to hear from those |
| 512: 13 | who were not supportive as well. So, we |
| 512: 14 | invited physicians who had a range of |
| 512: 15 | levels of support for the product and the |
| 512: 16 | company. |
| 512: 17 | Q: Did you invite to your |
| 512: 18 | consultants meetings and advisory boards |
| 512: 19 | physicians who were critical of Merck or |
| 512: 20 | Vioxx? |
| 512: 21 | A: The -- by the nature of the |
| 512: 22 | meetings, we did want feedback on the |
| 512: 23 | product, we did include physicians who |
| 512: 24 | were not supportive of the product and |
| 513: 1 | who were critical, but that was important |
| 513: 2 | because the purpose of the meeting was to |
| 513: 3 | understand their thoughts and views, and |
| 513: 4 | that to the extent that they didn't agree |
| 513: 5 | with the conclusions that the Merck |
| 513: 6 | scientists arrived at, we wanted to hear |

513: 7    why and understand their perspectives.
513: 8    Q:  Was scientific data
513: 9    presented at these advisory board
513: 10    meetings and consultant meetings?
513: 11    A:  Yes, it was.
513: 12    Q:  And what was the purpose of
513: 13    presenting data at these meetings?
513: 14    A:  The purpose was to present
513: 15    information that the physicians in
513: 16    attendance could respond to or react to
513: 17    and to serve as a basis for the
513: 18    discussion that we had and the questions
513: 19    that we wanted to ask them.
513: 20    Q:  Did you solicit feedback
513: 21    from the attending physicians on the data
513: 22    presented at these meetings?
513: 23    A:  Yes. That was a primary
513: 24    purpose of the meeting, to present
514: 1    scientific information and to have them
514: 2    respond, react, give us their thoughts,
514: 3    ask any questions, and also help us
514: 4    communicate that ultimately to others.
514: 5    Q:  And in your experience in
514: 6    soliciting feedback from the physicians
514: 7    who attended the consultant meetings and
514: 8    the advisory board meetings, did those
514: 9    groups of physicians reach unanimity on
514: 10    any issue that you presented?
514: 11    A:  I can't remember an instance
514: 12    where the physicians in attendance
514: 13    reached unanimity, and it's probably
514: 14    consistent with other forums for
514: 15    scientific discussion and debate. There
514: 16    were physicians who held different views,
514: 17    and that was the purpose of that meeting,
514: 18    to express that and to discuss and debate
514: 19    the different views on the product and on
514: 20    the information in general.
514: 21    Q:  During the time that you
514: 22    had -- what was the period that you had
514: 23    responsibility for the marketing of
514: 24    Vioxx?
515: 1    A:  I was actually on the
515: 2    marketing team from mid-1999 through the
515: 3    third quarter of 2001.

Baumgartner S DA 9-30-05 on 5-25-06

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | 516:4 -522:3 | Baumgartner, Susan 2005-09-30 | 00:06:04 | 00:14:37 | 00:09:03 | V2.5 |

516: 4     BY MR. TSOUGARAKIS:
516: 5     Q:  And during the time you had
516: 6     responsibility for Vioxx, did you learn
516: 7     the results of the VIGOR study?
516: 8     A:  Yes, I did.
516: 9     Q:  Can you tell the ladies and
516: 10    gentlemen of the jury what you learned
516: 11    about the results of the VIGOR study?
516: 12    A:  The VIGOR study was designed
516: 13    to look at stomach problems for Vioxx
516: 14    compared to naproxen, and it was a
516: 15    landmark study of over 8,000 patients.
516: 16    And the results of that study were that
516: 17    Vioxx showed a lower number of stomach
516: 18    problems than naproxen.
516: 19    Q:  Were there also
516: 20    cardiovascular results of that VIGOR
516: 21    study?
516: 22    A:  Yes, there were.
516: 23    Q:  Can you tell the ladies and
516: 24    gentlemen of the jury what the
517: 1     cardiovascular results of the study were?
517: 2     A:  In that study, there was a
517: 3     five-fold difference in the rate of
517: 4     cardiovascular events between Vioxx and
517: 5     naproxen.
517: 6     Q:  Did Merck disclose the VIGOR
517: 7     data?
517: 8     A:  Yes.
517: 9     Q:  Can you tell the jury how
517: 10    Merck disclosed the VIGOR data and what
517: 11    the timing of it was?
517: 12    A:  The VIGOR data was disclosed
517: 13    starting -- I'm not sure when the actual
517: 14    first disclosure took place, but after
517: 15    the results were received in March of
517: 16    2000, Merck communicated that information
517: 17    through press release, through
517: 18    professional information requests that
517: 19    our representatives had available in the
517: 20    event there were questions about the
517: 21    product and that specific study.
517: 22    There were numerous
517: 23    scientific sessions starting in May of
517: 24    2000. There was a big gastroenterology

