Exhibit A - Bryan Deposition Excerpts

• Bryan

[1:] - [1:25]      6/6/2006     Bryan, Foster Curtis M.D. (Barnett)

```
page 1
    0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4        In re: VIOXX PRODUCTS LIABILITY LITIGATION
         GERALD BARNETT and CORRINE BARNETT,
5                        Plaintiffs,
                   vs.                MDL Docket No. 1657
6        MERCK & CO., INC.,           C/A No. 2:06cv485
                         Defendant.
7
8        DEPOSITION OF:    FOSTER CURTIS BRYAN, II, M.D.,
9        DATE:             June 6, 2006
10       TIME:              1:30 p.m.
11       LOCATION:    Sheraton MYRTLE BEACH Convention Center
                      2101 North Oak Street
12                    Myrtle Beach, SC 29577
13       TAKEN BY:    Counsel for the Plaintiffs
14       REPORTED BY:  Roxanne M. Easterwood, RPR
15       VIDEOGRAPHER:  David Roberts
16       ---------------------------------------------
17
18
19
20
21
22
23
24
25
```

[4:3] - [4:5]      6/6/2006     Bryan, Foster Curtis M.D. (Barnett)

```
page 4
3             Q.   And do you have a medical specialty,
4        Doctor?
5             A.   Cardiothoracic surgery.
```

[7:5] - [7:9]      6/6/2006     Bryan, Foster Curtis M.D. (Barnett)

```
page 7
5             Q.   And are you board certified in any
6        specialities?
7             A.   I'm board certified in general surgery and
8        in thoracic surgery and I recertified in general
9        surgery 2004, I think it was.
```

[7:19] - [8:3]     6/6/2006     Bryan, Foster Curtis M.D. (Barnett)

```
page 7
19            Q.   And are you currently affiliated with any
20       professional medical group?
21            A.   I'm a member of -- I'm a fellow of the
22       American College of Surgeons, a fellow of the
23       American College of Cardiology, a fellow of the
24       American College of Chest Physicians, a fellow of
25       the South Eastern Surgical College.  I'm a member of
page 8
1        the Society of Thoracic Surgeons, a member of the
2        South Atlantic Cardiovascular Society.  I believe
3        that covers most of the societies.
```


EXHIBIT A

Exhibit A - Bryan Deposition Excerpts

- Bryan

[8:7] - [8:9]   6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 8
 7            Q.   All right. And you mentioned that you're
 8       a cardiovascular surgeon, correct?
 9            A.   Correct.
```

[9:19] - [10:2]   6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 9
19            Q.   If you could tell me on a weekly basis how
20       you spend time in your practice in terms of
21       surgeries, inpatient or does it vary?
22            A.   We -- we spend the majority of our time in
23       the hospital. We have -- basically operate
24       four-and-a-half days a week with a half a day of
25       office. And so, usually a typical day would be one
page 10
 1       or two open heart or thoracic cases and then seeing
 2       consultations in the hospital.
```

[10:19] - [10:23]   6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 10
19            Q.   Do you yourself do -- do more heart
20       surgeries tha -- than thoracic surgery or vascular
21       surgeries or is it equal?
22            A.   I would probably say that nearly 90
23       percent of what I do is cardiac surgery.
```

[24:8] - [27:12]   6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 24
 8            Q.   Now, Doctor, just in general, and I'm not
 9       sure if you remember or not, how you first were
10       contacted in this case, but can you tell me what the
11       custom and practice would be, and if you
12       specifically know, go ahead, on Mr. Barnett how you
13       were called in on this case?
14            A.   All right. Typically the patient, in this
15       case Mr. Barnett, was admitted with a heart attack
16       and he was admitted to Grand Stand Regional Medical
17       Center when during his heart attack he had developed
18       chest pain. And basically -- I don't have the
19       admission history. Typically, either a hospital --
20       a hospitalist or internal medicine doctor who works
21       for the hospital or the cardiologist will admit the
22       patient. Undergoes a work-up, undergoes
23       catheterization if indicated and if the
24       catheterization shows surgical disease or disease
25       that would be best treated by having surgery, then
page 25
 1       I'm consulted by the cardiologist. That's the
 2       typical flow of -- of -- of treatment in -- in the
 3       hospital.
 4            Q.   Any reason to suspect that that did not
 5       happen in this case?
 6            A.   No.
 7            Q.   All right. Do you recall having any
 8       specific discussions at all with Dr. Karavan about
 9       Mr. Barnett on -- on or before September 9, 2002?
10            A.   Typically, Dr. Karavan would call me after
11       the cath and tell me I have a 58-year-old gentleman
12       who had a non QI and he has three-vessel disease
13       and, you know, would you mind seeing him for bypass.
14                 That's typically the first time I'd
15       hear -- hear from Dr. Karavan about the patient.
16            Q.   All right. And so what would -- what
17       would be the next step? What would happen?
18            A.   Typically, at that point I would review
```

