BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX )
  PRODUCTS LIABILITY LITIGATION )
                                                                 ) MDL NO. 1657
                                                                 )
                                                                 ) SECTION: L
THIS DOCUMENT RELATES TO: )
PATRICIA SANDERS #05-6198 )

## DEFENDANT SAINT LOUIS CONNECTCARE'S MOTION FOR LEAVE

Defendant Saint Louis ConnectCare respectfully moves this Court for leave to file their Reply to Plaintiff Patricia Sanders' Response to Defendant's Motion to Dismiss. In support of this Motion, Defendant Saint Louis ConnectCare states as follows:

1. On or about May 22, 2006, Defendant Saint Louis ConnectCare served is Motion and Memorandum of Law in Support of Defendant Saint Louis ConnectCare's Motion to Dismiss Pursuant to § 538.225 R.S.Mo. and for Failure to State a Claim.

2. Pursuant to Pre-Trial Order No. 17, Defendants are allowed to reply to said responses in 10 days after service of the Response.

3. Since this Motion to Dismiss discusses issues regarding Missouri law, Defendant Saint Louis ConnectCare requests the opportunity to reply to Plaintiff Response to Defendant's Motion to Dismiss and provide the Court with additional guidance regarding Missouri law.

WHEREFORE, Defendant Saint Louis ConnectCare respectfully moves this Court for leave to file a Reply to Plaintiff Patricia Sanders' Response to Defendant Saint Louis ConnectCare's Motion to Dismiss.

/s/ Tricia J. Mueller
Michael J. Smith   #56862
Tricia J. Mueller   #498719
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
Telephone: (314) 621-2939
Facsimile: (314) 621-6844
msmith@lashlybaer.com
tmueller@lashlybaer.com

Attorneys for Defendant
Saint Louis ConnectCare

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically this 26th day of June, 2006 to:

Kara Lindsay Rakers
Keith D. Short
Robert D. Rowland
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
*Attorneys for Plaintiff*

Grant Kaiser
The Kaiser Firm, LLP
8441 Gulf Freeway, Ste. 600
Houston, TX 77017-5001
*Attorneys for Plaintiff*

Dan H. Ball
Bryan Cave, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
*Attorneys for Merck & Co., Inc.*

I hereby certify that the above and foregoing *Defendant Saint Louis ConnectCare's Motion for Leave* has been served on Liaision Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis

File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of June, 2006.

/s/ Tricia J. Mueller