BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO. 1657 |
| ) | |
| ) | SECTION: L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Eldon E. Fallon |
| PATRICIA SANDERS #05-6198 ) | |

### ORDER

Defendant Saint Louis ConnectCare's Motion for Leave to file a Reply is hereby granted by this Court.

SIGNED AND ENTERED on this ____ day of _____, 2006.

_____
Presiding Judge