BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                )
  PRODUCTS LIABILITY LITIGATION  )
                                            )   MDL NO. 1657
                                            )
                                            )   SECTION: L
THIS DOCUMENT RELATES TO:    )
PATRICIA SANDERS #05-6198    )

### DEFENDANT SAINT LOUIS CONNECTCARE'S
### MOTION TO REQUEST ORAL ARGUMENT VIA TELEPHONE

COMES NOW Defendant Saint Louis ConnectCare, by and through counsel, and for its Motion to Request Oral Argument Via Telephone for its Motion to Dismiss Pursuant to § 538.225 R.S.Mo. for Failure to State a Claim, states as follows:

1. On or about May 22, 2006 Defendant Saint Louis ConnectCare filed a Motion to Dismiss (Rec. Doc. 488).

2. Because this Motion involves complex issues which seek dismissal, oral arguments are requested.

3. Defendant Saint Louis ConnectCare's counsel as well as Saint Louis ConnectCare reside in St. Louis, Missouri. As such, counsel for Defendant Saint Louis ConnectCare will have to travel to New Orleans, Louisiana to attend oral arguments.

4. Since it is believed that Saint Louis ConnectCare does not have a lawful claim against it, Defendant Saint Louis ConnectCare's counsel is requesting that this Court allow them to attend oral arguments by telephone to reduce the cost of this litigation for Saint Louis ConnectCare.

WHEREFORE, Defendant Saint Louis ConnectCare hereby requests an Order from this Court granting its Motion to Request Oral Argument Via Telephone at the Court's earliest convenience.

/s/ Tricia J. Mueller
Michael J. Smith        #56862
Tricia J. Mueller       #498719
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
Telephone:  (314) 621-2939
Facsimile:  (314) 621-6844
msmith@lashlybaer.com
tmueller@lashlybaer.com

Attorneys for Defendant
Saint Louis ConnectCare

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically this 26th day of June, 2006 to:

Kara Lindsay Rakers
Keith D. Short
Robert D. Rowland
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
*Attorneys for Plaintiff*

Grant Kaiser
The Kaiser Firm, LLP
8441 Gulf Freeway, Ste. 600
Houston, TX  77017-5001
*Attorneys for Plaintiff*

Dan H. Ball
Bryan Cave, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
*Attorneys for Merck & Co., Inc.*

2

3

I hereby certify that the above and foregoing *Defendant Saint Louis ConnectCare's Motion to Request Oral Argument Via Telephone* has been served on Liaision Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of June, 2006.

/s/ Tricia J. Mueller