BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                    )
  PRODUCTS LIABILITY LITIGATION     )
                                  )     MDL NO. 1657
                                  )
                                  )     SECTION:  L
THIS DOCUMENT RELATES TO:          )
PATRICIA SANDERS #05-6198             )

## NOTICE OF HEARING

Please take notice that the undersigned shall call up for hearing Defendant St. Louis ConnectCare's Motion to Dismiss Pursuant to § 538.225 R.S.Mo. and for Failure to State a Claim via telephone, at the Court's earliest convenience and pursuant to Order dated _____, 2006.

<table>
<tr><td>/s/ Tricia J. Mueller</td><td></td></tr>
<tr><td>Michael J. Smith</td><td>#56862</td></tr>
<tr><td>Tricia J. Mueller</td><td>#498719</td></tr>
<tr><td>LASHLY &amp; BAER, P.C.</td><td></td></tr>
<tr><td>714 Locust Street</td><td></td></tr>
<tr><td>St. Louis, Missouri 63101</td><td></td></tr>
<tr><td>Telephone:  (314) 621-2939</td><td></td></tr>
<tr><td>Facsimile:  (314) 621-6844</td><td></td></tr>
<tr><td>msmith@lashlybaer.com</td><td></td></tr>
<tr><td>tmueller@lashlybaer.com</td><td></td></tr>
</table>

Attorneys for Defendant
Saint Louis ConnectCare

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically this 26th day of June, 2006 to:

Kara Lindsay Rakers
Keith D.  Short
Robert D. Rowland
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
*Attorneys for Plaintiff*

Grant Kaiser
The Kaiser Firm, LLP
8441 Gulf Freeway, Ste. 600
Houston, TX  77017-5001
*Attorneys for Plaintiff*

Dan H. Ball
Bryan Cave, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
*Attorneys for Merck & Co., Inc.*

I hereby certify that the above and foregoing *Reply to Plaintiff's Response to Defendant Saint Louis ConnectCare's Motion to Dismiss* has been served on Liaision Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of June, 2006.

/s/ Tricia J. Mueller