Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

[13:19] - [14:1]   2/25/2005   Susan Baumgartner

```
page 13
19       Q.      Why don't you give us a brief
20   overview of your education.
21       A.      I have a Doctor of Pharmacy and a
22   Master's of Business Administration from the
23   University of Florida.
24       Q.      Both degrees are from the University
25   of Florida?
page 14
1        A.      They are.
```

[24:9] - [24:20]   2/25/2005   Susan Baumgartner

```
page 24
9        Q.      Let me ask you this.  Was another
10   part of your job to neutralize doctors who had
11   spoken against Vioxx?
12       A.      Part of my responsibility was to
13   develop advocates for the product, and in doing so,
14   we identified a number of individuals who had
15   misinformation, had incomplete information or a lack
16   of information and were not supportive of Merck or
17   Vioxx and may have been supporters of Celebrex at
18   the time.  And my responsibility was to provide
19   those individuals with accurate information and
20   bring them to a more neutral or a balanced position.
```

*[Handwritten annotation: π obj. = Non-responsive to the question asked]*

[88:6] - [88:19]   2/25/2005   Susan Baumgartner

```
page 88
6        Q.      Let me ask you this.  Would it be
7    part of your job to neutralize a doctor who was
8    hostile to Merck and to Vioxx by giving them money
9    to change their attitude?
10       A.      No.  It would not be a part of my
11   job.
12       Q.      Why?
13       A.      Because that's not the way we conduct
14   business.
15       Q.      Would it be wrong to do that?
16       A.      Yes.
17       Q.      It would not meet the company
18   standards?
19       A.      Correct.
```

*[Handwritten annotation: π obj = 401/402 403-Prejudicial]*

[89:11] - [90:2]   2/25/2005   Susan Baumgartner

```
page 89
11       Q.      What was your job duty with regard to
12   neutralizing physicians?
13       A.      My involvement with regard to those
14   physicians that we discussed was to collect the
15   information that was sent from the sales
16   representatives and our health science associates
17   who were interacting with these individuals on a
18   regular basis and to try to understand why these
19   individuals were not at a neutral or balanced
20   position with regard to the product.  And to the
21   extent that I could collect that information and do
22   what we could to communicate balanced information to
23   those individuals or put them in touch with
24   individuals within the company or --
25       Q.      Was part of your job to consider
page 90
1    giving funding to the doctors or the hospitals or
2    the universities that they were affiliated with?
```

*[Handwritten annotation: π obj = Nonresponsive]*

Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

[91:4] - [91:9]        2/25/2005    Susan Baumgartner

```
page 91
 4                  THE WITNESS:  We had policies and
 5   procedures in place for how we provide funding such
 6   as in the form of grants, and we have a separate
 7   department that handles that and evaluates grant
 8   proposals that are submitted by institutions or
 9   individuals.
```
*[annotation: Same obj.]*

[167:18]               2/25/2005    Susan Baumgartner

```
page 167
18                     identification.)
```
*[annotation: irrelevant, doesn't correspond w/ π designation]*

[177:18] - [177:19]    2/25/2005    Susan Baumgartner

```
page 177
18          Q.       In this document, that's your number
19   one mission; correct?
```
*[annotation: incomplete designation, if allowed, need more for completeness/fairness]*

[177:22] - [178:1]     2/25/2005    Susan Baumgartner

```
page 177
22                  THE WITNESS:  You asked me about job
23   duties.  My job duties are listed below the ongoing
24   duties of the brand team, and the word "pain"
25   appears in our first strategic objective, which was
page 178
 1   my duty to communicate information about.
```
*[annotation: non-responsive]*

[219:25] - [220:4]     2/25/2005    Susan Baumgartner

```
page 219
25          Q.       Is it wrong for Merck to promise
page 220
 1   trips to Hawaii or a five-day international trip in
 2   order to induce or entice a doctor such as Dr.
 3   Dillin to change his position from anti-Vioxx to
 4   neutral?
```
*[annotation: π obj = non-responsive, motion to strike made at depo]*

[220:7] - [220:13]     2/25/2005    Susan Baumgartner

```
page 220
 7                  THE WITNESS:  It's -- I'm limited to
 8   my experience with --
 9   BY MR. ROBINSON:
10          Q.       Is it right or wrong?
11          A.       I've never seen a meeting conducted
12   for that purpose, and the consultants meetings that
13   I'm aware of were used for market research.
```

[225:21] - [225:24]    2/25/2005    Susan Baumgartner

```
page 225
21          Q.       Was that part of your attempt to give
22   information to doctors when you were neutralizing
23   physicians, that you would discredit some doctors as
24   well?
```

[226:2] - [226:3]      2/25/2005    Susan Baumgartner

```
page 226
 2                  THE WITNESS:  I'm not familiar with
 3   instances where Merck discredited individuals.
```

Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

[260:19] - [260:22]  2/25/2005  Susan Baumgartner

```
page 260
19       Q.      It doesn't say "agree"; correct?
20       A.      No.  But you asked me what I meant by
21  that or what I thought was meant by that previously,
22  and --
```

π obj.= Non-responsive

[567:25] - [568:9]  3/11/2005  Susan Baumgartner

```
page 567
25       Q.      I want to ask you some questions
page 568
1   about Plaintiff's counsel's examination regarding
2   threatening -- Merck threatening physicians.  Do you
3   recall that?
4        A.      Yes.
5        Q.      And Plaintiff's counsel asked you
6   questions regarding whether or not certain
7   statements in your own view constituted threats to
8   physicians.  Do you recall that?
9        A.      Yes.
```

611, π obj = leading

[568:11] - [568:13]  3/11/2005  Susan Baumgartner

```
page 568
11  BY MR. TSOUGARAKIS:
12       Q.      And what was your opinion as to
13  whether or not those constituted threats?
```

π obj =
401/402 - irrelevant
403 - prejudicial
611 - overbroad, calls for narrative

[568:15] - [569:4]  3/11/2005  Susan Baumgartner

```
page 568
15               THE WITNESS:  They were so far from
16  the reality of what I saw in terms of Merck
17  personnel interacting with physicians, it wasn't
18  consistent with my experience.  I have not seen or
19  heard about Merck personnel threatening physicians.
20  And that's all I thought about.
21  BY MR. TSOUGARAKIS:
22       Q.      To your knowledge, did you or anyone,
23  to your knowledge, at Merck threaten physicians?
24       A.      No.
25       Q.      We also heard a lot in your testimony
page 569
1   about the word neutralize.  Can you explain to the
2   ladies and gentlemen of the jury what you meant when
3   you used the word neutralized in those documents
4   that you offered?
```

π obj = Compound, Calls for speculation, lack of foundation

π obj = 611 - Calls for narrative, overbroad, 401/402, 403 - prejudicial

[569:6] - [569:24]  3/11/2005  Susan Baumgartner

```
page 569
6                THE WITNESS:  Neutralize refers to
7   bringing physicians to a more neutral or balanced
8   position.  We identified selected individuals,
9   selected physicians, who either had misinformation
10  or lack of information, incorrect information, and
11  presented those individuals with accurate and
12  balanced information about the product in an effort
13  to bring them to a more neutral or balanced
14  position.
15  BY MR. TSOUGARAKIS:
16       Q.      Did you ever pay physicians to change
17  their minds about Vioxx?
18       A.      No.
19       Q.      Did you ever pay physicians to
20  improperly influence them?
21       A.      No.
22       Q.      During the course of your deposition,
```

Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

```
                      23  did you feel that that is what Plaintiff's counsel
                      24  was accusing you of doing?
```

Π obj = 401/402 - irrelevant, 403 - prejudicial, 611 - leading

[570:1] - [572:5]     3/11/2005    Susan Baumgartner
```
page 570
 1                    THE WITNESS:  Yes.
 2  BY MR. TSOUGARAKIS:
 3       Q.       And how did those accusations make
 4  you feel?
 5       A.       They were offensive.
 6       Q.       And why is that?
 7       A.       Because that was not what we were
 8  doing.  It's in no way reflective of what I saw or
 9  what the company did during that period.
10       Q.       During the time that you had
11  responsibility for Vioxx, did you become aware of
12  the VIGOR results?
13       A.       Yes.
14       Q.       And could you tell the jury what the
15  results of the VIGOR trial were?
16       A.       The VIGOR trial demonstrated that
17  Vioxx was associated with less stomach problems than
18  naproxen and those stomach problems included
19  perforations, ulcers, bleeds and obstructions.  And
20  the other result from VIGOR was that naproxen was
21  associated with fewer heart attacks than Vioxx
22  because it behaved like aspirin.  It was
23  cardioprotective in that study.
24       Q.       Did you believe, when you received
25  the VIGOR results, that Vioxx caused heart attacks?
page 571
 1       A.       No, I did not.
 2       Q.       Did anybody, to your knowledge, at
 3  Merck believe that Vioxx caused heart attacks?
 4       A.       No.
 5       Q.       What was your basis for your belief
 6  that Vioxx did not cause heart attacks?
 7       A.       Our researchers at Merck.
 8  Individuals who studied the data that was available
 9  had concluded that Vioxx did not cause heart
10  attacks.  We had data supporting the safety of
11  Vioxx, the cardiovascular safety profile of Vioxx
12  relative to placebo and non-naproxen NSAIDS.  And
13  the reason for the results in the view of the MRL
14  researches who evaluated that information,
15  physicians, was that the reason for the difference
16  in heart attacks in the VIGOR study was due to the
17  cardioprotective effects of naproxen.
18       Q.       That was the explanation provided by
19  the scientists at MRL?
20       A.       Correct.  But that was also confirmed
21  in my interactions with physicians in various
22  specialties as part of the work that I did in
23  understanding what the perspectives of the medical
24  and scientific community were.  The consensus from
25  those meetings was consistent with MRL's
page 572
 1  interpretation of the data or our researchers --
 2  interpretation of the data by our researchers at
 3  Merck.  So the consensus from the physicians that we
 4  spoke with in the community was that Vioxx did not
 5  cause heart attacks.
```

