you?

SB 24905 249:5-249:10

Same as above

THE WITNESS: I didn't call them that.
BY MR. PAPANTONIO:
Q. Well, did you write back and say, why are we calling these guys bad guys?

SB 24913 249:13-250:7

THE WITNESS: I don't remember.
BY MR. PAPANTONIO:
Q. It's to you, Susan Baumgartner. Do you see that at the top?
A. I do see that.
Q. Do you remember me asking you whether two years before Dr. Fries, two years before Dr. Fries wrote this letter where he's complaining about Merck employees intimidating doctors, two years before, Susan Baumgartner, together with
250: Page 250
McKines, together with Sherwood had started a plan to intimidate doctors that were saying that Vioxx was dangerous. And you said that never happened; right?
A. That did not happen. There was no plan to intimidate physicians, nor was that an activity that we undertook.

SB 25112 251:12-251:15

Q. Would you underline the bad guys list? Where is the bad guys list? Do you have it today? Where do we find this bad guys list that was put together?

SB 25119 251:19-251:24

Q. The bad guys list.
A. I don't know. That doesn't sound like something that I had.
Q. You didn't have a bad guys list?
A. I didn't call it that.

SB 26603 266:3-266:7

Irvin II - objection overruled

Δ objection - 401, 402, 403 testimony on the neutralize issue w/ "discredit" is irrelevant here. also sarcastic and argumentative

Π response - already overruled. Appropriate cross-examination. Credibility

Q. While he's putting 415 up, there was a list of 36 doctors that you were asked to help neutralize; is that correct? 36 physicians that you were asked to help neutralize? Yes or no?

SB 26610 266:10-267:16

THE WITNESS: There were 36 physicians that were identified or 37 that were identified who were

not in a neutral or balanced position with regard to the product.

BY MR. PAPANTONIO:

Q. Well, let's read it. Since now you're telling us "neutralize" means you want to go help people, this document says "The team identified 36 physicians."

MR. PAPANTONIO: Please highlight that, bring that down. I want it to be very clear. We're talking about 36 physician to

267: Page 267

neutralize.

BY MR. PAPANTONIO:

Q. "The team identified 36 physicians (nine of whom are national thought leaders) who initially met these criteria. The attached document provides a comprehensive list of the physicians who were originally identified, including a brief situation analysis and recommended next steps for each."

Did you write those words? That's my only question. Did Susan Baumgartner write those words in 1999? Yes or no?

A. I think I did, if they're included in my memo.

SB 26817 268:17-268:22

Q. Underneath Dr. McMillen's name the word appears "Discredit"? Do you see that? Who was supposed to discredit Dr. McMillen? In your organization, who was there to discredit Dr. McMillen?

SB 26901 269:1-270:5

THE WITNESS: I don't know of anyone within the organization that would discredit a physician.

BY MR. PAPANTONIO:

Q. No. Because you were asked to do it, weren't you, Ms. Baumgartner?

A. I was not asked to discredit Dr. McMillen, nor do I know exactly what that would mean.

Q. Well, no. You don't know what "discredit" means?

A. I know in the definition sense, but I'm not sure how a pharmaceutical company or an individual within a pharmaceutical company could discredit a physician.

Q. Well, you wrote it, so, you tell me. Why don't you tell me what you meant when you put down "discredit" if you didn't know what it meant?

A. I do not know. This information was compiled from input from

Same as above

our health science associates and our
specialty representatives, and I'm not
Page 270
sure what that means.
Q. You don't know what
"discredit" means?
A. In the sense that it's used
here, no.

Same as above

SB 27104 271:4-271:18

Q. What does "discredit" mean,
ma'am, to you? You've given me a
definition -- let's see your definitions.
We've asked you what the
definition of "threat" is, and you said
that means inconsistent. We've asked you
what the definition of "bought" is, you
remember that, and you said that means
that the FDA agreed with us. We've asked
you what the term "neutralization," to
"neutralize" means and you said that
means we're going to help the doctors.
So, tell me, is this word "discredit," is
there something I don't understand about
the word "discredit"?

SB 27121 271:21-272:2

THE WITNESS: I'm letting
you know the context with which we
use these words within the Merck
organization and e-mails and
Page 272
discussions, and that's the
definition.

SB 27306 273:6-273:9

Q. When we're talking about a
list of bad guys, is there some
scientific term that attaches to "bad
guys"?

SB 27312 273:12-274:7

THE WITNESS: That is not a
familiar term to me. It's not one
that we used often, or I can't
remember any other instances where
it was used aside from the
document that you showed me, and I
couldn't really recall that. But
things like "neutralize,"
"threat," are used in marketing,
they're used in the pharmaceutical
industry, they're used in the
company to mean certain things
that may be different than the
Page 274
actual definition in a dictionary.
BY MR. PAPANTONIO:
Q. So, when we talk about a

threat within Merck, it means something different from what someone listening to the video may understand "threat" to mean?

Same as above.

SB 27411 274:11-275:7

Q. Is there a special vernacular for "threat"?
A. There's a special vernacular for work that we do, and our internal communications, we use shorthand, we use industry-specific terms, we use marketing-specific terms that may be different than the way you or I would interpret other things outside of the industry.
Q. How about "bought"? When you said the FDA bought the naproxen argument, does that have a special meaning within the world of pharmacy?
Page 275
A. The way that I communicated, I thought it meant was around the FDA agreeing to that information.
Q. Okay. So, tell us what "discredit" means in the world of pharmacy. What special meaning does discredit have?

SB 27510 275:10-275:10

THE WITNESS: I do not know.

Total Length - 00:31:49