816371v.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0485 | * | |
| GERALD D. BARNETT, | * | MAGISTRATE JUDGE<br>KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Supplemental Memorandum in Support of its Motion for an Order Excluding the Testimony of Richard M. Kapit, M.D. (Expert Challenge No. 10),

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Supplemental Memorandum in Support of its Motion for an Order Excluding the Testimony of Richard M. Kapit, M.D. (Expert Challenge No. 10).

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
DISTRICT JUDGE