

Jun 1 2006
5:39PM

# Risk of Thrombotic Cardiovascular Adverse Events
# with Rofecoxib

A Report Prepared for

Merck & Co.

KyungMann Kim, Ph.D.
June 1, 2006

1/40



EXHIBIT

A

## 1.    Qualifications

I received my Ph.D. in Statistics from the University of Wisconsin-Madison in 1985. I am currently Professor of Biostatistics and Statistics and Associate Chair of the Department of Biostatistics and Medical Informatics at the University of Wisconsin-Madison and Director of Biostatistics Shared Resource and Co-director of Clinical Research Central Office at the University of Wisconsin Comprehensive Cancer Center. Prior to my current appointment, I was Assistant and Associate Professor of Biostatistics at Harvard University and Dana-Farber Cancer Institute (1988-1995), Visiting Associate Professor of Ophthalmology at Johns Hopkins University (Spring of 1995), and Associate Professor of Biostatistics at the University of Michigan and Director of Biostatistics at the University of Michigan Comprehensive Cancer Center (1995-1997).

I am an elected fellow of the American Statistical Association. Since 2000, I have been serving as an associate editor for *Biometrics*, an official journal of the International Biometric Society, which publishes many cutting-edge statistical methods for clinical trials. I also serve frequently as a referee for major statistical and clinical journals. Last year I served as a reviewer of an Institute of Medicine report on a very controversial AIDS clinical trial in Uganda. I was the chair of the Program Committee for the 27th Annual Meeting of the Society for Clinical Trials in 2006. I am very active in several professional organizations serving on student scholarship award committees.

I was a member of the Lung Cancer Concept Evaluation Panel of the Division of Cancer Treatment and Diagnosis, National Cancer Institute (NCI) (1999-2002), reviewing protocol concepts for all NCI-sponsored phase III randomized, controlled trials in lung cancer. I was a member of Subcommittee E on Cancer Epidemiology, Prevention and Control, NCI Initial Review Group (2001-2005), reviewing program project grant and large research project grant applications. I was a member of the Autoimmune Diseases Data and Safety Monitoring Board, National Institute of Allergy and Infectious Diseases (NIAID) (2000-2004) and have been serving as a member of the HIV/AIDS Therapeutic

M006E17754

Trials Data and Safety Monitoring Board, NIAID since 1998. I have served and am serving on a number of data monitoring committees of NIH, Department of Veterans Affairs and industry-sponsored clinical trials in cancer, autoimmune diseases, growth hormone deficiency syndrome, cardiovascular diseases including chronic heart failure, migraine, osteoporosis, and osteoarthritis, both as a member and a chair. Recently I have been appointed to serve on the Human Studies Review Board of the U.S. Environmental Protection Agency (EPA). This is a newly established Federal Advisory Committee to provide advice and recommendations to EPA on scientific and ethical issues in intentional human dosing studies for EPA regulatory purposes.

At the University of Wisconsin-Madison, I regularly teach graduate courses on statistical methods for clinical trials (Statistics 641) and for epidemiologic studies (Statistics 642), among others and supervise Statistics graduate students on their Ph.D. thesis dissertation. I have participated as a faculty in the annual Workshop on Methods for Clinical Trials Research organized jointly by the American Association for Cancer Research and the American Society for Clinical Oncology since 2004. I have given a number of short courses on sequential methods for clinical trials in the U.S. (Boston, MA, King of Prussia, PA, and St. Pete's Beach, FL) and Europe (Barcelona, Spain and Leuven, Belgium) and have participated in workshops on clinical trials methods as a faculty in the U.S., Hong Kong, Korea and Scotland. As such I am very knowledgeable about clinical trials and epidemiologic studies. In fact my entire professional career as a statistical scientist has revolved around clinical trials in a variety of diseases since 1985.

### Experience with COX-2 Inhibitors

Of note, I initially served as a paid statistical consultant to then G. D. Searle/Pharmacia for the Adenoma Prevention with Celecoxib (APC) study during July 2000-February 2001 and as an independent statistician for the APC study in support of its data and safety monitoring board and in preparation of the primary publication during March 2001-January 2006. My effort was compensated by a subcontract to the University of

M006E17755

Wisconsin-Madison from the Strang Cancer Prevention Center, a New York institution with the NCI contract for the APC study. Because of this involvement, I have been following the literature on COX-2 inhibitors and non-selective non-steroidal anti-inflammatory drugs (NSAIDs) very closely from 2000 as a statistical scientist.

In what follows, I have summarized some of the essential characteristics of randomized, controlled trials (RCTs) in drawing causal inferences regarding the effect of treatment on the observed outcomes and highlighted the strengths of RCTs and the limitations of observational studies. Also I have summarized my review of RCTs, systematic reviews and observational studies regarding the risk of thrombotic cardiovascular events associated with rofecoxib and other NSAIDs. Based on my expertise regarding statistical methods for RCTs and observational studies and on my review of the literature on rofecoxib's risk, I provide my conclusions and opinions.

I reserve the rights to revise and supplement my reviews provided in this report.

M006E177S6

## 2.    Preamble on Cause and Effects

### *Randomized, Controlled Trials*

In typical research studies, scientists are interested in understanding or even establishing what may have caused the observed phenomena, i.e., an inference on a causal relationship, otherwise known as the causal inference. In clinical research setting, RCTs have been accepted as the gold standard in establishing risks and benefits of therapy, especially by regulatory agencies such as the U.S. Food and Drug Administration (FDA), the Japanese Pharmaceuticals and Medical Devices Agency, and the European Medicines Agency. In essence, randomized, controlled trials are not very different from other randomized, controlled experiments in biological, physical, and social sciences.

In order to establish a causal relationship between the suspected cause, i.e., treatment, and the effects, i.e., outcomes measured in study participants in the randomized, controlled trials, the experimenter attempts to hold all essential elements of the trials comparable between the comparison groups, including the baseline characteristics of study participants and the way the effects are measured and recorded, with the only exception of treatment given to the comparison groups being different. The treatment is assigned to the comparison groups using a randomization mechanism, in essence very much like tossing a coin, so that subjective manipulation of the treatment assignment is avoided, thus keeping the comparison groups comparable and the statistical comparison unbiased and valid. With the treatment being the only known difference between the comparison groups, it is only logical to conclude that either the nature's chance or the treatment itself has produced the observed difference in the effects between the comparison groups. The statistical hypothesis test with the observed significance level, the so-called $p$-value, is how the nature's chance of producing the observed difference in the effects is quantified using probability under the assumption that the treatment had nothing to do with the observed difference. If this probability is significantly small, generally accepted as one out of 20, the conclusion is drawn that the treatment is the cause of the observed difference in the effects rather than the nature's chance at a significance level of 0.05.

M006E17757

Even with the most rigorous and careful planning of a trial, there is always a possibility that a factor or factors uncontrollable by the trial investigators can produce spurious results, meaning that findings from a single trial may not be definitive. This is precisely the reason why the U.S. Food and Drug Administration often requires two independent trials before it grants marketing approval of a new biopharmaceutical product.[1]

*Relative Risk*

A relative risk is a ratio of risk of an event for one group vs the other. As such, it is a summary of the characteristics of a population rather than the characteristics of an individual. A relative risk for a population is ordinarily given in terms of a point estimate and a 95% confidence interval. There is not certainty as to what the "true" relative risk is within this confidence interval. For example, a relative risk of 1.92 with a 95% confidence interval of 1.19-3.11 (as for all thrombotic events in APPROVe) tells us only that the true relative risk could be as small as 1.19 or as large as 3.11 and does not enable us to assign a probability to either of these two possibilities.

A relative risk for a population can be used as a point estimate of the risk of an individual within that population. But the confidence interval for such an estimate becomes significantly wider for an individual than for the population of patients with those characteristics. This is a mathematical consequence of the calculation of the confidence interval for the predicted relative risk. Therefore even if a relative risk for a population is statistically significant to a 0.05 significance level, it cannot tell you whether the risk for an individual is statistically significant.

---

[1] Food and Drug Administration. Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drugs and Biological Products. May 1998.

MDG6E17758

*Study Population, Pre-specified Endpoints and Statistical Analysis Plans*

As noted above, interpretation of the statistical significance of observed effects, e.g., the relative risk for thrombotic cardiovascular (CV) adverse events (CV/T events) in patients while taking rofecoxib in comparison to controls such as placebo or other NSAIDS, is only scientifically relevant in the setting of how the trial was designed in terms of subject population, pre-specified outcome measures and statistical analysis plans. It is only natural to perform post-hoc analyses to learn as much about the disease and the treatment under investigation as possible. But the findings from these post-hoc analyses can never be interpreted definitively, particularly as a proof of causal inference as they are by definition "data-driven" and only serve as generating hypotheses at best.

Unless there is a strong biological or clinical understanding, findings from a trial in one population of patients cannot be extrapolated to another population of patients. Findings from a trial are only relevant to the study subject population in the trial. For example, findings from a trial in patients with a history of colorectal adenomas in the Adenomatous Polyp PRevention On VIOXX™ (APPROVe) study cannot be readily extrapolated to patients with Alzheimer's disease (AD) and vice versa. This is primarily because these subjects and their conditions have different etiology, which are often unknown.

Scientific interpretation of the results from a trial is most relevant to the pre-specified endpoints of the trial. For example, in discussing CV/T events as a pre-defined and pre-specified endpoint of interest, one can draw scientifically valid conclusion only on CV/T events. Picking out an endpoint from composite endpoints, say myocardial infarction (MI) or stroke from the pre-specified CV/T events, may lead to scientifically invalid and misleading conclusions. This is because the practice is "data-driven" and post-hoc, and thus lessens the statistical validity of the conclusions drawn from such an analysis. Also statistical theory known as multiple comparisons tells us that chance alone will find spurious statistical significance when one looks at each of the component endpoints that make up a composite endpoint.

7/40

MDG6E17759

Another issue critical to the definition of an endpoint is the time frame in which the endpoint is observed. According to Merck's cardiovascular standard operating procedure for CV/T events for rofecoxib, only those CV/T events that were observed within 14 days after going off treatment were considered (R.9).[2] Depending on the time frame, a different number of events will be reported, and subsequently different results are obtained for comparison between randomized treatment groups. By increasing the window of follow-up, one will increase the power of a study by having more events included in the analysis. However, under the assumption that the risk of CV/T events is reduced off treatment, increasing the window of follow-up attenuates the treatment effect on the risk of CV/T events, as seen in the extension results from the APPROVe study reviewed later. Therefore, extending the window of follow-up makes it more likely that an on-drug risk could be obscured.

Any analyses used to draw causal inferences should be clearly specified in a prospective manner in the statistical analysis plans for the trial before the data from the trial are unblinded. Otherwise, one can manipulate the analysis to one's liking, driven by what has been known from the data. This is precisely the reason why the US FDA requires such a statistical analysis plan before randomization is revealed.

*Intent-to-Treat Analysis*

An intent-to-treat analysis refers to a method of data analysis for randomized, controlled trials in which all patients are analyzed according to their randomization, regardless of whether or not they completed or received that treatment.[3] This is considered to be the valid analysis according to two different accounts. The first is according to the statistical

---

[2] Merck & Co. Standard Operating Procedures for the Surveillance, Monotiring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2-Specific Inhibitors. September 3, 1999.

[3] Friedman LM, Furberg CD, DeMets DL. *Fundamentals of Clinical Trials*, 3rd ed. Springer: New York, 1998.

M0006E17760

account. As noted earlier, the basis for the calculation of the observed significance, the so-called p-value, is based entirely on randomization, as Sir Fisher noted in his famous lady tasting tea example. Typical significance tests are known to be equivalent to a randomization test, which provides a basis for calculation of the observed significance, i.e., p-value. The second is based on how clinical care occurs. What the randomized, controlled trial is testing is not the treatment itself, but rather the treatment strategy intended for the study patient population. One telltale sign of an intent-to-treat analysis is that it includes all randomized subjects regardless of whether they were eligible for the study, complied with the protocol therapy, or had protocol violations. In contrast, a subgroup analysis includes only a subset of the intent-to-treat analysis population.

*Subgroup Analysis*

As the word "subgroup" implies, a subgroup analysis refers to an analysis that includes only a subset of the study's intent-to-treat analysis population, i.e., all randomized subjects in a study. For example, an analysis of subjects taking aspirin in the APPROVe study is a subgroup analysis. However, the analysis of the Kaplan-Meier estimates at month 18 in the APPROVe study is not a subgroup analysis as the Kaplan-Meier estimates are based on all randomized subjects in the APPROVe study.

Findings from subgroup analyses are known to be unreliable to draw causal inferences and are hypothesis-generating at best. It is because of the fact that chance alone can produce statistically significant results in a subgroup when there is no difference between randomized treatment groups in the intent-to-treat analysis population.

A case in point is the Prospective Randomized Amlodipine Survival Evaluation (PRAISE I) study, the primary objective of which was to assess the long-term effect of amlodipine on morbidity and mortality among patients with advanced chronic heart failure.[4] In this

---

[4] Packer et al. Effect of amlodipine on morbidity and mortality in severe chronic heart failure. *N Engl J Med* 1996:335;1107-14.

M006E17761

study, the randomization was stratified (thus creating subgroups prospectively) according to whether the cause of left ventricular dysfunction was coronary artery disease (ischemic) or nonischemic dilated cardiomyopathy. The study found a statistically significant etiology (ischemic vs nonischemic) by treatment interaction, a hazard ratio of 1.04 in the ischemic stratum and 0.69 in the nonischemic stratum. When a subsequent study (PRAISE II) was conducted to confirm the benefit of amlodipine in patients with nonischemic cardiomyopathy, it found a relative risk of 1.09, showing no benefit of amlodipine on morbidity and mortality whatsoever. No covariate analysis could explain lack of benefit, contrary to the findings from the subgroup analysis in the PRAISE study. The results from the PRAISE II study have not been published (a publication bias) although its results have been presented at the 49th Scientific Sessions of the American College of Cardiology in 2000.[5]

### Analysis of Long-Term Follow-up Studies

In clinical trials in which an outcome variable is observed more or less instantaneously, the statistical information of the test statistic is proportional to the number of study subjects and it is directly related to the duration of the study in calendar time and the rate by which subjects are enrolled and randomized into the study. However, in clinical trials in which an outcome variable is observed during follow-up as time to event, the statistical information is not directly related to the number of subjects, but rather to the number of events of interest. Therefore, in clinical trials with time to event data or incidence data as the primary endpoint, statistical analysis is dictated not by the calendar time, but by the number of events specified by the experimental design of the trial protocol. Termination of a multi-center clinical trial is a complex process involving coordination of many different activities such as collecting all outstanding data from participating clinical sites, adjudication of events if pre-specified in the trial protocol, notification of clinical sites so that no additional subjects are screened for the trial and local institutional review boards

---

[5] Villnreal et al. Meeting highlights: Highlights of the 49th Scientific Sessions of the American College of Cardiology. *Circulation* 2000;102:e53.

M006E17762

(IRBs), etc. As the time of the target number of events nears, the trial has to decide in advance when the date of data cut-off should be in order to plan and execute the trial termination process described above and when the trial database is locked for release for statistical analysis. The subsequent statistical analysis is based on this locked database according to the agreed dates. Once that date is agreed upon, it is often very difficult to change the course. Deviating from that because of late-arriving data can introduce bias in the analysis that can jeopardize the unbiased interpretation of the results and valid conclusions from the trial.

### Observational Studies

Observational studies, such as case-control studies, cohort studies, and nested case-control studies within cohort studies, also known as case-cohort studies, are inherently deficient relative to randomized, controlled trials in investigating the causal relationship. It is primarily due to its observational nature, i.e., you work with what you access, a serious source of bias, and its inability to produce comparable comparison groups that randomization achieves, thus introducing confounders of effects.

Of course, there are situations where randomized, controlled trials cannot be conducted because of ethical reasons such as in the study of the causal relationship between alcohol use and cirrhosis of the liver. You cannot assign someone to take up drinking just to assess its effect on cirrhosis of the liver. It is unethical and thus scientific untenable.

Because of these deficiencies in observational studies, findings from observational studies cannot be relied upon on their own. They require multiple additional criteria to satisfy before becoming acceptable scientifically.[6] Epidemiological literature is replete with false leads that have baffled the lay public as well as the scientific community.[7] The controversy surrounding hormone replacement therapy is a very well known example.

---

[6] Hill AB. The environment and disease: association and causation? *Proc R Soc Med* 1965; 58:295-300.
[7] Taubes G. Epidemiology faces its limits. *Science* 1995;269:164-9.

M0DSE17763

.

Numerous epidemiological studies supported hormone replacement therapy for post-menopausal women, only for it to be found harmful in randomized, controlled clinical trials.[8,9]

Results from observational studies are oftentimes inconsistent and interpretation difficult due to uncontrolled residual confounding or biases inherent in the design and limitations of data in the studies. This results mainly from the choice of different study populations, outcome measures that are either different or obtained differently, or failure to include confounders to control for possible bias. The net effect of many observational studies has often been creation of more uncertainties and confusion rather than clarification of the issues.

### 3. Review of the Rofecoxib Data

In what follows, I will summarize reported findings regarding CV/T and/or APTC events from randomized, controlled trials of rofecoxib in various indications with placebo, naproxen and other non-selective NSAIDs as controls and two FDA memoranda and one Merck update to FDA regarding rofecoxib and the risk of these events. In order to monitor and adjudicate CV/T and APTC events, Merck introduced in 1998 a standard operating procedure to evaluate and adjudicate these events in all ongoing and future rofecoxib clinical trials. The following table compares the CV/T events and the APTC events.

In addition, I will summarize findings from observational studies in the literature. The material reviewed below is in an approximately chronological order, separately for randomized, controlled trials and overview and observational studies. It is only

---

[8] Hulley et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. *J Amer Med Assoc* 1998;280:605-13.

[9] Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: Principal results from the Women's Health Initiative randomized controlled trial. *J Amer Med Assoc* 2002;288:321-33.

MRK-AAB0047764

approximate because the publication dates or the dates of reports do not necessarily match the dates of data cutoff for the reported analyses.

Serious Adverse Events Included in the Confirmed Thrombotic Cardiovascular Serious Adverse Experience and APTC Combined Endpoints

| Adjudication Committee Categories for Cardiovascular Events | Confirmed Thrombotic Cardiovascular Event | APTC[¹] Combined Endpoint |
|---|---|---|
| **Thrombotic Events** | | |
| **Cardiac Events** | | |
| Acute MI | √ | √ |
| Fatal: acute MI | √ | √ |
| Unstable angina pectoris | √ | |
| Sudden and/or unexplained death | √ | √ |
| Resuscitated cardiac arrest | √ | √ |
| Cardiac thrombus | √ | |
| **Peripheral Vascular Events** | | |
| Pulmonary embolism | √ | |
| Fatal: pulmonary embolism | √ | |
| Peripheral arterial thrombosis | √ | |
| Fatal: peripheral arterial thrombosis | √ | √ |
| Peripheral venous thrombosis | √ | |
| **Cerebrovascular Events** | | |
| Ischemic cerebrovascular stroke | √ | √ |
| Fatal: ischemic cerebrovascular stroke | √ | √ |
| Cerebrovascular venous thrombosis | √ | |
| Fatal: cerebrovascular venous thrombosis | √ | √ |
| Transient ischemic attack | √ | |
| **Hemorrhagic Events** | | |
| Hemorrhagic cerebrovascular stroke[¹] | | √ |
| Fatal: hemorrhagic cerebrovascular stroke[¹] | | √ |
| Fatal: hemorrhagic deaths of any cause | | √ |
| [¹] APTC = Antiplatelet Trialists' Collaboration. | | |
| [¹] These events are included as investigator-reported events but not Confirmed Thrombotic CV events. | | |

*Randomized, Controlled Trials and Overview*

**R.1** Bombadier et al. in *N Engl J Med* 2000 (VIGOR Study in RA)

In the VIOXX™ GI Outcomes Research (VIGOR) study patients were screened and randomized between January 1999 and July 1999 to evaluate whether rofecoxib would be

associated with a lower incidence of clinically important upper gastrointestinal (GI) events than is the non-selective NSAID naproxen among patients with rheumatoid arthritis (RA).  The publication was based on the data from the February 10, 2000 CV events cut-off date and the March 9, 2000 GI events cut-off date.  A total of 8,076 patients who were 50 years of age or older or 40 years of age or older and receiving long-term glucocorticoid therapy and who had RA were randomized to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily.

After a median follow-up of 9.0 months, the study reported similar mortality (0.5% vs 0.4%) and CV death rate (0.2% vs 0.2%) between rofecoxib vs naproxen.  However, it reported a crude relative risk of 4.23 (95% confidence interval (CI) of 1.42-12.6) for MI for rofecoxib (0.4%, 17 MIs) relative to naproxen (0.1%, 4 MIs).

