Page 578

1      Q.   And I think that's what the
2   points were that were being made;
3   correct?
4      A.   Yes.
5      Q.   And that it's not dose or
6   duration dependent, the gist of what you
7   were saying was that Vioxx is a problem
8   at various doses at various durations?
9          MR. GOLDMAN:  Objection.
10         THE WITNESS:  Well --
11  BY MR. KLINE:
12     Q.   And that it was confirmed by
13  Juni?
14         MR. GOLDMAN:  Objection.
15         THE WITNESS:  Yeah.  Not
16     only did Dr. Juni say in the paper
17     that there's no dose relationship,
18     no duration relationship, but
19     going back to the importance of
20     study 090, remember, that was at a
21     dose of 12-and-a-half milligrams
22     to see the over seven-fold excess
23     of heart attack.  So, dose does
24     not appear to be a vital aspect of

Page 579

1      the cardiotoxicity.
2   BY MR. KLINE:
3      Q.   And as you told us earlier,
4   nor does duration?
5          MR. GOLDMAN:  Objection.
6   BY MR. KLINE:
7      Q.   It could be short or long?
8          MR. GOLDMAN:  Objection.
9          THE WITNESS:  We reviewed
10     the duration aspects many times
11     earlier.
12  BY MR. KLINE:
13     Q.   Now, the Juni article, I
14  believe it has a number which it was
15  given.  I have underlined what Juni's --
16  you went back and forth with the Merck
17  lawyer, but I want to highlight the first
18  and underline in red.  I have it for you
19  here, you can read it to the jury.  The
20  first line of the "Interpretation,"
21  that's the bottom line; correct?
22     A.   Yes.  That would be the
23  conclusion of the abstract.
24         "Our findings indicate that

Page 580

1   rofecoxib should have been withdrawn
2   several years earlier."
3      Q.   True statement?
4          MR. GOLDMAN:  Objection.
5          THE WITNESS:  They make -- I
6      cited that in the New England
7      Journal correspondence.  I
8      certainly agree with their
9      systematic analysis.  That was the
10     appropriate conclusion.
11  BY MR. KLINE:
12     Q.   Okay.
13         Now, let's move right along.
14         Let's talk about statistical
15  analysis.
16         As far as your statistical
17  analysis is concerned, did you at all
18  times, sir, conduct a statistical
19  analysis consistent with good and sound
20  scientific practice?
21     A.   That's the only way I would
22  know how to do, is to do the best we can
23  with the data and the statistics and the
24  analysis, yes.

Page 581

1      Q.   Okay.
2          Was that also Merck's
3   obligation, to do the same thing?
4          MR. GOLDMAN:  Objection.
5          THE WITNESS:  Any medical
6      research should be done in that
7      way, yes.
8   BY MR. KLINE:
9      Q.   Okay.
10         Now, have you had a chance
11  now to explain adequately what you wanted
12  explained to the jury about the Targum
13  memo and what you did in terms of
14  drilling down the data and what you were
15  after?
16     A.   I believe so.
17     Q.   Anything else that you think
18  has to be covered to get the full import
19  of it out?
20         MR. GOLDMAN:  Objection.
21         THE WITNESS:  Well, I mean,
22     I think the other points that Dr.
23     Targum made in her conclusion of
24     her report about the fact that

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 582

1    the --
2    BY MR. KLINE:
3        Q.   Page?
4        A.   Page 34, "The sponsor claims
5    that the difference in heart attacks
6    between the groups is primarily due to
7    the anti-platelet effects of naproxen."
8        Q.   Yes.
9        A.   I've already discussed that,
10   that that was an untenable conclusion.
11       Q.   Well, wait.  But what does
12   she say?
13           MR. GOLDMAN:  Objection,
14       nonresponsive.
15   BY MR. KLINE:
16       Q.   Does she say something that
17   disagrees with you?
18       A.   Yes.  She says, "The
19   hypothesis is not supported by any
20   prospective placebo-controlled trials
21   with naproxen."
22       Q.   It's the same thing you told
23   us earlier?
24       A.   That's right.

Page 583

1        Q.   And she says here, and you
2    highlighted this next point or put an
3    asterisk next to it, "The sponsor claims
4    that the majority of cardiovascular
5    events in the VIGOR study occurred in
6    those patients who should have been on
7    aspirin for cardioprotection."
8            And what does she say?
9            MR. GOLDMAN:  Objection.
10           THE WITNESS:  Well, this
11       claim has not convinced this
12       medical reviewer, it certainly did
13       not convince me, and so this is
14       not a reasonable conclusion from
15       the data.
16   BY MR. KLINE:
17       Q.   She notes that "The sponsor
18   claims that the patients with rheumatoid
19   arthritis are at increased risk for
20   cardiovascular events."
21           What does she say?
22           MR. GOLDMAN:  Objection.
23           THE WITNESS:  Well, there's
24       some literature.  She agrees with

Page 584

1    it, I agree with it, there's some
2    literature, but it is actually a
3    very modest amount of literature.
4    And actually, the most recent data
5    from 2005, which we didn't have
6    back then, would suggest that
7    there is an increased incidence of
8    heart attacks, but it's not
9    particularly striking.
10           MR. GOLDMAN:  Objection,
11       move to strike the nonresponsive
12       portion.
13   BY MR. KLINE:
14       Q.   And does it explain, does
15   that point explain the results of VIGOR?
16       A.   Not in any way.
17       Q.   VIGOR, when combined with
18   090, combined now with all the
19   epidemiologic studies, where does VIGOR
20   fit into the scheme of things?
21           MR. GOLDMAN:  Objection.
22           THE WITNESS:  The VIGOR was
23       in many ways the front runner.
24       That one is the one that really

Page 585

1    predicted what was going to
2    happen, not only in the
3    epidemiologic studies, but, of
4    course, in the subsequent
5    randomized trials.
6            There was one last point in
7    this report that I think deserves
8    to be underscored, and it says,
9    "The sponsor recommends use of
10   low-dose aspirin in conjunction
11   with rofecoxib in those at risk
12   for cardiovascular events."
13           There are no data whatsoever
14   to substantiate that.  Dr. Targum
15   agrees with that and, again, we're
16   talking about millions of patients
17   in the United States and beyond,
18   and to recommend taking aspirin
19   without having any proof of that,
20   without any data, without any
21   meaningful trial, is really, I
22   believe, unacceptable.
23   BY MR. KLINE:
24       Q.   Moving along.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 586

1        MR. GOLDMAN: Objection,
2     move to strike.
3  BY MR. KLINE:
4     Q.   You were asked questions
5  about the article that you wrote where
6  you said the findings were unexpected?
7     A.   Yes.
8     Q.   Okay.
9        Now, did you have access to
10 the Merck e-mails and the Merck internal
11 thinking?
12    A.   Not at all.  In fact, in the
13 October 2004 New England Journal of
14 Medicine editorial, I asked for
15 congressional review so we could get out
16 that stuff that we could never get to.
17       MR. GOLDMAN: Objection,
18    move to strike.  Hold on, Tom.
19    Objection, move to strike,
20    nonresponsive.
21 BY MR. KLINE:
22    Q.   Did you presume that the --
23       Was that a presumption on
24 your part, that the findings were

