### Topol, M.D., Eric

From: David Graham [hylabrook1@msn.com]
Sent: Wednesday, November 24, 2004 8:50 PM
To: Topol, M D , Eric
Subject: Re: next steps?


Eric,

I'd suggest that you share these things with Emilia in Senator Grassley's office. Also, take a look at the Jeanne Lenzer piece in the news section of the BMJ that went online Tuesday evening, and at the Washington Post "Federal Page" article from today (Wednesday). Things seem to be evolving towards a "Vioxx-gate," complete with "dirty tricks" carried out by FDA managers above me in the food chain. I was on Nightline last night and Good Morning America today, starting to get the word out that FDA failed to protect the public and that tFDA is responsible for the single greatest drug safety catastrophe in US history. On Nightline last night, I challenged Dr. Janet Woodcock to produce FDA's formal benefit-risk analysis that supported their decision to keep high-dose Vioxx on the market after the VIGOR study. There is no such analysis and there is no benefit to high-dose Vioxx that would justify a 500% increase in heart attack risk. At least that's what I said last night.

Have a wonderful Thanksgiving,

David

----- Original Message -----
From: Topol, M D , Eric
To: hylabrook1@msn com
Sent: Monday, November 22, 2004 10 01 PM
Subject: next steps?

David,
Hope you are well in the aftershocks of the Senate hearing. Again, you really did a spectacular job I hope you were pleased with the New York Times profile on Saturday which I thought was very positive and quite unusual for such an article to appear. I was also impressed with your article in JAMA Express today on the statins and fibrate interactions. The editorial by Phil and Cathy was another major step in the right direction.
My question to you at this point is how to go forward to get what is needed on track. I believe the unfortunate result of your testimony was that the focus shifted away from Vioxx and on to 5 other drugs. I fully realize that this was not at all your intent. I am bothered by the continued outrageous lies of Merck with their fullpage multiple ads that "they published everything" and that they never had a trial which showed any harm of Vioxx untill APPROVe when, in fact, there were two by May 2000. I am also upset that the story of their scientific misconduct for the VIGOR paper in NEJM, with errors of ommission (deaths), erroneous data (MIs), and incomplete data (more than 1/2 of the thrombotic events) has not received any attention whatsoever. Finally, the FDA reviewers, Drs. Targum and Villalba, did not perform the appropriate statistical analysis of Study 090 and missed its importance, which is the essence of the Juni cumulative meta-anlysis (Lancet paper, Figure 2, in 2000 it becomes MI risk for Vioxx because of the VIGOR and 090 trials). I also have disturbing correspondence (January 2002) from Bob Temple to me in response to my letter of concern to him which demonstrates his inability to "get it" and he expresses the passive approach of letting data accrue.
How does this important evidence get out? The Grassley hearing gave Gilmartin an incredible "bye" and Merck now feels all the pressure is off. This cannot stand and the truth about Vioxx needs to come out.
Please let me know what are the right strategies going forward.
Best regards,
Eric

Eric J. Topol, M D
Provost, Cleveland Clinic Lerner College of Medicine
Chief Academic Officer, Cleveland Clinic Foundation
Chairman, Department of Cardiovascular Medicine
Professor of Medicine and Genetics, CWRU
216-445-9490
topole@ccf org

11/25/2004

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657

Topol
EXHIBIT NO. 2
11-22-05
L. GOLKOW

EJT 000319

TOPOLE 0000450