"What" &
"When" Merck Knew
- STUDY 090    6 wk study 6x RISK
              ? 1998 (earlier)        Peter Kim letters
- DSMB Nov 18, 1999                   Transcript
- Lancet (Jeni paper)

Position
    "Naproxen" UNTENABLE  | "First knew in May 2000" |

Deception / Falsifying / Suppression of Data.
- No publication of "090"
- Bombardier paper - Deaths, Incomplete info.
- Multiple publications Reicin, Konstam, et al.
- (Marketing) / Sales.
- Symposia for MDs. / DTC to Consumers.
- Did not do the appropriate trial. (no new trials)
- Post w/D - 18 mos., Annualized Rate
  APPROVE                3.6 vs 1.4
                      0.? 1.5 vs 0.75

- Paid consultants on "Independent DSMB"
TOPOL
EXHIBIT NO. 22
11-22-05
L. GOLKOW

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER
MDL 1657

EJT 000338

TOPOLE 0000469