UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Bobbie Lee Thompson, et al v. Merck & Co., Inc.*, No. 05-4055

## UNCONTESTED MOTION FOR SUBSTITUTION OF PARTIES

Now comes Edward Murray, pursuant to Fed. R. Civ. P. 25(a)(1), and shows the Court that Betty Murray (hereinafter "Decedent Betty Murray"), a Plaintiff in the above-styled action, died on or about January 22, 2006, and that Edward Murray is the lawfully appointed Personal Representative of the Estate of Betty Jean Murray.

By signing below, Plaintiff's counsel of record, J. Scott Bertram, hereby certifies that, upon order of this Court granting said uncontested motion for substitution of parties, he shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pre-Trial Order No. 8 A, paragraph 14.



It is therefore prayed that the court enter an order that Edward Murray as the Personal Representative of the Estate of Betty Jean Murray, Decedent, be substituted in the above-styled action as Plaintiff in the place and stead of Decedent Betty Murray.

Respectfully Submitted by:

Dated: June 13, 2006

J. Scott Bertram, MO Bar #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Ste 107
Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 6411
(816)701-1100
Fax (816)531-2372

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
323 W. 8th St., Ste. 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Grant L. Davis, MO #34799
Shawn Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (816) 512-2172

James P. Frickleton, MO #31178
Bartimus, Frickleton, Robertson & Gorny
One Hallbrook Place
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-236

Kirk Goza, MO #32475
Brad Honnold, MO #39818
Goza & Honnold, LLC
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (913) 261-0087

Wayne R. Spivey, Atty. ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

Attorneys for Plaintiff Betty Murray

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Uncontested Motion for Substitution has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this ____ day of June, 2006.