FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26 AM 10: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Bobbie Lee Thompson, et al v. Merck & Co., Inc.,* No. 05-4055

## ORDER OF SUBSTITUTION

This matter having come before the Court on the Uncontested Motion for Substitution of Plaintiff Betty Murray filed on behalf of her estate's lawfully appointed Personal Representative, being fully advised in the premises that Betty Murray died intestate on January 22, 2006; that the claim asserted in the above-styled action survives pursuant to § 537.010 RSMo; and that Edward Murray has been duly appointed Personal Representative of the Estate of Betty Jean Murray and is now the lawful representative of Decedent Betty Murray.

On the basis of the foregoing findings, and good cause appearing before;

IT IS HEREBY ORDERED that the Uncontested Motion for Substitution is granted.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

IT IS FURTHER ORDERED that Edward Murray is substituted as Plaintiff Edward Murray as the Personal Representative of the Estate of Betty Jean Murray, Decedent, herein in place of Decedent Betty Murray and that the title of the action be amended in conformity herewith.

NEW ORLEANS, LOUISIANA, this 6th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE