AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

TOM RICKETTS FOR KATHY RICKETTS, ROSE GREGORY, WILLIAM FIEDLER, JAMES VOLPE, RAY VANPATTER, JOYCE WAGNER, HAZEL MOYER, MELISSA ROYSTER, DOROTHY TYLER, GRAYCE BOYCE, CYNTHIA BRAZEE, OLGA BRIDGEWATER, GARY BEERNICK, and JOHN BELCHER

V.

MERCK & CO., INC., PFIZER, INC., MONSANTO COMPANY, PHARMACIA CORPORATION, and G.D. SEARLE, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-2153 SECT. L MAG. 3

MDL 1657

FILED JUN 19 2006
LORETTA G. WHYTE
CLERK

TO: (Name and address of defendant)

G.D. SEARLE, INC.
Registered Agent
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY J. LOWE, P.C.
JEFFREY J. LOWE
8235 FORSYTH BLVD., STE. 1100
ST. LOUIS, MO 63105
(314) 678-3400

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

Carolyn Stewart
(BY) DEPUTY CLERK

DATE  APR 28 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____
_____
_____

☐ Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
         Date                              Signature of Server

                                           _____
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SHERIFF**
EAST BATON ROUGE PARISH
POST OFFICE BOX 3277
BATON ROUGE, LA 70821

ELMER B. LITCHFIELD
SHERIFF & TAX COLLECTOR

OFFICE: (225) 389-4824
FAX: (225) 389-8826

## AFFIDAVIT OF SERVICE

Case Number: __06-2153__

State of: __USDC__

Country: __EASTERN__

Received: __5/9/06__

Today's Date: __5/10/06__

### State of Louisiana, Parish of East Baton Rouge

I, **DY. J BROWN, SR,** Deputy Sheriff for the Parish of East Baton Rouge, State of Louisiana, being first duly sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS** in the East Baton Rouge Parish, State of Louisiana, in person and personally upon: **G D SEARLE INC THRU CT CORPORATION 8550 UNITED PLAZA BATON ROUGE, LA 70809** on the **10TH** day of **MAY, 2006**, by delivering to the said person a copy of the said documents.

_____
Deputy Sheriff
East Baton Rouge Parish
State of Louisiana

Sworn to and subscribed before me this __16__ day of __May__, 2006.

_____
Ex-Officio Notary Public
Deputy, EBR Sheriffs Office
Major James McCurley
#78059