## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO** | * | |
| | * | |
| *Calandra, et al. v. Merck & Co., Inc.,* | * | |
| **MDL No. 05-2914 and** | * | |
| | * | |
| *DeToledo, et al. v. Merck & Co., Inc.,* | * | |
| **MDL No. 05-5083** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE CORRECTED REPLY MEMORANDUM IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS OR, <u>IN THE ALTERNATIVE, STRIKE THE FOREIGN CLASS ALLEGATIONS</u>

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel,

hereby moves the Court for leave to file its Corrected Reply Memorandum in Support of

Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the

Alternative, Strike the Foreign Class Allegations. The memorandum corrects a few

typographical errors, references the declarations of Professor Raynouard and Antonio Gambaro

as Exhibits A and B, respectively, and adds a table of contents and table of authorities. It also

contains a corrected translation of the Exhibit A (which was missing page 4).

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be

granted leave to file its Corrected Reply Memorandum in Support of Defendant Merck & Co.,

Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign

Class Allegations.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Leave to File Corrected Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon Kenneth Moll by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 27th day of June, 2006.

/s/ Dorothy H. Wimberly

3