UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |
| *Calandra, et al. v. Merck & Co., Inc.*, MDL No. 05-2914 and | |
| *DeToledo, et al. v. Merck & Co., Inc.*, MDL No. 05-5083 | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Corrected Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Corrected Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
DISTRICT JUDGE

816548v.1