

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
|---|---|
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| | Judge Eldon E. Fallon |
| *Robert G. Smith v. Merck & Co., Inc.*, No. 2:05-CV-04379 | Magistrate Judge Daniel E. Knowles, III |

### PLAINTIFF ROBERT G. SMITH'S OBJECTIONS TO THE NOTICE OF DEPOSITION AND REQUEST FOR DOCUMENTS OF <u>ROBERT G. SMITH</u>

Pursuant to FED. R. CIV. P. 30(b)(5) and 34(b), Plaintiff objects to the request for production of documents accompanying the notice of oral deposition.

The notice of deposition issued was issued on Tuesday, June 7, 2005. The notice purported to require a document production (but no witness) only two days later, on June 9, 2006, and an oral deposition of Mr. Smith to be conducted on June 15, 2006. The date for taking the oral deposition of Mr. Smith on June 15, 2006, was agreed upon, but there was no agreement to produce documents—in two days or otherwise. Two days notice to produce records is on its face unreasonable and contrary to this Court's Pretrial Order No. 9 and FED. R. CIV. P. 30, 34.

Plaintiff also objects to the place of the deposition as noticed. Before the notice, counsel for Plaintiff informed counsel for Merck that they had reserved a meeting room at a conveniently located hotel for the deposition. Merck disregarded this fact and issued a notice for the deposition to be taken at defense counsel's office. Mr. Smith is entitled to have his deposition taken in a location where he is comfortable; he is not comfortable being deposed in Merck's counsel's offices. Merck has no legitimate complaint to taking the deposition at the hotel as reserved and offered to Merck, free of charge. Therefore, Mr. Smith will appear for deposition at

the hotel as previously notified. There is simply no excuse for Merck's refusal to follow PTO 9 in scheduling the depositions.

Plaintiff reserves the right to respond fully to each of the requests for production of documents within the time provided in Rules 30 and 34, to the extent the requests have not already been resolved.

Respectfully submitted,

*/s/ Smith*

| | |
|---|---|
| James L. "Larry" Wright<br>Texas Bar No. 22038500<br>**THE WATTS LAW FIRM LLP**<br>111 Congress Avenue, Suite 1010<br>Austin, Texas 78701<br>(512) 479-0500; fax (512) 473-0328 | Grant Kaiser<br>Texas Bar No. 11078900<br>**THE KAISER FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713)-223-0000; fax (713) 223-0440<br>**ATTORNEY IN CHARGE** |
| Walter Umphrey<br>Texas Bar No. 20380000<br>**PROVOST UMPHREY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>(409) 835-6000; fax (409) 838-8888 | John Eddie Williams, Jr.<br>Texas Bar No. 21600300<br>Amy M. Carter<br>Texas Bar No. 24004580<br>**WILLIAMS BAILEY LAW FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 230-2200; fax (713) 643-6226 |
| Drew Rainer<br>Louisiana Bar No. 8320<br>**RANIER, GAYLE & ELLIOT LLC**<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>(337) 494-7171; fax (337) 494-7218 | Mikal Watts<br>Texas Bar No. 20981820<br>**THE WATTS LAW FIRM LLP**<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>(361) 887-0500; fax (361) 887-0055 |

**ATTORNEYS FOR PLAINITFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 14th day of June, 2006.

Phillip A. Wittmann
Dorothy H. Wimberly
**Stone, Pigman, Walther, Wittmann LLC**
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200; fax (504) 581-3361

Douglas R. Marvin
E. Elaine Horn
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C. 20005
(202) 434-5000; fax (202) 434-5029

Philip S. Beck
Adam L. Hoeflich
Carrie A. Jablonski
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440

_____
Grant Kaiser