UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 2 2 2006
LORETTA G. WHYTE
     CLERK
```

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.: 1657 |
| | SECTION: L |
| This document relates to: | Civil Action No. 2:06-cv-2642 |
| ARTHUR ALLYN, Plaintiff, | |
| vs. | JUDGE FALLON |
| MERCK & CO., INC, Defendant. | MAG. JUDGE KNOWLES |

### NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ARTHUR ALLYN, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, CHRISTOPHER HARRIS, on April 5, 2006.

Dated this 20th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 20th day of June, 2006.

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0010836

PERSON TO BE SERVED: CHRISTOPHER HARRIS
   CORP/DBA:
    ADDRESS: 2535 GERBER DAIRY RD
          WINTER HAVEN

   PLAINTIFF/ATTORNEY:

   BRENDA S FULMER
   ALLEY CLARK GREIWE FULMER
   PO BOX 3127
   TAMPA, FL 33601

PLAINTIFF: ARTHUR ALLLYN
DEFENDANT: MERCK & CO INC/CHRISTOPHER HARRIS/JAY SAMAK ETC

CASE NUMBER: 06CA264
     COURT: CIRCUIT/POLK            COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 03/13/2006 and served the same at 07:41 AM on 04/05/2006 in Polk County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: CHRISTOPHER HARRIS

CIVIL COSTS

FEE: $40.00

TOTAL DEPOSIT: $40.00

GRADY JUDD, SHERIFF
POLK COUNTY, FLORIDA

BY: _____
PAULA CHRISTINE DAVIS,
DEPUTY SHERIFF/SPECIAL PROCESS SERVER

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, STATE OF FLORIDA

ARTHUR ALLYN,

    Plaintiff,

vs.

Case No.: 06CA264
Division: 4

MERCK & CO., INC.,
CHRISTOPHER HARRIS, JAY SAMAK,
DOUGLAS McELROY, LYNN RICHARDS,
ROXANNE POST, and JEROME PITTMAN,

    Defendants.
_____/

**SERVED**

Upon: Christopher
Type: Harris
Personal

Month 4  Day 5  Year 06
Time: 7:41 A.M.

GRADY JUDD, SHERIFF - Polk County
By: _____
Deputy/Special Process Server  Mem.#

2765

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant(s)

        Christopher Harris
        2535 Gerber Dairy Road
        Winter Haven, FL 33880

    Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is

        **BRENDA S. FULMER, Esq. (FBN: 999891)**
        **C. TODD ALLEY, Esq. (FBN: 321788)**
        **JAMES D. CLARK, Esq. (FBN: 191311)**
        **DON GREIWE, Esq. (FBN: 218911)**
        ALLEY, CLARK, GREIWE & FULMER
        701 E. Washington Street
        P.O. Box 3127
        Tampa, FL 33601-3127
        Telephone: (813) 222-0977
        Fax: (813) 224-0373
        Attorneys for Plaintiff

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either

before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___Mar. 3___, 2006.

(Court Seal)

Clerk of the Circuit Court

By: _____
Deputy Clerk

RETURN OF SERVICE

TRANSACTION NUMBER: 2006 0010836

PERSON TO BE SERVED: CHRISTOPHER HARRIS
   CORP/DBA:
    ADDRESS: 2535 GERBER DAIRY RD
            WINTER HAVEN

PLAINTIFF/ATTORNEY:

BRENDA S FULMER
ALLEY CLARK GREIWE FULMER
PO BOX 3127
TAMPA, FL  33601

PLAINTIFF: ARTHUR ALLLYN
DEFENDANT: MERCK & CO INC/CHRISTOPHER HARRIS/JAY SAMAK ETC

CASE NUMBER: 06CA264
     COURT: CIRCUIT/POLK                   COURT DATE:

Type of Writ: SUMMONS/COMPLAINT

Received the above-named writ on 03/13/2006 and served the same at 07:41 AM on 04/05/2006 in Polk County, Florida, as follows:

---

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, to: CHRISTOPHER HARRIS

---

CIVIL COSTS                                          GRADY JUDD, SHERIFF
                                                    POLK COUNTY, FLORIDA
FEE: $40.00

TOTAL DEPOSIT: $40.00                       BY: _____
                                                    PAULA CHRISTINE DAVIS,
                                                    DEPUTY SHERIFF/SPECIAL PROCESS SERVER