

DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## *IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Stanley Hadlock v. Merck & Co., Inc.*, E.D. Louisiana, C.A. No. 2:06-2048

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hadlock*) on May 31, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Hadlock* filed a notice of opposition to the proposed. The Panel has now been advised that *Hadlock* was voluntarily dismissed in the Eastern District of Louisiana by the Honorable Eldon E. Fallon in an order signed on June 12, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-27" filed on May 31, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 21, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*Stanley Hadlock v. Merck & Co., Inc.*, E.D. Louisiana, C.A. No. 2:06-2048

Dear Ms. Whyte:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Enclosure

cc:   Transferee Judge: Judge Charles R. Breyer
      Transferor Judge: Judge Eldon E. Fallon

JPML Form 87