# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 05-1102** | * | |
| | * | **MAGISTRATE JUDGE** |
| VIRGINIA OLLER, ET AL., | * | **KNOWLES** |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF CHESTER BOEVERS, MELVIN LESTER LUMMUS AND STEVEN BENNETT

Considering the foregoing Stipulation of Dismissal Without Prejudice of Claims of Chester Boevers, Melvin Lester Lummus and Steven Bennett,

IT IS ORDERED, that the claims of Chester Boevers, Melvin Lester Lummus and Steven Bennett against Merck & Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 23rd day of _____June_____, 2006

_____
DISTRICT JUDGE

815588v.1