UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-4617 | * | |
| DAISY STEVENS, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims in the above-captioned proceeding be and they hereby are dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of June, 2006

DISTRICT JUDGE

815588v.1