UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  VIOXX PRODUCTS
LIABILITY LITIGATION                                  Docket No. 1657

-----------------------------------------------

GEORGE GRECH, JR. and MARY
GRECH, his wife,

       Plaintiffs,

vs.                                                                        Case No. 2:05-cv-5587-EEF-DEK

MERCK & CO., INC., a New Jersey
corporation,

       Defendants.
_____/

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**
**TO ADD CLAIM FOR PUNITIVE DAMAGES**

THIS MATTER is before the Court upon a Motion to Amend Complaint to Add Punitive Damages filed herein by the Plaintiffs, GEORGE GRECH, JR. and MARY GRECH.  The Court has reviewed the Motion and accompanying Memorandum and notes that the Motion is unopposed by the Defendant.  After due consideration, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Amend Complaint to Add Punitive Damages is hereby granted and the proposed Amended Complaint attached to the Motion hereby stands as filed.

DONE AND ORDERED in Chambers in New Orleans, Louisiana on this 23rd

day of \_\_\_\_\_June\_\_\_\_, 2006.

_____
The Hon. Eldon E. Fallon
United States District Judge

Copies furnished to:

Joseph H. Saunders, Esquire
Barbara Bolton Litten, Esquire