FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28  PM 12: 46

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657** <br><br> **Section L** <br><br> **Judge Eldon E. Fallon** <br><br> **Magistrate Judge Daniel E. Knowles, III** |

**THIS DOCUMENT RELATES TO:**
   *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

**ORDER GRANTING PLAINTIFF ROBERT G. SMITH'S MOTION TO OPEN AND**
**CLOSE DEPOSITION TESTIMONY OF MR. SMITH'S PRESCRIBING DOCTORS**

On this day, the Court considered Plaintiff Robert G. Smith's Motion to Open and Close

Deposition Testimony of Mr. Smith's Prescribing Doctors, and after reviewing the motion and

response and hearing arguments of counsel is of the opinion that said Motion should be

GRANTED as it concerns the prescribing doctors trial depositions and

DENIED as it concerns the prescribing doctors discovery depositions.

It is, therefore, ORDERED that Plaintiff shall be allowed to open and close the deposition

testimony of Drs. Grefer and Courtade as it concerns their trial depositions, but not

as it concerns their discovery depositions for the reasons given in open Court

SIGNED AND ENTERED on this 28th day of _____June_____, 2006. on June 28, 2006.

Presiding Judge

_____ Fee _____
_____ Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc. No _____