

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX<br>Products Liability Litigation | § § § § | MDL NO. 1657 |
| | | SECTION: L |
| This Document Relates to:<br>*Evy Cheishvili v. Merck & Co., Inc.*<br>No. 2:06-cv-02744-EEF-DEK | § § § | JUDGE FALLON |
| | | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, Plaintiff EVY CHEISHVILI and Defendant MERCK & CO., INC., and file this their Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and would respectfully show unto the Court as follows:

1. Plaintiff/Movant is EVY CHEISHVILI; Defendant is Merck & Co., Inc.

2. On March 1, 2006, Plaintiff/Movant EVY CHEISHVILI sued Defendant in the 57th Judicial District Court of Bexar County, Texas.

3. On March 17, 2006, Defendant removed the above-described lawsuit to the United States District Court for the Western District of Texas, San Antonio Division on the basis of diversity jurisdiction.

4. This case, having been transferred by the Judicial Panel on Multi District Litigation, was docketed as Cause No. 2:06-cv-02744-EEF-DEK in this Honorable Court.

5. Plaintiff/Movant EVY CHEISHVILI moves to dismiss the instant lawsuit.

6. Defendant, who has answered, agrees to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this action.

9. This case is not governed by any federal statute that requires special order of the court for dismissal of the case.

10. Plaintiff EVY CHEISHVILI has not dismissed an action based on or including the same claims as those presented in this suit.

11. This dismissal is without prejudice.

Respectfully submitted,

**WAYNE WRIGHT, L.L.P.**
5707 Interstate Ten West
San Antonio, Texas 78201
Telephone: (210) 734-7077
Facsimile: (210) 734-9965

By: _____
ALEX WYATT WRIGHT
Texas State Bar No. 24037741

**ATTORNEYS FOR PLAINTIFF**

**FULBRIGHT & JAWORSKI, L.L.P.**
300 Convent, Ste. 2200
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

By: _____
CHARLES A. DEACON
Texas State Bar No. 05673300

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing <u>Stipulation of Dismissal</u> has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this _16_ day of _June_, 2006.

_____
Alex Wyatt Wright