IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX § | | MDL NO. 1657 |
| Products Liability Litigation § | | |
| § | | SECTION: L |
| § | | |
| This Document Relates to: § | | JUDGE FALLON |
| *Evy Cheishvili v. Merck & Co., Inc.* § | | |
| No. 2:06-cv-02744-EEF-DEK § | | MAG. JUDGE KNOWLES |

## ORDER OF DISMISSAL

On the date set forth below came on to be heard the parties Joint Stipulation of Dismissal as to all causes of action brought by Plaintiff. The Court is of the opinion that the same is meritorious and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that all stipulations set forth in the underlying joint motion are expressly approved by the Court and that all causes of action brought by Plaintiff EVY CHEISHVILI are hereby DISMISSED without prejudice. If the plaintiff seeks to re-file her claims, she must do so in federal court.

6/26/06
DATE

Honorable Eldon E. Fallon
United States District Judge