FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2006 JUN 22 PM 2:29
LORETTA G. WHYTE CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®

PRODUCTS LIABILITY LITIGATION

This Document Relates To: Clifford Hicks, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-01162)

MDL Docket No. 1657

Section L

Judge Fallon

Mag. Judge Knowles

**PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF APPEARANCE**

Plaintiffs, CLIFFORD HICKS, AURORA GOMEZ AND HARRISON JULES file this Motion to Substitute Counsel of Record and Notice of Appearance, and in support thereof show:

**FACTUAL AND PROCEDURAL HISTORY**

1. Plaintiffs' Original Petition was filed on November 24, 2004, in Bexar County, Texas by Alex Wyatt Wright of WAYNE WRIGHT, L.L.P.

2. Defendant Merck & Co. removed the case to the Western District of Texas – San Antonio Division, on December 7, 2004.

3. The Judicial Panel on Multidistrict Litigation transferred the case to this Court on May 6, 2005.

**RELIEF REQUESTED**

4. Plaintiffs want to be represented as counsel of record in this matter by following counsel: Drew Ranier of RANIER, GAYLE & ELLIOT, LLP, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP, and Grant Kaiser of THE KAISER





FIRM, LLP. Present counsel, Alex Wyatt Wright of WAYNE WRIGHT, L.L.P., consents to the substitution of counsel.

5. Plaintiffs respectfully ask this Court to substitute Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, as counsel of record for Plaintiffs in this matter.

6. Drew Ranier of RANIER, GAYLE & ELLIOTT, LLC, 1419 Ryan Street, Lake Charles, Louisiana 70601; Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, 490 Park, Beaumont, Texas; John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas; Mikal Watts of THE WATTS LAW FIRM, LLP, 555 North Carancahua Street, Corpus Christi, Texas; and Grant Kaiser of THE KAISER FIRM, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, (Trial Attorney), file this Notice of Appearance on behalf of Plaintiffs CLIFFORD HICKS, AURORA GOMEZ AND HARRISON JULES.

7. This request is not intended to cause delay or prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiffs CLIFFORD HICKS, AURORA GOMEZ AND HARRISON JULES, respectfully request that their Motion to Substitute Counsel be granted, and for such other relief, at law or in equity, to which they may be entitled.

Dated: June 21, 2006

Respectfully submitted,

WALTER UMPHREY
Texas State Bar No. 20380000
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park
Beaumont, Texas 77701
Phone: 409-835-6000
Fax: 409-838-8888

JOHN EDDIE WILLIAMS, JR.
Texas State Bar No. 21600300
WILLIAMS BAILEY LAW FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Phone: 713-230-2200
Fax: 713-643-6226

MIKAL WATTS
Texas State Bar No. 20981820
THE WATTS LAW FIRM, L.L.P.
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
Phone: 361-887-0500
Fax: 361-887-0055

DREW RANIER
Louisiana State Bar No. 8320
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, Louisiana 70601
Phone: 337-494-7171
Fax: 337-494-7218

ALEX WYATT WRIGHT
Texas State Bar No. 24037741
WAYNE WRIGHT
WAYNE WRIGHT, L.L.P
Interstate 10 West
San Antonio, Texas 78201
Phone: 210-734-7077
Fax: 210-735-3286

GRANT KAISER
Texas State Bar No. 11078900
THE KAISER FIRM, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Phone: 713-223-0000
Fax: 713-223-0440
TRIAL ATTORNEY

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8A, on the 21st of June, 2006.

Grant Kaiser