

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Clifford Hicks, et al. v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-01162) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### ORDER

Upon due consideration of the foregoing Plaintiffs, CLIFFORD HICKS, AURORA GOMEZ AND HARRISON JULES', Motion to Substitute Counsel, and for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, be substituted as counsel for Plaintiffs in this matter, and that attorney Alex Wyatt Wright of WAYNE WRIGHT, L.L.P. be removed as counsel of record.

IT IS SO ORDERED.

6/26/06
Date

Judge Eldon E. Fallon