Copy In Chambers

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 23 PM 12: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * *

In re: Vioxx
Products Liability Litigation

This Document Relates to:

*Calandra, et al. v. Merck & Co., Inc.,*
MDL No. 05-2914

*DeToldeo, et al. v. Merck & Co., Inc.,*
MDL No. 05-5083

* * * * * * * * * * * * *

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

## MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED ITALIAN AND FRENCH CLASS ACTION COMPLAINTS

Plaintiffs' hereby bring this Motion for Leave to File Plaintiffs' Reply to Defendant Merck & Co., Inc.'s Opposition to Plaintiffs' Motion for Leave to File Amended Italian and French Class Action Complaints before this Court.

The reasons supporting this motion are more fully set forth in the accompanying supporting Reply, which is incorporated as if fully set forth herein.

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

Fee_____
Process_____
X/Dktd_____
__ CtRmDep_____
__ Doc. No_____

WHEREFORE, Plaintiffs' for all French and Italian Class Action claimants respectfully request that this Court grant Plaintiffs' Motion for Leave to File Amended Italian and French Class Action Complaints.

Date: June 22, 2006

RESPECTFULLY SUBMITTED,

By: _____
Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motions for Leave to File Amended Italian and French Class Action Complaints has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8A, on this 22nd day of June, 2006.

Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com