FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26  AM 10: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>*Calandra, et al. v. Merck & Co., Inc.,*<br>MDL No. 05-2914<br><br>*DeToldeo, et al. v. Merck & Co., Inc.,*<br>MDL No. 05-5083 | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

After considering the Motion of Genevieve M. Bernal of KENNETH B. MOLL & ASSOCIATES, LTD., for Leave to File Reply to Defendant Merck & Co., Inc.'s Opposition to Plaintiffs' Motion for Leave to File Amended Italian and French Class Action Complaints, the court

FINDS good, therefore grants Genevieve M. Bernal of KENNETH B. MOLL

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

& ASSOCIATES, LTD., to file Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motions for Leave to File Amended Italian and French Class Action Complaints, and GRANTS the abovementioned motion.

SIGNED on June 26, 2006.

U.S. DISTRICT JUDGE ELDON E. FALLON

Date: June 22, 2006

APPROVED & ENTRY REQUESTED:

Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com


KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com