

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>*Calandra, et al. v. Merck & Co., Inc.*,<br>MDL No. 05-2914<br><br>*DeToldeo, et al. v. Merck & Co., Inc.*,<br>MDL No. 05-5083 | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED ITALIAN AND FRENCH CLASS ACTION COMPLAINTS**

Defendant cites no case law supporting its assertion that the proposed amendments to the Italian and French Class Action Complaints are futile and that the amendments would prejudice it. Defendant is attempting to persuade this Court that the Motion for Leave to File Amended Italian and French Class Actions be denied based on conclusionary statements that are not supported by any case law or statutory law. FED. R. CIV. P. 15(a) clearly states that a motion to amend should be "freely given when justice so requires." The rule further provides that the amended pleading must not be based on undue delay, bad faith, or dilatory motives, it must not cause any undue prejudice to the defendant, and it must not be futile. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Defendants have not provided any legal basis to support denial of Plaintiffs' amended complaints. "Futility means that the complaint, as amended would fail to state a claim upon which relief could be granted." *In re*

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50ᵀᴴ Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com



*Burlington Coat Factory Securities Litig.*, 114 F.3d 1410 (3d Cir. 1997), *citing Glassman v. Computervision Corp.*, 90 F.3d 617, 623 (1st Cir. 1996). The district court when analyzing futility, "applies the same standard of legal sufficiency as applies under Rule 12(b)(6)." *Id.* Defendant has not provided any legal basis that the amended complaint results in undue delay, bad faith, or dilatory motives. It also cites no reason to suggest undue prejudice or futility. Plaintiffs' motion should therefore be granted.

    A.    **Plaintiffs' Amended Complaints Are Not Futile Because They State A Claim Which Relief Could Be Granted**

Plaintiffs' amended complaints add that all decisions regarding the development, design, manufacture, testing, marketing, and commercialization occurred in New Jersey. This is a claim which relief may be granted and therefore the proposed amendments are not futile. Plaintiffs are adding facts that have already been admitted to in open court and in Defendant's Opposition. (*See* Plaintiffs Motion For Leave To File First Amended Italian Class Action at pg 3, Plaintiff's Motion For Leave To File First Amended French Class Action at pg 3, Defendant's Opposition at pg 5). Under FED. R. CIV. P. 15(b), amendments are granted so that the pleadings may "conform to the evidence." Defendant in its opposition, only reiterates its position in its Motion to Dismiss based on the theory of *forum non*

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50ᵀᴴ Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

*conveniens*. It cites no case law or any specific reason why Plaintiffs' Motion to Amend is futile.

    B.    No Prejudice Results From Plaintiffs Amending The French and Italian Class Actions

Despite Defendant's argument that it will suffer prejudice if this Court permits the Plaintiffs to amend their Italian and French Class Actions, there will in fact be no prejudice to the Defendant. As Defendant states "adding these allegations would not affect the analysis of plaintiffs' claims under the doctrine of *forum non conveniens,* or the assessment of Merck's additional argument that plaintiffs' class allegations should be stricken." (*See* Defendant's Opposition at pg 3). As Defendant readily admits the amended complaint will not effect the analysis of its Motion to Dismiss under *forum non conveninens* and contrary to its position, it will not cause undue prejudice. However, it is important to amend the complaints to conform to facts already admitted into evidence and to accurately reflect that all relevant activity and evidence in the Vioxx litigation occurred and is located in New Jersey. As stated above, amendments may be granted to "conform to the evidence." FED. R. CIV. P. 15(b). Where the relevant activity occurred and where the evidence is located are crucial and important points in determining where the French and Italian Class Actions should be adjudicated. Defendant will not need to re-file its Motion to Dismiss because it has already filed its motion in accordance with these facts.

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

-3-
PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION

Additionally, Plaintiffs also argued these points in their Opposition to Defendant's Motion to Dismiss and therefore will not require a new filing of their opposition. Despite Defendant's claim that new filings would be needed, no new pleadings are necessary. No undue prejudice will ensue from granting Plaintiffs' Motion for Leave to File Amended Italian and French Class Actions.

### Conclusion

The Defendant's Opposition to Plaintiff's Motions for Leave to File Amended Italian and French Class Action Complaints has no merit. Defendant points to no case or statutory law in support of its assertions and has not provided any evidence that it would be unduly prejudiced by these amended complaints. Plaintiffs' respectfully request, therefore, that this Honorable Court grant Leave to File Amended Italian and French Class Action Complaints.

Date: June 22, 2006

RESPECTFULLY SUBMITTED,

By: _____
Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

-4-
PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motions for Leave to File Amended Italian and French Class Action Complaints has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8A, on this 22nd day of June, 2006.

_/s/ Bernal_
Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.

**KBM**
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com