BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| *Pauline Tharpe et al. v. Merck & Co., Inc., et al.* <br> Cause No. 05-1796 | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

## PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF VOLUNTARY DISMISSAL OF BECKY CAPPS TEAL, DPH

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Pauline Tharpe by next of friend and attorney in fact Marshall Tharpe, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Defendant, Becky Capps Teal, DPH only, without prejudice.

Respectfully submitted,
JACKS LAW FIRM

By: _____
Tommy Jacks, TX Bar # 10452000
Mark Guerrero, TX Bar # 24032377
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, Texas 78701
512-478-4422
512-478-5015 fax

T. Robert Hill, BPR #008141
Steven G. Ohrvall, BPR #023414
HILL BOREN P.C.
1269 N. Highland Avenue
Jackson, Tennessee 38301
731-723-3300

Joseph R. Alexander, Jr., TX Bar No. 00995150

MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas Street
Houston, TX 77002
713-654-1122
713-739-8085 fax