BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26  AM 10: 49

LORETTA G. WHYTE
CLERK

| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
|---|---|
| *Pauline Tharpe et al. v. Merck & Co., Inc., et al.*  Cause No. 05-1796 | JUDGE FALLON MAG. JUDGE KNOWLES |

## ORDER

On this day, came on for consideration Plaintiffs' Motion and Memorandum in Support of Voluntary Dismissal of Becky Capps Teal, DPH

After due consideration, IT IS ORDERED that the Motion is granted.

Signed this the 26 day of June, 2006.

UNITED STATES DISTRICT JUDGE