UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 23  PM 4: 10

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: | Judge Fallon |
| Edna Ross v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-05895) | Mag. Judge Knowles |//
| and | |
| Edna D. Ross v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-6580 | |

## AGREED MOTION TO CORRECT JUDGMENT

Plaintiff, Edna D. Ross, and Defendants, Merck & Co., Inc., et al., request this Court vacate the Stipulation of Voluntary Dismissal ("Stipulation") entered on March 29, 2006 in this case number.

### Grounds for Motion

The Parties request the Court vacate the Stipulation because it contained the incorrect cause number; as a result the wrong case was dismissed. *See* Exhibit "A" attached herein. The Parties have confirmed that the named Plaintiff in each complaint is not the same person. The erroneous cause number was an excusable mistake as there are *two separate plaintiffs* named Edna Ross who filed suit against Merck in the Middle District of Tennessee, both cases were transferred *from the same transferee court*, the United States District Court - Middle District of Tennessee, *on the same day*. *See* Exhibits "B" and "C" attached herein. Apparently, when the

```
___ Fee_____
___ Process_____
X / Dktd_____
V  CtRmDep_____
___ Doc. No_____
```

1

Notice of Transfer was received from the MDL, the wrong cause number was recorded at that time and was subsequently used in the Stipulation.

### Prayer

For these reasons, Plaintiff and Defendants respectfully request this Court to correct its judgment entered on March 29, 2006 to reflect the correct case number, 2:05-CV-06580.

Phillip Wittmann
Dorothy H. Wimberly (18509)
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Defendant
Merck & Co., Inc.

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorney for Plaintiffs

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Agreed Motion to Correct Judgment was served upon Liason Counsel Russ Herman and Phillip Wittmann by U.S. mail and/or email and upon all parties of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8A, on this 22nd day of June, 2006.

Grant Kaiser