UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27 P 4: 07

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Edna Ross v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-05895) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL OF THE CASE OF EDNA ROSS

It is stipulated by the parties that EDNA ROSS may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Edna Ross, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order dated February 2, 2006, LexisNexis File & Serve has been notified of this change in party/counsel status.

_____
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

1

Exhibit 'A'

*[signature]*

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: March 22, 2006.

IT IS SO ORDERED.

*[signature]*
Judge

3/27/06
Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of March, 2006

*Dorothy H. Wimberly*

802998v.1

CLOSED, CONSOL, VIOXX

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-05895-EEF-DEK

Ross v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK (View Member Cases)
Case in other court: Middle District of Tennessee (Nashville), 05-00747
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/03/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Edna Ross**     represented by **Michael D. Dillon**
Stillman & Friedland
404 James Robertson Parkway
Parkway Towers
Suite 104
Nashville, TN 37219
US
615-244-2111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diane Fenner**
Diane Fenner, Attorney at Law
Two Bala Plaza
Suite 300
Bala Cynwyd, PA 19004
US
610-660-7760
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**     represented by **Eileen Burkhalter Smith**
*A New Jersey corporation*     Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380
Email: ebsmith@wallerlaw.com
*LEAD ATTORNEY*

Exhibit 'B'

ATTORNEY TO BE NOTICED

**Frances C. Fenelon**
Waller, Lansden, Dortch & Davis - Nashville
P.O. Box 198966
Nashville, TN 37219-8966
615-244-6380
Email: ffenelon@wallerlaw.com

**James M. Doran, Jr.**
Waller, Lansden, Dortch & Davis
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380
Email: jim.doran@wallerlaw.com

**S. Keenan Carter**
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2006 | 1 | Case transferred in from Middle District of Tennessee (Nashville); Case Number 05-747. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #14)(der, ) Additional attachment(s) added on 1/10/2006 (der, ). (Entered: 01/10/2006) |
| 03/27/2006 | 2 | STIPULATION AND ORDER of Dismissal w/o prejudice by all parties . Signed by Judge Eldon E. Fallon on 3/29/06. (CASE CLOSED)(dmg, ) (Entered: 03/30/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2006 14:57:31 | | | |
| PACER Login: | km0719 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-05895-EEF-DEK |
| Billable Pages: | 1 | Cost: | 0.08 |

CONSOL, VIOXX

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-06580-EEF-DEK

Ross v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK (View Member Cases)
Case in other court: Middle District of Tennessee (Nashville), 05-00870
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/03/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Edna D. Ross**  represented by  **D. Grant Kaiser**
The Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
713-223-0000
Email: ggordon@thekaiserfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Hamilton**
Provost, Umphrey Law Firm, LLP
(Nashville)
2002 Richard Jones Road
Suite 103-C
Nashville, TN 37215
US
615-242-0199
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck Sharp and Dohme

represented by  **Eileen Burkhalter Smith**
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380
Email: ebsmith@wallerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Exhibit 'C'

**Frances C. Fenelon**
Waller, Lansden, Dortch & Davis - Nashville
P.O. Box 198966
Nashville, TN 37219-8966
615-244-6380
Email: ffenelon@wallerlaw.com
*ATTORNEY TO BE NOTICED*

**James M. Doran, Jr.**
Waller, Lansden, Dortch & Davis
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380
Email: jim.doran@wallerlaw.com

**S. Keenan Carter**
Waller, Lansden, Dortch & Davis
Nashville City Center
511 Union St.
Suite 2100
Nashville, TN 37219
615-244-6380

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2006 | 1 | Case transferred in from Middle District of Tennessee (Nashville); Case Number 05-870. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 1/9/2006 (ala, ). (Entered: 01/09/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2006 14:58:05 | | | |
| PACER Login: | km0719 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-06580-EEF-DEK |
| Billable Pages: | 2 | Cost: | 0.16 |