UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 27  AM 7: 25

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Edna Ross v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-06580) | Judge Fallon |
| | Mag. Judge Knowles |

## ORDER GRANTING AGREED MOTION TO CORRECT JUDGMENT

After considering the parties' Agreed Motion to Correct Judgment ("Motion"), the Court grants the Motion. It is ordered that the Stipulation of Voluntary Dismissal signed on March 29, 2006 in cause number 05895 be corrected to instead dismiss the case in cause number 06580.

Dated: June 26, 2006.

IT IS SO ORDERED.

_____        June 26, 2006
Judge                             Date

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1