UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>Lynda Lowe, etc. v. PJC Realty MA, Inc., et al.<br>Docket No. 05-6173, Eastern District of LA | MDL No. 1657<br><br>Section: L<br><br>Judge Fallon<br><br>Mag. Judge Knowles |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant PJC Realty MA, Inc.'s Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment will be brought for hearing on the 30th day of August, 2006, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, New Orleans, Louisiana.

Respectfully submitted,

PJC REALTY MA, INC.

By its Attorneys,

Marjorie Sommer Cooke
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800
(617) 428-6868

Dated: June 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of June, 2006.

Jason Niederkorn