United States District Court
Eastern District of Louisiana

Jamaal Ali Bilal,
    Plaintiff,

v.

Merck & Co., Inc., et al,
    Defendants.

06-2364
~~06-2365~~
MDL-~~1644~~ 1657

FILED JUN 26 2006
LORETTA G. WHYTE
Clerk
U.S. DISTRICT COURT
Eastern District of Louisiana

## Application for Appointment of Counsel

Comes now the plaintiff pro se pursuant to 28 U.S.C. §1915 and request the appointment of counsel upon the following grounds:

1. Plaintiff is indigent and cannot afford counsel.

2. This case involves complex legal issues that are difficult to understand and litigate effectively for non-lawyers.

3. This case is a class action product liability case and involves complex and lengthy procedures. Supervision by an attorney is practically essential to class action litigation.

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc. No._____

-1-

4. Plaintiff is a mental patient confined at a state hospital and without the appointment of counsel he does not have access to court. *Ward v. Kent*, 762 F.2d 856 (10th Cir 1985).

5. Plaintiff cannot execute service of documents by Lexis Nexis File & Serve as required by pretrial order No. 14.

Wherefore plaintiff request the appointment of counsel.

Respectfully submitted,
Jamal Ali Bilal, 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, Fl 34266

Certificate of Service

I Hereby Certify that a copy of the foregoing application for appointment of counsel has been furnished by U.S. Mail to: Office of the Clerk, U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, C-151, New Orleans, LA 70130

Jamal Ali Bilal

Jamal Ali Bilal 99-0124
DCCC, 13613 S.E. Hwy 70
Arcadia, FL 34266

MANASOTA FL 342
22 JUN 2006 PM 4 L

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street C-151
New Orleans, LA 70130

70130-43367

Legal Mail