UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL |
| | NO: MDL 1657 |
| | SECTION: L (3) |

ATTACHMENTS TO DOCUMENT.

    DESCRIPTION: Court's Rulings on Deposition Testimony

    FILED BY: Court

    FILE DATE: June 27, 2006

ARE LOCATED IN THE CLERK'S OFFICE.