ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co., Inc. | * | CASE NO. 02:06CV00485 |

## CERTIFICATE OF SERVICE

I am employed in the law firm of Lieff, Cabraser, Heimann & Bernstein LLP, whose address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. I am readily familiar with the business practices of this office. At the time of transmission I was at least eighteen years of age and not a party to this action.

On June 26, 2006, by electronic transmission via LexisNexis File & Serve, I caused to be served a copy of the following documents:

1. **PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF JOHN W. FARQUHAR, M.D., FILED ON BEHALF OF PLAINTIFFS' STEERING COMMITTEE AND PLAINTIFF GERALD BARNETT;**

2. **DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF JOHN W. FARQUHAR, M.D. (WITH EXHIBITS 1-25); and**

3. **CERTIFICATE OF SERVICE**

on interested parties registered for e-filing in the within action.

- 1 -

546851.1

I hereby certify that the above pleadings have been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 26, 2006.

*James Breslin*