**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co., Inc. | * | CASE NO. 06-0485 |
| | * | |

## DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF JOHN W. FARQUHAR, M.D.

I, Donald C. Arbitblit, declare as follows:

I am an attorney at law, licensed to practice in the State of California and a partner at Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"). LCHB is a member of the Plaintiffs Steering Committee in this litigation. I have personal knowledge to the facts set forth and can testify competently to the following:

1.     Attached as Exhibit 1 is a true and correct copy of the Expert Report of John W. Farquhar, M.D., 9/26/05.

2.     Attached as Exhibit 2 is a true and correct copy of the Supplemental Expert Report of John W. Farquhar, M.D., 5/26/06.

3.     Attached as Exhibit 3 is a true and correct copy of the Rebuttal Report of Nicholas P. Jewell, 6/21/06.

4.     Attached as Exhibit 4 to this declaration is a true and correct copy of the Data Analysis Plan (DAP) for Merck Protocol 203, MRK-AFL0015451-484.

5.      Attached as Exhibit 5 to this declaration is a true and correct copy of a Letter from the FDA (Dr. Goldkind) to Ned Braunstein, M.D., Merck Research Laboratories, dated 12/19/02.

6.      Attached as Exhibit 6 is a true and correct copy of the Report of John W. Farquhar, M.D., as to Gerald Barnett, 5/22/06.

7.      Attached as Exhibit 7 to this declaration is a true and correct copy of Dr. Braunstein Slide #53 presented to FDA Advisory Committee(AC) in February 2005.

8.      Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition transcript of Kyungmann Kim, 6/12/06.

9.      Attached as Exhibit 9 is a true and correct copy of the Protocol 145 (VICTOR) Memo, including Tables at pages MRK-I8940096441-45, marked "Final, July 28, 2005."

10.      Attached as Exhibit 10 is a true and correct copy of excerpts of a transcript of the FDA Advisory Committee meeting on 4/20/99.

11.      Attached as Exhibit 11 is a true and correct copy of a London Times article, dated August 21, 2005, regarding the VICTOR study.

12.      Attached as Exhibit 12 is a true and correct copy of excerpts of the deposition of John W. Farquhar, M.D., dated June 8, 2006.

13.      Attached as Exhibit 13 is a true and correct copy of an article, Bombardier, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," NEJM 2000; 343:1520-28.

14.      Attached as Exhibit 14 is a true and correct copy of an article by Yusuf, et al., "Analysis and Interpretation of Treatment Effects in Subgroups of Patients in Randomized Clinical Trials," JAMA 1991; 266:93-98.

15.      Attached as Exhibit 15 is a true and correct copy of an article by Mukherjee, et al., "Risk of Cardiovascular Events Associated With Selective Cox-2 Inhibitors," JAMA 2001; 286:954-959, at 959 (Ex. 15)

16.     Attached as Exhibit 16 is a true and correct copy of the Supplemental Rebuttal Report of John W. Farquhar, M.D., 6/22/06.

17.     Attached as Exhibit 17 is a true and correct copy of email correspondence between counsel concerning Dr. Jewell, 5/28/06 – 6/20/06.

18.     Attached as Exhibit 18 is a true and correct copy of the Kearney, et al., "Do Selective Cyclo-Oxygenase-2 Inhibitors and Traditional Non-Steroidal Anti-Inflammatory Drugs Increase the Risk of Atherothrombosis?  Meta-analysis of Randomized Trials," BMJ 2006; 332:1302-1308.

19.     Attached as Exhibit 19 is a true and correct copy of a "Correction," NEJM 2006; 355:2, July 13, 2006, re the APPROVe study.

20.     Attached as Exhibit 20 is a true and correct copy of an email string dated 2/14/05-2/15/05, including the statement by APPROVe co-author Merck employee, James Bolognese: "FYI:  these plots indicate that many events are portended well in advance by their sbp >= 160 observations" (MRK-AFV0401055).

21.     Attached as Exhibit 21 is a true and correct copy of the MRK-AFV0401279-1293, including Figures 3-6, Average and Maximum Change in Sitting Systolic and Diastolic Blood Pressure (mHg), Six-Week Osteoarthritis Placebo-Controlled Efficacy Trials (Protocols 085, 090, 112, 116), which compare blood pressure effects on Vioxx versus nabumetone.

22.     Attached as Exhibit 22 to this declaration is a true and correct copy of the FDA/Targum Memorandum, dated February 1, 2001.

23.     Attached as Exhibit 23 to this declaration is a true and correct copy of Merck's response to the FDA's labeling proposal, dated October 15, 2001.

24.     Attached as Exhibit 24 is a true and correct copy of the article by Bresalier, et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," NEJM 2005; 352:1092-1102.

25.    Attached as Exhibit 25 is a true and correct copy of a "summary" of a planned Vioxx "CV/GI Outcomes Study in High Risk Patients," with the "Objective/Promotion Message" to "Reassure physicians of Vioxx CV safety."  MRK-ABS0044513.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed this _26th_ day of June, 2006 at San Francisco, California.


DONALD C. ARBITBLIT