| FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline) | COMMENTS/SUPPORT |
|---|---|

**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

9153606

## VIOXX®
(rofecoxib tablets and oral suspension)

### DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:



Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Editorial change in footnote from CBE submitted Oct. 2, 2001.

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1999
All rights reserved.

Confidential - Subject To Protective Order

MRK-NJ0435283



exh 23

| FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline) | COMMENTS/SUPPORT |
|---|---|

VIOXX® (rofecoxib tablets and oral suspension)                        9183805

*Cardiovascular Safety in VIGOR*

~~The VIGOR study demonstrated a significant increase in the risk of development of serious cardiovascular thrombotic events in patients taking VIOXX (n=50) compared to naproxen (n=33) (see Table 5).~~  In the VIGOR study, there was a significant difference in the incidence of serious cardiovascular thrombotic events between patients treated with VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA) and patients treated with naproxen 500 mg twice daily (common therapeutic dose).  Serious cardiovascular thrombotic events included cardiac events,* cerebrovascular events**, and peripheral vascular events.*** (See Table 3.)

*     Cardiac events included acute myocardial infarction, unstable angina and sudden cardiac death.

**    Cerebrovascular events included stroke and transient ischemic attacks (TIA).

***   Peripheral vascular events included peripheral arterial and peripheral venous thromboses.

Merck proposes new text regarding the cardiovascular safety in VIGOR.

~~Table 5. VIGOR – COMPARISON TO NAPROXEN SUMMARY OF Cardiovascular SAFETY EVENTS~~

~~Table: VIGOR  Investigator's reported serious cardiovascular thrombotic adverse events by category~~

Merck proposes to replace investigator-reported events with the pre-specified endpoint of adjudicated events.

See table below.

12

**FDA text of 15 Oct 2001 with Merck proposals shown with
revision marks (with deletions marked by strikethrough and
additions marked with double underline)**

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9193905

| N | Cumulative Rate | Relative risk* | CI | p-value |
|---|---|---|---|---|
| All patients | VIOXX 50 mg | 64 | | |
| | Naproxen | 32 | | |
| Cardiac | VIOXX 50 mg | 38 | | |
| | Naproxen | 21 | | |
| Cerebrovascular | VIOXX 50 mg | 20 | | |
| | Naproxen | 9 | | |
| Peripheral | VIOXX 50 mg | 6 | | |
| | Naproxen | 2 | | |

RR of VIOXX relative to naproxen.

SPONSOR TO PROVIDE CUMULATIVE RATE OF INVESTIGATOR REPORTED SERIOUS
CV THROMBOTIC EVENTS AND ANALYSES BY CATEGORY

13

Confidential - Subject To Protective Order

MRK-NJH08305

FDA text of 15 Oct 2001 with Merck proposals shown with
revision marks (with deletions marked by strikethrough and
additions marked with double underline)

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9183605

Table 3
VIGOR-Summary of Serious
Cardiovascular Thrombotic Adverse Events[*]
COMPARISON TO NAPROXEN

| Event Category | Treatment | Rate[*] | Relative Risk | 95% CI | p-value |
|---|---|---|---|---|---|
| All thrombotic events | Rofecoxib | 1.67 | 2.37 | (1.39, 4.00) | 0.002 |
| | Naproxen | 0.70 | | | |
| Cardiac events | Rofecoxib | 1.04 | 2.80 | (1.35, 5.77) | 0.005 |
| | Naproxen | 0.37 | | | |
| Cerebrovascular events | Rofecoxib | 0.41 | 1.38 | (0.55, 3.49) | 0.490 |
| | Naproxen | 0.30 | | | |
| Peripheral vascular events | Rofecoxib | 0.22 | 5.00 | (0.73, 220.0) | 0.088 |
| | Naproxen | 0.04 | | | |

[*]As confirmed by an independent committee blinded to treatment
[*]Per 100 patient years at risk

The excess of cardiovascular thrombotic events on VIOXX compared to naproxen was
more marked in the subgroup of patients retrospectively identified as being at high risk for
cardiovascular disease (see Table 6).

