A CERTIFIED TRUE COPY
JUN 27 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 28 PM 12:44
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-53)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,860 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

## SCHEDULE CTO-53 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM  3  06-410 | Curtis Torbert v. Merck & Co., Inc. | 06-3331 |
| ALM  3  06-425 | Andrew J. Kehoe, et al. v. Merck & Co., Inc., et al. | 06-3332 |
| **ARKANSAS EASTERN** | | |
| ARE  4  06-548 | Harold Ward, et al. v. Merck & Co., Inc., et al. | 06-3333 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  06-993 | Glenn Strait, et al. v. Merck & Co., Inc. | 06-3334 |
| **CONNECTICUT** | | |
| CT  3  06-672 | Jeffrey McKenna, etc. v. Merck & Co., Inc. | 06-3335 |
| **FLORIDA MIDDLE** | | |
| FLM  8  06-857 | Walter Hilz v. Merck & Co., Inc. | 06-3336 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  06-60644 | Paul Krulewitch, et al. v. Merck & Co., Inc. | 06-3337 |
| FLS  0  06-60645 | Lucy Prestano v. Merck & Co., Inc. | 06-3338 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-2593 | Christos Loukopoulos v. Merck & Co., Inc. | 06-3339 |
| ILN  1  06-2594 | John Modzejewski, etc. v. Merck & Co., Inc. | 06-3340 |
| **MICHIGAN EASTERN** | | |
| MIE  4  06-12048 | James Kupniewski, et al. v. Merck & Co., Inc. | 06-3341 |
| **MINNESOTA** | | |
| MN  0  06-1656 | Edith F. Goodman v. Merck & Co., Inc. | 06-3342 |
| MN  0  06-1698 | Richard J. Beyers v. Merck & Co., Inc. | 06-3343 |
| MN  0  06-1700 | Carol J. Mischke v. Merck & Co., Inc. | 06-3344 |
| MN  0  06-1704 | Carl Frankiewicz v. Merck & Co., Inc. | 06-3345 |
| MN  0  06-1705 | Roy M. Misonznick v. Merck & Co., Inc. | 06-3346 |
| MN  0  06-1706 | Arnold R. Dojan v. Merck & Co., Inc. | 06-3347 |
| MN  0  06-1707 | Robert D. Stoltenberg v. Merck & Co., Inc. | 06-3348 |
| MN  0  06-1708 | Cynthia Damjanovich v. Merck & Co., Inc. | 06-3349 |
| MN  0  06-1718 | Sonia Cifuentes v. Merck & Co., Inc. | 06-3350 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM  1  06-434 | Ronald G. Dalton v. Merck & Co., Inc. | 06-3351 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-3446 | Mildred Demendonca, etc. v. Merck & Co., Inc. | 06-3352 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6232 | Nancy McKay v. Merck & Co., Inc., et al. | 06-3353 |

SCHEDULE CTO-53 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 06-1133 | Charles A. Borst, et al. v. Merck & Co., Inc. | **06-3354** |
| OHN 1 06-1134 | Edward G. Lee v. Merck & Co., Inc. | **06-3355** |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-1905 | Joyce Bahr, et al. v. Merck & Co., Inc., et al. | **06-3356** |
| **SOUTH CAROLINA** | | |
| SC 4 06-1430 | Mary Sue Briggs, etc. v. Merck & Co., Inc. | **06-3357** |
| **TEXAS WESTERN** | | |
| TXW 1 06-352 | Ronnie P. Merideth, et al. v. Merck & Co., Inc. | **06-3358** |
| TXW 3 06-167 | Ignacio Hernandez v. Max Dominquez, et al. | **06-3359** |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-622 | Daniel W. Mayse, III, et al. v. Merck & Co., Inc. | **06-3360** |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 27, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-53)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 9, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A