MINUTE ENTRY
FALLON, J.
JUNE 28, 2006

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                                          MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

                                      SECTION:  L

This document relates to CA 06-485                     JUDGE FALLON
Gerald D. Barnett v. Merck & Co., Inc.                 MAG. JUDGE KNOWLES

BEFORE  JUDGE ELDON E. FALLON
Wednesday, June 28, 2006, 9:00 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter:  Cathy Pepper

Appearances:    Mark Robinson, Esq., Andy Birchfield, Esq., Fred Longer, Esq.
                for plaintiff
                Phil Beck, Esq., Phil Wittmann, Esq. for defendant
                James Dugan, Esq. for LA Attorney General and Blue Cross

---

Motion of plaintiffs in CA 05-3700, State of LA, ex rel. Charles C. Foti, Jr., Attorney
General v. Merck & Co., and CA 05-713, Louisiana Health Service Indemnity Co. dba
BlueCross/Blue Shield of Louisiana v. Merck & Co., to Reurge Motion to Consolidate the
cases for Trial (#3492)

Argument - Granted as it pertains to discovery; Denied as it pertains to trial, reserving
          plaintiff's right to reurge at a later date if necessary.

---

Motion of plaintiff, Robert G. Smith (CA 05-4379),  to open and close deposition testimony
of Mr. Smith's Prescribing and Treating Doctors:

Argument - See Court's Order dated June 28, 2006.

---

Motion of plaintiff, Robert G. Smith, to Compel and Stay (#5527)

Argument - Denied.

| JS-10: | :45 |