UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Fisher v. Merck & Co., Inc. et al.*, No. 2:05-cv-06095 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson") and Plaintiff Paul Fisher, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, provided that he commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

DOCSOAK-9834311.1-DBLANTON 6/23/06 5:41 PM

Dated: June 26, 2006

BOB M. COHEN & ASSOCIATES

_____
Max A. Sauler
Michael Marzban
16000 Ventura Blvd, Ste. 701
Encino, CA 91436
Telephone: 818.986.3332
Facsimile: 818.986.5879

Attorneys for Plaintiff

Dated: June 29, 2006

REED SMITH LLP

_____
Steven J. Boranian
Dana A. Blanton
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated June 29, 2006

MORRIS, POLICH, AND PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 30thth day of June, 2006

*Dorothy H. Wimberly*