UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| *Pamela Parker, Attorney-In-Fact On Behalf Of Pearl Dunn v. Merck & Co., Inc. et al.*, No. 2:05-cv-02446 | MAG. JUDGE KNOWLES |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson") and Plaintiff Pamela Parker, Attorney-In-Fact On Behalf Of Pearl Dunn, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, provided that she commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

Dated: 6/22/06

HACKARD AND HOLT.

_____
Alissa S. Holt
11135 Gold Express Drive, Suite 105
Gold River, CA 95670
Telephone: 916.853.3000
Facsimile: 916.853.3010
Attorneys for Plaintiff Pamela Parker, Attorney-in-fact On Behalf of Pearl Dunn

Dated: 6/28/06

REED SMITH LLP

_____
Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated

MORRIS, POLICH, AND PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation, AmerisourceBergen Drug Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

Dated:

        HACKARD AND HOLT.

_____
Alissa S. Holt
11135 Gold Express Drive, Suite 105
Gold River, CA 95670
Telephone: 916.853.3000
Facsimile: 916.853.3010
Attorneys for Plaintiff Pamela Parker, Attorney-in-fact On Behalf of Pearl Dunn

Dated:

        REED SMITH LLP

_____
Steven J. Boranian
Kevin M. Hara
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated 6/26/06

        MORRIS, POLICH, AND PURDY LLP

_____
Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation, AmerisourceBergen Drug Corporation

IT IS SO ORDERED:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order Of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 30thth day of June, 2006.

*[signature: Dorothy H. Wimberly]*