UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br>Margaret Hadley, et al.,<br>Plaintiff,<br>v.<br>Merck & Co., Inc., et al.,<br>Defendant.<br>CASE NO.: 05-4775 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled cause, and hereby move and request this Honorable Court to dismiss this case, with prejudice, as it relates to MARGARET HADLEY'S claim against CHARLES SHERMAN, M.D. This case will remain pending as to all other defendants and amongst all other parties.

Respectfully submitted,

*Elisabeth French*

Elisabeth French
Attorney for Plaintiff, Margaret Hadley
PITTMAN, HOOKS, DUTTON, KIRBY
& HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, AL 35203

B0601698                                  1

*F*. Chad Morriss
Attorney for Defendant, Merck & Co., Inc.
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270


Robert P. MacKenzie, III
Bar No.:  MACKR8232
John Peter Crook McCall
Bar No.: MCCAJ8134
Attorneys for said Defendant,
Charles Sherman, MD

Robert P. MacKenzie, III
STARNES & ATCHISON, LLP
Post Office Box 598512
Birmingham, AL   35259-8512
Telephone:  205-868-6000
Fax:   205-868-6098
E-mail: rpm@starneslaw.com

John Peter Crook McCall
STARNES & ATCHISON, LLP
Riverview Plaza, Suite 1106
63 South Royal Street
Mobile, AL   36602
Telephone:  251-433-6049
Fax:         251-433-5901
E-mail:      jpm@starneslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** has been served on Liaison Counsel, Russ Herman

and Phillip Wittmann, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this ___30th___ day of June, 2006.

*Dorothy H. Wimberly*