UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Yvonne & Daniel Wilson v. Merck & Co., Inc. (E.D. La. Index No. 06-CV-322) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE CASE OF YVONNE AND DANIEL WILSON

It is stipulated by the parties that Yvonne and Daniel Wilson dismiss their action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party bearing its own costs. Plaintiffs further stipulate that if this action on behalf of Yvonne and Daniel Wilson is re-filed, it must be filed in federal court.

Respectfully submitted,

*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
Defendants' Liaison Counsel

1

797560v.1

_[signature]_

Marvin Usdin
374A 8th Street
Brooklyn, NY 11215
Telephone: 718-965-9092
Facsimile: 718-965-0071

Attorneys for Plaintiffs

Dated: _June 30_, 2006

IT IS SO ORDERED.

_____        _____
Judge                                                                         Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of _June_, 2006.

_Dorothy N. Wimberly_

2

797560v.1