Monty K. VanderMay, OSB # 92148
monty@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone:     (503) 588-8053
Facsimile: (503) 588-3624

Attorneys for Plaintiff Virginia Mottner



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05CV5655<br><br>VIRGINIA MOTTNER,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION ~~AND NOTICE OF MOTION~~ TO WITHDRAW APPEARANCE

TO: Phillip A. Wittmann  
Stone Pigman Walther Wittmann LLC  
One United Plaza  
4041 Essen Lane, Suite 501  
Baton Rouge, Louisiana 70809  

Wilfred P. Coronato  
Hughes Hubbard & Reed LLP  
101 Hudson Street, Suite 3601  
Jersey City, New Jersey 07302-3918  

Liaison Counsel for Defendant

PLEASE TAKE NOTICE that Monty K. VanderMay and The VanderMay Law Firm will move the

District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130,

1    MOTION AND NOTICE OF MOTION TO WITHDRAW APPEARANCE

K:\worddoc\vioxx\clients\mottner v 2884-01\mottner motion and not of motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

for an order withdrawing Monty K. VanderMay's appearance as counsel of record for Plaintiff Virginia Mottner in this action. Pursuant to Eastern District of Louisiana Local Rule 83.2.11 and Federal Rule of Civil Procedure 78, counsel for Plaintiff requests this motion be submitted without hearing to expedite the courts business and because the wording of Local Rule 83.2.11 does not require hearing. This motion will be made on the grounds that the individual having power of attorney for Plaintiff Virginia Mottner, Roy Mottner, whom counsel has been in contact with over the course of the proceedings, contacted The VanderMay Law Firm on May 1, 2006, and requested that no further action be taken on their behalf by the The VanderMay Law Firm due to a disagreement between counsel and Mr. Mottner on how to proceed in this matter.

In accordance with Eastern District of Louisiana Local Rule 83.2.11, Plaintiffs counsel requesting withdrawal must disclose the following information if no substitute counsel has yet been selected by Plaintiff:

  A. Plaintiff's address: Plaintiff, Roy Mottner (pursuant to a general power of attorney over Virginia Mottner), receives mail at P.O. Box 471, South Beach, Oregon 97366. Plaintiff's counsel has not had direct contact with Plaintiff Virginia Mottner in quite some time, though Plaintiff's counsel has requested updated contact information for her by sending a letter to her last address and sent a request for her contact information to Roy Mottner. There have been no responses to these requests for contact information for Ms. Mottner. As such, Plaintiff's counsel has sent all notices to Ms. Mottner care of Roy Mottner.

  B. Plaintiff's phone number: Plaintiff Roy Mottner can be reached at (541) 563-6461.

  C. *Plaintiff has been informed of all deadlines and pending court appearances in this matter,* and further Plaintiff has been warned that, given the complexity of the MDL No. 1657 proceedings, hiring or otherwise procuring substitute counsel is advisable. Plaintiff has

2 MOTION AND NOTICE OF MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\mottner v 2884-01\mottner motion and not of motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

been advised that without such substitute counsel, Ms. Mottner's case could be dismissed for failure to prosecute her claim. Plaintiff is currently aware that their Plaintiff's Profile Form was initially due on April 17, 2006 under Pretrial Order 18B, since Ms. Mottner's case was not available on Lexis/Nexis File and Serve until April 10, 2006. Despite this, Plaintiff has not received a deficiency letter from Defendant's liaison counsel for the Plaintiff Profile form as of this time, and the Plaintiff has been informed that such Plaintiff Profile Form will be due twenty (20) days from the receipt of Merck's deficiency letter. Plaintiff has also been made aware that there are no currently scheduled court appearances for Plaintiff in this matter.

D.  Plaintiff's counsel has contemporaneously sent a copy of this motion by certified mail, return receipt requested, to Plaintiff at the address listed in section A above. Further, Plaintiff was sent a draft copy of Plaintiff's counsel's motion to withdraw over twenty (20) days ago without a response from the Plaintiff.

Further, in accordance with the February 2, 2006, MDL No. 1657 Minute Entry, counsel has notified Lexis/Nexis File & Serve of the potential that Monty K. VanderMay may no longer be counsel of record in this matter if an order allowing him to withdrawal is signed, and counsel shall notify Lexis/Nexis File &

///
///
///
///
///
///
///

3   MOTION AND NOTICE OF MOTION TO WITHDRAW
    APPEARANCE
K:\worddoc\vioxx\clients\mottner v 2884-01\mottner motion and not of motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

Serve of Mr. VanderMay's removal as counsel upon confirmation from the Eastern District of Louisiana that Mr. VanderMay has in fact been allowed to withdraw as counsel of record.

DATED this the __1__ day of __June__, 2006.

> THE VANDERMAY LAW FIRM
>
> *[signature]*
>
> Monty K. VanderMay
> OSB No. 92148
> The VanderMay Law Firm
> monty@vandermaylawfirm.com
> Telephone:     503-588-8053
> Facsimile:      503-588-3624
> Attorney for Plaintiff Virginia Mottner

4      MOTION AND NOTICE OF MOTION TO WITHDRAW
       APPEARANCE
K:\worddoc\vioxx\clients\mottner v 2884-01\mottner motion and not of motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Notice of Motion to Withdraw Appearance, along with the Order Granting Motion to Withdraw Appearance, have been served on Liaison Counsel, Wilfred P. Coronato at Hughes Hubard & Reed LLP, electronically by LexisNexis File & Serve, by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 18B; and on Plaintiff Virginia Mottner through her representative Roy Mottner by certified mail, return receipt requested, by depositing a true and correct copy of these documents in the mails of Salem, Oregon, 97301, to the following address:

Roy Mottner
P.O. Box 471
South Beach, Oregon 97366

DATED this the 6th day of June, 2006.

Monty K. VanderMay, OSB #92148
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
      Attorneys for Plaintiff