Monty K. VanderMay, OSB # 92148
monty@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone: (503) 588-8053
Facsimile: (503) 588-3624



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 29  PM 4: 10

LORETTA G. WHYTE
CLERK

Attorneys for Plaintiff Virginia Mottner

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05CV5655<br><br>VIRGINIA MOTTNER,<br><br>           Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon motion of Monty K. VanderMay and The VanderMay Law Firm's motion to withdraw appearance as counsel of record for Plaintiff Virginia Mottner, acting by and through Roy Mottner pursuant to a power of attorney, and it appearing to the Court that plaintiff and movant have agreed to discontinue the attorney-client relationship between them, it is

1   ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\mottner v 2884-01\mottner order granting motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

IT IS HEREBY ORDERED that Monty K. VanderMay and The VanderMay Law Firm's motion is granted and Monty K. VanderMay and The VanderMay Law Firm are given leave to withdraw their appearance as attorney of record in this action.

DATE: June 29, 2006.
New Orleans, Louisiana

U.S. District Judge

2   ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\mottner v 2884-01\mottner order granting motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053