Exhibit A - Topol Deposition Excerpts

**• Topol Reply**

[1:1] - [1:24]     11/22/2005   Topol, Eric (MDL)

```
page 1
1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
   IN RE: VIOXX LITIGATION: MDL DOCKET
3                         NO. 1657
   _____
4
   SUPERIOR COURT OF THE STATE OF CALIFORNIA
5          COUNTY OF LOS ANGELES
                    - - -
6
   Coordination Proceeding: CASE NO.  JCCP
7  Special Title        : JCCP NO. 4247
   (Rule 1550(b))       :
8                       :
   This Document Applies  :
9  To All               :
   VIOXX CASES
10
                    - - -
11
                CONFIDENTIAL
12
         SUBJECT TO PROTECTIVE ORDER
13
                    - - -
14
            November 22, 2005
15
                    - - -
16
17      Videotape deposition of ERIC J.
   TOPOL, M.D., held in the InterContinental
18 Hotel, 9801 Carnegie Place, Cleveland,
   Ohio 44106, commencing at 9:41 a.m., on
19 the above date, before Linda L. Golkow, a
   Federally-Approved Registered Diplomate
20 Reporter and Certified Shorthand Reporter.
21                  - - -
22     GOLKOW LITIGATION TECHNOLOGIES
         Four Penn Center - Suite 1210
23      1600 John F. Kennedy Boulevard
        Philadelphia, Pennsylvania 19103
24          1.877.DEPS.USA
```

[46:23] - [47:6]     11/22/2005   Topol, Eric (MDL)

```
page 46
23     Q.   Does this e-mail reflect
24 some of the opinions and conclusions that
page 47
1  you reached relating to Merck's conduct
2  of its scientific studies and its
3  marketing of the drug Vioxx over the past
4  four years since you have become involved
5  in the matter?
6      A.   Yes.
```

[50:1] - [51:1]     11/22/2005   Topol, Eric (MDL)

```
page 50
1           Sir, I'm looking at the part
2  where you say, "I am bothered."  Do you
3  see where you say to David Graham -- is
4  Graham a physician?
5      A.   Yes.
```

**Exhibit A - Topol Deposition Excerpts**

• **Topol Reply**

```
               6        Q.    So, you're saying to Dr.
               7   Graham, "I am bothered."  Would you read
               8   that for us, please?
               9        A.    "I am bothered by the
              10   continued outrageous lies of Merck with
              11   their fullpage multiple ads that 'they
              12   published everything' and that they never
              13   had a trial which showed any harm of
              14   Vioxx until APPROVe, when, in fact, there
              15   were two by May 2000."
              16        Q.    Continue.
              17        A.    "I am also upset that the
              18   story of their scientific misconduct for
              19   the VIGOR paper in" the New England
              20   Journal of Medicine, that's "NEJM, with
              21   errors of omission (deaths), erroneous
              22   data (MIs)," or heart attacks, "and
              23   incomplete data (more than 1/2 of the
              24   thrombotic events) has not received any
              page 51
               1   attention whatsoever."
```

[110:18] - [112:2]      11/22/2005   Topol, Eric (MDL)

```
              page 110
              18        Q.    Is it --
              19        A.    -- it's unfortunate.
              20        Q.    Is it a departure --
              21              MR. GOLDMAN:  Move to strike
              22        as nonresponsive.
              23   BY MR. KLINE:
              24        Q.    -- from sound academic and
              page 111
               1   scientific practice to attempt to
               2   neutralize papers and try to inject a
               3   particular perspective, rather than what
               4   is the down the middle truth?
               5              MR. GOLDMAN:  Objection,
               6        lacks foundation, opinion
               7        testimony.
               8              THE WITNESS:  Yes.  I mean,
               9        I think that the role of academic
              10        medicine is to publish a highly
              11        objective independent processing
              12        of data and perspective, and
              13        anything to try to warp that or
              14        twist it is unacceptable.
              15   BY MR. KLINE:
              16        Q.    Is that how you view these
              17   e-mails that I've just shown you --
              18              MR. GOLDMAN:  Move to strike
              19        the nonresponsive portion.
              20   BY MR. KLINE:
              21        Q.    -- for the first time?
              22              MR. GOLDMAN:  Objection,
              23        lacks foundation, opinion
              24        testimony.
              page 112
               1              THE WITNESS:  Yes, I'm quite
               2        bothered by this.
```

[112:4] - [112:17]      11/22/2005   Topol, Eric (MDL)

```
              page 112
               4        Q.    Those e-mails, sir, clearly
               5   do relate to you and your paper, and they
               6   have attached your paper; correct?
               7        A.    Yes.
               8        Q.    And they're markups of your
               9   paper; correct?
              10        A.    Yes.
```

