UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 29 PM 4: 09

LORETTA G. WHYTE
CLERK

IN RE: VIOXX

MDL NO. 1657

PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE FALLON

MAG. JUDGE KNOWLES

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO

*Donna Allen, et al. v. Merck & Co.*, 05-4435

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS;**

**IT IS ORDERED** that the claims of those plaintiffs listed in Exhibit A (attached), are dismissed, without prejudice, as to all defendants provided the Plaintiffs re-file in federal court. Otherwise, the Plaintiffs' claims are dismissed with prejudice.

New Orleans, Louisiana, this 29th day of June, 2006.

JUDGE