

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 29 P 3:02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN LOUISIANA

| | |
|---|---|
| JOSEPHA VISWANATHAN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF TANJORE VISWANATHAN, DECEASED | LEAD VIOXX CASE NO. 2:05-md-01657-EEF-DEK |
| Plaintiffs, | **REFERENCE NO. CIVIL ACTION NO. 2:05-CV-04673-EEF-DEK** |
| v. | |
| DANIEL BELIN, MD., MIDDLESEX CARDIOLOGY ASSOCIATES, P.C., KESHAVA AITHAL, M.D. AND MERCK & CO., INC. Defendants | JUNE 26, 2006 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the defendant Daniel Belin, M.D., in the above-captioned action.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

438310

*[Notice of Appearance for Daniel Belin, M.D.]*

>DEFENDANT
>DANIEL BELIN, M.D.
>
>By: _____
>KAREN A. DALEY, ESQ.
>Connecticut Federal Bar No. ct26762
>**UPDIKE, KELLY & SPELLACY, P.C.**
>One State Street, Suite 2400/PO Box 231277
>Hartford, CT 06123-1277
>Tel. 860-548-2600
>Fax 860-548-2680
>kdaley@uks.com

438310

## **CERTIFICATION**

I hereby certify that a true copy of the foregoing was served this 26th day of June 2006, by first class United States mail, postage prepaid, to the following counsel of record:

Terence S. Hawkins, Esq.
205 Church Street
Suite 304
New Haven, CT 06510

Hilary Fisher Nelson, Esq.
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
Hartford, CT 06103-3402

Alan. G. Schwartz, Esq.
Iris Gafni-Kane, Esq.
Rachel Amankulor, Esq.
WIGGIN & DANA
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

By: _____
KAREN A. DALEY, ESQ.
Updike, Kelly & Spellacy, P.C.

438310

-3-