Exhibit A - Excerpts from Cleland Deposition

• Cleland Reply

[1:] - [1:24]        5/31/2006     Cleland, Leslie (Barnett)

page 1
    0001
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4         In re:  VIOXX                        )
           PRODUCTS LIABILITY LITIGATION        ) MDL Docket No. 1657
 5                                              )
           This document relates to             ) Section L
 6                                              )
           GERALD BARNETT,                      ) Judge Fallon
 7                                              )
                          Plaintiff,            ) Civil Action No.
 8                                              ) 2:06cv485
                     vs                         )
 9                                              )
           MERCK & CO., INC.,                   )
10                                              )
                          Defendant.            )
11         _____)
12
13
14
15              DEPOSITION OF LESLIE G. CLELAND, M.D.
16                    Newport Beach, California
17                    Wednesday, May 31, 2006
18
19
20
21
22         Reported by:
23         DIANA JANNIERE
           CSR NO. 10034
24         LA JOB No. 918301
           PHIL JOB No. 2210


[235:23] - [236:4]   5/31/2006     Cleland, Leslie (Barnett)

page 235
23    Q      It is not your opinion that after VIGOR, Vioxx
24  should have been withdrawn or Vioxx should not have been
25  used; but what I gather from your report is that
page 236
 1  prescribers should have been made aware of the data in
 2  VIGOR so that they -- and their patients could make a
 3  reasonable choice; is that correct?
 4    A      Exactly.


[286:1] - [286:20]   5/31/2006     Cleland, Leslie (Barnett)

page 286
 1              I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4  before me at the time and place herein set forth; that
 5  any witnesses in the foregoing proceedings, prior to
 6  testifying, were placed under oath; that a verbatim
 7  record of the proceedings was made by me using machine
 8  shorthand which was thereafter transcribed under my
 9  direction; further, that the foregoing is an accurate
10  transcription thereof.
11              I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14              IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16


EXHIBIT
A

Exhibit A - Excerpts from Cleland Deposition

• Cleland Reply

17

Dated: _____

18
19

                        Diana Janniere
20                      CSR No. 10034

# COMPARISON OF UPPER GASTROINTESTINAL TOXICITY OF ROFECOXIB AND NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS

Claire Bombardier, M.D., Loren Laine, M.D., Alise Reicin, M.D., Deborah Shapiro, Dr.P.H.,
Ruben Burgos-Vargas, M.D., Barry Davis, M.D., Ph.D., Richard Day, M.D., Marcos Bosi Ferraz, M.D., Ph.D.,
Christopher J. Hawkey, M.D., Marc C. Hochberg, M.D., Tore K. Kvien, M.D.,
and Thomas J. Schnitzer, M.D., Ph.D., for the VIGOR Study Group

## ABSTRACT

*Background*  Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis.

*Methods*  We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers).

*Results*  Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow-up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001). The respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years and 1.4 per 100 patient-years (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005). The incidence of myocardial infarction was lower among patients in the naproxen group than among those in the rofecoxib group (0.1 percent vs. 0.4 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7); the overall mortality rate and the rate of death from cardiovascular causes were similar in the two groups.

*Conclusions*  In patients with rheumatoid arthritis, treatment with rofecoxib, a selective inhibitor of cyclooxygenase-2, is associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen, a nonselective inhibitor. (N Engl J Med 2000;343:1520-8.)
©2000, Massachusetts Medical Society.

NONSTEROIDAL antiinflammatory drugs (NSAIDs) are among the most commonly used medications in the world.[1] A major factor limiting their use is gastrointestinal toxicity. Although endoscopic studies reveal that gastric or duodenal ulcers develop in 15 to 30 percent of patients who regularly take NSAIDs,[2] the chief concern is clinically important gastrointestinal problems, such as bleeding. It has been estimated that more than 100,000 patients are hospitalized and 16,500 die each year in the United States as a result of NSAID-associated gastrointestinal events.[3,4]

Most NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2, isoenzymes involved in the synthesis of prostaglandins.[5] Cyclooxygenase-1 is constitutively expressed and generates prostanoids involved in the maintenance of the integrity of gastrointestinal mucosa and platelet aggregation,[6] whereas at sites of inflammation, cyclooxygenase-2 is induced to generate prostaglandins that mediate inflammation and pain.[7] The antiinflammatory effects of nonselective NSAIDs (those that inhibit both cyclooxygenase-1 and cyclooxygenase-2) therefore appear to be mediated through the inhibition of cyclooxygenase-2,[8] whereas their harmful effects in the gastrointestinal tract as well as their antiplatelet effects are believed to occur primarily through the inhibition of cyclooxygenase-1.[5]

Agents that selectively inhibit cyclooxygenase-2 have antiinflammatory and analgesic effects that are simi-

From the Institute for Work and Health, Mount Sinai Hospital, and the University Health Network, Toronto (C.B.); the Gastrointestinal Division, Department of Medicine, University of Southern California School of Medicine, Los Angeles (L.L.); Merck, Rahway, N.J. (A.R., D.S.); the Faculty of Medicine and Research Division, Universidad Nacional Autonoma de Mexico, and Hospital General de Mexico, Mexico City, Mexico (R.B.-V.); University of Texas–Houston School of Public Health, Houston (B.D.); the Department of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); the Division of Rheumatology, Department of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, São Paulo, Brazil (M.B.F); the Division of Gastroenterology, School of Medical and Surgical Sciences, University Hospital, Nottingham, United Kingdom (C.J.H.); the Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore (M.C.H.); Oslo City Department of Rheumatology, and Diakonhjemmet Hospital, Oslo, Norway (T.K.K.); and the Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago (T.J.S.). Address reprint requests to Dr. Bombardier at the Institute for Work and Health, 250 Bloor St. E., Suite 702, Toronto, ON M4W 1E6, Canada, or at claire.bombardier@utoronto.ca.

Arthur Weaver, M.D., Arthritis Center of Nebraska, Lincoln, was another author.

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.



EXHIBIT
B

lar to those of nonselective NSAIDs,[9-12] but they induced significantly fewer ulcers in endoscopic trials.[12-15] Whether such a decrease in the number of ulcers translates into a similar decrease in the number of clinical gastrointestinal events is a matter of controversy. We performed a prospective, randomized, double-blind comparison of rofecoxib and naproxen in more than 8000 patients with rheumatoid arthritis.

## METHODS

### Study Population

Patients with rheumatoid arthritis who were at least 50 years old (or at least 40 years old and receiving long-term glucocorticoid therapy) and who were expected to require NSAIDs for at least one year were eligible. Patients were excluded if they had a history of another type of inflammatory arthritis, upper gastrointestinal surgery, or inflammatory bowel disease; an estimated creatinine clearance of 30 ml or less per minute; a positive test for fecal occult blood (this test was performed at base line in all patients); an unstable medical condition; a history of cancer or alcohol or drug abuse in the five years before the study; a history of cerebrovascular events in the two years before the study; or a history of myocardial infarction or coronary bypass in the year before the study. Patients with morbid obesity and those who required or who had been receiving treatment with aspirin, ticlopidine, anticoagulants, cyclosporine, misoprostol, sucralfate, or proton-pump inhibitors or treatment with histamine $H_2$–receptor antagonists in prescription-strength doses were also excluded from the study. Patients enrolled in the study were not thought to require the use of these agents by their treating physicians.

### Study Design

The study was conducted at 301 centers in 22 countries. Three to 14 days after discontinuing NSAIDs, eligible patients were randomly assigned to receive either 50 mg of rofecoxib (Vioxx, Merck, Whitehouse Station, N.J.) once daily or 500 mg of naproxen (Novopharm Biotech, Toronto) twice daily. The groups were stratified according to the presence or absence of a history of gastroduodenal ulcer, upper gastrointestinal bleeding, and gastroduodenal perforation. Blinding was achieved through the use of a matching placebo for each study medication.

Patients were permitted to take acetaminophen, non-NSAID analgesic medications, glucocorticoids, and disease-modifying drugs (e.g., methotrexate) to control their rheumatoid arthritis. Patients were also allowed to take antacids and $H_2$-receptor antagonists in the following maximal doses: ranitidine, 150 mg daily; famotidine, 20 mg daily; cimetidine, 400 mg daily; and nizatidine, 150 mg daily. Nonstudy NSAIDs were not allowed. After randomization, the patients returned to the clinic at six weeks and at four months and every four months thereafter until the end of the study. Patients were contacted by telephone at week 10 and every four months thereafter. Compliance was assessed by pill counts at clinic visits and by questioning of patients during the scheduled telephone calls. Serum was obtained from all patients for *Helicobacter pylori* testing (HM-CAP, Enteric Products, Stonybrook, N.Y.). Investigators were not informed of the results of these tests during the study.

The institutional review board or ethics review committee at each center approved the protocol, and all patients gave written informed consent. A steering committee oversaw the study design, conduct of the trial, analyses of data, and drafting of this report. This committee was composed of 14 members, 2 of whom were employees of the sponsoring pharmaceutical company. An independent data and safety monitoring board monitored the patients' safety. An independent, external (end-point) committee whose members were unaware of the patients' treatment assignments reviewed the data to determine which patients had reached the study end points. Because highly selective cyclooxygenase-2 inhibitors do not inhibit

platelet aggregation, which is mediated by cyclooxygenase-1, there was a possibility that the incidence of thrombotic cardiovascular events would be lower among patients treated with nonselective cyclooxygenase inhibitors than among those treated with cyclooxygenase-2–selective inhibitors. Therefore, cardiovascular events were also assessed for a future meta-analysis by independent committees whose members were unaware of the patients' treatment assignments. A separate analysis of these events, however, was not specified in the study design.

### Study End Points

Patients who had potential clinical upper gastrointestinal events were evaluated and treated according to the standard practice of the physicians who were caring for them. Patients who stopped taking the study medication before the study ended were followed until the end of the study to determine whether an upper gastrointestinal event had occurred. Only events that were confirmed by the end-point committee according to prespecified criteria (Table 1) and that occurred during treatment or within 14 days after the discontinuation of treatment were included in the primary analysis.

In addition, the protocol called for the analysis of all episodes of gastrointestinal bleeding, including confirmed and unconfirmed episodes of upper gastrointestinal bleeding, and bleeding from a site beyond the duodenum that resulted in hospitalization, discontinuation of treatment, or a decrease in the hemoglobin level of at least 2 g per deciliter.

### Assessment of Efficacy

For each patient both the investigator and the patient answered a Global Assessment of Disease Activity question at base line (after the discontinuation of prestudy NSAIDs), 6 weeks, 4 months, and 12 months and at the end of the study or when treatment was discontinued. The score can range from 0 ("very well") to 4 ("very poor"), and higher scores indicate more disease activity. The Modified Health Assessment questionnaire was administered only to patients enrolled at centers in the United States at base line, at six weeks, and at the end of the study or when treatment was discontinued. This questionnaire evaluates the extent of functional disability in eight types of tasks performed on a daily basis. The level of effort required to perform each task is assessed on a 4-point scale on which a score of 0 indicates no difficulty in performing the task and a score of 3 indicates an inability to perform the task.[16] Higher scores indicate more severe disability.

### Statistical Analysis

The primary hypothesis was that the risk of confirmed upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers) would be lower among patients who were taking rofecoxib than among those who were taking naproxen. Secondary hypotheses were that the risk of confirmed complicated events (perforation, obstruction, and severe upper gastrointestinal bleeding) and the risk of both confirmed and unconfirmed upper gastrointestinal events would be lower among patients who were taking rofecoxib.

Cox proportional-hazards analysis was used to compare the effect of treatment; the presence or absence of a history of gastrointestinal events was a stratification factor in the analysis.[17,18] The scores for the Global Assessment of Disease Activity question and Modified Health Assessment questionnaire were analyzed in terms of the mean change from base line during the treatment period. The primary population for analysis comprised all randomized patients. Subgroup analyses were conducted with use of Cox regression analysis.[17,18] Interactions between treatments and subgroups were assessed to determine whether the effect of rofecoxib as compared with that of naproxen was consistent in the subgroups. We assessed data on general safety by evaluating 95 percent confidence intervals of the differences in the proportions of the treatment groups with each adverse event.[19] All statistical tests were two-sided.

