UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

MDL No. 1657

SECTION:   L
JUDGE FALLON
MAG. JUDGE KNOWLES

## EXPERT WITNESS REPORT OF JOHN W. FARQUHAR, M.D.

475846.1



EXHIBIT
D

## TABLE OF CONTENTS

Page

I.    BACKGROUND AND QUALIFICATIONS ......................................................... 1

II.   SUMMARY OF OPINIONS ................................................................................ 6

III.  BASIC CARDIOLOGY ....................................................................................... 9

      A.   Function of the Heart and Blood Vessels ................................................... 9

      B.   Risk and Protective Factors for Heart Disease ........................................ 16

      C.   Vioxx Is A Strong Risk Factor for MI and Cardiovascular Disease. ...... 18

IV.   THE EVIDENCE SHOWS THAT VIOXX CAUSES SEVERE CVD,
      ACCORDING TO THE GENERALLY ACCEPTED SCIENTIFIC
      PRINCIPLES OF EPIDEMIOLOGY................................................................. 19

V.    DATA FROM THE MERCK-SPONSORED RANDOMIZED CLINICAL
      TRIALS SHOW EXCESS CV RISK FROM VIOXX USE. ............................... 25

      A.   The APPROVe Study Demonstrates Excessive CV Disease Due
           To Vioxx, When Used At Normal Therapeutic Doses, Among
           Both Low-Risk And High-Risk Patients, For Both Short- And
           Long-Term Use. ........................................................................................ 25

      B.   The Vigor Study Showed Excessive Cardiovascular Disease
           Caused By Vioxx, For Both Short And Long-Term Use. ......................... 43

      C.   The Rheumatoid Arthritis Supplemental Marketing Application
           Studies Support the Conclusion that Vioxx Caused Excess Risk of
           CV Disease ............................................................................................... 51

      D.   The ADVANTAGE Study Showed A Similar Excess Risk Of MI
           For Vioxx Compared To Naproxen, Despite The Brief 12-Week
           Duration Of The Study. ............................................................................ 53

      E.   The VICTOR Study Shows a Statistically Significant Increased
           Risk of Thrombotic Events, With Early Visually Evident
           Separation of the Incidence Curves .......................................................... 55

      F.   ViP Shows Slight Increased Rate of Serious CHD.................................... 57

      G.   Trials Testing Rofecoxib's Effects on Alzheimer's Disease ................... 57

VI.   RCTs SHOW EXCESS RISK OF HYPERTENSION AND EDEMA
      CAUSED BY VIOXX ......................................................................................... 60

      A.   Excess Hypertension and Edema Were Demonstrated in the Vioxx
           Trials Before and After Marketing Compared to Placebo and Other
           NSAIDs..................................................................................................... 60

      B.   Head to Head RCTs of Vioxx v. Celebrex and Naproxen
           Demonstrate Excess Hypertension and Edema in the Vioxx Groups...... 65

## TABLE OF CONTENTS
(continued)

Page

VII.   SUMMARY OF ROFECOXIB'S EFFECTS IN ALL RANDOMIZED
       CLINICAL TRIALS (RCTs)................................................................................ 67

VIII.  EVIDENCE FOR ROFECOXIB'S HARM DERIVED FROM
       OBSERVATIONAL EPIDEMIOLOGY............................................................. 70

       A.   Introduction............................................................................................. 70

       B.   Serious Heart Disease. ........................................................................... 70

       C.   Hypertension, Peripheral Edema and Congestive Heart Failure—
            Three Interrelated Complications ........................................................... 75

       D.   Cerebrovascular Disease (Stroke and TIA) ............................................ 79

       E.   Summary of the Observational Epidemiology Studies............................ 80

IX.    THE CARDIOVASCULAR RISK OF VIOXX BEGINS WHEN THE
       PATIENT STARTS TO TAKE THE DRUG AND PERSISTS
       THROUGHOUT EXPOSURE. ......................................................................... 81

       A.   APPROVe, ADVANTAGE, VICTOR and VIGOR Data Show
            Excess Risk Throughout Exposure to Vioxx, or Promptly after
            Exposure Begins. .................................................................................... 82

       B.   Early Excess Risk Is Biologically Plausible. ........................................... 82

       C.   Hypertension Effects Begin Early and Increases Risk of Events. ........... 84

       D.   Observational Studies Show Early Onset of Excess Risk ....................... 84

X.     THE SIGNAL OF VIOXX CARDIOVASCULAR TOXICITY
       APPEARED BEFORE VIOXX WAS MARKETED ......................................... 85

       A.   Vioxx Caused a Significant Increase in "Chest Pain," Hypertension
            and Edema in Pre-Market Clinical Trials ............................................... 85

       B.   Merck Knew of an Excess of CV Events in the Vioxx Pre-
            Marketing Clinical Trials, Compared to the Placebo Group It
            Chose for Such a Comparison ................................................................. 86

       C.   Merck inappropriately dismissed the importance of the signal. .............. 88

XI.    SUMMARY AND CONCLUSIONS ................................................................. 92

## I.    BACKGROUND AND QUALIFICATIONS

1.    I am a Professor Emeritus (Active) of Medicine at the Stanford University School of Medicine in Stanford, California. I have held the position of Professor of Medicine at Stanford since 1973. I served as an Assistant Professor of Medicine (1962-1966) and an Associate Professor of Medicine (1966-1973) at Stanford. I am also a Professor of Health Research and Policy at Stanford, a position I have held since 1978. A true and correct copy of my curriculum vitae is attached to this Declaration as Exhibit A.

2.    Principal areas of my research, academic and publication interests include epidemiology and cardiovascular risk factors. I was the Director of the Preventive Cardiology Clinic, Stanford Medical Center from 1978 to 1996, and I have been the Co-Director since that time. The Preventive Cardiology Clinic counsels patients on subjects relating to cardiovascular risk, and treats patients who have suffered from cardiovascular illnesses. From 1973 to 1984, I served as the Director, Stanford Heart Disease Prevention Program. I maintained an active clinical cardiology practice for about 40 years, from 1962 to 2001, and I continue to consult with colleagues concerning their patients.

3.    My work on cardiovascular risk factors includes experience in the following positions: Co-Chairman, National Lipid Research Clinic Program, Intervention Committee, 1971-1975; Director, Lipid Research Clinic, Stanford University School of Medicine, 1971-1983; Advisor, Cholesterol Education Program for Physicians (University of California at San Francisco; NHLBI Grant), 1976-1988; Advisor, Citizens for Public Action on Blood Pressure and Cholesterol, 1990-1999; Consultant and Senior Adviser to United States Task Force on Preventive Services, 1984-1990; and Member, Scientific Advisory Committee, Tobacco-Related Disease Research Program, University of California, 1993-1999.

