Exhibit E - Farquhar Deposition Excerpts

- Farquhar Reply

[1:1] - [1:25]

10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 1
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  VIOXX                    )
                                      )
 5   PRODUCTS LIABILITY LITIGATION    )
                                      ) MDL No. 1657
 6                                    )
     _____)
 7
 8
 9
10
11
12
13
14
15                    DEPOSITION OF:
16                  JOHN W. FARQUHAR, M.D.
17                 MONDAY, OCTOBER 10, 2005
18
19
20
21
22
23
24   Reported by:  MARK I. BRICKMAN, CSR, RPR
                   License No. 5527
25
```

[138:23] - [139:7]

10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 138
23                Firstly, Doctor, do you understand the
24   difference between investigator reported data and
25   adjudicated data?
page 139
 1       A.   Yes, I do.
 2       Q.   For the jury's benefit, investigator
 3   reported data are events that people who are out there
 4   seeing participants in a study and seeing events occur
 5   report back to the group that's collecting the
 6   information; correct?
 7       A.   That's correct.
```

[139:8] - [139:21]

10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 139
 8       Q.   And then in some clinical studies, as was
 9   the case in Vigor, a process is set up so that experts in
10   a particular area -- in this case cerebral vascular and
11   cardiovascular -- will look at the information blinded as
12   to which person may have taken Vioxx or which person may
13   have taken Naproxen, and they determine which of those
14   reported events truly was a CV event; correct?
15            MR. ARBITBLIT:  Objection.
16   Mischaracterizes the record and the case.
17            MR. PARKER:   Q.   Is that the process?
18       A.   That's the process.
19       Q.   All right.
20       A.   It's a good process and should always be
21   done.
```



EXHIBIT E

Exhibit E - Farquhar Deposition Excerpts

• Farquhar Reply
[139:23] - [140:9]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 139
23            You would agree with me that adjudicated
24 blinded data is better data than investigator reported?
25            MR. ARBITBLIT:    Object to form.
page 140
1             MR. PARKER:   All things being equal.
2             THE WITNESS:   All things being equal, it's
3  better.  It does by no means to me that the investigator
4  reported data should be ignored.  I see it as secondary
5  data, secondary outcomes, and in many randomized trials,
6  that is reported as well as the adjudicated data, and we
7  could go into a discussion of — as to why investigator
8  reported data should not be ignored, but that wasn't your
9  question.
```

[298:1] - [298:25]     10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 298
1   STATE OF CALIFORNIA        )
2   COUNTY OF SAN FRANCISCO    )
3            I, the undersigned, hereby certify that the
4   witness in the foregoing deposition was by me duly sworn
5   to testify the truth, the whole truth and nothing but the
6   truth in the within-entitled cause; that said deposition
7   was taken at the time and place therein stated; that the
8   foregoing is at the time and place therein stated; that
9   the foregoing is a full, true and complete record of said
10  testimony; and that the witness was given an opportunity
11  to read and correct said deposition and to subscribe the
12  same.  Should the signature of the witness not be affixed
13  to the deposition, the witness shall not have availed
14  himself/herself of the opportunity to sign or the
15  signature has been waived.
16           I further certify that I am not of counsel or
17  attorney for either or any of the parties in the foregoing
18  deposition and caption names, or in any way interested in
19  the outcome of the cause names in said action.
20
21           IN WITNESS WHEREOF I have hereunto set my hand
22  this ____ day of _____, 2005.
23
24                             _____
25                             MARK I. BRICKMAN CSR 5527
```