Exhibit A - Kronmal Deposition Excerpts

• Kronmal Reply

[:1] - [:25]    6/7/2006    Kronmal, Richard A.

```
page
 1   ROBERT MCFARLAND,                         )
                                               )
 2                              Plaintiff,     ) SUPERIOR COURT OF
                                               ) NEW JERSEY LAW
 3                  vs.                        ) DIVISION: ATLANTIC
                                               ) COUNTY
 4   MERCK & CO., INC.,                        )
                                               ) No. ATL-L-0199-04-MT
 5                              Defendant.     )
                                               )
 6   _____   )
                                               )
 7   PATRICIA HATCH, Administrator of          )
     the Estate of STEPHEN HATCH,              )
 8   Deceased and PATRICIA HATCH, In           ) SUPERIOR COURT OF
     Her Own Right,                            ) NEW JERSEY LAW
 9                                             ) DIVISION: ATLANTIC
                                               ) COUNTY
10                              Plaintiff,     )
                                               ) No. ATL-L0403-05-MT
11                                             )
                                               )
12                  vs.                        )
                                               )
13                                             )
                                               )
14   MERCK & CO., INC.,                        )
                                               )
15                                             )
                                               )
16                              Defendant.     )
                                               )
17   _____   )
18
19
20          DEPOSITION OF RICHARD A. KRONMAL, PH.D.
21                        June 7, 2006
22                      Seattle, Washington
23
24
25
```

[212:12] - [212:21]    6/7/2006    Kronmal, Richard A.

```
page 212
12   Q   (By Mr. Raber)  And you told us this morning that if
13       you had a statistically significant result in a
14       placebo-controlled trial, that that means there's
15       causation; true?
16               MR. BUCHANAN:  Objection to form.
17   A   It's evidence of causation.  It doesn't mean there
18       were, because it could be chance.
19   Q   (By Mr. Raber)  But it's statistically significant.
20   A   I know.  It still could be chance.  Statistically
21       significant results occur by chance.
```

[:1] - [:23]    6/7/2006    Kronmal, Richard A.

```
page
     STATE OF WASHINGTON  )      I, Karmen M. Fox, CCR, RPR, CRR,
 2                        ) ss   CCR # 1935, a duly authorized
     County of Pierce     )      Notary Public in and for the State
 3                               of Washington, residing at
                                 Milton, do hereby certify:
 4
 5
```


EXHIBIT A

Exhibit A - Kronmal Deposition Excerpts

• Kronmal Reply

```
         That the foregoing deposition of RICHARD A.
 6  KRONMAL, PH.D., was taken before me and completed on June 7,
    2006, and thereafter was transcribed under my direction;
 7  that the deposition is a full, true and complete transcript
    of the testimony of said witness, including all questions,
 8  answers, objections, motions and exceptions;
 9       That the witness, before examination, was by me
    duly sworn to testify the truth, the whole truth, and
10  nothing but the truth, and that the witness reserved the
    right of signature;
11
         That I am not a relative, employee, attorney or
12  counsel of any party to this action or relative or employee
    of any such attorney or counsel and that I am not
13  financially interested in the said action or the outcome
    thereof;
14
         That I am herewith securely sealing the said
15  deposition and promptly delivering the same to
    Attorney Stephen D. Raber.
16
         IN WITNESS WHEREOF, I have hereunto set my hand
17  and affixed my official seal this 8th day of
    June, 2006.
18
19
20
21       _____
             Karmen M. Fox, CCR, RPR, CRR
22           Notary Public in and for the State
             of Washington, residing at
23           Milton.
```

Exhibit B - Humeston Trial Transcript Excerpts

- Kronmal Reply

[1443:] - [1443:]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1443
                                                        1443
              SUPERIOR COURT OF NEW JERSEY
              ATLANTIC COUNTY/CIVIL DIVISION
              DOCKET NO. ATL-L-2272-03MT
              ----------------------------x
          FREDERICK HUMESTON, et al.,
              PLAINTIFFS,
                VS.           STENOGRAPHIC TRANSCRIPT
                                    OF:
          MERCK & CO., INC.,
                                  - TRIAL -
                  DEFENDANT.
          ----------------------------x
              PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
                      1201 BACHARACH BOULEVARD
                      ATLANTIC CITY, NJ 08401
              DATE:   SEPTEMBER 22, 2005
        B E F O R E:
              THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
        TRANSCRIPT ORDERED BY:
              DIANE P. SULLIVAN, ESQUIRE
              DAVID R. BUCHANAN, ESQUIRE
        A P P E A R A N C E S:
              DAVID BUCHANAN, ESQUIRE
              CHRISTOPHER SEEGER, ESQUIRE
              SEEGER, WEISS, LLC
                  ATTORNEYS FOR THE PLAINTIFFS
              DIANE SULLIVAN, ESQUIRE
              DECHERT, LLP
              STEPHEN D. RABER, ESQUIRE
              WILLIAMS AND CONNOLLY, LLP
              CHRISTY D. JONES, ESQUIRE
              BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                  ATTORNEYS FOR THE DEFENDANT
                  *     *     *     *     *     *
                              CAROL A. FARRELL, CSR-CRR-RMR
                              OFFICIAL COURT REPORTER
                              1201 BACHARACH BOULEVARD
                              ATLANTIC CITY, NJ  08401
```

[1691:20] - [1691:25]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1691
20      Q    Incidentally, Doctor, do you know how -- what
21 Merck did in terms of their safety studies compared
22 with what FDA requires?
23 A    I don't know what the FDA requirements are.
24      Q    You are not an expert in FDA regulations?
25 A    No.
```

[1737:3] - [1737:16]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1737
3                     CERTIFICATION
4
5         I, Carol A. Farrell, CRR, RMR, C.S.R. License
6  Number XI01173, an Official Court Reporter in and for
7  the State of New Jersey, do hereby certify the
8  foregoing to be prepared in full compliance with the
9  current Transcript Format for Judicial Proceedings and
10 is a true and accurate compressed transcript, to the
11 best of my knowledge and ability.
12
13 _____   _____
14 Carol A. Farrell, CRR, RMR, CSR        Date
15 Official Court Reporter
```


EXHIBIT B

Exhibit B - Humeston Trial Transcript Excerpts

- Kronmal Reply

16  Cumberland County Courthouse