Exhibit A - Pechmann Deposition Excerpts

• Pechmann Reply

[1:1] - [1:25]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 1
 1                  UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                    )
     PRODUCTS LIABILITY LITIGATION    ) MDL Docket No. 1657
 5                                    )
     This document relates to         ) Section L
 6                                    )
     GERALD BARNETT,                  ) Judge Fallon
 7                                    )
                    Plaintiff,        ) Civil Action No.
 8                                    ) 2:06cv485
                    vs               )
 9                                    )
     MERCK & CO., INC.,               )
10                                    )
                    Defendant.        )
11   _____    )
12
13
14
15          DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16                 Newport Beach, California
17                    Friday, May 26, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918215
     PHIL JOB No. 2153
25
```

[163:21] - [164:1]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 163
21   Q    You are not going to come into court and
22 attempt to interpret the medical journal articles
23 written by Vioxx; are you, ma'am?
24   A    Well, I have the Vigor in my -- in the New
25 England Journal materials in my Appendix.  So if it came
page 164
 1 up, I would speak about them.
```

[345:1] - [345:20]     5/26/2006     Pechmann, Cornelia (Barnett)

```
page 345
 1          I, the undersigned, a Certified Shorthand
 2 Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4 before me at the time and place herein set forth; that
 5 any witnesses in the foregoing proceedings, prior to
 6 testifying, were placed under oath; that a verbatim
 7 record of the proceedings was made by me using machine
 8 shorthand which was thereafter transcribed under my
 9 direction; further, that the foregoing is an accurate
10 transcription thereof.
11          I further certify that I am neither
12 financially interested in the action nor a relative or
13 employee of any attorney of any of the parties.
14          IN WITNESS WHEREOF, I have this date
15 subscribed my name.
16
17
```



EXHIBIT
A
Blumberg No. 5119

1

Exhibit A - Pechmann Deposition Excerpts

• Pechmann Reply

Dated: _____

18
19
                            _____
                                Diana Janniere
20                              CSR No. 10034

Exhibit B - Grossberg (CA) Hearing Transcript Excerpts

• Pechmann Reply

[565:] - [565:]        6/26/2006    Grossberg Trial - Hearing

page 565
                        SUPERIOR COURT OF THE STATE OF CALIFORNIA
                              FOR THE COUNTY OF LOS ANGELES
        DEPARTMENT 324                  HON. VICTORIA G. CHANEY, JUDGE
        COORDINATED PROCEEDING SPECIAL TITLE,)
        [RULE 1550 (B)]                      )    SUPERIOR COURT
                                             )    CASE NO. JCCP 4247
        IN RE VIOXX CASES                    )
        _____  )
                                             )
                                             )    CASE NO. BC 327729
        STEWART GROSSBERG VS.                )
        MERCK & COMPANY, ET AL.              )
        _____  )
                        REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                                    JUNE 26, 2006
                                    P.M. SESSION
                            PAGES 565 THROUGH 651, INCLUSIVE
        APPEARANCES:
        (AS NOTED ON THE FOLLOWING PAGE.)
                                LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                                OFFICIAL REPORTER

[595:27] - [596:15]    6/26/2006    Grossberg Trial - Hearing

page 595
27                                NUMBER ONE, SHE UNDER NO CIRCUMSTANCES IS TO BE
28          ASKED ABOUT POSSIBLE REASONS, MOTIVES, OR THOUGHT PROCESSES
            COPYING NOT PERMITTED PURSUANT TO GOVERNMENT CODE SECTION 69954(D)
page 596
1           WHY MERCK MAY HAVE DONE SOMETHING.
2                                I THINK, MR. GIRARDI, AS YOU POINTED OUT, IF YOU
3           CAN'T AT THIS STAGE IN YOUR CAREER CONVINCE A JURY OF THAT,
4           YOU OUGHT TO GO GET ANOTHER JOB, AND I DON'T THINK THAT'S THE
5           CASE.  I SUSPECT YOU CAN.
6                                YOU MAY ASK HER IN NEUTRAL TERMS ABOUT MARKETING
7           STRATEGIES EMPLOYED BY MERCK.  GENERAL THEORETICAL MARKETING
8           STRATEGIES, AND THEN TAKE THOSE FROM THERE.
9                                YOU CAN ASK HER HYPOTHETICALS.  FOR EXAMPLE, IF
10          YOU WANTED TO MARKET X, Y, Z PRODUCT -- I DON'T MEAN JUST
11          DRUGS, BUT PRODUCT AND YOU KNEW YOU HAD THESE PROBLEMS WITH
12          IT -- AND I ASSUME YOU'RE GOING TO HAVE THAT IN THE
13          EVIDENCE -- HOW WOULD YOU GO ABOUT DOING THAT?
14                               AND I THINK THAT WILL GIVE YOU ALL THE
15          INFORMATION THAT YOU NEED TO GET TO A JURY TO GO FROM THERE.



