BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re VIOXX<br>Product Liability Litigation | MDL No. 1657<br><br>**STIPULATION DISMISSING PLAINTIFFS' COMPLAINT**<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE DANIEL E. KNOLES, III |

THIS DOCUMENT RELATES TO *Rita McCrerey, et al. v. Merck & Co., Inc.,* Cause No. 05-1253, previously filed as 04-CV-2576, S.D., Cal.

Plaintiff Rita McCrerey and defendant Merck & Co, Inc. ("Merck"), through their respective counsel, hereby stipulate and agree as follows:

1. Rita McCrerey agrees to dismiss the entire action without prejudice. Because Rita McCrerey has pled certain claims in the Complaint as a putative class action, the parties seek Court approval for dismissal pursuant to Federal Rule of Civil Procedure 23 (e) and 41 (a)(1).

2. Because there is no evidence of collusion between the parties to this stipulation and absent putative class members will not be prejudiced, notice to the absent putative class members is not necessary. *In re Nazi Era Cases*, 198 FRD 429, 441-42 (D.N.J. 2000); *Anderberg v. Masonite Corp.*, 176 FRD 682, 689 (N.D. Ga. 1997). Putative class members are not bound by any proceedings in a purported class action prior to a ruling on class certification. *In re Bridgestone/Firestone, Inc.*, 333 F.3d 763 (7th Cir. 2003). Additionally,

there are numerous, overlapping class actions that adequately protect the rights of all absent putative class members.

3. Accordingly, the parties request that the Court enter an Order dismissing this action.

4. Each side shall bear its own costs and attorneys' fees in this action, and the parties stipulate and agree that there will be no "prevailing party" in this action as a result of this dismissal.

DATED: 3/7/06

SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP

By _____
Spencer C. Skeen
Attorneys for Plaintiff Rita McCrerey

DATED: 3/10/06

STONE PIGMAN WALTHER WITTMAN L.L.C.

By _____
Phillip A. Wittman
Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation Dismissing Plaintiffs' Complaint has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 3rd day of July, 2006.

*[signature: Dorothy C. Wimberly]*