UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1252 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| SAM PELTEKIAN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Stipulation Dismissing the First and Second Causes of Action in Plaintiffs' Complaint,

IT IS ORDERED, that, based on the Stipulations of Counsel on behalf of their respective clients, the Court hereby dismisses the class action allegations contained in Plaintiff Sam Peltekian's first cause of action for Unfair Business Practices pursuant to California Business & Professions Code Section 17200, *et seq.*, without prejudice. Further, since no class has been certified in this action, the dismissal without prejudice of this cause of action does not bar the claim of any putative class member.

IT IS FURTHER ORDERED that pursuant to the Stipulations of Counsel on behalf of their respective clients, the Court hereby dismisses the class action allegations contained in

Plaintiff Sam Peltekian's second cause of action for Deceptive Advertising pursuant to Business & Professions Code Section 17500, *et seq.*, without prejudice. Further, since no class has been certified in this action, the dismissal without prejudice of this cause of action does not bar the claim of any putative class member.

IT IS FURTHER ORDERED that pursuant to the Stipulations of Counsel on behalf of their respective clients, the Court hereby grants Plaintiff Sam Peltekian leave to amend his complaint to reflect dismissal of his class action allegations.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

817230v.1