UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 PM 2: 51

LORETTA G. WHYTE
CLERK

IN RE:  VIOXX                                          *     MDL NO. 1657
        PRODUCTS LIABILITY LITIGATION     *
                                                      *     SECTION: L(3)
                                                      *
                                                      *     JUDGE FALLON
                                                      *     MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

### ORDER

IT IS ORDERED that the attached medical authorization forms shall replace those attached to Pretrial Order No. 18C.

New Orleans, Louisiana, this ___29th___ day of __June__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____