Exhibit D - Moye Deposition Excerpts

- Moye Reply

| | | |
|---|---|---|
| [1:] - [1:24] | 6/2/2006 | Moye, Lemuel A. |

```
page 1
    0001
1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
        IN RE: VIOXX         :  MDL DOCKET NO.
3       LITIGATION PRODUCTS  :  1657
        LIABILITY LITIGATION :  SECTION L
4                            :
        This document relates:  JUDGE FALLON
5       To                   :
        GERALD BARNETT AND   :  MAGISTRATE JUDGE
6       CORRINE BARNETT      :  KNOWLES
                V.           :
7       MERCK & CO., INC.    :
                             :
8       Civil Action No.     :
        2:06cv485            :
9                      - - -
10                    June 2, 2006
11                     - - -
12          Oral deposition of LEMUEL A. MOYE,
13     M.D., Ph.D., held in the offices of
14     Abraham, Watkins, Nichols, Sorrels,
15     Matthew & Friend, 800 Commerce, Houston,
16     Texas, commencing at 9:30 a.m., on the
17     above date, before Linda L. Golkow, a
18     Federally-Approved Registered Diplomate
19     Reporter and Certified Shorthand
20     Reporter.
                         - - -
21        GOLKOW LITIGATION TECHNOLOGIES
                 Four Penn Center
22         1600 John F. Kennedy Boulevard
                   Suite 1210
23         Philadelphia, Pennsylvania 19103
                   877.DEPS.USA
24
```

| | | |
|---|---|---|
| [78:20] - [79:14] | 6/2/2006 | Moye, Lemuel A. |

```
page 78
20         Q.   Let me ask you, in coming to
21    your opinions in this case, did you look
22    at the new drug application -- any part
23    of the new drug application for Celebrex
24    or Bextra?
page 79
1          A.   No, sir.
2          Q.   Did you look at any part of
3     the new drug application for any other
4     nonsteroidal anti-inflammatory drug?
5          A.   No, sir.
6          Q.   Did you look at the medical
7     officer review or summary basis of
8     approval for Celebrex or Bextra?
9          A.   No, sir.
10         Q.   Did you look at the medical
11    officer review or summary basis of
12    approval for any other nonsteroidal
13    anti-inflammatory drug?
14         A.   No.
```

| | | |
|---|---|---|
| [80:2] - [80:16] | 6/2/2006 | Moye, Lemuel A. |

```
page 80
2          Q.   Did you do any specific
```


EXHIBIT D

Exhibit D - Moye Deposition Excerpts

- Moye Reply

```
3    medical literature review concerning
4    Celebrex as a part of your review of this
5    case?
6         A.   No, sir.
7         Q.   How about with respect to
8    Bextra?
9         A.   No, sir.
10        Q.   Did you do a medical
11   literature review on the issue of
12   naproxen?
13        A.   I think I have to say yes
14   insofar as it was related to the
15   possibility of an anticardiothrombotic
16   effect associated with Naprosyn.
```

[81:22] - [82:1]          6/2/2006     Moye, Lemuel A.

```
page 81
22             Did you do a specific
23   medical literature review for any other
24   nonselective NSAID?
page 82
1         A.   No, sir.
```

[88:22] - [89:1]          6/2/2006     Moye, Lemuel A.

```
page 88
22        Q.   You don't hold yourself out
23   as an expert in pharmacology, either,
24   right?
page 89
1         A.   That's correct.
```

[91:21] - [92:4]          6/2/2006     Moye, Lemuel A.

```
page 91
21        Q.   Are there any physicians
22   that you know who prescribed Vioxx with
23   whom you've discussed their experience?
24        A.   No.
page 92
1         Q.   Are there any patients you
2    know who've used Vioxx with whom you've
3    discussed their experience?
4         A.   No.
```

[95:1] - [95:4]           6/2/2006     Moye, Lemuel A.

```
page 95
1         Q.   Did you conduct at any point
2    in your career any original laboratory
3    research on COX-2 inhibitors?
4         A.   No, sir.
```

[95:9] - [96:2]           6/2/2006     Moye, Lemuel A.

```
page 95
9         Q.   Were you the author of any
10   original epidemiological studies on Vioxx
11   or any other COX-2 inhibitor?
12        A.   No.
13        Q.   Are you the author of any
14   original epidemiological studies on the
15   effects of NSAIDs?
16             MR. SIZEMORE:  Did you get
17        that question?
18             THE WITNESS:  I did.  Let me
19        answer this way.  I was not
20        involved in an epidemiologic study
```

