UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 06-0485<br><br>GERALD D. BARNETT<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**Merck & Co., Inc.'s Notice of<br>Filing Deposition Testimony** |

TO:      Mark P. Robinson, Jr.
              Robinson, Calcagnie & Robinson
              620 Newport Center Drive, 7th Floor
              Newport Beach, CA 92660

              Andrew Birchfield
              Leigh O'Dell
              Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
              218 Commerce Street
              Montgomery, AL 36104

                  and

              Russ Herman
              Herman, Herman, Katz & Cotlar, LLP
              Place St. Charles
              201 St. Charles Avenue, Office 4310
              New Orleans, LA 70170

Today Merck is delivering by hand to the Court the full, designated deposition transcripts Dr. Curtis Bryan, Dr. Gregory Curfman, and Dr. Mark Karavan. These transcripts include all of Plaintiff's and Merck's affirmative designations, counter-designations, conditional designations, objections, and responses to objections. Merck also includes the exhibits referenced in the designated testimony. Plaintiff is submitting similar transcripts for Ms. Susan Baumgartner, Dr. Stephen Epstein, Dr. Michael McCaffrey, and Dr. Michael Mikola.

The transcripts include the parties' objections and responses, as well as the Court's prior rulings (if any). The text is in a number of colors: black text means both sides designated that testimony; blue text means only Merck designated the testimony; red means only Plaintiff designated the testimony; and green means that Merck conditionally designated the testimony. Merck may play these conditional designations at trial, but Merck will make that determination after certain evidentiary rulings of the Court as well as certain decisions by Plaintiff.

Respectfully submitted,

*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60601
Phone: 312-494-4400
Fax:    312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Notice of Filing Deposition Testimony** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 5th day of July, 2006.

*Dorothy H. Wimberly*