**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**VIOXX MDL DIVISION**

**DALE A. ROGERS,**                                                                                          **Plaintiff**

NO. 06-CV-4011

**MERCK & CO., INC.,**                                                                                       **Defendant**

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Dale A. Rogers, (hereinafter "Plaintiff"), by and through her counsel of record, moves the Court for entry of an Order dismissing without prejudice Plaintiff's Complaint against the Defendant.

Plaintiff sets forth the following grounds for dismissal:

1.  Plaintiff does not wish to proceed with her lawsuit at this time.

2.  Defendant has asserted no counter-claims against Plaintiff.

3.  All parties should bear their own costs.

WHEREFORE, Plaintiff prays that an Order be entered, in the form attached, granting this Motion to Dismiss Without Prejudice and ordering that each party bear their own costs and fees.

Respectfully submitted,

/s/ Hayden E. Hanna
Hayden E. Hanna
Arkansas State Bar #2003-108

**The Law Office of Hayden E. Hanna, PLLC**
791 South 4th Avenue, Suite F
Yuma, AZ 85364
Tel. (928) 329-5655
Fax. (928) 329-5855
E-mail: haydenhanna@hotmail.com
Attorney for Plaintiff