```
                   SUPERIOR COURT OF NEW JERSEY
                   ATLANTIC COUNTY/CIVIL DIVISION
-------------------------------x
ELAINE M. DOHERTY and
DANIEL J. DOHERTY,              DOCKET NO. ATL-L-0638-05MT
         PLAINTIFFS,
      VS.
MERCK & CO.,INC.,
         DEFENDANT.
-------------------------------x

         PLACE:   ATLANTIC COUNTY CIVIL COURTHOUSE
                  1201 BACHARACH BOULEVARD
                  ATLANTIC CITY, NJ 08401

         DATE:    JUNE 9, 2006

B E F O R E:

    THE HONORABLE CAROL E. HIGBEE, P.J.Cv.

TRANSCRIPT ORDERED BY:
    STEVEN KNOWLTON, ESQ. & DIANE SULLIVAN, ESQ.

A P P E A R A N C E S:

    GENE LOCKS, ESQUIRE
    JAMES J. PETTIT, ESQUIRE
    MICHAEL A. GALPERN, ESQUIRE
    STEVEN P. KNOWLTON, ESQUIRE
    LOCKS LAW FIRM
    ATTORNEYS FOR PLAINTIFF DOHERTY
    DIANE P. SULLIVAN, ESQUIRE
    RONNI E. FUCHS, ESQUIRE
    DAVID VENDERBUSH, ESQUIRE
    DECHERT, LLP
    JAMES FITZPATRICK, ESQUIRE
    HUGHES, HUBBARD & REED
    PAUL STRAIN, ESQUIRE
     VENABLE, LLP
    ATTORNEYS FOR THE DEFENDANT
       *      *      *      *      *      *
                  REGINA A. TELL, CSR-RPR-RMR-CRR
                  OFFICIAL COURT REPORTER
                  1201 BACHARACH BOULEVARD
                  ATLANTIC CITY, NJ  08401
```

I N D E X

| WITNESS(S) | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

FOR THE PLAINTIFF

1). SUZANNE PARISIAN

| By Ms. Sullivan | 587 | | | 829 |
|---|---|---|---|---|
| By Mr. Pettit | | | 783 | |

Juror Questions, 828

```
 1                    P R O C E E D I N G S
 2              THE COURT:  You can be seated.
 3              Are you ready to go?
 4              THE WITNESS:  I guess.
 5              MR. PETTIT:  I have one issue.
 6              The motion, which Your Honor has already
 7    heard -- I think I wrote down motion in limine three,
 8    on the plaintiffs' motion in limine three to strike
 9    reference to the 2006 CFR, we had argument in the
10    conference room on the record, and we can again briefly
11    rehash it in about 60 seconds, if you want, and counsel
12    said that they're going to cross-examine Dr. Parisian
13    with the 2006 CFR, so I need to raise it.
14              THE COURT:  On the 2006 what?
15              MR. PETTIT:  The 2006 CFR, where they want to
16    have Your Honor take judicial notice of the preamble
17    but not the CFR part, the actual regulation itself.
18              MR. STRAIN:  This is -- the motion related to
19    it going into evidence, so it is a little different
20    issue, using it in cross-examination.  If it is germane
21    to the examination, to the direct examination of the
22    witness, it should come in on cross.
23              This is the Federal Register, Your Honor,
24    which speaks about the very -- the FDA speaking about
25    the very subject of FDA structure and what the FDA
```

1   does, the FDA is the expert federal public agency
2   charged by Congress with ensuring, et cetera.  It is
3   speaking to the exact subjects this witness was
4   speaking to on direct, so it is clearly fair for
5   cross-examination, Your Honor.
6            MR. PETTIT:  Your Honor, I can make my
7   argument in 60 seconds.
8            It is not the law, and it will never be the
9   law, and I gave the Court citations for that, because
10  it is a preamble.  It is not the actual regulation
11  itself.
12           Number two, it is not going to be effective
13  until June 30th, 2006.  It is still not effective, so
14  it is after the withdrawal, it is after she stopped
15  using the drug, after she stopped being prescribed the
16  drug, and it is not effective yet.  Technically,
17  something could happen between now and June 30th.
18           Number two, what is problematic for this,
19  whether it is cross-examination or it comes in as
20  substantive evidence, is that the FDA now for the first
21  time is saying that state court judges' interpretation
22  of the law conflicts with FDA's interpretation.
23           MR. STRAIN:  We're not going to use that part,
24  Your Honor.
25           MR. PETTIT:  I don't know what they're going

1    to use.
2           MR. STRAIN:  I'll be happy to show you.
3           THE COURT:  It doesn't matter, because I
4    already know how I'm ruling.  I spent time on this.
5    You argued it before, and I have had a chance to review
6    the regulation, and I'll be writing a more
7    comprehensive decision on this so that there's more.
8           First of all, the preamble is not effective as
9    of now, correct, counsel?
10          MR. PETTIT:  That's correct.
11          THE COURT:  As of now, it is nothing.
12          MR. STRAIN:  Well, Your Honor, that's with the
13   revised regulation, but the preamble, because it is
14   part of the Federal Register, is.  The FDA said it is
15   in the Federal Register, which, of course, makes it
16   subject to.
17          THE COURT:  It doesn't matter, because if it
18   was July 1st, my ruling would be the same, actually,
19   which is that it is not something that I'm going to
20   allow you to use.
21          The preamble, as I see it, is a political
22   statement by the FDA.  The primary purpose of it is to
23   criticize state courts and to set forth the FDA's
24   position that -- not to criticize state courts so much
25   as to set forth the FDA's position that they believe

1  there should be federal preemption of all tort actions.
2  That is basically what the preamble is saying. What
3  the preamble is saying is the FDA should be the final
4  word.
5       It has nothing to do with science. It has
6  nothing to do with what happened back in 2000, 2001,
7  2002, when these issues were being decided. It is
8  contrary to the U.S. Supreme Court's decisions. It is
9  contrary to all the law on preemption. And I am not
10 going to allow you to use it.
11      MR. STRAIN: Your Honor, may I make a proffer
12 for the record?
13      THE COURT: No, you made your proffer. No.
14 After I speak -- I told you in the beginning, you
15 speak, they speak. You had a chance to argue this
16 motion, you may make your proffer on your appeal.
17      MR. STRAIN: I understand, Your Honor. Thank
18 you. I didn't wish to reargue, but I understand the
19 Court's ruling. Thank you.
20      THE COURT: Okay. If you don't want to
21 reargue, there's nothing else to put on the record.
22      You can bring the jury in.
23      This goes for both sides. After I make a
24 ruling, I have made the ruling.
25      MR. PETTIT: Yes, Your Honor.