UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | JURY TRIAL DEMANDED |
| *Calandra, et al. v. Merck & Co., Inc.*, ) MDL No. 05-2914 and ) | |
| *DeToledo, et al. v. Merck & Co., Inc.*, ) MDL No. 05-5083 ) | |

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted five (5) additional pages, for a total of twenty (20) pages for its Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss the Foreign Class Actions or, in the Alternative, Strike the Foreign Class Allegations.

NEW ORLEANS, LOUISIANA, this 30th day of ____June____, 2006.

_____
DISTRICT JUDGE

816548v.1