UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2446 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Pamela Parker, Attorney-in-Fact on Behalf of Pearl Dunn, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Pamela Parker, Attorney-in-Fact on Behalf of Pearl Dunn, against defendants Merck & Co., Inc. and McKesson Corporation be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 30th day of _____June_____, 2006

_____
DISTRICT JUDGE

815588v.1