UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4775 | * | |
| | * | MAGISTRATE JUDGE |
| MARGARET HADLEY, et al. | * | KNOWLES |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Stipulation for Dismissal With Prejudice,

IT IS ORDERED, that the claims of plaintiff Margaret Hadley against defendant Charles

Sherman, M.D., be and they hereby are dismissed with prejudice, each party to bear its own

costs.  The case remains pending as to all other defendants and amongst all other parties.

NEW ORLEANS, LOUISIANA, this 30th day of _____ June _____, 2006

_____
DISTRICT JUDGE

815588v.1