# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | MDL Docket No. 1657 |
| ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. ) | |
| MERCK & CO., INC., 05-1102 ) | MAG. JUDGE KNOWLES |
| ) | |

## ORDER DISMISSING WITHOUT PREJUDICE
## CLAIMS OF HARLENE SANDERS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Harlene Sanders filed herein,

IT IS ORDERED that the claims of Harlene Sanders against Merck & Co., Inc. be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE