UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMAAL ALI BILAL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER  06-2364** |
| **MERCK & CO., INC., ET AL.** | * | **SECTION "L" (3)** |

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel (Rec. Doc. 5606) is DENIED.  Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this   3rd   day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Jamal Ali Bilal, 99-0124
FCCC, 13613 S.E. Hwy 70
Arcadia, Fl 34266

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170