UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 2 0 2006
LORETTA G. WHYTE
CLERK

JANET DOUGLAS AND
ANITRA CHANNING DOUGLAS                                  PLAINTIFFS

v.                                                       CAUSE NO. 06-1563
                                                         VIOXX MDL NO. 1657

MERCK & CO., INC.                                        DEFENDANTS

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES now Crystal R. Green Griffin, and files this, Motion To Substitute Counsel Of Record and seeks to withdraw her name as attorney of record for The Colom Law Firm, representing the above Plaintiffs and substitute Wilbur O. Colom of The Colom Law Firm as the named attorney of record for the Plaintiffs and would state in support thereof the following, to-wit:

1.      That Crystal R. Green Griffin will no longer be employed by The Colom Law Firm as of April 27, 2006. That the Plaintiffs will continue to be represented by The Colom Law Firm, and that Crystal R. Green Griffin desires to be removed as the named attorney of record in this case.

2.      That Wilbur O. Colom of The Colom Law Firm will be the named attorney of record in this case and all correspondence in this case should be directed to his attention.

WHEREFORE, PREMISES CONSIDERED Crystal R. Green Griffin requests that her name be removed as the attorney of record in this case and that Wilbur O. Colom be substituted and named as attorney of record in this case.

Respectfully submitted,

_____
CRYSTAL R. GREEN GRIFFIN
(TX BAR NO. # 24046825)
*One of the Attorneys for the Plaintiffs*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

*[signature]*

WILBUR O. COLOM
(MSB: 6403)
*One of the Attorneys for the Plaintiffs*

OF COUNSEL:

The Colom Law Firm, LLC
200 6th Street North, Suite 102
P.O. Box 866
Columbus, MS  39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, Crystal R. Green Griffin do hereby certify that I have this day mailed a true and correct copy of the above and foregoing **NOTICE OF SUBSTITUTE COUNSEL** to the following:

Fullbright & Jaworski, L.L.P.
Gerry Lowry
John Sullivan
Julie Hardin
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Kenneth Thomas Fibich
Fibitch, Hampton & Leebron, L.L.P.
1401 McKinney, Suite 1800
Houston, TX  77010

Plaintiff's Liaison Counsel
Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA  70113

Dated this _____ day of _____, 2006.

*[signature]*
CRYSTAL R. GREEN GRIFFIN