UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANET DOUGLAS, AND
ANITRA CHANNING DOUGLAS

V.

CAUSE NO. 06-1563
VIOXX MDL NO. 1657

MERCK & CO., INC.                                                    DEFENDANTS

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

THIS DAY this action came to be heard on a Motion for Substitution of Counsel of Record for Janet Douglas and Anitra Channing Douglas, Plaintiffs in the above styled and numbered cause of action. This Motion was filed by Crystal R. Green Griffin, Attorney of Record for Janet Douglas and Anitra Channing Douglas, and the Court after having considered said Motion is of the opinion that said Motion should be, in all things, granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Crystal R. Green Griffin, of the Colom Law Firm, is hereby withdrawn as the named attorney of record for Janet Douglas and Anitra Channing Douglas in the above styled cause of action, and Wilbur O. Colom, of the Colom Law Firm, is hereby named as the attorney of record for the Plaintiffs.

SO ORDERED AND ADJUDGED this the 30 day of June 2006.

DISTRICT JUDGE

PREPARED AND PRESENTED BY:

THE COLOM LAW FIRM
Crystal R. Green Griffin
Texas SBN: 24046825
200 Sixth Street North, Suite 102
Columbus, MS 39703
Telephone (662) 327-0903
Facsimile (662) 329-4832