UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No. 1657 |
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

Relates to:

*Lovicy Richard, et al v. Merck & Co., Inc., et al* § Civil Action No. 1:04-703

Transferred from:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| LOVICY RICHARD, et al. § § § § § | CIVIL ACTION NO. 1:04-cv-00703 |
| v. | |
| MERCK AND CO., INC., et al. | |

## JOINT STIPULATION OF DISMISSAL REGARDING DEFENDANT ALFORD'S PHARMACY ONLY

Plaintiffs and one defendant, Alford's Pharmacy, file this joint stipulation of dismissal of the plaintiffs' claims against Alford's Pharmacy, only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiffs are not dismissing any claims against the remaining defendants.

1. Plaintiffs are Lovicy Richard, Ervin Richard, Calvin Richard, Rena Jones, Kernis Richard, Lon Richard, Gloria Allen and Larry Richard. The defendant being dismissed is Alford's Pharmacy.

2. Plaintiffs originally sued this defendant in Texas State Court. The matter was removed to Federal Court and then transferred to this Court.

3. Defendant, Alford's Pharmacy, who has answered, agrees to the dismissal.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. This dismissal is with prejudice.

AGREED:

By: *Christopher McCormick*

Thomas J. Pearson
SBN: 15695600
Oliver Moses
SBN: 24028760
Christopher M. McCormick
SBN: 24044851
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702
Telephone: (409) 835-4894
Facsimile: (409) 838-6139

**ATTORNEYS FOR PLAINTIFFS**
Lovicy Richard, Ervin Richard,
Calvin Richard, Rena Jones, Kernis Richard,
Lon Richard, Gloria Allen and Larry Richard

By: *signature*

June 30, 2000
DATE

*signature*
U.S. DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL REGARDING
DEFENDANT NELSON'S CORNER DRUG ONLY
(70587.1) 216435.2

Page 2

RECEIVED TIME MAR. 9. 3:21PM

Hubert A. Crouch, III
SBN: 05148500
Kim M. Meaders
SBN: 05352500
CROUCH & RAMEY, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202
Telephone: (214) 922-7100
Telecopier: (214) 922-7101

ATTORNEYS FOR DEFENDANT,
ALFORD'S PHARMACY

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via regular mail on this __26__ day of __June__ 2006.

| Plaintiff's Counsel | Counsel for Merck |
|---|---|
| Thomas J. Pearson<br>Cimron Campbell<br>PEARSON & CAMPBELL, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702<br>Tel: (409) 835-4894<br>Fax: (409) 838-6139 | Richard Josephson<br>Maryanne Lyons<br>Travis James Sales<br>BAKER, BOTTS, L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4995 |

Kim M. Meaders

JOINT STIPULATION OF DISMISSAL REGARDING
DEFENDANT NELSON'S CORNER DRUG ONLY
(70587.1) 216435.2

Page 3