UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -5 AM 7:19

LORETTA G. WHYTE
CLERK

**CIVIL ACTION NO. 2:05-cv-6514**
VIRGINIA NADINE PERRY                                           PLAINTIFF

VS.                          **ORDER**

MERCK & CO., INC.                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter being before the Court by motion of the Hon. Jane R. Butcher, and the Court being sufficiently advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Hon. Jane R. Butcher be and hereby is allowed to withdraw as counsel of record for the Plaintiff, Virginia Nadine Perry, in the above style matter.

DATED this 30th day of June, 2006.

*[Handwritten annotation:]* The Court is not in receipt of the Motion to which this Order applies. As such, the Court does not have a basis upon which to rule. Counsel is advised to re-file her motion and order together.

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT

**DISTRIBUTION:**

Susan J. Pope
Frost Brown Todd, LLC
250 W. Main Street
2700 Lexington, KY 40507

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

Winston E. Miller
Frost Brown Todd, LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202-3363

Ms. Virginia Nadine Perry
P.O. Box 2172
Williamsburg, KY 40769

_____
CLERK                    DATE