UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -5  AM 10: 00

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

## PLAINTIFF'S REPLY IN SUPPORT OF
## MOTION TO EXCLUDE THE OPINION TESTIMONY
## OF NICHOLAS FLAVAHAN, Ph.D.

PLAINTIFF, Gerald Barnett, files this Reply to Merck & Co.'s Opposition to Plaintiff's Motion to Exclude the Opinion Testimony of Nicholas Flavahan, Ph. D. For the reasons outlined in Plaintiff's original motion and the reply below, Plaintiff's motion is due to be granted.

Merck opposes Plaintiff's motion by stating that Dr. Flavahan is a vascular biologist and pharmacologist[1] who Merck has designated to provide expert opinion concerning the pharmacological effects of COX-2 inhibitors, particularly Vioxx, on the blood vessel wall and endothelium of human beings. Merck claims Plaintiff's motion ignores Dr. Flavahan's "testimony and record of experience" which establish his expertise

---

[1] Dr. Flavahan's Ph.D. is actually in Physiology, rather than Pharmacology, though he testified that pharmacology was his primary focus. See Flavahan dep. at 204:6-204:19 (Excerpts of Dr. Flavahan's deposition are attached as Exhibit "A."). Physiology is a much broader discipline than pharmacology. Id. at 204:20-206:11. Dr. Flavahan is not a medical doctor. Id.

| | |
|---|---|
| ___ | Fee_____ |
| ___ | Process_____ |
| X | Dktd_____ |
| ✓ | CtRmDep_____ |
| ___ | Doc. No_____ |

1

in the pharmacology of COX-2 inhibitors and his well-founded methodology. (Merck's Opp. at 2.)

As this Court has noted on numerous occasions, in order for an expert to testify to general causation, he or she must have knowledge of the relevant scientific literature concerning Vioxx, much have knowledge about Vioxx, and must have had some knowledge of COX-2 inhibitors prior to being retained to give expert testimony in this litigation.  In the Court's Order of November 18, 2005, in *Irvin I v. Merck & Co.,* the Court outlined it decisions regarding *Daubert* challenges filed by both parties.  As to each expert, the Court denied the *Daubert* challenge and allowed the expert to offer expert testimony, but noted that the expert in question had reviewed (and in some cases, had written) the relevant published, peer-reviewed medical literature and pointed out when the expert had actively followed the literature before being retained as an expert.

During the course of *Irvin I* and *Irvin II*, the Court found that an expert must have knowledge and experience relating to Vioxx, or other COX-2 inhibitors.  The expert must have conducted research on Vioxx or other COX-2 inhibitors.  See Irvin *I v. Merck & Co.,* Court's Order on Plaintiff's Motion to Reconsider, at 2-6 (Dec. 3, 2005).  According to the Court, an expert must have familiarity with Vioxx.  See *Irvin II v. Merck & Co.,* transcript at 738-740, 744 (Feb. 8, 2006).

Plaintiff does not challenge Dr. Flavahan's qualifications as a vascular cell biologist.  Rather, the issue before the Court and the basis of Plaintiff's challenge are his qualifications and knowledge of Vioxx.   In his motion and supporting memorandum, Plaintiff put forth ample evidence from Dr. Flavahan's deposition testimony that Dr. Flavahan, though seemingly knowledgeable about vascular biology, is not knowledgeable about the clinical trials involving Vioxx that have been published in the medical literature.

2

Because Merck failed to provide Dr. Flavahan with the data and findings of Merck's internal studies, Dr. Flavahan also has no knowledge and has no opinions that take into account the relevant information contained in those studies.

Rather than focus on the basis of Plaintiff's motion, Merck attempts to confuse the issue by stating that Plaintiff must put forth "reliable evidence of the biological mechanism by which Vioxx supposedly could have caused his alleged heart attack." Plaintiff agrees that his theory of how Vioxx contributed to his injuries must be biologically plausible. Plaintiff, however, has met this burden. As the Court is well aware, the medical literature is replete with the results of studies, including VIGOR, APPROVe, among others, establishing the biological plausibility that Vioxx caused Mr. Barnett's heart attack and accelerated his atherosclerosis.

Merck further argues that Dr. Flavahan's opinions are relevant and should be admitted into evidence because they address the "flaws" in Fitzgerald's "imbalance theory." (Merck's Opp. at 3.) In his deposition, Dr. Flavahan testifies that one of the theories of biologic plausibility that Plaintiff puts forward, the "Fitzgerald hypothesis," is incorrect. (Flavahan dep. 117:19-119:3.) Dr. Flavahan is unable to point to any specific peer-review studies that state that the Fitzgerald hypothesis is unsound. (Flavahan dep. at 192:9-192:20.)

