UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

CIVIL

VERSUS

NO: MDL 1657

SECTION: L (3)

**DOCUMENT REMOVED. SHOULD NOT HAVE BEEN FILED IN THE RECORD. DOC. # 5702 & 5703.**

DESCRIPTION: Plaintiff Profile Forms & Authorizations

FILED BY: S. Sabharwal

FILE DATE: July 6, 2006