UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| Gerald Barnett v. Merck & Co., Inc. | * | CASE NO. 02:06CV00485 |

---

## PLAINTIFF'S OPPOSITION TO MERCK'S MOTION TO EXCLUDE OPINION TESTIMONY THAT VIOXX ACCELERATES ATHEROSCLEROSIS

---

### (DEFENDANT'S EXPERT CHALLENGE NO. 1)

With far less scientific evidence than that presented by the experts in this case, this Court has already ruled that the scientific methodology supporting the conclusion that Vioxx accelerates atherogenesis is reliable and meets *Daubert's* requirements. As this Court concluded in its prior Vioxx *Daubert* ruling, the FitzGerald hypothesis is "supported by numerous articles as well as recognized medical journals" and that the hypothesis supports the opinion "that Vioxx accelerates atherosclerosis." (*In re Vioxx Products Liability Litigation*, 401 F.Supp.2d 565, 586-587 (E.D. La. 2005), attached as Exhibit 1.)

Since that ruling in November, 2005, even more compelling scientific evidence has evolved. In fact, in a recent article in the peer-reviewed *Journal of Clinical Investigation*, Professor FitzGerald and his co-authors definitively concluded that:

Fee_____
Process_____
X   Dktd_____
CtRmDep_____
Doc.No._____

1

> "In summary, a substantial body of evidence has accumulated that 1 mechanism, suppression of Cox-2-dependent $PGI_2$ formation, can both augment the response to thrombotic and hypertensive stimuli ***and initiate and accelerate atherogenesis***."
> (Grosser, Fries & FitzGerald, <u>Biological Basis for the cardiovascular consequences of COX-2 inhibition:  therapeutic challenges and opportunities</u>, Vol. 116, No. 1, *Journal of Clinical Investigation* 4, 6 (January 2006); emphases added, attached as Exhibit 2.)

Merck's challenge to the experts' opinions that Vioxx accelerated atherogenesis (the generation of atherosclerosis in the coronary arteries), and that the accelerated atherogenesis from Mr. Barnett's use of Vioxx caused his heart attack and his six-vessel blockage, is misleading.  Merck fails to give the Court the important findings in multiple peer-reviewed journals and clinical studies which augment these scientifically reliable conclusions.

Plaintiffs' experts provide valid scientific support for the conclusion that Vioxx causes accelerated atherogenesis from two perspectives:  (1)  Reliable scientific analysis of peer-reviewed studies and randomized clinical trials (including Merck's own clinical trials), the results of which support the ultimate conclusion reached from appropriate analysis; and (2)  An explanation of the pathophysiology, i.e., what Vioxx does in the body to cause the results observed in the literature.  Although mechanism of action is not a requirement for demonstrating scientific reliability under *Daubert*, its presentation further enhances the already-strong basis for the conclusion that Vioxx causes accelerated atherosclerosis.   (*Kennedy v. Collagen Corporation*, 161 F.3d 1226, 1230 (9th Cir.1998); *In re: Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 289 F.Supp.2d 1230, 1247 (W.D.Wash.2003) [quoting *Daubert v. Merrell Dow Pharms., Inc.*, 43 F.3d 1311, 1314 (9th Cir.1995) ("*Daubert II.*)]; *Knudsen v. Secretary of HHS*, 35 F.3d 543, 548 (Fed.Cir.1994); *Jay v. Secretary of HHS*, 998 F.2d 979, 984 (Fed.Cir.1993).)

The importance of Vioxx-caused accelerated atherosclerosis in this case, for example, cannot be understated.  Until he started taking Vioxx on January 10, 2000, Mr. Barnett only had

a mild to moderate level of atherosclerosis in his coronary arteries, as demonstrated by a January 24, 2000 Cardiolite nuclear blood flow tracing stress test.  This test showed only mild lateral (one vessel) ischemia, and his performance was outstanding (15 minutes and an incredible 17.5 METS).  Shortly after he started taking Vioxx, he was started on Lipitor and made lifestyle modifications such as dietary changes that stringently controlled his lipids (down from 250 mg/dl to 160 mg/dl total cholesterol); and his weight was controlled.  Indeed, until he started taking Vioxx, Mr. Barnett had an "excellent" life expectancy.  (See Zipes Expert Report, attached as Exhibit 3 p. 4-7.)

After taking Vioxx for 32 months, however, Mr. Barnett's coronary artery condition and prognosis changed dramatically.  Merck's expert, Dr. Thomas DeBauche, had the effrontery to suggest that Mr. Barnett's heart attack was "a blessing in disguise" because it was a "mild" heart attack – rather than a fatal one – that allowed discovery of the fact that he had severe coronary artery disease in *six* cardiac vessels which required a five-vessel bypass.  What Merck and its experts ignore is the fact that if Mr. Barnett had never taken Vioxx, he never would have had this severe six-vessel disease within a 32 month period - an "astonishing" and extraordinary pace" for development of atherosclerosis.  (Zipes Report, p. 45.)  Then, to make matters worse, he unwittingly took Vioxx for another two years after his bypass, and Vioxx and the resulting accelerated atherogenesis caused unnecessary occlusion of a bypass vessel, thus further diminishing his life expectancy.

## SCIENTIFIC BASIS FOR CONCLUDING THAT VIOXX

## CAUSES ACCELERATED ATHEROGENESIS

Preliminarily, it is critical to emphasize that the determination of whether plaintiffs' experts may submit their opinions at the trial of this action does not turn on their conclusions. Rather, as this Court repeatedly noted in its prior Vioxx *Daubert* ruling, the only consideration is an assessment of whether the ***scientific methodology*** used to reach those conclusions is reliable. This Court has already ruled that reliable scientific methodology supports the conclusion that the FitzGerald Hypothesis regarding the mechanism of action by which Vioxx causes heart attacks is reliable. (*In re Vioxx*, 401 F.Supp.2d at 587, attached as Exhibit 1.) And, again, this Court has also ruled that the scientific evidence and methodology underlying the opinion that Vioxx causes accelerated atherosclerosis meets *Daubert's* requirements. (*Id.*) But in order to assure that the record is as full and complete as possible, the basis for the current experts' opinions will be detailed again in this brief.

Another factor that needs to be considered in this context is the level of scientific evidence that Merck considers sufficient when supporting its own hypotheses. For example, in opposing plaintiff's *Daubert* motion in *Irvin* with regard to the purported cardioprotective effects of naproxen, Merck relied on a "wealth" of scientific evidence that it argued – and this Court accepted – as being sufficiently reliable. (See *Irvin Plunkett v.* Merck, Opposition of Merck & Co., Inc. to Plaintiff's Motion to Exclude Opinion Testimony that Naproxen is Sufficiently Cardioprotective to Explain Excess Cardiac Risk in VIGOR, filed 11/2/05, a true and correct copy of which is attached as Exhibit 4.) But the evidence relied on by Merck in asserting the scientific validity of that hypothesis was extremely weak in comparison to the evidence supporting accelerated atherosclerosis.

4

Merck relied on pharmacology studies and "basic science research." (Opp., p. 3.) Merck also relies on "observational epidemiologic studies" (Opp., p. 3) which, it acknowledges, "occupy the next level down on the hierarchy of scientific evidence." (Opp. P. 9, fn 7) While acknowledging in support of its own hypothesis that such studies "are hypothesis-generating," Merck still argues that they "can be useful in assessing causal relationships where . . . they corroborate the findings of other, reliable scientific data." (*Id.,* p. 13, fn. 15.) Yet Merck argues in this motion that such "hypothesis-generating" studies should be disregarded. (Motion, p. 4.) Obviously, if such scientific methodology and evidence was sufficiently reliable for Merck when Merck wants to present it, it is also sufficiently reliable when plaintiff wants to present it.

