UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL |
| | NO: MDL 1657 |
| | SECTION: L (3) |

ATTACHMENTS TO DOCUMENT NO.

DESCRIPTION: Exhibits to Pla's Opposition to Merck's Motion to Exclude Testimony that Vioxx Accelerates Atherosclerosis

FILED BY: Plaintiff

FILE DATE: June 27, 2006

ARE LOCATED IN THE CLERK'S OFFICE.