**Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.**

In a previous paper in JAMA (see above, ref. 90), we had demonstrated poor compliance with statin use among indigent patients in the U.S. and in the entire elderly population of Quebec. The present paper, produced by Dr. Benner as part of his doctoral dissertation work under my mentorship, extended those findings by following up a larger U.S. cohort for a period of ten years. In defining the medication use behavior of 34,501 patients, it became the largest and longest-duration study of statin use in the literature, and one of the largest studies of compliance published for any drug. We found that only 26% of patients begun on a statin were still compliant after five years, with most of the drop-off occurring in the first 12 months of therapy. We then identified several predictors of poor compliance that can be used by physicians and health care systems to target patients at particularly high risk of stopping use of this important class of medications. These included nonwhite race, poverty (even though all patients studied had full drug coverage), older age, depression, and impaired cognitive function. Of particular relevance to clinical education programs, the analysis also found that non-compliance was likeliest in patients with less severe cardiovascular morbidity at the time of initiation of therapy, and in patients who had ischemic coronary events while on treatment. These findings will next be integrated into compliance-enhancing interventions that will focus on patients identified as being at highest risk.

**Morris CA, Avorn J.  Internet marketing of herbal products. JAMA 2003; 290; 1505 – 1509.**

Communication with physicians about therapies has become more complicated with the proliferation of direct-to-consumer promotion of treatments of all kinds, and the increase in patients' use of alternative medicine approaches. Both developments have important implications for prescribing, and for how doctors can be taught to work with their patients in this intense new environment. Dr. Morris is a junior faculty member in the division of Pharmaco-epidemiology with an interest in medical education, working under my direct supervision. To systematically define the content and quality of facts about herbally-derived medications that are disseminated through the internet, we employed the five most commonly used search engines to evaluate the information provided about the eight herbal supplement products most widely used for medical purposes. Regulation of statements made in medicinal promotion of all kinds is a key aspect of information-transfer, and one goal of this study was to assess the enforcement of rules that govern the claims made in such advertising to patients and to doctors.

We identified 443 informational web sites for analysis; three quarters of these were retail sites. Of these, 81% made therapeutic claims that frequently violated federal regulations concerning promised clinical effects. Half of the sites that made health claims failed to include the legally required disclaimer that the products had not been reviewed by FDA, and did not purport to treat or prevent any disease.

In the present environment, educating physicians about rational therapy also requires educating them about the alternative treatments their patients may be taking, and about the accuracy of the information they and their patients are exposed to. An editorial written by the editors of JAMA to accompany our paper cited it as evidence of the need for regulatory reforms to require alternative medicine products to meet the same standards of efficacy and safety currently required for prescription drugs.

## BIBLIOGRAPHY

**BOOK:**

Avorn, J. Powerful Medicines: the Benefits, Risks, and Costs of Prescription Drugs. New York, Knopf, 2004.

## ORIGINAL ARTICLES:

1. Lieff J, Avorn J, Caddell H, Anderson H, Gorlin P, Kennedy S, Goodwin V, Verlenden L.  Attitudes of the medical profession toward drug abuse.  Amer J Publ Health 1973; 63:1035-1039.

2. Avorn J, Soumerai S.  Demarketing strategies in prescription drug use.  Ann World Assn Med Informatics 1981; 1:13-16.

3. Avorn J, Soumerai S.  Use of computer-based Medicaid drug data to analyze and correct inappropriate medication use.  J Med Systems 1982; 6:377-386.

4. Avorn J, Langer E.  Induced disability in nursing home patients: A controlled trial.  J Am Geriat Soc 1982; 30:397-400.

5. Avorn J, Chen M, Hartley R.  Scientific vs. commercial sources of influence on physician prescribing behavior.  Am J Med 1982; 73:4-8.

6. Soumerai S, Avorn J.  Perceived health status, morale, and activity in urban retirees: A randomized controlled trial of part-time employment.  J Gerontol 1983; 38(3):356-362.

7. Avorn J, Soumerai SB.  Improving drug-therapy decisions through educational outreach:  A randomized controlled trial of academically based "detailing."  N Engl J Med 1983; 308:1457-1463.

8. Avorn J.  Drug policy in the aging society.  Health Affairs 1983; 2:23-32.

9. Avorn J.  Benefit and cost analysis in geriatric care.  N Engl J Med 1984; 310: 1294-1301.

10. Soumerai SB, Avorn J.  Efficacy and cost-containment in hospital pharmacotherapy. Milbank Mem Fund Quart 1984; 62:447-474.

11. Soumerai SB, Avorn J.  Economic and policy analysis of university-based drug "detailing."  Med Care 1986; 24:313-331.

12. Avorn J, Everitt DE, Weiss S.  Increased antidepressant use in patients prescribed beta-blockers.  JAMA 1986; 225:357-360.

13. Cleary PD, Rogers TF, Singer E, Avorn J, et al. Health education about AIDS among seropositive blood donors. Hlth Educ Quart 1986; 13:317-329.

14. Avorn J, Niessen LC. Relationship of long bone fractures and water fluoridation. Gerodont 1986; 2:175-9.

15. Avorn J. Drug innovation and public policy. Hlth Affairs 1986; 5(2):124-127.

16. Soumerai SB, Avorn J. Predictors of physician prescribing change in an educational experiment to improve medication use. Med Care 1987; 25:210-221.

17. Pindyck J, Avorn J, Kurian M, Reed M, Iqbal MJ, Levine SJ. Blood donation by the elderly. JAMA 1987; 257:1186-1188.

18. Campion EW, Avorn J, Reder VA, Olins NJ. Overmedication of the low weight elderly. Arch Int Med 1987; 147:945-947.

19. Sherman DS, Avorn J, Campion EW. Cimetidine use in nursing homes: Prolonged therapy and excessive doses. J Am Geriat Soc 1987; 35:1023-1027.

20. Soumerai SB, Avorn J, Gortmaker S, Ross-Degnan D. Payment restrictions for prescription drugs in Medicaid: Effects on therapy, cost, and equity. New Engl J Med 1987; 317:550-556.

21. Soumerai SB, Avorn J, Gortmaker S, Hawley S. Effect of government warnings on propoxyphene use and overdose deaths. Am J Publ Health 1987; 77:1518-1523.

22. Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M. Reduction of incorrect antibiotic use through a structured antibiotic order form. Arch Int Med 1988; 148:1720-1724.

23. Beers M, Avorn J, Soumerai SB, Everitt DE, Sherman DS, Salem S. Psychoactive medication use in intermediate-care facility residents. JAMA 1988; 260:3016-3020.

24. Cleary P, Singer E, Rogers T, Avorn J, Vandevanter N, Soumerai SB, Perry S, Pindyck J. Sociodemographic and behavioral characteristics of HIV antibody-positive blood donors. Am J Publ Hlth 1988; 78:953-7.

25. Avorn J, Dreyer P, Connelly K, Soumerai SB. Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study. N Engl J Med 1989; 320:227-32.

26. Schwartz RK, Soumerai SB, Avorn J. Physician motivations for non-scientific drug prescribing. Soc Sci & Med 1989; 28:577-582.

27. Soumerai SB, McLaughlin T, Avorn J. Improving drug prescribing in primary care: A critical analysis of the experimental literature. Milbank Quart 1989; 67:268-317.

28. Buchwald D, Soumerai SB, Vandevanter N, Wessels MR, Avorn J. Effect of hospital-wide change in clindamycin dosing schedule on clinical outcomes. Rev Infec Dis 1989; 11:619-624.

29. Bright RA, Avorn J, Everitt DE. Medicaid data as a resource for epidemiologic studies: strengths and limitations. J Clin Epi 1989; 42:937-945.

30. Soumerai SB, Ross-Degnan D, Gortmaker S, Avorn J. Withdrawing payment for non-scientific drug therapy: Intended and unexpected effects of a large-scale natural experiment. JAMA 1990; 263:831-839.

31. Everitt DE, Avorn J, Baker MW. Clinical decisionmaking in the evaluation and treatment of insomnia. Am J Med 1990; 89:357-362.

32. Learman, LA, Avorn J, Everitt DE, Rosenthal R. Pygmalion in the nursing home: The effects of caregiver expectation on patient outcomes. J Am Geriat Soc 1990; 38:797-803.

33. Gurwitz J, Avorn J, Ross-Degnan D, Lipsitz LA. Nonsteroidal anti-inflammatory drug-associated azotemia in the very old. JAMA 1990; 264:471-475.

34. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of clinical knowledge, organizational context, and practice style on transfusion decision making. JAMA 1990; 264:476-483.

35. Everitt DE, Soumerai S, Avorn J, Klapholz H, Wessels M. Changing antimicrobial prophylaxis through education aimed at senior department leaders. Infec Control Hosp Epidem 1990; 11:578-583.

36. Soumerai SB, Avorn J. Principles of educational outreach ("academic detailing") to improve clinical decisionmaking. JAMA 1990; 263:549-556.

37. Avorn J, Everitt DE, Baker MW. The neglected medical history and therapeutic choices for abdominal pain. Arch Int Med 1991; 51:694-698.

38. Everitt DE, Fields D, Avorn J, Soumerai S. Resident behavior and staff distress in the nursing home. J Am Geriatrics Soc 1991; 39:792-798.

39. Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes. N Engl J Med 1991; 325:1072-1077.

40. Gurwitz JH, Avorn J. The ambiguous relationship between aging and adverse drug

reactions. Ann Intern Med 1991; 114:956-966.

41. Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D. A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes. N Engl J Med 1992; 327:168-173.

42. Kuchel GA, Avorn J, Reed MJ, Fields D. Cardiovascular responses to phlebotomy and sitting in middle-aged and elderly subjects. Arch Int Med 1992; 152:366-70.

43. Gurwitz JH, Col N, Avorn J. Exclusion of elderly and women from clinical trials in acute myocardial infarction. JAMA 1992; 268:1417-1422.

44. Gurwitz JH, Avorn J, Ross-Degnan D, Choodnovskiy I, Ansell J. Aging and the anticoagulant response to warfarin. Ann Intern Med 1992; 116:901-904.

45. Beers MH, Avorn J, Soumerai S, Hawley, SL, Drobnyk G. Computer-assisted drug data collection. J Med Syst 1992; 16:1-6.

46. Gurwitz JH, Bohn R, Glynn RJ, Avorn J. Antihypertensive drug therapy and initiation of treatment for diabetes mellitus. Ann Intern Med 1992; 118:273-278.

47. Monane M, Avorn J, Beers MH, Everitt DE. Anticholinergic drug use and bowel function in nursing home patients. Arch Int Med 1993; 153:633-638.

48. Cleary PD, Van Devanter N, Rogers TF, Singer E, Shipton-Levy R, Steilen M, Stuart A, Avorn J, Pindyck J. Depressive symptoms in blood donors notified of HIV infection. Am J Publ Health 1993; 83:534-539.

49. Gurwitz JH, Glynn R, Monane M, Everitt DE, Gilden D, Smith N, Avorn J. Treatment for glaucoma: Adherence by the elderly. Am J Publ Health 1993; 83:711-716.

50. Avorn J, Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Everitt DE, Gilden D, Choodnovskiy I. Adverse pulmonary effects of topical ŏΩ´ΥZblockers used in the treatment of glaucoma. J Glaucoma 1993; 2:158-165.

51. Soumerai SB, Salem-Schatz S, Avorn J, Casteris CS, Ross-Degnan D, Popovsky MA. A controlled trial of educational outreach to improve blood transfusion practice. JAMA 1993; 270:961-966.

52. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of knowledge and attitudes on the quality of physicians' transfusion practice. Med Care 1993; 31:868-78.

53. Soumerai S, Avorn J, Taylor W, Wessels M, Maher D, Hawley S. Improving choice of prescribed antibiotics through concurrent reminders in an educational order form. Med Care 1993; 31:552-8.

54. Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Choodnovskiy I, Avorn J. Old age and race as determinants of initiation of glaucoma therapy. Am J Epidemiol 1993; 138:395-406.

55. Gurwitz JH, Bohn RL, Glynn RJ, Monane M, Mogun H, Avorn J. Glucocorticoids and the risk for initiation of hypoglycemic therapy. Arch Int Med 1994; 154:97-101.

56. Avorn J, Monane M, Gurwitz JH, Glynn RJ, Choodnovskiy I, Lipsitz LA. Reduction of bacteriuria and pyuria after ingestion of cranberry juice. JAMA 1994; 271:751-754.

