The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults

Daniel H. Solomon, MD, MPH; Sebastian Schneeweiss, MD, ScD; Robert J. Glynn, PhD, ScD;
Yuka Kiyota, MD, MPH; Raisa Levin, MSc; Helen Mogun, MSc; Jerry Avorn, MD

***Background***—Although cyclooxygenase-2 inhibitors (coxibs) were developed to cause less gastrointestinal hemorrhage than nonselective nonsteroidal antiinflammatory drugs (NSAIDs), there has been concern about their cardiovascular safety. We studied the relative risk of acute myocardial infarction (AMI) among users of celecoxib, rofecoxib, and NSAIDs in Medicare beneficiaries with a comprehensive drug benefit.

***Methods and Results***—We conducted a matched case-control study of 54 475 patients 65 years of age or older who received their medications through 2 state-sponsored pharmaceutical benefits programs in the United States. All healthcare use encounters were examined to identify hospitalizations for AMI. Each of the 10 895 cases of AMI was matched to 4 controls on the basis of age, gender, and the month of index date. We constructed matched logistic regression models including indicators for patient demographics, healthcare use, medication use, and cardiovascular risk factors to assess the relative risk of AMI in patients who used rofecoxib compared with persons taking no NSAID, taking celecoxib, or taking NSAIDs. Current use of rofecoxib was associated with an elevated relative risk of AMI compared with celecoxib (odds ratio [OR], 1.24; 95% CI, 1.05 to 1.46; $P=0.011$) and with no NSAID (OR, 1.14; 95% CI, 1.00 to 1.31; $P=0.054$). The adjusted relative risk of AMI was also elevated in dose-specific comparisons: rofecoxib ≤25 mg versus celecoxib ≤200 mg (OR, 1.21; 95% CI, 1.01 to 1.44; $P=0.036$) and rofecoxib >25 mg versus celecoxib >200 mg (OR, 1.70; 95% CI, 1.07 to 2.71; $P=0.026$). The adjusted relative risks of AMI associated with rofecoxib use of 1 to 30 days (OR, 1.40; 95% CI, 1.12 to 1.75; $P=0.005$) and 31 to 90 days (OR, 1.38; 95% CI, 1.11 to 1.72; $P=0.003$) were higher than >90 days (OR, 0.96; 95% CI, 0.72 to 1.25; $P=0.8$) compared with celecoxib use of similar duration. Celecoxib was not associated with an increased relative risk of AMI in these comparisons.

***Conclusions***—In this study, current rofecoxib use was associated with an elevated relative risk of AMI compared with celecoxib use and no NSAID use. Dosages of rofecoxib >25 mg were associated with a higher risk than dosages ≤25 mg. The risk was elevated in the first 90 days of use but not thereafter. (*Circulation.* 2004;109:2068-2073.)

***Key Words:*** cyclooxygenase inhibitors ■ myocardial infarction ■ aging

The Vioxx and Gastrointestinal Outcomes (VIGOR) trial compared the gastrointestinal safety of rofecoxib 50 mg/d with naproxen 1000 mg/d in patients with rheumatoid arthritis who did not take aspirin regularly.[1] Although the trial found that patients taking rofecoxib had fewer serious gastrointestinal outcomes, there were more acute myocardial infarctions (AMIs) with rofecoxib than naproxen. This study could not discern the extent to which the difference in AMI could be explained by a protective effect of naproxen[2–4] and/or an increased risk associated with the selective cyclooxygenase (COX)-2 inhibitor (coxib).

Previous studies on the association between coxibs and AMI have provided conflicting results. In an analysis comparing the rates of AMI in phase III trials of rofecoxib and celecoxib with the rates in the placebo arms of several trials of aspirin, the coxibs were associated with an elevated risk.[5] Pooled analyses of rofecoxib randomized clinical trials, including VIGOR, suggested that there may be a statistically significantly increased risk of cardiovascular events in patients taking rofecoxib compared with naproxen, but this risk was not seen when rofecoxib was compared with other nonsteroidal antiinflammatory drugs (NSAIDs) or with placebo.[5,7] A reanalysis of the Celecoxib Long-term Arthritis Safety Study (CLASS), which compared celecoxib with ibuprofen or diclofenac, found no increase in the risk of AMI associated with celecoxib.[8] A large observational study suggested that rofecoxib at dosages >25 mg was associated with an approximately 2-fold increased risk of AMI compared

Received October 7, 2003; revision received January 22, 2004; accepted February 5, 2004.
From the Division of Pharmacoepidemiology and Pharmacoeconomics (D.H.S., S.S., R.J.G., Y.K., R.L., H.M., J.A.) and Division of Rheumatology, Immunology, and Allergy (D.H.S.), Brigham and Women's Hospital, Harvard Medical School, Boston, Mass.
Drs Solomon, Schneeweiss, and Avorn have received salary support from an unrestricted research grant from Pfizer. No authors have direct personal financial relationships with any pharmaceutical company.
Correspondence to Daniel H. Solomon, MD, MPH, Division of Pharmacoepidemiology and Pharmacoeconomics, Brigham and Women's Hospital, Harvard Medical School, 1620 Tremont St, Suite 3030, Boston, MA 02120. E-mail dhsolomon@partners.org
© 2004 American Heart Association, Inc.
*Circulation* is available at http://www.circulationaha.org                                                       DOI: 10.1161/01.CIR.0000127578.21885.3E

with celecoxib or no NSAID, whereas rofecoxib ≤25 mg was not associated with an elevated risk.[9] A smaller observational study found no increased risk of AMI with either coxib, but dosage was not addressed.[10]

In 2002, more than 41 million prescriptions were filled in the United States for coxibs,[11] making any potential relationship between coxibs and AMI a substantial clinical and public health issue. We undertook an observational study examining the association between rofecoxib, celecoxib, NSAIDs, and AMI in a large population of older adults for whom complete information was available on prescription medication use and clinical encounters.

## Methods

### Study Participants

All persons studied were Medicare beneficiaries who received prescription medications through the Pennsylvania Pharmaceutical Assistance Contract for the Elderly or the New Jersey Pharmaceutical Assistance Program for the Aged and Disabled during 1998, 1999, and 2000. These 2 programs cover medication expenses for low-income elderly with annual household incomes between $10 000 and $17 000. To be included, participants had to be enrolled and active users of Medicare and the respective prescription drug benefit program from 1998 through their index date (defined below), as demonstrated by presence in the program eligibility files and filling at least 1 prescription as well as having at least 1 healthcare encounter in each 6-month period.

From this pool of eligible persons (n=310 229), we excluded patients who had illnesses that might have obscured any potential relationship between coxibs and AMI. These included persons with a serious life-threatening illness, including HIV/AIDS (n=114) or malignancy (n=50 973), and persons with a coagulopathy (n=5403). We also excluded persons with a hospitalization during 1998 who received a diagnosis of AMI that was not the principal discharge diagnosis (n=2441).

All patient identifiers and all traceable information were deleted from the case-control study database to protect patients' privacy. The Human Subjects Committee of Brigham and Women's Hospital and the Centers for Medicare and Medicaid Services approved this study.

### Acute Myocardial Infarction

The case-defining event was a hospitalization in 1999 or 2000 with a discharge diagnosis code of AMI (ICD-9-CM 410) in the first or second position. The length of hospitalization must have been at least 3 days and no more than 180 days, unless the patient died. This was found to be an accurate algorithm for defining AMI in our study population.[12] To assess the accuracy of this algorithm in our study population, we identified a subset of patients with Medicare diagnosis codes for AMI and had their primary hospital records reviewed. We chose all patients from Pennsylvania taking a coxib or an NSAID who had a Medicare diagnosis code for AMI in 1998 (n=1525), as well as a random subset of those not taking these agents (n=675). Trained chart abstractors blinded to the study question reviewed the charts using a review form developed as part of the Cardiovascular Coordinating Project.[13] On the basis of the primary medical records, we determined whether each admission met criteria for an AMI established by the World Health Organization.[14] The Medicare ICD-9-CM diagnosis plus the length-of-stay requirements had a positive predictive value of 93% (95% CI, 92% to 94%). We identified 10 895 hospitalizations for AMI in the eligible study population on the basis of this algorithm.

Four control subjects (controls) who did not sustain an AMI during the study period were identified for each case. The date of hospitalization for AMI was the index date for cases. A randomly selected date was the index date for controls. Controls were matched to cases on the basis of age (±1 year), gender, and the month of index date.

### Coxib and Nonselective NSAID Use

The study database contained information on all prescription drugs filled by eligible beneficiaries, including drug name, dosage, frequency, and days of supply. The exposures of interest were the use of celecoxib or rofecoxib on the index date. During the study period, both drugs were covered by the prescription benefit programs without restriction, and copayments were less than $10. The risk of AMI associated with these agents was compared with several reference groups: use of the other coxib, no NSAID or coxib, ibuprofen, naproxen, or other NSAIDs. Prescriptions filled on the index date were excluded in the primary analyses. Persons with prescriptions for more than one of the drug categories on the index date were included in both categories.

Two dosage and 3 duration categories were defined a priori for all relevant exposures. Dosage categories for the coxibs and NSAIDs were split at the modal daily dosage. For example, the modal dosage of celecoxib was 200 mg, so current use was categorized as ≤200 mg or >200 mg. For rofecoxib, the modal dosage was 25 mg; current use was dichotomized as ≤25 mg or >25 mg. Dosage categories were created for the NSAIDs on the basis of the same methodology. For each individual study drug, 3 duration categories were created: 1 to 30 days, 31 to 90 days, and >90 days.

### Covariates

Covariates were defined on the basis of data from the year before the study period. Although information for most of these patients and covariates was available for longer than 12 months, we restricted the ascertainment to this period to reduce potential bias that might arise because of varying lengths of covariate assessment. The covariates assessed include age, gender, race, previous MI, angina, coronary artery revascularization, congestive heart failure, ischemic cerebrovascular accident, diabetes, hypertension, use of a lipid-lowering drug (statin), use of hormone replacement therapy, use of an anticoagulant (clopidogrel, dipyridamole, ticlopidine, and warfarin), use of an NSAID in 1998, rheumatoid arthritis, osteoarthritis, presence of a hospitalization, number of visits for ambulatory care, number of comorbid medical conditions,[15] and number of different medications used.

Several variables of interest were not available within the study database, including body mass index, tobacco use, aspirin use, and socioeconomic status. In theory, these variables could be differentially related to use of a coxib, use of an NSAID, and AMI.[16–18] We therefore analyzed data from the Medicare Current Beneficiary Survey,[19] a nationwide in-home survey conducted among 8785 beneficiaries ≥65 years old in 1999 with a 97% response rate. We compared patients' body mass index, tobacco use, aspirin use, annual household income, and educational attainment between patients reporting use of celecoxib (n=562), rofecoxib (n=244), and an NSAID (n=1302). In these analyses, body mass index was comparable in both groups of coxib users (celecoxib, 27.5 kg/m² versus rofecoxib, 27.2 kg/m², P=0.2) and similar to that of NSAID users (27.7 kg/m², P=0.5 versus coxib users). Current tobacco use was equally common in both groups of coxib users (celecoxib, 8.7% versus rofecoxib, 7.0%, P=0.5) and was more common among NSAID users (9.8%, P=0.005). Aspirin use was similar in both coxib groups (celecoxib, 8.2% versus rofecoxib, 11.5%, P=0.2) and among NSAID users (10.2%, P=0.4). The proportion of persons with an educational level of college or higher was not statistically different between coxibs (celecoxib, 29.6% versus rofecoxib, 31.8%, P=0.11) or between coxibs and NSAIDs (26.5%, P=0.2). The mean annual household income of both coxib groups was similar (P=0.7) and higher than that for NSAID users (P=0.0001).

