# Plaintiffs' Response re CLELAND

# Footnote 1 of 4

CURRENT OPINION

Drug Safety 2005; 28 (1): 1-18
0114-5916/05/0001-0001/$34.95/0

© 2005 Adis Data Information BV. All rights reserved.

# The Art and Science of Risk Management
## A US Research-Based Industry Perspective

*Janice K. Bush,[1] Wanju S. Dai,[2] Gretchen S. Dieck,[3] Linda S. Hostelley[4] and Thomas Hassall[5]*

1   Johnson & Johnson Pharmaceutical Research & Development, Titusville, New Jersey, USA
2   Aventis Pharmaceuticals, Bridgewater, New Jersey, USA
3   Pfizer Inc., New York, New York, USA
4   Merck & Co. Inc., West Point, Pennsylvania, USA
5   Merck & Co. Inc., Bethesda, Maryland, USA

**Abstract**

The research-based pharmaceutical industry in the US strongly supports the concepts of risk management and sees formal risk management as playing a major role in the development of safe medicines for the public, as well as providing a mechanism to ensure that decisions concerning individual drug benefit and risk are made based on scientific evidence. Safe medicines refer to those drugs whose benefits have been found to outweigh their risks when they are used according to the approved labelling. Risk management is the comprehensive and proactive application of scientifically based methodologies to identify, assess, communicate and minimise risk throughout the life cycle of a drug so as to establish and maintain a favourable benefit-risk balance in patients. Although there are certainly a number of global risk management initiatives in place or being undertaken, harmonisation has yet to be achieved. Industry is faced with a variety of different risk management approaches and tools. There is a need to move the focus of risk management from the post-approval arena to earlier in the development process and tools need to be developed to support risk management throughout the lifecycle of a drug. The focus in the US on risk minimisation strategies will also be an area for methodological development. A key factor in the success of overall risk management is the dialogue between industry and regulators throughout the development, review and marketing of the product. It is through such dialogue that appropriate, efficient and effective risk management strategies will be developed and implemented and the best decisions regarding the safe use of pharmaceutical products will be made.

Historically, the pharmaceutical industry has taken an active role in pharmacovigilance to assure the greatest benefit is derived from its products with the minimum risk to patients. Pharmacovigilance has evolved over time because of increased public awareness of the potential risks of drug therapy, through technology (such as the Internet), globalisation of the industry and changes in the regulatory environment. Greater expectations on the part of the regulators, along with advances in technology, have led to the development of different types of computerised databases for adverse event reporting. Further advances in technology have heightened interest and expectations in signal generation as well as hypothesis testing that is carried out through other tools. Consumers and the media have come to expect 'risk-free' medications, putting pressure on regulators and industry alike to ensure that pharmaceuticals 'do no harm'. Globalisation has resulted in the need to communicate with multiple regulatory bodies simultaneously, although the individual regulators may have different perspectives and requirements.

Recently, regulators have placed greater importance on the issue of the benefit-risk balance of pharmaceutical products, including a greater focus on recognising and, where possible, mitigating risk. In 1998 the Council for International Organizations of Medical Sciences (CIOMS) Working Group IV published the results of its efforts in a document entitled "Benefit-Risk Balance for Marketed Drugs: Evaluating Safety Signals".[1] The document was intended to provide guidance to industry and regulators alike in establishing the balance between the benefit and risk of drugs in the post-approval timeframe. Particular emphasis was placed on evaluating safety signals that potentially impact the public's health by examining and analysing information from a variety of sources, including the evaluation of the safety of a drug in light of other available therapies.

Regulators in the US and elsewhere have long recognised the importance of the benefit-risk balance of pharmaceuticals. More recently, however, the need for risk management, as outlined in "Managing the Risks from Medical Product Use – Creating a Risk Management Framework: Report to the FDA Commissioner for the Task Force on Risk Management",[2] has been increasingly emphasised. In this document, the task force outlined changes that should be considered to improve the current passive system of postmarketing surveillance, which has as its core the voluntary spontaneous reporting system of the US FDA. The task force encouraged the development of a systems-based process in which the agency would have electronic access to safety information from a variety of sources. They envisioned a process where the FDA, with greater electronic tools available, would shift its role from passive risk assessment, with action through labelling, to a more proactive role that would include the re-evaluation of the benefit-risk balance in major, postmarketing decision making. Options that were discussed include: restrictions in use, restrictions in distribution, mandatory education programmes, slow rollouts of new products and review of other therapeutic alternatives. Some of these interventions have already been employed.

With the enactment of the 2002 reauthorisation of the Prescription Drug User Fee Act (PDUFA III), risk management now has a formal role in the development, review and approval of new drugs in the US. Under PDUFA III, for the first time revenue collected in the form of prescription drug user fees may be used for certain postmarketing risk assessment activities. In its goals for PDUFA III, the US Department of Health and Human Services included the development of formal risk management plans (RMPs) based on information developed on the new drug, to be submitted to the FDA during the pre-approval timeframe. Although such RMPs are voluntary, this recommendation brings risk manage-

© 2005 Adis Data Information BV. All rights reserved.

ment into the pre-approval timeframe where potential safety signals can be explored, quantified and formally followed through the product's RMP. A well constructed and comprehensive RMP has the potential to result in earlier approval of drugs or approval of a drug that has a clearly defined safety risk. Both of these outcomes benefit the public health.

## 1. The Concept of Risk Management

Risk management as a concept can mean different things to different people. Some definitions have included only minimising risks; others focus only on the postmarketing period of a drug. We view risk management as a strategic endeavour across a continuum, encompassing many activities. The definition that we propose for the purposes of this article is 'the comprehensive and proactive application of scientifically based methodologies to identify, assess, communicate and minimise risk throughout the life cycle of a drug so as to establish and maintain a favourable benefit-risk balance in patients'. This concept of risk management implies that there is an inter-related process involved, that there will never be 'zero risk' and that judgement and communication will be a necessary part of the plan. The Centers for Education and Research on Therapeutics has defined risk management as "a coordinated effort applied to the use of therapeutic agents that seeks to assure benefits to patients outweigh risks".[3] Although the language of the definitions may differ, all recognise that there are both risks and benefits inherent in therapeutic interventions and express the common goal of maximising the benefit while minimising risk. The focus of RMPs would usually be on those risks that are avoidable and serious; in essence, those that would tip the benefit-risk balance or have public health implications.

We see risk management as inclusive of risk assessment, continued data gathering, risk communication and other interventions, as well as plan evaluation. A key factor in the success of any risk management approach or strategy is to begin risk management as early as possible in the product's development. The FDA noted, in its recent *concept* paper on risk management programmes, that "FDA approval of a product means FDA believes that it is safe and effective for its labeled indications under its labeled conditions of use".[4] However, the FDA's determination that a product is safe does not suggest an absence of risk. Therefore, when developing any risk management strategies, we assume that after understanding the information available on a product, a certain level of risk is accepted in view of the potential benefit of the drug. Available tools are then employed as we seek to extend the knowledge base of the safety of the product or to minimise potential risk for a patient. In the future, it will be important to seek new scientific tools as well as to continue to achieve a better balance of benefit and risk.

Tools in an RMP will depend on a number of factors: the nature and magnitude of the inherent risk of the drug, disease state being treated, availability of other therapeutic options and willingness of patients and providers to tolerate risk, among others. Tools utilised will need to be individualised for each drug.

This article reviews current risk management practices and tools, as well as some new approaches that have been proposed.

## 2. Risk Management Practices

### 2.1 Risk Management During Drug Development

Although some have described risk management as commencing around the time of drug approval, risk management activities begin at the earliest stage of new drug/biological development.

© 2005 Adis Data Information BV. All rights reserved.

*Bush et al.*

### 2.1.1 Drug Development Programme Inception

Before deciding to initiate a drug development programme, pharmaceutical industry sponsors require a good understanding of the natural history of the target disease, the demographics of patients affected by the disease, the risks and benefits of currently available and evolving therapies, and a vision for what advantages a new therapy might offer future patients. Currently, basic scientists, clinical personnel and market research departments conduct this initial assessment. Although it has been uncommon for drug safety departments to actively participate at this stage of drug development, the more involvement there is by those with human safety expertise, the more successful the overall programme is likely to be. The experience, expertise and analytical skills of drug safety departments may provide additional perspectives even at this early stage of drug development. Examples might include conducting demographic studies, determining the background incidence and prevalence of medical events (e.g. hepatic enzyme abnormalities) in the anticipated patient population, assessment of safety profiles of drugs currently available for the anticipated indication and input into which events may require special attention during clinical trials.

### 2.1.2 Non-Clinical Activities

Molecules identified as potential drug candidates undergo toxicology screening using a variety of tools, including toxicology databases and *in vitro* or *ex vivo* screening toxicology studies. Promising drug candidates are evaluated in nonclinical studies to define their basic pharmacological activity, which forms the basis for predicting clinical efficacy. In addition, pharmacokinetic and more extensive toxicology studies are conducted to further narrow the field of candidate drugs for phase I studies. The final candidate is generally selected to provide the best combination of predicted efficacy, pharmacokinetics, pharmacodynamics and potential safety. Results of animal studies and mutagenicity studies

that reveal potentially unacceptable toxicities lead to many drug candidates being discontinued from development before the drug is ever introduced into human studies.

For drugs deemed appropriate to progress to human trials, preclinical data are used to identify potential safety concerns that might be expected in phase I studies, as well as to minimise any potential risk to patients or subjects. Many sponsors develop a target product label early in phase I, outlining anticipated indications, doses and preliminary safety information.[5] The initial target product label contains little definitive information; however, it serves to focus development on important issues and may help regulators more easily understand the development plan. The development of this plan requires multidisciplinary input to optimise the safety aspects of planned phase I studies. Newer techniques are evolving to improve our ability to predict the potential for drug interactions and metabolism,[6,7] hepatotoxicity,[8] idiopathic adverse events[9] and hypersensitivity reactions[10] earlier in development. For example, both industry and regulators are considering whether there are reliable, predictive markers to detect liver toxicity and how to use those markers appropriately in the approval process. The extent to which data from animal trials or other preclinical studies can be used for such predictions is an active area of research.

### 2.1.3 Phase I Studies

Phase I studies are designed to provide initial estimates of human safety and tolerability, define pharmacokinetics, assess pharmacodynamics and provide an early measure of drug activity. Phase I studies may also be used to characterise metabolites, identify potential drug-drug interactions and determine safety and pharmacokinetics in special populations. Pharmacokinetic studies in various patient subpopulations (e.g. elderly, paediatrics, renal insufficiency, hepatic impairment) often occur concurrently with phase II and phase III studies.

© 2005 Adis Data Information BV. All rights reserved.

Clearly, it would be desirable to be able to identify differences in the way drug candidates behave in different subpopulations. Pharmacogenomics, a field aimed at understanding the genetic contribution to variability in drug efficacy and toxicity, may permit identification of patient subgroups most likely to benefit or less likely to experience adverse events with a particular drug.[11] However, as promising as this field may be, it is still in an early stage of maturity with regard to widespread application and use during general drug development.

### 2.1.4 Phase II Studies

Phase II studies represent initial therapeutic exploratory studies. Patients are generally selected to represent a narrow spectrum of disease and demographic makeup. Phase II studies are typically well controlled, closely monitored and conducted in a relatively small number of patients, usually involving no more than several hundred subjects. In addition to providing the first meaningful assessment of the effects of a drug on key clinical endpoints, generally phase II objectives also include the determination of an appropriate dose. Pharmacokinetic and pharmacodynamic studies may provide information about the effects of dose on different subpopulations. Phase II studies may also include experiments to look at drug-drug interactions as well as interactions of the study drug with pertinent concomitant illnesses.[12] Although the number of patients exposed to a drug in phase II studies is higher than in phase I studies and may be able to reveal certain adverse reactions, phase II studies are generally unable to provide the evidence of efficacy and safety necessary to support approval of the drug, except under the FDA's expedited drug development programmes.[13] For the most part, phase II studies are critical for identifying agents with a high probability of proving efficacy in phase III clinical trials at a dose that affords efficacy with reasonable safety.[14]

Traditionally, sponsors meet with the FDA to discuss the data collected and analysed through phase II. FDA regulations state that the purpose of end-of-phase-II meetings is to determine the safety of proceeding to phase III, as well as to evaluate the clinical plan and identify any additional information necessary to support the proposed New Drug Application (NDA). This meeting is an ideal time for the sponsor to discuss any potential safety risks of the compound with the Reviewing Division and with the Office of Drug Safety. Ideally, there would be a consistent approach across reviewing divisions as to how particular safety issues should be approached and how risk management techniques will be employed. The sponsor and the FDA should agree on the phase III protocols during the meeting.

### 2.1.5 Phase III Studies

In addition to documenting efficacy and safety of the dosage and administration regimen studied, phase III studies more precisely define the safety profile of the compound. These studies may also explore the use of the drug in broader populations or in a broader spectrum of disease. These studies are much larger than those in phase II, typically enrolling over 1000 patients. Specifically, for products intended to treat chronic, non-life-threatening conditions that occur in large populations, the International Conference on Harmonisation (ICH) recommends a baseline safety database that involves at least 1500 patients treated over 6 months, usually achieved over multiple large trials;[15] some product databases include information on up to 10 000 patients. However, the pre-marketing safety database does have limitations.[16] Unfortunately, even the absence of a particular event in a relatively large safety database of 10 000 patients cannot exclude the occurrence of that event in fewer than 1 : 3500 patients with 95% probability. Also, most trials are not of sufficient duration for potential long-term risks to be identified. Finally, those patients who will be treated post-approval may differ in certain respects from those in

© 2005 Adis Data Information BV. All rights reserved.

the clinical trial population, and although efforts are made in designing clinical trials to match demographic variables with those of the intended patient population, there are also aspects of the clinical trial environment that are different from using the drug in real life. As a result, further understanding of the safety profile of a drug will depend on data obtained in the post-approval timeframes; this will include postmarketing experience (spontaneous reporting) and may include data that can be gathered via epidemiological means or through additional clinical trials.

### 2.1.6 Data Monitoring Committees in Clinical Trials

Data Safety Monitoring Boards (DSMBs), also referred to as Data Monitoring Committees, allow ongoing review of clinical study safety during the conduct of clinical trials. National Institutes of Health (NIH) policy calls for the establishment of a DSMB for multisite clinical trials involving interventions that entail potential risk to participants.[17] Further NIH guidance[18] has extended the use of DSMBs to include some phase I and II trials. The ICH Guidance on Statistical Principles for Clinical Trials (ICH E9) states that "for many clinical trials of investigational products, especially those that have major public health significance, the responsibility for monitoring comparisons of efficacy and/or safety outcomes should be assigned to an external independent group".[19] These committees are usually composed of experts who are independent of the company as well as one or two experts from the sponsor who are there to help evaluate data from their areas of expertise. Since sponsors are usually the most knowledgeable about a given study and can devote resources to finding information quickly, this approach has been found to be an effective way to add extra safety oversight to particular ongoing trials.

## 2.2 Risk Management Planning Around the Time of Approval

Under PDUFA, the US FDA can apply user fee revenue to fund activities that meet the PDUFA definition of the "process for the review of human drug applications". In PDUFA III certain FDA risk management activities were added to this definition. A call for sponsors to voluntarily develop and submit RMPs was incorporated into the PDUFA III goals. Thus, a key risk management activity in the pre-approval time period will be consideration of the development of a formal RMP for certain products to be submitted with the NDA. The RMP will outline procedures proposed by the sponsor to assess and manage potential risks in the time around approval and beyond. In many instances, the RMP will be straightforward and, for some, may not require more than the collection and assessment of spontaneous reports and the submission of cumulative periodic reports that current regulations mandate. With other drugs, the RMPs may undergo change and refinement as the NDA is reviewed. In some circumstances, the focus may be on educational activities or on specific intervention programmes, while in others it may also involve commitments for formal, post-approval studies.

Risk management planning relies upon preclinical and clinical data to identify potential safety signals, but the ultimate focus of these plans is on the methods and strategies for managing known or theoretical risks of a product in the post-approval environment. These strategies can include postmarketing surveillance activities, formal studies (e.g. post-approval observational studies) and managed distribution systems, or a combination of these elements, including drug-utilisation studies.

Epidemiology is an important tool in the development of product RMPs. A goal of risk management activities around the time of approval is to understand drug risks through studies of the natural history of the disease, incidence and prevalence

© 2005 Adis Data Information BV. All rights reserved.

Case 2:05-md-01657-EEF-DEK   Document 5716-1   Filed 06/27/06   Page 8 of 42

studies, mortality patterns, patient populations and disease progression/treatment pathways. When possible, studies can be planned to quantify unanticipated benefits that became evident during the clinical development programme beyond the obvious benefits of drug efficacy. Quantitation of such potential benefits may aid in the overall benefit-risk discussions during the drug approval process and also lend support during regulatory product defence. In addition, identifying safety signals, assisting in clinical programme planning, designing epidemiology and post-approval safety studies, and working with safety and product teams to develop comprehensive postmarketing surveillance plans, are critical risk management activities.

For risks that have been identified as needing a risk minimisation plan, some aspects of the plan may be developed and tested in the pre-approval time period. Such work carried out before approval will help ensure that the intervention plan can commence as soon after approval as possible.

### 2.3 Risk Management During the Post-Approval Period

#### 2.3.1 Risk Ascertainment/Assessment

Pre-approval clinical trials routinely identify the most commonly occurring adverse events (from 1 in 100 to 1 in 1000) among patients who participate in these studies.[20] One factor that is critical in risk management is the integrated use of tools to ascertain and evaluate the benefits and risks of pharmaceuticals in a real-world setting, rather than under the controlled conditions imposed by clinical trials. Available tools that may be used in the peri-approval and post-approval period to evaluate benefits and risks include: spontaneous reports, intensive postmarketing surveillance, active surveillance, comparative observational studies and targeted clinical investigations.

In order to use risk management tools in an integrated approach, an RMP should be thought out

prior to marketing. The spontaneous reporting system is a tool that is capable of identifying rare events or potential signals, although epidemiology studies may be better suited to monitor the profile of a drug in actual clinical practice or in testing hypotheses. Epidemiological studies examine the risks (and benefits) of a drug in a quantitative fashion and include a comparison group, usually another drug of interest. From these studies, incidence rates (the rate at which new events occur in a population) and relative risks (the risk associated with one drug relative to another, for example) can be calculated and compared. Once a safety issue is identified, a risk management strategy may be planned, incorporating various methods as outlined in the following sections. The more sources of information that can be compiled, the stronger the risk management message. This is most critical in the case of very serious rare events when information regarding the frequency of events is needed.

#### Spontaneous Reports

Spontaneous reports are an important risk management tool for identifying safety signals, particularly for ADRs that occur rarely. Unfortunately, there is a tendency to interpret comparative safety signals generated through the spontaneous reporting systems as if the signal had been tested and determined to be real. Spontaneous reports are often incomplete in nature, and the rate at which cases are reported is exquisitely sensitive to many external factors such as time since launch, regulatory activity, media attention and the nature of the indication for use or the event reported.[21-24] Interpretation of information generated from spontaneous reports should be exercised with extreme caution, although spontaneous reports still play a part in RMPs. Attempts have been made to develop methods that would scientifically assess the causality of events identified in individual spontaneous reports. It has been shown, though, that the results are too inconsistent to be a useful tool.[25,26] In one study, dis-

© 2005 Adis Data Information BV. All rights reserved.

agreements regarding causality occurred in 50% of events – a rate similar to chance.[27] Even the use of standardised rule-based systems for causality assessment do not appreciably improve agreement.[28-30] The spontaneous reporting system in the majority of cases should not be used to compare reporting rates between different drugs because of differential reporting rates among products.

