# EXHIBIT "1"

# EXHIBIT "1"

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| **Gerald Barnett v. Merck & Co, Inc.** | * | **CASE NO. 02:06CV00485** |

## DECLARATION OF DOUGLAS P. ZIPES, M.D. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC. ("MERCK') ORDER EXCLUDING OPINION TESTIMONY BY PLAINTIFF'S EXPERTS THAT VIOXX ACCELERATES ATHEROSCLEROSIS

I, Douglas P. Zipes, M.D. declare that:

### I.    Background and Qualifications

I received my Bachelor of Arts degree cum laude from Dartmouth College in 1961, and my medical degree (M.D.) cum laude from Harvard Medical School in 1964. I performed postgraduate training in internal medicine (1964-1966) and cardiology (1966-1968) at Duke University Medical Center, Durham, North Carolina. From 1968-1970, I was in the United States Navy from which I was discharged at the rank of Lieutenant Commander. I joined Indiana University School of Medicine as an Assistant Professor of Medicine in 1970, and became Professor of Medicine in 1976. I also became Professor of Pharmacology and Toxicology in 1993. In 1994, I became Distinguished Professor, the university's highest award for academic accomplishment. In 1995, I became Director of the Division of Cardiology at the

1

Krannert Institute of Cardiology, a post I held until 2004, when I became Emeritus. Despite the latter, I continue to see patients and consult with many physicians on difficult patient problems. I attend conferences, teach and interact with members of the Division, and house staff. (Attached hereto as Exhibit A is a copy of my curriculum vitae.)

My principal areas of research and clinical activities focus on cardiac electrophysiology (heart rhythm problems). I also take care of patients with the entire spectrum of cardiac diseases, including atherosclerosis, hypertension, heart failure, acute and chronic myocardial infarction (MI), lipid abnormalities, heart muscle abnormalities, and thromboembolic problems. Many of my patients are elderly with the need for therapy.

I have published over 750 medical articles and 18 textbooks. I am the co-editor of Zipes/Jalife Cardiology Electrophysiology, From Cell to Bedside (2004, presently in its fourth edition) and a co-editor of Braunwald's Heart Disease, a Textbook of Cardiovascular Medicine (2005, presently in its seventh edition). Each is regarded as the authoritative text in heart rhythm disorders and in general cardiology, respectively.

I am a member of numerous societies including the American Society for Clinical Investigation and the Association of American Physicians, both of which have very stringent acceptance qualifications. I have been a consultant to the American Medical Association, Department of Drugs, 6 times. I am past president of the Association of University Cardiologists and of the Cardiac Electrophysiology Society. I have consulted for, and been on review committees of, the Veterans Administration, the American Heart Association (AHA), and the National Heart, Lung, and Blood Institute (NHLBI) of the National Institutes of Health (NIH). I have just agreed to serve on the Arrhythmia Advisory Committee to the Director of the NHLBI.

For the North American Society of Pacing and Electrophysiology (NASPE) [now called

2

the Heart Rhythm Society (HRS)], which is the largest group of heart rhythm experts in the world, I was a founding member in 1980, served in many roles and became President 1989-1990. I am the founding Editor-in-Chief of the HRS journal (see below).

For the American Board of Internal Medicine (ABIM) (the organization that writes all of the examinations for medicine and the sub-specialties which a physician must pass to call him/herself Board Certified), I was chair of the Clinical Cardiac Electrophysiology Test Committee which wrote the first (and subsequent two) examinations in clinical cardiac electrophysiology; Chair of the Subspecialty Board on Cardiovascular Disease, which wrote the examinations dealing with all of cardiology; Chairman of the Committee on Subspecialty Internal Medicine (dealing with issues of all of internal medicine); and ultimately Chairman of the entire ABIM (2002-2003).

For the American College of Cardiology (ACC) (33,000 cardiology members worldwide), I have held multiple roles since 1975, becoming a member of the Board of Trustees (1992-1997 and again 1999-2005); Chairman of the Nominating Committee on two separate occasions; Chairman of the Development Committee; Vice President, President-Elect; and then President (2001-2002). I became a Master of the ACC in 2002 (highest membership category). Presently, I am Co-Chair of the ACC/AHA/European Society of Cardiology (ESC)/HRS Ventricular Arrhythmia and Sudden Cardiac Death Guideline Committee, charged with writing guidelines on how to care for patients with heart rhythm problems. I was also a member of the Ethics Committee and chaired the Task Force on Legal Expert Testimony.

I am a member of the editorial boards of more than 15 cardiology journals; and have reviewed articles for other general medical journals, such as the New England Journal of Medicine (NEJM) and Journal of the American Medical Association. I have been Editor-in-

Chief of Progress in Cardiology, and Founding Editor-in-Chief of Contemporary Treatments in Cardiovascular Disease and Cardiology in Review. I was the Founding Editor-in Chief of the Journal of Cardiovascular Electrophysiology (1989-2004), and in 2004, I became Founding Editor-in-Chief of the journal, Heart Rhythm, which is the official journal of the HRS.

