# EXHIBIT "2"
## Part A

# EXHIBIT "2"
## Part A

Douglas P. Zipes, M.D.

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                      )
     PRODUCTS LIABILITY LITIGATION      ) MDL Docket No. 1657
 5                                      )
     This document relates to           ) Section L
 6                                      )
     GERALD BARNETT,                     ) Judge Fallon
 7                                      )
                    Plaintiff,          ) Civil Action No.
 8                                      ) 2:06cv485
               vs                       )
 9                                      )
     MERCK & CO., INC.,                  )
10                                      )
                    Defendant.          )
11   _____)
12
13
14
15        DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16              Newport Beach, California
17               Friday, June 9, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918528
     PHIL JOB No. 2211
25
```



Page 2

1   UNITED STATES DISTRICT COURT
2   EASTERN DISTRICT OF LOUISIANA
3
4   In re: VIOXX              )
    PRODUCTS LIABILITY LITIGATION   ) MDL Docket No. 1657
5                            )
    This document relates to    ) Section L
6                            )
    GERALD BARNETT,          ) Judge Fallon
7                            )
       Plaintiff,     ) Civil Action No.
8                     ) 2:06cv485
       vs             )
9                     )
    MERCK & CO., INC.,      )
10                   )
       Defendant.    )
11  _____)
12
13
14
15       DEPOSITION of DOUGLAS P. ZIPES, M.D., taken
16  on behalf of Defendant at 660 Newport Center, Suite 330,
17  Newport Beach, California, beginning at 8:46 A.M., and
18  ending at 5:31 P.M., Friday, June 9, 2006, before Diana
19  Janniere, Certified Shorthand Reporter No. 10034.
20
21
22
23
24
25

Page 4

1               INDEX
2   WITNESS              EXAMINATION
3   DOUGLAS P. ZIPES, M.D.
4
5       MR. GOLDMAN          6, 264
6       MR. ROBINSON          259
7
8             EXHIBITS

9   DEFENDANT'S      DESCRIPTION          PAGE
10   1   Deposition Notice          7
11   2   Various Studies, Articles, Notes     15
12   3   Dr. Zipes' C.V.          37
13   4   Dr. Zipes' Expert Report     51
14   5   Dr. Zipes' Supplemental Report     51
15   6   Bibliography; Clinial Trials, et al.   54
16   7   9/6, 9/7 7 9/11 ECG's          176
17   8   4/16/96 Stress Test          177
18   9   4/22/98 ECG Test          178
19   10   6/28/01 ECG Test          179
20   11   12/20/05 ECG Test          179
21   12   5/2/06 Myocardial Perf Treadmill     200
22   13   5/2/06 Bruce Protocol Report     200
23   14   5/2/06 Echocardiographic Report     201
24   15   5/2/06 CT Angiogram Test Report     201
25

Page 3

1   APPEARANCES:
2
3   For Plaintiff:
4       ROBINSON, CALCAGNIE & ROBINSON
        BY: MARK ROBINSON, ESQ.
5       620 Newport Center Drive, 7th Floor
        Newport Beach, California 92660
6       (949) 720-1288
        beachlawyer51@hotmail.com
7
        ANDREWS & THORNTON
8       BY: JOHN C. THORNTON, ESQ.
        820 North Parton Street, 2nd Floor
9       Santa Ana, California 92701
        (714) 565-7555
10      jct@andrewsthornton.com
11  For Defendant:
12      BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP
        BY: ANDREW L. GOLDMAN, ESQ.
13         KEN BAUM, M.D.
        54 West Hubbard Street, Suite 300
14      Chicago, Illinois 60610
        (312) 494-4400
15      andrew.goldman@bartlit-beck.com
        ken.baum@bartlit-beck.com
16
17
18
19
20
21
22
23
24
25

Page 5

1               INDEX (Continued):
2
3             EXHIBITS
4   DEFENDANT'S      DESCRIPTION          PAGE
5   16   APPROVe Extension Data
        BATES MRK SO 420112017 - 132
6       (Inadvertently retained by counsel)   264
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Douglas P. Zipes, M.D.

Page 6

1  Newport Beach, California, Friday, June 9, 2006
2       8:46 A.M. - 5:31 P.M.
3
4       DOUGLAS P. ZIPES, M.D.,
5  having been duly sworn, testified as follows:
6
7       EXAMINATION
8  BY MR. GOLDMAN:
9    Q   Good morning, sir. Can you state your name for
10 the record, please?
11   A   Douglas Zipes.
12   Q   My name is Andy Goldman, Dr. Zipes, and we have
13 not met before today; is that right?
14   A   That's correct.
15   Q   I know you have been deposed before and I just
16 want to review a few of the ground rules with you, so we
17 are on the same page; fair?
18   A   Yes.
19   Q   When I ask you questions that you don't
20 understand, please ask me to rephrase and I will be
21 happy to; okay?
22   A   Yes.
23   Q   And if you don't ask me to rephrase, I will
24 assume that you understood my question; okay?
25   A   Yes.

Page 7

1    Q   If you need a break for any reason, bathroom
2  break, let me know and we will take a break.
3    A   Okay.
4    Q   Let's also try -- sometimes I pause in my
5  questions, so see if you can wait until I am finished
6  with my question, and I will try to wait for you to
7  finish your answer, so that the court reporter can take
8  it down and we will have a clean transcript; fair?
9    A   Yes.
10   Q   Let me hand to you, Dr. Zipes, what I have
11 marked as Exhibit 1 to your deposition, sir. This is a
12 Notice of Deposition that we served.
13       (Defendant's Exhibit 1 was marked
14       for identification by the court
15       reporter.)
16 BY MR. GOLDMAN:
17   Q   And if you can turn to the third page, do you
18 see where it says, "Attachment A"?
19   A   Yes.
20   Q   We were asking for you to bring here or,
21 otherwise, identity documents responsive to these
22 requests. So I just want to go through these one at a
23 time.
24       The first says, all materials Dr. Zipes has
25 reviewed prior to or since he has been retained as an

Page 8

1  expert in this litigation that relate to Vioxx.
2       Have you identified those materials, sir?
3    A   Yes.
4    Q   Where have you identified those?
5    A   To my knowledge, you have been supplied with a
6  complete list.
7    Q   We will go through that list later today. So
8  the list that I was supplied about materials that you
9  reviewed, are all of the materials that you have
10 reviewed either before or after you were retained as an
11 expert?
12       MR. ROBINSON: I will say one thing, Andy.
13 Yesterday we had some new experiences so -- I think I
14 sent you that a couple of days ago. So you might want
15 to inquire about that but other than yesterday.
16 BY MR. GOLDMAN:
17   Q   Other than yesterday, Dr. Zipes, does the list
18 that was sent to me, which I will mark shortly, include
19 all of the documents that you've reviewed relating to
20 Vioxx before or after you were retained as an expert?
21   A   Yes.
22   Q   No. 2 says, all materials on which Dr. Zipes
23 relies in support of his opinions in the Vioxx
24 litigation.
25       Am I right that the materials that you were

Page 9

1  relying on to support your opinions are the materials
2  that are cited in your reports?
3    A   Yes. There may be some additional materials
4  since my report, but you have been supplied with them.
5       In other words, I had done some continued
6  reading since completing the report.
7    Q   What materials have you reviewed since
8  completing your report that you are relying on for your
9  opinions?
10   A   I really can't tell you specifically with the
11 exception that there is a huge list of materials and
12 only a certain number have been cited directly in my
13 report, but I have gone through those materials and they
14 certainly are apart of my opinions that led to
15 formalizing the report.
16   Q   And that is the list again that I was provided
17 by Mr. Robinson that we are going to go through shortly.
18       MR. ROBINSON: And there was some stuff
19 yesterday -- O'Bryan was on the list, but he read
20 O'Bryan. You can go into what he read yesterday.
21 BY MR. GOLDMAN:
22   Q   What did you do yesterday, sir, that supports
23 your opinion?
24   A   Two events happened: One was you supplied us
25 with the video of the stress test and we went in town to

Douglas P. Zipes, M.D.

Page 10

1   Dr. Carey, C-A-R-E-Y, L., O'Bryan, O, apostrophe,
2   B-R-Y-A-N, who is a cardiologist and board certified in
3   nuclear cardiology, and I reviewed the materials with
4   him yesterday that you just sent.
5       Q   You reviewed the stress test for Mr. Barnett
6   that was taken in January of 2000?
7       A   January, 2000 and January, 2003 and --
8           MR. ROBINSON:  July.  July, 2003.
9           THE WITNESS:  Excuse me, July, 2003.  And since
10  I had it, we also looked at the May 2nd stress test,
11  which was performed at my institution when I evaluated
12  Mr. Barnett.
13  BY MR. GOLDMAN:
14      Q   Let me make sure I understand this, okay,
15  Dr. Zipes.
16          Yesterday you went to meet with Dr. O'Bryan and
17  you reviewed the nuclear stress test that was done on
18  Mr. Barnett in January of 2000, in July of 2003, and at
19  your facility in May of 2006?
20      A   That's correct.  And that was prompted by our
21  receipt of what you just sent us yesterday.
22      Q   Well, you had the May 2nd, 2006, nuclear stress
23  test long before yesterday; right?
24      A   Certainly.
25      Q   Have you reviewed the nuclear stress film that

Page 11

1   was done on Mr. Barnett in May, 2006 before yesterday?
2       A   Certainly.
3       Q   Did you do that with another doctor or did you
4   do that on your own?
5       A   I did that by myself.
6       Q   Did you feel you needed to get the opinion of
7   Dr. O'Bryan yesterday in order to support your opinions
8   about the interpretation of the May 2nd, 2006 stress
9   test?
10      A   No, I felt that -- first, the stress test was
11  read by a boarded cardiac radiologist at my institution.
12  So I had his report.  I then looked at it myself and
13  formed my opinion.
14          However, yesterday it was simply very
15  convenient with Dr. O'Bryan to simply go through all
16  three of the stress tests and compare one with the
17  other.  And he simply reaffirmed the conclusions which I
18  had made personally.
19      Q   You didn't consult with Dr. O'Bryan or use any
20  of his opinions in forming your own?
21      A   That is correct.
22      Q   Are you saying now that you are relying on
23  Dr. O'Bryan's interpretation of the stress test from
24  July of 2000 -- sorry, withdrawn.
25          Are you relying on the interpretation by

Page 12

1   Dr. O'Bryan of the January, 2000 stress test on
2   Mr. Barnett?
3       A   No.
4       Q   Are you relying on the interpretation by
5   Dr. O'Bryan of the July, 2003 stress test on
6   Mr. Barnett?
7       A   No.
8       Q   Are you relying on the interpretation of
9   Dr. O'Bryan of the May 2nd, 2006 stress test on
10  Mr. Barnett?
11      A   No.
12          MR. ROBINSON:  I should say one thing that I
13  forgot.  Hold on.  You are going to see notes in there.
14  I did show him the reports of your experts.  There are
15  notes in there.  I forgot to tell you that.
16          MR. GOLDMAN:  Okay.  Thanks.
17      Q   The cardiologist that you referred to a minute
18  ago from your institution who reviewed the May 2nd, 2006
19  stress test, what is his name?
20      A   Mahethiran.
21      Q   Can you spell that?
22      A   M-A-H-E-T-H-I-R-A-N.  His name is on the actual
23  evaluation of Mr. Barnett, which I made and his
24  interpretation is there.  And you have a copy of that.
25      Q   Are you relying on Dr. Mahethiran's

Page 13

1   interpretation of the May 2nd, 2006 stress test for your
2   opinions?
3       A   No, I have reviewed the stress test, but he is
4   the qualified cardiac nuclear boarded expert in the
5   area.
6       Q   Why did you think it was important to consult
7   with Dr. McHenry on the interpretation of the May 2nd,
8   2006 stress test?
9       A   McHenry or Mahethiran?
10      Q   Mahethiran.
11      A   Mahethiran?
12      Q   Yes.
13      A   I did not consult with him.  He is the one who
14  provided the routine interpretation.  That is how it is
15  always done in any hospital.  The expert in that
16  particular area gives you an interpretation.
17      Q   Do you consider yourself an expert in the
18  interpretation of the May 2nd, 2006 nuclear stress test?
19      A   I am an expert in the sense that I am a general
20  cardiologist and I review the films of my patients.  So
21  in that sense, I am qualified to look at that stress
22  test, but I am not a boarded expert in that area.
23      Q   Okay.  When you say you are not a boarded
24  expert in that area, can you be a little more specific?
25  What are you an expert in?

Douglas P. Zipes, M.D.

Page 14

1    A   Well, certification to become an expert is
2  provided by the American Board of Internal Medicine of
3  which I was chair some years ago.
4         They provide examinations for an individual to
5  take and the passage of which then confers board
6  certification. As it happens, they do not provide a
7  certification in nuclear cardiology. That is done by
8  another group.
9         Today an individual who then is a certified
10 nuclear cardiologist passes their examination. I have
11 not taken that examination.
12   Q   So as I understand it, you have not become
13 certified as a nuclear --
14   A   Nuclear cardiologist.
15   Q   -- cardiologist?
16   A   That's correct.
17   Q   We will talk about what you saw on the films
18 later in the deposition.
19         The third item on Exhibit 1 says all work
20 product other than draft reports that Dr. Zipes has
21 prepared in the Vioxx litigation.
22         Have you turned in all of that to us, sir?
23   A   Yes.
24   Q   Where is that material? Is that the material
25 that Mr. Robinson gave me this morning in this redwell?

Page 15

1    A   Correct.
2         MR. GOLDMAN: I am going to mark that as a
3  group Exhibit, as Exhibit 2.
4         (Defendant's Exhibit 2 was marked
5         for identification by the court
6         reporter.)
7         MR. ROBINSON: By the way, the response to
8  No. 6 is in No. 2, which are the E-mails. You got that
9  in that same pile.
10 BY MR. GOLDMAN:
11   Q   I have marked Exhibit 2 as a group exhibit,
12 sir, and you are free to look through this, but it
13 appears to be the materials that you have
14 prepared -- the work product that you prepared in the
15 Vioxx litigation, as well as some additional materials
16 like your invoices and E-mails, and so forth; is that
17 right?
18   A   Yes.
19   Q   And the handwritten notes here, for example, on
20 the first page that starts with Merck Trials, can you
21 tell me what those represent?
22   A   Yes. These are simply my outlines of the
23 important Merck trials as part of the pile you have.
24 There are copious other notes. They are far more
25 haphazard and simply reflect what I was reading at the

Page 16

1  time.
2         And let me stress that I did not make notes on
3  everything that I read. This is just some of it.
4         Then in preparation for my report and for this
5  deposition, I tried to collate much of that information
6  and that is what you have in headings that start Merck
7  trials. One on pathophysiology, one on hypertension,
8  and one on risk.
9    Q   So the items that you just described, the four
10 items, those reflect your most recent and comprehensive
11 analysis of the materials that you reviewed in the Vioxx
12 litigation?
13   A   They are the most recent compilation. How
14 comprehensive, it's reasonable. It does not include
15 anywhere near all of what I have done as we will
16 establish.
17         I probably put in 300 hours or more so far in
18 what I have been doing, and there is no way to capture
19 all of that in this relatively short summary.
20   Q   Okay. We might review some of Exhibit 2 later,
21 if we have time. All right?
22   A   Fine.
23   Q   No. 4 says, all statements reflecting time
24 Dr. Zipes has spent on Vioxx-related work including
25 invoices, bills he has submitted for payment. Let's

Page 17

1  stop there.