| | |
|---|---|
| 518: 1 | meeting in May of 2000 at which Merck |
| 518: 2 | presented the scientific data in a |
| 518: 3 | scientific session. There were numerous |
| 518: 4 | other scientific sessions at which the |
| 518: 5 | data was discussed and throughout the |
| 518: 6 | rest of 2000 as well. |
| 518: 7 | There were advisory board |
| 518: 8 | meetings and consultant meetings at which |
| 518: 9 | we communicated the information to obtain |
| 518: 10 | physicians' views and thoughts on those |
| 518: 11 | data. And there were publications, |
| 518: 12 | support for CME programs, there were |
| 518: 13 | communications with investigators, and, |
| 518: 14 | obviously, within the company there was |
| 518: 15 | communication as well. |
| 518: 16 | Q: Based on your experience, do |
| 518: 17 | you have a view as to whether or not |
| 518: 18 | Merck's efforts to disclose the data were |
| 518: 19 | successful? |
| 518: 20 | A: In my view, Merck's efforts |
| 518: 21 | were very successful. I think it was |
| 518: 22 | widely communicated, and I know in my |
| 518: 23 | research, physicians were aware of the |
| 518: 24 | study, aware of the results, and it |
| 519: 1 | was -- there were many, many different |
| 519: 2 | communication vehicles and multiple |
| 519: 3 | communication vehicles used in order to |
| 519: 4 | communicate that. |
| 519: 5 | Q: Were you ever provided with |
| 519: 6 | an explanation of the results, the |
| 519: 7 | cardiovascular results of the VIGOR |
| 519: 8 | trial? |
| 519: 9 | A: Yes. |
| 519: 10 | Q: What was that explanation? |
| 519: 11 | A: The explanation for the |
| 519: 12 | results of the VIGOR study was that |
| 519: 13 | naproxen was acting as a cardioprotective |
| 519: 14 | agent in the study due to its platelet |
| 519: 15 | effect. It was acting similar to |
| 519: 16 | aspirin. |
| 519: 17 | Q: And who provided you that |
| 519: 18 | explanation or what group provided you |
| 519: 19 | with that explanation? |
| 519: 20 | A: The Merck scientists arrived |
| 519: 21 | at that conclusion after reviewing the |
| 519: 22 | available data. |

Baumgartner S DA 9-30-05 on 5-25-06

| | |
|---|---|
| 519: 23 | Q: Was the VIGOR data ever the |
| 519: 24 | subject of any consultants meetings or |
| 520: 1 | advisory board meetings? |
| 520: 2 | A: Definitely. We had many |
| 520: 3 | discussions with our advisors as well as |
| 520: 4 | at consultants meetings following the |
| 520: 5 | presentation of the information to get |
| 520: 6 | views on those data. |
| 520: 7 | Q: Were the cardiovascular |
| 520: 8 | results of the VIGOR study presented to |
| 520: 9 | these groups of physicians? |
| 520: 10 | A: Yes. |
| 520: 11 | Q: What was the purpose to |
| 520: 12 | provide the cardiovascular results of the |
| 520: 13 | VIGOR study to these physicians at the |
| 520: 14 | consultants meetings and the advisory |
| 520: 15 | board meetings? |
| 520: 16 | A: The purpose of presenting |
| 520: 17 | the information was to, as I mentioned, |
| 520: 18 | understand the thoughts of the |
| 520: 19 | physicians, understand their |
| 520: 20 | interpretation of the data in light of |
| 520: 21 | all the other data available for the |
| 520: 22 | coxibs and for Vioxx and the NSAIDs and |
| 520: 23 | for naproxen. So, the purpose was to |
| 520: 24 | present that information and also to see |
| 521: 1 | if external thought leaders, people |
| 521: 2 | outside of the company, experts and |
| 521: 3 | thought leaders in different specialties |
| 521: 4 | came to the same conclusion as the Merck |
| 521: 5 | scientists did, so, kind of a check for |
| 521: 6 | the interpretation that our own |
| 521: 7 | scientists had of those data. |
| 521: 8 | Q: Did the Merck scientists who |
| 521: 9 | presented the data to these physicians |
| 521: 10 | present only data that supported Merck's |
| 521: 11 | conclusions? |
| 521: 12 | A: No. They presented all of |
| 521: 13 | the data in all of the possible -- or all |
| 521: 14 | of the discussions that were taking place |
| 521: 15 | in the medical community and debate that |
| 521: 16 | was taking place. They tried to frame |
| 521: 17 | all of that up in order to discuss and |
| 521: 18 | debate all of the different angles that |
| 521: 19 | were being taken outside of the company |
| 521: 20 | on the data. |