Exhibit A - Bryan Deposition Excerpts

• Bryan

```
          19    the films that Dr. Karavan did that day, the cardiac
          20    catheterization films, and then after that review
          21    the chart and examine the patient and talk to the
          22    patient about what we thought might need to be done
          23    in -- in his particular circumstance.
          24       Q.  Aside from the -- the films -- and by the
          25    films, just so we're clear, that would be the
     page 26
          1    angiography that was performed?
          2       A.  That would be the angiography Dr. Karavan
          3    performed.
          4       Q.  And I'll go into this in a little bit
          5    further.  But Mr. Barnett did have a Cardiolite
          6    stress test in 2000.  Would that have been something
          7    that you would have reviewed?
          8       A.  No.  At that point with the amount of
          9    disease he had I would want -- like to know what the
         10    stress test demonstrated to know which area was
         11    active at that time, but it would not really -- with
         12    the degree of disease that he had, would not change
         13    my treatment plan at all.
         14       Q.  Okay.  And so you looked at the angiogram.
         15    Did you look at any of the EKGs or any of his
         16    admitting information?
         17       A.  We would look -- I would look at all his
         18    lab work, EKG, chest x-ray.  I would look at all --
         19    all of that.
         20       Q.  All right.  Now, going to Exhibit 1, which
         21    you have in front of you, which is your consult,
         22    there is something that says HPI history?
         23       A.  That's present -- history -- history of
         24    present illness.
         25                  (PLF. EXH. # 1, consult, marked
     page 27
          1                  for identification.)
          2    BY MS. SHERBANEE:
          3       Q.  All right.  Now, this history was obtained
          4    from whom?  Was it the patient?  Did you get it from
          5    the chart or how -- how did you get this
          6    information?
          7       A.  Both from the patient and the chart.  I
          8    usually look at what the chart -- what's given
          9    before and then I talk to the patient and confirm
         10    everything that's been said and actually maybe even
         11    ask a few more questions than -- than what was on --
         12    what was on the chart.
```

[70:21] - [71:13]    6/6/2006    Bryan, Foster Curtis M.D. (Barnett)

```
     page 70
          21       Q.  When did you meet with Ms. Sherbanee and
          22    Ms. Myer?
          23       A.  Probably, I'm gonna estimate it was three
          24    or four months ago, maybe.
          25       Q.  Where did you meet?
     page 71
          1       A.  At my office.
          2       Q.  Can you tell me what you remember about
          3    the discussion, how long it took and what was
          4    discussed?
          5       A.  It was probably about an hour discussion
          6    and just reviewing Mr. Barnett's clinical course.
          7       Q.  Anything more specific than that that you
          8    remember about your meeting with the plaintiffs'
          9    lawyers?
         10       A.  No.  I -- we met -- basically for -- for
         11    me it was reviewing everything that had been, you
         12    know, on the cardiac cath and going through the
         13    record for him.
```

Exhibit A - Bryan Deposition Excerpts

• Bryan

**[74:13] - [74:15]**  6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 74
13         Q.   For how many years, sir, have you treated
14    patients with heart problems?
15         A.   Let's see, it's now been 13 years.
```

**[74:16] - [74:19]**  6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 74
16         Q.   How many heart surgeries have you done in
17    that time?
18         A.   If you include residency, it's probably --
19    probably well over 2000.
```