Π obj = 401/402 - irrelevant, 403 - prejudicial, 611 - leading, overbroad, calls for narrative

Π obj = assumes facts not in evidence, calls for narrative, lack of foundation, calls for expert testimony, hearsay

Π obj = 401/402 - irrelevant, 403 - prejudicial, goes to ultimate issue of trial

- speculation, foundation

Π obj = 611 - calls for narrative, overbroad, 401/402, misstates the evidence, speculation, foundation, 403, hearsay

- also non-responsive, improper narrative by witness

[252:1] - [252:24]    9/30/2005    Susan Baumgartner
```
page 252
 1       Q.      And you weren't involved in
 2  trying to intimidate doctors that said
 3  that Vioxx had the potential to kill
```

See next pg.

Issues Report [Susan Baumgartner]

- **Merck's Counter Designations**

```
                    4    people?  You were not one of the people
                    5    involved in intimidating those people by
                    6    doing things like calling their
                    7    department heads and discrediting them?
                    8    You never discredited a doctor?
                    9        A.   I was definitely not
                   10    involved in anything like that.  I never
                   11    participated in intimidation.  I never
                   12    saw anybody at Merck participate or hear
                   13    anybody at Merck.  In fact, the first
                   14    time I read it was when I read this
                   15    letter in a deposition.  I had not seen
                   16    this letter previously or heard reports
                   17    such as this.
                   18        Q.   So, you've never -- you
                   19    never were involved in intimidating Dr.
                   20    McMillen or Dr. Petri, some of the people
                   21    in that letter, or Dr. Simon or Dr.
                   22    Singh?  It's your testimony as you sit
                   23    and tell this jury right now, you were
                   24    not involved in any process to try to
```

Handwritten annotation: π obj = compound question, leading, calls for narrative, overbroad; also witness responses are non-responsive

[253:1] - [253:5]    9/30/2005    Susan Baumgartner

```
              page 253
                 1    intimidate those doctors?  Is that what
                 2    you're telling us?
                 3        A.   I was never involved in any
                 4    process to intimidate any physician, nor
                 5    was I aware of that occurring.
```

[498:2] - [501:12]    9/30/2005    Susan Baumgartner

```
              page 498
                 2        Q.   Okay, Ms. Baumgartner, you
                 3    are on camera.  I'm George Tsougarakis.
                 4    I think everybody in the room would agree
                 5    it is a good thing that I'm not on
                 6    camera, but you should address your
                 7    remarks to the camera.  I represent Merck
                 8    & Company, and I'm going to ask you a few
                 9    questions.
                10            Let's begin by introducing
                11    yourself to the jury.  Can you tell the
                12    jury where you were born and raised?
                13        A.   My name is Susan Lynn
                14    Baumgartner.  I was born in DeLand,
                15    Florida and raised in Gainesville,
                16    Florida where I went to high school at
                17    would Buchholz High School.
                18            Spent a couple of years
                19    doing prepharmacy work at the University
                20    of Florida in Tampa, Florida, and then
                21    did five years of work to obtain my
                22    Doctor of Pharmacy degree and Master of
                23    Business Administration degree from the
                24    University of Florida in Gainesville.
              page 499
                 1        Q.   Can you tell the jury what
                 2    year you graduated with your joint degree
                 3    in pharmacy and your M.B.A.?
                 4        A.   I graduated in 1996.
                 5        Q.   In 1996, did you become
                 6    employed?
                 7        A.   I did.  In August of 1996, I
                 8    was employed by Merck & Company.
                 9        Q.   Can you tell the jury a
                10    little bit about -- firstly, why did you
                11    choose a career in pharmacy?
                12        A.   The main reason I chose a
```