There were three additional cases of MIs reported on rofecoxib after the date of database lock, which were provided to FDA on October 13, 2000.  An FDA analysis was updated in a 2/1/01 FDA memorandum (F.1) based on the database as of 10/13/00. As noted earlier in this report, the reporting of a clinical trial is based on the established dates of data cut-off and of database lock.  This is an unavoidable feature of any clinical trial. However, these additional events do not change the conclusions from the study qualitatively. According to this update, the incidence ratio of MI on rofecoxib 50 mg as compared to naproxen 1,000 mg is 4.25 (1.39-17.37), not different from the earlier crude incidence ratio of 4.23 (1.42-12.6).

While the authors reported the MI endpoint data (which showed a larger potential risk difference), this is a post-hoc endpoint selection.  The pre-specified CV/T endpoint is the best measure from a statistical standpoint.  The relative risk of CV/T events was 2.37 (1.39, 4.00), still statistically significant, as discussed below (F.1).

14/41

MDDGE17765

In summary, after a mean follow-up of 9 months, the risk of CV/T events for rofecoxib 50 mg daily in RA patients was significantly higher than that for naproxen 500mg twice daily.

F.1 February 1, 2001 Memorandum from Shari L. Targum

This memorandum reports on an updated analysis of the VIGOR study with regard to the risk of cardiovascular events with the use of rofecoxib 50 mg daily in RA patients vs naproxen and two other randomized, controlled studies (studies 085 and 090 with NSAID nabumetone and placebo as controls) of rofecoxib 12.5 mg daily in patients with osteoarthritis (OA) of the knee. In addition, it provides an update on a pooled analysis of the phase IIb/III clinical program for rofecoxib in OA patients.

After an average treatment duration of approximately 9 months in the VIGOR study (R.1), there were 64 unadjudicated thrombotic cardiovascular serious adverse events (TCVSAEs) on rofecoxib and 32 such TCVSAEs on naproxen for a relative risk of 2.0 (1.32-3.03); 35 Antiplatelet Trialists' Collaboration (APTC) endpoints (which includes 1) CV, hemorrhagic and unknown deaths, 2) nonfatal MIs and 3) nonfatal strokes) on rofecoxib and 18 APTC endpoint events on naproxen for a relative risk of 1.96 (1.10-3.45); and 45 confirmed and adjudicated TCVSAEs on rofecoxib and 19 such TCVSAEs on naproxen for a relative risk of 2.37 (1.39-4.00).

From the 085 study, two serious CV clinical adverse experiences were reported on rofecoxib and on nabumetone for an incidence ratio of 0.97 (0.14-6.83). From the 090 study, 6, 2 and 1 serious clinical adverse experiences in the CV system were reported on rofecoxib, nabumetone and placebo, respectively, for an incidence ratio of 3.02 (0.61-14.8) for rofecoxib relative to nabumetone and of 3.02 (0.37-24.9) for rofecoxib relative to placebo.

The analysis of the phase IIb/III clinical program for rofecoxib in OA patients reports on the incidence of unadjudicated thrombotic cardiovascular serious adverse events.

15/41

M008E17757

According to the analysis, there were 34 pts with events after 1,657 PYR among 3,357 pts on rofecoxib and 16 pts with events after 706 PYR among 1,564 pts on non-selective NSAIDs for a relative risk of 1.09 (0.60-1.99). Also there were 9 pts with events after 363 PYR among 1,701 pts on rofecoxib and 3 pts with events after 127 PYR among 514 pts on placebo for a relative risk of 1.05 (0.27-4.02).

Qualitatively the VIGOR update does not change the conclusion from the original report by Bombardier et al. (R.1). The 085 study showed a minor reduction of the risk of serious CV clinical experience, whereas the 090 study showed a numerical, but statistically nonsignificant increase in the risk of clinical adverse experiences in the CV system on rofecoxib as compared to nabumetone and placebo.

### R.2 Reicin et al. in *Am J Cardiol* 2002

This is a report of an overview undertaken to compare the risk of CV/T events among 5,435 OA patients receiving rofecoxib, non-selective NSAIDs (diclofenac, ibuprofen or nabumetone) or placebo from eight phase IIB/III trials. There were 3,357 pts with 1,657 PYP and 1,564 pts on with 706 PYR in a rofecoxib vs non-selective NSAIDs comparison and 2,253 pts with 516 PYR and 711 pts with 156 PYR in a rofecoxib vs placebo comparison for a mean follow-up of 3.6-5.9 months. The major outcome measure was investigator-reported CV/T events, with the APTC endpoints as a secondary endpoint.

The relative risk of the investigator-reported CV/T events for rofecoxib was 0.87 (0.48-1.59) as compared to nonselective NSAIDs, and 1.06 (0.34-3.23) for rofecoxib relative to placebo. The relative risk of the APTC endpoints for rofecoxib was 0.69 (0.32-1.54) as compared to non-selective NSAIDs, and 0.70 (0.16-4.17) for rofecoxib relative to placebo (Table 5). There was no excess in myocardial infarctions in the rofecoxib groups compared to either non-selective NSAIDS or placebo (Tables 2 and 3).

In summary, the data reflect no difference in the cv risks between rofecoxib and NSAIDs and between rofecoxib and placebo with short-term use (3.6-5.9 months) of rofecoxib in

M006E17768

/

OA patients. Obviously the effects of the long-term (greater than 12 months) use of rofecoxib in OA patients cannot be assessed from this overview due to an average duration of treatment being mostly less than 6 months.

### R.3 Konstam et al. in *Circulation* 2001

This is a report of an overview of APTC events in 23 phase IIb to V randomized, controlled clinical trials of rofecoxib with placebo, naproxen or other non-selective NSAIDs (diclofenac, ibuprofen or nabumetone) as controls in patients with RA, OA, AD, and chronic low back pain that lasted at least four weeks. The major outcome measure for the overview was the APTC combined endpoint. This overview reports on a combined analysis of individual patient data as of September 2000 from more than 28,000 pts with more than 14,000 PYR for an average follow-up of approximately 6 months. The objective of this overview was to determine whether there was an excess of APTC events in patients treated with rofecoxib compared to those treated with placebo or non-selective NSAIDs including naproxen.

Based on a total of 6,290 pts over 2,189 PYR on rofecoxib vs 3,482 pts over 1,678 PYR on placebo for an average follow-up of 4.2-5.8 months per patient, the relative risk of the APTC endpoint for rofecoxib was 0.84 (0.51-1.38) as compared to placebo. Based on a total of 4,549 OA patients over 1,934 PYR on rofecoxib vs 2,755 OA patients over 984 PYR on non-naproxen NSAIDs for an average follow-up of 4.3-5.1 months per patient, the relative risk for the APTC endpoint of rofecoxib was 0.79 (0.40-1.55) as compared to non-naproxen NSAIDs. Based on a total of 9,083 pts over 4,622 PYR on rofecoxib (6,057 RA patients and 3,026 OA patients vs 7,870 pts over 3,742 PYR on naproxen (4,859 RA patients and 3,011 OA patients) for an average follow-up of 5.7-6.1 months per patient, the relative risk for the APTC endpoint of rofecoxib was 1.69 (1.07-2.69) as compared to naproxen.

MDD6E17769

It is of note that only three groups of studies had a longer than 18 month follow-up: a phase IIb dose finding study with 634 RA patients had a 2-year planned duration of patient follow-up; a group of phase IIb/III studies in 5,505 OA patients had a 86-week planned duration; and an AD prevention study in 1,406 pts had a 4-year planned duration. In view of the relatively short duration of planned patient follow-up in a majority of the studies, it is my opinion that the long-term (greater than 12 months) effects of rofecoxib on APTC events cannot conclusively be established from the overview. A subset analysis of studies $\geq$ 6 months in duration seems to suggest no differential relative risks as compared to all studies.

18/41

M00BE17770

R.4 Weir et al. in *Am Heart J* 2003

This overview reports on an updated analysis of rofecoxib and CV/T and APTC events among patients reported by Reicin et al. in *Am J Cardiol* 2002 (**R.2**) with long-term extension, an update on the pooled analysis reported by Konstam et al. in *Circulation* 2001 (**R.3**), and the interim analysis of rofecoxib and CV/T events in elderly patients with AD from on-going trials.

According to phase IIb/III OA studies including long-term extensions, the relative risk of investigator-reported CV/T events was 1.01 (0.59, 1.77) for rofecoxib as compared to non-selective NSAIDs after a mean follow-up of 7.9-8.5 months among OA patients, while the relative risk of the APTC endpoints was 0.80 (0.30-1.70). The relative risk of investigator-reported CV/T events was 1.06 (0.34-3.23) for rofecoxib as compared to placebo after a mean follow-up of 2.78-3.6 months, while the relative risk of the APTC endpoints was 0.70 (0.16-4.17).

According to an update of the published pooled analysis (**R.3**), the risk of the APTC endpoint for rofecoxib was 0.74 (0.62-1.42) relative to placebo, 0.87 (0.48-1.58) relative to non-naproxen NSAIDs, and 1.61 (1.04-2.50) relative to naproxen. However, it is of note that the increase in the risk for rofecoxib was not statistically significant relative to naproxen among OA patients with a relative risk of 1.55 (0.60-4.00).

For assessment of the risk in AD patients, three types of CV/T events were evaluated based on 1,448 pts with up to 1,461 PYR on rofecoxib and 1,451 pts with up to 1,634 PYR on placebo, for a mean follow-up of 12.1-12.7 months: 1) investigator-reported CV/T events, 2) confirmed CV/T events, and 3) confirmed APTC endpoints. The relative risk for rofecoxib as compared to placebo was 0.93 (0.63-1.37) based on investigator-reported thrombotic adverse events, 0.72 (0.42-1.21) based on confirmed thrombotic adverse events, and 0.82 (0.45-1.47) based on the confirmed APTC endpoints.

M00G617771

In summary, there appears to be 1) no increase in the risk of CV/T events for rofecoxib among patients with RA, OA, AD, and chronic low back pain relative to placebo with a relatively short-term use (4.8-7.2 months), 2) no increase in the risk of CV/T events for rofecoxib among OA patients relative to non-naproxen NSAIDs again with a relatively short-term use (5.4-6.5 months), and 3) a statistically significant difference in the risk for high dose of rofecoxib among RA patients relative to naproxen (in the VIGOR study), but no statistically significant increase in the risk among OA patients as compared to naproxen.

### R.5 Lisse et al. in *Ann Intern Med* 2003 (ADVANTAGE Study in OA)

Since the publication of the VIGOR study (R.1) in RA patients, there was a great deal of speculation about the cardioprotective effects of naproxen as compared to rofecoxib. The Assessment of Differences between VIOXX™ And Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness (ADVANTAGE) study was very similar to the VIGOR study in that the objective of the study was to assess GI tolerability and effectiveness of rofecoxib vs naproxen, but in patients with OA of the knee, hip, hand or spine and with a different dose of rofecoxib. A total of 5,557 pts from 600 study sites were randomized to receive either 25 mg of rofecoxib daily or 500 mg of naproxen twice daily. Patients were allowed to take low dose aspirin for cardioprotective purpose.

There were 2,785 on rofecoxib and 2,772 on naproxen with 12 weeks of treatment. The number of CV/T events were similar between rofecoxib and naproxen: There were 10 events (0.4%) on rofecoxib vs 7 events (0.3%) on naproxen as defined by the combined APTC endpoints for an incidence ratio of 1.42 (0.54-3.73), and 9 events (0.3%) on rofecoxib vs 12 events (0.4%) on naproxen in adjudicated confirmed CV/T events for an incidence ratio of 0.75 (0.32-1.77). There were 5 MIs on rofecoxib and 1 MI on naproxen, but 0 stroke on rofecoxib and 6 strokes, all thrombotic, on naproxen.

MOOGE17772

In summary, there was no increase in the risk of CV/T events on short-term use (3 months) of rofecoxib 25 mg daily relative to naproxen 500 mg twice daily in these OA patients.

**R.6** Aisen et al. in *JAMA* 2003 (AD Therapeutic Study)

This randomized controlled trial was designed to determine whether treatment with a selective cyclooxygenase (COX)-2 inhibitor (rofecoxib) or a traditional nonselective NSAID (naproxen) slows cognitive decline in patients with mild-to-moderate AD. A total of 351 pts were randomized from December 1999 to November 2000 to receive once-daily rofecoxib, 25 mg (122 pts), twice-daily naproxen sodium, 220 mg (118 pts), or placebo (111 pts), for one year. The primary efficacy endpoint was the 1-year change in the Alzheimer Disease Assessment Scale-Cognitive (ADAS-Cog) subscale. The results of the study indicated that either rofecoxib or low-dose naproxen does not slow cognitive decline in patients with mild-to-moderate AD.

More serious adverse events were reported in the active treatment groups than in the placebo group. There were three serious adverse events (SAEs) reported on placebo (one each of death, stroke/transient ischemic attach (TIA), and MI), four SAEs reported on naproxen (one death and three strokes/TIAs), and eight SAEs reported on rofecoxib (two deaths, three strokes/TIAs and three MIs). The incidence ratio of these SAEs on rofecoxib as compared to placebo was 2.43 (0.66-8.92), while the incidence ratio on naproxen as compared to placebo was 1.25 (0.29-5.48). The incidence ratio on rofecoxib as compared to naproxen was 1.93 (0.60-6.25).

In summary, there was no statistically significant increase in the serious adverse events of death, stroke/TIA or MI associated with rofecoxib 25 mg daily for 12 months relative to both placebo and low-dose naproxen in patients with mild to moderate AD.

M00GE17773

R.7 Reines et al. in *Neurology* 2004 (AD Therapeutic Study)

The 091 study was designed to evaluate the therapeutic effect of rofecoxib in slowing the progression of dementia in patients with established AD. A total of 692 patients with mild or moderate AD aged 50 years of older were randomized from 31 study sites in the U.S. between February 1999 and September 1999 to receive rofecoxib 25 mg (346 pts) or placebo (346 pts) daily for 12 months. Any serious vascular events including cardiac, peripheral vascular, and cerebrovascular events were reviewed by independent blinded adjudication committees, who determined if they were confirmed events according to pre-specified case definitions as confirmed adjudicated events.

There were no protocol-drug related deaths during the study. Non-drug related deaths were reported in 11 patients, 9 on rofecoxib and 2 on placebo, while taking protocol treatment or within 14 days of the last dose. There were 4 confirmed adjudicated serious thrombotic vascular events on rofecoxib vs 11 such events on placebo, including one event outside of the 12-month window of the study. The incidence ratio of confirmed adjudicated serious thrombotic vascular events for rofecoxib was 0.36 (0.12-1.14) relative to placebo.

In summary, there was no increase in the serious thrombotic vascular events associated with rofecoxib 25 mg daily for 12 months as compared to placebo in patients with mild to moderate AD.

R.8 Thal et al. in *Neuropsychopharmacology* 2005 (AD Prevention Study)

The 078 study was designed to determine whether rofecoxib could delay a diagnosis of AD in patients with mild cognitive impairment. A total of 1,457 patients with mild cognitive impairment aged 65 years of older were randomized from April 1998 to March 2000 to receive rofecoxib 25 mg (725 pts) or placebo (732 pts) daily for up to 4 years. Any serious vascular events including cardiac, peripheral vascular, and cerebrovascular events were reviewed by independent blinded adjudication committees who determined if

M00QE17774

they were confirmed events according to pre-specified case definitions as confirmed adjudicated events. A decision was made in October 2002 to terminate the study in April 2003, 11 months earlier than the scheduled March 2004 termination, based on the projection of the target number of 220 AD diagnosis. The average follow-up in this study was thus approximately 4 years.

There were 24 deaths (3.3%) on rofecoxib vs 15 deaths (2.1%) on placebo. There were 38 CV/T events on rofecoxib vs 36 on placebo, for an incidence ratio of 1.07 (0.68-1.66). Of note, given the observed number of CV/T events, the 078 study had adequate (greater than 80%) power to detect a relative risk of 2 or greater.

In summary, there was no increase in the risk of CV/T events for rofecoxib 25 mg daily for an average of 4 years in elderly patients with mild cognitive impairment.

F.2 12/18/04 Interim Review by Lourdes Villalba and James Witter

This interim review is based on the data submitted by Merck to FDA on March 30, 2004 from two studies, 091 (R.7) and 078 (R.9), reviewed above. The 091 study was a double-blind, randomized, placebo-controlled trial to evaluate the efficacy and safety of rofecoxib 25 mg daily for an average of 12 months to slow the progression of symptoms of AD in patient with possible or probable AD and $\geq$ 50 years of age. The 078 study was a double-blind, randomized, placebo-controlled trial to evaluate the effects of rofecoxib 25 mg daily for an average of 4 years on the prevention of AD and cognitive decline in patients $\geq$ 65 years of age with mild cognitive impairment. The mean duration of exposure to study drug as per the March 24, 2004 submission was 15 months and 16 months for rofecoxib and placebo, respectively for both studies combined.

With the data from the two studies combined, there were 42 pts with confirmed CV/T events after 1,661 PYR among 1,069 pts on rofecoxib and 48 pts with confirmed CV/T events after 1,917 PYR among 1,074 pts on placebo for a relative risk of 1.01 (0.67-1.53), indicating no difference in the risk between rofecoxib and placebo. The Kaplan-Meier

23/40

they were confirmed events according to pre-specified case definitions as confirmed adjudicated events. A decision was made in October 2002 to terminate the study in April 2003, 11 months earlier than the scheduled March 2004 termination, based on the projection of the target number of 220 AD diagnosis. The average follow-up in this study was thus approximately 4 years.

There were 24 deaths (3.3%) on rofecoxib vs 15 deaths (2.1%) on placebo. There were 38 CV/T events on rofecoxib vs 36 on placebo, for an incidence ratio of 1.07 (0.68-1.66). Of note, given the observed number of CV/T events, the 078 study had adequate (greater than 80%) power to detect a relative risk of 2 or greater.

In summary, there was no increase in the risk of CV/T events for rofecoxib 25 mg daily for an average of 4 years in elderly patients with mild cognitive impairment.

### F.2  12/18/04 Interim Review by Lourdes Villalba and James Witter

This interim review is based on the data submitted by Merck to FDA on March 30, 2004 from two studies, 091 (R.7) and 078 (R.9), reviewed above. The 091 study was a double-blind, randomized, placebo-controlled trial to evaluate the efficacy and safety of rofecoxib 25 mg daily for an average of 12 months to slow the progression of symptoms of AD in patient with possible or probable AD and $\geq$ 50 years of age. The 078 study was a double-blind, randomized, placebo-controlled trial to evaluate the effects of rofecoxib 25 mg daily for an average of 4 years on the prevention of AD and cognitive decline in patients $\geq$ 65 years of age with mild cognitive impairment. The mean duration of exposure to study drug as per the March 24, 2004 submission was 15 months and 16 months for rofecoxib and placebo, respectively for both studies combined.

With the data from the two studies combined, there were 42 pts with confirmed CV/T events after 1,661 PYR among 1,069 pts on rofecoxib and 48 pts with confirmed CV/T events after 1,917 PYR among 1,074 pts on placebo for a relative risk of 1.01 (0.67-1.53), indicating no difference in the risk between rofecoxib and placebo. The Kaplan-Meier

MRK-0ET17775

patient population.[10]  Further, it is interesting to note that in Baron et al. (2003) in the same patient population as in the APPROVe and APC studies, aspirin, instead of showing cardioprotection, showed an increase in adverse thrombotic cardiovascular events in terms of MI, stroke and coronary revascularization.[11]  Finally, I note that another study with celecoxib in a colorectal adenoma population, PreSAP, recently also reported a cardiovascular risk difference.

M.1 August 22, 2005 Report to Bob A. Rappaport from Philip L. Huang

This Merck report to FDA includes the complete final clinical study report for Protocol 201 (VIOXX™ in Prostate Cancer Prevention Study or ViP Study) and a memorandum summarizing the interim CV adverse event data for Protocol 145 (VIOXX™ In Colorectal Cancer Therapy: Defining of Optimal Regimen Study or VICTOR Study) as of 31 May 2005.

The ViP study is a phase III double-blind, randomized, placebo-controlled trial to evaluate the effects of rofecoxib in decreasing the risk of prostate cancer in men with prostate-specific antigen between 2.5 ng/mL and 10 ng/mL.  The trial was designed to enroll 15,000 pts to be treated up to 6 years, but was terminated prematurely due to the voluntary withdrawal of rofecoxib on 30 September 2004.  Since the study initiation in June 2003, a total of 4,741 pts were randomized to receive either rofecoxib 25 mg (2,369 pts) or placebo (2,372 pts) daily, with no subject receiving protocol treatment for more than 16 months.

After 2,201 PYR of treatment from 4,741 pts for a mean PYR of 5.5 months, there were 14 confirmed thrombotic cardiovascular serious adverse events (TCVSAE) on rofecoxib and 15 TCVSAEs on placebo for a relative risk of 0.95 (0.45-1.94), while there were 8

---

[10] Solomon et al.  Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention.  *N Engl J Med* 2005;352:1071-80.