Page 587

1  unexpected?
2        MR. GOLDMAN: Objection.
3        THE WITNESS: I don't really
4     know.  In retrospect, as you try
5     to reconstruct this, you wonder
6     how unexpected it was.  Because if
7     you go back to 1999 with Dr.
8     Villalba's express concern in the
9     FDA documents that there appears
10    to be an excess of clotting
11    events, you wonder how unexpected
12    it really was.
13 BY MR. KLINE:
14    Q.   Did you know at the time you
15 wrote that whether at the highest levels
16 of Merck they were worried that it was a
17 mechanism-based problem when they got the
18 VIGOR result?
19       MR. GOLDMAN: Objection.
20 BY MR. KLINE:
21    Q.   Did you know that at the
22 time you wrote your article?
23    A.   I certainly did not know
24 that.

Page 588

1        - - -
2        (Whereupon, Deposition
3  Exhibit Topol-48, "Dr. Topol's
4  Analysis CV Events in Study 090,"
5  Chart (1 page), was marked for
6  identification.)
7        - - -
8  BY MR. KLINE:
9     Q.   Okay.
10       Let me show you an exhibit.
11       MR. GOLDMAN: Tom, you are
12 not going to be using documents
13 you didn't use before.
14       MR. KLINE: Well, sure I am.
15 You've challenged -- it has
16 nothing to do with documents.
17       MR. GOLDMAN: Tom, you are
18 supposed to limit your redirect to
19 the scope of the cross --
20       MR. KLINE: I am.
21       MR. GOLDMAN: -- not
22 introduce new --
23       MR. KLINE: I am limiting to
24 show -- you cross-examined him on

Page 589

1  whether it was unexpected.  I'm
2  now asking him whether this would
3  change his opinion as to whether
4  it was unexpected.
5  BY MR. KLINE:
6     Q.   I want you to look, sir,
7  very briefly, I have two documents --
8        - - -
9        (Whereupon, Deposition
10 Exhibit Topol-49, E-mail 3-9-00,
11 MRK-ABH0016219, was marked for
12 identification.)
13       - - -
14 BY MR. KLINE:
15    Q.   I want you to look, sir,
16 very briefly.  I have two documents --
17       MR. GOLDMAN: I --
18       MR. KLINE: You can have an
19 objection to save time.
20       MR. GOLDMAN: I'll object --
21       MR. KLINE: You can have an
22 objection, you can fill it in.
23 BY MR. KLINE:
24    Q.   Sir --

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 590

1          MR. GOLDMAN: I'll object to
2      this --
3  BY MR. KLINE:
4      Q.   Sir, this says Edward
5  Scolnick.
6          MR. GOLDMAN: I'll object to
7      this as opinion testimony and
8      beyond the scope.
9  BY MR. KLINE:
10     Q.   Did you know him?
11     A.   I had known Dr. Scolnick,
12  yes.
13     Q.   Okay.
14         He's been described, sir, by
15  his own colleagues as unsteady.  Did you
16  ever hear that?
17         MR. GOLDMAN: Objection.
18         THE WITNESS: I heard that
19     from his colleagues, yes.
20  BY MR. KLINE:
21     Q.   And in the middle paragraph,
22  I'm going to put a red marker on here,
23  put your eyes to this, and I'll hand it
24  to you.

Page 591

1      A.   Yes.
2      Q.   "It's a shame," this is
3  after VIGOR and they had the results, and
4  he wrote, "It's a shame, but it's low
5  incidence and it's mechanism based as we
6  worried it was."
7          Did you know when you said,
8  well, it was unexpected to these folks
9  that there were actually documents in
10  their own things that they acknowledged
11  that they worried about it before?
12         MR. GOLDMAN: Objection.
13         THE WITNESS: I didn't know
14     that.
15  BY MR. KLINE:
16     Q.   Incredible, isn't it --
17         MR. GOLDMAN: Objection.
18  BY MR. KLINE:
19     Q.   -- seeing that document?
20     A.   It --
21     Q.   For a person in your
22  position?
23         MR. GOLDMAN: Objection.
24         THE WITNESS: Well, that's

Page 592

1      about the discussion I earlier
2      pointed out, about open mindedness
3      and looking at the data in an
4      objective way and not turning
5      back -- you know, turning your
6      back on the data of the trial.
7              - - -
8          (Whereupon, Deposition
9      Exhibit Topol-50, E-mails,
10     MRK-ABC0033809, was marked for
11     identification.)
12             - - -
13  BY MR. KLINE:
14     Q.   Another document, 50, very
15  quickly, sir.
16         Again, focusing on Mr.
17  Goldman's questions about when you wrote,
18  well, it was unexpected and, oh, it was
19  unexpected, you didn't expect to see it
20  and nobody expected to see it.  Were you
21  privy to this document, sir, out of the
22  Merck files from Edward M. Scolnick to
23  Alise Reicin?  You know who both of those
24  folks are, don't you?

Page 593

1          MR. GOLDMAN: Objection.
2          THE WITNESS: Yes, I do.
3  BY MR. KLINE:
4      Q.   And right here he says --
5  and do you know what was going on on
6  April 12, 2000?  That was right after the
7  VIGOR results were known.
8          MR. GOLDMAN: Objection.
9      Can I have a standing objection to
10     your use of documents that you
11     didn't use before --
12         MR. KLINE: There's only
13     two, and they go directly, so I
14     have a record --
15         MR. GOLDMAN: I'm sorry.
16         -- and that the witness has
17     never seen before.
18         MR. KLINE: -- they go
19     directly to this.
20  BY MR. KLINE:
21     Q.   You've never seen these,
22  have you?
23     A.   I've not seen these, no.
24     Q.   I'm going to ask you if you

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 594

1  would have written that it was unexpected
2  in your New England Journal if Edward
3  Scolnick, Alise Reicin or Merck had shown
4  you what was really on their minds?  If
5  you want to -- if you think you had an
6  opinion about scientific misconduct
7  before, wait till you see this one.
8        MR. GOLDMAN:  Objection.
9  BY MR. KLINE:
10     Q.   And here it goes.  It says
11  here, right here, I'm on the "Hi Alise"
12  thing.
13     A.   Okay.
14     Q.   10:42 at night.  They were
15  working late those nights.
16        It says here, "I will tell
17  you," now, remember, this is after they
18  told everyone that it was the naproxen
19  hypothesis.
20     A.   Right.
21     Q.   Naproxen explains it.
22     A.   Right.
23     Q.   Did you know, sir --
24        MR. GOLDMAN:  Objection.