Table 6. VIGOR – COMPARISON TO NAPROXEN
SUMMARY OF Cardiovascular SAFETY EVENTS by ASA use

Merck proposes to delete.  Updated data submitted to the
Agency on 13 Oct 2000 demonstrate that the relative risk of
an event for rofecoxib relative to naproxen is not
statistically different between the aspirin-indicated and
aspirin-not-indicated sub-populations.

14

Confidential - Subject To Protective Order                                    MRK-NJ0439056

FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with <u>double underline</u>)

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9183605

| | N | Cumulative Rate | Relative risk* | CI | p-value |
|---|---|---|---|---|---|
| ~~All patients    VIOXX 50 mg~~ | ~~84~~ | | | | |
| ~~Naproxen~~ | ~~32~~ | | | | |
| | | | | | |
| ~~Patients at high risk for CV disease~~ | | | | | |
| ~~VIOXX 50 mg~~ | | | | | |
| ~~Naproxen~~ | | | | | |
| | | | | | |
| ~~Patients with no risk for CV disease~~ | | | | | |
| ~~VIOXX 50 mg~~ | | | | | |
| ~~Naproxen~~ | | | | | |

~~*=Definition~~

SPONSOR TO PROVIDE CUMULATIVE RATES OF INVESTIGATOR REPORTED SERIOUS THROMBOTIC EVENTS AND ANALYSES BY ASA USE

Updated data demonstrate that the relative risk of an event for rofecoxib relative to naproxen is not statistically different between the aspirin-indicated and aspirin-not-indicated sub-populations.

~~In addition to the CV/thrombotic events, VIOXX 50 mg had a higher incidence of discontinuations due to HTN- and edema-related events as well as congestive heart failure events as compared to naproxen.~~

Merck proposes to delete. Hypertension- and edema-related events are adequately covered by NSAID class labeling in this circular. This section is not the appropriate place to discuss CHF; it is addressed in the ADVERSE REACTIONS section.   In addition, these adverse experiences were not associated with cardiovascular thrombotic events in the VIGOR study.

15

Confidential - Subject To Protective Order                    MRK-NJ0435287

**FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline)**

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9183805

### Combined Analysis in OA Patients

In a combined analysis of PUBs from all Phase IIb/III clinical trials in OA patients, the reduction in risk for a PUB in the combined cohort of patients treated with VIOXX 12.5, 25 and 50 mg daily was similar to that described in RA patients in the VIGOR study. In these OA studies, most of the risk reduction in the patients treated with VIOXX occurred in the studies in which ibuprofen was the comparator. In these OA studies, the rates of patients having serious cardiovascular thrombotic events was determined in the VIOXX (N=1701, 363 patient-years) and placebo (N=514, 127 patient-years) studies and in the VIOXX (N=3359, 2372 patient-years) and nonselective NSAID (N=1565, 1026 patient-years) studies. The nonselective NSAID studies included ibuprofen, diclofenac, and nabumetone. In the placebo-controlled studies, serious cardiovascular thrombotic events in patients treated with VIOXX occurred in 2/5 patients versus (0.7) patients versus 19 patients that had events (4 cardiac, 4 cerebrovascular and 1 peripheral vascular) versus 2.4 per 100 patient-years. For the placebo group, 3 patients had events (2 cardiac and 1 cerebrovascular). In the nonselective NSAID-controlled studies, serious cardiovascular thrombotic events in patients treated with VIOXX occurred in 2/1 patients per 100 patient-years (48 patients had events: 28 cardiac, 14 cerebrovascular and 6 peripheral vascular) versus 2.1 per 100 patient-years for the nonselective NSAID group (21 patients had events: 14 cardiac, 5 cerebrovascular and 2 peripheral vascular).

Merck proposes to retain OA GI data as per prior agreement during the label negotiations for the initial VIOXX NDA. These results provide useful information that are consistent with the VIGOR data in a different patient population (OA) and with different comparators.

### Study 102/903 (ADVANTAGE study)  The ADVANTAGE Study

ADVANTAGE was a 3-month trial that compared the use of VIOXX 25 mg once daily to naproxen 500 mg twice daily a day in patients with osteoarthritis (N=5,600 5,558). It showed a similar pattern of events, GI and CV safety observed in VIGOR. This study allowed the use of low-dose ASA. Approximately 13% of patients used low-dose aspirin in this study. There was one complicated PUB in the VIOXX 25 mg group compared to four complicated PUBs in the naproxen group. There were nine patients with serious cardiovascular thrombotic cardiac events (5 cardiac and 1 cerebrovascular 5-M, one unstable angina and 3 sudden deaths) in the VIOXX 25 mg group, compared to 3 12 patients with cardiac serious cardiovascular thrombotic events (3 cardiac, 7 cerebrovascular and 2 peripheral vascular 2 unstable angina, one-MI) in the naproxen group.