Exhibit A - Topol Deposition Excerpts

• **Topol Reply**

```
                              11        Q.   Which did not make their way
                              12   into the New England Journal; correct?
                              13        A.   No, JAMA.
                              14        Q.   I'm sorry.
                              15        A.   They didn't even make their
                              16   way to me.  I've never -- I've not seen
                              17   these.
```

[197:19] - [198:12]     11/22/2005   Topol, Eric (MDL)

```
                         page 197
                         19        Q.   Do you have a sense of when
                         20   it was due by?
                         21             MR. GOLDMAN:  Objection.
                         22             THE WITNESS:  It could have
                         23        easily been imposed as of February
                         24        2001, or if we go back to the Juni
                         page 198
                         1         analysis in the Lancet, also
                         2         published in the Lancet, it could
                         3         have been back in year 2000.  So,
                         4         somewhere between 2000 and 2001
                         5         there was more than adequate
                         6         confirmation.
                         7              Essentially all you need is
                         8         VIGOR and study 090 together, and
                         9         I could take you through the Juni
                         10        analysis in the Lancet, but that
                         11        basically crosses the line for
                         12        proven hazard of heart attacks.
```

[246:12] - [246:17]     11/22/2005   Topol, Eric (MDL)

```
                         page 246
                         12        Q.   "I'd be interested in your
                         13   thoughts as I think this, along with the
                         14   Juni paper, nails this down as to when
                         15   there was confirmatory evidence that
                         16   rofecoxib was," to use your words, "a
                         17   dangerous drug."
```

[247:4] - [247:19]      11/22/2005   Topol, Eric (MDL)

```
                         page 247
                         4         Q.   "A dangerous drug," you say.
                         5    It nails down "when there was
                         6    confirmatory evidence."  So, I have to
                         7    ask you, what is that date that you can
                         8    nail down, your private words to David
                         9    Graham, safety officer of the FDA, when
                         10   can you nail down when there was
                         11   confirmatory evidence that Vioxx was a
                         12   dangerous drug?
                         13        A.   The paper that I reviewed
                         14   earlier, the Juni paper that shows that
                         15   time cumulative analysis, shows in 2000,
                         16   when VIGOR and 090 are put together,
                         17   that's when you cross the line of
                         18   statistical significance, and that's the
                         19   definition of a dangerous drug.
```

[272:19] - [273:11]     11/22/2005   Topol, Eric (MDL)

```
                         page 272
                         19        Q.   "Marketing and sales."  What
                         20   did you mean there?
                         21        A.   Well, the marketing and
                         22   sales has been very much demonstrated in
                         23   the Waxman report, the Congressional
                         24   report of the cardiovascular card.  This
```

**Exhibit A - Topol Deposition Excerpts**

• **Topol Reply**

```
                        page 273
                        1  is where it was a card that was
                        2  distributed by the sales team throughout
                        3  the country, 3,000, I believe, sales reps
                        4  for Merck that had a card that showed
                        5  that there was somehow an eight to
                        6  ten-fold protection of Vioxx compared to
                        7  other non-steroidals.
                        8          So, this was quite
                        9  extraordinary, these sorts of sales
                       10  tactics that were going on by the
                       11  specially-trained Merck sales reps.
```

[643:1] - [643:22]       11/22/2005   Topol, Eric (MDL)

```
                        page 643
                        1           C E R T I F I C A T E
                        2
                        3
                        4          I, LINDA L. GOLKOW, a Notary
                           Public and Certified Shorthand Reporter
                        5  of the State of New Jersey, do hereby
                           certify that prior to the commencement of
                        6  the examination, ERIC J. TOPOL, M.D. was
                           duly sworn by me to testify to the truth,
                        7  the whole truth and nothing but the
                           truth.
                        8
                        9
                                   I DO FURTHER CERTIFY that the
                       10  foregoing is a verbatim transcript of the
                           testimony as taken stenographically by
                       11  and before me at the time, place and on
                           the date hereinbefore set forth, to the
                       12  best of my ability.
                       13
                       14          I DO FURTHER CERTIFY that I am
                           neither a relative nor employee nor
                       15  attorney nor counsel of any of the
                           parties to this action, and that I am
                       16  neither a relative nor employee of such
                           attorney or counsel, and that I am not
                       17  financially interested in the action.
                       18
                       19
                       20
                                   _____
                       21          LINDA L. GOLKOW, CSR
                                   Notary Number:  1060147
                       22          Notary Expiration:  1-2-08
                                   CSR Number:  30XI176200
```