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

TABLE 1. CRITERIA FOR GASTROINTESTINAL EVENTS.

| EVENT | CRITERIA REQUIRED FOR CONFIRMATION OF EVENT |
|---|---|
| Perforation due to nonmalignant gastric or duodenal ulcer | Evidence of perforation on endoscopy, at surgery, on radiography (evidence of free intraabdominal air or extravasation of contrast medium), or at autopsy |
| Obstruction due to gastric or duodenal ulcer | Occurrence of nausea and vomiting ≥24 hours postprandially and evidence of narrowing of distal portion of stomach or duodenum as a result of a nonmalignant ulcer on endoscopy, at surgery, on radiography, or at autopsy |
| Upper gastrointestinal bleeding | Episode of hematemesis or aspiration of bloody gastric fluid witnessed by health care provider; episode of melena witnessed by health care provider; evidence of active bleeding on endoscopy, at surgery, or on angiography; positive test for fecal occult blood with documented upper gastrointestinal lesion judged to be the source and associated with either clinically significant bleeding or decrease in volume* or evidence of visible vessel, clot, or pigmented spot on ulcer at endoscopy; or episode of hematemesis or melena reported by patient with upper gastrointestinal lesion judged to be the source and associated with either clinically significant bleeding or decrease in volume* or evidence of visible vessel, clot, or pigmented spot on ulcer at endoscopy |
| Gastric or duodenal ulcer | Evidence of gastric or duodenal ulcer on endoscopy, at surgery, on contrast-enhanced radiography of the upper gastrointestinal tract, or at autopsy |

*A decrease in volume was defined by the finding of a decrease in hemoglobin of at least 2 g per deciliter; by the finding of an orthostatically induced change in pulse of more than 20, change in systolic blood pressure of more than 20 mm Hg, or change in diastolic blood pressure of more than 10 mm Hg; by the finding of other evidence of a clinically significant reduction in circulatory volume (e.g., clinically significant hypotension that is corrected by volume replacement); or by the need for blood transfusion.

## RESULTS

### Characteristics of the Patients

Between January 1999 and July 1999, we screened 9539 patients and enrolled 8076; 4047 were randomly assigned to receive rofecoxib, and 4029 to receive naproxen. The major reasons for exclusion were a contraindication to prolonged NSAID therapy (in the case of 246 patients), a positive test for fecal occult blood (203 patients), and a failure to meet inclusion criteria (355 patients). The median follow-up was 9.0 months in both treatment groups (range, 0.5 to 13). A total of 5742 patients (71.1 percent) continued to take their assigned medication until the end of the study. Rates of discontinuation were similar in the two groups: 29.3 percent in the rofecoxib group (16.4 percent because of adverse events, 6.3 percent because of a lack of efficacy, and 6.6 percent for other reasons) and 28.5 percent in the naproxen group (16.1 percent because of adverse events, 6.5 percent because of a lack of efficacy, and 5.9 percent for other reasons). Ninety-nine percent of the patients in both groups took their medication on at least 75 percent of the study days. The base-line characteristics were similar in the two groups (Table 2).

### Efficacy

Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis (Table 3). In addition, the rates of discontinuation of treatment owing to a lack of efficacy were low in both groups (6.3 percent in the rofecoxib group and 6.5 percent in the naproxen group).

### Adverse Gastrointestinal Events

Confirmed upper gastrointestinal events occurred in 177 patients. In 53 of these patients the event was complicated. An additional 13 patients had events that were reported by investigators but that were judged by the end-point committee to be unconfirmed.

The time to the development of a confirmed upper gastrointestinal event is shown in Figure 1. The rates per 100 patient-years and incidences of the prespecified clinical events are shown in Tables 4 and 5, respectively. The relative risk of confirmed upper gastrointestinal events for patients in the rofecoxib group as compared with those in the naproxen group was 0.5 (95 percent confidence interval, 0.3 to 0.6; P<0.001), whereas the relative risk of complicated confirmed upper gastrointestinal events was 0.4 (95 percent confidence interval, 0.2 to 0.8; P=0.005). The relative risk of complicated upper gastrointestinal bleeding for patients in the rofecoxib group as compared with those in the naproxen group was 0.4 (95 percent confidence interval, 0.2 to 0.7; P=0.004), whereas the relative risk of bleeding beyond the duodenum was 0.5 (95 percent confidence interval, 0.2 to 0.9; P=0.03).

A per-protocol analysis of the 7925 patients without substantial protocol violations demonstrated relative risks of confirmed upper gastrointestinal events and complicated confirmed events of 0.4 (95 percent confidence interval, 0.3 to 0.6; P<0.001) and 0.4 (95 percent confidence interval, 0.2 to 0.7; P= 0.003), respectively. The results of an intention-to-treat analysis of all confirmed upper gastrointestinal

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

UPPER GASTROINTESTINAL TOXICITY OF ROFECOXIB AND NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS

TABLE 2. BASE-LINE CHARACTERISTICS OF THE PATIENTS.*

| CHARACTERISTIC | ROFECOXIB GROUP (N=4047) | NAPROXEN GROUP (N=4029) |
|---|---|---|
| Age — yr | 58±9 | 58±10 |
| Female sex — no. (%) | 3223 (79.6) | 3215 (79.8) |
| Race or ethnic group — no. (%) | | |
| White | 2761 (68.2) | 2750 (68.3) |
| Black | 207 (5.1) | 202 (5.0) |
| Asian | 101 (2.5) | 85 (2.1) |
| Hispanic | 501 (12.4) | 516 (12.8) |
| Other | 477 (11.8) | 476 (11.8) |
| Duration of disease — no. (%) | | |
| Unknown | 3 (0.1) | 6 (0.1) |
| <2 yr | 430 (10.6) | 455 (11.3) |
| 2–10 yr | 1991 (49.2) | 1996 (49.5) |
| >10 yr | 1623 (40.1) | 1572 (39.0) |
| Positive test for rheumatoid factor — no. (%) | 2946 (72.8) | 2967 (73.6) |
| Prior use of NSAIDs — no. (%) | 3321 (82.1) | 3331 (82.7) |
| Treatment for rheumatoid arthritis — no. (%) | | |
| Glucocorticoids | 2260 (55.8) | 2263 (56.2) |
| Methotrexate | 2263 (55.9) | 2269 (56.3) |
| Other disease-modifying drugs | 1847 (45.6) | 1826 (45.3) |
| Low-dose $H_2$-receptor antagonists — no. (%)† | 365 (9.0) | 335 (8.3) |
| History of clinical gastrointestinal events | 314 (7.7) | 316 (7.8) |
| Global Disease Activity score‡ | | |
| Patient's assessment | 2.0±0.9 | 2.0±0.9 |
| Investigator's assessment | 1.9±0.8 | 1.9±0.8 |
| American College of Rheumatology functional class — no. (%)§ | | |
| I | 881 (21.8) | 830 (20.6) |
| II | 2160 (53.4) | 2199 (54.6) |
| III | 928 (22.9) | 932 (23.1) |
| IV | 78 (1.9) | 68 (1.7) |

*Plus–minus values are means ±SD. NSAIDs denotes nonselective nonsteroidal antiinflammatory drugs.

†A low dose was defined as a maximal daily dose of 150 mg of ranitidine, 20 mg of famotidine, 400 mg of cimetidine, and 150 mg of nizatidine.

‡Scores can range from 0 ("very well") to 4 ("very poor"). Higher scores indicate more disease activity.

§According to the American College of Rheumatology's system of classification, functional class I indicates complete ability to perform usual activities of daily living, and class IV indicates limited ability to perform usual activities of daily living.

events throughout the study, including those that occurred at any time after the discontinuation of treatment, were similar and remained statistically significant (data not shown).

Subgroup analyses showed the following relative risks of clinical gastrointestinal events among the patients in the rofecoxib group as compared with those in the naproxen group: patients with no prior gastrointestinal events (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.7), patients with prior gastrointestinal events (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8), patients with no glucocorticoid therapy at base line (relative risk, 0.7; 95 percent confidence interval, 0.4 to 1.2), and pa-

tients with glucocorticoid therapy at base line (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.6). The relative risks in these subgroups and the other prespecified subgroups (defined according to sex, race or ethnic group, and location of study center) were not significantly different, indicating that there was no significant interaction between the treatments and the subgroups.

Treatment with rofecoxib was associated with a significantly lower incidence of clinical gastrointestinal events regardless of the results of serologic tests for H. pylori. However, the relative risks of clinical events among H. pylori–negative patients and H. pylori–positive patients were significantly different (P=0.04, data not shown). Finally, the relative risk of gastrointestinal events remained significantly lower (0.1; 95 percent confidence interval, 0.02 to 1.0) in the rofecoxib group than in the naproxen group even in a subgroup at very low risk (i.e., patients who were younger than 65 years, who were negative for H. pylori, who had no history of a clinical gastrointestinal event, and who were not taking glucocorticoids at base line).

### General Safety

The safety of both rofecoxib and naproxen was similar to that reported in previous studies.[20,21] The mortality rate was 0.5 percent in the rofecoxib group and 0.4 percent in the naproxen group. The rate of death from cardiovascular causes was 0.2 percent in both groups. Ischemic cerebrovascular events occurred in 0.2 percent of the patients in each group. Myocardial infarctions were less common in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent; 95 percent confidence interval for the difference, 0.1 to 0.6 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7). Four percent of the study subjects met the criteria of the Food and Drug Administration (FDA) for the use of aspirin for secondary cardiovascular prophylaxis (presence of a history of myocardial infarction, angina, cerebrovascular accident, transient ischemic attack, angioplasty, or coronary bypass)[22] but were not taking low-dose aspirin therapy. These patients accounted for 38 percent of the patients in the study who had myocardial infarctions. In the other patients the difference in the rate of myocardial infarction between groups was not significant (0.2 percent in the rofecoxib group and 0.1 percent in the naproxen group). When the data showing a reduction in the rate of myocardial infarction in the naproxen group became available after the completion of this trial, Merck, the manufacturer of rofecoxib, notified all investigators in ongoing studies of a change in the exclusion criteria to allow patients to use low-dose aspirin. There was no association between hypertension and myocardial infarction; only a single patient (in the rofecoxib group) had both hypertension and a myocardial infarction as adverse events.

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

TABLE 3. EFFECTIVENESS OF ROFECOXIB AND NAPROXEN FOR RHEUMATOID ARTHRITIS.*

| VARIABLE | BASE-LINE SCORE | | CHANGE IN SCORE DURING TREATMENT | | |
|---|---|---|---|---|---|
| | ROFECOXIB GROUP | NAPROXEN GROUP | ROFECOXIB GROUP | NAPROXEN GROUP | LEAST-SQUARES MEAN DIFFERENCE BETWEEN GROUPS (95% CI)† |
| Global Disease Activity score‡ | | | | | |
| Patient's assessment | 1.96±0.93 | 1.99±0.94 | −0.51±0.93 | −0.53±0.94 | 0.00 (−0.03 to 0.03) |
| Investigator's assessment | 1.85±0.80 | 1.87±0.78 | −0.49±0.84 | −0.52±0.85 | 0.01 (−0.02 to 0.04) |
| Modified Health Assessment score§ | 0.59±0.49 | 0.59±0.49 | −0.11±0.37 | −0.12±0.36 | 0.01 (−0.01 to 0.04) |

*Plus–minus values are means ±SD.

†The values were calculated by analysis of variance in a model that included treatment assignment and presence or absence of a history of gastrointestinal events and the base-line value as covariates. CI denotes confidence interval.

‡Scores can range from 0 ("very well") to 4 ("very poor"). Higher scores indicate more disease activity.

§Scores can range from 0 (no difficulty in performing a task) to 3 (unable to perform the task). Higher scores indicate more severe disability. The questionnaire was administered only to patients enrolled at centers in the United States (1735 in the rofecoxib group and 1732 in the naproxen group).



NO. AT RISK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 4047 | 3641 | 3402 | 3180 | 2806 | 1073 | 533 |
| Naproxen | 4029 | 3644 | 3389 | 3163 | 2796 | 1071 | 513 |

**Figure 1.** Cumulative Incidence of the Primary End Point of a Confirmed Upper Gastrointestinal Event among All Randomized Patients.

The most common adverse events leading to discontinuation of treatment, excluding the gastrointestinal end points, were dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn. In the rofecoxib group, significantly fewer patients discontinued treatment as a result of any one of these five upper gastrointestinal symptoms than in the naprox-en group (3.5 percent vs. 4.9 percent). The rates of discontinuation for any gastrointestinal events, including gastrointestinal end points, were also significantly lower in the rofecoxib group than in the naproxen group (7.8 percent vs. 10.6 percent). The incidence of adverse effects related to renal function was low and was similar in the two groups (1.2 percent in the ro-

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

TABLE 4. INCIDENCE OF GASTROINTESTINAL EVENTS IN THE TREATMENT GROUPS.

| TYPE OF EVENT | ROFECOXIB GROUP (N=4047) | NAPROXEN GROUP (N=4029) | ROFECOXIB GROUP (N=4047) | NAPROXEN GROUP (N=4029) | RELATIVE RISK (95% CI)* | P VALUE |
|---|---|---|---|---|---|---|
| | no. with event | | rate/100 patient-yr | | | |
| Confirmed upper gastrointestinal events | 56 | 121 | 2.1 | 4.5 | 0.5 (0.3–0.6) | <0.001 |
| Complicated confirmed upper gastrointestinal events | 16 | 37 | 0.6 | 1.4 | 0.4 (0.2–0.8) | 0.005 |
| Confirmed and unconfirmed upper gastrointestinal events† | 58 | 132 | 2.2 | 4.9 | 0.4 (0.3–0.6) | <0.001 |
| Complicated confirmed and unconfirmed upper gastrointestinal events‡ | 17 | 42 | 0.6 | 1.6 | 0.4 (0.2–0.7) | 0.002 |
| All episodes of gastrointestinal bleeding | 31 | 82 | 1.1 | 3.0 | 0.4 (0.3–0.6) | <0.001 |

*CI denotes confidence interval.