475846.1                                          - 1 -

4. In 1991, I received the National Cholesterol Award for Public Education on the basis of my extensive work on an epidemiologic study of cholesterol and cardiovascular risks, and on methods of reducing such risks by educating citizens on preventive health care. This award was given by the National Cholesterol Education Program (NCEP), an organization established in 1985 by the National Heart, Lung and Blood Institute (NHLBI). NCEP's purpose is to set standards and goals for doctors and patients regarding achievement of healthy cholesterol levels, in order to reduce cardiovascular risk.

5. I received the Charles A. Dana Award for Pioneering Achievement in Health in 1990. The Dana Foundation states that the Award was given "for demonstrating that society's resources of education and persuasion have great potential, as yet barely tapped, for reducing the burden of disease and extending lives."

6. In 2005, I received the Fries Award for Improving Health, granted annually "to that person judged to have most improved the health of the public." This award was given in recognition of my work in the investigation of cardiovascular risk factors and protective factors, methods of educating the public about them, and demonstrating that educational interventions could successfully lower the risks of heart disease.

7. I received my medical degree from the University of California School of Medicine, San Francisco (U.C.S.F.), in 1952. I completed a post-doctoral Fellowship in Cardiology from the United States Public Health Service in 1956-57 at U.C.S.F. In 1968-69, I studied Epidemiology and Medical Statistics at the London School of Hygiene and Tropical Medicine, London, England.

8. I have been a Licentiate of the American Board of Internal Medicine since 1960. I was elected to the National Academy of Sciences - Institute of Medicine in 1978. In 1980, I became a member of the Epidemiology and Prevention

475846.1 - 2 -

Scientific Section of the International Federation and Society of Cardiology. I received the Preventive Cardiology Academic Award of the National Heart, Lung, and Blood Institute, 1989-1994, and the Research Achievement Award of the American Heart Association in 1992.

9.      I am a Fellow of the American Heart Association Council on Epidemiology and Prevention, a position I have held since 1965. From 1969 to 1971, I also was a member of the American Heart Association's Study Section on Physiological Chemistry, representing the Council of Epidemiology. From 1971 to 1975, I was a member of the Epidemiology and Biometry Advisory Committee of the National Heart and Lung Institute. From 1975 to 1978, I was a member of the Executive Committee of the American Heart Association Council on Epidemiology. From 1984 through 1997, I served as the Director of the Stanford Center for Research in Disease Prevention.

10.      Since 1984, I have been a member of the World Health Organization (WHO) Expert Advisory Panel on Cardiovascular Diseases. I have also served as an advisor, and/or member, of numerous other committees devoted to public health and disease prevention, particularly with respect to cardiovascular risk, for various universities and governmental agencies, as fully set forth in my curriculum vitae.

11.      I served as Chair, Advisory Committee, International Heart Health Conference, 1991-1992. From 1993 to 2001, I served as Chair of the Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members). I was also a member of the Advisory Board, First International Conference on Women, Heart Disease and Stroke, in May 2000. In 2001, I became a founding member of the International Heart Health Society.

12.      I am the author or co-author of approximately 200 peer-reviewed articles, predominantly in the fields of epidemiology and cardiovascular risk factors such as cholesterol, hypertension, smoking, and atherosclerosis, which are listed at length in

475846.1                                    - 3 -

the Bibliography section of my curriculum vitae. I am the co-author of a recent book entitled *Diagnosis: Heart Disease* (Norton & Co. 2001), which provides information about prevention and treatment of cardiovascular conditions. I also authored a book entitled *The Last Puff* (Norton & Co. 1990) addressed to the hazards of smoking and benefits of quitting.

13. I received the Joseph Stokes Preventive Cardiology Award from the American Society of Preventive Cardiology and the Annual Ancel Keys Lecture Award from the American Heart Association in 1999 and 2000, respectively. In July 2002, I was invited to address a conference of judges of the Ninth Circuit of the United States on issues relating to cardiovascular health.

14. I was Principal Investigator of the Stanford Five Cities Project, an extended series of community-based studies of the effects of health education in reducing cardiovascular risk factors such as cholesterol, physical inactivity, hypertension and smoking. The Stanford Five Cities Project resulted in numerous peer-reviewed publications reporting on the benefits of education in modifying behaviors, reducing risk factors, and improving cardiovascular health. See, e.g., Farquhar et al., "Effects of Community-Wide Education on Cardiovascular Disease Risk Factors. The Stanford Five Cities Project." Journal of the American Medical Association (JAMA) 1990; 264:359-65. Our project continues to be cited in the medical literature as among the best-known population-based intervention programs and as a model for other efforts to educate about, and to reduce, cardiovascular risk. A substantial portion of my research has involved the study of communication about the risks of heart disease and the ways to prevent it.

15. Dozens of my published articles pertain to various aspects of elevated blood cholesterol, including its effects and methods for its reduction. These include JAMA publications of my work as Principal Investigator for the Lipid Research Clinics Program (LRCP). The LRCP Coronary Primary Prevention Trial was the first

475846.1                                                          - 4 -

study to show that purposeful lowering of cholesterol reduced the incidence of heart attacks among patients who had no prior history of heart attacks and was therefore a means of primary prevention. JAMA 1984; 251:351-64, 365-74.

16.     A second phase of the LRCP trial was an epidemiologic study of the role of plasma lipoproteins in causing coronary disease. This research contributed to understanding the damaging role of LDL (low-density) cholesterol, and the protective role of HDL (high-density) cholesterol. I also co-authored the first published article to show that exercise raised HDL, the so-called "good" cholesterol. This research was another aspect of my career focus on reduction of cardiovascular risk.

17.     The opinions expressed herein are stated to a reasonable degree of medical certainty, based on generally accepted principles of medicine and epidemiology. The materials I relied upon or reviewed in forming these opinions are set forth in Exhibit B, attached. A statement of my prior testimony and rates is attached as Exhibit C. I understand that discovery is continuing, and I may supplement this Report if warranted by information obtained in the future. The terms "Vioxx" and "rofecoxib," its generic name, are used interchangeably in this Report.