EXHIBIT
B

Exhibit C - McCaffrey Deposition Excerpts

• **Pechmann Reply**

[1:] - [1:19]          5/3/2006        McCaffrey, Michael, M.D.

```
page 1
    0001
1                    IN THE UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
2
3
4          IN RE:  VIOXX                    * MDL Docket No. 1657
           PRODUCTS LIABILITY              *
5          LITIGATION                       * Section L
                                           *
6          THIS DOCUMENT RELATES TO:  * Judge Fallon
           GERALD BARNETT v. MERCK      * Mag. Judge Knowles
7
           ***************************
8
9
10         VIDEOTAPE
           DEPOSITION OF:MICHAEL McCAFFREY, MD
11
           DATE:       May 3, 2006
12
           TIME:       1:04 PM
13
           LOCATION:   Strand Regional Specialty Assoc.
14                     8170 Rourk Street
                       Myrtle Beach, SC
15
           TAKEN BY:   Counsel for Defendant
16
           REPORTED BY:  TERRI L. BRUSSEAU,
17                       Registered Professional
                         Reporter, CP, CRR
18
19
```

[207:6] - [208:3]       5/3/2006        McCaffrey, Michael, M.D.

```
page 207
6           Q.   Do you remember being asked by
7    Mr. Robinson whether you saw advertisements on
8    television about Vioxx?
9           A.   Yes, sir.
10          Q.   Did the advertisements about Vioxx on
11   television influence your decision to prescribe
12   Vioxx to Mr. Barnett?
13          A.   No, sir.
14          Q.   Do you rely on commercials on
15   television about drugs in deciding what medicine to
16   prescribe to your patients?
17          A.   No, sir.
18          Q.   Why not?
19          A.   Most of it's just promotional.  If
20   you -- I mean, on certain stations you see it all
21   the time.  If you turn on Home and Garden station,
22   it's on there constantly.  If you turn on ESPN, the
23   only thing you're going to see is Viagra or Cialis
24   or Levitra.  Depending on what station you watch
25   will be what pharmaceutical companies advertise.
page 208
1    It's just a -- just a paid-for advertisement.  It
2    doesn't give you any nuts and bolts on what's
3    happening with the medication.
```

[241:1] - [241:19]      5/3/2006        McCaffrey, Michael, M.D.

```
page 241
1                    CERTIFICATE OF REPORTER
```



EXHIBIT
C

1

Exhibit C - McCaffrey Deposition Excerpts

• Pechmann Reply

2        I, Terri L. Brusseau, Registered
3    Professional Reporter and Notary Public for the
4    State of South Carolina at Large, do hereby certify
5    that the foregoing transcript is a true, accurate,
6    and complete record.
7        I further certify that I am neither related
8    to nor counsel for any party to the cause pending
9    or interested in the events thereof.
10       Witness my hand, I have hereunto affixed my
11   official seal this 5th day of May, 2006 at
12   Charleston, Charleston County, South Carolina.
13
14
15
16       _____
         Terri L. Brusseau,
17       Registered Professional
         Reporter, CP, CRR
18       My Commission expires
         May 7, 2006.
19

## Exhibit D - Mikola Deposition Excerpts

• Pechmann Reply

[1:] - [1:25]                4/25/2006    Mikola, Michael

page 1
     0001
1                        IN THE UNITED STATES DISTRICT COURT
                             EASTERN DISTRICT OF LOUISIANA
2
3
4          IN RE:  VIOXX                    * MDL Docket No. 1657
           PRODUCTS LIABILITY              *
5          LITIGATION                      * Section L
                                 *
6          THIS DOCUMENT RELATES TO:  * Judge Fallon
           GERALD BARNETT v. MERCK    * Mag. Judge Knowles
7
           ****************************
8
9
10         VIDEOTAPE
           DEPOSITION OF:MICHAEL MIKOLA, MD
11
           DATE:         April 25, 2006
12
           TIME:         8:27 AM
13
           LOCATION:     Law Offices of
14                       Motley Rice, LLC
                         28 Bridgeside Boulevard
15                       Mt. Pleasant, SC
16         TAKEN BY:     Counsel for Plaintiff
17         REPORTED BY:  TERRI L. BRUSSEAU,
                         Registered Professional
18                       Reporter, CP, CRR
19
20
21              GOLKOW LITIGATION TECHNOLOGIES
22                 Four Penn Center, Suite 1210
                   1600 John F. Kennedy Blvd.
23                   Philadelphia, PA 19103
                       877.DEPS.USA
24
25


[343:5] - [343:8]            4/25/2006    Mikola, Michael

page 343
5          Q.   Did the advertisements such as Dorothy
6    Hamill skating about Vioxx play any role in your
7    decision to prescribe Vioxx to Mr. Barnett?
8          A.   No, sir.


[414:1] - [414:22]           4/25/2006    Mikola, Michael

page 414
1                      CERTIFICATE OF REPORTER
2          I, Terri L. Brusseau, Registered
3    Professional Reporter and Notary Public for the
4    State of South Carolina at Large, do hereby certify
5    that the foregoing transcript is a true, accurate,
6    and complete record.
7          I further certify that I am neither related
8    to nor counsel for any party to the cause pending
9    or interested in the events thereof.
10         Witness my hand, I have hereunto affixed my
11   official seal this 1st day of May, 2006 at
12   Charleston, Charleston County, South Carolina.
13
14
15


EXHIBIT
D

1

Exhibit D - Mikola Deposition Excerpts

• Pechmann Reply

16

17

18

19

20

21

22

Terri L. Brusseau,
Registered Professional
Reporter, CP, CRR
My Commission expires
May 7, 2006.