Exhibit D - Moye Deposition Excerpts

• Moye Reply

```
21      that focused on the effect of
22      NSAIDs. That's true.
23  BY MR. PIORKOWSKI:
24      Q.  Were you involved in a study
page 96
1   that focused on the efficacy of NSAIDs?
2       A.  No.
```

[207:14] - [208:6]    6/2/2006    Moye, Lemuel A.

```
page 207
14      A.  Celebrex, I don't quite
15  agree with that with Celebrex, because my
16  understanding of Celebrex is that it has
17  more COX-1, anti-COX-1 activity than
18  Vioxx does. So, to the degree that it
19  has more anti-COX-1 activity is the
20  degree to which it might inhibit
21  thromboxane.
22      Q.  Have you looked at any
23  literature that discusses the effect of
24  Celebrex on thromboxane or not?
page 208
1       A.  I have not looked at any
2   particular literature, no.
3       Q.  There's nothing you've seen
4   that tells you one way or the other?
5       A.  I haven't looked to answer
6   the question.
```

[269:10] - [269:15]    6/2/2006    Moye, Lemuel A.

```
page 269
10          THE WITNESS: Sure. What
11      they wanted to do was to get some
12      sense of the adverse events
13      associated with Vioxx versus what
14      a reasonable background rate would
15      be. They had several trials that
```

[269:10] - [270:17]    6/2/2006    Moye, Lemuel A.

```
page 269
10          THE WITNESS: Sure. What
11      they wanted to do was to get some
12      sense of the adverse events
13      associated with Vioxx versus what
14      a reasonable background rate would
15      be. They had several trials that
16      were placebo controlled that also
17      involved other drugs -- that
18      involved drugs in these other
19      trials, including Fosamax.
20          And so what they did was
21      combine groups to try to get a
22      sense for whether the adverse
23      event rate, I should say
24      cardiovascular adverse event rate
page 270
1       here for patients who were on
2       Vioxx was different than the
3       adverse event rate, cardiovascular
4       adverse event rate seen by
5       patients in other studies.
6   BY MR. PIORKOWSKI:
7       Q.  So, your understanding is
8   the comparison was between patients
9   taking Vioxx and the placebo group from
10  the Fosamax study?
11      A.  And also I think Proscar,
```

Exhibit D - Moye Deposition Excerpts

- Moye Reply

```
12        Q.   And the placebo group from
13   the Proscar study?
14        A.   Right.
15        Q.   But that was the basic
16   comparison?
17        A.   Yes.
```

[274:17] - [275:1]    6/2/2006    Moye, Lemuel A.

```
page 274
17        Q.   When we started talking
18   about the Watson analysis, you said one
19   of the things that they were trying to do
20   is get a rough understanding of how what
21   was seen in Vioxx compared with the
22   general population?
23        A.   With what they thought would
24   be an appreciable, a fair representation
page 275
1    of the background rate.
```

[276:20] - [277:12]    6/2/2006    Moye, Lemuel A.

```
page 276
20        Q.   Do you understand that the
21   Watson analysis was based on the patients
22   that were unblinded -- I'm sorry, the
23   patients that were still blinded?
24        A.   Still blinded, yes.
page 277
1         Q.   Do you understand that?
2         A.   Yes.
3         Q.   And if they were still
4    blinded, that meant that you couldn't
5    tell whether they were taking Vioxx or
6    not, right?
7         A.   Right.
8         Q.   I mean, if patients in a
9    clinical study are blinded, you don't
10   know what treatment medication they're
11   taking, right?
12        A.   That's right.
```

[278:8] - [279:19]    6/2/2006    Moye, Lemuel A.

```
page 278
8              Do you see under Vioxx
9    patients where it says that "All
10   treatment groups from the Vioxx studies
11   were combined"?
12        A.   Yes.
13        Q.   "All patients receiving at
14   least one day of study drug (placebo,
15   active NSAID comparator, or Vioxx) in
16   double blind, placebo controlled trials
17   of Vioxx were included in the analysis."
18        A.   Right.
19        Q.   So, that means that some of
20   the people in the analysis were Vioxx
21   patients?
22        A.   Right.
23        Q.   Other people in the analysis
24   may have been diclofenac patients or
page 279
1    ibuprofen patients?
2         A.   Okay.
3         Q.   And other people may have
4    been placebo patients?
5         A.   Right.
6         Q.   And regardless of what they
```