Moreover, Dr. Flavahan, in his report and deposition, offers opinions regarding biological mechanism that are completely at odds with the results of the clinical trials – many of them indicating a statistically significant increase in thrombotic events among those taking Vioxx as compared with placebo or a comparator drug. Even Dr. Flavahan agrees there should be some relationship between a theory of mechanism and the results of clinical trials. Yet, as Plaintiff pointed out in his initial motion, Dr. Flavahan is not familiar with the clinical

trials involving Vioxx, and he did not consider the results of clinical trials in rendering his opinions in this case:

> page 56
> 19     Q.  Okay.  Sir, if a scientist like yourself has
> 20  a theory of mechanism of action of a drug, that the
> 21  drug is not harmful, but in randomized clinical
> 22  trials it turns out that in human beings the drug is
> 23  harmful, is the human being experience in randomized
> 24  clinical controls -- in randomized clinical trials
> 25  the best evidence of whether or not your mechanism
> page 57
> 1  of action is correct?
> 2          MR. KREPS:  Objection to form of the
> 3  question.
> 4      A.  (Continuing) Medicine involves collaboration
> 5  between basic science and clinical science.  The
> 6  reason why I'm in a division of cardiology and I'm a
> 7  Ph.D. is because of that collaboration.
> 8       If both sets of data aren't coming out the
> 9  same, then there has to be a discussion between the
> 10  clinic -- clinicians and the scientists to find out,
> 11  you know, what -- what is happening and how things
> 12  should be changed to adequately test hypotheses.
> 13     Q.  Doctor, in your opinion of Vioxx, do you
> 14  consider at all the results of the randomized
> 15  clinical trials involving Vioxx?
> 16     A.  As I said, I am not involved in the design
> 17  or the interpretation of clinical trials.  My role
> 18  in these proceedings is to discuss the mechanisms of
> 19  COX-2 action within the blood vessel wall and the
> 20  pharmacological action of Vioxx and other COX-2
> 21  inhibitors.
> 22     Q.  I understand.  What my question is -- is
> 23  your opinion or opinions regarding the plausible
> 24  mechanisms of Vioxx mechanism of action entirely
> 25  independent of any evidence produced in the
> page 58
> 1  randomized clinical trials involving Vioxx?
> 2      A.  As far as I'm aware, the randomized clinical
> 3  trials were not getting at mechanism.  Now, I have
> 4  not analyzed the results of the clinical trials.
> 5  It's not what I do.  That -- my role in these
> 6  proceedings is to look at the mechanisms of COX
> 7  activity within the blood vessel wall in the action
> 8  of the -- of the inhibitors.
>
> . . . .

page 58
18  review the interpretations of the studies.
19     Q.  Doctor, did the statistically significant
20  excess of cardiovascular events, including MIs,
21  found in VIGOR and APPROVe form any part of your
22  consideration of the plausible biological mechanism
23  of action of Vioxx?
24        MR. KREPS:  Objection to form of the
25  question.
page 59
1      A.  (Continuing) As I said, I did not review or
2   assess the interpretation of those clinical trials.

Flavahan dep. at 56:19-59:1.

Throughout his deposition, Dr. Flavahan persistently refused to acknowledge the

results of clinical trials while stating that "Vioxx does not increase the thrombotic risk."

page 121
4       Do you have an opinion as to whether or not
5   there is an increased hazard from COX -- specific
6   COX-2 inhibitory drugs with those who already are
7   predisposed to thrombosis?
8      A.  There is already data within the literature
9   which basically goes against this point.  That
10  coxibs do not increase the thrombotic risk.  And
11  particularly Vioxx does not increase the thrombotic
12  risk.
13     Q.  Doctor, in the VIGOR study was there an
14  increased relative risk in those patients who were
15  ASA, or aspirin indicated, as opposed to those who
16  were not?
17     A.  Again, I'm not here to discuss, interpret,
18  assess clinical trials.
19     Q.  Doctor, did you understand from the
20  Bresalier article in the New England Journal on the
21  APPROVe data that for symptomatic atherosclerotic
22  disease the relative risk was nine and a half times
23  that of placebo?
24        Did you understand that?
25     A.  Again, I'm not here to interpret -- analyze,
page 122
1   interpret clinical trials.
2      Q.  Doctor, do you agree that for a scientific
3   hypothesis to have validity, it should be
4   predicted -- predictive of future events?
5       Does that make sense or should I rephrase
6   that?
7      A.  You should rephrase that.
8      Q.  Okay.  Is a scientific principle -- if you

5

9  have a hypothesis, one way to test whether the
10  hypothesis is valued or not is whether it has
11  predictive value; that is, what the hypothesis says
12  is likely to happen, in fact, happens in people?
13      A.  There's already data, and the references are
14  contained in the report, that demonstrate the Vioxx
15  and the other COX-2 inhibitors do not increase
16  thrombotic risk.
17      Q.  In -- in intact human beings?
18      A.  In -- in human beings.
19      Q.  Show -- tell me that reference, Doctor.
20      A.  Well, basically it's the whole -- from pages
21  4 through -- pages 4 through 7.
22      Q.  Tell me the specific --
23      A.  Not, in fact -- 4 through 8.
24      Q.  Okay.
25      A.  Oh, no.
page 123
1      Q.  Tell --
2      A.  4 through 7 and then page 11.
3      Q.  Is there any paper that you cite that looks
4  at Vioxx administered to patients versus a
5  comparator?
6      A.  Yes, for sure I think they are in there.
7      Q.  Okay.  Are -- but -- it does not include any
8  randomized clinical trials of Vioxx administered to
9  patients versus comparators.  Is that true?
10      A.  I've referenced, as part of this, clinical
11  studies or clinical experiments performed in
12  individuals that were placebo-controlled and
13  analyzed the activity of Vioxx and other COX-2
14  inhibitors in human volunteers.  I did not reference
15  and did not analyze the clinical trials that you are
16  referring to.
17      Q.  Tell me, what is the reference that -- that
18  you rely on to show that patients administered Vioxx
19  did not have an increase in CV events?
20      A.  No.  We were talking about thrombotic
21  events.
22      Q.  Okay.  I'll make "CV" thrombotic events.
23      A.  Okay.  All right.  If we go to -- well,
24  first of all, the -- the whole basis for the
25  argument underlying the imbalance theory is
page 124
1  addressed with studies in human beings and in human
2  tissue in pages 4, 5, 6, 7, addressing the
3  implausibility of the theory.
4          And then specifically with regard to
5  the -- some studies in humans looking at the
6  imbalance theory -- they are defined, also, on
7  page 11.