As noted previously, there are two aspects of scientific inquiry that are presented by plaintiff's experts: (1) Examination of various studies and data upon which the general conclusion can be scientifically predicated; and (2) A discussion of the mechanism of action that explains those general conclusions on a cellular level. As detailed in the reports, depositions and declaration of Dr. Zipes, both of these areas of inquiry are based on solid, sound and standard scientific methodology – reliance on clinical studies, and analysis of peer-reviewed literature and extrapolation from animal studies which closely replicate the processes in humans. The methodology used is all standard methodology in the scientific world and the opinions derived from those methods are, therefore, reliable for purposes of a *Daubert* challenge.

## BIOLOGIC MECHANISM

### A.     MERCK BOARD OF SCIENTIFIC ADVISORS

As early as May 3, 1998, Merck's own Board of Scientific Advisors (including Dr. Garrett Fitzgerald, M.D.) met and discussed "progression of atherosclerosis as a potential

hypothesis that would occur due to Vioxx's inhibition of Cox-2." (A true and correct copy of this memo is attached as Exhibit 5).

At Bates No. MRK-AE10002736-38 the Board states:

**"Cardiovascular Pathophysiology":**

"The Board addressed the potential for either benefits or adverse consequences of selective inhibition of COX-2 on coronary heart disease. The possible effects of COX-2 inhibition on three separate components of the process leading to coronary ischemic events were considered. These are:

1.  The development of lipid-rich coronary plaques (Emphasis added)

2.  The destabilization of the cap of these plaques by inflammatory cells, making them "rupture prone," and

3.  The thrombotic occlusion of the vessel at the site of plaque rupture with ensuing consequences of ischemia."

*The Development of Lipid-rich Coronary Plaques:*

The formation of foam cells is central to the process of atherogenesis. The development of foam cells is modulated at numerous steps, known and unknown, including adherence of the monocyte precursor to the vessel wall, its migration into the vessel wall, and the uptake, export, and peroxidation of lipids that occur during the process of differentiation into a lipid-laden foam cell. This process involves an inflammatory cell type that is the prototype for regulation of COX-2. There is a growing body of evidence indicating that inflammatory disease is a risk factor for myocardial infarction, and such inflammatory processes almost certainly are accompanied by the release of cytokines that affect cells in the monocytic series in general, and COX-2 expression in particular. Accordingly, it is appropriate to ask whether COX-2 expression in monocyte-macrophage-foam cell development regulates the progression of the atherosclerosis that accompanies dyslipidemias, either positively or negatively. If this were the case, then inhibition of COX-2 might be expected to alter the process of plaque formation. (Emphasis added)

*Destabilization of the Cap of an Atheromatous Plaque:*

. . . As the critical cells in this process are inflammatory cells, the possibility exists that the products of COX-2 could regulate thinning of the cap of plaques and render them rupture-prone.

*Events Following Plaque Rupture:*

After the rupture of a coronary plaque, factors which regulate thrombus formation and which regulate the occurrence of ischemic ventricular fibrillation are critical to the clinical outcome. The initial thrombus at the site of plaque-rupture is platelet-rich and is labile. Accordingly, it is susceptible to any anti-aggregatory influences, as is illustrated by the effectiveness of GPIIb-IIIa antagonist. Prostacyclin is the most potent endogenous inhibitor of platelet aggregation, and studies in animal models indicate that its participation in inhibiting platelet activation is substantial. This is further supported by the thrombotic events occurring in the IP receptor knockout mouse. . . .

One hypothesis would be that the excretion of the prostacyclin metabolite 2.3-dinor-6-keto-PGFa, does not reflect systemic/vascular prostacyclin biosynthesis. An alternative hypothesis is that prostacyclin biosynthesis in the vasculature is inhibited by Vioxx (without blocking production of thromboxane A, by the platelet). By removing this potent inhibitor of platelet aggregation, the probability that a coronary plaque rupture would lead to myocardial infarction or ischemic ventricular fibrillation is enhanced. . . ."

## B.   BRESALIER APPROVe STUDY

While Merck will claim the FitzGerald hypothesis is speculative and remains unproven (Merck Opp. At 3), that was not their position in company-sponsored meetings, FDA filings and published medical literature. For example, in the Merck sponsored 2005 New England Journal of Medicine (NEJM) article publishing the results of the APPROVe study, Merck unequivocally adopted the biologic mechanism of action euphemistically referred to as "the FitzGerald hypothesis":

"Thromboxane $A_2$, a major COX-1-mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis, and **COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis.** COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque. (Emphasis added)

7

Bresalier, Robert S., et al. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial *NEJM* 2005; 352:1092-1102 at pp. 1098-1099 (footnotes omitted) (attached hereto as Exhibit 6).

## C.    DR. GARRETT FITZGERALD (2005-2006)

In January 2006, Dr. FitzGerald summarized the results of the Rudic, Egan, Egan and Kobayashi studies in his article: "Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities" (Tilo Grosser, Susanne Fries, and Garrett A. FitzGerald): "In summary, a substantial body of evidence has accumulated that 1 [one] mechanism, suppression of COX-2 dependent $PGI_2$ formation, can both augment the response to thrombotic and hypertensive stimuli and initiate and accelerate atherogenesis." (Emphasis added) (Attached hereto as Exhibit 2).

General acceptance of the biologic effects of Cox-2 suppression by coxibs such as Vioxx contributing to the progression of atherosclerosis is demonstrated in the presentation of Dr. FitzGerald to the FDA Advisory Committee considering the scientific risks and benefits of specific Cox-2 inhibitors in February, 2005.

Transcript Volume I pp. 93-95

"Let's think of a more chronically unfolding cardiovascular hazard. These data are taken from Narumiya. They are looking at the development of atherosclerosis in a genetically prone mouse, and you can see that deletion of the prostacyclin receptor accelerates atherogenesis in male ApoeE-deficient mice. In fact, the impact was most particularly marked at initiation and early development of atherogenesis. (Emphasis added)

By contrast deletion of the thromboxane receptor does the complete reverse, and other studies conducted by us and others have shown that inhibition of COX-1 selectively or antagonism of the thromboxane receptor will have the same effect as deleting the thromboxane receptor, as shown here.

So, as far as atherosclerosis is concerned, we see this buffering capacity between COX-1 and COX-2. Furthermore, we have shown recently that in a different genetically prone mouse model deletion of the prostacyclin receptor and

inhibition of COX-2 dependent formation of prostacyclin is important in affording the atheroprotection conferred by estrogen in female mice. (Emphasis added)

So, here we see the atheroprotection in terms of reduction of lesion development with estrogen treatment in vasectomized mice being dramatically reduced by deletion of the prostacyclin receptor, which raises a whole new set of questions about the use of these drugs in premenopausal women.

So, as far as **this other manifestation of a cardiovascular hazard is concerned, <u>initiation and acceleration of early atherogenesis occurs in response to deletion of the prostacyclin receptor.</u>** I haven't gotten into mechanism but it fosters platelet and neutrophil activation and vascular interactions of these cells, and removes the constraint on attendant oxidant stress. (Emphasis added)

Now, we know that **<u>hypertension</u>, which is also a consequence of inhibition of this pathway, itself <u>accelerates atherogenesis.</u>** So, one could imagine that the direct and indirect effect could converge to transform cardiovascular risk. Finally, again COX-1 is playing a modulatory role." (Emphasis added) (Attached hereto as Exhibit 7)

## D.    DR. DOUGLAS ZIPES RELIES ON STUDIES

The following four peer-reviewed studies support the position that Vioxx causes atherosclerosis and were relied on by expert cardiologist Dr. Douglas Zipes (see Zipes Declaration pp. 10-15):

1. **Karine M. Egan, John A. Lawson, Suzanne Fries, Beverley Koller, Daniel Rader, Emer M. Smyth, Garret A. FitzGerald (*Science* 10 Dec 2004; Vol. 306, 1954-57)** (attached as Exhibit 8)

Abstract (excerpts): ...Deletion of the $PGI_2$ receptor removed the atheroprotective effect of estrogen in ovariectomized female mice. This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in premenopausal females.