57. Pickering TD, Gurwitz JH, Zaleznik D, Noonan JP, Avorn J. The appropriateness of oral fluoroquinolone prescribing in the long-term care setting. J Am Geriatr Soc 1994; 42:28-32.

58. Monane M, Bohn RL, Gurwitz JH, Glynn R, Avorn J. Non-compliance with congestive heart failure therapy in the elderly. Arch Int Med 1994; 154:433-437.

59. Avorn J, Monane M, Everitt DE, Beers MH, Fields D. Clinical assessment of extra-pyramidal signs in nursing home patients given antipsychotic medication. Arch Int Med 1994; 154:1113-7.

60. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Choodnovskiy I, Avorn J. Topical glaucoma medications and cardiovascular risk in the elderly. Clin Pharmacol Ther 1994; 55:76-83.

61. Harari D, Gurwitz JH, Avorn J, Choodnovskiy I, Minaker KL. Constipation: assessment and management in an institutionalized elderly population. J Am Geriatr Soc 1994; 42:947-952.

62. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272:781-6.

63. Glickman L, Bruce EA, Caro FG, Avorn J. Physicians' knowledge of drug costs for the elderly. J Am Geriatr Soc 1994; 42:992-6.

64. Gurwitz JH, Field TS, Glynn RJ, Manson JE, Avorn J, Taylor JO, Hennekens CH. Risk factors for non-insulin-dependent diabetes mellitus requiring treatment in the elderly. J Am Geriatr Soc 1994; 42:1235-1240.

65. Avorn J, Bohn R, Mogun H, Gurwitz J, Monane M, Everitt D, Walker A. Neuroleptic drug exposure and treatment of parkinsonism in the elderly: a case-control study. Am J Med 1995; 99:48-54.

66. Monane M, Gurwitz JH, Lipsitz LA, Glynn RJ, Avorn J. Epidemiologic and diagnostic aspects of bacteriuria: a longitudinal study in elderly women. J Am Geriat Soc 1995; 43:618-922.

67. Monane M, Glynn RJ, Gurwitz JH, Bohn RL, Levin R, Avorn J. Trends in medication choices for hypertension in the elderly: the decline of the thiazides. Hypertension 1995; 125:1045-1051.

68. Ross-Degnan D, Soumerai S, Avorn J, Bohn RL, Bright R, Aledort LM. Hemophilia home treatment: Economic analysis and implications for health policy. Intl J of Technol Assess Hlth Care 1995; 11:327-344.

69. Kalish S, Gurwitz JH, Krumholz H, Avorn J. A cost-effectiveness model of thrombolytic therapy for acute myocardial infarction. J Gen Intern Med 1995; 10:321-330.

70. Kalish SC, Bohn RL, Mogun H, Glynn RJ, Gurwitz JH, Avorn J. Antipsychotic prescribing patterns and the treatment of extrapyramidal symptoms in older people. J Am Geriat Soc 1995; 43:967-973.

71. Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of L-dopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

72. Harari D, Gurwitz JH, Choodnovskiy I, Avorn J, Minaker KL. Correlates of regular laxative use in frail elderly persons. Am J Med 1995; 99:513-518.

73. Avorn J, Gurwitz JH. Drug use in the nursing home. Ann Intern Med 1995; 123:195-204.

74. Cleary PD, VanDevanter N, Steilen M, Stuart A, Shipton-Levy R, McMullen W, Rogers TF, Singer E, Avorn J, Pindyck J. A randomized trial of an education and support program for HIV-infected individuals. AIDS Rsch 1995; 9:1271-1278.

75. Monane M, Glynn R, Avorn J. The effect of sedative-hypnotic use on sleep symptoms in elderly nursing home residents. Clin Pharmacol Ther 1996; 59:83-92.

76. Gurwitz JH, Everitt DE, Monane M, Glynn RJ, Choodnovskiy I, Beaudet MP, Avorn J. The impact of ibuprofen on the efficacy of antihypertensive treatment with hydrochlorothiazide in elderly persons. J Gerontol: Med Sci 1996; 51A:M74-M79.

77. Harari D, Gurwitz JH, Avorn J, Bohn RL, Minaker KL. Bowel habit in relation to age and gender: findings from the National Health Interview Survey and clinical implications. Arch Int Med 1996; 156:315-320.

78. Monane M, Kanter DS, Glynn RJ, Avorn J. Variability in length of hospitalization for stroke: the role of managed care in an elderly population. Arch Neurol 1996; 53:875-880.

79. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J. Compliance with antihypertensive therapy: the role of age, gender, and race. Am J Public Health 1996; 86:1805-1808.

80. Kalish S, Bohn RL, Avorn J. Policy analysis of the conversion of histamine-2 antagonists to over-the-counter use. Med Care 1997; 35:32-48.

81. Monane M, Gurwitz JH, Bohn RL, Glynn RJ, Levin R, Monette J, Avorn J. The impact of thiazide diuretics on the initiation of lipid-reducing agents in older people: a population-based analysis. J Am Geriatr Soc 1997; 45:71-75.

82. Harari D, Avorn J, Bohn RL, Mogun H, Minaker K. How do older persons define constipation? Implications for therapeutic management. J Gen Intern Med 1997; 12:63-66.

83. Gurwitz JH, Monette J, Rochon PA, Eckler MA, Avorn J. Atrial fibrillation and stroke prevention with warfarin in the long-term care setting. Arch Intern Med 1997; 157:978-984.

84. Huttin C, Avorn J. Drug expenditures for hypertension: an empirical test of an economic model in a French population. Cah Sociol Demogr Med 1997; 37:33-52.

85. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J. The effects of initial drug choice and comorbidity on antihypertensive therapy compliance: results from a population-based study in the elderly. Am J Hypertens 1997; 10:697-704.

86. Gurwitz JH, Bohn RL, Glynn RJ, Avorn J. Thiazide diuretics and the initiation of anti-gout therapy. J Clin Epidemiol 1997; 8:953-959.

87. Monette J, Gurwitz JH, Rochon PA, Avorn J. Physician attitudes concerning warfarin for stroke prevention in atrial fibrillation: results of a survey of long-term care paractitioners. J Am Geriatr Soc 1997; 45:1060-1065.

88. Monette J, Mogun H, Bohn RL, Avorn J. Concurrent use of antiulcerative agents. J Clin Gastroenterol 1997; 24:207-213.

89. Gurwitz JH, Yeomans SM, Glynn RJ, Lewis BE, Levin R, Avorn J. Noncompliance in the managed care setting: the case of medical therapy for glaucoma. Med Care 1998;36:357-369.

90. Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study.  JAMA 1998;279:1458-1462.

91. Bohn RL, Avorn J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic use of factor VIII: an economic evaluation.  Thromb Haemost 1998;79:932-937.

92. Brown NJ, Griffin MR, Ray WA, Meredith S, Beers MH, Marren J, Robles M, Stergachis A, Wood AJ, Avorn J.  A model for improving medication use in home health care patients.  J Am Pharm Assoc 1998;38:696-702.

93. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy, Avorn J.  Agreement between drug treatment and a discharge diagnosis of diabetes mellitus in the elderly.  Amer J Epi 1999;149:541-549.

94. Solomon DH, Katz JN, Bohn RL, Mogun H, Avorn J. Non-occupational risk factors for carpal tunnel syndrome. J Gen Intern Med 1999;14:310-314.

95. Pan CX, Glynn RJ, Mogun H, Choodnovskiy I, Avorn J.  Definition of race and ethnicity in the elderly in Medicare and Medicaid.   J Am Geriatr Soc 1999;47:730-733.

96. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy I, Avorn J.  Aging, comorbidity, and reduced rates of drug treatment for diabetes mellitus. J Clin Epi 1999;52:781-790.

97. Knight EL, Glynn RJ, McIntyre KM, Mogun H, Avorn J.  Predictors of decreased renal function in patients with CHF during ACE inhibitor therapy.  Amer Heart J 1999;138:849-855.

98. Bohn RL, Colowick AB, Avorn J.  Probabilities, costs, and outcomes: methodologic issues in modeling hemophilia treatment.  Haemophilia 1999;5:374-378.

99. Bohn RL, Gurwitz JH, Yeomans SM, Glynn RJ, Pasquale LR, Walker AM, Avorn J. Which patients are treated for glaucoma? An observational analysis.  J Glauc 2000; 9:38-44.

100. Ganz DA, Kuntz KM, Jacobson GA, Avorn J.  Cost-effectiveness of HMG Co-A reductase inhibitors in older patients with prior myocardial infarction.  Ann Intern Med 2000; 132:780-787.

101. Bérard A, Solomon DH, Avorn J.  Patterns of drug use in rheumatoid arthritis.  J Rheum 2000;96:1648-55.

102. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Strategies for improving comorbidity measures based on Medicare and Medicaid claims data. J Clin Epi 2000; 53:571-578.

103. Avorn J, Solomon DH. Cultural and economic factors that (mis)shape antibiotic utilization: the non-pharmacologic basis of therapeutics. Ann Intern Med 2000; 133:128-35.

104. Knight EL, Glynn RJ, Levin R, Ganz DA, Avorn J. Failure of evidence-based medicine in the treatment of hypertension in older patients. J Gen Intern Med 2000; 133:128-35.

105. Colowick AB, Bohn RL, Avorn J, Ewenstein B. Immune tolerance induction in hemophilia patients with inhibitors: Costly can be cheaper. Blood 2000; 96:1698-702.

106. Ganz DA, Glynn RJ, Mogun H, Knight EL, Bohn RL, Avorn J. Adherence to guidelines for oral anticoagulation after venous thrombosis and pulmonary embolism. J Gen Intern Med 2000; 15: 776-781.

107. Wang PS, Solomon DH, Mogun H, Avorn J. HMG-CoA reductase inhibitors and the risk of hip fractures in elderly patients. JAMA 2000; 283:3211-3216.

108. Gurwitz JH, Field TS, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Edmondson AC, Bates DW. Incidence and preventability of adverse drug events in nursing homes. Am J Med 2000; 109:87-94.

109. Van Eijk ME, Bahri P, Dekker G, Herings RM, Porsius A, Avorn J, De Boer A. Use of prevalence and incidence measures to describe age-related prescribing of antidepressants with and without anticholinergic effects. J Clin Epi 2000; 53:645-51.

110. Fields TS, Gurwitz JH, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Bates DW. Risk factors for adverse drug events among nursing home residents. Arch of Intern Med 2001; 161:1629-34.

111. Van Eijk ME, Krist LF, Avorn J, Porsius A, de Boer A. Do the research goal and databases match? A checklist for systematic approach. Health Policy 2001; 58: 263-74.

112. Solomon DH, Stone PH, Glynn RJ, Ganz DA, Gibson CM, Terry R, Avorn J. Use of risk stratification to identify patients with unstable angina likeliest to benefit from an invasive versus conservative management strategy. J Amer Coll Cardiol 2001; 38:969-976.

113. Wang PS, Walker AM, Tsuang MT, Orav EJ, Levin RL, Avorn J.  Antidepressant use and the risk of breast cancer.  J Clin Epi 2001; 54:728-734.

114. Knight E, Bohn R, Wang P, Glynn RJ, Mogun H, Avorn J.  Predictors of uncontrolled hypertension in ambulatory patients.  Hypertension 2001; 38:809-814.

115. Van Eijk ME, Avorn J, Porsius AJ, De Boer A.  Reducing prescribing of highly anticholinergic antidepressants for elderly people:  a randomised trial of group versus individual academic detailing.  BMJ 2001; 322: 654-657.

116. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Finding incident breast cancer cases through U.S. claims data and a state cancer registry. Cancer Causes and Control 2001; 12:257-265.

117. Knight EL, Avorn J. Quality indicators for appropriate medication use in the care of the vulnerable elderly.  Ann Intern Med 2001;135:703-710.

118. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Hazardous benzodiazepine regimens  in the elderly: effects of half-life, dosage, and duration on risk of hip fracture. Amer J Psychiat 2001;158:892-898.

119. Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001;161:1897-1902.

120. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J.  Zolpidem use and hip fractures in the elderly. J Amer Geriat Soc 2001; 49:1685-1690.

121. Schneeweiss S, Seeger J, Maclure M, Wang P, Avorn, J, Glynn RJ: Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001; 154: 854-64.

122. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J: Late referral and modality choice in end-stage renal disease. Kidney Int 2001; 60:1547-1554.