### Analyses

The distribution of covariates was assessed in each exposure category. The unadjusted odds ratio (OR) between each covariate and AMI was then examined separately for New Jersey and Pennsylvania. The CIs for the crude ORs for each state overlapped for every covariate; data from both states were combined for the multivariate analyses. All covariates were tested in multivariable conditional

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

TABLE 1.   Baseline Characteristics of Study Population by Exposure Category

| | Celecoxib (n=2140) | Rofecoxib (n=941) | Naproxen (n=331) | Ibuprofen (n=263) | Other NSAID (n=1874) | No Current Exposure (n=49 044) |
|---|---|---|---|---|---|---|
| Gender, female | 1814 (84.8) | 813 (86.4) | 272 (82.2) | 207 (78.7) | 1531 (81.7) | 37 690 (76.9) |
| Age, y, mean±SD | 81.4±6.7 | 81.7±6.5 | 80.8±6.7 | 80.8±6.8 | 80.7±6.4 | 81.7±7.0 |
| Race | | | | | | |
| White | 1967 (91.9) | 877 (93.2) | 288 (87.0) | 227 (86.3) | 1686 (90.0) | 44 628 (91.0) |
| Black | 132 (6.2) | 45 (4.8) | 35 (10.6) | 30 (11.4) | 151 (8.1) | 3478 (7.1) |
| Other | 41 (1.9) | 19 (2.0) | 8 (2.4) | 6 (2.3) | 37 (2.0) | 938 (1.9) |
| Nursing home resident in previous year | 135 (6.3) | 56 (6.0) | 8 (2.4) | 16 (6.1) | 82 (4.4) | 3393 (6.9) |
| No. of physician visits, mean±SD | 9.8±7.7 | 9.6±7.1 | 7.9±5.6 | 7.8±6.1 | 8.5±6.3 | 7.5±6.2 |
| Hospitalized in previous year | 617 (28.8) | 266 (28.3) | 70 (21.2) | 72 (27.4) | 429 (22.9) | 13 519 (27.6) |
| Comorbid conditions, mean±SD | 0.9±1.1 | 0.9±1.1 | 0.7±0.9 | 0.9±1.1 | 0.8±1.0 | 0.9±1.2 |
| Diabetes | 674 (31.5) | 273 (29.0) | 92 (27.8) | 77 (29.3) | 549 (29.3) | 14 185 (28.9) |
| Hypertension | 1367 (63.9) | 609 (64.7) | 202 (61.0) | 156 (59.3) | 1178 (62.9) | 27 829 (56.7) |
| No. of different prescription drugs, mean±SD | 7.6±5.2 | 7.3±5.3 | 6.4±4.8 | 6.1±4.5 | 7.3±4.9 | 5.4±4.4 |
| History of previous myocardial infarction | 170 (7.9) | 84 (8.9) | 19 (5.7) | 17 (6.5) | 132 (7.0) | 4293 (8.8) |
| History of angina | 323 (15.1) | 160 (17.0) | 44 (13.3) | 34 (12.9) | 265 (14.1) | 6985 (14.2) |
| History of coronary revascularization | 22 (1.0) | 14 (1.5) | 5 (1.5) | 7 (2.7) | 18 (1.0) | 728 (1.5) |
| History of congestive heart failure | 321 (15.0) | 128 (13.6) | 38 (11.5) | 33 (12.6) | 266 (14.2) | 7168 (14.6) |
| History of a cerebrovascular accident | 273 (12.8) | 141 (15.0) | 30 (9.1) | 24 (9.1) | 219 (11.7) | 6800 (13.9) |
| Use of a statin | 431 (20.1) | 196 (20.8) | 52 (15.7) | 39 (14.8) | 360 (19.2) | 7624 (15.6) |
| Use of hormone replacement therapy | 139 (6.5) | 89 (7.3) | 18 (5.4) | 14 (5.3) | 97 (5.2) | 1756 (3.6) |
| Use of any anticoagulant* | 311 (14.5) | 145 (15.4) | 25 (7.6) | 19 (7.2) | 189 (10.1) | 7047 (14.4) |
| Rheumatoid arthritis | 126 (5.9) | 33 (3.5) | 20 (6.0) | 8 (3.0) | 86 (4.6) | 823 (1.7) |
| Osteoarthritis | 783 (36.6) | 328 (34.9) | 94 (28.4) | 66 (25.1) | 661 (35.3) | 8368 (17.1) |
| Previous nonselective NSAID use | 319 (14.9) | 105 (11.2) | 238 (71.9) | 187 (71.1) | 190 (10.1) | 3451 (7.0) |

Values are n (%) unless noted. Current use refers to use on the index date. Persons who were current users of multiple agents (n=117) are counted in the appropriate column for each drug used.

*Anticoagulants include clopidogrel, dipyridamole, ticlopidine, and warfarin.

logistic regression models conditioning on all matching factors. On the basis of a backward selection routine with a threshold of $P<0.2$, anticoagulant use, previous hospitalization, osteoarthritis, and nursing home residence were dropped from all versions of the adjusted model. The remaining covariates were included in all multivariable conditional logistic regression models. The model was rerun for each reference group (the alternative coxib, no NSAID, ibuprofen, naproxen, and other NSAIDs). A secondary analysis excluded persons exposed to multiple agents on the index date (n=117). The results were virtually identical to the main analyses and are not shown.

We assessed the relationship between dosage categories and AMI for the coxibs and NSAIDs using similar multivariable regression models in which the dosage was classified as less than or equal to the modal dosage or greater than the modal dosage. For example, in analyses comparing the coxibs, the most commonly used dosages of rofecoxib (≤25 mg) were compared with the most commonly used dosages of celecoxib (≤200 mg). Users of rofecoxib >25 mg were then compared with users of celecoxib >200 mg.

Several sensitivity analyses were undertaken. On the basis of previous findings that first-time users may be at the highest risk for cardiovascular events associated with coxibs,[9] we constructed conditional regression models that considered persons exposed only if their use on the index date was their first time using a coxib. We examined the relationship between AMI and the duration of exposure to coxibs in this group of users. Assessing the effect of duration among first-time users provides a more precise estimate of the actual period of exposure, because persons with intermittent prescriptions

were not considered exposed. Another set of sensitivity analyses redefined the no NSAID use reference group to only persons who had never been exposed to an NSAID during the study period. Finally, we assessed the relationship between coxibs and AMI in subgroups of persons with rheumatoid arthritis, a history of MI, or NSAID use during the baseline period.

The data and all analyses were under control of the authors. An independent review of the study protocol and statistical programming was performed by an epidemiologist external to the study sponsor and project team. All analyses were conducted using SAS statistical software (version 8.2).

## Results

The baseline characteristics of patients are shown in Table 1. The study population was primarily elderly women with a mean age >80 years in all drug use groups. More than 85% of patients were white. The study population used substantial healthcare resources. Risk factors for AMI, such as diabetes and hypertension, were common, and previous cardiovascular disease was frequent. In the baseline period, more than 5% of the population had sustained a previous MI, more than 13% had angina, more than 12% had congestive heart failure, and more than 9% had a previous ischemic stroke. Statins were used by more than 15% of all patients. As seen in Table 1, patients using celecoxib or rofecoxib were similar with regard

TABLE 2.   Adjusted Association Between Coxibs and Acute Myocardial Infarction

| Exposure (reference group) | Adjusted Odds Ratio (95% CI) | P |
|---|---|---|
| Rofecoxib (celecoxib) | 1.24 (1.05–1.46) | 0.011 |
| Celecoxib (no current use) | 0.93 (0.84–1.02) | 0.13 |
| Rofecoxib (no current use) | 1.14 (1.00–1.31) | 0.054 |
| Celecoxib (naproxen) | 0.95 (0.74–1.21) | 0.7 |
| Rofecoxib (naproxen) | 1.17 (0.90–1.52) | 0.2 |
| Celecoxib (ibuprofen) | 0.98 (0.76–1.26) | 0.9 |
| Rofecoxib (ibuprofen) | 1.21 (0.92–1.58) | 0.2 |
| Celecoxib (other NSAID) | 0.95 (0.82–1.10) | 0.4 |
| Rofecoxib (other NSAID) | 1.17 (0.99–1.38) | 0.073 |
| Covariate | | |
| Race, white | 1.20 (1.12–1.29) | <0.001 |
| No. of physician visits | | |
| 4–6 | 1.11 (1.05–1.18) | <0.001 |
| 7–12 | 1.11 (1.05–1.17) | <0.001 |
| 13+ | 1.09 (1.02–1.16) | 0.011 |
| Comorbid conditions | | |
| 1–2 | 1.25 (1.20–1.31) | <0.001 |
| 3+ | 1.42 (1.33–1.52) | <0.001 |
| No. of different drugs | | |
| 6–9 | 1.14 (1.08–1.19) | <0.001 |
| 10+ | 1.18 (1.12–1.25) | <0.001 |
| Diabetes | 1.48 (1.42–1.54) | <0.001 |
| Hypertension | 1.15 (1.11–1.20) | <0.001 |
| Previous myocardial infarction | 1.56 (1.48–1.66) | <0.001 |
| Angina | 1.31 (1.25–1.38) | <0.001 |
| Previous coronary revascularization | 0.78 (0.69–0.89) | <0.001 |
| Congestive heart failure | 1.37 (1.31–1.44) | <0.001 |
| Cerebrovascular accident | 1.07 (1.01–1.27) | 0.014 |
| Use of statin | 1.00 (0.94–1.04) | 0.7 |
| Use of hormone replacement therapy | 0.88 (0.79–0.98) | 0.02 |
| Rheumatoid arthritis | 1.16 (1.02–1.31) | 0.02 |
| Previous nonselective NSAID use | 0.97 (0.90–1.04) | 0.3 |

Conditional logistic model matched on age, gender, and month of index date. All other variables listed were adjusted for in the multivariable models. The number of AMIs in each exposure group was as follows: celecoxib 425, rofecoxib 225, ibuprofen 49, naproxen 63, other NSAID 371, and no current use 9793.

to baseline characteristics. Compared with NSAID users, coxib users were somewhat less healthy during the baseline period, with more health service use, hypertension, previous MIs, cerebrovascular accidents, angina, and cardiovascular medication use (statins and anticoagulants).

The results of the multivariable conditional logistic regression models are shown in Table 2. After control for all available confounders, rofecoxib was associated with an elevated risk of AMI compared with persons who were taking celecoxib (OR, 1.24; 95% CI, 1.05 to 1.46). The adjusted relative risk of AMI associated with rofecoxib was elevated but did not reach statistical significance compared with no current NSAID (OR, 1.14; 95% CI, 1.00 to 1.31), naproxen (OR, 1.17; 95% CI, 0.90 to 1.52), and ibuprofen (OR, 1.21; 95% CI, 0.92 to 1.58). Relatively few patients were current users of naproxen (n=331) or ibuprofen (n=263), contributing to the wide CIs. Celecoxib was not associated with an elevated risk of AMI in these analyses.

In all comparisons related to dose, use of rofecoxib >25 mg/d was associated with a higher adjusted relative risk of AMI than rofecoxib ≤25 mg. The adjusted relative risk of rofecoxib >25 mg (OR, 1.70; 95% CI, 1.07 to 2.71) was higher than that seen for ≤25 mg (OR, 1.21; 95% CI, 1.01 to 1.44) compared with celecoxib >200 mg or ≤200 mg. The magnitude in elevation of relative risk was similar when rofecoxib was compared with no current NSAID, naproxen, ibuprofen, and other NSAIDs. Neither celecoxib dosage was associated with an elevated risk of AMI in any comparison.

Sensitivity analyses that considered only the first-time use of a coxib or NSAID during the study period provided findings very similar to those of the primary analysis. A sensitivity analysis comparing rofecoxib users with patients who had no use of either a coxib or NSAID since January 1, 1999, produced results nearly identical to those of the primary analysis (OR, 1.14; 95% CI, 0.99 to 1.31; P=0.062).

We also examined the relationships between duration of coxib exposure and AMI in first-time users. Compared with celecoxib use of similar duration, rofecoxib use for 1 to 30 days was associated with an elevated risk of AMI (OR, 1.43; 95% CI, 1.12 to 1.83; P=0.005). A similar elevation was associated with 31 to 90 days of rofecoxib use (OR, 1.46; 95% CI, 1.14 to 1.86; P=0.003), but no elevation in AMI risk was observed with >90 days of rofecoxib use (OR, 1.04; 95% CI, 0.77 to 1.38; P=0.8). The elevated relative risk of AMI seen in patients taking rofecoxib for 90 days or less was not restricted to those taking >25 mg. Compared with patients taking celecoxib ≤200 mg for 1 to 90 days, the adjusted relative risk of AMI associated with rofecoxib >25 mg (OR, 1.37; 95% CI, 1.15 to 1.63; P=0.0004) was similar to the adjusted relative risk for rofecoxib >25 mg (OR, 1.38; 95% CI, 0.80 to 2.37; P=0.3). No duration category for celecoxib use was associated with an elevated risk.

Subgroup analyses that focused on patients with previous AMI (n=4698) and compared persons taking rofecoxib with those taking celecoxib found no elevation in relative risk associated with rofecoxib (OR, 0.91; 95% CI, 0.60 to 1.38; P=0.6). Analyses restricted to patients with rheumatoid arthritis (n=1088) also found no elevation in AMI risk with either coxib. These subgroup analyses were limited by small numbers of patients.

## Discussion

We studied the relationship between coxibs, NSAIDs, and hospitalization for AMI in a large population of older patients. The study database contained information on more than 50 000 older adults in 2 US states with complete prescription drug coverage. The main analyses, as well as dose- and duration-specific analyses, found an elevated risk of AMI associated with rofecoxib but not with celecoxib. The risk was highest in persons taking >25 mg of rofecoxib and

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

during the first 90 days of use and was observed consistently in relation to several reference groups.