A review of a series of case reports that include all reports of medically similar events may provide more information than isolated spontaneous reports; however, a case series is also primarily an hypothesis-generating tool rather than a method of confirming an association. In one review of 18 adverse reactions published in the medical literature, 14 (77.8%) were identified through case reports or case series.[31] Certain adverse events are particularly associated with drug therapy, including agranulocytosis, anaphylaxis, aplastic anaemia, Stevens-Johnson syndrome and toxic epidermal necrolysis.[32] Well documented case reports concerning these events may be helpful in identifying important potential risks.

Spontaneous event reporting rates cannot be used to estimate the incidence of adverse events because only an unknown proportion of adverse events are ever reported.[33-36] Periodic reminders may increase the frequency of adverse event reporting.[37] Mandatory reporting by healthcare providers has been suggested as one method for improving the utility of the adverse event reporting system.[38,39] Although mandatory reporting would likely increase the quantity of adverse event reports, there is no assurance that (i) such a measure would improve the quality of reports; (ii) regulators or pharmacovigilance departments would have sufficient staff to manage a large influx of additional reports; or (iii) the signal-noise ratio would improve. In addition, development of a mandatory reporting system would require a large investment in infrastructure, personnel, enforcement and maintenance, which could detract from other more valuable interventions. The difficulties associated with mandatory reporting need to be weighed against the benefits of such a system, but it is likely that mandatory reporting would create more problems than benefits.[40]

To enhance the reporting of adverse events, some have suggested that pharmaceutical companies include a toll-free adverse event hotline in direct-to-consumer advertising.[41] Internet sites have also been suggested as an avenue for increased adverse event reporting. In fact, Internet reporting is currently available for healthcare providers to report directly to the FDA. As with mandatory reporting, simply increasing the volume of adverse event reports would provide no assurance that risk ascertainment will be improved. In fact, simply increasing the number of reports is likely to obscure potential safety signals. Because the most common adverse events are usually those that are non-serious and expected, it is highly likely that these reports would be significantly large in number and dominate the system, making it more difficult to detect potential serious and unexpected safety signals.

Until a few years ago, little attention had been given to how adverse event data should be systematically evaluated to identify potential safety signals. Much effort is now dedicated to the development of signal detection techniques. A variety of techniques have been proposed for automating the detection of potential safety signals, including calculation of proportional reporting ratios and use of Bayesian techniques.[42-44] Drug-drug interactions may also be explored using data-mining techniques.[45] Although these methods may identify potential signals, they should be viewed as a starting point for further case review and evaluation. The sensitivity and specificity of detecting new and significant safety signals need to be defined and compared among various data-mining techniques. When these techniques are validated, they may then become a component of RMPs.

© 2005 Adis Data Information BV. All rights reserved.

### Intensive Postmarketing Surveillance

As noted previously, the major role for the spontaneous reporting system is the identification of truly rare events. However, the spontaneous reporting system can be used as a good information source depending on the success of efforts to collect details of the individual reported cases. Getting complete information when the case is initially reported, as well as through follow-up, helps both the regulators and the manufacturer have a better understanding of the circumstances surrounding the reported event during general use of the product.

Several measures may be undertaken to ensure that information from spontaneously reported cases is as complete as possible. In addition to the routine requests for follow-up information, a script of standard questions tailored for the specific events of interest may be asked of anyone reporting deaths or other events that are of key importance to the product. The more detailed information obtained from the scripted questions will enable more precise interpretation of the events reported.

Requests for follow-up of individual cases should be coordinated worldwide to include activities carried out by local country offices. An algorithm may be created to outline what specific information is needed from the individual sites where selected postmarketing serious adverse events have occurred. The individual cases, as well as aggregated cases, should be reviewed in a timely fashion periodically by qualified medical staff to detect potential signals. In addition, an outside panel of experts in the fields of interest may be convened on an as-needed basis to review individual or aggregate cases. Furthermore, thorough review of aggregate spontaneous reporting experience may occur at periodic interdisciplinary team meetings.

### Active Surveillance

In contrast to the spontaneous reporting system, which collects adverse events through a passive system, an active surveillance system, such as sentinel surveillance and prescription event monitoring (PEM),[46-48] actively seeks to ensure the complete detection and ascertainment of adverse events within a predefined subpopulation.

In conducting sentinel surveillance, all adverse events that occur with a given product are actively sought, either by reviewing medical records or by interviewing patients/medical staff in a representative sample of sentinel sites to ensure the full and accurate capture of adverse events. Sentinel sites may provide information not otherwise available from spontaneous reports, such as incidence rates, information on specific patient subgroups and efficacy information. The US FDA Task Force on Risk Management has suggested the creation of a network of sentinel sites.[49] On the other hand, sentinel sites may suffer from several deficiencies, including bias (a tertiary referral centre, geographic effects), limited numbers of patients and high cost. This type of postmarketing surveillance may be useful for drugs that are used mostly in a hospital or other institutional setting or for drugs that present specific concerns.

PEM is a form of active surveillance performed in some countries, including the UK and New Zealand.[46-48] A drug-specific cohort of patients is identified from electronic prescription data. A questionnaire (green forms in the UK) is sent to each prescribing physician 6 months following the first prescription for each patient. The questionnaires collect patient demographics, indication for treatment, start and stop dates, dosage, clinical events and reasons for discontinuation. The mean size of the drug-specific cohort studied is approximately 11 000 patients.[48] Unfortunately, the response rates from physicians are variable (in general, 40–75%)[48] and, therefore, PEM is subject to some of the same limitations associated with the spontaneous reporting system that may affect interpretability of findings.

© 2005 Adis Data Information BV. All rights reserved.

The FDA has proposed a type of surveillance similar to PEM through the establishment of an independent drug registry centre. In this system, manufacturers would be able to contract with the centre to develop product registries when needed.[49] By prospectively following patients, these registries would be able to collect information using standardised questionnaires. However, the use of mandatory registries of all patients taking new drugs raises certain ethical issues regarding coercion and confidentiality of medical information;[50] in addition, registries of a single drug cohort without a comparison group make the study findings difficult to interpret.

### Comparative Observational Studies

Comparative observational studies are an epidemiological tool that has been used as a key component of successful risk management strategies.[51-53] Comparative observational studies include such methods as cohort and case-control study designs. Implementation of such epidemiological methods should be considered early in the development programme as potential issues are identified. These methods have been used to learn more about the patient population being treated, including identifying the prevalence of the disease being treated in different countries as well as estimating the incidence of potential outcomes of interest in the underlying population. These studies can help identify key subsets of patients who may be at risk for potential adverse events. This type of information can be used to help put spontaneous reporting rates in perspective. Other observational studies can be designed to identify the potential benefits of a drug.

Traditional epidemiological methods, especially cohort and case-control study designs, have been widely applied to examine both the benefits and the risks of medications. Observational studies may be conducted using an existing automated database, using an existing case-control surveillance database or patient cohort (such as the Nurses Health Study

cohort),[20,54] or using data collected *ad hoc* specifically for the research topic. In order to address adverse events that are too rare to be detected in pre-approval clinical trials, large population-based existing databases are especially useful in providing sufficiently large drug exposure and medical outcome data in a relatively short period of time.[20] A concurrent comparison group can be easily identified in the same database to make a comparative observational study. These data are extremely helpful in promoting sound and prompt regulatory decisions that may have a significant public health impact.

Data that are collected in a case-control surveillance setting are designed for specific targeted events. Boston University's Slone Epidemiology Unit has such existing databases for birth defects, cancer and myocardial infarction.[55] Cases and controls of these events have been collected continuously for over a decade. All drug exposures prior to the occurrence of such events have been ascertained through interviews. The data may be used to study the association of these events with multiple drugs.

Several types of automated databases are currently available for pharmacoepidemiological research. They include databases of automated medical records (e.g. the UK General Practice Research Database, the Harvard Pilgrim database) and automated accounting/billing systems (e.g. United Healthcare Research Database, Medicaid database).[20,56,57] The database of an automated accounting/billing system is a linkage of pharmacy claims and medical claims. These are huge databases, which usually include information on more than 1 million, and sometimes more than 10 million, patients. Since they are created for administrative or billing purposes, they may not have the detailed and accurate information needed for some research.[20] For example, these databases usually do not contain data on over-the-counter medications, dietary supplements or hospital in-patient drug use or human

© 2005 Adis Data Information BV. All rights reserved.

behaviour information, such as compliance with drug therapy. These data elements may be very important confounding factors that should be considered in the study design. In addition, with the implementation of the Health Insurance Portability and Accountability Act (HIPAA) rules to protect patients' confidentiality, patient medical records are more difficult to access to validate the information recorded in the databases. Even so, these data are much better in quality than spontaneous reports. Concurrent comparison groups can be more easily identified in the databases than in an active surveillance system.

The automated databases may be queried for signals of any problem occurring in excess frequency in association with drug exposure. In this sense, they may serve as a data source for data mining for signal detection, similar to the way spontaneous reports are used. The methodology and best practices for such recurring queries have not been thoroughly explored. How one can address the problems associated with multiple simultaneous queries to minimise the possibility of generating a false signal will need to be further explored.

### Targeted Clinical Investigations

During the pre-approval investigation phase, potential significant risk or unexpected benefit may be identified. Each of these areas may require a targeted clinical trial, pharmacology study or toxicology study to further evaluate the mechanism or the long-term consequences of these events during the post-approval phase.

In addition, studies, such as a 'large simple trial', may be necessary in some instances to help ensure a positive benefit-risk balance in the usual care setting, especially when multiple effective alternative therapies are available in practice. Patients enrolled in a large simple trial are usually randomised to a treatment group to reduce the selection bias or to avoid a 'channelling' effect.[20] The study outcome is focused and simplified to ensure a manageable and practical study. These types of studies are especially useful when there is the possibility that certain patients will be prescribed one drug over another because of the patient's medical history. Such selection of a drug therapy could lead to different rates of events if the patient population selected is at a higher or lower risk of an event.[20] However, these studies are extremely expensive and may not be cost efficient for research questions that may be answered by existing databases or other tools.

It is essential to keep in mind that a signal or a suspected risk does not mean that a real risk exists. Although in rare cases exceptional risks can be identified through the reporting of individual cases, such as with thalidomide and limb reduction defects, most risks need to be evaluated through more scientific means. Information from clinical trials, epidemiological studies and spontaneous reports should be continually reviewed. Epidemiology is a useful tool that can provide valuable information for comparing benefits and risks between drugs during the post-approval phase, particularly as the drugs are used in a real-life setting.

### 2.4 Risk Intervention Tools

Just as tools are employed to seek to extend our knowledge base about products, tools are also used to attempt to increase the understanding of others about risk and to minimise risk by affecting behaviour. Risk communication is one of the major approaches used today to minimise risk. It is also an area of much research and discussion. We are learning techniques and increasing skills in order to be as clear as possible with the message. There are also other interventions that have been used or contemplated. RMPs for drugs with a complicated risk profile may need to have redundancy in order to achieve effectiveness. However, any risk intervention that is chosen should be as simple as possible in order to avoid confusing patients, pharmacists and healthcare providers and to avoid overly burdening

© 2005 Adis Data Information BV. All rights reserved.

the healthcare resources available. Finally, any risk management technique should not result in a decrease in benefit to the patient as attempts are made to decrease potential risk.

### 2.4.1 Risk Communication

Effective risk communication requires scientific knowledge of the product(s) and an understanding of the roles and responsibilities of all stakeholders (including industry, regulators, healthcare providers and patients). In an ideal world, communication of the benefit and risk of marketed products is predicated on trust in the integrity of all parties. To be effective, the message must reach the target audience, influence the behaviour of the target audience and generate an appropriate response by the target audience.[58]

Industry plays a key role in communicating the benefit-risk balance of pharmaceuticals to healthcare providers and patients.

#### Healthcare Providers

Healthcare providers obtain benefit-risk information from a variety of sources, including the product label, the Internet, Dear Healthcare Professional letters, the medical literature and pharmaceutical sales representatives. The product label remains a key component of risk communication; however, its length, text size, complexity and lack of standardisation may diminish the utility of the label as a method of risk communication. A variety of proposals have been described to improve the effectiveness of the label in communicating risk to healthcare providers. The FDA has proposed a rule revising the format of professional labelling to improve understanding.[59] This proposed format provides for a 'highlights' section containing bullet point information. Some proponents have suggested that the most recent label changes need to be highlighted to focus the prescriber. Although improved formatting of the product label may, upon further research, improve the communication of benefit-risk to the prescriber, con-

cerns regarding the legal liability implications (failure to warn) of emphasising some risks versus other revisions remain.

Use of the Internet by the industry and regulatory agencies to communicate label changes and important safety messages to prescribers has become a powerful tool of communication in our daily activities. The Internet provides a means for rapid, concise and consistent up-to-date messages to be communicated. With the continuous updating of product labels, a website repository of current FDA-approved labels could provide the latest product information in a central location. In May 2002, the FDA issued a proposed rule that would require industry to provide electronic labelling submissions that could then be housed in a centralised library of current labels.[60] This type of centralised system would allow providers and patients the opportunity to search drug information by keywords. It would also permit vendors to develop information systems that deliver up-to-date electronic labelling to healthcare providers in a variety of ways.

The Pharmaceutical Research and Manufacturers of America (PhRMA) is leading an initiative to make electronic package inserts for non-emergency prescription medicines available to dispensing pharmacists. One of the key goals of the initiative is to ensure that the dispensing sites have electronic access to the most current prescribing information.

With advancing computer technologies, there are many opportunities, such as the one just described, to strengthen the role of the pharmacist in risk communication. In the future, pharmacies could provide online access to patients/consumers concerning product-specific information such as regimens, precautions, warnings and contraindications. Since patients often bring prescriptions from different healthcare providers to a single pharmacy, the pharmacist has the opportunity to integrate information and to use existing computer decision support

© 2005 Adis Data Information BV. All rights reserved.

systems to identify potential drug interactions or to reinforce messages regarding other risks.

In addition to providing information to healthcare providers via the product label, important safety messages have been communicated via Dear Healthcare Professional letters. Research on the effectiveness of the Dear Healthcare Professional letter in changing prescribing behaviour has resulted in the advancement of proposals to increase the value of these letters as communication tools by using them as part of a coordinated multiphasic campaign (e.g. e-mail, fax, US FDA MedWatch programme, medical society website postings).[61]

Use of the professional sales representatives to communicate the benefit-risk profile of a product to healthcare providers should also be considered as an important part of a multiphasic campaign on risk communication. Promotional materials used by sales representatives are an important source of benefit-risk information for the healthcare provider. These materials are monitored by regulators and are required to have an appropriate balance between benefits and risk. In addition to sales representatives, many pharmaceutical companies also use medical service liaisons to provide further scientific data on the benefit and risk of pharmaceutical products to the healthcare community.

### Patients

Several avenues are available for communication of risk to patients including communications from healthcare professionals, medication guides and direct-to-consumer advertising. As patients assume more responsibility for their own healthcare, it may be difficult for the patient to absorb information coming from so many diverse sources. It may also become difficult for the patient to discern the validity of many of the information sources.

Industry provides information to the healthcare provider to help in determining the benefit-risk for individual patients through the various resources previously described. Clinicians need to communicate to patients to assist them in making informed choices about their illnesses. Healthcare providers communicate this information to patients, both orally and in writing, via patient information leaflets and medication guides.

An FDA-commissioned study mandated by law in the US noted that 89% of prescriptions were accompanied by patient information leaflets; however, the quality and legibility of the information in the patient information leaflets were insufficient.[62] The authority to mandate medication guides and patient information leaflets, as well as the impact of innovative formats to enhance comprehension, is being further explored. Additional research is necessary to assess the effectiveness of these instruments.

Finally, industry also provides the patient and the public with information about potential risks and benefits of its pharmaceutical products via direct-to-consumer advertising. Although some have suggested otherwise,[63] direct-to-consumer advertising may benefit public health[64,65] in providing patients with important safety information that may otherwise become confused with inaccurate and inconsistent information available on the Internet.

Effective communication of the benefit-risk profile of pharmaceutical products to the patient and the public depends on accurate, relevant and consistent messages.

### 2.4.2 Other Risk Intervention Tools

Physician certification, which requires mandatory training and assessment before authorising the prescription of certain drugs, has generally not been accepted as a useful tool since it infringes on the doctor's right to practise medicine[66,67] and would also be a burden to the US healthcare system. If certification were to be used, then stickers on prescriptions might be used to indicate certification, but this would have resource implications for pharmacists[67] and alternatives would have to be found for prescriptions submitted electronically. In addition, unless a national system is going to be developed to

© 2005 Adis Data Information BV. All rights reserved.

coordinate the use of stickers for various medications, the stickers could be confusing to healthcare professionals when more than two or three medications are involved. Once again, there might be large resource implications if certification is used often.

One promising option to help reduce medication errors is the use of computers for medication ordering;[68,69] this is easiest to implement in inpatient settings, but as those in outpatient settings gain more access to electronic means, use there could increase.

Greater use of pharmacists to decrease prescribing errors and, therefore, potential adverse drug reactions has been suggested.[70] Roles that pharmacists might play include serving as consultants to prescribers, particularly in hospitals as participants in hospital rounds or in reviewing certain test results before filling a prescription. To provide the required coverage, however, the number of pharmacists needed would increase greatly. There is currently a shortage of pharmacists[71] and, more importantly, no agreement on how they would be paid in the current system. Restricted distribution of certain drugs by limiting their availability to pre-certified pharmacies has also been suggested as a risk-intervention tool. There are a number of issues with this option, including its potential to limit access to beneficial products by patients in need who are not near a certified pharmacy. Such plans may also conflict with or require changes in individual state laws. Use of restricted distribution as a risk minimisation tool should also be applied cautiously so that safe and effective drugs are not unfairly subject to restriction compared with other similar (perhaps older) drugs in the therapeutic class.

Other approaches, such as the bar coding of medicines and unit-of-use packaging (e.g. individual blister packs), have been used with some medications. It is anticipated that this would reduce medication errors. The FDA recently issued a final rule that requires the inclusion of bar coding on the product

labels of most prescription drugs, certain over-the-counter drugs and biological products.[72]

It is also important to mention education as a risk management tool. Because healthcare professionals must stay abreast of an ever-increasing amount of information and data, new techniques will be needed to assist them in assimilating all these data. Medical school curricula will need to be enhanced to include information and training about thoughtful prescribing of drugs, as well as more information about drug interactions. Also, patients will need to take more accountability for understanding more about their own illnesses and disease and become more knowledgeable about the drugs that they take so that they can better participate in decision making regarding benefits and risk. Both the public and healthcare professionals would benefit from education about what risk actually means and how to put the benefit-risk evaluations of drugs in the context of more familiar activities such as occupational hazards, risks of injury in sporting events and general life events.

## 3. Measuring Effectiveness of Risk Management Plans and Tools

Certainly an integral part of any RMP must be an assessment of the effectiveness of the plan. Indeed, it will be necessary to assess the individual components making up the whole RMP as well as the overall effectiveness. The questions remain about how these evaluations are to be done, the timing of the assessments, the identity and qualifications of the evaluators, what metrics should be proposed and what the consequences would be for unexpected results. For instance, an RMP focusing on physician education programmes may result in an increase in reporting rate for a particular adverse event. This may become a problem if the measure of success for that plan is an apparent decrease in reporting. None of these questions are easy to answer, especially

© 2005 Adis Data Information BV. All rights reserved.

in a proactive plan for a drug that has never been marketed.

Evaluation of individual components of RMPs has not proven to be quite so difficult as measuring the overall effectiveness of the plans, based on industry experience to date. It can be done by such approaches as testing comprehension of methods of communication, surveying healthcare databases for appropriateness of prescribing patterns and ongoing pharmacovigilance. However, the choice of metrics to be used for any drug will be determined by how much interaction and intervention is called for in the RMP.

Although individual outcomes of components of an RMP may be easier to measure, the true effectiveness of an RMP should ultimately rest on documentation of overall safety outcomes. As has been stated, there is risk inherent in all drugs. RMPs are attempts to increase the benefit-risk balance for all patients, but how will success be measured? A zero level of serious adverse reactions cannot be achieved, but how much risk is tolerable? It seems that each drug and patient population will have different responses, both negative and positive, based on a number of factors specific to the drug, the alternatives available and the acceptance of risk/uncertainty by the patients themselves. It is also important for RMPs to focus on scientifically established risk, while theoretical risks need further evaluation before risk minimisation plans are applied.