I have received many awards, but will mention only a few. From the AHA I received the Distinguished Achievement Award (1989), the Herrick Award (1997), and the Cor Vitae Award (2004). These awards have been for distinguished contributions to our knowledge base of clinical cardiology and patient care. I have received the Distinguished Scientist Award from the NASPE/HRS (1995) and from the ACC (1996). These awards have recognized my research contributions to both basic and clinical cardiology. In 2001, I received the "Sagamore of the Wabash" from the Governor of Indiana, Frank O'Bannon, the highest honor bestowed upon a citizen of Indiana. On June 2, 2004, the Honorable Baron P. Hill, House of Representatives, read a tribute about me into the Congressional Record. To celebrate my tenure as Division Chief, the following were endowed: the Medtronic Zipes Chair in Cardiology, and the Joan and Douglas Zipes Visiting Professorship at Indiana University School of Medicine; the Douglas P. Zipes, M.D. Lectureship given annually at the HRS Sessions; and the Douglas P. Zipes, M.D., Distinguished Young Scientist Award given annually at the ACC Scientific Sessions.

I have lectured all over the world, and have consulted for industry, primarily pharmaceutical and medical device companies.

I have participated in multiple clinical trials, both as an investigator and in a leadership role. I was the Chairman of the Planning Committee, Steering Committee, Executive Committee and principal investigator of the Antiarrhythmics Versus Implantable Defibrillator study for the NHLBI. It is the largest secondary prevention trial comparing implantable cardioverter

4

defibrillators (ICD) with antiarrhythmic drug therapy. I was the Chairman of the Data and Safety Monitoring Board (DSMB) of Atrial Fibrillation Follow-up of Rhythm Management trial (1996-2002) that tested whether drugs to control the heart rate were superior to drugs that maintained sinus rhythm. I was on the Executive Committee of the Sudden Cardiac Death in Heart Failure Trial (SCD-HeFT) (1998-2004) that tested the prophylactic benefit of the ICD versus drugs. I am a member of the External Safety and Efficacy Monitoring Committee of the Atrial Fibrillation and Congestive Heart Failure trial for the Institute de Cardiologie de Montreal (2001-present). I will be the Chairman of the DSMB of an upcoming trial on the Chronicle, a heart failure monitoring device manufactured by Medtronic.

I have published on the impact of prostacyclin generation on arrhythmia development, (Prostaglandins in the Pericardial Fluid Modulate Neural Regulation of Cardiac Electrophysiologic Properties, Circulation Research 66:163,1990; Pericardial Prostaglandin Biosynthesis Prevents the Increased Incidence of Reperfusion-Induced Ventricular Fibrillation Produced by Efferent Sympathetic Stimulation in Dogs, Circulation 82; 1008,1990; Prostaglandin Modulation of Early After Depolarizations and Ventricular Tachyarrhythmia Induced by Cesium Chloride Combined with Efferent Cardiac Sympathetic Stimulation in Dogs, Journal of the American College of Cardiology 16:1287, 1990).

I am a Fellow of the: AHA, HRS, ESC, American College of Physicians, and Master of the American College of Cardiology. In 2007, I will receive an honorary Fellowship of the Argentine Cardiology Association. I am Board Certified in Internal Medicine and Cardiovascular Diseases and was Board Certified (until 2005) in Clinical Cardiac Electrophysiology.

## II.   Opinions:

My expert deposition was taken in the above-entitled matter on June 9, 2006 wherein I was questioned by counsel for Merck regarding the bases for my opinions, and as it relates to this motion, what studies I rely upon which demonstrate that Vioxx causes atherosclerosis or acceleration of atherosclerosis.  As the court can see below, I was asked to list studies I relied upon.  I will follow-up the deposition excerpts with content and methodology from the studies.

Merck attached the following testimony to its motion:

85
17  Q   What studies, sir, do you say demonstrates that
18  Vioxx causes atherosclerosis or acceleration of
19  atherosclerosis?
20       MR. ROBINSON: Go to your notes.  It is not a
21  memory test.
22  BY MR. GOLDMAN:
23       **Q   I just want you to tell me the studies.  I**
24  **don't want you to tell me what their findings are.**
25       **I just want you to tell me what studies in**

86
1  **animals or in humans you say show that Vioxx causes**
2  **atherosclerosis or a progression of atherosclerosis?**
3      A   We can start with two clinical studies that I
4  think are extremely supportive and those are the
5  long-term APPROVe and 078 --
6      Q   What else?
7      A   -- because they had intention to treat so --
8  you don't want me to go into that?
9      Q   Right.  **Just identify the studies**.
10     A   Okay.  Egan, Rudic, Kobayashi, Grosser, Chang,
11  Bulut -- excuse me, the latter may not relate to
12  artherosclerosis.
13       The one by Bulut relates to the PGI-2 having a
14  vasodilatory effect.
15       Review article by Antman.  Review article by
16  Fitzgerald.  The Rott/Epstein article, an article by
17  Walter -- several articles by Fitzgerald, Murata,
18  Pigeon, Buerkle.