2         Are all of the invoices and bills you submitted
3  for payment included in Exhibit 2?
4    A   Yes. But it ends at, I think, the end of April
5  and it does not include --
6         MR. ROBINSON: End of May. I think.
7         THE WITNESS: -- end of May, excuse me. I am
8  disoriented in terms of time here. As to the end of
9  May. It does not include the work from June 1st
10 forward.
11 BY MR. GOLDMAN:
12   Q   How much time have you spent working for
13 Mr. Robinson in June?
14   A   Probably another 30- to 50 hours.
15   Q   How much per hour are you charging Mr. Robinson
16 to testify?
17   A   $1,000.
18   Q   The fifth point says, all communications
19 Dr. Zipes has had with plaintiff's counsel in the Vioxx
20 litigation.
21         Are all the communications that you have in
22 writing included in Exhibit 2, sir?
23   A   Yes -- let me modify that. At times when
24 Mr. Robinson would send me a box of materials and there
25 was a cover letter that blandly said, here are materials

5 (Pages 14 to 17)

Page 18

1 to look at, I often don't keep those cover letters.
2 Q Did you receive materials from Mr. Robinson
3 both by mail and also by E-mail?
4 A I did.
5 Q The E-mails that you received from Mr. Robinson
6 have been produced also in Exhibit 2; right?
7 A That is correct.
8 Q Do you have any notes, Dr. Zipes, with
9 Mr. Robinson or any other plaintiff's counsel in this
10 litigation?
11 A I do not.
12 Q Let's talk briefly about what you did to
13 prepare for your deposition here today, sir.
14 What did you do to prepare?
15 A The work that I have done has been ongoing and
16 goes back a significant amount of time. And I basically
17 read and reread and rereread materials. And as you
18 know, it is quite voluminous.
19 In preparation, I went through depositions,
20 reports, published articles. Obviously, preparing my
21 own report was, in essence, preparation for this. So it
22 is very hard to say what I did specifically for this
23 deposition because it is all-inclusive.
24 Q What did you do yesterday or the day before to
25 prepare for your deposition?

Page 19

1 A The day before yesterday, I spent time with
2 Mr. Robinson, Mr. Thornton, and Mr. Skikos and we talked
3 about the various issues. Yesterday we did more of the
4 same.
5 I already indicated to you that we spoke with
6 Dr. O'Bryan. And in addition, in response to your
7 expert's report, Dr. Flavahan, since his concepts were
8 so diametrically opposed to my conclusions and the
9 conclusions of the general science and medical experts
10 in this area, I spoke with Dr. Funk.
11 Dr. Funk is an expert biochemist from Canada,
12 who has been a coauthor with Dr. Fitzgerald on a number
13 of the publications. And I spoke with him in terms of
14 what his concepts were to see whether they were indeed
15 consistent with what they had published previous, what I
16 had concluded from my own reports.
17 And this was done, basically, because I read
18 Dr. Flavahan's comments and indeed after discussing this
19 with Dr. Funk, he simply reaffirmed the conclusions that
20 I had come to, and what I feel the general medical
21 scientists, who are familiar with this area, have come
22 to as well.
23 Q What did you read that Dr. Flavahan said? Was
24 it a report or was it a deposition -- let me ask it
25 differently. Withdrawn.

Page 20

1 Did you read Dr. Flavahan's deposition, sir?
2 A No. I read Dr. Flavahan's report.
3 Q When did you read Dr. Flavahan's report?
4 A I think just two days ago. I don't believe I
5 was provided that prior to coming out here.
6 Q And can you tell me briefly, sir, what concepts
7 you say Dr. Flavahan described that are at odds with
8 your view and the general scientific community?
9 A Certainly. Dr. Flavahan, basically, says that
10 COX-2 is not present in the endothelium of normal blood
11 vessels. That it really is not responsible for the
12 production of prostacyclin. And that the whole concept
13 of what I suppose we can call the Fitzgerald hypothesis
14 is totally wrong.
15 And that COX-2 inhibition does not relate to
16 the development of atherosclerosis, unstable plaque,
17 thrombogenesis; and, basically, takes issue with the
18 entire body of published peer-reviewed literature by
19 Fitzgerald and many others.
20 Q Is it your testimony, Dr. Zipes, that
21 Dr. Flavahan's opinions in this case are at odds with
22 the entire body of published literature?
23 A "Entire body" is a very big term and one can't
24 say that. What he says is at variance with everything
25 that has been published. It is -- it certainly is at

Page 21

1 variance with the prevailing concepts of the role of
2 COX-2, and it's of the importance of COX-2 inhibition.
3 Q Prior to consulting with Dr. Funk, had you done
4 any independent research, sir, to determine whether
5 COX-2 is present in the endothelium?
6 A I have.
7 Q Had you done any independent research to
8 determine whether or not COX-2 was responsible for the
9 production of prostacyclin?
10 A I have.
11 Q Have you done independent research, sir, into
12 the concept of whether the Fitzgerald hypothesis was
13 wrong?
14 A Absolutely.
15 Q And had you done independent research prior to
16 talking to Dr. Funk about whether COX-2 inhibition
17 relates in some way to the development of
18 atherosclerosis?
19 A Absolutely.
20 Q Are you planning on relying on your discussions
21 with Dr. Funk when you go to trial in this case?
22 A I am going to rely on my own conclusions from
23 my own research and evaluation. Dr. Funk simply
24 reaffirmed my independent conclusions.
25 Q Is it fair to say, Dr. Zipes, that you plan on

Douglas P. Zipes, M.D.

Page 22

1 coming to trial and express your opinions you formed
2 based on your own independent research and not based on
3 anything that Dr. Funk told you?
4         MR. ROBINSON:  He already answered that
5 question.
6         MR. GOLDMAN:  Just object.
7         MR. ROBINSON:  You already answered it and you
8 are now rephrasing.
9         MR. GOLDMAN:  Just give your objections.
10         THE WITNESS:  I plan on relying on my
11 conclusions that I came to.
12         What Dr. Funk did, I've already indicated, and
13 simply pointed out some articles to support what I had
14 already read actually and had already formed my
15 conclusions about.
16 BY MR. GOLDMAN:
17     Q   Dr. Zipes, are you going to tell the jury in
18 this case, sir, about your own independent research
19 prior to the time that you wrote your report in this
20 case or are you going to tell the jury what Dr. Funk had
21 to say when you spoke with him?
22         MR. ROBINSON:  I think he can tell both.  Are
23 you saying that he can't?
24 BY MR. GOLDMAN:
25     Q   I am asking you, sir, are you planning on

Page 23

1 telling the jury what Dr. Funk had to say to you
2 yesterday about what you and he discussed?
3         MR. ROBINSON:  Doesn't that depend on my
4 questions?
5 BY MR. GOLDMAN:
6     Q   Can you answer the question, sir?
7     A   I don't know that I really can.  If, for
8 example, I am asked a question:  What did one of the
9 collaborators of Dr. Fitzgerald and the papers say, then
10 yeah, I would report what Dr. Funk said, but I want to
11 stress to you, I have done this several times.  I have
12 read the literature.  I formed my own independent
13 conclusions.
14         Your defense expert was at such variance with
15 my conclusions, I simply spoke with Dr. Funk to see
16 indeed had he or Dr. Fitzgerald changed their concept
17 about the Fitzgerald hypothesis.
18         And he very strongly said absolutely not.
19 There has been no change whatsoever.
20         And that is, basically, what my interactions
21 with him were about.
22     Q   If you are asked, sir, for the basis of your
23 opinions about COX-2 inhibition and whether COX-2 is
24 present in the endothelium and whether Dr. Flavahan was
25 accurate or not in his opinions, are you going to be

Page 24

1 talking about your view based on your own independent
2 research or are you planning on referring to what
3 Dr. Funk said?
4         MR. ROBINSON:  Or both?
5 BY MR. GOLDMAN:
6     Q   Or both?
7     A   It could be both.
8     Q   Did you take notes during your discussion with
9 Dr. Funk?
10     A   I may have -- I may have jotted a few notes
11 down, but I did -- I mean I may not have kept them.  It
12 is nothing in depth.
13     Q   Is Dr. Funk an experienced scientist whose
14 judgment you trust?
15     A   Yes.
16     Q   You told me about a meeting that you had with
17 Mr. Robinson, Mr. Thornton -- is Mr. Thornton a
18 plaintiff's attorney?  Do you know?
19     A   Yes.  That is Mr. Thornton at the end.
20     Q   You had a meeting two days before your
21 deposition with Mr. Robinson, Mr. Thornton and
22 Mr. Skikos.  Those are all plaintiffs' attorneys in the
23 Vioxx litigation; right?
24     A   That's correct.  That was Wednesday.
25     Q   How long did you meet?

Page 25

1     A   All day.
2     Q   Can you tell me generally what you spoke about?
3     A   Issues relating to Mr. Barnett, the science
4 involved.
5     Q   Anything else generally that you can remember
6 about your discussion with those attorneys two days
7 before your deposition?
8     A   Those were certainly the broad areas.  I was
9 asked in interactions questions that you might ask me
10 and we discussed my responses that all related to the
11 issues of Mr. Barnett and the science involved.
12     Q   What questions did the plaintiffs' lawyers tell
13 you yesterday and Wednesday before your deposition that
14 I might ask?
15     A   It was just, Dr. Zipes, what do you think
16 happened on January 24, 2000?  Dr. Zipes, what do you
17 think happened on September 6th, 2002?  Dr. Zipes, what
18 do you think was the interpretation of the radionuclide
19 test?  And so on.
20     Q   Did you discuss your responses of the questions
21 that I might ask with the plaintiffs' attorneys before
22 the deposition?
23     A   I gave answers and we discussed my responses.
24 Sure.
25     Q   Did the plaintiffs' lawyers give you

7 (Pages 22 to 25)

Douglas P. Zipes, M.D.

Page 26

1 suggestions as to other ways to answer those questions?
2    A   They may have. The important thing is these
3 are my answers to your questions.
4    Q   Fair enough.
5      Other than your meeting with the three
6 plaintiffs' attorneys and your meeting with Mr. Robinson
7 yesterday, anything that you did in the last few days to
8 prepare for your deposition?
9    A   Yes, I went through my notes.
10    Q   Okay.
11    A   I read articles. I have spent a great deal of
12 time going over all of this.
13    Q   Have you spoken with or communicated with any
14 of Mr. Barnett's doctors?
15    A   I have not.
16    Q   Have you talked with, met with, spoke with any
17 of Mr. Barnett's other expert witnesses in this case?
18    A   Could you tell me who you mean?
19    Q   Have you ever spoken with Dr. Popma?
20    A   I have.
21    Q   When did you speak with Dr. Popma?
22    A   Multiple occasions.
23    Q   About this case?
24    A   Yes.
25    Q   Tell me about your discussions with Dr. Popma

Page 27

1 about the Barnett case. When they occurred or
2 specifically?
3    A   I cannot tell you specifically when they
4 occurred because I have talked to him on multiple
5 occasions.
6      We talked about what the original cath showed.
7 We discussed my evaluation of Mr. Barnett. We discussed
8 the issues of the thrombus in the cath films. Those are
9 basically the sum and substance.
10    Q   Why did you speak with Dr. Popma about the
11 issues that you've described?
12    A   Dr. Popma is an interventional cardiologist.
13 Again, relating back to what I told you earlier, he is
14 board certified in that area, and is certainly an expert
15 as a board certified interventional cardiologist.
16      I consider myself an expert in the sense that I
17 am a general cardiologist, as well as an
18 electrophysiologist, look at cath films and read them,
19 interpret them myself, but he has further expertise
20 board certification. And I discussed that
21 interpretation with him.
22    Q   Have you formed any opinions, Dr. Zipes, about
23 what Mr. Barnett's cardiac catheterization showed
24 whether there was a thrombus or not prior to talking to
25 Dr. Popma?

Page 28

1    A   Absolutely.
2    Q   So did you call Dr. Popma to confirm that your
3 interpretation of the cardiac catheterization was
4 accurate?
5    A   Essentially, that was true, yes.
6    Q   Did you and Dr. Popma discuss the content of
7 your respective reports?
8    A   No. I have not seen Dr. Popma's report.
9    Q   Have you shown any drafts of your reports to
10 Dr. Popma?
11    A   I personally have not.
12    Q   Do you know whether or not Mr. Barnett's
13 lawyers showed any drafts of your expert report to
14 Dr. Popma?
15    A   I have no idea.
16    Q   How many different occasions have you spoken
17 with Dr. Popma about the Barnett case, sir?
18    A   Two to four times, maybe.
19    Q   When was the most recent time?
20    A   It's at least several weeks ago.
21    Q   Have you spoken to Mr. Popma after you
22 generated your expert report, sir?
23    A   I don't think so.
24    Q   Was it your idea to contact Dr. Popma or was it
25 Mr. Barnett's lawyers?

Page 29

1    A   It was my idea. Dr. Popma is an expert who
2 writes several of the chapters of my -- of the textbook
3 that I am the editor and chief of on interventional
4 cardiology.
5      And certainly, he was someone who I would
6 rely -- I should not say "rely," because as I told you,
7 I made my own opinions, but someone who could certainly
8 confirm what my conclusions were.
9    Q   Do you intend to come into court and tell the
10 jury at trial what Dr. Popma had to say about
11 Mr. Barnett's cardiac catheterization that was done in
12 September of 2002?
13      MR. ROBINSON: You mean if I ask him that?
14      MR. GOLDMAN: No.
15    Q   I am asking: Do you plan on telling the jury
16 that?
17    A   I do not see the need to do that unless I am
18 asked specifically because, as I told you, I have made
19 my interpretation.
20    Q   Have you had any conversations with
21 Dr. Farquhar about this case?
22    A   Just very briefly two days ago and in the
23 context that the phone call is vague in my mind even
24 though it was two days ago and he just -- we broadly
25 talked about a couple of things.

Page 30

1    I do remember that he was very complimentary on
2  my report. And frankly, that is about all I remember of
3  the conversation.
4    Q   Why did you call Dr. Farquhar two days ago?
5    A   I don't remember specifically. I think counsel
6  talked with them and I happened to be in the room and it
7  was -- it wasn't much more than, hello, how are you. I
8  have never met him personally.
9    Q   You are not relying on any of the work that
10  Dr. Farquhar has done in this case to form your
11  opinions, sir?
12    A   No.
13    Q   Have you ever met or spoken with Dr. Kronmal?
14    A   I have never met or spoken with Dr. Kronmal.
15  That is correct.
16    Q   Have you ever met or spoken with Dr. Aborne
17  about Vioxx or this particular case?
18    A   I have not.
19    Q   Have you ever met or spoken with Dr. Moye?
20    A   I have not.
21    Q   How about Dr. Pechmann or Dr. Capin, have you
22  met or spoken with them?
23    A   I don't even know them.
24    Q   Have you ever had an in-person meeting with
25  Dr. Popma about the Barnett case or were all of these

Page 31

1  discussions over the phone?
2    A   About the Barnett case, the discussions were
3  over the phone.
4    Q   Have you ever had any in-person meeting with
5  Dr. Popma about the Vioxx litigation at all?
6    A   I have.
7    Q   When did you meet with Dr. Popma about the
8  Vioxx litigation?
9    A   I first met with Dr. Popma -- I believe, it was
10  July of '05.
11    Q   Why did you meet with Dr. Popma in July, 2005?
12    A   To discuss the issues relating to Vioxx and its
13  potential role in producing cardiovascular adverse
14  effects.