Baumgartner S DA 9-30-05 on 5-25-06

|   |   |   |   |
|---|---|---|---|
|   | 521: 21 | Q: Did you solicit feedback |   |
|   | 521: 22 | from these physicians as to their |   |
|   | 521: 23 | reactions to the cardiovascular results |   |
|   | 521: 24 | of the VIGOR study? |   |
|   | 522: 1 | A: Yes. |   |
|   | 522: 2 | Q: Can you tell the jury what |   |
|   | 522: 3 | you learned in soliciting that feedback? |   |

| 6 | 522:8 - 522:22 | Baumgartner, Susan 2005-09-30    00:00:39  00:20:41  00:02:59 | V2.6 |
|---|---|---|---|
|   | 522: 8 | A: The consensus from those |   |
|   | 522: 9 | advisory board meetings and consultant |   |
|   | 522: 10 | meetings were that the conclusion that |   |
|   | 522: 11 | Merck reached, the Merck scientists |   |
|   | 522: 12 | reached about naproxen being |   |
|   | 522: 13 | cardioprotective and that being the |   |
|   | 522: 14 | explanation for the results in VIGOR was |   |
|   | 522: 15 | the explanation for that result in light |   |
|   | 522: 16 | of the other data that was available on |   |
|   | 522: 17 | the product. |   |
|   | 522: 18 | Q: Do you recall whether the |   |
|   | 522: 19 | physicians were unanimous in believing |   |
|   | 522: 20 | that the most plausible explanation was |   |
|   | 522: 21 | that naproxen was acting |   |
|   | 522: 22 | cardioprotectively? |   |

| 7 | 523:5 - 524:20 | Baumgartner, Susan 2005-09-30    00:01:40  00:21:20  00:02:20 | V2.7 |
|---|---|---|---|
|   | 523: 5 | A: I can't recall any meeting |   |
|   | 523: 6 | where there was a unanimous view on the |   |
|   | 523: 7 | data. There were a vast majority whose |   |
|   | 523: 8 | conclusion was that naproxen was acting |   |
|   | 523: 9 | as a cardioprotective agent in that |   |
|   | 523: 10 | study. Naproxen was cardioprotective in |   |
|   | 523: 11 | that study. And there were some who |   |
|   | 523: 12 | could not arrive at a conclusion based on |   |
|   | 523: 13 | the data that was available. And there |   |
|   | 523: 14 | were some who felt that it could have |   |
|   | 523: 15 | been caused by Vioxx. |   |
|   | 523: 16 | MR. TSOUGARAKIS: Let me |   |
|   | 523: 17 | show you what we'll mark as |   |
|   | 523: 18 | Baumgartner Exhibit 1. |   |
|   | 523: 19 | - - - |   |
|   | 523: 20 | (Whereupon, Deposition |   |
|   | 523: 21 | Exhibit Baumgartner-1, Market |   |
|   | 523: 22 | research report, February 2001, |   |
|   | 523: 23 | was marked for identification.) |   |
|   | 523: 24 | - - - |   |
|   | 524: 1 | BY MR. TSOUGARAKIS: |   |

**Baumgartner S DA 9-30-05 on 5-25-06**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 524: 2 | Q: I ask you to identify that, | | | | |
| | | 524: 3 | please. | | | | |
| | | 524: 4 | A: This is a market research | | | | |
| | | 524: 5 | report from a national rheumatology | | | | |
| | | 524: 6 | consultants meeting that took place in | | | | |
| | | 524: 7 | February of 2001. | | | | |
| | | 524: 8 | Q: If I can direct your | | | | |
| | | 524: 9 | attention to Page 6 of that report, and I | | | | |
| | | 524: 10 | would ask you to read the sentence under | | | | |
| | | 524: 11 | cardiovascular CV outcomes that begins | | | | |
| | | 524: 12 | with the word 'The consensus.' Can you | | | | |
| | | 524: 13 | read that into the record, please? | | | | |
| | | 524: 14 | A: 'The consensus seemed to be | | | | |
| | | 524: 15 | that coxibs did not pose an increased | | | | |
| | | 524: 16 | risk for cardiovascular or | | | | |
| | | 524: 17 | cerebrovascular thromboembolic events.' | | | | |
| | | 524: 18 | Q: Is that consistent with your | | | | |
| | | 524: 19 | recollection at other meetings with | | | | |
| | | 524: 20 | consultants and advisory boards? | | | | |
| 8 | **524:24 - 525:16** | Baumgartner, Susan 2005-09-30 | | 00:00:39 | 00:23:00 | 00:00:40 | V2.8 |
| | | 524: 24 | THE WITNESS: It was | | | | |
| | | 525: 1 | definitely consistent with what I | | | | |
| | | 525: 2 | saw in the many meetings that I | | | | |
| | | 525: 3 | attended. | | | | |
| | | 525: 4 | BY MR. TSOUGARAKIS: | | | | |
| | | 525: 5 | Q: Ms. Baumgartner, in your | | | | |
| | | 525: 6 | time at Merck, did you ever intimidate or | | | | |
| | | 525: 7 | threaten any physicians? | | | | |
| | | 525: 8 | A: No, I did not. | | | | |
| | | 525: 9 | Q: In your time at Merck, did | | | | |
| | | 525: 10 | you ever improperly influence any | | | | |
| | | 525: 11 | physicians? | | | | |
| | | 525: 12 | A: No, I did not. | | | | |
| | | 525: 13 | Q: During the time of your | | | | |
| | | 525: 14 | responsibility for Vioxx, did you believe | | | | |
| | | 525: 15 | that Vioxx could cause heart attacks? | | | | |
| | | 525: 16 | A: No. | | | | |

Play Time for this Script:   **00:23:40**

**Baumgartner S DA 9-30-05 on 5-25-06**

**Total time for all Scripts in this report:**     00:23:40