**[75:10] - [75:17]**  6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 75
10         Q.   How many patients, sir, would you say you
11    have seen with severe multi-vessel disease like
12    Mr. Barnett?
13         A.   Probably thousands.  I mean, probably, you
14    know, 2000 -- you know, at least a couple thousand
15    where we've operated on them and even some we don't
16    even operate on, so.  You know -- you know, at least
17    2000 probably, maybe more.
```

**[169:2] - [175:1]**  6/6/2006   Bryan, Foster Curtis M.D. (Barnett)

```
page 169
2                MR. GOLDMAN:  Thank you, sir.  I don't
3     have anymore questions but might after you do.
4                MS. SHERBANEE:  I have a few.
5                Doctor, do you need to take a break or --
6                THE WITNESS:  I need a two second break.
7                MS. SHERBANEE:  Let's take another --
8     another five minute break.  No problem.
9                VIDEOGRAPHER:  Off the record.  The time
10    is approximately 4:41.
11                   (A recess transpired.)
12               VIDEOGRAPHER:  We're now back on the
13    record.  Time is approximately 4:44.
14                      EXAMINATION
15    BY MS. SHERBANEE:
16         Q.   Doctor, I have a few more follow-up
17    questions for you.  Referring to Exhibit -- Defense
18    Exhibit 11, and that would be the packet of records,
19    the thick packet.  And you recall counsel asked you
20    some questions regarding page 1 on this document?
21         A.   Yes.
22         Q.   And I believe, if I understood correctly,
23    that this was a document that your office filled
24    out?
25         A.   Our -- what it is is when the consult is
page 170
1     received while we're operating, our nurse will go
2     and screen the patient and give us just a little
3     quick rundown on the patient so we can look at it as
4     we go up to kind of, you know, get an idea, one, is
5     he somebody that might be able to be done the next
6     day, just as a brief sketch.  But then we go and do
7     the full in-depth thing ourselves.
8          Q.   And so the nurse gets the information from
9     the referring physician?
10         A.   From the patient.  Kirsten actually goes
11    in and talks to the patient most times.
12         Q.   Okay.  And do you know in this case if
13    that occurred?
14         A.   I can't tell you if that occurred in this
15    case.
```

Exhibit A - Bryan Deposition Excerpts

• Bryan

```
16        Q.   Okay.  Now, Doctor, you're not an exer --
17   or a phys -- electrophysiologist, correct?
18        A.   No.
19        Q.   We've gone through the deposition today
20   and you have reviewed some of the EKGs, correct?
21        A.   Yes.
22        Q.   Is there any reason why we should discount
23   your testimony in this regard because you're not an
24   exer -- or electrophysiologist?
25        A.   There was really no arrhythmia issue with
page 171
1    this patient, so ...
2         Q.   There is an overlap in specialties,
3    though.  You're competent to review EKGs?
4         A.   Right.  Right.  Right.
5    Electrophysiologists, give you -- you know, I mean
6    their speciality compared to what we do would be,
7    you know, certain rhythms that are very difficult to
8    diagnose sometimes.  Is it ventric -- a lower
9    chamber rhythm or an upper chamber rhythm, you know,
10   some of those things, management of certain of these
11   rhythms, if they want to put a device in to shock,
12   you know, those kinds of things.  But -- but there
13   is a little overlap, yeah, with -- but in Mr.
14   Barnett's case we didn't have any, you know,
15   electrophysiologic reas -- you know, issues.
16        Q.   Correct.  But do you feel that you're
17   competent to review EKGs and -- and look at
18   angiograms as --
19        A.   -- yes.
20        Q.   As well as Dr. Karavan?
21        A.   Yes.  Uh-huh.
22        Q.   Okay.  And, Doctor, let's go back a minute
23   to the January 2000 exercise stress test.  Now, you
24   did say that you did not review the films; is that
25   correct?
page 172
1         A.   Right.  That's correct.
2         Q.   But the report from Dr. Swami did say it's
3    mild decreased perfusion; is that correct?
4         A.   Yes.  It -- hold on.  Let me --
5              MR. GOLDMAN:  What's the exhibit number?
6              THE WITNESS:  Is that 14?
7              MS. SHERBANEE:  No.
8              MR. GOLDMAN:  That's --
9              MS. SHERBANEE:  No.  You know, I'm not
10   sure we even attached that.
11             MR. GOLDMAN:  You want me to mark it?
12   Well, actually I don't know if I have it.
13             MS. SHERBANEE:  Yes, let's go ahead.  I
14   have one.  What number are we at?
15             MR. GOLDMAN:  I think we're at 17 now.
16                   (PLF. EXH. # 17, stress test
17                    report, marked for
18                    identification.)
19   BY MS. SHERBANEE:
20        Q.   Doctor, just to refresh your recollection,
21   there is the actual report.
22        A.   Yes.
23        Q.   All right.  Now, Doctor, would you agree,
24   according to this report and the information that
25   you received from Dr. Karavan, that during the
page 173
1    performance of this test that Mr. Barnett had no
2    exertional angina at the time of the test?
3         A.   Let's just look here.  No, there's no
4    report of anginal symptoms during this test.
5         Q.   And that would be something that a
6    cardiologist such as Dr. Swami would report if there
7    had been any exertional angina, correct?
8              MR. GOLDMAN:  Object to the form.
9    BY MS. SHERBANEE:
```

Exhibit A - Bryan Deposition Excerpts

• Bryan