Handwritten annotations: atty colloquy; irrelevant

Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

```
              13      career in pharmacy is that my father is a
              14      pharmacist, and I wanted to follow in his
              15      footsteps.  I wanted to be involved in
              16      healthcare because I believe it's an
              17      important part of life, and I believe
              18      pharmacy is a very noble profession.
              19           Q.     Can you tell the jury in
              20      1996 when you graduated with your degree
              21      in pharmacy and your M.B.A., how is it
              22      that you became employed by Merck?
              23           A.     I was actually recruited by
              24      an individual within Merck who was aware
         page 500
              1       of the dual Doctor of Pharmacy and Master
              2       of Business Administration degree
              3       program, and asked one of my teachers at
              4       the time about -- one of the faculty
              5       members there about the program.  I
              6       talked with them, I had a number of
              7       different opportunities that I was
              8       exploring and did a lot of research about
              9       the company and talked with a lot of
              10      different individuals who had experiences
              11      with the company, and I felt it was a
              12      great opportunity.
              13           Q.     Can you tell the jury when
              14      you were researching what issues were
              15      important to you in choosing a career?
              16           A.     It was important to me that
              17      I was with a company that had ethics and
              18      values that were similar to my own.  I
              19      had just finished training as a
              20      pharmacist, so, it was important that the
              21      company had good products that
              22      represented medical advances and
              23      breakthroughs.  It was important to me
              24      how they communicated information about
         page 501
              1       the products and the use of their
              2       products to produce good outcomes in
              3       patients.  And their financial
              4       information was very good.  Their
              5       opportunities in terms of career were
              6       good as well.  And their reputation and
              7       scientific integrity and everything they
              8       stood for was also very strong.
              9            Q.     Can you tell the jury what
              10      you learned in your research about
              11      Merck's ethics in the scientific
              12      integrity?

[501:20] - [501:23]    9/30/2005   Susan Baumgartner
         page 501
              20           A.     I learned that Merck's
              21      mission from the very beginning was to
              22      help patients, and their ethics were very
              23      strong.  They did the right thing.

[503:12] - [508:18]    9/30/2005   Susan Baumgartner
         page 503
              12                THE WITNESS:  The decisions
              13           that were made, I felt, were
              14           consistent with values, scientific
              15           integrity, presenting information
              16           to allow prescribers to make
              17           decisions, making decisions with a
              18           patient in mind.  Those were all
              19           very important to me, and I felt
```

Handwritten annotations:
- Π obj = irrelevant, waste of time
- Π obj = 401/402 & 403 irrelevant, waste of time
  - also witness' responses are non-responsive
  - 404/405 - improper character evidence
- Π obj = 401/402 & 403 irrelevant, prejudicial, testimony is the subject of currently pending motion in limine #4 re: Δ reputation or "good acts"
  - leading, calls for narrative, overbroad
  - 404/405 - improper character evidence

Issues Report [Susan Baumgartner]

• **Merck's Counter Designations**

*Same obj. as above*

```
20              Merck exemplified that.
21         BY MR. TSOUGARAKIS:
22              Q.   How was your experience at
23         Merck compared to the research you did
24         before you joined Merck?
page 504
1               A.   My experience with Merck has
2          been very positive, and it has exceeded
3          the expectations that I had before I came
4          in to the company.
5               Q.   When did you first get
6          responsibility for Vioxx?
7               A.   I joined the market
8          integration team for Vioxx in the middle
9          of 1998.
10              Q.   How many years of experience
11         did you have at Merck when you joined the
12         marketing team for Vioxx?
13              A.   Just under two years --
14         well, just under two years.
15              Q.   During the time you had
16         responsibility for marketing of Vioxx,
17         who was the most junior member of that
18         team?
19              A.   I was.
20              Q.   How many people reported to
21         you, Ms. Baumgartner, when you were on
22         the marketing team for Vioxx?
23              A.   No individuals reported to
24         me.
page 505
1               Q.   Can you tell the jury what
2          your responsibilities were for Vioxx
3          while you were on the marketing team?
4               A.   My responsibilities included
5          interacting with physicians, and the
6          majority of my time was spent in
7          coordinating advisory board meetings and
8          consultant meetings.  And by that I mean
9          setting up the logistics of those
10         programs, putting together agendas,
11         inviting presenters or Merck scientists
12         or external physicians and thought
13         leaders to present information at those
14         meetings, and inviting physicians to
15         those meetings and facilitating the
16         gathering of the information and the
17         reporting of the data within Merck.
18         Those meetings were primarily designed to
19         understand the perspective of physicians,
20         understand what they thought.  We had a
21         product that we were marketing and
22         communicating information about.  We
23         wanted to understand how physicians were
24         receiving it and what they thought of it,
page 506
1          and so we brought groups together.  And
2          my role was around the things -- the
3          activities that I mentioned in putting
4          together those meetings.
5               Q.   I want to be very clear as
6          to your role.
7                    Can you tell the ladies and
8          gentlemen of the jury, when putting
9          together those consultant meetings and
10         advisory board meetings, what exactly it
11         is that you did?
12              A.   When organizing the
13         meetings, I usually worked with a
14         third-party company to help with some of
```

π obj = Cumulative,
asked + answered;
401/402
403 - waste of time