[11] Baron et al. A randomized trial of aspirin to prevent colorectal adenomas. *N Engl J Med* 2003;348:891-9.

MRK0SE17777

APTC endpoints on rofecoxib and 9 APTC endpoints on placebo for a relative risk of
0.89 (0.34-2.31).

The VICTOR study is a phase III double-blind, randomized, placebo-controlled trial of
rofecoxib in colorectal cancer patients following potentially curative therapy and was
designed to test the effectiveness of rofecoxib given for either 2 or 5 years in preventing
the recurrence of colon cancer. The study was initiated in May 2002 with a planned
enrollment goal of 7,000 pts. When the study was terminated after the voluntary
withdrawal of rofecoxib, there were 2,434 pts randomized between rofecoxib (1,217 pts)
25 mg and placebo (1,217 pts) daily. I understand that the study data has recently
become final, and I will update my report as necessary to reflect the final data. In this
update to the FDA, there were 14 TCVSAE endpoints on rofecoxib and 4 TCVSAE
endpoints on placebo for a crude relative risk of 3.5 (1.16-10.6), while there were 9
APTC endpoints on rofecoxib and 3 APTC endpoints on placebo for a crude relative risk
of 3.0 (0.81-11.1). I note that the VICTOR patient population is the same as that in the
APPROVe and APC studies as well as in the aspirin trial in patients with colorectal
adenomas in Baron et al (2003).

In summary, considering the short amount of treatment on study (mean treatment
duration of 5.5 months), the relative risk of 0.94/0.89 for TCVSAE/APTC on rofecoxib
relative to placebo in the ViP study is consistent with the relative risks from other studies
with similar short-term duration of treatment.

M.2 May 11, 2006 Report to Bob A. Rappaport from Philip L. Huang

This Merck update to FDA for NDA 21-042: VIOXX $^{TM}$ (Rofecoxib Tables) reports on
the extension to the APPROVe study to include CV/T events in all randomized patients,
1) through 210 weeks after randomization, i.e., the one-year off-drug extension, 2)
through follow-up to 31 October 2005, and 3) through last day at risk of CV/T events, i.e.,
inclusive of all reported and adjudicated CV/T events. It also reports on confirmed

APTC endpoint. This is in contrast to R.9 where only those CV/T events observed from randomization to 14 days after off-treatment, i.e., during on-drug period. In addition, this report presents subgroup analyses of those patients who have been followed beyond 14 days from last dose and those patients who were on treatment for at least 150 weeks and potentially at a greater risk of CV/T events. It also reports on the subgroup analyses of patients who were on treatment for various period of time by 0-183 days, 184-1,049 days, 1,050 days or longer and by 18 months or less and more than 18 months.

The reported CV/T events based on four different "cut-off" date for CV/T events are summarized below:

| Follow-up | | Rofecoxib 25 mg (n=1,287) | | Placebo (n=1,300) | | Relative risk (95% CI) |
|---|---|---|---|---|---|---|
| | | Events/PYR | Event rate‡ | Events/PYR | Event rate‡ | |
| On-drug | Table 2 in R.9 | 46/3,059 | 1.50 | 26/3,327† | 0.78 | 1.92 (1.19-3.11) |
| Week 210 | Table B.2 | 71/4,557 | 1.56 | 42/4,697 | 0.89 | 1.74 (1.19-2.55) |
| 31-Oct-2005 | Table C.2 | 76/5,081 | 1.50 | 46/5,236 | 0.88 | 1.70 (1.18-2.46) |
| Last day at risk | Table D.2 | 77/5,168 | 1.49 | 50/5,321 | 0.94 | 1.59 (1.11-2.26) |

† One case on placebo was mistakenly considered to have received rofecoxib 50 mg and thus not included.
‡ per 100 PYR (person-years at risk)

These four different analyses are all intent-to-treat analyses, but with different time frames for inclusion of CV/T events. Obviously with longer follow-up, the number of events has increased, thus increasing the power of the study. However, as noted earlier in Section 2, the relative risk has become smaller with the longer follow-up, although the precision of the estimated relative risk has improved, i.e., the confidence interval for the relative risk has become tighter.

In summary, this update based on the one-year extension off-treatment increased the number of adjudicated CV/T events. However, the longer the follow-up, the smaller the relative risk of these events among those who ever received rofecoxib 25 mg in the study

MRK0EF17779

as compared to those on placebo in the study became albeit with the tighter confidence
interval for the relative risk. It is what was expected under the assumption that any
increased risk of CV/T events on rofecoxib is reduced or eliminated when off-treatment,
and the conclusion from **R.9** has not changed with the extension study qualitatively.

### Observational Studies

Ray et al. **(O.1)** report on a cohort study to assess the effect of non-aspirin nonsteroidal
anti-inflammatory drugs (NANSAIDs) including naproxen on risk of serious coronary
heart disease (CHD). Data from the Tennessee Medicaid program were obtained
between 1 January 1987 and 31 December 1998 to identify a cohort of new NSAID users
(181,441) and a cohort of non-users matched for age, sex and date NANSAID use began.
Subjects in the study were 50-84 years of age, were not resident in a nursing hoe, and did
not have life-threatening illness. The primary endpoint of the study was hospital
admission for acute myocardial infarction or deaths from coronary heart disease. During
532,634 person-years of follow-up, 6,362 cases with serious coronary heart disease
occurred. An adjusted relative risk for current and former use of NANSAIDs was 1.05
(0.97-1.14) and 1.02 (0.97-1.08), respectively, while that for naproxen, ibuprofen and
other NANSAIDs was 0.95 (0.82-1.09), 1.15 (1.02-1.28), and 1.03 (0.92-1.16),
respectively.

Ray et al. **(O.2)** is based on essentially the same cohort of subjects as in Ray et al. **(O.1)**,
but investigate the risk of serious coronary heart disease associated with rofecoxib use.
There were 20,245 subjects who took rofecoxib 25 mg daily or less and 3,887 subjects
who took rofecoxib greater than 25 mg daily. An adjusted relative risk for former use,
current use of ibuprofen, naproxen, celecoxib, rofecoxib 25 mg, rofecoxib $\leq$ 25 mg, and
rofecoxib > 25mg was 0.97 (0.90-1.03), 0.91 (0.78-1.06), 0.93 (0.82-1.06), 0.96 (0.76-
1.21), 1.03 (0.78-1.35), 1.70 (0.98-2.95),

MODEI7780

Mamdani et al. (O.3) report on a retrospective cohort study to investigate the effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Using administrative health care data from Ontario, Canada, from 1 April 1998 to 31 March 2001, the authors identified 15,271 NSAID-naïve cohorts aged 66 years and older in whom treatment was initiated with celecoxib (15,271), rofecoxib (12,156), naproxen (5,669), and nonnaproxen nonselective NSAIDs (33,868), along with randomly selected control cohort not exposed to NSAIDs (100,000). The primary endpoint of the study was hospitalization due to acute myocardial infarction (AMI) only. In the Cox proportional hazards regression models, only the hospitalization due to acute myocardial infarction was considered an "event", and all others including death was considered "censoring." After an average follow-up ranging from 3.3 months (naproxen) to 6.1 months (control), an adjusted relative risk was 0.9 (0.7-1.2), 1.0 (0.8-1.4), 1.0 (0.6-1.7), and 1.2 (0.9-1.4) for celecoxib, rofecoxib, naproxen, and non-naproxen NSAIDs, respectively, relative to control.

Solomon et al. (O.4) report on a case-control study of [54,593] subjects 65 years of age or older to investigate the relative risk of AMI among users of celecoxib, rofecoxib, and NSAIDs. The 10,895 cases of AMI and the 43,698 controls (matched to the cases on the basis of age, gender, and the month of index date) were Medicare beneficiaries who received prescription medications through the Pennsylvania Pharmaceutical Assistance Contract for the Elderly or the New Jersey Pharmaceutical Assistance Program for the Aged and Disabled during 1998-2000. An adjusted odds ratio of AMI for rofecoxib was 1.14 (1.00-1.31) relative to no current NSAID use and 1.17 (0.90-1.52) relative to naproxen. I note that this study found no cardioprotective effect for statin use.

Shaya et al. (O.5) report on a cohort study conducted to examine the cardiovascular risk of COX-2 inhibitors compared with nonspecific NSAIDs in Maryland Medicaid enrollees, a high-risk population. The analysis was based on medical and prescription claims from non-institutionalized Medicaid enrollees who received at least 60-day supply of a COX-2 inhibitor (1,005 subjects) or other prescription NSAID (5,245 subjects)

between June 2000 and June 2002 and who did not use these drugs for at least 6 months prior, excluding naproxen users. The primary endpoint of the study was the APTC endpoints. An adjusted odds ratio of APTC endpoints was 1.09 (0.90-1.33) for COX-2 inhibitor use and 0.99 (0.76-1.30) for rofecoxib use, relative to NSAID use.

Kimmel et al. (O.6) report on a case-control study conducted to determine the effect of COX-2 inhibitors on risk for nonfatal MI. The 1,718 cases with a first, nonfatal MI leading to hospitalization were identified from 36 hospitals in a 5-county area, and the 6,800 controls were randomly selected from the same counties. Self-reported medication use was assessed through telephone interviews. An adjusted odds ratio for nonfatal MI was 1.16 (0.70-1.93) for rofecoxib use relative to no NSAID use. Nonselective NSAID use was associated with a reduced adjusted odds ratio of 0.61 (0.52-0.71) relative to no NSAID use. Also an adjusted odds ratio for rofecoxib use was 3.39 (1.37-8.4) relative to naproxen, a finding consistent with that in the VIGOR trial.

Graham et al. (O.7) report on a nested case-control study from a cohort of all patients aged 18-84 years from Kaiser Permanente treated with an NSAID between January 1, 1999 and December 31, 2001. Each case of serious coronary heart disease, defined as acute myocardial infarction requiring admission and sudden cardiac death, was risk-set matched with four controls for age, sex and region (north vs south California). During 2,302,029 person-years of follow-up from a cohort of 1,394,764 Kaiser Permanente enrollees, 8,143 cases and 31,496 controls were identified. An adjusted odds ratio for serious coronary heart disease for rofecoxib (all doses) was 1.34 (0.98-1.82) relative to remote use of NSAIDS: it was 1.23 (0.89-1.71) for rofecoxib 25 mg/day or less and 3.00 (1.09-8.31) for rofecoxib more than 25 mg/day.

Lévesque et al. (O.8) report on a nested case-control study based on a cohort of a random sample of 125,000 individuals 66 years of age and older newly treated with an NSAID between 1 January 1999 and 30 June 2002 from the Régio de l'Assurance-Maladie du Québec. Each case with a first hospitalization with a diagnosis of acute MI, nonfatal or

M00GE17782

fatal, was matched with 20 controls based on month and year of cohort entry of the date of first prescription and age (±1 year) assigned the case's index date. During an average follow-up of 2.4 years from a cohort of 113,927, 2,844 cases and 56,880 controls were identified. An adjusted odds ratio of acute MI was 1.24 (1.05-1.46) for the current use of rofecoxib (all doses) relative to no use of NSAIDs: it was 1.21 (1.02-1.43) for rofecoxib 25 mg/day or less and 1.73 (1.09-2.76) for rofecoxib more than 25 mg/day. However, an adjusted odds ratio of AMI was 0.97 (0.85-1.10) for any current or previous use of rofecoxib relative to no use.

Johnsen at al. (O.9) report on a case-control study of the risk of hospitalization for MI among users of rofecoxib, celecoxib and other NSAIDs using data from hospital dischange registries in the counties of North Jutland, Viborg and Aarhus in Denmark and the Danish Civil Registration System. In all, 10,280 cases of first-time hospitalization for MI and 102,797 sex- and age-matched controls were identified. Individual's exposure status was classified as current if a prescription was filled within 30 days, new if a first prescription was filled within 30 days (a subset of current), recent if a prescription was filled within 31-90 days, and former if a prescription was filled more than 90 days before index date. An adjusted odds ratio of risk for MI for rofecoxib users relative to nonusers of any category of non-aspirin NSAIDs was 1.80 (1.47-2.21) for current users, 2.52 (1.74-3.64) for new users, 1.07 (0.82-1.39) for recent users, and 1.13 (0.83-1.53) for former users.

Harrison-Woolrych et al. (O.10) report on interim results from a cohort study of the incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib based on the New Zealand Intensive Medicines Monitoring Programmes. Cohorts of patients were established from prescription data with at least one prescription for either rofecoxib or celecoxib between 1 December 2000 and 30 November 2001, and thrombotic cardiovascular events were identified from follow-up questions to patients' doctors and other sources. In patients with complete follow-up, an unadjusted relative risk for celecoxib compared with rofecoxib was 1.07 (0.59-1.93),

31/40

M00GE177&3

while an adjusted relative risk was 0.94 (0.51-1.70). The incidence ratio was only 1.21 (0.87-1.68).

Hippisley-Cox et al. (O.11) report on a nested case-control analysis of the risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs based on the UK QRESEARCH database. In all, 9,218 cases with a first ever diagnosis of myocardial infarction and 86,349 controls matched for age, calendar year, sex and practice were identified during 2000-2004 and used in the analysis. An adjusted odds ratio of risk was 1.32 (1.09-1.61) associated with current use of rofecoxib compared with no use within the previous 3 years; 1.55 (1.39-1.72) with diclofenac; 1.24 (1.11-1.39) with ibuprofen; and 1.27 (1.01-1.60) with naproxen.

Velentgas et al. (O.12) report on a retrospective cohort study of the cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications from 424,584 heath plan enrollees aged 40-64 who were identified to have used non-aspirin NSAIDs from the insurance claims and administrative records of UnitedHealthcare. The primary endpoint of the study was acute coronary syndrome (ACS) including MI and sudden cardiac death. A relative risk of ACS compared with ibuprofen or diclofenac use was 1.35 (1.09-1.68) for current use of rofecoxib.

Kasliwal et al. (O.13) report on a retrospective cohort study conducted to compare the incidence of gastrointestinal events and thromboembolic (cardiovascular, cerebrovascular and peripheral venous) events in patients prescribed rofecoxib or celecoxib in primary care based on previously conducted prescription-event monitoring (PEM) studies in England. The analysis was based on exposure data derived from dispensed prescriptions for rofecoxib (15,268 pts) during July and November of 1999 and for celecoxib (17,458 pts) during May and December of 2000. The adjusted rate ratios for rofecoxib relative to celecoxib were 1.04 (0.50-2.17) for CV thromboembolic events; 1.43 (0.86-2.38) for

M00GE17784

cerebrovascular events; and 0.36 (0.01-1.34) for peripheral venous thromboembolic events.

Chan et al. (O.14) report on a prospective cohort study of 70,971 women aged 44 to 59 years at baseline, free of known cardiovascular disease or cancer, to examine the influence of NSAIDs and acetaminophen on the risk of major cardiovascular events (nonfatal MI, fatal coronary heart disease, and nonfatal and fatal stroke). Based on 2,041 major cardiovascular events confirmed during 12 years of follow-up since 1990, an adjusted relative risk for a cardiovascular event among women who frequently (22 d/mo) used NSAIDs was 1.44 (1.27-1.65) compared to nonusers, while it was 1.35 (1.14-1.59) for women who frequently used acetaminophen relative to nonusers.

Huang et al. (O.15) report on an observational study of the risk of acute MI, angina, stroke and transient ischemic attack (TIA) in long-term users of rofecoxib, celecoxib and meloxicam based on the Taiwanese National Health Insurance database for the period from 2001 to 2003. Based on a cohort of 9,602 pts, the hazard ratio was 0.78 (0.63-0.96) for acute MI, 0.84 (0.63-1.10) for angina, 081 (0.70-0.93) for stroke and 0.79 (0.60-1.03) for TIA in celecoxib users relative to meloxicam users. The hazard ratio was 0.91 (0.76-1.09) for acute MI, 1.01 (0.82-1.24) for angina, 0.93 (0.83-1.05) for stroke and 0.98 (0.80-1.21) for TIA in rofecoxib users relative to meloxicam users.

Andersohn et al. (O.16) report on a nested case-control study in a cohort of 486,378 pts within the UK General Practice Research Database with at least one prescription of an NSAID between 1 June 2000 and 31 October 2004 to assess the risk of acute MI among users of first- and second-generation cyclooxygenase-2 selective NSAIDs. A total of 3,643 cases with acute MI were matched to 13,918 controls on age, sex, year of cohort entry, and general practice. The adjusted odds ratio for AMI was 1.29 (1.02-1.63) among rofecoxib users compared to nonusers and 1.56 (1.22-2.00) among celecoxib users compared to nonusers, while it was 1.15 (0.84-1.58) among naproxen users compared to nonusers.

33/40

Solomon et al. (O.17) report on a cohort study of Medicare beneficiaries to evaluate the risk of cardiovascular events in new users of a coxib or NSAID after 1 January 1999. The primary composite endpoint was a hospital admission for either MI or ischemic stroke. Based on 74,838 users of coxibs or NSAIDs and 23,532 comparable users of other drugs, the adjusted relative risk was 1.15 (1.06-1.25) for rofecoxib and 0.75 (0.62-0.92) for naproxen relative to nonusers. I note that the MI rate for non-users in this study was 10.8 / 100 PYR, which is higher than the 0.74 / 100 PYR MI rate in the VIGOR study.

Lévesque at al. (O.18) report on a subset analysis of the nested case-control study reported previously (O.8) to assess the temporal nature of the risk of a first MI associated with the use of rofecoxib and celecoxib and the "dose-response" relationship. An adjusted odds ratio of acute MI was 1.24 (1.05-1.46) for current use of rofecoxib and 0.91 (0.79-1.06) for past use of rofecoxib relative to no use. As the number of rofecoxib prescriptions dispensed increased, an adjusted odds ratio of AMI tends to decrease: 1.64 (1.20-2.23) for 1 prescription; 1.24 (0.95-1.61) for 2-4 prescriptions; 1.31 (0.97-1.76) for 5-8 prescriptions; and 0.96 (0.70-1.32) for > 8 prescriptions. Also as the number of days of exposure to rofecoxib (in terms of the quartiles of the distribution of the number of days of exposure) increased, an adjusted odds ratio of AMI steadily decreased: 1.70 (1.26-2.31) for ≤ 5.8 days; 1.32 (0.99-1.76) for 5.9-20.3 days; 1.13 (0.84-1.51) for 20.4-54.2 days; and 1.02 (0.75-1.38) for > 54.2 days.

M008E17766

## 4.    Conclusions

I have reviewed the literature on the randomized, controlled trials and the observational studies involving rofecoxib supplemented by FDA memoranda and a Merck update in assessing the CV/T events occurring during rofecoxib use.  From my review of the totality of data from the literature, I conclude:

- There is no increased risk of CV/T events with short-term use of rofecoxib; and
- The risk of CV/T events with long-term use of rofecoxib is unclear based on conflicting data: an increased risk in colorectal adenoma patients, but no increased risk in Alzheimer's disease or pre-AD patients.

I offer the following potential explanations for the inconsistency in the long-term data:

- Play of chance; or
- Different patient population between colorectal adenoma and Alzheimer's disease.  These two populations may react differently to treatment with NSAIDs.

M006E17787

**5.    Compensation and Previous Testimony Experience**

I am compensated at a rate of $400 per hour. I have not given expert witness testimony
in the last four years.


KyungMann Kim, Ph.D.

36/40

M006E17788

## References

*Randomized, Controlled Trials and Overviews*

(R.1) Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ; VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000;343:1520-8.

(R.2) Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001;104:2280-8.

(R.3) Reicin AS, Shapiro D, Sperling RS. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus non-selective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol* 2002;89:204-9.

(R.4) Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. *Am Heart J* 2003;146:591-604.

(R.5) Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS, Dixon ME, Polis AB, Mollen AJ, Geba GP; ADVANTAGE Study Group. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. *Ann intern Med* 2003;139:539-46.

(R.6) Aisen PA, Schafer KA, Grundman K, Pfeiffer E, Sano M, Davis KL, Farlow MR, Jin S, Thomas RG, Thal LJ for the Alzheimer's Disease Cooperatie Study. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. *JAMA* 2003;289:2819-26.

(R.7) Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, Norman BA, Baranak CC; Rofecoxib Protocol 091 Study Group. Rofecoxib: No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. *Neurology*. 2004;62:66-71.

(R.8) Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, Assaid C, Nessly ML, Norman BA, Baranak CC, Reines SA; Rofecoxib Protocol 078 study group. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. *Neuropsychopharmacology* 2005;30:1204-15.

(R.9) Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention

M00GE17769

on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 2005;352:1092-102.

### FDA Memoranda

(F.1) Targum SL. Consultation NDA 210-042, S-007: Review of cardiovascular safety database. February 1, 2001.