Page 595

1  BY MR. KLINE:
2     Q.   -- that Edward Scolnick was
3  telling Alise Reicin at 11:00 at night
4  that he was in "minor agony" and that his
5  "worry quotient is high"?  Did you know
6  that when you wrote the article, sir?
7        MR. GOLDMAN:  Objection.
8        THE WITNESS:  No, I surely
9  didn't.
10  BY MR. KLINE:
11     Q.   And look what he said, sir.
12  He said, "What I really want to do is a
13  10,000 versus 10,000 patient study in
14  mild, moderate OA Tylenol versus Vioxx
15  with PRN low dose ASA for those judged
16  who need it.  Safety first, primary
17  endpoint and efficacy second or
18  co-primary."  All caps.  "WE WILL NOT
19  KNOW FOR SURE WHAT IS GOING ON UNTIL WE
20  DO THIS STUDY.  PLEASE THINK HARD ABOUT
21  THE DESIGN BEFORE THE PAC MEETING."
22        MR. GOLDMAN:  Objection.
23  BY MR. KLINE:
24     Q.   Did you have access to that

Page 596

1  document when you said it was unexpected?
2     A.   I certainly had no access.
3     Q.   Do you think you would have
4  written that it was unexpected had you
5  seen that?
6     A.   It wouldn't have been
7  unexpected any longer --
8        MR. GOLDMAN:  Objection.
9        THE WITNESS:  -- and you
10     wonder why the trials to follow up
11     like Dr. Scolnick is suggesting
12     weren't mounted immediately.
13        MR. GOLDMAN:  Belated
14     objection, and objection, move to
15     strike, nonresponsive.
16  BY MR. KLINE:
17     Q.   Were these studies that you
18  were suggesting, sir?
19     A.   Well, this would have
20  helped.  In April 2000, to do a trial
21  like he's suggesting certainly would have
22  illuminated a lot of the problems that
23  were around then.
24        MR. GOLDMAN:  Objection,

Page 597

1     move to strike as nonresponsive.
2  BY MR. KLINE:
3     Q.   They asked you questions
4  about whether you, sir, took Vioxx?
5     A.   Yes.
6     Q.   First of all, did you take
7  Vioxx regularly or did you just take it
8  intermittently?
9     A.   I took it once a week or
10  every couple, few weeks.  It was very
11  sporadic.  A single dose as needed for
12  knee pain.
13     Q.   Did you have any special
14  circumstances that you thought that you
15  could tolerate the risk?
16     A.   Well, I mean, I started
17  taking it when I was -- in '99, so, that
18  was -- I was 45.  I had had an exercise
19  stress test.  I had no risk factors for
20  coronary disease or heart disease.  I'm
21  fit, so, I didn't think that,
22  particularly as we learned more about the
23  risk profile of the drug, that I was one
24  of the people who would, I think, be

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 598

1  worried about the risk of the drug
2  relative to an older person with any risk
3  factors for heart disease.
4          MR. GOLDMAN:  Objection,
5      move to strike as nonresponsive.
6  BY MR. KLINE:
7      Q.   By the way, does Merck
8  recommend that you get a stress test
9  before you take the drug?
10         MR. GOLDMAN:  Objection.
11         THE WITNESS:  No, no, not at
12     all.
13  BY MR. KLINE:
14     Q.   Are the common users of the
15  drug the chief of the cardiovascular
16  division at the number one institute for
17  hearts in America?
18         MR. GOLDMAN:  Objection.
19         THE WITNESS:  Well, there's
20     no recommendations because the
21     drug isn't available now, but, no.
22  BY MR. KLINE:
23     Q.   Okay, next.
24         I want to talk to you about,

Page 599

1  there was a mention in the testimony, it
2  was pointed out to you by the Merck
3  lawyer, that you suggested that it was --
4  that Vioxx, in your JAMA paper, could
5  have an anti-inflammatory effect for
6  patients who had known heart disease.  Do
7  you remember that?
8      A.   Yes.
9      Q.   I want to talk to you about
10  apples and oranges here for a minute
11  because I think you guys may have been
12  talking by each other.
13         Is there a difference when
14  you suggest that it has known -- that it
15  could be anti-inflammatory as opposed to
16  having these prothrombotic qualities
17  which really cause the problems, and
18  would you explain that whole concept
19  directly and simply, sir?
20         MR. GOLDMAN:  Objection.
21  BY MR. KLINE:
22     Q.   Please.
23     A.   So, the problem here,
24  there's this very important equilibrium

Page 600

1  between so-called prostacyclin and
2  thromboxane.  And we've known about this
3  for 40 years in medicine.  And if you tip
4  that balance and you inhibit thromboxane,
5  you can inhibit clotting, or you rev up
6  thromboxane, you can have more clotting.
7  On the other hand, if you tip
8  prostacyclin production or expression,
9  you could have just the opposite with
10  inflammation.  So, this is this balance.
11  And the question is, where would one of
12  those COX-2 inhibitors in a trial of
13  patients with heart disease, where would
14  that balance be?  Would it be that in
15  some patients there would be a prevention
16  of heart attack, and in others there
17  would be a promotion of heart attack?
18  This is what we didn't know.
19         But we also knew, and I
20  tried to make this point earlier but I
21  was suppressed, that millions of people
22  with established heart disease were
23  taking Vioxx and were taking Celebrex
24  every day.  We had this information from

Page 601

1  the Ray paper in Lancet, we had it from
2  other papers that I've cited in my
3  writings, and the important point is that
4  if we have millions of people taking a
5  drug, it's already out there and it is
6  being done in a random way, so, we need
7  to study this, and we need to get that
8  information as quickly as possible.
9          MR. GOLDMAN:  Objection,
10     move to strike, nonresponsive.
11  BY MR. KLINE:
12     Q.   Okay.  Now, and, in fact, in
13  that regard, you were asked about --
14         MR. KLINE:  How much time?
15         THE VIDEOTAPE TECHNICIAN:  A
16     little under 15 minutes.
17         MR. KLINE:  Okay.
18     I've got to hustle here.
19         - - -
20     (Whereupon, Deposition
21     Exhibit Topol-51, E-mails, TOPOLE
22     000149 - TOPOLE 000150, was
23     marked for identification.)
24         - - -

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 602

1  BY MR. KLINE:
2      Q.   You were asked about this
3  Alastair Wood memo?
4      A.   Yes, yes.
5      Q.   Again, I've got about a
6  dozen things to cover here.  Each one is
7  going to get a minute.  That's just the
8  way the rules break down.
9      A.   Fine.
10     Q.   There is this Alastair Wood
11  thing, and let me just put my hand on
12  what I want to point out to you.  You may
13  know other stuff.
14          What was the discussion you
15  were having with defense counsel about,
16  as you understood it?
17          MR. GOLDMAN:  Objection.
18          THE WITNESS:  Yeah, I wanted
19          to bring out the point that one of
20          the highest regarded trialists,
21          and in this field in particular,
22          Dr. Wood, probably the most
23          revered pharmacologist and
24          trialists in the country, he