Merck proposes revisions as shown. It is more appropriate to include comparison of all cardiovascular thrombotic events as the Agency requested for the VIGOR study.

15

Confidential - Subject To Protective Order

MRK-NJ0439355

**FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline)**

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9163606

500 mg twice daily (maximum therapeutic dose) (see CLINICAL STUDIES, Special Studies, VIGOR).

In a combined analysis of PUBs from all Phase IIb/III clinical trials in OA patients, the reduction in the rate of PUBs in patients treated with VIOXX was similar to that described in RA patients in the VIGOR study. In these OA studies, most of the risk reduction in the patients treated with VIOXX occurred in the studies in which ibuprofen was the comparator.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Previous studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

SPONSOR TO PROVIDE TABLES OF CUMULATIVE INCIDENCES OF COMPLICATED AND UNCOMPLICATED ULCERS IN VIGOR IN

1. SUBJECTS UNDER AND OVER THE AGE OF 65

2. SUBJECTS WITH AND WITHOUT A HISTORY OF SYMPTOMATIC UPPER GI ULCERS

Merck proposes to retain OSI GI data as per prior agreement during the label negotiations for the initial VIOXX NDA. These results provide useful information that are consistent with the VIGOR data in a different patient population (OA) and with different comparators.

Merck accepts addition of the word "previous."

Merck has added the information on patients greater than 65 years of age and patients with a prior history of a PUB to Table 2 of the CLINICAL STUDIES section. Note that the low-risk subgroups have been combined for brevity.

*Cardiovascular Disease*

26

Confidential - Subject To Protective Order

MRK-NJ0436306

| FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline) | COMMENTS/SUPPORT |
|---|---|

VIOXX® (rofecoxib) tablets and oral suspension)                9183805

~~VIOXX should be used with caution in patients at risk of developing cardiovascular thrombotic events such as those with a history of myocardial infarction and angina and in patients with pre-existing hypertension and congestive heart failure.~~

Merck proposes to revise and relocate to the PRECAUTIONS section.

~~The risk of developing myocardial infarction in the VIGOR study was five-fold higher in patients treated with VIOXX 50 mg (0.5%) as compared to patients treated with naproxen (0.1%) (See Special studies, VIGOR). The finding was consistent in a smaller and shorter study using VIOXX 25 mg that allowed the use of low-dose ASA (See Special Studies, ADVANTAGE). Prospective, well powered, long term studies required to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators other than naproxen have not been performed.~~

~~Because of its lack of platelet effect, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. The impact of VIOXX on the cardiovascular prophylactic benefit of ASA is unknown. (See special studies, Platelets; PRECAUTIONS, Drug Interactions, Aspirin).~~

*Anaphylactoid Reactions*
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of <u>anaphylactic/</u>anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

From CBE submitted Oct. 2, 2001.

*Advanced Renal Disease*
~~No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, tr~~eatment with VIOXX is not recommended in these patients <u>with advanced renal disease</u>. ~~In post-marketing experience, serious renal failure, including the need for dialysis and fatalities have been reported in patients with normal, as well as~~

Merck proposes to update based upon post-marketing data and for consistency with CLINICAL PHARMACOLOGY, *Special Populations, Renal Insufficiency*.

Merck proposes to delete. As for all NSAIDs, this information is provided in other parts of the circular.

27

Confidential - Subject To Protective Order

| FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline) | COMMENTS/SUPPORT |
| --- | --- |

**VIOXX® (rofecoxib tablets and oral suspension)**                    9163805

~~Impaired renal function.  These events may occur after short-term therapy.  If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, Renal Effects).~~

*Pregnancy*

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**

*General*

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency.  Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness.  Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

*Hepatic Effects*

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs.  These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy.  Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including VIOXX.  In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac.  In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX.  Use of VIOXX is not recommended in patients with ~~moderate or~~ severe hepatic insufficiency (see

From CBE submitted Oct. 2, 2001.