†The analysis includes 13 events that were reported by investigators but were considered to be unconfirmed by the end-point committee.

‡The analysis includes six events that were reported by investigators but that were considered to be unconfirmed by the end-point committee.

TABLE 5. INCIDENCE OF CONFIRMED UPPER GASTROINTESTINAL EVENTS.*

| TYPE OF UPPER GASTROINTESTINAL EVENT | ALL CONFIRMED UPPER GASTROINTESTINAL EVENTS | | ALL COMPLICATED CONFIRMED UPPER GASTROINTESTINAL EVENTS | |
|---|---|---|---|---|
| | ROFECOXIB GROUP (N=4047) | NAPROXEN GROUP (N=4029) | ROFECOXIB GROUP (N=4047) | NAPROXEN GROUP (N=4029) |
| | number (percent) | | | |
| Perforations† | 3 (0.1)‡ | 4 (0.1) | 3 (0.1) | 4 (0.1) |
| Gastric ulcer | 28 (0.7) | 81 (2.0) | 1 (<0.1) | 6 (0.1) |
| Duodenal ulcer | 27 (0.7) | 39 (1.0) | 3 (0.1) | 5 (0.1) |
| Obstruction† | 1 (<0.1) | 0 | 1 (<0.1) | 0 |
| Bleeding | 14 (0.3) | 35 (0.9) | 12 (0.3)§ | 32 (0.8)¶ |
| Total | 56 (1.4) | 121 (3.0) | 16 (0.4) | 37 (0.9) |

*Patients may have been included in more than one column, but each is counted only once in the total.

†Perforations and obstructions are complicated events by definition.

‡Two confirmed upper gastrointestinal events occurred after only one dose of rofecoxib and most likely resulted from prior use of nonselective nonsteroidal antiinflammatory drugs.

§The cause or source of bleeding was gastric ulcers in five patients, duodenal ulcers in five, and other upper gastrointestinal source in three. One patient in the rofecoxib group had both a gastric and a duodenal ulcer.

¶The cause or source of bleeding was gastric ulcers in 16 patients, duodenal ulcers in 9, and other upper gastrointestinal sources in 7.

fecoxib group and 0.9 percent in the naproxen group); only 0.2 percent of patients in each group discontinued treatment because of these adverse effects.

## DISCUSSION

We found that, in patients with rheumatoid arthritis, treatment with rofecoxib at twice the maximal dose approved by the FDA for long-term use resulted in sig-

nificantly lower rates of clinically important upper gastrointestinal events and complicated upper gastrointestinal events than did treatment with a standard dose (1000 mg per day) of naproxen. We also found that the incidence of complicated upper gastrointestinal bleeding and bleeding from beyond the duodenum was significantly lower among patients who received rofecoxib. Only 41 patients would need to be treated

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

with rofecoxib rather than naproxen to avert one clinical upper gastrointestinal event in a one-year period. Although the optimal dose of rofecoxib for the treatment of rheumatoid arthritis has yet to be determined, data from a prior study indicate that maximal efficacy is achieved at a daily dose of 25 mg.[33]

A prospective study that compared NSAIDs alone with NSAIDs plus misoprostol reported that 0.95 percent of patients with rheumatoid arthritis who were taking an NSAID alone had upper gastrointestinal complications over a period of six months,[24] with a relative reduction in the risk of such complications with combination treatment of 40 percent during this period. These results are similar to our finding of a cumulative incidence of serious upper gastrointestinal events over a six-month period of 1.75 percent in the naproxen group and a relative reduction in risk of 67 percent in the rofecoxib group (data not shown). A 50 percent reduction in the incidence of clinically important upper gastrointestinal events with rofecoxib as compared with a nonselective NSAID was also found in a prespecified combined analysis of eight double-blind studies that included 4921 patients with osteoarthritis, none of whom received glucocorticoids.[25] Patients with rheumatoid arthritis have a higher risk of upper gastrointestinal events than do patients with osteoarthritis.[4] Thus, the results of our study extend the results of the combined analysis to a group of patients at higher risk of bleeding.

The results of a randomized, double-blind comparison of the cyclooxygenase-2–selective inhibitor celecoxib and the nonselective NSAIDs ibuprofen and diclofenac were recently published.[26] In this trial of 7968 patients, 73 percent of whom had osteoarthritis and 27 percent of whom had rheumatoid arthritis, data were reported from the first 6 months of a study period that extended for up to 13 months. Treatment with celecoxib was associated with a nonsignificant (P=0.09) trend toward a decrease in the incidence of the primary end point (complicated ulcers and erosions) and a significant decrease (P=0.02) in the incidence of the secondary end point (complicated and symptomatic ulcers).

The incidence of clinically important gastrointestinal events was lower in the rofecoxib group than in the naproxen group in all subgroups we examined. Concomitant glucocorticoid and NSAID therapy has been reported to be associated with a higher risk of a clinical gastrointestinal event than is NSAID therapy alone.[4] Therefore, a larger reduction in the incidence of events might have been expected in the subgroup that received both an NSAID and glucocorticoids. There was a greater reduction in the relative risk of events in the subgroup of patients who were taking glucocorticoids at base line than in the subgroup of patients who were not taking glucocorticoids at base line, but the difference between the groups was not significant.

Whether ulcers identified by endoscopic examination are markers of a clinical gastrointestinal event has been a matter of controversy. The relative reduction in the risk of such ulcers in two identical studies that compared 50 mg of rofecoxib daily with 800 mg of ibuprofen three times a day was 71 percent at six months.[13,14] Thus, our findings support the concept that the results of endoscopic studies of ulcers can be extrapolated to clinical gastrointestinal events.

In prior endoscopic studies, the frequency of ulcers was similar in patients taking rofecoxib and those taking placebo.[13,14] We could not include a placebo group, and no studies have yet assessed whether a cyclooxygenase-2–selective inhibitor or the combination of nonselective NSAIDs plus gastroprotective drugs (such as misoprostol and proton-pump inhibitors) will achieve similar results.

Gastrointestinal symptoms are extremely common with NSAID therapy, as demonstrated by the fact that, in our study, the five most common adverse events leading to the discontinuation of treatment were upper gastrointestinal symptoms. Although gastrointestinal symptoms are poorly correlated with endoscopic findings of ulcers or clinical gastrointestinal events,[27] significantly fewer patients in the rofecoxib group than in the naproxen group discontinued treatment because of gastrointestinal symptoms.

The overall mortality rate was similar in the two groups, as were the rates of death from gastrointestinal events and from cardiovascular causes. The rate of myocardial infarction was significantly lower in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent). This difference was primarily accounted for by the high rate of myocardial infarction among the 4 percent of the study population with the highest risk of a myocardial infarction, for whom low-dose aspirin is indicated.[22] The difference in the rates of myocardial infarction between the rofecoxib and naproxen groups was not significant among the patients without indications for aspirin therapy as secondary prophylaxis.

Naproxen inhibits the production of thromboxane by 95 percent and inhibits platelet aggregation by 88 percent, and this effect is maintained throughout the dosing interval[28]; therefore, the effects of regular use of naproxen may be similar to those of aspirin. Flurbiprofen, another NSAID that is a potent inhibitor of platelet-derived thromboxane, led to a 70 percent reduction in the rate of reinfarction as compared with placebo among patients in whom acute myocardial infarction was successfully treated with thrombolysis, angioplasty, or both.[29]

Analyses of 7535 patients in double-blind trials comparing rofecoxib with placebo and other NSAIDs (diclofenac, ibuprofen, and nabumetone) that do not produce sustained, maximal inhibition of platelet aggregation revealed similar rates of myocardial infarction in all groups[30] (and unpublished data). Thus, our

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

results are consistent with the theory that naproxen has a coronary protective effect and highlight the fact that rofecoxib does not provide this type of protection owing to its selective inhibition of cyclooxygenase-2 at its therapeutic dose and at higher doses. The finding that naproxen therapy was associated with a lower rate of myocardial infarction needs further confirmation in larger studies.

In summary, the use of the cyclooxygenase-2–selective inhibitor rofecoxib resulted in significantly fewer clinically important upper gastrointestinal events than did treatment with naproxen, a nonselective NSAID. The two drugs had similar rates of clinical effectiveness.

Supported by a grant from Merck.

Dr. Bombardier has received clinical research support from Aventis Pharma, Merck Research Laboratories, and Merck Frosst Canada. She has served as a consultant to Knoll Pharmaceutical, Aventis Canada, Schering Canada, Merck Research Laboratories, and Wyeth–Ayerst.

Dr. Laine has received clinical research support from Merck, Wyeth–Ayerst, and AstraZeneca. He has served as a consultant to Merck, Searle, Johnson & Johnson, AstraZeneca, Wyeth–Ayerst, and Tap Pharmaceuticals.

Dr. Burgos-Vargas has received clinical research support from Merck Sharp & Dohme, Pfizer, and Boehringer Ingelheim. He has served as a consultant to Merck and has been a member of a speakers' bureau sponsored by Merck Sharp & Dohme.

Dr. Davis has served as a consultant to Mirvant, Merck Research Laboratories, Parke-Davis, and SmithKline Beecham.

Dr. Day has received clinical research support from Merck, Searle, Pfizer, Roche, and Amgen. He has served as a consultant to Merck, Searle, and Pfizer. He has been a member of speakers' bureaus sponsored by Merck Sharp & Dohme, Searle, Pfizer, and SmithKline Beecham.

Dr. Ferraz has received clinical research support from Bristol-Myers Squibb, Merck Sharp & Dohme, and Aventis Pharma. He has served as a consultant to Aventis Pharma.

Dr. Hawkey has received clinical research support from AstraZeneca, Asta Medica, Boehringer Ingelheim, Boots Healthcare International, Cell Tech, Eisai, Elan, Merck Research Laboratories, NicOx, and Novartis. He has served as a consultant to AstraZeneca, Abbott, Cell Tech, Eisai, Merck Research Laboratories, NicOx, Novartis, Parke-Davis, and Synthélabo Pharmacie. He has been a member of speakers' bureaus sponsored by AstraZeneca, Boehringer Ingelheim, Boots Healthcare International, Takeda, Wyeth Lederle, and Merck Research Laboratories.

Dr. Hochberg has received clinical research support from Merck and Quintiles (Aventis Pharma). He has served as a consultant to Aventis Pharma, Biomatrix, Merck, Negma Laboratories, Procter & Gamble, Roche, and Wyeth–Ayerst. He owns stock in Johnson & Johnson, Eli Lilly, Merck, Procter & Gamble, and Schering-Plough.

Dr. Kvien has received clinical research support from Merck, Searle, Aventis Pharma, and Schering-Plough. He has served as a consultant to Merck, Searle, Aventis Pharma, and Schering-Plough. He has been a member of a speakers' bureau sponsored by Merck and Aventis Pharma.

Dr. Schnitzer has received clinical research support from Abbott, Boehringer Ingelheim, Johnson & Johnson, McNeil Consumer Products, Merck, Novartis, Ortho-McNeil, Parke-Davis, Searle, and Wyeth–Ayerst. He has served as a consultant to Boehringer Ingelheim, Merck, Novartis, Ortho-McNeil, Searle, and SmithKline Beecham. He has been a member of speakers' bureaus sponsored by Boehringer Ingelheim, Merck, Ortho-McNeil, Wyeth–Ayerst, and Searle.

Dr. Weaver has received clinical research support from Merck, Searle, Immunex, Wyeth–Ayerst, Aventis Pharma, Pharmacia–Upjohn, Eli Lilly, Connetics, Parke-Davis, Procter & Gamble, Pfizer, Hoffmann–LaRoche, Centocor, Amgen, Cyprus Bioscience, Helsinn, Novartis, and Boehringer Ingelheim. He has served as a consultant to Merck, Searle, Immunex, Wyeth–Ayerst, Aventis Pharma, Pharmacia–Upjohn, Eli Lilly, Connetics, Parke-Davis, Procter & Gamble, Pfizer, Hoffmann–LaRoche, Centocor, Amgen, Cyprus Bioscience, Helsinn, Novartis, and Boehringer Ingelheim. He has been a member of speakers' bureaus sponsored by Merck, Searle, Immunex, Wyeth–Ayerst, Aventis Pharma, Pharmacia–Upjohn, Eli Lilly, Connetics, Parke-Davis, Procter & Gamble, Pfizer, Hoffmann–LaRoche, Centocor, Amgen, Cyprus Bioscience, Helsinn, Novartis, and Boehringer Ingelheim. He is on the board of directors of MGI Pharma.

We are indebted to Christopher T. Brett, Dayna Carroll, Russell Gender, Edward Chafars, Laurine Connors, Gary Gartenberg, Nicole Gillies, Richard Holmes, Paige Reagan, Douglas J. Watson, Deborn P.L. Weiss, and Qinfen Yu for their substantial contributions.