## II.     SUMMARY OF OPINIONS

18.     Based upon my review of the literature pertaining to COX-2 inhibitors, as well as my training and experience in the fields of epidemiology and cardiology, it is my opinion that there is a consensus in the scientific community that rofecoxib causes cardiovascular disease (CVD), including heart attacks, strokes, transient ischemic attacks (TIAs), peripheral edema and congestive heart failure. In addition there is full agreement among scientists who have reviewed the evidence that rofecoxib causes high blood pressure (hypertension) that can be severe enough to cause hospitalization. Since hypertension is known to be an important precursor of both heart attack and stroke, this finding on hypertension is critical to understanding how rofecoxib damages the body.

The evidence I present is derived from my examination of research articles on the effects of rofecoxib on CVD and hypertension, as well as FDA reviews and records prepared by Merck. I will first describe the normal and abnormal function of the heart and the epidemiologic principles relevant to the evidence for the harm of rofecoxib, and will then discuss the evidence itself.

19.    Vioxx is a cyclo-oxygenase-2 (COX-2) inhibitor that was sold by Merck in the United States from May 1999 until September 30, 2004, when it was withdrawn from the market because it causes myocardial infarctions (MI) and other serious or fatal cardiovascular diseases.

20.    In the ranking of scientific evidence of causation, the randomized clinical trial (RCT) stands at the top of the hierarchy. An RCT is an experiment in which subjects are randomly divided into two or more treatment groups that are matched for all known, relevant conditions other than exposure to a risk factor such as a drug, so that any differences in outcome are likely to be attributable to the drug exposure. In this case, compelling evidence from multiple RCTs shows that Vioxx causes a wide range of interrelated cardiovascular illnesses, including heart attacks (MI), stroke, congestive heart failure (CHF), hypertension, hypertensive crisis (an extreme and life threatening form of hypertension), peripheral edema (fluid retention and swelling), and renal impairment.

21.    By no later than December 1997, Merck knew that Vioxx caused an imbalance in the levels of chemicals in the body that regulate clotting (platelet aggregation) and the dilation or contraction of blood vessels. In particular, Merck learned that Vioxx reduced the production of prostacycline, which inhibits platelet aggregation, without reducing, and possibly increasing, the level of thromboxane, a chemical that promotes clotting. The imbalance between these chemicals, resulting in an excess of thromboxane, occurs promptly after exposure to Vioxx excess thromboxane, is a biologically plausible and highly likely contributor to the mechanism by which Vioxx

475846.1                                    - 6 -

causes heart attacks and strokes, which result from a clot or "thrombus," that blocks the arteries and prevents blood from providing oxygen to the affected areas of the heart or brain.

22. It is well established that Vioxx causes hypertension, and that hypertension is a cause of MI, CHF, and stroke. RCT data show a statistically significant and substantially elevated relative risk of thrombotic events such as MI and stroke among patients who suffered hypertension adverse events while taking Vioxx. Hypertension increases the rate of MI, stroke and CHF by promoting atherosclerosis, the buildup of plaque which narrows the arteries, and by increasing the shear stress that can rupture a plaque, resulting in a clot that blocks an artery. Hypertension also contributes to weakening the heart muscles' walls, which characterizes CHF, by making the heart pump against increased vascular resistance. It is biologically plausible and highly likely that hypertension contributes to the increased risk of cardiovascular disease among patients exposed to Vioxx, including MI, stroke and CHF.

23. The APPROVe study, terminated in September 2004, was an RCT, which reported a statistically significant increased risk of 2.80 for cardiovascular events, including MI and sudden cardiac death, for patients exposed to standard therapeutic doses of 25 mg Vioxx daily, versus placebo. APPROVe showed an increased risk of cardiovascular disease throughout the period of the study. Merck's position that APPROVe showed no increased risk for the first 18 months is contrary to data in its possession, which it failed to disclose to peer reviewers at the New England Journal of Medicine (NEJM), showing statistically significant increased risk in both the 0-18 month and 19-36 month periods of the study. Merck also failed to present a separate analysis of incidence over time for high-risk patients, despite the NEJM reviewers' request for that analysis, which also shows significant increased risk in both the 0-18 month and 19-36

475846.1                                                                - 7 -

month study periods. It is medically probable that the risk of MI due to Vioxx begins when the patient starts taking Vioxx.

24.     APPROVe also showed statistically significant increased relative risk of 4.61 for CHF, a serious, debilitating and often fatal disease, and the increased risk was evident very early in the study.

25.     As in multiple other RCTs of Vioxx, the APPROVe relative risks would have been even higher if the trial protocols had not excluded most high risk patients, and if not for the early drop-out of subjects who suffered from cardiovascular adverse events such as hypertension and edema, which placed them at higher risk of MI or stroke. In actual clinical practice, such exclusions and discontinuations would not have occurred, resulting in higher relative risks than those demonstrated by APPROVe.

26.     The VIGOR study was an earlier RCT, completed in March 2000, which reported a five times greater risk of MI for Vioxx compared to naproxen, as well as an overall risk of more than double for cardiovascular events, including strokes, in a population of rheumatoid arthritis (RA) patients. VIGOR and the later RA studies of Vioxx reported increased risks of hypertension, edema, and congestive heart failure, consistent with the APPROVe study. There was little or no plausible scientific support for the assertion by Merck that the results of the VIGOR study were due to a hypothesized cardioprotective effect of naproxen, and instead the results were due to the toxicity of Vioxx.

27.     As explained in the following section of this Report, the proper function of the heart and CV system depend on the condition of the arteries and the absence of clotting that prevents blood flow. It is medically probable that the danger of Vioxx arises from its combination of effects in promoting clots and causing hypertension, which damages and narrows the arteries.

475846.1                                                          - 8 -

28.     All patients who took Vioxx probably were at increased risk of MI and CV events. The evidence shows particularly high risks of Vioxx to patients who were most susceptible to a pro-thrombotic, cardiotoxic drug.

## III.   BASIC CARDIOLOGY

### A.   Function of the Heart and Blood Vessels

29.The f   ollowing summary of basic facts and principles relating to the heart and cardiovascular system is largely excerpted from my book, "Diagnosis: Heart Disease," published in 2001, which provides information concerning the normal and abnormal function of the heart, risk and protective factors for heart disease, interventions and recovery from heart disease, as well as treatment and prevention. Such background is essential to understand the multiple ways in which Vioxx causes excess risks to the heart and cardiovascular system.