Exhibit D - Moye Deposition Excerpts

- Moye Reply

```
 7  received for purposes of this analysis,
 8  they were treated as, quote, Vioxx
 9  patients?
10       A.   Right.
11       Q.   So, we're not dealing with
12  just patients taking Vioxx here?
13       A.   Right.
14       Q.   We're talking about the
15  result for all patients who are in the
16  Vioxx clinical trial program regardless
17  of whether they were receiving Vioxx,
18  placebo or a comparator, right?
19       A.   Yes. Right.
```

[299:7] - [301:14]     6/2/2006     Moye, Lemuel A.

```
page 299
 7              Well, let's take them one at
 8  a time. First of all, what's your basis
 9  mechanistically for saying that Vioxx
10  destabilizes plaque? Do you have any
11  paper or any scientific evidence of that?
12       A.   I don't have any paper that
13  shows definitively that in intravascular
14  atherosclerosis production that COX-2
15  inhibitors can accelerate that. I guess
16  I would have expected to see that from
17  Merck's own development program. I mean,
18  it wasn't there.
19              However, I do understand the
20  complexity of the atherosclerotic
21  generation system. I also understand the
22  delicate interplay in the role of
23  thrombus, and I believe it is admissible
24  that COX-2 inhibitors, like Vioxx, and
page 300
 1  exclusively COX-2 inhibitors, can make
 2  atherogenic caps more friable.
 3            MR. JOSEPHSON: Objection,
 4  nonresponsive.
 5  BY MR. PIORKOWSKI:
 6       Q.   Based on what?
 7       A.   Based on my understanding of
 8  how these mechanisms work.
 9       Q.   We already talked about
10  MMP-9 and 2 and their effect on
11  stabilizing plaque when you inhibit them.
12  Do you have any theory or any paper that
13  supports that inhibiting COX-2 causes
14  destabilization of plaque specifically?
15            MR. WACKER: Object to form.
16            THE WITNESS: It is my
17       assessment -- it is my opinion
18       based on the summing up of my
19       understanding of the mechanisms by
20       which atherogenic mounds develop
21       and break off.
22            MR. PIORKOWSKI: Objection,
23       nonresponsive.
24  BY MR. PIORKOWSKI:
page 301
 1       Q.   So, the answer is, no, you
 2  can't cite me to any scientific study?
 3            MR. WACKER: That's
 4       argumentative.
 5            THE WITNESS: I guess my
 6       answer is --
 7            MR. PIORKOWSKI: No, it's
 8       not. My question is, is there a
 9       study, not what's his
10       understanding.
```

Exhibit D - Moye Deposition Excerpts

- Moye Reply

```
11            THE WITNESS: My answer is,
12       no, there's not, and I would have
13       expected to see one in Merck's
14       development program.
```

[299:7] - [301:14]         6/2/2006        Moye, Lemuel A.

```
page 299
7            Well, let's take them one at
8    a time. First of all, what's your basis
9    mechanistically for saying that Vioxx
10   destabilizes plaque? Do you have any
11   paper or any scientific evidence of that?
12       A.   I don't have any paper that
13   shows definitively that in intravascular
14   atherosclerosis production that COX-2
15   inhibitors can accelerate that. I guess
16   I would have expected to see that from
17   Merck's own development program. I mean,
18   it wasn't there.
19            However, I do understand the
20   complexity of the atherosclerotic
21   generation system. I also understand the
22   delicate interplay in the role of
23   thrombus, and I believe it is admissible
24   that COX-2 inhibitors, like Vioxx, and
page 300
1    exclusively COX-2 inhibitors, can make
2    atherogenic caps more friable.
3             MR. JOSEPHSON: Objection,
4        nonresponsive.
5    BY MR. PIORKOWSKI:
6        Q.  Based on what?
7        A.  Based on my understanding of
8    how these mechanisms work.
9        Q.  We already talked about
10   MMP-9 and 2 and their effect on
11   stabilizing plaque when you inhibit them.
12   Do you have any theory or any paper that
13   supports that inhibiting COX-2 causes
14   destabilization of plaque specifically?
15            MR. WACKER: Object to form.
16            THE WITNESS: It is my
17       assessment -- it is my opinion
18       based on the summing up of my
19       understanding of the mechanisms by
20       which atherogenic mounds develop
21       and break off.
22            MR. PIORKOWSKI: Objection,
23       nonresponsive.
24   BY MR. PIORKOWSKI:
page 301
1        Q.  So, the answer is, no, you
2    can't cite me to any scientific study?
3             MR. WACKER: That's
4        argumentative.
5             THE WITNESS: I guess my
6        answer is --
7             MR. PIORKOWSKI: No, it's
8        not. My question is, is there a
9        study, not what's his
10       understanding.
11            THE WITNESS: My answer is,
12       no, there's not, and I would have
13       expected to see one in Merck's
14       development program.
```