8    Q.  Okay.

9    A.  So if the imbalance theory were correct,

10  then the COX-2 inhibitors should increase platelet

11  activity, should increase thrombosis, right?

12    Q.  Well, Doctor, my question was -- was, I

13  think, a little more precise.  I thought --

14  let -- let me see if I can make it very precise.

15       I want your references in intact human

16  beings where Vioxx administered to patients versus

17  a -- a comparator does not increase excess CV

18  thrombotic events.

19           MR. KREPS:  Object to form of the

20  question.

21    A.  (Continuing) Within page 11 there are

22  studies looking at individuals both healthy and with

23  apparent increased thrombotic activity given Vioxx

24  or given other COX-2 inhibitors.

25    Q.  Doctor, I'm talking very specifically about

page 125

1  a patient on Vioxx, versus a com -- versus a

2  comparator who had a CV thrombotic event.  I'm not

3  asking for platelet inhibition or anything.  I want

4  the events that you -- and a cite that you rely on.

5    A.  You're talking about thrombotic events.

6  Now, a thrombotic event involves platelet activity

7  and platelet aggravation.  That is addressed

8  specifically on page 11.

9    Q.  Doctor, do any of the citations on page 11

10  involve patients administered Vioxx against a

11  comparator and a review or comparison of CV

12  thrombotic events in the two groups?

13    A.  Again, you need to -- to define your CV

14  thrombotic events.

15    Q.  Doctor, could you --

16    A.  No, no.  Let me finish.

17       This is directly analyzing the activity of

18  platelets within living human beings and is

19  therefore analyzing the activity of Vioxx and the

20  other inhibitors of COX-2 on that platelet activity.

21  And so it's directly relevant to what you're saying.

22       If you have some other concept of CV

23  thrombotic events, then you need to define them.

24    Q.  Well, Doctor, I understand why you may think

25  it would be relevant.  I'm asking you an endpoint.

page 126

1       You understand what an endpoint is in a

2  study, don't you?

3    A.  Everything is an endpoint.

4    Q.  Okay.

5    A.  This is an endpoint.

6    Q.  Here -- here is the endpoint I'm looking at.

7 In a actual adverse cardiovascular thrombotic event

8 comparison between Vioxx-administered patients and

9 compare.

10    A.  I think what you're looking for is a

11 clinical trial.  And I told you --

12    Q.  I'm just --

13    A.  Well, this is -- you're looking at the

14 endpoint of platelet activity, which is the level of

15 thromboxane and other platelet mediators within

16 human beings with or without Vioxx in individuals

17 that are both healthy and also in individuals

18 which -- which have an increased activity of the

19 platelets and an increased risks for thrombosis.

20 And the levels are the same.  Vioxx doesn't affect

21 them.

22    Q.  Not asking for the levels, Doctor.  I'm

23 asking for actual CV events in human beings.

24    A.  But these --

25         MR. KREPS:  Wait.  You've -- that

page 127

1 wasn't a question.  That was a statement.  If there

2 is a question --

3         MR. HORNBECK:  No.

4    Q.  (By Mr. Hornbeck, continuing) I said I am

5 asking about your reference for a comparison of CV

6 thrombotic events in patients administered Vioxx

7 against a comparator?

8    A.  And I --

9         MR. KREPS:  Object to -- to form.  It's

10 been asked and answered several times.  You're

11 asking if he has a clinical trial.

12         MR. HORNBECK:  No, I --

13         MR. KREPS:  And he's told you he

14 doesn't.

15         MR. HORNBECK:  No, I'm not.  No, I'm

16 not.

17    A.  (Continuing) I think what you're asking for

18 is a different endpoint than the endpoint I'm giving

19 you.

20    Q.  Okay.  All right.

21    A.  This endpoint that's described here is an

22 endpoint that reflects the activity of platelets and

23 therefore reflects the activity of CV thrombotic

24 events.

25    Q.  Well, Doctor --

page 128

. . . .

8    Q.  (By Mr. Hornbeck, continuing) Doctor, is it

9 true that if your opinions on page 11 were relevant

8

10 to whether or not Vioxx was -- was cardiotoxic, the
11 proof would be in the randomized clinical trials and
12 whether that -- there's statistically significant
13 increased CV events on Vioxx versus a comparator?
14 Isn't that right?
15       MR. KREPS:  Object to form.
16   A. (Continuing) The studies that -- referenced
17 within the report were all done on humans -- humans.
18       You're asking me to interpret clinical
19 trials again.  And that's -- I'm not here to do
20 that.