Discussion (excerpts):
(1954-7)
...The prostaglandin $PGI_2$ exhibits properties of relevance to atheroprotection, inhibiting platelet activation, vascular smooth muscle contraction and proliferation, leukocyte-endothelial cell interactions, cholesteryl ester hydrolase. $PGI_2$ analogs retard atherogenesis, and atherosclerotic lesions exhibit a decreased capacity to produce $PGI_2$ ex vivo. Cyclooxygenase 2 (COX_2) expressed in vascular endothelial cells, catalyzes prostaglandin endoperoxide formation from arachidonic acid. This is subsequently

9

transformed to PGI$_2$ by PGI$_2$ synthesis, a process that occurs in endothelial cells. Selective COX-2 inhibitors depress PGI$_2$ metabolite excretion. Inhibition of the COX-2-PGIS pathway may have particular relevance to atheroprotection in females because E$_2$ increases COX-2 expression in vascular tissues and augments PGI$_2$ production in vitro.

…Selective inhibitors of COX-2 depress PGI$_2$, but not platelet COX-1 derived TxA$_2$, which affords a mechanism whereby they might elevate blood pressure, accelerate atherogenesis, and augment the thrombotic response to plaque rupture. Depression of PGI$_2$ may accelerate atherogenesis by multiple mechanisms, including augmenting platelet and neutrophil interactions with the vasculature. PGI$_2$ also exerts an antioxidant effect, which may retard atherogenesis. IP deletion augments lipid peroxidation, whereas its overexpression in human embryonic kidney cells has the opposite effect. An antioxidant role for PGI$_2$ which may reflect induction of HO1, is consistent with exacerbation of reperfusion injury by IP deletion…

…Although extrapolation of results in mice to humans is performed with caution, the experience with rofecoxib has focused attention on the role of atherogenesis in transformation of cardiovascular risk during chronic treatment with selective inhibitors of COX-2. We reveal a substantial contribution of ER$\alpha$-mediated, COX-2 derived PGI$_2$ to atheroprotection in female LDLR KOs. This finding raises concern about the use of COX-2 inhibitors in juvenile arthritis, a disease that predominantly affects females. It may also have implications for the design and interpretation of trials of hormone-replacement therapy.

**2. R. Daniel Rudic, Derek Brinster, Yan Cheng, Susanne Fries, Wen-Liang Song, Sandra Austin, Thomas M. Coffman, Garret A. FitzGerald "Cox-2 Derived Prostacyclin Modulates Vascular Remodeling" (*Circ. Res.* 2005; 96:1240-1247) (attached as Exhibit 9)**

Abstract (excerpts): …Suppression of Cox-2 derived PGI$_2$ or deletion of IP profoundly influences the architectural response of the vasculature to hemodynamic stress. Mechanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular risk during extended periods of treatment with selective inhibitors of Cox-2…

Preface (excerpts):
(1240-1)
…Among the factors which might have contributed to acceleration of cardiovascular risk during that time are elevation of blood pressure and acceleration of atherogenesis, both of which may result from deletion of the receptor for PGI$_2$ (the IP) in genetically predisposed strains of mice. Indeed, blood pressure was elevated by 3-4 mm Hg as early as 1 month in patients receiving rofecoxib in APPROVe. Aside from initiation and early development of atherogenesis, little is known about how suppression of COX-2 dependent PGI$_2$ might condition the response of the vasculature to sustained stress, such as a rise of blood pressure. In this study we examine the effect of disrupting PGI$_2$ action in mouse models of transplant arteriosclerosis and vascular remodeling which preserve

the integrity of the endothelium, either by removing the IP or by administration of nimesulide, a nonproprietary but commercially available COX-2 inhibitor which confers COX-2 selectivity comparable to that of celecoxib. We report that either deletion of the IP or administration of a COX-2 inhibitor induces vascular hyperplasia and remodeling of the vasculature while maintaining luminal geometry. Such perturbation of the relationship between vascular hemodynamics and structure may interact with hypertension and atherogenesis to contribute to an emerging cardiovascular hazard in patients initially at low cardiovascular risk during extended therapy with selective inhibitors of COX-2...

Discussion (excerpts):
(1244-1246)
...Cox-2 is a major source of $PGI_2$ biosynthesis in humans. Depression of $PGI_2$ without a concomitant inhibition of $TxA_2$ has been suggested as a mechanism by which selective inhibitors of COX-2 might predispose individuals to cardiovascular hazard. The emergence of this risk in placebo controlled clinical trials involving three COX-2 inhibitors is compatible with such a class-based effect. Deletion of the IP predisposes mice to an exaggerated response to thrombotic stimuli and both modulate blood pressure and accelerate atherogenesis in genetically predisposed animals...

...Here under conditions of flow reduction, suppression of $PGI_2$ by nimesulide or disruption of its activity by IP deletion may have magnified the effects of hemodynamic-induced Tx formation. $PGI_2$ acts as a constraint on oxidant stress, both in occlusion/reperfusion injury and as atherogenesis proceeds in genetically predisposed mice...

...Here, Tx biosynthesis increases with atherogenesis and is further increased by a structurally distinct COX-2 inhibitor. Analogous to the experience with TP deletion, addition of a TP antagonist to the COX-2 inhibitor results in a marked augmentation of Tx biosynthesis and plaque destabilization...

...Vascular remodeling occurs in both hypertension and atherosclerosis and deletion of the IP results in a rise in blood pressure (citing Francois and Coffmann unpublished observations; 2004) and accelerates atherogenesis in genetically prone mice. Here, we show a distinct impact on the remodeling process to hemodynamic stress, again mediated, at least in part, by removal of a biological constraint on TP ligands. These consequences of $PGI_2$ suppression, elevation of blood pressure, acceleration of atherogenesis and modulation of the vascular response to hemodynamic stress, may converge to alter vascular architecture and elevate cardiovascular risk during extended dosing with selective inhibitors of COX-2.

3.  **Takuya Kobayashi, Yoshio Tahara, Mayumi Matsumoto, Masako Iguchi, Hideto Sano, Toshinori Murayama, Hidenori Arai, Hiroji Oida, Takami Yurugi-Kobayashi, Jun K. Yamashita, Hiroyuki Katagiri, Masataka Majima, Masayuki Yokode, Toru Kita, and Shuh Narumiya, "Roles of Thromboxane $A_2$ and prostacyclin in the development of atherosclerosis in apoE-deficient mice"** *J.*

*Clin Invest.* 114:784-794 (2004). (attached as Exhibit 10)

Abstract (excerpts): ...Production of thromboxane (TX) $A_2$ and $PGI_2$ is increased in patients with atherosclerosis...We conclude that $TXA_2$ promotes and $PGI_2$ prevents the initiation and progression of atherogenesis through control of platelet activation and leukocyte-endothelial cell interaction.

Discussion (excerpts):
(790—91)
...In contrast to those findings in the previous studies, our study here using genetically engineered mice has demonstrated significant suppression and significant enhancement of atherosclerosis in $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice, respectively, suggesting strongly proatherogenic and antiatherogenic actions of $TXA_2$ and $PGI_2$, respectively.

...It is noteworthy that atherogenesis was significantly accelerated and reached a plateau early in $apoE^{-/-}IP^{-/-}$ compared with $apoE^{-/-}$ mice. These results indicated that signaling from $PGI_2$ to IP is important in preventing the initiation of atherosclerosis. Impaired $PGI_2$ function, moreover, appeared to affect the progression and nature of atherosclerotic plaques.

...Lesion rupture, when it occurs in vivo, then precipitates thrombosis, which is further accelerated in the absence of IP. Disruption of IP is known to increase the risk of thrombosis. Thus, $PGI_2$ appears to exert important inhibitory actions on the initiation and progression of atherosclerosis, and the reduction in $PGI_2$ in the presence of normal $TxA_2$ formation is likely to lead an increased risk of atherosclerosis and thrombosis. Currently, an important question concerning COX-2 inhibitors is whether the selective reduction in $PGI_2$ increases the risk of atherosclerosis. Our findings support that conclusion. However, our findings cannot be directly extrapolated to the clinical outcome of patients treated with COX-2 inhibitors. Although the majority of $PGI_2$ under basal conditions is derived from COX-2 catalysis, both COX-1 and COX-2 contribute to the increase in $PGI_2$ in patients with atherosclerosis as well as in $apoE^{-/-}$ mice, and selective inhibition of COX-2 usually results in only partial inhibition of $PGI_2$ production.