123. Glynn RJ, Knight EL, Levin R, Avorn J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiol 2001;12:682-689.

124. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data.  Am J Epidemiol 2001;154:854-64.

125. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J.   Determinants of delayed nephrologist referral in patients with chronic kidney disease. Am J Kidney Dis 2001; 38:1178-1184.

126. Wang PS, Glynn RJ, Ganz DA, Schneeweiss S, Levin R, Avorn J.  Clozapine use

and the risk of diabetes mellitus.  J Clin Psychopharm 2002; 22:236-243.

127. Ewenstein BM, Avorn J, Putnam KG, Bohn RL.  Porcine factor VIII: Pharmacoeconomics of inhibitor therapy.  Haemophilia 2002; 8 suppl 1: 13-16.

128. Wang PS, Bohn RL, Knight E, Glynn RJ, Mogun H, Avorn J. Noncompliance with antihypertensive medications: the impact of depressive symptoms and psychosocial factors. J Gen Intern Med  2002; 17:504-511.

129. Wang PS, Levin R, Zhao SZ, Avorn J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in elderly patients. J Amer Geriat Soc 2002; 50: 117-124.

130. Solomon DH, Ganz DA, Avorn J, Knight EL, Glynn RJ, Gibson CM, Stone PH. Which patients with unstable angina or non-Q-wave myocardial infarction should have immediate cardiac catheterization?  A clinical decision rule for predicting who will fail medical therapy.  J Clin Epi 2002; 55:121-128.

131. Avorn J, Benner J, Ford I, Ganz DA, Gaw A, Glynn RJ, Jackson J, Lagaay AM, Schneeweiss S, Walley T, Wang PS.  Measuring the cost-effectiveness of lipid-lowering drugs in the elderly: the outcomes research and economic analysis components of the prosper trial.  Controlled Clin Trials 2002; 23: 757-773.

132. Solomon DH, Glynn RJ, Levin R, Avorn J.  Nonsteroidal anti-inflammatory drug use and acute myocardial infarction.  Arch Intern Med 2002; 162:1099-1104.

133. Winkelmayer WC, Glynn RJ, Levin R, Mittleman MA, Pliskin JS, Avorn J.  Late nephrologist referral and access to renal transplantation.  Transplantation 2002; 73:1918-1923.

134. Avorn J, Winkelmayer WC, Bohn RL, Levin R, Glynn RJ, Levy E, Owen W.  Delayed nephrologist referral and inadequate vascular access in patients with advanced kidney failure. J Clin Epi 2002; 55:711-716.

135. Winkelmayer WC, Owen W, Glynn RJ, Levin R, Avorn J.  Preventive health care measures before and after start of renal replacement therapy.  J Gen Int Med 2002; 17:588-595.

136. Wang PS, Walker AM, Tsuang MT, Orav EJ, Glynn RJ, Levin RL, Avorn J. Dopamine antagonists and the development of breast cancer. Arch Gen Psychiatry 2002; 59:1147-1154.

137. Schneeweiss S, Hasford J, Göttler M, Hoffmann A, Riethling A-K, Avorn J: Hospital admissions caused by adverse drug reactions: A longitudinal population-based study. Euro J Clin Pharm 2002; 58:285-291.

138. Avorn J, Bohn RL, Levy E, Levin R, Owen WF, Winkelmayer WC, Glynn RJ: Nephrologist care and mortality in patients with chronic renal insufficiency. Arch Intern Med 2002; 162:2002-2006.

139. Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.

140. Winkelmayer WC, Glynn RJ, Mittleman MA, Pliskin JS, Levin R, Avorn J: Comparing mortality of elderly patients on hemodialysis versus peritoneal dialysis: a propensity score approach. J Am Soc Nephrol 2002; 13:2353-2362.

141. Mantel-Teeuwisse AK, Verschuren WMM, Klungel OH, Kromhout D, Lendeman AD, Avorn J, Porsius AJ, de Boer A. Undertreatment of hypercholesterolaemia: a population-based study. Br J Clin Pharmacol 2003; 55: 389-397.

142. Winkelmayer WC, Owen WF, Levin R, Avorn J: A propensity analysis of late vs. early nephrologist referral and mortality on dialysis. J Am Soc Nephrol; 2003; 14:486-492.

143. Partridge A, Wang P, Winer E, Avorn J. Non-adherence to adjuvant tamoxifen therapy in women with primary breast cancer. J Clin Oncol 2003; 21: 602-606.

144. Winkelmayer WC, Levin R, Avorn J: The nephrologist's role in the management of calcium-phosphorus metabolism in patients with chronic kidney disease. Kidney Int 2003; 63:1836-1842.

145. Winkelmayer WC, Glynn RJ, Levin R, Avorn J: Hydroxyethyl starch and change in renal function in patients undergoing coronary artery bypass graft surgery. Kidney Int 2003; 64:1046-1049.

146. Fischer MA, Solomon DS, Teich JM, Avorn J. Conversion from intravenous to oral medications: assessment of a computerized intervention for hospitalized patients. Arch Intern Med 2003; 2585-9.

147. Winkelmayer WC, Levin R, Avorn J: Chronic kidney disease as a risk factor for bleeding complications after coronary artery bypass surgery. Am J Kidney Dis 2003; 41:84-89.

148. Fischer MA, Avorn J. Economic consequences of under-use of generic drugs: evidence from Medicaid and implications for prescription drug benefit plans. Health Serv Res 2003; 38: 1051-1063.

149. Solomon DH, Katz JN, Carrino JL, Schaffer JL, Bohn RL, Mogun H, Avorn J. Trends in knee magnetic resonance imaging: 1991-1995. Med Care 2003; 41: 687-692.

150. Schneeweiss S, Wang PS, Avorn J, Glynn RJ: Improved comorbidity adjustment for predicting mortality in Medicare populations. Health Serv Res 2003; 38: 1103-20.

151. Desai AS, Solomon DH, Stone PH, Avorn J. Economic consequences of routine coronary angiography in low and intermediate risk patients with unstable angina. Amer J Cardiol 2003; 92: 363-367.

152. Wang PS, Benner JS, Glynn RJ, Winkelmayer WC, Mogun H, Avorn J. How well do patients report non-compliance with antihypertensive medications? a comparison of self-report vs. filled prescriptions. Pharmacoepidemiol Drug Safety 2003; (in press).

153. Solomon DH, Glynn RJ, Levin R, Bohn R, Avorn J. The hidden costs of NSAIDs in older patients. J Rheumatol 2003;30:792-780.

154. Warsi A, LaValley MP, Wang PS, Avorn J, Solomon DH. Arthritis self-management education programs: a meta-analysis of the effect on pain and disablity. Arthritis Rheum 2003; 48: 2207-2213.

155. Solomon DH, Finkelstein JS, Katz JN, Mogun H, Avorn J. Underuse of osteoporosis medications in elderly patients with fractures. Am J Med 2003;15:398-400.

156. Avorn J, Patel M, Levin R, Winkelmayer WC: Hetastarch and bleeding complications after coronary artery surgery. Chest 2003; 124:1437-1442.

157. Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J: Determinants of selective COX-2 inhibitor prescribing: Are patient or physician characteristics more important? Am J Med 2003; 115: 715-720.

158. Warsi A, Wang PS, LaValley, Avorn J, Solomon DH. Self-management education programs in chronic disease. Arch Intern Med 2004; 164:1641-1649.

159. Parr KG, Patel MA, Dekker R, Levin R, Glynn R, Avorn J, Morse DS. Multivariate predictors of blood product use in cardiac surgery. J Cardiothorac Vasc Anesth 2003; 17:176-181.

160. Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290:1505-9.

161. Gilligan T, Wang PS, Levin R, Kantoff PW, Avorn J. Racial differences in screening for prostate cancer in the elderly. Arch Intern Med 2004; 164: 1858-64.

162. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Cannuscio CC, Levin R, Mogun H, Avorn J. The relationship between selective COX-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.

163. Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Mogun H, Avorn J. The economic impact of factor VIII inhibitors in patients with haemophilia. Haemophilia 2004; 10: 1-6.

164. Morris, CA, Cabral D, Cheng H, Katz JN, Finkelstein JS, Avorn J, Solomon DH. Patterns of bone mineral density testing: current guidelines, testing rates and interventions. J Gen Intern Med 2004; 783-90.

165. Solomon DH, Schneeweiss S, Levin R, Avorn J. the relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 2004; 44:140-145.

166. Avorn J, Schneeweiss S, Sudarsky LR, Benner J, Kiyota Y, Levin R, Glynn RJ. Sudden uncontrollable somnolence and medication use in Parkinson's disease. Arch Neurol 2005; 62: 1242-1248.

167. Higashi T, Shekelle PG, Solomon DH, Knight EL, Roth C, Chang JT, Kamberg CJ, MacLean C, Young RT, Adams J, Reuben DB, Avorn J, Wenger NS. The Quality of Pharmacological Care for Community-Dwelling Vulnerable Older Patients in Managed Care Organizations. Ann Intern Med 2004; 140; 714-20.

168. Schneeweiss S, Maclure M, Carleton B, Glynn RJ, Avorn J. Clinical and economic consequences of a reimbursement restriction of nebulised respiratory therapy in adults: direct comparison of randomized and observational evaluations. BMJ 2004 (in press).

169. Fischer MA, Avorn J. Economic implications of evidence-based prescribing for hypertension: Can better care cost less?  JAMA 2004; 291: 1850-1856.

170. Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ: Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. health care utilization data. J Gen Intern Med 2004;19:444-450.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Avorn J, Winkelmayer WC. Comparing the costs, risks, and benefits of competing strategies for the primary prevention of venous thromboembolism. Circulation. 2004; 110(24 Suppl 1):IV25-32.

Fischer MA, Lilly CM, Churchill WW, Baden LR, Avorn J. An algorithmic computerised order entry approach to assist in the prescribing of new therapeutic agents: case study of activated protein C at an academic medical centre. Drug Saf. 2004;27:1253-61.

Fischer MA, Schneeweiss S, Avorn J, Solomon DH. Medicaid prior-authorization programs and the use of cyclooxygenase-2 inhibitors. N Engl J Med. 2004;351:2187-94.

van Eijk ME, Paes AH, Porsius A, Avorn J, de Boer A. Pre-randomization decisions and group stratification in a randomized controlled trial to improve prescribing. Pharm World Sci. 2004;26:227-31.

Avorn J, Knight E, Ganz DA, Schneeweiss S. Therapeutic delay and reduced functional status six months after thrombolysis for acute myocardial infarction. Am J Cardiol. 2004;94:415-20.

Fischer MA, Avorn J. Potential savings from increased use of generic drugs in the elderly: what the experience of Medicaid and other insurance programs means for a Medicare drug benefit. Pharmacoepidemiol Drug Saf. 2004;13:207-14.

Kiyota Y, Schneeweiss S, Glynn RJ, Cannuscio CC, Avorn J, Solomon DH. Accuracy of Medicare claims-based diagnosis of acute myocardial infarction: estimating positive predictive value on the basis of review of hospital records. Am Heart J. 2004;148:99-104.

Wang PS, Ganz DA, Benner JS, Glynn RJ, Avorn J. Should clozapine continue to be restricted to third-line status for schizophrenia?: a decision-analytic model. J Ment Health Policy Econ. 2004;7:77-85.

Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ.  Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. utilization data. J Gen Intern Med. 2004;19:444-50.

Wang PS, Schneeweiss S, Glynn RJ, Mogun H, Avorn J. Use of the case-crossover design to study prolonged drug exposures and insidious outcomes. Ann Epidemiol. 2004;14:296-303.

Solomon DH, Avorn J, Warsi A, Brown CH, Martin S, Martin TL, Wright J, Burgener M, Katz JN. Which patients with knee problems are likely to benefit from nonarthroplasty surgery? Development of a clinical prediction rule. Arch Intern Med. 2004;164:509-13.

Perlis RH, Ganz DA, Avorn J, Schneeweiss S, Glynn RJ, Smoller JW, Wang PS. Pharmacogenetic testing in the clinical management of schizophrenia: a decision-analytic model. J Clin Psychopharmacol. 2005; 25:427-34.

Winkelmayer WC, Schneeweiss S, Mogun H, Patrick AR, Avorn J, Solomon DH. Identification of individuals with CKD from Medicare claims data: a validation study. Am J Kidney Dis. 2005;46:225-32.