It is important that these findings be considered in light of previous research. In the VIGOR trial, which compared 50 mg of rofecoxib with 1000 mg of naproxen in patients with rheumatoid arthritis, the risk of AMI was elevated in patients treated with rofecoxib.[1] Patients were not allowed to take aspirin during the trial. In an analysis that compared data from phase III randomized clinical trials of celecoxib and rofecoxib with data from the placebo groups of 4 aspirin primary prevention trials, the annualized MI rates for patients randomized to either celecoxib or rofecoxib were higher than rates for the meta-analysis of the placebo groups.[5] This analysis has been criticized because the coxib trials included osteoarthritis and rheumatoid arthritis patients, and the latter group has been observed to have an elevated baseline risk of AMI.[20] The control population was characterized by relatively low rates of AMI. A reanalysis of data from the CLASS trial, in which patients were allowed to take aspirin, found no elevation in risk of AMI associated with celecoxib.[8] An observational study conducted in the Tennessee Medicaid population found that rofecoxib at dosages >25 mg/d was associated with a nearly 2-fold increased risk of AMI compared with nonuse of any NSAID.[9] Our findings differ from the pooled analyses of rofecoxib randomized controlled trials, which showed no significant increase in cardiovascular events compared with non-naproxen NSAIDs.[6,7] In addition, a recently published observational analysis from Ontario also found no increased risk of AMI associated with any dosage of rofecoxib.[10] This analysis excluded persons who were prescribed a coxib for <30 days. The findings of our study suggest that the first 30 days of use may include a period of elevated risk. Finally, rofecoxib dosages >25 mg, which were associated with the highest relative risk of AMI in this study and the study by Ray and colleagues,[9] were not reported separately in the Ontario study.

There are important potential limitations to the present study. One is the concern about possible misclassification of end points using Medicare use data. We studied the accuracy of the AMI diagnosis codes and found that they had a positive predictive value of 93% compared with primary hospital records. However, patients who suffered an AMI and were not hospitalized because of sudden death or a silent event would not be counted in these analyses for any exposure group. In addition, it is possible that some cases sustained their AMI during the hospitalization. If so, these patients may not have been exposed to the medications of interest for a period of time before their event. This may have influenced the results if patients taking one particular medication before admission were more likely to suffer an AMI during the course of a hospitalization. However, we have no reason to believe that this was the case. Second, similar to all retrospective observational studies, these results may have been biased because of confounding by factors not observable in Medicare use data. We examined this possibility using data from the in-home Medicare Current Beneficiary Survey and found that people taking rofecoxib or celecoxib were similar with respect to 5 variables known to be independent risk factors for cardiovascular end points, including body mass

index, aspirin use, tobacco use, income status, and educational attainment. A comparison of people taking coxibs with those taking NSAIDs suggests that unmeasured confounding by each of these factors may result in a small degree of bias toward the null. In addition to the potential for bias by unmeasured confounders, these results may be influenced by residual confounding by factors that were incompletely assessed in this administrative database, such as severity of cardiovascular risk factors. However, the relationship between available covariates and AMI is consistent with results from previous observational studies. Third, it is possible that some patients prescribed coxibs and/or NSAIDs used them on an as-needed basis. Thus, patients may not have been exposed to the drug on all days of the calculated prescription period, leading to potential misclassification of exposure status. If the pattern of misclassification was similar across drugs, the bias would be toward the null value. Alternatively, if it varied by drug or dose, as a function of the indication for the medication (such as acute versus chronic pain) or the efficacy of the treatment, the magnitude and direction of bias could be toward or away from the null value. We have no compelling reason to believe that this misclassification of exposure would have differed by drug. Finally, one must consider the generalizability of findings on the basis of data from an older, low-income population in 2 states, whose prescription drug use was slightly higher than the national average. Because the elderly are among the most frequent users of coxibs, the study population examined is relevant.

Several biological pathways could underlie a potential association between selective COX-2 inhibition and coronary events. Although NSAIDs inhibit both COX isoforms, selective inhibition of COX-2 results in decreased prostacyclin, a vasodilator and moderator of platelet activation, without reducing COX-1–dependent thromboxanes, contributors to platelet aggregation and vasoconstriction.[21,22] Emerging data support a varied role for COX-2 in the vascular bed, with important functions in vascular resistance,[23] late preconditioning,[24] endothelial function,[25,26] and atherogenesis.[27,28] Data from rat models of hypertension suggest that celecoxib may be associated with improvements in endothelial function and reductions in oxidative stress[29]; neutral findings have been reported for rofecoxib and diclofenac.[30] Although both rofecoxib and celecoxib, like most NSAIDs, have been associated with hypertension, several large head-to-head randomized controlled trials have reported higher rates among patients treated with rofecoxib[31]; other smaller studies in healthy adults suggest similarity between coxibs.

In conclusion, we observed an elevated risk of hospitalization for AMI among elderly Medicare enrollees treated with rofecoxib. This risk was higher in persons taking >25 mg of rofecoxib than in patients taking the most common dosages used of ≤25 mg. The risk was elevated during the first 90 days of exposure but not thereafter. We did not find an elevated risk of AMI for persons taking celecoxib. Because of the important potential public health implications, our findings should be followed up by additional clinical and mechanistic studies, several of which are ongoing.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

## Acknowledgments

This work was supported by Merck & Co through an unrestricted research grant to Brigham and Women's Hospital. The authors had sole responsibility for study design, data interpretation, and publication of findings. Dr Solomon was also supported by grants from the Arthritis Foundation and the National Institutes of Health (AR-48616 and AR-48264). We want to thank an epidemiologist who participated actively in the study design, statistical analysis and interpretation of the data, and preparation of the manuscript. We are also grateful to Rhonda Bohn, ScD, who performed an independent review of the study protocol and statistical programming.

## References

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med.* 2000;343:1520–1528.

2. Solomon DH, Glynn RJ, Levin R, et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Intern Med.* 2002;162:1099–1104.

3. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. *Arch Intern Med.* 2002;162:1111–1115.

4. Watson DJ, Rhodas T, Cai B, et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch Intern Med.* 2002;162:1105–1110.

5. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 2001;286:954–959.

6. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation.* 2001;104:2280–2288.

7. Reicin A, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). *Am J Cardiol.* 2002;89:204–209.

8. White WB, Faich G, Whelton A, et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. *Am J Cardiol.* 2002;89:425–430.

9. Ray WA, Stein CM, Daugherty JR, et al. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet.* 2002;360:1071–1073.

10. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. *Arch Intern Med.* 2003;163:481–486.

11. *DrugTopics.com: The Online Magazine for Pharmacists.* March 17, 2003. Available at: http://www.drugtopics.com/be_core/content/journals/d/data/2003/0317/past_issues_show. Accessed April 17, 2003.

12. Petersen LA, Wright S, Normand SLT, et al. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. *J Gen Intern Med.* 1999;14:555–558.

13. Ellerbeck EF, Jencks SR, Radnford MJ, et al. Quality of care for Medicare patients with acute myocardial infarction: report on a four state pilot of the Cooperative Cardiovascular Project. *JAMA.* 1995;273:1509–1514.

14. Myocardial infarction and coronary deaths in the World Health Organization MONICA project: registration procedures, event rates, and case-fatality rates in 38 populations from 21 countries in four continents. WHO/MONICA Project. *Circulation.* 1994;90:583–612.

15. Romano R, Roos LL, Jollis JG. Adapting a clinical comorbidity index for use with ICD-9-CM administrative data: differing perspectives. *J Clin Epidemiol.* 1993;46:1075–1079.

16. Palmieri V, de Simone G, Arnett DK, et al. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance. *Am J Cardiol.* 2001;88:1163–1168.

17. Weir MR, Maibach EW, Bakris GL, et al. Implications of a health lifestyle and medication analysis for improving hypertension control. *Arch Intern Med.* 2000;160:481–490.

18. Kington RS, Smith JP. Socioeconomic status and racial and ethnic differences in functional status associated with chronic diseases. *Am J Pub Health.* 1997;87:805–810.

19. Adler GS. A profile of the Medicare Current Beneficiary Survey. *Health Care Financing Review.* 1994;15:153–163.

20. Solomon DH, Karlson EW, Rimm EB, et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. *Circulation.* 2003;107:1303–1307.

21. Lipsky PE, Brooks P, Crofford LJ, et al. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. *Arch Intern Med.* 2000;160:913–920.

22. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. *N Engl J Med.* 2001;345:433–442.

23. Topper JN, Cai J, Falb D, et al. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. *Proc Nat Acad Sci U S A.* 1996;93:10417–10422.

24. Bolli R, Shinmura K, Tang XL, et al. Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. *Cardiovasc Res.* 2002;55:506–519.

25. Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation.* 2003;107:405–409.

26. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane $A_2$. *Science.* 2002;296:539–541.

27. Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. *Circulation.* 2002;105:1816–1823.

28. Cipollone F, Prontera C, Pini B, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin $E_2$-dependent plaque instability. *Circulation.* 2001;104:921–927.

29. Hermann M, Camici G, Fratton A, et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial dysfunction in salt-induced hypertension. *Circulation.* 2003;108:2308–2311.

30. Title LM, Giddens K, McInerney MM, et al. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. *J Am Coll Cardiol.* 2003;42:1747–1753.

31. Whelton A, White WB, Bello AE, et al, for the SUCCESS-VII Investigators. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. *Am J Cardiol.* 2002;90:959–963.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Relationship Between COX-2 Specific Inhibitors and Hypertension

Daniel H. Solomon, Sebastian Schneeweiss, Raisa Levin, Jerry Avorn

**Abstract**—There is controversy whether cyclooxygenase-2 (COX-2) specific inhibitors are associated with elevations in blood pressure requiring treatment in typical clinical practice. We examined the risk of new onset hypertension in a retrospective case-control study involving 17 844 subjects aged ≥65 years from 2 US states. Multivariable logistic models were examined to assess the relative risk of new onset hypertension requiring treatment in patients who used celecoxib or rofecoxib compared with patients taking either the other COX-2 specific inhibitor, a nonspecific NSAID, or no NSAID. During the 1999 to 2000 study period, 3915 patients were diagnosed and began treatment for hypertension; 4 controls were selected for every case. In no model was celecoxib significantly associated with the development of hypertension. Rofecoxib users were at a significantly increased relative risk of new onset hypertension compared with patients taking celecoxib (odds ratio [OR] 1.6; 95% confidence interval [CI], 1.2 to 2.1), taking a nonspecific NSAID (OR 1.4; 95% CI, 1.1 to 1.9), or taking no NSAID (OR 1.6; 95% CI, 1.3 to 2.0). There were no clear dosage or duration effects. In patients with a history of chronic renal disease, liver disease, or congestive heart failure, the relative risk of new onset hypertension was twice as high in those taking rofecoxib compared with celecoxib (OR 2.1; 95% CI, 1.0 to 4.3). In this retrospective case–control study of patients aged ≥65 years, rofecoxib use was associated with an increased relative risk of new onset hypertension; this was not seen in patients taking celecoxib. (*Hypertension*. 2004;44:140-145.)

**Key Words:** cyclooxygenase ■ drug therapy ■ hypertension, detection and control ■ epidemiology

In addition to the well recognized gastrointestinal toxicity caused by nonspecific NSAIDs, these agents have also been found to produce a mean increase in blood pressure of 5.0 mm Hg.[1] An observational study found that NSAID users had an increased risk of starting antihypertensive medications.[2] The increase in blood pressure associated with nonspecific NSAIDs is likely caused by an inhibition of prostaglandin-dependent counter-regulatory mechanisms in the renal vasculature and seems to occur early during the use of these agents.[3] Such mechanisms may be especially important in patients with reduced intravascular blood volume. Currently, there are conflicting data as to whether selective inhibition of cyclooxygenase-2 (COX-2) by agents such as celecoxib, rofecoxib, or valdecoxib can also result in blood pressure elevations.[4,5,6]

The pivotal randomized controlled trials of celecoxib and rofecoxib did not establish hypertension as a major adverse effect of these agents,[7,8] but subsequent review of data from the VIoxx Gastrointestinal Outcomes Research (VIGOR) trial raised concerns in this regard[9]; secondary analyses of data collected from this randomized trial found that patients taking rofecoxib were twice as likely as patients taking naproxen to have elevations in blood pressure. Another controlled trial involving more than 1000 patients with osteoarthritis also found that those randomized to rofecoxib were found to more frequently have clinically significant elevations in blood pressure compared with celecoxib.[10] Although both of these randomized trials establish that elevations in blood pressure may occur in subjects taking COX-2 specific inhibitors, it is not clear whether these elevations in blood pressure are large enough to prompt treatment or whether they are observed in typical clinical practice. As well, hypertension does not appear to be a widely known side effect of COX-2 specific inhibitors and is not a prominent part of product labeling.

We sought to determine whether celecoxib or rofecoxib, the 2 available COX-2 specific inhibitors during the study period, were associated with new onset hypertension in patients seen in typical community practice.

## Methods

### Participants

All patients studied were Medicare beneficiaries receiving prescription medications through either the Pennsylvania Pharmaceutical Assistance Contract for the Elderly (PACE) or the New Jersey Pharmaceutical Assistance Program for the Aged and Disabled (PAAD) from 1998 to 2000. These 2 programs cover medication

Received February 20, 2004; first decision March 18, 2004; revision accepted May 11, 2004.
From the Division of Pharmacoepidemiology and Pharmacoeconomics (D.H.S., S.S., R.L., J.A.), Division of Rheumatology, Immunology, and Allergy (D.H.S.), Brigham and Women's Hospital, Harvard Medical School, Boston, Mass.
Correspondence to Daniel H. Solomon, MD, MPH, Division of Pharmacoepidemiology, Brigham and Women's Hospital, 1620 Tremont Street, Suite 3030, Boston, MA 02120. E-mail dhsolomon@partners.org
© 2004 American Heart Association, Inc.
*Hypertension* is available at http://www.hypertensionaha.org      DOI: 10.1161/01.HYP.0000136134.31846.83

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

expenses for low-to-moderate income elderly with annual household incomes of between $10 000 and $20 000. Reimbursement for COX-2 specific inhibitors and nonspecific NSAIDs were without restrictions for both of these state programs.