The assessment and measurement of the effectiveness of RMP outcomes are areas that need much more discussion by stakeholders and this is clearly an evolving field.

## 4. Conclusions

Regulators and the public have been placing greater importance on managing the benefit-risk balance of pharmaceuticals. In response, pharmaceutical sponsors are focusing on the area of risk management to ensure that their products are used safely for the purposes for which they are intended. The goal of the industry is to work in concert with the global health authorities to ensure safe medicines for the public and also that evaluations and decisions concerning individual drugs are made on a scientific basis.

No matter what the drug or how extensive a plan may be, there will never be 'zero risk'. As we drive towards safer products, we must ensure that our risk management activities do not become simply those of risk aversion. It is important to assess the potential risks of drugs and then take steps to minimise the probability of adverse outcomes for those risks that are real. Over the past few years, as the spotlight has intensified on concerns about risk, the pendulum has swung in the direction of being averse to even theoretical risks. However, regulators and industry alike must withstand pressures to base detailed RMPs on data that are subjective or vague. We must direct our efforts to using objective data that have been carefully assessed as the basis for our RMPs.

The activities involved in risk management need to be proactive and integrated and must begin at the time of first development. The area of risk management is evolving as we develop more tools, understand better the ones we have and learn how best to use them. Clearly, collaboration between regulators and industry will be key as we begin to develop and implement these important plans.

### Acknowledgements

There was no special funding used to assist in the preparation of the manuscript. There are no potential conflicts of interest that the authors have that are directly relevant to the content of the manuscript.

### Appendix: Glossary

**Benefit:**[1] Benefit usually refers to gain (positive result) for an individual or a population. Expected benefit can be expressed quantitatively and this

© 2005 Adis Data Information BV. All rights reserved.

16                                                                                               *Bush et al.*

would ordinarily incorporate an estimate of the probability of achieving the gain.

**Large simple trial:** A large simple trial is a simple observational study of a large population of patients who are randomised to receive treatment and are followed for a single outcome or, at most, a few outcomes.

**Pharmacovigilance:** Pharmacovigilance may be thought of as the collection and evaluation of reports of adverse events in patients who are or have been undergoing treatment.

**Risk:**[1] The simple, standard, epidemiological definition of risk is the probability that something will happen. In the context of medical interventions (e.g. drugs), the 'something' is almost always associated with a negative event. In defining or describing a specific risk, it is always important to include information on intensity (e.g. severity), time of the event (onset or duration) and time period over which the probability applies. Some definitions attempt to include concepts of rate, intensity and time:

"The probability of the occurrence of an adverse or untoward outcome and the severity of the resultant harm to the health of individuals in a defined population, associated with the use of a medical technology for a specified medical problem under specified conditions of use."

**Risk management:** Risk management is the comprehensive and proactive application of scientifically based methodologies to identify, assess, communicate and minimise risk throughout the life cycle of a drug so as to establish and maintain a favourable benefit-risk balance in patients.

**Risk management plan:** An RMP is a strategic approach that encompasses all planned efforts to increase knowledge about a drug, including additional data on risks and benefits, as well as all efforts to minimise or mitigate the risk from the use of the drug. The plan may be quite extensive and include epidemiological studies, clinical trials and a number of interventions to minimise risk, or it may be as simple as professional product labelling and good routine postmarketing surveillance. The detail needed in the actual plan is driven by the specific risks of the particular drug.

**Risk management tool:** A risk management tool is a specific approach, process, study or system that is designed to add to the knowledge base of the drug concerning risks and benefits, to enhance safety in patients by reducing risk or to communicate risks and benefits to healthcare providers and patients.

**Sentinel surveillance:**[73] Surveillance based on selected population samples chosen to represent the relevant experience of particular groups.

### References

1. Benefit-risk balance for marketed drugs: evaluating safety signals. In: Report of CIOMS Working Group IV. Geneva: Council for International Organizations of Medical Sciences, 1998
2. US Department of Health and Human Services, Food and Drug Administration. Managing the risks from medical product use: creating a risk management framework. Report to the FDA Commissioner for the Task Force on Risk Management, 1999 May [online]. Available from URL: http://www.fda.gov/oc/tfrm/1999report.html [Accessed 2004 Oct 29]
3. Kramer JM. Multidisciplinary perspectives on managing the risks of therapeutic products. 19th International Conference on Pharmacoepidemiology; 2003 Aug 23; Philadelphia
4. Food and Drug Administration. Concept paper: risk management programs (draft); 2003 Mar 3 [online]. Available from URL: http://www.fda.gov/cder/meeting/groupIIfinal.pdf [Accessed 2004 Oct 29]
5. U.S. Food and Drug Administration Center for Drug Evaluation and Research. ODE IV Pilot Targeted Product Information program [online]. Available from URL: http://www.fda.gov/cder/tpi/default.htm [Accessed 2004 Oct 1]
6. Yan Z, Caldwell GW. Metabolism profiling, and cytochrome P450 inhibition and induction in drug discovery. Curr Top Med Chem 2001; 1 (5): 403-25
7. Venkatakrishnan K, Von Moltke LL, Greenblatt DJ. Human drug metabolism and the cytochromes P450: application and relevance of in vitro models. J Clin Pharmacol 2001; 41 (11): 1149-79
8. FDA Working Group. Nonclinical assessment of potential hepatotoxicity in man, 2000 Nov [online]. Available from URL: http://www.fda.gov/cder/livertox/preclinical.pdf [Accessed 2004 Oct 29]
9. Park BK. Advances in molecular toxicology: towards understanding idiosyncratic drug toxicity. Toxicology 2000; 153 (1-3): 39-60
10. Adkinson Jr NF. Task force report: future research needs for the prevention and management of immune-mediated drug hyper-

© 2005 Adis Data Information BV. All rights reserved.

sensitivity reactions. J Allergy Clin Immunol 2002; 109 (3): S461-78

11. Johnson JA. Drug target pharmacogenomics: an overview. Am J Pharmacogenomics 2001; 1 (4): 271-81

12. Mathieu M. New drug development: a regulatory overview. Cambridge: Parexel International Corporation, 1997

13. Fast Track Products; Food, Drug, and Cosmetic Act, Section 506. Drugs Intended to Treat Life-threatening or Severely-debilitating Illnesses; 21 CFR 312, Subpart E. Accelerated Approval of New Drugs for Serious or Life-threatening Illnesses; 21 CFR 314, Subpart H

14. Cohen JS. Dose discrepancies between the Physicians' Desk Reference and the medical literature, and their possible role in the high incidence of dose-related adverse drug events. Arch Intern Med 2001 Apr; 161 (7): 957-64

15. Guideline for industry: E1A. The extent of population exposure to assess clinical safety for drugs intended for long-term treatment of non-life-threatening conditions [online]. Available from URL: http://www.fda.gov/cder/guidance/iche1a.pdf [Accessed 2004 Oct 29]

16. Laughren T. Premarketing studies in the drug approval process: understanding their limitations regarding the assessment of drug safety. Clin Ther 1998; 20 Suppl. C: C12-9

17. National Institutes of Health Data Safety Monitoring Policy, 1998 Jun 10 [online]. Available from URL: http://grants.nih.gov/grants/guide/notice-files/not98-084.html [Accessed 2004 Oct 29]

18. National Institutes of Health. Further guidance on data and safety monitoring for phase I and phase II trials. 2000 Jun 5 [online]. Available from URL: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-038.html [Accessed 2004 Oct 29]

19. International Conference on Harmonisation: guidance on E9 statistical principles for clinical trials. Fed Regist 1998 Sep 16; 63 (179): 49583-98

20. Strom BL, editor. Pharmacoepidemiology. 3rd ed. New York: John Wiley and Sons Ltd, 2000

21. Pinkston V, Swain EJ. Management of adverse drug reactions and adverse event data through collection, storage, and retrieval. In: Stephens MDB, Talbot JCC, Routledge PA, editors. Detection of new adverse drug reactions. 4th ed. London: MacMillan Reference Ltd, 1998: 282

22. Faich GA. US adverse drug reaction surveillance 1989-1994. Pharmacoepidemiol Drug Saf 1996; 5: 393-8

23. Goldman SA. Limitations and strengths of spontaneous reports data. Clin Ther 1998; 20 Suppl. C: C40-4

24. Hartmann K, Doser AK, Kuhn M. Postmarketing safety information: how useful are spontaneous reports. Pharmacoepidemiol Drug Saf 1999; 8: S65-71

25. Koch-Weser J, Sellers EM, Zacest R. The ambiguity of adverse drug reactions. Eur J Clin Pharmacol 1977; 11: 75-8

26. Aithal GP, Rawlins MD, Day CP. Accuracy of hepatic adverse drug reaction reporting in one English health region. BMJ 1999; 319: 1541

27. Karch FE, Smith CL, Kerzner B, et al. Adverse drug reactions: a matter of opinion. Clin Pharmacol Ther 1976; 19: 489-92

28. Miramont G, Haramburu F, Begaud B, et al. Adverse drug reactions: physicians opinion versus a causality assessment method. Eur J Clin Pharmacol 1995; 46: 285-9

29. Case B, Oszko MA. Use of an algorithm to evaluate published reports of adverse drug reactions. Am J Hosp Pharm 1991; 48: 121-2

30. Leventhal JM, Hutchinson TA, Kramer MS, et al. An algorithm for the operational assessment of adverse drug reactions: III. Results of tests among clinicians. JAMA 1979; 242: 1991-4

31. Venning GR. Identification of adverse reactions to new drugs: III. Alerting processes and early warning systems. BMJ 1983; 286: 458-60

32. Edwards IR. The management of adverse drug reactions: from diagnosis to signal. Therapie 2001; 56: 727-33

33. Kessler DA. Introducing MedWatch: a new approach to reporting medication and device adverse effects and product problems. JAMA 1993; 269: 2765-8

34. Scott HD, Rosenbaum SE, Waters WJ, et al. Rhode Island physicians' recognition and reporting of adverse drug reactions. R I Med J 1987; 70: 311-6

35. Cullen DJ, Bates DW, Small SD, et al. The incident reporting system does not detect adverse drug events: a problem for quality improvement. Jt Comm J Qual Improv 1995; 21: 541-8

36. Rawlins MD. Pharmacovigilance: paradise lost, regained or postponed? The William Withering Lecture 1994. J R Coll Physicians Lond 1995; 29: 41-9

37. Clarkson A, Ingleby E, Choonara I, et al. A novel scheme for the reporting of adverse drug reactions. Arch Dis Child 2001; 84: 337-9

38. Wiholm BE, Beermann B, Strandberg K. A new system for drug control in the EEC: role of Sweden in an active monitoring of adverse effects. Lakartidningen 1995; 92: 129-32

39. Health Protection Branch, Laboratory Centre for Disease Control, Bureau of Infectious Diseases. Vaccine Associated Adverse Events Surveillance System (VAAESS): surveillance of adverse events temporally associated with vaccine administration in Canada [online]. Available from URL: http://www.hc-sc.gc.ca/hpb/lcdc/bid/di/vaaesume.html [Accessed 2002 Aug 29]

40. Wiholm BE, Olsson S, Moore N, et al. Spontaneous reporting systems outside the US. In: Strom BL, editor. Pharmacoepidemiology. 3rd ed. New York (NY): John Wiley and Sons Ltd, 2000

41. Food and Drug Administration. Transcript of FDA part 15 hearing on risk management. Washington, DC [online]. Available from URL: http://www.fda.gov/ohrms/dockets/dockets/02n0115/02n0115-tr.htm [Accessed 2002 May 22]

42. Waller PC, Lee EH. Responding to drug safety issues. Pharmacoepidemiol Drug Saf 1999; 53: 177-90

43. DuMouchel W. Bayesian data mining in large frequency tables, with an application to the FDA Spontaneous Reporting system. Am Stat 1999; 53: 177-90

44. Bate A, Lindquist M, Edwards IR. A Bayesian neural network method for adverse drug reaction signal generation. Eur J Clin Pharmacol 1998; 54: 315-21

45. Van Puijenbroek E, Egberts ACG, Heerdink ER, et al. Detecting drug-drug interaction using a database for spontaneous adverse drug reactions: an example with diuretics and non-steroidal

© 2005 Adis Data Information BV. All rights reserved.

anti-inflammatory drugs. Eur J Clin Pharmacol 2000; 56: 733-8

46. Coulter DM. The New Zealand intensive medicines monitoring programme in pro-active safety surveillance. Pharmacoepidemiol Drug Saf 2000; 9: 273-80

47. Shakir SA, Wilton LV, Boshier A, et al. Cardiovascular events in users of sildenafil: results from first phase of prescription event monitoring in England. BMJ 2001; 322: 651-2

48. Mackay FJ. Post-marketing studies: the work of the Drug Safety Research Unit. Drug Saf 1998; 19: 343-53

49. US Department of Health and Human Services, Food and Drug Administration. Managing the risks from medical product use: creating a risk management framework. Report to the FDA Commissioner for the Task Force on Risk Management, 1999 May [online]. Available from URL: http://www.fda.gov/oc/tfrm/1999report.html [Accessed 2004 Oct 29]

50. Kracov D. Interim Pharmaceutical Information Association Risk Management Comes of Age Workshop. Pharmaceutical risk management: legal issues and concerns. Washington, DC; 2003 May 14-15

51. Curkendall SM, Mo J, Stang MR, et al. Cardiovascular disease in patients with schizophrenia in Saskatchewan, Canada. J Clin Psychiatr 2004; 65 (5): 715-20

52. Enger C, Weatherby L, Reynolds RF, et al. Serious cardiovascular events and morbidity among patients with schizophrenia. J Nerv Ment Dis 2004; 192: 19-27

53. Hennessy S, Bilker WB, Knauss JS, et al. Cardiac arrest and ventricular arrhythmia in patients taking antipsychotic drugs: cohort study using administrative data. BMJ 2002; 325: 1070-5

54. Colditz GA. The Nurses' Health Study: a cohort of US women followed since 1976. J Am Med Womens Assoc 1995; 50: 40-4

55. Kaufman DW, Rosenberg L, Mitchell AA. Signal generation and clarification: use of case-control data. Pharmacoepidemiol Drug Saf 2001; 10: 197-203

56. Garcia Rodriguez LA, Perez Gutthann S. Use of the UK general practice research database for pharmacoepidemiology. Br J Clin Pharmacol 1998; 45: 419-25

57. Walley T, Mantgani A. The UK general practice research database. Lancet 1997; 350: 1097-9

58. RISK: analysis, perception, management. London: The Royal Society, 1992

59. Requirements on content and format of labeling for human prescription drugs and biologics; requirements for prescription drug product labels; proposed rule. Fed Regist 2000 Dec 22; 65 (247): 81081-131

60. Requirements for submission of labeling for human prescription drugs and biologics in electronic format; proposed rule. Fed Regist 2002 May 3; 67 (86): 22367-75

61. Smalley W, Shatin D, Wysowski DK, et al. Contraindicated use of cisapride: impact of food and drug administration regulatory action. JAMA 2000; 284: 3036-9

62. FDA Drug Safety & Risk Management Advisory Committee Meeting. Gaithersburg (MD); 2002 Jul 17 [online]. Available from URL: http://www.fda.gov/ohrms/dockets/ac/02/transcripts/3874T1.htm [Accessed 2004 Oct 29]

63. Wolfe SM. Direct-to-consumer advertising: education or emotion promotion? N Engl J Med 2002; 346: 524-6

64. Pushing ethical pharmaceuticals direct to the public. Lancet 1998 Mar 28; 351 (9107): 921

65. Holmer AF. Direct-to-consumer advertising: strengthening our health care system. N Engl J Med 2002; 346: 526-8

66. US Food and Drug Administration. Transcript of FDA part 15 hearing on risk management. Washington, DC; 2002 May 22 [online]. Available from URL: http://www.fda.gov/ohrms/dockets/dockets/02n0115/02n0115-tr.htm [Accessed 2004 Oct 29]

67. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research. Gastrointestinal Drugs Advisory Committee and Drug Safety and Risk Management Subcommittee of the Advisory Committee for Pharmaceutical Science. Bethesda (MD); 2002 Apr 23 [online]. Available from URL: http://www.fda.gov/ohrms/dockets/ac/02/transcripts/3848T1.htm [Accessed 2004 Oct 29]

68. Bates DW, Leape LL, Cullen DJ, et al. Effect of computerized physician order entry and a team intervention on prevention of serious medication errors. JAMA 1998; 280 (15): 1311-6

69. Kuperman GJ, Teich JM, Gandhi TK, et al. Patient safety and computerized medication ordering at Brigham and Women's Hospital. Jt Comm J Qual Improv 2001 Oct; 27 (10): 509-21

70. Leape LL, Cullen DJ, Clapp MD, et al. Pharmacist participation on physician rounds and adverse drug events in the intensive care unit [published erratum appears in JAMA 2000 Mar 8; 283 (10): 1293]. JAMA 1999; 282 (3): 267-70

71. Knapp KK, Paavola FG, Maine LL, et al. Availability of primary care providers and pharmacists in the United States. J Am Pharm Assoc 1999; 39 (2): 127-35

72. Bar code label requirements for human drug products and biological products: final rule. Fed Regist 2004 Feb 26; 69 (38): 9120-9170

73. Last JM, editor. A dictionary of epidemiology. 4th ed. Oxford: Oxford University Press, 2001

Correspondence and offprints: Dr *Janice K. Bush*, Quality Management and Business Support, Benefit-Risk Management, Johnson & Johnson Pharmaceutical Research & Development, 1125 Trenton-Harbourtown Road, PO Box 200, Titusville, LLC, NJ 08560-0200, USA.
E-mail: jbush1@prdus.jnj.com

© 2005 Adis Data Information BV. All rights reserved.

# Plaintiffs' Response re CLELAND

# Footnote  2 of 4

IMPLICATIONS OF CYCLOOXYGENASE INHIBITION
FOR GASTROINTESTINAL DISEASE                          0889-8553/01 $15.00 + .00

# GASTROINTESTINAL TOXICITY ASSOCIATED WITH NONSTEROIDAL ANTI-INFLAMMATORY DRUGS

## Epidemiologic and Economic Issues

Walter L. Straus, MD, MPH, and Joshua J. Ofman, MD, MSHS

Since 1764, when Edward Stone described the beneficial effect of the bark of the willow in the treatment of malarial fevers, drugs based on salicylic acid, the key ingredient in Stone's discovery, have been used widely throughout the world. These drugs are not taken without risk, however. The German chemists who first synthesized aspirin developed the compound with the stated goal of decreasing the gastrointestinal tolerability problems associated with salicylic acid.[21] Nonsteroidal anti-inflammatory drugs (NSAIDs), introduced in the 1970s and 1980s, were developed in part to improve gastrointestinal safety further. By 2000, 18 different NSAIDs were approved by the Food and Drug Administration (FDA) for marketing in the United States, 3 of which also were available in over-the-counter (OTC) preparations.[11] The effort to provide analgesic and anti-inflammatory efficacy while enhancing gastrointestinal safety

This work was supported by Merck and Co., Inc (WLS).