87

25      Am I right that one opinion that you plan to

### 88

1  give is that Vioxx causes heart attacks; right?
2     A    Yes.
3     Q    Another is that Vioxx is the only conceivable
4  cause of Mr. Barnett's heart attack by accelerating the
5  progression of his atherosclerosis?
6     A    Yes.

### 99

15    Q    Are you aware of any studies in animals or
16  humans that suggest that Vioxx does not cause
17  atherosclerosis or its progression?
18    A    Yes.
19    Q    Like what?
20    A    One is by Oates.  And they suggested that it
21  may be the timing as well as the duration of COX-2
22  inhibition that might affect the development of
23  atherosclerosis.
24    Q    Are there other animal or human studies, sir,
25  other than Oates that suggests that Vioxx does not cause

### 100

1  atherosclerosis or its progression?
2     A    Yes, I can't really cite them to you, but yes.
3     Q    Did you include those in your report?
4     A    I included Oates and I may have included one or
5  two of the others.

### 102

2     Q    Yes.  What evidence in the VIGOR study actually
3  showed that Vioxx increased the progression of
4  atherosclerosis in the patients of that study?
5     A    They developed infarcts.
6     Q    Is that the only way?
7     A    Well, they did not have serial stress tests or
8  angiograms, so that would be the only way.  In that
9  particular trial, they had a 5- to 1 infarct ratio
10  between Vioxx and Naproxen.  So --
11    Q    And you think -- I'm sorry.
12    A    So there is no other explanation really other
13  than there is an increase in atherosclerosis.  And the
14  process that goes on to plaque rupture, thrombosis, et
15  cetera.

16    Q   Are you aware of any article, sir, that
17  interpreted the VIGOR results and said the reason for
18  the difference in heart attacks was because Vioxx
19  increases the progression of atherosclerosis?
20    A   I don't know if they stated it in that fashion.

104

15    Q   Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18    A   Absolutely.
19    Q   What is your basis for that?
20    A   At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
22  apical or mild lateral decrease in the fusion.
23        On May 2nd, 2006, Mr. Barnett now has an area
24  of fixed defect with anterior wall ischemia, wall motion
25  abnormalities.  And by echo -- which is the first echo

105

1   that he has had, so we don't have comparisons -- he has
2   got significant scar and wall motion abnormalities.
3         He has got left atrial enlargement.  He has got
4   a right ventricular pressure that is borderline
5   elevated.  He has got right ventricular systolic
6   dysfunction.  And by the CT angiogram and occluded
7   graft -- vein graft and new lesions in his right
8   coronary artery, that were not seen in the
9   catheterization on September 9, 2002, so he has
10  significantly advanced coronary atherosclerosis with
11  myocardial scar since his heart attack -- since his Q
12  wave heart attack.
13    Q   Have you finished telling me the basis for why
14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15  progressed because of Vioxx after his heart attack?
16    A   No, I am not finished.
17        He has reduced exercise tolerance in that he
18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
19  able to do on prior stress tests.
20        He has abnormal left ventricular relaxation
21  which is diastolic dysfunction by echo.  So the echo
22  report shows left circumflex wall motion abnormalities,
23  right coronary wall motion abnormalities; abnormal left
24  ventricular diastolic dysfunction; left atrial
25  enlargement; right ventricular systolic pressure 30- to

8

106

1   35, that I mentioned earlier; and then the significant
2   wall motion abnormalities of hypokinesia in the
3   mid-lateral and basal lateral left ventricle, severe
4   hypokinesia in the basal posterior and basal anterior
5   walls of his ventricle.
6          So he has significant myocardial and coronary
7   disease that has advanced from his myocardial infarction
8   in September of '02.
9      Q   Are you finished now telling me the basis?
10     A   I think so.
11     Q   Why do you think that Vioxx caused all of what
12  you just described and how is it that Vioxx would have
13  done that between July of 2003 and May of 2006?
14     A   We need to start back in January of 2000.
15  Because in January of 2000 -- January 24 -- Mr. Barnett
16  has a stress test and he walked 15 minutes on that
17  stress test. He has by Cardiolite a mild area of
18  lateral ischemia.
19          And that is his only abnormality. He has no
20  chest pain. He has no ECG changes. He has excellent
21  exercise tolerance. He has normal blood pressure and
22  heart rate response, which tells me that he has mild
23  atherosclerosis and a risk assessment at that time by
24  multiple parameters.
25          And there are several equations that I actually

107

1   plugged him into, which showed that he has a risk of
2   myocardial infarction of 4 to 6 percent over 10 years.
3   So, at that time, he has got mild coronary disease
4   probably affecting one vessel.
5          In 32 months, he ends up with six vessel
6   coronary atherosclerosis and myocardial infarction.
7   And from that time until May of '06, he now has
8   significant wall motion abnormalities -- all of the
9   things that I just told you -- and that is accelerated
10  atherosclerosis.
11          In an individual, who has total lipid control
12  from the time he starts Lipitor, which is his major risk
13  factor -- we can argue about family history and whether
14  it played a role or not -- but his major risk factor is
15  elevated lipids and that is under total control. There
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18          Now, he stops Vioxx in September of '04. We