15    Q   Where was that meeting?
16    A   Boston.
17    Q   Who attended?
18    A   There were six cardiologists: Jeff Popma;
19  Martin LaWinter, who is chief of cardiology at the
20  University of Vermont. Popma is head of interventional
21  cardiology at the Brigham at Boston. Barry Marin, he is
22  a cardiologist at the Minnesota Heart Institute. Wilson
23  Kalouchi, he is chief of cardiology at Boston University
24  and Paul Ruker, he is an epidemiologist from the Brigham
25  and Mark Haigney, he is the chief of cardiology at the

Page 32

1  Uniform Services University.
2    Q   Did anyone attend this meeting with you on July
3  of 2005 other than the individuals you just mentioned?
4    A   Yes. We met alone for the first day and I
5  think briefly late that afternoon or briefly the
6  following morning, John Thornton was there as well.
7    Q   Why did you meet in July of 2005 with those
8  cardiologists and then Mr. Thornton?
9    A   I met with those cardiologists, who are all
10  highly respected individuals, to discuss the issues
11  relating to Vioxx and the role that it may play in
12  creating cardio vascular adverse events.
13    Mr. Thornton supplied us with a great deal of
14  literature to look at. We did our own literature
15  searches as well.
16    I asked these people, all of whom are experts
17  and friends, to look at these data and come to their own
18  independent conclusions about the role of Vioxx. And
19  then I wanted to meet with them to discuss what our
20  views were arrived at independently, but to talk about
21  it. And that is what we did.
22    Q   Was it your idea or Mr. Thornton's idea to set
23  up this meeting with the cardiologists that you have
24  identified in July of 2005?
25    A   It was my idea.

Page 33

1    Q   Were you the person who identified the
2  individuals who you wanted to attend the meeting?
3    A   That is correct.
4    Q   Have you formed any opinions prior to meeting
5  with these cardiologists about whether Vioxx carries a
6  increased risk of cardiovascular events?
7    A   I did.
8    Q   What was your opinion as of July of 2005?
9    A   That it did.
10    Q   When did you form your opinion that Vioxx has
11  an increased risk of cardiovascular events?
12    A   After spending many hours reading all of the
13  literature in preparation for that first meeting.
14    Q   Did you take any notes of the meeting that
15  occurred with those cardiologists in July of 2005?
16    A   I don't think I did in 2005, but we had a
17  second meeting. I remember the precise date because it
18  was my birthday, February 27, 2006. And there are some
19  notes from that, a copy of which you have.
20    Q   Did the same cardiologists attend the second
21  meeting on February 27, 2006?
22    A   I think Mark Haigney was tied up for that
23  meeting and could not attend, but the others did.
24    Q   Was Mr. Thornton also at that meeting in
25  February of 2006?

Page 34

1  A  Mr. Thornton was there, yes.
2  Q  I don't think I asked you about the second day
3  of your meeting back in July of 2005. What happened on
4  the second day?
5  A  It is vague in my mind. I am not certain that
6  there was a second day meeting. Either -- as a matter
7  of fact, I don't think there was because we had a late
8  dinner that night. And I think I left the next morning.
9     And I think Mr. Thornton briefly put his --
10  came in at the end of the first day. I do want to
11  emphasize, however, that this day-long meeting was to
12  simply discuss the science involved.
13  Q  Um-hmm.
14  A  We had no knowledge of any patients. This was
15  simply to -- for each of us to form an independent
16  conclusion. So I came with my conclusion and I wanted
17  to hear what the others said.
18     At the end of the day, there was complete
19  unanimity among the group. That all of us reviewing all
20  of the data, both the science and the biologic
21  plausibility, providing the mechanistic foundation for
22  Vioxx's effects, as well as the clinical studies, we
23  were firmly convinced that Vioxx indeed does cause an
24  increase in cardiovascular adverse events.
25  Q  Did you and the other cardiologists July of

Page 35

1  2005 and February of 2006 talk about other COX-2
2  inhibitors or just Vioxx?
3  A  We may have talked briefly about Celebrex, but
4  it was specifically focused on Vioxx.
5  Q  Did you form an opinion about the
6  cardiovascular risks associated with Celebrex?
7  A  I don't believe so.
8  Q  You don't believe you formed an opinion?
9  A  Well, we formed an opinion that in the sense
10  that we know it is a COX-2 inhibitor and that it has
11  less specific COX-2 inhibitory effects than does Vioxx.
12  But we did not discuss the trials in depth and so,
13  basically, the meeting was focused on Vioxx.
14  Q  What were the unanimous views on the
15  mechanistic effects of Vioxx concerning the potential
16  increase of cardiovascular risk?
17     And if you could state those generally, that
18  would be great.
19  A  It is hard to state it generally because the
20  issue -- the mechanistic issues are quite complex, but
21  the very broad issue is a decrease in prostacyclin and
22  PGE-2 and leaving thromboxane A2 unopposed.
23     That is the overall general effect, but as
24  Fitzgerald and others point out, it is much more complex
25  than that.

Page 36

1     And indeed it is because it has to do with
2  chemo-attractant affects. It has to do with LDL
3  oxidation. It has to do with the development of
4  hypertension.
5     I'm sure we will get into that, but a plethora
6  of mechanistic events that happen.
7  Q  Are you planning on -- withdrawn.
8     Do you rely on the discussion that you had with
9  those various individuals you've mentioned before in
10  July of 2005 and in February of 2006 for your opinions,
11  sir?
12  A  No. As I said, I formed my opinion prior to
13  meeting with them. They simply reaffirmed my opinion by
14  coming to the same independent conclusions.
15     MR. ROBINSON: I may ask him about that at
16  trial. I just want you to know that.
17     MR. GOLDMAN: A lot of depositions I will be
18  taking.
19     MR. ROBINSON: Maybe I will talk about it.
20  BY MR. GOLDMAN:
21  Q  Were there any other meetings you had with
22  cardiologists about the potential cardiovascular risks
23  associated with Vioxx other than the two that you have
24  identified, July of 2005 and February of 2006?
25  A  I met with Mark Haigney. He was here two days

Page 37

1  ago and we talked. He left around noon. And he was
2  also in Indianapolis on another occasion and we
3  discussed these issues.
4  Q  Mr. -- Dr. -- is it Dr. McHenry?
5  A  Dr. Haigney. H-A-I-G-N-E-Y, doctor.
6  Q  Who else was at your meeting two days ago
7  before your deposition besides Dr. Haigney and
8  Mr. Robinson and Mr. Thornton?
9  A  Mr. Thornton, Mr. Skikos.
10  Q  Have you told me about all of the meetings that
11  you have with cardiologists about the potential
12  cardiovascular risks associated with Vioxx?
13     MR. ROBINSON: Other members of the ACC.
14  BY MR. GOLDMAN:
15  Q  I am talking about since you have been retained
16  as a plaintiffs' expert.
17     MR. ROBINSON: Okay.
18     THE WITNESS: Those constitute the meetings, to
19  the best of my recollection. However, I have had
20  numerous discussions with numerous people whose names I
21  could not cite for you in terms of the role of Vioxx in
22  this area.
23  BY MR. GOLDMAN:
24  Q  Okay. Let me hand you, sir, what I will mark
25  as Exhibit 3. I just want to confirm that Exhibit 3 is

Douglas P. Zipes, M.D.

Page 38

1  a complete and accurate version of your CV?
2      (Defendant's Exhibit No. 3 was marked
3      for identification by the court
4      reporter.)
5      THE WITNESS:  Yes.
6  BY MR. GOLDMAN:
7      Q   Can you describe, sir, your typical day as an
8  electrophysiologist.  What do you do?  How much time do
9  you spend with patients?  That kind of thing.
10     MR. ROBINSON:  I am going to object.  Lack of
11  foundation.  Electrophysiologist.
12  BY MR. GOLDMAN:
13     Q   Let me back up then.  Are you board certified
14  in electrophysiology?
15     A   I am and I was until '05.  I let it lapse on
16  purpose.
17     Q   Why?
18     A   Because I no longer implant devices or do
19  invasive electrophysiologic studies for a number of
20  years.
21     I wrote the examination that individuals had to
22  pass to become board certified in electrophysiology and
23  I frankly didn't feel like taking that examination.
24     Q   That you wrote?
25     A   That I wrote.

Page 39

1      Q   You probably would pass it?
2      A   Well, I didn't take it.  So we won't know.
3      Q   Is electrophysiology generally the study of
4  rhythm disturbances?
5      A   It is in general.  I do want to emphasize,
6  however, that I am board certified in internal medicine
7  and cardiology.  So I am a cardiologist, who specializes
8  in electrophysiology.
9      Q   What percentage of your time, Dr. Zipes, is
10  actually spent with patients?
11     A   I, actually, see patients personally a half day
12  a week.  That is, roughly, four to eight patients a
13  week, who I personally see, lay hands on, and so on.
14     However, I deal with patient issues all day
15  long.  Virtually, every day in conferences or as
16  individuals present patients to me:  What do I think
17  about this?  Should we put a defibrillator in that
18  patient?  Does this patient have acute myocardial
19  infarction?
20     Q   Have you ever been consulted in the last year
21  on your interpretation of a cardiac catheterization
22  film?
23     A   When you say "consulted," you must remember
24  that the primary interpretation of any catheterization
25  is done by the interventional cardiologist, who performs

Page 40

1  the catheterization.
2      Have I personally looked at catheterization
3  films on patients, absolutely.  Multiple occasions.  And
4  I make my own interpretations, of course.
5      But people like Popma are the interventional
6  experts and they are the ones who do the cath, do the
7  interventions, et cetera.
8      Q   Are interventional cardiologists the type of
9  doctors who decide what type of percutaneous coronary
10  intervention should be done?
11     A   In general, yes, but they often do it in
12  consult with the primary cardiologists, who is
13  responsible for that patient.
14     So, for example, if I sent a patient to my
15  interventional cardiologist and they do the cath, I may
16  look at the films and we may decide together that this
17  lesion should be stinted or whatever.
18     Q   Dr. Zipes, do you consider yourself to be an
19  expert in pharmacology?
20     A   I am in the sense that -- first of all, I am a
21  professor emeritus in pharmacology and toxicology.
22     As you can see from my CV, I work with drugs,
23  have through my entire career.  I have numerous
24  publications on drugs and the pharmacology of drugs.
25  So, in that sense, yes, I am an expert in that area.

Page 41

1      Q   Are you an expert in gastroenterology?
2      A   I am not.
3      Q   Are you an expert in epidemiology?
4      A   I have expertise in the sense that I look at
5  epidemiological studies.  I draw conclusions about them.
6      I have been personally involved with a number
7  of multicentre trials and deal with the epidemiology
8  associated with those trials.
9      Q   Do you hold yourself out as an expert in
10  epidemiology?
11     A   I don't have a degree in epidemiology.
12     Q   So that is a "no"?
13     A   It is a no, but I have expertise in
14  epidemiology.
15     Q   Do you hold yourself out as an expert in
16  biostatistics?
17     A   I don't, but I have a knowledge of
18  biostatistics as it relates to epidemiology, as it
19  relates to statistical validation of many of the studies
20  that I have published.  That is part and parcel of all
21  of the work that I do.
22     Q   Do you consider yourself an expert in FDA
23  regulations?
24     A   I dealt with the FDA on numerous occasions.
25  Again, I have expertise in that area.  I have presented

11 (Pages 38 to 41)

Douglas P. Zipes, M.D.

1 to the FDA on numerous occasions.
2    They have asked me to join their panel on
3 numerous occasions, which I have not done. So, in that
4 sense, yes, I have helped write drug labeling on several
5 occasions. So I do have knowledge of FDA concepts,
6 proceedings, and so forth.
7    Q   You are not expressing an opinion in your
8 report, sir, about drug labeling; right?
9    A   It depends upon what you -- oh, was it in the
10 report?
11    Q   No.
12    A   It is not in the report, but if you ask me
13 questions about it, I plan to give you opinions.
14    Q   I see that you have written quite a bit over
15 the years, sir. Is it true that about 95 percent of
16 your publications have involved heart rhythm issues?
17    A   Frankly, I don't know if it is 95 percent or 85
18 percent or what.
19    Q   Is it fair to say that a vast majority of your
20 publications deal with heart rhythm?
21    A   The vast majority does. Heart rhythm issues,
22 the pharmacology and so on, but, again, emphasizing on
23 the fact that heart rhythm problems occur in patients
24 with coronary disease and a variety of other coronary
25 vascular problems.

1    So I am an expert in that area, but deal with
2 general cardiological issues as well.
3    Q   All I was asking about is whether or not the
4 vast majority of your publications involve heart rhythm
5 issues and that is true; right?
6    A   That's true.
7    Q   Have you published any articles on NSAIDs?
8    A   I would have to look through my CV. Nothing
9 comes to mind immediately, but there are 750 articles
10 over 40 years and I can't remember each one.
11    Q   Do you remember ever publishing any articles on
12 COX-2 inhibitors?
13    A   Not specifically COX-2 inhibitors, but I have
14 published articles on prostacyclin.
15    Q   What article did you publish on prostacyclin?
16 Do you remember? We will look at your CV, but do you
17 remember off the top of your head?
18    A   It is in my report.
19    Q   Have you ever published any articles saying
20 whether COX-2 inhibitors or NSAIDs cause plaque
21 formation?
22    A   I have not.
23    Q   Have you ever written any articles that COX-2
24 inhibitors cause plaque progression or the acceleration
25 of atherosclerosis?

1    A   No.
2    Q   Have you written any articles on whether COX-2
3 inhibitors or NSAIDs cause plaque rupture?
4    A   I have not.
5    MR. ROBINSON:  What page are you on?
6 BY MR. GOLDMAN:
7    Q   Have you written, sir, on whether or not COX-2
8 inhibitors or NSAIDs cause an imbalance in vascular
9 prostacyclin and thromboxane?
10    A   I have not.
11    Q   Have you ever prescribed Vioxx for any of your
12 patients, sir?
13    A   I have tried to answer that question in my own
14 mind and I can't cite a specific patient but that
15 doesn't mean that I didn't do it at such point prior to
16 forming my opinions about the harm of Vioxx.
17    Q   Have you prescribed other NSAIDs or COX-2
18 inhibitors to patients?
19    A   I have to give you the same answer.
20    Q   Is it true that traditional NSAIDs have caused
21 serious stomach problems in patients?
22    A   Yes.
23    Q   Are serious stomach problems from -- withdrawn.
24    Are serious stomach problems from traditional
25 NSAIDs a common and sometimes life-threatening

1 complication?
2    A   I don't know how common they are, but they do
3 happen and they can be life threatening on occasion.
4    Q   Would you consider the serious stomach problems
5 associated with traditional NSAIDs to be a major public
6 concern in the United States?
7    A   I think it is of concern.
8    Q   Do you agree that serious stomach complications
9 from traditional NSAIDs are a serious health problem in
10 the United States?
11    A   I think it is a health problem.
12    Q   Are you disagreeing whether it is a serious
13 health problem?
14    A   Serious is a very vague term. And if you want
15 to quantify serious, it is an important issue.
16    Q   Have you ever diagnosed a patient, sir, with a
17 heart attack and said that the cause of that heart
18 attack was Vioxx?
19    A   Not to my knowledge, with the exception of
20 Mr. Barnett.
21    Q   Other than with Mr. Barnett, have you ever
22 diagnosed a patient with a heart attack that you
23 believed was caused by Vioxx?
24    A   Not to my knowledge.
25    Q   Can you tell me when you were first contacted

12 (Pages 42 to 45)



Douglas P. Zipes, M.D.

Page 46

1  to be an expert in this case by the plaintiffs?