```
10      Q.   That would be important?
11      A.   Yeah.  Typically during -- I was --
12   typically before or typically during a stress test
13   if the patient has chest pain it is mentioned in the
14   report.
15      Q.   Okay.  And prior to your first
16   intervention with Mr. Barnett, did you ever receive
17   any history that he had been suffering from any type
18   of exertional angina?
19      A.   The only history I have was -- before the
20   admission, was the chest pain with the bloating of
21   his abdomen.  That's the only chest pain history he
22   gave me.
23      Q.   According to this report, can you
24   determine whether or not he had any -- he had any
25   left main disease?
page 174
1       A.   No.  You cannot determine that from a
2    stress test.
3       Q.   All right.  Doctor, back in 200 was there
4    a school of thought that patients with mild ischemia
5    can be manged conservatively without referral for
6    coronary angiography?
7       A.   Yes.
8       Q.   All right.  So it would have been
9    appropriate to do the Cardiolite and not necessarily
10   do an angiogram, correct?
11      A.   Correct.
12      Q.   All right.  So you wouldn't fault any of
13   Mr. Barnett's doctors for not performing the
14   coronary angiogram, correct?
15           MR. GOLDMAN:  Neither will we.
16           THE WITNESS:  No.
17   BY MS. SHERBANEE:
18      Q.   Okay.  And, Doctor, then would you agree
19   that in January of 2000 that he probably, according
20   to this test, he had a class one grade of angina
21   according to the current ACC guidelines for PCI?
22      A.   I don't -- you know, she doesn't da --
23   describe what level of exertion it requires to bring
24   the chest pain.  But given that he was going 15
25   minutes on a treadmill, I would say probably is a
page 175
1    class one.
```

[190:1] - [190:18]    6/6/2006    Bryan, Foster Curtis M.D. (Barnett)

```
page 190
1           CERTIFICATE OF NOTARY PUBLIC & REPORTER
2                I, Roxanne Easterwood, Registered
3    Professional Reporter and Notary Public for the
4    State of South Carolina at Large, do hereby certify
5    that the foregoing deposition is a true, accurate
6    and complete record.
7                I further certify that I am neither
8    related to nor counsel for any party to the cause of
9    pending or interested in the events thereof.
10               Witness my hand, I have hereunto affixed
11   my official seal this 6th day of June, 2006 at
12   Charleston, Charleston County, South Carolina.
13
14
15
16                       _____
                         Roxanne Easterwood, RPR
17                       My Commission Expires
                         February 1, 2015
18
```