(F.2) Villalba L, Witter J. Review of NDA 21042/s030 (Update of cardiovascular thrombotic events in Alzheimer's studies 078 and 091). 12/18/04 Interim Review.

### Merck Update to FDA

(M.1) Huang PL. IND 46,894: MK-0966 (rofecoxib)—Information Amendment—Clinical (Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR)). August 22, 2005.

(M.2) Huang PL. NDA 21-042: VIOXX™ (Rofecoxib Tablets) —General Correspondence. May 11, 2006.

### Observations Studies

(O.1) Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002; 359:118-23.

(O.2) Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR.COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet* 2002; 360:1071-3.

(O.3) Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupaci A. Effect of selective cyclooxygenase-2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med* 2003; 163:481-6.

(O.4) Solomon DH , Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. *Circulation* 2004; 109: 2068-73.

M00SE17790

(O.5) Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. *Arch Intern Med* 2005; 165:181-6.

(O.6) Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL. Patients exposed to Rofecoxib and Celecoxib have different odds of nonfatal myocardial infarction. *Ann Intern Med* 2005; 142:157-64.

(O.7) Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. *Lancet* 2005; 365:475-81.

(O.8) Lévesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: A population study of elderly adults. *Ann Intern Med* 2005; 142:481-9.

(O.9) Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S, Sorensen HT. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: A population-based case-control study. *Arch Intern Med* 2005; 165:978-84.

(O.10) Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: Interim results from the New Zealand Intensive Medicines Monitoring Programme. *Drug Saf* 2005; 28:435-42.

(O.11) Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. *Brit Med J* 2005; 330:1366-72.

(O.12) Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. *Pharmacoepidemiol Drug Saf* 2006 Jan 4; [Epub ahead of print].

(O.13) Kasliwal R, Layton D, Harris S, Wilton L, Shakir SAW. A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observation data. *Drug Saf* 2005;28:803-16.

(O.14) Chan AT, Manson JE, Albert CM, Chae CU, Rexrode KM, Curhan GC, Rimm EB, Willett WC, Fuchs CS. Nonsteroidal anti-inflammatory drugs, acetaminophen, and

M005E17791

the risk of cardiovascular events. *Circulation* 2006;113:000-000. DOI:
101.1161/CIRCULATIONAHA.105.595793

(O.15) Huang W-F, Hsiao F-Y, Tsai Y-W, Wen Y-W, Shih Y-T. Cardiovascular events
associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: An
observation study. *Drug Saf* 2006;29:261-72.

(O.16) Andersohn F, Suissa S, Garbe E  Use of first- and second-generation
cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs and risk of acute
myocardial infarction  *Circulation* 2006;113:1950-7.

(O.17) Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S
Cardiovascular outcomes in new users of coxibs and nonsteroidal anti-inflammatory
drugs. *Arthritis & Rheumatism* 2006;54:1378-89.

(O.18) Lévesque LE, Brophy JM, Zhang Bin.  Time variations in the risk of myocardial
infarction among elderly users of COX-2 inhibitors. *CMAJ* 2006;174(11).
DOI:10.1503/cmaj.051679.

M00GE17792

# Curriculum Vitae

KyungMann Kim
Department of Biostatistics & Medical Informatics
University of Wisconsin Medical School
600 Highland Avenue, K6/438 CSC
Madison, WI 53792-4675
Phone: (608) 265-6380
FAX: (608) 265-5579
E-mail: kmkim@biostat.wisc.edu

Home:
7538 Red Fox Trail
Madison, WI 53717-1860

## Degrees

| | | | |
|---|---|---|---|
| Ph.D. | Statistics | University of Wisconsin-Madison | 1985 |
| M.S. | Statistics | Seoul National University, Seoul, KOREA | 1980 |
| B.S. | Computer Science and Statistics | Seoul National University, Seoul, KOREA | 1978 |

## Certification

Certified Clinical Research Professional (CCRP), Society for Clinical Research Associates, June 2005

## Positions

| | |
|---|---|
| 2005– | Master of Public Health (MPH) Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 2001– | Population Health Science Graduate Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 1999–2004 | Director, Biostatistics Program, Department of Biostatistics and Medical Informatics |
| 1998– | Member, University of Wisconsin Comprehensive Cancer Center |
| 1997– | Professor of Biostatistics and Associate Chair, Department of Biostatistics and Medical Informatics, Affiliate Professor of Statistics, Department of Statistics, University of Wisconsin-Madison; Director of Biostatistics Shared Resource, Co-director of Clinical Trials Research Office, University of Wisconsin Comprehensive Cancer Center |
| 1995–1997 | Associate Professor of Biostatistics, University of Michigan School of Public Health; Director of Biostatistics Shared Resource, University of Michigan Comprehensive Cancer Center |
| Spring 1995 | Visiting Associate Professor of Ophthalmology, School of Medicine, Johns Hopkins University |
| 1994–1995 | Associate Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1988–1994 | Assistant Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1986–1988 | Research Fellow in Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1985–1986 | Research Associate, Biostatistics Center, University of Wisconsin-Madison |
| 1981–1985 | Teaching and Research Assistant, Department of Statistics, University of Wisconsin-Madison |
| 1978–1980 | Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA |

M005E17793

KyungMann Kim                                                                                  2

Appointments

| | |
|---|---|
| 1990–1993 | Regional Advisory Board, Eastern North American Region (ENAR) of the International Biometric Society (IBS) |
| 1993–1996 | ENAR Representative to the Biological Sciences Section of the American Association for Advancement of Science (AAAS) |
| 1996–1997 | Vice President, Ann Arbor Chapter of the American Statistical Association (ASA) |
| 1996–2003 | Working Group (Acting Chair), Directors of Cancer Center Biostatistics Shared Resource |
| 1997– | Special Review Committee for review of a program project application for NCI Scientific Review Group Subcommittee E |
| 1993 | Professional Services Contractor, Strategy Meeting for Small Cell Lung Cancer, Cancer Therapy Evaluation Program, Division of Cancer Treatment, National Cancer Institute (NCI), National Institutes of Health (NIH), Department of Health and Human Services (DHHS) |
| 1997 | Professional Services Contractor, Office of Cancer Survivorship, NCI, NIH, DHHS, 1997 |
| 1997 | Special Emphasis Panel for NIH PAR-97-027 "Center for AIDS Research" |
| 1998– | HIV/AIDS Therapeutic Trials Data and Safety Monitoring Board (DSMB), Division of AIDS, National Institute of Allergy and Infectious Diseases (NIAID), NIH, DHHS |
| 1999–2002 | DSMB of a National Institute of Arthritis and Musculoskeletal and Skin Diseases-funded study of prevention of osteoporosis after organ transplantation |
| 1999–2002 | Lung Cancer Concept Evaluation Panel, NCI, NIH, DHHS |
| 1999–2003 | Data Monitoring Board of a VA-sponsored study of chronic heart failure, Department of Veterans Affairs |
| 2000–2002 | Chair, Snedecor Award Committee, Committee of Presidents of Statistical Societies (COPSS) |
| 2000– | Associate Editor, *Biometrics* |
| 2000–2004 | Advisory Committee for EaSt, Cytel Software Corporation |
| 2000–2004 | DSMB for Autoimmune Disease Trials of the Autoimmunity Centers of Excellence and the Immune Tolerance Network, Division of Allergy, Immunology and Transplantation, NIAID, NIH, DHHS |
| 2000–2006 | External Scientific Advisory Committee, Kimmel Cancer Center, Thomas Jefferson University, Philadelphia |
| 2001–2003 | Elected Member, Regional Committee, ENAR, IBS |
| 2001–2003 | Student Award Committee, ENAR, IBS |
| 2001–2004 | Scientific Advisory Board, Lifecord, Inc., Seoul, KOREA |
| 2001– | Member and Chair, Independent Data Monitoring Committees, Abbott Laboratories, Abbott Park, IL; Bayer, West Haven, CT; Sanofi-Aventis, Bridgewater, NJ; Ortho Biotech, Bridgewater, NJ; Immunomedics, Morris Plains, NJ; GlaxoSmithKline, Collegeville, PA; BioPartners, Baar, Switzerland; Merck, Blue Bell, PA |
| 2001–2005 | Subcommittee E on Cancer Epidemiology, Prevention & Control, Scientific Review Group NCI, NIH, DHHS |
| 2002– | External Advisory Board, Lineberger Comprehensive Cancer Center, University of North Carolina, Chapel Hill, NC |
| 2003– | Ad Hoc Member, Subcommittee A on Cancer Centers, Subcommittee C on Basic & Preclinical Scientific, Subcommittee D on Clinical Studies, and Subcommittee H on Clinical Groups, Scientific Review Group, NCI, NIH, DHHS |
| 2004 | Ad Hoc Member, Biostatistical Methods and Research Design Study Section, Center for Scientific Review, NIH |
| 2004– | Student Award Committee, Society for Clinical Trials |
| 2005–2006 | Program Committee (Chair) and Education Committee, 27th Annual Meeting of the Society for Clinical Trials, May 21–24, 2006, Orlando, Florida |
| 2005– | External Advisory Member, Wake Forest University Comprehensive Cancer Center Biostatistics Shared Resource, Wake Forest, North Carolina |

M006E17794

KyungMann Kim                                                                                          3

## Appointments

2006–  Student Award Committee and Membership Subcommittee, International Society for Clinical Biostatistics

2006–  Advisory Committee, Specialized Program of Research Excellence in Breast Cancer, Northwestern University

2006–  Member, Human Studies Review Board, U.S. Environmental Protection Agency

## Honors and Awards

Seoul National University scholarship 1974 for top 5% of incoming students in the Natural Sciences Division

Temple University Mathematics scholarship during 1980–1981

Phi Beta Kappa National, 1985

Finalist for the Scholarship Program of the 1987 Annual Meeting of the Society for Clinical Trials

First Independent Research Support and Transition (FIRST) Award from the National Institutes of Health, 1990–1995

Junior Faculty Sabbatical Program Award from the Harvard School of Public Health for the Spring of 1995

Drug Information Association Award for Faculty Advisor for its 1995 Dissertation/Thesis Summary Award to a former student, Sandra J. Lee, Sc.D.

Fellow, American Statistical Association, 2005

## Committees

Eastern Cooperative Oncology Group, Hematology Committee, 1986–1992; Pathology Committee, 1986-1995; Thoracic Oncology Committee (Statistical Co-chair), 1988-1995

Harvard School of Public Health Department of Biostatistics, Computing, Curriculum, Library, Qualifying Examination, Seminar, Student Admissions and Recruitment, Student Advising Committee, 1988–1995; Computing (Chair) Committee, 1993–1995

Dana-Farber Cancer Institute Division of Biostatistics, ECOG Statistical Center Manual Committee (Chair), 1990–1993; Randomization and Statistical Computing Committee, 1988–1995

University of Michigan Comprehensive Cancer Center, Quality Assurance (Chair), Data Coordinating (Chair), and Protocol Review Committee & Internal Advisory and Clinical Research Committee, 1995–1997

University of Michigan W.K. Kellogg Eye Center, Operations Committee of the Collaborative Initial Glaucoma Study (CIGTS), 1995–1997

University of Michigan School of Public Health Department of Biostatistics, Computing Committee, 1995–1997; Task Force on Collaborative Research, 1996–1997; Library Committee (Chair), 1996–1997

Greater Detroit Area Health Council, Inc., Data Base Working Group, Southeast Michigan Cancer Services Task Force, 1996–1997

University of Wisconsin Comprehensive Cancer Center, Clinical Affairs Committee (Co-chair) and Clinical Trials Monitoring Committee (Co-chair), 1997–

University of Wisconsin-Madison, Departmental, School, University-wide Faculty Screen and Search Committees, 1997–

M005E17795

University of Wisconsin Comprehensive Cancer Center and UW Hospital & Clinics, Cancer Treatment Center Planning Committee, 1998

University of Wisconsin Medical School, Interdisciplinary Research Complex Working Group, 1998; Medical Records Research Committee, 1998; Tenure Track Faculty Promotions Committee, 2000–2003; Advanced Degrees Subcommittee of the Curriculum Committee, 2001; Basic Science/Grade Education subcommittee/Liaison Committee on Medical Education, 2002; Master of Public Health (MPH) Planning Committee 2002–2005, Curriculum Subcommittee, 2002–, and Steering Committee, 2005–; Advisory Committee, Clinical Research Scholar (CRS) Program, 2003–; MPH Steering Committee 2005–

University of Wisconsin-Madison, Departments of Statistics and and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Jason Fine, 1998–2003; Departments of Preventive Medicine and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Guan-hua Hwang, 2000–2003; Department of Medicine, Hematology Section, Mentor Committee for Assistant Professor Brad Kahl, 2001–

University of Wisconsin Medical School, Department of Population Health Sciences, Population Health Graduate Program Steering Committee, 2000–2003

University of Wisconsin Medical School, Department of Biostatistics & Medical Informatics, Biostatistics Training Committee 1997–; Summer Internship Program Committee, 2000–

University of Wisconsin Medical School, Department of Medicine, Academic Clinical Oncologist Training Program (K12), Advisory Committee, 2001–

University of Wisconsin-Madison, Information Technology Committee, 2001–2002; Faculty Senate, 2004–

## Consulting

Statistical Consultant, Cytel Software Corporation, Cambridge, Massachusetts on Development of EaSt, *A Software Package for the Design and Interim Monitoring of Group Sequential Clinical Trials*, 1989–1992, 1999

Statistical Consultant, Brain Tumor Working Group, Massachusetts General Hospital, Boston, 1990

Statistical Consultant, Eastern Cooperative Oncology Group Coordinating Center and Frontier Science & Technology Research Foundation, Brookline, Massachusetts on pharmaceutical industry projects, 1996–1997

Statistical Consultant, Michael Best & Friedrich, LLP, a patent law firm in Madison, Wisconsin on a chemopreventive agent, 1998

Statistical Consultant, Frontier Science & Technology Research Foundation-Madison, Wisconsin, 1998–present, non-compensated since 2001

Professional Services Contractor, Center for Devices and Radiological Health, Food and Drug Administration, DHHS, 2000

Statistical Consultant for Biopharmaceutical Companies: Berlex, Montville, New Jersey, 1999–2002; G.D. Searle/Pharmacia, Skokie, Illinois, 2000–2001; TAP, Lake Forest, Illinois, 2001; Abbott, Abbott Park, Illinois, 2001–2005; Pfizer, Ann Arbor, Michigan, 2002; Genitope, Redwood City, California, 2002; Sanofi-Aventis, Bridgewater, New Jersey, 2002, 2004–; Bayer, West Haven, Connecticut, 2004–; Ortho Biotech, Bridgewater, New Jersey, 2005–2006; GlaxoSmithKline, Collegeville, Pennsylvania, 2005–; Immunomedics, Morris Plains, New Jersey, 2005–; BioPartners, Baar, Switzerland, 2005–; Merck, Rahway, New Jersey, 2005–; WEX, Vancouver, British Columbia, Canada, 2006; Viventia Biotech, Mississauga, Ontario, Canada, 2006–; Barlet, Beech, LLC, 2006–

M006E17796

Statistical Consultant, Spine Patient Outcome Research Trial (SPORT), U01-AR45444, sponsored by the National Institute of Arthritis and Musculoskeletal and Skin Diseases, 2000–2004

Statistical Consultant for Contract Research Organizations: Lifecord, Seoul, KOREA, 2001–2004; Covance, Princeton, New Jersey, 2002, 2006;

Statistical Consultant, Doxil for Eyelid Spasm Injection, University of Minnesota, Minneapolis, Minnesota, 2004–

Teaching

Spring 1978 & Spring 1979, Instructor, Department of Computer Science and Statistics, Seoul National University, Seoul, KOREA

—Taught a semester course on FORTRAN programming for dentistry students

1978–1980, Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA

—Taught a course on FORTRAN programming during four recesses

1981–1983, Teaching Assistant, Department of Statistics, University of Wisconsin, Madison, Wisconsin

—Led discussion sessions of statistics courses, some elementary and some very advanced

Spring 1986, Instructor, Department of Statistics, University of Wisconsin, Madison, Wisconsin

—Taught an introductory statistics course

Fall, 1988 & 1989, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Taught a course on "Probability Theory and Its Applications"

Spring 1991 & Fall 1993, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Developed and taught a special topics course on "Sequential Methods for Clinical Trials"

August 1992, Instructor, Continuing Education Program, ASA, Alexandria, Virginia

—Developed and taught a short course on "Group Sequential Methods for Survival Analysis" jointly with Professor Anastasios A. Tsiatis at the 1992 Joint Statistical Meetings, Boston

Fall 1994, Course Coordinator and Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts

—Developed, coordinated and taught a new tutorial course "Statistical Computing Environments"

Fall/Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught a course on "Clinical Trials Methodology" for the M.S. Program in Clinical Research Design And Statistical Analysis

Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught an advanced topics course on "Group Sequential Methods for Clinical Trials"

Fall 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

—Developed and taught the clinical trials and epidemiological studies portion of a course on "Introduction to Biostatistical Investigations"

M008E17797

December 1996, Instructor, American Society for Qualify Control and ASA

    —Developed and taught a two-day short course on "Group Sequential Methods for Clinical Trials" at the 52nd Deming Conference on Applied Statistics, Atlantic City, New Jersey

Winter 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan

    —Led a reading course BIO 820 on "Clinical Trials" using the text by Schwartz, Flamant and Lellouch (as translated by M.J.R. Healy and published in 1980 by Academic Press)

Fall 1997, 2000 & 2001, Instructor, Department of Statistics, University of Wisconsin-Madison

    —Taught Statistics 641 "Statistical Methods for Clinical Trials"

October 1998, Instructor, Pre-conference courses, Asian Clinical Trials Conference, University of Hong Kong

    —Taught selected topics in statistical methods for clinical trials

Spring 1999, 2000 & 2003, Instructor, Department of Statistics, University of Wisconsin-Madison

    —Taught Statistics 642 "Statistical Methods for Epidemiology"

November 1999, Instructor, Medtronic, Inc., Minneapolis, Minnesota

    —Developed and taught a three-day short course on "Group Sequential Methods for Clinical Trials"

May 2000, Instructor, Biostatistics Centre, Katholieke Universiteit Leuven, Belgium

    —Developed and taught a two-day short course on "Interim Analyses in Clinical Trials"

June 2000, Instructor, Center for Devices and Radiation Health, Food and Drug Administration, Rockville, Maryland

    —Developed and taught a half-day short course on "Interim Analysis and Data Monitoring" with Professor David L. DeMets

November 2000, Instructor, Pre-meeting courses of the Drug Information Association Meeting, University of Hong Kong

    —Taught selected topics in statistics in clinical trials

December 2000, Instructor, Frontier Science & Technology Research Foundation

    —Developed and taught two and a half-day short courses on "Roles and Organization of Data Monitoring Committees" and "Sequential Methods for Data Monitoring in Clinical Trials" with Professor David L. DeMets

June 2001, Instructor, University of Autonomous Barcelona, Barcelona, Spain

    —Developed and taught a two and half-day short course on "Interim Analyses in Clinical Trials"

October 2001, Instructor, Frontier Science & Technology Research Foundation

    —Developed and taught one and a half-day short course on "Sequential Methods for Data Monitoring in Clinical Trials"

July 2002, Instructor, Aventis Pharmaceuticals, Inc

    —Developed and taught a half-day short course on "Data and Safety Monitoring and Interim Analysis"

Spring 2004, Instructor, Department of Statistics, University of Wisconsin-Madison

    —Taught Statistics 751 "Sequential Analysis"

2004 AACR/ASCO Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 31–August 6, 2004

    —Gave a plenary lecture on "Data and Safety Monitoing"

MODGE17798

2005 ASCO/AACR Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 30–August 5, 2004

—Gave Small Group Discussion Session presentations on "Tips on Getting Your Clinical Trials Approved and Implemented"

Summer and Fall 2005, Instructor, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison

—Developed and Taught BMI 511 "Introduction to Biostatistical Methods for Public Health" for the MPH Program

## Doctoral Students

John M. Williamson, graduated in June 1993 with Sc.D. in Biostatistics, Harvard University
Dissertation title: "Methods for the Analysis of Clustered, Correlated Data: Familial and Ophthalmological"

Current Position: Centers for Disease Control and Prevention

Sandra J. Lee, graduated in August 1994 with Sc.D. in Biostatistics, Harvard University
Dissertation title: "Group Sequential Monitoring of Clinical Trials with Multivariate Outcomes"
Current Position: Research Associate, Dana-Farber Cancer Institute, Boston, MA

Hélène Boucher, graduated in August 1996 with Sc.D.in Biostatistics, Harvard University
Dissertation title: "Design and Analysis of Group Sequential Clinical Trials with Survival Data"
Current Position: Research Scientist, La Valle University, Quebec, Canada