Page 603

1          completely agreed and said that --
2          about the fact that we needed a
3          trial and the fact that his
4          statement he had was really quite
5          perfect.
6              Basically he's saying it was
7          unethical not to do a trial, and
8          the statement here, he says, "Such
9          a study would have been undoable
10         because of the size and time
11         requirements."  This is what Merck
12         has been saying.  And "I am
13         surprised that gets repeated so
14         frequently without challenge from
15         the data."  And he basically in
16         this back and forth e-mail agrees
17         that there's so many patients that
18         are getting the therapy today,
19         Vioxx, with heart disease, that we
20         have to resolve this problem.
21             MR. GOLDMAN:  Objection.
22             THE WITNESS:  And it was
23         only -- the irony is that it's
24         only ethical to do the trial, not

Page 604

1          to back off from not doing it.
2              MR. GOLDMAN:  Objection,
3          move to strike as nonresponsive.
4          Can I have a standing objection --
5  BY MR. KLINE:
6      Q.   Back to the point --
7          MR. GOLDMAN:  Tom, let me
8          just make an objection?  Can I
9          have a standing objection?
10         MR. KLINE:  Not on my time
11         on the record.
12             Yes, you have a standing
13         objection.  Yes, sir.
14             MR. GOLDMAN:  Standing
15         objection to using documents you
16         haven't used before?
17             MR. KLINE:  Yes, sir, you
18         do.
19  BY MR. KLINE:
20     Q.   The fact of the matter is,
21  that if I can go back to the -- with
22  Wood, you and he were back and forth
23  having a discussion, a scientific
24  discussion; is that correct?

Page 605

1      A.   That's right.
2      Q.   Anything sinister going on,
3  anything critical going on that was
4  putting you down or anything bad going
5  on?
6          MR. GOLDMAN:  Objection.
7          THE WITNESS:  Not at all.
8          Not at all.  We were in total
9          agreement about what should be
10         done here.
11  BY MR. KLINE:
12     Q.   Now, Wood chaired the
13  Advisory Committee in 2005, I believe,
14  the FDA Advisory Committee?
15     A.   That's right.  He's chaired
16  all the over-the-counter,
17  anti-inflammatory, aspirin panels.  He's
18  chaired most of the FDA panels related to
19  this topic.
20         MR. GOLDMAN:  Objection,
21         move to strike as nonresponsive.
22  BY MR. KLINE:
23     Q.   Did the anti-inflammatory
24  effects which you described and wrote

152  (Pages 602 to 605)

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 606

1    about at length in the article, picking
2    that out, Merck's lawyer picking that
3    out, how does that -- is that an
4    explanation to say -- were you saying to
5    the world, I think Vioxx is safe?
6            MR. GOLDMAN: Objection.
7            THE WITNESS: No, no, no.
8        What we were saying is that there
9        was a good rationale to do the
10       trial. There were, you know,
11       millions of people taking Vioxx
12       with arthritis and heart disease,
13       and there was potential benefit
14       that should have been studied, and
15       there was, of course, this worry,
16       significant worry about potential
17       harm. All of these things
18       factored into the call, the
19       mandate for a trial.
20   BY MR. KLINE:
21       Q.   Next.
22           Labeling.
23           You've told us the label is
24   inadequate; correct?

Page 607

1            MR. GOLDMAN: Objection.
2            THE WITNESS: Yes.
3    BY MR. KLINE:
4        Q.   I think you had a question
5    about whether you were a, quote, labeling
6    expert. So, you're a practicing
7    cardiologist; correct?
8        A.   That's correct.
9        Q.   As a practicing
10   cardiologist, and as a clinician and a
11   researcher, have you learned and
12   determined what the facts are about
13   Vioxx?
14           MR. GOLDMAN: Objection.
15           THE WITNESS: I certainly
16       have.
17   BY MR. KLINE:
18       Q.   And have you made a
19   determination as to whether the words
20   contained in the document that is given
21   to physicians who prescribe it called a
22   label, whether those words are
23   inadequate?
24           MR. GOLDMAN: Objection.

Page 608

1            THE WITNESS: I -- they
2        didn't have any heart risk in '99,
3        and then in 2002, when the label
4        was revised, the package insert
5        revised, it was not adequately
6        incorporated.
7    BY MR. KLINE:
8        Q.   Do you have the expertise
9    and background to make that
10   determination? I would think you would,
11   and if so, would you tell us?
12           MR. GOLDMAN: Objection.
13           THE WITNESS: Well, I don't
14       know. There is a group at the
15       FDA, the label group, package
16       insert group, but outside of that
17       small sphere, I don't know that
18       there's anybody who is better
19       equipped to review this sort of
20       information than the actual
21       practicing physician.
22   BY MR. KLINE:
23       Q.   Who do they go to, the,
24   quote labeling group, who do they ask,

Page 609

1    who do they consult with?
2            MR. GOLDMAN: Objection.
3            THE WITNESS: They do talk
4        to physicians. And, you know, I
5        don't think that there's any
6        differentiation in the medical
7        community.
8    BY MR. KLINE:
9        Q.   People like yourself?
10           MR. GOLDMAN: Objection.
11           THE WITNESS: I would think
12       so, yes.
13   BY MR. KLINE:
14       Q.   All right.
15           Now, you told me Demopoulos
16   was concerned about the COX-2 program.
17   Do you remember?
18       A.   Yes, yes.
19       Q.   She was an important person
20   at Merck, and she told you she was
21   concerned about the COX-2 program at
22   Merck. Briefly, do it in a minute,
23   because then I can save more time.
24           MR. GOLDMAN: Objection.

153 (Pages 606 to 609)

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 610

1    THE WITNESS: Well, she left
2 Merck. She went back to the
3 University of Pennsylvania. She
4 was very upset about how this
5 whole thing was handled, and she
6 told me that.
7    Dr. DiBattiste also left
8 Merck, he was also concerned about
9 how all this was handled with the
10 COX-2 Vioxx program.
11    So, both of them related to
12 me in conversations that they were
13 not pleased about this whole
14 clinical development of Vioxx.
15 BY MR. KLINE:
16    Q.   You were asked repeatedly --
17    MR. GOLDMAN: Objection,
18 move to strike.
19 BY MR. KLINE:
20    Q.   You were asked repeatedly
21 what you knew, what you saw, what you
22 didn't have access to. Was your problem
23 you were having, pure and simply, you
24 never had full and complete access to the

Page 611

1 data?
2    MR. GOLDMAN: Objection.
3    THE WITNESS: That's right.
4 BY MR. KLINE:
5    Q.   Did you ask for it?
6    A.   Well, I certainly did. But,
7 you know, we only were smart enough to
8 ask for it at times like -- for example,
9 when we wrote the JAMA paper, I wish we
10 had been smart enough to get all the data
11 on study 090 at that time. But we just
12 didn't know what was lurking in there.
13    Q.   Next, the Konstam paper.
14    You told the Merck lawyer
15 that you could review the Konstam paper,
16 you didn't get to talk about it. I have
17 it here. Is there a minute or two way
18 through it?
19    A.   Yeah. Well, this --
20    MR. GOLDMAN: Objection.
21    THE WITNESS: This paper,
22 the actual reprint I have, this
23 has very significant problems in
24 trying to interpret it. So, for