From supplement S-008/(supplement number not yet assigned for NDA 21-052) submitted Jul. 10, 2000.

28

Confidential - Subject To Protective Order

MRK-NJ0036910

**FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline)**

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9183805

*Pharmacokinetics, Special Populations).* If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), should be discontinued.

*Renal Effects*

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. ~~However, severe renal failure including fatalities and need for dialysis have been reported in post-marketing in association with VIOXX. (See WARNINGS, Advanced renal disease).~~

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

*Fluid Retention, Edema, and Hypertension*

Fluid retention, edema, and hypertension have been observed in <u>some patients taking</u> VIOXX. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg ~~in patients with osteoarthritis have~~ shown effects on hypertension and edema similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.) ~~New onset of congestive heart failure, worsening of pre-existing congestive heart failure and severe pulmonary edema have been reported in post-marketing in association with the use of VIOXX at recommended doses.~~ VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

*Cardiovascular Effects*

<u>The risk of developing a serious cardiovascular thrombotic event in the VIGOR study was significantly different in patients treated with VIOXX 50 mg once daily (twice the highest</u>

29

Merck proposes to delete. Consistent with NSAID class labeling, this information is provided in other parts of the circular.

Merck proposes to re-instate previously approved text consistent with labeling for other members of the class.

Merck proposes to delete. Consistent with NSAID class labeling, this information is provided in other parts of the circular. Merck agrees to add pulmonary edema to the ADVERSE REACTIONS section as a post-marketing adverse experience.

Merck proposes this relocation to PRECAUTIONS as in previous VIGOR proposal with revisions as shown.

**FDA text of 15 Oct 2001 with Merck proposals shown with revision marks (with deletions marked by strikethrough and additions marked with double underline)**

**COMMENTS/SUPPORT**

VIOXX® (rofecoxib tablets and oral suspension)                    9183606

dose recommended for chronic use in OA] as compared to patients treated with naproxen 500 mg twice daily (common therapeutic dose). This was largely due to the significant difference in the incidence of myocardial infarction between patients taking VIOXX 50 mg once daily (0.5%) and naproxen 500 mg twice daily (0.1%). [See CLINICAL STUDIES, Special Studies, VIGOR.] In all other controlled clinical trials, the incidence of all serious cardiovascular thrombotic events, including myocardial infarction, was similar between VIOXX and placebo and between VIOXX and the nonselective NSAID comparator studied (ibuprofen, diclofenac and nabumetone). The basis for the difference in cardiovascular event rates with VIOXX versus naproxen observed in VIGOR, and the lack of such a difference between VIOXX and placebo or other NSAID comparators in other studies, is not understood. Prospective, well-controlled, long-term studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been conducted.

Because VIOXX lacks platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Antiplatelet therapies should not be discontinued. [Concomitant use of VIOXX with low-dose aspirin may result in an increased rate of GI ulceration or other complications compared to use of VIOXX alone. (See CLINICAL STUDIES, Special Studies, Use with Aspirin and Platelets; PRECAUTIONS, Drug Interactions, Aspirin.)

*Hematological Effects*

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see PRECAUTIONS, CLINICAL STUDIES, Special Studies, Platelets). Thrombocytopenia has been reported in post-marketing in association with VIOXX.

*Preexisting Asthma*

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should

Merck agrees to bold statement as requested by the Agency and proposes addition of new sentence.

Merck accepts revision to cross-reference.

Merck proposes to delete. Consistent with NSAID class labeling, this information is provided in other parts of the circular.

30

MRK-NJ0430012

The NEW ENGLAND JOURNAL of MEDICINE

## ORIGINAL ARTICLE

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D., James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D., Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D., Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D., for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

## ABSTRACT

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

This article was published at www.nejm.org on February 15, 2005.

N Engl J Med 2005;352:1092-102.
Copyright © 2005 Massachusetts Medical Society.

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.



Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

NONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than NSAIDs.[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the trial. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121,

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1. Enrollment, Randomization, and Outcomes.**
The original study also included a group assigned to receive 50 mg of rofecoxib per day. 26 patients had been assigned to this group when data were coded not to proceed with this group.