## APPENDIX

The following persons participated in the study: International Steering Committee: C. Bombardier (chair), L. Laine (cochair), A. Reicin, M. Hochberg, R. Day, T. Capizzi, P. Brooks, R. Burgos-Vargas, B. Davis, M. Ferraz, C. Hawkey, T.K. Kvien, T. Schnitzer, A. Weaver; Data Safety Board: M. Weinblatt (chair); D. Bjorkman, J. Neaton, A. Silman, R. Sturrock; End-Point Adjudication Committees: M. Griffin (chair), D. Jensen, M. Langman; Investigators: Argentina: E. DiGiorgio, H. Laborde, O. Messina, A. Strusberg; Australia: J. Bertouch, R. Day, G. McColl, P. Ryan, S. Sharma; Brazil: R. Bonfiglioli, C. Borges, J. Brenol, N. da Silva, M. Ferraz, E. Lima, C. Moreira, G. Novaes, A. Pessoa, E. Petean, S. Radominski, A. Samara, B. Souza; Canada: T. Anastassiades, M. Atkinson, A. Beaulieu, M. Bell, M. Camerlain, J. Canvin, M. Cohen, J. Hanly, J. Karsh, T. Mc-Carthy, W. Olszynski, P. Patel, Y. Peaunt, W. Pruzanski, K. Siminovitch, J. Thorne, V. Verdejo-Aguilar; Chile: L. Barria, C. Fuentealba, L. Massardo, P. Riedemann, L. Roca, H. Rossi; China (Hong Kong): C. Lau; Colombia: M. Abello, P. Chalem, M. Jannault, J. Molina; Costa Rica: R. Alpizar, H. Garcia-Sancho; Czech Republic: L. Koncena, K. Pavelka, M. Sealackova, J. Vitova, R. Ahorn; Ecuador: R. Villacis; Finland: M. Hakala, P. Hannonen, T. Helve, M. Nissila; Germany: R. Alten, M. Gaubitz, E. Geonnius-Ihle, H. Hantzschel, G. Hein, M. Keysser, R. Kurthen, B. Lang, E. Mielke, U. Muller-Ladner, C. Richter, M. Schattenkirchner, M. Schneider, H. Sorenson, E. Waldorf-Bolten, H. Watnatz, S. Wassenberg; Guatemala: E. Julian, R. Palomo; Israel: D. Buskila, A. Nahir, I. Rosner; Malaysia: S. Yeap; Mexico: R. Burgos, I. Garcia de la Torre, F. Irazoque, J. Arozco Alcala; New Zealand: P. Jones, L. McLean, C. Rajapakse; Norway: H. Gulseth, K. Helgetveit, A. Johannessen, C. Kaufmann, O. Knudsrod, T. Kvien, K. Mikkelsen, B. Rossebo, G. Sidenwall; Peru: A. Calvo Quiloz, M. Gustavo, A. Hilguido, L. Portocarrero, E. Vera Bejar; Poland: J. Badurski, J. Brzezicki, M. Bykowska, I. Fiedorowicz-Fabrycy, J. Gaweda, P. Gluszki, B. Koniczna, S. Mackiewicz, J. Pazdur, L. Szczepanski, J. Szechinski; South Africa: I. Anderson, D. Gotlieb, A. Jacovides, A. Lubbe, G. Mody, M. Tikly; United States: Alabama: G. Divittorio, S. Faliahi, D. McLaine, W. Shergy, M.S. Touger, G. Williams; Arizona: B. Harris, P. Howard, D. Michel, L. Taber, J. Tesser, M. Marick; California: E. Bolling, M. Brandon, G. Dolan, R. Dore, M. Greenwald, D. Hazelwood, M. Keller, K. Kolba, G. Multz, R. Reid, D. Stanton, C. Weidmann, S. Weiner, J. Higashida; Colorado: S. Kassan, R. Lapidus, D. Scott, J. Thompson, C. Van Kerchov; Connecticut: E. Feinglass, J. Green, R. Schoen; Florida: M. Beilian, C. Chappel, J. Forstot, P. Freeman, N. Gaylis, B. Germain, M. Guttierrez, M. Heier, T. Johnson, M. Kaufman, R. Levin, M. Lowenstein, A. Marcada, M. Mass, S. Matthews, H. McIlwain, J. Miller, M. Munetz, H. Offenberg, J. Popp, A. Reddy, W. Riskin, A. Rosen, Y. Sherrer, K. Stark, A. Torres; Georgia: J. Lieberman; Iowa: M. Brooks; Idaho: P. Dega, C. Scoville, G. Wiesenhutter; Illinois: E. Dietz, L. Fenton, M. Pick, R. Trapp, J. Zuzga, M. Ellman, G. Liang; Indiana: C. Arsever, R. Khairi, M. Stack, R. Fife; Kansas: N. Becker, P. Ginder, R. Lies; Louisiana: W. Eversmeyer, P. Sedrish, L. Serebro; Maine: L. Anderson, S. Block; Maryland: R. Marcus, D. McGimsis, M. Wei, T. Zizic, M. Hochberg; Massachusetts: C. Birbara, A. Dahdul, S. Helfgott, J. Hosey, S. Miller, R. Rapoport; Michigan: P. Coleman, R. Roschmann, H. Uhl, J. Taborn; Missouri: T. Weiss; Montana: S. English; Nebraska: W. Palmer, A. Weaver; Nevada: S. Miller; New Hampshire: B. Samuels, J. Trice; New Jersey: S. Golombek, H. Hassman, R. Hymowitz, C. Knee, D. Macpeek, R. Marcus, G. Rihacek, J. Rohlf, D. Worth; New Mexico: K. Bordenave; New York: P. Chapnar, M. Farber, A. Kaell, A. Porges, P. Riccardi, C. Ritchlin; North Carolina: G. Arnold, W. Chmielewski, G. Collins, W. Harperm, R. Harrell, T. Littlejohn, G. Schimizzi, R. Senter, A. Kashif; Ohio: T. Isakov, B. Long, D. Mandel, B. Rothschild, D. Schumacher, R. Sievers, S. Wolfe, K. Hackshaw, M. Hooper, R. Rothenberg; Oklahoma: C. Codding, R. Hynd, J. McKay, L. Jacobs; Pennsylvania: R. Kimelheim, A. Kivitz, W. Makarowski, G. McLaughlin, J. McMillen, R. Reese, J. Weisberg; Rhode Island: J. Scott; South Carolina: C. Barfield, M. Brabham, K. Flint; Tennessee: C. Arkin, R. Gupta, R. Krause, H. Marker, T. Namey, L. Robinson, P. Wheeler, B. Tanner; Texas: A. Brodsky, E. Burch, W. Chase, A. Chubick, D. Halter, J. Rutstein; Utah: J. Booth; Virginia: C. Fisher, A. Goldstein; Washington: W. Elder, R. Ettlinger, R. Levy; Wisconsin: M. Pearson, G. Fiocco.

## REFERENCES

1. Misoprostol for co-prescription with NSAIDs. Drug Ther Bull 1990; 28:25-6.

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

The New England Journal of Medicine

2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin North Am 1996;6:489-504.
3. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of non-steroidal antiinflammatory drugs. N Engl J Med 1999;340:1888-99. [Erratum, N Engl J Med 1999;341:548.]
4. Singh G, Rosen Ramey D. NSAID induced gastrointestinal complications: the ARAMIS perspective — 1997. J Rheumatol Suppl 1998;51:8-16.
5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology/diagnosis/management. 6th ed. Vol. 1. Philadelphia: W.B. Saunders, 1998:343-57.
6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isoenzymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-4.
7. Fosslein E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.
8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993;90:11693-7.
9. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;160:1781-7.
10. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000;43:978-87.
11. Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26:2438-47.
12. Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999;282:1921-8.
13. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999;117:776-83.
14. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-7.

15. Emery P, Zeidler H, Kvien KT, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999;354:2106-11.
16. Pincus T, Summey JA, Soraci SA Jr, Wallston KA, Hummon NP. Assessment of patient satisfaction in activities of daily living using a modified Stanford Health Assessment Questionnaire. Arthritis Rheum 1983;26:1346-53.
17. Cox DR. Regression models and life-tables. J Stat Soc [B] 1972;34:187-220.
18. Idem. Partial likelihood. Biometrika 1975;62:269-76.
19. Fleiss JL. Statistical methods for rates and proportions. 2nd ed. New York: John Wiley, 1981.
20. Vioxx (rofecoxib tablets and oral suspension). Whitehouse Station, N.J.: Merck, 1999 (package insert).
21. Naproxen. Nutley, N.J.: Roche Laboratories, 1999 (package insert).
22. Genuine Bayer aspirin. Morristown, N.J.: Bayer Consumer Care Division, 1999 (package insert).
23. Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clin Ther 1999;21:1688-702.
24. Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241-9.
25. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-33.
26. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS Study: a randomized controlled trial. JAMA 2000;284:1247-55.
27. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis: a prospective observational cohort study. Arch Intern Med 1996;156:1530-6.
28. VanHecken A, Schwartz JI, Depré M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000;40:1109-20.
29. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction: the Flurbiprofen French Trial. Eur Heart J 1993;14:951-7.
30. Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum 1999;42:Suppl:S143. abstract.

Downloaded from www.nejm.org by on December 2, 2004 .
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

# Clinical Investigations and Reports

# Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib

Marvin A. Konstam, MD; Matthew R. Weir, MD; Alise Reicin, MD; Deborah Shapiro, DrPh;
Rhoda S. Sperling, MD; Eliav Barr, MD; Barry J. Gertz, MD, PhD

*Background*—In comparing aspirin, nonselective nonsteroidal antiinflammatory agents (NSAIDs), and cyclooxygenase (COX)-2 inhibitors, variation in platelet inhibitory effects exists that may be associated with differential risks of cardiovascular (CV) thrombotic events. Among the randomized, controlled trials with the COX-2 inhibitor rofecoxib, one study demonstrated a significant difference between rofecoxib and its NSAID comparator (naproxen) in the risk of CV thrombotic events. A combined analysis of individual patient data was undertaken to determine whether there was an excess of CV thrombotic events in patients treated with rofecoxib compared with those treated with placebo or nonselective NSAIDs.

*Methods and Results*—CV thrombotic events were assessed across 23 phase IIb to V rofecoxib studies. Comparisons were made between patients taking rofecoxib and those taking either placebo, naproxen (an NSAID with near-complete inhibition of platelet function throughout its dosing interval), or another nonselective NSAIDs used in the development program (diclofenac, ibuprofen, and nabumetone). The major outcome measure was the combined end point used by the Antiplatelet Trialists' Collaboration, which includes CV, hemorrhagic, and unknown deaths; nonfatal myocardial infarctions; and nonfatal strokes. More than 28 000 patients, representing >14 000 patient-years at risk, were analyzed. The relative risk for an end point was 0.84 (95% CI: 0.51, 1.38) when comparing rofecoxib with placebo; 0.79 (95% CI: 0.40, 1.55) when comparing rofecoxib with non-naproxen NSAIDs; and 1.69 (95% CI: 1.07, 2.69) when comparing rofecoxib with naproxen.

*Conclusions*—This analysis provides no evidence for an excess of CV events for rofecoxib relative to either placebo or the non-naproxen NSAIDs that were studied. Differences observed between rofecoxib and naproxen are likely the result of the antiplatelet effects of the latter agent. (*Circulation.* 2001;104:2280-2288.)

**Key Words:** rofecoxib ■ anti-inflammatory agents, nonsteroidal ■ cardiovascular diseases ■ thrombosis

Nonselective, nonsteroidal anti-inflammatory agents (NSAIDs), such as ibuprofen, diclofenac, nabumetone, naproxen, indomethacin, and aspirin inhibit both cyclooxygenase isoforms (COX-1 and COX-2) over their clinical dose range.[1] In contrast, rofecoxib is highly selective for only the COX-2 isoform over its clinical dose range.[2,3] In the gastrointestinal system, nonselective NSAIDs have been associated with gastroduodenal mucosal injury, whereas selective COX-2 inhibitors have demonstrated improved gastrointestinal safety and tolerability.[4–10] COX-1 inhibition has been associated with decreased synthesis of platelet-derived thromboxane, a vasoconstrictor and potent inducer of platelet aggregation.[11]

In comparing aspirin, nonselective NSAIDs, and COX-2 inhibitors, variation in platelet inhibitory effects may result in different influences on the rates of cardiovascular (CV) thrombotic events.[11] Sustained inhibition of COX-1–mediated thromboxane synthesis underlies the efficacy of aspirin in significantly reducing the incidence of CV death, myocardial infarction (MI), and stroke in high-risk patients.[11–14] Aspirin produces irreversible inhibition of platelet COX-1: this inhibition is near-complete and is sustained for at least 48 hours after a single dose.[14] In contrast to aspirin, nonselective NSAIDs are reversible inhibitors of COX-1: the extent and duration of inhibition closely follows their potency and systemic plasma drug concentrations, and the effect is reversible as a function of drug elimination.[14] Some evidence suggests that nonselective NSAIDs that mediate near-complete inhibition of platelet function throughout their entire dosing interval may be similar to aspirin and also

Received October 2, 2001; accepted October 3, 2001.