30.Almost     all diagnosed heart disease is really artery disease, where the arteries become narrowed or occluded by atherosclerosis – the formation of plaques on the artery walls. High blood cholesterol is an important contributor to atherosclerosis. Inflammation also plays a key role in the process. Atherosclerosis prevents necessary oxygen, carried by the bloodstream from reaching the heart. A number of secondary events can result, including heart attack, congestive heart failure, stroke and irregular heart rhythms. This arterial clogging is called atherosclerosis. There are a number of known risk factors for atherosclerotic heart disease, which can predict the degree of risk of coronary heart disease (CHD), and there are also methods of protecting against such risks.

31.The he     art is a pump that rhythmically contracts and relaxes. It can be compared to a hand-operated water pump. When the handle is depressed, pressure is put on the water and it exits through a spigot. When the handle is raised, a vacuum is created and water is drawn in from the well. The flow of the water forces open a valve,

which opens in one direction only. Once the water is drawn up into the pumping apparatus, it cannot flow backward into the well, only outwards to the spigot.

32.This is      the way the heart works. It is the pump in charge of circulating oxygen, water and nutrients through the bloodstream to all of the body's tissues, including its own. The heart wall is a muscle, and just like any other muscle, it needs oxygen, water, and nutrients to function. But unlike other muscles, the heart muscle needs a good supply of oxygen every second of its life, in order to continue beating.

33.The hea      rt is actually a double pump, each side quite distinct from the other. There are four chambers of the heart. The two chambers on the right side receive blood returning from all parts of the body through a very large vein, the *vena cava*. This blood enters the top chamber, called the right atrium; from here it goes to the lower chamber, the right ventricle, from which it is pumped through the pulmonary artery to the lungs to exchange its carbon dioxide for fresh oxygen. This fresh blood, ready to feed oxygen to all the tissues, comes back to the left side of the heart, goes into the upper chamber, the left atrium, then down through a valve to the left ventricle, which pumps blood into the aorta, a very large artery that then subdivides into many smaller arteries throughout the body. The left side of the heart is completely separate from the right side.

34.The c      ontraction phase of the heart is called *systole*, and the relaxation phase, when the chambers expand, drawing blood into the atria and ventricles, is called *diastole*. During systole, blood is sent from the heart to the lungs and the body; during diastole, the heart fills with blood for the next pumping cycle.

35.The he      art is linked to the lungs by major blood vessels to allow for a continuous exchange of oxygen and for the elimination of carbon dioxide, the byproducts of body energy production. Blood vessels, from large to very small, reach

475846.1                                        - 10 -

each tissue of the body. The vessels that bring oxygen rich blood from the lungs to the various parts of the body are called arteries, which supply very fine capillaries. The blood vessels that return blood from the tissues to the lungs are called veins.

36.Arteries      around the heart muscle bring oxygen and other nutrients to the heart. Because of their crown like shape, they have been called coronary arteries, from the Latin *corona*, which means crown. The coronary arteries are the lifeline that supplies what the heart needs to stay alive. The heart muscle cannot be without an open lifeline for more than a few minutes without suffering damage.

37.There are      four valves in the heart, which prevent backward blood flow after the chambers contract and send blood forward to the ventricles, the pulmonary arteries, and the aorta. All the pumping of the heart is controlled by a finely tuned electrical system. The right atrium, where oxygen depleted blood returns to the heart, contains an electrical signal generator called the sinoatrial node, which acts as a kind of natural pacemaker: it releases regular electrical impulses, which cause the right atrium to contract. When the electrical signal reaches the muscle of the atrium, the whole chamber contracts, forcing the blood inside the chamber past the tricuspid valve and into the right ventricle. The electrical impulse contacts another electrical node, the atrioventricular node, and stimulates the ventricle to contract, forcing blood into the pulmonary arteries and into the lungs. Almost simultaneously the left atrium and then the left ventricle contract, forcing oxygenated blood into the arteries to circulate through the body. Each cycle of signal transmission and contraction of the heart's chambers, with ensuing relaxation, takes only about one second.

38.Blood      pressure is controlled mainly by the contraction and relaxation of the heart muscle, the shape and size of arteries, and proper kidney function. The most important cause of high blood pressure is constriction of the many miles of small arteries, called arterioles. The kidneys also affect blood pressure since

- 11 -

they control the amount of fluids in the body by retaining or excreting water and certain minerals in solution in the blood, such as potassium and sodium; when water is retained, the volume of blood increases and this causes blood pressure to rise. Increased fluid volume and arterial constriction are additive and raise blood pressure even more.

39.Damag      e to any one of the components of the heart can cause it to lose pumping efficiency, resulting in insufficient delivery of oxygen to various organs and especially to the heart itself. Breakdowns can occur in the delivery of electrical signals to the heart muscle; in the mechanical pumping action of the heart, including malfunctioning of the heart valve; and in the coronary arteries that make up the circulatory network of blood vessels that feed the heart muscle.

40.The te     rm "heart disease" refers to a group of heart and artery disorders that are part of a broader group called cardiovascular disease. Over 90% of heart diseases are caused by one underlying problem—narrowing of the heart arteries by atherosclerosis. Research suggests that inflammation contributes to the process of atherosclerosis. See Hansson, New England Journal of Medicine (NEJM) 2005; 352:1685-1695, at 1685. High levels of cholesterol are also significant contributors to atherosclerosis.

41.Chole     sterol is a waxy, fat like substance produced by the liver, present in all animal tissue. It is an important substance with many functions in the body. It is a building block of cells, the starting molecule for the synthesis of many hormones, and many other substances, like Vitamin D. When cholesterol is found in foods, it is referred to as dietary cholesterol. Such cholesterol is absorbed from the intestines into the bloodstream. The cholesterol found in the blood is a combination of the cholesterol absorbed from food and the cholesterol synthesized by the liver. The body makes all the cholesterol it needs. If the diet contains too much additional

cholesterol, the blood cholesterol levels go up, contributing to the risk of atherosclerosis.

42. Plaques      are deposits of cholesterol and fibrous tissue built up over many years, in response to factors like smoking, high blood cholesterol, and high blood pressure, among others. These plaque deposits are like lumps on the inside of the artery and are sometimes called atherosclerotic lesions. When the plaques build up and narrow the coronary artery to about 50% of its original size, then the diagnosis of coronary artery disease may be made. After about 50% narrowing ("stenosis") has occurred, coronary artery disease, also known as coronary heart disease or CHD, can gradually or suddenly interfere with the pumping and circulation of blood, depriving tissue and organs, including the heart itself, of essential blood and oxygen. Unstable plaques are particularly prone to rupture and can cause emboli and/or clotting even at lesser degrees of narrowing of the artery.