[368:22] - [369:24]        6/2/2006        Moye, Lemuel A.

```
page 368
22           Do you disagree that the FDA
```

Exhibit D - Moye Deposition Excerpts

• Moye Reply

```
23  also found that data from long-term
24  controlled clinical trials that have
page 369
 1  included a comparison of COX-2 selective
 2  and nonselective NSAIDs do not clearly
 3  demonstrate that the COX-2 selective
 4  agents confer a greater risk of serious
 5  adverse CV events than nonselective
 6  NSAIDs?
 7       A.   If you ask me do I disagree
 8  with the fact that they said that, of
 9  course not.
10       Q.   Okay.
11            So, let me make sure I got
12  this --
13       A.   That's what they said and I
14  acknowledged that.
15       Q.   And you disagree with that?
16       A.   Well, I'm here to speak
17  today about rofecoxib.
18       Q.   I understand.
19       A.   I'm not here to speak about
20  Bextra or Celebrex.
21       Q.   I understand.
22       A.   And so based on my
23  understanding of the effects of
24  rofecoxib, I would disagree with that.
```

[370:11] - [371:21]       6/2/2006     Moye, Lemuel A.

```
page 370
11            Is it your position that you
12  know that Vioxx has a greater
13  cardiovascular risk than these other
14  drugs which you have not done a
15  scientific investigation of, or is it
16  your opinion you've not looked at the
17  question and don't have an opinion one
18  way or the other?
19       A.   I have not looked at the
20  question, so, I can't rank order, I think
21  is the term used by the FDA.  At this
22  point in time, I can't rank order.
23       Q.   With respect to
24  cardiovascular risk?
page 371
 1       A.   Right.
 2       Q.   Okay.
 3            And that's true with respect
 4  to Vioxx and Celebrex also, right?
 5       A.   Well, it means the same
 6  thing.  Rank order with respect to
 7  COX-2s -- with respect to rofecoxib and
 8  other COX-2s, because I haven't looked at
 9  other COX-2s.
10       Q.   I just want to make sure
11  we're clear on two things.
12       A.   Maybe not.
13       Q.   Rank order with respect to
14  Vioxx versus Celebrex, you haven't looked
15  at that question, right?
16       A.   That's right.  I have not
17  looked at that point.
18       Q.   So, you can't have an
19  opinion not having looked at that
20  question?
21       A.   Right.
```

Exhibit D - Moye Deposition Excerpts

- Moye Reply

[376:21] - [377:5]     6/2/2006     Moye, Lemuel A.

```
page 376
21          Q.   Dr. Moye, is there any
22   specific study that you're relying on for
23   your opinion that Vioxx causes an
24   imbalance between prostacyclin and
page 377
1    thromboxane?
2           A.   No.  It was my understanding
3    of the biochemistry of it, but I haven't
4    reviewed the basic biochemical studies,
5    no.
```

[394:11] - [394:18]     6/2/2006     Moye, Lemuel A.

```
page 394
11           THE WITNESS:  I would say
12   not just based on those studies,
13   but based on my understanding of
14   the role of the -- the
15   differential role of COX-1, COX-2,
16   that Vioxx is the worst.  That's
17   my understanding as I sit here
18   today.
```

[396:1] - [396:21]     6/2/2006     Moye, Lemuel A.

```
page 396
1            C E R T I F I C A T E
2
3           I, LINDA L. GOLKOW, a Notary
     Public and Certified Shorthand Reporter
4    of the State of New Jersey, do hereby
     certify that prior to the commencement of
5    the examination, LEMUEL A. MOYE, M.D. was
     duly sworn by me to testify to the truth,
6    the whole truth and nothing but the
     truth.
7
8           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
9    testimony as taken stenographically by
     and before me at the time, place and on
10   the date hereinbefore set forth, to the
     best of my ability.
11
12          I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor
13   attorney nor counsel of any of the
     parties to this action, and that I am
14   neither a relative nor employee of such
     attorney or counsel, and that I am not
15   financially interested in the action.
16
17
18
19          _____
            LINDA L. GOLKOW, CSR
20          Notary Number:  1060147
            Notary Expiration:  1-2-08
21          CSR Number:  30XI176200
            Dated:  June 9, 2006
```