Flavahan dep. at 120:25-128:20.  Dr. Flavahan further testified:

page 176
15   Q. Doctor Flavahan, would you agree that any
16 potential plausible biological mechanism of Vioxx
17 with regard to its propensity to increase blood
18 pressure should be measured against clinical trial
19 data in human beings in randomized clinical trials?
20       MR. KREPS:  Objection to the form of
21 the question.
22   A. (Continuing) Well, that -- that's a long
23 question.
24   Q. That's a long question.  I'll break it up.
25   A. Right.
page 177
1   Q. Would -- would you agree that one way to
2 test a hypothesis for a biologically plausible
3 mechanism of Vioxx in hypertension is to look at
4 clinical trials that actually had increased
5 hypertension as an endpoint?
6   A. I think one way -- and the most direct way
7 would be to administer the agent to hypertensives
8 and then follow them for specified period of time to
9 see what happens to blood pressure.
10   Q. That, in fact, was done in the VIGOR trial,
11 as well as at the APPROVe trial, wasn't it?
12   A. Again, I can -- have not reviewed or
13 evaluated the data from those trials.  I know that
14 some studies have done clinical experiments where
15 they've provided Vioxx to individuals and followed
16 blood pressure.
17   Q. Sir, are you aware that in clinical trials
18 such as Vioxx and APPROVe there were demographics of
19 each patient enrolled that documented whether or not
20 the patient entered the trial with hypertension?
21       MR. KREPS:  Objection to the form of
22 the question.
23   A. (Continuing) Again, you're getting to the
24 specifics of the design and analysis of the -- the

25 clinical trials, which is -- is not why I'm here.

Flavahan dep. 176:15-177:25; <u>see also</u> Flavahan dep. 193:21-195:20; 202:7-203:2.

*Daubert* and Rule 702 require that in order for expert testimony to be admissible it must be relevant and reliable. The testimony must be based "upon sufficient facts or data" and the witness must "have applied the principles and methods reliability to the facts of the case." Fed. R. Evid. 702. Dr. Flavahan acknowledges that it is necessary to test a biological mechanism theory in human clinical trials. Dr. Flavahan asserts that Vioxx "has not been demonstrated to increase vascular thrombotic events." (Flavahan dep. at 213:24-214:2; <u>see also</u> 215:9-215:16.) Dr. Flavahan, however, is not familiar with and refuses to acknowledge the results of human clinical trials involving Vioxx. Moreover, the results of the human clinical trials involving Vioxx, including VIGOR, APPROVe, among others, do not support Dr. Flavahan's conclusion and evidence that in fact Vioxx is prothrombotic. Dr. Flavahan's lack of knowledge regarding the results of clinical trials involving Vioxx and his failure to factor in the results of those clinical trials render his opinions unreliable and irrelevant.

For these reasons and those set forth in Plaintiff's initial memorandum, Dr. Flavahan's opinions are unreliable and irrelevant. Plaintiff respectfully requests that the Court issue an order precluding Dr. Flavahan from offering expert opinion in this case, and for such other and further relief to which Plaintiff may be entitled.

Date: July **3rd**, 2006

Respectfully submitted,

By: _P. Leigh o'Dell_

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

**Mark Robinson**
Kevin Calcagnie
**ROBINSON, CALCAGNIE &**
**ROBINSON**
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660

**Counsel for Plaintiff**

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**


Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Shelly A. Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER&WARSHAUER, L.L.C.
P.O. Box 960
191 East Second Street
New Roads, LA 70760
(225) 638-6137
(225) 638-8836 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS,
MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telefonee)
(850) 497-7059 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing **Plaintiff's Reply in Support of Plaintiff's**

**Motion to Exclude the Opinion Testimony of Nicholas Flavahan, Ph. D.** has been served on

Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail or by hand

delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File

and Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was

electronically filed with the Clerk of the Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in

accord with the procedures established in MDL 1657 on this 3rd day of July, 2006.

*P. Hugh O'Dell*

daubert reply

Barnett v. Merck & Co.

* Flavahan -- Daubert Reply

[120:25] - [128:23] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 120
25    Q. Okay.  The next is the "Hazard -- Hazard
page 121
1  from coxibs, particularly in those otherwise
2  predisposed to thrombosis."
3       Do you know -- strike that.
4       Do you have an opinion as to whether or not
5  there is an increased hazard from COX -- specific
6  COX-2 inhibitory drugs with those who already are
7  predisposed to thrombosis?
8    A. There is already data within the literature
9  which basically goes against this point.  That
10 coxibs do not increase the thrombotic risk.  And
11 particularly Vioxx does not increase the thrombotic
12 risk.
13    Q. Doctor, in the VIGOR study was there an
14 increased relative risk in those patients who were
15 ASA, or aspirin indicated, as opposed to those who
16 were not?
17    A. Again, I'm not here to discuss, interpret,
18 assess clinical trials.
19    Q. Doctor, did you understand from the
20 Bresalier article in the New England Journal on the
21 APPROVe data that for symptomatic atherosclerotic
22 disease the relative risk was nine and a half times
23 that of placebo?
24       Did you understand that?
25    A. Again, I'm not here to interpret -- analyze,
page 122
1  interpret clinical trials.
2    Q. Doctor, do you agree that for a scientific
3  hypothesis to have validity, it should be
4  predicted -- predictive of future events?
5       Does that make sense or should I rephrase
6  that?
7    A. You should rephrase that.
8    Q. Okay.  Is a scientific principle -- if you
9  have a hypothesis, one way to test whether the
10 hypothesis is valued or not is whether it has
11 predictive value; that is, what the hypothesis says
12 is likely to happen, in fact, happens in people?
13    A. There's already data, and the references are
14 contained in the report, that demonstrate the Vioxx
15 and the other COX-2 inhibitors do not increase
16 thrombotic risk.