...In conclusion, using the IP-deficient and TP-deficient mice, we were able to evaluate separately the contributions of $PGI_2$ and $TxA_2$ to the development of atherosclerosis. The information presented here will aid in the interpretation of clinical findings and the evaluation of risk in atherosclerotic patients treated with various drugs modulating the arachidonate cascade. Our findings also indicate that administration of PGI mimetics and TP antagonists may be useful in the prevention of atherosclerosis. This line of genetic approach may also help to identify the contributions of PGs other than $PGI_2$ and $TXA_2$

4. **David Rott, M.D., Jianhui Zhu, MD, PhD, Mary Susan Burnett, PhD, Yi Fu Zhou, MD, Alexandra Zalles-Ganley, BS, Jibike Ogunmakinwa, BS, Stephen Epstein, MD (*J Am Coll Cardiol* 2003; 41:1812-9) [This work was supported in part by a grant from Merck Pharmaceuticals, and the Vioxx surrogate Cox-2 inhibitor (Tricyclic) was supplied Merck to Dr. Epstein].** (attached as Exhibit 11)

Abstract/Conclusions (excerpts): …Our study demonstrates that selective inhibition of COX-2 in vivo increases viral load. The finding that <u>inhibition of COX-2 increases atherosclerosis development</u> in apoE deficient mice suggests, unexpectedly, that this enzyme exerts antiatherosclerosis activity, at least in this model. (Emphasis added)

Discussion (excerpts):
(1816-1818)

…The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclic [a Vioxx analog] *increases* atherosclerotic lesion area (Figs. 3 and 4). It should be noted that lesions in this particular model, in which apoE knockout mice were sacrificed at only 11 weeks of age and after only 3 weeks on the selective COX-2 inhibitor, were very early lesions. Therefore, our results are probably more relevant to lesion initiation.

…"Selective Cox-2 inhibition and CMV replication": Although initially surprising, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated…

…"Selective Cox-2 inhibition and atherosclerosis": The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition actually *increased* early lipid aortic accumulation in the apoE knockout mice. This raises a major conundrum: why should an anti-inflammatory drug *accelerate* the initiation of atherosclerosis, a disease recognized as having a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties. This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response…

…Consequently, Colville-Nash and Gilroy suggested that COX-2 is pro-inflammatory early in inflammation, but facilitates inflammatory resolution later.

…These findings, suggesting a dual role for COX-2 in inflammation and inflammation resolution, have been demonstrated only in rodent models, and no evidence is yet available that such a dual role is present in humans. Nonetheless, this concept may explain our unexpected results. The ApoE deficient mice develop spontaneous atherosclerosis…

…Potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis *in humans* were suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events that occurred in patients treated with naproxen, a non-selective COX inhibitor. Moreover, a meta-analysis (with all the limitations inherent

13

in such an analysis) of several published studies employing selective COX-2 inhibitors suggested that such treatment increased the incidence of myocardial infarction…

The mechanism responsible for precipitation of acute coronary events derive from plaque instability and plaque rupture. Following rupture, the highly thrombogenic plaque core is exposed to blood within the vessel lumen, resulting in platelet aggregation, thrombus formation, and acute vascular occlusion. Thus, any deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) *a proinflammatory effect* that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instability and rupture; 2) *a procoagulant effect* (induced by inhibition of COX-2 mediated expression of the highly anti-thrombotic $PGI_2$ without concomitant reduction of COX-1 mediated expression of the highly thrombotic thromboxane $A_2$ that precipitates an acute coronary syndrome; and 3) *a pro-proliferative effect* that could increase lesion size through accumulation of SMCs.

Of additional relevance is the finding that indomethacin, a non-selective COX inhibitor, significantly *reduced* atherosclerosis in mice. Indomethacin is more potent inhibiting COX-1 compared with COX-2. Therefore, the data taken in their entirety, suggest that COX-1 is not proatherosclerotic and may even have a protective effect; conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious effects.

…In conclusion, the results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on early atherosclerosis lesion development. However, extrapolation of our results obtained in a mouse model to humans taking COX-2 inhibitors may not necessarily be valid… (Emphasis added)

…Our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis.

## PATHOPHYSIOLOGY OF VIOXX

Dr. Egil Fosslien is a pathologist and professor emeritus at the University of Illinois at Chicago College of Medicine. His article on COX-2 inhibitor drugs, including rofecoxib (Vioxx) (*Review: Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs*), was recently published in the Annals of Clinical and Laboratory Science (Vol. 34. No.4 2005) (Exhibit 12). His testimony as to how Vioxx promotes atherogenesis is based upon recognized methodology and

14

supported by appropriate validation.[1]   Numerous studies published in peer reviewed journals provide the basis for his opinion that Vioxx accelerates atherogenesis. These demonstrate how Vioxx increases hypertension, vasoconstriction, platelet aggregation and chemotaxis, as well as oxidation of LDL cholesterol, while at the same time reducing vasodilation and vascular profusion. The studies also demonstrate that these are all mechanisms for atherogenesis and contributing factors to coronary atherosclerosis and coronary thrombosis.

Dr. Fosslein's report (Exhibit 13) establishes:

**Rofecoxib Increases Hypertension in Patients and in Experimental Models**

- Hypertension promotes thrombogenesis and atherogenesis. It is generally accepted that hypertension is an independent risk factor for atherosclerosis; an arterial inflammatory disease that is, itself, a major risk factor for myocardial infarction and stroke. In treated hypertensive patients there was a significant increase in the risk of AMI and stroke during chronic rofecoxib dosing (MRK-ANR001 1512).

- Rofecoxib-induced renal sodium retention additionally contributes to the development of hypertension [3] [4].

- Trials in hypertension show that lowering of elevated systolic blood pressure is essential in reducing cardiovascular risk. It is especially important in reducing cardiovascular risk in elderly patients who have increased arterial stiffness and widening pulse pressure that cause isolated systolic hypertension [17].

- Rofecoxib, which is more selective for COX-2 than celecoxib ex vivo, elevates blood pressure more and causes more edema formation than celecoxib [18].

---

[1] Dr. Fosslein's report is attached hereto.  All numbered references in this section (pp. 15-22 herein) correspond with the references in his report.

- In the VIGOR trial data that was available in late 2000, users of rofecoxib experienced a mean blood pressure increase of 4.6 mm Hg compared to a mean increase of 1 mm Hg in the naproxen arm of the study (MRK-ANR001 1512).

- Inhibition of renal COX-2 by traditional NSAIDs or selective COX-2 inhibitors causes potential adverse events such as fluid retention, edema, hypertension, and congestive heart failure [22].

- Zhao, et al. published a report on renal-related adverse drug reactions induced by rofecoxib and celecoxib, which found that adverse renal effects such as water retention, renal failure, cardiac failure, and hypertension were significantly higher in patients treated with rofecoxib compared to celecoxib. [23]

- Prostacyclin is a potent vasodilator and inhibition of COX-2 reduces prostacyclin synthesis and would increase blood pressure (Dr. Scolnick, internal Merck memo, March 9, 2000).

- Other experimental findings show that inhibition of COX-2 can increase blood pressure in both normal and hypertensive rats and promote leukocyte adherence [26].

- In mice COX-2 products lowered blood pressure and selective COX-2 inhibition increased the response to vasopressors [27].

- Prostacyclin synthase (PGIS) converts the cyclooxygenase product $PGH_2$ to prostacyclin. A deletion (intron 9) of the prostacyclin synthase gene is associated with essential hypertension. The deletion produces a truncated protein and reduces urinary excretion of prostacyclin metabolites, which illustrates that defective prostacyclin signaling can increase blood pressure [45].