Fischer MA, Winkelmayer WC, Rubin RH, Avorn J. The hepatotoxicity of antifungal medications in bone marrow transplant recipients. Clin Infect Dis. 2005;41:301-7.

Sturmer T, Schneeweiss S, Avorn J, Glynn RJ. Adjusting effect estimates for unmeasured confounding with validation data using propensity score calibration. Am J Epidemiol. 2005;162:279-89.

Wang PS, Avorn J, Brookhart MA, Mogun H, Schneeweiss S, Fischer MA, Glynn RJ. Effects of noncardiovascular comorbidities on antihypertensive use in elderly hypertensives. Hypertension 2005; 46:273-9.

Putnam KG, Bohn RL, Ewenstein BM, Winkelmayer WC, Avorn J. A cost minimization model for the treatment of minor bleeding episodes in patients with haemophilia A and high-titre inhibitors. Haemophilia. 2005;11:261-9.

Sturmer T, Schneeweiss S, Brookhart MA, Rothman KJ, Avorn J, Glynn RJ. Analytic strategies to adjust confounding using exposure propensity scores and disease risk scores: nonsteroidal antiinflammatory drugs and short-term mortality in the elderly. Am J Epidemiol. 2005;161:891-8.

Solomon DH, Brookhart MA, Polinski J, Katz JN, Cabral D, Licari A, Avorn J. Osteoporosis action: design of the healthy bones project trial. Contemp Clin Trials. 2005; 26:78-94.

Peterson JF, Kuperman GJ, Shek C, Patel M, Avorn J, Bates DW. Guided prescription of psychotropic medications for geriatric inpatients. Arch Intern Med. 2005;165:802-7.

Burgener M, Arnold M, Katz JN, Polinski JM, Cabral D, Avorn J, Solomon DH. Older adults' knowledge and beliefs about osteoporosis: results of semistructured interviews used for the development of educational materials. J Rheumatol. 2005;32:673-7.

Wang PS, Schneeweiss S, Brookhart MA, Glynn RJ, Mogun H, Patrick AR, Avorn J. Suboptimal antidepressant use in the elderly. J Clin Psychopharmacol. 2005;25:118-26.

Solomon DH, Morris C, Cheng H, Cabral D, Katz JN, Finkelstein JS, Avorn J. Medication use patterns for osteoporosis: an assessment of guidelines, treatment rates, and quality improvement interventions. Mayo Clin Proc. 2005;80:194-202.

Cabral D, Katz JN, Weinblatt ME, Ting G, Avorn J, Solomon DH. Development and assessment of indicators of rheumatoid arthritis severity: results of a Delphi panel. Arthritis Rheum. 2005;53:61-6.

Schneeweiss S, Glynn RJ, Avorn J, Solomon DH. A Medicare database review found that physician preferences increasingly outweighed patient characteristics as determinants of first-time prescriptions for COX-2 inhibitors. J Clin Epidemiol. 2005;58:98-102.

Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology. 2005;16:17-24.

Solomon DH, Finkelstein JS, Wang PS, Avorn J. Statin lipid-lowering drugs and bone mineral density. Pharmacoepidemiol Drug Saf. 2005;14:219-26.

Winkelmayer WC, Benner JS, Glynn RJ, Schneeweiss S, Wang PS, Brookhart MA, Levin R, Jackson JD, Avorn J. Assessing health state utilities in elderly patients at cardiovascular risk. Med Decis Making. 2006 May-Jun;26(3):247-54.

Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum. 2006 May;54(5):1378-89.

Sturmer T, Joshi M, Glynn RJ, Avorn J, Rothman KJ, Schneeweiss S. A review of the application of propensity score methods yielded increasing use, advantages in specific settings, but not substantially different estimates compared with conventional multivariable methods. J Clin Epidemiol. 2006 May;59(5):437-47.

Brookhart MA, Schneeweiss S, Rothman KJ, Glynn RJ, Avorn J, Sturmer T. Variable selection for propensity score models. Am J Epidemiol. 2006 Jun 15;163(12):1149-56.

Schneeweiss S, Maclure M, Dormuth CR, Glynn RJ, Canning C, Avorn J. A therapeutic substitution policy for proton pump inhibitors: clinical and economic consequences. Clin Pharmacol Ther. 2006 Apr;79(4):379-88.

Sato M, Schneeweiss S, Scranton R, Katz JN, Weinblatt ME, Avorn J, Ting G, Shadick NA, Solomon DH. The validity of a rheumatoid arthritis medical records-based index of severity compared with the DAS28. Arthritis Res Ther. 2006 Mar 14;8(3):R57

Shrank WH, Hoang T, Ettner SL, Glassman PA, Nair K, DeLapp D, Dirstine J, Avorn J, Asch SM. The implications of choice: prescribing generic or preferred pharmaceuticals improves medication adherence for chronic conditions. Arch Intern Med. 2006 Feb 13;166(3):332-7.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T. Prescription opioid use among older adults with arthritis or low back pain. Arthritis Rheum. 2006 Feb 15;55(1):35-41.

Solomon DH, Finkelstein JS, Polinski JM, Arnold M, Licari A, Cabral D, Canning C, Avorn J, Katz JN. A randomized controlled trial of mailed osteoporosis education to older adults. Osteoporos Int. 2006 May;17(5):760-767.

Rief W, Avorn J, Barsky AJ. Medication-attributed adverse effects in placebo groups: implications for assessment of adverse effects. Arch Intern Med. 2006 Jan 23;166(2):155-60.

Winkelmayer WC, Charytan DM, Levin R, Avorn J. Poor short-term survival and low use of cardiovascular medications in elderly dialysis patients after acute myocardial infarction. Am J Kidney Dis. 2006 Feb;47(2):301-8.

Solomon DH, Avorn J, Canning CF, Wang PS. Lipid levels and bone mineral density. Am J Med. 2005 Dec;118(12):1414.

Brookhart MA, Solomon DH, Wang P, Glynn RJ, Avorn J, Schneeweiss S.  Explained variation in a model of therapeutic decision making is partitioned across patient, physician, and clinic factors. J Clin Epidemiol. 2006 Jan;59(1):18-25.

Wang PS, Schneeweiss S, Avorn J, Fischer MA, Mogun H, Solomon DH, Brookhart MA. Risk of death in elderly users of conventional vs. atypical antipsychotic medications. N Engl J Med. 2005 Dec 1;353(22):2335-41.

Winkelmayer WC, Fischer MA, Schneeweiss S, Wang PS, Levin R, Avorn J.  Underuse of ACE inhibitors and angiotensin II receptor blockers in elderly patients with diabetes. Am J Kidney Dis. 2005 Dec;46(6):1080-7.

## REVIEWS, CHAPTERS, EDITORIALS, etc.:

1. Avorn J. Beyond dying: Experiments with drugs in easing the transition from life. Harper's Magazine 1973; 246:54-64.

2. Avorn J. The future of doctoring: Information technology and health care delivery. The Atlantic Monthly 1974; 234:71-79.

3. Avorn J. The role of cocaine in treating intractable pain in terminal disease. In: Jeri R, ed. Cocaine: Proceedings of the Interamerican seminar of medical and sociological aspects of cocoa and cocaine. Lima, Peru: Pan-American Health Organization, 1979: 227-235.

4. Avorn J. Nursing home infections: The context (editorial). N Engl J Med 1981; 305:759-760.

5. Avorn J. Ethics and experts: A physician's perspective. Hastings Center Report 1982; 12(3):11-12.

6. Langer E, Avorn J. Impact of the psychosocial environment of the elderly on behavioral and health outcomes. In: Chellis R, Seagle J, eds. Congregate housing for older people. Lexington, MA: D.C. Heath and Co, 1982.

7. Avorn J. Beyond the bedside: The social context of geriatric practice. In: Rowe J and Besdine R, eds. Health and disease in old age. Boston: Little, Brown and Co., 1982.

8. Avorn J, Lamy P, Vestal R. Prescribing for the elderly. Patient Care 1982; 16(12):14-62.

9. Avorn J. Needs, wants, demands, and interests: Their intersection in medical practice and health policy. In: Bayer R, ed. In search of equity. New York: Plenum Press, 1983.

10. Avorn J. Biomedical and social determinants of cognitive impairment in the elderly. J Am Geriat Soc 1983; 31(3):137-143.

11. Avorn J. Medications and the elderly: Testimony before a joint session of the Committees on Aging of the U.S. Senate and House of Representatives. In: The Congressional Record. Washington, DC: Government Printing Office, 1983; S Hrg 98-392:50-57, 75, 82-84.

12. Avorn J, Soumerai SB. A new approach to reducing sub-optimal drug use (editorial). JAMA 1983; 250:1752-1753.

13. Avorn J.  Containing the costs of improper prescribing.  Business and Health 1984; 1(4):35-39.

14. Avorn J.  Geriatric drug epidemiology and health services research based on large-scale computerized datasets.  In: Moore SR, Teal TW, eds.  Geriatric drug use: Clinical and social perspectives.  New York: Pergamon Press, 1985.

15. Avorn J.  Medicine, health, and the geriatric transformation.  Daedalus: J Am Acad Art Sci 1986; 115:211-225.  Reprinted in: Pifer A and Bronte L, eds.  Our aging society: Paradox and promise.  New York: W. W. Norton, 1986.

16. Avorn J.  The prescribing practices of physicians.  In: Maronde R, ed.  Clinical pharmacology and therapeutics.  New York: Springer Verlag, 1986.

17. Everitt DE, Avorn J.  Drug prescribing for the elderly.  Arch Int Med 1986; 146:2393-2396.

18. Avorn J.  Prescription medication use in geriatrics: Economic considerations.  Testimony before the Select Committee on Aging, U.S. House of Representatives.  In: The Congressional Record.  Washington, D.C.:  Government Printing Office, 1986.

19. Pindyck J, Avorn J, Cleary P, et al.  Notification of anti-LAV/HTLV-III positive blood donors: Psychosocial, counseling and care issues.  In: Petricciana JA, ed.  AIDS: The Safety of Blood and Blood Products.  New York:  John Wiley & Sons, 1987.

20. Avorn J, et al.  Information and education as determinants of antibiotic use.  Rev Infec Dis 1987; 9(3):S286-S296.

21. Everitt DE, Avorn J.  Accidents and therapeutic prescription drugs.  Public Health Reports 1987; 102(6):620-622.

22. Avorn J.  Pharmacology and geriatric practice.  Clin Pharmacol Ther 1987; 42(6):674-676.

23. Soumerai S, Quick J, Avorn J.  Changing the unchangeable: Principles and experiences in improving prescribing accuracy.  World Pediatrics and Child Care 1987; 3:287-291.

24. Avorn J.  Adverse medication reactions, drug epidemiology, and the care of the elderly.  Testimony before the Special Committee on Aging, U.S. Senate.  In: The Congressional Record.  Washington, D.C.:  Government Printing Office, 1988.

25. Avorn J.  Geriatric pharmacology.  In:  Rowe JW, Besdine R, ed.  Geriatric Medicine.  Boston: Little, Brown and Co., 1988.

26. Avorn J, Soumerai SB, Salem SR, Popovsky M.  Documenting and correcting inappropriate use of blood products.  In: Kurtz SA, Summers S. eds.  Improving Transfusion Practice.  Arlington, VA: American Association of Blood Banks, 1989:21-30.

27. Avorn J.  Detection and prevention of drug-induced illness.  J Clin Res Drug Dev 1989; 3:5-13.

28. Avorn J, Gurwitz J.  Principles of pharmacology.  In: Cassel C, Riesenberg D, eds.  Geriatric Medicine (2nd edition).  New York: Springer-Verlag, 1990.

29. Everitt DE, Avorn J.  Systemic effects of medications used to treat glaucoma.  Ann Intern Med 1990; 112:120-125.

30. Gurwitz J, Avorn J.  Old age: Is it a risk for adverse drug reactions?  Agents and Actions (Supplement) 1990; 13-25.

31. Gurwitz J, Soumerai SB, Avorn J.  Improving medication prescribing and utilization in the nursing home.  J Am Geriat Soc 1990; 38:542-552.

32. Avorn J. Clinical geriatrics and life care: Ethical and health policy considerations. In: Chellis RD, Grayson PJ, eds. Life care: A long-term solution? Lexington, Mass: D.C. Heath, 1990.