To be included in this study, participants had to be enrolled, active users of Medicare and the respective prescription drug benefit program for 2 consecutive years out of the 3-year study period, 1998 to 2000. Active use was demonstrated by presence in the program eligibility files, filling a prescription, and any health care claim in each 6-month period of the 2 consecutive years. We further required that during the first 2 consecutive study years study subjects have no prior diagnosis of hypertension (ICD-9-CM 401 to 405) and no use of any medications that are typically used to lower blood pressure. This included all antihypertensive agents from the following categories: nonloop diuretics, $\beta$ blockers, calcium-channel blockers, angiotensin-converting enzyme inhibitors, angiotensin-receptor blockers, $\alpha$ blockers, direct vasodilators, and combination products from the above categories.

In this pool of eligible patients, new onset hypertension (case-defining event) was defined as a new diagnosis of hypertension and the filling of at least 1 prescription for 1 of the aforementioned antihypertensive agents. Four controls were randomly selected for each case using a random number generator. They were selected from all eligible patients who had not yet become cases. The date of diagnosis of hypertension was considered the index date for cases, and a randomly selected date of filling another medication was considered the index date for controls. The index dates of controls were frequency-matched to those of cases.

All patient identifiers were deleted from the study database after data sources were linked. The study protocol was approved by the Institutional Review Board of Brigham and Women's Hospital.

## COX-2 Specific Inhibitor and Nonspecific NSAID Use

The study database contained information on all prescription drugs filled by eligible beneficiaries, including drug name, dosage, frequency, and days supply. Based on the hypothesis that the impact of specific and nonspecific NSAIDs on blood pressure was relatively rapid, we examined an exposure period from 1 to 90 days before the index date for use of celecoxib, rofecoxib, or nonspecific NSAIDs. Patients were considered exposed to these medications if they had an active prescription on the day before the index date. Patients with prescriptions for >1 of the drug categories during this time were excluded from the analyses.

Low and high dosage of the 2 available COX-2 specific inhibitors were defined a priori based on their modal dosage. For celecoxib, prescriptions were considered to be low dosage if the daily use was ≤200 mg and high dosage if daily dose was >200 mg. For rofecoxib, low dosage was defined as daily dose ≤25 mg and high dosage as >25 mg per day. We also categorized 2 duration categories: 1 to 30 days ("short") and 31 to 90 days ("long").

## Covariates

Covariates were defined based on data from the 12 months before the index date. Although information for most of these patients and covariates is available for longer than 12 months, we restricted the ascertainment to this period to reduce any potential for bias that might arise because of varying lengths of covariate assessment. The covariates included age, gender, race, prior hospitalization, number of visits for ambulatory care, number of comorbid medical conditions,[11] use of oral glucocorticoids, coronary artery disease, diabetes, rheumatoid arthritis, and osteoarthritis. The count of comorbid condition excluded congestive heart failure, renal disease, coronary artery disease, liver disease, and diabetes because these were included as separate covariates. Coronary artery disease was defined based on diagnoses or procedures indicating the presence of a myocardial infarction, angina, or coronary revascularization.

Several variables of interest were not available within the study database, including body mass index, tobacco use, and socioeconomic status. In theory, these variables could be differentially related

to COX-2 specific inhibitor exposure, nonspecific NSAID exposure, and hypertension.[12,13,14] We, therefore, analyzed data from the Medicare Current Beneficiary Survey,[15] a representative in-home survey with a 97% response rate conducted among 10 479 beneficiaries in 1999.[16] Beneficiaries' body mass index, tobacco use, and socioeconomic status were compared between those reporting use of celecoxib (n=659), rofecoxib (n=283), or a nonspecific NSAID (n=1,655). These analyses showed that body mass index was almost identical in both groups of COX-2 specific inhibitor users (celecoxib 27.5 kg/m² versus rofecoxib 27.2 kg/m², $P$=0.4) and similar to nonspecific NSAID users (27.7 kg/m², $P$=0.4 versus COX-2 specific inhibitor users). Current tobacco use was similar in users of each COX-2 specific inhibitor (celecoxib 11.1% versus rofecoxib 10.3%, $P$=0.9) and was lower than nonspecific NSAID users (15.9%, $P$<0.0001 versus COX-2 specific inhibitor users). There were no differences in educational attainment ($P$=0.11) or income status ($P$=0.8) between celecoxib and rofecoxib users. Based on these findings, it is not likely that a comparison of rofecoxib versus celecoxib with regard to the incidence of hypertension is significantly biased away from the null by body mass index, current tobacco use, or socioeconomic status.

## Analyses

We first examined the unadjusted relationships between each drug exposure category and new onset hypertension using contingency tables with $\chi^2$ tests. Each exposure group was sequentially compared with every other category of exposure as the reference group. For example, patients taking rofecoxib were compared with 3 distinct reference groups: unexposed to any NSAID, users of nonspecific NSAIDs, and patients taking celecoxib. We then built multivariable logistic regression models by placing all potential covariates in separate models for each exposure and using backward selection with a threshold for removal of $P$>0.2. The only variables that did not remain in at least 1 model were the use of oral glucocorticoids and rheumatoid arthritis. All other variables were therefore used in constructing the final multivariable logistic regression models. Dosage and duration were explored in similar models where celecoxib and rofecoxib were compared with the relevant dosage or duration of the reference exposures.

Finally, we studied several subgroups of patients hypothesized a priori to be at an increased risk of COX-2 specific inhibitor-induced hypertension. COX-2 specific inhibitors are metabolized within the liver[17] and, thus, we were interested whether patients with known cirrhosis would be at a higher risk of hypertension. Nonspecific NSAID hypertension is thought to be mediated by the inhibition of prostaglandin-dependent counter-regulatory mechanisms in patients with low intrarenal blood flow.[5] We therefore determined whether the use of these drugs in patients with chronic renal disease or congestive heart failure, 2 conditions associated with low intravascular blood volume, increased the risk of hypertension. To test for this, we stratified the population based on chronic renal disease,[18] liver disease, or congestive heart failure and then assessed exposure states in multivariable logistic regression models. All analyses were performed using SAS (SAS Institute, version 8.0).

## Results

During the 1999 to 2000 study period, 3915 patients were diagnosed and began treatment for hypertension; 4 controls were selected for every case. We assessed the characteristics of patients in each drug exposure category (Table 1). Patients were similar across all groups with respect to age. Users of nonspecific NSAIDs or COX-2 specific inhibitors were more likely to be women; the gender distribution was similar for celecoxib and rofecoxib users. The majority of patients in all exposure categories were white, and few patients had recently spent time in nursing homes. About a quarter of all patients had been hospitalized in the prior year; this was slightly more common in rofecoxib users. Coronary artery disease was

The material on this page was copied from the collection of the National Library of Medicine and may be protected by U.S. Copyright law.

TABLE 1.   Characteristics of Study Population by Drug Exposure Status at Index Date

| Baseline Characteristic | Nonspecific NSAID | Celecoxib | Rofecoxib | Unexposed |
|---|---|---|---|---|
| No. (%) | 869 (100) | 878 (100) | 386 (100) | 15711 (100) |
| Age, mean±SD | 78±7 | 80±7 | 79±7 | 79±7 |
| Gender, female | 726 (84) | 756 (86) | 332 (86) | 12551 (80) |
| Race, white | 827 (95) | 845 (96) | 377 (98) | 14823 (94) |
| Nursing home resident | 37 (4) | 55 (6) | 23 (6) | 917 (6) |
| Recently hospitalized | 167 (19) | 212 (24) | 113 (29) | 3890 (25) |
| Diabetes mellitus | 198 (23) | 187 (21) | 73 (19) | 3541 (23) |
| Coronary artery disease | 49 (6) | 57 (6) | 42 (11) | 1242 (8) |
| Loop diuretic use | 52 (6) | 71 (8) | 27 (7) | 948 (6) |
| Rheumatoid arthritis | 123 (14) | 131 (15) | 45 (12) | 676 (4) |
| Osteoarthritis | 479 (55) | 595 (68) | 267 (69) | 4937 (31) |
| Oral glucocorticoid use | 53 (6) | 74 (6) | 44 (11) | 1070 (7) |
| Comorbid conditions, mean±SD | 1.7±1.8 | 1.9±1.7 | 1.9±2.0 | 1.9±1.9 |
| No. of medications, mean±SD | 8±5 | 8±5 | 9±5 | 7±5 |
| No. of physician visits, mean±SD | 9±7 | 10±7 | 11±8 | 8±7 |
| No. of patients with new onset hypertension | 203 (23) | 181 (21) | 106 (27) | 3425 (22) |

N (%) unless noted.

slightly more common in patients taking rofecoxib (11%) than celecoxib (6%) or nonspecific NSAIDs (6%). As expected, rheumatoid arthritis and osteoarthritis were much more common in patients taking a nonspecific NSAID or COX-2 specific inhibitor than in the unexposed group. Users of rofecoxib were slightly more likely to take oral glucocorticoids than the other exposure groups. Comorbid conditions, medication use, and number of physician visits were similar across all groups. Cases were more likely to be nonwhite, have diabetes and coronary artery disease, and be nonusers of loop diuretics than controls. Otherwise, cases and controls were similar.

The results of the multivariable logistic regression models are presented in Table 2. Rofecoxib use was associated with a significantly increased relative risk of new onset hypertension compared with patients taking celecoxib (odds ratio [OR] 1.6; 95% confidence interval [CI], 1.2 to 2.1), taking a nonspecific NSAID (OR 1.4; 95% CI, 1.1 to 1.9), or taking no NSAID (OR 1.6; 95% CI, 1.3 to 2.0). Celecoxib was not associated with an increased relative risk of new onset hypertension in any of these models.

There did not appear to be a clear dose or duration relationship between either COX-2 specific inhibitor and new onset hypertension (Table 3). There was no difference in relative risk between low- and high-dosage of rofecoxib compared with the low- and high-dosage reference groups, or between short and long duration use of celecoxib and the respective reference groups. Long duration rofecoxib

TABLE 2.   Multivariable Adjusted Associations Between COX-2 Specific Inhibitors and Hypertension, 1999–2000

| Variable of Interest | Reference Group | | | | |
|---|---|---|---|---|---|
| | Unexposed | | Nonspecific NSAID | | Celecoxib |
| **Exposure** | | | | | |
| Celecoxib | ... | 1.0 (0.9–1.2) | ... | 0.9 (0.7–1.1) | ... |
| Rofecoxib | 1.6 (1.3–2.0) | ... | 1.4 (1.1–1.9) | ... | 1.6 (1.2–2.1) |
| **Covariates** | | | | | |
| Age≥75 years | 1.2 (1.1–1.3) | 1.2 (1.1–1.3) | 1.4 (1.0–1.8) | 1.4 (1.1–1.8) | 1.1 (0.8–1.5) |
| Male gender | 0.9 (0.9–1.0) | 0.9 (0.9–1.0) | 1.2 (0.8–1.7) | 1.1 (0.8–1.5) | 0.9 (0.6–1.4) |
| White race | 0.6 (0.6–0.7) | 0.6 (0.5–0.7) | 0.8 (0.4–1.6) | 0.5 (0.3–0.8) | 0.6 (0.3–1.2) |
| Hospitalization in prior year | 1.1 (1.0–1.2) | 1.1 (0.9–1.2) | 1.0 (0.7–1.5) | 0.8 (0.6–1.1) | 0.9 (0.6–1.4) |
| Nursing home resident in prior year | 0.8 (0.6–0.9) | 0.7 (0.5–0.9) | 0.8 (0.4–1.7) | 0.3 (0.1–0.7) | 0.7 (0.3–1.4) |
| Diabetes mellitus | 1.0 (0.9–1.1) | 1.3 (1.2–1.5) | 1.1 (0.7–1.5) | 1.1 (0.8–1.4) | 1.1 (0.7–1.5) |
| Coronary artery disease | 1.8 (1.5–2.0) | 1.8 (1.6–2.1) | 1.2 (0.7–2.1) | 1.8 (1.1–2.8) | 1.3 (0.8–2.2) |
| Osteoarthritis | 1.0 (0.9–1.1) | 1.0 (0.9–1.1) | 1.0 (0.8–1.3) | 0.9 (0.7–1.2) | 0.7 (0.5–1.0) |

Adjusted odds ratio (95% CI). All variables are adjusted for all others listed as well as physician visits in prior year, number of different medications, and comorbid illnesses (described in text).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

TABLE 3.   Multivariable Adjusted Associations Between COX-2 Specific Inhibitor Dosage and Duration and Hypertension, 1999–2000

| Variable of Interest | No. | Reference Group* | | |
|---|---|---|---|---|
| | | Unexposed | Nonspecific NSAID | Celecoxib |
| Celecoxib | | | | |
| ≤200 milligrams | 692 | 1.0 (0.8–1.2) | 0.9 (0.6–1.1) | ... |
| >200 milligrams | 186 | 1.2 (0.8–1.7) | 1.1 (0.6–1.7) | ... |
| Rofecoxib | | | | |
| ≤25 milligrams | 359 | 1.6 (1.2–2.0) | 1.4 (1.0–1.9) | 1.6 (1.2–2.2) |
| >25 milligrams | 27 | 1.6 (0.6–4.2) | 1.2 (0.4–4.5) | 1.8 (0.5–5.7) |
| Celecoxib | | | | |
| 1–30 days | 762 | 1.4 (1.0–1.9) | 0.8 (0.5–1.3) | ... |
| >30 days | 116 | 0.9 (0.7–1.1) | 0.9 (0.7–1.2) | ... |
| Rofecoxib | | | | |
| 1–30 days | 347 | 1.9 (1.2–2.8) | 1.1 (0.7–2.0) | 1.3 (0.8–2.3) |
| >30 days | 39 | 1.5 (1.1–2.0) | 1.5 (1.0–2.1) | 1.6 (1.1–2.2) |

Adjusted odds ratio (95%, CI). All exposures were adjusted for age, gender, race, recent hospitalizations, recent nursing home stays, number of physician visits and medications in prior year, number of comorbid conditions, and the presence of diabetes mellitus, coronary artery disease, and osteoarthritis.