From Outcomes Research and Management, Merck and Co., Inc, West Point, Pennsylvania, and the Center for Clinical Epidemiology and Biostatistics, University of Pennsylvania School of Medicine, Philadelphia (WLS), Pennsylvania; and the Division of Gastroenterology, Departments of Medicine and Health Services Research, Cedars-Sinai Health System and Zynx Health, Inc., Los Angeles, California (JJO)

67. Selling JA, Hogan DL, Aly A, et al: Indomethacin inhibits duodenal mucosal bicarbonate secretion and endogenous prostaglandin $E_2$ output in human subjects. Ann Intern Med 106:386, 1987
68. Silen W: Gastric mucosal defense and repair. In Johnson LR (ed): Physiology of the Gastrointestinal Tract. New York, Raven Press, 1987, p 1055
69. Silverstein FE, Faich G, Goldstein JL, et al: Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: The CLASS study: A randomized controlled trial. JAMA 284:1247, 2000
70. Silverstein FE, Graham DY, Senior JR, et al: Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: A randomized, double-blind, placebo-controlled trial. Ann Intern Med 123:241, 1995
71. Silvoso GR, Ivey KJ, Butt JH, et al: Incidence of gastric lesions in patients with rheumatic diseases on chronic aspirin therapy. Ann Intern Med 91:517, 1979
72. Soll AH, Weinstein WM, Kurata JH, et al: Nonsteroidal anti-inflammatory drugs and peptic ulcer disease. Ann Intern Med 114:307, 1991
73. Steering Committee of the Physician's Health Study Research Group: Final report on the aspirin component of the ongoing Physician's Health Study. N Engl J Med 321:129, 1989
74. Trondstad RJ, Aadland E, Holler T, et al: Gastroscopic findings after treatment with enteric-coated and plain naproxen tablets in healthy subjects. Scand J Gastroenterol 20:239, 1985
75. Van Hecken A, Schwartz JI, Depre M, et al: Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 40:1109, 2000
76. Vogt W, Suzuki T, Babilli S: Prostaglandin SRS- and darmstoff preparations from frog intestinal dialysates. Mem Soc Endocrinol 14:137, 1966
77. Wallace JL, Keenan CM, Granger DN: Gastric ulceration induced by nonsteroidal anti-inflammatory drug is a neutrophil-dependent process. Am J Physiol 259:462, 1990
78. Wallace JL, McKnight W, Miyasaka M, et al: Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury. Am J Physiol 265:G993, 1993
79. Wallace JL, McKnight W, Reuter B, et al: NSAID-induced gastric damage in rats: Requirement for inhibition of both cyclooxygenase 1 and 2. Gastroenterology 119:706, 2000
80. Warner TD, Giuliano F, Vojnovic I, et al: Nonsteroid drug selectivities for cyclooxygenase-1 rather than cyclooxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis. Proc Natl Acad Sci U S A 96:7563, 1999
81. Whittle BJR: Mechanisms underlying gastric mucosal damage induced by indomethacin and bile salts, and the actions of prostaglandins. Br J Pharmacol 60:455, 1977
82. Wilson DE, Phillips C, Levine RA: Inhibition of gastric secretion in man by prostaglandin A. Gastroenterology 61:201, 1971
83. Wilson RG, Smith AN, Macintyre IMC: Complications of diverticular disease and non-steroidal anti-inflammatory drugs: A prospective study. Br J Surg 77:1103, 1990
84. Wright NJ, Gottesdiener K, Garlick NM, et al: Rofecoxib, a COX-2 inhibitor, does not inhibit gastric mucosal prostaglandin production. Gastroenterology 120:867-873, 2001
85. Xie W, Chipman JG, Robertson DL, et al: Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A 88:2692, 1991

Address reprint requests to
Byron Cryer, MD
Dallas Veterans Affairs Medical Center (111B1)
4500 South Lancaster Road
Dallas, TX 75216

e-mail bcryer@utsouthwestern.edu

has continued and has led more recently to the introduction of drugs that selectively inhibit cyclooxygenase-2 (COX-2) (COXIBs), the COX isoenzyme involved in the inflammatory response.

## CHALLENGES OF THE NSAID LITERATURE

There is a large body of literature on the gastrointestinal toxicity of NSAIDs, much of which focuses on the most severe upper gastrointestinal effects of NSAIDs—gastrointestinal perforations, ulcers, and bleeds (PUBs). Data reporting gastrointestinal toxicity derive chiefly from clinical trials and observational studies. Controlled clinical trials, usually conducted for regulatory approval, frequently are of relatively short duration and most commonly assess gastrointestinal safety using surrogate end points. Protocols typically call for scheduled endoscopies in which gastrointestinal effects are assessed by identification and quantification of endoscopic stigmata believed to represent precursor lesions to clinically serious gastrointestinal events (i.e., potentially life-threatening PUBs). Because endoscopically identified lesions are study end points, patients with gastroduodenal lesions are removed from the trial before they develop serious gastrointestinal events (i.e., PUBs), and controlled trial results may underreport the incidence of these events. Observational data reported in cohort and case-control studies may be useful in characterizing the incidence of gastrointestinal events that occur under everyday clinical conditions, but they have their own limitations (e.g, patient heterogeneity, difficulty controlling for confounding). With these limitations in mind, this article focuses on data from observational studies, supplemented by data from clinical trials reporting clinically defined gastrointestinal events. The outcomes of the observational studies reviewed are reported in terms of metrics that may seem arcane: Odds ratios, relative risks, and risk ratios are used to quantify the magnitude of difference in effect (e.g, incidence of or likelihood of having or having had a gastrointestinal hemorrhage) between persons exposed (to an NSAID) compared with persons not exposed. The appropriate metric depends largely on the study type (e.g., case-control, cohort).[8]

## SOCIETAL IMPACT OF GASTROINTESTINAL TOXICITY OF NSAIDs

In 2000, approximately 69 million NSAID prescriptions were dispensed at a cost greater than $4.8 billion.[2] Usage in the Netherlands in 1987 was 11 defined daily doses (estimated average daily dose for the primary indication of the drug) per 1000 persons/d, and usage in Australia in 1994 was 35 defined daily doses per 1000 persons/d.[37] NSAIDs are used primarily to treat arthritis and related musculoskeletal problems. In Australia, 36% of the NSAID users had osteoarthritis and 4%

had rheumatoid arthritis,[37] in a pharmacoepidemiologic survey in the United Kingdom, 48.3% of patients prescribed NSAIDs had some form of arthritis, with osteoarthritis specified in 22.7% of cases and rheumatoid arthritis in 4.7%.[45]

Data from the Arthritis, Rheumatism, and Aging Medical Information System (ARAMIS) study, a longitudinal study of osteoarthritis and rheumatoid arthritis care in 7 U.S. centers, have been extrapolated to estimate national rates of NSAID-related gastrointestinal events. ARAMIS investigators estimated that NSAID usage by osteoarthritis and rheumatoid arthritis patients in the United States resulted in 16,500 PUB-related deaths annually, more than the deaths attributed to asthma, cervical cancer, and Hodgkin disease combined and comparable to the number of deaths attributed to acquired immunodeficiency syndrome (AIDS).[86] Because ARAMIS estimates apply only to patients with some forms of arthritis, the number of NSAID-related gastrointestinal deaths in the entire population, including individuals taking long-term NSAIDs for other indications, is presumably higher still. Blower et al[31] estimated the annual number of gastrointestinal-related emergency admissions and deaths attributable to NSAIDs, based on retrospective analysis of case notes. The results indicated that 12,000 emergency upper gastrointestinal admissions and 2230 deaths were attributable to NSAIDs annually in the United Kingdom, with a further 330 deaths occurring in the community.[13] In a separate analysis, derived from a synthesis of published clinical trial and observational study data, Tramer et al[89] estimated that approximately 2000 deaths occur annually in the United Kingdom as a result of NSAID-related gastrointestinal effects, a figure similar to that reported by Blower et al.[13]

## RISK OF SERIOUS GASTROINTESTINAL EVENTS RESULTING FROM NSAIDs

The quantitative estimation of the risk of serious upper gastrointestinal events has been the subject of a vast literature. The literature is inconsistent in the definitions of these events, with studies individually reporting the range of most plausible events, including gastroduodenal ulceration, gastrointestinal bleeding, obstruction, and perforation. The most common approach has been to pool perforations, gastroduodenal ulcers, and gastrointestinal bleeding (PUBs). Dozens of primary studies provide data on the relative risk of PUBs among NSAID users compared with persons not using NSAIDs, and these studies have been subjected to at least 6 meta-analyses.[14, 16, 26, 30, 49, 94] These analyses have been based primarily on English language publications of epidemiologic studies and have focused only on PUBs. A more recent meta-analysis included placebo-controlled, randomized trials of NSAIDs in which clinically significant gastrointestinal events were reported and included non-English language publications and unpublished studies carried out to obtain FDA approval of new NSAIDs.[73] A total of 44 studies (including

Case 2:05-md-01657-EEF-DEK   Document 5716-1   Filed 06/27/06   Page 23 of 42

Table 1. RELATIVE RISK OF PERFORATIONS, ULCERS, AND BLEEDS FOR NSAID-TREATED PATIENTS COMPARED WITH CONTROLS

| Study Design | No. Studies | No. Patients* | Risk Ratio (95% CI) | Odds Ratio (95% CI) |
|---|---|---|---|---|
| RCTs (NSAID vs. placebo) | 16 | 4431 | 1.6 (0.7-3.7) | — |
| Cohort studies† | 9 | 758,776 patient-years | 2.7 (2.1-3.5) | — |
| Case-control studies‡ | 22 | 25,272 | — | 3.0 (2.5-3.7)†‡ |

*Total number of patients.
*Chi-square test of heterogeneity, P<.05.
†Matched for age and sex.
CI = Confidence interval; RCTs = randomized controlled trials.

randomized controlled trials, cohort studies, and case-control studies) contributed data to the pooled estimates of the relative risk of PUBs resulting from NSAIDs; this may be compared with the 16 case-control and cohort studies in an earlier meta-analysis.[26] The risk of PUBs varied according to study design (Table 1). The lowest risk of PUBs was seen in clinical trials, possibly reflecting the removal of patients from trials after endoscopic end points were reached, before frank PUBs appeared. The aggregate risks seen in cohort studies (risk ratio, 2.7; 95% confidence interval [CI], 2.1 to 3.5) and case-control studies (odds ratio, 3.0; 95% CI, 2.5 to 3.7) are consistent with those reported previously and indicate that among all NSAID users, the risk of PUBs is increased 2.7 to 3 fold.

## EFFECTS OF NSAID EXPOSURE

### NSAID Dose and Duration of Use

The effects of NSAID dose and usage patterns on the risk of PUBs were summarized by Hernandez-Diaz and Rodriguez.[50] Figure 1 illustrates 3 effects. First, the risk of PUBs increases approximately linearly with dosage, with high-dosage users having an approximately 7-fold increased risk compared with nonusers. Second, although it is difficult to define dates of NSAID discontinuation accurately in observational studies, the risk is highest among current NSAID users and declines rapidly (although not to baseline) among persons who have discontinued NSAIDs for 30 days or longer. Given that the physiologic effect of most NSAIDs has a half-life of several hours, a plausible explanation for the continued risk of PUBs more than 1 month after apparent drug discontinuation is that some patients use NSAIDs for a longer period than the prescription order would indicate. Alternatively, patients may have developed ulcers during the period of NSAID use that are identified sometime later. Third, the risk of PUBs is highest in the first month of use, then declines; thereafter, the risk increases steadily with the elapsed duration of use. This paradoxic finding has been noted previously.[4,26,40,48,49] When first observed, it was proposed that the decline in risk of



Figure 1. Pooled relative risks for perforations, ulcers, and bleeds (PUB) for users of nonaspirin nonsteroidal anti-inflammatory drugs (NSAIDS) compared to nonusers by potential modifiers of NSAID effect for studies from Hernandez-Diaz S, Rodriguez LA: Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: An overview of epidemiologic studies published in the 1990s. Arch Intern Med 160:2093–2099, 2000.)

| | N Studies |
|---|---|
| **Age, y** | |
| <65 | 5 |
| 65-74 | 8 |
| 75-84 | 3 |
| >84 | 4 |
| **NSAID Dose** | |
| Low | 6 |
| Medium | 3 |
| High | 5 |
| **NSAID Use** | |
| Current | 6 |
| Recent | 6 |
| Past | 6 |
| **Months NSAIDs** | |
| 1 | 6 |
| 2 - 3 | 6 |
| 4 - 6 | 3 |
| 7 - 12 | 3 |
| **Gender** | |
| Women | 7 |
| Men | 7 |
| **Prior Ulcer** | |
| None | 6 |
| Prior history | 6 |

PUBs after the first month of NSAID use reflected a physiologic accommodation to NSAIDs.[38] An alternative explanation is that a subset of persons at particularly high risk (e.g., because of concomitant exposure to anticoagulants) experience PUBs promptly after initiation of NSAID therapy. These highest risk users are discontinued from the drug, leaving a population that experiences PUBs at approximately a constant rate with time.[47]

## Multiple NSAID Use

The Medicines Monitoring Unit group characterized health care usage for the population of Tayside, Scotland, and found that the use of multiple NSAIDs (i.e., filling of prescriptions for 2 to 5 different, individual NSAIDs during a defined time period) was equivalent in toxicity ranking to the most toxic NSAIDs.[55] This finding was corroborated in a retrospective study of general practitioners' computerized records in the United Kingdom, where the relative risk of PUBs was more than twice as high for users of 2 or more individual NSAIDs as for users of a single NSAID (the event rates were 9.0 versus 4.1 per 10,000 during a 150-day period).[51] A retrospective analysis of prescription drug database records of 3 U.S. Medicare managed care plans indicated that during the course of a year, a small subset (2.3%) of patients filled prescriptions for 3 or more different NSAIDs; there was a direct relationship between multiple NSAIDs and the use of prophylactically and symptomatically prescribed gastrointestinal drugs, including antisecretory agents and misoprostol.[6]

## Toxicity of Individual NSAIDs

Before the mid-1980s, available literature describing the comparative toxicity of NSAIDs was based on clinical trial data, and conclusions based on these studies have been criticized for biases in trial design.[36] With the availability of data from prospective cohort studies (e.g., AR-AMIS), along with the development of large administrative databases, such as those developed by Canadian provincial governments, networks of British general practitioners, and several U.S. state Medicaid programs, it has been possible to characterize patient experience with NSAIDs under conditions of actual usage. There are numerous tradeoffs involved in using these data, which may include difficulty ascertaining drug dosage, the confounding effects of known risk factors (e.g., age and comorbidity), confounding by indication (drugs preferentially being administered to or restricted from certain patient groups), concurrent use of prophylactic medication, and limited ability to capture data on the use of OTC medications.

Large administrative database studies of the toxicity of individual NSAIDs were summarized in a meta-analysis, which provided an average ranking of the pooled risks of gastrointestinal complications for the

different NSAIDs available in the early 1990s.[49] These data are summarized in Figure 2. This systematic review indicated that ibuprofen was the safest of the NSAIDs evaluated, that the crude risk ratios of other NSAIDs fell over about a 4-fold range compared with ibuprofen, and that piroxicam and azapropazone were among the least safe NSAIDs. The authors observed that the apparent safety advantage of several of the NSAIDs appeared to be dose related. Low-dose ibuprofen was associated with a pooled relative risk of 1.6 (95% CI, 0.8 to 3.2) compared with a pooled relative risk of 4.2 (95% CI, 1.8 to 9.8) for high-dose ibuprofen. The study was unable to provide information on the newer NSAIDs (e.g., nabumetone, etodolac) and those that had not yet been introduced (celecoxib, meloxicam, rofecoxib). Generally, similar findings were produced in a subsequent analysis of the Tayside, Scotland, data for persons without prior gastrointestinal events, history of endoscopy, or use of antisecretory agents and adjusted for age and gender.[49] Using data from the Saskatchewan database, Guthann et al[26] estimated the risk of complicated peptic ulcer for persons without a prior history of complicated peptic ulcer and adjusted their data for age, gender, corticosteroid use, prescription aspirin, and calendar year. Compared with nonusers, ibuprofen users had the lowest risk (odds ratio, 2.1; 95% CI, 1.1 to 4.0), and the highest risks were seen among users of diflunisal (odds ratio, 6.2; 95% CI, 3.4 to 11.2). After stratifying for dosage, the relative safety advantage of ibuprofen was lost for drug administered at doses greater than 1500 mg/d (odds ratio, 5.8; 95% CI, 2.2 to 15.1).



| NSAID | Events | TPY |
|---|---|---|
| Azapropazone | 7 | 0.29 |
| Diflunisal | 2 | 0.10 |
| Flurbiprofen | 3 | 0.20 |
| Piroxicam | 9 | 0.90 |
| Multiple NSAIDs | 5 | 0.57 |
| Diclofenac | 14 | 2.46 |
| Benoxylate | 1 | 0.09 |
| Naproxen | 11 | 2.58 |
| Tenoxicam | 1 | 0.17 |
| Indomethacin | 1 | 0.41 |
| Aspirin | 21 | 4.42 |
| Mefenamic Acid | 1 | 1.73 |
| Ibuprofen | 1 | 4.08 |
| Ketoprofen | 0 | 0.34 |
| Fenbufen | 1 | 0.18 |
| (Comparators) | 24 | 20.46 |

Rate Ratio (95% Limits)

Figure 2. Comparative toxicities of NSAIDs in different studies. (Data from Henry D, Lim LL, Garcia Rodriguez LA, et al: Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: Results of a collaborative meta-analysis. BMJ 312:1563–1566, 1996.)

Although endoscopy-based safety studies suggest that nonacetylated salicylates, including etodolac, nabumetone, and meloxicam, may be associated with a lower incidence of gastroduodenal ulcers than comparator NSAIDs, there are limited observational data available to compare these drugs with other NSAIDs with long clinical experience. A study in Tayside, Scotland, found a trend for nabumetone to be one of the NSAIDs with the lowest associated incidence of complicated upper gastrointestinal events, but the confidence intervals were wide.[67] A meta-analysis of pooled data from meloxicam clinical trials (meloxicam dose, 7.5 to 15 mg/d) suggested a decreased incidence of PUBs compared with pooled comparators (piroxicam, 20 mg/d; naproxen, 750 mg/d; or diclofenac, 100 mg/d); however, there are to date no comparative data putting meloxicam in context with other NSAIDs under conditions of regular clinical practice.[81]

There are to date no publications based on administrative (observational) data that compare COXIBs with nonselective NSAIDs in terms of clinically significant gastrointestinal events. The findings of the gastrointestinal outcomes clinical trials, VIGOR (rofecoxib versus naproxen) and CLASS (celecoxib versus diclofenac or ibuprofen), are described in detail in the article by Simon.[82a]

Observational data on the comparative toxicities of different NSAIDs can be criticized because of various forms of bias that cannot be accounted for (e.g., confounding by indication because certain NSAIDs may be prescribed preferentially to persons at higher risk for gastrointestinal complications). There is now an increasing body of literature assessing differences between NSAIDs in terms of the relative inhibition of COX-2 versus COX-1 (all NSAIDs inhibit these 2 isoenzymes to varying degrees) and there are many endoscopy-based gastrointestinal safety studies comparing the incidence of gastroduodenal ulcers among persons receiving the newer NSAIDs, including nabumetone, celecoxib, rofecoxib, or meloxicam, compared with older, less COX-2 selective NSAIDs. Together, findings from these studies correlate fairly well with the epidemiologic data, supporting the argument that the less selective NSAIDs (e.g., piroxicam, indomethacin) have a higher risk of gastrointestinal complications than do the newer agents.[1, 6, 44, 46, 83, 100]

## PATIENT RISK FACTORS

Although the composite risk of PUBs among NSAID users compared with persons not exposed to NSAIDs is a useful population parameter, clinical management of patients considered for NSAID therapy may be served better by understanding the individual characteristics that predispose persons to NSAID-related gastrointestinal events. The data are compelling for certain patient characteristics, such as a prior history of peptic ulcer, whereas others have been shown inconsistently.[100] Estimates of the magnitudes of the risks have varied, in large part as a

result of differences in the populations studied and in the methods employed.