19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22      The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary

108

1  arteries by causing atherosclerosis.
2      And therefore, even stopping the drug, if it
3  indeed does do what Fitzgerald suggested, would show
4  increased risk following stopping the drug.
5      And then, in addition, Mr. Barnett takes Vioxx
6  for two years after his myocardial infarction.  This, to
7  me, is absolute proof that Vioxx has caused the
8  accelerated atherosclerosis.

### Summary of Egan, Rudic, Kobayashi & Rott Studies

It is important that I summarize relevant atherosclerosis findings in some of the articles I

referenced in my deposition.

**1.  Karine M. Egan, John A. Lawson, Suzanne Fries, Beverley Koller, Daniel Rader, Emer M. Smyth, Garret A. FitzGerald  "Cox-2 Derived Prostacyclin Confers Atheroprotection on Female Mice"(*Science* 10 Dec 2004; Vol. 306, 1954-57)**

Abstract (excerpts): ...Deletion of the $PGI_2$ receptor removed the atheroprotective effect of estrogen in ovariectomized female mice.  This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in premenopausal females.

Discussion (excerpts):
(1954-7)
...The prostaglandin $PGI_2$ exhibits properties of relevance to atheroprotection, inhibiting platelet activation, vascular smooth muscle contraction and proliferation, leukocyte-endothelial cell interactions, cholesteryl ester hydrolase.  $PGI_2$ analogs retard atherogenesis, and atherosclerotic lesions exhibit a decreased capacity to produce $PGI_2$ ex vivo.  Cyclooxygenase 2 (COX_2) expressed in vascular endothelial cells, catalyzes prostaglandin endoperoxide formation from arachidonic acid.  This is subsequently transformed to $PGI_2$ by $PGI_2$ synthesis, a process that occurs in endothelial cells. Selective COX-2 inhibitors depress $PGI_2$ metabolite excretion.  Inhibition of the COX-2-PGIS pathway may have particular relevance to atheroprotection in females because $E_2$ increases COX-2 expression in vascular tissues and augments $PGI_2$ production in vitro.

10

…Selective inhibitors of COX-2 depress $PGI_2$, but not platelet COX-1 derived $TxA_2$, which affords a mechanism whereby they might elevate blood pressure, accelerate atherogenesis, and augment the thrombotic response to plaque rupture. Depression of $PGI_2$ may accelerate atherogenesis by multiple mechanisms, including augmenting platelet and neutrophil interactions with the vasculature. $PGI_2$ also exerts an antioxidant effect, which may retard atherogenesis. IP deletion augments lipid peroxidation, whereas its overexpression in human embryonic kidney cells has the opposite effect. An antioxidant role for $PGI_2$ which may reflect induction of HO1, is consistent with exacerbation of reperfusion injury by IP deletion…

…Although extrapolation of results in mice to humans is performed with caution, the experience with rofecoxib has focused attention on the role of atherogenesis in transformation of cardiovascular risk during chronic treatment with selective inhibitors of COX-2. We reveal a substantial contribution of ERα-mediated, COX-2 derived $PGI_2$ to atheroprotection in female LDLR KOs. This finding raises concern about the use of COX-2 inhibitors in juvenile arthritis, a disease that predominantly affects females. It may also have implications for the design and interpretation of trials of hormone-replacement therapy.

## 2. R. Daniel Rudic, Derek Brinster, Yan Cheng, Susanne Fries, Wen-Liang Song, Sandra Austin, Thomas M. Coffman, Garret A. FitzGerald "Cox-2 Derived Prostacyclin Modulates Vascular Remodeling" (*Circ Res.* 2005; 96:1240-1247)

Abstract (excerpts): …Suppression of Cox-2 derived $PGI_2$ or deletion of IP profoundly influences the architectural response of the vasculature to hemodynamic stress. Mechanism based vascular remodeling may interact with a predisposition to hypertension and atherosclerosis in contributing to the gradual transformation of cardiovascular risk during extended periods of treatment with selective inhibitors of Cox-2…

Preface (excerpts):
(1240-1)
…Among the factors which might have contributed to acceleration of cardiovascular risk during that time are elevation of blood pressure and acceleration of atherogenesis, both of which may result from deletion of the receptor for $PGI_2$ (the IP) in genetically predisposed strains of mice. Indeed, blood pressure was elevated by 3-4 mm Hg as early as 1 month in patients receiving rofecoxib in APPROVe. Aside from initiation and early development of atherogenesis, little is known about how suppression of COX-2 dependent $PGI_2$ might condition the response of the vasculature to sustained stress, such as a rise in blood pressure. In this study we examine the effect of disrupting $PGI_2$ action in mouse models of transplant arteriosclerosis and vascular remodeling which preserve the integrity of the endothelium, either by removing the IP or by administration of nimesulide, a nonproprietary but commercially available COX-2 inhibitor which confers COX-2 selectivity comparable to that of celecoxib. We report that either deletion of the IP or administration of a COX-2 inhibitor induces vascular hyperplasia and remodeling of the vasculature while maintaining luminal geometry. Such perturbation of the relationship between vascular hemodynamics and structure may interact with

11

hypertension and atherogenesis to contribute to an emerging cardiovascular hazard in patients initially at low cardiovascular risk during extended therapy with selective inhibitors of COX-2...