2      A   About Mr. Barnett?
3      Q   In Vioxx in general.
4          When were you first contacted to be an expert
5  in the Vioxx litigation, sir?
6      A   I was, actually, first contacted by a James
7  Frasier of Fenable, I guess, law firm --
8      Q   Um-hmm.
9      A   -- in April of '05 to be a Merck defense
10 expert.
11     Q   You were willing to be a Merck defense expert?
12     A   I was willing to look at the information.  Let
13 me -- this brings up a very valid point.
14         That all of my decision making is independent
15 and based on my assessment of a case, and that is the
16 only way I will agree to work with any lawyer.
17         And I told Mr. Frasier that I would be happy to
18 look at information.  He then asked what I charged and I
19 told him.  And he got back to me about a week later and
20 said, you are too expensive and we can't afford you.
21         Subsequent to that, I was contacted by Andrews
22 and Thornton and asked whether I would consider being a
23 defense expert.
24         MR. ROBINSON:  Plaintiff's.
25         MR. GOLDMAN:  Plaintiff's.

Page 47

1          THE WITNESS:  Excuse me.  Excuse me.
2  Plaintiff's expert and I gave them the same answer.  I
3  would be happy to consider it, look at the literature,
4  and form my own opinion.  Obviously, subsequently, I did
5  form my own opinion and agreed to become involved.
6          In April of '06, I received another phone call
7  from Mr. Frasier that was left on my answering machine.
8  I was out of town.  Please call him.
9          Obviously, I was very much involved as a
10 defense -- as a plaintiff's expert and I did not return
11 his call.
12         A month later, I got another phone call from
13 Mr. Frasier, and I did answer that call.  And he said
14 that, Dr. Zipes, remember, we talked about a year ago
15 and I asked you, would you be interested in being a
16 defense expert and I told you that you were too
17 expensive, I want to tell you that I had just joined a
18 law firm at that point and I've subsequently come to
19 realize that you are not too expensive and would you
20 consider being a defense expert for us now?
21     Q   Um-hmm.
22     A   So this was just a month ago, basically, and I
23 told him that I was already committed.  I didn't say to
24 what or whom.
25         And he said, I am terribly sorry.  I guess, I

Page 48

1  came back too late or words to that effect.
2      Q   Do you have any reason to think that
3  Mr. Frasier knew that you had been retained by the
4  plaintiffs in the Vioxx litigation when he called you in
5  April or May of 2006?
6      A   I doubt that he would have.
7      Q   Had you ever worked before this case with
8  Andrews and Thornton or any other plaintiff's attorney
9  who represents -- an attorney who represents plaintiffs
10 in the Vioxx litigation?
11         MR. ROBINSON:  You mean in another type of
12 case?
13         MR. GOLDMAN:  Yes.
14         THE WITNESS:  Excuse me.  Please restate that.
15 BY MR. GOLDMAN:
16     Q   Have you ever worked with Andrew and Thornton
17 or another plaintiff's attorney in the Vioxx litigation
18 prior to you being retained as an expert in the Vioxx
19 litigation?
20     A   Not that I remember.
21         MR. ROBINSON:  So you understand, he is saying
22 just for the Vioxx litigation.  Okay?
23         THE WITNESS:  Right.
24         MR. ROBINSON:  Not other kinds of cases.
25         MR. GOLDMAN:  No.

Page 49

1      Q   I am asking in any kind of product liability
2  case, have you ever done any work for any of the
3  attorneys who are now plaintiff's attorneys in the Vioxx
4  litigation.
5      A   Oh, that is not how I interpreted your
6  question.  I'm sorry.
7      Q   I'm sorry.  I was not clear.
8      A   Yes.  I have worked with Andrews and Thornton
9  on ephedra litigation also as a plaintiff's expert.  I
10 have been a defense expert with several other law firms
11 for other pharmaceutical companies.
12     Q   Other than your work with Andrews and Thornton
13 on the ephedra litigation, do you know if you've worked
14 with any of the other plaintiff's lawyers, who are now
15 lawyers in the Vioxx litigation?
16     A   I'm sorry.  I don't really know who all of the
17 players are.
18         MR. ROBINSON:  Steve Skikos, I think, is also
19 involved in ephedra -- or not.
20 BY MR. GOLDMAN:
21     Q   Other than your work in the ephedra litigation,
22 have you ever worked with the plaintiffs' lawyers that
23 you are aware of that are lawyers in the Vioxx
24 litigation?
25     A   No.

13 (Pages 46 to 49)

Douglas P. Zipes, M.D.

Page 50

1     Q   Back when Vioxx was on the market, Dr. Zipes,
2 had you formed an opinion on whether Vioxx caused heart
3 attacks?
4     A   Yes, in the sense that when I saw VIGOR, I was,
5 obviously, very concerned. And when the APPROVe trial
6 was published and Vioxx was taken off the market, I
7 became even more concerned.
8     Certainly, my knowledge about Vioxx's
9 mechanisms and its actions and so on, has incremented
10 very dramatically over the past year, which has
11 reaffirmed my concerns.
12     Q   Did you have the opinions, sir, back when Vioxx
13 was on the market that Merck had failed to adequately
14 inform physicians about the risks associated with Vioxx?
15     A   I really don't remember what I was thinking at
16 that point.
17     Q   That's fair.
18     When Merck reported the results of the APPROVe
19 study in September of 2004, did you believe that Merck's
20 position with respect to the 18-month hypothesis, if you
21 will, was reasonable?
22     A   I probably did in that this is an article
23 published in The New England Journal of Medicine. I
24 know the peer-review process there. I review for The
25 New England Journal. I published in The New England

Page 51

1 Journal and I assumed that something that had been
2 vented by those reviewers was probably true.
3     Since then, there is no way that I believe that
4 18-month concept.
5     Q   And we will talk about that later.
6     A   I'm sure we will.
7     Q   Let me hand you, sir -- just to make sure that
8 we got the right report, I am going to hand you Exhibit
9 4 and 5.
10     (Defendant's Exhibits 4 and 5 were
11     marked for identification by the
12     court reporter.)
13 BY MR. GOLDMAN:
14     Q   Can you just verify that these are the expert
15 reports that you filed in the Barnett case?
16     MR. ROBINSON: Here is the problem. We are
17 taking your word this is the one.
18 BY MR. GOLDMAN:
19     Q   I don't need for you to review every detail. I
20 just want to know if those look like the reports that
21 you have filed in this case.
22     A   They do.
23     Q   When did you start drafting your report, sir?
24     MR. ROBINSON: Look at your bill. It is on
25 your bill.

Page 52

1     THE WITNESS: I began drafting the report, the
2 actual writing of the report April 25. However --
3 BY MR. GOLDMAN:
4     Q   Of 2006?
5     A   Of 2006. However, much of the thought process
6 antedated that by reviewing medical literature and so
7 on.
8     Q   Do you know when you finished drafting your
9 report?
10     MR. ROBINSON: Go to the next page.
11     THE WITNESS: The morning of May 22nd. It was
12 due that day.
13 BY MR. GOLDMAN:
14     Q   Did any of the plaintiffs' lawyers assist in
15 any way, provided any suggestions to the content of your
16 reports, Dr. Zipes?
17     A   They basically provided literature, figures.
18 That kind of input. I also asked them to review the
19 accuracy of some of my statements.
20     For example, how many blood pressure
21 determinations did Mr. Barnett have and so on. Those
22 kinds of things.
23     Q   Did you ever have any meetings with the
24 plaintiffs' lawyers once you drafted your report to
25 discuss what should be changed?

Page 53

1     A   We talked about issues that related to the
2 report. These were all done as a suggestion to me. Did
3 I think this or that?
4     I want to emphasize the report is totally mine
5 and I could agree or disagree with the suggestions by
6 counsel, but I made the final decision. This is my
7 report.
8     Q   Do you agree, sir, that the references that you
9 actually cite in your report, are the materials that you
10 are relying on to support your opinion?
11     A   Those are only some of the materials.
12     Q   But those opinions that you do cite in your
13 report, you are relying on to support your opinion;
14 true?
15     MR. ROBINSON: Objection. Vague and ambiguous.
16     THE WITNESS: Please restate that.
17 BY MR. GOLDMAN:
18     Q   Is it fair to say that the articles that you
19 cite in your report are articles that you are relying on
20 to support your opinion?
21     A   Yes. But as I said, there were many additional
22 articles.
23     Q   Right. I am not trying to limit you. I just
24 want to establish that -- I think we have done that.
25     A   Yes.

14 (Pages 50 to 53)

Douglas P. Zipes, M.D.

Page 54

1    Q   Do you agree that the references that you cite
2  in your report are all scientifically reliable?
3    A   Yes.
4      MR. ROBINSON:  There must be something good in
5  there for the defense.
6  BY MR. GOLDMAN:
7    Q   Do the materials in your report, sir, represent
8  the totality of the evidence on the question of whether
9  Vioxx causes heart attacks?
10   A   Say that again.
11   Q   Are the materials that you cite in your report
12 representative of the totality of the evidence?
13   A   No.
14   Q   Let me hand you now what I will mark as
15 Exhibit 6.
16     (Defendant's Exhibit 6 was marked
17     for identification by the court
18     reporter.)
19 BY MR. GOLDMAN:
20   Q   And, Dr. Zipes, I am going to go through this
21 fairly quickly because it is just a list of materials
22 that have been reviewed.
23   A   Okay.
24   Q   I have handed you what we Bates stamped as
25 Zipes 1, at the bottom, to Zipes 52, the last page, and

Page 55

1  does this appear, just flipping through it, to be the
2  materials that you have reviewed in this case?
3    A   Yes.
4    Q   Let me just ask you a few questions about a
5  couple of these.
6      On the first page it says, Report of Douglas
7  Zipes Bibliography, am I right that the first four pages
8  there reflect the documents that you actually cite in
9  your report?
10   A   That is correct.
11   Q   If you turn to Zipes 5, are these additional
12 articles that you cite in your report?
13   A   They are in the body of the text.
14   Q   Could you turn with me to Zipe 9, please.
15     What are these documents?  It says,
16 "Supplemental Documents I"?
17   A   These are simply additional areas that I have
18 read or additional things that I have read.
19   Q   Have you read all of the materials here in
20 Supplemental Documents I?
21   A   I have read them.  I will not represent to you
22 that I have read from Page 1 to the end of each one, nor
23 will I say that about the copious other documents, but
24 yes, I have looked at all of them.
25   Q   Do you see where it says at the bottom there,

Page 56

1  "Merck Manuel Sixteenth Edition and Seventeen Edition"?
2      Are you relying on those to support your
3  opinion?
4    A   No -- well, that's too quick.  Merck -- the
5  sixteenth edition, as I remember, and I probably should
6  ask to see the copy before making comments, but I
7  remember it detailed the potential COX-2 inhibition
8  reduction of prostacyclin without effecting thromboxane
9  A2; which I don't think was in the seventeenth edition.
10 But before you hold me to that, I, once again, want to
11 look at both of them.
12     (Discussion held off the record.)
13 BY MR. GOLDMAN:
14   Q   What are you showing him?  What are you doing?
15     MR. ROBINSON:  I am showing him -- I am asking
16 him what he means.  Which one.
17     THE WITNESS:  My problem is I don't remember --
18 BY MR. GOLDMAN:
19   Q   I understand that you are not sure what it
20 says.
21   A   Right.
22     MR. ROBINSON:  I don't think we are going to
23 ask questions about that.
24     MR. GOLDMAN:  I just want to make sure that you
25 are not going to be asking questions about the Merck

Page 57

1  manuals; right, Mark?
2      MR. ROBINSON:  Right.
3      MR. GOLDMAN:  The answer is no?
4      MR. ROBINSON:  I am not going to get into the
5  Merck manuals with Dr. Zipes.
6  BY MR. GOLDMAN:
7    Q   There is a page Zipes 19, sir, that has a table
8  and it starts with "Farquhar Documents"?
9    A   Yes.
10   Q   Do you see that?
11   A   Yes.
12   Q   Did you read all of these?
13   A   I went through a number of them.  I will not
14 present to you that I read every one of them.
15   Q   Page 36 is a document that says, "Table of
16 Contents, Volume I," and then there is a couple of other
17 volumes.  What is this?
18   A   These are the clinical trials in volumes that
19 were sent to me to look at.
20   Q   Do you know whether you have reviewed all of
21 these materials?
22   A   Once again, I reviewed the majority of them.
23 These specifically -- virtually all of these, yes.
24   Q   Do you believe that the materials here that are
25 cited in the Volume I and II, are all scientifically

15 (Pages 54 to 57)

Page 58

1   reliable, valid studies?
2       A   Oh, that's too broad a question because, for
3   example, part of these citations include the Konstam
4   article with which I disagreed. The Reicin article with
5   which I disagreed.
6           So, I guess, my answer to your question is, no,
7   I don't agree with all of them.
8       Q   Whether you disagreed with the conclusions in
9   the Konstam and Reicin articles, does that mean, sir,
10  that the articles themselves are scientifically invalid?
11      A   I think the articles have problems associated
12  with them in terms of how the meta-analyses were done
13  that invalidate the conclusions.
14      Q   Can you be more specific about what problems
15  you think existed in the methods that Dr. Konstam and
16  Dr. Reicin used?
17      A   Yeah. To do that, I would need to turn to Juni
18  because Juni very accurately and adequately lists the
19  problems associated with, for example, the Konstam
20  meta-analysis.
21          And that may be discussed in my report. I
22  would have to look to see. I don't think it is. I'm
23  not sure, but I don't think so. But if you want me to
24  take a minute to look at that --
25      Q   Whatever you said in there, sir, I understand

Page 59

1   those are your views.
2       A   It is important to -- unless you wanted to
3   withdraw the question.
4       Q   No, I don't.
5       A   If you look at Page 30 of my report under
6   Paragraph D, for example, Juni goes through possible
7   explanations for the discrepancy in the report, the
8   results between his meta-analysis, and those provided by
9   Merck.
10          And I have been through all of those and that
11  is why I cited them. And so those would be reasons why
12  I would disagree with Konstam and Reicin.
13      Q   So as I understand your testimony, Dr. Zipes,
14  the reason that you think Dr. Reicin's and Dr. Konstam's
15  analysis in their studies are invalid are based on what
16  is in Dr. Juni's report?
17          I'm sorry. He does not have a report. Let me
18  ask the question again.
19          Am I right, Dr. Zipes, that is the reason that
20  you think Dr. Reicin's and Dr. Konstam's analysis are
21  invalid is based on what is in the Juni article that you
22  relied on?
23          MR. ROBINSON: Objection.
24          THE WITNESS: I agree with the conclusions that
25  Juni has made as they apply to those articles.

Page 60

1           BY MR. GOLDMAN:
2       Q   Can you turn now to Zipes 45, please, in
3   Exhibit 6?
4       A   Yes.
5       Q   What are these documents?
6       A   These are other documents provided to me.
7       Q   Did you review all of these or is it the same
8   deal that you might have reviewed some?
9       A   It would have been the same deal. I reviewed
10  some of them more thoroughly than others.
11      Q   And Zipes 46, there are several pages of
12  miscellaneous documents.
13          Are these also documents plaintiffs' attorneys
14  sent you, some of which you reviewed and some of which
15  you didn't?
16      A   Yes.
17      Q   Go to Zipes 49. Are these the depositions that
18  you've reviewed in this case, sir?
19      A   That's correct.
20      Q   Have you reviewed any other depositions other
21  than what is on this list?
22      A   I don't think so.
23      Q   Have you reviewed these depositions in their
24  entirety?