Bart Spiessens, graduated in June 2001 with Ph.D. in Biostatistics, Katholieke Universiteit Leuven, Belgium
Dissertation Title: "Group Sequential Methods for Some Generalised Linear Mixed Models"
Current Position: Senior Statistician, GlaxoSmithKline Biologicals, Belgium

David Todem, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison
Dissertation Title: "Latent-Structured Regression Modeling for Longitudinal Multivariate Ordinal/Count Data"

Current Position: Assistant Professor of Biostatistics, Michigan State University, East Lansing, MI

Yuan Ji, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison
Dissertation Title: "On Bayesian Modeling and Design for Microarray Gene Expression Data"
Current Position: Assistant Professor of Biostatistics, M.D. Anderson Cancer Center, Houston, TX

Sung-joon (Max) Min, graduated in December 2004 with Ph.D. in Biostatistics, University of Michigan
Dissertation Title: "Group Sequential Methods for Nonliner Models in Clinical Trials"
Current Position: Assistant Professor of Biostatistics, University of Colorado Health Science Center, Denver, CO

## Student Committees

Sandro Pampallona, graduated in January 1990 with Sc.D. in Biostatistics, Harvard University, Thesis Committee
Dissertation Title: "I. Alcohol Consumption and Breast Cancer and II. Group Sequential Methods for Clinical Trials"

M006E17799

Paul Elson, graduated in January 1991 with Sc.D. in Biostatistics, Harvard University, Thesis Committee

Dissertation Title: "Group Sequential Clinical Trials: Efficient Methods for Computing Design Characteristics and the Effect of a Lag Time"

John Spritzler in Sc.D. program in Biostatistics, Harvard University, Examination Committee, December 1991

Thesis Proposal: "The Asymptotic Group Sequential Properties of an Estimator of the Proportion Responding when there is a Lag Time in Reporting"

Allison Taylor, graduated in March 1992 with Sc.D. in Environmental Science, Harvard University, Thesis Committee

Dissertation Title: "Addressing Uncertainty in the Estimation of Environmental Exposure and Cancer Potency"

Barry DeCicco in Ph.D. program in Biostatistics, University of Michigan, Examination Committee, November 1996

Thesis Proposal: "Optimal Experimental Design for Censored Data"

Stephanie Macksood in Ph.D. program in Epidemiology, University of Michigan, Examination Committee, February 1997

Thesis Proposal: "Benign Breast Disease and Breast Cancer: The Tecumseh Community Health Study"

Chin-yu Lin, graduated in August 1998 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "A General Class of Function-indexed Nonparametric Tests for Survival Analysis"

Hyunsuk Suh, graduated in May 1999 with Ph.D. in Industrial Engineering, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Work-related Risk Perception as Signs of Musculoskeletal Discomfort and Stress"

Ken Cheung, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Dose Escalation Strategy for Phase I Clinical Trials with Late-onset Toxicities"

Yonghua Chen, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Flexible Group Sequential Designs for Clinical Trials"

Xiaoyin (Frank) Fan, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Conditional Estimation Methods for the Analysis of Group Sequential Studies"

Yuanjun Shi, graduated in August 2001 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Monte Carlo Techniques for Designing and Analyzing Group Sequential Clinical Trials with Multiple Primary Endpoints"

Zhilong Yuan, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University.of Wisconsin-Madison in 2003

Proposal Title: "Advanced Designs of Phase I Cancer Clinical Trials: Multiarm Isotonic Designs and Continuous/Polytomous Responses"

Randall Todd Brown, Ph.D. Committee, Department of Population Health Science, University of Wisconsin-Madison since 2004

Yang Song, graduated in May 2005 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: Twoway Latent Variable Clustering

Minjung Kwak, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, July 2005

Proposal Title: "Testing for Independence of a Survival Time from a Covariate"

Xiaodan Wei, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, December 2005

Proposal Title: "A Test for Non-inferiority with A Mixed Multiplicative/Additive Null Hypothesis"

Professional Activities and Editorial Services

Referee, *Biometrics*, an official journal of the International Biometric Society

Referee, *Journal of the American Statistical Association*

Referee, *Communications in Statistics*

Referee, *American Journal of Public Health*, an official journal of the American Public Health Association

Referee, *Science*, an official AAAS journal

Referee and book reviewer, *Statistics in Medicine*, an official journal of the International Society for Clinical Biostatistics

Referee and book reviewer, *Controlled Clinical Trials*, an official journal of the Society for Clinical Trials

Referee, *Journal of Statistical Computation and Simulation*

Referee, *Medical and Pediatric Oncology*

Reviewer, a book proposal for Van Nostrand Reinhold

Grant reviewer, *Advancing Science Excellence in North Dakota*, University of North Dakota

Referee, *Journal of Clinical Oncology*, an official journal of the American Society of Clinical Oncology

Referee, *Journal of Clinical and Experimental Neuropsychology*

Referee, *Cancer Supplement*, a journal of the American Cancer Society

Referee, *Annals of Surgery*, an official journal of the American College of Surgeons

Referee, *Lung Cancer*, an official journal of the International Association for Study of Lung Cancer

Referee, *Clinical Cancer Research*, an official journal of the American Association for Cancer Research

Lecturer, Statistics Visiting Lecture Program (SVLP), COPSS

Referee, *Statistics and Probability Letters*

Referee, *Biometrical Journal*

Book reviewer, *Oncology*

Referee, *Brazilian Journal of Probability and Statistics*

Grant reviewer, Research Grants Council, University Grants Committee, Hong Kong, CHINA

External Reviewer, Institute of Medicine of the National Academies, USA

M006ET7801

**Tenure and Promotions Review**

Public Health (Biostatistics), Columbia University (3)

Pathology, Wayne State University

Biostatistics, Emory University

Biostatistics, Duke University (2)

Preventive Medicine (Biostatistics), Vanderbilt University (2)

Radiation Oncology (Biostatistics), University of Michigan

Biostatistics, Fred Hutchinson Cancer Research Center

Statistics, Texas A & M University

Biostatistics, University of Texas MD Anderson Cancer Center

Biostatistics, University of North Carolina, Chapel Hill

Community and Family Medicine (Biostatistics), Dartmouth Medical School

Medicine (Biostatistics), Massachusetts General Hospital/Harvard Medical School

Public Health Sciences (Biostatistics), University of California, Davis

**Grants, Cooperative Agreements and Contracts**

Biomedical Research Support Grant (BRSG S07 RR05526) from the Dana-Farber Cancer Institute: "Software Development on Microcomputer Systems for Sequential Cancer Clinical Trial Methodologies." PI, Computing equipment support, 11/1/87–10/31/88

R29 CA52733, First Independent Research Support and Transition Award, from the National Cancer Institute, NIH, DHHS: "Sequential Methods for Clinical Trials." PI, 7/5/90–6/30/95

R01 EY09252 from the National Eye Institute, NIH, DHHS: "Regression Models for Analysis of Ophthalmological Data." PI, 7/1/91–6/30/94

R01 CA60125 from the National Cancer Institute, NIH, DHHS: "Laboratory/Clinical Correlative Studies in Lung Cancer." Subcontract, Co-investigator (JH Schiller, PI), 7/1/93–8/31/95

P30 CA46592 from the National Cancer Institute, NIH, DHHS: "University of Michigan Cancer Center." Director, Biostatistics Shared Resource (MS Wicha, PI), 9/1/95–8/31/97

DAMD17-94-J04160 from the Department of Army: "Training Program in Biostatistics for Breast Cancer Research." PI, 9/1/96–8/30/97

R01 CA52733 from the National Cancer Institute, NIH, DHHS: "Sequential Methods for Clinical Trials." PI, 9/1/97–8/30/02

P30 CA14520 from the National Cancer Institute, NIH, DHHS: "University of Wisconsin Comprehensive Cancer Center." Director, Biostatistics Shared Resource, Co-director, Clinical Trials Research Office Shared Resource (G Wilding, PI), 9/1/97–3/31/06

N01 CN25434 from the National Cancer Institute, NIH, DHHS: "Phase II Clinical Trials of New Chemopreventive Agents (DFMO)." PI, 9/27/99-9/15/05

R03 CA82069 from the National Cancer Institute, NIH, DHHS: "Squalamine plus Carboplatin and Paclitaxel in NSCLC." Co-investigator (JH Schiller, PI), 5/1/99–4/30/01

R01 CA32685 from the National Cancer Institute, NIH, DHHS: "Clinical Development of Hu14.18-IL2 Targeted Therapy." Co-investigator (PM Sondel, PI), 6/1/00–5/31/05

K24 CA84172 from the National Cancer Institute, NIH, DHHS: "Mid-Career Investigator Award in Patient-Oriented Research." Co-investigator (JH Schiller, PI), 9/15/00–8/31/05

N01 CN95015 from the National Cancer Institute, NIH, DHHS: "Prevention of Sporadic Colorectal Adenomas with Celecoxib." PI, Subcontract (MM Bertagnolli, PI), 3/1/01–12/31/05

U01 CA77158 from the National Cancer Institute, NIH, DHHS: "Chemoprevention of Skin Cancer: DFMO Phase 3 Trial." Co-investigator (HH Bailey, PI), 7/1/01–8/31/05

R01 CA88937 from the National Cancer Institute, NIH, DHHS: "CCNU in NSCLC Patients with Methylation of the MGMT Gene." Co-investigator (JH Schiller, PI), 9/1/01–8/31/04

R01 CA35368 from the National Cancer Institute, NIH, DHHS: "Role of PKC in Tumor Promotion." Co-investigator (AK Verma, PI), 4/1/02-3/31/07

R21 CA092412 from the National Cancer Institute, NIH, DHHS: "NM-404: A Novel Imaging Agent in Lung Cancer." Co-investigator (JH Schiller, PI), 6/1/02–5/31/04

R01 CA93959 from the National Cancer Institute, NIH, DHHS: "DFMO Prevention Study (2b) in Organ Transplant Subjects." Co-investigator (HH Bailey PI), 7/1/02-6/30/06

N01 CN35153 from the National Cancer Institute, NIH, DHHS: "Phase 1 and Phase 2 Clinical Trials of Cancer Chemoprevention Agents." Statistical Scientist (HH Bailey, PI), 9/30/03-9/29/06

R01 CA114060 from the National Cancer Institute, NIH, DHHS: "SELECT Pre-Clinical Trial of Prostate Cancer." Co-investigator (N Ahmad, PI), 2/7/06–12/31/10

VA MERIT award from the Department of Veterans Affairs: "In Vivo Chemoprevention Study in Bladder Cancer with Celecoxib and DFMO." Co-investigator (J Gee, PI), 10/01/05–9/30/08

Research Interests

Sequential Analysis

Clinical Trials Methodology

Categorical Data Analysis

Survival Analysis

Clustered Data Analysis

Applications in Cancer Research

Interface between Statistics and Computer Science

Computing Experience

System Management: Stand-alone SUN SPARCstation, Apple Macintosh Computer

Operating Systems: Unix OS and its dialects, Mac OS, MS-DOS/Windows

Source Languages: FORTRAN

Statistical Languages: SAS, R, S/S-Plus, STATA, MINITAB

Mathematical Languages: MATLAB

Symbolic Languages: Maple

M00SE17803

## Memberships

Member, American Statistical Association, since 1981

Member, International Biometric Society, since 1983

Member, Society for Clinical Trials, since 1987

Member, American Public Health Association, 1991–1997, 2005-

Fellow, Royal Statistical Society, since 1993

Member, American Association for Advancement of Science, since 1993

Active Member, American Society of Clinical Oncology, since 1996

Member, International Society for Clinical Biostatistics, since 1996

Member, Korean Statistical Society, since 1997

Active Member, American Association for Cancer Research, since 2000

## Publications: Peer-reviewed

1. Kim K, DeMets DL. Design and analysis of group sequential tests based on the type I error spending rate function. *Biometrika* 1987;74:149–54.

2. Kim K, DeMets DL. Confidence intervals following group sequential tests in clinical trials. *Biometrics* 1987;43:857–64.

3. Kim K. Improved approximation for estimation following closed sequential tests. *Biometrika* 1988;75:121–8.

4. Kim K. Point estimation following group sequential tests. *Biometrics* 1989;45:613–7.

5. Kim K, Tsiatis AA. Study duration for clinical trials with survival response and early stopping rule. *Biometrics* 1990;46:81–92.

6. Cummings FJ, Kim K, Neiman RS, Comis RL, Oken MM, Weitzman SA, Mann RB, O'Connell MJ. Phase II trial of Pentostatin in refractory lymphomas and cutaneous T-cell disease. *Journal of Clinical Oncology* 1991;9:565–71.

7. Hochster HS, Kim K, Green MD, Mann RB, Neiman RS, Oken MM, Cassileth PA, Stott P, Ritch P, O'Connell MJ. Activity of fludarabine in previously treated non-Hodgkin's low-grade lymphoma: Results of an Eastern Cooperative Oncology Group study. *Journal of Clinical Oncology* 1992;10:28–32.

8. Kim K, DeMets DL. Sample size determination for group sequential clinical trials with immediate response. *Statistics in Medicine* 1992;11:1391–9.

9. Kim K. Study duration for group sequential clinical trials with censored survival data adjusting for stratification. *Statistics in Medicine* 1992;11:1477–88.

10. Miller KB, Kim K, Morrison FS, Winter JN, Bennett JM, Neiman RS, Head DR, Cassileth PA, O'Connell MJ. The evaluation of low dose cytarabine in the treatment of myelodysplastic syndromes: A phase III intergroup study. *Annals of Hematology* 1992;65:162–8.

11. Borden EC, Kim K, Ryan L, Blum RH, Shiraki M, Tormey DC, Comis RL, Hahn RG, Parkinson DR. Phase II Trials of Interferons-$\alpha$ and -$\beta$ in Advanced Sarcomas. *Journal of Interferon Research* 1992;12:455–8.

MODGE17804

12. Chang AY, Kim K, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol, Merbarone, and Piroxantrone in stage IV non-small cell lung cancer: The Eastern Cooperative Oncology Group results. *Journal of the National Cancer Institute* 1993;85:388–94.

13. Loehrer PJ, Kim K, Aisner SC, Livingston R, Johnson D, Blum R. Cisplatin plus doxorubicin plus cyclophosphamide in metastatic or recurrent thymoma: Final results of an intergroup trial. *Journal of Clinical Oncology* 1994;12:1164-8.

14. Lipsitz SR, Kim K, Zhao L. Analysis of repeated categorical data using generalized estimating equations. *Statistics in Medicine* 1994;13:1149–63.

15. Tsiatis AA, Boucher H, Kim K. Sequential methods for parametric survival models. *Biometrika* 1995;82:165–73.

16. Kim K. SEQPWR and SEQOPR: Computer programs for power calculations and operating characteristics in maximum information trials. *Computer Methods and Programs in Biomedicine* 1995;46:143-53.

17. Kim K. A bivariate cumulative probit regression model for ordered categorical data. *Statistics in Medicine* 1995;14:1341–52.

18. Kim K, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. *Biometrics* 1995;51:988–1000.

19. Williamson JM, Kim K, Lipsitz SR. Analyzing bivariate ordinal data using a global odds ratios. *Journal of the American Statistical Association* 1995;90:1432-7.

20. Abrahamsson PA, Adami HO, Taube A, Kim K, Zelen M, Kulldorff M. RE: Long-term survival and mortality in prostate cancer treated with noncurative intent by Aus G, Hugosson J, Norlén L. *Journal of Urology* 1996;156:296–7.

21. Gale RP, Horowitz MM, Rees JKH, Gray RG, Oken MM, Estey EH, Kim K, et al. Chemotherapy versus transplants for acute myelogenous leukemia in second remission. *Leukemia* 1996;10:13–9.

22. Williamson JM, Kim K. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. *Statistics in Medicine* 1996;15:1507–18.

23. Schiller JH, Kim K, Hutson P, DeVore R, Glick J, Stewart J, Johnson D. Phase II study of topotecan in patients with extensive-stage small cell carcinoma of the lung: An Eastern Cooperative Oncology Group Trial. *Journal of Clinical Oncology* 1996;15:2345–52.

24. Lee SJ, Kim K, Tsiatis AA. Repeated significance testing in longitudinal clinical trials. *Biometrika* 1996;83:779–89.

25. Goh M, Kleer CG, Kielczewski P, Wojno KJ, Kim K, Oesterling JE. Autologous blood donation prior to anatomical radical retropubic prostatectomy: Is it necessary? *Urology* 1997;49:569–74.

26. Roberts JA, Jenison EL, Kim K, Clarke-Pearson D, Langleben A. A randomized, multicenter, double-blind, placebo-controlled, dose-finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. *Gynecologic Oncology* 1997;67:172–7.

27. Loehrer PJ, Chen M, Kim K, Aisner SC, Einhorn LH, Livingston R, Johnson D. Cisplatin, doxorubicin and cyclophosphamide plus thoracic radiation therapy for limited-stage unresectable thymoma: An intergroup trial. *Journal of Clinical Oncology* 1997;15:3093–9.

28. Wolber FM, Curtis JL, Milik AM, Fields T, Seitzman GD, Kim K, Kim S, Sonstein J, Stoolman LM. Lymphocyte Recruitment and the kinetics of adhesion receptor expression during the pulmonary immune response to particulate antigen. *American Journal of Pathology* 1997;151:1715–27.

M006E17805

29. Chang AY, Kim K, Boucher H, Bonomi P, Stewart JA, Blum R. Randomized phase II trial of echinomycin, trimetrexate, and cisplatin plus etoposide in metastatic non-small cell lung cancer: An Eastern Cooperative Oncology Group Study (EST 1587). *Cancer* 1998;82:292–300.

30. Johnson DH, Chang AY, Ettinger DS, Kim K, Bonomi P. Recent advances with chemotherapy for NSCLC: The ECOG Experience. *Oncology* 1998;12(1 Suppl 2):67–70.

31. Williamson JM, Lipsitz SR, Kim K. GEECAT and GEEGOR: SAS macro for analysis of correlated categorical response data. *Computer Methods and Programs in Biomedicine* 1999;58:25–34.

32. Turrisi AT, Kim K, Blum R, Sause WT, Livingston RB, Komaki R, Wagner H, Aisner S, Johnson DH. Twice daily thoracic radiotherapy versus once daily thoracic radiotherapy in limited small-cell lung cancer treated concurrently with cisplatin-etoposide chemotherapy. *New England Journal of Medicine* 1999;340:265–71.

33. Tester WJ, Kim K, Schiller JH, Krigel RL, Bonomi PD, Glick JH, Asbury RF, Kirkwood JM, Blum RH. A phase II study of recombinant Interleukin-2 with and without beta-Interferon for patients with advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group study (PZ586). *Lung Cancer* 1999;25:199–206.

34. Bonomi P, Kim K, Fairclough D, Cella D, Kugler J, Rowinski E, Jiroutek M, Johnson D. Comparison of survival and quality of life in advanced non-small cell lung cancer patients treated with paclitaxel-cisplatin versus etoposide-cisplatin: Results of an Eastern Cooperative Oncology Group trial. *Journal of Clinical Oncology* 2000;18:623–31.

35. Hotton KM, Khorsand M, Hank JA, Albertini M, Kim K, Wilding G, Salamat MS, Larson M, Sondel P, Schiller JH. A phase Ib/II trial of granulocyte-macrophage-colony stimulating factor and Interleukin-2 for renal cell carcinoma patients with pulmonary metastases: A case of fatal central nervous system thrombosis. *Cancer* 2000;88:1892–901.

36. Reboussin DM, DeMets DL, Kim K, Lan KKG. Programs for computing group sequential bounds using the Lan-DeMets method. *Controlled Clinical Trials* 2000;21:190–207.

37. Merchant JJ, Kim K, Mehta MP, Ripple GH, Larson ML, Brophy DJ, Hammes LC, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel, and thalidomide in advanced non-small cell lung cancer. *Clinical Lung Cancer* 2000;2:48–52.

38. Spiessens B, Lesaffre E, Verbeke G, Kim K, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Statistical Methods in Medical Research* 2000;9:497–515.

39. Robles C, Kim K, Oken MM, Bennett JM, Letendre L, Wiernik PH, O'Connell MJ, Cassileth PA. Low-dose cytarabine maintenance therapy vs observation after remission induction in advanced acute myeloid leukemia: An Eastern Cooperative Oncology Group Trial (E5483). *Leukemia* 2000;14:1349–53.

40. Eastman ME, Khorsand M, Maki DG, Williams EC, Kim K, Sondel PM, Schiller JH, Albertini MR. Central venous device-related infection and thrombosis in patients treated with moderate dose continuous-infusion Interleukin-2. *Cancer* 2001;91:806–14.

41. Jung S-H, Carey M, Kim K. Graphical search for two-stage designs for phase II clinical trials. *Controlled Clinical Trials* 2001;22:367–72.

42. Vidarsson B, Abonour R, Williams EC, Woodson RD, Turman NJ, Kim K, Mosher DF, Wiersma SR, Longo WL. Fludarabine and cytarabine as a sequential infusion regimen for treatment of adults with recurrent, refractory or poor prognosis acute leukemia. *Leukemia and Lymphoma* 2001;41:321–31.