Page 612

1 example, here, study 090, the data
2 are included in this amalgamation
3 --
4    MR. KLINE: I've marked it
5 as the next exhibit. Number?
6 What is it?
7    MR. HAMELINE: 52, 52.
8    MR. KLINE: 52.
9    - - -
10    (Whereupon, Deposition
11 Exhibit Topol-52, "Cardiovascular
12 Thrombotic Events in Controlled,
13 Clinical Trials of Rofecoxib,"
14 (Konstam, et al), Circulation
15 2001;104:r15-r23, was marked for
16 identification.)
17    - - -
18    THE WITNESS: Yes. This was
19 published shortly after our --
20 there's a lot of interesting
21 things about this paper. It was
22 received on October 2nd and
23 accepted the next day and
24 published very rapidly. But the

Page 613

1 paper includes the trials of Vioxx
2 that were available, and what it
3 does is it never reports the
4 actual individualized data of the
5 trial.
6    So, for example, here's a
7 chance that since Merck hadn't
8 published the data for study 090,
9 why not present it here.
10    MR. GOLDMAN: Objection,
11 move to strike.
12 BY MR. KLINE:
13    Q.   They're his consultant, he's
14 their consultant; right?
15    MR. GOLDMAN: I'm sorry.
16 Objection, move to strike,
17 nonresponsive.
18    THE WITNESS: All the other
19 doctors are Merck employees on the
20 paper except for Dr. Konstam, who
21 is a consultant. But the
22 important thing is, they don't
23 present the individual trial data.
24 And this is the thing that's

154 (Pages 610 to 613)

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 614

1    grossly overlooked.
2        They present, just as Mr.
3    Goldman reviewed earlier, that
4    1.69 risk, that's 169 percent,
5    comparing Vioxx with naproxen.
6    So, what's striking here is that
7    they show statistical
8    significance, they basically
9    confirm the VIGOR paper, they
10   confirm study 090, and they
11   basically are then trying to
12   conclude that there isn't a
13   problem, when it's statistically
14   significant, 169 percent excess of
15   risk.
16 BY MR. KLINE:
17   Q.   How do you do that?  How do
18 you do tat?
19       MR. GOLDMAN:  Objection.
20 BY MR. KLINE:
21   Q.   How do you get to that
22 result?
23       MR. GOLDMAN:  Objection.
24       THE WITNESS:  I just can't

Page 615

1    imagine.
2  BY MR. KLINE:
3    Q.   And this is the same Dr.
4  Konstam who was an independent consultant
5  and -- I'm sorry, Dr. Konstam, who was a
6  consultant, and a member of the DSMB,
7  which is supposed to be neutral?
8        MR. GOLDMAN:  Objection.
9        THE WITNESS:  That's
10   correct.  On the approved DSMB.
11 BY MR. KLINE:
12   Q.   How can that be?
13       MR. GOLDMAN:  Objection.
14       THE WITNESS:  I don't know.
15 BY MR. KLINE:
16   Q.   Is that, once again, like
17 the coach from one team wearing the
18 striped shirt?
19       MR. GOLDMAN:  Objection.
20       THE WITNESS:  It's certainly
21   in my mind irregular.
22 BY MR. KLINE:
23   Q.   Sir, I want to again --
24       MR. KLINE:  How much time do

Page 616

1    I have, sir?
2        THE VIDEOTAPE TECHNICIAN:
3    Four minutes.
4        MR. KLINE:  Four minutes.
5    Anyone who is watching this will
6    be happy to know that, probably
7    Dr. Topol the most, who is not
8    watching, but participating.
9  BY MR. KLINE:
10   Q.   I want to do something
11 quick.
12       This whole issue about they
13 gave you, whether you received or
14 remembered getting comments from Merck,
15 and it appears that you now do now that
16 you were shown a document from four years
17 ago.  Does that change anything here,
18 sir?
19       MR. GOLDMAN:  Objection.
20       THE WITNESS:  Well, I mean,
21   I think the important thing is the
22   reason I had forgotten ever
23   getting the comments was because
24   it was after we had already

Page 617

1    finalized the paper and the galley
2    proofs, and so I just never
3    factored any of that in.  And so I
4    forgot it because I probably never
5    even opened up the e-mail, the
6    attachment, frankly.
7  BY MR. KLINE:
8    Q.   Does it change your opinions
9  or your views?
10       MR. GOLDMAN:  Objection,
11   move to strike, nonresponsive.
12       THE WITNESS:  It doesn't
13   change my views whatsoever.  That
14   is completely immaterial.
15 BY MR. KLINE:
16   Q.   Did they come out to see you
17 anyway, met you face-to-face?  Did you
18 give them an audience?
19   A.   I certainly gave them --
20   Q.   Did you get an audience with
21 Ray Gilmartin when you asked for one?
22   A.   No.  Mr. Gilmartin never
23 returned the calls.
24   Q.   But you gave them an

155 (Pages 614 to 617)

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 618

1    audience?
2         A.   I even offered to go to
3    Whitehouse Station and meet with Mr.
4    Gilmartin, meet with Dr. Kim.  They
5    wouldn't even allow me to go visit.
6         Q.   Maybe they were busy.
7              MR. GOLDMAN:  Objection.
8    BY MR. KLINE:
9         Q.   Do you think so?
10        A.   I don't know.  They didn't
11   want to talk about it.
12        Q.   Two more areas, and they are
13   going to both be about two minutes, I
14   promised counsel.
15             The first one is Temple.
16        A.   Yes.
17        Q.   They showed you one letter,
18   that letter that the editor -- where
19   Temple was critical of you.  Do you
20   remember?
21        A.   Yes.
22        Q.   All right.
23             First of all, that letter
24   was submitted to JAMA; correct?

Page 619

1         A.   And it was rejected by JAMA.
2         Q.   It wasn't even an article?
3              MR. GOLDMAN:  Objection,
4         move to strike, nonresponsive.
5    BY MR. KLINE:
6         Q.   It was a letter; correct?
7         A.   That's right.
8                   - - -
9              (Whereupon, Deposition
10        Exhibit Topol-53, Letter
11        12-17-01, TOPOLE 0000511, was
12        marked for identification.)
13                  - - -
14   BY MR. KLINE:
15        Q.   He sends a letter to JAMA,
16   and JAMA sends him back a polite letter
17   saying no thanks; correct?
18        A.   That's right.
19             MR. GOLDMAN:  Objection.
20   BY MR. KLINE:
21        Q.   It takes a lot to get an
22   article published in a medical journal
23   like JAMA; correct?
24        A.   That's correct.