138, 156, and 158 or after the discontinuation of treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

### CARDIOVASCULAR EVENTS
Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and nonfatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the sponsor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model

was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

## RESULTS

### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and

**Table 1. Baseline Characteristics of the Patients.**

| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
|---|---|---|
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

\* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less.
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

**Table 2. Incidence of Adjudicated Thrombotic Adverse Events.\***

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 2 | | |

\* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group), and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

### INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

group, sudden death from cardiac causes occurred in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the relative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

NONADJUDICATED CARDIOVASCULAR EVENTS

As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events.



Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.
Vertical lines indicate 95 percent confidence intervals.

| No. at Risk | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rofecoxib | 1287 | 1129 | 1057 | 989 | 938 | 896 | 727 |
| Placebo | 1299 | 1195 | 1156 | 1023 | 1042 | 1001 | 815 |



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).
Vertical lines indicate 95 percent confidence intervals.

| No. at Risk | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rofecoxib | 1287 | 1132 | 1060 | 996 | 948 | 906 | 736 |
| Placebo | 1299 | 1197 | 1159 | 1083 | 1045 | 1007 | 841 |

The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months), with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hyperten-

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

**Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.\***

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.33 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

\* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

sion were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional bal-

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

**Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.**

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

\* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

ance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these factors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Differences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explana-

tion for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the *Journal*, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.

Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Oxenius, Horgan, and Lines and Mr. Bolognese own equity in the company.

---

#### APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — *Cardiology:* L.S. Dreifus, G. Vetrovec, B. Chaitman; *Neurology:* H. Adams, J.P. Mohr, J. Zivin; *Peripheral Vascular:* J. Ginsberg, C. Kearon, T. Rooke; *Gastrointestinal:* M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Cleland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glos-

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

trup, Glostrup, Denmark; E.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bon Heiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Couxo, La Coruna, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Färkkilä, University Central Hospital, Helsinki; G.M. Fugarolas, J.F. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syenhus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo, Brazil; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, St. Luke's-Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; R.W. Hultcrantz, Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerb, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jørgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; J.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzitn Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E.E. Maiza, Hospital Jose Joaquin Aguirre, Santiago, Chile; N.E. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I. Pokorny, Prerov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; H.I. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Seow-Choen, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.J. Szego, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanSloik, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nizou, Hopital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasiar rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclo-oxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients

≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclo-oxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352:1081-91.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352:1071-80.

Copyright © 2005 Massachusetts Medical Society.

POWERPOINT SLIDES OF JOURNAL FIGURES AND TABLES
At the Journal's Web site, subscribers can automatically create PowerPoint slides of Journal figures and tables. Click on a figure or table in the full-text version of any article at www.nejm.org, and then click on PowerPoint Slide for Teaching. A PowerPoint slide containing the image, with its title and reference citation, can then be downloaded and saved.

Downloaded from www.nejm.org by JULIETTE KRUSE on October 31, 2005 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

**SUMMARY**

VIOXX - Arthritis Franchise: New Clinical Studies
(Priority Ordered across CDP,CDSP, MRL and HH/PHV - Funded and Unfunded)

| Priority | Study | Objective/Promotion Messages | Commercial Justification (Including sales forecast for major studies) | Business Unit (MRL/HH/PHV/ CDP/CDSP) | Est 2002 Total Funding ($MM) | Est. Study Costs & Duration ($MM) |
|---|---|---|---|---|---|---|
| A | Dental Pain vs. Valdecoxib (two replicate studies); for promotion | - VIOXX has superior/comparable pain relief to valdecoxib. | - Studies with rapid turn around time for early competitive promotion.<br>- Compete with and minimize use of Valdecoxib by demonstrating superior efficacy, depending on valdecoxib profile.<br>- Estimated revenue forecast $200MM/yr. | CDP | $2.49 | $3.81/9 Mos (total costs) |
| A | CV/GI Outcomes Study in High Risk Patients | - VIOXX has favorable CV event profile in patients at risk for CV disease. | - Reassure physicians of VIOXX CV safety.<br>- Estimated revenue forecast $300MM/yr. | HH Phase V | | $19/3 yrs (grants + external costs) |

1

Confidential - Subject To Protective Order

exh
25

MRK-ABS0044513