From the Division of Cardiology, New England Medical Center, Boston, Mass (M.A.K.); the Nephrology Division, University of Maryland Hospital, Baltimore (M.R.W.); and Merck Research Laboratory, Merck, Whitehouse Station, NJ (A.R., D.S., R.S.S., E.B., B.J.G.).

Drs Konstam and Weir have been paid consultants to Merck and Co and Pharmacia, and Dr Konstam also has been a paid consultant to Pfizer Inc. Neither has been compensated for work on this article. Drs Reicin, Shapiro, Sperling, Barr, and Gertz are employees of Merck Research Laboratories, Merck and Co, Inc. As such, they receive financial compensation that includes stock ownership and stock options.

This article originally appeared Online on October 15, 2001 (*Circulation.* 2001;104:rl5–r23).

Correspondence to Dr Marvin A. Konstam, New England Medical Center, Division of Cardiology, 750 Washington Street, Boston, MA 02111-1533. E-mail MKonstam@Lifespan.org

© 2001 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org



EXHIBIT
C

**TABLE 1.   Studies Included in Cardiovascular Events Pooled Analysis**

| Indication for Therapy | Abbreviated Study Description | Total Sample Size | Planned Duration of Patient Follow-Up | Rofecoxib Doses, mg | NSAID Comparator | Placebo Group | Aspirin Allowed at Study Start |
|---|---|---|---|---|---|---|---|
| Rheumatoid arthritis | Phase IIb dose finding | 634 | 2 years | 25/50 | Naproxen | Yes | No |
| | Phase III: domestic US | 909 | 1 year | 12.5/25/50 | Naproxen | Yes | Yes |
| | Phase III: International | 1058 | 1 year | 25/50 | Naproxen | Yes | No |
| | Phase III: endoscopy | 660 | 13 weeks | 50 | Naproxen | Yes | No |
| | VIGOR: GI outcome trial | 8076 | 9 months* | 50 | Naproxen | No | No |
| Osteoarthritis | Phase IIb/III OA studies† | 5505 | 86 weeks | 12.5/25/50 | Diclofenac | Yes | No |
| | | | | | Ibuprofen | Yes | No |
| | | | | | Nabumetone | Yes | No |
| | Bone metabolism study | 305 | 15 months | 25 | Ibuprofen | Yes | No |
| | Nabumetone study 1 | 1042 | 6 weeks | 12.5 | Nabumetone | Yes | Yes |
| | Nabumetone study 2 | 978 | 6 weeks | 12.5 | Nabumetone | Yes | Yes |
| | Naproxen study | 481 | 6 weeks | 12.5 | Naproxen | No | Yes |
| | Arthrotec study | 483 | 6 weeks | 12.5 | Diclofenac | No | No |
| | ADVANTAGE | 5556 | 12 weeks | 25 | Naproxen | No | Yes |
| Other | Alzheimer's prevention | 1406 | 4 years‡ | 25 | NA | Yes | No |
| | Alzheimer's treatment | 692 | 15 months§ | 25 | NA | Yes | No |
| | Phase III chronic low back pain | 380 | 4 weeks | 25/50 | NA | Yes | Yes |
| | Phase III chronic low back pain | 310 | 4 weeks | 25/50 | NA | Yes | Yes |

*Duration was event-based; median duration is reported; maximum duration was 13 months.

†Combined data from 8 trials: 1 phase IIb dose ranging, 2 phase III US, 2 phase III International, 1 phase III endoscopy US, 1 phase III osteoporosy International, and 1 limited study in patients >80 years of age.

‡Interim look ~28 months after first patient enrolled.

§Interim look ~12 months after first patient enrolled.

reduce the risk of CV events.[10,15–17] NSAIDs with less substantial platelet inhibition are unlikely to have as great an impact on the incidence of CV thrombotic events.[11] Given their lack of clinically recognized effects on platelet-derived thromboxane and platelet aggregation,[18] selective COX-2 inhibitors would not be expected to be cardioprotective on the basis of platelet inhibition. Some authors have speculated that selective COX-2 inhibitors might adversely affect hemostatic balance, and even favor thrombosis, by selectively inhibiting COX-2–derived endothelial prostacyclin (a vasodilator and inhibitor of platelet activation) without affecting platelet-derived thromboxane.[11,19–21]

As a result of an evolving understanding of the interplay between COX-1 and COX-2 expression and the inhibition of vasoactive eicosanoids,[19,20] in 1999, Merck introduced a standard operating procedure to evaluate and adjudicate CV events in all ongoing and all future rofecoxib clinical trials. In addition, a retrospective analysis of the CV events in the already completed rofecoxib osteoarthritis phase IIb/III program was conducted.[22] This analysis (in 5435 patients) detected no difference between rofecoxib, comparator nonselective NSAIDs, and placebo in CV thrombotic risks.[22]

Among the randomized, controlled trials performed to date with the COX-2 inhibitor rofecoxib, one study, VIGOR (Vioxx Gastrointestinal Outcomes Research) demonstrated a significant difference between rofecoxib and naproxen, its active NSAID comparator, in the risk of CV thrombotic events.[10] In VIGOR, patients with rheumatoid arthritis were randomized to rofecoxib 50 mg daily or naproxen 500 mg twice daily; the protocol prohibited the use of aspirin or other antiplatelet and anticoagulant medications. The primary objective of the study was to assess rigorously the gastrointestinal safety of the drug relative to a common, nonselective NSAID comparator; hence, the 50 mg dose of rofecoxib (twice the 25 mg maximum recommended does for long-term administration) was used. The study demonstrated that a supratherapeutic dose of rofecoxib was associated with a significantly reduced risk of clinical upper gastrointestinal events (54% reduction). However, naproxen was associated with a significantly lower risk of thrombotic CV serious adverse experiences compared with rofecoxib.[10] This difference in thrombotic events was mostly due to a difference in the incidence of MIs between treatment groups.[10] However, the differences in peripheral vascular events and cerebrovascular events trended in the same direction.

Because of the possibility, raised by the results of VIGOR, that there might be an increased risk of CV adverse experiences associated with the use of rofecoxib, a pooled CV safety analysis was conducted using all relevant data as of September 2000. Patient level data were com-

M00066917

TABLE 2.   Summary of Patient Characteristics at Baseline

| | Rofecoxib Relative to Placebo, n (%) | | Rofecoxib Relative to Non-Naproxen NSAIDs, n (%) | | Rofecoxib Relative to Naproxen, n (%) | |
|---|---|---|---|---|---|---|
| | Rofecoxib | Placebo | Rofecoxib | Non-Naproxen NSAIDs | Rofecoxib | Naproxen |
| Rheumatoid arthritis | (n=1622) | (n=989) | | | (n=6057) | (n=4659) |
| Age ≥65 y | 368 (22.7) | 220 (22.2) | | | 1455 (24.0) | 1241 (25.5) |
| Age, y (median) | 54 | 54 | | | 57 | 57 |
| Female sex | 1296 (79.9) | 783 (79.2) | | | 4826 (79.7) | 3864 (79.5) |
| Current smoker | 327 (20.2) | 197 (19.9) | | | 1182 (19.5) | 934 (19.2) |
| History of hypertension | 401 (24.7) | 250 (25.3) | | | 1733 (28.6) | 1362 (28.0) |
| History of diabetes | 87 (5.4) | 65 (6.6) | | | 357 (5.9) | 307 (6.3) |
| History of hypercholesterolemia | 188 (11.6) | 81 (8.2) | | | 584 (9.6) | 352 (7.2) |
| History of at least one risk factor for coronary disease | 784 (48.3) | 471 (47.6) | | | 3033 (50.1) | 2360 (48.6) |
| History of a CV event* | 58 (3.6) | 38 (3.8) | | | 245 (4.0) | 187 (3.8) |
| Osteoarthritis | (n=3165) | (n=1215) | (n=4549) | (n=2755) | (n=3026) | (n=3011) |
| Age ≥65 y | 1433 (45.3) | 534 (44.0) | 2050 (45.1) | 1245 (45.2) | 1414 (46.7) | 1401 (46.5) |
| Age, y (median) | 63 | 63 | 63 | 63 | 63 | 63 |
| Female sex | 2257 (71.3) | 832 (68.5) | 3256 (71.6) | 1966 (71.4) | 2158 (71.3) | 2151 (71.4) |
| Current smoker | 332 (10.5) | 136 (11.2) | 480 (10.6) | 291 (10.6) | 44 (1.5) | 47 (1.6) |
| History of hypertension | 1268 (40.1) | 435 (35.8) | 1816 (39.9) | 1104 (40.1) | 1384 (45.7) | 1420 (47.2) |
| History of diabetes | 262 (8.3) | 106 (8.7) | 380 (8.4) | 217 (7.9) | 334 (11.0) | 352 (11.7) |
| History of hypercholesterolemia | 592 (18.7) | 223 (18.4) | 818 (18.0) | 554 (20.1) | 821 (27.1) | 782 (26.0) |
| History of at least one risk factor for coronary disease | 1812 (57.3) | 661 (54.4) | 2589 (56.9) | 1601 (58.1) | 1801 (59.5) | 1845 (61.3) |
| History of a CV event* | 250 (7.9) | 92 (7.6) | 357 (7.8) | 215 (7.8) | 254 (8.4) | 264 (8.8) |
| Alzheimer's/Low Back Pain | (n=1603) | (n=1276) | | | | |
| Age ≥65 y | 1093 (72.7) | 1052 (82.3) | | | | |
| Age, y (median) | 72 | 73 | | | | |
| Female sex | 705 (46.9) | 542 (42.4) | | | | |
| Current smoker | 148 (9.8) | 124 (9.7) | | | | |
| History of hypertension | 513 (34.1) | 413 (32.3) | | | | |
| History of diabetes | 142 (9.4) | 137 (10.7) | | | | |
| History of hypercholesterolemia | 324 (21.6) | 288 (22.5) | | | | |
| History of at least one risk factor for coronary disease | 824 (54.8) | 696 (54.5) | | | | |
| History of a CV event* | 182 (12.1) | 162 (12.7) | | | | |

*Patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.

bined across rofecoxib phase IIb through V trials to assess the relative risk of CV thrombotic events among patients randomized to rofecoxib compared with those randomized to placebo, the nonselective NSAIDs studied that lacked potent or sustained inhibition of platelet function (diclofenac, ibuprofen, and nabumetone), or naproxen, an NSAID with near-complete inhibition of platelet function throughout its dosing interval.

## Methods

### Selection of Trials

The data for this pooled analysis were derived from all rofecoxib Phase IIb through V trials conducted by Merck that lasted at least 4 weeks. All such trials included comparative data between rofecoxib and nonselective NSAIDs, rofecoxib and placebo, or both. Studies performed in healthy volunteers or in which rofecoxib was compared with celecoxib were excluded. Data from treatment periods using doses of rofecoxib <12.5 mg (subtherapeutic doses) were excluded

M000569916

TABLE 3.   Pooled Analysis of APTC End Point: Rofecoxib Relative to Placebo

| Indication for Treatment | Rofecoxib | | Placebo | | |
| --- | --- | --- | --- | --- | --- |
| | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Rheumatoid arthritis | 1622 | 3/337 (0.89) | 989 | 1/201 (0.50) | 1.78 (0.14, 9.37) |
| Osteoarthritis | 3165 | 12/655 (1.83) | 1215 | 3/232 (1.30) | 1.53 (0.43, 5.44) |
| Alzheimer's/low back pain | 1503 | 18/1197 (1.50) | 1278 | 28/1246 (2.25) | 0.68 (0.37, 1.23) |
| Total | 6290 | 33/2189 (1.51) | 3482 | 32/1678 (1.91) | 0.84 (0.51, 1.36) |

*Rate=APTC events per 100 patient-years at risk.

from analysis; doses ≥12.5 mg were combined for analysis. The studies included in this pooled analysis were all trials completed and unblinded in early September 2000, as well as 2 ongoing trials in Alzheimer's patients. Interim data from the 2 Alzheimer's studies were included using a cutoff of September 15, 2000. Table 1 shows the complete list of studies included in the pooled analysis. Appropriate local Institutional Review Boards approved all studies.

### Antiplatelet Trialists' Collaboration End Point

The outcome measure used was the combined end point defined by the Antiplatelet Trialists' Collaboration (APTC).[12,23] This end point consists of the combined incidence of (1) CV, hemorrhagic, and unknown death; (2) nonfatal MI; and (3) nonfatal stroke. This end point was chosen for this analysis because it is the most common and widely accepted end point used in quantifying the overall CV impact of antithrombotic compounds in clinical trials. All APTC end points were confirmed after a review of case information in a blinded fashion.