43. CHD     , if untreated, can lead to myocardial infarction (MI), or coronary thrombosis, which is fatal in about 30% of cases. Hearts damaged by an MI, especially if accompanied by high blood pressure, can also result in weakened heart muscles and a condition known as congestive heart failure, or CHF.

44. It wa     s previously thought that progressive harrowing of the coronary arteries was the main culprit in causing heart attacks. However, recent studies have identified lesions that do not cause significant stenosis, and it is now believed that activation of plaque is a more important cause of CHD. When plaques are ruptured, clot-promoting material from the cone of the plaque is exposed to the blood, often resulting in dangerous thrombosis formation.

45. A     heart attack is the closure of one or more of the heart's arteries (the coronary arteries) sufficient to damage some heart muscle cells. The closure is due first to narrowing of the artery by atherosclerotic plaques, followed by a clot (or

475846.1                                    - 13 -

thrombus) that completely closes the artery, causing the usual "heart attack." A heart attack has two interchangeable official names: either coronary thrombosis or myocardial infarction (MI). Thrombosis means "clot," and the term coronary thrombosis refers to a clot that blocks an artery. The narrowing of the artery makes it susceptible to a clot. The myocardial infarction is the end result: the heart muscle (the myocardium) now starved for oxygen because blood is no longer reaching some of the muscle, responds with an infarction. The term infarction is derived from a Latin word, *infarcire*, meaning "to stuff in," referring to the reddish and swollen appearance of that injured part of the heart. The closure of an artery by the thrombosis injures the heart's muscle cells, which release some chemicals called enzymes into the bloodstream, allowing the doctor to help confirm the diagnosis by measuring the levels of these enzymes.

46.Ang    ina is a symptom of underlying coronary heart disease. It is caused by the narrowing of the heart arteries due to atherosclerosis. Angina pectoris refers to the aching and gripping pain that occurs in the area under the breastbone in the central part of the chest, and it may extend to the jaw or to the left shoulder and arm. "Stable angina" comes at predictable times, typically in response to exercise, cold or stress. "Unstable angina" is diagnosed if the pain comes at unpredictable times, at rest, is more severe, or increases in duration or frequency. Unstable angina may be the warning symptom of an impending heart attack.

47.CHF    occurs where the thickened heart muscle begins to lose its power to contract. Coughing and fluid build up in the lungs result from backward pressure caused by the weakened heart muscle.

48.The term "    stroke" refers to damage to a part of the brain caused either by blockage of, or by bleeding from, a brain artery. About two thirds of strokes are due to atherosclerotic plaques in the arteries of the brain (the cerebral arteries) which

close down an artery by more than half, causing them to become susceptible to a blood
clot or cerebral thrombosis. The arteries in the brain are relatively narrow, and clots that
form elsewhere and float in the bloodstream ("emboli") may lodge at points where such
arteries are even further narrowed by thrombosis. Strokes can also be caused by
bleeding from a tear in the brain's arteries. These are called hemorrhagic strokes and
are particularly associated with high blood pressure. A TIA is a "transient ischemic
attack," which is comparable to an ischemic stroke except that the effects are brief.
Most TIAs are caused by the combination of atherosclerotic narrowing and a clot that
lodges in the small artery. The small clots associated with TIAs tend to dissolve within
a short time, allowing oxygen to be re-supplied to the area.

49.Arrhy    thmia is a disorder of the rhythm of the heart beat, which can
be life threatening. Arrhythmias can affect the upper chambers of the heart (atrial
fibrillation) or the lower chambers of the heart (ventricular fibrillation). The body can
withstand ventricular fibrillation for only a few minutes before death occurs. An
arrhythmia, such as ventricular fibrillation, is almost always the *result* of a heart attack,
usually occurring within minutes after the heart attack begins. The closure of a heart
artery by a clot (the cause of a heart attack) deprives the heart muscle of blood and
oxygen, triggering the ventricle to fibrillate, and losing its capacity as a pump as a
result.

## B.     Risk and Protective Factors for Heart Disease

50.Ris    k factors are behavioral patterns or physical characteristics that
increase the risk of developing a particular disease, in this case heart disease. On the
other hand, there are behaviors and conditions that decrease risk, known as protective
factors. Both risk and protective factors can be divided into two groups: lifestyle
factors, which can be controlled by changing behavior, and innate factors, such as
genetic traits.

475846.1                                      - 15 -

51.The ma   in lifestyle risk factors for heart disease include smoking, high blood cholesterol, high LDL (bad cholesterol), low HDL (good cholesterol), high blood triglycerides, high blood pressure (hypertension), diabetes, obesity, and physical inactivity.

52.The ma   in innate risk factors for heart disease are family history of heart disease, personal history of heart disease, age, gender (males and post-menopausal women at higher risk) and genetic influence on cholesterol levels.

53.It is   generally accepted that risk factors for heart disease are more than just cumulative, but instead are actually multiplicative. In other words, the risk presented by a combination of two more risk factors is greater than the sum of the risks attributable to either risk factor alone. The top four risk factors are high blood cholesterol, cigarette smoking, high blood pressure, and lack of exercise.

54.Ris   k factors increase the likelihood of CHD by narrowing the arteries, promoting thrombosis, or both. Thus, LDL ("bad" cholesterol) increases risk by promoting formation of atherosclerotic plaque. Hypertension also contributes to plaque formation due to extra pressure damaging the inner lining of the arteries. High blood pressure can also affect the heart muscle itself. Hypertension occurs because the thousands of small arteries in the body are slightly narrowed, making it necessary for the heart muscle to push blood through greater resistance. The greater the resistance, the higher the pressure needed, and the higher the blood pressure that is measured at the arm. After some years of this extra workload, the heart muscle gets thicker (left ventricular hypertrophy). Prolonged extra pumping effort can result in CHF or MI.

55.Adult on   set diabetes causes heart disease through three main mechanisms. First, the high blood pressure that accompanies diabetes will harm the arteries as described above. Second, a diabetic is usually at higher risk from elevated blood triglyceride levels and from lower levels of HDL, the protective fraction of

cholesterol. These two risk factors of blood lipids increase deposits of cholesterol in the heart arteries. The third risk factor is the high blood sugar itself: as blood sugar rises, the amount of atherosclerosis increases.

56.Other risk     factors increase the likelihood of CHD by causing a higher likelihood of clotting. For example, homocysteine, one of the many amino acids found in the blood, increases the tendency of blood to clot when present at higher than normal levels. Clot promotion, regardless of source, is an important contributor to cardiovascular risk.