daubert reply

17    Q. In -- in intact human beings?
18    A. In -- in human beings.
19    Q. Show -- tell me that reference, Doctor.
20    A. Well, basically it's the whole -- from pages
21  4 through -- pages 4 through 7.
22    Q. Tell me the specific --
23    A. Not, in fact -- 4 through 8.
24    Q. Okay.
25    A. Oh, no.
page 123
1    Q. Tell --
2    A. 4 through 7 and then page 11.
3    Q. Is there any paper that you cite that looks
4  at Vioxx administered to patients versus a
5  comparator?
6    A. Yes, for sure I think they are in there.
7    Q. Okay. Are -- but -- it does not include any
8  randomized clinical trials of Vioxx administered to
9  patients versus comparators. Is that true?
10    A. I've referenced, as part of this, clinical
11  studies or clinical experiments performed in
12  individuals that were placebo-controlled and
13  analyzed the activity of Vioxx and other COX-2
14  inhibitors in human volunteers. I did not reference
15  and did not analyze the clinical trials that you are
16  referring to.
17    Q. Tell me, what is the reference that -- that
18  you rely on to show that patients administered Vioxx
19  did not have an increase in CV events?
20    A. No. We were talking about thrombotic
21  events.
22    Q. Okay. I'll make "CV" thrombotic events.
23    A. Okay. All right. If we go to -- well,
24  first of all, the -- the whole basis for the
25  argument underlying the imbalance theory is
page 124
1  addressed with studies in human beings and in human
2  tissue in pages 4, 5, 6, 7, addressing the
3  implausibility of the theory.
4        And then specifically with regard to
5  the -- some studies in humans looking at the
6  imbalance theory -- they are defined, also, on
7  page 11.
8    Q. Okay.
9    A. So if the imbalance theory were correct,
10  then the COX-2 inhibitors should increase platelet
11  activity, should increase thrombosis, right?
12    Q. Well, Doctor, my question was -- was, I
13  think, a little more precise. I thought --
14  let -- let me see if I can make it very precise.
15        I want your references in intact human
16  beings where Vioxx administered to patients versus
17  a -- a comparator does not increase excess CV
18  thrombotic events.
19        MR. KREPS: Object to form of the

Page 2

daubert reply

20  question.
21      A. (Continuing) Within page 11 there are
22  studies looking at individuals both healthy and with
23  apparent increased thrombotic activity given Vioxx
24  or given other COX-2 inhibitors.
25      Q. Doctor, I'm talking very specifically about
page 125
1   a patient on Vioxx, versus a com -- versus a
2   comparator who had a CV thrombotic event. I'm not
3   asking for platelet inhibition or anything. I want
4   the events that you -- and a cite that you rely on.
5      A. You're talking about thrombotic events.
6   Now, a thrombotic event involves platelet activity
7   and platelet aggravation. That is addressed
8   specifically on page 11.
9      Q. Doctor, do any of the citations on page 11
10  involve patients administered Vioxx against a
11  comparator and a review or comparison of CV
12  thrombotic events in the two groups?
13      A. Again, you need to -- to define your CV
14  thrombotic events.
15      Q. Doctor, could you --
16      A. No, no. Let me finish.
17          This is directly analyzing the activity of
18  platelets within living human beings and is
19  therefore analyzing the activity of Vioxx and the
20  other inhibitors of COX-2 on that platelet activity.
21  And so it's directly relevant to what you're saying.
22          If you have some other concept of CV
23  thrombotic events, then you need to define them.
24      Q. Well, Doctor, I understand why you may think
25  it would be relevant. I'm asking you an endpoint.
page 126
1          You understand what an endpoint is in a
2   study, don't you?
3      A. Everything is an endpoint.
4      Q. Okay.
5      A. This is an endpoint.
6      Q. Here -- here is the endpoint I'm looking at.
7   In a actual adverse cardiovascular thrombotic event
8   comparison between Vioxx-administered patients and
9   compare.
10      A. I think what you're looking for is a
11  clinical trial. And I told you --
12      Q. I'm just --
13      A. Well, this is -- you're looking at the
14  endpoint of platelet activity, which is the level of
15  thromboxane and other platelet mediators within
16  human beings with or without Vioxx in individuals
17  that are both healthy and also in individuals
18  which -- which have an increased activity of the
19  platelets and an increased risks for thrombosis.
20  And the levels are the same. Vioxx doesn't affect
21  them.
22      Q. Not asking for the levels, Doctor. I'm