- Disruption of the prostacyclin receptor also verified the importance of prostacyclin signaling in restraining adverse thromboxane effects. The prostacyclin receptor gene disruption increased thromboxane synthesis and significantly elevated the blood pressure [47].

**Rofecoxib-Induced Prothrombotic State and Atherosclerosis**

- Rofecoxib inhibits COX-2 and thereby restricts the synthesis of prostacyclin ($PGL_2$), an arachidonic acid product that potently limits platelet activation [14] and thrombus formation and cholesterol accumulation in arteries [15], [12].

- Treatment with rofecoxib reduces cyclooxygenase-dependent prostacyclin synthesis and prostacyclin signaling. Rofecoxib also increases formation of non-enzymatically generated isoprostanes, which promote thrombosis and atherogenesis via the thromboxane receptor pathway. Thromboxane is a thrombogenic and atherogenic eicosanoid that activates platelets and stimulates platelet mediated processes that are involved in all stages of atherogenesis. Platelets adhere to the endothelium during the early phase of atherogenesis and also mediate processes in acute vessel closure at sites of atherosclerotic plaque rupture that lead to thrombosis and acute myocardial infarction [31].

- Selective inhibition of COX-2 was thrombogenic in a hamster model of thrombosis: Treatment with the COX-2-selective inhibitor NS-398, increased firm platelet adhesion to hamster arterioles and increased the rate of occlusion of damaged vessels. Importantly, prostacyclin could inhibit such formation of platelet thrombi in the hamster cheek arterioles and venules [37], [38].

- Fries and Grosser opine that it is not just a matter of an imbalance of prostacyclin and thromboxane that causes the elevation in blood pressure, a prothrombotic state, and

acceleration of atherogenesis. They suggest that such a view might imply that suppression of thromboxane signaling with low-dose aspirin could completely protect against cardiovascular hazards induced by selective inhibition of COX-2. The authors imply that other agonists, not inhibited by aspirin, but having activities that resemble thromboxane may also be involved [42].

- 'Other agonists' such as isoprostanes, non-enzymatic arachidonic products, also interact with the thromboxane receptor. Rofecoxib can markedly increase formation of isoprostanes [43] and can therefore promote thrombosis and accelerate atherogenesis via the thromboxane receptor pathway.

- Grosser, et al. recently opined that suppression of COX-2-derived prostacyclin synthesis accelerates atherogenesis by augmenting the response to thrombotic and hypertensive stimuli. Rofecoxib, which selectively inhibits COX-2, therefore suppresses formation of urinary 2,3-dinor 6-ketao $PGF_{1a}$, a stable metabolite (PGIM) of prostacyclin ($PGI_2$). As a result, rofecoxib exaggerates thromboxane signaling [46].

- Prostacyclin synthase (PGIS) is inhibited by 15-HPETE, a precursor of 15-HETE (1 5-hydroxy-5,8,1 1,1 3-eicosatetraenoic acid), a major eicosanoid in atherosclerotic aortas of cholesterol-fed rabbits. Such aortas, but not aortas from control animals, when co-incubated ex vivo with arachidonic acid produce 15-HETE, indicating that prostacyclin synthesis may be suppressed in atherosclerotic arteries due to inhibition of PGIS by 15-HPETE [53].

- Disrupting the gene that encodes the prostacyclin receptor (inducible protein, IP) increases mouse susceptibility to thrombosis [44]. Complete deletion of the gene

increases platelet activation [33], increases thrombogenesis following vascular injury [44], promotes neointima hyperplasia [33] and augments atherosclerotic lesion area.

- Grosser, et al. [46] opined that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of rofecoxib-induced adverse cardiovascular complications.

- In mice, disruption of the prostacyclin receptor gene results in an exaggerated response to thromboxane receptor agonist, which increases blood pressure, promotes thrombosis, and accelerates atherosclerosis [54].

- Experiments using apoE$^{-/-}$ mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase inhibition can promote atherogenesis: deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one copy is atheroprotective [58].

- This beneficial effect of HDL would be reduced by selective inhibition of COX-2. In cultured human umbilical vein endothelial cells (HUVECs) high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [60].

- A prothrombotic state is a risk factor for atherosclerosis. Compared to a rabbit control group, where thromboxane and prostacyclin are expected to be in balance and there would be neither thrombosis nor bleeding, in the cholesterol-fed rabbits a prothrombotic state is induced due to the thromboxane signaling excess.   [Henriksson, P., Hamberg, M., Diczfalusy, I. Increased aortic thromboxane production in experimental atherosclerosis. Prostaglandins Leukot Med. 1987 Sep;29(1):71-7]

- Rofecoxib reduces the synthesis of the anti-thrombotic, blood pressure lowering prostacyclin (PG) I$_2$, which promotes hypertension and a prothrombotic state, both potent risk factors for atherogenesis. [18, MRK-ANR0011512]

- Chronic inflammation plays a key role in all stages of atherogenesis, from fatty streak development to plaque formation, chronic ischemic heart diseases, plaque rupture, thrombosis, and acute myocardial infarction [16].

- Cytokines are soluble factors secreted by cells that are involved in atherogenesis. Two important cytokines that affect atherogenesis are interleukin-10 (IL-10) and transforming growth factor-beta (TGF-β). Activated endothelial cells express chemokines and adhesion molecules that promote monocyte adhesion to the endothelium and monocyte migration into the intima. Cells in atherosclerotic plaques secrete matrix metalloproteases that degrade matrix protein, weaken the plaque cap, causing cap rupture, release of thrombogenic material from the plaque, thrombosis, and acute myocardial infarction [16].

- Schönbeck, et al. published a study of surgical specimens of human carotid arteries and aortas, expressing concern that because selective COX-2 inhibitors suppress the anti-atherogenic prostanoids PGE$_2$ and PGI$_2$, clinical trials should consider that treatment with COX-2-selective inhibitors could possibly have pro-atherogenic effects [12].

**Rofecoxib Increases Chemotaxis and Acceleration of Atherogenesis**

- Rofecoxib increases chemotaxis- it stimulates circulating monocytes to express receptors that bind to endothelial cells, thus increasing monocyte migration into the arterial wall, an important component in the initiation and progression of atherosclerosis [5], [6].

- Rofecoxib enhances chemotaxis, the binding of leukocytes to the endothelium and their migration into the arterial intima, which is involved in the initial steps as well as the

progression of atherosclerosis. Factors that increase chemotaxis lead to acceleration of atherogenesis. [63].

- A prostacyclin analogue [65], can reduce human in vitro neutrophil chemotaxis and prostacyclin can reduce canine in vivo neutrophil chemotaxis [66].

- Platelets can stimulate leukocyte chemotaxis of leukocytes, which promotes inflammation by releasing mediators that increase vascular permeability [67].

- In rats, selective inhibition of COX-2 during mesenteric small vein superfusion increased leukocyte adherence to the endothelium [26].

- Monocyte chemotaxis plays a central role in atherogenesis. A clinical study demonstrated that rofecoxib can increase serum levels of C-C chemokine receptor 5 (CCR5), a monocyte receptor [6], which controls migration of leukocytes to sites of inflammation (OMIN # 602565).

- Rofecoxib treatment promotes monocyte recruitment to the endothelium and monocyte migration into the intima, a process involved in both initiation and progression of atherogenesis. Experimental findings show that CCR5, a RANTES receptor, binds to monocyte attractant protein-1 (MCP- 1), thus forming a pathway for recruiting monocytes to the endothelium and facilitating their entry into the intima. Met-RANTES, that blocks CCR5 binding, restrains atherogenesis in mice fed an atherogenic diet [5]. The deletion of CCR5 significantly reduces arterial neo-intima formation after endothelial injury [68].