33. Soumerai SB, McLaughlin TJ, Avorn J. Quality assurance for drug prescribing. Qual Assur Hlth Care 1990; 2:37-58.

34. Avorn J.  The elderly and drug policy: Coming of age.  Health Affairs 1990; 9:6-19.

35. Avorn J.  The role of medications.  In: Berg R, Cassell J, eds.  Health promotion and disability prevention in the second fifty: Report of a Committee of the Institute of Medicine.  Washington, D.C.:  National Academy Press, 1990.

36. Avorn J.  Claims data as a resource for pharmaco-epidemiology (editorial).  Epidemiology 1990; 1:98-100.

37. Avorn J.  Reporting drug side effects: signals and noise (editorial).  JAMA 1990; 1:98-100.

38. Avorn J.  Epidemiology in Plato's cave: Claims data and clinical reality (editorial). J Clin Epi 1991; 44:867-869.

39. Avorn J et al. Intervention: The use of drug utilization review outcomes. Clin Pharmacol Therap 1991; 50:633-635.

40. Avorn J.  Pedagogic interventions in medication use. In: Wessling A (ed).  Auditing drug therapy.  Stockholm: Apoteksbolaget, 1992.

41. Avorn J, Monane M.  Documenting, understanding, and fixing psychoactive drug use in the nursing home.  Annu Rev Gerontol Geriat 1992; 12:163-82.

42. Avorn J.  Improving the quality and cost-effectiveness of prescribing. Pharmacoeconomics 1992; Suppl 1:45-48.

43. Monane M, Gurwitz JH, Monane S, Avorn J.  Compliance issues in medical practice. Hosp Phys 1993: 29(4):35-39.

44. Monane M, Gurwitz JH, Avorn J.  Pharmacotherapy with psychoactive medications in the long-term care setting: Challenges, management, and future directions. In: Smyer M, ed.  Mental Health and Aging. New York: Springer Publishing Company, 1993.

45. Bohn RL, Avorn J.  Cost-effectiveness - can it be measured? Semin Hematol 1993; 30 (3) suppl 2:20-23.

46. Kalish S, Gurwitz JH, Avorn J.  Anticoagulant therapy in the elderly.  Primary Cardiology 1993; 19:34-42.

47. Ray W, Griffin M, Avorn J.  Evaluating drugs after approval for clinical use.  N Engl J Med 1993; 329:2029-2032.

48. Gurwitz JH, Monane M, Avorn J.  Polypharmacy and appropriate prescribing.  In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition.  New York: American Geriatrics Society, 1993.

49. Gurwitz JH, Monane M, Avorn J.  Principles of pharmacology. In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

50. Avorn J.  Comparative data on the effectiveness of drugs and devices: A pressing need of doctors, patients, and payors.  Testimony before the House Subcommittee on Regulation, Business Opportunities, and Technology.  In: The Congressional Record. Washington, D.C.: Government Printing Office, 1993.

51. Avorn, J.  Balancing costs, efficacy, and side effects.  PharmacoEconomics 1994; 6:63-66.

52. Bohn RL, Avorn J.  Reimbursement for hemophilia care in the United States: Current policies and future considerations.  Semin Hematol 1994; 31 (2) suppl 2:26-28.

53. Monane M, Gurwitz JH, Avorn J. Medication use and the elderly (review). The Gerontologist 1994; 34:272-274.

54. Avorn J. Medications and the elderly: current status and opportunities. Health Affairs 1995; 14:276-278.

55. Avorn J. Bringing science to the bedside: A prerequisite for quality of care and cost containment in treating the nation's elderly. Testimony before the Select Committee on Aging, U.S. Senate. Washington, DC: Government Printing Office, 1995.

56. Monette J, Gurwitz JH, Avorn J. Epidemiology of adverse drug events in the nursing home setting. Drugs and Aging 1995; 7:203-211.

57. Avorn J. The prescription as final common pathway. Intl J Technol Assess Hlth Care 1995; 11(3):384-390.

58. Avorn J. Drug regulation and drug information -- Who should do what to whom? (editorial) Am J Publ Hlth 1995; 85:18-19.

59. Avorn J. Are we treating people well? [Outcomes research, cost-effectiveness, and the federal health budget] (op-ed article) The Washington Post, May 28, 1995.

60. Avorn J. Practice-based outcomes research: crucial, feasible, and neglected (editorial). Pediatrics 1996; 97:113-114.

61. Avorn J, Gurwitz JH. Principles of pharmacology. In: Geriatric Medicine, Third Edition. Cassel CK, Cohen G, Larsen E, et al (eds.) New York: Springer-Verlag 1996.

62. Avorn J. Drug use in academic medical centers in an era of ferment. Pharmaco-economics 1996; 10:124-129.

63. Avorn J. The effect of cranberry juice on the presence of bacteria and white blood cells in the urine of elderly women. What is the role of bacterial adhesion? Adv Exp Med Biol 1996; 408:185-186.

64. Andrews EB, Avorn J, Bortnichak EA, et al. Guidelines for good epidemiology practices for drug, device, and vaccine research in the United States. Pharmacoepidem Drug Safety 1996; 5:333-338).

65. Gurwitz JH, Monane M, Monane S, Avorn J. Polypharmacy. In: Quality Care for the Nursing Home Resident. Lipsitz L, Morris JN (eds.); Mosby Lifeline, Hanover, MD, 1996.

66. Monane M, Avorn J.  Medications and falls; causation, correlation, and prevention. Clinics in Geriatric Medicine 1996; 12:847-858.

67. Avorn J.  Putting adverse drug events into perspective (editorial). JAMA 1997; 277:341-342.

68. Avorn J, Salzman C.  Prescribing of psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman C, (ed.)  Clinical Geriatric Psychopharmacology, 3rd Edition.  New York: McGraw Hill 1977.

69. Gurwitz JH, Rochon P, Avorn J.  Optimizing drug therapy in the elderly.  P & T 1997; 331:347.

70. Agretelis J, Avorn J, Blatt CM, et al. For our patients, not for profits: A call to action. JAMA 1997;278:1733-1738.

71. Avorn J.  Including the elderly in clinical trials (editorial). Brit Med J 1997; 315:1033-1034.

72. Avorn J.  Depression in the elderly -- falls and pitfalls (editorial).  N Engl J Med 1998; 339: 918-920.

73. Knight EL, Avorn J.  Use and abuse of drugs in older persons.  The Gerontologist 1999; 39:109-111.

74. Knight E, Avorn J.  Urinary tract infections in the elderly.  In: UTIs in the female. Stanton W (ed.).  London: Martin Dunitz Publishers, 2000.

75. Avorn J.  Post-modern drug evaluation and the deconstruction of evidence-based regulation.  Pharmaco-economics 2000; 18 suppl 1:  15-20.

76. Avorn J, Barrett JF, Davey PG, McEwen SA, O'Brien TF, Levy SB. World Health Organization Global Strategy for Containment of Antimicrobial Resistance: Synthesis of Recommendations by Expert Policy Groups.  Geneva: World Health Organization, 2001.

77. Avorn J.  Unhealthy aging:  Functional and socioeconomic impact.  Eur Heart J 2001; 3 suppl N:N3-5.

78. Avorn J.  Improving medication use in the elderly: Getting to the next level (editorial).  JAMA 2001; 286:2866-2868.

79. Avorn J. Drug risks. In: Drug Benefits and Risks, ed. C.J. van Boxtel. Sussex (England): John Wiley & Sons, 2001.

80. Partridge AH, Avorn J, Wang PS, Winer EP.  Adherence to therapy with oral antineoplastic agents.  J Natl Cancer Inst 2002; 94:652-661.

81. Wang PS, Walker AM, Avorn J.  The pharmacoepidemiology of psychiatric medications.  In: Tsuang MT, Tohen M, eds.  Textbook of psychiatric epidemiology, second edition.  Wiley, New York, 2002.

82. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: Time for refinements. Can Med Assoc J 2002; 167:1250-1251.

83. Avorn J. Balancing the cost and value of medications: the dilemma facing clinicians. Pharmacoeconomics 2002; 20 suppl 3: 67-72.

84. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: time for refinements. Can Med Assoc J 2002;167:1250-1251.

85. Avorn J, Gurwitz JH, Rochon P.  Principles of pharmacology.  In:  Geriatric Medicine, 4th edition.  Cassel C et al, eds.  New York:  Springer, 2003, pp. 65 – 81.

86. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Safety 2003; 12: 67-70.

87. Avorn J, Wang PS. Prescribing psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman, C, ed. Clinical Geriatric Psychopharmacology, 4th edition. New York: McGraw-Hill (in press).

88. LeLorier J, Vander Stichele RH, Avorn J, Beard K, Hallas J, Henry DA. Bringing epidemiology into drug utilization research. Pharmacoepidemiol Drug Saf 2003; 12: 153-156.

89. Wang PS, Schneeweiss S, Avorn J: Recent developments in psychopharmacoepidemiology. Curr Opin Psychiat 2003 (in press).

90. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12: 67-70.

91. Solomon DH, Avorn J. Pharmacoepidemiology and rheumatic diseases. Curr Opin Rheumatol 2003; 15: 122-126.

92. Avorn J. Advertising and prescription drugs: promotion, education, and the public's health. Health Affairs 2003; W3:104-108.

Avorn J. The role of pharmacoepidemiology and pharmacoeconomics in promoting access and stimulating innovation. Pharmacoeconomics. 2004;22 Suppl 2:81-6.

Avorn J. FDA standards--good enough for government work? N Engl J Med. 2005; 353:969-72.

Avorn J. Sending pharma better signals (editorial). Science. 2005;309:669.

Avorn J. Torcetrapib and atorvastatin--should marketing drive the research agenda? N Engl J Med. 2005;352:2573-6.

Choudhry NK, Avorn J. Over-the-counter statins. Ann Intern Med. 2005;142:910-3.

Schneeweiss S, Avorn J. A review of uses of health care utilization databases for epidemiologic research on therapeutics. J Clin Epidemiol. 2005;58:323-37.

Kesselheim AS, Avorn J. University-based science and biotechnology products: defining the boundaries of intellectual property. JAMA. 2005;293:850-4.

Solomon DH, Avorn J. Coxibs, science, and the public trust. [editorial] Arch Intern Med. 2005;165:158-60.

Avorn J, Shrank W.  Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med. 2006 Jun 8;354(23):2409-11.

Avorn J.  Evaluating drug effects in the post-Vioxx world: there must be a better way. [editorial] Circulation. 2006 May 9;113(18):2173-6.

Avorn J.  Part "D" for "defective"--the Medicare drug-benefit chaos. N Engl J Med. 2006 Mar 30;354(13):1339-41.

Kesselheim AS, Avorn J.  Biomedical patents and the public's health: is there a role for eminent domain? JAMA. 2006 Jan 25;295(4):434-7.

**CORRESPONDENCE:**

1.   Avorn J, Soumerai SB.  Changing patterns of drug prescription.  N Engl J Med 1983.

2.   Soumerai SB, Avorn J.  Physician education and cost containment.  JAMA 1985; 253:13.

3.   Avorn J, Everitt DE.  Beta-blockers and depression.  JAMA 1986; 255:3249-3250.

4.   Soumerai SB, Avorn J.  Changing prescribing practices through individual continuing education.  JAMA 1987; 257:487.

5.   Avorn J, Soumerai SB.  Psychoactive medication in rest homes.  N Engl J Med 1989; 321:54-55.

6.   Avorn J.  Use of psychoactive drugs in nursing homes.  N Engl J Med 1992; 327:1392-3.

7.   Avorn J, Monane M, Gurwitz, JH, Glynn RJ, Choodnovskiy I, Lipsitz LA.  Reduction of bacteriuria and pyuria using cranberry juice.  JAMA 1994; 272:589.

8.   Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Avorn J.  Heart failure and noncompliance in the elderly.  Arch Int Med 1994; 154:2109-10.

9.   Dillon K, Putnam K, Avorn J.  Death from irreversible pulmonary hypertension associated with short-term use of fenfluramine and phentermine.  JAMA 1997; 278:1320.

10.  Avorn J.  Acetaminophen toxicity in an urban county hospital.  N Engl J Med 1998; 338:543-544.

11.  Avorn J. Drug use and the elderly. Wall Street Journal, July 2001.

12.  Solomon DH, Glynn RJ, Avorn J.  Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease.  Lancet 2002; 360: 90.

13.  Solomon DH, Avorn J. Do gastroprotective drugs prevent NSAID toxicity? J Rheumatol 2003; 30:203.

14.  Winkelmayer W, Avorn J. Stable creatinine clearance using large-dose hetastarch versus reduced GFR. Kidney Int 2000; 65: 1111-1112.