*The reference group is always similar in dosage and duration to the exposure group, for example use of low-dosage celecoxib is compared with use of low-dosage nonspecific NSAID.

was associated with a slightly higher risk (OR 1.5; 95% CI, 1.0 to 2.1) than short duration rofecoxib (OR 1.1; 95% CI, 0.7 to 2.0) when compared with nonspecific NSAIDs. Similar trends were seen when rofecoxib use of long duration (OR 1.6; 95% CI, 1.1 to 2.2) and short duration (OR 1.3; 95% CI, 0.8 to 2.3) were compared with celecoxib.

In the clinical subgroups shown in Table 4, patients with chronic renal disease who took rofecoxib appeared to be at a higher relative risk for developing new onset hypertension than patients taking celecoxib (OR 5.3; 95% CI, 0.6 to 43.7), although with a wide CI because of the relatively small number of patients. The presence of congestive heart failure did not appear to identify a subgroup at significantly increased risk for COX-2 specific inhibitor–associated hypertension. There were too few patients with liver disease to estimate the relative risks of hypertension. When all strata were combined (renal disease, liver disease, or congestive heart failure), patients taking rofecoxib had a relative risk of new onset hypertension that was more than 2-fold higher than that seen in comparable patients taking celecoxib (OR 2.1; 95% CI, 1.0 to 4.3).

## Discussion

We conducted a case-control study to examine the potential relationship between the 2 COX-2 specific inhibitors available during the study period, celecoxib and rofecoxib, and new-onset hypertension. The possibility of a relationship between these agents and hypertension had been raised in prior reports, particularly for rofecoxib.[10] When compared with celecoxib users, patients who used rofecoxib were significantly more likely to develop new onset of hypertension. These relationships were seen when either COX-2 specific inhibitor was compared with nonspecific NSAID users or when compared to patients unexposed to either type of agent.

TABLE 4.   Association Between COX-2 Specific Inhibitors and Hypertension in High Risk Subgroups, 1999–2000

| Exposure (Reference) | Renal Disease (n=648) | | Congestive Heart Failure (n=1972) | | Renal, CHF, or Liver Disease (n=2539) | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| Rofecoxib (unexposed) | 1.5 (0.6–3.9) | 1.6 (1.2–2.0) | 1.3 (0.7–2.4) | 1.7 (1.3–2.2) | 1.5 (0.9–2.5) | 1.6 (1.3–2.1) |
| Celecoxib (unexposed) | 0.5 (0.2–1.5) | 1.1 (0.9–1.3) | 0.8 (0.4–1.3) | 1.1 (0.9–1.3) | 0.7 (0.4–1.1) | 1.1 (0.9–1.3) |
| Rofecoxib (NSAID) | 2.9 (0.1–68.9) | 1.4 (1.0–1.8) | 0.9 (0.4–2.1) | 1.5 (1.1–2.1) | 1.2 (0.6–2.5) | 1.4 (1.0–2.0) |
| Celecoxib (NSAID) | ... | 0.9 (0.7–1.1) | 0.6 (0.3–1.3) | 0.9 (0.7–1.2) | 0.7 (0.3–1.3) | 0.9 (0.7–1.2) |
| Rofecoxib (celecoxib) | 5.3 (0.6–43.7) | 1.5 (1.1–2.1) | 1.8 (0.8–4.3) | 1.6 (1.1–2.1) | 2.1 (1.0–4.3) | 1.5 (1.1–2.0) |

Adjusted odds ratio (95%, CI). CHF indicates congestive heart failure; ellipses, there were too few people in this exposure category to produce an interpretable estimate.

The stratified analysis for liver disease is not shown because there were too few patients with liver disease to make meaningful comparisons. All exposures were adjusted for age, gender, race, recent hospitalizations, recent nursing home stays, number of physician visits and medications in prior year, number of comorbid conditions, the presence of diabetes mellitus, coronary artery disease, and osteoarthritis.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

These findings are consistent with the findings from randomized trials in smaller groups of patients receiving protocolized care. Data from the VIGOR trial comparing rofecoxib to naproxen suggested the possibility that rofecoxib may be associated with an increased frequency of clinically significant hypertension. In secondary analyses available from the Food and Drug Administration,[9] subjects taking rofecoxib had a 3.6 mm increase in systolic blood pressure compared with naproxen users. This translated into a 9.7% rate of hypertension as an adverse event in subjects randomized to rofecoxib compared with 5.5% in those randomized to naproxen. Data from the Celecoxib Long-term Arthritis Safety Study (CLASS) trial suggest that the rates of hypertension in celecoxib users were about equal to patients using nonspecific NSAIDs, 2.7% versus 3.4%.[7] Comparison of these data are limited by diverse study populations and slightly different definitions of hypertension. However, another study compared the blood pressure effects of celecoxib to rofecoxib in a head-to-head randomized controlled trial.[10] More than 1000 patients with osteoarthritis and stable hypertension were recruited and followed for 6 weeks with blood pressure measurements at baseline and at weeks 1, 2, and 6. Subjects were randomized to receive celecoxib 200 mg per day or rofecoxib 25 mg per day, the most common dosages used of these medicines. During the study, 14.9% of subjects using rofecoxib reached the criteria for worsening systolic hypertension with at least a 20 mm increase in blood pressure. This compared with 6.9% of subjects taking celecoxib (*P*<0.001). Diastolic blood pressure changes were not significantly different.

These findings must be interpreted in light of the study's limitations, many of which are common to studies that use health care claims databases. It is possible that doctors diagnosed hypertension and prescribed antihypertensive medications differentially to patients taking different NSAIDs and COX-2 specific inhibitors. Because this study used data from 1999 to 2000, a time before published data regarding possible differences in these agents, we think this is very unlikely. Medications used for hypertension are used for many other indications, including congestive heart failure and angina, so that we may have misclassified some patients as having hypertension who did not. We applied conservative definitions requiring a diagnosis of hypertension as well as use of medications that lower the blood pressure. These definitions were applied equally across all relevant exposures. Hence, if there was substantial nondifferential misclassification, it would have biased all findings toward the null. The study database does not include use of over-the-counter medications, such as several nonspecific NSAIDs. However, use of these agents is less common than prescription agents in a lower income population with full drug coverage, such as the one studied. As well, it would be unlikely that use of over-the-counter nonspecific NSAIDs occurred differentially across the two COX-2 specific inhibitor groups. Other unmeasured factors may confound these results. We did examine several potential confounders in a different Medicare cohort (such as body mass index, tobacco use, and socioeconomic status) and found that the bias would have been toward the null in comparisons between COX-2 specific inhibitors

and nonspecific NSAIDs. However, there is the possibility for residual confounding. Finally, the study cohorts included only patients enrolled in a drug benefit program for low-to-moderate income elderly. It will be important for hypertension to be studied in other populations taking these agents.

It is not clear why there may be differences in the effect on blood pressure between rofecoxib and celecoxib. These effects may be specific to the individual molecular structure of the 2 different molecules,[19] but this issue needs further examination so that the safety of these agents can be improved. Data from rat models of hypertension suggest that celecoxib but not rofecoxib may be associated with improvements in endothelial function and reductions in oxidative stress, but this finding has not been reported in all studies.[5,6] There are other examples of specific agents in a medication class with distinct side effect risks, such as bromfenac, a nonspecific NSAID, with a higher than typical risk of hepatotoxicity[20] and cerivastatin, a lipid-lowering agent that is associated with rhabdomyolysis at increased rates compared with other statins.[21]

## Perspectives

We found that rofecoxib was associated with an increased relative risk of new onset hypertension requiring treatment compared with celecoxib, nonspecific NSAIDs, and no NSAID. This relative risk appeared to be increased for patients taking rofecoxib who also had renal disease, liver disease, or congestive heart failure. Although this study cannot prove causality, it adds significant new information about the risk of hypertension requiring treatment for patients taking rofecoxib seen in typical practice.

## Acknowledgments

This work was supported by an unrestricted research grant to Brigham and Women's Hospital from Pfizer. D.H.S. is also supported by grants from the Arthritis Foundation and National Institutes of Health (AR48616 and AR48264). All aspects of the study design, analyses, and presentation were under complete control of the study authors.

## References

1. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. *Ann Intern Med.* 1994;121:289–300.
2. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. *JAMA.* 1994;272:781–786.
3. Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2 selective inhibitors. *Am J Nephrol.* 2001;21:1–15.
4. Chenevard R, Hurlimann, D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. *Circulation.* 2003;107:405–409.
5. Hermann M, Camici G, Fratton A, Hurlimann D, Tanner FC, Hellermann JP, Fiedler M, Thiery J, Neidhart M, Gay RE, Gay S, Luscher TF, Ruschitzka F. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial dysfunction in salt-induced hypertension. *Circulation.* 2003;108:2308–2311.
6. Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. *J Am Coll Cardiol.* 2003;42:1747–1753.
7. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS. Gastrointestinal toxicity

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

with celecoxib versus nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study. JAMA. 2000;284: 1247–1255.

8. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B. Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520–1528.

9. Arthritis Advisory Committee–FDA Briefing Information, NDA 21–042/S007, Vioxx (Rofecoxib). FDA Medical Officer's Cardiovascular Review; 22–23. Available at: http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf. Accessed March 4, 2003.

10. Whelton A, White WB, Bello AE, Puma JA, Fort JG for the SUCCESS-VII Investigators. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol. 2002;90:959–963.

11. Romano R, Roos LL, Jollis JG. Adapting a clinical comorbidity index for use with ICD-9-CM administrative data: differing perspectives. J Clin Epidemiol. 1993;46:1075–1079.

12. Palmieri V, de Simone G, Arnett DK, Bella JN, Kitzman DW, Oberman A, Hopkins PN, Province MA, Devereux RB. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance. Am J Cardiol. 2001;88:1163–1168.

13. Weir MR, Maibach EW, Bakris GL, Black HR, Chawla P, Messerli FH, Neutel JM, Weber MA. Implications of a health lifestyle and medication

analysis for improving hypertension control. Arch Intern Med. 2000;160: 481–490.

14. Kington RS, Smith JP. Socioeconomic status and racial and ethnic differences in functional status associated with chronic diseases. Am J Pub Health. 1997;87:805–810.

15. Adler GS. A profile of the Medicare Current Beneficiary Survey. Health Care Financing Review. 1994;15:153–163.

16. Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Assessment of bias by unmeasured confounders in pharmacoepidemiologic claims data studies using external data. Epidemiology. In press.

17. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med. 2001;345:433–442.

18. Avorn J, Winkelmayer WC, Bohn RL, Levin R, Glynn RJ, Levy E, Owen WF. Delayed nephrologist referral and inadequate vascular access in patients with advanced kidney failure. J Clin Epidemiol. 2002;55: 711–716.

19. Whelton A, Fort JG, Puma JA, Normandin D, Bellow AE, Verbrug KM, for the Success VI Study Group. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Therapeutics. 2001;8:85–95.

20. Moses PL, Schroeder B, Alkhatib O, Ferrentino N, Suppan T, Lidofsky SD. Severe hepatotoxicity associated with bromfenac sodium. Am J Gastroenterol. 1999;94:1393–1396.