### Age, Gender, and History of Perforations, Ulcers, and Bleeds

An overview of 18 case-control and cohort studies published in the 1990s identified advanced age, a history of complicated peptic ulcer disease, and male gender as risk factors for upper gastrointestinal bleeding or perforation, independent of NSAID.[56] When NSAID users were compared with persons not exposed to NSAIDs, however, the risk of these gastrointestinal complications was significantly higher in women than in men, possibly suggesting that comorbidities or patterns of drug use differentially affect men and women. Several other studies similarly show a greater risk of NSAID-related PUBs in women than in men.[3,42] Age remained a risk factor, with risk rising approximately linearly after age 65 (e.g., among persons >84 years old, NSAID users had a 4.8-fold increased risk [95% CI, 4.0 to 5.7] compared with nonusers).[50] In a cohort study of residents of Tayside, Scotland, McMahon et al[49] found that after age 50 the risk of upper gastrointestinal events increased linearly with age. Guess et al[41] found that fatality as a result of upper gastrointestinal hemorrhage or perforation was rare in persons younger than age 75 and that risk increased among older persons with a history of upper gastrointestinal disease. An explanation for the effect of age is that age is itself not a risk factor; rather, the prevalence of comorbidities that predispose to NSAID-related PUBs, such as atrial fibrillation requiring anticoagulant therapy, is greater in older persons. Such comorbidities, comedications, and past history may be more important predictors of NSAID-induced toxicity than age and more relevant in regard to therapeutic decision making for this patient population.[91] In a multivariate model of risk factors for gastrointestinal complications leading to hospitalization or death among rheumatoid arthritis patients, Fries et al[33] found that age remained an independent risk factor, as did a prior history of gastrointestinal side effects caused by NSAID use and a history of corticosteroid use.

A meta-analysis[73] assessed the risk of PUBs in different age strata, based on data from 9 case-control studies and 4 cohort studies. The odds ratio for NSAID-induced PUBs in persons less than 65 years old was 2.5 (95% CI, 1.7 to 3.7) compared with 4.7 (95% CI, 3.5 to 6.5) for persons 65 years old and older. The CIs overlap, however, and it is not clear that confounding because of duration of exposure to NSAIDs and other factors could be excluded.

### Helicobacter pylori

The issue of synergy between Helicobacter pylori, a major cause of peptic ulcer disease, and NSAIDs has been discussed by several authors

(see Chan's article in this issue),[5,10] It presently seems that *H pylori* does not increase substantially the risk of PUBs among long-term NSAID users.

### Effects of Concomitant Medications, Smoking, and Alcohol

Several drugs, particularly anticoagulants and corticosteroids, have been implicated in increasing the risk of NSAID gastropathy. The concurrent use of warfarin sodium consistently has been shown to be one of the strongest risk factors for NSAID-related PUBs.[26,75] In a retrospective cohort study of Tennessee Medicaid recipients, Shorr et al[28] showed that the concurrent use of NSAIDs and oral anticoagulants increased the risk of hemorrhagic peptic ulcer by almost 13-fold. There has been some controversy about whether corticosteroids are an independent risk factor for PUBs or a confounder (i.e., persons receiving corticosteroids may be predisposed to PUBs because of underlying disease).[66] Data based primarily on rheumatoid arthritis patients followed in the ARAMIS study pointed to corticosteroids as an independent risk factor.[23,70,105] Corticosteroids have been identified in a meta-analysis as an independent risk factor associated with a 2-fold increase in peptic ulcer;[70] whereas in a case-control study of Medicaid data, corticosteroids were not an independent risk factor but acted synergistically with concurrent NSAID use.[77] Consistent with the latter, Weil et al[105] found that corticosteroids and NSAIDs each were associated with an approximately 3-fold risk for admission because of bleeding peptic ulcer and that persons receiving corticosteroids and NSAIDs had a 9-fold increased risk of upper gastrointestinal bleeding. Early reports of an association between peptic ulcers and calcium channel blockers have been discounted.[90,103]

Evidence for alcohol and smoking as risk factors for NSAID-related PUBs has been inconsistent. Weil et al[105] found that current smoking was associated independently with the risk of upper gastrointestinal bleeding and that concurrent use of NSAIDs approximately doubled the risk; however, smoking did not increase the risk of hospitalization for PUBs among current NSAID users. In the same study, alcohol use did not increase the risk of bleeding (odds ratio, 1.2[95% CI, 0.88 to 1.79]),[46] whereas Henry et al[46] found a substantial increase in risk because of alcohol (odds ratio, 6.0).

### Low-Dose Aspirin

Originally developed for its anti-inflammatory properties, particularly analgesia, aspirin more recently has been recognized for its antiplatelet effects and now is used widely as prophylaxis against thrombotic cardiovascular events.[67] Aspirin inhibits the production of thromboxane $A_2$ which in turn inhibits platelet aggregation, through antagonism of COX-1.[3] The doses typically used for regular anti-inflammatory use are greater than those used for cardiovascular prophylaxis (81 to 325 mg/d).

In a meta-analysis of 24 randomized controlled trials of aspirin for antiplatelet use, the overall risk of hemorrhage was increased (odds ratio, 1.68; 95% CI, 1.51 to 1.81) among aspirin users during a mean of 28 months of follow-up.[19] There was a trend ($P > .05$) for a lower incidence of PUBs among persons receiving lower doses of aspirin (50 to 162.5 mg/d versus 162.5 to 1500 mg/d), although even at lower doses the risk was increased compared with no aspirin use (pooled odds ratio, 1.59; 95% CI, 1.40 to 1.81). Risks associated with modified-release formulations of aspirin were comparable to standard release versions. Using a case-control design, Weil et al[102] found that after adjustment for potential confounders, the risk of admission for bleeding peptic ulcer was higher among prophylactic aspirin users than among community or hospital control patients and that the risk increased with dose: at 75 mg/d, odds ratio, 2.3 (95% CI, 1.2 to 4.4); 150 mg/d, odds ratio, 3.9 (95% CI, 1.7 to 6.5); and 300 mg/d (95% CI, 2.5 to 6.3).

A related issue is the concomitant use of aspirin with NSAIDs in persons who require antiplatelet and anti-inflammatory therapy. Weil et al[102] showed that the risk of hospitalization for PUBs of users of aspirin and NSAIDs was greater than the risk for persons exposed to only 1 of the drugs. A cohort study from Denmark similarly reported that persons taking low-dose aspirin and NSAIDs had a risk of upper gastrointestinal bleeding approximately double that of persons taking NSAIDs alone (standardized incidence rate ratio, 5.6; 95% CI, 4.4 to 7.0).[95] These data suggest that the combination of aspirin plus NSAIDs carries with it a significantly increased risk for gastrointestinal bleeding compared with use of NSAIDs alone.

## SPECIFIC POPULATIONS

Certain populations are at particular risk of NSAID-induced PUBs either because of long-term use of these drugs, as in patients with arthritis,[46] or because of a high baseline rate of PUBs, as in the elderly.[39] Fries et al[33] were among the first investigators to determine that disabled persons with chronic disease were at increased risk of NSAID-related gastrotoxicity. Disability is a functional consequence of morbidity and a marker for serious illness. Weil et al[105] showed that heart failure and diabetes are risk factors for PUBs independently of and multiplicative with NSAIDs. Study of the institutionalized elderly has been facilitated by the Systematic Assessment of Geriatric drug use via Epidemiology (SAGE) database, a longitudinal long-term care, population-based data set providing clinical and pharmacy information for more than 100,000 persons admitted to nursing homes in 4 U.S. states.[8,9,29] Analysis of SAGE data has shown that the frail, institutionalized elderly are at extremely high risk of developing PUBs, and this risk is increased further

## 906   STRAUS & OFMAN

by the use of NSAIDs. Independent of the use of NSAIDs, the baseline incidence of PUBs in the SAGE population is greater than 50 events per 1000 person-years,[42] 5 to 6 times greater than in a noninstitutionalized elderly population,[32] and the use of naproxen is associated with an increased risk of PUBs of about 2-fold,[42] comparable to the increased risk in other populations.[42, 48]

### Over-the-Counter and Surreptitious Use

In contrast to many other classes of drugs, NSAIDs are available in prescription and in OTC formulations. There has been surprisingly little epidemiologic research, however, on the toxicity of OTC NSAIDs. For obvious reasons, most clinical trials of NSAIDs prohibit the concurrent use of OTC NSAIDs, and because OTC NSAIDs are typically paid for out-of-pocket, most clinical databases, which are used primarily for billing purposes, do not provide information about OTC use. One approach has been to extrapolate the gastrointestinal toxicity rates found with prescribed medication to the lower doses of OTC NSAIDs. Strom et al[47] compared the experience of patients who received prescription naproxen versus ibuprofen, both dispensed at low dose. Low-dose naproxen was associated with a 2-fold increased risk of gastrointestinal bleeding compared with low-dose ibuprofen (adjusted relative risk, 2.0; 95% CI, 1.1 to 3.8). This approach is unable to address the possibility that OTC users may take drugs independently of provider instruction, however. A survey of British OTC ibuprofen users found that almost half selected the OTC product independently of physician recommendation. 30.5% of users used it on a daily basis, and 5.4% exceeded the recommended maximal weekly OTC dose.[a] A telephone survey of U.S. households found that OTC NSAID users were twice as likely to have reported gastrointestinal problems (e.g., dyspepsia, constipation, diarrhea) during the prior month compared with persons not using OTC NSAIDs and to have treated their gastrointestinal problems with OTC gastrointestinal medications, such as histamine$_2$-receptor antagonists.[46] The American College of Gastroenterology Bleeding Registry initial findings suggested that use of OTC NSAIDs and acetylsalicylic acid increased the risk of gastrointestinal bleeding (odds ratio, 2.76; 95% CI, 2.03 to 3.74).[48]

An additional challenge is that the wide availability of different OTC NSAID preparations may make it difficult for patients themselves to know whether they are taking OTC NSAIDs. Lanas et al[38] assessed evidence of aspirin use among 71 patients consecutively admitted for gastrointestinal bleeding. High-performance liquid chromatography was used to estimate aspirin exposure through assay for platelet COX activity (by levels of thromboxane $B_2$). Evidence of NSAID use (89% aspirin) was found among 80% of the admissions. Perhaps most surprisingly, 21.5% more patients with gastrointestinal bleeding had evidence of aspirin use as determined by the thromboxane $B_2$ assay than by patient self-report, suggesting either that patients had difficulty recognizing or remember-

## GASTROINTESTINAL TOXICITY ASSOCIATED WITH NSAIDs   907

ing that they had taken aspirin or that they intentionally failed to disclose the information. It is known that the public underappreciates the risks of NSAIDs, and the wide availability of OTC NSAIDs coupled with the findings of Lanas et al[38] suggests that OTC NSAIDs probably do contribute to PUBs among NSAID users.[34]

### POPULATION ATTRIBUTABLE RISK

To set health care priorities, it is essential to characterize fully the magnitude of a health care problem. It is helpful to understand the background rate of PUBs that occur independently of NSAIDs and the proportion of all PUBs that are due to NSAIDs. Because the terms for different risk measurements frequently are used interchangeably in the epidemiologic literature, it is useful to specify the definitions of risk used here. The population attributable risk (PAR) is a function of the prevalence of exposure to NSAIDs (P) and the rate ratio (RR) and is calculated using the following equation:

$$PAR = \frac{P(RR - 1)}{1 + P(RR - 1)}$$

where the prevalence of NSAID exposure is the proportion of person-time during which persons were exposed, and the rate ratio is the quotient of the incidence (number of events per person-time) of events occurring among persons exposed to NSAIDs divided by the incidence among persons not exposed to NSAIDs.

Although individual risk factors for NSAID-related PUBs are known, the absolute risk that NSAIDs represent for severe gastrointestinal events is documented poorly. The National Hospital Discharge Survey reports annual U.S. hospitalization rates for gastroduodenal ulcers[35] but does not categorize the proportion attributable to different causes, such as H. pylori or NSAIDs. This issue was addressed in a new analysis. All population-based studies presenting data on the risk of adverse gastrointestinal events caused by NSAIDs were identified, and the population attributable risk of hospitalization for upper gastrointestinal PUBs because of NSAID use and the baseline rate of PUBs among persons not exposed to NSAIDs were estimated. These estimates represent the fraction of gastrointestinal PUBS that potentially could be targeted by alternative therapies and the baseline rate in the population if all adverse effects of NSAID use were eliminated (Fig. 3).

As the prevalence of NSAID use increases, the attributable risk increases and the greater the proportion of PUBs that are attributable to NSAIDs. NSAID gastropathy is a more severe problem among rheumatoid arthritis patients, who are the most intensive users of NSAIDs, than in the general population or among a population of younger users who seldom or sporadically use NSAIDs. Apart from prevalence of use, however, there were some variations among these studies in terms of

among persons older than age 65 has been determined in settings in 4 different countries and ranges from 17% in Spain to 34% in New South Wales, with differences primarily resulting from different rates of NSAID use.[87]

As the population in the United States and other developed countries continues to age, all things being equal, the burden of gastrointestinal toxicity resulting from NSAIDs may increase in the future. The number of individuals 85 years old and older in the United States is projected to rise from about 4 million in 2000 to almost 18 million in 2050.[22]

National estimates of NSAID use illustrate that NSAID prescriptions rose rapidly from 1973 (27.5 million) to 1983 (66.7 million) but thereafter remained stable. During the same period, there was a 46-fold increase in the use of gastroprotective or antiulcer drugs concomitantly with NSAID use.[25] Analgesic and antirheumatic drugs were among the most frequently consumed drugs. Analysis of a large ambulatory elderly population indicated that the 4 most frequently used therapeutic classes of drugs as a percentage of all drugs used were antihypertensives (9.5%), analgesic-antipyretics (5.9%), anticoagulants (5.5%), and antirheumatics (4.6%) for the period 1987 to 1988.[95]

## DYSPEPSIA

It is believed widely that NSAIDs cause dyspepsia, but the evidence to support this belief is inconsistent. Larkai et al[84] found that dyspepsia was common among NSAID users but did not find a statistical association between any NSAID or NSAID combination and the frequency of dyspepsia; in an observational study in the United Kingdom, the 12-month prevalence of dyspepsia among NSAID users was the same as among matched controls.[51] Conversely, another study in the United Kingdom identified dyspepsia in the previous year as a risk factor for PUBs (odds ratio, 4.0) regardless of current NSAID use,[100] and in a population-based survey in the United States, NSAIDs were associated with an almost 2-fold increase in the risk of dyspepsia or heartburn or both.[48] More recently, data from phase II–III osteoarthritis clinical trials indicated that rofecoxib (mean dose, 24.7 mg/d) was associated with a risk for dyspeptic-type adverse events that was higher than placebo but lower than that for comparator NSAIDs (diclofenac, ibuprofen, or nabumetone).[101]

Adding to the confusion, the pathophysiology of NSAID-related dyspepsia is uncertain.[90] About 30% to 40% of patients receiving long-term treatment experience symptoms of dyspepsia, but symptoms correlate poorly with the endoscopic appearance and severity of mucosal injury.[66] Of individuals with endoscopic evidence of erosive gastritis, 40% are asymptomatic, whereas 50% of patients with dyspepsia have normal-appearing mucosa.[63, 78] Most importantly, although clinical reasoning would suggest that symptoms of dyspepsia represent a premoni-



**Figure 3.** Attributable risk for hospitalization for PUBs by prevalence of NSAID use. (1. Rheumatoid arthritis patients in the United States and Canada; 2. Medicine and Medicaid Patients at least 65 years of age in Tennessee, USA; 3. Health Maintenance Organization population at least 65 years of age in Washington, USA; 4. General population over 50 years of age in Tayade, UK; RR = rate ratio). Figure courtesy of Sinaus et al; personal communication.

other cofactors that may affect risk for PUBs (e.g., age and comorbidities).

Few authors have dealt with the population attributable risk. In a meta-analysis of risk factors for peptic ulcer, Kurata and Nogawa[83] estimated that approximately 95% of all PUBs could be attributed to H. pylori, smoking, and NSAIDs, with 24% of cases attributable to NSAIDs alone. Langman et al[89] calculated that about one third of the estimated 10,000 hospitalizations annually in England and Wales for PUBs in persons 60 years old and older are attributable to NSAID or aspirin use. Weil et al[108] estimated that 22% of PUBs were attributable to NSAIDs; 11%, to prophylactic aspirin use; and 44%, to a history of prior ulcer, smoking, heart failure, diabetes, use of oral corticosteroids, and use of anticoagulants; the remaining 20% to 25% was attributable to all other factors, including short-term aspirin use and H. pylori. Because the attributable risk is a function of the prevalence of exposure, areas with higher prevalence of H. pylori infection, such as developing countries, might be expected to have a higher proportion of PUBs caused by H. pylori (assuming the frequency of other risk factors, e.g., NSAID use, is equal)[33]. NSAIDs would have a greater population attributable risk where use is most common and the prevalence of other risk factors is lower. The population attributable risk of gastrointestinal complications

910   STRAUS & ORMAN

tory event before the presentation of PUBs, the relationship is more complex.[7a] About 50% of all PUBs occur without prior *warning* symptoms (e.g., epigastric pain), and dyspepsia in NSAID users usually does not lead to PUBs. Armstrong and Blower[†] found no antecedent symptoms in 58% of NSAID-treated patients hospitalized with PUBs. Findings from the ARAMIS data on rheumatoid arthritis are more compelling; 81% of NSAID-treated patients hospitalized for serious gastrointestinal events had no symptoms before their event.[65]

One of the challenges in interpreting the data is in the imprecision in the diagnosis of dyspepsia. A meta-analysis of the NSAID literature reviewed different definitions of dyspepsia based on symptoms described in professional organization guidelines.[73] An analysis was conducted based on published NSAID studies reporting symptoms associated with epigastric pain. Using this approach, the authors found that dyspepsia was approximately 40% more common in NSAID users than among patients receiving placebo (Table 2). The risk of dyspepsia was dose related, with NSAIDs administered in high dose having a pooled risk ratio of 2.6 (95% CI, 1.5 to 4.5). The likelihood of reporting dyspepsia was associated with the study type, with dyspepsia reported by a higher proportion of patients in large observational series than by patients in clinical trials (Table 3).

## LOWER GASTROINTESTINAL NSAID-RELATED EVENTS

Although the focus of most epidemiologic research on gastrointestinal effects of NSAIDs has been on the gastroduodenal morbidity, there is substantial evidence to suggest that these drugs also adversely affect the lower gastrointestinal tract. Lower gastrointestinal events were recorded in the American College of Gastroenterology Bleeding Registry, a prospective study of gastrointestinal bleeding in clinical practice. Compared with procedure-matched controls (i.e., persons undergoing endoscopy for reasons other than PUBs), patients being evaluated for lower gastrointestinal bleeding were more likely to have taken aspirin (P<.05); in addition, there was a trend toward an association with ibuprofen exposure.[76] Similarly, in a case-control study of patients hospitalized for lower gastrointestinal bleeding, exposure to nonaspirin NSAIDs during the 7 days before admission was associated with an increased risk of bleeding (odds ratio, 2.0; 95% CI, 1.3 to 3.2).[104] In another hospital-based study, exposure to NSAIDs (including aspirin) was associated with increased risk of lower gastrointestinal perforation (relative risk, 2.5; 95% CI, 1.6 to 4.1) and of lower gastrointestinal bleeding (relative risk, 2.6; 95% CI, 1.40 to 4.85).[99]

## ECONOMIC ISSUES

Many strategies have been used to characterize the economic implications of NSAID-related gastrointestinal toxicity. Broadly, these can be

Table 2. INCIDENCE OF DYSPEPSIA IN RANDOMIZED, PLACEBO-CONTROLLED TRIALS OF NSAIDS

| | No. Studies* | No. Patients* | % With Dyspepsia NSAID Group | Placebo Group | Risk Ratio | Risk Difference |
|---|---|---|---|---|---|---|
| All†‡ | 48 | 11,966 | 4.8% (3.8-5.8%) | 2.3% (1.6-3.1%) | 1.4 (1.1-1.8) | 1.4% (0.9-2.0%) |
| Part-time† | 6 | 297 | 18.2% (9.7-27.2%) | 7.6% (0.7-14.0%) | 1.3 (0.8-2.3) | 8.7% (-1.6-16.3%) |
| Low dosage†‡ | 99 | 11,699 | 4.3% (3.4-5.2%) | 2.2% (1.5-2.9%) | 1.4 (1.1-1.8) | 1.3% (0.5-2.1%) |
| Low dosage†† | 15 | 2832 | 5.0% (3.4-6.5%) | 3.5% (1.9-5.0%) | 1.3 (0.9-1.8) | 1.3% (0.5-2.1%) |
| Medium dosage§§ | 25 | 3414 | 4.3% (2.7-5.9%) | 3.0% (2.0-4.0%) | 1.3 (0.9-1.8) | 1.1% (-0.7-2.9%) |
| High dosage‡ | 6 | 2020 | 8.7% (4.1-12.3%) | 1.2% (0-2.4%) | 2.6 (1.5-4.5) | 3.8% (0.9-6.6%) |

*Number of patients shown is the total number of patients in the treatment and the control groups.
†Chi-square test of heterogeneity for percent in treatment group, P<.05.
‡Chi-square test of heterogeneity for percent in control group, P<.05.
§Chi-square test of heterogeneity for risk difference, P<.05.
Data from Ofman et al (unpublished).