Discussion (excerpts):
(1244-1246)
...Cox-2 is a major source of $PGI_2$ biosynthesis in humans. Depression of $PGI_2$ without a concomitant inhibition of $TxA_2$ has been suggested as a mechanism by which selective inhibitors of COX-2 might predispose individuals to cardiovascular hazard. The emergence of this risk in placebo controlled clinical trials involving three COX-2 inhibitors is compatible with such a class-based effect. Deletion of the IP predisposes mice to an exaggerated response to thrombotic stimuli and both modulate blood pressure and accelerate atherogenesis in genetically predisposed animals...

...Here under conditions of flow reduction, suppression of $PGI_2$ by nimesulide or disruption of its activity by IP deletion may have magnified the effects of hemodynamic-induced Tx formation. $PGI_2$ acts as a constraint on oxidant stress, both in occlusion/reperfusion injury and as atherogenesis proceeds in genetically predisposed mice...

...Here, Tx biosynthesis increases with atherogenesis and is further increased by a structurally distinct COX-2 inhibitor. Analogous to the experience with TP deletion, addition of a TP antagonist to the COX-2 inhibitor results in a marked augmentation of Tx biosynthesis and plaque destabilization...

...Vascular remodeling occurs in both hypertension and atherosclerosis and deletion of the IP results in a rise in blood pressure (citing Francois and Coffmann unpublished observations; 2004) and accelerates atherogenesis in genetically prone mice. Here, we show a distinct impact on the remodeling process to hemodynamic stress, again mediated, at least in part, by removal of a biological constraint on TP ligands. These consequences of $PGI_2$ suppression, elevation of blood pressure, acceleration of atherogenesis and modulation of the vascular response to hemodynamic stress, may converge to alter vascular architecture and elevate cardiovascular risk during extended dosing with selective inhibitors of COX-2.

3. **Takuya Kobayashi, Yoshio Tahara, Mayumi Matsumoto, Masako Iguchi, Hideto Sano, Toshinori Murayama, Hidenori Arai, Hiroji Oida, Takami Yurugi-Kobayashi, Jun K. Yamashita, Hiroyuki Katagiri, Masataka Majima, Masayuki Yokode, Toru Kita, and Shuh Narumiya, "Roles of Thromboxane $A_2$ and prostacyclin in the development of atherosclerosis in apoE-deficient mice"** *J. Clin Invest.* 114:784-794 (2004).

Abstract (excerpts): ...Production of thromboxane (TX) $A_2$ and $PGI_2$ is increased in patients with atherosclerosis...We conclude that $TXA_2$ promotes and $PGI_2$ prevents the initiation and progression of atherogenesis through control of platelet activation and leukocyte-endothelial cell interaction.

Discussion (excerpts):

(790—91)

...In contrast to those findings in the previous studies, our study here using genetically engineered mice has demonstrated significant suppression and significant enhancement of atherosclerosis in $apoE^{-/-}TP^{-/-}$ and $apoE^{-/-}IP^{-/-}$ mice, respectively, suggesting strongly proatherogenic and antiatherogenic actions of $TXA_2$ and $PGI_2$, respectively.

...It is noteworthy that atherogenesis was significantly accelerated and reached a plateau early in $apoE^{-/-}IP^{-/-}$ compared with $apoE^{-/-}$ mice. These results indicated that signaling from $PGI_2$ to IP is important in preventing the initiation of atherosclerosis. Impaired $PGI_2$ function, moreover, appeared to affect the progression and nature of atherosclerotic plaques.

...Lesion rupture, when it occurs in vivo, then precipitates thrombosis, which is further accelerated in the absence of IP. Disruption of IP is known to increase the risk of thrombosis. Thus, $PGI_2$ appears to exert important inhibitory actions on the initiation and progression of atherosclerosis, and the reduction in $PGI_2$ in the presence of normal $TxA_2$ formation is likely to lead an increased risk of atherosclerosis and thrombosis. Currently, an important question concerning COX-2 inhibitors is whether the selective reduction in $PGI_2$ increases the risk of atherosclerosis. Our findings support that conclusion. However, our findings cannot be directly extrapolated to the clinical outcome of patients treated with COX-2 inhibitors. Although the majority of $PGI_2$ under basal conditions is derived from COX-2 catalysis, both COX-1 and COX-2 contribute to the increase in $PGI_2$ in patients with atherosclerosis as well as in $apoE^{-/-}$ mice, and selective inhibition of COX-2 usually results in only partial inhibition of $PGI_2$ production.