25      A   Yes. With the exception of Bryan, I did not

Page 61

1   get that until very recently. And basically, skimmed
2   it.
3       Q   Do you know what particular deposition that you
4   read of Dr. Curfman? Did you read one or more than one?
5       A   I read two, I believe, of Dr. Curfman.
6       Q   Are you relying on --
7       A   And I only read one of Dr. Scolnick's.
8           MR. GOLDMAN: Mark, can you just tell me which
9   one that is later on?
10          MR. ROBINSON: I don't know. He has notes
11  here. Maybe that will tell you.
12          BY MR. GOLDMAN:
13      Q   You took notes based on what you read in the
14  deposition?
15      A   Yes.
16      Q   And that is part of Exhibit 2?
17      A   Right.
18      Q   Are you relying, sir, on the deposition
19  testimony of Dr. Curfman to support your opinions?
20      A   I am not relying -- well, it depends on what
21  you ask me. The science, I have come to my own
22  independent conclusions, obviously.
23          In terms of what Merck -- how Merck interacted
24  with The New England Journal, what they showed them or
25  what they didn't show them, I have no other way of

16 (Pages 58 to 61)

Page 62

1  gaining information. So if you ask me those questions,
2  then I have to rely on Curfman.
3     Q   How about Dr. Topol? Do you rely on
4  Dr. Topol's deposition to support your opinions?
5        Let's assume that I don't ask you about
6  Dr. Topol.
7        MR. ROBINSON: Let's assume that I ask him
8  about Dr. Topol.
9  BY MR. GOLDMAN:
10    Q   Let me ask the question again, Dr. Zipes.
11    A   The answer would be the same in that I have
12  come to my own independent conclusions and Eric --
13  Dr. Topol, basically, had similar conclusions.
14    Q   The next page is Zipes 50. These list Expert
15  Reports.
16       Are these the expert reports that you have
17  reviewed in this case, sir?
18       MR. ROBINSON: Well, I told you this morning,
19  we have given him in the last couple of days your expert
20  reports. I don't think they are on that list.
21       I don't think they are on that list; are they?
22       MR. GOLDMAN: No, they are not.
23    Q   In addition to what is on this list here, Zipes
24  50, you have reviewed the expert report of Dr. Farquhar?
25    A   Yes. Farquhar is on here.

Page 63

1     Q   In addition to what is on your list of expert
2  depositions here, you have reviewed the expert report of
3  Dr. Flavahan?
4     A   I did.
5     Q   Have you reviewed expert reports of any other
6  Merck experts in this case?
7        MR. ROBINSON: He has notes on all of them.
8  BY MR. GOLDMAN:
9     Q   Like, Dr. DeBauche?
10    A   Oh, yeah. That's right they are experts.
11  Yeah, your two cardiologists: Roach and DeBauche.
12    Q   Right.
13    A   I read both of theirs.
14    Q   Okay.
15       MR. ROBINSON: And he read Kim.
16       THE WITNESS: And Kim as well.
17  BY MR. GOLDMAN:
18    Q   And you have read all of the expert reports
19  listed on Zipes 50?
20    A   That's correct.
21    Q   Okay. Put that aside, please.
22       MR. GOLDMAN: Let's take five minutes.
23       (Brief recess.)
24  BY MR. GOLDMAN:
25    Q   Dr. Zipes, who decided what materials would be

Page 64

1  sent to you to review? Is it that you requested the
2  documents or did the plaintiffs' lawyers decide what to
3  send you?
4     A   The plaintiffs' lawyers decided and I did my
5  independent search. And I basically came up with
6  duplicates of what they sent me.
7     Q   Have you reviewed all of the randomized
8  clinical trials for Vioxx?
9     A   I am sure I have not reviewed all of them. I
10  have reviewed a number of them and I think the major
11  ones.
12    Q   Can you think of the major clinical trials you
13  have reviewed?
14    A   Certainly. VIGOR: 090 or 085. ADVANTAGE:
15  078, 091, 126. APPROVe: 203.
16       MR. ROBINSON: You got to go slow. Wait.
17  Let's go back.
18       Did you get all of that?
19       THE REPORTER: Yes.
20       THE WITNESS: VIGOR: 090, 085. ADVANTAGE.
21  The Alzheimer's: 078, 091, 123 --
22       MR. ROBINSON: 126.
23       THE WITNESS: 126, excuse me. Thank you.
24       091, 078. APPROVe: 203, 010, 029, 112 --
25  those are the ones that I have my notes on. There may

Page 65

1  have been some others that I didn't take notes on.
2  BY MR. GOLDMAN:
3     Q   Are the notes that you took on the various
4  clinical trials that you just mentioned reflected in
5  Exhibit 2 on the first one, two, three, four, five
6  pages?
7     A   That, plus there is a separate one on
8  hypertension which you have also.
9     Q   That is part of Exhibit 2?
10    A   Yes. And it strikes me that there are more.
11       MR. ROBINSON: Well, you know what, I think he
12  has listed a lot of studies that are part of his report,
13  too. So I'm not sure if it is a game here to go over
14  the record.
15       MR. GOLDMAN: It is not a game.
16    Q   Dr. Zipes, my only question is are the notes
17  that you took on the various clinical trials reflected
18  in Exhibit 2, including the first five pages that start
19  with Merck Trials?
20    A   Are they all of them? No. I am seeing some
21  others here from other notes. There is Rheumatoid
22  Arthritis Supplemental Marketing Application and it
23  looks like those are 068, 096, 097, and 98/103.
24       VICTOR, ViP, that is part of 203.
25       Protocol 054, 010, 029, 045, 034.

17 (Pages 62 to 65)

Douglas P. Zipes, M.D.

Page 66

1      There is one that I don't have a title on that
2  says, "Comparison of Vioxx 25 milligrams versus Celebrex
3  200 milligrams in OA patients."
4      The observational studies: 112, --
5   Q   I am just asking about the clinical trials.
6   A   Okay.
7      MR. ROBINSON:  Did he mention 023?
8      THE WITNESS:  Yes, I did.  023.
9      Earlier, did we mention Barry Rayburn?  I read
10 that, too.
11 BY MR. GOLDMAN:
12  Q   Yes.
13  A   I'm sorry to take so much time, but there is so
14 much here.  I want to check one other source.
15     I'm sorry.  You are looking at me with an
16 agitated look.
17  Q   Oh, no, not at all.
18     MR. GOLDMAN:  Off the record.
19     (Discussion held off the record.)
20     MR. GOLDMAN:  We can go back on.
21     THE WITNESS:  Solomon.  I think that is
22 probably it.
23 BY MR. GOLDMAN:
24  Q   Are the pages -- the first five or so pages of
25 Exhibit 2, Dr. Zipes, that start Merck Trials --

Page 67

1   A   Yes.
2   Q   -- are those your notes on the number of events
3  that you identified in the various clinical trials, not
4  all of them, but at least those that you have listed on
5  Exhibit 5?
6   A   Yes.
7   Q   And does the first five pages of Exhibit 2
8  reflect your analysis of the relative risks in those
9  various studies?
10  A   Well, they are not my analysis.  I did not do
11 the relative risks.  They reflect the relative risks
12 that were stated in the studies.
13  Q   Did you review any of the clinical trials that
14 were reported for Celebrex?
15  A   Yes, but not in depth.  And I am not prepared
16 to talk about them.
17  Q   Based on your review of the clinical trials,
18 Dr. Zipes, would you agree that the only long-term
19 placebo randomized clinical trial that showed an
20 increased cardiovascular risk for Vioxx was APPROVe?
21     MR. ROBINSON:  I'm sorry.  Can you read that
22 back?
23     MR. GOLDMAN:  I will ask it again.
24  Q   Did you understand it?  I will ask it again if
25 you did not understand it.

Page 68

1   A   No, I don't.
2   Q   What long-term placebo controlled, randomized
3  clinical trials do you think showed an increased
4  cardiovascular risk for Vioxx other than APPROVe?
5   A   078 -- and it depends on what you say is
6  long-term.  Those are -- the APPROVe and 078 are the
7  only intention-to-treat trial that follow patients over
8  a long time period.
9      And as a matter of fact, you bring up a very
10 important issue.  That that is one of the problems of
11 the trials that Merck conducted is that the vast
12 majority were very short -- too short.
13  Q   Is it your testimony that Merck intentionally
14 conducted short trials to try to cover up a
15 cardiovascular risk associated with Vioxx?
16  A   I will tell you that Merck conducted very short
17 trials.
18  Q   But you are not saying that that was
19 intentional so that a cardiovascular risk was not
20 disclosed or discovered?
21  A   You are asking me to interpret what Merck's
22 thinking was and I cannot do that.
23  Q   You are not going to come to trial and state
24 what is Merck's state of mind or motivation; right?
25  A   I don't know.  It would depend on the questions

Page 69

1  that I am asked.
2   Q   Other than 078 and APPROVe, are there any other
3  long-term placebo controlled, randomized clinical trials
4  that you say show an increased cardiovascular risk for
5  Vioxx?
6   A   Define for me long-term.  If you are talking
7  three, four years, I would agree with you.
8   Q   How would you define it?
9   A   You're asking the question.  I mean, if you
10 want me to respond to what you are saying long-term, you
11 need to tell me what you mean by "long term."
12  Q   Trials that lasted longer than six months.
13  A   The other Alzheimer trials were -- let's see.
14 I don't remember about 091 and 126 the other Alzheimer
15 trial, how long they went, frankly.
16     They may have been longer than six months.  I
17 don't remember.
18  Q   Do you believe that the 091 and 126 trials
19 showed an increased cardiovascular risk associated with
20 Vioxx?
21  A   078 really was the important trial, I think,
22 that clearly showed an increase in relative risk.
23     When these trials were combined, however, then,
24 indeed, there is an increase in relative risk.
25     If you take myocardial infarct and sudden

18 (Pages 66 to 69)

Douglas P. Zipes, M.D.

Page 70

1 cardiac deaths, which is a valid endpoint, then the
2 relative risk is 1.89 of those three statistically
3 significant --
4     Q   We will talk more about the Alzheimer's trials.
5 I am trying to identify the universe of trials that show
6 an increase risk.
7         As I understand it then, 078 and APPROVe are
8 the two placebo controlled, randomized clinical trials
9 that you think show an increased risk of cardiovascular
10 risk of Vioxx?
11    A   I think that is true.
12    Q   Are you aware of any study that was done before
13 Mr. Barnett's heart attack in September of 2002, that
14 showed that Vioxx increased cardiovascular risks?
15    A   Yes, I think there are many.  VIGOR, I think
16 that was fairly clear.  I think 090 showed increased
17 risk.
18    Q   Was it statistically significant?
19    A   I don't remember that statistics were done on
20 it, but there was six cardiovascular events in the Vioxx
21 group and then one in placebo.  There were two in the
22 Nabumatone group, that was six versus one.
23        I mention that in the -- in my report.
24        And then if you look at Juni, he has got a
25 lovely figure which I reproduced in my curve -- in my

Page 71

1 report, showing statistically significant increased risk
2 in a number of trials prior to Mr. Barnett's infarct.
3        If you look at Page 29, Figure 10, from my
4 report -- it shows the relative risk of Juni's
5 meta-analysis.
6    Q   What page?
7    A   Page 29.  If you look at Paragraph C above
8 that, I state that Juni found that there was a
9 statistically significant increase in MI's by the end of
10 the year 2000, and the relative risk was significantly
11 increased in the Vioxx group to 2.3 and that was
12 statistically significant.
13    Q   I don't want to focus on what Dr. Juni says
14 looking back on the clinical trials.  I want to focus on
15 the clinical trials that you say show a statistically
16 significant increase in cardiovascular --
17    A   Well, I have to go by the published literature
18 and he got those.
19    Q   You said before Mr. Barnett's heart attack in
20 September of 2002, you think the VIGOR trial showed an
21 increased cardiovascular risk for Vioxx?
22    A   Absolutely.
23    Q   You think that 090 showed an increased
24 cardiovascular risk of Vioxx?
25    A   I don't know that that is statistically

Page 72

1 significant, but it is six versus one, Vioxx versus
2 placebo.
3    Q   Does it matter that it is statistically
4 significant to you?
5    A   That requires more than a yes or no answer.
6        Certainly, statistically significant data, P
7 less than .05 is what scientists generally use.
8        But when one is looking at the risk of harm
9 then one errs on the conservative values and evaluations
10 of data.
11        So that, for example, after one saw VIGOR if,
12 for example, 090 had a P less than .06, rather than .05,
13 I would be very concerned and would feel that that was a
14 very important piece of information to support VIGOR.
15    Q   But you don't know what the P value was for the
16 090 study?
17    A   I don't know that it was done.  I didn't write
18 it down.  So I assumed it was not done.
19    Q   Dr. Zipes -- I'm sorry.  I did not mean to
20 interrupt you.  Are you done?
21    A   No.  I was going to say and the 078, which we
22 talked about.
23    Q   When was that completed?
24    A   I don't --
25    Q   When was that completed?

Page 73

1    A   I don't have the date for that.
2    Q   Okay.  Let me ask you about study 090 for a
3 minute, sir.
4        Do you agree that the numbers of events in the
5 090 study were too small for meaningful comparison?
6    A   They are small, but I will disagree that they
7 are too small for a meaningful comparison.
8    Q   That's all.  That is my only question.
9    A   Okay.  ADVANTAGE was just a three-month study
10 but showed a very significant trend.
11        There are some very alarming data from
12 ADVANTAGE and Villalba, the FDA reviewer, talked about
13 the trend with 10 cardiovascular adverse events in the
14 Vioxx group versus three in the naproxen.  41 deaths
15 that were cardiovascular adverse events in Vioxx versus
16 21 in naproxen.
17        The increase in mortality in the Alzheimer's
18 trials in the Vioxx group --
19    Q   Dr. Zipes, I am asking about a time frame now.
20 Okay.  I am asking about when trials were completed,
21 what trials showed an increased cardiovascular risk?
22        I don't want to hear about every trial that you
23 say showed an increased risk.  I want to focus on
24 September of 2002.
25        And my question is, just one more time, other

19 (Pages 70 to 73)

Page 74

1 than the VIGOR trial and study 090, you say ADVANTAGE,
2 that you are aware of any other trials that you think
3 show an increased cardiovascular risk for Vioxx before
4 September of 2002?
5    A   I would have to look at the dates of the
6 trials, which I did not do.
7    Q   Okay. Was the difference in the cardiovascular
8 thrombotic events in the ADVANTAGE study -- was the
9 increased cardiovascular risk for confirmed thrombotic
10 events in the ADVANTAGE study a statistically
11 significant increase when you compare Vioxx to Naproxen?
12    A   I don't believe it was. I think it was a
13 trend.
14    Q   What was the trend in ADVANTAGE for strokes?
15    A   I don't remember.
16    Q   Did you write down any where on your notes how
17 many strokes, sir, were shown in the ADVANTAGE study for
18 Vioxx versus Naproxen?
19    A   I did not. I concentrated on cardiovascular --
20 cardiac.
21    Q   Do you not think that strokes as a thrombotic
22 event would be an important thing to consider in
23 deciding whether Vioxx has an increased cardiovascular
24 risk?
25    A   Without any question. I do consider that it

Page 75

1 was. Yes, strokes are unquestionably important.
2       As I put this together, it was with Mr. Barnett
3 in my mind, and then, obviously, his myocardial
4 infarction.
5    Q   Do you agree that it would be appropriate to
6 analyze cardiovascular data by looking at heart attacks
7 and strokes?