43. Leu KH, Kim K, Larson M, Larson M, Schiller JH. Phase I/II Trial of Docetaxel and Vinorelbine in Patients with Non-Small Cell Lung Cancer Previously Treated with Platinum-Based Chemotherapy. *Lung Cancer* 2001; 4:105–13.

MDG6E178GG

44. Pampallona S, Tsiatis AA, Kim K. Interim monitoring of group sequential trials using spending functions for the type I and type II error probabilities. *Drug Information Journal* 2001;35:1113–21.

45. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate observations. *Journal of Statistical Computation and Simulation* 2002;72:247–60.

46. Spiessens B, Lesaffre E, Verbeke G, Kim K. Group sequential methods for an ordinal logistic random-effects model under misspecification. *Biometrics* 2002;58:569–75.

47. Kolesar JM, Pritchard SC, Kerr KM, Kim K, Nicolson MC, McLeod H. Evaluation of NQO1 gene expression and variant allele in human NSCLC tumors and matched normal lung tissue. *International Journal Of Oncology* 2002;21:1119–24.

48. Kim K, Tsiatis AA, Mehta CR. Computational issues in information-based group sequential clinical trials. *Journal of the Japanese Society of Computational Statistics* 2003;15:153–67.

49. Hoang T, Kim K, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of second-line gemcitabine in sensitive or refractory small cell lung cancer. *Lung Cancer* 2003;42:97–102.

50. Jung S-H, Lee T, Kim K, George SL. Admissible two-stage designs for phase II cancer clinical trials. *Statistics in Medicine* 2004;23:561–9.

51. Jung S-H, Kim K. On the estimation of the binomial probability in multistage phase clinical trials. *Statistics in Medicine* 2004;23:881–96.

52. Neal ZC, Imboden M, Rakhmilevich AL, Kim K, Hank JA, Surfus J, Dixon JR, Lode HN, Reisfeld RA, Gillies SD, Sondel PM. NXS2 murine neuroblastomas express increased levels of MHC class I antigens upon recurrence following NK-dependent immunotherapy. *Cancer Immunology and Immunotherapy* 2004;53:41–52.

53. Liu G, Gandara DR, Lara PN, Raghavan D, Doroshow JH, Twardowski P, Kantoff P, Oh W, Kim K, Wilding G. A phase II trial of flavopiridol (NSC #649890) in patients with previously untreated metastatic androgen-independent prostate cancer. *Clinical Cancer Research* 2004;10:924–8.

54. Horning SJ, Weller E, Kim K, Earle JD, O'Connell MJ, Habermann TM, Glick JH. Chemotherapy with or without radiotherapy in limited-stage diffuse aggressive non-Hodgkin's lymphoma: Eastern Cooperative Oncology Group Study 1484. *Journal of Clinical Oncology* 2004;22:3032–8.

55. King DM, Albertini MR, Schalch H, Hank JA, Gan J, Surfus J, Mahvi D, Schiller JH, Warner T, Kim K, Eickhoff J, Kendra K, Reisfeld R, Gillies SD, Sondel P. A phase I clinical trial of the immunocytokine EMD 273063 (hu14.18-IL2) in melanoma patients. *Journal of Clinical Oncology* 2004;22:4463–73.

56. Kahl BS, Bailey HH, Kim K-M, Smith EP, Turman N, Smith J, Werndli J, McGovern J, Jumonville A, Williams EC, Longo WL. Phase II study of weekly low-dose paclitaxel for relapsed and refractory non-Hodgkin's lymphoma: a Wisconsin Oncology Network Study. *Cancer Investigation* 2005;23:13–8.

57. Ji Y, Tsui K-W, Kim K. A novel means of using gene clusters in a two-step empirical Bayes method for predicting classes of samples. *Bioinformatics* 2005;21:1055–61.

58. Morgan-Meadows S, Mulkerin D, Berlin JD, Warren D, Inman A, Kim K, Thomas JP. A phase II trial of gemcitabine, 5-fluorouracil and leucovorin in advanced esophageal carcinoma. *Oncology* 2005;69:130–4.

59. Walker L, Schalch H, King DM, Dietrich L, Eastman M, Kwak M, Kim K, Albertini MR. Phase II trial of weekly paclitaxel in patients with advanced melanoma. *Melanoma Research* 2005;15:453–9.

60. Huie M, Oettel K, van Ummersen L, Kim K, Zhang Y, Staab MJ, Horvath D, Marnocha R, Douglas J, Dresen A, Alberti D, Wilding G. Phase II study of interferon-alpha and doxycycline for advanced renal cell carcinoma. *Investigational New Drugs* September 20, 2005 (on line).

61. Choi BS, Sondel PM, Hank JA, Schalch H, Gan J, King DM, Kendra K, Mahvi D, Lee LY, Kim K, Albertini MR. Phase I trial of combined treatment with ch14.18 and R24 monoclonal antibodies and interleukin-2 for patients with melanoma or sarcoma. *Cancer Immunology, Immunotherapy* September 27 2005 (on line).

62. Ji Y, Tsui K-W, Kim K. A two-stage empirical Bayes method for identifying differentially expressed genes. *Computational Statistics and Data Analysis* (in press).

63. Hoang T, Kim K, Merchant J, Traynor AM, McGovern J, Oettel KR, Sanchez FA, Ahuja HG, Schiller JH. Phase I/II study of gemcitabine and exisulind in patients with recurrent advanced non-small cell lung cancer. *Journal of Thoracic Oncology* 2006;1:218-25.

64. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. *Statistics in Medicine* (in press).

## Book Chapters

1. Bennett JM, Miller KB, Kim K, Morrison FS, Winter JN, Cassileth P, Neiman RS, Head D. Phase III evaluation of low-dose cytosine arabinoside versus supportive care in the treatment of adults with myelodysplastic syndrome: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group—Preliminary results. In: Schmalzl F, Mufti GJ (eds) *Myelodysplastic Syndromes*. Berlin: Springer-Verlag, 1992: 253–258.

2. Propert KJ, Kim K. Group sequential methods in multi-institutional cancer clinical trials: A case study. In: Peace KE, eds *Biopharmaceutical Sequential Statistical Applications*. New York: Marcel Dekker, 1992;133–53.

3. Kim K, Lipsitz SR, Williamson JM. Regression models for bivariate ordered categorical data from ophthalmological studies. In: Koo JY, Park BU, Lee KW, Jeon JW, eds *Collected Papers in Honor of Retirement of Professor Chung Han Yung*. Seoul, KOREA: Seoul Nation University, Department of Computer Science and Statistics Alumni Association, 1996;36–45.

4. Bonomi P, Kim K, Johnson D. Phase III experience with paclitaxel in non-small cell lung cancer: North American Experience. In: Johnson DH, Klastersky J, eds *Taxanes in Lung Cancer Therapy*. New York: Marcel Dekker, 1998;81–93.

5. Kim K. Primary and secondary variables. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;235–7.

6. Kim K. Interim analysis and early stopping. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;313–26.

7. Kim K. Independent data monitoring committee. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;327–9.

8. Kim K, Machin D. Study population. In: Karlberg JE, Tsang K, eds. *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;233–4.

9. Shyr Y, Kim K. Weighted flexible compound covarite method for classifying microarray data: A case study of gene expression level of lung cancer. In: Berrar DP, Dubitzky W, and Granzow, M, eds. *A Practical Approach to Microarray Data Analysis*. Boston: Kluwer, 2002;186–200.

10. Schiller JH, Kim K. Respiratory cancer. In: Machin D, Day S, Green S, eds. *Textbook of Clinical Trials*. Chichester: John Wiley & Sons, 2004;159–171.

11. Kim K. Interim analysis. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics*. London: Arnold, 2005;172–5.

12. Kim K. Data and safety monitoring boards. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics.* London: Arnold, 2005;94–5.

13. Kim K. Phase II trials. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics.* London: Arnold, 2005;257–9.

14. Kim K. Maximum duration and information trials. In: Chow S-C, Liu J-P, eds. *The Encyclopedia of Clinical Trials.* New York: Wiley (in press).

## Book Reviews

1. Kim K. Group Sequential Methods with Applications to Clinical Trials, by Christopher Jennison and Bruce W. Turnbull, Chapman & Hall/CRC, Boca Raton, 1999, ISBN 0-8493-0316-8, xx+390 pages, $64.95 (hardbound). *Controlled Clinical Trials* 2001;22:195–8.

2. Carbone PP, Kim K. Biostatistics, Carol Redmond and Theodore Colton (editors), Wiley & Sons, Chichester, 2001, ISBN 0-471-82211-6, xx+521 pages, $195.00 (hardbound). *Oncology* 2002;63:102–3.

3. Kim K. Clinical Trials, Lelia Duley and Barbara Farrell (eds), BMJ Books, London, 2002. No. of pages: x+133. Price: £15.95. ISBN 0-7279-1599-1. *Statistics in Medicine* 2003;22:2234.

## Proceedings

1. Kim K. Another estimator following sequential tests. *American Statistical Association Proceedings of Biopharmaceutical Section* 1992;257–65.

2. Kim K. Monitoring of clinical trials. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;77–84.

3. Kim K. Medical informatics program at the University of Wisconsin-Madison. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;195–200.

4. Kim K, Tsiatis AA. Computational issues in information-based group sequential clinical trials. *Proceedings of the International Conference on New Trends in Computational Statistics with Biomedical Applications: ISI 2001 Satellite Meeting* 2001;121–30.

## Submitted or In Revision

1. Todem D, Kim K. Semiparametric models and sensitivity analysis of longitudinal data with non-random dropouts. (submitted to *Biometrika* in January 2006).

2. Todem D, Kim K. On the existence of the maximum likelihood estimate in multivariate random effects models for binary data. (under revision).

3. SCT Working Group on Data Monitoring. Guidelines for data and safety monitoring for clinical trials not requiring traditional data monitoring committees. (Accepted for publication in *Clinical Trials*).

4. Schiller JH, Kim K. Respiratory cancer. (Submitted to *Textbook of Clinical Trials, 2nd ed*).

5. Todem D, Kim K, Lesaffre E. A sensitivity approach to modeling longitudinal bivariate ordinal data subjects to informative dropouts. (Submitted to *Health Services and Outcomes Research Methodology*).

6. Spiessens B, Lesaffre E, Verbeke G, Kim K. The use of mixed models for longitudinal count data when the random-effects distribution is misspecified. (Submitted with revision to *Journal of Statistical Computation and Simulation*).

MDGE17809

7. Traynor AM, Leu KM, **Kim** K, Larson ML, Koch PD, Bayer GK, McFarland TA, Schiller JH. Weekly paclitaxel as second-line therapy and in patients with performance status 2 with advanced non-small cell lung cancer: Results of two phase II studies and a review of the literature (Submitted to *Lung Cancer*).

## Work In Progress

1. **Kim** K. Futility considerderations in clinical trials: Significance testing versus hypothesis testing. (in preparation).

## Abstracts

1. **Kim** K, DeMets DL. Estimation following group sequential test. Joint Statistical Meetings, Las Vegas, August 1985. Contributed paper abstract.

2. **Kim** K. Design of group sequential clinical trials with survival endpoints. Society for Clinical Trials Annual Meeting, Atlanta, May 1987. Scholarship award invited paper abstract (given Scholarship Award).

3. **Kim** K, DeMets DL. Sample size determination for clinical trials with immediate response and early stopping rule. Joint Statistical Meetings, New Orleans, August 1988. Contributed paper abstract.

4. Miller KB, **Kim** K, Morrison FS, Winter JN, Bennett JM, Cassileth PA, Grever M, Oken M, Head D. Evaluation of low dose ARA-C versus supportive care in the treatment of myelodysplastic syndromes: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group. *Blood* 1988;72:S215a.

5. Purdy S, Neiman RS, **Kim** K. The incidence, pattern of involvement and cytology of diffuse large cell lymphoma in bone marrow—An ECOG study. *Proceedings of the Annual Meeting of the United States and Canadian Academy of Pathology* 1989.

6. Hochster H, Green M, Oken M, Mann R, **Kim** K. Fludarabine is highly active in refractory low grade lymphoma: Results of an ECOG randomized phase II study. *Proceedings of the American Society of Clinical Oncology (ASCO)* 1989;8:A989.

7. **Kim** K. A regression model for bivariate ordered categorical data. Spring Meeting, ENAR/IBS, Baltimore, Maryland, March 1990. Contributed paper abstract.

8. **Kim** K, Cheuvart B. Study duration for stratified clinical trials with survival data and early stopping rule. Society for Clinical Trials Annual Meeting, Toronto, May 1990. Contributed paper abstract.

9. **Kim** K, Klein R. Analysis of bivariate ordered categorical data from ophthalmological data. Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland, March 1991. Invited paper abstract.

10. **Kim** K. A regression model for bivariate ordered categorical data. Joint Statistical Meetings, Atlanta, August 1991. Invited paper abstract.

11. Oken MM, **Kim** K, Mazza JJ, Hines JD, Bennett JM, Cassileth PA, O'Connell MJ. Maintenance low-dose ARA-C (LDAC) improves complete remission (CR) duration from salvage induction therapy for relapsed and refractory acute myeloid leukemia (AML). *Proceedings of ASCO* 1991;10:A739.

12. Ruckdeschel RJ, Linnoila RI, Mulshine JL, **Kim** K, Aisner S, Gazdar AF, Jensen SM, Bonomi P. The impact of neuroendocrine (NE) and epithelial (EPI) differentiation on response and survival in lung cancer: The ECOG experience. *Proceedings of ASCO* 1991;10:A849.

13. **Kim** K. Another estimator following sequential tests. Spring Meeting, ENAR/IBS, Cincinnati, Ohio, March 1992. Invited paper abstract.

MDGE17810

14. Chang A, Kim K, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol in patients with stage IV non-small cell lung cancer (NSCLC): The Eastern Cooperative Oncology Group (ECOG) results. *Proceedings of ASCO* 1992;11:A981.

15. Ruckdeschel RJ, Linnoila RI, Mulshine JL, Kim K, Piantadosi S, Aisner S. The impact of neuroendocrine and epithelial differentiation of recurrence and survival in patients with lung cancer. *Lung Cancer* 1992;7 (Suppl 2):56.

16. Kim K, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests. International Biometric Conference, Hamilton, New Zealand, December 1992. Contributed paper abstract.

17. Boucher H, Kim K, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract (given ENAR Student Award).

18. Williamson J, Kim K. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract.

19. Loehrer PJ, Kim K, Einhorn LH, Johnson DH. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. *Proceedings of ASCO* 1993;12:A1132.

20. Kim K. Regression models for bivariate ordered categorical data. Joint Statistical Meetings, San Francisco, August 1993. Invited paper abstract.

21. Williamson J, Kim K, Lipsitz S. Generalized estimating equations for bivariate ordinal data: Using the global odds ratio as a measure of association. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

22. Lee S, Kim K. Generalized estimating equations for group sequential monitoring of clinical trials with repeated measurements. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

23. Schiller JH, Kim K, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Proceedings of ASCO* 1994;13:A1093.

24. Johnson DH, Kim K, Turrisi AT, Sause W, Komaki R, Wagner H, Blum R. Cisplatin (C) & etoposide (E) + current thoracic radiotherapy (TRT) administered once versus twice daily for limited-stage (LS) small cell lung cancer (SCLC): Preliminary results of an intergroup trial. *Proceedings of ASCO* 1994;13:A1105.

25. Turrisi AT, Kim K, Johnson DH, Komaki R, Sause W, Livingston R, Wagner H, Blum R. Daily (QD) v twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin-etoposide (PE) for limited small cell lung cancer (LSCLC): Preliminary results on 352 eligible patients. *Lung Cancer* 1994;11 (Suppl 2).

26. Schiller JH, Kim K, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Lung Cancer* 1994;11 (Suppl 2):32–33.

27. Kim K. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. International Biometric Conference, Hamilton, Ontario, August 1994. Contributed poster abstract.

28. Lee SJ, Kim K, Tsiatis AA, Wulfsohn M. Repeated significance testing for longitudinal clinical trials. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

29. Boucher H, Kim K, Tsiatis AA. Group sequential score and Wald tests for some parametric survival models. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

MDG6E17811

30. Wagner H, Kim K, Johnson DH, Komaki R, Sause W, Curran W, Livingston R, Turrisi AT. Daily (D) vs. twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin/etoposide (PE) chemotherapy as initial therapy for patients with limited small cell lung cancer (LSCLC): Preliminary results of a phase III prospective intergroup trial. *International Journal of Radiation Oncology, Biology, and Physics* 1994;30 (Suppl 1):178.

31. Kim K, Ettinger D, Bonomi P, Johnson D. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. *Proceedings of ASCO* 1995;14:A1101.

32. Glick JH, Kim K, Earle J, O'Connell MJ. An ECOG randomized phase III trial of CHOP vs. CHOP + radiotherapy (XRT) for intermediate grade early stage non-Hodgkin's lymphoma (NHL). *Proceedings of ASCO* 1995;14:A1221.

33. Loehrer PJ, Kim K, Chen M, Einhorn LH, Aisner S, Livingston R, Johnson DH. Phase II trial of cisplatin (P), doxorubicin (A), cyclophosphamide (C) plus radiotherapy in limited stage unresectable thymoma. *Proceedings of ASCO* 1995;13:A1375.

34. Hutson PR, Kim K, Johnson D, Schiller JH. Pharmacodynamic evaluation of the response of extensive stage small cell lung cancer to topotecan. *Proceedings of ASCO* 1995;13:A1481.

35. Johnson DH, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Turrisi AT. Cisplatin (C) & etoposide (E) + thoracic radiotherapy (TRT) administered once or twice daily (BID) in limited stage (LS) small cell lung cancer (SCLC): Final report of intergroup trial 0096. *Proceedings of ASCO* 1996;15:A1113.

36. Belani CP, Kim K, Bonomi P, Johnson D. Retrospective estimation of carboplatin exposure by Calvert's and Chatelut's formulae and correlation with pharmacodynamic effects in metastatic non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 1996;15:A1119.

37. Wagner H, Kim K, Turrisi A, Jiroutek M, Shaw EG, Einhorn LH, Eisert D, Johnson D. A randomized phase III study of prophylactic cranial irradiation (PCI) vs. observation (OBS) in patients (Pts) with small cell lung cancer (SCLC) achieving a complete response: Final report of an incomplete trial by the Eastern Cooperative Oncology Group and Radiation Therapy Oncology Group (E3589/R92-01). *Proceedings of ASCO* 1996;15:A1120.

38. Bonomi P, Kim K, Chang A, Johnson D. Phase III trial comparing etoposide (E) cisplatin (C) versus Taxol (T) with cisplatin-G-CSF (G) versus Taxol-cisplatin in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1996;15:A1145.

39. Bonomi P, Kim K, Kugler J, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4), Suppl 3.

40. Bonomi P, Kim K, Kugler JW, Johnson D. Results of a phase III trial comparing Taxol-cisplatin (TC) regimens to etoposide-cisplatin (EC) in non-small cell lung cancer (NSCLC). *Lung Cancer* 1997;15 (Suppl 2).

41. Schiller J, Kim K, Hutson P, Larson M, Johnson D. An Eastern Cooperative Oncology Group Phase II study of topotecan in extensive stage small cell lung cancer. *Annals of Oncology* 1997;7 (Suppl 5):107.

42. Cella D, Fairclough DL, Bonomi PB, Kim K, Johnson D. Quality of Life (QOL) in advanced non-small cell lung cancer (NSCLC): Results from Eastern Cooperative Oncology Group (ECOG) study E5592. *Proceedings of ASCO* 1997;16:A4.

43. Bonomi P, Kim K, Kugler JW, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4 Suppl 3):9–10.

44. Bonomi P, Kim K, Chang A, Johnson D. Comparison of Survival for stage IIIb versus stage IV non-small cell lung cancer (NSCLC) patients treated with etoposide-cisplatin versus Taxol-cisplatin: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1997;16:A1631.

M005E17812

45. Schuette RW, Normolle DP, Brenner DE, Kim K. A data management system allowing multi-institutional clinical trials to deliver secure communications and good clinical laboratory practice standards on the World-Wide Web. *Controlled Clinical Trials* 1997;18:91S.

46. Lee SJ, Kim K. Group sequential monitoring of clinical trials with bivariate time to event endpoints. Joint Statistical Meetings, Anaheim, August 1997. Contributed paper abstract.

47. Eastman M, Khorsand M, Maki D, Williams E, Kim K, Sondel P, Schiller J, Albertini MR. Catheter-related bacteremia and thrombosis in patients treated with moderate-dose, continuous-infusion Interleukin-2. *Proceedings of ASCO* 1998;17:437a.