Page 620

1         Q.   It takes much less to get a
2    letter published; correct?
3         A.   Less, but it's still not
4    easy, yes.
5         Q.   They didn't publish his
6    letter?
7         A.   That's right.
8         Q.   Now, what you weren't shown
9    by Merck -- by the way, have you ever
10   heard the term, sir, "cherry picking
11   data"?
12             MR. GOLDMAN:  Objection.
13             THE WITNESS:  Yes, I
14        certainly have.
15   BY MR. KLINE:
16        Q.   And "cherry picking
17   documents"?
18        A.   Yes.
19        Q.   When you were examined here
20   today, sir, did you see some of that
21   right before your eyes?
22             MR. GOLDMAN:  Objection.
23             THE WITNESS:  Some of the
24        best examples I've seen in my

Page 621

1         career were today, yes.
2    BY MR. KLINE:
3         Q.   When you were asked
4    questions by Merck; correct?
5         A.   That's correct.
6              MR. GOLDMAN:  Objection.
7    BY MR. KLINE:
8         Q.   Was that exemplar of the
9    kind of conduct that you also saw with
10   them in their clinical trials, sir?
11             MR. GOLDMAN:  Objection.
12             THE WITNESS:  Well, what it
13        is is an ice pick view of the data
14        and not looking at the texture and
15        the whole pattern.  That's what
16        being an open minded, objective
17        clinical trialist and clinical
18        development is all about.
19   BY MR. KLINE:
20        Q.   And in fact, early on, sir,
21   were you about as tepid and about as --
22   tepid is the wrong word.
23             Were you about as open
24   minded as you can be when you wrote that

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 622

1 JAMA article in 2001?
2      A.   Basically we tried to tone
3 it down.  We didn't want to engender any
4 scare.  We just basically wanted to
5 register the concern.  And we actually
6 thought, because in the prior year of
7 Merck they had been quite diligent, we
8 thought they would follow up and do the
9 right trial and do the right thing.
10         MR. GOLDMAN:  Objection,
11      move to strike, nonresponsive.
12 BY MR. KLINE:
13      Q.   Temple wrote to you -- I
14 have this, and I have one more document
15 and I'm done.
16            - - -
17         (Whereupon, Deposition
18      Exhibit Topol-54, Letter 1-7-02,
19      TOPOLE 0000456 - TOPOLE 0000457,
20      was marked for identification.)
21            - - -
22 BY MR. KLINE:
23      Q.   Temple wrote to you a
24 letter, correspondence, and you wrote

Page 623

1 back to him?
2      A.   Yes.
3      Q.   You had a good relationship
4 with Temple?
5      A.   An excellent relationship
6 with Dr. Temple.
7      Q.   Do you still?
8      A.   I haven't talked to him in a
9 while, but I hope so, yes.
10      Q.   Did you have a healthy,
11 constructive-type, scientific dialogue
12 with him?
13      A.   Yes, we did.
14      Q.   And was it an open dialogue?
15      A.   Yes, it was.
16         MR. GOLDMAN:  Tom, can I
17      have a standing objection to the
18      use --
19         MR. KLINE:  Yes.
20         MR. GOLDMAN:  I'm sorry.
21      -- to the use of a document
22      that you never used before.
23         MR. KLINE:  Yes.  But it's
24      the document that he asked to see

Page 624

1      when you -- in his testimony, and
2      you wouldn't show it to him, but
3      you have an objection.
4 BY MR. KLINE:
5      Q.   Yes, sir.
6         Tell us what this document
7 said and what the gist of this was --
8      A.   Well, I was --
9      Q.   -- what I call the full
10 story?
11      A.   Right.  I had tried to
12 introduce this earlier, because it was
13 that ice picked view, if you want to talk
14 about cherry picking one letter or one
15 sentence.  But here was a letter of my
16 response to Dr. Temple addressing all of
17 his concerns.  And then he responded to
18 me yet again.
19      Q.   Oh, yeah.
20         MR. GOLDMAN:  Objection.
21         THE WITNESS:  And this was a
22      very important short letter that
23      he sent me.
24 BY MR. KLINE:

Page 625

1      Q.   Is that the letter where he
2 said, "Dear Eric," Exhibit Number --
3         MS. DAGOSTINO:  55.
4            - - -
5         (Whereupon, Deposition
6      Exhibit Topol-55, Letter 2-5-02,
7      TOPOLE 0000452, was marked for
8      identification.)
9            - - -
10 BY MR. KLINE:
11      Q.   -- 55.  "Thanks for the
12 note.  I assure you I am not a devotee of
13 the 'naproxen is good, we're not bad'
14 hypothesis.  But as a card-carrying
15 empiricist, I am not prepared to
16 guarantee that all COX-2 selective agents
17 are the same, any more than all
18 non-selective NSAIDs are.  I just thought
19 using the meta-analytic placebo data was
20 beyond 'strained' and inappropriate.  I
21 still do."
22         So, you and he have a
23 difference of agreement?
24      A.   Yes.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 626

1    And he goes on to say,
2  "You're correct, of course, about the
3  Merck study," which is the VIGOR trial we
4  wrote about.
5    And Dr. Temple has said to
6  me before he wrote this letter, since
7  this letter, that he was very worried
8  about the VIGOR trial, and I had
9  expressed to him I was surprised that the
10  FDA didn't do more, knowing their
11  concerns.
12    MR. GOLDMAN:  Objection,
13    move to strike, nonresponsive.
14  BY MR. KLINE:
15    Q.  Hang on a second.  He said
16  -- put that right back in front of you.
17  It's now up in front of the jury.
18    He said two things to you.
19  He is "not a devotee of the 'naproxen is
20  good, we're not bad'" thing.  That's one
21  thing he told you; correct?
22    MR. GOLDMAN:  Objection.
23    THE WITNESS:  That is
24    basically like I was saying, the

Page 627

1    naproxen hypotheses is untenable.
2  BY MR. KLINE:
3    Q.  Right.  Is it a correct
4  position to be a devotee of the naproxen
5  hypothesis, sir?
6    MR. GOLDMAN:  Objection.
7    THE WITNESS:  I was
8    surprised by the term.
9  BY MR. KLINE:
10    Q.  Would those people be
11  somewhere in the -- if you're a devotee,
12  would that be someone who is looking in
13  the wrong direction for the answer?
14    MR. GOLDMAN:  Objection.
15    THE WITNESS:  Well, I mean,
16    that's certainly one
17    interpretation.
18  BY MR. KLINE:
19    Q.  And he says here, "You're
20  correct...about the Merck study."  The
21  bottom line of the bottom line of the
22  answer back to you is, "You're correct...
23  about the Merck study."  Correct?
24    MR. GOLDMAN:  Objection.