After the phase IIb/III osteoarthritis program but before VIGOR, Merck Research Laboratories implemented a CV adjudication standard operating procedure to collect CV data in a uniform manner and to systematically review, in a blinded fashion, all case reports of CV serious adverse experiences. This process was created to improve the diagnostic accuracy of investigator-reported events. Adjudicated data were used for all studies except the phase IIb/III osteoarthritis studies and the phase IIb rheumatoid arthritis dose-finding studies that were implemented before the initiation of the CV standard operating procedure. For those studies in which adjudicated data were unavailable, investigator-reported data were used.

### Statistical Methods

This pooled analysis used individual patient data. All analyses were conducted according to a modified intention-to-treat approach, and adverse experiences were followed until 14 days after either study completion or patient discontinuation. There was no other data censorship. Patients were included in the treatment group to which they were randomized, and patients were included in the analysis if and only if they received at least one dose of study drug. The

duration of follow-up for adverse experiences was 14 days after time of study drug discontinuation.

Patient cohorts randomized to receive rofecoxib doses of 12.5, 25, or 50 mg were combined into the rofecoxib treatment group. The patients who were randomized to receive non-naproxen comparator NSAIDs (which included ibuprofen, diclofenac, and nabumetone) were combined into the non-naproxen NSAID treatment group, whereas patients randomized to receive naproxen were analyzed separately.

The comparisons of primary interest were rofecoxib relative to placebo, rofecoxib relative to other non-naproxen nonselective NSAIDs, and rofecoxib relative to naproxen. Data from patients in a study were included in a comparison if the study included both of the treatments being compared. For example, the analysis comparing rofecoxib with placebo was restricted to studies including both rofecoxib and placebo. Some studies in osteoarthritis and rheumatoid arthritis patients consisted of 2 parts. In part I, patients were randomized to receive rofecoxib, placebo, or nonselective NSAIDs. In part II extensions, treatment assignments remained double-blinded, but placebo patients were reassigned to active treatments (either rofecoxib or a nonselective NSAID) while other patients continued their previous therapy. The rofecoxib relative to placebo pooled analysis included only data from part I. Comparisons of rofecoxib with naproxen and with other nonselective NSAIDs included data from parts I and II from patients who did not switch treatments and included only part II data from placebo patients who switched to blinded active treatment. For the latter patients, time to an APTC event or censoring was measured from the date of the switch to the part II therapy.

Cox proportional hazards models were used to evaluate the effect of rofecoxib relative to the various comparators for the APTC end point. Heterogeneity among the blocks formed by indications for therapies was examined. If no significant heterogeneity was found ($P>0.05$), then a Cox model using treatment as the explanatory variable and therapy indications (block) as a stratification variable provided estimates of relative risk and 95% confidence intervals (CIs) of APTC events for the comparisons.

To evaluate the difference in relative risk between comparisons to naproxen and comparisons to other nonselective NSAIDs, the

TABLE 4.   Pooled Analysis of APTC End Point: Rofecoxib Relative to Non-Naproxen NSAIDs

| Indication for Treatment | Rofecoxib | | Non-Naproxen NSAIDs | | |
| --- | --- | --- | --- | --- | --- |
| | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Rheumatoid arthritis | 0 | ... | 0 | ... | ... |
| Osteoarthritis | 4549 | 21/1934 (1.09) | 2755 | 14/984 (1.42) | 0.79 (0.40, 1.55) |
| Alzheimer's/low back pain | 0 | ... | 0 | ... | ... |
| Total | 4549 | 21/1934 (1.09) | 2755 | 14/984 (1.42) | 0.79 (0.40, 1.55) |

*Rate=APTC events per 100 patient-years at risk.

M00069819

TABLE 5.   Pooled Analysis of APTC End Point: Rofecoxib Relative to Naproxen

| Indication for Treatment | Rofecoxib | | Naproxen | | |
|---|---|---|---|---|---|
| | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Rheumatoid arthritis | 6057 | 46/3947 (1.17) | 4859 | 20/3078 (0.65) | 1.74 (1.02, 2.96) |
| Osteoarthritis | 3026 | 11/675 (1.63) | 3011 | 7/665 (1.05) | 1.55 (0.60, 4.00) |
| Alzheimer's/low back pain | 0 | ... | 0 | ... | ... |
| Total | 9083 | 57/4622 (1.23) | 7870 | 27/3742 (0.72) | 1.69 (1.07, 2.69) |

*Rate=APTC events per 100 patient-years at risk.

interaction between treatment effect and naproxen/other nonselective NSAID trial effect was examined.

Relative risk estimates within blocks were obtained from a Cox model with treatment as the explanatory variable when the total number of patients with events was at least 11. When there were <11 cases, relative risk and the 95% CI were based on the ratio of event rates.[24] Blocks instead of studies were used as strata for the estimated relative risks because many studies had few or no events.

The proportional hazards assumptions for each comparison (rofecoxib versus naproxen, rofecoxib versus non-naproxen NSAIDs, and rofecoxib versus placebo) were tested by including the factor treatment×log(time) in the individual models; non-significance ($P>0.05$) of this factor implies proportionality, ie, constancy of treatment effect over time. In each of the 3 models, the proportional hazard assumption was met, implying that the relative risk was constant over time. Event rates were summarized by number of events per 100 person-years (equivalent to percent per year). The relative risk ratio was used to estimate the comparative effects between treatment groups.

## Results

### Primary Analysis

More than 28 000 patients in 23 studies (osteoarthritis, rheumatoid arthritis, Alzheimer's, and chronic low back pain trials) representing >14 000 patient-years at risk were included in the analysis. Table 1 summarizes the individual studies/groups of studies, and Table 2 shows the baseline characteristics of population included in the pooled analysis. Groups being compared were balanced with respect to the characteristics in Table 2.

As shown in Table 3, the relative risk for an APTC end point was 0.84 (95% CI: 0.51, 1.38) when comparing rofecoxib (n=6290 patients) relative to placebo (n=3482 patients). No significant heterogeneity was seen across indications ($P=0.381$). Placebo was given for a limited duration in osteoarthritis, rheumatoid arthritis, and chronic low back pain studies, so the majority of the patient years at risk were attributable to Alzheimer's patients. The Alzheimer's patients were older (95% were ≥65 years, and 55% were ≥75 years), and the majority were male.

As shown in Table 4, the relative risk for an APTC end point was 0.79 (95% CI: 0.40, 1.55) when comparing rofecoxib (n=4549 patients) relative to non-naproxen NSAIDs (n=2755 patients). However, non-naproxen NSAIDs were studied only in osteoarthritis patients; no trials with non-naproxen NSAID comparators were conducted in patients with rheumatoid arthritis, Alzheimer's disease, or chronic lower back pain. Among the various osteoarthritis studies, the

data all trended in the same direction. Given the low event rates and the limited patient-years of therapy, comparisons among the different individual NSAIDs were not possible.

As shown in Table 5, the relative risk for an APTC end point was 1.69 (95% CI: 1.07, 2.69) when comparing rofecoxib (n=9083 patients) relative to naproxen (n=7870). Rheumatoid arthritis patients (n=10 916 patients), especially from VIGOR (n=8076 patients), provided the vast majority of patient years for this comparison. Although the overall results are driven by VIGOR, the osteoarthritis data trended in the same direction. Test of homogeneity across indications showed no evidence of difference in relative risk ($P=0.834$).

The difference in treatment effects between the comparisons of rofecoxib relative to non-naproxen NSAIDs and rofecoxib relative to naproxen approached statistical significance ($P=0.057$).

Table 6 summarizes the APTC events by type of event. The incidence of hemorrhagic deaths and hemorrhagic strokes was quite low (5 total events). Exclusion of these events did not change the conclusions of the primary analysis. The overall rates of APTC events were markedly lower in the naproxen group compared with any other treatment group. In comparison with the overall population, those with APTC events were more likely to be >65 years of age, male, and have a history of at least one risk factor for coronary artery disease. Approximately one third of the patients who had an APTC event had a prior history of a CV event (defined as a past medical history of cerebrovascular accident, transient ischemic attack, MI, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention).

### Additional Analyses

After the pooled analysis combined studies of varying duration and rofecoxib dosages, a series of additional analyses were undertaken.

To ensure that studies of short duration did not unduly influence the results, the pooled analysis was repeated using studies ≥6 month in duration. The results are consistent with the primary analyses (Figures 1 and 2).

We attempted to examine APTC events by dose of rofecoxib across all studies. Because only one small trial compared all 3 doses, we separately examined those studies in which patients were randomized to either 12.5 or 25 mg (analysis 1) and those studies in which patients were random-

M000668920

TABLE 6.  Summary of APTC End Points by Type of Event

| APTC Events | Rofecoxib Relative to Placebo | | Rofecoxib Relative to Non-Naproxen NSAIDs | | Rofecoxib Relative to Naproxen | |
|---|---|---|---|---|---|---|
| | Rofecoxib (n=6290) | Placebo (n=3482) | Rofecoxib (n=4549) | Non-Naproxen NSAIDs (n=2755)* | Rofecoxib (n=9083)* | Naproxen (n=7670) |
| Patients with events | 33 (0.52) | 32 (0.92) | 21 (0.46) | 14 (0.51) | 57 (0.63) | 27 (0.34) |
| Total CV, hemorrhagic, and unknown deaths | 9 (0.14) | 4 (0.11) | 1 (0.02) | 5 (0.18) | 12 (0.13) | 7 (0.09) |
| Fatal MI | 3 (0.05) | 0 (0.00) | 0 (0.00) | 4 (0.15) | 8 (0.09) | 4 (0.05) |
| Fatal stroke | 0 (0.00) | 0 (0.00) | 0 (0.00) | 1 (0.04) | 1 (0.01)† | 2 (0.03)† |
| Non-central nervous system hemorrhagic deaths | 0 (0.00) | 1 (0.02)‡ | 0 (0.00) | 0 (0.00) | 2 (0.02)§ | 0 (0.00) |
| Sudden/unknown cause of death | 6 (0.09) | 3 (0.09) | 1 (0.00) | 0 (0.00) | 1 (0.01) | 1 (0.01) |
| Nonfatal cardiac events|| | 16 (0.25) | 13 (0.37) | 13 (0.29) | 7 (0.25) | 29 (0.32) | 6 (0.08) |
| Nonfatal cerebrovascular events¶ | 8 (0.13) | 15 (0.43) | 7 (0.15) | 2 (0.11) | 17 (0.19)# | 14 (0.18) |

Values are n (%).
*One patient in this group had 2 events: an MI and a stroke.
†One confirmed hemorrhagic stroke occurred in both the rofecoxib and naproxen groups.
‡One patient had a ruptured aortic aneurysm.
§One patient had arterial rupture, and one patient had an unspecified hemorrhage (suspected upper GI bleed).
||This category includes patients with the following diagnoses: MI and resuscitated cardiac arrest.
¶This category includes patients with the following diagnoses: carotid artery obstruction, cerebrovascular accident, ischemic cerebrovascular stroke, lacunar infarct, and hemorrhagic stroke.
#Two confirmed nonfatal hemorrhagic strokes occurred in the rofecoxib group.

ized to either 25 or 50 mg (analysis 2). Table 7 summarizes these 2 analyses. Consistent with the small number of events, the individual point estimates of risk associated with each dose vary widely and do so in an inconsistent way. The relative risk for 25 mg of rofecoxib varied from 0.30 to 1.16. Rofecoxib 25 mg was associated with an ≈2-fold lower risk of APTC events than either the 12.5 mg or 50 mg dose.

The pooled analysis was repeated in the subgroup of patients at high risk for CV thrombotic events. This group was defined as those with either ≥2 major risk factors for coronary artery disease (current smoker, history of diabetes, history of hypertension, and/or history of hypercholesterolemia) or with a prior history of a CV thrombotic event. The relative risk for an APTC end point was 1.04 (95% CI: 0.51, 2.12) when comparing rofecoxib (n= 1306 patients) relative to placebo (n=728 patients), 0.96 (95% CI: 0.40, 2.29) when comparing rofecoxib (n=1021 patients) relative to non-naproxen NSAIDs (n=631 patients), and 1.88 (95% CI: 0.93, 3.81) when comparing rofecoxib (n=1700 patients) relative to naproxen (n=1460 patients). Although limited by a small number of events, the results are consistent with the primary analysis.

## Discussion

The primary objective of this analysis was to assess whether rofecoxib was associated with an excess of CV events. There was no evidence that rofecoxib was associated with excess CV events compared with either placebo or non-naproxen NSAIDs. Specifically, >28 000 patients in 23 studies (osteoarthritis, rheumatoid arthritis, Alzheimer's, and chronic low back pain trials) representing >14 000 patient-years at risk were analyzed for differences in CV thrombotic event rates

using the APTC combined end point. The relative risk for an APTC end point was 0.84 (95% CI: 0.51, 1.38) when comparing rofecoxib with placebo, 0.79 (95% CI: 0.40, 1.55) when comparing rofecoxib with the studied non-naproxen NSAIDs, and 1.69 (95% CI: 1.07, 2.69) when comparing rofecoxib with naproxen. The results were essentially unchanged when the analysis was limited to studies with a duration ≥6 months.