57.Cig     arette smoking causes heart disease in a number of ways. First, nicotine increases heart rate and blood pressure, causing the heart to work harder and increasing the need for oxygen in all the cells of the body. Second, smoking increases carbon monoxide levels, which interferes with the ability of hemoglobin in the blood to pick up and deliver oxygen to blood and the cells. The cells receive carbon monoxide instead, are unable to utilize it, and become oxygen deficient, signaling the heart to work harder to deliver more oxygen. Third, smoking contributes to narrowing of arteries by atherosclerosis by lowering the levels of HDL ("good" cholesterol) in the blood. Finally, smoking elevates the levels of fibrinogen, a protein in the blood which causes blood to clot more quickly and can cause clots that adhere to plaque or even obstruct already narrowed blood vessels. A high fibrinogen level is a known risk factor for heart attack and stroke. Smoking causes "sticky" blood or clumping of the platelets, very small particles in the blood that play a key role in blood clotting, which can lead to clotting of the arteries and MI. The risk of heart disease rapidly decreases once a person stops smoking.

## C.     Vioxx Is A Strong Risk Factor for MI and Cardiovascular Disease.

58.     In 1997, Merck conducted Protocol 023, a two-week pharmacology trial of Vioxx in healthy subjects. The study showed a statistically

- 17 -

significant reduction in urinary prostacycline and increased serum thromboxane among subjects in the Vioxx arm. (MRK-OS420022612; Table 27.)[1] Prostacycline helps to prevent blood clotting, while thromboxane promotes clotting. Therefore, Vioxx causes a chemical imbalance that promotes the formation of clots that can become emboli. The results of Protocol 023 also showed that Vioxx also rapidly increases blood pressure. The prothrombotic and hypertensive effects of Vioxx are strong risk factors for MI and other cardiovascular disease. There is compelling evidence in the RCTs that Vioxx multiplies the potential impact of underlying risk factors, to increase the likelihood of a serious event. Therefore, while all patients exposed to Vioxx were at increased risk of cardiovascular disease, a patient with such pre-existing risk factors as hypertension, high cholesterol, prior heart attack or stroke, diabetes, obesity, or other known risk factors, was at particularly high risk of serious heart disease as a result of exposure to Vioxx.

## IV. THE EVIDENCE SHOWS THAT VIOXX CAUSES SEVERE CVD, ACCORDING TO THE GENERALLY ACCEPTED SCIENTIFIC PRINCIPLES OF EPIDEMIOLOGY.

59. Epidemiology is the field of public health that studies the incidence, distribution and etiology of disease in human populations. The field has two branches. The first, **experimental epidemiology**, is largely comprised of clinical trials with individuals randomized to a "treatment condition" (e.g., to a pharmaceutical agent) or to a "comparison condition" (e.g., to a placebo). Randomized clinical trials are also called "randomized control trials"), or RCTs, and among all epidemiologic methods are the most reliable source for determining causality. They are thus considered the "gold

---

[1] A published report on Protocol 023 confirmed the reduction of prostacycline, but did not mention the data showing increased levels of serum thromboxane in Vioxx subjects as of Day 14, the last day of exposure. Instead, that publication reported only that serum thromboxane "was not changed significantly by MK-0966 [Vioxx]" when tested 4 hours after dosing on Day 1. Catella-Lawson, et al., "Effects of Specific Inhibition of Cyclooxygenase-2 Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids," J Pharm Exper Ther 1999; 289:735-741, at 738.

- 18 -

standard for studying interventions because of their ability to minimize bias in the information obtained from study subjects". See Jekel, Katz and Elmore, Preventive Medicine, ($2^d$ ed. 2001) at 84. Also, "Randomization helps insure that the distribution of all factors---known and unknown, measurable and not measurable---except for the therapy being studied, is based on chance and not some factor, such as patient preference, that may lead to a bias in assignment." See, Lilienfeld and Stolley, "Foundations of Epidemiology," (3d ed. 1994), at 156. Because such factors are randomly distributed, differences in outcomes between the two groups are likely to be the result of the exposure to the drug in question.

60. The second branch is **observational epidemiology,** comprised largely of non-randomized case-control or cohort studies. These may provide valuable insights on causality, but with greater inherent bias in patient selection—and are therefore weaker than RCTs in assigning causality. Both experimental and observational epidemiological data are appropriately used to determine the likelihood of a cause and effect relationship between particular risk factors and particular disease outcomes. Epidemiologists examine all sources of data relevant to causation of disease outcomes. They assess the relevance and validity of these data in drawing their conclusions—in this sense they act as medical and scientific "detectives".

61. In the analysis of observational studies to assess the likelihood of a causal relationship and the degree of difference of any "exposed" group from the comparison group, epidemiologists commonly consider such factors as the strength of association between exposure and disease; consistency among studies; specificity; temporal relationship between exposure and disease; biologic plausibility and the presence of a biological gradient. See Lilienfeld and Stolley, "Foundations of Epidemiology," (3d ed. 1994) at 263, under "Assessing Causality". Some epidemiologists have added the term "statistical significance" to the criteria for

- 19 -

determination of causality (see Monson, "Occupational Epidemiology," (2d ed. 1990) at 101. These "causality assists" were first suggested by the eminent British epidemiologist, Sir Austin Bradford Hill (see Hill, AB "Principles of Medical Statistics," 1966, at Ch XXIV) and have appeared since in slightly modified form in many authoritative epidemiology texts. All of these factors strongly support the causal inference and the extent of damage due to rofecoxib.

62. *Experimental evidence.* Experimental evidence on the harmful effects of rofecoxib to the cardiovascular system is derived primarily from Merck-supported RCTs, and additional RCTs sponsored by others that demonstrated more severe edema and hypertensive effects of rofecoxib than celecoxib or naproxen (§ V and VI, below). These are:

a. Comparison of rofecoxib with placebo in patients with a history of colonic polyps (a study identified as APPROVe). See Bresalier, et al., Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial," NEJM, 2005, Vol. 352:1092-1102 (§ V.A, below).

b. Comparison of rofecoxib with a particular NSAID (naproxen) in patients with rheumatoid arthritis (a study identified as VIGOR). See Bombardier et al.," Comparison Of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," New England Journal of Medicine (NEJM), 2000, Vol. 343: 1520-8 (§ V.B and C, below).

c. Comparison of rofecoxib with naproxen and placebo in the supplemental Rheumatoid Arthritis (RA) studies (§ V.C, below).

d. Outcomes of the short-term ADVANTAGE trial comparing rofecoxib to naproxen in patients with osteoarthritis (OA) (§ V.D, below).

e. Outcomes in a second trial on colonic polyps known as VICTOR carried out in the UK, comparing rofecoxib to placebo (§ V.E, below).

f.  The ViP study done to test the ability of rofecoxib to reduce occurrence of prostate cancer (§ V.F, below).

g.  Outcomes of trials of rofecoxib in patients with Alzheimer's disease (§ V.G, below).