Page 3

daubert reply

23  asking for actual CV events in human beings.
24      A.  But these --
25          MR. KREPS:  Wait.  You've -- that
page 127
1  wasn't a question.  That was a statement.  If there
2  is a question --
3          MR. HORNBECK:  No.
4      Q.  (By Mr. Hornbeck, continuing) I said I am
5  asking about your reference for a comparison of CV
6  thrombotic events in patients administered Vioxx
7  against a comparator?
8      A.  And I --
9          MR. KREPS:  Object to -- form.  It's
10  been asked and answered several times.  You're
11  asking if he has a clinical trial.
12          MR. HORNBECK:  No, I --
13          MR. KREPS:  And he's told you he
14  doesn't.
15          MR. HORNBECK:  No, I'm not.  No, I'm
16  not.
17      A.  (Continuing) I think what you're asking for
18  is a different endpoint than the endpoint I'm giving
19  you.
20      Q.  Okay.  All right.
21      A.  This endpoint that's described here is an
22  endpoint that reflects the activity of platelets and
23  therefore reflects the activity of CV thrombotic
24  events.
25      Q.  Well, Doctor --
page 128
1          MR. WEISS:  Move to strike the answer
2  as nonresponsive because the question repeatedly
3  was, "In any of these studies were patients given
4  Vioxx or another COX-2 inhibitor."
5          That was the question.  And you haven't
6  answered it yet, Doctor.  So I'm moving to strike
7  it.  The whole line.
8      Q.  (By Mr. Hornbeck, continuing) Doctor, is it
9  true that if your opinions on page 11 were relevant
10  to whether or not Vioxx was -- was cardiotoxic, the
11  proof would be in the randomized clinical trials and
12  whether that -- there's statistically significant
13  increased CV events on Vioxx versus a comparator?
14  Isn't that right?
15          MR. KREPS:  Object to form.
16      A.  (Continuing) The studies that -- referenced
17  within the report were all done on humans -- humans.
18          You're asking me to interpret clinical
19  trials again.  And that's -- I'm not here to do
20  that.
21          MR. HORNBECK:  Okay, motion to strike.
22  We'll just keep going.
23          MR. KREPS:  Well, Counsel, let's talk

Page 4

daubert reply

[176:15] - [177:25] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 176
15    Q. Doctor Flavahan, would you agree that any
16 potential plausible biological mechanism of Vioxx
17 with regard to its propensity to increase blood
18 pressure should be measured against clinical trial
19 data in human beings in randomized clinical trials?
20         MR. KREPS:  Objection to the form of
21 the question.
22    A. (Continuing) Well, that -- that's a long
23 question.
24    Q. That's a long question.  I'll break it up.
25    A. Right.
page 177
1    Q. Would -- would you agree that one way to
2 test a hypothesis for a biologically plausible
3 mechanism of Vioxx in hypertension is to look at
4 clinical trials that actually had increased
5 hypertension as an endpoint?
6    A. I think one way -- and the most direct way
7 would be to administer the agent to hypertensives
8 and then follow them for specified period of time to
9 see what happens to blood pressure.
10    Q. That, in fact, was done in the VIGOR trial,
11 as well as at the APPROVe trial, wasn't it?
12    A. Again, I can -- have not reviewed or
13 evaluated the data from those trials. I know that
14 some studies have done clinical experiments where
15 they've provided Vioxx to individuals and followed
16 blood pressure.
17    Q. Sir, are you aware that in clinical trials
18 such as Vioxx and APPROVe there were demographics of
19 each patient enrolled that documented whether or not
20 the patient entered the trial with hypertension?
21         MR. KREPS:  Objection to the form of
22 the question.
23    A. (Continuing) Again, you're getting to the
24 specifics of the design and analysis of the -- the
25 clinical trials, which is -- is not why I'm here.

[191:5] - [191:12] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 191
5    Q. Well, why don't -- why don't you identify
6 for us the articles that, to your mind, call -- or
7 refute the imbalance theory.
8    A. I know there's -- you'll need to give me a
9 couple of days to get the exact list to you, but I
10 know there's articles from Mitchell, there's

daubert reply

11  articles from Cipollone, and there's articles from
12  Patro -- Patrono, as far as I'm aware.


[192:9] - [192:20] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 192
9  Doctor Flavahan, I am asking you for articles
10  referenced in your expert report that directly
11  contradict or -- or refute the imbalance theory by
12  that name.  That is, they look at the imbalance
13  theory, as -- as we've just looked at in
14  FitzGerald's article, and they say, this is
15  scientifically unsound.
16      A.  Nobody obviously says that, but they obvious
17  -- the way they say it is to discuss the imbalance
18  theory and demonstrate or discuss the fact that it's
19  implausible.  I don't think they use the word --
20  that it's unsound.