**Rofecoxib Increases Formation of Oxidized Low-Density Lipoproteins (oxLDL)**

- Rofecoxib promotes atherosclerosis by increasing low density lipoprotein (LDL) oxidation leading to formation of oxidized LDL (oxLDL), an important risk factor in atherogenesis. Oxidative stress induces endothelial cell dysfunction, an early event in

atherogenesis. For example, LDL oxidation leads to formation of oxLDL, a potent risk factor for atherosclerosis. Walter et al show that rofecoxib-induced non-enzymatic mechanisms increase the risk of clinical atherothrombotic events. Rofecoxib dose-dependently increases the susceptibility of low-density lipoprotein (LDL) to oxidative modification. [43].

## HUMAN CLINICAL TRIALS

### Dr. Garrett Fitzgerald, M.D. Re Significance of APPROVe Follow-Up Results

Because the hazard from Coxibs is particularly increased in those otherwise predisposed to thrombosis through a single mechanism but with multiple effects, Dr. FitzGerald made it clear that the APPROVe study patients needed to be followed to see if the excess in heart attacks or thrombotic events in the Vioxx group over the placebo group persists or will dissipate within a matter of days.

> "Patients in the APPROVe study should continue to be followed. This will allow some estimate of how quickly the developed risk may dissipate. Given the relatively short half-lives of these compounds, such dissipation may occur rapidly. On the other hand, if treatment has accelerated atherosclerosis, the offset of risk may be more gradual. Finally, it is essential to determine whether the cardiovascular risk is or is not a class effect. The burden of proof now rests with those who claim that this is a problem for rofecoxib alone and does not extend to other coxibs. We must remember that the absence of evidence is not the evidence of absence." (Emphasis added) (attached as Exhibit 14)

(FitzGerald NEJM 2004; 351:1709-1711)

### APPROVe and 078 Re Coronary Artery Disease Follow-Up  (See Dr. Douglas Zipes' Declaration pages 15-21)

In the only two clinical trials conducted by Merck which followed patients after their discontinuation of Vioxx, the results were a significant increase in cardiovascular deaths and thrombotic events. Protocol 078 found an increase in mortality in the subjects randomized to

Vioxx. Of 39 deaths, 24 occurred in the Vioxx group. Of note, however, the sponsor continued to accrue data on a significant number of subjects after discontinuation of the study, i.e., 356 in the Vioxx arm and 307 in placebo. Over a median follow-up of 29 and 20 weeks respectively, 17 deaths occurred in the Vioxx arm versus only 5 in placebo. The authors do not offer other statistical analysis, although it is clearly very significant. Indeed, this is a disturbing signal, consistent with long-term toxic effects. As reported by Thal, et al. (March 2005) there was a substantial excess of cardiovascular deaths in the Vioxx group versus placebo. The fact that off-drug cardiovascular mortality during the trials was increased significantly strengthens the interpretation of these events as being causes by persistent damage by Vioxx. (Attached as Exhibit 15)

Next, both APPROVe "on drug" data and "off drug" follow-up data show that Vioxx is causing coronary artery disease at an accelerated rate over the placebo group. In the March 15, 2005 APPROVe "on-drug" data (APPROVe Trial Cardiovascular Safety Report MRK-S0420051232-51330, specifically Table 13 @ MRK-S0420051267-8, attached hereto as Exhibit 16) investigator reported cardiovascular events by class of terms) was reported. (Merck attached this exhibit to its "Expert Challenge No. 7" re Dr. Zipes.) Table 13 includes cardiac events that are indicative of developing CAD while on Vioxx for patients in the APPROVe study. These include events like stable angina or pain at rest (i.e. angina pectoris, coronary artery disease (CAD), coronary artery occlusion, ischemic heart disease, myocardial ischemia). There were 25 Vioxx CAD events and only 10 placebo CAD events. This shows that coronary artery disease is being accelerated in the Vioxx group over the placebo group.

APPROVe subjects were followed off-drug after the termination of APPROVe and Merck has recently released the data from this study. According to Merck's analysis, there were

31 versus 15 MIs for Vioxx and placebo, respectively, for the on-drug study plus one (1) year of follow-up, a statistically significant difference (p=0.017).

"Off drug" proof of Vioxx initiating and accelerating atherosclerosis is found in the summary of tables and figures produced on May 26, 2006 (See attached Exhibit 17 documents dated 5/26/06, pages 1-137) that represent analyses of follow-up data of the APPROVe study. A review of the "off drug" Vioxx versus placebo CV event Table C14 (page 65 of the report), which is the Summary of Confirmed APTC Endpoint by Time Interval, shows that at zero to six (0-6) months, there were 3 ½ times more Vioxx CV events compared to placebo with a relative risk of 3.74, which is statistically significant. Further, Table B7 shows an overall persistence of thrombotic events off the drug with a persistent RR of 1.64 for Vioxx over placebo. As Dr. Zipes has stated in his declaration (page 17), he finds this persistence consistent with the original APPROVe thrombotic event RR of 1.92. (See Bresalier.) These data offer evidence that Vioxx-induced changes that occur in the coronary arteries while patients are taking the drug continue to exert clinical effects after the drug has been stopped and is consistent with the opinions as expressed by FitzGerald that continued accumulation of events is consistent with acceleration of atherosclerosis by the drug. Clearly as Dr. FitzGerald stated, if Vioxx were not causing plaque buildup, the thrombotic events would have dissipated in a few days rather than over a period of six months.

## MERCK DOCUMENTS RE VIOXX AND ATHEROSCLEROSIS

In addition to the May 3, 1998 Board of Scientific Advisors recommendation to study the possible effects of Vioxx on lipid-rich plaque build-up or atherosclerosis, Plaintiff has chronicled for this Court a series of Merck internal documents that show that as early as October of 1997

Merck was aware of the potential that a drop in prostacyclin could potentially initiate and accelerate atherosclerosis. In fact, in October of 1997, Garrett FitzGerald proposed that his team would do a study on this very subject.

In addition, the Court can see from the chronicle of Merck emails below that Merck managing scientists were being very careful in dealing with patients who had atherosclerosis, and in studying the effects of Vioxx on atherosclerosis. For example, Merck only approved the study done by Rott and Epstein (mentioned at page 13 above) after the authors sent Merck a prediction that they thought that Vioxx would be atheroprotective rather than athero-accelerating. (See Exhibit 18) Dr. Stephen Epstein was deposed in this case and testified that his study results showing that Cox-2 accelerated atherosclerosis was a "yellow flag" for Merck to do more studies. (Epstein Deposition, p. 117:15-118:20). Instead, Merck, as the Court can see from the document chronicle below, terminated Dr. Epstein's "grant" which would have allowed him to do more extensive studies. It is Plaintiff's position that these documents can be used by this Court for this *Daubert* hearing circumstantially as admissions by Merck.

## CHRONICLE OF MERCK DOCUMENTS RE ATHEROSCLEROSIS AND VIOXX (COX-2 INHIBITORS)

- E-mail from Garret Fitzgerald to Alan Nies dated October 24, 1997, "here are suggestions of things that we would like to do...to investigate the cox2 pgi phenomenon...cross our IP deficient mice with apoE def mice and evaluate the effects of pgi on atherogenesis...we can measure pgi metabolites in mouse urine; see if it is elevated during atherogenesis in apoE defs...and look for cox2 (and pgi synthase) by in situs in the vascular involved vs uninvolved areas during atherogenesis. we have cloned the mouse pgi synthase." (P1.0477, MRK-NJ0051533) (attached as Exhibit 19)

- Vioxx MSGP RC mtg. Minutes for Oct. 26, 1999: "Proposal #113 - Role of Cox-2 Inhibitors in patients with unstable angina and non-Q wave myocardial infarction...Comments: This study would occur in very sick patients. The plaque is now generally regarded as a chronic inflammatory state and not an acute event. We should be wary going into this type of population. The opinion of the Committee as a whole was

very negative to this type of study...Outcome: Proposal rejected." (MRK-AEH0016360) (attached as Exhibit 20)

- Vioxx MSGP RC Mtg. Minutes for Oct. 26, 1999: "Proposal 109...Use of a Cox-2 inhibitor to lower morbidity and mortality in patients with unstable angina...Comments: very similar to #113...The same comments pertain...Outcome: SOI rejected" (MRK-AEH0016359) (attached as Exhibit 20)