15.  Solomon DH, LaValley MP, Wang PS, Avorn J. What are the real effects of the arthritis self-management program on pain and disability? (reply) Arthritis Rheum 2004;50:1012-1013.

Setoguchi S, Avorn J, Schneeweiss S. Statins and the risk of colorectal cancer. N Engl J Med. 2005;353:952-4.

Solomon DH, Avorn J, Wang PS, Vaillant G, Cabral D, Mogun H, Sturmer T.  Reply. Arthritis Rheum. 2006 May 31;55(3):513-514

## EDUCATIONAL MATERIALS AND CLINICAL COMMUNICATIONS

*The following physician education materials ("unadvertisements") were created*
*as part of the first randomized controlled study of "academic detailing" (NEJM 1983).*
*They have been widely disseminated since.*

"Vasodilators and intermittent claudication"

"Cerebral blood flow and senile dementia"

"The limited analgesic effects of Darvon"

"Rational management of uncomplicated urinary tract infection"

"Cost implications of commonly used antibiotics"

*As part of that program, educational materials for laypersons were also produced, for*
*physicians to distribute to their patients instead of unnecessary prescriptions. These too*
*have had widespread distribution nationally in programs designed to reduce unnecessary*
*medication use:*

"Common sense about the common cold"

"Exercise and 'bad circulation'"

"Why your doctor recommended 'plain aspirin'"

"Improving mental function in the elderly"

*The following materials were written for the Beth Israel Hospital drug information*
*program during the period 1982-1990, with the assistance of other BI faculty. The effect*
*on prescribing of the structured antibiotic order form and the educational materials used*
*with it is described in Avorn et al, Arch Int Med 1988.*

Structured antibiotic order form with information on drug choice, bacterial sensitivities,
and pharmacokinetics

"Clindamycin: Proper use of the hospital's costliest drug"

"Oral metronidazole: A first consideration in anaerobic infections"

"The vancomycin avalanche: Improving utilization of a crucial drug"

"Ciprofloxacin: A potent new oral antibiotic"

"Triazolam: A forgettable drug?"

"Cefazolin:  A Q8H antibiotic"

"I.V.$H_2$ blockers:  Too much of a good thing?"

*Nursing Home Psychoactive Drug Education Project:  These materials were written for the randomized controlled trial of academic detailing in long-term care facilities, described in Avorn et al, NEJM 1992.  Since then, they have been distributed as part of educational programs in geriatric psychopharmacology throughout the country.*

Antipsychotic medications, tardive dyskinesina, and Parkinson's disease

Sedative-hypnotic use and sleep in the elderly

Anticholinergic side effects and tricyclic antidepressants

Medications as a cause of urinary incontinence

Unwanted sedation with neuroleptic use

Side effects of sedatives in the elderly:  confusion, letharghy, falls, and disorientation

*The following booklets were produced through the BWH Medication Education and Management Committee, with the participation of other faculty at BWH.  Dr. Avorn defined the topic and overall content of each booklet, and edited each:*

"$H_2$ blockers" (1993)

"Ketorolac:  Novel analgesic or just another NSAID?"  (1994)

"Ofloxacin:  BWH's new fluoroquinolone" (1995)

"Rational use of second and third generation cephalosporins" (1995)

"Treating supraventricular tachyarrhythmias" (1995)

"Neuromuscular blocking agents in the intensive care unit" (1995)

"Anti-secretory agents" (1997)

*From 1998 to the present, initiated and served as series editor for the following materials produced with BWH faculty for the Hospital's Medication Education Program. Most of these are also posted on the Partners Handbook website.*

Glycoprotein IIb/IIIa inhibitors and low-molecular weight heparin: a rational approach to new treatment for ischemic heart disease (December 1998)

63

GCSF does not improve patient outcomes in febrile neutropenia (January 1999, rev. June 2002)

Reassessing albumin use (June 1999, rev. February 2002), including a clinical algorithm flowsheet.

COX-2 inhibitors: Who *really* needs them? (March 2001, rev.April 2003)

The emerging threat of bacterial resistance (July 2001, rev. October 2002)

When p.o. is just as good as i.v.(July 1999)

H2 Blockers and proton pump inhibitors: reducing acid rationally (August 1999)

Optimal fluconazole use: Coping with the ambiguity of fungal culture results (February 2001,
      rev. February 2003)

Oral hypoglycemic agents (January 2000)

Drugs and the elderly: Wielding the double-edge sword (September 2001)

Linezolid (Zyvox): a new antibiotic class to treat resistant Gram-positive organisms (June 2000)

Digesting the new data on acid reduction: a neutral view (September 2000, rev. July 2002)

Rational management of agitation in the elderly and acutely ill: a brief orientation (October 2000)

Boosting the 'crit: Optimal use of erythropoietin (January 200, rev. 2003)

A new perspective on severe sepsis  (April 2001)

Getting the straight DOPE on drugs at the Brigham: *Data On* Prescribing *Effectively, from the
Division Of Pharmaco-E*pidemiology (June 2001)

Saving vancomycin (September 2001, rev. November 2002)

Levofloxacin: too broad-spectrum? (September 2001)

Ceftazidime's limited uses (September 2001, rev. October 2002)

New treatment for severe septic shock: Promising benefits, important risks (Nov 2001)

First-line antibiotic therapy (May 2002)

Transfusion guidelines: Proper use of a precious resource (June 2003)

Managing diabetes in hospitalized patients (June 2003)

Antifungal therapy: Phases of treatment (August 2003)

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**ORIGINAL INVESTIGATION**

# Nonsteroidal Anti-inflammatory Drug Use and Acute Myocardial Infarction

*Daniel H. Solomon, MD, MPH; Robert J. Glynn, PhD, ScD; Raisa Levin, MS; Jerry Avorn, MD*

**Background:** Although aspirin has been shown to protect patients from acute myocardial infarction (AMI), the effect of nonaspirin nonsteroidal anti-inflammatory drugs (NSAIDs) is not clear.

**Objective:** To determine whether NSAIDs have a similar effect or whether they differ in their effect on the risk of AMI.

**Methods:** We performed a case-control study of AMI in a large health care database containing information on all filled prescriptions, hospitalizations, diagnoses, and procedures for all patients covered by the New Jersey Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled programs. We identified 4425 patients hospitalized for AMI between January 1, 1991, and December 31, 1995, and 17700 control subjects. Multivariate models were constructed to control for potential confounders.

**Results:** A quarter of the cases and controls had filled a prescription for an NSAID in the 6 months before their AMI (cases) or a randomly assigned index date (controls); 9% had filled a prescription for an NSAID that overlapped with their date of AMI or index date. Overall, NSAID users had the same risk of AMI as nonusers, whether such use was measured on the index date (adjusted odds ratio, 1.04; 95% confidence interval, 0.92-1.18; P=.55) or at any time in the prior 6 months (adjusted odds ratio, 1.00; 95% confidence interval, 0.92-1.08; P=.92). However, use of naproxen was associated with a significant reduction in the risk of AMI (adjusted odds ratio, 0.84; 95% confidence interval, 0.72-0.98; P=.03).

**Conclusions:** Although NSAIDs have anti-inflammatory and antiplatelet effects similar to those of aspirin, we did not find that these drugs confer a protective effect against AMI. However, use of one specific NSAID, naproxen, appeared to be associated with a reduced rate of AMI, an effect recently suggested by a large randomized controlled trial as well.

*Arch Intern Med. 2002;162:1099-1104*

RECENT PUBLICATION of the study by Bombardier et al[1] has rekindled interest in the relationship between nonsteroidal anti-inflammatory drug (NSAID) use and acute myocardial infarction (AMI). Despite the anti-inflammatory and antiplatelet effects of NSAIDs, there has never been a randomized controlled trial that examined whether these drugs confer the protective effects of aspirin against AMI. In fact, in the study by Bombardier et al, patients with rheumatoid arthritis randomized to receive rofecoxib had a significantly higher rate of AMI than patients randomized to receive naproxen.[1] Controversy has emerged as to whether this result was the consequence of a protective effect of naproxen, an increase in the risk of AMI caused by rofecoxib, or both.

Traditional NSAIDs inhibit cyclooxygenase-2 (COX-2) and thereby reduce prostaglandin $E_2$ production, resulting in their analgesic, anti-inflammatory, and antipyretic effects.[2] Nonsteroidal anti-inflammatory drugs also inhibit COX-1,

which in turn lowers the level of the platelet aggregating factor thromboxane $B_2$.[3] A similar, but irreversible, inhibition of thromboxane $B_2$ is thought to underlie the protective effect of aspirin against AMI,[4-6] but the relation between traditional NSAIDs and AMI is unclear. One observational study[7] examined only women after menopause and found no association between NSAIDs and AMI, but no attempt was made to look at specific NSAIDs.

*For editorial comment see page 1091*

Understanding the relationship between NSAID use and the risk of AMI is important for several reasons. Quantifying the association between specific NSAIDs and AMI may help to clarify the controversial relationship between selective COX-2 inhibitors and AMI. If 1 or several NSAIDs reduce the risk of AMI, patients taking such agents might not also need to take aspirin, a combination associated with increased risk of gastrointes-

*From the Divisions of Pharmacoepidemiology and Pharmacoeconomics (Drs Solomon, Glynn, and Avorn and Ms Levin) and Rheumatology, Immunology, and Allergy (Dr Solomon), Brigham and Women's Hospital, Harvard Medical School, Boston, Mass.*

## SUBJECTS AND METHODS

### CASES AND CONTROLS

Eligible patients were participants between January 1, 1991, and December 31, 1995, in the New Jersey Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled programs. The latter is a state-run drug assistance program for older adults with moderate incomes and provides prescription benefits with no or minimal co-payment. We first identified all patients hospitalized with a main diagnosis of AMI (diagnosis related groups[9] 121, 122, or 123 or an *International Classification of Diseases, Ninth Revision*,[10] code 410). In addition, as in previous studies,[11-13] we required that the hospitalization be no longer than 180 days, nor could it be less than 3 days if the patient was discharged alive. In a recent study[13] of more than 5000 persons, using similar data, these criteria had a positive predictive value of 96.9% for AMI, as validated by primary medical record reviews. Patients with AMI were considered cases, and the date of hospital admission for the AMI was defined as the index date. Potential control subjects were those who did not experience an AMI during the study period. A random clinical encounter was selected as the index date for these subjects. Controls were selected at a ratio of 4:1 to cases, with the groups' frequency matched on the basis of age.

We further required that all potential study subjects demonstrate continuous use of Medicaid or Medicare and Pharmaceutical Assistance for the Aged and Disabled, by having a filled prescription, physician visit, or procedure during the 1 to 180 days, 181 to 365 days, and more than 365 days before their index date. To reduce confounding by other drugs, we excluded all cases and controls who filled a prescription for any aspirin-containing compound or warfarin sodium during the study. We also excluded patients likely to have been regularly using aspirin, including those with evidence of prior AMI, angina, coronary artery bypass graft, percutaneous transluminal coronary angioplasty, cerebrovascular accident, transient ischemic attack, atrial fibrillation, migraine, other chronic headaches, or rheumatoid arthritis.

Based on these criteria, we created a study-specific database that contained information on the following: patient age, sex, race, physician visits, hospital and nursing home use, all recorded diagnoses, all filled prescriptions, and insurance program enrollment. During the study, essentially all prescribed drugs were covered without formulary restrictions. Deductibles and co-payments were absent or minimal, permitting comprehensive capture of medication use for enrolled subjects. All traceable personal identifiers were erased and converted to anonymous study codes to protect patient privacy.

### NSAID EXPOSURE

Use of prescribed oral NSAIDs in the 6 months before the index date was the exposure of interest. For each filled prescription, we identified the National Drug Code (product identifier), date filled, dosage, quantity dispensed, and days' supply. Several aspects of NSAID use were characterized.

#### Proximity

To determine the proximity of prescribed NSAID use to the index date, we examined which days were covered by any NSAID prescriptions during the prior 180 days. Three categories of proximity were defined: (1) a prescription that extended through the index date; (2) a prescription that ended 1 to 60 days before the index date; and (3) a prescription that ended 61 to 180 days before the index date.

#### Duration

The duration of prescription NSAID coverage in the prior 6 months included the sum of days supplied for all NSAID prescriptions (subtracting duplicate days). We created 3 categories of cumulative duration: 1 to 30 days, 31 to 90 days, and 91 to 180 days.