21. Staffa JA, Chang J, Green L. Cerivastatin and reports of fatal rhabdomyolysis. N Engl J Med. 2002;346:539–540.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2003; **12**: 67–70
Published online 24 December 2002 in Wiley InterScience (www.interscience.wiley.com). **DOI**: 10.1002/pds.798

ISPE COMMENTARY

# COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease

Wayne A. Ray PhD[1]*, Thomas M. MacDonald MD[2], Daniel H. Solomon MD, MPH[3], David J. Graham MD, MPH[4] and Jerry Avorn MD[3]

[1]Vanderbilt University School of Medicine, Nashville, TN, USA
[2]MEMO, Department of Clinical Pharmacology & Therapeutics, University of Dundee, Ninewells Hospital & Medical School, Dundee, UK
[3]Harvard Medical School, Brigham & Women's Hospital, Boston, MA, USA
[4]Food and Drug Administration, Rockville, MD, USA

## INTRODUCTION

Non-steroidal anti-inflammatory drugs (NSAIDs) are among the most widely prescribed drugs in clinical practice. Gastrointestinal (GI) complications, including gastric mucosal ulceration, haemorrhage or perforation, are among the most common side effects observed with NSAIDs. A new class of drugs, the selective cyclo-oxygenase 2 (COX-2) inhibitors, have recently been marketed as alternatives to conventional NSAIDs on the basis of lower risks of GI adverse effects. Two leading members of this class are rofecoxib (Vioxx®, marketed by Merck) and celecoxib (Celebrex®, marketed by Pfizer/Pharmacia).

Two recent developments have led to an increased interest in the association between the selective COX-2 inhibitors and cardiovascular disease. Firstly, we now have a greater understanding of how these drugs may affect the mechanisms that underlie coronary heart disease. Secondly, the results of the VIGOR trial showed an increased risk of acute myocardial infarction (MI) in patients receiving rofecoxib, compared to patients receiving naproxen (a non-selective NSAID).[1] This article is based upon presentations at the 'Hot Topics' session of the 18th International Conference on Pharmacoepidemiology,

held in Edinburgh, UK on 21 August 2002 where this topic was discussed.

## MECHANISMS

NSAIDs inhibit the COX enzymes, which metabolise arachidonic acid to produce prostaglandins. Different NSAIDs exhibit varying degrees of selectivity for the two isoforms of COX, COX-1 and COX-2. The ability of an NSAID to inhibit an enzyme is expressed as the $IC_{50}$—the concentration of drug required to reduce enzyme activity by 50%. The selectivity of a given NSAID can be expressed by the ratio COX-2 $IC_{50}$/ COX-1 $IC_{50}$: drugs which are more COX-2 selective have smaller ratios than drugs that are less selective for COX-2. The *in vivo* effects of a given drug on the two COX enzymes will depend on both its selectivity and plasma concentration. Whereas COX-1 is constitutively expressed in many tissues, including endothelial cells, COX-2 expression is induced by inflammatory mediators such as cytokines, phorbol esters, lipopolysaccharides and growth factors. COX-2 is also induced by smooth muscle cell injury and in the endothelium as a result of shear stress.[2]

COX-1, found in platelets, mediates the production of thromboxane A2 (TXA2), a prostaglandin vasoconstrictor which activates platelets and has arrythmogenic properties.[3–5] Induction of COX-2 in the endothelium results in the production of prostacyclin (PGI2), a potent vasodilator that inhibits platelet

*Correspondence to: Professor W. Ray, Vanderbilt University School of Medicine, A-1124, MCN, Nashville, TN 37232, USA.
E-mail: wayne.ray@mcmail.vanderbilt.edu

Copyright © 2002 John Wiley & Sons, Ltd.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

68                                    W. A. RAY ET AL.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

aggregation and prevents cardiac arrhythmias.[4] Use of a highly selective COX-2 inhibitor, such as rofecoxib or celecoxib, will inhibit PGI2 production but not TXA2 production.[6] This provides a potential mechanism for an increased risk of thrombus formation in patients who receive highly selective COX-2 inhibitors, since use of these drugs might result in unopposed TXA2 production. Another, more controversial mechanism involves ischaemic preconditioning, which protects the myocardium against further episodes of ischaemia.[7] There is conflicting data on this topic—two studies have suggested that COX-2 inhibitors improve outcomes in ischaemic heart disease,[8,9] but other studies have suggested the reverse.[10,11] Thus, there are plausible mechanisms that could explain why COX-2 inhibitors may be associated with an increased risk of cardiovascular events.

## VIGOR AND CLASS

Non-selective, non-aspirin NSAIDs are associated with a number of cardiovascular adverse events, including an increased risk of hypertension.[12] NSAID users are more likely to be hospitalised for congestive heart failure (CHF) than non-users and NSAIDs may be responsible for 19% of hospitalisations for CHF.[13] There is currently a controversy over whether cardiovascular adverse effects associated with the selective COX-2 inhibitors on the cardiovascular system are similar to those of conventional NSAIDs or if there are some particular concerns relating to these newer drugs. Data from two randomised clinical trials, VIGOR and CLASS, have fuelled this debate.[1,14]

The VIGOR trial enrolled 8076 patients with rheumatoid arthritis, who were randomly assigned to rofecoxib (50 mg qd), or naproxen (500 mg bid), an established non-selective NSAID. MI occurred in 0.4% of patients receiving rofecoxib compared to 0.1% of patients receiving naproxen.[1] These data may reflect an increased risk of MI associated with rofecoxib; a decreased risk associated with naproxen; or a combination of both effects. Two recently published studies investigated whether naproxen has a protective effect on the risk of coronary heart disease.[15,16] A large case-control study of patients receiving naproxen or other NSAIDs between 1991 and 1995 reported a 16% reduction in the risk of MI in patients receiving naproxen compared to any NSAID and a 20% reduction in risk for naproxen compared to ibuprofen.[15] An observational cohort study of 181 441 patients aged 50–84 years receiving NSAIDs between 1987 and 1998 found no protective

effect of naproxen or other non-aspirin NSAIDs, however.[16] These studies suggest that any potential protective effect of naproxen does not fully account for the findings in the VIGOR study.

The US Food and Drug Administration (FDA) has reviewed the New Drug Application (NDA) 6-month data for rofecoxib.[17] A dose-response relationship was observed between the dose of rofecoxib and the occurrence of hypertension, oedema and elevations in creatinine. In addition, there was a dose-response relationship for elevations in both systolic and diastolic blood pressure over 6 months of treatment with rofecoxib. When the longer term safety data were reviewed (in patients receiving rofecoxib for 6–21 months), a dose-response relationship was also observed for hypertension and oedema, but not for creatinine.[17]

The CLASS trial enrolled 8000 patients with arthritis and compared celecoxib (400 mg bid) with two established NSAIDs, diclofenac (75 mg bid) or ibuprofen (800 mg tid).[14] In this study, there was no significant difference between the incidence of MI in the patients taking celecoxib or other NSAIDs: it was 0.3% for all patients in both groups (including patients who were also taking aspirin).[14]

## ROFECOXIB DOSE

The dose of rofecoxib used in the VIGOR trial was 50 mg qd.[1] This was twice the maximum dose currently approved by the FDA for chronic treatment of osteoarthritis (12.5–25 mg).[17] Rofecoxib 50 mg is approved as a short term treatment (for up to 5 days) for acute pain.[17] The extent of usage of rofecoxib at doses of >25 mg has been evaluated using information from the Tennessee Medicaid programme.[18] There was a high prevalence of NSAID use in the cohort of patients studied and COX-2 selective inhibitors accounted for 46% of NSAID use. There was no evidence that rofecoxib was channelled away from, or towards, patients with cardiovascular risk factors. (Although others have found evidence for such channelling in other populations[19]). Use of rofecoxib at doses >25 mg was relatively common, however. Approximately 15% of patients initiating treatment with rofecoxib received doses >25 mg and 87% of these patients had prescriptions for a 30 day supply of the drug.[18]

## IS THERE A GENERAL COX-2 EFFECT?

There is a controversy over whether there is a general COX-2 inhibitor cardiovascular effect or if some

Copyright © 2002 John Wiley & Sons, Ltd.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

ISPE COMMENTARY

69

adverse events are specific to different members of this drug group. To address this issue, a retrospective cohort study has been performed to investigate the association between selective COX-2 inhibitors and serious coronary heart disease (CHD). The study involved patients aged 50–84 years participating in the Tennessee TennCare programme between 1 January 1999 and 30 June 2001.[20] The primary endpoint was serious CHD, defined as MI hospitalisations, plus death due to CHD identified from death certificates. All periods of NSAID use, and also events in new users of NSAIDS, were analysed. Data from more than 202 000 non-users of NSAIDS were compared with those for approximately 22 000 patients receiving celecoxib and approximately 20 000 patients receiving rofecoxib at doses of ≤25 mg. Results were adjusted for age and sex.

There was no evidence of an increased risk of serious CHD in all individuals receiving naproxen, ibuprofen or celecoxib compared to individuals who did not receive an NSAID. There was also no evidence of increased risk for doses of rofecoxib ≤25 mg, but for higher doses (>25 mg), the risk of serious CHD approached significance ($p = 0.058$) for all users. In new users of rofecoxib at higher doses, there was a significant increase in risk of serious CHD, however ($p = 0.024$).[20] Similar results were obtained when doses of rofecoxib >25 mg were compared with celecoxib: the risk of CHD approached significance in all users ($p = 0.056$) and attained significance in new users ($p = 0.014$).[20] The number of patients receiving rofecoxib >25 mg was relatively low (approximately 4000 patients) and these preliminary findings need to be confirmed in a larger study. Nevertheless, this study provides no evidence for a cardiovascular class effect of COX-2 specific inhibitors. Pending further information, long term use of high dose rofecoxib (>5 days) should probably be avoided.

## PHARMACOEPIDEMOLOGIC IMPLICATIONS

What are the implications of the COX-2 inhibitor story in terms of pharmacoepidemiology? It illustrates the fact that new risks will become apparent only when a drug is in widespread use. After a new drug is approved, the dosing and indications in routine use are likely to differ from those in the pivotal studies leading to registration. One question is whether proactive surveillance should begin with the first routine use of a new drug, with the aim of shortening the lead time before potential adverse effects are identified and minimising the propagation of risk. In an era of

A NOTE FROM THE ISPE COMMENTARY EDITOR

This commentary is produced on behalf of the International Society of Pharmacoepidemiology (ISPE). The opinions expressed are those of the author and not necessarily those of ISPE, or the organization by which the author is employed.

Please send commentaries, or suggestions, to the ISPE Commentary Editor at the address below. Submission by e-mail is preferred. Commentaries are to be 2000–2500 words long and will be peer-reviewed.

C. Ineke Neutel PhD,
Health Intelligence, SCOHS Inc.,
43 Bruyere Street,
Ottawa, Canada, K1N 5C8.
Tel: (613) 562-0059 Ext 1226
Fax: (613) 562-6387
E-mail: ineke@neutel.ca

blockbuster drugs, do we also need blockbuster pharmacoepidemiology? There is a growing disequilibrium between the efficiency of the drug approval process and that of post-marketing surveillance. Perhaps mandated, proactive, post-marketing surveillance, based on informed assessment of potential risks, should become a routine part of the drug approval process in the future.

## REFERENCES

1. Bombardier C, Laine L, Reicein A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343: 1520–1528.
2. Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci USA 1996; 93: 10417–10422.
3. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8): 840–845.
4. Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39: 521–522.
5. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci USA 1975; 72: 2994–2998.
6. Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63: 28–33.

Copyright © 2002 John Wiley & Sons, Ltd.

Pharmacoepidemiology and Drug Safety, 2003; 12: 67–70

70

W. A. RAY ET AL.

7. Shinmura K, Tang XL, Wang Y, et al. Cyclooxygenase-2 med-iates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci USA 2000; 97: 0197–10202.

8. Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273: 772–775.

9. Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34: 1–3.

10. Camitta MG, Gabel SA, Chulada P, et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104: 2453–2458.

11. Clement R, Das DK, Engelman RM, et al. Role of a nonster-oidal anti-inflammatory agent, ibuprofen, in coronary revascularization after acute myocardial infarction. Basic Res Cardiol 1990; 85: 55–70.

12. Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153: 477–484.

13. Page J, Henry D. Consumption of NSAIDs and the develop-ment of congestive heart failure in elderly patients: an under recognized public health problem. Arch Intern Med 2000; 160: 777–784.

14. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284: 1247–1255.

15. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162: 1099–1104.

16. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301): 118–123.

17. Cardiovascular safety review Rofecoxib http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf

18. Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Submitted.

19. MacDonald TM, Pettitt D, Goldstein J, Burke TJ, Zhao S, Morant SV. The risks of upper gastrointestinal haemorrhage (UGIH) in users of meloxicam, cyclooxygenase-2 (COX-2) specific inhibitors and other nonsteroidal anti-inflammatory drugs (NSAIDs presented at ICPE August, 2002, Edinburgh. Pharmacoepi Drug Saf 2002; 11: 512.

20. Ray WA, Stein CM, Daugherty JR, Hall K, Griffin MR. COX-2 selective NSAIDs and the risk of serious coronary heart disease. Lancet 2002; 360: 1071–1073.