**Table 3. COMPARISON OF THE PERCENT OF PATIENTS WITH DYSPEPSIA IN DIFFERENT STUDY DESIGNS**

| Study Design | No. Studies | No. Patients* | % (95% CI) |
|---|---|---|---|
| NSAIDs vs. placebo RCTs† | 48 | 11,996 | 4.8% (3.8–5.8%) |
| NSAIDs vs. NSAIDs RCTs‡ | 66 | 11,259 | 7.1% (5.9–8.3%) |
| Large exposure series§ | 8 | 79,571 | 11.0% (6.2–15.9%) |

*Number of patients shown is the number of patients in the treatment group only.
†Chi-square test of heterogeneity, P<.05.
‡CI = Confidence interval; RCTs = randomized controlled trials.
Data from Orman et al (unpublished).

grouped into studies estimating the costs of NSAID-related gastrointestinal events and analytic studies that compare alternative approaches to reducing the costs of NSAID-related gastrotoxicity. The former may be of greater use for researchers interested in understanding the costs of gastrointestinal complications of NSAIDs relative to other diseases treated by a health care system, whereas the latter may be more valuable for informing clinical and policy decision making.

Peptic ulcer disease, regardless of its cause, imposes a large economic burden on the U.S. population. Using data from the National Health Interview survey, characterizing health and disease impact among a large nationally representative sample of U.S. adults, Sonnenberg and Everhart[49] estimated that, in terms of lost work productivity and outpatient and inpatient care exclusive of medication expenditures, recent symptomatic peptic ulcer disease could be linked to an annual attributable cost of $5.65 billion. The annual costs of caring for the complications of prior peptic ulcer disease were $10.57 billion annually.[72]

From ARAMIS data, it is estimated that there are about 100,000 hospitalizations as a result of NSAID exposure, costing more than $2 billion per year in the United States.[36] This figure compares with the annual $5.65 billion expenditures on health care for all-cause peptic ulcer.[73] In the United Kingdom, the costs of acute hospital admissions and coprescribing of gastroprotective agents are estimated at £251 million per year.[74]

For many drug classes, economic analyses are performed chiefly to quantify the cost benefits of therapy. Because NSAIDs typically are prescribed by outpatient-based primary care providers and rheumatologists, whereas the complications typically are treated by hospital-based gastroenterologists, prescribers may be relatively unaware of the toxicity of these agents. Most economic assessments of NSAIDs focus on quantifying the gastrointestinal complications in an accurate estimate of the costs associated with NSAID therapy, 2 useful measures have been reported in the NSAID health economic literature: *shadow costs* and *iatrogenic costs*. NSAID *shadow cost* is the acquisition cost of the NSAID plus the direct medical costs of the treatment of NSAID complications.

A related measure, the *iatrogenic cost factor of an NSAID*, refers to the shadow price divided by the NSAID acquisition cost (i.e., cost of the NSAID itself).[17] The iatrogenic cost provides a means to estimate the financial burden of treatment of NSAID complications. An iatrogenic cost factor of 1.5 implies that for every dollar spent on NSAIDs, an additional $0.50 is being spent to address NSAID complications. These terms are useful because they illustrate that therapies may be significantly more costly for the patient and the payer than the cost of the NSAID alone.

Using 1981–1983 Medicaid data, Bloom[12] found that the evaluation and treatment of gastrointestinal side effects among NSAID users with arthritis was associated with an iatrogenic cost factor of 1.46. Smalley et al[58] who explored gastrointestinal health care usage among elderly (>64 years old) Tennessee Medicaid recipients according to their NSAID usage patterns (regular versus occasional users), found a dose-response relationship. Annual Medicaid/Medicare payments for gastrointestinal disorders ranged from $134 for nonusers to $180 for occasional users (iatrogenic cost factor, 1.34) to $244 for regular users (iatrogenic cost factor, 1.84). Reviewing data in a managed care setting, Johnson et al[32] estimated an iatrogenic cost factor of 1.35 for elderly members of the Kaiser-Permanente (Northwest) health management organization. Using a 1993–1997 province-wide database, Rahme et al[9] compared the gastrointestinal-related health care costs of elderly (>64 years old) residents of Quebec who had received prescription NSAIDs with those of patients who were prescribed acetaminophen. After adjusting for differences in patient populations, the authors found the iatrogenic cost factor to be 1.66 (i.e., 66% increased gastrointestinal-related cost for patients receiving NSAIDs compared with patients receiving acetaminophen). Estimates from a hospital-based review in Spain suggested that in 1998, the gastrointestinal side effects increased the actual costs of NSAIDs by 86%.[57] Despite the availability of some newer NSAIDs as well as gastroprotective drugs, the iatrogenic cost factor may not have decreased over 15 years.

Numerous economic analyses of the cost-effectiveness of misoprostol to prevent the serious gastrointestinal complications of NSAIDs have been performed.[7, 15, 18, 26, 27, 35, 51, 54, 67] Gabriel and Wagner[28] summarized the challenges in interpreting this literature: There was significant variation across virtually all methodologic parameters, making it problematic to compare the results of different studies.

One of the most thorough misoprostol-based analyses was completed by Maetzel et al,[38] who conducted a cost-effectiveness analysis based on findings of the Misoprostol Ulcer Complications Outcome Safety Assessment trial, a large (n=8843) double-blind, placebo-controlled trial of misoprostol for prevention of the gastroduodenal complications of NSAIDs. In contrast to most NSAID safety trials, patient monitoring and outcomes were based on clinical rather than protocol-driven endoscopic findings. The authors estimated that use of misoprostol to prevent 1 serious gastrointestinal complication among rheumatoid arthritis patients cost $94,766 (Canadian, range, $60,286 to

$137,146), but that the cost could be reduced if the intervention were restricted to subpopulations at elevated risk. The cost to prevent a serious gastrointestinal event among persons with previous peptic ulcer disease and age greater than 75 years would be $4101 (range, $220 to $18,146).

Using data from a pooled analysis of double-blind, placebo-controlled phase III trials of rofecoxib versus ibuprofen, diclofenac, or nabumetone in osteoarthritis, Moore et al[2] estimated the direct medical cost of rofecoxib compared with nonselective NSAIDs. To simulate clinical practice, the authors restricted analysis to gastrointestinal events independently judged to be clinically significant. Health care usage was based on clinical trial experience, supplemented when necessary (e.g., estimation of baseline use of gastroprotective drugs) with data in the published literature. In their base case model, rofecoxib was found to be cost-saving when conventional NSAIDs were priced greater than £0.62 per day. The cost per year of life gained was £15,647, which was considered within the commonly accepted range for cost-effectiveness. The model was most sensitive to changes in estimates of the proportion of patients receiving prophylactic gastrointestinal comedication (for prevention of NSAID-related complications) and to the expected reduction in gastrointestinal comedication use among patients receiving rofecoxib.

Other costs can be considered in assessing the consequences of NSAID-related gastrointestinal toxicity. As Sonnenberg and Everhart[2] observed, indirect costs (the economic consequences of work loss because of PUBs and their sequelae) can be considerable. Often lost in health economic discussions are the emotional costs, such as the emotional burden of living through a serious gastrointestinal event, and tradeoffs associated with individual preferences for particular therapeutic benefits and risks. Gabriel et al[2] found that the improved quality of life associated with reduced risk of ulcer because of misoprostol usage was mitigated by patients' concerns about increased risk of diarrhea. This issue was highlighted by Peloso and Scheiman.[74] They described a decision analytic approach to estimate the impact of a potentially safer, yet more expensive NSAID on overall disease management costs. In this analysis, a comparison was made between the safer, more expensive NSAID with a less expensive generic NSAID that was followed by antisecretory therapy in response to symptomatic complaints. The authors suggested that the cost-effectiveness of a newer agent was comparable to that seen with misoprostol. Peloso and Scheiman[74] pointed out that comparisons with COXIBs may not be appropriate because they assumed that COXIBs were comparable to nonselective NSAIDs regarding dyspepsia. They also observed that the model may underestimate the cost-effectiveness of safer agents by ignoring any potential quality-of-life benefits of safer therapies. Laine[26] estimated the impact of replacing generic NSAIDs with COXIBs, finding that the only 2 variables having considerable effect on the results were the proportion of gastrointestinal events requiring hospitalization and the proportion of patients requiring proton-pump inhibitors or misoprostol.

## SUMMARY

The large body of literature on the gastrointestinal side effects of NSAIDs has shown consistently that populations can be identified that have a markedly elevated risk for these iatrogenic conditions. These groups include the elderly, persons with prior history of peptic ulcer disease and its complications, persons receiving anticoagulant and corticosteroid therapy, and persons who require long-term NSAID therapy, especially at high dose. It is possible that several comorbidities (e.g., rheumatoid arthritis) predispose patients to gastrointestinal complications caused by NSAIDs, but few studies have adjusted carefully for the possibility that concomitant medication use (e.g., oral anticoagulants, corticosteroids) or increased NSAID dose may account best for apparent association of comorbidities as a risk factor for serious gastrointestinal events. The role of H. pylori infection in affecting the risk of complicated ulcer disease among NSAID users remains to be fully elucidated. Low-dose aspirin for cardioprotective use is associated with an increased risk for PUBs, when used concomitantly with NSAIDs, this increases the risk of PUBs above that of the NSAID itself. Apart from the physical toll NSAID-related gastrotoxicity places on the patient, there are considerable economic consequences to patients, providers, and society. This cost presents a subject for research for those interested not only in improving the quality of patient care, but also in the prudent use of health care resources.

## References

1. Agrawal NM, Caldwell J, Kivitz AJ, et al: Comparison of the upper gastrointestinal safety of Arthrotec 75 and nabumetone in osteoarthritis patients at high risk for developing nonsteroidal anti-inflammatory drug-induced gastrointestinal ulcers. Clin Ther 21:659-674, 1999
2. Anonymous: Retail and provider perspective. National prescription audit. Plymouth Meeting, PA, IMS Health, 2000
3. Anonymous: Secondary prevention of vascular disease by prolonged antiplatelet treatment. Antiplatelet Trialists' Collaboration. BMJ (Clin Res Ed) 296:320-331, 1988
4. Armstrong CP, Blower AL: Non-steroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. Gut 28:527-532 1987.
5. Barkin J: The relationship between Helicobacter pylori and nonsteroidal anti-inflammatory drugs. Am J Med 105:22S-27S, 1998
6. Barnum KR, Wertheimer AI, Morrison A, et al: Multiple NSAID prescriptions in a Medicare managed care population. J Pharm Technol 17:44-48, 2001
7. Benikover JD, Baker AM, Kaplan H: Nabumetone in elderly patients with osteoarthritis: Economic benefits versus ibuprofen alone or ibuprofen plus misoprostol. Pharmacoeconomics 5:335-342, 1994
8. Bentabol R, Gambassi G: The SAGE database: Introducing functional outcomes in geriatric pharmaco-epidemiology. J Am Geriatr Soc 46:251-252, 1998
9. Bernabei R, Gambassi G, Lapane K, et al: Characteristics of the SAGE database: A new resource for research on outcomes in long-term care. SAGE (Systematic Assessment of Geriatric drug use via Epidemiology) Study Group. J Gerontol A Biol Sci Med Sci 54:M25-33, 1999
10. Bianchi Porro G, Lazzaroni M: The conflicting relationship between Helicobacter pylori

and non-steroidal anti-inflammatory drugs in peptic ulcer bleeding. Scand J Gastroenterol 34:225–228, 1999

11. Bjorkman DJ: Current status of nonsteroidal anti-inflammatory drug (NSAID) use in the United States: Risk factors and frequency of complications. Am J Med 107:35–10S, 1999

12. Bloom BS: Cost of treating arthritis and NSAID-related gastrointestinal side-effects. Aliment Pharmacol Ther 2(suppl 1):131–138, 1988

13. Bloower AL, Brooks A, Fenn GC, et al: Emergency admissions for upper gastrointestinal disease and their relation to NSAID use. Aliment Pharmacol Ther 11:283–291, 1997

14. Bolini P, Garcia Rodriguez LA, Perez Gutthann S, et al: The impact of research quality and study design on epidemiologic estimates of the effect of nonsteroidal anti-inflammatory drugs on upper gastrointestinal tract disease. Arch Intern Med 152:1289–1295, 1992

15. Carrin GJ, Torfs KE: Economic evaluation of prophylactic treatment with Misoprostol in osteoarthritic patients treated with NSAIDs: The case of Belgium. Rev Epidemiol Sante Publique 38:187–199, 1990

16. Chalmers TC, Berrier J, Hewitt P, et al: Meta-analysis of randomized controlled trials as a method of estimating rare complications of non-steroidal anti-inflammatory drug therapy. Aliment Pharmacol Ther 2(suppl 1): 9–26, 1988

17. De Pouvourville G: The iatrogenic cost of non-steroidal anti-inflammatory drug therapy. Br J Rheumatol 34(suppl 1):19–24, 1995

18. De Pouvourville G, Bader JF: Analyse economique du traitement preventif par le misoprostol chez l'homme des ulcers gastriques lies aux anti-inflammatoires non steroidiens. Gastroenterol Clin Biol 15: 399–404, 1991

19. Derry S, Loke YK: Risk of gastrointestinal haemorrhage with long term use of aspirin: Meta-analysis. BMJ 321:1183–1187, 2000

20. Edelson JT, Tosteson AN, Sax P: Cost-effectiveness of misoprostol for prophylaxis against nonsteroidal anti-inflammatory drug-induced gastrointestinal tract bleeding. JAMA 264: 41–47, 1990

21. Eichengreen A: 50 Jahre Aspirin. Pharmazie 12:582–584, 1949

22. Farrell B, Ravn LS: Gastrointestinal bleeding in older people. Gastroenterol Clin North Am 29:1–36, 2000

23. Fries JF, Williams CA, Bloch DA, et al: Nonsteroidal anti-inflammatory drug-associated gastropathy: Incidence and risk factor models. Am J Med 91:213–222, 1991

24. Gabriel SE, Campion ME, O'Fallon WM: Patient preferences for nonsteroidal anti-inflammatory drug related gastrointestinal complications and their prophylaxis. J Rheumatol 20:358–361, 1993

25. Gabriel SE, Fehring RA: Trends in the utilization of non-steroidal anti-inflammatory drugs in the United States, 1986–1990. J Clin Epidemiol 45: 1041–1044, 1992

26. Gabriel SE, Jaakkimainen L, Bombardier C: Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs: A meta-analysis. Ann Intern Med 115:787–796, 1991

27. Gabriel SE, Jaakkimainen RL, Bombardier C: The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug associated adverse gastrointestinal events. Arthritis Rheum 36:447–459, 1993

28. Gabriel SE, Wagner JL: Costs and effectiveness of nonsteroidal anti-inflammatory drugs: The importance of reducing side effects. Arthritis Care Res 10:56–63, 1997

29. Gambassi G, Landi F, Peng L, et al: Validity of diagnostic and drug data in standardized nursing home resident assessments: Potential for geriatric pharmacoepidemiology. SAGE Study Group. Systematic Assessment of Geriatric drug use via Epidemiology. Med Care 36:167–179, 1998

30. Garcia Rodriguez LA: Nonsteroidal antiinflammatory drugs, ulcers and risk: A collaborative meta-analysis. Semin Arthritis Rheum 26(suppl 1):16–20, 1997

31. Garcia Rodriguez LA, Jick H: Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet 343:769–772, 1994

32. Garcia Rodriguez LA, Walker AM, Perez Gutthann S: Nonsteroidal antiinflammatory

drugs and gastrointestinal hospitalizations in Saskatchewan: A cohort study. Epidemiology 3:337–342, 1992

33. Gastrointestinal Physiology Working Group of the Cayetano Heredia and the Johns Hopkins University: Ecology of Helicobacter pylori in Peru: Infection rates in coastal, high altitude, and jungle communities. Gut 33:604–605, 1992

34. Goldstein JL: Public misunderstanding of nonsteroidal anti-inflammatory drug (NSAID) mediated gastrointestinal toxicity: A serious potential health threat. Gastroenterology 114(A):A136, 1998

35. Goldstein JL, Larson LR, Yamashita BD, et al: Management of NSAID induced gastropathy: An economic decision analysis. Clin Ther 19:1496–1525, 1997

36. Gotzsche PC: Methodology and overt and hidden bias in reports of 196 double-blind trials of nonsteroidal antiinflammatory drugs in rheumatoid arthritis. Control Clin Trials 10:31–56, 1989

37. Gotzsche PC: Non-steroidal anti-inflammatory drugs. BMJ 320:1058–1061, 2000

38. Graham DY, Smith JL, Spjut HJ, et al: Gastric adaptation: Studies in humans during continuous aspirin administration. Gastroenterology 95:327–333, 1988

39. Graves EJ: National Hospital Discharge Survey: Annual Summary, 1993. Vital Health Stat 131:1–63, 1995

40. Griffin MR, Piper JM, Daugherty JR, et al: Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Am J Intern Med 114:257–263, 1991

41. Guess HA, West R, Strand LM, et al: Fatal upper gastrointestinal hemorrhage or perforation among users and nonusers of nonsteroidal anti-inflammatory drugs in Saskatchewan, Canada, 1983. J Clin Epidemiol 41:35–45, 1988

42. Guthann SP, Garcia Rodriguez LA, Raiford DS: Individual nonsteroidal antiinflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. Epidemiology 8:18–24, 1997

43. Hawley C, Kahan A, Steinbruck K, et al: Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients. International MELISSA Study Group. Meloxicam Large-scale International Study Safety Assessment. Br J Rheumatol 37:937–945, 1998

44. Hawkey C, Laine L, Simon T, et al: Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: A randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 43:370–377, 2000

45. Hawkey CJ, Cullen DJ, Pearson G, et al: Pharmacoepidemiology of non-steroidal anti-inflammatory drug use in Nottingham general practices. Aliment Pharmacol Ther 14:177–185, 2000

46. Hawkey CJ, Laine L, Harper SE, et al: Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen. Aliment Pharmacol Ther 2001 (in press)

47. Hennekens CH, Buring JE, Sandercock P, et al: Aspirin and other antiplatelet agents in the secondary and primary prevention of cardiovascular disease. Circulation 80:749–756, 1989

48. Henry D, Dobson A, Turner C: Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. Gastroenterology 105:1078–1088, 1993

49. Henry D, Lin LA, Garcia Rodriguez LA, et al: Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: Results of a collaborative meta-analysis. BMJ 312:1563–1566, 1996

50. Hernandez-Diaz S, Rodriguez, LA: Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: An overview of epidemiologic studies published in the 1990s. Arch Intern Med 160:2093–2099, 2000

51. Hillman AL, Bloom BS: Economic effects of prophylactic use of misoprostol to prevent gastric ulcer in patients taking nonsteroidal anti-inflammatory drugs. Arch Intern Med 149:2061–2065, 1989

52. Johnson RE, Hornbrook MC, Hooker RS, et al: Analysis of the costs of NSAID-

associated gastropathy: Experience in a US health maintenance organisation. Pharmacoeconomics 12:76-88, 1997