...In conclusion, using the IP-deficient and TP-deficient mice, we were able to evaluate separately the contributions of $PGI_2$ and $TxA_2$ to the development of atherosclerosis. The information presented here will aid in the interpretation of clinical findings and the evaluation of risk in atherosclerotic patients treated with various drugs modulating the arachidonate cascade. Our findings also indicate that administration of PGI mimetics and TP antagonists may be useful in the prevention of atherosclerosis. This line of genetic approach may also help to identify the contributions of PGs other than $PGI_2$ and $TXA_2$

4. **David Rott, M.D., Jianhui Zhu, MD, PhD, Mary Susan Burnett, PhD, Yi Fu Zhou, MD, Alexandra Zalles-Ganley, BS, Jibike Ogunmakinwa, BS, Stephen Epstein, MD (*J Am Coll Cardiol* 2003; 41:1812-9) [This work was supported in part by a grant from Merck Pharmaceuticals].**

Abstract/Conclusions (excerpts): ...Our study demonstrates that selective inhibition of COX-2 in vivo increases viral load. The finding that inhibition of COX-2 increases atherosclerosis development in apoE deficient mice suggests, unexpectedly, that this enzyme exerts antiatherosclerosis activity, at least in this model.

Discussion (excerpts):
(1816-1818)

...The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclic [a Vioxx analog] *increases* atherosclerotic lesion area (Figs. 3 and 4). It should be noted that lesions in this particular model, in which apoE knockout mice were sacrificed at only 11 weeks of age and after only 3 weeks on the selective COX-2 inhibitor, were very early lesions. Therefore, our results are probably more relevant to lesion initiation.

..."Selective Cox-2 inhibition and CMV replication": Although initially surprising, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated...

..."Selective Cox-2 inhibition and atherosclerosis": The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition actually *increased* early lipid aortic accumulation in the apoE knockout mice. This raises a major conundrum: why should an anti-inflammatory drug *accelerate* the initiation of atherosclerosis, a disease recognized as having a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties. This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response...

...Consequently, Colville-Nash and Gilroy suggested that COX-2 is pro-inflammatory early in inflammation, but facilitates inflammatory resolution later.

...These findings, suggesting a dual role for COX-2 in inflammation and inflammation resolution, have been demonstrated only in rodent models, and no evidence is yet available that such a dual role is present in humans. Nonetheless, this concept may explain our unexpected results. The ApoE deficient mice develop spontaneous atherosclerosis...

...Potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis *in humans* were suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events that occurred in patients treated with naproxen, a non-selective COX inhibitor. Moreover, a meta-analysis (with all the limitations inherent in such an analysis) of several published studies employing selective COX-2 inhibitors suggested that such treatment increased the incidence of myocardial infarction...

The mechanism responsible for precipitation of acute coronary events derive from plaque instability and plaque rupture. Following rupture, the highly thrombogenic plaque core is exposed to blood within the vessel lumen, resulting in platelet aggregation, thrombus

formation, and acute vascular occlusion. Thus, any deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) *a proinflammatory effect* that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instability and rupture; 2) *a procoagulant effect* (induced by inhibition of COX-2 mediated expression of the highly anti-thrombotic $PGI_2$ without concomitant reduction of COX-1 mediated expression of the highly thrombotic thromboxane $A_2$ that precipitates an acute coronary syndrome; and 3) *a pro-proliferative effect* that could increase lesion size through accumulation of SMCs.

Of additional relevance is the finding that indomethacin, a non-selective COX inhibitor, significantly *reduced* atherosclerosis in mice. Indomethacin is more potent inhibiting COX-1 compared with COX-2. Therefore, the data taken in their entirety, suggest that COX-1 is not proatherosclerotic and may even have a protective effect; conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious effects.

…In conclusion, the results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on early atherosclerosis lesion development. However, extrapolation of our results obtained in a mouse model to humans taking COX-2 inhibitors may not necessarily be valid…

…Our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis.

Two trials (Protocol 078 and the long-term APPROVe follow-up study) were conducted by Merck, which followed patients after they had stopped taking Vioxx. Specifically, Protocol 078 found that there was an increase in mortality in the trial subjects randomized to Vioxx. Of the 39 persons who died, 24 were of the Vioxx group. Notably, the sponsor continued to collect data after the study was stopped (356 in the Vioxx arm, and 307 in the in the placebo group). In follow-up, 17 deaths occurred in the Vioxx arm versus 5 in the placebo group. This is clearly significant and supports Vioxx causing atherosclerosis. This study was reported by Dr. Leon Thal (Thal LJ, et al "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment," *Neuropharmacology* (2005) 30, 1204-1215). Because of the fact that

cardiovascular related deaths occurred off-drug during this trial is compelling evidence that these events were caused by on-going damage by the drug, Vioxx.