8    A   Absolutely.
9    Q   Okay. You refer in your report to some of the
10 limitations of observational studies?
11    A   Yes.
12    Q   Am I right that you are not relying on any
13 observational studies to support your opinion or are
14 you?
15    A   Not -- not really in great depth. I think they
16 are there. I think a number of them are supportive of
17 the overall conclusions that I have drawn, but it really
18 is the randomized controlled trials that are the gold
19 standards.
20    Q   When you formed your opinion in this case, sir,
21 and you describe the basis for your opinions in your
22 report, you relied on the clinical trials and not
23 observational studies; right?
24    A   That is correct.
25    Q   There are a few internal Merck documents that

Page 76

1 you refer to in your expert report; right?
2    A   Yes.
3    Q   Did you get those from the plaintiffs' lawyers?
4    A   Yes.
5    Q   Do you intend to rely on those to support your
6 opinion?
7       MR. ROBINSON: The ones that are in his report?
8       MR. GOLDMAN: Yes.
9       THE WITNESS: To support what opinion?
10 BY MR. GOLDMAN:
11    Q   Any of the opinions that you intend to offer.
12       MR. ROBINSON: I am going to objection. It is
13 overbroad.
14       THE WITNESS: It really depends on what
15 questions you ask me.
16 BY MR. GOLDMAN:
17    Q   Let me just ask you about a specific one, for
18 example.
19    A   Yes.
20    Q   Did you read the E-mail from Dr. Scolnick to
21 others on March 9th of 2000?
22    A   I read many of Dr. Scolnick's E-mails and I
23 read his -- one of the depositions. You would have to
24 tell me which one or show it to me.
25       MR. ROBINSON: Why don't you give him the

Page 77

1 language of it. He may not have the dates like you and
2 I have them.
3       MR. GOLDMAN: Let me just point it to you. I
4 think you have -- I will actually get back to that.
5       MR. ROBINSON: The mechanism is there on that
6 one.
7       THE WITNESS: Oh, yes. Right.
8 BY MR. GOLDMAN:
9    Q   Do you intend to rely on Dr. Scolnick's E-mail
10 about whether or not there was a mechanistic explanation
11 for VIGOR?
12    A   Yes, I think that is a very important E-mail in
13 which he agrees with the Fitzgerald hypothesis and says
14 that the mechanism is there.
15    Q   Do you know if Dr. Scolnick ever changed his
16 view about whether or not Fitzgerald was right?
17    A   I don't know what Dr. Scolnick is thinking.
18    Q   Would you want to know what Dr. Scolnick was
19 thinking over time about the Fitzgerald hypothesis and
20 not just one particular moment in time in March of 2000?
21    A   Well, I do have a snapshot of that from his
22 deposition.
23    Q   But you have only read one of those?
24    A   That's right. And it was the -- I don't think
25 it was the most recent one because I could not pull it

20 (Pages 74 to 77)



Douglas P. Zipes, M.D.

Page 78

1 up for some reason. I think it was one just prior to
2 that, where he goes into great reasoning that he felt
3 relief with the data from this study or that study.
4       I still found it very hard to believe that he
5 didn't think the mechanism was still there.
6       Q   Is it fair to say that you are not going to try
7 to testify about what Dr. Scolnick thought in March 2000
8 or any time thereafter?
9       MR. ROBINSON: He said he is relying on it.
10      THE WITNESS: That aspect -- I think that that
11 memo is a very strong one. Yes.
12 BY MR. GOLDMAN:
13      Q   My question was whether you plan to come to the
14 jury -- and come to trial and tell the jury what you
15 think Mr. -- Dr. Scolnick knew about the cardiovascular
16 risks of Vioxx?
17      A   Yes, that is certainly a possibility.
18      Q   The question was a little bit broken up. So
19 let me ask it again.
20      Are you planning on coming to trial to tell the
21 jury about what you think Dr. Scolnick or others at
22 Merck thought about any potential cardiovascular risks
23 associated with Vioxx?
24      MR. ROBINSON: Other than what he has already
25 talked about, about Scolnick?

Page 79

1 BY MR. GOLDMAN:
2       Q   I want your complete answer.
3       A   Yes, I certainly could come and do that.
4       Q   Do you believe you are an expert in what
5 Dr. Scolnick knew about the cardiovascular risks?
6       A   I can only draw conclusions based on memos or
7 E-mails that I have seen.
8       Q   Those same conclusions can be drawn by a jury
9 without the assistance of you; right?
10      A   I don't know the answer to that.
11      MR. ROBINSON: What page are we on?
12 BY MR. GOLDMAN:
13      Q   Have you reviewed both of Dr. Kronmal's expert
14 reports?
15      A   Yes.
16      Q   Have you identified in your report what you
17 intend to rely on from Dr. Kronmal's reports?
18      A   I believe so.
19      Q   Have you spoken with Dr. Kronmal at all?
20      A   You asked me that before. No.
21      Q   Have you read Dr. Kronmal's deposition
22 testimony?
23      A   I believe I have.
24      Q   Have you read any of Dr. Kronmal's trial
25 testimony?

Page 80

1       A   I don't think so.
2       Q   Did you attempt to confirm the accuracy of
3 Dr. Kronmal's analysis?
4       A   I did not do statistical analysis myself.
5       Q   Am I right that you are accepting Dr. Kronmal's
6 conclusions about his interpretations of the Alzheimer's
7 and APPROVe studies without independently verifying
8 those findings?
9       A   That is correct.
10      MR. ROBINSON: He also read Chen.
11      MR. GOLDMAN: Mark.
12      MR. ROBINSON: I am just telling you.
13 BY MR. GOLDMAN:
14      Q   I think you said that you skimmed Dr. Bryan's
15 deposition; is that right?
16      A   Yes.
17      Q   Why did you just skim it? Is that because you
18 didn't have time?
19      A   I just got it recently.
20      Q   Would Dr. Bryan's testimony be relevant to you
21 in formulating your opinions?
22      A   It would be relevant, yes, as other depositions
23 would.
24      Q   If Dr. Bryan were to testify that he doesn't
25 think Mr. Barnett had a Q wave transmural heart attack,

Page 81

1 would that be relevant to your opinion in this case?
2       MR. ROBINSON: Is he an EP, Dr. Bryan?
3       THE WITNESS: It would be relevant in the sense
4 that he is absolutely wrong.
5 BY MR. GOLDMAN:
6       Q   So whatever Dr. Bryan says about his
7 interpretation of the EKG's and his observations of
8 Mr. Barnett, you think is wrong?
9       MR. ROBINSON: Well, I am going to object.
10 First of all --
11      MR. GOLDMAN: Just object.
12      MR. ROBINSON: Compound. You asked three
13 questions.
14 BY MR. GOLDMAN:
15      Q   Do I understand your testimony correctly,
16 Dr. Zipes, that whatever Dr. Bryan has to say about his
17 interpretation of the EKG's in September of 2002, you
18 believe is wrong?
19      MR. ROBINSON: No. Now, you are multiplying.
20 He said one --
21      MR. GOLDMAN: Just object, Mark, and stop
22 coaching.
23      MR. ROBINSON: Object. The EKG's, there are
24 three of them.
25      MR. GOLDMAN: So he is a perfectly capable

21 (Pages 78 to 81)

Douglas P. Zipes, M.D.

Page 82

1   witness of hearing what I am asking.
2       Q   Let me ask it, again, okay, Dr. Zipes.
3           Is it your testimony, sir, that whatever
4   Dr. Bryan says about his interpretation of the EKG's
5   that were done on Mr. Barnett in September of 2002, you
6   would disagree with?
7       MR. ROBINSON:  I am going to object because he
8   said he skimmed the depo.  And now, you are asking him
9   an overbroad question about three EKG's.
10  BY MR. GOLDMAN:
11      Q   Can you answer?
12      A   I can't answer the question.  First of all, it
13  is too generalized for three electrocardiograms.
14      Q   Let me narrow it then.
15      A   If you narrow it to the Q wave infarct of a
16  ECG, not EKG.  It is an ECG.  Then there is unequivocal
17  evidence that there is a Q wave infarct taken September
18  11, 2002, regardless of Dr. Bryan's testimony.
19      Q   What is the difference between an EKG and an
20  ECG?
21      A   How do you spell electrocardiogram?  You don't
22  spell it with a K.  In German, you spell it with a K and
23  that is where the EKG comes from.
24      Q   Are EKG's and ECG's the same thing, sir?
25      A   They are the same, but the correct usage of the

Page 83

1   acronym is ECG.
2       Q   If I use the term at trial, EKG, you are going
3   to know what I am talking about; right?
4       A   I may correct you, but I will.
5       Q   Did you read Dr. Karavan's deposition
6   testimony?
7       A   I did.
8       Q   Did you disagree about the interpretation of
9   the ECG or EKG in September of 2002?
10      A   Absolutely.
11      Q   Is it your belief that both Dr. Karavan and
12  Dr. Bryan missed a Q wave heart attack when they
13  diagnosed Mr. Barnett in September of 2002?
14      A   If they did not say that there was a Q wave
15  infarct, then by definition, they would have had to have
16  missed it.
17      Q   Did they say it was a Q wave infarct?
18      A   No, they said it was a non-Q wave infarct.
19      Q   Was there any medical record or anywhere that
20  you reviewed that indicated that Mr. Barnett had a
21  Q wave heart attack in September of 2002?
22      A   No.  They all missed it.
23      Q   Did you read Dr. Epstein's deposition
24  testimony?
25      A   I did.

Page 84

1       Q   Did you disagree with any particular areas that
2   he testified about that you remember?
3       A   Only mildly.  First of all, Dr. Epstein is a
4   suburb scientist and clinician.  And someone I have
5   known for 30-plus years.
6           I am not certain he was aware of some of the
7   recent publications from Fitzgerald and perhaps one or
8   two others in regards to some of the statements that he
9   made in terms of whether COX-2 inhibition can produce
10  atherosclerosis.
11          As I remember it, and perhaps you would have to
12  show me specific aspects of his deposition, it seemed
13  that he talked about his study as being the only one or
14  one of the only ones to show atherosclerosis with COX-2
15  inhibition with the cytomegalic virus infection when
16  actually there are others.  So I am not certain that he
17  was fully aware of a lot of the other literature.
18      Q   Do you remember that Dr. Epstein testified that
19  he did a literature search before the deposition to look
20  at the question of whether COX-2 inhibitors like Vioxx
21  caused atherosclerosis?
22          Do you remember that?
23      A   I don't remember that.
24      Q   Do you have any reason to think that
25  Dr. Epstein would not have found the Fitzgerald articles

Page 85

1   that you are relying on when he was doing a literature
2   search on whether or not Vioxx or COX-2 inhibitors
3   caused atherosclerosis?
4       A   I can't really tell you how thorough he was.
5       Q   So you can't say whether he was aware or not
6   about Dr. Fitzgerald's articles?
7       A   It didn't seem that he was.
8       Q   I -- Let him answer.
9       A   Well, let me answer your question.
10          It doesn't seem that he was because when he was
11  asked, he said something like, well, Dr. Fitzgerald
12  published so many articles.  It kind of gave me the
13  impression that he hadn't read them all.
14          I don't mean this pejoratively.  Dr. Epstein is
15  a superior scientist, but I did get the impression that
16  he wasn't aware of all of the literature.
17      Q   What studies, sir, do you say demonstrates that
18  Vioxx causes atherosclerosis or acceleration of
19  atherosclerosis?
20      MR. ROBINSON:  Go to your notes.  It is not a
21  memory test.
22  BY MR. GOLDMAN:
23      Q   I just want you to tell me the studies.  I
24  don't want you to tell me what their findings are.
25          I just want you to tell me what studies in

22 (Pages 82 to 85)

Douglas P. Zipes, M.D.

Page 86

1 animals or in humans you say show that Vioxx causes
2 atherosclerosis or a progression of atherosclerosis?
3     A   We can start with two clinical studies that I
4 think are extremely supportive and those are the
5 long-term APPROVe and 078 --
6     Q   What else?
7     A   -- because they had intention to treat so --
8 you don't want me to go into that?
9     Q   Right.  Just identify the studies.
10    A   Okay.  Egan, Rudic, Kobayashi, Grosser, Chang,
11 Bulut -- excuse me, the latter may not relate to
12 artherosclerosis.
13        The one by Bulut relates to the PGI-2 having a
14 vasodilatory effect.
15        Review article by Antman.  Review article by
16 Fitzgerald.  The Rott/Epstein article, an article by
17 Walter -- several articles by Fitzgerald, Murata,
18 Pigeon, Buerkle.
19        MR. ROBINSON:  Pigeon is like, P-I-G-E-O-N.
20        THE WITNESS:  Correct.
21        MR. ROBINSON:  Buerkle is B-U-E-R-K-L-E.
22        THE WITNESS:  Correct.
23        I guess, I would cite two clinical articles
24 that are not Vioxx, but paracoxib and valdecoxib post
25 coronary bypass surgery CABG.

Page 87

1     Q   What are those called?
2     A   I'm sorry.
3     Q   Who are those by?
4     A   I don't remember the authors, but those were
5 stopped prematurely because of very rapid onset of
6 cardiovascular infarct in the population, but there may
7 be others, but that gives you a broad sampling.
8     Q   It is my understanding that the major studies
9 that you are aware of that you say shows that Vioxx
10 causes atherosclerosis or a progression of
11 atherosclerosis are the ones that you just identified?
12    A   Indeed.  And there are elements of the
13 atherosclerosis in that.  For example, accelerated
14 thrombosis and those kinds of things.
15        Now, in addition to that are the whole
16 hypertensive literature.
17    Q   Okay.
18    A   And I can cite those articles as well but --
19    Q   We will talk about hypertension, too.
20    A   But hypertension is a key factor in the
21 development of atherosclerosis.
22    Q   I want to talk about three of your opinions and
23 I think these are the major opinions you offered and if
24 they are not, you can tell me.
25        Am I right that one opinion that you plan to

Page 88

1 give is that Vioxx causes heart attacks; right?
2     A   Yes.
3     Q   Another is that Vioxx is the only conceivable
4 cause of Mr. Barnett's heart attack by accelerating the
5 progression of his atherosclerosis?
6     A   Yes.
7     Q   Vioxx caused Mr. Barnett you say to suffer
8 significant heart damage and loss of live?
9     A   Yes.
10    Q   Those are the major opinions you plan to give?
11        MR. ROBINSON:  Did you say that -- I don't know
12 if you asked him --
13        THE WITNESS:  There may be others.  Don't
14 limit.
15        MR. GOLDMAN:  I am not going to limit you.
16        MR. ROBINSON:  Caused the heart attack is that,
17 basically, what you said, the first one?
18        THE WITNESS:  Yes, that Vioxx caused the heart
19 attack.  Those are major ones, but I don't want to be
20 tied to just those.
21 BY MR. GOLDMAN:
22    Q   Can you tell me just from a mechanism basis,
23 sir, how does Vioxx cause heart attacks?  Just pure
24 mechanism.
25    A   Yes.

Page 89

1        MR. ROBINSON:  Or mechanisms, you mean.
2 BY MR. GOLDMAN:
3     Q   Tell me all of the mechanisms, without getting
4 into all of the details, about how they do it.  Tell me
5 the mechanisms that you think show that Vioxx causes
6 heart attacks.
7        MR. ROBINSON:  We are not in a hurry here and
8 take your time.
9        THE WITNESS:  It is quite complex and very
10 involved.