48. Turrisi A, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Johnson D. Observations after 5 year follow-up of intergroup trial 0096: 4 cycles of cisplatin (P) etoposide (E) and concurrent 45 Gy thoracic radiotherapy (TRT) given in daily (QD) or twice-daily fractions followed by 25 Gy PCI: Survival differences and patterns of failure. *Proceedings of ASCO* 1998;17:457a.

49. Aisner SC, Turrisi A, Kim K, Sause WT, Livingston RB, Einhorn L, Wagner H, Ettinger D, Komaki R, Blum R, Johnson DH. Incidence and clinical significance of variant morphology (small cell/large cell subtype) in limited stage small cell lung cancer (SCLC): A prospective analysis of an intergroup ECOG, RTOG, and SWOG study. *Proceedings of ASCO* 1998;17:458a.

50. Kim K, Bonomi PD, Kugler J, Johnson DH. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. *Proceedings of ASCO* 1998;17:461a.

51. Spiessens B, Lesaffre E, Kim K, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Controlled Clinical Trials* 1998;19:45S.

52. Kim K. History of Biostatistics and its implications in Korea. Pohang University of Science and Technology, Pohang, KOREA, June 1998. Invited paper abstract.

53. Jung S-H, Kim K. UMVUE for binomial proportion in multistage phase II clinical trials. International Society for Clinical Biostatistics Meeting, Dundee, Scotland, August 1998. Contributed paper abstract.

54. Hotton KM, Kim K, Larson ML, Larson MM, Pharo L, Schiller JH. Phase I/II trial of docetaxel and vinorelbine in patients with non-small cell lung cancer (NSCLC) previously treated with platinum-based chemotherapy. *Proceedings of ASCO* 1999;18:509a.

55. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Joint Statistical Meetings, Baltimore, August 1999. Contributed paper abstract.

56. Kim K, Kaya I, Niederhuber JE. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. Joint Annual Meeting of the International Society for Clinical Biostatistics and of the German Society for Medical Informatics, Biometry and Epidemiology, Heidelberg, Germany, September 1999. Contributed paper abstract.

57. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Spring Meeting, ENAR/IBS, Chicago, March 2000. Contributed paper abstract.

58. Lesaffre E, Spiessens B, Kim K, Verbeke G. A group sequential method for logistic random-effects models. *Controlled Clinical Trials* 2000;21:45S

59. Albertini MR, King D, Mahvi D, Warner T, Glowacki N, Roberts T, Schalch H, Kim K, Schiller JH, Rakhmilevich A, Yang, NS, Roy M, Swain W, Hank J, Sondel PM. Phase I trial of immunization using particle-mediated transfer of genes for GP-100 and GM-CSF into uninvolved skin of patients with melanoma. *Proceedings of ASCO* 2000;19:467a.

60. Kolesar JM, Olson EW, Hillman LA, Miller JA, Kim K, McLeod HL. Evaluation of NQO1 gene expression and point mutations in NSCLC tumors and matched normal lung tissue. *Proceedings of ASCO* 2000;19:498a.

61. Hotton KM, Kim K, McGovern, Larson ML, Hammes LC, Schiller JH. Preliminary results of two phase II studies of weekly paclitaxel in patients (pts) with non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 2000;19:534a.

62. Merchant J, Hammes L, Brophy D, Larson M, Ripple G, Mehta M, Kim K, Bryan T, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel and thalidomide in advanced non-small cell lung cancer. *Proceedings of ASCO* 2000;19:541a.

63. Min S-J, Kim K, Gillespie B. Independent increments structure examined for nonlinear models in longitudinal clinical trials using group sequential methods. Joint Statistical Meetings, Indianapolis, August 2000. Contributed paper abstract.

64. Kim K. Independent increment structure in group sequential tests and information-based design and monitoring. International Society for Clinical Biostatistics Meeting, Trento, Italy, September 2000. Contributed paper abstract.

65. Todem D, Kim K. Mixed effects models for longitudinal bivariate response counts. SRCOS/ASA Summer Research Conference in Statistics, St. Augustine, Florida, June 2001. Contributed paper abstract.

66. Kim K. Some Statistical Issues in Cancer Research. Joint Statistical Meetings, Atlanta, Georgia, August 2001. Invited paper abstract.

67. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, Kim K, Kendra K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with GD2 positive tumors. Proceedings of the Annual Meeting of the Society for Biologic Therapy, 2001.

68. Hank JA, Albertini MR, Gan J, Surfus J, King D, Schalch H, Kim K, Dahl T, Kashala O, Sturmhoefel K, Reisfeld RA, Gillies SD, Sondel PM. Antibody-cytokine hu14.18-IL2 retains antibody and IL-2 activity following clinical administration and induces IL-2 mediated immune activation. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2001.

69. Kim K, Jung S-H. Design and statistical inference of phase II cancer clinical trials Annual Scientific Symposium of the Hong Kong Cancer Institute, Hong Kong, March 2002. Contributed paper abstract.

70. Todem D, Kim K, Lesaffre E. Latent-class models for longitudinal data with bivariate ordinal outcomes. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

71. Ji Y, Kim K. Statistical modeling of gene expression data. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

72. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, Kim K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with metastatic melanoma. *Proceedings of ASCO* 2002;21 (part 1):16a.

73. Hoang T, Kim K, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of gemcitabine as second-line therapy in patients with small cell lung cancer. *Proceedings of ASCO* 2002;21 (part 2):218a.

74. Ji Y, Kim K. On Bayesian classification with microarray gene expression data. Midwest Biopharmaceutical Statistics Workshop, Muncie, Indiana, May 2002. Contributed paper abstract.

75. Todem D, Kim K. Modeling repeated bivariate ordinal outcomes subject to informative dropout. Workshop on Developments and Challenges in Mixture Modles, Bump Hunting and Measurement Error Models, Cleveland, Ohio, June 2002. Contributed paper abstract.

MODSE17814

76. Ji Y, Kim K, Bradfield C. Identification of gene sets from cDNA microarrays using classification trees. International Biometric Conference, Freiburg, GERMANY, July 2002. Contributed paper abstract.

77. Kim K. A Protocol Tracking and Patient Registration System at the University of Wisconsin Comprehensive Cancer Center Joint Statistical Meeting, New York, New York, August 2002. Invited technical exhibit abstract.

78. Jung S-H, Lee T, Kim K, George SL. Admissible Two-Stage Designs for Phase II Cancer Clinical Trials. International Society for Clinical Biostatistics Meeting, Dijon, FRANCE, September 2002. Contributed paper abstract.

79. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, Kim K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Clinical and immunological investigation of the immunocytokine EMD 273063 (hu14.18-IL2) in subjects with metastatic or recurrent melanoma. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2002.

80. Hutson PR, Love RR, Cleary JF, Kim K. Pharmacokinetic and pharmacodynamic interaction of adjuvant tamoxifen and exemestane in postmenopausal women treated for early stage breast cancer. Proceedings of the 25th Annual San Antonio Breast Cancer Symposium, December 2002.

81. Hoang T, Kim K, Schiller JH, et al. Phase I study of exisulind and gemcitabine in patients with recurrent senitive advanced non-small cell lung cancer. Lung Cancer 2003;21 (Suppl 2).

82. Todem D, Kim K. Existence of the maximum likelihood estimators for a class of mixed effects models for multivariate ordinal outcomes. Joint Statistical Meetings, San Francisco, August 2003. Contributed paper abstract.

83. Hoang T, Kim K, Merchant J, Traynor A, Ahuja H, Masters G, McGovern J, Oettel K, Sanchez F, Schiller JH. Phase I/II study of exisulind and gemcitabine in patients with recurrent advanced non-small cell lung cancer (NSCLC). Proceedings of ASCO 2004;23 (part 2):639 (abstr 7103).

84. Kahl BS, Ahuja HG, Sanchez FA, Rodrigues GA, Voorhees PM, Stevens EA, Smith J, Turman N, Kim K, Bailey BH. Phase II study of arsenic trioxide plus ascorbin acid for relapsed and refractory lymphoid malignancies: A Wisconsin Oncology Network study. Proceedings of ASH 2004 (abstr 4582).

85. Groteluschen DL, Kim K, Hoang T, Dubey S, Hansen RM, Kwong R, Hammes LC, Liverseed KE, Schiller JH, Traynor AM@Phase I study of weekly topotecan (T) in recurrent small cell lung cancer (SCLC). Proceedings of the 11th World Conference on Lung Cancer (IASLC).

86. Herson J, Freedman R, Hughes M, Kim K, Silverman M, Tangen C. Data monitoring policy for exploratory clinical trials. Society for Clinical Trials Annual Meeting, Portland, OR, May 2005.

87. Carbone PP, Sielaff K, Kim K, Verma A, Larson PO, Snow S, Lenaghan T, Viner JL, Dreckschmidt N, Hamlelec M, Pomplun M, Sharata HH, Puchalsky D, Berg ER, Bailey HH. A randomized, double-blind, placebo controlled phase III skin cancer prevention study of DFMO in subjects with a previous history of skin cancer. Proceedings of the American Association for Cancer Research 2005;4398a.

88. Messing EM, Kim K, Wilding G, Sharkey F, Parnes H, Schultz M, Kim D, Saltzstein D, Carbone P. A randomized prospective phase III trial of difluoromethylornithine (DFMO) vs placebo (P) in preventing recurrence of completely resected low risk superficial bladder cancer. Proceedings of the American Urological Association 2005;922a.

## Technical Reports

1. Kim K, Harrington DP. Analysis of EST 4477: Phase III combined modality treatment protocol for stages III and IV favorable (nodular) histologic subtypes of non-Hodgkin's lymphoma. Technical Report No. 470E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1987;123-204.

MODE17815

2. Kim K, Boucher H, Crouse C. Analysis of EST 1587: Phase II protocol for chemotherapy in metastatic non-small cell bronchogenic carcinoma. Technical Report No. 661E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1992;79–122.

3. Kim K, Toledano A, Pelletier L. Analysis of EST 1785: Phase II protocol for the evaluation of interferon-$\beta_{ser}$ and menogaril in patients with advanced soft tissue sarcoma. Technical Report No. 660E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;309–26.

4. Kim K, Crouse C. Analysis of EST P-Z586: Phase II study of recombinant interleukin 2 with or without recombinant beta interferon in patients with advanced non-small cell lung cancer. Technical Report No. 739E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;369–91.

5. Lee SJ, Kim K, Fischer W. Prognostic factor analysis of EST 4483: An intergroup phase III protocol for evaluation of low-dose ARA-C versus supportive therapy alone in the treatment of myelodysplastic syndromes. Technical Report No. 712E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;83–110.

6. Kim K, Kim H-J, Hill D, Rohoman D. Analysis of EST 4484: Master protocol for the evaluation of new agents and combinations in patients with advanced lymphoma, Part II: Daily and weekly N-MF regimens. Technical Report No. 759E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;111–32.

7. Kim K, Allen S, Fischer W. Analysis of EST 5483: Phase III study of high-dose cytosine arabinoside and m-AMSA in relapsed and refractory acute leukemia. Technical Report No. 744E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1995;161-209.

8. Kim K, Fitzpatrick CC. EST 3589/RTOG 92-01: Randomized phase III study of prophylactic cranial irradiation versus observation in small cell lung cancer patients achieving a complete response to induction therapy. Technical Report No. 828E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;199–210.

9. Kim K, Fitzpatrick CC. EST 2590: Biomarkers in small cell lung cancer. Technical Report No. 829E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;211–214.

10. Kim K, Fitzpatrick CC. Analysis of EST 4589: Phase II study of PAC (cis-platinum, adriamycin and cyclophosphamide) plus radiotherapy in treatyment of limited unresectable invasive thymoma. Technical Report No. 807E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1996;41–66.

11. Kim K, Vogel H. Analysis of EST 1484: Phase III Randomized Trial of Chemotherapy Alone versus Chemotherapy plus Radiotherapy Consolidation for Unfavorable (Diffuse) Histologic Subtypes of Early Stage Non-Hodgkin's Lymphoma. Technical Report No. 809E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;175–231.

12. Kim K, Fizpatrick CC. Analysis of EST 3588: Phase III study of cisplatin plus etoposide combined with standard fractionation thoracic radiotherapy versus cisplatin plus etoposide combined with multiple daily fractionated thoracic radiotherapy for limited stage small cell lung. Technical Report No. 810E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;253–318.

13. Kim K. Analysis of EST 5592: Phase III study comparing etoposide/cisplatin versus Taxol/cisplatin/G-CSF versus Taxol/cisplatin in advanced non-small cell lung cancer. Technical Report No. 862E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, June 1998;201–314.

14. Kim K, Fitzpatrick CC. Pharmacodynamics of Carboplatin Exposure in Patients with metastatic non-small cell lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;171–201.

15. Kim K, Fitzpatrick CC, Zhao H. Analysis of EST 1584: Immunohistochemical analysis of lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;203–86.

16. Kim K, Bhattacharya A. Analysis of CO 9285 Step 1b: Phase II chemoprevention study of difluoromethylornithine (DFMO) in subjects with superficial bladder cancer. Technical Report No. 1, Biostatistics Shared Resource, University of Wisconsin Comprehensive Cancer Center, December 1999.

17. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate outcomes. Technical Report #154, Department of Biostatistics & Medical Informatics, University of Wisconsin-Madison, February 2001.

18. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. Technical Report #169, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison, September 2002.

19. Ji Y, Tsui K-W, Kim K. A Bayesian classification method for treatments using microarray gene expression data. Technical Report #170, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison.

## Invited Seminars

1. Group sequential monitoring in clinical trials. March 1986, ENAR Spring Meeting, Atlanta.

2. Group sequential monitoring in clinical trials. March 1986, Department of Statistics, Ohio State University, Columbus, Ohio.

3. Group sequential monitoring in clinical trials March 1986, Department of Biostatistics, University of Michigan,. Ann Arbor, Michigan.

4. Second order approximation for estimation following sequential tests. October 1986, Department of Statistics, University of Wisconsin-Madison.

5. Design of group sequential clinical trials with survival endpoints. May 1987, Annual Meeting of the Society for Clinical Trials, Atlanta (given Scholarship Award).

6. Study duration for clinical trials with survival response and stopping rule. March 1988, Department of Biostatistics, University of Washington, Seattle.

7. Developmental toxicology. March 1988, Cancer Prevention Research Unit, Fred Hutchinson Cancer Research Center, Seattle.

8. Study duration for clinical trials with survival response and stopping rule. July 1988, Biostatistics Society, Seoul, KOREA.

9. A regression model for bivariate ordered categorical data from ophthalmological studies. July 1990, Department of Ophthalmology and Visual Science, University of Wisconsin-Madison.

10. Analysis of bivariate ordered categorical data from ophthalmological data. March 1991, Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland (presented by KK).

11. A regression model for bivariate ordered categorical data. August 1991, Joint Statistical Meetings, Atlanta.

12. Another estimator following sequential tests. March 1992, ENAR Spring Meeting, Cincinnati.

13. Infrastructure for clinical oncology. January 1993, Yonsei University Cancer Center, Seoul, KOREA.

14. Sequential methods—Early stopping rules. May 1993, Department of Radiation Oncology, Massachusetts General Hospital, Boston.

15. Regression models for bivariate ordered categorical data. June 1993, Department of Biostatistics, University of Wisconsin-Madison.

M00ET7817

16. Regression models for bivariate ordered categorical data. August 1993, Joint Statistical Meetings, San Francisco.

17. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1994, Department of Mathematics and Statistics, Wright State University, Dayton, Ohio.

18. Organizations for cancer research. June 1994, Department of Preventive Medicine, Seoul National University Medical School, KOREA.

19. Infrastructure for clinical oncology. June 1994, Seoul National University Hospital, KOREA.

20. Repeated significance testing and independent increments. February 1995, Department of Biostatistics, University of Michigan, Ann Arbor, Michigan.

21. Data management in cooperative oncology groups. March 1995, Clinical Trials and Biometry, Wilmer Ophthalmological Institute, Johns Hopkins University, Baltimore.

22. Repeated significance testing and independent increments. April 1995, Department of Biostatistics, School of Hygiene and Public Health, Johns Hopkins University, Baltimore.

23. Repeated significance testing and independent increments. June 1995, Department of Biostatistics, University of Wisconsin-Madison.

24. Repeated significance testing and independent increments. December 1995, Department of Biostatistics and Epidemiology, Memorial Sloan-Kettering Cancer Center, New York.

25. Group sequential methods for failure time data: A review. January 1997, Department of Biostatistics, University of Wisconsin-Madison.

26. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1997, Department of Statistics, Rice University, Houston.

27. Group sequential methods for general parametric failure time data. April 1997, Department of Biomathematics, M.D. Anderson Cancer Center, Houston

28. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. January 1998, Department of Statistics, Ohio State University, Columbus.

29. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. May 1998, Department of Statistics, University of Wisconsin-Madison.

30. Infrastructure for Clinical Oncology. June 1998, Clinical Trials and Epidemiology Research Unit, National Medical Research Council, SINGAPORE.

31. Clinical Trials Organizations at the University of Wisconsin-Madison. June 1998, Samsung Medical Center, Seoul, KOREA.

32. History of Biostatistics and its implications in Korea. June 1998, Pohang University of Science and Technology, Pohang, KOREA.

33. Infrastructure for Clinical Oncology. June 1998, Korean Cancer Center Hospital, Seoul, KOREA.

34. Database Unveiling. September 1998, University of Wisconsin Comprehensive Cancer Center.

35. Statistical Issues in Clinical Trials. July 1999, Korean Federation of Science and Technology Societies, Seoul, KOREA.

36. The Implications of the ICH Guidelines on Korean Pharmaceutical Industry and the Role of Biostatisticians. July 1999, Biostatistics Section, Korean Statistical Society and Group Korea, International Biometrics Society, Seoul, KOREA.

37. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. November 1999, Department of Preventive Medicine, University of Wisconsin-Madison.

38. Independent Increment Structure in Group Sequential Tests and Information-based Design and Monitoring. April 2000, Division of Biostatistics, University of Minnesota.

39. Clinical Cancer Research at UWCCC. 24 April 2001, Cancer Center, Ajou University Medical Center, Suwon, KOREA.

40. Information-based Design and Monitoring of Group Sequential Clinical Trials. 9 July 2001, Division of Biostatistics, Pharmacia, Inc., Skokie, Illinois.

41. Some Statistical Issues in Cancer Research. 8 August 2001, Joint Statistical Meetings, Atlanta, Georgia.

42. Clinical Trial Management & Good Clinical Practice. 18 August 2001, Workshop on Clinical Oncology Research, Korean Cancer Study Group, Seoul, KOREA.

43. Monitoring of Clinical Trials. 20 August 2001, International Conference on Recent Advances in Biostatistics, Taejon, KOREA.

44. Medical Informatics Program at the University of Wisconsin-Madison. 21 August 2001, International Conference on Recent Advanced in Biostatistics, Taejon, KOREA.

45. Computational Issues in Information-based Group Sequential Clinical Trials. 31 August 2001, International Conference on New Trends in Computational Statistics with Biomedical Applications, Osaka, JAPAN

46. Clinical trials design and randomization. 22 January 2002, Tumor Immunology Journal Club, University of Wisconsin Medical School, Madison, Wisconsin.

47. Identification of gene sets from cDNA microarrays using classification trees. 12 March 2002, Department of Biostatistics, Medical College of Wisconsin, Milwaukee, Wisconsin.

48. A protocol tracking and patient registration system at the University of Wisconsin Comprehensive Cancer Center. 11 August 2002, Joint Statistical Meetings, New York, New York.

49. Efficient design and analysis considerations for cancer prevention trials: Interim analysis, multiple outcomes and other multiplicity issues. 15 October 2002, American Association for Cancer Research Frontiers in Cancer Prevention Research, Boston, Massachusetts.

50. Statistical Consulting in Cancer Research and Opportunities in Biostatistics. 12 November 2002, St. Olaf University, Northfield, Minnesota (Statistics Visiting Lecture Program of the Committee of Presidents of Statistical Societies)

51. Semiparametric Mixed Effects Models for Longitudinal Bivariate Ordinal Outcomes Subject to Informative Dropouts: A Sensitivity Approach. 2 March 2004, Medical College of Wisconsin, Milwaukee, Wisconsin

52. Futility Considerations: Stochastic Curtailment *vs.* Hypothesis Tests. 26 May 2004, Society for Clinical Trials Annual Meeting, New Orleans, Louisiana

53. Design and Analysis of Phase II Clinical Trials. 27 April 2006, Michigan State University, East Lansing, Michigan GERMANY

## Presentations

1. Estimation following group sequential test. August 1985, Joint Statistical Meetings, Las Vegas.

2. Sample size determination for clinical trials with immediate response and early stopping rule. August 1988, Joint Statistical Meetings, New Orleans.

3. Stochastic curtailment for early termination in clinical trials with survival responses. March 1989, ENAR Spring Meeting, Lexington, Kentucky.