Page 628

1    THE WITNESS:  Right.  And I
2    was --
3  BY MR. KLINE:
4    Q.  And your bottom line was,
5  "Only more data will get the answer," and
6  that was his bottom line?
7    MR. GOLDMAN:  Objection.
8    THE WITNESS:  That's right.
9    But he had more of a way to push
10    for it than I did.
11  BY MR. KLINE:
12    Q.  Yes, because he's in the
13  FDA?
14    MR. GOLDMAN:  Objection.
15    THE WITNESS:  Yes.
16  BY MR. KLINE:
17    Q.  You're sitting out here in
18  Cleveland?
19    A.  Right.  And we have no
20  authority, and we did the best we could.
21    Q.  Right.  Voice in the
22  wilderness?
23    MR. GOLDMAN:  Objection.
24  BY MR. KLINE:

Page 629

1    Q.  Correct?
2    A.  That's correct.
3    Q.  Voice in the wilderness.
4    MR. GOLDMAN:  Objection.
5  BY MR. KLINE:
6    Q.  Last point, very last point.
7  This is the last thing, I promise.  It's
8  four, five, six questions, and I go over
9  a half a minute, and here it goes.
10    You talked about Pasternak,
11  you were cross-examined about Pasternak.
12  Remember that?
13    MR. GOLDMAN:  No, he wasn't.
14    MR. KLINE:  Yeah.  It came
15    up during the examination.
16    MR. GOLDMAN:  No, it didn't.
17    MS. DAGOSTINO:  He mentioned
18  it during direct.  It took --
19    MR. GOLDMAN:  You mentioned
20  it, I didn't.
21    MS. DAGOSTINO:  We could not
22  get this document.
23    THE VIDEOTAPE TECHNICIAN: I
24  need to change the tape.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 630

1    MR. KLINE: Oh, this is the
2    document we couldn't get. This is
3    the document we couldn't get.
4        Yes, change the tape,
5    please.
6        THE VIDEOTAPE TECHNICIAN:
7    Off the record at 7:09.
8        - - -
9        (Whereupon, a recess was
10    taken from 7:09 p.m. until 7:11
11    p.m.)
12        - - -
13        THE VIDEOTAPE TECHNICIAN:
14    Back on the record at 7:11.
15        MR. KLINE: Here we go.
16    We'll give it to you in a second.
17    We'll give it to you like when
18    Merck would give it to you. Same
19    thing.
20 BY MR. KLINE:
21    Q.   Sir, do you remember that
22 you testified -- this is my last area of
23 questioning. I've heard cheers.
24        You testified on direct

Page 631

1 examination, and we couldn't find this
2 document, that on the day of the
3 withdrawal of the drug, September 30,
4 '04, you received a call from Richard
5 Pasternak at Merck, and he said to you,
6 you were right.
7        MR. GOLDMAN: Objection.
8 BY MR. KLINE:
9    Q.   Do you remember?
10    A.   I remember it very well.
11    Q.   Okay.
12        Did you know whether there
13 was actually confirmation of what he told
14 you in Merck documents?
15        MR. GOLDMAN: Objection.
16        THE WITNESS: I would never
17    have known that. I wouldn't have
18    any access to Merck documents.
19 BY MR. KLINE:
20    Q.   Okay.
21        Now, your editorial in the
22 New York Times, sir, was forwarded around
23 at Merck. Did you know that?
24    A.   I had no idea of that.

Page 632

1    Q.   It wouldn't surprise you,
2 would it?
3        MR. GOLDMAN: Objection.
4        THE WITNESS: I guess not.
5 BY MR. KLINE:
6    Q.   And you got the attention of
7 everyone from Ken Frazier, the legal
8 counsel, to Peter Kim, the chief of the
9 Merck Laboratories. See, they were
10 reading. How about that?
11    A.   (Witness nods.)
12        MR. GOLDMAN: Objection.
13        - - -
14        (Whereupon, Deposition
15    Exhibit Topol-56, E-mails,
16    MRK-AAC0152575 - MRK-AAC0152576,
17    was marked for identification.)
18        - - -
19 BY MR. KLINE:
20    Q.   And then there was an e-mail
21 to -- an e-mail from a woman, Elizabeth
22 Stoner, to Pasternak, and then from
23 Pasternak back to Stoner.
24        MR. KLINE: We can give it

Page 633

1    to you, and we'll give it to the
2    Merck lawyer.
3        MR. GOLDMAN: Can I have an
4    objection to you using a document
5    that was never used before?
6        MR. KLINE: No. It was used
7    on direct, and we had said and
8    agreed that it was part of the
9    Pasternak thing. We couldn't get
10    it printed or found.
11        MR. GOLDMAN: During your
12    direct, not on my direct.
13        MR. KLINE: Yes, I agree
14    with you. I will take my changes
15    that a judge will --
16        MS. DAGOSTINO: You brought
17    the name up during direct.
18        MR. KLINE: I did. We
19    couldn't find the document then.
20    It's one document.
21 BY MR. KLINE:
22    Q.   Here goes, sir.
23        The e-mail says -- this is a
24 couple of days after you talked to him.

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 634

1    "The wrath" --
2         By the way, the e-mails, Dr.
3    Topol, are very colorful at Merck.  They
4    pride themselves on colorful e-mails.
5         MR. GOLDMAN:  Tom --
6    BY MR. KLINE:
7         Q.   And --
8         MR. GOLDMAN:  Tom --
9         MR. KLINE:  Yes, sir.
10        MR. GOLDMAN:  Let me
11   interrupt you.  You are six
12   minutes over.
13        MR. KLINE: Yes.
14        MR. GOLDMAN: And are you
15   going to do me the courtesy of
16   allowing me to ask some followup
17   questions?
18        MR. KLINE:  No, sir.
19        MR. GOLDMAN:  What?
20        MR. KLINE:  No.
21        MR. GOLDMAN:  Then you are
22   not going to ask any questions --
23   BY MR. KLINE:
24        Q.   "The wrath of a lover" --

Page 635

1         MR. GOLDMAN:  Your time is
2    up.
3    BY MR. KLINE:
4         Q.   "The wrath of a lover"
5    scorned.
6         MR. GOLDMAN:  Tom, your time
7    is up.  It's six minutes over.
8    BY MR. KLINE:
9         Q.   "The wrath of a lover"
10   scorned.  "Instead of starting at
11   baseline (with Eric), I'll have to start
12   in the basement.  Nevertheless, I think
13   it is worth starting again with him for
14   two reasons:  (1) people listen to him."
15   That's you?
16        MR. GOLDMAN:  Objection.
17   BY MR. KLINE:
18        Q.   "(2) we," Merck, "have
19   something to learn."
20        A.   Uh-huh.
21        MR. GOLDMAN:  Objection.
22   BY MR. KLINE:
23        Q.   Did you know that existed?
24        A.   I had no idea.  It's

Page 636

1    gratifying to see that at least one
2    person at Merck was positive and open-
3    minded.
4         MR. GOLDMAN:  Objection,
5    move to strike.
6    BY MR. KLINE:
7         Q.   They didn't listen to you
8    before the drug was withdrawn, did they?
9         MR. GOLDMAN:  Tom, you are
10   over.
11        THE WITNESS:  They didn't
12   listen to our concerns for years.
13        MR. KLINE:  Thank you, sir.
14   Thank you --
15        MR. GOLDMAN:  Objection,
16   move to strike as nonresponsive.
17        MR. KLINE:  Thank you for
18   being of assistance.
19        MR. GOLDMAN:  Because Mr.
20   Kline asked questions about
21   documents and brought up issues
22   that were not brought up on my
23   cross, I do have some questions
24   about Mr. Kline's additional