Most importantly, the results of the rofecoxib relative to placebo comparison demonstrated a comparable risk of APTC events in both groups. Because placebo was given for a limited duration in the osteoarthritis, rheumatoid arthritis, and chronic low back pain studies, the majority of patient-years came from the Alzheimer's trials, whose populations included predominantly elderly, male patients. These data, which were obtained from studies directly comparing rofecoxib and placebo, are most reassuring that there is no evidence for any increased risk of CV thrombotic events with rofecoxib. The results of the rofecoxib relative to non-naproxen NSAID comparison also demonstrated comparable risks of APTC events in both groups. However, non-naproxen NSAIDs were only studied in osteoarthritis patients, and there were insufficient data to differentiate the effects of the individual NSAIDs studied.

The available data indicate that naproxen was different than other NSAIDs and was associated with a decreased risk of CV events relative to rofecoxib. Overall, the results of the rofecoxib relative to naproxen comparison was driven primarily by the VIGOR trial because of the trial's size and long duration of follow-up. The limited osteoarthritis naproxen comparator data also trended in the same direction as the VIGOR results. Among the trials in the rofecoxib



Figure 1. Relative risk (95% CI) of the APTC end point for rofecoxib relative to placebo, non-naproxen NSAIDs, and naproxen in the entire population studied. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.



Figure 2. Relative risk (95% CI) of the APTC end point for rofecoxib relative to placebo, non-naproxen NSAIDs, and naproxen in studies ≥6 months in duration. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.

development program, only VIGOR found a significant difference between rofecoxib and a comparator NSAID in the risk for the development of CV thrombotic events.[10] In VIGOR, the rate of CV thrombotic events in the naproxen and rofecoxib groups diverged significantly (0.70 versus 1.67 patients with events per 100 patient-years, respectively). Although the magnitude of this difference was not anticipated, it was recognized that naproxen, when used as doses of 500 mg twice daily, would have antiplatelet effects similar to those reported for aspirin (that is, near-maximal inhibition of platelet aggregation sustained throughout its dosing interval[18,25]) and, therefore, might confer some cardioprotective benefit. Although the data are suggestive, neither the VIGOR results nor the current analysis provide sufficient evidence to establish the potential cardioprotective benefits of naproxen. Therefore, patients at risk for CV thrombotic events who are prescribed a COX-2 inhibitor or an NSAID should receive appropriate antiplatelet therapy as clinically indicated.

Despite the lack of definitive, prospective studies designed to assess the cardioprotective effects of NSAIDs, there is evidence from several small clinical trials that strongly suggests that flurbiprofen and indobufen, both potent inhibitors of platelet-derived thromboxane, may be cardioprotec-

tive.[15–17] Flurbiprofen produced a 70% reduction in the rate of reinfarction, compared with placebo, among patients in whom an acute MI was successfully treated with thrombolysis, angioplasty, or both.[15] In ex vivo studies, indobufen has been associated with ≈90% inhibition of platelet thromboxane generation throughout its dosing interval.[17] Clinical trials have demonstrated the efficacy of oral indobufen in the secondary prevention of thromboembolic complications in patients with atrial fibrillation, in the prevention of graft occlusion after coronary artery bypass graft surgery and in the treatment of intermittent claudication.[17] In contrast to naproxen and indobufen, the NSAID comparators used in the rofecoxib osteoarthritis phase IIb/III clinical trials program (ibuprofen, diclofenac, and nabumetone) all have less pronounced and/or less sustained antiplatelet effects through their dosing interval.[18]

We chose the APTC end point as our outcome measure because it is a widely accepted indicator of the overall CV impact of antithrombotic compounds evaluated in clinical trials. This end point summarizes the morbid and fatal CV sequelae of atherosclerosis, as well as the fatal hemorrhagic sequelae that may accompany therapy with antiplatelet agents.[12,23] The use of this combined end point helped ensure

**TABLE 7.   Rofecoxib Dose Comparisons**

| | Rofecoxib | | | Comparator—All NSAIDs | | |
|---|---|---|---|---|---|---|
| | Dose | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | No. of Patients | APTC Events/ Patient-Years at Risk (Rate)* | Relative Risk (95% CI) |
| Analysis 1: | 12.5 mg | 638 | 6/503 (1.19) | 590 | 9/484 (1.86) | 0.65 (0.23, 1.82) |
| 12.5 mg and 25 mg | 25 mg | 673 | 3/537 (0.56) | 590 | 9/484 (1.86) | 0.30 (0.08, 1.12) |
| Analysis 2: | 25 mg | 1513 | 6/928 (0.65) | 1079 | 3/538 (0.56) | 1.16 (0.25, 7.18) |
| 25 mg and 50 mg | 50 mg | 1378 | 11/846 (1.30) | 1079 | 3/538 (0.56) | 2.08 (0.57, 7.51) |

*Rate=APTC events per 100 patient-years at risk.

consistency between trials that used adjudicated data and those that used investigator-reported data. In the rofecoxib clinical trials program, investigator-reported events and adjudicated clinical trials program, investigator-reported events and adjudicated clinical events were consistent for certain diagnoses (eg, MI and stroke) but were less consistent for other diagnoses (eg, unstable angina and transient ischemic attacks). The use of the APTC end point, which included all fatal hemorrhagic sequelae, could have introduced a potential bias favoring rofecoxib relative to the nonselective NSAIDs, because rofecoxib has been shown to reduce gastrointestinal bleeds. However, this bias would have been against rofecoxib in the comparison with placebo, because despite a reduced risk of gastrointestinal toxicity relative to that of nonselective NSAIDs, this risk is not completely eliminated.[6,10] However, the incidence of bleeding deaths and hemorrhagic strokes was quite low (5 total events). Exclusion of these events did not change the conclusions of the primary analysis.

Both nonselective NSAIDs and selective COX-2 inhibitors have dose-dependent renal-based side effects that include mild elevations in blood pressure.[26] The absence of an excess risk of rofecoxib relative to placebo argues against blood pressure elevation as an important factor in the current analysis. Within VIGOR, CV event rates and relative risks were analyzed within groups stratified by change from baseline blood pressure. An association between CV events and blood pressure changes was not observed.

As noted, our analysis provides no evidence that rofecoxib was associated with excess CV events compared with placebo, nor was their evidence of an increased risk of such events relative to the non-naproxen NSAIDs that were studied. However, the rofecoxib development program did not study all possible NSAID comparators and all possible doses in all disease states. Additional analyses were conducted to assess the influence of study duration and dose on APTC event rates. Comparison of relative risks across individual doses failed to demonstrate a consistent dose effect. Although no dose relationship was found, these analyses suffered from limited patient-years of exposure, few APTC events, and point estimates associated with extremely wide confidence intervals for some of the comparisons.

The placebo comparison data provided the strongest evidence available to date that the partial inhibition of systemic prostacyclin synthesis observed with COX-2 inhibitors[11,19-21] does not seem to result in an increased risk of CV thrombotic events. However, it is possible that a shift in the prostacyclin/thromboxane balance might have physiological importance in some patients at high risk for CV thrombotic events, such as those predisposed to thrombotic events or those with accelerated atherosclerotic disease.[11,21] In a subgroup analysis restricted to those with either ≥2 major risk factors for coronary artery disease or a history of a prior CV event, the results were consistent with those of the primary analysis.

The strength of the present analyses was the pooling of individual patient level data from randomized trials that included both rofecoxib and the respective comparators in the same trial. This type of combined analysis with pooled individual patient data is preferable to comparing absolute rates across different studies. The latter method was used by Mukherjee and colleagues[27] in a recently published article that raised concerns about the CV safety profile of COX-2 inhibitors. Specifically, they compared rates of CV thrombotic events in 4 rofecoxib and celecoxib trials to a "placebo group" from a meta-analysis of patients who had participated in aspirin primary prevention trials.[28] Comparing absolute event rates across different studies in this manner is hazardous and considerably less reliable than a prospective, randomized comparison and assumes similar CV risks in the underlying populations, as well as similarity in ascertainment of study end points. The large variability in MI event rates seen within the trials comprising the aspirin primary prevention meta-analysis[28] raises statistical concerns about using this type of calculated MI event rate as a placebo group outside the original meta-analysis. Furthermore, the annualized event rates reported for rofecoxib (0.74%) and for celecoxib (0.80%) fall well within the range of event rates for the trials comprising the aspirin meta-analysis referenced by Mukherjee et al[27] (0.36% to 1.33%). It is thus difficult to draw any conclusions from that article.

## Conclusions

Data from >28 000 patients in 23 studies representing >14 000 patient-years at risk demonstrated that rofecoxib was not associated with excess CV thrombotic events compared with either placebo or non-naproxen NSAIDs. The data suggest, but are insufficient to ascertain, the cardioprotective benefits of naproxen.

## Acknowledgments

The authors would like to acknowledge the assistance of Qinfen Yu in the data analysis and Diana Rodgers in the preparation of the manuscript.

## References

1. Brooks P, Emery P, Evans JF, et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclo-oxygenase-2. *Rheumatology.* 1999;39:779–788.
2. Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. *Clin Pharmacol Ther.* 1999;65:336–347.
3. Depre M, Ehrich E, Van Hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib. *Eur J Clin Pharmacol.* 2000;56:67–74.
4. Lanza FL, Rack ML, Simon TJ, et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. *Aliment Pharmacol Ther.* 1999;13: 761–767.
5. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a COX-2 specific inhibitor, to ibuprofen on the gastroduodenal mucosa of osteoarthritis patients. *Gastroenterology.* 1999;117:776–783.
6. Langman MJ, et al. Incidence of upper gastrointestinal perforations, symptomatic ulcers, bleeding (PUBs): rofecoxib compared to NSAIDs *JAMA.* 1999;282:1929–1933.
7. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, controlled, double-blind, placebo-controlled trial. *Arthritis Rheum.* 2000;43: 370–377.
8. Sigthorsson G, Crane R, Simon T, et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects. *Gut.* In press.
9. Hunt RH, Bowen B, Mortensen ER, et al. Fecal blood loss after specific inhibition of cyclo-oxygenase-2: treatment with rofecoxib compared with ibuprofen and placebo in healthy subjects. *Am J Med.* In press.

M000669923

10. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Eng J Med.* 2000;343:1520–1528.
11. Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. *Am J Med.* 2001;110:28S–32S.
12. Antiplatelet Trialists Collaboration. Collaborative overview of randomized trials of antiplatelet therapy, I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. *BMJ.* 1994;308:81–106.
13. Patrono C, Ciabattoni G, Patrignani P, et al. Clinical pharmacology of platelet cyclooxygenase inhibition. *Circulation.* 1985;72:1177–1184.
14. Patrono C, Coller B, Dalen J, et al. Platelet-active drugs: the relationship among dose, effectiveness, and side effects. *Chest.* 1998;114:470S–488S.
15. Brochier ML. Evaluation of flubiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. *Eur Heart J.* 1993;14:951–957.
16. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease: a randomized, placebo-controlled, double-blind study. *Circulation.* 1993;87: 162–164.
17. Bhana N, McClellan K, Indobufen. An updated review of its use in the management of atherothrombosis. *Drugs Aging.* 2001;18:369–388.
18. Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol.* 2000;40: 1109–1120.
19. McAdam BF, Catella-Lawson F, Mardini IA, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of

selective inhibitors of COX-2 (erratum appears in *Proc Natl Acad Sci U S A.* 1999;96:5890). *Proc Natl Acad Sci U S A.* 1999;96:272–277.
20. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther.* 1999;289:735–741.
21. Crofford LJ, Oates JC, McCune W, et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: a report of four cases. *Arthritis Rheum.* 2000;43:1891.
22. Reicin AS, Shapiro D, Sperling RS, et al. Comparison of the frequency of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib vs. non-selective non-steroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol.* In press.
23. Antiplatelet Trialists' Collaboration. Secondary prevention of vascular disease by prolonged antiplatelet treatment. *BMJ.* 1998;296:320–331.
24. Guess HA, Thomas JE. A rapidly converging algorithm for exact binomial confidence intervals about the relative risk in follow-up studies with stratified incidence-density data. *Epidemiology.* 1990;1:75–77.
25. Shah AA, Thjodleifsson B, Murray FE, et al. Selective inhibition of COX-2 in humans is associated with less gastrointestinal injury: a comparison of nimesulide and naproxen. *Gut.* 2001;48:339–346.
26. Brater DC, Harris C, Redfern JS, et al. Renal effects of COX-2 selective inhibitors. *Am J Nephrol.* 2001;21:1–15.
27. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 2001;286:954–959.
28. Sanmuganathan PS, Ghahramani P, Jackson PR, et al. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived form meta-analysis of randomized trials. *Heart.* 2001;85:256–271.