63.  In APPROVe, for the main outcome of "serious heart disease" (defined as fatal and non-fatal heart attacks, sudden death due to cardiac causes and "unstable angina", a frequent antecedent to heart attack), those exposed to rofecoxib (25 mg/day) experienced an incidence rate of 1.01/100-patient years contrasting with an incidence rate of 0.36/100 patient years in patients on placebo.  The ratio of 1.01/0.36 resulted in a statistically significant relative risk (also termed a "hazard ratio) of 2.8.  (See Bresalier at 1096.)  Elevated relative risks were also present for serious heart disease in the VIGOR trial and supplemental RA studies, the VICTOR trial, the ADVANTAGE osteoarthritis trial, in the Alzheimer's studies and in the ViP trial.  The findings from these 7 experiments (APPROVe, VIGOR, SUPPLEMENTAL RA, VICTOR, ADVANTAGE, Alzheimer's AND ViP) are consistent, and the APPROVe results alone establish beyond reasonable doubt that rofecoxib causes serious heart disease.  On this issue of "proof", this quote is very telling—"The randomized clinical trial (RCT) is the closest approximation in epidemiology to an experiment, and a well-run trial may confirm a causal relationship between and exposure and an outcome (See Lilienfeld and Stolley at 266)."  The conclusion of a cause-effect relationship is reinforced by replication in multiple studies.

64.  *Strength of Association.*  The strength of association between a risk factor and a disease outcome is measured by the relative risk (RR) or odds ratio.  An association between exposure and outcome supports the causal inference and quantifies the magnitude of the difference in incidence between the exposed and unexposed

475846.1

- 21 -

population. See Monson, "Occupational Epidemiology," (2d ed. 1990) at 88,100.[2] 1998. For example, a RR of 2.0 means that an exposed individual is twice as likely to have the event or events in question; a RR of 4, four times as likely, etc. An additional measure of risk is that of the percent of the risk attributable to the exposure, given that the background rate for serious cardiac disease needs to be, in effect, subtracted from the rate in those exposed to rofecoxib. See, Jekel, Katz and Elmore, at 93-95, and Green, Freedman and Gordis, "Reference Guide on Epidemiology", at 351-352. This is obtained from the equation: % attributable risk = Relative Risk – 1/ Relative Risk. Given the RR of 2.80 for serious heart disease found for rofecoxib exposed/ placebo condition in the APPROVe study (Bresalier at 1096) this gives 2.80- 1/ 2.80 = 64.3 % of the risk of serious heart disease was attributable to rofecoxib use.

65.      *Consistency of the Observed Association.* Confirmation by repeated findings of an association in different population groups and different settings strengthens the inference of a causal connection. See, Monson, Occupational Epidemiology, at 98. The similarity in findings of an increased incidence of serious heart disease in APPROVe, VIGOR, the Supplemental RA Studies, VICTOR, ADVANTAGE, the Alzheimer's studies and ViP provides convincing evidence for consistency. Finding such consistency is logically equivalent to the replication of results in laboratory experiments under a variety of environmental or biological conditions. Additional research from observational epidemiological studies (see § VIII, below) has similarly demonstrated a strong association between exposure to rofecoxib and serious heart disease in other settings, reinforcing the consistency of the observed association and the strength of the causal inference.

---

[2] Richard Monson, M.D., the author of the cited text, is Professor of Epidemiology and former Director of the Occupational Health Program, Harvard School of Public Health. His epidemiology textbook is widely used and considered authoritative.

66. *Temporality.* In order for an exposure to cause a disease, it is obvious that the exposure must precede the disease. This factor is readily demonstrated from the findings of the published RCTs, and from the controlled observational epidemiology studies (those comparing exposed and non-exposed study groups), in which increased occurrence of serious heart disease was found in populations following exposure to rofecoxib.

67. *Coherence.* Epidemiologists consider the plausibility of the causal relationship based on current scientific understanding. See Monson, Occupational Epidemiology, at 100. Rofecoxib is a COX-2 inhibitor. Fitzgerald, a key investigator of COX-2 compounds, stated---"Thus, a single mechanism, depression of prostaglandin I-2 formation, might be expected to elevate blood pressure, accelerate atherogenesis [the process that narrows arteries with cholesterol and fibrous tissue], and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque." See Fitzgerald, "Coxibs and cardiovascular disease", NEJM, 2004, 351: 1709-1711. The excess risk associated with Vioxx is coherent with the scientific literature, supporting a cause-effect relationship between Vioxx exposure and cardiovascular disease.

68. *Biologic Gradient.* Where an exposure is causally associated with a disease outcome, a spectrum of host responses should follow exposure to the hypothesized agent along a logical biologic gradient from mild to severe. See Lilienfeld and Stolley, "Foundations of Epidemiology" (3d. ed. 1994) at 262. The biologic gradient is clearly evidenced by the data in the studies described in this Report. That is, the data show an increased incidence of CVD in the exposed groups, and more cases in the milder (non-fatal heart attacks) categories than the more severe categories (fatal heart attacks). See, Bresalier at 1096.

475846.1                                                           - 23 -

69. *Specificity.* Specificity of a relationship between exposure and outcome strengthens confidence in a causal inference, but lack of specificity does not rule out causality. See Monson, Occupational Epidemiology, at 99. There are specific biological effects of rofecoxib which are the cause of the differential increase in CVD due to rofecoxib exposure. These differential clinical outcomes provide evidence of specificity, which supports the causal inference.

70. *Statistical Significance.* Statistically significant results indicate that an association was probably not due to chance alone. See Monson, Occupational Epidemiology, at 16. The traditional measure of statistical significance is a "p-value" $< 0.05$, which means that there is a one-in-twenty likelihood that the observed results were due to chance. More recently, the "confidence interval" has been used to define statistical significance, where the lower bound of the interval is 1.0 or greater. The APPROVe study and others reported highly statistically significant associations between rofecoxib use and CVD. See, e.g., Bresalier, confidence interval 1.44-5.45 for "cardiac events" (serious cardiac disease), at 1096. Statistical significance in this setting thus confirms that the association of rofecoxib with increased incidence of CVD is not due to chance.