[193:21] - [195:20] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 193
21  something that I've addressed.
22      Q.  As a general matter, do you think it is
23  important for a scientific hypothesis to have
24  predictive capacity?
25      A.  It's -- it's important for a scientific
page 194
1  hypothesis to be evaluated within humans and to be
2  relevant to humans.
3      Q.  Okay.  Doctor, in -- in -- as I read your
4  report, I see that you disagree with the FitzGerald
5  and others imbalance theory.  I don't see that
6  you've put forth another or alternative biologic
7  explanation to explain any of the data in the
8  clinical trials.
9      Have -- have you done that and I've missed
10  it or you have not done that?
11      A.  What I've done is an extensive review of the
12  actions of Vioxx and an extensive review of the
13  function of COX-2 within the blood vessel wall.  And
14  both of them -- both components of the report come
15  to the conclusion that a Vioxx and other COX-2
16  inhibitors will not have a detrimental effect on the
17  cardiovascular system.
18      Q.  Okay.  So -- so -- and -- and so there can't
19  be any ad -- there can't be any plausible biologic
20  mechanism of action if, in fact, the drug is -- is
21  not cardio harmful.  Is that true?

daubert reply

22   A.  Say again?
23   Q.  Yeah.  If -- your -- your -- your position
24  now, today, is that Vioxx is not cardiotoxic,
25  correct?
page 195
1   A.  That's correct.
2   Q.  Okay.  And you base that on all the papers
3  that you have in your expert report, correct?
4   A.  That's correct.
5   Q.  Okay.  And so there is no, in your mind,
6  reason to have a potential biological explanation
7  for any adverse cardiovascular properties of Vioxx.
8  Is that true?
9        MR. KREPS:  Objection to form of the
10  question.
11   A.  (Continuing) I -- I've been -- I didn't go
12  specifically looking for data to support either side
13  of this issue.  I went to look at the data.  And the
14  data suggests that it has no cardiotoxic effect.
15   Q.  Okay.  That's -- that's the -- does not
16  include the randomized clinical trial data, though.
17  Is that true?
18   A.  Includes looking at the randomized clinical
19  trial publications, but I did not look at or assess
20  the data within those clinical trials.


[202:7] - [203:2] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 202
7   Q.  Okay.  If your theory of -- of that -- that
8  a selective COX-2 inhibitor is not cardiotoxic
9  is -- is correct, would you expect there to be an
10  excess of thrombotic events in CABAG patients
11  administered a selective COX-2 inhibitor?
12   A.  It shouldn't increase thrombotic events.
13  And that's been demonstrated numerous times in -- in
14  individuals.
15   Q.  Okay.  So if there were one or two
16  randomized clinical trials that showed an excess of
17  thrombotic events in CABAG patients, your theory
18  could not explain that result.  Is that true?
19   A.  Again, you're asking me to interpret the
20  clinical trials, which --
21   Q.  Just ask --
22   A.  -- I can't do.
23   Q.  I'm sorry.  I'm sorry.  I'm just asking you
24  a hypothetical question.
25   A.  Vioxx has been demonstrated not to increase
page 203
1  thrombotic events in humans.
2   Q.  Okay.

Page 7

daubert reply

[204:6] - [204:19] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 204
6    Q.  Okay.  Do you have a Ph.D. in pharmacology?
7    A.  Well, it was a pharmacological degree.
8  Whether it was actually within the pharmacology
9  department -- I think my mentor was a pharmacologist
10  working within physiology, so it's -- it was --
11    Q.  Okay.
12    A.  -- it was a pharmacology degree.
13    Q.  Okay.  I thought I read it to be a -- a
14  Ph.D. in physiology.  Is that -- is that what your
15  actual Ph.D. is in?
16    A.  The department I was working in at the time
17  was a department of physiology, but it -- the degree
18  was a pharmacology degree.  I spent the whole time
19  doing pharmacological analysis.


[204:20] - [206:11] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 204
20    Q.  Okay.  Did -- are you familiar with
21  Steadman's Medical Dictionary for health
22  professions, Doctor?
23    A.  I don't think I've used it.
24    Q.  Okay.  They -- the only reason I ask is I
25  wasn't familiar with -- with what exactly physiology
page 205
1  entailed and I -- I looked it up in that -- that
2  treatise.  And I wanted to read the definition they
3  gave and -- and see if that fairly accurately
4  summarizes what physiology involves.
5        You following me?
6    A.  Yep.
7    Q.  Okay.  And I apologize for not having a copy
8  there in front of you, but I -- I'll read it to the
9  best of my ability here.
10       "Physiology is the science concerned with
11  the normal vital processes of animal and vegetable
12  organisms, especially as to how things normally
13  function in the living organism, rather than their
14  anatomical structure, their biochemical composition,
15  or how they are affected by drugs or disease."
16       Is that a fairly accurate description of
17  what physiology involves, Doctor?
18    A.  It's different from the one I would give.  I
19  think it's different from the way that the subjects
20  evolved.  I didn't even realize it stretched to
21  vegetables or plants.

Page 8

daubert reply

22   Q.  Okay.  Is there any particular -- any
23  particular aspect of that definition you would
24  disagree with, but you -- aside from the vegetable
25  reference?
page 206
1          MR. KREPS:  Well, object to the form of
2  the question, but he hasn't been able to see it.
3  Obviously, as counsel said, he heard him read it
4  once.
5          But go ahead.
6    A.  (Continuing)  Right.  I mean, certainly,
7  it -- most physiology now extends to cell and
8  molecular physiology, but the -- the kind of -- the
9  kind of global picture behind the discipline is to
10  analyze how the systems function.  It's like in a
11  systems label approach to everything.


[210:21] - [210:25] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 210
21   Q.  Okay.  Doctor, what is the mechanism of
22  action by -- by which Vioxx increases the risk of
23  heart attacks and strokes?
24    A.  Again, that's interpreting clinical trial
25  data.  And I'm not doing that.


[211:1] - [211:2] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 211
1    Q.  Okay.  Again, would that be something you
2  have no opinion on?