- Vioxx MSGP RC Mtg. Minutes for Jan. 19, 2000: "Proposal #148...Modulating inflammation isn't symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome...Comments: This is an 'at risk' patient population. We have already rejected two recent proposals [#109 and #113] in this area. The consultants' meeting last year expressed a view that it would be undesirable to pursue VIOXX in this patient population...Outcome: Proposal rejected." (MRK-AEH0016403) (attached as Exhibit 21)

- Vioxx MSGP RC Mtg. Minutes for May. 19, 2000: "Proposal #213 Epstein/USA...Effects of a specific Cox-2 inhibitor on cytomegalovirus replication and atherosclerosis progression in apoE knockout mice...Outcome: Proposal accepted...Supply MF-Tricyclic [not rofecoxib]." (MRK-EAI0002560) [Please refer to the Rott study, page 13] (attached as Exhibit 22)

- Vioxx MSGP RC Mtg. Minutes for June 16, 2000: "Proposal #270 FitzGerald/USA...A biochemically selective dose of rofecoxib retards atherogenesis in the DKO mouse...Comments: There was a very extensive debate on this topic. Scientifically this is a sound prospective study in an animal model of atherogenesis that has a distinct relevance to the human disease. The investigator's group is very highly regarded and an international authority in eicosanoid research. Issues: a) The science merits support. b) There is a commercial/marketing anxiety about a possible downside risk that enhanced mortality may occur in the rofecoxib-treated animals from cardiovascular complications that is mechanism based. This may attach to the cardiovascular events from VIGOR...Outcome: the Committee was not prepared to make a decision on supporting the proposed work without input from MRL and its senior Management." [Handwritten marginalia: "pretty good thing to worry about!"] (MRK-ADF0010827) Handwritten marginalia: "8/21/00 Steve/Mark - One of my more significant contributions to the MSG program was to reduce the company's risk with Fitzgerald's p[roposal] by recommending substituting MF-Tricy[clic] for either Vioxx or 663 and in general, raising awarene[ss] of the commercial conseque[nces] of this study -E.B." (MRK-ADF0010826) Handwritten marginalia: "Based in large part to my input, MRL Senior management was asked to approve this study for MF-T and not Vioxx or 663." (MRK-ADF0010828) (attached as Exhibit 23)

- Vioxx MSGP RC Mtg. Minutes for June 16, 2000: "The amount of MF-Tricyclic is dwindling to the extent that we will run out of the compound by the end of this year. MF-Tricyclic has been a pivotal plank in the Vioxx MSGP strategy of supporting investigators with the best alternative compound when it has been deemed inadvisable to supply rofecoxib." (MRK-ADF0010829) (attached as Exhibit 23)

- Email from Irwin Finestone to Nancy Gold, CC to Jean-Pierre Borsanyi dated 6/20/01: "Could you please provide all relevant information on MF-tricyclic and also why it is preferred over VIOXX for this study." Reply email from Jean-Pierre Borsanyi to Nancy Gold, dated 6/21/01: "The reason why we cannot use VIOXX is that if any unwanted effect or side effect is found in the animal model which is related to the limitation of the animal model, the study design or method, we do not want these results to be extrapolated to VIOXX and its clinical use." (MRK-AEH0016617) (attached as Exhibit 24)

- Email from Robert Young to Irwin Firestone, dated 7/3/2001: "There's no real synopsis of data on MF-Tricyclic. Its properties are very similar to Vioxx. The dosing, potency and bioavailabilities and half lives are all very close to those of Vioxx." (MRK-AEH0016616) (attached as Exhibit 24)

- Email from Ian Rodger to the Coxib MSGP Committee Re: Epstein #213 abstract, dated 7/27/01: "I have received the attached abstract from Steve Epstein regarding his work on cytomegalovirus etc. I cannot say that I like the conclusions - COX-2 inhibitors are immunosuppressive and atherogenetic…NOTE: We supplied him with MF-tricyclic and not rofecoxib for his work. In any reply I would probably insist that he cite MF-tricyclic in his abstract so that the impression is not given to readers that he has used rofecoxib." (MRK-AFI0118752) (attached as Exhibit 25)

- Email from Peter Alberti to Susan Baumgartner and Tracy Mills, dated 7/27/01: "Info coming out of Medical School Grants related to CMV atherosclerotic lesions in mice treated with MF-tricyclic. The investigator submitted a follow-up grant which the committee rejected." (MRK-AFI0118752) (attached as Exhibit 25)

- Email from Stephen Epstein to Ian Rodger, Cc to Peter DiBattiste, dated 10/12/2001: "Attached is the paper on the effects of selective COX-2 inhibition on susceptibility to CMV infection and to atherogenesis…I'm sorry that we didn't get the results we thought we would -- but it's better to know about this now than to be blind-sided in one or two years by complications that were totally unexpected." (MRK-ABA0012531-0012548) (attached as Exhibit 26)

- Email from Jilly Evans to Ian Rodger, dated 10/12/01 RE: Stephen Epstein #213 manuscript: "This is not good news!…I am really concerned about the way he has written the whole section I have copied below from the conclusions. Can we not try to rewrite this and send him our version?" (MRK-AHO0057226) (attached as Exhibit 27)

- Email to Jilly Evans, Ian Rodger, and Coxib MSGP Committee RE: Epstein #213 manuscript, dated 10/12/2001: "See my edits below." (MRK-ACD0005140) (attached as Exhibit 28)

- Email from Briggs Morrison to Greg Geba, Robert Silverman, and Ian Rodger, Cc to Briggs Morrison, dated 10/12/2001: "I think alise should be reviewing every manuscript

– wether MSGP or whatever – in the COXIB franchise." (MRK-NJ0335046) (attached as Exhibit 29)

- Email from Leslie Koch to Greg Wiederrecht and John Obenchain, Cc to Lewis Mandel, dated 12/13/01: "Decisions about the appropriateness of the experiments involving VIOXX and if Merck wants to support go to Dr. Robert Young (MFC) and Dr. Ian Rodgers (Chairman, VIOXX Medical School Grant Committee). Occasionally they will offer substitute compounds like MF-Tricyclic or DFU if they are interested in the study, but considered about potential bad implications on marketed products." (MRK-ABS0343457) (attached as Exhibit 30)

- Medical School Grant Program Coxib Review Committee, dated 2/26/2002: "#376, Giaid/Canada, Role of COX-2 in the pathophysiology of atherosclerosis and myocardial ischemia...Comments: This study comes from an investigator who is one of the few to show a beneficial effect of COX-2 inhibition (with DFU) in an animal model of myocardial infarction...Decision: The proposal was accepted for support, in principle." (MRK-ABK0478427) (attached as Exhibit 31)

**Merck's Proffered Studies Regarding the Association of Cox-2 Inhibition and CRP Lack Merit.**

In Section C of the instant motion, Merck argues "Plaintiff's Experts Ignore Multiple Studies that undermine their theory." Yet as support for its argument, Defendant cites mouse studies by Oleson (2002), Pratico (2001), and Burleigh. This is remarkable given the fact that Defendant's motion argues that animal studies are "inconclusive" and "unreliable" (Section B, Paragraph 1 @ page 6). Further, Defendant Merck states "several recent studies in humans have suggested that COX-2 inhibition (including COX-2 inhibition from Vioxx) is associated with significantly reduced levels of C-reactive protein—considered a marker for progression of atherosclerosis with *possible* [emphasis added] direct involvement in the atherosclerotic process" (citing studies by Bogaty, et. al, Monakier et al, and Ridker). The Bogaty study (Peter Bogaty, et al. "Impact of Prolonged Cyclooxygenase-2 Inhibition on Inflammatory Markers and Endothelial Function in Patients With Ischemic Heart Disease and Raised C-Reactive Protein—A

28

Randomized Placebo Controlled Study." *Circulation*. 2004; 110:934-939) was a study that dealt with 35 subjects on low-dose aspirin who had had greater than two previous acute coronary events. These subjects all took 160 mg of aspirin daily. Of note, during the study, it was reported: one patient on rofecoxib had unstable angina one month after randomization, in two others a diuretic was begun because of peripheral edema and increased blood pressure, and an ACE inhibitor was begun in three patients because of increased blood pressure. The authors commented that "*this study must be tempered* [emphasis added] by the fluctuation of serum values of CRP and IL-6 that was manifest during screening" and they also commented that their findings "cannot be definitive" [938]. Recommendations were made to further "explore whether COX-2 inhibition may be beneficial in patients with ischemic heart disease who are at very high risk of acute coronary events because of their heightened inflammatory profile." The methodology and findings in this study are speculative at best.