#### Dosage

The dosage of each NSAID prescription was standardized against the 100% maximum anti-inflammatory dosage of each NSAID, based on a standard pharmacology textbook.[14] We then calculated the percentage of maximum anti-inflammatory dosage for each day of each NSAID prescription. If multiple NSAID prescriptions covered the same day, we summed the percentage of the maximum anti-inflammatory dosage for each drug. An average was then calculated by summing all daily percentage data and dividing by the total number of days covered. This was divided into 3 categories: 50% or less, 51% to 75%, and 76% or more of maximum anti-inflammatory dosage.

tinal bleeding.[8] The goal of the present study was to measure the relation between AMI and ongoing use of NSAIDs in a large, typical population of older adults, and to examine whether specific NSAIDs, particularly naproxen, are associated with a change in the risk of AMI.

## RESULTS

**Table 1** presents the baseline characteristics of cases and controls. Because the ages of the 2 groups were frequency matched, the distributions are almost identical. Cases were more likely to be male and white. Slightly more persons with AMI than controls were covered by Medicaid, a marker of low-income status. As expected, patients with an AMI were more likely than controls to have a history of hypertension, diabetes mellitus, or congestive heart failure. They were also more likely to have been diagnosed as having any of the comorbid conditions studied. A larger proportion of cases than controls had been hospitalized or had filled a prescription in the prior 180 days.

We then compared use of any NSAID in the prior 180 days in persons who had an AMI vs controls (**Table 2**). Twenty-five percent of cases and of controls had filled a prescription for an NSAID during this period, and the characteristics of exposure were similar. An equal percentage had prescriptions covering their index date. Cases and controls also had equal distributions of duration and dosage

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Half-life

The half-life for each NSAID was determined from a standard pharmacology textbook.[14] Half-life was also considered as a continuous variable in 3 categories: shorter than 5 hours, including ibuprofen, indomethacin, ketoprofen, diclofenac, fenoprofen, and mefenamic acid; 5 to 14 hours, including naproxen, sulindac, ketorolac tromethamine, flurbiprofen, tolmetin, and etodolac; and longer than 14 hours, including piroxicam, oxaprozin, and nabumetone.

## COX Selectivity

Each agent's COX-1:COX-2 selectivity ratio was defined based on previously published in vitro assays.[15] This ratio was examined as a continuous and categorical variable. Agents with COX-1:COX-2 selectivity ratios greater than 1.0 were considered COX-1 selective. This group consisted of flurbiprofen, ketoprofen, fenoprofen, oxaprozin, tolmetin, indomethacin, and ibuprofen. Preparations with a COX-1:COX-2 selectivity ratio less than 0.25 were considered COX-2 selective, including etodolac and diclofenac. (The newer selective COX-2 inhibitors, celecoxib and rofecoxib, were not in use during the study.) Those NSAIDs with a COX-1:COX-2 ratio of 0.25 to 1.0 were considered nonselective agents; included in this group were naproxen, piroxicam, ketorolac, nabumetone, and sulindac.

## COX Inhibition

Each drug's absolute capacity to inhibit COX-1 and COX-2 was defined separately, based on the concentration necessary to inhibit 50% of COX-1 or COX-2 activity in vitro.[15] The daily dosage for each NSAID taken by every subject was converted into a concentration necessary to inhibit 50% of activity in vitro for COX-1, and another for COX-2, based on the peak serum concentration for a typical dosage.[16] Separate continuous variables were calculated for COX-1 and COX-2 inhibition for each person taking an NSAID, represented as multiples of the concentration necessary to inhibit 50% of COX-1 or COX-2 activity in vitro; each was then categorized into quintiles.

## COVARIATES

Variables considered as potential confounders in multivariate models included clinical, sociodemographic, and health care use characteristics. Age, sex, ethnicity, and insurance status were defined from the enrollment files of Medicaid or Medicare. We examined the 180 days before the index date to determine whether patients had evidence of hypertension, diabetes mellitus, or congestive heart failure. In addition, a comorbidity index was calculated using inpatient and outpatient diagnoses, according to the method of Deyo et al.[17] Health care resource use was determined for the 180 days before the index date, including the number of hospitalizations, number of different drug prescriptions, and nursing home use. The year of the index date was also considered.

## STATISTICAL ANALYSIS

We initially compared the baseline characteristics of patients who experienced an AMI (cases) with those who did not (controls) using $\chi^2$ tests. The characteristics of NSAID use were described for all patients and compared for cases and controls. The risk of AMI in patients with and without NSAID exposure was described by calculating odds ratios (ORs) and 95% confidence intervals (CIs) from bivariate logistic models. P values were examined to determine the significance of each OR. Crude ORs were calculated for each NSAID exposure category and for individual preparations. We then used multivariate logistic models that included all covariates to calculate adjusted ORs. No variable selection programs were used. In each of these analyses, nonuse of NSAIDs was the reference exposure. Stratified analyses were performed to compare male vs female naproxen users, and naproxen users aged 65 years or older vs those younger than 65 years.

To further compare NSAIDs with one another, similar analyses were conducted in a subsample of subjects who used NSAIDs. We calculated crude and adjusted ORs, 95% CIs, and P values from logistic models to determine if specific aspects of NSAID exposure or use of specific NSAIDs was associated with AMI. The reference exposure in these calculations was ibuprofen use, which represented the largest group of NSAID users other than naproxen users.

Finally, we used several approaches to examine the relationship between AMI and relative COX selectivity and absolute COX inhibition. First, COX selectivity and COX inhibition were assessed in models that included these (as defined in this section) as continuous variables and quintiles. A follow-up analysis considered only subjects taking a single NSAID throughout the study, plotting the log of the COX-1:COX-2 ratio against the OR of AMI. Because this relationship was nonlinear, curves were fit using cubic splines in Stata.[18] All other analyses were performed using SAS statistical software.[19]

of NSAIDs. The distribution of persons exposed to most NSAIDs was comparable across cases and controls.

Multivariate logistic models that included all covariates and NSAID exposure in the prior 180 days were examined. No relationship was observed between NSAID use in the prior 180 days and AMI (OR, 1.00; 95% CI, 0.92-1.08; P=.92) (**Figure 1**), or NSAID use on the index date and AMI (OR, 1.04; 95% CI, 0.92-1.18; P=.55). Likewise, no relationship was found for the proximity of NSAID use to the index date, the duration of NSAID exposure in the prior 180 days, or the dosage of NSAID.

We next focused on comparison of specific NSAID preparations in the 180 days before the index date (**Table 3**). In multivariate analyses, naproxen use was sig-

nificantly less common among cases compared with controls; it was associated with a 16% reduction in the risk of AMI (OR, 0.84; 95% CI, 0.72-0.98; P=.03) (Figure 1). By contrast, etodolac (OR, 1.28; 95% CI, 1.00-1.64; P=.05) and fenoprofen (OR, 1.95; 95% CI, 1.16-3.30; P=.01) appeared to be associated with an increased risk of AMI. Ibuprofen use had no association with AMI (OR, 1.02; 95% CI, 0.88-1.18). Similar results were found when the analyses were restricted to NSAID users alone, with ibuprofen as the reference exposure. A reduced risk of AMI in naproxen users was seen in both sexes and all ages. However, there was no relationship between AMI risk and longer duration, higher dosage, or closer proximity to the index date for naproxen exposure (**Table 4**).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Table 1. Baseline Patient Characteristics***

| Patient Characteristic | MI (n = 4425) | No MI (n = 17 700) | P Value |
|---|---|---|---|
| Age, y | | | |
| <54 | 892 (15.0) | 2549 (14.4) | |
| 55-64 | 1290 (29.2) | 5328 (30.1) | .16 |
| 65-74 | 1272 (29.7) | 5639 (31.9) | |
| 75-84 | 771 (17.4) | 3184 (18.0) | |
| ≥85 | 925 (20.9) | 13 926 (78.7) | |
| Female sex | | | |
| Ethnicity | | | |
| White | 3525 (79.7) | 12 150 (68.6) | <.001 |
| Black | 1255 (13.4) | 2022 (17.6) | <.01 |
| Other | 817 (4.4) | 3528 (19.9) | |
| Medicaid eligible | 1551 (35.1) | 5723 (32.4) | .001 |
| Nursing home residence | 467 (10.9) | 864 (18.9) | <.001 |
| History of hypertension | 1658 (37.5) | 5550 (31.5) | <.001 |
| History of diabetes | 1348 (30.5) | 3010 (17.0) | <.001 |
| History of congestive heart failure | 1212 (25.9) | 2273 (15.0) | <.001 |
| No. of hospitalizations | | | |
| 0 | 3491 (78.9) | 16 556 (93.5) | |
| 1 | 688 (15.8) | 925 (5.2) | <.001 |
| ≥2 | 246 (5.6) | 224 (1.3) | |
| No. of different medications prescribed | | | |
| 0-5 | | | |
| 6-10 | 648 (16.1) | 4684 (25.2) | <.001 |
| ≥11 | 1785 (40.3) | 7991 (45.1) | |
| No. of prescription medications | 1792 (40.5) | 5024 (29.9) | |
| 0 | | | |
| 1 | 2294 (51.2) | 13 246 (74.9) | |
| 2 | 392 (91.9) | 3164 (17.9) | <.001 |
| ≥3 | 769 (17.4) | 221 (7.2) | |

*Data are given as number (percentage) unless otherwise indicated. MI indicates myocardial infarction. P values calculated from $\chi^2$ tests.

**Table 2. Nonsteroidal Anti-Inflammatory Drug (NSAID) Exposure***

| Exposure Category | MI (n = 4425) | No MI (n = 17 700) |
|---|---|---|
| Any NSAID prescription | 1113 (25.2) | 4341 (24.5) |
| Proximity to index date | | |
| Covering index date | 390 (8.9) | 1505 (8.5) |
| Covering days 1-50 | 397 (8.8) | 1431 (8.1) |
| Covering days 51-100 | 333 (7.5) | 1398 (7.9) |
| Duration, d | | |
| 31-180 | 316 (7.1) | 1193 (6.7) |
| 31-50 | 332 (7.5) | 1345 (7.6) |
| ≥50 | 465 (10.5) | 1803 (10.2) |
| Dosage, % of maximum antianflammatory dosage | | |
| 50 | 404 (9.1) | 1500 (8.5) |
| 51-75 | | 1513 (8.5) |
| ≥75 | 306 (6.9) | 1321 (8.9) |
| Specific NSAIDs | | |
| Naproxen | 243 (5.8) | 1044 (6.1) |
| Ibuprofen | 285 (6.4) | 1009 (6.8) |
| Ketorolac | 48 (0.9) | 109 (0.5) |
| Indomethacin | 79 (1.8) | 206 (1.2) |
| Sulindac | 121 (2.7) | 571 (0.2) |
| Oxaprozin | 51 (0.9) | 157 (0.9) |
| Diclofenac | 113 (3.9) | 537 (3.0) |
| Flurbiprofen | 41 (1.1) | 303 (1.7) |
| Etodolac | 63 (1.2) | 301 (1.7) |
| Ketoprofen | 69 (1.2) | 191 (1.1) |
| Nabumetone | 102 (2.3) | 455 (2.6) |
| Piroxicam | 98 (2.2) | 461 (2.6) |
| Fenoprofen | 22 (0.5) | 69 (0.4) |
| Tolmetin | 23 (0.5) | 68 (0.4) |

*Data are given as number (percentage). MI indicates myocardial infarction.



**Figure 1.** Relative risk of acute myocardial infarction (AMI). For Figures 1 and 2, the reference group is persons who did not fill any nonsteroidal anti-inflammatory drug (NSAID) prescriptions before the index date. Models were adjusted for all covariates listed in Table 2, including age, sex, ethnicity, Medicaid enrollment, nursing home use, diabetes mellitus, hypertension, congestive heart failure, Charlson Comorbidity Index, number of different drug prescriptions, and number of hospitalizations.