Copyright © 2002 John Wiley & Sons, Ltd.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**EDITORIAL**

# Coxibs, Science, and the Public Trust

MERCK & CO (WEST POINT, PA) WITH-drew rofecoxib (Vioxx) from the market on September 30, 2004, based on unpublished data from their own APPROVe trial (2004), a randomized placebo-controlled study of 2600 patients (mean age, 60 years) with a history of adenomatous polyps who were taking 25 mg of rofecoxib daily. Only a minority of these patients had a known history of coronary artery disease. In fact, those with ischemic events in the prior year were excluded from the study. Patients randomized to rofecoxib were found to have an approximately 2-fold increase in the rate of cardiovascular events compared with those randomized to placebo. Merck reported that this difference did not become statistically significant until 18 months after study inception.

### See also pages 161, 171, 181, and 189

The dramatic withdrawal of such a widely used and widely promoted drug 5 years after it was introduced to the market raises many questions concerning drug policy, scientific evidence, and treatment alternatives. Several of these questions are raised by articles in this issue of the ARCHIVES.[1,2] A more thoughtful approach to these issues by regulators, industry, clinicians, and researchers could help avoid similar episodes in the future.

### DRUG POLICY: WHAT ROLE FOR POSTMARKETING SURVEILLANCE?

To hasten the approval of potentially life-saving drugs, the US Food and Drug Administration (FDA) revamped its review process in the mid 1990s to accept fees from drug manufacturers in return for a shorter approval time. Some form of postmarketing surveillance (phase 4) has long been requested for some drugs by the FDA, but the agency's capacity to demand that such studies be done in a timely way has been far weaker than its authority over preapproval requirements.[3] Since the mid 1990s, the proportion of drugs for which the FDA has called for postmarketing surveillance has grown to one third of all new approvals. However, a 2003 report by the agency of its portfolio of active postmarketing safety studies reveals that about half have not yet been started.[4] The removal of rofecoxib 5 years and many studies after its introduction to market raises grave concerns that the FDA's approach to postmarketing safety surveillance is not working adequately.

Data from a recent cumulative meta-analysis[5] demonstrate that evidence of the cardiovascular risks of rofecoxib was apparent at least as early as 2000, the year after the drug's approval. The VIGOR [Vioxx Gastrointestinal Outcomes Research Study] trial,[6] published in 2000, demonstrated a 4-fold increased risk of acute myocardial infarction with once-daily 50-mg doses of rofecoxib compared with twice-daily 500-mg doses of naproxen among patients with rheumatoid arthritis. While naproxen's potential cardiovascular protection might have accounted for some of this risk difference,[7,8] this possibility was speculative and clearly did not exonerate rofecoxib. Yet Merck aggressively championed the cardioprotective effect of naproxen as a sufficient explanation for the higher myocardial infarction rate seen in the VIGOR participants randomized to rofecoxib[6]; the FDA rebuked Merck for this campaign in a warning letter issued in 2001 (letter to Merck Chief Executive Officer Raymond V. Gilmartin, September 17, 2001).

In 2002, the FDA raised concerns about rofecoxib's cardiovascular safety, but the only action taken was the addition of a statement to the package insert that "caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease."[10] However, it was not known that the presumed cardiovascular risk of rofecoxib was limited to patients with a risk of cardiovascular disease. Yet by placing this warning on a list of several cautions and not in a black box, the FDA almost assured that the caution would have little influence on clinical practice. The absence of a black-box warning also allowed Merck to continue its enormous direct-to-consumer advertising campaign.

The absence of a more effective regulatory response by the FDA, despite the emergence of troubling data from the VIGOR trial[6] and a number of observational studies,[11-13] points to a serious problem in the FDA's approach to postmarketing surveillance. Even if the initial signal of increased cardiovascular risk seen in VIGOR may not have warranted immediate curtailment of the drug's use, it surely warranted aggressive and timely follow-up by both the FDA and Merck, including new clinical trials specifically targeting this question as well as immediate pharmacoepidemiologic investigation of the relationship. This was not done.

### SCIENTIFIC EVIDENCE: WHAT ROLE FOR OBSERVATIONAL STUDIES OF DRUG SAFETY?

Classically, data from randomized controlled trials have been considered the highest form of evidence for cau-

©2005 American Medical Association. All rights reserved.

sality, while results of observational studies have been viewed with greater caution. The experimental design of a randomized controlled trial offers important advantages over observational data when assessing a drug's benefit. However, such trials are rarely of adequate size or duration to detect uncommon but potentially clinically important adverse events. Moreover, such trials typically underrepresent the elderly and exclude patients with multiple comorbid illnesses or those taking many medications, precisely the type of patient at risk for the highest rates of adverse events. Thus, once drugs are out in the pharmacy, "unexpected" adverse events are common. Unless trials are redesigned with enough statistical power to detect an important range of adverse events, we should not expect that premarketing trials will yield complete safety data.

Do observational studies reflect true relationships between drugs and adverse events? The results from small case series, patient registries, or spontaneous reporting systems (such as the FDA's MedWatch) are subject to considerable bias and may not reflect true associations. Data from such studies help raise important safety concerns by demonstrating a "signal," but the lack of such a signal does not assure a drug's safety. Until adequate randomized controlled trials are performed (and with many drugs, this is never done), we will have to rely on well-performed observational studies. Carefully designed and executed, such studies can yield estimates of a drug's safety that are closer to the true relationships observed in typical practice than many randomized controlled trials. Others have demonstrated that small randomized controlled trials in patient populations that may differ from typical practice can be misleading.[14]

We participated with our colleagues in a large observational study of rofecoxib sponsored by Merck.[15] Epidemiologists from Merck helped work out several details of the study protocol and signed off on all aspects of the study design. However, when our results demonstrated an elevated risk of acute myocardial infarction with rofecoxib, Merck required a coauthor who was an employee of the company to remove her name from the article immediately prior to publication. Even after funding and agreeing with the design of the study, Merck publicly discredited our findings in May 2003 because of "serious limitations to the analysis."[16]

## CLINICAL ISSUES:
## ARE OTHER COXIBS SAFE?

Many assume a class effect when assessing a drug's safety, ie, that all members of a therapeutic class will demonstrate similar safety profiles. This is a dangerous assumption, as illustrated by the fate of 3 notable examples: cerivastatin (Baycol; Bayer AG, Leverkusen, Germany), troglitazone (Rezulin; Parke-Davis/Warner-Lambert [now Pfizer, New York, NY]), and bromfenac (Duract; Wyeth-Ayerst, Madison, NJ). Each of these drugs was withdrawn from the market not long after approval, in the latter 2 cases because of liver toxicity. Other members of their therapeutic classes (statins, glitazone hypoglycemic agents, and nonsteroidal anti-inflammatory drugs) do not demonstrate the same level of risk and remain important therapeutic choices.

If the mechanism for rofecoxib-associated cardiovascular risk were known, the risk of using other coxibs (celecoxib, etoricoxib, lamuricoxib, and valdecoxib) would be easier to assess. However, many credible mechanistic explanations of rofecoxib-associated cardiovascular events exist, including an increase in hypertension, thrombosis, and reduced vascular reactivity.[1,17] All of these mechanisms, as well as others yet to be articulated, may prove to contribute to the risk observed with rofecoxib. Until these issues are worked out, and while other coxibs remain available, reasonable physicians and patients may chart different courses.

On the one hand, some patients and physicians will decide that any coxib-associated risk is too great when clear and safer alternatives exist. As demonstrated in the analysis of Dai and colleagues[2] in this issue of ARCHIVES, and in earlier work,[18] many patients taking coxibs are at low risk for the gastrointestinal toxic effects associated with the use of nonsteroidal anti-inflammatory drugs (NSAIDs) and can take a nonselective NSAID with only minimal risk. Those with moderate to high risk of NSAID-related gastrointestinal toxic effects can also be offered many evidence-based noncoxib alternatives, including traditional NSAIDs with a proton pump inhibitor or misoprostol or other analgesics. These options are particularly attractive given the scanty evidence of long-term gastroprotection afforded by the remaining widely used coxibs, celecoxib and valdecoxib.

On the other hand, when physicians and patients see no alternative to a coxib, they can take some comfort in the apparent safety record of celecoxib thus far. Numerous randomized controlled trials and observational studies have found no elevated risk of cardiovascular events with this agent. By contrast, the safety record of valdecoxib, the other coxib marketed in the United States, is much less clear. There has been 1 small published study in patients undergoing coronary artery bypass grafting that demonstrated an increased risk of thrombotic events in patients taking valdecoxib (or parecoxib, the intravenous form of valdecoxib).[19] Several other unpublished studies also suggest a risk with valdecoxib (unpublished data, 2004). In addition, a black-box warning has recently been added to valdecoxib regarding Stevens-Johnson syndrome. The safety records of etoricoxib and lamuricoxib, 2 agents under review at the FDA, are much less clear at this point.

## CONCLUSIONS: HOW CAN THE
## PUBLIC'S TRUST BE REGAINED?

Several lessons can be learned from the 5-year experience and eventual withdrawal of rofecoxib from the market. First, the current postmarketing surveillance system does not work. If the FDA is to continue to approve drugs rapidly, we should not expect that all safety issues will be understood prior to a drug's approval. The agency will need to be more effective in requiring specially designed premarketing clinical safety trials when phase II or small phase III trials suggest reason for specific concerns. Such a system should be rapidly responsive and objective, and safeguards to protect this agenda against industry influence must be put in place.

©2005 American Medical Association. All rights reserved.

Equally important will be an improved system of post-marketing surveillance, which could take many forms. Mandated postmarketing observational studies should be rigorous and timely for drugs to remain on the market; this could be accomplished by provisional approvals after phase III testing that would become final only after such assessments. Some have suggested that the oversight authority for postmarketing surveillance should be outside the FDA for organizational and political reasons, a view that seems more appealing in light of the agency's recent poor performance concerning Vioxx and the selective serotonin reuptake inhibitors.[20]

While postapproval randomized trials will have to be part of future drug safety assessments, rigorous techniques for pooling available trial data and for valid observational assessments can provide a second pillar of postmarketing surveillance. Important advances in meta-analytic techniques and observational studies should contribute to the design of any postmarketing surveillance system. Methods in pharmacoepidemiology are rapidly advancing, and data from such studies must be given proper weight in postmarketing regulatory decisions. While such studies may not "prove" causal relationships, they can raise important safety concerns that need to be immediately addressed for drugs to remain on the market.

Clinicians, regulators, and patients all must currently make clinical decisions about the remaining coxibs without perfect information. Mounting data have called the safety of valdecoxib into question, an issue that must be evaluated promptly. Fortunately, many patients taking coxibs can be switched to other equally effective and evidence-based analgesic regimens. Some with degenerative arthritis may obviate the need for analgesics by pursuing total joint arthroplasty, an underused and very effective treatment option. New safety studies of the other coxibs, including targeted randomized controlled trials, must be pursued with clear time lines and plans for action.

The market withdrawal of rofecoxib has brought to the forefront concerns about the drug safety system that have been raised before. These issues must be addressed now if we are to restore the public's confidence in the safety of our pharmacologic armementarium and provide physicians and patients with the data we all need to prescribe drugs safely.

*Daniel H. Solomon, MD, MPH*
*Jerry Avorn, MD*

**Financial Disclosure:** No specific support was provided for this article, but Drs Solomon and Avorn have received research grant support from Merck and Pfizer, manufacturers of coxibs.

**Correspondence:** Dr Solomon, Division of Pharmacoepidemiology, Brigham and Women's Hospital, 1620 Tremont St, Suite 3030, Boston, MA 02120 (dhsolomon @partners.org).

**Funding/Support:** There was no specific support for this article, but Dr Solomon's work is supported by grants AR-48616, AR-48264, and DA-15507 from the National Institutes of Health, Bethesda, Md, as well as funding from the Arthritis Foundation, Atlanta, Ga, and the Engalitcheff Arthritis Outcomes Initiative, Baltimore, Md.

## REFERENCES

1. Sowers JR, White WB, Pitt B, et al; Celecoxib Rofecoxib Efficacy and Safety in Comorbidities Evaluation Trial (CRESCENT) Investigators. The effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus. *Arch Intern Med.* 2005;165:161-168.
2. Dai C, Stafford RS, Alexander GC. National trends in cyclooxygenase 2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. *Arch Intern Med.* 2005;165:171-177.
3. Avorn J. Pulling the facts together. In: Avorn J. *Powerful Medicines: The Benefits, Risks, and Costs of Prescription Drugs.* New York, NY: Alfred A. Knopf; 2004:370-380.
4. Report on the performance of drugs and biologics firms in conducting postmarketing commitment studies. *Fed Regist.* 2003;May 21, 2003:27822-27823.
5. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. *Lancet Online.* November 5, 2004.
6. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med.* 2000;343:1520-1528.
7. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Intern Med.* 2002;162:1099-1104.
8. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. *Arch Intern Med.* 2002;162:1111-1115.
9. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. *Arch Intern Med.* 2002;162:1105-1110.
10. Vioxx [package insert]. West Point, Pa: Merck & Co; 2004.
11. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA.* 2001;286:954-959.
12. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet.* 2002;360:1071-1073.
13. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective COX-2 inhibitors and acute myocardial infarction. *Circulation.* 2004;109:2068-2073.
14. Concato J, Shah N, Horwitz RI. Randomized, controlled trials, observational studies, and the hierarchy of research designs. *N Engl J Med.* 2000;342:1887-1892.
15. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective COX-2 inhibitors and acute myocardial infarction. *Circulation.* 2004;109:2068-2073.
16. Burton TM. Merck takes author's name off Vioxx study. *The Wall Street Journal.* May 18, 2004:B1.
17. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. *N Engl J Med.* 2001;345:433-442.
18. Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J. Patterns of selective COX-2 inhibitor use: are patient or physician characteristics more important? *Am J Med.* 2003;115:715-720.
19. Ott E, Nussmeier NA, Duke PC, et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. *J Thorac Cardiovasc Surg.* 2003;125:1481-1490.
20. Wood AJ, Stein CM, Woosley R. Making medicines safer: the need for an independent drug safety board. *N Engl J Med.* 1998;339:1851-1854.