53. Jones RH, Tait CL: Gastrointestinal side-effects of NSAIDs in the community. Br J Clin Pract 49:67-70, 1995

54. Krüll-Jones R, Drummond M, Kohli H, et al: Economic evaluation of gastric ulcer prophylaxis in patients with arthritis receiving non-steroidal anti-inflammatory drugs. Postgrad Med J 66:639-646, 1990

55. Kurata JH, Nogawa AN: Meta-analysis of risk factors for peptic ulcer: Nonsteroidal antiinflammatory drugs, Helicobacter pylori, and smoking. J Clin Gastroenterol 24:2-17, 1997

56. Laine L: Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 120:594-606, 2001

57. Lanas A: Importancia en clínico de los efectos secundarios gastrointestinales asociados a antiinflamatorios no esteroides en el Servicio Nacional de Salud. Med Clin (Barc) 114(suppl 3):46-53, 2000

58. Lanas A, Sekar MC, Hirschowitz BI: Objective evidence of aspirin use in both ulcer and nonulcer upper and lower gastrointestinal bleeding. Gastroenterology 103:862-869, 1992

59. Langman MJ, Morgan L, Worrall A: Use of anti-inflammatory drugs by patients admitted with small or large bowel perforations and haemorrhage. BMJ (Clin Res Ed) 290:347-349, 1985

60. Langman MJ, Weil J, Wainwright P, et al: Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet 343:1075-1078, 1994

61. Lanza FL: A review of gastric ulcer and gastroduodenal injury in normal volunteers receiving aspirin and other non-steroidal anti-inflammatory drugs. Scand J Gastroenterol 163(suppl):24-31, 1989

62. Lapane KL, Spooner JJ, Mucha L, et al: Effect of nonsteroidal anti-inflammatory drug use on the rate of gastrointestinal hospitalizations among people living in long-term care. J Am Geriatr Soc 49:577-584, 2001

63. Larkai EN, Smith JL, Lidsky MD, et al: Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic nonsteroidal anti-inflammatory drug use. Am J Gastroenterol 82:1153-1158, 1987

64. Larkai EN, Smith JL, Lidsky MD, et al: Dyspepsia in NSAID users: The size of the problem. J Clin Gastroenterol 11:158-162, 1989

65. Last JM: A Dictionary of Epidemiology. New York, Oxford University Press, 1995

66. Lichtenstein DR, Syngal S, Wolfe MM: Nonsteroidal antiinflammatory drugs and the gastrointestinal tract: The double-edged sword. Arthritis Rheum 38:5-18, 1995

67. MacDonald TM, Morant SV, Robinson GC, et al: Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: Cohort study. BMJ 315:1333-1337, 1997

68. Maetzel A, Ferraz MB, Bombardier C: The cost-effectiveness of misoprostol in preventing serious gastrointestinal events associated with the use of nonsteroidal anti-inflammatory drugs. Arthritis Rheum 41:16-25, 1998

69. McMahon AD, Evans JM, White G, et al: A cohort study (with re-sampled comparator groups) to measure the association between new NSAID prescribing and upper gastrointestinal hemorrhage and perforation. J Clin Epidemiol 50:351-356, 1997

70. Messer J, Reitman D, Sacks HS, et al: Association of adrenocorticosteroid therapy and peptic-ulcer disease. N Engl J Med 309:21-24, 1983

71. Moore RA, Phillips CJ: Cost of NSAID adverse effects to the UK National Health Service. J Drug Assessment 2:207-17, 1999

72. Moore RA, Phillips CJ, Pellissier JM, et al: Health economic comparisons of rofecoxib versus conventional nonsteroidal anti-inflammatory drugs for osteoarthritis in the United Kingdom. J Med Econ 4:1-17, 2001

73. Ofman J, Straus W, MacLean C, et al: The risk of dyspepsia and serious gastrointestinal complications from nonsteroidal antiinflammatory drugs: A meta-analysis [abstr]. Gastroenterology 116:A270, 1999

74. Peloso PM, Scheiman JM: The economic implications of cyclooxygenase-2-specific inhibitors. Am J Med 110(suppl 1)50-54, 2001

75. Petitti DB, Strom BL, Melmon KL: Prothrombin time ratio and other factors associated with bleeding in patients treated with warfarin. J Clin Epidemiol 42:759-764, 1989

76. Peura DA, Lanza FL, Gostout CJ, et al: The American College of Gastroenterology Bleeding Registry: Preliminary findings. Am J Gastroenterol 92:924-928, 1997

77. Piper JM, Ray WA, Daugherty JR, et al: Corticosteroid use and peptic ulcer disease: Role of nonsteroidal anti-inflammatory drugs. Ann Intern Med 114:735-740, 1991

78. Pounder R: Silent peptic ulceration: Deadly silence or golden silence? Gastroenterology 96(2 pt 2 suppl):626-631, 1989

79. Rahme E, Joseph L, Kong SX, et al: Gastrointestinal health care resource use and costs associated with nonsteroidal anti-inflammatory drugs versus acetaminophen: Retrospective cohort study of an elderly population. Arthritis Rheum 43:917-924, 2000.

80. Scheiman JM: NSAIDs, gastrointestinal injury, and cytoprotection. Gastroenterol Clin North Am 25:279-298, 1996

81. Schoenfeld P: Gastrointestinal safety profile of meloxicam: A meta-analysis and systematic review of randomized controlled trials. Am J Med 107:48S-54S, 1999

82. Shorr RI, Ray WA, Daugherty JR, et al: Concurrent use of nonsteroidal anti-inflammatory drugs and oral anticoagulants places elderly persons at high risk for hemorrhagic peptic ulcer disease. Arch Intern Med 153:1665-1670, 1993

82a. Silverstein FE, Faich G, Goldstein J, et al: Gastrointestinal toxicity with Celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study. A randomized controlled trial—Celecoxib Long-term Arthritis Safety Study. JAMA 284:1247-55, 2000

83. Simon LS, Weaver AL, Graham DY, et al: Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: A randomized controlled trial. JAMA 282:1921-1928, 1999

84. Sinclair EN, Bond CM, Hannaford PC: Over-the-counter ibuprofen: Why is it used? Int J Pharm Pract 8:121-127, 2000

85. Singh G, Ramey DR, Morfeld D, et al: Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis: A prospective observational cohort study. Arch Intern Med 156:1530-1536, 1996

86. Singh G, Triadafilopoulos G: Epidemiology of NSAID induced gastrointestinal complications. J Rheumatol 26(suppl 56):18-24, 1999

87. Smalley WE, Griffin MR: The risks and costs of upper gastrointestinal disease attributable to NSAIDs. Gastroenterol Clin North Am 25:373-396, 1996

88. Smalley WE, Griffin MR, Fought RL, et al: Excess costs from gastrointestinal disease associated with nonsteroidal anti-inflammatory drugs. J Gen Intern Med 11:461-469, 1996

89. Smalley WE, Ray WA, Daugherty JR, et al: Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 141:539-545, 1995

90. Smalley WE, Ray WA, Daugherty JR, et al: Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 146:350-354, 1998

91. Solomon DH, Gurwitz JH: Toxicity of nonsteroidal anti-inflammatory drugs in the elderly: Is advanced age a risk factor? Am J Med 102:208-215, 1997

92. Sonnenberg A, Everhart JE: Health impact of peptic ulcer in the United States. Am J Gastroenterol 92:614-620, 1997

93. Sorensen HT, Mellemkjaer L, Blot WJ et al: Risk of upper gastrointestinal bleeding associated with use of low-dose aspirin. Am J Gastroenterol 95:2218-2224, 2000

94. Stalnikowicz R, Rachmilewitz D: NSAID-induced gastroduodenal damage: Is prevention needed? A review and metaanalysis. J Clin Gastroenterol 17:238-243, 1993

95. Stewart RB, Moore MT, May FE, et al: Changing patterns of therapeutic agents in the elderly: A ten-year overview. Age & Ageing 20:182-188, 1991

96. Straus WL, Thomas J, Berger ML et al: The impact of over the counter (OTC) NSAID use on gastrointestinal toxicity [abstr]. Gastroenterology 118:A718, 2000

97. Strom BL, Schinnar R, Bilker, WB, et al: Gastrointestinal tract bleeding associated with naproxen sodium vs ibuprofen. Arch Intern Med 157:2626-2631, 1997

Case 2:05-md-01657-EEF-DEK   Document 5716-1   Filed 06/27/06   Page 34 of 42

IMPLICATIONS OF CYCLOOXYGENASE INHIBITION
FOR GASTROINTESTINAL DISEASE

0889-8553/01 $15.00 + .00

# GASTROINTESTINAL SAFETY OF COX-2 SPECIFIC INHIBITORS

Christopher J. Hawkey, MD, FRCP

Soon after ingesting 2 tablets of aspirin (600 mg), most people have endoscopic evidence of injury characterized by intramucosal petechiae and hemorrhagic and nonhemorrhagic erosions.[23] With more prolonged ingestion of aspirin or nonaspirin nonsteroidal anti-inflammatory drugs (NSAIDs), excavated ulcers develop in the stomach and duodenum. These ulcers seldom cause symptoms, possibly because the analgesic effects of NSAIDs mask pain. Conversely, NSAIDs are associated with a high incidence of nonulcer dyspepsia possibly because these are such irritant drugs. It has been estimated that 1% to 4% of NSAID users develop clinically significant ulcers or potentially life-threatening ulcer complications each year; this results in the deaths of 5000 to 16,500 people annually in the United States[11, 62, 63] and 1000 to 2000 people in the United Kingdom.[20, 68]

## MECHANISMS

These damaging effects occur principally because of inhibition of prostaglandin synthesis by NSAIDs.[69, 70] Prostaglandins are important for defensive mechanisms that are brought into play in reaction to a wide range of injurious luminal stimuli.[2] Prostaglandins stimulate the secretion of mucus and bicarbonate; enhance surface hydrophobicity, making it waxy; and, importantly, increase gastric mucosal blood flow.

From the Division of Gastroenterology, University Hospital, Nottingham, United Kingdom

---

98. Talley NJ, Evans JM, Fleming KC, et al: Nonsteroidal anti-inflammatory drugs and dyspepsia in the elderly. Dig Dis Sci 40:1345–1350, 1995
99. Tramer MR, Moore RA, Reynolds DJ, et al: Quantitative estimation of rare adverse events which follow a biological progression: A new model applied to chronic NSAID use. Pain 85:169–182, 2000
100. Warner TD, Giuliano F, Vojnovic I, et al: Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis. Proc Natl Acad Sci U S A 96:7563–7568, 1999
101. Watson DJ, Harper SE, Zhao PL, et al: Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 160:2998–3003, 2000
102. Weil J, Colin-Jones D, Langman M, et al: Prophylactic aspirin and risk of peptic ulcer bleeding. BMJ 310:827–830, 1995
103. Weil J, Langman MJ, Wainwright P, et al: Peptic ulcer bleeding: Accessory risk factors and interactions with non-steroidal anti-inflammatory drugs. Gut 46:27–31, 2000
104. Wilcox CM, Alexander LN, Cotsonis GA, et al: Nonsteroidal antiinflammatory drugs are associated with both upper and lower gastrointestinal bleeding. Dig Dis Sci 42:990–997, 1997
105. Wolfe MM, Lichtenstein DR, Singh G: Gastrointestinal toxicity of nonsteroidal antiin-flammatory drugs. N Engl J Med 340:1888–1899, 1999

Address reprint requests to
Walter L. Straus, MD, MPH
Outcomes Research and Management
Merck and Co., Inc
PO Box 4, WP39-160
West Point, PA 19486

e-mail:walter_straus@merck.com

# Plaintiffs' Response re CLELAND

# Footnote   3 of 4

182

RESEARCH ETHICS

# Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib

## M J James, L G Cleland

J Med Ethics 2004;30:182–184. doi: 10.1136/jme.2003.004515

See end of article for authors' affiliations
.......................

Correspondence to:
M J James, Rheumatology
Unit, Royal Adelaide
Hospital, North Terrace,
Adelaide, SA, Australia
5000; michael.james@
adelaide.edu.au

Revised version received
2 November 2003
Accepted for publication
6 November 2003
.......................

The new class of anti-inflammatory drugs, the COX-2 inhibitors, have been commercially successful to the point of market dominance within a short time of their launch. They attract a price premium on the basis that they are associated with fewer adverse gastric events than traditional anti-inflammatory drugs. This marketing continues even though a pivotal safety study with one of the COX-2 inhibitors, rofecoxib, showed a significant increase in myocardial infarction with rofecoxib use compared with a traditional anti-inflammatory drug. This finding has led to a series of publications containing pooled analyses of existing data that both support and refute the possibility of increased cardiovascular risk with COX-2 inhibitors. These medical journal publications have served to obfuscate rather than provide guidance for medical practitioners. Consideration of a research ethics committee approach to this issue suggests that it would deal with the controversy in a straightforward manner—namely, it would simply inform research participants of the trial results with rofecoxib. The certainty of this research ethics committee approach raises the issue of whether it should be applied in normal medical practice outside of the research environment. A consideration of the legal tests for disclosure of information suggests that therapeutic medical practice should mirror that within the research environment, in this case.

Traditional non-steroidal anti-inflammatory drugs (NSAIDs) decrease the pain and swelling associated with inflammatory conditions, such as rheumatoid arthritis; however, their chronic use increases the risk of severe gastric side effects, including haemorrhage. The new class of anti-inflammatory drugs known as cyclooxygenase (COX)-2 inhibitors were developed with the aim of decreasing the pain and swelling of inflammation without the increased risk of adverse gastric events.

The first drug in this class was celecoxib, marketed by GD Searle & Co as Celebrex. Celebrex had total sales of US$1.5 billion in 1999, its first year on the market, and it was the most successful drug launch in US history. The second drug in this class was rofecoxib, marketed by Merck & Co as Vioxx. Vioxx had total sales of US$2.5 billion in 2001 and is the most prescribed arthritis pain medication across Europe, Canada, and Latin America.[1]

Although this is a successful outcome for the pharmaceutical companies involved, it has been argued that there should be caution in the prescription of new drugs because of limited information about their effectiveness, safety, and whether they offer an overall advantage over existing medications.[2] It has also been argued that strong marketing of new drugs can give impetus to their prescribing when there is doubt over their usefulness or safety.[2] Rofecoxib prescribing provides an example of this principle, with over one million samples given to Canadian doctors in the year 2000. This is more samples than any other product and is only slightly ahead of the second ranked product, celecoxib, with slightly fewer than one million samples provided to doctors in the same year.[3] In addition, the number of "detailing" visits by pharmaceutical representatives to Canadian doctors in 2000 to promote celecoxib and rofecoxib were 77,000 and 48,000, respectively.[3] Given this marketing impetus, it is important to consider how controversies over new drugs such as COX-2 inhibitors can be handled by prescribing doctors.

## THE MEDICAL CONTROVERSY: ADVERSE CARDIOVASCULAR EVENTS IN A VIOXX TRIAL

Merck funded a clinical trial in a large group of rheumatoid arthritis patients with the aim of examining the gastric safety of rofecoxib. This was the VIGOR study and initial publication of results indicated an unequivocal advantage of rofecoxib over a traditional NSAID (naproxen) for serious adverse gastric events.[4] However, this publication mentioned also a greater incidence of myocardial infarction in the rofecoxib group. This result was framed in terms of a protective effect of naproxen rather than an adverse effect of rofecoxib.[4] Although not published by Merck, availability of the complete VIGOR data set became available on the US Food and Drug Administration (FDA) website along with the US FDA review. This review revealed the significant increases in serious thrombotic cardiovascular events in the rofecoxib group versus the naproxen group.[5] The effect appeared at 3 months and became especially marked by 8 months of treatment on trial.

Such a result suggested that the cardiovascular disadvantage of rofecoxib use may outweigh the gastric advantage. There followed a series of publications with analyses of existing data, which both supported and refuted the findings of cardiac risk in the VIGOR study. These included in succession:

- Mukherjee et al compared myocardial infarction rates from already published studies with the COX-2 inhibitors, celecoxib and rofecoxib, with the placebo group of a published meta-analysis and concluded that use of COX-2 inhibitors was associated with increased risk of adverse cardiovascular events.[6]

- then, investigators from Merck and two medical centres reported a pooled analysis of a large number of studies with rofecoxib. This analysis pooled data, presumably held on file by Merck, from studies with 4 weeks' exposure to

approximately 2 years' exposure and concluded there was no increased thrombotic risk from rofecoxib use compared with placebo or non-naproxen NSAIDs.[7]

- Ray et al, using data from the Tennessee Medicaid program, reported that naproxen was not protective for serious cardiovascular disease[8] and that rofecoxib at doses >25 mg significantly increased the risk for serious cardiovascular disease in a group with mean rofecoxib use of 6 weeks.[9]

- In a commentary article, Hochberg urged medical practitioners to "be strong and resolute" and continue to prescribe COX-2 inhibitors.[10]

Thus, the findings of cardiac risk in the VIGOR study have been vigorously contested, using mainly statistically complex analyses of existing data sets.

## BIOLOGICAL PLAUSIBILITY FOR ADVERSE CARDIOVASCULAR EFFECTS OF COX-2 INHIBITORS

During the statistical disputes over the findings of cardiac risk in the VIGOR study, cellular and animal studies revealed potential mechanisms for acceleration of occlusive vascular disease arising from selective COX-2 inhibition. Collectively, these studies have shown that:

- upregulation of endothelial COX-2 and consequent production of prostacyclin, an antithrombotic prostaglandin, may be a protective homeostatic response of blood vessels to platelet activation[11,12]

- ingestion of celecoxib or rofecoxib by healthy volunteers inhibited prostacyclin production[13,14]

- the intimal hyperplastic response to vascular injury in mice is suppressed by prostacyclin—a product of vascular COX-2 activity[15]

Collectively, these studies provide potential mechanisms whereby selective COX-2 inhibition could unbalance the homeostatic responses of the vessel wall to injury and to thrombus formation. Thus, there is biological plausibility for the increased occurrence of occlusive cardiovascular events with rofecoxib use in the VIGOR study. It is unlikely, however, that busy medical practitioners will be exposed to these results, which were published in the basic science literature, and even if they were aware of the results a practice dilemma would still emerge after attempting to balance all of the arguments.

## GUIDANCE FOR PRESCRIBING WILL NOT COME FROM EXISTING DATA

When recent medical journal publications both support and refute arguments for increased cardiovascular risk attached to use of COX-2 inhibitors, confusion and indecision for medical practitioners is understandable. The medical journal publications have served mainly to highlight the myriad analytical alternatives available to researchers, including those within the pharmaceutical industry. The overall result is to provide only obfuscation for prescribing doctors.

Thus, despite the statistically significant finding of increased myocardial infarction in a definitive trial with Vioxx, and despite the emergence of biological plausibility for the adverse cardiovascular events, the sales of Vioxx have continued unabated, with Merck's estimate for 2003 being US$2.6 billion.[1]

As outlined above, there are considerable existing data on COX-2 inhibition, vascular homeostasis, and clinical events. The significance and meaning of individual findings is, however, disputed by the various stakeholders. Given this situation, guidance for prescribing practitioners is unlikely to come from further analysis of existing data. We suggest that an immediate solution for practitioners is provided by

considering the problem in a different framework—namely, the ethical/legal framework surrounding duty of care. The impetus for this approach arises from considering how the controversy would be handled in a research environment.