Next, both APPROVe "on drug" data and "off drug" follow-up data show that Vioxx is causing coronary artery disease at an accelerated rate over the placebo group. In the March 15, 2005 APPROVe "on-drug" data (APPROVe Trial Cardiovascular Safety Report MRK-S0420051232-51330, specifically Table 13 @ MRK-S0420051267-8) investigator reported cardiovascular events by class of terms) was reported. (Merck attached this exhibit to its Dr. Zipes Daubert Motion). Table 13 includes cardiac events that are indicative of developing coronary artery disease (CAD) while on Vioxx for patients in the APPROVe study. These include events like stable angina or pain at rest (i.e. angina pectoris, coronary artery disease (CAD), coronary artery occlusion, ischemic heart disease, myocardial ischemia). There were 25 Vioxx coronary artery disease events and only 10 placebo CAD events. This shows that coronary artery disease is being accelerated in the Vioxx group over the placebo group.

I have also reviewed the summary of tables and figures produced through May 26, 2006 (see attached documents dated 5/26/06, pages 1-137) that represent analyses of follow-up data of the APPROVe study. A review of the "off drug" Vioxx versus placebo CV event Table C14 (page 65 of the report), which is the Summary of Confirmed APTC Endpoint by Time Interval, shows that at zero to six (0-6) months, there were 3 ½ times more Vioxx CV events compared to placebo with a relative risk of 3.74, which is statistically significant. Further, Table B7 shows an overall persistence of thrombotic events off the drug with a persistent RR of 1.64 for Vioxx over placebo. As a cardiologist, I find this persistence consistent with the original APPROVe thrombotic event RR of 1.92 (see Bresalier). These data offer evidence that Vioxx-induced changes that occur in the coronary arteries while patients are taking the drug continue to exert

16

clinical effects after the drug has been stopped and is consistent with the opinions as expressed

by FitzGerald that continued accumulation of events is consistent with acceleration of

atherosclerosis by the drug.

In regards to the above issues, at my deposition, I testified as follows:

70
4    Q   We will talk more about the Alzheimer's trials.
5    I am trying to identify the universe of trials that show
6    an increase risk.
7        As I understand it then, 078 and APPROVe are
8    the two placebo controlled, randomized clinical trials
9    that you think show an increased risk of cardiovascular
10   risk of Vioxx?
11   A   I think that is true.

110
5    Q   How do you know Mr. Barnett's atherosclerosis
6    that you say progressed didn't progress after he stopped
7    Vioxx in September of 2004?
8    A   I think it may well have.
9    Q   And you think any increase in atherosclerosis
10   that Mr. Barnett experienced after September of 2004
11   when he was off Vioxx is because he took Vioxx in the
12   past?
13   A   Yes.  And I think 078 and APPROVe fit that.

123
24   Q   What studies, sir, can you point to that says
25   that when you stop Vioxx, there are still anatomic

124
1    structural changes that can lead to further progression
2    of atherosclerosis?  Tell me an article that actually
3    says that.
4    A   Yes.  That would be the inference of the
5    continued changes of APPROVe and 078 and a follow up
6    with those individuals.
7    Q   So your testimony is Vioxx causes anatomical
8    changes that can lead to progression of atherosclerosis
9    after patients stop the medicine is based on your
10   analysis of the Alzheimer's 078 trial and the APPROVe
11   trial?
12   A   And all of the other mechanistic things that I
13   gave you earlier in terms of how Vioxx causes
14   atherosclerosis.

17

15   Q   My question is a little bit more specific than
16   that.
17        Can you point me to a study that says that
18   Vioxx causes anatomical structural changes that can
19   cause progressive atherosclerosis after you stop taking
20   Vioxx?
21   A   I can point you to the comments by Fitzgerald
22   that says, by all means, do follow-ups of the APPROVe
23   trial because Vioxx can do exactly what I've said.
24        And the way to find that out, would be to
25   follow those patients after stopping the Vioxx.

226

5   Q   I need to ask the question again.  Dr. Zipes, I
6   need to ask the question again, so the record is clear.
7        Do you know whether during the off-drug period
8   in the Alzheimer's trials was there a statistically
9   significant difference in heart attacks or thrombotic
10   cardiovascular events between Vioxx and placebo?
11   A   There was a difference, but I don't know
12   whether it was statistically different.