11        Atherosclerosis appears to begin with some sort
12 of insult to the vascular wall.  This certainly can be
13 done by hypertension.  So Vioxx unquestionably causes
14 hypertension and that may be an initial insult to the
15 vascular wall.
16        In addition, Vioxx or COX-2 plays a major role
17 in the chemoattractant mechanism by which white blood
18 cells primarily monocytes then become attracted to that
19 damaged endothelium.
20        COX-2 plays a major role with the migration of
21 the white blood cells into the intima.  COX-2 plays a
22 major role in the oxidation of low density lipoprotein,
23 LDL, which then becomes ingested by the monocytes which
24 becomes macrophages and then forms cells.
25        This then is all the beginnings of the atheroma

23 (Pages 86 to 89)

Douglas P. Zipes, M.D.

Page 90

1  or the lipid-laden plaque on the inside of the vessel.
2  Vioxx plays a major role in destabilizing the fibrous
3  cap of this atheroma and it can cause the cap to be --
4  to become unstable and rupture.
5      The rupturing of the plaque then releases
6  activated platelets and other cholesterol debris that
7  attract platelets to the thrombose area. And we know
8  prostacyclin is -- is the most powerful antiplatelet
9  clumping factor in the body. And by inhibiting it, it
10 then increases the development for thrombosis.
11     We know that the development of atherosclerosis
12 is, in essence, by fits and starts. And by that I mean,
13 there is the process that I have just described to you.
14 That if it does not occlude the vessel, it can gradually
15 enlarge the atheroma because it then heals over after
16 the thrombosis and the process then continues.
17     And this then fits and starts of the atheroma
18 can gradually cause it to build and become greater and
19 greater to reduce blood flow and to then, ultimately,
20 occlude a coronary artery. And Vioxx then plays a role
21 in all of these potential mechanisms.
22     Now, in addition, Vioxx has a -- plays a major
23 role in smooth muscle cell proliferation and I neglected
24 to mention that as part of this process, but the
25 development of the atheroma, essentially,

Page 91

1  de-differentiates smooth muscle cells that proliferate
2  and adds to the development of atheroma and Vioxx has
3  been demonstrated to play a role there.
4      The Rott/Epstein article demonstrated the
5  importance of infection and inflammation. In using the
6  MF tricyclic as a congener of Vioxx, they demonstrated
7  that it was, No. 1, an increase in viral load, but also
8  the development of atherosclerosis.
9      And, oh, it's certainly a prime part of this
10 which I neglected to establish is that it leaves
11 thromboxane A2 unopposed, which is a vasoconstrictor and
12 a platelet gluconater, which is critically important.
13     MR. ROBINSON: For the record, I am going to
14 object to this question to the extent it calls for a
15 narrative. He has done his best, but he is not being
16 precluded here.
17     MR. GOLDMAN: I am not precluding him. I want
18 to know the mechanisms.
19     THE WITNESS: So, I guess, to summarize, I have
20 given you the individual specific mechanisms and it,
21 basically, comes down to the three issues that were
22 raised in the 1998 Scientific Advisors Meeting in the
23 memorandum to Merck in which they pointed out that Vioxx
24 could produce the development of lipid-rich coronary
25 plaques, destabilize the fibrous cap of these plaques by

Page 92

1  inflammatory cells making them rupture prone.
2  BY MR. GOLDMAN:
3      Q  How does Vioxx do that?
4      A  It affects the white cell base at the corners
5  of the plaque where the plaque is sitting on the intima,
6  and it can actually erode the plaque at that site, as
7  well as in the center part of the plaque; making the
8  collagen that is holding the plaque in place weakened
9  and become rupture prone.
10     Q  Is that what you think the Board of Scientific
11 Advisors were saying in 1998?
12     A  Well, they say the destabilization of the
13 fibrous cap. I don't think that they knew about that
14 mechanism at that time, but that was one of the worries
15 that they had.
16     And then, finally, the third point is the
17 thrombotic occlusion with rupture of the plaque and the
18 ensuing consequences of ischemia.
19     Q  Have you told me the mechanisms, now,
20 Dr. Zipes, that you think cause -- explain how Vioxx
21 causes heart attacks, sir?
22     A  I have given you a lot of them. I don't know
23 that I have given you all of them. Those are the ones
24 that come to mind at the present time.
25     Q  Can you tell me any article before Vioxx was

Page 93

1  withdrawn that identified those mechanisms, sir, for
2  Vioxx causing heart attacks?
3      A  The scientific articles?
4      Q  Um-hmm.
5      A  You want to go through all of those?
6      Q  I want you to tell me what articles you claim
7  said that Vioxx causes atherosclerosis or its
8  progression prior to the withdrawal of Vioxx?
9      MR. ROBINSON: You mean before September 30,
10 2004?
11 BY MR. GOLDMAN:
12     Q  Before Vioxx was withdrawn from the market in
13 September of 2004, what articles are you aware of that
14 says that Vioxx causes atherosclerosis and/or its
15 progression?
16     A  I think the Fitzgerald article -- several of
17 his articles indicate that.
18     I thought you were asking me for the articles
19 that support what I have cited in terms of the
20 mechanisms, but certainly, Fitzgerald had said that on
21 several occasions in several of his articles that I
22 think were before '04. I would have to go back and look
23 at these dates.
24     Q  Other than Dr. Fitzgerald's articles, do you
25 think that there were other articles prior to the

24 (Pages 90 to 93)

Douglas P. Zipes, M.D.

Page 94

1  withdrawal of Vioxx that suggested that Vioxx causes
2  atherosclerosis or its progression?
3      A   I think Topol suggested it in his article.  I
4  would have to go back and reread it.
5      Q   Which article is that?
6      A   Possibly, the JAMA article.
7      Q   What, Dr. Muherjee?
8      A   Right.  I think there are -- were numerous
9  things from the FDA.
10         Now, you are asking for articles?
11         MR. ROBINSON:  He is just talking about one
12  mechanism.
13         MR. GOLDMAN:  Mark --
14         MR. ROBINSON:  I just want to make sure we are
15  on focus here, Counsel.
16         Is your question atherosclerosis exclusively or
17  are you talking now heart attack and plaque rupture as
18  well?  I think it is confusing.
19  BY MR. GOLDMAN:
20      Q   You weren't confused when you started to answer
21  my question.  So let me just ask it again.  Okay?
22      A   Please.
23      Q   Dr. Zipes, what articles can you point to
24  before Vioxx was withdrawn from the market that said
25  that Vioxx causes atherosclerosis or its progression?

Page 95

1      A   Unfortunately, I don't have the dates on some
2  of my articles down here, but depends on when Egan
3  published his article.
4         MR. GOLDMAN:  Mark, stop pointing.
5         MR. ROBINSON:  I am not.  There are no dates.
6  I am looking at it like you are.
7         THE WITNESS:  I would have to go back and see
8  what the articles stated.
9         For example, the Catella-Lawson article on the
10  023 study showing a -- that the impact of prostacyclin
11  metabolite in the urine -- I don't -- I honestly don't
12  remember whether they say this will lead to
13  atherosclerosis, but it certainly raised the issue.
14         And in actual fact, I wasn't prepared for a
15  question like this.  The issues go back to the '70's
16  when the prostacyclin/thromboxane balance was first
17  discussed.  And I would have to reread those articles to
18  see whether way back then they actually talked about its
19  development of atherosclerosis.
20         So in actual fact, I don't know that I can
21  answer your question without doing an additional
22  literature review to look for a specific statement on
23  atherosclerosis versus one that talked about the
24  mechanisms that I just related to you.
25  BY MR. GOLDMAN:

Page 96

1      Q   Is it your testimony, sir, that back in the
2  1970's there were articles, whether you can cite them
3  now by name or not, that said that COX-2 inhibition
4  can --
5         MR. ROBINSON:  COX-2?
6  BY MR. GOLDMAN:
7      Q   -- can lead to atherosclerosis or its
8  progression?
9      A   I will say that back in the '70's, the issue of
10  prostacyclin and its development in the endothelium of
11  blood vessels was first raised.
12         I would have to reread those articles to tell
13  you what conclusions they drew from those observations,
14  but those observations do go back to -- for example, a
15  nature article in 1976 -- a Lancet article in 1976 about
16  prostacyclin in endothelial vessels.
17      Q   Do you know what those are?
18      A   I'm sorry.
19      Q   Do you know what those articles are called?
20      A   One was by Moncada, M-O-N-C-A-D-A, and I would
21  have to get the other ones for you.
22      Q   Dr. Zipes, when you referred earlier to the
23  various mechanisms that you think explained why Vioxx
24  increases cardiovascular risks, are the studies and the
25  articles that you are relying on for those mechanisms

Page 97

1  cited in your report?
2      A   Not all of them.  Many of them are.
3      Q   What articles are you relying on to support
4  your various mechanisms that you say explain how Vioxx
5  increases cardiovascular risks other than those cited in
6  your report?
7         MR. ROBINSON:  Hold on.  I will object.  Asked
8  and answered.
9         You earlier had him go through all of the
10  atherosclerosis articles.  He went through Fitzgerald,
11  Kobayashi, blah, blah, blah, blah, blah.  He gave you a
12  giant list.
13         Now, you are going back?  We are going to
14  rehash that same list.  Are we?
15         MR. GOLDMAN:  We are because we are talking
16  about mechanisms.
17         THE WITNESS:  I would literally have to go
18  through all of my notes, all of the bibliography
19  references here, and compare which ones I cited versus
20  which ones I didn't.
21         I did not cite every one that has a potential
22  mechanism in this report.  The report would have just
23  been much too long and much to detailed.
24  BY MR. GOLDMAN:
25      Q   Did you explain all of the mechanisms, sir,

25 (Pages 94 to 97)

Page 98

1 that you think explain how Vioxx increases
2 cardiovascular risks in your report?
3    A   I am not certain that I covered everything that
4 I just told you now.  Because since writing my report, I
5 have continued to do a lot more reading.
6    Q   Since May 22nd of 2006, have you done a lot
7 more reading and now you think there are more
8 mechanisms?
9       MR. ROBINSON:  For the record, Merck just gave
10 me on May 26th the final APPROVe data that they sent to
11 the FDA that came after his report.
12       THE WITNESS:  And that certainly is one thing,
13 but I have continued to read scientific articles
14 subsequent.  And whether they demonstrated another
15 mechanism that I didn't cite in the report, I can't tell
16 you that at hand.
17 BY MR. GOLDMAN:
18    Q   Okay.  Do all COX-2 inhibitors share the same
19 mechanistic properties that you say Vioxx had that
20 causes increased cardiovascular risk?
21    A   First of all, I don't know.  Secondly, there
22 are gradations of the degree of COX-2 inhibition.
23       For example, Celebrex has less specific COX-2
24 inhibition than does Vioxx.  And my intuition would tell
25 me that they may not have all the same mechanisms.

Page 99

1       In addition, there was one study -- and you
2 will ask me for it, but I have to look for it -- that
3 showed Vioxx had an effect on LDL oxidation that was, I
4 believe, thought to be separate from COX-2 inhibition.
5 That it was something specific to rofecoxib itself.
6       So the short answer to your question would be
7 probably not.  They don't all do those things that Vioxx
8 do.
9    Q   Is Walters the study that you are relying on
10 for your opinion that Vioxx causes LDL oxidation?
11    A   I believe that is the study.
12    Q   Are you aware of other studies that show that
13 Vioxx does not cause LDL oxidation?
14    A   I am not.
15    Q   Are you aware of any studies in animals or
16 humans that suggest that Vioxx does not cause
17 atherosclerosis or its progression?
18    A   Yes.
19    Q   Like what?
20    A   One is by Oates.  And they suggested that it
21 may be the timing as well as the duration of COX-2
22 inhibition that might affect the development of
23 atherosclerosis.
24    Q   Are there other animal or human studies, sir,
25 other than Oates that suggests that Vioxx does not cause

Page 100

1 atherosclerosis or its progression?
2    A   Yes, I can't really cite them to you, but yes.
3    Q   Did you include those in your report?
4    A   I included Oates and I may have included one or
5 two of the others.
6    Q   Do you think that before Mr. Barnett had his
7 heart attack in September of 2002, it was established in
8 the medical literature that Vioxx or other COX-2
9 inhibitors caused atherosclerosis or its progression?
10    A   If you include in that atherosclerosis or
11 progression, myocardial infarction, absolutely.  VIGOR
12 showed that without question.
13    Q   Did -- are you aware of any article after VIGOR
14 that said that the reason for the difference in heart
15 attacks in that study between Vioxx and Naproxen was due
16 to the fact that Vioxx causes atherosclerosis or its
17 progression?
18    A   I don't understand your question.
19    Q   Well, there are different ways that a drug
20 might cause a heart attack; right?
21    A   Yes.
22    Q   One way might be that it disrupts this balance
23 of prostacyclin and thromboxane; right?
24    A   Yes.
25    Q   Am I right, sir, that prior to the withdrawal

Page 101

1 of Vioxx, that was the only mechanism that anybody
2 suggested in the medical literature could explain any
3 increased cardiovascular risks associated with Vioxx?
4    A   No.  I think that the development of
5 hypertension was a key factor and I think they were
6 published studies on COX-2 inhibition causing
7 hypertension prior.
8    Q   Other than published studies saying that Vioxx
9 causes hypertension, what other medical literature were
10 you aware of after the VIGOR study that suggested that
11 Vioxx increased cardiovascular risks in a way other than
12 disrupting this prostacyclin and thromboxane imbalance?
13    A   Not related to all of the various mechanisms
14 that I have given you?  I guess, I don't understand your
15 question.
16    Q   I think we talked before about how one possible
17 mechanism or reason for the difference in the VIGOR
18 study was that Vioxx increases -- or decreases
19 prostacyclin without affecting thromboxane; right?
20    A   Yes.
21       MR. ROBINSON:  He mentioned hypertension as
22 well?
23       MR. GOLDMAN:  I wasn't done.
24       MR. ROBINSON:  Okay.
25       THE WITNESS:  Could you start again?

26 (Pages 98 to 101)

Douglas P. Zipes, M.D.

Page 102

1  BY MR. GOLDMAN:
2     Q   Yes.  What evidence in the VIGOR study actually
3  showed that Vioxx increased the progression of
4  atherosclerosis in the patients of that study?
5     A   They developed infarcts.
6     Q   Is that the only way?
7     A   Well, they did not have serial stress tests or
8  angiograms, so that would be the only way.  In that
9  particular trial, they had a 5- to 1 infarct ratio
10  between Vioxx and Naproxen.  So --
11     Q   And you think -- I'm sorry.
12     A   So there is no other explanation really other
13  than there is an increase in atherosclerosis.  And the
14  process that goes on to plaque rupture, thrombosis, et
15  cetera.
16     Q   Are you aware of any article, sir, that
17  interpreted the VIGOR results and said the reason for
18  the difference in heart attacks was because Vioxx
19  increases the progression of atherosclerosis?
20     A   I don't know if they stated it in that fashion.
21     Q   How much of an increased risk for heart attack
22  do you think Mr. Barnett faced because he took Vioxx?
23        MR. ROBINSON:  I am going to -- we are now
24  going into a new topic; right?  Okay, Andy, we are off
25  the old?

Page 103

1        MR. GOLDMAN:  We are into Barnett now.
2        MR. ROBINSON:  Okay.  Just wanted to make sure.
3        THE WITNESS:  Significant.
4  BY MR. GOLDMAN:
5     Q   Dr. Zipes, what relative risk are you going to
6  tell the jury applies to Mr. Barnett in his use of Vioxx
7  when it comes to an increased risk of heart attack?