4. A regression model for bivariate ordered categorical data. March 1990, ENAR Spring Meeting, Baltimore.

5. Study duration for stratified clinical trials with survival data and early stopping rule. May 1990, Annual Meeting of the Society for Clinical Trials, Toronto.

6. Design and analysis of group sequential logrank tests. December 1992, International Biometric Conference, Hamilton, NEW ZEALAND.

7. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. May 1993, Annual Meeting of the American Society of Clinical Oncology in Orlando.

8. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. August 1994, International Biometric Conference, Hamilton, Ontario.

9. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. May 1995, Annual Meeting of the American Society of Clinical Oncology, Los Angeles.

10. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. May 1998, Annual Meeting of the American Society of Clinical Oncology, Los Angeles

11. UMVUE for binomial proportion in multistage phase II clinical trials. August 1998, 19th Annual Conference, International Society for Clinical Biostatistics, Dundee, SCOTLAND

12. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. September 1999, 20th Annual Conference, International Society for Clinical Biostatistics (joint with, the German Society for Medical Informatics, Biometry and Epidemiology), Heidelberg, GERMANY

13. Independent increment structure in group sequential tests and information-based design and monitoring. September 2000, 21[th] Annual Conference, International Society for Clinical Biostatistics, Trento, ITALY

14. Design and statistical inference of phase II cancer clinical trials. March 2002, Annual Scientific Symposium of the Hong Kong Cancer Institute: Cancer Trials in Asia, Hong Kong, CHINA

15. Identification of gene sets from cDNA microarrays using classification trees. July 2002, International Biometric Conference, Freiburg, GERMANY

16. Admissible two-stage designs for phase II cancer clinical trials. September 2002, 23[th] Annual Conference, International Society for Clinical Biostatistics, Dijon, FRANCE

17. Latent Class Models for Joint Analysis of Panel Count Data and Longitudinal Biomarkers. August 2006, 27th Annual Conference, International Society for Clinical Biostatistics, Geneva, SWITZERLAND

M005E17820

## KYUNGMANN KIM MATERIALS REVIEWED

| Title | Author |
|---|---|
| 1997 – *J. Clinical Pharmacol* article, Intention-to-Treat Analysis in Randomized Trials: Who Gets Counted?" | Milo Gibaldi, PhD and Sean Sullivan, PhD |
| 2000 *American Cancer Society* article titled " COX-2 Is Expressed in Human Pulmonary, Colonic, and Mammary Tumors" | R. Soslow, A. Dannenberg, D. Rush, B. Woerner, K. Khan, J. Masferrer, A. Koki |
| 2000 *American Medical Association* article titled "Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti- Inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis" | F. Silverstein, G. Faich, J Goldstein, L Simon, T. Pincus, A. Whelton, R. Makuch, G. Eisen, N. Agrawal, W. Stenson, A. Burr, W. Zhao, J. Kent, J. Lefkowith, K. Verburg, G. Geis |
| 2002 *Circulation* article titled " Selective COX-2 Inhibition Improves Endothelial Function in Coronary Artery Disease" | R. Chenevard, D. Hurlimann, M. Bechir, F. Enseleit, L. Spieker, M. Hernann. W. Riesen, S. Gay, R, Gay, M. Neidhart, B. Michel, T. Luscher, G. Noll, F. Ruschitzka |
| 2002 *The American Journal of Cardiology* article titled " Comparison of Thromboembolic Events in Patents Treated with Celecoxib, a Cyclooxygenase-2 Specific Inhibitor, Versus Ibuprofen or Diclofenac" | W. White, G. Faich, A. Whelton, C. Maurath, N.Ridge, K. Verburg, S. Geis, J. Lefkowith |
| 2005 – *The New England Journal of Medicine* Original article titled " Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery" | Nancy Nussmeier, Andrew Whelton, Mark Brown, Richard Landford Andreas Hoeft Joel Parlow, Steven Boyce, Kenneth Verburg |
| 2005 – *The New England Journal of Medicine* Editorial titled "COX-2 Inhibitors – Lessons in Drug Safety" | Bruce Patsy, Curt Furberg |
| 2005 – *The New England Journal of Medicine* Editorial titled "COX-2 Inhibitors – Lesson Unexpected Problems" | Jeffrey Drazen |
| 2005 *Drug Safety* article titled, "A Comparison of Reported Gastrointestinal and Thromboembolic Events Between Rofecoxib and Celecoxib Using Observational Data" | Rachna Kasliwal, Deborah Layton, Scott Harris, Lynda Wilton and Saad AW Shakir |
| 2006 *Drug Safety* article titled, "Cardiovascular Events Associated with Long-Term Use of Celecoxib, Rofecoxib and Meloxicam in Taiwan" | Weng-Foung Huang, Fei-Yuan Hsiao, Yi-Wen Tsai, Yu-Wen Wen, Yaw-Tang Shih |
| Analysis of Vioxx Data from the Approve Victor & VP Studies – Protocol 203 | . |
| Approve Trial Cardiovascular Safety Report | |

MDDE17821

| Title | Author |
|---|---|
| April 20, 2006 – *N. Engl. J. Med.* article "The Challenge of Subgroup Analyses – Reporting without Distorting" | Stephen W. Lagakos, PhD |
| April 5, 2005 *Annals of Internal Medicine* article titled "The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults" | Linda E. Lévesque, BScPhm, MSc, James M. Brophy, MD, Phd and Bin Zhang, MSc |
| April 6, 2005 memorandum to NDA files 20-998, 21-156, 21-341, 21-042 regarding Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk | John K. Jenkins, M.D. and Paul J. Seligman, M.D., M.P.H. |
| April 8, 2005 Report of Richard A. Kronmal titled "In Re Vioxx Litigation" | |
| August 15, 2003 *The American Journal of Cardiology* article titled "Cardiovascular Thrombotic Events in Arthritis Trials of the Cyclooxygenase-2 Specific Inhibitor Celecoxib" | W. White, G. Faich, J. Borer, R. Makuch |
| August 2, 2005 – *Circulation* article, "Cyclooxygenase Inhibition and Cardiovascular Risk" | Elliott M. Antman, M.D., David DeMets, PhD, Joseph Loscalzo, M.D., PhD |
| August 2, 2005 *Pharmacoepidemiology and Drug Safety* article titled "Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications" | Priscilla Velentgas PhD, William West, PhD, et al. |
| August 21, 2004  *The Lancet* article titled " Comparison of Lumiracoxib with Naproxen and Ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), Reduction in Ulcer Complications: Randomised Controlled Trial" | T. Schnitzer, G. Burmester, E. Mysler, M. Hochberg,  M. Doherty, E. Ehrsam, X. Gitton, G. Krammer, B. Mellein, P. Matchaba, A. Gimona, C. Hawkey |
| August 21, 2004 *The Lancet* Comment titled " A Coxib a Day Won't Keep the Doctor Away" | |
| August 22/29, 2001 *JAMA* articled titled "Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors" | Debabrata Mukherjee, M.D., Steven E. Nissen, M.D., Eric J. Topol, M.D. |

2

M006517822

| Title | Author |
|---|---|
| August 9, 2001 – *The New England Journal of Medicine* article titled "Drug Therapy: The Coxibs, Selective Inhibitors of Cyclooxygenase-2" | Garret Fitzgerald, Carlo Patrono |
| *Circulation* article titled "Relationship Between Selective Cyuclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults" | Daniel H. Solomon, MD, MPH, Sebastian Schneeweiss, MD, ScD, et al. |
| Clinical Study Report for Protocol 078 | |
| Clinical Study Report for Protocol 091 | |
| December 18, 2004 Interim Review titled "Review of NDA 21042/s030 (Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091) | Reviewer is Lourdes Villalba, MD |
| December 23, 2004 *The New England Journal of Medicine* Article titled Correspondence" Cardiovascular Toxicity of Valdecoxib" | Wayne Ray, Marie Griffin, C. Michael Stein |
| December 26, 2002 *The New England Journal of Medicine* " Celecoxib Verus Diclofenac and Omeprazole in Reducing the Risk of Recurrent Ulcer Bleeding in Patents with Arthritis" | F.Chan, L.Hung, B. Suen, J. Wu, K. Lee, V. Leung, A. Hui, K.To, W. Leung, V. Wong, S.Chung, J. Sung |
| December, 2005 *Interactive CardioVascular and Thoracic Surgery 5* article titled "A randomized, double-blind, placebo-controlled trial of a COX-2 inhibitor (Rofecoxib) in patients undergoing coronary artery bypass surgery" | Poo-Sing Wong, Atasha Asmat, Yiong-Huak Chan, Chuen-Neng Lee |
| Deposition Transcript of Eric Jeffrey Topol taken in re Vioxx Litigation, MDL 1657, November 22, 2005 with Exhibits 1-56 | |
| *Drug Safety 2005* article titled "Incidence of Thrombotic Cardiovascular Events in Patients Taking Celcoxib Compared with Those Taking Rofecoxib" | Mir Harrison-Woolrych, Peter Herbison, et al. |
| Expert Report of Barry K. Rayburn, M.D. | |
| February 1, 2005 *Annals of Internal Medicine* article titled "Patients exposed to Rofecoxib and Celecoxib Have Different Odds of Nonfatal Myocardial Infarction" | Stephen E. Kimmel, M.D., MSCE, Jesse A. Berlin, ScD, et al. |

3

Updated 6/1/2006

MDGE17823

| Title | Author |
|---|---|
| February 2006 *Circulation* article titled "Use of First- and Second-Generation Cyclooxygenase-2-Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction" | Frank Andersohn, Samy Suissa, Edeltraut Garbe |
| February 24, 2003 *Arch Intern Med* article titled "Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly" | Muhammad Mamdani, PharmD, MA, MPH; Paula Rochon, MD, MPH, et al. |
| February 5, 2005 *www.thelancet.com* article titled "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study" | David J. Graham, David Campen, et al. |
| January 1, 2005 *www.thelancet.com* article titled "Discontinuation of Vioxx" | Peter S. Kim, Alise S. Reicin |
| January 12, 2002 *The Lancet* article titled "Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study" | Wayne A. Ray, C. Michael Stein, et al. |
| January 15, 2002 *The American Journal of Cardiology* articled titled "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" | Alise S. Reicin, M.D., Deborah Shapiro, DrPH, et al. |
| January 19, 2005 *JAMA* Editorials titled " Arthritis Medicines and Cardiovasular Events – 'House of Coxibs" | Eric J. Topol |
| January 2004 *Neurology 62* article titled "Rofecoxib No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" | S.A. Reines, M.D., G.A. Block, M.D., et al. |
| January 21, 2005 document titled "Rofecoxib; FDA Advisory Committee Background Information" | |

Updated 6/1/2006

4

| Title | Author |
|---|---|
| January 24, 2005 *Arch Intern Med* article titled "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Effects" | Fadia T. Shaya, PhD, MPH; Steven W. Blume, MS |
| July 7, 2005 Cardiac Event Documentation Inventory | |
| June 11, 2005 *BMJ* articled titled "Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis" | Julia Hippisley-Cox, Carol Coupland |
| June 17, 2004 - *The New England Journal of Medicine* Review article titled "Drug Therapy: Therapeutic Strategies for Rheumatoid Arthritis" | James R. O'Dell |
| June 23, 2005 - *The New England Journal of Medicine* article titled "Cardiovascular Risk Associated with Celecoxib" | James M. Brophy |
| June 23, 2005 - *The New England Journal of Medicine* perspective titled "Tailoring Arthritis Therapy in the Wake if the NSAID Crisis" | Nancy J. Olsen |
| June 23, 2005 – *The New England Journal of Medicine* Perspective titled " The Lessons of Vioxx – Drug Safety and Sales" | Henry A. Waxman |
| June 29, 2000 *The New England Journel of Medicne* article titled " The Effect of Celecoxib A Cyclooxygenase 2- Inhibitor, in Familial Adenomatous Poluposis" | G. Steinbach, P. Lynch, R. Phillips, M. Wallace, E. Hawk, G. Gordon, N. Wakabayashi, B. Sauders, Y. Shen, T. Fujimura, L. Su, B. Levin |
| June 29, 2005 Supplemental Report of Richard A. Kronmal titled "In Re Vioxx Litigation" | |
| June 4, 2003 *JAMA* article titled "Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression" | Paul S. Aisen, M.D., Kimberly A. Schafer, M.S., et al. |
| Letter to Bob A. Rappaport, M.D. of the Division of Anesthesia, Analgesia & Rheumatologic Drug Products re: IND 46,894: MK-0966 (rofecoxib); Information – Clinical (Submission of Protocol 201 (ViP) Clinical Study Report (CSR) and Overview of Cardiovascular Events in Protocol 145 (VICTOR) | Phillip L. Huang, M.D. |

5

Updated 6/1/2006

MODGE17825

| Title | Author |
|---|---|
| March 17, 2006 – *The New England Journal of Medicine* article titled "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" | A. Solomon, John McMurray, Marc Pfeffer, Janet Wittles, Robert Fowler, Peter Finn, William Anderson, Ann Zauber, Ernest Hawk, Moncia Bertagnolli |
| March 2006 *Rheumatology* article titled "Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecixib and meloxicam in general practice in England using prescription-event monitoring (PEM) data" | D. Layton, E. Heeley, K. Hughes, and S.A.W. Shakir |
| March 22, 2004 letter to Brian E. Harvey, M.D., of the Division of Anti-Inflammatory, Analgesic and Ophthalmologic Drug Products re: IND 46,894: VIOXX (rofecoxib); Information Amendment – Clinical (Updated Cardiovascular Pooled Analysis) | Diane C. Louie, M.D. of Merck |
| March 28, 2006 *Circulation* articled titled "Nonsteroidal Anti-inflammatory Drugs, Acetaminophen, and the Risk of Cardiovascular Events" | Andrew T. Chan, MD, MPH, JoAnn E. Manson, MD, DrPH, et al. |
| March 6, 2003 *The New England Journal of Medicine* article titled "A Randomized Trial of Aspirin to Prevent Colorectal Adenomas in Patients with Previous Colorectal Cancer" | R. Sandler, S. Halabi, J. Baron, S. Budinger, E. Paskett, R. Keresztes, N. Petrelli, M. Pipas, D. Karp, C. Loprinzi, G. Steinbach, R. Schilsky |
| May 2006 *Arthritis & Rheumatism* article titled "Cardiovascular Outcomes in New uswers of Coxibs and Nonsteroidal Antiinflammatory Drugs" | Daniel Solomon, Jerry Avorn, Til Sturmer, Robert Glynn, Helen Mogun, Sebastian Schneeweiss |
| May 22, 2006 – COX-2 Inhibitor Report of Lemuel A Moye M.D. | |
| May 22, 2006 – Report of Douglas Zipes M.D Regarding Gerald Barnett | |
| May 22, 2006 - Supplemental Expert Report of John Farquhar M.D | John Farquhar M.D |
| May 23, 2006 *CMAJ* article titled "Time Variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors" | Linda Levesque, James Brophy, Bin Zhang |
| May 30, 2006 Merck Press Release Regarding APPROVe trial | |

| Title | Author |
|---|---|
| May 9, 2005 *Arch Intern Med* article titled "Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs" | Soren P. Johnsen, M.D., PhD, Heidi Larsson, MSc, et al. |
| Memorandum from the Center for Drug Evaluation and Research regarding Consultation NDA 21-042, S-007; review of cardiovascular safety database | Shari L. Targum, M.D. |
| Merck General Correspondence from Philip Huang to Dr. Rappaport regarding NDA 21-042: VIOXX (Rifecoxib Tablets) with Press Release " Merck Announces Preliminary Analyses of OFF-Drug Extension APPROVe" May 2006 | |
| *Neuropsychopharmacology* article titled "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mile Cognitive Impairment" | Leon J. Thal, Steven H. Ferris, et al. |
| November 2003 *Nature Review* article titled "COX-2 and Beyond: Approaches to Prostaglandin Inhibition in Human Disease" | Garret A. Fitzgerald |
| November 23, 2000 *The New England Journal of Medicine* article titled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" | Claire Bombardier, M.D., Loren Laine, M.D., et al. |
| November 5, 2004 *www.thelancet.com* article titled "Risk of cardiovascular events and rofecoxib: cumulative meta-analysis" | Peter JÜni, Linda Nartey, et al. |
| November 6, 2001 *Circulation* article titled "Cardiovascular Thrombotic Events in Controlled Clinical Trial of Rofecoxib" | Marvin A. Konstam, M.D., Matthew R. Weir, M.D., et al. |
| October 2003 *American Heart Journal* article titled "Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program" | Matthew R. Weir, M.D., Rhoda S. Sperling, M.D., et al. |

7

M00GE17827

| Title | Author |
|---|---|
| October 21, 2004 *The New England Journal of Medicine* article titled "Coxibs and Cardiovascular Disease" | Garret Fitzgerald |
| October 21, 2004 *The New England Journal of Medicine* Perspective titled " Failing the Public Health – Rofecoxib, Merck and the FDA | Eric J. Topol |
| October 5, 2002 *The Lancet* article titled "COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease" | Wayne A. Ray, C. Michael Stein, et al. |
| October 7, 2003 *Annals of Internal Medicine* article titled "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis" | Jeffrey R. Lisse, M.D., Monica Perlam, MD, MPH, et al. |
| October, 2005 *International Journal of Cardiology* article titled "Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes" | John P. Kekakis, Georgia Vamvakou, Ioanna Andreadou, et al. |
| Report of John Farquhar as to Gerald Barnett | John Farquhar M.D |
| Report of Richard Kronmal | Richard Kronmal |
| Report to the United State district Court of Eastern District of LA in the *Plunkett v. Merck* matter titled "Rofecoxib and Serious Coronary Heart Disease" | Wayne A. Ray, Ph.D. from Vanderbilt University |
| September  26, 2005 – Expert Witness Report of John Farquhar M.D. | John Farquhar M.D |
| *The New England Journal of Medicine* article titled "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" | Robert S. Bresalier, M.D., Robert S. Sandler, M.D., et al. |

8

M00GE17828

Exhibit B - KyungMann Kim Deposition Excerpts

• Confidence Intervals

[1:] - [1:25]          6/12/2006     Kim, Kyungmann (Barnett)

page 1
    0001
1
2        In re:  VIOXX                    MDL DOCKET NO. 1657
         PRODUCTS LIABILITY
3        LITIGATION              SECTION L
4                      JUDGE FALLON      /
5        This document relates to
6                        MAGISTRATE JUDGE KNOWLES
7        GERALD BARNETT,,
8               Plaintiff,
9        -vs-
10       MERCK & CO., INC.,
11               Defendant.
12         Civil Action No. 2:06CV485
         = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
13
14       CROSS NOTICED IN VARIOUS OTHER ACTIONS
                    * * *
15       CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
                    * * *
16
17
18                           Deposition of:
19                          KYUNGMANN KIM, PH.D.
20                          Madison, Wisconsin
                            June 12, 2006
21
22
                    Reported by:  Taunia Northouse, RDR, CRR
23
24
25


[133:23] - [133:25]    6/12/2006     Kim, Kyungmann (Barnett)

page 133
23  Q   Now, is it correct that the risk for an individual
24       is not the same as the relative risk?
25  A    That's correct.


[259:2] - [259:25]     6/12/2006     Kim, Kyungmann (Barnett)

page 259
2    STATE OF WISCONSIN )
                        ) Ss.
3    COUNTY OF DANE     )
4        I, TAUNIA NORTHOUSE, a Registered Diplomate Reporter
5    and Notary Public in and for the State of Wisconsin, do
6    hereby certify that the foregoing deposition was taken
7    before me at the offices of Otjen, Van Ert, Lieb & Weir,
8    S.C., Attorneys at Law, 450 Science Drive, City of
9    Madison, County of Dane, and State of Wisconsin, on the
10   12th day of June 2006; that it was taken at the request
11   of the Plaintiffs, upon verbal interrogatories; that it
12   was taken in shorthand by me, a competent court reporter
13   and disinterested person, approved by all parties in
14   interest and thereafter converted to typewriting using
15   computer-aided transcription; that said deposition is a
16   true record of the deponent's testimony; that the
17   appearances were as shown on Page 3 of the deposition;
18   that the deposition was taken pursuant to notice; that
19   said KYUNGMANN KIM, PH.D. before examination was sworn
20   by me to testify the truth, the whole truth, and nothing
21   but the truth relative to said cause.
22          Dated June 15, 2006.
23


EXHIBIT
B

1

• Confidence Intervals

24                          Registered Diplomate Reporter
                            Notary Public, State of Wisconsin
25

I, KyungMann Kim, declare as follows:

1. At my deposition, I testified that whether a patient in a clinical trial has a myocardial infarction or not is a binary outcome variable. This is correct.

2. The *relative risk* of a particular event, such as myocardial infarction, is a continuous variable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: June 22, 2006

KyungMann Kim, Ph.D.

EXHIBIT

C

Blumberg No. 5119