Page 637

1    areas.  Can I ask --
2         MR. KLINE:  The only area
3    that I brought up that you didn't
4    cover was this area with
5    Pasternak, and you are correct,
6    that you have -- that at least in
7    my view, I don't know what Merck's
8    counsel's view is, you have a
9    right to cross-examine there.
10   Everything else was within right
11   square in the scope of redirect.
12        But I do agree on the
13   Pasternak memo, the lover scorned
14   memo, the "you were right memo,"
15   that you have a right to question
16   if you'd like to.
17        MR. GOLDMAN:  Is that the
18   only area you're going to allow me
19   to --
20        MR. KLINE:  Yes, absolutely.
21        MR. GOLDMAN:  -- ask some
22   questions about?
23        MR. KLINE:  Yes, absolutely.
24        MR. GOLDMAN:  Is that true

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 638

```
1    for Dr. Topol's counsel too?
2         MR. HAMELINE:  We're here
3    because we were subpoenaed.  We're
4    not part and parcel of the rules
5    and regulations in the MDL.  If
6    you want to go ahead and ask about
7    Exhibit 56, why don't you go
8    ahead.  Let's get those questions
9    on the record, and then we'll take
10   a break and talk about whatever
11   else you want to ask about.  But
12   it is 7:15.  It's been a very long
13   day.
14        MR. GOLDMAN:  I'm not going
15   to talk about Exhibit 57 or
16   whatever the --
17        MR. HAMELINE:  56.
18        MR. GOLDMAN:  56.  But there
19   are several other documents and
20   several other things that Dr.
21   Topol said that I would like to
22   get into, and we can raise this
23   with the judge later, but I'm
24   going to object to most of Mr.
```

Page 639

```
1    Kline's examination as beyond the
2    scope, and until I have an
3    opportunity to do recross, and
4    that may have to happen at a later
5    time, so, I'm going to leave the
6    deposition open.
7         MR. KLINE:  I'll take my
8    chances with the judge.
9    Everything is within the fair
10   scope of cross-examination --
11   redirect.  We're done.
12        MR. HAMELINE:  Do you want
13   to make a proffer as to what
14   documents you would ask about or
15   what topics they are?
16        MS. VANCE:  Let's have a
17   list of what the --
18        MR. GOLDMAN:  Each of the
19   exhibits that Mr. Kline used in
20   his redirect that he did not use
21   in his direct examination.
22        MR. KLINE:  Those exhibits
23   were clearly --
24        MR. HAMELINE:  Let him
```

Page 640

```
1    finish.
2         MR. KLINE:  I'm sorry.  I
3    thought you were done, Andy.  I
4    apologize.
5         MR. GOLDMAN:  No.
6         And testimony about those.
7         MR. KLINE:  Those exhibits
8    were merely redirect of areas
9    which were left wide open, and
10   each occasion I basically said,
11   Dr. Topol, you were shown this but
12   you weren't shown that.
13        In the case of the Temple
14   letter, he himself said, may I
15   show you the Temple letter.
16        In the case of the Targum
17   memo, he said, I want to talk
18   about the Targum memo.
19        In the case of -- you made a
20   big point that he, himself,
21   conceded that they were
22   unexpected, and the fact of the
23   matter is, that they were
24   documents that Merck had that he
```

Page 641

```
1    had never seen, which, frankly, I
2    had to impeach him on and change
3    his opinion that he would have
4    known -- he only wishes he knew
5    differently.
6         So, I respectfully, Andy,
7    disagree with you.  In my view,
8    we're done.  If you think you can
9    convince a judge to the contrary,
10   I guess it will be on my dime to
11   come back to Cleveland.  But I'm
12   done.
13        Dr. Topol, thank you, sir.
14        MS. VANCE:  Is there
15   anything else, Andy?
16        MR. GOLDMAN:  Nothing else.
17        MR. HAMELINE:  Again, we're
18   here because we were subpoenaed.
19   We're a third party.  I don't want
20   to be involved in the dispute over
21   timing and issues.  I see what's
22   in the court order, and I guess
23   it's an issue of whether the judge
24   is going to let the additional
```

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

Page 642

```
 1    redirect in or not.  That's the
 2    way I look at this.  So,
 3    therefore, I think we're done.
 4    It's been a very long day.
 5         MR. KLINE:  Thank you, sir.
 6         MR. HAMELINE:  Thank you
 7    very much.
 8         MR. KLINE:  Thank you for
 9    your cooperation.  Dr. Topol,
10    thank you.
11         We're off the video record.
12         THE VIDEOTAPE TECHNICIAN:
13    Off the record at 7:18.
14              - - -
15         (Whereupon, the deposition
16    concluded at 7:18 p.m.)
17              - - -
18
19
20
21
22
23
24
```

Page 644

```
 1    ACKNOWLEDGMENT OF DEPONENT
 2         I,_____, do
 3    hereby certify that I have read the
 4    foregoing pages,  1 - 642, and that the
 5    same is a correct transcription of the
 6    answers given by me to the questions
 7    therein propounded, except for the
 8    corrections or changes in form or
 9    substance, if any, noted in the attached
10    Errata Sheet.
11
12
13
14    _____
15    ERIC J. TOPOL, M.D.        DATE
16
17    Subscribed and sworn
18    to before me this
19       day of      , 20  .
20
21    My commission expires:
22
23
24    Notary Public
```

Page 643

```
 1         CERTIFICATE
 2
 3
 4         I, LINDA L. GOLKOW, a Notary
      Public and Certified Shorthand Reporter
 5    of the State of New Jersey, do hereby
      certify that prior to the commencement of
 6    the examination, ERIC J. TOPOL, M.D. was
      duly sworn by me to testify to the truth,
 7    the whole truth and nothing but the
      truth.
 8
 9
         I DO FURTHER CERTIFY that the
10    foregoing is a verbatim transcript of the
      testimony as taken stenographically by
11    and before me at the time, place and on
      the date hereinbefore set forth, to the
12    best of my ability.
13
14       I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor
15    attorney nor counsel of any of the
      parties to this action, and that I am
16    neither a relative nor employee of such
      attorney or counsel, and that I am not
17    financially interested in the action.
18
19
20
      _____
21    LINDA L. GOLKOW, CSR
      Notary Number:  1060147
22    Notary Expiration:  1-2-08
      CSR Number:  30XI176200
23
24
```

Page 645

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

405d92cd-4d0a-489f-87d2-231e3a1c3f6f

```
                                    Page 646
 1          - - - - - -
              E R R A T A
 2          - - - - - -
 3   PAGE  LINE  CHANGE
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24
```

```
                                    Page 647
 1          LAWYER'S NOTES
 2   PAGE  LINE
 3   ____  ____  _____
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24
```

405d92cd-4d0a-489f-87d2-231e3a1c3f6f