M000668924

**Exhibit D - Mikola Deposition Excerpts**

• Cleland Reply

[1:] - [1:25]          4/25/2006      Mikola, Michael

```
page 1
    0001
1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
2
3
4        IN RE:  VIOXX                 * MDL Docket No. 1657
         PRODUCTS LIABILITY            *
5        LITIGATION                    * Section L
                                       *
6        THIS DOCUMENT RELATES TO:  * Judge Fallon
         GERALD BARNETT v. MERCK     * Mag. Judge Knowles
7
           ****************************
8
9
10       VIDEOTAPE
         DEPOSITION OF:MICHAEL MIKOLA, MD
11
         DATE:         April 25, 2006
12
         TIME:         8:27 AM
13
         LOCATION:     Law Offices of
14                     Motley Rice, LLC
                       28 Bridgeside Boulevard
15                     Mt. Pleasant, SC
16       TAKEN BY:     Counsel for Plaintiff
17       REPORTED BY:  TERRI L. BRUSSEAU,
                       Registered Professional
18                     Reporter, CP, CRR
19
20
21            GOLKOW LITIGATION TECHNOLOGIES
22             Four Penn Center, Suite 1210
               1600 John F. Kennedy Blvd.
23             Philadelphia, PA 19103
                   877.DEPS.USA
24
25
```

[322:21] - [333:15]          4/25/2006      Mikola, Michael

```
page 322
21  BY MR. GOLDMAN:
22        Q.   I've handed you what I've marked as
23  Exhibit 44 --
24        A.   Yes, sir.
25        Q.   -- a package insert that is dated April
page 323
1   of 2002 approved by the Food and Drug
2   Administration, okay?
3         A.   Yes, sir.
4         Q.   When you were prescribing Vioxx to
5   Mr. Barnett in the April 2002 time frame, were you
6   familiar with the risks and benefits of the label
7   that was in existence at the time?
8         A.   Yes, sir.
9         Q.   So you would have been familiar with
10  the information contained in Exhibit 44?
11        A.   Yes, sir.
12        Q.   Do you see that in the right-hand
13  column there's a description of the VIGOR study and
14  it describes the design of the study, right column?
15        A.   Yes, sir.
16        Q.   Then there are study results in the
17  middle of the column, gastrointestinal safety in
18  VIGOR.  Do you see that?
```



Exhibit D - Mikola Deposition Excerpts

▪ Cleland Reply

```
19      A.   Yes, sir.
20      Q.   And under Table 1 there's an indication
21 that says, quote, the risk reduction for PUB's and
22 complicated PUB's for Vioxx compared to Naproxen,
23 approximately 50 percent, was maintained in
24 patients, and then it continues.
25           Do you see that?
page 324
1       A.   Yes, sir.
2       Q.   That's an indication that Vioxx did
3 what it was supposed to do by reducing the number
4 of GI bleeds relative to Naproxen?
5       A.   Yes, sir.
6            MR. WACKER:  Well, it misstates the
7 document.
8  BY MR. GOLDMAN:
9       Q.   And you --
10           MR. WACKER:  And just -- just so that
11 my objection is clear, I don't know that it
12 specifically says GI bleeds.
13           THE WITNESS:  PUB I think is peptic
14 ulcer bleeds.
15 BY MR. GOLDMAN:
16      Q.   Perforations, ulcers, bleeds?
17      A.   Yeah.
18      Q.   What is your understanding of the
19 acronym PUB's?
20      A.   It stands for symptomatic ulcers, upper
21 GI perforation obstruction, major or minor, upper
22 GI bleed.
23      Q.   And did you understand from reading
24 this -- from knowing the VIGOR study while you were
25 prescribing Vioxx to Mr. Barnett before his heart
page 325
1 attack that Vioxx had reduced by 50 percent the
2 number of -- the frequency of PUB's relative to a
3 thousand milligrams of Naproxen?
4       A.   Yes, sir.
5       Q.   And then further down where it says,
6 other safety findings, cardiovascular safety, do
7 you see that it indicates the VIGOR study showed a
8 higher incidence of adjudicated serious
9 cardiovascular thrombotic events in patients
10 treated with Vioxx 50 milligrams once daily as
11 compared to patients treated with Naproxen 500
12 milligrams twice daily?
13      A.   Yes, sir.
14      Q.   You understood that information back in
15 November of 2000 when you read the VIGOR study,
16 right?
17      A.   Yes, sir.
18      Q.   And then you see there's Table 2, which
19 again --
20           MR. WACKER:  I'm sorry, let me just lay
21 a late-founded objection to the last question that
22 that's not -- not what the VIGOR study shows.  That
23 misstates the VIGOR study specifically.
24           MR. GOLDMAN:  Okay.  Well, this is a
25 Food and Drug Administration-approved label and I'm
page 326
1 just reading what it says.
2            MR. WACKER:  Right, but you're --
3  BY MR. GOLDMAN:
4       Q.   Do you see --
5            MR. WACKER:  This is what this says and
6 now you're relating that back to what the VIGOR
7 study said in the Bombardier article and that's not
8 what it says in the Bombardier article.  It never
9 says there was a significant --
10           MR. GOLDMAN:  Can you just make your
11 objection and not a speech, please?
12           MR. WACKER:  Well, I want the record to
```

Exhibit D - Mikola Deposition Excerpts

• Cleland Reply

13  be clear.
14           MR. GOLDMAN:  Okay.  You can clear that
15  up.
16  BY MR. GOLDMAN:
17      Q.   Do you see Table 2 in the bottom of the
18  right-hand corner, VIGOR summary of patients with
19  serious cardiovascular thrombotic adverse events
20  over time?  Do you see that?
21      A.   Yes, sir.
22      Q.   And that, again, is the same
23  information we just had in the dear healthcare
24  professional letter where there's a 45-to-19
25  numerical difference in serious cardiovascular
page 327
1   thrombotic events at ten-and-a-half months between
2   Vioxx 50 milligrams and Naproxen a thousand
3   milligrams?
4       A.   Yes, sir.
5       Q.   And then if you look on the next page
6   where it says, Table 3, serious cardiovascular
7   thrombotic adverse events, in the middle of that
8   table, do you see that under cardiac events, if you
9   look at nonfatal MI, the label indicates that there
10  were 18 events on Vioxx 50 milligrams and 4 on
11  Naproxen thousand milligrams?
12      A.   Yes, sir.
13      Q.   And that's a four to five times
14  difference?
15      A.   Yes, sir, four-and-a-half times
16  difference.
17      Q.   And you understood in April of 2002
18  that -- that there was a four to five times
19  difference in the number of heart attacks between
20  Vioxx and Naproxen for this dosage?
21      A.   Yes, sir.
22      Q.   And then if you look in the precautions
23  section -- so that -- those tables were on the
24  front page and the top of the second page of the
25  label and that's information that you read back in
page 328
1   April of 2002, right?
2       A.   This came out April 2002?
3       Q.   Yeah.
4       A.   Yes, sir.
5       Q.   And if you look on the right-hand
6   column under precautions under cardiovascular
7   effects, the information below should be taken into
8   consideration and caution should be exercised when
9   Vioxx is used in patients with a medical history of
10  ischemic heart disease and then it continues to
11  describe the VIGOR study.
12           Do you see that?
13      A.   Not yet.
14      Q.   Right-hand column under precautions,
15  cardiovascular effects.
16      A.   Oh, yes, sir.
17      Q.   Do you see the sentence, the
18  information below should be taken into
19  consideration and caution should be exercised when
20  Vioxx is used in patients with a medical history of
21  ischemic heart disease?  Do you see that?
22      A.   Yes, sir.
23      Q.   But this is, I think, really important
24  as well, sir, that I want to ask you about.
25           MR. WACKER:  Objection, strike the
page 329
1   commentary.
2   BY MR. GOLDMAN:
3       Q.   Do you see how in that next paragraph,
4   there is a description of the number of serious
5   cardiovascular thrombotic events that says that the
6   number of serious cardiovascular thrombotic events

Exhibit D - Mikola Deposition Excerpts

• Cleland Reply

```
7    was significantly higher in patients treated with
8    Vioxx versus Naproxen?  Do you see that?
9         A.   I don't find that yet.
10        Q.   Okay.  It's the second sentence --
11   actually, it's in the first sentence of the second
12   paragraph under cardiovascular effects.  It says,
13   in VIGOR, and it describes it.
14        A.   Yes, sir.
15        Q.   And after the comma, it says, the risk
16   of developing a serious cardiovascular thrombotic
17   event was significantly higher in patients treated
18   with Vioxx 50 milligrams once a day as compared to
19   patients treated with Naproxen 500 milligrams twice
20   a day.  Do you see that?
21        A.   Yes, sir.
22        Q.   And then further down, it says, in a
23   placebo-controlled database derived from two
24   studies with a total of 2,142 elderly patients,
25   mean age 75 with a median duration of exposure of
page 330
1    approximately 14 months, the number of patients
2    with serious cardiovascular thrombotic events was
3    21 versus 35 for patients treated with Vioxx 25
4    milligrams once daily, versus placebo.
5         A.   Yes, sir.
6         Q.   What's the significance of that to you?
7         A.   I would have to know the P value to
8    know if it was statistically significant, but I
9    could state that in that data, there were less
10   cardiovascular events in patients on Vioxx 25
11   milligrams than on placebo.
12        Q.   And knowing that back in April of 2002,
13   why was that significant to you?
14        A.   Well, comparing that to the VIGOR
15   trial, and it's not always valid to compare one
16   trial to the other due to a number of variables, it
17   seemed to indicate that at least in elderly
18   patients, 25-milligram dose of Vioxx daily for I
19   think up to nine months did not increase their risk
20   of vascular -- of major cardiovascular events.
21        Q.   And when you have results in a
22   placebo-controlled environment like they're
23   describing here and there is no difference between
24   Vioxx and placebo concerning serious cardiovascular
25   thrombotic events, that would suggest that there is
page 331
1    no increase in risk associated with Vioxx, correct?
2         A.   That would suggest that there's no
3    increased risk, yes, sir.
4         Q.   And it was your understanding back in
5    April of 2002 that the positive results of the
6    placebo-controlled studies, in other words, that
7    Vioxx did not increase cardiovascular events,
8    supported the interpretation of VIGOR that Naproxen
9    was cardioprotective and not that Vioxx was causing
10   heart attacks?
11             MR. WACKER:  Objection, calls for
12   expert testimony beyond the scope.  It also
13   misstates the evidence.  It doesn't say
14   placebo-controlled studies.  It says a database
15   that apparently Merck selected.
16             THE WITNESS:  You're asking me if --
17   you're going back to the VIGOR trial and asking me
18   if my interpretation --
19   BY MR. GOLDMAN:
20        Q.   I'll ask it differently.
21        A.   Okay.
22        Q.   To you as a prescribing physician when
23   you were prescribing Vioxx to Mr. Barnett before
24   his heart attack, was the most important clinical
25   trial evidence concerning heart attack risk
page 332
```

### Exhibit D - Mikola Deposition Excerpts

**• Cleland Reply**

```
 1    evidence that would be generated in
 2    placebo-controlled studies?
 3           A.    I think conclusions drawn from
 4    placebo-controlled studies are easier to interpret
 5    cause and effect and probably more generalizable
 6    when you're looking at safety and efficacy.
 7           Q.    And when you say they are more -- well,
 8    you say that placebo-controlled studies are easier
 9    to interpret cause and effect and probably more
10    generally able to --
11           A.    Generalizable.
12           Q.    I couldn't --
13           A.    I don't know if that's a word, but --
14           Q.    Let me ask the question.
15           A.    Okay.
16           Q.    When you say that placebo-controlled
17    studies are easier to interpret cause and effect
18    and probably more generalizable to safety and
19    efficacy, what do you mean?
20           A.    That means that there are less
21    potentially-confounding variables when you look at
22    the results of the study if a drug is compared to
23    placebo versus a drug that's compared to another
24    drug because the adverse or beneficial effects of
25    the other drug also have to be taken into
page 333
 1    consideration.   And it varies dramatically between
 2    different patient populations, the way the study's
 3    set up, the way the questions are asked.   It
 4    induces a lot more variability into interpreting
 5    the outcomes.
 6           Q.    If you skip down to the next sentence,
 7    the significance of the cardiovascular findings
 8    from these three studies, VIGOR and two
 9    placebo-controlled studies, is unknown.
10           Do you see that?
11           A.    Not yet.   I'll find it, though.   Yes,
12    sir.
13           Q.    That was information you knew in April
14    of 2002, right?
15           A.    Yes, sir.
```

**[414:1] - [414:21]**    4/25/2006    Mikola, Michael

```
page 414
 1                  CERTIFICATE OF REPORTER
 2         I, Terri L. Brusseau, Registered
 3    Professional Reporter and Notary Public for the
 4    State of South Carolina at Large, do hereby certify
 5    that the foregoing transcript is a true, accurate,
 6    and complete record.
 7         I further certify that I am neither related
 8    to nor counsel for any party to the cause pending
 9    or interested in the events thereof.
10         Witness my hand, I have hereunto affixed my
11    official seal this 1st day of May, 2006 at
12    Charleston, Charleston County, South Carolina.
13
14
15
16                   _____
                     Terri L. Brusseau,
17                   Registered Professional
                     Reporter, CP, CRR
18                   My Commission expires
                     May 7, 2006.
19
20
21
```