## V.   DATA FROM THE MERCK-SPONSORED RANDOMIZED CLINICAL TRIALS SHOW EXCESS CV RISK FROM VIOXX USE.

### A.   The APPROVe Study Demonstrates Excessive CV Disease Due To Vioxx, When Used At Normal Therapeutic Doses, Among Both Low-Risk And High-Risk Patients, For Both Short- And Long-Term Use.

71. *Project Description.* APPROVe was a well-run RCT of 25 mg rofecoxib vs placebo given for 3059 and 3327 patient-years, respectively, to male and female adults of mean age 59 who had a prior history of a resected colorectal adenoma, to test whether future colon cancers could be prevented by use of rofecoxib. The study was terminated prematurely. See Bresalier at 1095-1096. The selection and randomization

procedures followed commonly used methods. Although the population studied included some patients who had risk factors for heart disease, those with serious heart disease or with uncontrolled hypertension were excluded. See Bresalier at 1093. Therefore, the large majority of the population studied was selected as "low risk patients without known cardiovascular disease," and therefore at lower risk as compared to the general U.S. population in their age distribution. See, Topol, "Failing the Public Health – Rofecoxib, Merck, and the FDA", NEJM, 2004; Vol. 351: 1707-1709, at 1708. Since rofecoxib produces a heightened adverse clinical effect in those with risk factors for CVD, this creates a setting for the APPROVe trial underestimating the degree of toxicity experienced by the general population. See ¶¶ 72, 73, below.

72. *Major Trial Outcome.* The outcome "serious heart disease" is the most relevant and the most generally available from both the RCTs and the observational epidemiology outcomes to be described in this report. The term "cardiac events" as used in this report and in APPROVe, includes fatal and non-fatal heart attack, sudden death due to cardiac causes and unstable angina. See Bresalier at 1096. The RR in APPROVe for cardiac events was **2.8** for rofecoxib/placebo, with a **95% CI of 1.44-5.45**—a statistically significant result showing a cause and effect relationship of a moderately strong magnitude. See Bresalier at 1096 and paras 11 and 12 above. In addition, a **very high** RR for thrombotic events was found for those with a prior history of cardiovascular disease **(RR 9.59)** or for those with known diabetes **(RR 6.10)**. See Bresalier at 1097. Furthermore, 26 rofecoxib participants vs 3 placebo participants experienced additional serious adverse cardiovascular clinical events, resulting in an RR of 9.42 for these individuals. Serious events were defined as those that were "life-threatening", that either "required prolonged hospitalization" or which "resulted in permanent disability". See Bresalier at 1100.

475846.1                                          - 25 -

73. *The Major Trial Outcome of APPROVe was probably*

*Underestimated.* Removal of individuals who develop underlying causes of the major endpoint early in the trial, shortening exposure to rofecoxib, will create an underestimate of the true expected rate of the major endpoint. In APPROVe, 38 individuals discontinued rofecoxib treatment during the study because of increased blood pressure or peripheral edema, compared to 9 in the placebo group, a 4.2/1 ratio. See Bresalier at 1096. Since increased blood pressure, when left untreated, may later result in a fatal or nonfatal heart attack, premature removal of these individuals biases the study toward an underestimate of the serious heart disease outcomes due to rofecoxib that would have occurred had these patients remained in the study. Those with peripheral edema represent a state that is the usual precursor and/or evidence of a serious weakening of the heart muscle and the clinical state of congestive heart failure (CHF). CHF, in turn, may be due to one or more known or silent heart attacks, or from hypertension—thus, peripheral edema is itself a common precursor of a later heart attack since second heart attacks are common and since hypertension is a strong and well-known precursor of heart attack. The participants in APPROVe were monitored more frequently than would be the case for the public at large (see Bresalier at 1093 and 1094), and this bias in APPROVe would produce an underestimate as compared to what would occur in its use for the general public. Therefore, the RR of 2.80 underestimates the magnitude of the excess number of cases of serious heart disease secondary to rofecoxib due to premature removal of those with either hypertension or peripheral edema.

74. *Incidence of cerebrovascular events in APPROVe is elevated.*

Cerebrovascular events (fatal ischemic stroke, ischemic stroke, transient ischemic attack) were about half as frequent as cardiac events. The RR for rofecoxib vs placebo for these events was **2.32, CI 0.89-6.74**. The CI was at a non-significant level, a predictable result given the smaller sample size of events. However, the RR of 2.32 is evidence of a

comparable degree of damaging effect of rofecoxib as the RR of 2.8 found for cardiac events. Excess cerebrovascular events were also found in other Merck-sponsored randomized clinical trials described in this section below and in certain of the studies described below in the section on observational epidemiology

75. *The Occurrence of Increased Blood Pressure in APPROVe*.
Increased blood pressure was known to be an important effect of rofecoxib since the pre-marketing clinical trials. See Integrated Safety Summary, October, 1998, page MRK-0S420085537. Similarly, increases in blood pressure occurred in the APPROVe study as well as investigator-reported peripheral edema and congestive heart failure (CHF). CHF is associated with peripheral edema and often follows increased blood pressure. See Bresalier, at 1096. Although Bresalier, et al reported no statistical association between blood pressure increases and occurrence of heart attack, (see Bresalier at 1097-8), this statistical comparison becomes invalid due to the removal during the trial of those with hypertension, which was done more commonly in the rofecoxib group (31 individuals) than in the naproxen group (8 individuals). See Bresalier at 1096. Rofecoxib's blood pressure effect is highly relevant for two reasons: first, it occurs twice as often in those exposed, compared to those on placebo (see Bresalier at 1099, Table 4), and when it occurs, this rofecoxib-induced hypertensive has almost four times the rate of thrombotic cardiovascular adverse events than occurs in those who develop hypertension while on placebo. This "extra burden" is seen clearly in a comparison of those in each group (rofecoxib-hypertensives vs placebo-hypertensives) who had comparable "spikes" of systolic blood pressure above 160 or diastolic pressures above 100. For those two groups the **RR was 3.82, 95% CI 1.42, 12.85,** for rofecoxib/placebo (see APPROVe cardiovascular safety report, Table 23 B. See MRK-AHD 0075805).

76. *Incidence of Additional Hypertension-Related Outcomes (Congestive Heart Failure, Pulmonary Edema and Cardiac Failure) in APPROVe*. The

475846.1                                                                     - 27 -