[211:5] - [211:22] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 211
5    A.  (Continuing)  I have opinion on what Vioxx
6  does within the -- the cardiovascular system and
7  blood vessels of humans.  I have no opinion on the
8  validity or the interpretation of the clinical
9  trials.
10   Q.  Let me rephrase my question then, Doctor,
11  and see if we can come to an understanding.
12       What is the mechanism of action by which
13  Vioxx increases the risk of heart attack and strokes
14  in Vioxx clinical trials then?
15    A.  Same question.  Similar answer.  I have

Page 9

daubert reply

16  not evaluated the validity or the data or the
17  interpretations of the clinical trials.
18      Q.  So you have no opinion on that particular
19  question, is that true?
20      A.  As of detail during the course of today, I
21  think there's strong data demonstrating the Vioxx
22  does not increase the atherothrombotic process.


[214:12] - [216:24] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 214
12      Q.  Okay.  That's what I'm trying to get at
13  here.  You -- you've been very definitive in -- in
14  what you're saying and describing that Vioxx is not
15  demonstrated -- or not been demonstrated to increase
16  vascular thrombotic events.
17          Are you making a distinguish --
18  distinguishment between thrombotic events and other
19  cardiovascular adverse events?
20      A.  Well, no.  I was -- I was trying to make a
21  distinction between the term "event" and the fact
22  that your definition of "event" may rely on clinical
23  trials, my definition of an "event" would be from
24  the clinical experiments and clinical studies.
25      Q.  Okay.  Your -- your definition of -- of --
page 215
1  strike that question.
2          Your statement that Vioxx is not -- or has
3  been demonstrated not to increase vascular
4  thrombotic events does not rely in any way upon
5  information from the Vioxx clinical trials, correct?
6      A.  That's correct.
7      Q.  Okay.  Now, I -- I think I understand now,
8  Doctor.  Thank you.
9          Doctor, aside from the specific term of
10  vascular thrombotic events, do you have any opinions
11  whether Vioxx increases cardiovascular adverse
12  events, in general?
13      A.  It's my opinion that based on the data
14  that -- I have reviewed for the report, that there's
15  no evidence that a Vioxx increases or causes adverse
16  cardiovascular events.
17      Q.  Again, Doctor, your last statement that
18  there's no evidence based upon the data you've
19  reviewed that Vioxx increases cardiovascular adverse
20  events -- that data does not include information
21  from the clinical trials involving Vioxx, correct?
22      A.  That's correct.  As I said before, I did not
23  review or evaluate the data from the clinical
24  trials.
25      Q.  Your opinions here today are -- are based
page 216

daubert reply

1  upon -- upon the basic science and upon science
2  that's actually been done in animal -- animal models
3  inside and outside of Merck, is that correct?
4     A.  My opinions are predominantly -- if you read
5  the report, my opinions are predominantly based on
6  data from human studies, both in living human
7  volunteers, as well as tissues obtained from humans.
8  All of that data has been published in the world's
9  literature.
10     Q.  Okay.  So -- just so I'm clear then, the --
11  the -- all of the human data upon which you are
12  basing your opinions in this case have appeared in
13  the published literature, correct?
14     A.  That's correct.
15     Q.  Doctor, I do note that you have cited or at
16  least referenced several animal studies.  Is -- is
17  it -- is it fair to say then that the animal studies
18  referenced in your report have not helped form the
19  basis of the opinions that you've expressed in your
20  report?
21     A.  Basically don't need them for the opinions
22  of the report.  Restricted the animal studies and
23  mainly -- I think perhaps solely to the analysis of
24  the COX-2 inhibitors and atherosclerotic models.


[252:12] - [253:13] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 252
12     Q.  Okay.  And -- and you've never published any
13  research or -- or medical literature specifically in
14  reference to Vioxx, have you?
15     A.  We've used other COX inhibitors in our
16  publications.  We haven't used Vioxx.
17     Q.  Have you ever utilized Vioxx's sister
18  compounds, etoricoxib or arcoxia in any of your
19  studies?
20     A.  No.
21     Q.  Have you ever published any medical
22  literature in reference to arcoxia or etoricoxibs?
23     A.  No.
24     Q.  Are you familiar with arcoxia or
25  etoricoxibs?
page 253
1     A.  I don't recall them.
2     Q.  And I want to be clear on the record,
3  Doctor.  You have not been given for review by
4  either Merck or the Merck-paid attorneys any of the
5  APPROVe follow-up data, is that correct?
6        MR. KREPS:  Object to the form of the
7  question.

daubert reply

8    A.  (Continuing) I haven't looked through
9  everything that the Merck attorneys have given me.
10  I think you're going to be getting or receiving
11  documents -- or a list of documents that they did
12  provide.  As far as I'm aware, they have not given
13  me that data.


[261:22] - [262:4] 6/14/2006 Nicholas Flavahan

* Flavahan -- Daubert Reply

page 261
22    Q.  Prior to being -- being hired by Merck as an
23  expert back in December of 2005, had you come to an
24  independent conclusion as to whether or not the use
25  of a cyclooxygenate to specific inhibitor could
page 262
1  increase or decrease atherogenesis and
2  atherosclerotic progression?
3    A.  I don't think I've had -- specifically
4  considered that question.