The defense also cites an article by Ridker (Ridker P, et al, "Inflammation, Aspirin, and the Risk of Cardiovascular Disease in Apparently Healthy Men" *NEJM* 1997; 336:973-9) for the proposition that Cox-2 inhibition is associated with significantly reduced levels of C-reactive protein. While C-reactive protein may be a marker for underlying systemic inflammation, and can possibly be associated with a risk of myocardial infarction, it must be noted that this was a study where participants were randomly assigned to receive *aspirin* or a placebo. The conclusion made in this study was that the data "suggest[s] that inflammatory markers such as C-reactive protein may provide a method of identifying people for whom *aspirin* is likely to be more or less effective—a hypothesis requiring direct testing in randomized trials [979]." The relevance to the COX-2 enzyme was not tested or studied here.

In the Monaker study (Monaker D. et al "Rofecoxib, a Cox-2 Inhibitor, Lowers C-Reactive Protein and Interleukin-6 Levels in Patients with Acute Coronary Syndromes" *CHEST* 2004; 125:1610-1615), also cited by Defendant, the conclusion was made that in patients recovering from ACS (Acute Coronary Syndrome) when treated with rofecoxib plus aspirin, suppression of inflammatory processes may lead to retardation of coronary atherosclerosis and coronary events.   Here the authors indicated that patients with ACS have high levels of inflammatory mediators such as CRP and interleukin (IL)-6.  Their aim was to evaluate whether patients with ACS treated with rofecoxib would have reduced CRP, I:-6 and soluble tumor necrotic factor receptor levels and improved endothelial function.

Thirty-four hospitalized patients were randomized to receive 25 mg of rofecoxib plus 100mg/d aspirin, or placebo plus aspirin, 100 mg/d for a period of 3 months.  Relying on the published reports of VIGOR the authors considered the study "to be safe for our study population." Thirty-four patients participated in the study, and all completed at least one month of treatment.  Twenty-three of the patients completed three months of treatment and most of the patients who did not complete the 3-month follow-up were excluded, mainly due to the development of infections and inflammatory conditions that could potentially elevate the inflammatory markers studied.

This study has major limitations as the authors concede questionable methodology.  A small number of patients were studied and there was a high drop out rate at the three-month follow-up.    Further, patients were excluded because of various reasons listed as: rehospitalization because of acute MI (n=3), unstable angina (n=2), and infection or inflammatory conditions requiring anti-inflammatory treatment.  Thus, the results in this study are unreliable, and lack sound methodology.

Finally, Plaintiff would refer the Court to two Merck internal documents chronicled below (attached as Exhibits 31 and 32) which state that Merck Research Laboratory's "consensus view" was that "NSAIDs/Coxibs may well drive up the levels of CRP." In the internal email written by Jeffrey Melin to Ian Rodger (attached as Exhibit 32), Melin states that a "further concern" of the Merck committee in charge of providing grants to researchers is the "possibility of a significant downside result in that rofecoxib might well prolong the infection in a manner to that reported with ibuprofen . . .." Clearly, these documents written by Merck employees are further evidence that Defendant's proffered studies regarding the association between Vioxx and reduced levels of CRP lack merit.

## THE FOLLOWING MERCK DOCUMENTS RELATE TO COX-2 INHIBITION AND CRP:

- Medical School Grant Program Coxib Review Committee, dated 2/26/2002:  "#374, Tzivoni/Isreal...The influence of rofecoxib treatment on inflammatory markers, clinical outcome and endothelial function in patients with acute coronary syndromes... Comments: ...Whilst the results of the pilot look promising the Committee regarded support of a repeat study as being potentially problematic since there would still be very small numbers of patients involved and they are all "at risk" subjects. One or two fatalities in the rofecoxib group could prove catastrophic from a commercial standpoint, even if they were to simply occur by chance. Furthermore, a MRL study group recently reviewed in depth the question of CRP in patients with atherosclerosis. Their clear conclusion was that there are no compelling data to support a positive effect of rofecoxib on CRP. The belief, in some quarters, that NSAIDs have an effect on CRP is not at all well validated. Indeed, there is a theoretical possibility that Coxibs/NSAIDs may drive up the levels of CRP by virtue of removing a pool of eicosanoids that may actually regulate the formation of CRP. Decision: Proposal rejected." (MRK-ABK0478426) (attached as Exhibit 31)

- E-mail from Ian Rodger to Jeffrey Melin dated 2/27/02: "Apparently MRL has conducted a very thorough review of CRP as a marker of inflammation etc according to Phil Davies and its really based upon his comments that the Minute is written as it is (both yesterday's and that from the January meeting where we dumped the Tzivoni proposal).  The Committee members were unimpressed by the Tzivoni CRP/IL-6 study that was reviewed last month. It was regarded as extremely risky to extend the study as they wished to.  Indeed, many thought that Tzivoni was perhaps very fortunate to see the reduction in CRP his CAD patients...the Committee reemphasized its view that CRP is not a relevant clinical readout for a Coxib.  This is based upon MRL's consensus view

and the theoretical possibility that NSAIDs/Coxibs may well drive up the levels of CRP via removal of a pool of beneficial eicosanoids. A further concern of the Committee was the possibility of a significant downside result in that rofecoxib might well prolong the infection in a manner analogous to that reported with ibuprofen (an effect mediated via modulation of neutrophil function)." (MRK-AHO0171272) (attached as Exhibit 32)

## CONCLUSION

This Court has already ruled that the scientific methodology supporting the conclusion that Vioxx accelerates atherogenesis is reliable and meets the standards under *Daubert*. Merck's own consultant and scientist, Dr. Garrett FitzGerald, M.D., has repeatedly generated peer reviewed studies publications supporting this conclusion. There are sound and scientifically reliable studies for correctly concluding that Vioxx causes accelerated atherogenesis, which are based on recognized pathophysiology, animal studies and Merck's own clinical studies and findings. Merck has even submitted to the FDA, through human clinical trials, the data which show this progression. Dr. Zipes' and Dr. Fosslein's outstanding qualifications are more than sufficient to permit them to qualify to testify regarding the aforementioned issues in this litigation. It is respectfully requested that this Court deny Merck's motion to exclude opinion testimony that Vioxx accelerates atherosclerosis.

Date: June 26, 2006

Respectfully submitted,

By _Mark P. Robinson, Jr._

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California  92660
Telephone:  (949) 720-1288

Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California   94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70013
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York  10004
Telephone:  (212) 584-0700
Facsimile:  (212) 584-0799
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana  71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas  77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana  70601
Telephone:  (337) 494-7171
Facsimile:  (337) 494-7218

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1371

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California  92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Arnold Levin, Esq.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106-3875
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Christopher V. Tisi Esq.
ASHCRAFT & GEREL
2000 L Street, NW, Suite 400
Washington, DC 20036-4914
Telephone:  (202) 783-6400
Facsimile:  (307) 733-0028

Gerald E. Meunier
Gainesburgh Benjamin David Meunier &
Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**PLAINTIFF'S STEERING COMMITTEE**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on Defendants'

Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs'

Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically

uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order

No. 8, on this 26th day of June, 2006.

MARK P. ROBINSON, JR.
State Bar No. 054426
Attorney for Plaintiff
Robinson, Calcagnie & Robinson