To attempt to understand the relationship between specific NSAID preparations and AMI, we examined whether half-life, COX selectivity, or specific COX-1 or COX-2 inhibitory potency was associated with AMI. No trend was seen between half-life and risk of AMI. Patients taking more COX-1 or COX-2 selective agents ap-

peared to be at a slightly increased risk of AMI, while those taking the nonselective agents appeared to have a slightly lower risk of AMI (**Figure 2**) (P = .01 for the cubic spline in multivariate analyses). However, these findings were affected by data from groups with the largest sample sizes: naproxen and ibuprofen users. Finally, we assessed the absolute degree of COX-1 and COX-2 inhibition (regardless of selectivity). There was no consistent relationship between COX-1 inhibition and AMI, but patients taking NSAID regimens with higher COX-2 inhibitory capacity appeared to be at a slightly higher risk of AMI. Patients in the highest quintile of COX-2 inhibition had a 25% increased risk of AMI compared with NSAID nonusers (OR, 1.25; 95% CI, 1.08-1.45; P = .01).

## COMMENT

After controlling for different potential confounders, NSAID use in general was not associated with an increase or decrease in the risk of AMI. However, naproxen use was associated with an apparent 16% to 20% reduction in AMI risk. This finding persisted in different subgroups of naproxen users and in patients using different dosages and durations of this agent, but there was no relationship between AMI risk and longer duration, higher dosage, or closer proximity to the index date. Overall, patients using agents that were nonselective with respect to COX-1/COX-2 specificity had a somewhat lower risk of AMI, and

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Table 3. Relative Risk of Myocardial Infarction Associated With Specific NSAIDs***

| Propane Category | Compared With Nonusers | | Compared With Users of Ibuprofen | |
| | Crude | Adjusted | Crude | Adjusted |
| --- | --- | --- | --- | --- |
| Ibuprofen | 0.95 (0.95-1.12) | 1.01 (0.82-1.08) | NA | NA |
| Naproxen | 0.90 (0.76-1.09) | 0.84 (0.72-0.99) | 0.80 (0.66-0.97)† | 0.82 (0.67-1.00) |
| Celecoxib | 1.14 (0.97-1.35) | 1.02 (0.88-1.18) | NA | NA |

*Data are given as odds ratio and 95% confidence interval, which were calculated from adjusted multivariate models. Adjusted for all covariates listed in Table 2, including age, sex, ethnicity, Medicaid enrollment, nursing home residency, diabetes, hypertension, congestive heart failure, Charlson Comorbidity Index, number of different drug prescriptions, and number of hospitalizations. NA indicates not applicable because these analyses were restricted to only persons using NSAIDs, with ibuprofen users as the reference group.
†P = .02.

**Table 4. Adjusted Risk of Myocardial Infarction in Persons Taking Naproxen**

| Propane Category | Odds Ratio (95% Confidence Interval) |
| --- | --- |



**Figure 2.** Relationship between cyclooxygenase (COX) selectivity and acute myocardial infarction (AMI). This curve was fit using nonlinear assumptions and displays a cubic spline. The solid line represents the log of the odds ratio (OR) of sustaining an MI based on the log of the COX-1:COX-2 ratio for each nonsteroidal anti-inflammatory drug (NSAID) regimen of cases and controls. The dashed lines represent the 95% confidence interval. Subjects using multiple NSAIDs were excluded from these analyses. Zero on the x-axis represents nonselective NSAIDs, whereas positive values represent NSAIDs with COX-1:COX-2 selectivity greater than 1, and negative numbers are ratios less than 1. On the y-axis, the log of 0.0 signifies an OR of 1.0 for acute MI, and values below this signify ORs less than 1.0.

those taking NSAIDs with the highest COX-2 inhibition appeared to have a small increased risk of AMI.

A potential limitation associated with this study is the possibility of misclassification of NSAID exposure because of unmeasured over-the-counter use of NSAIDs or aspirin, or their use on an as-needed basis. Over-the-counter or as-needed drug use is not captured in the study database of filled prescriptions. However, the study was conducted in the context of prescription benefit programs for low-income and moderate-income patients, through which prescription NSAIDs were available for free or a minimal co-payment. As a result, over-the-counter use of NSAIDs, requiring out-of-pocket payment, was less likely than in the general population. In addition, the study was conducted using data from the first half of the 1990s, when over-the-counter NSAID use was less common. More important, because we found similar results after restricting the analyses to only NSAID users, if over-the-counter NSAID use was substantial, one would have to postulate that there is differential use of such preparations, depending on the prescription NSAID.

We attempted to limit over-the-counter aspirin use as a source of unmeasured confounding by excluding all patients with any diagnoses that might have been managed with aspirin, such as coronary artery disease, cerebrovascular disease, atrial fibrillation, rheumatoid arthritis, and chronic headaches, as well as evidence of prescribed aspirin-containing compounds. If any residual confounding occurred as a result of undetected as-

pirin use, it is unlikely that it would differentially affect only one NSAID, naproxen. Recently presented data from a detailed patient survey[26] suggest that there is not differential use of aspirin between persons taking prescription NSAIDs, further supporting the validity of our conclusions.

Although the database that was used for this study presented some potential limitations, we know of no better sources of data for such a study. Clinical databases that contain information on electrocardiographic results and serum cardiac markers generally do not contain detailed drug exposure information that is based on filled prescriptions for large numbers of patients. The algorithm we used for identification of AMIs has been previously validated.[13]

The apparent lack of a dose-response, duration-response, or proximity-response relationship between naproxen exposure and AMI raises the possibility that naproxen itself is not involved in the causal pathway reducing the risk of AMI, but may be a marker for some other factor associated with a reduced risk of AMI. Furthermore, because we considered many potential relationships and performed multiple tests of association, there is the possibility of a chance finding.

In the study by Bombardier et al,[1] in which patients with rheumatoid arthritis were randomized to receive rofecoxib or naproxen, the rates of AMI were 4-fold higher in patients taking rofecoxib. These findings could have resulted from a protective effect of naproxen, a risk-enhancing effect of rofecoxib, or both. The selective COX-2 inhibitors were not available during the period we studied, and these findings do not clarify the role of rofecoxib. However, the data presented herein are consistent with a possible protective effect of naproxen.

It is not clear from the data why naproxen may lower the risk of AMI. Although a potent COX-1 inhibitor might protect against AMI through inhibiting thromboxane $B_2$ production and thus reducing platelet aggregation, naproxen is not a strong inhibitor of COX-1,[15,21,22] and NSAIDs with greater COX-1 inhibition did not demonstrate this effect. Alternatively, an NSAID with strong COX-2 inhibition might reduce the inflammatory component of coronary disease by blocking prostaglandin $E_2$ production[23]; however, naproxen is also not a potent COX-2 inhibitor.[15,21,22] Naproxen is a nonselective inhibitor of COX-1 and COX-2; several other NSAIDs in this category (piroxicam and sulindac) also appeared to be associated with a slightly reduced risk of AMI, although not statistically significant. The effect does not appear to be related to naproxen's long half-life, because other NSAIDs with equally long or longer half-lives did not show this effect.

If confirmed in other populations, the findings of this study suggest that most NSAIDs are not associated with an increased or decreased risk of AMI. This has substantial clinical implications, indicating that patients who regularly use most NSAIDs also require the cardioprotective effect of aspirin. Aspirin may negate the gastrointestinal protective effects of the selective COX-2 inhibitors.[24] The data reported herein are also compatible with the possibility that naproxen use is associated with a small reduction in the risk of AMI. To place the effect of naproxen in perspective, in a large randomized trial of daily aspirin use in primary prevention, patients in the intervention arm experienced a 44% reduction in the risk of AMI.[5] Therefore, it would be false to equate the more modest effect of naproxen suggested in this study with the cardioprotection afforded by aspirin. Cyclooxygenase selectivity and specific potency may be associated with AMI risk, with nonselective agents possibly related to a reduced risk, and agents with higher COX-2 inhibition potentially conferring a slight risk. Other data suggest that selective COX-2 inhibitors may be associated with an increased risk of thrombosis and AMI.[25,26] Although our study does not lend evidence to the mechanisms for this potential relationship, it is known that eicosanoids are important regulators of vascular homeostasis and that the COX-2 gene is preferentially expressed in areas of high endovascular shear stress.[27,28] More research is needed to explore the relationship between specific nonselective and selective NSAIDs and the risk of AMI.

Accepted for publication January 31, 2002.

Dr Solomon received an Investigator Award from the Arthritis Foundation, Atlanta, Ga. This work was also supported by grant RO3-AG18395 from the National Institute on Aging, Bethesda, Md. No support from any pharmaceutical company was received for this research.

Corresponding author and reprints: Daniel H. Solomon, MD, MPH, Division of Pharmacoepidemiology and Pharmacoeconomics, Brigham and Women's Hospital, Harvard Medical School, 221 Longwood Ave, Suite 341, Boston, MA 02115 (e-mail: dhsolomon@partners.org).

## REFERENCES

1. Bombardier C, Laine L, Reicin A, et al, for the VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-1528.
2. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature. 1971;231:232-235.
3. Schafer AI. Effects of nonsteroidal antiinflammatory drugs on platelet function and systemic hemostasis. J Clin Pharmacol. 1995;35:209-219.
4. Moncada S, Vane JR. Arachidonic acid metabolites and the interactions between platelets and blood-vessel walls. N Engl J Med. 1979;300:1142-1147.
5. Steering Committee for the Physicians' Health Study Research Group. Final report on the aspirin component of the ongoing Physicians' Health Study. N Engl J Med. 1989;321:129-135.
6. Hennekens CH, Karlson LK, Rosner B. A case-control study of regular aspirin use and coronary deaths. Circulation. 1978;58:35-38.
7. Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin/nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology. 2000;11:382-387.
8. Laporte JR, Carne X, Vidal X, Moreno V, Juan J, for the Catalan Countries Study on Upper Gastrointestinal Bleeding. Upper gastrointestinal bleeding in relation to previous use of analgesics and non-steroidal anti-inflammatory drugs. Lancet. 1991;337:85-89.
9. DRG Working Guidebook. Salt Lake City, Utah: St Anthony's Press; 1994.
10. International Classification of Diseases, Ninth Revision. Washington, DC: Public Health Service, US Dept of Health and Human Services; 1988.
11. Iezzoni LI, Burnside S, Sickles L, et al. Coding of acute myocardial infarction. Ann Intern Med. 1988;109:745-751.
12. Fisher ES, Whaley FS, Krushat M, et al. The accuracy of Medicare's hospital claims data. Am J Public Health. 1992;82:243-248.
13. Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. J Gen Intern Med. 1999;14:555-558.
14. Goodman and Gilman's: The Pharmacological Basis of Therapeutics. Elmsford, NY: Pergamon Press; 1990.
15. Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med. 1998;104:413-421.
16. Physicians' Desk Reference. Montvale, NJ: Medical Economics; 2000.
17. Deyo RA, Cherkin DC, Ciol MA. Adapting a clinical comorbidity index for use with ICD-9-CM administrative databases. J Clin Epidemiol. 1992;45:613-619.
18. Stata. Release 6. College Station, Tex: Stata Press; 1999.
19. SAS Software, Changes and Updates Through Release 6.11. Cary, NC: SAS Institute; 1996.
20. Velentgas P, Cali C, Diedrick G, et al. A survey of aspirin use, non-prescription NSAID use, and cigarette smoking among users and non-users of prescription NSAIDs. [abstract]. Pharmacoepidemiol Drug Safety. 2001;10:S103.
21. Riendeau D, Charleson S, Cromlish W, Mancini JA, Wong E, Guay J. Comparison of the cyclooxygenase-1 inhibitory properties of nonsteroidal anti-inflammatory drugs (NSAIDs) and selective COX-2 inhibitors, using sensitive microsomal and platelet assays. Can J Physiol Pharmacol. 1997;75:1088-1095.
22. Akarasereenont P, Mitchell JA, Thiemermann C, Vane JR. Relative potency of nonsteroidal anti-inflammatory drugs as inhibitors of cyclooxygenase-1 or cyclooxygenase-2 [abstract]. Br J Pharmacol. 1994;112(suppl):183P.
23. Ross R. Atherosclerosis. N Engl J Med. 1999;340:115-126.
24. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. JAMA. 2000;284:1247-1255.
25. Crofford LJ, Oates JC, McCune WJ, et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors: a report of four cases. Arthritis Rheum. 2000;43:1891-1896.
26. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001;286:954-959.
27. Pomerantz KB, Hajjar DP. Eicosanoids in regulation of arterial smooth muscle cell phenotype, proliferative capacity, and cholesterol metabolism. Arteriosclerosis. 1989;9:413-429.
28. Topper JN, Cai J, Falb D, Gimbrone MA. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli. Proc Natl Acad Sci U S A. 1996;93:10417-10422.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.