©2005 American Medical Association. All rights reserved.

**Expert report of Jerry Avorn. M.D.**
**March 20, 2006**

## I. Credentials

I am a Professor of Medicine at Harvard Medical School and Chief of the
Division of Pharmacoepidemiology and Pharmacoeconomics in the Department of
Medicine at the Brigham and Women's Hospital, one of Harvard's main teaching
hospitals. I attended Columbia University as an undergraduate; my medical training was
at Harvard Medical School, where I received the M.D. degree in 1974. In 1977 I
completed a residency in internal medicine at the Beth Israel Hospital in Boston, another
Harvard teaching hospital. I have been teaching at Harvard Medical School continuously
since the 1970s, and am currently responsible for most of the teaching in
pharmacoepidemiology there and at the Brigham and Women's Hospital; I also lecture on
that subject at the Harvard School of Public Health. I am writing the chapter on
pharmacoepidemiology for the revised edition of a textbook by faculty at our university,
*Principles of Pharmacology,* the text used in the course on that topic at Harvard.

The division I founded in the Department of Medicine comprises a staff of 22,
including eleven faculty members. We perform research on the benefits, side effects, and
cost-effectiveness of medications; the determinants and outcomes of physician
prescribing choices; and the relationship between the pharmaceutical industry, the
government, and physicians in shaping medication use, with particular reference to drug
marketing and the communication of risk and benefit information to physicians and
patients. Our division is supported from a variety of sources, primarily peer-reviewed
grants from the National Institutes of Health. We have also received research grants from
various pharmaceutical companies, including Merck. My research has been published in
numerous medical journals, including *The New England Journal of Medicine, the Journal
of the American Medical Association,* and *Circulation,* among others. I am an author of
over 200 papers in the medical literature on these topics, and have been identified as one
of the most highly cited authors in the field of social sciences (including epidemiology)
and medicine. In 2004, my book, *Powerful Medicines: the Benefits, Risks, and Costs of
Prescription Drugs,* was published by Knopf and was well reviewed in both the lay and
medical press.

In addition to pharmacoepidemiologic studies measuring medication risks, a
major focus of my research has been to understand how physicians evaluate the benefits
and risks of alternative medications in making their prescribing decisions, and how those
decisions can be improved. We have published a number of major papers in this area, and
the topic forms the basis of much of my teaching at Harvard Medical School, the Harvard
School of Public Health, and other institutions nationally and internationally. One
component of that work involves providing physicians and patients with evidence-based,
non-commercial summaries of the medical literature to help them make more accurate
drug-use decisions. We have studied this approach in several settings in multi-state
randomized controlled trials and reported the results of these interventions in *The New*

1

*England Journal of Medicine* and several other journals. We also perform such prescribing quality-improvement activities at the Brigham and Women's hospital to educate the interns, residents, and Harvard medical students in training there, and last year my colleagues and I began a large program funded by the state of Pennsylvania to provide this kind of evidence-based medication information for practicing physicians throughout that state on an ongoing basis. In addition to my own research and educational activities in this area, I have consulted internationally on the development and evaluation of programs based on my research that are designed to provide doctors with accurate, unbiased information about drug benefits and risks in countries including Canada, Great Britain, and Australia.

Since my residency I have practiced internal medicine as well as geriatrics in the ambulatory and inpatient settings at several Harvard teaching hospitals; I presently serve as senior attending physician on the General Medicine Service at the Brigham and Women's Hospital, where I supervise and teach interns, residents, and medical students.

## II. The present assignment

I was asked by plaintiffs' attorneys to consider the question of whether rofecoxib (Vioxx) increases the risk of cardiovascular disease, and to assess the methods by which Merck evaluated and managed this issue throughout the development and marketing of Vioxx. In performing these tasks I relied on publications from the peer-reviewed medical literature, publicly available material from the Food and Drug Administration, and other documents (including internal Merck communications) provided by counsel. I relied on these materials as well as my education, experience, and research, and I employed standard methodologies that are generally accepted in the scientific community.

## III. Available evidence prior to FDA approval of Vioxx

Merck's withdrawal of Vioxx (rofecoxib) in September 2004 was followed by numerous statements from company officials that they were astonished at the unanticipated finding that their drug could double the risk of heart attack or stroke. But inspection of information available in the public domain and of internal company documents provides clear evidence that Merck officials had been aware of this risk for years and failed to take reasonable action to address it.

Merck consistently promoted the advantage of its selective cox-2 inhibitor as retaining the favorable effects of suppressing the "bad" cox-2 (so as to reduce pain and inflammation) without suppressing the "good" effects of cox-1 (thus maintaining the gastric mucosa). But there was evidence as early as the 1990s that this good/bad formulation was an oversimplification of reality. Early papers made it clear that a selective cox-2 inhibitor could also suppress vital functions of cox-2 (e.g., prevention of clot formation) along with the more harmful ones (pain and inflammation). Such selective suppression would leave potentially dangerous functions of cox-1 (promotion of clot formation) relatively spared, and thus imbalanced.

2

This knowledge was clearly in place when Merck was developing Vioxx. An internal memorandum from October 1996 describes a very early clinical trial of the new drug compared to placebo (Protocol 017). Even though the trial lasted only six weeks, the committee reviewing the trial results noted that "[a]dverse events of most concern were in the cardiovascular system (e.g., MI, unstable angina...increase in blood pressure)." A plan was described to test the drug in a study in which patients would be given low-dose aspirin to protect against these cardiovascular side effects, but to my knowledge Merck never conducted any clinical trial pro-actively designed to address the crucial topic of the cardiovascular risk and safety of Vioxx in patients taking aspirin.

In 1996, Merck began planning a large-scale gastrointestinal outcomes study (which later evolved into the VIGOR trial), comparing Vioxx to a traditional NSAID. These early documents make clear that Merck anticipated an increase of cardiovascular events in patients taking Vioxx. Internal memos during this period make it clear that Merck was attempting to design a study that would demonstrate favorable results for its drug's g.i. safety, while minimizing the potential for finding more adverse cardiovascular outcomes in the Vioxx arm — whether those events were the result of Vioxx increasing cardiac risk or because Vioxx would not provide cardioprotection (having no effect on platelet function) to a population at risk for such events. A Merck scientist, Tom Musliner, wrote candidly that the new drug was likely to increase cardiac risk compared to a traditional NSAID if patients in the proposed study were not given aspirin to protect their hearts:

> there is a substantial chance that significantly higher rates of CV [cardiovascular] AE [adverse event] events (MIs, angina, strokes, TIAs, etc.) will be observed in the selective Cox-2 inhibitor group compared to the standard NSAID group, as summarized in the preceding section.

He stated the study design option starkly: "Prohibit use of low-dose aspirin and accept the risk of observing significant differences in CV rates [i.e., more heart attacks in the Vioxx group]." In the next sentence, Musliner suggested a way to obscure this problem:

> One could attempt to minimize between-group differences [in CV event rates] by excluding patients at high risk (i.e., with prior MI, angina, stroke, TIA, atrial fibrillation, valvular heart disease, peripheral vascular disease, etc.).

The company was still debating possible study designs in 1997 when Merck scientists commented on a draft protocol for what was then known as the "GI Outcomes Trial." Dr. Briggs Morrison of Merck argued that patients should be allowed to take low-dose aspirin in the trial, because "without COX-1 inhibition [that aspirin would provide] you will get more thrombotic events and kill the drug." Dr. Alise Reicin responded the same day:

3

> Low dose aspirin – I HEAR YOU! This is a no win situation!… the
> possibility of increased CV events is of great concern – (I just can't
> wait to be the one to present those results to senior management!).
> What about the idea of excluding high risk CV patients – i.e., those
> that have already had an MI, CABG, or PTCA? This may decrease the
> CV event rate so that a difference between the two groups would not
> be evident.

Basic principles of medical research, as well as sound science, make it clear that one
should not design a clinical trial with the pre-specified intention of masking negative
outcomes.

> The next day, Brian Daniels responded to the same e-mail group:

> It is clear to me that the program will be severly [sic] hurt if the
> megatrial [VIGOR] shows a win in PUBs [gastrointestinal
> perforations, ulcers, and bleeds] and a loss in MI/CVA [heart attack
> and stroke]. That is what we are setting up by not allowing ASA
> [aspirin].

These 1996 - 1997 memos indicated that the Merck officials who designed the
drug's clinical trial program were aware of the drug's potential for cardiovascular harm.
These documents suggest that Merck knew it would be putting patients at an increased
risk for cardiovascular events in the Vioxx arm of the planned study, either because of a
prothrombotic effect of Vioxx or because of the prohibition of cardioprotective use of
aspirin. Arthritis patients (both RA and OA) are generally at higher risk of heart disease,
but Merck decided to prohibit low-dose aspirin because of concern that its use could
reduce or eliminate the postulated difference in gastrointestinal bleeding rates. The final
trial design served to showcase that selling-point while putting patients in the Vioxx arm
at increased risk of cardiovascular events. When the study was published almost exactly
four years after the Musliner memo, it indeed found an increase in cardiovascular events
in the Vioxx arm as had been anticipated by its planners in 1996.

Concern about excess cardiovascular events in patients given Vioxx was not
limited to studies in which it was compared to older NSAIDs. To evaluate other study
results that suggested Vioxx may increase the risk of cardiovascular events, the company
conducted a comprehensive internal review of its clinical trial data in February 1998.
This study found a significant increase in cardiovascular events in patients enrolled in
Vioxx trials, as compared to patients in other trials who had been given placebo. This was
an admittedly crude study, because the Vioxx trials were still blinded and therefore
included *all* study arms (including any comparator drugs as well as placebo), and
compared event rates with the placebo-only arms of different trials. This is not an optimal
alternative to actual randomized trial data testing the hypothesis directly, since such a
cross-study design can produce differences that might not persist when more
appropriately designed trials were done. But in the absence at that point of adequate
information from such trials, the Watson analysis provided a comparison that the

4

company felt was appropriate to conduct in 1998, and was one important source of information available to it at that time. Knowing what it knew then, Merck did not respond to this analysis as a potentially important signal to guide the planning of future clinical trials to determine whether this risk would be refuted or borne out. In the first instance of a pattern repeated several times in later years, company officials dismissed the findings and explained away the results of the comparisons it had requested by suggesting that the higher number of cardiovascular events occurring in patients in the Vioxx studies was not caused by an increase in these problems caused by the drug, but rather by an unusually low rate of such events in the placebo comparator patients. That reaction is a telling one, which indicates the company's response at the time to bad news about its potential blockbuster, and is more important than the subsequent re-analyses of these crude data. Of course, later findings from large randomized clinical trials – even though they had not been designed to address this question – did confirm the pattern of increased cardiovascular risk of Vioxx in relation to placebo.

In May 1998, six months before the Vioxx NDA was filed, the company sought a Programmatic Review from a board of expert scientific advisors it brought together to review the development of the new drug. The advisors' written report warned that greater inhibition of the cox-2 enzyme "could lead to adverse effects of inhibiting COX-2 that are not predictable based on experience with current NSAIDs." They drew the company's attention to three separate mechanisms through which Vioxx could cause serious cardiac complications: fostering the development of lipid-rich plaques in the coronary arteries, destabilizing those plaques and making them "rupture-prone," and the resulting thrombotic occlusion of those arteries (the mechanism causing most heart attacks). The outside panel's report went into considerable detail on how the specific pharmacology of Vioxx could cause this problem by inhibiting the anti-thrombotic effects of cox-2 (particularly by reducing levels of prostacyclin, known to reduce clot formation) while leaving the clot-producing effects of cox-1 (primarily mediated via thromboxane) relatively unaffected.

Taking the concern beyond the level of theory, Merck's external Scientific Advisory Board told the company about specific evidence already in place that made this outcome even more likely: Vioxx was known to reduce the levels of a metabolite (by-product) of prostacyclin.

> By removing this potent inhibitor of platelet aggregation [prostacyclin], the probability that a coronary plaque rupture would lead to myocardial infarction [heart attack] or ischemic ventricular fibrillation [potentially fatal heart rhythm disorder] is enhanced. More information is clearly needed to address these hypotheses and the other questions related to the possible influences of a COX-2 inhibitor on coronary morbidity and mortality.

In its May 1998 report, the outside experts strongly urged Merck to evaluate these possibilities with clinical trials and other studies specifically designed to assess the

5