## A RESEARCH ETHICS COMMITTEE APPROACH

If a research ethics committee (REC) were considering an application that involved the use of rofecoxib, there is no doubt that participants would be informed that there was an increased incidence of myocardial infarction in a previous trial with this drug. In the participant information sheets for clinical drug trials, the lists of potential adverse events arising from registered or experimental drugs are large and they attempt to be exhaustive. In some cases, particularly those involving cancer trials where several drugs are used in combination, the information sheets can be 8–10 pages in length; in part, this is because of the attempts to be exhaustive in listing potential drug side effects. Although we acknowledge that such lists are so voluminous that they become uninformative, there is a perceived obligation to list all possible adverse events. *This general consideration makes the specific point that, in the case of rofecoxib, there can be no doubt that an increased risk of myocardial infarction would be listed in a clinical trial information sheet as a possibility.*

## DUTY OF CARE IN THERAPEUTIC PRACTICE

The ethics committee approach may seem extreme with regard to everyday medical practice, where the provision of information by the practitioner on potential drug adverse side effects is unlikely to be exhaustive. It is valuable, however, in raising the question of whether there is a duty of care for medical practitioners to inform patients given a prescription for rofecoxib, that there was an increased rate of myocardial infarction with its use in the VIGOR study. What should be the test to determine this?

The scope of the duty of care in the provision of information for treatment is not readily discerned, particularly in the absence of legal training. It is clear, however, that failure to warn of risks comes under the legal action of negligence. In the past, the "Bolam principle" has been used extensively to test this. In *Sidaway v Governors of Bethlem Royal Hospital* (1985; AC 871), Lord Scarman stated:

> The Bolam principle may be formulated as a rule that a doctor is not negligent if he acts in accordance with a practice accepted at the time as proper by a responsible body of medical opinion ...[16]

According to this test, not informing a patient of the VIGOR results on myocardial infarction is unlikely to be negligent because this is probably the accepted practice of a great many responsible medical practitioners. This is likely to be the current situation either because doctors are unaware of these results or because the published information on VIGOR is contested to the point of obfuscation. Under the Bolam test, it is probably reasonable for a medical practitioner not to disclose this information.

However, the High Court of Australia set a different test in *Rogers v Whittaker* (1992; 175 CLR 479). The judgment stated:

> The law should recognise that a doctor has a duty to warn a patient of a material risk inherent in the proposed treatment; a risk is material if, in the circumstances of the particular case, a reasonable person in the patient's position, if warned of the risk, would be likely to attach significance to it ...[17]

It can be assumed that most patients are likely to attach significance to the information that rofecoxib use was

James, Cleland

associated with a greatly increased incidence of myocardial infarction in a clinical trial. It is reasonable to assume that this information would be material to their decision as to whether they wanted to use rofecoxib as an anti-inflammatory agent when other options are generally available. Therefore, under the test imposed by the Rogers v Whittaker judgement, a doctor would be negligent in not disclosing this information.

A prescribing doctor would need to provide this information in the context of other potential risks and benefits and in dialogue with the patient to ensure that their understanding and expectations are considered. With rofecoxib, the potential benefits may include decreased probability of serious gastric adverse events.[4] If the patient had been taking a traditional NSAID without any serious gastric problems, however, then there would be no apparent advantage in changing to rofecoxib, particularly if there were no risk factors such as age and long term daily requirements for an anti-inflammatory agent. Along with this type of discussion goes the difficulty in explaining to a particular patient that the risk is based on outcomes in populations and that one cannot predict with any certainty what will be the outcome for that particular patient. Nevertheless it is useful to consider that when Australian population figures from the 1990s are used, there would need to be an increase of only 0.34% to 0.68% in the annual death rate from ischaemic heart disease to balance the deaths per annum from NSAID induced upper gastrointestinal events.[18]

## CONCLUSION

The general approach of an ethics committee to provision of information can provide guidance for everyday clinical practice. The prudent action for medical practitioners who wish to prescribe rofecoxib is to simply inform the patient that in the VIGOR study, rofecoxib use was associated with an increased incidence of myocardial infarction which was more than three times greater than that with use of naproxen, another anti-inflammatory drug. This approach does not require a resolution of the contested meaning of results in the various medical journal publications on rofecoxib.

**Authors' affiliations**
M J James, L G Cleland, Rheumatology Unit, Royal Adelaide Hospital, Adelaide, SA, Australia

## REFERENCES

1  Merck & Co. *Annual report, 2002.* www.merck.com/finance/annualreport/ar2002/ (accessed 13 Feb 2004).
2  Lexchin J. Should doctors be prescribing new drugs? *Int J Risk Safety Med* 2002;15:213–22.
3  CBC disclosure: targeting doctors. www.cbc.ca/disclosure/archives/0103_pharm/resources.html (accessed 13 Feb 2004)
4  Bombardier C, Laine L, Reicin A, *et al.* Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000;343:1520–8.
5  US Food and Drug Authority. FDA advisory committee briefing document NDA 21-042, s007. VIOXX gastrointestinal safety, 2001. http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_03_med.pdf (accessed 13 Feb 2004).
6  Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA* 2001;286:954–9.
7  Konstam MA, Weir MR, Reicin A, *et al.* Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation* 2001;104:2280–8.
8  Ray WA, Stein CM, Hall K, *et al.* Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. *Lancet* 2002;359:118–23.
9  Ray WA, Stein CM, Daugherty JR, *et al.* COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet* 2002;360:1071–3.
10  Hochberg MC. COX-2: Where are we in 2003? Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. *Arthritis Res Ther* 2003;5:28–31.
11  Caughey GE, Cleland LG, Penglis PS, *et al.* Roles of cyclooxygenase (COX)-1 and -2 in prostanoid production by human endothelial cells: selective upregulation of prostacyclin synthesis by COX-2. *J Immunol* 2001;167:2831–8.
12  Caughey GE, Cleland LG, Gamble JR, *et al.* Upregulation of endothelial cyclooxygenase-2 and prostacyclin synthesis by platelets: role of thromboxane A₂. *J Biol Chem* 2001;276:37839–45.
13  McAdam BF, Catella-Lawson F, Mardini IA, *et al.* Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci USA* 1999;96:272–7.
14  Catella-Lawson F, McAdam B, Morrison BW, *et al.* Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 1999;289:735–41.
15  Cheng Y, Austin SC, Rocca B, *et al.* Role of prostacyclin in the cardiovascular response to thromboxane A₂. *Science* 2002;296:539–41.
16  Sidaway v Governors of Bethlem Royal Hospital (1985; AC 871).
17  Rogers v Whittaker (1992; 175 CLR 479).
18  Cleland LG, James MJ, Stamp LK, *et al.* COX-2 inhibition and thrombotic tendency: a need for surveillance. *Med J Aust* 2001;175:214–7.

# Plaintiffs' Response re CLELAND

# Footnote   4 of 4

182

**RESEARCH ETHICS**

# Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib

**M J James, L G Cleland**

J Med Ethics 2004;30:182–184. doi: 10.1136/jme.2003.004515

See end of article for
authors' affiliations
......................

Correspondence to:
M J James, Rheumatology
Unit, Royal Adelaide
Hospital, North Terrace,
Adelaide, SA, Australia
5000; michael.james@
adelaide.edu.au

Revised version received
2 November 2003
Accepted for publication
6 November 2003
......................

The new class of anti-inflammatory drugs, the COX-2 inhibitors, have been commercially successful to the point of market dominance within a short time of their launch. They attract a price premium on the basis that they are associated with fewer adverse gastric events than traditional anti-inflammatory drugs. This marketing continues even though a pivotal safety study with one of the COX-2 inhibitors, rofecoxib, showed a significant increase in myocardial infarction with rofecoxib use compared with a traditional anti-inflammatory drug. This finding has led to a series of publications containing pooled analyses of existing data that both support and refute the possibility of increased cardiovascular risk with COX-2 inhibitors. These medical journal publications have served to obfuscate rather than provide guidance for medical practitioners. Consideration of a research ethics committee approach to this issue suggests that it would deal with the controversy in a straightforward manner—namely, it would simply inform research participants of the trial results with rofecoxib. The certainty of this research ethics committee approach raises the issue of whether it should be applied in normal medical practice outside of the research environment. A consideration of the legal tests for disclosure of information suggests that therapeutic medical practice should mirror that within the research environment, in this case.

Traditional non-steroidal anti-inflammatory drugs (NSAIDs) decrease the pain and swelling associated with inflammatory conditions, such as rheumatoid arthritis; however, their chronic use increases the risk of severe gastric side effects, including haemorrhage. The new class of anti-inflammatory drugs known as cyclooxygenase (COX)-2 inhibitors were developed with the aim of decreasing the pain and swelling of inflammation without the increased risk of adverse gastric events.

The first drug in this class was celecoxib, marketed by GD Searle & Co as Celebrex. Celebrex had total sales of US$1.5 billion in 1999, its first year on the market, and it was the most successful drug launch in US history. The second drug in this class was rofecoxib, marketed by Merck & Co as Vioxx. Vioxx had total sales of US$2.5 billion in 2001 and is the most prescribed arthritis pain medication across Europe, Canada, and Latin America.[1]

Although this is a successful outcome for the pharmaceutical companies involved, it has been argued that there should be caution in the prescription of new drugs because of limited information about their effectiveness, safety, and whether they offer an overall advantage over existing medications.[2] It has also been argued that strong marketing of new drugs can give impetus to their prescribing when there is doubt over their usefulness or safety.[3] Rofecoxib prescribing provides an example of this principle, with over one million samples given to Canadian doctors in the year 2000. This is more samples than any other product and is only slightly ahead of the second ranked product, celecoxib, with slightly fewer than one million samples provided to doctors in the same year.[3] In addition, the number of "detailing" visits by pharmaceutical representatives to Canadian doctors in 2000 to promote celecoxib and rofecoxib were 77,000 and 48,000, respectively.[3] Given this marketing impetus, it is important to consider how controversies over new drugs such as COX-2 inhibitors can be handled by prescribing doctors.

## THE MEDICAL CONTROVERSY: ADVERSE CARDIOVASCULAR EVENTS IN A VIOXX TRIAL

Merck funded a clinical trial in a large group of rheumatoid arthritis patients with the aim of examining the gastric safety of rofecoxib. This was the VIGOR study and initial publication of results indicated an unequivocal advantage of rofecoxib over a traditional NSAID (naproxen) for serious adverse gastric events.[4] However, this publication mentioned also a greater incidence of myocardial infarction in the rofecoxib group. This result was framed in terms of a protective effect of naproxen rather than an adverse effect of rofecoxib.[4] Although not published by Merck, availability of the complete VIGOR data set became available on the US Food and Drug Administration (FDA) website along with the US FDA review. This review revealed the significant increases in serious thrombotic cardiovascular events in the rofecoxib group versus the naproxen group.[5] The effect appeared at 3 months and became especially marked by 8 months of treatment on trial.

Such a result suggested that the cardiovascular disadvantage of rofecoxib use may outweigh the gastric advantage. There followed a series of publications with analyses of existing data, which both supported and refuted the findings of cardiac risk in the VIGOR study. These included in succession:

- Mukherjee et al compared myocardial infarction rates from already published studies with the COX-2 inhibitors, celecoxib and rofecoxib, with the placebo group of a published meta-analysis and concluded that use of COX-2 inhibitors was associated with increased risk of adverse cardiovascular events.[6]

- then, investigators from Merck and two medical centres reported a pooled analysis of a large number of studies with rofecoxib. This analysis pooled data, presumably held on file by Merck, from studies with 4 weeks' exposure to

approximately 2 years' exposure and concluded there was no increased thrombotic risk from rofecoxib use compared with placebo or non-naproxen NSAIDs.[7]

- Ray *et al*, using data from the Tennessee Medicaid program, reported that naproxen was not protective for serious cardiovascular disease[8] and that rofecoxib at doses >25 mg significantly increased the risk for serious cardiovascular disease in a group with mean rofecoxib use of 6 weeks.[9]

- In a commentary article, Hochberg urged medical practitioners to "be strong and resolute" and continue to prescribe COX-2 inhibitors.[10]

Thus, the findings of cardiac risk in the VIGOR study have been vigorously contested, using mainly statistically complex analyses of existing data sets.

## BIOLOGICAL PLAUSIBILITY FOR ADVERSE CARDIOVASCULAR EFFECTS OF COX-2 INHIBITORS

During the statistical disputes over the findings of cardiac risk in the VIGOR study, cellular and animal studies revealed potential mechanisms for acceleration of occlusive vascular disease arising from selective COX-2 inhibition. Collectively, these studies have shown that:

- upregulation of endothelial COX-2 and consequent production of prostacyclin, an antithrombotic prostaglandin, may be a protective homeostatic response of blood vessels to platelet activation[11][12]

- ingestion of celecoxib or rofecoxib by healthy volunteers inhibited prostacyclin production[13][14]

- the intimal hyperplastic response to vascular injury in mice is suppressed by prostacyclin—a product of vascular COX-2 activity[15]

Collectively, these studies provide potential mechanisms whereby selective COX-2 inhibition could unbalance the homeostatic responses of the vessel wall to injury and to thrombus formation. Thus, there is biological plausibility for the increased occurrence of occlusive cardiovascular events with rofecoxib use in the VIGOR study. It is unlikely, however, that busy medical practitioners will be exposed to these results, which were published in the basic science literature, and even if they were aware of the results a practice dilemma would still emerge after attempting to balance all of the arguments.

## GUIDANCE FOR PRESCRIBING WILL NOT COME FROM EXISTING DATA

When recent medical journal publications both support and refute arguments for increased cardiovascular risk attached to use of COX-2 inhibitors, confusion and indecision for medical practitioners is understandable. The medical journal publications have served mainly to highlight the myriad analytical alternatives available to researchers, including those within the pharmaceutical industry. The overall result is to provide only obfuscation for prescribing doctors.

Thus, despite the statistically significant finding of increased myocardial infarction in a definitive trial with Vioxx, and despite the emergence of biological plausibility for the adverse cardiovascular events, the sales of Vioxx have continued unabated, with Merck's estimate for 2003 being US$2.6 billion.[1]

As outlined above, there are considerable existing data on COX-2 inhibition, vascular homeostasis, and clinical events. The significance and meaning of individual findings is, *however, disputed by the various stakeholders. Given this situation, guidance for prescribing practitioners is unlikely to come from further analysis of existing data. We suggest that an immediate solution for practitioners is provided by

considering the problem in a different framework—namely, the ethical/legal framework surrounding duty of care. The impetus for this approach arises from considering how the controversy would be handled in a research environment.

## A RESEARCH ETHICS COMMITTEE APPROACH

If a research ethics committee (REC) were considering an application that involved the use of rofecoxib, there is no doubt that participants would be informed that there was an increased incidence of myocardial infarction in a previous trial with this drug. In the participant information sheets for clinical drug trials, the lists of potential adverse events arising from registered or experimental drugs are large and they attempt to be exhaustive. In some cases, particularly those involving cancer trials where several drugs are used in combination, the information sheets can be 8–10 pages in length; in part, this is because of the attempts to be exhaustive in listing potential drug side effects. Although we acknowledge that such lists are so voluminous that they become uninformative, there is a perceived obligation to list all possible adverse events. *This general consideration makes the specific point that, in the case of rofecoxib, there can be no doubt that an increased risk of myocardial infarction would be listed in a clinical trial information sheet as a possibility.*

## DUTY OF CARE IN THERAPEUTIC PRACTICE

The ethics committee approach may seem extreme with regard to everyday medical practice, where the provision of information by the practitioner on potential drug adverse side effects is unlikely to be exhaustive. It is valuable, however, in raising the question of whether there is a duty of care for medical practitioners to inform patients given a prescription for rofecoxib, that there was an increased rate of myocardial infarction with its use in the VIGOR study. What should be the test to determine this?

The scope of the duty of care in the provision of information for treatment is not readily discerned, particularly in the absence of legal training. It is clear, however, that failure to warn of risks comes under the legal action of negligence. In the past, the "Bolam principle" has been used extensively to test this. In *Sidaway v Governors of Bethlem Royal Hospital* (1985; AC 871), Lord Scarman stated:

> The Bolam principle may be formulated as a rule that a doctor is not negligent if he acts in accordance with a practice accepted at the time as proper by a responsible body of medical opinion ...[16]

According to this test, not informing a patient of the VIGOR results on myocardial infarction is unlikely to be negligent because this is probably the accepted practice of a great many responsible medical practitioners. This is likely to be the current situation either because doctors are unaware of these results or because the published information on VIGOR is contested to the point of obfuscation. Under the Bolam test, it is probably reasonable for a medical practitioner not to disclose this information.

However, the High Court of Australia set a different test in *Rogers v Whittaker* (1992; 175 CLR 479). The judgment stated:

> The law should recognise that a doctor has a duty to warn a patient of a material risk inherent in the proposed treatment; a risk is material if, in the circumstances of the particular case, a reasonable person in the patient's position, if warned of the risk, would be likely to attach significance to it ...[17]

It can be assumed that most patients are likely to attach significance to the information that rofecoxib use was

associated with a greatly increased incidence of myocardial infarction in a clinical trial. It is reasonable to assume that this information would be material to their decision as to whether they wanted to use rofecoxib as an anti-inflammatory agent when other options are generally available. Therefore, under the test imposed by the Rogers v Whittaker judgement, a doctor would be negligent in not disclosing this information.

A prescribing doctor would need to provide this information in the context of other potential risks and benefits and in dialogue with the patient to ensure that their understanding and expectations are considered. With rofecoxib, the potential benefits may include decreased probability of serious gastric adverse events.[4] If the patient had been taking a traditional NSAID without any serious gastric problems, however, then there would be no apparent advantage in changing to rofecoxib, particularly if there were no risk factors such as age and long term daily requirements for an anti-inflammatory agent. Along with this type of discussion goes the difficulty in explaining to a particular patient that the risk is based on outcomes in populations and that one cannot predict with any certainty what will be the outcome for that particular patient. Nevertheless it is useful to consider that when Australian population figures from the 1990s are used, there would need to be an increase of only 0 34% to 0.68% in the annual death rate from ischaemic heart disease to balance the deaths per annum from NSAID induced upper gastrointestinal events.[18]

## CONCLUSION

The general approach of an ethics committee to provision of information can provide guidance for everyday clinical practice. The prudent action for medical practitioners who wish to prescribe rofecoxib is to simply inform the patient that in the VIGOR study, rofecoxib use was associated with an increased incidence of myocardial infarction that was more than three times greater than that with use of naproxen, another anti-inflammatory drug. This approach does not require a resolution of the contested meaning of results in the various medical journal publications on rofecoxib.

## Authors' affiliations
M J James, L G Cleland, Rheumatology Unit, Royal Adelaide Hospital, Adelaide, SA, Australia

## REFERENCES
1 Merck & Co. Annual report, 2002. www.merck.com/finance/annualreport/ar2002/ (accessed 13 Feb 2004).
2 Laxchin J. Should doctors be prescribing new drugs? Int J Risk Safety Med 2002;15:213–22.
3 CBC disclosure: targeting doctors. www.cbc.ca/disclosure/archives/0103_pharm/resources.html (accessed 13 Feb 2004).
4 Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–8.
5 US Food and Drug Authority. FDA advisory committee briefing document NDA 21-042, s007. VIOXX gastrointestinal safety, 2001. http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_03_med.pdf (accessed 13 Feb 2004).
6 Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954–9
7 Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280–8
8 Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002;359:118–23
9 Ray WA, Stein CM, Daugherty JR, et al. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071–3
10 Hochberg MC. COX-2: Where are we in 2003? Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. Arthritis Res Ther 2003;5:28–31.
11 Caughey GE, Cleland LG, Penglis PS, et al. Roles of cyclooxygenase (COX) -1 and -2 in prostanoid production by human endothelial cells: selective upregulation of prostacyclin synthesis by COX-2. J Immunol 2001;167:2831–8
12 Caughey GE, Cleland LG, Gamble JR, et al. Upregulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets: role of thromboxane A2. J Biol Chem 2001;276:37839–45
13 McAdam BF, Catella-Lawson F, Mardini IA, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96:272–7.
14 Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999;289:735–41.
15 Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002;296:539–41
16 Sidaway v Governors of Bethlem Royal Hospital (1985; AC 871).
17 Rogers v Whittaker (1992; 175 CLR 479).
18 Cleland LG, James MJ, Stamp LK, et al. COX-2 inhibition and thrombotic tendency: a need for surveillance. Med J Aust 2001;175:214–7.