229

8   Q   Let me start my question now for the third
9   time.  We are looking at your first several pages of
10   Exhibit 2.
11   A   Yes.
12   Q   And you've attached two pages from the APPROVe
13   follow-up report, the extension report, and those are
14   Pages 29 and 65, which include four tables:  Table B6,
15   B7 and C13 and B14; right?
16   A   Yes.
17   Q   And are these the relevant information from the
18   APPROVe follow-up report that you are relying on for
19   your opinion, sir?
20   A   Yes.
21   Q   Do you know whether during the off-drug period
22   in the APPROVe study whether there was a statistically
23   significant difference in confirmed thrombotic
24   cardiovascular events?
25   A   If one looks at Table C14, which is the APTC

230

1   endpoint, that zero to six -- and this is zero to six
2   months and the relative risk is 3.74, which is
3   statistically significant.
4   Q   Well, you picked that one, but how about the

18

5  one greater than 18 months?
6     A   The statistical significance from these data
7  are no longer present at 6 to 12 months and one of the
8  interpretations of that is that a number of the
9  individuals have died, who had a thrombotic events and
10  are not part of the subsequent evaluation.
11     Q   Whose interpretation is that?
12     A   That is an interpretation.
13     Q   That is an interpretation that is the most
14  favorable to the plaintiffs in this case, but that is
15  not an objectively scientific interpretation.
16     A   We don't have to go there.  Zero to six months,
17  there is statistically significant increase with the
18  relative risk of 3.74, summary of confirmed APTC
19  endpoints -- I don't know why it is not statistically
20  significant after that.

244

22     Q   Got it.  Is it true, sir, that when patients
23  stop using Vioxx, any supposed imbalance between
24  prostacyclin and thromboxane goes away in a matter of
25  days?

245

1     A   The imbalance of the prostacyclin versus
2  thromboxane appears to disappear over some time frame.
3  I will accept days.  Though, I don't know exactly how
4  many.
5         However, as I said earlier, that any vessel
6  damage from the atherosclerosis that has occurred during
7  Vioxx ingestion is not going to go away.
8     Q   How do you know that?
9     A   The anatomic structure, the atheroma, these
10  things are not going to disappear.  And I think that the
11  follow up studies ADVANTAGE and 078 are --
12         MR. ROBINSON:  You mean APPROVe?
13         THE WITNESS:  APPROVe and 078 are supportive of
14  that.  That was just a miss --
15         MR. GOLDMAN:  I know.  That's fine.

The evidence that Vioxx accelerates atherosclerosis is far from speculative.  While

defendant Merck now takes the position that the "FitzGerald Hypothesis" (that is, the shifting of

the imbalance between prostacyclin and thromboxane) is speculative and remains unproven, it

19

was not their position in the New England Journal of Medicine article that was published in 2005 ("...Cox-2 inhibitors *may increase* [emphasis added] the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis..." (Bresalier, Robert S. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial *NEJM* 2005; 352: 1092-1102 at pages 1098-1099).

Further, shortly after Vioxx was taken off the market, researcher and scientist, Garrett FitzGerald, M.D., wrote in the New England Journal of Medicine (*N Engl J Med* 351, 17 October 21, 2004, 1709-1711) that "a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, *accelerate atherogenesis*, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque." Dr. FitzGerald, the Robinette Professor of Cardiovascular Medicine and Elmer Bobst Professor of Pharmacology at the University of Pennsylvania, further opined that the higher a patient's intrinsic risk of cardiovascular disease, the "more likely it would be that such a hazard would manifest itself rapidly in the form of a clinical event." Dr. FitzGerald recommended that patients in the APPROVe study should *"continue to be followed [as] this will allow some estimate of how quickly the developed risk may dissipate...[and] if treatment has accelerated atherosclerosis, the offset of risk may be more gradual. Finally, it is essential to determine whether the cardiovascular risk is or is not a class effect.* [emphasis added]*"*

The biologic effect of Cox-2 suppression by COX-2 inhibitors was also demonstrated in a PowerPoint presentation given by Dr. FitzGerald to the FDA Advisory Committee in February 2005 (see PowerPoint Presentation attached hereto). There Dr. FitzGerald concluded that:

- Selective inhibitors of Cox-2 depress $PGI_2$ without concomitant inhibition of $TxA_2$; that $TxA_2$ and $PGI_2$ have opposing effects on the initiation of

20

atherosclerosis (citing Narumiya, JCI; 2004); and deletion of the IP receptor in genetically altered mice (which produces effects similar to inhibition of the production of prostacylin reduces markedly the antiatherosclerotic effect of estrogen *in vivo* (citing Egan et al, *Science* 306; 1954-1957, 2004).

- Cox-2 suppression can result in an augmented response to thrombotic and hypertensive stimuli and *acceleration of atherogenesis in mice* [emphasis added].

- That an increase in MI and/or stroke has been seen in 5 placebo-controlled trials with 3 structurally distinct COX-2 inhibitors.

- Hazards would be expected to relate to drug selectivity, dose and duration of exposure and to inter-individual differences in drug response.

## III.    Conclusions:

It is my opinion that there is reliable and peer-reviewed medical literature to support the conclusion that the Cox-2 inhibitor, Vioxx, accelerates atherosclerosis and the build-up of coronary artery plaque. As the above studies clearly reflect, there is sufficient scientific support regarding this mechanism in which Vioxx (rofecoxib) is capable of causing injury, and in this specific case, to a reasonable degree of medical certainty, caused injury to Gerald Barnett.

**By:**

06/26/2006
**Date**

*(signature)*

**Douglas P. Zipes, M.D.**