8     A   I will tell the jury based on the APPROVe data
9  those patients who had blood pressure spikes similar to
10  Mr. Barnett's after taking Vioxx had a relative risk of
11  3.82 and -- and that is what I will tell the jury.
12        So he has almost a fourfold increased risk of
13  myocardial infarction.
14     Q   Have you looked at the clinical safety -- CSR's
15  for -- withdrawn.
16        Have you looked at the CSR's for the APPROVe
17  study?
18     A   Tell me what CSR is again.
19     Q   Clinical Study Results -- reports?
20     A   I have looked at a lot of the aspects of that
21  study.  Tell me what you --
22        MR. ROBINSON:  Can you show him that document?
23  Show him that document because he did not -- he does not
24  know the terms like you and I do.
25  BY MR. GOLDMAN:

Page 104

1     Q   Dr. Zipes, is it your testimony and your
2  opinion that there were patients in the APPROVe study
3  that had the same number of blood pressure spikes as
4  Mr. Barnett and that the results of the APPROVe study
5  showed that they had a 3.82 increase in relative risk?
6     A   Yes -- well, the same degree of blood pressure
7  changes.  In other words, I didn't count the number of
8  spikes, but to my knowledge, the APPROVe trial
9  demonstrated that if the patient had the blood pressure
10  spike, which was a systolic greater than 140 millimeters
11  of mercury and 20 millimeter absolute increase, that
12  they had a relative risk of 3.82.
13        And it would be my testimony that Mr. Barnett
14  indeed had those kinds of blood pressure changes.
15     Q   Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18     A   Absolutely.
19     Q   What is your basis for that?
20     A   At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
22  apical or mild lateral decrease in the fusion.
23        On May 2nd, 2006, Mr. Barnett now has an area
24  of fixed defect with anterior wall ischemia, wall motion
25  abnormalities.  And by echo -- which is the first echo

Page 105

1  that he has had, so we don't have comparisons -- he has
2  got significant scar and wall motion abnormalities.
3        He has got left atrial enlargement.  He has got
4  a right ventricular pressure that is borderline
5  elevated.  He has got right ventricular systolic
6  dysfunction.  And by the CT angiogram and occluded
7  graft -- vein graft and new lesions in his right
8  coronary artery, that were not seen in the
9  catheterization on September 9, 2002, so he has
10  significantly advanced coronary atherosclerosis with
11  mild cardial scar since his heart attack -- since his Q
12  wave heart attack.
13     Q   Have you finished telling me the basis for why
14  you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15  progressed because of Vioxx after his heart attack?
16     A   No, I am not finished.
17        He has reduced exercise tolerance in that he
18  walks 9 1/2 minutes versus the 14 and 15 minutes he was
19  able to do on prior stress tests.
20        He has abnormal left ventricular relaxation
21  which is diastolic dysfunction by echo.  So the echo
22  report shows left circumflex wall motion abnormalities,
23  right coronary wall motion abnormalities; abnormal left
24  ventricular diastolic dysfunction; left atrial
25  enlargement; right ventricular systolic pressure 30- to

27 (Pages 102 to 105)

Douglas P. Zipes, M.D.

Page 106

1   35, that I mentioned earlier; and then the significant
2   wall motion abnormalities of hypokinesia in the
3   mid-lateral and basal lateral left ventricle, severe
4   hypokinesia in the basal posterior and basal anterior
5   walls of his ventricle.
6       So he has significant myocardial and coronary
7   disease that has advanced from his myocardial infarction
8   in September of '02.
9   Q   Are you finished now telling me the basis?
10  A   I think so.
11  Q   Why do you think that Vioxx caused all of what
12  you just described and how is it that Vioxx would have
13  done that between July of 2003 and May of 2006?
14  A   We need to start back in January of 2000.
15  Because in January of 2000 -- January 24 -- Mr. Barnett
16  has a stress test and he walked 15 minutes on that
17  stress test. He has by Cardiolite a mild area of
18  lateral ischemia.
19      And that is his only abnormality. He has no
20  chest pain. He has no ECG changes. He has excellent
21  exercise tolerance. He has normal blood pressure and
22  heart rate response, which tells me that he has mild
23  atherosclerosis and a risk assessment at that time by
24  multiple parameters.
25      And there are several equations that I actually

Page 107

1   plugged him into, which showed that he has a risk of
2   myocardial infarction of 4 to 6 percent over 10 years.
3   So, at that time, he has got mild coronary disease
4   probably affecting one vessel.
5       In 32 months, he ends up with six vessel
6   coronary atherosclerosis and mild cardiac infarction.
7   And from that time until May of '06, he now has
8   significant wall motion abnormalities -- all of the
9   things that I just told you -- and that is accelerated
10  atherosclerosis.
11      In an individual, who has total lipid control
12  from the time he starts Lipitor, which is his major risk
13  factor -- we can argue about family history and whether
14  it played a role or not -- but his major risk factor is
15  elevated lipids and that is under total control. There
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18      Now, he stops Vioxx in September of '04. We
19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22      The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary

Page 108

1   arteries by causing atherosclerosis.
2       And therefore, even stopping the drug, if it
3   indeed does do what Fitzgerald suggested, would show
4   increased risk following stopping the drug.
5       And then, in addition, Mr. Barnett takes Vioxx
6   for two years after his mild cardioinfarction. This, to
7   me, is absolute proof that Vioxx has caused the
8   accelerated atherosclerosis.
9   Q   Did Mr. Barnett during the time he took Vioxx
10  after his heart attack have any blood pressure
11  increases?
12  A   He did.
13  Q   I am not going to ask you for each one. I
14  appreciate the short answer. So I will go to the next
15  question.
16      Okay. Do you believe that Dr.-- sorry.
17  Withdrawn.
18      Do you believe that Mr. Barnett's blood
19  pressure was controlled after his heart attack in
20  September of 2002?
21  A   Not completely, no.
22  Q   Do you think that Mr. Barnett's blood pressure
23  was almost completely controlled after September of
24  2004?
25  A   "Almost" is a vague term. He has some normal

Page 109

1   blood pressures, but he has elevated blood pressures as
2   well. And I think he fits the blood pressure spikes
3   that we saw in the APPROVe trial.
4   Q   Is it your testimony that Mr. Barnett's blood
5   pressure spikes after his heart attack in September of
6   2004 explains --
7       MR. ROBINSON: September, 2002.
8       MR. GOLDMAN: Thank you.
9   Q   Is it your testimony, Dr. Zipes, that
10  Mr. Barnett's increase in blood pressure after September
11  of 2002, explains this increase in atherosclerosis that
12  you say happened by May of 2006?
13  A   I think it is a very important contributing
14  factor. I cited you multiple mechanisms:
15  Atherosclerosis --
16      MR. ROBINSON: He is asking you --
17      MR. GOLDMAN: Mark, stop talking. Stop talking
18  to the witness.
19      MR. ROBINSON: I want to know -- he should look
20  at the blood pressure --
21      MR. GOLDMAN: I am talking to the witness. So
22  stop coaching him.
23      MR. ROBINSON: Go ahead. I want him to make
24  sure he looks at the chart.
25  BY MR. GOLDMAN:

28 (Pages 106 to 109)

Douglas P. Zipes, M.D.

Page 110

1    Q   Dr. Zipes, can you -- please I am not asking
2   you to look at the chart. Okay.
3        MR. ROBINSON: This isn't a memory game.
4   BY MR. GOLDMAN:
5    Q   How do you know Mr. Barnett's atherosclerosis
6   that you say progressed didn't progress after he stopped
7   Vioxx in September of 2004?
8    A   I think it may well have.
9    Q   And you think any increase in atherosclerosis
10   that Mr. Barnett experienced after September of 2004
11   when he was off Vioxx is because he took Vioxx in the
12   past?
13   A   Yes. And I think 078 and APPROVe fit that.
14   Q   You don't think there is any other possible
15   explanation for any increase in atherosclerosis that
16   Mr. Barnett experienced after September of 2004 other
17   than Vioxx?
18   A   That is a question that, is anything possible?
19   Is anything possible? Certainly, other things are
20   possible.
21       Is it more probable than not due to Vioxx?
22   Yes.
23   Q   During the two years that Mr. Barnett used
24   Vioxx after his heart attack, did he have another heart
25   attack?

Page 111

1    A   He has progression of his atherosclerosis.
2    Q   Please --
3        MR. ROBINSON: Let him give an answer.
4   Go ahead. Go ahead.
5        MR. GOLDMAN: I am asking --
6        MR. ROBINSON: Andy, let him answer your
7   question.
8        THE WITNESS: I will answer your question, but
9   you have to let me answer it my way.
10       MR. GOLDMAN: I have tried to let you answer --
11       MR. ROBINSON: That's right. It is not going
12   to be the way that you want it.
13       THE WITNESS: You are giving me faces that are
14   trying to say don't answer that way.
15   BY MR. GOLDMAN:
16   Q   Let me ask it again.
17   A   Fine.
18   Q   Dr. Zipes, during the two years after
19   Mr. Barnett had his heart attack from September of 2002
20   until September of 2004 when he stopped Vioxx, did he
21   have another heart attack?
22   A   I don't know. In 2003, he has a stress test
23   that indeed does not show a heart attack. So I think by
24   that point, in all probability, no.
25       Subsequent to that, I now see him in 2006. He

Page 112

1   has got a scar. He has got wall motion changes.
2   Something has happened in that intervening time that
3   relates to the acceleration of atherosclerosis that has
4   produced those changes.
5    Q   Is it your testimony that between July, 2003
6   when Mr. Barnett's heart condition was fine to September
7   of 2004, he had a heart attack?
8    A   I don't know the answer to that.
9    Q   Did Mr. Barnett have any clots that you saw
10   between September of 2002 and September of 2004?
11   A   They were not looked for. So I can't make a
12   statement on that.
13   Q   Did Mr. Barnett have any angina or heart
14   problems between September of 2002 and September of
15   2004?
16   A   He has -- I need to look at the records --
17   several episodes of chest pain during that time period.
18   And it is not entirely clear whether it was angina or
19   whether it was his GI symptoms. So I don't really
20   know.
21       When he is assessed for the chest pain, he has
22   no -- at least once or twice, he has no enzyme changes.
23   So there was no infarct during that time period, to the
24   best of my knowledge.
25   Q   Do you know of any medical records between

Page 113

1   September of 2002 and September of 2004, that diagnose
2   Mr. Barnett as having angina or heart-related problems?
3    A   Nothing different from my previous answer, that
4   he had a couple of episodes of chest pain during that
5   time period.
6    Q   Do you know of any medical records that
7   document between September of 2002 and September of
8   2004, that Mr. Barnett had angina or heart problems?
9    A   February 28, 2003, he was admitted to the
10   emergency room for chest pain. Blood pressure was 150
11   over 80. He was admitted to the hospital. Acute
12   myocardial infarction was ruled out.
13       On --
14   Q   Let me stop you there then and we'll go to
15   next date.
16       On February 28, 2003, is it your testimony that
17   Mr. Barnett had angina?
18   A   I don't know.
19   Q   Is it your testimony that the blood pressure
20   increase of 150 over 80 on February 28, 2003, was due to
21   Vioxx?
22   A   More probably than not.
23   Q   What else can it be to?
24   A   People, obviously, can have high blood pressure
25   from multiple causes, but importantly, he has 40-odd

29 (Pages 110 to 113)

Douglas P. Zipes, M.D.

Page 114

1  normal blood pressures, with an occasional increase
2  during respiratory infections prior to taking Vioxx.
3        And when I evaluated him in May of '06, his
4  blood pressure is like that of a 25 year old.
5        He is then admitted July 24, 2004, with
6  complaints of chest pain and dysemia.
7    Q   Is that angina in your view?
8    A   It may be.
9        And then he gave me a history of three episodes
10 of chest discomfort when I evaluated him on May 2nd.
11   Q   We will talk about that. I am trying to limit
12 that to a time frame that was after 2004.
13   A   Yes, sir.
14   Q   Is it your testimony, Dr. Zipes, that
15 Mr. Barnett would not have developed hypertension if he
16 had not taken Vioxx?
17   A   Correct.
18   Q   Is it your testimony that everyone who develops
19 hypertension while taking Vioxx develops it because of
20 Vioxx?
21   A   I cannot make that statement. I need to assess
22 an individual to answer that question.
23   Q   How do you know whether any particular
24 individual has hypertension due to Vioxx versus some
25 other cause?

Page 115

1    A   Those are issues I deal with every day when I
2  see patients and evaluate them for hypertension, which I
3  do frequently.
4        In Mr. Barnett -- so to answer that specific
5  question, you often don't.
6        But with Mr. Barnett, we actually have the
7  luxury of extensive medical records with him as an FBI
8  agent and documented normal blood pressure over a very,
9  very long time period, with just a couple of exceptions,
10 as I have told you, until he takes Vioxx.
11       And then indeed within a few days -- within a
12 few days of his taking Vioxx, he has the highest
13 recorded blood pressure in his life. I don't see how
14 one can escape concluding that it has to be causal.
15 Vioxx induced that hypertension response.
16   Q   Are you talking about the January 24th, 2000,
17 blood pressure reading?
18   A   Yes.
19   Q   We will get to that in minute.
20       Do you believe that there is a -- that
21 Mr. Barnett would not have had a heart attack -- let me
22 ask the question again.
23       Do you believe that Mr. Barnett would not have
24 had a heart attack if he had not taken Vioxx?
25   MR. ROBINSON: You mean the one on 2006, not

Page 116

1  the one in 2030?
2    MR. GOLDMAN: Withdrawn. Mr.-- I'm sorry.
3    Q   Dr. Zipes, do you believe that Mr. Barnett
4  would not have had a heart attack if he did not use
5  Vioxx?
6    A   I do believe that.
7    Q   Ever? You don't think he would have ever had a
8  heart attack if he did not use Vioxx?
9    A   We are only up to 2006. I cannot tell you that
10 if he lives to 2030, he might not have had a heart
11 attack unrelated to Vioxx. Those are what ifs that
12 can't be answered.
13       To the point that we are today, I think that
14 the infarct in '02 and the changes that I have described
15 in '06 are due to atherosclerosis caused by Vioxx.
16   Q   Can you say to any degree of certainty,
17 Dr. Zipes, that Mr. Barnett would not have experienced
18 the heart attack during the course of his life if he did
19 not use Vioxx?
20   MR. ROBINSON: In the course of his life?
21   MR. GOLDMAN: Yes.
22   THE WITNESS: During the course of his entire
23 live?
24 BY MR. GOLDMAN:
25   Q   Sure.

Page 117

1    A   I can't say that. I can only talk to the time
2  frame with which we are dealing, which is up to '06.
3    Q   Can you say that Mr. Barnett would not have had
4  a heart attack through 2006 if he hadn't taken Vioxx?
5    A   Yes.
6    Q   What percentage of Vioxx users had heart
7  attacks?
8    A   I don't think we know that. That is a -- at
9  best guess, a guess. Those studies are very difficult
10 or the data are very difficult to get at.
11       I have heard estimates of over 100,000
12 individuals having infarcts related to Vioxx. It is
13 hard data to obtain.
14       And I can testify to general causality, as I
15 have, and specific causality with Mr. Barnett.
16   Q   Am I right that you have not done research to
17 determine how many heart attacks were caused by Vioxx,
18 sir?
19   A   That is correct.
20   Q   And the 100,000 figure that you referred to
21 before is just a figure you have read in the literature
22 and you have not verified it; correct?
23   A   That is correct.
24   Q   How many people in the United States had heart
25 attacks in 2005?

30 (Pages 114 to 117)