**EXHIBIT "2"**
**Part B**

**EXHIBIT "2"**
**Part B**

Douglas P. Zipes, M.D.

Page 118

1    A   Again, those are estimates. Probably anywhere
2 from 500,000 to one million.
3    Q   Were any of them taking Vioxx?
4        MR. ROBINSON: In 2005?
5        MR. GOLDMAN: Yes.
6        MR. ROBINSON: You mean the ones that took it
7 before?
8        THE WITNESS: Yeah, because it was stopped in
9 2005.
10 BY MR. GOLDMAN:
11    Q   Do you know whether any of the people who had
12 heart attacks in 2005 were using Vioxx when they had
13 their heart attacks?
14    A   I do not.
15       MR. ROBINSON: What page are we on, Andy?
16       MR. GOLDMAN: We have a while.
17       THE WITNESS: When it is convenient for you, I
18 would like to --
19       MR. GOLDMAN: Whenever you want.
20       THE WITNESS: Can we stop?
21       MR. GOLDMAN: Sure.
22       (Lunch recess.)
23 BY MR. GOLDMAN:
24    Q   Dr. Zipes, you understand that you are still
25 under oath?

Page 119

1    A   Yes.
2    Q   The topic that I want to talk now about is risk
3 factors.
4    A   Yes.
5    Q   Okay. Do you believe that Mr. Barnett's family
6 history was a risk factor for atherosclerosis and heart
7 attack?
8    A   I think it is questionable because generally
9 the risk factor of an inherited problem has an age cut
10 off of 55. So that if a first-degree relative has had
11 an infarct at 55 or less, it is considered a risk
12 factor.
13       There are two statements in what I have read in
14 terms of when Mr. Barnett's father had his infarct. One
15 says 55. The other says 62, his first infarct. So I am
16 not certain with that.
17       The sister, apparently, had some TIA's. That
18 is generally not a risk factor for the subsequent
19 development of coronary artery disease.
20       His father's second infarct is at age 67 or 68.
21 So that would not be considered a major risk factor.
22       He has four brothers without any heart disease,
23 to my knowledge. That is pretty strong to suggest that
24 it is not a family history. Certainly, among the four
25 brothers.

Page 120

1        His mother is still alive at age 90 or 91 and
2 has had TIA's, and again, I would not consider that a
3 risk factor of coronary artery disease.
4        So if he does have a family history of heart
5 disease as a risk factor, it is really not a major
6 issue.
7    Q   So it is your testimony that even though
8 Mr. Barnett's father had a heart attack at either 55 or
9 62, and then had a stroke and then had a heart attack at
10 68, that family history is not a risk factor for
11 Mr. Barnett's heart attack?
12    A   No, I didn't say that. I said it is not an
13 overwhelming risk factor. I would not at all discount
14 those observations, but I take care of patients whose
15 parents have had heart attacks who are 45. Those are
16 major risk factors.
17       And the fact that four brothers have no heart
18 disease, certainly is pretty suggestive that there is
19 nothing genetic at least for those four brothers. And
20 why Mr. Barnett and not his four brothers, so I cannot
21 discount it, but it is not a major aspect.
22    Q   And so if I understand your testimony,
23 Dr. Zipes, Mr. Barnett's family history is not a major
24 risk factor, but it is a risk factor that you cannot
25 discount in terms of Mr. Barnett's risk of a heart

Page 121

1 attack?
2    A   Yes.
3    Q   If a first-degree relative has an MI at age 55,
4 does it matter how many other relatives either had a
5 heart attack or didn't?
6    A   It is usually the first-degree relatives that
7 most people would consider as a risk factor.
8    Q   So if a first-degree --
9    A   In other words, if there is a relative of a
10 relative, so that your second-degree family member, then
11 that is generally not considered a major aspect.
12    Q   But if a father -- a father has a heart attack
13 at 55 --
14    A   Right.
15    Q   -- and no brothers have heart attacks, the
16 father's heart attack is still evidence of a risk factor
17 for the fifth brother?
18    A   Yes, and I've said that.
19    Q   Is stress a known risk factor for the
20 development and progression of atherosclerosis?
21    A   It is and it is very often very difficult to
22 quantify. However, I have patients who ask me that all
23 of the time. And it is hard to quantify and say that it
24 plays a major role or minor role.
25    Q   Do you know whether Mr. Barnett was under

31 (Pages 118 to 121)

Douglas P. Zipes, M.D.

Page 122

1 stress while he was an FBI agent?
2    A   Yes, he was.  He indicates that he had lots of
3 good days and enjoyed the job, but that there were
4 stressful occasions.
5    Q   Is Mr. Barnett also under stress after working
6 with the FBI?
7    A   To my knowledge, he had six months or a year or
8 something like that, as a private investigator, and then
9 I think he may have done something else until he
10 permanently retired.
11       But there were no major risks -- excuse me,
12 major stresses of which I am aware.  And he continued
13 keeping up his exercise, watching his diet and so on.
14    Q   Do you know whether Mr. Barnett's wife's cancer
15 diagnosis was a stressful event in his life?
16    A   Yes.  And --
17    Q   That's all.
18       And the stress that Mr. Barnett experienced
19 from his wife being diagnosed with cancer, also could
20 contribute to atherosclerosis; correct?
21    A   Certainly, Mr. Barnett was upset with his
22 wife's cancer and it probably produced some stress.
23       Whether that contributed to the development of
24 atherosclerosis or not, I don't think anyone can say.
25    Q   Is it true that a patient who has a history of

Page 123

1 high cholesterol, but then has it under control with
2 statin therapy can still develop a heart attack?
3    A   It is true, but we've actually learned today
4 that if you get your LDL at 70 or below, then you may
5 have -- actually have regression of atherosclerosis.
6    Q   Did Mr. Barnett ever have his LDL below 70?
7    A   I believe he did after taking the statins.  It
8 was certainly in that range if it wasn't actually below
9 it.
10       So at best, I would not have expected him to
11 have progression of his atherosclerosis with his LDL so
12 well-controlled.
13       Now, I meant to go back to this question
14 because you asked me this question about stopping Vioxx
15 and him continuing to have atherosclerosis.
16       What I meant by that was that while someone is
17 taking Vioxx, the atherosclerosis has developed and
18 there is anatomic structural changes as a result of
19 that.
20       And therefore, when you stop taking the Vioxx,
21 you have that abnormal anatomy that then can go on to
22 contribute to further progression of the
23 atherosclerosis.  I don't know if I made that clear.
24    Q   What studies, sir, can you point to that says
25 that when you stop Vioxx, there are still anatomic

Page 124

1 structural changes that can lead to further progression
2 of atherosclerosis?  Tell me an article that actually
3 says that.
4    A   Yes.  That would be the inference of the
5 continued changes of APPROVe and 078 and a follow up
6 with those individuals.
7    Q   So your testimony is Vioxx causes anatomical
8 changes that can lead to progression of atherosclerosis
9 after patients stop the medicine is based on your
10 analysis of the Alzheimer's 078 trial and the APPROVe
11 trial?
12    A   And all of the other mechanistic things that I
13 gave you earlier in terms of how Vioxx causes
14 atherosclerosis.
15    Q   My question is a little bit more specific than
16 that.
17       Can you point me to a study that says that
18 Vioxx causes anatomical structural changes that can
19 cause progressive atherosclerosis after you stop taking
20 Vioxx?
21    A   I can point you to the comments by Fitzgerald
22 that says, by all means, do follow-ups of the APPROVe
23 trial because Vioxx can do exactly what I've said.
24       And the way to find that out, would be to
25 follow those patients after stopping the Vioxx.

Page 125

1    Q   Well, Fitzgerald was not doing a study.  I
2 asked you about a study.
3       Are you aware of a study, sir, that says -- I
4 asked for a study, not a theory.  A study that, that
5 concludes that if you stop taking Vioxx, there are
6 anatomical changes that can lead to the progression of
7 atherosclerosis?
8    A   The answer to your question is, no, there is no
9 study, but I don't need that.  There is no way to
10 interpret the data from APPROVe or 078.
11    Q   Are there any studies in the peer-reviewed
12 literature that says that the only way to interpret the
13 study 078 and APPROVe, is that there are anatomical
14 changes in the body that can lead to the progression of
15 atherosclerosis after you stop Vioxx?
16       MR. ROBINSON:  Objection.  You said are there
17 any other studies --
18 BY MR. GOLDMAN:
19    Q   Can you answer?  Do you understand it?
20    A   Not yet, but there will be.  Because APPROVe
21 data just came out two weeks ago and there will be
22 without question published peer-reviewed articles that
23 will make that claim.
24    Q   Do you know of one in progress?
25    A   I don't know who is writing those literatures

32 (Pages 122 to 125)

Douglas P. Zipes, M.D.

Page 126

1  now.
2     Q   Is it true, Dr. Zipes, that statin therapy only
3  reduces the risk of a heart attack by a third?
4     A   It reduces it -- it has a relative risk of
5  probably about .7 or something like that.  So, yeah,
6  close.
7     Q   Did you notice in the medical records that
8  Mr. Barnett had elevated homocysteine?
9     A   Yes.
10    Q   Did elevated homocysteine increase the risk of
11 a heart attack?
12    A   That is very questionable.  There were data to
13 suggest that it might, however, and it is primarily
14 based on a congenital or genetic abnormality of
15 hyperhomocystinura in which youngsters born with a
16 genetic defect that is characterized by elevated
17 homocysteine develop premature coronary arteries.
18        Everybody latched on, but fascinatingly, if you
19 take folic acid or B-12, you significantly reduce the
20 homocysteine levels to normal or below normal.  And
21 randomized, controlled perspective trials have shown no
22 impact whatsoever on coronary disease by reducing the
23 homocysteine level.
24        So, therefore, while it may be a flag, it
25 probably has nothing to do with the development of

Page 127

1  atherosclerosis.
2     Q   Was Mr. Barnett being treated with folic acid
3  or B-12 prior to his heart attack?
4     A   He is on a drug that I didn't know called Foltx
5  or something like that.
6     Q   That was after his heart attack?
7     A   Yes.
8     Q   Was Mr. Barnett taking Folic acid or B-12 for
9  his elevated homocysteine prior to his heart attack?
10    A   I don't remember.
11    Q   Assuming that Mr. Barnett was not taking folic
12 acid or B-12 for his elevated homocysteine, would you
13 agree that that was a risk factor for a heart attack?
14    A   Absolutely not.
15    Q   Why not?
16    A   Because of the studies that I just quoted you.
17        When you reduce the -- it is distracting when
18 you look at him and I am trying to talk to you.
19    Q   I'm sorry.
20    A   What was your question?
21    Q   Why isn't it true that assuming Mr. Barnett was
22 not taking folic acid or B12 that his elevated
23 homocysteine would be a risk factor for a heart attack?
24    A   Because as I quoted to you, there have been
25 studies with reduction of homocysteine to normal levels

Page 128

1  with B-12 and folic acid that have had no impact on
2  coronary disease whatsoever.
3     Q   But my question is prior to his heart attack,
4  he wasn't taking any.
5     A   It doesn't matter.  Homocysteine does not
6  contribute to atherosclerosis based upon these trials.
7     Q   It is your testimony that the published
8  literature shows that elevated homocysteine does not
9  cause atherosclerosis or increase the risk of clotting?
10    A   Based on the subsequent randomized trials
11 showing a reduction of homocysteine had no affect on
12 atherosclerosis.
13    Q   Are you aware of any studies looking at the
14 levels of homocysteine in the range that Mr. Barnett had
15 prior to his heart attack?
16    A   There have been such studies and there has been
17 statements that, it has been a risk factor, but I will
18 tell you at the present time, knowledgeable
19 cardiologists are not treating patients with elevated
20 homocysteine levels because it has no impact on the
21 subsequent development of coronary disease.
22    Q   So why is Mr. Barnett being treated for
23 elevated homocysteine?
24    A   I am not taking care of Mr. Barnett.
25    Q   If you were taking care of Mr. Barnett, you

Page 129

1  would not be prescribing B-12 or folic acid to control
2  is homocysteine?
3     A   That's correct.
4     Q   Could it also be true that whatever change
5  developed in Mr. Barnett's body because of elevated
6  homocysteine that didn't go away because he stopped it?
7  Withdrawn.
8         Could it be the case, Dr. Zipes, that there was
9  enough damage done from elevated homocysteine in
10 Mr. Barnett's body that even if he started to take folic
11 acid or B-12 the damage was already done?
12    A   Sir, perhaps I am not communicating --
13    Q   You are saying there was no damage?
14    A   That's right.
15    Q   You are communicating your answers.
16    A   This isn't to say that you won't find it in the
17 literature, some studies that claim elevated
18 homocysteine levels are a risk factor; but they have
19 been subsequently disproven.
20    Q   Do you know what studies disprove that?
21    A   I would have to go to the literature.
22    Q   Was Mr. Barnett at a high risk for a heart
23 attack before he started using Vioxx?
24    A   No.
25    Q   Many patients, sir, without any risk factors

33 (Pages 126 to 129)

Douglas P. Zipes, M.D.

Page 130

1  have severe coronary artery disease and have heart
2  attacks?
3     A   It can happen, yes.
4     Q   Isn't it true that 50 percent of patients who
5  have heart attacks don't have any risk factors at all?
6     A   Not no risk factors at all -- 50 percent or so
7  can have normal cholesterol. For example, there may be
8  genetic risk factors that are not defined in
9  individuals.
10        But, yes, a percentage of patients who have
11 heart attacks unquestionably may not have the standard
12 recognizable risk factors.
13    Q   Dr. Epstein testified and he wrote in his
14 protocol that he was proposing to Merck, that 50 percent
15 of patients who have heart attacks did not have risk
16 factors.
17        Do you have any reason not to -- any reason to
18 dispute that?
19    A   I would need to see exactly what he wrote.
20    Q   Okay. You agree that a high percentage of
21 patients who have heart attacks and have severe coronary
22 artery disease don't have any risk factors; true?
23    A   No. I tried to narrow you down with that. I
24 have agreed that they may not have recognizable risk
25 factors.

Page 131

1     Q   Okay. Which means what?
2     A   Standard elevated cholesterol, high blood
3  pressure and so on. But we are learning more and more
4  there can be genetic influence that may play a role that
5  might be unrecognized.
6        We are looking at, for example, what are called
7  CNPS, cyclonucleotide (phonetic) polymorphisms.
8        You don't want me to go into this?
9     Q   That is beyond my question.
10    A   I will give you the fact that some patients
11 with heart attacks don't have the standard risk factors,
12 yes.
13    Q   Dr. Zipes, would you agree that Vioxx worked
14 well for Mr. Barnett in terms of reducing his chronic
15 pain?
16    A   It worked. It is a question of how well it
17 worked. There is some evidence that I read that it was
18 really not much better than the Feldene that he was
19 taking, so -- and indeed, he still had flare-ups while
20 he was taking Vioxx.
21        So, yeah, it worked. I will give you that
22 much.
23    Q   Mr. Barnett wouldn't have taken Vioxx on a
24 regular basis for four years if it wasn't working to
25 help his pain; would you agree with that?

Page 132

1     A   No. That is a complex issue. I mean, if you
2  read, as I'm sure you did, Mr. Barnett's testimony,
3  there is some question whether he would have taken Vioxx
4  at all. And that he might have just stayed with the
5  Feldene.
6     Q   Well, once he started to take Vioxx, sir, it
7  was his decision -- actually, withdrawn.
8        Was it Mr. Barnett's decision to take Vioxx in
9  the first place?
10    A   It was -- he took it. So he, obviously, agreed
11 to take it.
12    Q   And Mr. Barnett continued to take Vioxx on a
13 regular basis for many years, and would you agree that
14 it was because it was doing its job in reducing his
15 osteoarthritis pain?
16    A   Yes, it had to have some beneficial effect.
17    Q   You will agree, Dr. Zipes, that the vast
18 majority of people who used Vioxx benefited from it and
19 didn't suffer any side effects?
20    A   I do not know that.
21    Q   Do you believe, sir, that Vioxx is unsafe at
22 any dose for any duration for any patient?
23    A   That is a very broad question. There were a
24 number of studies that suggested precisely that, that
25 there was 12-1/2 milligrams, 25 milligrams, the duration

Page 133

1  against any comparator -- I think that was Juni -- that
2  had showed that there was a risk associated with Vioxx.
3        So I think, yes, I would probably answer that
4  question more probably than not, that is true.
5     Q   Did the Juni study consider the Alzheimer's
6  trials?
7     A   No.
8     Q   I'm not sure if I asked this before. So I am
9  going to ask it again.
10        Is it your opinion, Dr. Zipes, that traditional
11 NSAIDs do not cause heart attacks? Can you answer that
12 yes or no? And if you need to explain, then you can
13 explain.
14    A   I would answer it that, that is probably true.
15 They do not cause heart attacks, but that the very
16 well-done perspective, randomized trials have not been
17 done to prove that; but there appears to be no data to
18 suggest that they do.
19    Q   Is it your testimony then that there is not
20 enough evidence to conclude whether NSAIDs cause heart
21 attacks or is it your testimony that you don't believe
22 that they do?
23    A   I don't believe that they do based on the
24 evidence presently available.
25    Q   Do you believe that Celebrex and Bextra cause

34 (Pages 130 to 133)

Douglas P. Zipes, M.D.

Page 134

1    atherosclerosis and heart attacks?
2        A    Bextra, you mean valdecoxib?  Yes, certainly,
3    for that and I think the paracoxib and the valdecoxib
4    studies post CABG are certainly supportive of that.
5        The issues with Celebrex are a little bit more
6    controversial.  It depends upon what study you pick.
7    One of them -- and I've forgotten the acronym -- didn't
8    show an increase in heart attacks.  Another did.
9        I did not come prepared to talk about Celebrex,
10   but it clearly has less COX-2 specific inhibitory
11   actions then does Vioxx.
12       Q    Okay.  Is it your testimony then that because
13   Celebrex has less COX-2 inhibitory actions that it is
14   less of a risk for heart attacks than Vioxx?
15       A    Yes.
16       Q    Let's talk about hypertension now.
17       A    Yes.
18       Q    Because hypertension is what you talked about
19   in the majority of your report; true?
20       A    Oh, no.  It is part of my report.  It is not
21   the majority.
22       Q    It is a big part of your report?
23       A    It is a part of my report.
24       Q    How do you define hypertension?
25       A    If you asked me that 10 years ago, I would have

Page 135

1    said a blood pressure 140 over 90, higher than that.
2        Today, we, now, know that there is -- it is not
3    a dichotomous variable in the sense that you are either
4    hypertensive or not hypertensive, but rather it is a
5    continuous variable.
6        So that there is risk associated with a blood
7    pressure of 132 or 82, for example, even though it is
8    less than the arbitrarily picked 140 over 90.  And there
9    is less risk associates with a blood pressure of 120
10   over 70, than there is with 130 over 80.
11       So it is hard to define it today.  And indeed,
12   the American Heart Association has now said that 130 and
13   140 and 80 to 90 is a prehypertensive state indicating
14   that those values are potentially abnormal.
15       I have confused you?
16       Q    No, you haven't.
17       According to those AHA guidelines that you were
18   referring to, then would a blood pressure reading of 140
19   over 90 qualify as prehypertension and not hypertension?
20       A    It is right on the line.
21       Q    Are people who have prehypertension at
22   increased risk of having atherosclerosis and a heart
23   attack?
24       A    Yes.  But less so, obviously, than someone with
25   pressures exceeding 140 over 90.

Page 136

1        Q    While Mr. Barnett was taking Vioxx, was the
2    standard measure for determining hypertension whether a
3    patient has blood pressure in excess of over 140 over
4    90?
5        A    Yes.
6        Q    How many elevated blood pressure readings do
7    you think are necessary in order to diagnose a patient
8    with hypertension?
9        A    The arbitrary number is 3, but that has been
10   picked out of a hat.  And I think one needs to check
11   blood pressures frequently to be certain.
12       And if one looks at the blood pressures of
13   Mr. Barnett, I mean, he had many blood pressures that
14   are all very within normal limits.
15       Q    And that is true before and after he started to
16   take Vioxx?
17       A    After Vioxx, he had blood pressure spikes.  We
18   talked about that before and he had some blood pressures
19   that are normal in between those spikes.
20       Q    Do you know, sir, that Mr. Barnett was taking
21   his blood pressure on a daily basis after January of
22   2000?
23       MR. ROBINSON:  I'll object.
24   BY MR. GOLDMAN:
25       Q    Go ahead.

Page 137

1        A    I think he was and I think he had a log.  And I
2    don't think we have those data.
3        Q    Do you understand that during the time that
4    Mr. Barnett --
5        MR. ROBINSON:  I am going to object.  There is
6    a confusing thing in this case.  You said that in one of
7    the doctor's -- someone -- and maybe you got a
8    misimpression from Mr. Barnett.
9        I will tell you now, Mr. Barnett bought the
10   cuff in August of '02 after he -- after going down
11   August 20, '02.  He then bought something to keep his
12   blood pressure up.
13       You asked that in a previous depo and maybe you
14   misinterpreted something in his depo.  And I may have
15   thought that too, but I clarified that, and it is clear,
16   he bought that cuff in August '02.
17       THE WITNESS:  Then I misinterpreted it equally.
18   BY MR. GOLDMAN:
19       Q    Do you know that Mr. Barnett's blood pressure
20   was normal for most of the time period between January,
21   2000 and September of 2002?
22       MR. ROBINSON:  Take your time.  Just read the
23   blood pressures.
24       THE WITNESS:  Tell me the dates, again, please.
25   BY MR. GOLDMAN:

35 (Pages 134 to 137)

Douglas P. Zipes, M.D.

Page 138

1    Q   January of 2000 and September of 2002.
2    A   He has some very important blood pressure
3 spikes. And as I testified to you this morning, the
4 highest blood pressure he ever recorded in his life was
5 taken on the 19th -- January 19, 2000, after starting
6 his Vioxx.
7    Q   I remember that, Dr. Zipes.
8       MR. ROBINSON: He wants to know going down this
9 chart --
10       MR. GOLDMAN: Mark, let me ask the question.
11    Q   Dr. Zipes, did you know that the majority of
12 the time that Mr. Barnett used Vioxx from January of
13 2000 and September of 2002, his blood pressure was
14 normal.
15    A   Yes, with the exception of those spikes.
16    Q   Now, is it generally accepted, sir --
17       MR. GOLDMAN: Mark --
18       MR. ROBINSON: I want him to look at the chart.
19 You have a right to look at the chart.
20 BY MR. GOLDMAN:
21    Q   Dr. Zipes, do you agree, sir, that it is
22 generally accepted in the medical community to take an
23 average of blood pressure readings over a period of time
24 before terming whether somebody has hypertension?
25    A   You take multiple blood pressure recordings.

Page 139

1    Q   And the best way is not to look at isolated
2 spikes, but to take an average of their blood pressure
3 reading during a period of time; true?
4    A   I'm not certain that that applies to Vioxx
5 patients. I keep going back to the APPROVe data.
6       APPROVe data shows relative risk of 3.82 in
7 those individuals who simply had isolated blood pressure
8 spikes exceeding the valve used that I gave you earlier
9 and Mr. Barnett fits that.
10       So whether or not you call him hypertensive, he
11 has hypertensive spikes on multiple occasions while
12 taking Vioxx.
13    Q   My question was whether or not it is a more
14 appropriate way to determine if someone has hypertension
15 by looking at a series of blood pressure readings and
16 taking an average during a period of time rather than
17 just looking at isolated --
18    A   That may be applicable to people not taking
19 Vioxx. That is where those data and interpretations
20 come from.
21       We are talking about an individual taking
22 Vioxx, and that approach to judging hypertension may be
23 totally invalid in someone taking Vioxx. It has not
24 been tested.
25       What you are saying is applicable to the run of

Page 140

1 the mill patient as possibly being hypertensive, so I
2 will not agree to that in someone taking Vioxx.
3    Q   Was the 3.82 relative risk in APPROVe, that you
4 have referred to several times, wasn't that based on a
5 post hoc analysis?
6    A   Yes.
7    Q   Do you believe, sir, that Mr. Barnett had
8 systemic hypertension or intermittent hypertension
9 between January of 2000 and September of 2002?
10    A   You can have systemic hypertension with
11 intermittent hypertension. So your question does not
12 help me here.
13    Q   Can you say whether -- Dr. Zipes, can you say
14 whether Mr. Barnett had intermittent hypertension before
15 his heart attack or systemic? Do you know?
16    A   You are confusing the term. Systemic is not
17 applicable in this fashion.
18    Q   Did Mr. Barnett have sustained hypertension or
19 intermittent hypertension?
20    A   He had intermittent hypertension.
21       MR. ROBINSON: It helps to have a doctor.
22 BY MR. GOLDMAN:
23    Q   What are the different causes of elevated blood
24 pressure in hypertension?
25    A   There are many. The most common is what is

Page 141

1 called essential hypertension, which is a nice term that
2 means we don't know what the cause is.
3       There can be renal hypertension. There can be
4 dietary hypertension. There can be endocrine-based
5 hypertension, such as etiolchromocytoma (phonetic).
6       There can be central hypertension or something
7 within the brain. There can be congenital
8 abnormalities, such as coarctation of the aorta. It is
9 a very lengthy list.
10    Q   I will try to narrow it. Can pain cause
11 elevated blood pressure?
12    A   It can.
13    Q   Can chest pain and having a heart attack?
14    A   Yes.
15    Q   Can exercise cause elevated blood pressure?
16    A   Yes. Those are usually not sustained, however.
17    Q   Can stress, anxiety, or fear cause elevated
18 blood pressure?
19    A   Yes.
20    Q   Can excitement cause elevated blood pressure?
21    A   Yes.
22    Q   Do certain medications cause elevated blood
23 pressure? And I will talk about specifics, but are
24 there medications that cause elevated blood pressure?
25       Is Claritin-D one of the medications that cause

36 (Pages 138 to 141)

Douglas P. Zipes, M.D.

Page 142

1 elevated blood pressure?
2    A   What is in Claritin-D?
3    Q   I am not a doctor. I don't know.
4       MR. ROBINSON: Ken will tell you.
5       THE WITNESS: If it has something like
6 phenylephrine and alpha agonist, then, yes, it can cause
7 elevated pressure, but I don't know what is in
8 Claritin-D.
9 BY MR. GOLDMAN:
10    Q   Can over-the-counter Sudafed cause
11 hypertension?
12    A   Yes.
13    Q   Can Metabolite cause hypertension?
14    A   Yes.
15    Q   Does Metabolite have ephedra?
16    A   Yes.
17    Q   You know a lot about ephedra?
18    A   Yes.
19    Q   Can ephedra cause hypertension?
20    A   Yes.
21    Q   Did Mr. Barnett take Metabolite?
22    A   Briefly.
23    Q   How briefly?
24    A   I think two weeks.
25    Q   Did he experience any side effects or

Page 143

1 hypertension because he took Metabolite?
2    A   I believe he felt jittery and had some
3 palpitations. I'm not sure whether a blood pressure was
4 obtained at that time.
5    Q   Do all NSAIDs cause hypertension?
6    A   I would hesitate to say all. I will say some
7 of them can.
8    Q   Was it well-known in the medical community,
9 sir, before Vioxx came on the market that traditional
10 NSAIDs can cause hypertension?
11    A   Yes, some of them.
12    Q   And Feldene and Mobic, those are two NSAIDs
13 that warn about the risk of hypertension; right?
14    A   To my knowledge, they do.
15    Q   Did Vioxx warn about the risk of hypertension
16 in its package insert?
17       MR. ROBINSON: Warn? You are talking warning
18 or caution?
19       MR. GOLDMAN: What kind of an objection is
20 that? I am trying to be reasonable here.
21       MR. ROBINSON: Objection. Vague.
22 BY MR. GOLDMAN:
23    Q   Dr. Zipes, is it true that from the first time
24 that Vioxx came on the market, there was in the package
25 label, the package inserted a reference to Vioxx causing

Page 144

1 hypertension?
2    A   Yes. Yes, inadequately, but a reference.
3    Q   Was the information contained in the Vioxx
4 package insert concerning hypertension inaccurate?
5       MR. ROBINSON: Get the label. Do you have a
6 copy of it?
7       THE WITNESS: You are talking November, '99 or
8 April, '02?
9 BY MR. GOLDMAN:
10    Q   You can start with November '99.
11    A   All right. In November, '99, under adverse
12 reactions, cardiovascular system, it says hypertension
13 1.3 percent in placebo and Vioxx 3.5 percent. So it
14 does mention it.
15    Q   Does it also mention a comparator and the
16 percentage of hypertension in that group?
17    A   It mentions Ibuprofen as 3.0.
18    Q   And you have no reason to think, sir, that
19 those numbers are inaccurate; do you?
20    A   I don't know where those numbers were taken
21 from. I know of numerous studies showing that Vioxx
22 produces a greater elevation of blood pressure than
23 either NSAIDs or Celebrex.
24       So I don't know the timing of those studies in
25 relation to the creation of this package insert.

Page 145

1    Q   In other words, you don't know based on the
2 information that was available back in November of 1999
3 whether the information about hypertension was right or
4 wrong?
5    A   I don't know the information upon which these
6 data were determined. I do know that, as I said, Vioxx
7 unquestionably caused greater hypertension responses
8 than any NSAID or Celebrex.
9    Q   Do you know whether Dr. McCaffrey and
10 Dr. Micola knew during the time they treated Mr. Barnett
11 that Vioxx could cause hypertension?
12    A   There is a statement by McCaffrey --
13    Q   I'd love you to answer --
14       MR. ROBINSON: Let him answer.
15 BY MR. GOLDMAN:
16    Q   You can answer yes or no, or I don't know, or
17 do you have to explain?
18       MR. ROBINSON: You can answer any way you want.
19       You cannot insist on that. No judge is going
20 to allow it.
21       MR. GOLDMAN: I am not insisting.
22       Go ahead and answer.
23       MR. ROBINSON: Let him answer his question.
24       MR. GOLDMAN: There are a lot of interruptions.
25 Let me ask it again.

37 (Pages 142 to 145)

Douglas P. Zipes, M.D.

Page 146

1    Q   Dr. Zipes, do you know whether or not
2  Dr. McCaffrey and Dr. Micola knew that there was an
3  increased risk associated with Vioxx and with
4  hypertension during this time period?
5        MR. ROBINSON: Do you want to break it down?
6        MR. GOLDMAN: I will not ask about those
7  doctors. They can speak for themselves.
8    Q   What is white coat hypertension?
9    A   It is when a patient sees a physician, blood
10 pressure elevates at that particular time.
11   Q   Is that a common scenario?
12   A   Yes, it is.
13   Q   Did Mr. Barnett have white coat hypertension?
14   A   It said that he had by McCaffrey or Micola --
15 one of them. I think Micola. I am not certain that he
16 did.
17       And certainly, when he came to see me, one
18 would have thought it might have been the most stressful
19 time in his medical evaluation. His blood pressure was
20 absolutely rock solid normal.
21   Q   He was taking blood pressure medications?
22   A   Well, he was taking a beta blocker. That was
23 all.
24   Q   So it is fair to say, sir, that you don't know
25 whether or not Mr. Barnett had white coat hypertension

Page 147

1  before he had his heart attack?
2    A   I would say he more probably did not based on
3  the numerous blood pressures that were taken that are
4  normal when he sees physicians.
5    Q   Are you disputing Dr. Micola's testimony when
6  he says that Mr. Barnett had white coat hypertension?
7        MR. ROBINSON: I am going to object to
8  mischaracterizations of Dr. Micola's testimony.
9        THE WITNESS: If you would show me exactly what
10 he said, I could answer it more accurately.
11 BY MR. GOLDMAN:
12   Q   Dr. Micola says on Page 386 of his deposition,
13 the question was, "Did you notice at all,
14       Sir, while Mr. Barnett was taking
15       Vioxx his hypertension did not
16       increase?"
17       Answer: "I would have to look.
18       At my records. Mr. Barnett had what
19       we called white coat hypertension.
20       His blood pressures in the office
21       were generally elevated or
22       frequently, not always, and that is
23       often attributable to apprehension.
24       When I questioned him about it and he
25       told me he had his blood pressure

Page 148

1  checked in our place, it was
2  generally normal, 120 over 80 range.
3  So outside of the office, per his
4  report, his blood pressure was in
5  effect."
6        Do you have any reason to dispute Dr. Micola's
7  testimony?
8    A   I will not certainly dispute his testimony, but
9  he does not have the luxury to see the blood pressures
10 from 1971 onward that are virtually all normal that were
11 taken by people wearing white coats.
12       So had he the opportunity to look at this
13 chart, I am not certain he would maintain that type of
14 presentation.
15   Q   Is it your testimony, sir, that you know more
16 about Mr. Barnett's blood pressure and his hypertension
17 than Dr. Micola, who treated him for a number of years?
18   A   I would never say that I know more about a
19 patient than the treating physician. However, most
20 treating physicians have not spent the time with medical
21 records that have been so carefully compiled over such a
22 long time period, than I have.
23       I know when I see my own patients, you
24 basically don't go through the detail and time that I
25 have done with Mr. Barnett.

Page 149

1    Q   Let's switch topics back to the hypertension in
2  general. Okay?
3    A   Yes.
4    Q   Will you agree, sir, that the medical community
5  has known for decades that hypertension can cause
6  atherosclerosis?
7    A   Yes.
8    Q   Has the medical community known for decades
9  that hypertension can increase the risk of a heart
10 attack?
11   A   Yes.
12   Q   Do you know what percentage of the adults in
13 the United States have hypertension?
14   A   I do not.
15   Q   Would it surprise you if it was a third?
16   A   I would have to ask you to tell me race, sex,
17 age; social economic status all of which can impact on
18 blood pressure.
19   Q   For white males, who are 56-years-old and
20 middle class, would you have any reason to think that --
21 well, withdrawn. It is too hypothetical.
22       Do you know what the most typical age for
23 development of hypertension is?
24   A   It is generally as an individual grows older.
25 So it is going to be, oh, probably beginning at the 50-

38 (Pages 146 to 149)

Douglas P. Zipes, M.D.

Page 150

1  to 60-age range. And systolic blood pressure increases
2  with age as blood vessels get stiffer.
3    Q  Does a patient's risk of hypertension increase
4  with age?
5    A  Yes.
6    Q  What was Mr. Barnett's baseline hypertension
7  before he started using Vioxx?
8    A  Baseline hypertension or baseline blood
9  pressure?
10   Q  What was Mr. Barnett's baseline blood pressure
11 before taking Vioxx? Let's stay -- let's not go back to
12 1971. What would you say -- withdrawn.
13      What would you say, Dr. Zipes, was
14 Mr. Barnett's baseline blood pressure before he started
15 using Vioxx?
16   A  His baseline blood pressure from '97/'98, are
17 all totally normal, 118, 120 over 78, 80; January 25,
18 1999, with an upper respiratory infection 142 over 78;
19 and June, '99, 140 over 90.
20      And then some time a week or two after that,
21 June 29, 1999, 130 over 90. January 4, with an upper
22 respiratory infection, presumably after four samples of
23 Vioxx, 150 over 80.
24   Q  Sir, I was asking before Vioxx. So let me go
25 back.

Page 151

1    A  I understand that, but I was trying to give you
2  a range.
3    Q  My question was can you tell me what number
4  blood pressure reading would you say was Mr. Barnett's
5  baseline blood pressure before he started using Vioxx?
6    A  I don't have that many blood pressures to be
7  able to make that statement. But, certainly, the ones
8  that I have show him to be completely normal with the
9  exception of the upper respiratory infections, as I have
10 told you.
11   Q  I want you not to say "exception with the upper
12 respiratory."
13   A  Fine. At those times January 25, 1999, 140
14 over 178; June 16, 1999, 140 over 90; June 29, 1999, 130
15 over 90.
16      I don't know what else you want from me.
17   Q  I was asking for a single number, but if you
18 cannot give me one, you cannot give me one.
19      The elevated blood pressure that Mr. Barnett
20 had in January of 1999, June 1999, had nothing to do
21 with Vioxx; true?
22   A  That is correct.
23   Q  Do you say that Mr. Barnett's blood pressure in
24 1999 was elevated because he had an upper respiratory
25 infection?

Page 152

1    A  I think more likely than not, yes.
2    Q  Was it the infection that you think increases
3  blood pressure or cold medication he was taking for it?
4    A  It could be either. I don't know.
5    Q  Did Mr. Barnett have an upper respiratory
6  infection on January 4, 2000?
7    A  Yes.
8    Q  Did you think that his blood pressure reading
9  150 over 90 on January 4th could have been due to his
10 upper respiratory infection?
11   A  First of all, it is 150 over 80 and it is --
12 still is the highest blood pressure recording that he
13 has had. He had two blood pressure recordings with an
14 upper respiratory infection that were not that high.
15      So I think while URI may have played a role, I
16 think Vioxx added to it.
17   Q  Do you know whether or not the elevated blood
18 pressure 150 over 80 on January 4, 2000, was caused by
19 Vioxx or was it caused by an upper respiratory infection
20 or are you saying it is caused by both?
21   A  I think it is contributed to it by both.
22   Q  Do you know if Vioxx contributed more to
23 Mr. Barnett's 150 over 80 blood pressure on January 4,
24 2000, or was it the upper respiratory infection?
25   A  I cannot say.

Page 153

1    Q  Do you know -- withdrawn.
2      Are you assuming that Mr. Barnett started using
3  Vioxx on December 30, 1999?
4    A  From Dr. McCaffrey's deposition, he gave him
5  four samples, and I am assuming that he took them at
6  that time. Then presumably the script is --
7    Q  I was just asking about those.
8    A  Fine.
9    Q  So you are assuming that Mr. Barnett started
10 Vioxx samples on December 30 of 1999. Then took a pill
11 on December 31, January 1st, January 2nd; right?
12      MR. ROBINSON: 3rd or 4th.
13      THE WITNESS: I don't know. That certainly is
14 a possible scenario.
15 BY MR. GOLDMAN:
16   Q  How many pills did Dr. McCaffrey give to
17 Mr. Barnett on December 30 of 1999?
18   A  He says four.
19   Q  So if Mr. Barnett took Vioxx on December 30 of
20 1999, December 31, 1999, January 1st of 2000, and
21 January 2nd of 2000, then he would have stopped taking
22 Vioxx by January 3rd; right?
23   A  If that is the way he took it, but we don't
24 know that is the way he took it. He could have started
25 it a day later than that, rather than the precise day he

39 (Pages 150 to 153)

Douglas P. Zipes, M.D.

Page 154

1  was given it.
2       And we also don't know that the blood pressure
3  elevations following Vioxx may have continued for a day
4  or two after the Vioxx had been stopped.
5       Q  I did not ask you about the blood pressure; did
6  I?
7       A  I'm sorry. I am totally confusing what you are
8  asking me.
9       Q  I am asking about the pills he took.
10      A  Right. But you are going to draw an inference
11  about the blood pressure.
12      Q  I am not asking that.
13      A  I'm sorry.
14      MR. ROBINSON: He answered the question. He
15  doesn't know what days he took it.
16      MR. GOLDMAN: Mark --
17      Q  Is it fair to say you don't know how many
18  sample pills Mr. Barnett took between December 30, 1999
19  and January 4, of 2000?
20      MR. ROBINSON: Objection.
21      THE WITNESS: I can only cite from
22  Dr. McCaffrey's deposition that he gave him four pills,
23  four samples. I don't know when he started taking them
24  to the precise date.
25  BY MR. GOLDMAN:

Page 155

1       Q  If Mr. Barnett started taking Vioxx on December
2  30 of 1999 and ran out by January 3rd, 2000, would you
3  agree that Vioxx did not cause and play any role in his
4  increased blood pressure of 150 over 80 on January 4,
5  2000?
6       A  No, I cannot say that because I don't know how
7  long the effects of Vioxx last on blood pressure after
8  Vioxx has been discontinued.
9       Q  Assuming Mr. Barnett stopped taking Vioxx on
10  January 2nd of 2000, you don't know whether or not it
11  contributed to Mr. Barnett's increased blood pressure on
12  January 4, 2000?
13      A  If you are giving me that hypothetical, I have
14  to agree with you, but I don't know that that is how it
15  actually happened.
16      Q  Do you know what the half-life of Vioxx is?
17      A  I think it is relatively long, which is why you
18  can take it just once a day. So 8 to 12 hours is what I
19  seem to remember. I am not absolutely certain.
20      Q  You list eight or so elevated blood pressure
21  readings from your report for Mr. Barnett between
22  January of 2000 and when he had his heart attack in
23  September of 2006.
24      A  Yes.
25      Q  Do you --

Page 156

1       A  His heart attack?
2       Q  I'm sorry. 2004.
3       A  Thank you.
4       Q  In your report, Dr. Zipes, you cite
5  approximately eight elevated blood pressure readings for
6  Mr. Barnett between January of 2000 and September, 2002
7  when he had his heart attack. Okay?
8       A  Yes.
9       Q  Is it your testimony that each of those
10  increases were due solely to Vioxx?
11      A  I cannot say that. I can only say he had blood
12  pressure spikes while taking Vioxx unassociated with a
13  URI and he never had them before.
14      Q  Is it your testimony then that Vioxx did not
15  cause Mr. Barnett's eight elevated blood pressure
16  readings from January of 2000 to September of 2002?
17      A  No. More likely than not, Vioxx contributed to
18  those blood pressure spikes.
19      Q  What else could have contributed to
20  Mr. Barnett's blood pressure spikes between January of
21  2000 and September of 2002?
22      A  Any of the numerous things that I cited and
23  that I cited as potential causes for elevated blood
24  pressure.
25      Q  Before Mr. Barnett's heart attack in September

Page 157

1  of 2002 --
2       A  Those are all possible things, now I want to
3  make clear.
4       Q  Before Mr. Barnett's heart attack in September,
5  2002, sir, did any of his doctors diagnose him with
6  hypertension?
7       A  We had the discussion about the white coat
8  hypertension. I don't know whether -- when that was
9  made, but to my knowledge, no.
10      Q  Do you believe that Mr. Barnett's doctors
11  should have put him on blood pressure medication before
12  he had his heart attack?
13      A  If -- that is a hard question to answer because
14  these are intermittent blood pressure spikes. I think
15  it certainly would have been very reasonable to have
16  done that looking at September '01 blood pressure, 150
17  over 90; December '01, 154 over 78; and then
18  February 18, 170 over 92.
19      Those are three consecutive elevations and that
20  might have been a reasonable thing to do.
21      Q  If Dr. Micola had prescribed blood pressure
22  medication to Mr. Barnett in January, 2000, do you
23  believe Mr. Barnett would have had a heart attack in
24  September, 2002?
25      A  That is a hypothetical that is very difficult

40 (Pages 154 to 157)

Douglas P. Zipes, M.D.

1　to answer. I think more probably than not he would
2　have. He -- it may not have been in September of '02,
3　but I think that Vioxx had started the progression of
4　atherosclerosis that very probably would have ended up
5　with a mild cardio infarct. I think certainly the
6　hypertensive spikes contributed to it.
7　　　Q　If Mr. Barnett stopped using Vioxx in February
8　of 2000, do you think he would have had a heart attack
9　because of Vioxx?
10　　　A　February of 2000, so that he started taking
11　it -- so, basically, he took it for a month; is what you
12　are saying?
13　　　Q　(Nods head.)
14　　　A　I think it is certainly possible. There is one
15　study in the literature, Chivallea or something like
16　that.
17　　　　It is an epidemiologic study which showed that
18　first time takers of Vioxx had infarcts of a mean of
19　something like nine days after starting Vioxx.
20　　　Q　I thought you are not relying on observational
21　studies?
22　　　A　Yeah. You are asking me a very difficult
23　question to answer, and I am trying to tell you that
24　indeed there are some data -- it is not a randomized
25　control trial that showed you can have early heart

1　attacks after starting Vioxx.
2　　　Q　Are there other studies or observational or
3　otherwise, that showed that Vioxx does not increase
4　myocardial events in the short term?
5　　　A　Well, I think there are other studies -- well,
6　I answered that too quickly.
7　　　Q　Well, I am asking for a yes or no.
8　　　MR. ROBINSON: No, you can explain.
9　　　THE WITNESS: The studies that show the
10　separation of curves, for example, in VIGOR, between
11　placebo -- or between Naproxen and Vioxx separate at
12　four to six months or something like that, as I
13　remember.
14　　　That doesn't mean, though, that some patients
15　had heart attacks at 10 days. I would have to go
16　through all of those data and see what the
17　statistical -- the statistically significant change may
18　occur at four months.
19　　　But that doesn't mean some patients didn't have
20　heart attacks from Vioxx at nine days.
21　BY MR. GOLDMAN:
22　　　Q　Would you say that Mr. Barnett was at an
23　increased risk of having a heart attack if he stopped
24　taking Vioxx after a month?
25　　　A　I can't answer that question.

1　　　Q　Would you say that Mr. Barnett was at an
2　increased risk of having a heart attack if he stopped
3　taking Vioxx in April of 2002?
4　　　A　April of 2002.
5　　　MR. ROBINSON: So you are saying, he took it
6　for over two years?
7　　　THE WITNESS: Oh, definitely.
8　BY MR. GOLDMAN:
9　　　Q　Let's talk about the January, 2000 stress test
10　and Mr. Barnett's ischemia diagnosis. Okay?
11　　　A　Yes.
12　　　Q　Did you review stress test films yesterday?
13　　　A　Yes.
14　　　Q　What films did you review? What were they of?
15　　　A　The three Cardiolite stress tests of
16　January 24, 2000, July 23rd or something of '03, and
17　May 2, '06.
18　　　Q　Focusing on January 24 of 2000, Dr. Zipes --
19　　　A　Yes.
20　　　Q　-- is there anything that you saw in the
21　Cardiolite stress test yesterday that is relevant to
22　your opinions?
23　　　A　Yes.
24　　　Q　Can you tell me what that is?
25　　　A　Certainly. There is a decrease and sestamibi

1　uptake in the lateral left ventricle that is mild and
2　interestingly at rest, there seems to be some slight
3　decrease in sestamibi uptake and certainly does not get
4　significantly worse with stress.
5　　　Q　Anything else that the stress test that you
6　reviewed yesterday from January, 2000 adds to your
7　opinions?
8　　　A　No wall motion abnormalities. Normal
9　ventricular function. That's -- I am answering
10　specifically from the nuclear aspect.
11　　　Maybe we can talk about blood pressure, heart
12　rate response, and all of those other things as well.
13　　　Q　That you saw yesterday?
14　　　A　No.
15　　　Q　Did Vioxx, sir, contribute to Mr. Barnett's
16　coronary artery disease that existed in January of 2000
17　when he was diagnosed with ischemia?
18　　　A　In January of 2000 -- first of all, he has been
19　taking Vioxx for three weeks at that time and I can't
20　rule out the fact that Vioxx may have contributed to
21　some degree at that point.
22　　　It is certainly a short time to develop
23　accelerated atherosclerosis. So I would think more
24　likely than not Vioxx did not contribute at that -- at
25　that particular time.

41 (Pages 158 to 161)

Douglas P. Zipes, M.D.

Page 162

1    Q   So your view, Dr. Zipes, is that it is more
2  likely than not that Vioxx did not contribute to
3  Mr. Barnett's coronary artery disease that existed at
4  the time he was diagnosed with ischemia in January of
5  2000?
6    A   I would agree with that with one amendment, the
7  presumed coronary artery disease.
8    Q   Is your position that Mr. Barnett did not have
9  coronary artery disease?
10   A   He probably did, but we don't have -- we only
11 have a stress test.
12   Q   Is it your opinion that he did not have
13 coronary artery disease on January 24th, 2000?
14   A   He probably did.
15   Q   Is it more likely than not, Dr. Zipes, that
16 whatever coronary artery disease that Mr. Barnett's had
17 in January of 2000 was not due to Vioxx?
18   A   Yes.
19   Q   Before Mr. Barnett started to use Vioxx, sir,
20 did he have any history of symptomatic coronary artery
21 disease?
22   A   Not to my knowledge.
23   Q   Does a Cardiolite stress test measure relative
24 blood flow among the coronary arteries?
25   A   It does.

Page 163

1    Q   Is it well-known that Cardiolite stress tests
2  can underestimate the amount of coronary artery disease
3  in a patient?
4    A   It can.
5    Q   Is it true that peer-reviewed literature and
6  reputable textbooks have reported that if you have
7  balanced ischemia throughout the coronary arteries and
8  take a Cardiolite stress test, the result may very well
9  be that you have no ischemia or mild ischemia?
10   A   Based on the precise wording that you have
11 given me, yes.
12   Q   And that is one reason why angiograms --
13 cardiac catheterizations are a better predictor --
14 withdrawn.
15       Because of the limitations of Cardiolite stress
16 tests, would you agree that angiograms are the only way
17 to know for sure just how much coronary artery disease
18 that Mr. Barnett had in January of 2000?
19   A   If you want to know the exact anatomy of the
20 coronary arteries and whether they -- or what degree
21 they are obstructed, then the answer to your question is
22 yes.
23       However, you added risk in that, and I hope we
24 come back to this. Risk can be assessed by the response
25 to a Cardiolite stress test.

Page 164

1    Q   I did not mention risk.
2    A   Okay. I did.
3    Q   Is it true, Dr. Zipes, that an angiogram would
4  be the only way to determine for sure how much coronary
5  artery disease Mr. Barnett had in his arteries in
6  January of 2000?
7    A   Define "for sure."
8    Q   Certain.
9    A   I am totally comfortable that he had mild
10 ischemia -- minimal -- minimal coronary artery disease
11 based on the stress test.
12       To your question, coronary arteriograms are a
13 gold standard, but the response that he had allows me to
14 say that he had mild coronary artery disease.
15   Q   What --
16   A   Because your hypothetical of this balance
17 reduction is not applicable to Mr. Barnett.
18   Q   Why is it not applicable to Mr. Barnett that
19 Cardiolite stress tests can underestimate the amount of
20 coronary artery disease in a patient who has balanced
21 ischemia?
22   A   Because someone who has balanced ischemia --
23 and by that I am assuming you mean 50, 70 percent
24 degrees of obstruction in all of his coronary
25 arteries -- that individual is going to have, in

Page 165

1  addition to the sestamibi response, a ventricular
2  dilation, wall motion abnormalities, chest pain; ECG
3  changes; blood pressure response that is different; a
4  reduction in exercise tolerance; a different heart rate
5  response that would identify that individual as having
6  three-vessel coronary artery disease, none of which
7  happened to Mr. Barnett.
8        The only thing he shows is mild decrease in the
9  uptake of the sestamibi nuclear compound on imaging.
10   Q   Did --
11   A   It is very important to stress that a stress
12 test is not just the image, but it is a constellation of
13 events that one needs to use to evaluate a patient's
14 response.
15       And as a matter of fact, his chance of having
16 three-vessel disease balanced with a mild lateral wall
17 reduction is probably less than 2 percent.
18   Q   Do you agree, sir, that Mr. Barnett had
19 balanced ischemia in September of 2002?
20   A   Absolutely not.
21   Q   He did not?
22   A   Oh. I'm sorry. September -- you are talking
23 about his infarct?
24   Q   Yes. Let me ask the question again.
25   A   Please.

42 (Pages 162 to 165)

Douglas P. Zipes, M.D.



Page 166

1    Q   Did Mr. Barnett have balanced ischemia in
2  September of 2002?
3    A   We don't know that. He did not have a
4  Cardiolite stress test in September of '02. He had
5  coronary catheterization which showed six-vessel
6  coronary disease. So I don't know if this is balanced
7  or not balanced.
8    Q   Well, you know from the angiogram that
9  Mr. Barnett had 50 percent or more occlusions in
10  multiple vessels?
11    A   That's right.
12    Q   And to you that is not balanced ischemia?
13    A   Absolutely not. One is anatomy. The other is
14  a functional response.
15        You could have the coronary artery obstruction
16  on catheterization that Mr. Barnett had in September of
17  '02 and have a grossly abnormal sestamibi Cardiolite
18  stress test; and anatomy cannot be equated to a
19  functional response.
20        I can cite you coronary steel syndromes and a
21  variety of things that can change the, quote, balance,
22  so that simply because you have the hypothetical of
23  50/50, 50-degree obstruction and in three-coronary
24  arteries, that does not mean that the reduction may
25  necessarily balance.

Page 167

1        It has to do with collaterals. It has to do
2  with the response of the individual blood vessels to the
3  stress. It is a very complex issue.
4    Q   So you don't know in September of 2002 whether
5  Mr. Barnett had balanced ischemia?
6    A   We have no data to say that he did or didn't.
7    Q   The different items that you mentioned before
8  when you were explaining why the limitation of
9  Cardiolite stress tests did not apply to Mr. Barnett in
10  terms --
11    A   Woah. Woah. Woah. That is mischaracterizing
12  my testimony. Be specific.
13    Q   Do you remember before I asked you why you
14  don't believe that the limitations on Cardiolite stress
15  test concerning understating the amount of disease when
16  you have balanced ischemia, why that does not apply to
17  Mr. Barnett?
18        MR. ROBINSON: Back in January of 2000?
19        THE WITNESS: Yes. Yes.
20  BY MR. GOLDMAN:
21    Q   And you gave a number of reasons?
22    A   I remember them.
23    Q   Are all of the things that you mentioned before
24  things that a Cardiolite stress test would identify?
25    A   That is something that would be identified by

Page 168

1  the stress test. When you have a stress test, you just
2  don't get Cardiolite. You get your blood pressure
3  monitor. You get a heart rate, electrocardiogram.
4        You are asked if you have chest pain. The
5  ventricular dilation would be seen on the Cardiolite
6  stress test, if there were three-vessel coronary
7  disease. Wall motion abnormalities would have been seen
8  if there were balanced ischemia.
9        None of those things are present. We looked at
10  those videos yesterday and his wall contracts very
11  nicely without any evidence of that -- that degree of
12  coronary obstruction.
13        So that quote from the textbooks or wherever
14  you took that from is absolutely inapplicable to
15  Mr. Barnett on January 24, 2000, without any question.
16        MR. ROBINSON: And the doctor yesterday agreed.
17        MR. GOLDMAN: What is that? What is that?
18        MR. ROBINSON: I am getting pumped up here.
19  BY MR. GOLDMAN:
20    Q   What is that? In January of 2000, Dr. Zipes,
21  when Mr. Barnett was diagnosed with ischemia --
22    A   Yes.
23    Q   Do you believe he should have been put on
24  low-dose aspirin given his family history, his age, his
25  cholesterol history; and his positive Cardiolite stress

Page 169

1  test?
2    A   It would have been something I would have done.
3    Q   Why would you have put Mr. Barnett on low-dose
4  aspirin in January of 2000?
5    A   We know that it is a drug that can reduce
6  subsequent cardial infarction.
7    Q   If Mr. Barnett would have been put on low-does
8  aspirin in January of 2000, do you believe that would
9  have prevented his heart attack?
10    A   Not once he took Vioxx.
11    Q   Why?
12    A   Because there are a number of studies to
13  suggest that -- well, these are animal studies.
14        There are no good clinical studies to answer
15  your question. And as a matter of fact -- I will stop
16  there.
17    Q   Is it your opinion then, sir, that if
18  Mr. Barnett used low-dose aspirin and Vioxx at the same
19  time, you don't know whether he would have had a heart
20  attack?
21    A   I don't know.
22    Q   Prior to the time that Mr. Barnett had his
23  heart attack in September of 2002, did he have any chest
24  pain within the preceding weeks?
25    A   He had chest pain. He was evaluated on several

43 (Pages 166 to 169)

Douglas P. Zipes, M.D.

Page 170

1  occasions prior to the infarct in September of '02.
2       As a matter of fact, he had chest pain going
3  back to '97 and it was thought to be due to his hiatal
4  hernia and reflux.
5       MR. GOLDMAN:  Mark, please don't.
6       MR. ROBINSON:  Go ahead.  I am just --
7       MR. GOLDMAN:  I am being extraordinarily
8  patient.
9       MR. ROBINSON:  Go ahead.
10 BY MR. GOLDMAN:
11      Q   Dr. Zipes, my question is not about 1997.
12      MR. ROBINSON:  He is asking about before the
13 heart attack.
14 BY MR. GOLDMAN:
15      Q   Yes.
16      In January of 2002 and the weeks before
17 Mr. Barnett had his heart attack, was he complaining
18 about chest pain?
19      MR. ROBINSON:  Do you want to show him the --
20      MR. GOLDMAN:  Mark --
21      THE WITNESS:  I believe he did, but I cannot
22 find it in my notes.
23 BY MR. GOLDMAN:
24      Q   Was Mr. Barnett experiencing any reduction in
25 exercise tolerance before he had his heart attack?

Page 171

1       A   I believe he was.
2       Q   Was Mr. Barnett experiencing any increased
3  blood pressure readings before he had his heart attack?
4       And I am not talking about on the date of his
5  heart attack, but on the weeks leading up to it.
6       A   Yes.  On 8/20/02, he has a blood pressure of
7  152 over 90.
8       Q   Is that the only blood pressure increase that
9  you see in the weeks leading up to Mr. Barnett's heart
10 attack in September of 2002?
11      A   The other blood pressure on 8/6/02, it is
12 normal 120 over 84 and there is a hiatus back to
13 February '02.
14      You don't want to go back that far?
15      Q   Can I take a look at that for a second?
16      MR. ROBINSON:  Do you -- you have a copy of it
17 already.
18      MR. GOLDMAN:  Is this in here?
19      MR. ROBINSON:  Yes.
20 BY MR. GOLDMAN:
21      Q   Let's talk now about the Q wave that you have
22 identified in Mr. Barnett's medical records.  Okay?
23      A   Yes.
24      Q   First, can you tell me what the relevance is to
25 you of Mr. Barnett's having a transmural Q wave heart

Page 172

1  attack as opposed to a non-Q wave heart attack?
2       A   It generally means that the entire wall is
3  affected by the heart attack and it is generally due to
4  a complete occlusion of a vessel rather than partial or
5  complete occlusion with significant collaterals.
6       Q   If Mr. Barnett had a non-Q wave heart attack in
7  September of 2002, like his doctor said he did, would
8  that indicate to you that he doesn't have significant
9  heart damage?
10      A   It is -- a non-Q wave infarct generally does
11 not produce as significant heart muscle damage as a
12 Q wave infarct.
13      Q   How do you assess in terms of the depth and
14 widths of an ECG or an EKG whether there is a Q wave?
15      Can you tell me in terms of measurements?
16      A   Yes.  The width of a Q wave is far more
17 important than the depth of the Q wave.  A significant Q
18 wave is 40 milliseconds or greater in duration and is
19 seen in two or more contiguous leads.
20      So, for example, leads two, three and AVF.  If
21 there were significant Q waves in leads three and AVF, as
22 an example, that would be diagnostic of an anterior wall
23 myocardial infarct.
24      Mr. Barnett goes from an ECG on admission on
25 9/6 and 9/7 with no Q or a tiny Q in AVF until 9/11 when

Page 173

1  he has a diagnostic Q wave in his ECG.
2       That electrocardiogram is absolutely
3  unequivocal diagnostic of an anterior wall myocardial
4  infarction.  It is a new Q wave and it is 40
5  milliseconds in duration in lead AVF.
6       Q   The Q wave that you saw in September 11, 2002,
7  was a new Q wave?
8       A   That's right.  It is a new pathologic Q wave.
9  I have to look, if it is okay.
10      MR. ROBINSON:  Show him what you are talking
11 about.
12      THE WITNESS:  I will.  Can I have the earlier
13 ECG?
14      MR. ROBINSON:  Here is the --
15      THE WITNESS:  Would you like me to show you?
16      MR. GOLDMAN:  Sure, I would.  Let's see if we
17 can describe this for --
18      MR. ROBINSON:  Here is 9/6.
19      THE WITNESS:  9/6 and 7 are pretty similar.
20 These are leads two, three, and AVF.  And these are
21 looking at the anterior wall of his left ventricle that
22 is profused by the PDA.
23 BY MR. GOLDMAN:
24      Q   You are looking at a document that is from
25 September 6th.  Okay.

44 (Pages 170 to 173)

Douglas P. Zipes, M.D.

Page 178

1  Q   You've seen a nondiagnostic one?
2  A   Lead three has a small Q wave.  Lead AVF has a
3  very tiny Q wave.  It is a very poor reproduction of an
4  ECG, but those are totally normal.  Those would not
5  be --
6      MR. ROBINSON:  What was the date of that, Andy,
7  that document?
8      THE WITNESS:  It is 16, April, '96.
9      MR. ROBINSON:  '96?
10     THE WITNESS:  Yes.
11     MR. GOLDMAN:  Let me show you Exhibit 9, April
12 2nd, 1998.
13     (Defendant's Exhibit 9 was marked
14     for identification by the court
15     reporter.)
16 BY MR. GOLDMAN:
17     Q   Do you see any nondiagnostic Q waves there?
18     A   There were none.  I went through all of his
19 electrocardiograms and he has in this a Q wave in lead
20 three.
21     Q   Mentioning the Exhibit for the record, I just
22 put it out there --
23     A   This is Exhibit 9.  He has a Q wave in lead
24 three, but a very tiny and nonpathologic Q wave in AVF.
25     Q   I will hand you what I have marked as Exhibit

Page 179

1  10, sir.
2      (Defendant's Exhibit 10 was marked
3      for identification by the court
4      reporter.)
5  BY MR. GOLDMAN:
6      Q   Can you tell me in Exhibit 10, which is a EKG
7  from June 28, 2001, whether there are any Q waves that
8  you see?
9      A   Yes.  Similar to the preceding tracing, he has
10 a Q wave in lead three, but he does not have a
11 pathologic Q wave in AVF.  It is a tiny Q wave and
12 totally different from the 9/11/02 ECG.
13     MR. GOLDMAN:  Exhibit 11 is an EKG from
14 December 20, 2005.
15     (Defendant's Exhibit 11 was marked
16     for identification by the court
17     reporter.)
18 BY MR. GOLDMAN:
19     Q   Is there any Q wave there, sir?
20     A   He has got tiny Q waves in leads two, three,
21 and AVF.  None of which are pathologic.
22     Q   Let's talk about cardiac enzymes and that is --
23     A   And that is why, as we look at these ECG's, it
24 makes the 9/11 ECG so diagnostic because none of these
25 other ECG's before or after that event is that

Page 180

1  pathologic Q wave present in lead AVF.
2      Thank you for showing them to me.
3      Q   Are Q waves sometimes considered false Q
4  waves --
5      A   Not if --
6      Q   -- because of the position that the patient is
7  in when he has an EKG done?
8      A   Not to be -- well, you need to define what
9  false Q wave means.
10     Q   Is it true that for lots of patients, an EKG
11 might show a Q wave on one particular occasion and then
12 the next day or five minutes later, there isn't a Q
13 wave?
14     A   There can be totally normal Q waves, as I have
15 told you.  We are talking about a pathologic Q wave of
16 40 milliseconds or greater in duration.
17     Now, this is going to get a little complex, but
18 you asked me the question.
19     Q   Okay.
20     A   You can get conduction disturbances such as
21 left anterior or left posterior hemiblocks or you can
22 get left bundle or right bundle branch blocks that can
23 either make or obscure Q waves.  Neither of those
24 conditions apply to Mr. Barnett.
25     You could also have pathologic Q waves in

Page 181

1  situations such as hypertrophic cardiomyopathy, tumors
2  of the heart that can produce Q waves.
3      And any electrocardiogram needs to be
4  interpreted in the clinical setting in the patients that
5  we are dealing with.  We are dealing with a patient who
6  has unquestioned myocardial infarction that is absolute
7  on September 6th of '02, who now develops a new Q wave
8  in lead AVF.
9      That is absolutely pathognomonic of transmural
10 Q wave myocardial infarction regardless of what the
11 antecedent or following ECG's demonstrated.
12     Q   My question is whether or not for many patients
13 they may show a Q wave on one test and then when they
14 stand up and have another EKG done, the Q wave is gone?
15     A   Not a pathologic Q wave, no.
16     Q   The EKG --
17     A   With the exception of the conduction
18 abnormalities.  Wolff Parkinson White Syndrome.  There
19 is a variety of things that, you know --
20     Q   I know this is simplistic, but we are not going
21 to be talking to a bunch of scientists.
22     A   I understand that, but I want to be complete.
23 I don't want you to say, oh, Dr. Zipes, here is an
24 exception to what you said.
25     Q   Dr. Zipes, let me ask you a different question.

46 (Pages 178 to 181)



Douglas P. Zipes, M.D.

Page 182

1    The EKG's that you reviewed for Mr. Barnett on
2  May 2nd of 2006 --
3    A   Yes.
4    Q   -- do you remember those?
5    A   Yes.
6    Q   Did any of the EKG's that you looked at on May
7  6 -- May 2nd, 2006, show any diagnostic Q wave?
8    A   No pathologic Q wave.
9    Q   Dr. Zipes, the topic I want to talk about
10  now --
11    MR. ROBINSON:  Well, good.
12  BY MR. GOLDMAN:
13    Q   -- is cardiac enzymes.  Okay?
14    Do you agree that the degree of elevation of
15  cardiac enzymes correlates with the degree of muscle
16  damage?
17    A   Roughly, it does.  Yes.
18    Q   Based on the tripodal levels, CPK and CKMB
19  levels for Mr. Barnett in September of 2002, would you
20  agree that that would indicate he had a small heart
21  attack?
22    A   Yes.
23    Q   When you looked at the cardiac cath film, sir,
24  did you actually see a clot?
25    A   You don't actually see a clot, but you see a

Page 183

1  configuration of the dye consistent with a clot.
2    Q   Where exactly is the --
3    A   That is in the PDA.
4    Q   So you looked at the film and saw dye hanging
5  around the PDA?
6    A   Exactly right.
7    Q   Have you diagnosed a clot before by looking at
8  cardiac catheterizations?
9    A   I honestly don't remember.
10    Q   Would you agree, sir, that there is no way to
11  determine whether the clot that you saw in the angiogram
12  for Mr. Barnett that that was a Vioxx clot?
13    A   Well, it didn't have a V on it.
14    Q   Did it have another letter on it?
15    MR. ROBINSON:  Merck.
16    THE WITNESS:  It is a clot.  I testified that I
17  think the infarction was due to Vioxx.  And, therefore,
18  I would say that the Vioxx caused the clot.
19  BY MR. GOLDMAN:
20    Q   Looking at the clot alone, sir, and the dye
21  that is hanging in the angiogram, would you agree that
22  there is no signature on there?
23    No indication just from looking at that cath
24  report or catheterization film that Vioxx caused the
25  clot as opposed to something else?

Page 184

1    A   If you gave me that sialoangiogram in isolation
2  and I knew knowing about the patient, I would agree with
3  you.
4    Q   You say in your report that despite a normal
5  ejection fraction of 50 percent in September of 2002,
6  there is clear evidence of reduced heart function in the
7  area profused by the PDA that showed interior wall
8  hypokinesis?
9    A   That's correct.  In addition, there is elevated
10  left ventricular end diastolic pressure indicating
11  abnormal left ventricular function.
12    Q   Does the 50 percent ejection fraction indicate
13  that Mr. Barnett's heart was pumping fine, even when he
14  was having his heart attack?
15    A   Actually, many laboratories pick 55 percent as
16  the lower limit of an ejection fraction.
17    Q   What is your range, sir, for a normal ejection
18  fraction?
19    A   55 to 70 percent or thereabouts.  So one -- I
20  would argue that it was mildly reduced at that time.
21    But as you indicated in your question, he has
22  anterior wall motion abnormality and by catheterization,
23  has a left ventricular end diastolic pressure of 16,
24  which is elevated showing abnormal left ventricular
25  function at the time of his infarct.

Page 185

1    Q   What if the left ventricular diastolic pressure
2  of 16 -- is that what you said?
3    A   No.  The left ventricular end diastolic
4  pressure of 16 was abnormal.
5    Q   And what if it were six?
6    A   Then it would be normal, but it was not six.
7    Q   Are you sure that it wasn't six?
8    A   I'm positive it wasn't six.  There is a
9  miswriting in the note by the surgeon, who indicates
10  that it is six; but in his dictated summary indicates
11  that it is 16.
12    And in addition, there is another handwritten
13  note by, I think, Dr. Karavan indicating that it was 16.
14    MR. ROBINSON:  You want to show him?
15  BY MR. GOLDMAN:
16    Q   Dr. Karavan showed that the hypokinesis that
17  was identified by the angiogram in September of 2002,
18  shows that Mr. Barnett's bottom of his heart was mildly
19  weakened.
20    Do you agree with Dr. Karavan or not?
21    A   That there is mild -- that there is -- that
22  there is mild hypokinesis.  This is simply exactly what
23  I showed.
24    MR. GOLDMAN:  I am trying to conduct an exam
25  here.  Stop handing him stuff.

47 (Pages 182 to 185)

Douglas P. Zipes, M.D.



Page 186

1    MR. ROBINSON:  You asked questions about a
2  document and he was going to go into this.
3    THE WITNESS:  This is exactly what I was saying
4  to you and I was.
5  BY MR. GOLDMAN:
6    Q   Do you agree with Dr. Karavan that the
7  hypokinesis that was diagnosed in September of 2002
8  shows that the bottom of Barnett's heart was mildly
9  weakened?
10   A   Yes.
11   Q   And you agree that the hypokinesis resolved by
12  July, 2003 when he had his stress test in July of 2003?
13   A   I do with a caveat that the stress test is
14  generally not as accurate in showing subtle wall motion
15  abnormalities as is a cardiac echo, which I obtained or
16  a left ventricular angiogram, which was done when he had
17  his infarct.
18   Q   Based on the stress test that was done in July
19  of 2003, do you agree that the normal wall motion that
20  was reported for Mr. Barnett evidences that his
21  hypokinesis resolved?
22   A   Based on that stress test with the caveats I
23  gave you, yes.
24   Q   Did you review the films from the July, 2003
25  stress test yesterday?

Page 187

1    A   Yes.
2    Q   Was there anything you noticed that are
3  relevant to your opinions, sir?
4    A   Nothing different than what we have said.
5    Q   The nuclear stress test that you saw yesterday
6  from July of 2003 confirmed what was written in the
7  report for that stress test; true?
8    A   Yes.
9    Q   Was Mr. Barnett's ejection fraction in July,
10  2003 normal?
11   A   Yes.
12   Q   Was it higher than it was before he had his
13  heart attack in January of 2000?
14   A   Before he had his heart attack?  I think it was
15  roughly in the same range.
16   Q   Is the left ventricular function an important
17  measure of heart function?
18   A   Extremely.
19   Q   Why is it important, sir, and why is a 58
20  ejection fraction an important reading?
21   A   Left ventricular ejection fraction is one of
22  the most commonly used risk determinants in cardiology
23  and is very predictive of future cardiac events --
24   Q   Are --
25   A   -- under ordinary circumstances.

Page 188

1    Q   Are ejection fraction measurements strongly
2  tied to survival of patients with heart disease?
3    A   They are.
4    Q   Was Mr. Barnett's 15 minutes on the treadmill
5  in July of 2003 and 17.2 MET score in July of 2003
6  impressive, in your mind?
7    A   Yes.
8    Q   Why so?  Why do you say that?
9    A   It showed he had very good exercise tolerance.
10   Q   Let's -- based on the July, 2003, stress test
11  that was done, sir, do you agree that that did not
12  reveal any evidence of permanent muscle damage?
13   A   Well, he has atypical hypoprofusion in that
14  stress test, as I remember.  So he does have some
15  ischemia and indeed the mild -- or what they called
16  apical thinning.
17   Q   What does that mean, apical thinning?
18   A   I don't know frankly.  And in our review of the
19  tests yesterday, the changes that were seen in 2000
20  appeared to be there as well.  So there is some evidence
21  of mild ischemia.
22   Q   I'm sorry.  Did I understand you to say that
23  the ischemia that you saw in the July, 2003's stress
24  test that you reviewed yesterday is similar to what
25  Mr. Barnett had in January of 2000?

Page 189

1    A   There were similar changes.
2    Q   Was Mr. Barnett diagnosed with ischemia in July
3  of 2003?
4    A   No.  It is called apical thinning and
5  decreased -- apical thinning.
6    MR. ROBINSON:  But I think -- are you asking
7  him if there is lateral ischemia as there was back in
8  2000?
9    MR. GOLDMAN:  No.  You heard my question.
10   Q   Let's talk about the May 2nd, 2006, meeting
11  that you had with Mr. Barnett.  Okay?
12   A   Yes.
13   Q   Whose idea was it to have that meeting on this
14  May 2nd, 2006 stress test?
15   A   I think Mr. Robinson asked me whether I wanted
16  to evaluate Mr. Barnett and I said absolutely.  I
17  thought that would be very important to do.
18    The structure of the very evaluation the tests
19  obtained was my decision as a cardiologist.
20   Q   Did you ask Mr. Barnett for purposes of
21  litigation or as his doctor?
22   A   Purposes of litigation.  I am not his doctor at
23  the present time.
24   Q   Do you have an intention to be Mr. Barnett's
25  doctor?

48 (Pages 186 to 189)

Douglas P. Zipes, M.D.

Page 190

1    A   I am not his doctor at the present time.
2    Q   Did anybody from Mr. Robinson's office attend
3    the evaluation or the meeting with Mr. Barnett?
4    A   No.
5    Q   As I understand it, sir, you had an initial
6    discussion with Mr. Barnett when he arrived at your
7    hospital?
8    A   I treated him as I would ordinarily treat any
9    patient.  I do a history.  I do a physical exam, an
10   electrocardiogram, and determine whether laboratory
11   tests are needed.
12   Q   How long did you speak with Mr. Barnett, would
13   you say, the first time?
14   A   20, 30 minutes.
15   Q   Did you write down everything that you felt was
16   significant with Mr. Barnett in your report?
17   A   Yes.
18   Q   Did you talk to -- did you talk about
19   Mr. Barnett's history of hypertension or blood pressure
20   when you met him?
21   A   I don't remember.  He -- obviously, it was a
22   bit unusual since I knew so much about him prior to me
23   seeing him, that I did not need to take the detailed
24   history that I ordinarily would in another patient.
25   Q   Did Mr. Barnett tell you what medications he

Page 191

1    was taking?
2    A   Yes, and I produced a list of those.
3    Q   On Page 10 of your report, you list present
4    medications, and did Mr. Barnett tell you he was taking
5    all of these medications here?
6    A   Right.
7    Q   And that included Mobic, 15 milligrams?
8    A   All of those that I listed.
9    Q   Mr. Barnett also told you during your initial
10   discussion I think about episodes of chest pain that he
11   was experiencing in April of 2006; right?
12   A   Yes, he had three.
13   Q   He told you that he felt chest pain while he
14   was running to catch a plane?
15   A   Correct.
16   Q   He felt heart fluttering and chest pain during
17   the deposition?
18   A   Yes.
19   Q   He told you that he felt chest pain during or
20   right after a treadmill exercise?
21   A   Correct.
22   Q   And Mr. Barnett told you that he felt shortness
23   of breath after exertion in late April?
24   A   That's correct.
25   Q   Do you blame Vioxx, sir, for each of those

Page 192

1    events?
2    A   If the chest pain was due to -- if the chest
3    pain was angina, then yes.
4    Q   Was the chest pain angina that he described in
5    April of 2006?
6    A   It is hard to know.
7    Q   So you don't know whether or not the events
8    that Mr. Barnett described to you in April of 2006
9    reflect any problems that he is having with his heart?
10   A   As a cardiologist taking care of a patient with
11   this kind of a history, knowing what his coronary
12   arteries look like, I would say more probably than not
13   it was angina; and, therefore, it was due to Vioxx.
14       Do I have absolute proof?  No.
15   Q   Is it your testimony, sir, that it is more
16   probable than not that the chest pain Mr. Barnett was
17   experiencing while he was running to catch an airplane
18   was due to Vioxx?
19   A   More probably than not.
20   Q   Is it your testimony, sir, that it is more
21   probable than not that his heart fluttering and chest
22   pain that he was experiencing in the deposition was due
23   to Vioxx?
24   A   Yes.
25   Q   And it is your position, sir, that it is more

Page 193

1    probable than not that the chest pain that he
2    experienced after his treadmill and the shortness of
3    breath that he says he is experiencing now is due to
4    Vioxx?
5    A   Yes.
6    Q   Did you see any evidence in the medical records
7    in any time in 2006 or 2005 when Mr. Barnett was
8    complaining of angina or chest pain?
9    A   Not that I remember.
10   Q   Did you advise Mr. Barnett to have a angiogram?
11   A   I did not because that is not my role.
12   However --
13   Q   I was just asking if you did or not.
14       MR. ROBINSON:  Hold on.  Let him speak.
15       THE WITNESS:  However, on review of all of his
16   history, I think it would be very reasonable to do that.
17   And Mr. Barnett has actually talked to me about coming
18   back to see me as a cardiologist.
19       My position is difficult because I have a
20   conflict of interest.  And what I would -- I have not
21   suggested to him yet, but I will, is that he come back
22   and see another cardiologist at my institution for an
23   independent evaluation.
24       Because I think what -- with the changes that
25   he has on the echo and on the CT angiogram further

49 (Pages 190 to 193)

Douglas P. Zipes, M.D.

Page 194

1 evaluation is absolutely indicated.
2 BY MR. GOLDMAN:
3    Q   When did Mr. Barnett tell you that he wanted
4 you to be his doctor?
5    A   We talked about it very briefly two days ago.
6    Q   In person or on the phone?
7    A   In person.
8    Q   Is that when you were preparing for your
9 deposition?
10       MR. ROBINSON:  He was in my office and he
11 talked to him after the depo that you took of
12 Mr. Barnett.
13 BY MR. GOLDMAN:
14    Q   I took Mr. Barnett's deposition -- second
15 deposition on --
16       MR. ROBINSON:  The 6th, the next day Barnett
17 was there on the 7th.
18       MR. GOLDMAN:  Thank you.
19    Q   Did Mr. Barnett approach you after I took his
20 second deposition for you to be his doctor?
21    A   I don't think he said it as specifically as
22 that, but he said that he would like to consider that.
23    Q   Did Mr. Barnett tell you that he was unhappy
24 with Dr. Karavan and his care?
25    A   Not at all.

Page 195

1    Q   As I understand when you evaluated Mr. Barnett,
2 you did not tell him to have a cardiocatheterization,
3 but you now think it was a good idea?
4    A   I thought it was a good idea, but it was not my
5 role.
6    Q   But if you thought it was in Mr. Barnett's
7 interest to have an angiogram because that is in the
8 best interest with his health, why wouldn't you have
9 told him that?
10    A   Why would I have told him?
11    Q   Why wouldn't you have told him?
12    A   Because my role at that particular time was
13 evaluation for litigation.  And I have, as I said, an
14 inherit conflict of interest.
15       So if I were to say you need a coronary
16 angiogram now, my concern would be would anyone say
17 that, well, you are simply doing that because of the
18 litigation that is going on, and you are being the
19 plaintiffs' expert.
20       The more professional approach would be for him
21 to come back, as I said, be evaluated by another
22 cardiologist, who, hopefully, would agree with me, but
23 if he didn't agree with me, okay.
24       But it would be an independent evaluation.  And
25 there was nothing emergent about having it, that he

Page 196

1 needed it the next day.  This could wait -- not too
2 long.
3    Q   How long do you think that Mr. Barnett needs an
4 angiogram?
5    A   I think he should have one -- my personal
6 evaluation is that he should have one some time in the
7 next several months.
8    Q   Why --
9       MR. ROBINSON:  Several months or maybe we can
10 do it in a couple of weeks.
11       THE WITNESS:  Now, you are behaving like a
12 lawyer, and this is exactly what I didn't want to do.
13       MR. ROBINSON:  Can we agree that you are not
14 going to raise this at trial?
15 BY MR. GOLDMAN:
16    Q   Why is there inherent conflict of interest for
17 you to advise Mr. Barnett to have an angiogram based on
18 your evaluation of his stress test given your role as an
19 expert witness?
20    A   I should not be functioning as a professional
21 caregiver at the same time as I am testifying as a
22 plaintiffs' expert.
23       Whether you agree with that or not, I don't
24 know, but that is my own ethical evaluation of the
25 situation.

Page 197

1    Q   Did Mr. Barnett on May 2nd of 2006 tell you
2 that he was suffering from lower leg pain in his left
3 leg and ankle swelling?
4    A   Yes.
5    Q   Did he tell you that he was experiencing left
6 lower leg and ankle swelling since his surgery in
7 September, 2002?
8    A   Yes.
9    Q   Do you blame Vioxx for that?
10    A   No -- well, yes, in the sense that he wouldn't
11 have needed the surgery had he not taken the Vioxx.
12    Q   So whatever left leg and ankle swelling
13 Mr. Barnett is experiencing or has since his surgery,
14 you think that that is Vioxx's fault?
15    A   It is because Vioxx that he had the surgery,
16 which led to removing staph in his veins from his left
17 leg, which led to his left leg edema.
18    Q   Has any doctor diagnosed Mr. Barnett as having
19 left leg edema?
20    A   I don't know.
21    Q   Have you seen any medical records since
22 September of 2002 indicating any complaints by
23 Mr. Barnett about left lower leg or ankle swelling?
24    A   I have not.
25    Q   Did you have a second discussion with

50 (Pages 194 to 197)

**EXHIBIT "2"**
**Part C**

**EXHIBIT "2"**
**Part C**

Douglas P. Zipes, M.D.

Page 198

1    Mr. Barnett after he had some tests run on May 2nd,
2    2006, where you interpreted the test for him?
3        A    No.  I saw him.  I did a history and physical
4    and then sent him off for the tests.  And the CT
5    angiogram, I believe, was actually done the next day and
6    I think I was leaving town that night.  I don't
7    remember.
8            But to answer your question, no, I did not
9    discuss the test results with him.
10       Q    Did you tell Mr. Barnett at any point on May
11   2nd, 2006, or thereafter, what your interpretation of
12   the May 2nd test was?
13           MR. ROBINSON:  Objection.
14           THE WITNESS:  Yes.  I -- I talked to him since
15   then and I don't remember exactly when or whether it was
16   two days ago or some other time.  That he has a scar.
17   That he has abnormal left ventricular contraction.
18       That -- I don't remember whether I told him one
19   of his vein grafts may be occluded, but I told him that
20   I thought he had serious heart disease.
21   BY MR. GOLDMAN:
22       Q    Did you tell Mr. Barnett that you felt he has
23   lost 9 to 10 years off his life?
24       A    I don't know whether I specifically said that
25   or not.

Page 199

1        Q    What was Mr. Barnett's reaction when you told
2    him your interpretation of the test results from May
3    2nd, sir?
4        A    Well, he was, obviously, very concerned.
5        Q    How long did you spend with Mr. Barnett talking
6    about the test results?
7        A    That was very brief and that was not during the
8    physician/patient interaction during the time that I
9    evaluated him.
10       Q    So describe for me the setting when you told
11   Mr. Barnett about the results of his test when you told
12   him:  He had a scar, abnormal left ventricular
13   contraction, vein graft occluded; and serious heart
14   disease; and that he lost 9 to 10 years off his life?
15           MR. ROBINSON:  This was before the CT scan;
16   right?
17           THE WITNESS:  No.  This would be after the CT
18   scan.  And I don't remember -- I guess, it must have
19   been a couple of days ago.
20   BY MR. GOLDMAN:
21       Q    What do you remember about how long you spent
22   with Mr. Barnett?  Where you were, who was there when
23   you told him the results of his May 2nd --
24       A    It was in Mr. Robinson's office or one of the
25   offices.  And it was a very brief discussion and it was

Page 200

1    at that point that Mr. Barnett said something about
2    seeing me as a cardiologist.
3        Q    I just want to identify and make sure I have
4    the right records here, Dr. Zipes.
5            (Defendant's Exhibit 12 was marked
6             for identification by the court
7             reporter.)
8    BY MR. GOLDMAN:
9        Q    Exhibit 12, can you just state what that is for
10   the record, sir?
11       A    These are the interpretations from the
12   treadmill test that he had to May, 2006 at my
13   institution.
14       Q    So Exhibit 12 is the report from Mr. Barnett's
15   treadmill --
16       A    Treadmill specific myocardial profusion.
17       Q    In May, 2006?
18       A    That is correct.
19           (Defendant's Exhibit 13 was marked
20            for identification by the court
21            reporter.)
22   BY MR. GOLDMAN:
23       Q    And Exhibit 13, can you tell us what that is?
24       A    13 is, basically, the same thing with the
25   addition of the ECG portion interpreted by a different

Page 201

1    physician since we have experts in both areas, but the
2    profusion aspect looks to be the same.
3            MR. GOLDMAN:  Exhibit 14.
4            (Defendant's Exhibit 14 was marked
5             for identification by the court
6             reporter.)
7    BY MR. GOLDMAN:
8        Q    Sir, what is that?
9        A    This is the echocardiographic report from his
10   evaluation.
11       Q    On May 2nd, 2006?
12       A    On May 2nd, 2006 and a report from the CT
13   angiogram.
14       Q    And Exhibit 15?
15           (Defendant's Exhibit 15 was marked
16            for identification by the court
17            reporter.)
18           THE WITNESS:  This looks like the same thing.
19   Basically, this is the stress test with his
20   electrocardiogram and ECG's from the stress test.
21   BY MR. GOLDMAN:
22       Q    Are the results of any of Mr. Barnett's EKG's
23   on May 2nd, 2006, indicative of a heart problem?
24       A    No -- well, I said that too quickly.
25           The P wave in lead V1 is possible left atrial

51 (Pages 198 to 201)

Douglas P. Zipes, M.D.

Page 202

1  enlargement, which fits the echo, which does show left
2  atrial enlargement.  That has been crossed out by
3  Dr. McHenry (phonetic), who has overread this
4  electrocardiogram and has written in that it was normal.
5      I reviewed these electrocardiograms with
6  Dr. McHenry and showed him the previous
7  electrocardiograms you showed me, the September 11th
8  electrocardiogram and, obviously, this one.
9      And Dr. McHenry helped read the September 11th,
10  electrocardiogram as a Q wave myocardial infarct.
11  Dr. McHenry is our electrocardiographer reader.
12      He also said that he missed an abnormality on
13  this 2, May, '06 electrocardiogram that shows negative U
14  waves in V1, which would be consistent with myocardial
15  disease.
16      I said, this is part of litigation.  We are not
17  making any changes at this point.
18      So you have his interpretation as being normal,
19  but I will tell you that he told me that he should have
20  seen the negative U wave, which he missed.
21      Q   Did you show Dr. McHenry all of Mr. Barnett's
22  EKG results?
23      A   All that I had, yes.
24      Q   All of them?
25      A   The ones that he had from his medical records.

Page 203

1      Q   Did you show Dr. McHenry the December 20, 2005
2  EKG?
3      A   If I had it -- if I had it, I did.  I pulled
4  all of the electrocardiograms and showed it to him.
5      Q   Why were you trying to talk to Dr. McHenry out
6  of his independent assessment?
7      MR. ROBINSON:  Objection.
8      THE WITNESS:  Woah, counsel, I did not say that
9  at all.
10  BY MR. GOLDMAN:
11      Q   Well, you approached him with all of the
12  past -- all of the past EKG's from Mr. Barnett.
13      A   That's right.
14      Q   Why didn't you allow Dr. McHenry to assess the
15  EKG of May 2nd on his own?
16      A   He did.  He wrote all of this without talking
17  to me.
18      Q   And why did you want to talk to him about
19  Mr. Barnett's previous EKG's?
20      A   Well, first of all, I formed my own opinion
21  about the Q wave infarct.  I told you that.  And I
22  simply wanted to see did he agree with me.
23      That wasn't going to change my mind, but as an
24  independent observer, what was your interpretation of
25  the electrocardiogram?  And he absolutely agreed with me

Page 204

1  that it was a Q wave infarct.
2      I also felt that there was -- having seen the
3  echo, that there was left atrial enlargement, which he
4  has by echo.  That is part of the echo interpretation
5  and I thought that was consistent with that ECG and
6  wondering why he crossed it out.
7      And he said he didn't.  It was left atrial
8  enlargement.
9      And I said fine.
10      Then on relooking at this electrocardiogram, he
11  said, oh, these negative U waves, I did not see that the
12  first time around.
13      Q   And you pointed out the U waves to Dr. McHenry?
14      A   No, he picked them out.
15      Q   Did you ask Dr. McHenry to interpret the
16  subsequent EKG results the third, fourth, six pages?
17      A   He did that totally independent of me.  That
18  was part of his reading of the stress test.
19      So this first page is done by Dr. McHenry.  I
20  was out of town.  I had nothing to do with the ECG
21  portion of the stress test evaluation.
22      Q   Dr. Zipes, if you look at the third page of
23  Exhibit 15, which is an EKG report, on May 2nd, at 1:06
24  in the afternoon, and then the subsequent EKG reports,
25  do you see any abnormalities in those?

Page 205

1      A   I do not.
2      Q   Let's talk about Mr. -- let's take a break
3  because you wanted to take a break.
4      MR. ROBINSON:  Let's take a break.
5      (Brief recess.)
6  BY MR. GOLDMAN:
7      Q   Dr. Zipes, let's talk about Mr. Barnett's
8  performance on the treadmill in May of 2006.  Okay?
9      A   Yes.
10      Q   How would you rate his performance at
11  nine-and-a-half minutes on the Bruce Protocol treadmill?
12      A   It was clearly subpar compared with his 14 to
13  15 minutes on average from the multiple stress test that
14  he had previous.
15      Q   How would you rate Mr. Barnett's 13.1 MET score
16  in May of 2006?
17      A   Lower than it was previously, which was 17 1/2,
18  as I remember.
19      Q   How would you compare Mr. Barnett's MET score
20  of 13.1 to the average for a man his age?
21      A   I think it is good, but it is clearly reduced
22  compared to what he has done previous.
23      Q   Do you know what the average MET score would be
24  for a 60-year-old man?
25      A   I don't.

52 (Pages 202 to 205)

Douglas P. Zipes, M.D.

Page 206

```
 1    Q   Do you know for a 25-year-old man?
 2    A   Probably, 16 or 17, but I am not certain.
 3    Q   Do you know what the average amount of time on
 4  a Bruce Protocol would be for a 60-year-old man?
 5    A   I don't.
 6    Q   Did Mr. Barnett have hypertension before he
 7  started using Vioxx?
 8    A   I thought we talked about that.
 9    Q   We may have.
10    A   He had 40-odd normal blood pressure recordings,
11  and those that were abnormal were associated with upper
12  respiratory infections prior to starting Vioxx.
13        His highest blood pressure in his life until
14  that time -- excuse me.  Let me rephrase that.  He had
15  his highest blood pressure ever recorded in his life
16  after starting Vioxx at 164 over 100 up until that time.
17    Q   I was asking before.
18    A   On 10/24/00.
19    Q   Dr. Zipes, before Mr. Barnett started using
20  Vioxx, would you say that he had hypertension or not?
21    A   I would say he did not have hypertension.
22    Q   Is coronary artery disease the most common
23  cause of death in the United States?
24    A   Yes.
25    Q   Is it the most common cause of death for men
```

Page 207

```
 1  Mr. Barnett's age?
 2    A   Yes.
 3    Q   Would you agree that despite advances in the
 4  treatment of patients with coronary artery disease, sir,
 5  a large number of victims, who are healthy, die without
 6  having symptoms of coronary artery disease?
 7    A   Not the way that you phrased the question.  You
 8  are not healthy and then die.
 9    Q   Let me ask it a different way.
10        Is it true despite major advances in the
11  treatment of coronary heart disease, that a large number
12  of victims of the disease, who are apparently healthy,
13  die suddenly without having any prior symptoms?
14    A   That is correct.
15    Q   When does atherosclerosis start in people?
16    A   There are a number of very often quoted studies
17  indicating that very early fatty streaks have been shown
18  in youngsters:  16, 18, 20 years old.
19    Q   And does atherosclerosis typically progress
20  over time in human beings?
21    A   It does without intervention.
22    Q   Well, even with intervention, doesn't
23  atherosclerosis progress in humans?
24    A   The data to date would suggest that it is true
25  with the exception of recent studies showing that
```

Page 208

```
 1  significant reduction of LDL below 70 can actually cause
 2  regression of atherosclerosis.
 3        The assumption is then that if you lower LDL to
 4  that level in a young person, there may be no
 5  progression whatsoever of atherosclerosis.
 6        This is a very new concept in the last couple
 7  of years.
 8    Q   Do you agree, sir, that over time in human
 9  beings atherosclerosis plaque can progress and narrow
10  the blood vessel?
11    A   In certain individuals, yes.
12    Q   And isn't it also common for plaque to become
13  vulnerable over time and subject to rupture?
14    A   In certain individuals, yes.
15    Q   In many individuals isn't it also true that
16  plaque that is vulnerable ruptures and that is part of
17  the natural progression of atherosclerosis?
18    A   Yes.
19    Q   Would you also agree that the vast majority of
20  heart attacks are caused by plaque rupture?
21    A   Yes.
22    Q   You don't need a trigger or any outside
23  influence to rupture plaque; do you?
24    A   We don't know that.  As a matter of fact, the
25  title of one of the talks I did is "Why Did He Die on
```

Page 209

```
 1  Tuesday and Not on Monday?"  And I have actually
 2  published an editorial with that.
 3        Because the immediate precipitate for or the
 4  sudden cardiac arrest, for example, is really unknown.
 5  It's probably in many instances plaque rupture and
 6  myocardial infarction, but not always.
 7        And if it is plaque rupture, what is the
 8  trigger that caused the plaque rupture?  Was it that
 9  blood pressure spike that challenges that atheromatous
10  cap to cause the plaque rupture?  And very probably in
11  certain instances, that is true.
12    Q   What you just described, is that a theory that
13  is now being pursued or are you saying that has been
14  proven?
15    A   Which?
16    Q   The idea that you might need an outside
17  influence to rupture plaque.
18    A   Well, that is part of the thought process.  I
19  mean, why does a plaque that is previously stable
20  suddenly rupture?  Is it due to a blood pressure surge?
21  Is it due to autonomic influences?
22        Basically, we don't know, but those are
23  certainly possibilities.
24    Q   Do you know what caused Mr. Barnett's plaque to
25  rupture before he had his heart attack in September of
```

Douglas P. Zipes, M.D.

Page 210

1  2002?
2      A   For when he developed a thrombus and the PDA,
3  and the answer is I don't know.
4      Q   Do you need an imbalance, sir, in prostacyclin
5  and thromboxane in your vasculature in order to have a
6  clot?
7      A   That's a very broad question and taken at its
8  broadest, probably not.  There are other things that
9  might cause a clot.
10     Q   Isn't it true that in most individuals their
11 prostacyclin and thromboxane levels are perfectly normal
12 and in balance, but they have clots any way?
13     A   We don't know that.  Those data have not been
14 obtained in large numbers of patients to be able to make
15 such a statement, to my knowledge.
16     Q   Have you heard, sir, of situations where even
17 when a patient is taking aspirin and is in an
18 antithrombotic state, that those individuals can have
19 heart attacks as well?
20     A   Yes.  And they can while taking aspirin and
21 Vioxx as well.
22     Q   Did I ask about Vioxx?
23     MR. ROBINSON:  Come on, Andy.  Be nice.
24     MR. GOLDMAN:  I was just asking in general.
25     MR. ROBINSON:  Be nice.

Page 211

1  BY MR. GOLDMAN:
2      Q   Would you agree, sir, that a thrombus or a clot
3  is the natural consequence of a plaque rupture?
4      A   Most probably.
5      Q   Let's talk about the Alzheimer's study or
6  studies.  Okay?
7      A   Yes.
8      Q   And your reliance on Dr. Kronmal Kronmal.
9      A   Yes.
10     Q   Can you tell me what you're relying on from
11 Dr. Kronmal Kronmal's analysis to support your view that
12 there is an increased cardiovascular risk shown in the
13 Alzheimer's trials?
14     A   Yes.
15     Q   Are you looking at the first five pages of
16 Exhibit 2, again?
17     A   I am.  Those are three studies that were
18 analyzed by Dr. Kronmal: 078, 091, and 126.
19     Q   And can you show me what page you are on?
20     A   I am on Page 2.
21     Q   Okay.
22     A   And as you see on the bottom right, I have put
23 down numbers that -- to the best of my recollection, I
24 have taken from Dr. Kronmal's report.
25     And as you see, there was certainly an increase

Page 212

1  in mortality.  I don't think anybody argues that.  The
2  relative risk of myocardial infarct was 1.52 and not
3  statistically significant.
4      However, Dr. Kronmal makes the very important
5  point that in studies such as this, where someone may
6  have a sudden death due to infarct, but not be called an
7  infarct, they just had sudden death, that you lose that
8  population that might have had infarct.
9      So that the hard cardiovascular endpoint is MI,
10 plus sudden cardiac death.  And, indeed, he makes the
11 point that in the 4S trial done by Merck, that was the
12 endpoint that they used, so --
13     Q   Go ahead.
14     A   So the second line then is the combined
15 endpoint of myocardial infarction and sudden cardiac
16 death with a relative risk of 1.89, which was
17 statistically significant.
18     Q   Did you combine heart attacks and sudden
19 cardiac death events when you were analyzing the VIGOR
20 study?
21     A   I did not.  I mean, the VIGOR study, I think,
22 stands alone with infarct versus noninfarct.  It is a
23 different population.
24     One of the issues with the Alzheimer's
25 population is patients having an infarct chest pain or

Page 213

1  whatever, and not being able to recognize it because of
2  the obvious unsettling CNS, central nervous system,
3  issues with the Alzheimer's population.
4      Q   Why would that be expected to occur anymore
5  frequently in the Vioxx group than in the placebo group
6  in the Alzheimer's trials?
7      A   I'm sorry.  Why would what occur more
8  frequently?
9      Q   You said it is important to include sudden
10 cardiac death as part of your endpoint in analyzing the
11 Alzheimer's trials because there might be people who
12 don't recognize that they are having a heart attack?
13     A   Right.  But I think you can make that argument
14 for any trial.
15     That the combination might show more
16 statistically significant data in VIGOR.  It was clear
17 that the number of infarcts, which were readily
18 identified in VIGOR, were so much greater than placebo
19 that Naproxen that the 5 to 1 difference then was
20 clearly statistically significant.
21     Q   Do you know what the relative risk would be in
22 the VIGOR study if the endpoint was heart attack and
23 sudden cardiac death combined?
24     A   I don't.
25     Q   Why wouldn't you have looked at that if you

Douglas P. Zipes, M.D.

Page 214

1  were going to rely on --
2        MR. ROBINSON: Why don't you tell him what it
3  is?
4  BY MR. GOLDMAN:
5        Q   Doctor --
6        A   If I -- if I had seen the data, I would have
7  certainly looked at it.
8             With VIGOR, as I remember, there was no
9  difference in mortality, and that may be why the two
10  were not combined. And I don't know what the relative
11  risk is if you combine them and whether it reads a
12  statistical significance.
13            But, you know, it really doesn't matter in the
14  sense that if you are trying to demonstrate attributable
15  risk of a drug, there are so much data to support the
16  risk that myocardial infarctions in VIGOR stand by
17  themselves.
18        Q   So you believe that the myocardial --
19  withdrawn.
20            Do you believe that the difference in heart
21  attacks in the VIGOR study, on its own without looking
22  at any other study, is enough to demonstrate that Vioxx
23  carries an increased cardiovascular risk?
24        A   Yes, you could do that -- let me back up.
25            When we attribute a finding to a clinical

Page 215

1  study, we give it what are called levels of evidence.
2  And -- and I mention that in my report. Okay?
3        One, well-done, randomized clinical trial would
4  create a certain level of evidence. It would not be the
5  level of evidence A, but it would be a level of evidence
6  that is probably B.
7        However, having then more than one randomized
8  trial showing an adverse event then would elevate that
9  level of evidence.
10        Now, I also need to add when we are talking
11  about efficacy, not adverse events, the level of
12  evidence and statistical significance are generally
13  required to be a notch higher because we want to err on
14  the side of being absolutely sure that something
15  caused -- that some efficacious response occurs.
16        When we are talking about an adverse event,
17  such as a myocardial infarction, then we need to be more
18  conservative and err on the side of it being more
19  likely -- I am not using the proper terms -- the level
20  of evidence is not as strict when we are talking about a
21  severe adverse response as when we are trying to prove
22  efficacy.
23        That is a long-winded answer to your question.
24        In VIGOR, the relative risk of myocardial
25  infarction is five. The combined infarct plus mortality

Page 216

1  in the Alzheimer's data, as I have indicated, were
2  statistically significant.
3        Q   Do you know any other clinical trial for Vioxx
4  that showed a statistically significant difference
5  in all cause mortality other than -- do you know whether
6  there are any other clinical trials for Vioxx that show
7  an increased incident of all cause mortality other than
8  the Alzheimer's trials?
9        A   Well, I talked about 090.
10        Q   How many deaths occurred in 090?
11        A   There were six cardiovascular adverse events in
12  the Vioxx group versus one in the placebo group.
13        Q   You are talking about deaths now?
14        A   I don't have them broken down. I just say,
15  cardiovascular adverse events.
16        Q   Is it your position, Dr. Zipes, that study 090
17  showed a statistically significant increase in all cause
18  mortality between Vioxx and Nabumatone and Vioxx and
19  placebo?
20        A   No, I don't believe it did.
21        Q   And so let's go back to my question.
22            Other than the Alzheimer's trials, do you know
23  of any other Vioxx clinical trial that showed an
24  increased incident of all cause mortality for Vioxx
25  versus a comparator?

Page 217

1        A   If you include mortality plus infarct, APPROVe
2  has a relative risk of 2.17.
3        Q   I am not asking about mortality and infarct. I
4  am asking about mortality -- all cause mortality.
5            Do you know of any other Vioxx clinical trial
6  that has an increased incident of all cause mortality
7  for Vioxx other than your interpretation of the
8  Alzheimer's trial?
9        A   I do not.
10        Q   Do you agree, sir, that it would be
11  inappropriate to just change endpoints when analyzing
12  clinical trials to get to a statistically significant
13  result?
14        A   Yes, in general.
15        Q   And if you are going to look at just the
16  relative risk of heart attacks in, let's say, the VIGOR
17  trial, don't you think in all fairness you should look
18  at the relative risk of heart attacks in the Alzheimer's
19  trials rather than try to add endpoints, so that you get
20  to a statistically significant increase?
21        A   No, I don't agree with that. We are dealing
22  with a potentially horrific endpoint of myocardial
23  infarction or death. And in some studies, myocardial
24  infarctions and death, as I have presented to you.
25            And one needs to take data and make judgment

Douglas P. Zipes, M.D.

Page 218

1  calls to come up with a conclusion. That is what the
2  FDA did. That had their Advisory Committee vote 32,
3  nothing that Vioxx causes an increase in cardiovascular
4  adverse events, myocardial infarctions, and so on. And
5  I absolutely agree with what they have done.
6      Q   Do you agree with the FDA's assessment of
7  cardiovascular risks associated with COX-2 inhibitors
8  and NSAIDs?
9          MR. ROBINSON: I am going to object.
10         THE WITNESS: Are you talking about their --
11         MR. ROBINSON: It is not in the FDA. That's
12  Jenkins. I am telling you what I think.
13         MR. GOLDMAN: Stop testifying, Mark. Mark, I
14  am really getting tired.
15         MR. ROBINSON: I don't know what you mean by
16  FDA. It is -- my objection is mischaracterization.
17         MR. GOLDMAN: Okay. It is
18  mischaracterization -- then object.
19         MR. ROBINSON: I am objecting.
20  BY MR. GOLDMAN:
21     Q   You just testified, Dr. Zipes, about the FDA
22  and you like the fact that they voted 32 to nothing that
23  Vioxx causes heart attacks; right.
24     A   Yes. Their Advisory Committee did.
25     Q   And in all fairness, would you agree that the

Page 219

1  FDA's conclusions that might favor Merck or might favor
2  Vioxx are also reliable?
3      A   Specifically, what are you talking about?
4      Q   Well, you know the FDA prepared a memo on
5  August 6 of 2000 --
6          MR. ROBINSON: April 6.
7  BY MR. GOLDMAN:
8      Q   I'm sorry. April 6, 2005, after hearing about
9  the Advisory Committee's views; right?
10     A   Yes.
11     Q   And you've reviewed that memo?
12     A   I have. But if you are going to ask me
13  specific questions about it, I would like to see it.
14     Q   Do you know based on your review of the memo
15  that the FDA reviewed all of the available clinical
16  trials and observational studies on COX-2 inhibitors and
17  their potential effect on cardiovascular risks?
18     A   Yes.
19     Q   You believe that the FDA is well-qualified
20  to assess cardiovascular risks; right?
21     A   Yes.
22     Q   They are way more involved in analyzing drug
23  risks and cardiovascular risks than you are; true?
24     A   True.
25         MR. ROBINSON: Objection.

Page 220

1  BY MR. GOLDMAN:
2      Q   I will hand you --
3      A   I have got to rethink that last answer. I have
4  analyzed Vioxx I think probably as in depth as the FDA
5  has.
6      Q   Before you became an expert for the plaintiffs'
7  lawyers, would you agree that you didn't have the
8  knowledge to be able to say whether the FDA was right or
9  wrong in their conclusions on April 6, 2005?
10     A   That is probably true.
11     Q   Let me hand you what I will mark as Exhibit 16,
12  sir. I think, yes.
13         This is an April 6, 2005, memo from
14  Dr. Jenkins, who is the director of the office of new
15  drugs for the FDA and Dr. Seligman.
16         (Document not marked.)
17  BY MR. GOLDMAN:
18     Q   Let me ask you about the first bullet.
19         MR. ROBINSON: Why don't you let him read it?
20  Can he read it?
21         You know, typically, when Merck does this, they
22  get a chance to read. I want you to take five minutes
23  and read that.
24         MR. GOLDMAN: I am going --
25         MR. ROBINSON: No. No. No. He is going to

Page 221

1  read this document. You can ask him any questions about
2  this document.
3          MR. GOLDMAN: Why are you getting mad?
4          MR. ROBINSON: Let him read it. I know how you
5  operate, Andy.
6          MR. GOLDMAN: Sit down. Sit down.
7      Q   If you need to read the document, read the
8  document.
9          MR. ROBINSON: I want him to read the document.
10  BY MR. GOLDMAN:
11     Q   Dr. Zipes, if you need to read the document,
12  you can read it.
13         MR. ROBINSON: I want him to read the document.
14  I am going to do what Merck has done in every
15  deposition. He is going to read the document.
16         MR. GOLDMAN: Okay. This is off the clock.
17         MR. ROBINSON: Go ahead and read it.
18         (Brief recess.)
19  BY MR. GOLDMAN:
20     Q   Dr. Zipes, did the FDA conclude, to your
21  knowledge, that there was no increased cardiovascular
22  risk seen in the Alzheimer's trials for Vioxx?
23     A   They indicated that --
24         MR. ROBINSON: Can you give me the page when
25  you find it?

56 (Pages 218 to 221)

Page 222

1    MR. GOLDMAN:  This is, again, the first five
2  pages of Exhibit 2.
3    THE WITNESS:  I don't have that.
4    They, obviously, concluded that there was an
5  increase in mortality and I don't remember what they
6  said specifically about the cardiovascular risk.
7  BY MR. GOLDMAN:
8    Q   Do you know whether --
9    MR. ROBINSON:  Can you show him the document
10  with the FDA rather, if you got something?
11  BY MR. GOLDMAN:
12    Q   Do you know whether the cardiovascular
13  mortality in the Alzheimer's trials was higher for Vioxx
14  than placebo?
15    MR. ROBINSON:  Cardiovascular mortality?
16    MR. GOLDMAN:  Yes, as opposed to death from
17  electrocution.
18    THE WITNESS:  The coronary heart disease
19  mortality from --
20  BY MR. GOLDMAN:
21    Q   I did not ask about that.
22    A   Well, what are you asking?  That is
23  cardiovascular death.
24    Q   Do you know whether for cardiovascular
25  thrombotic events whether there was an increased

Page 223

1  mortality between Vioxx and placebo in the Alzheimer's
2  trials?
3    A   I don't know.
4    Q   It would be wrong for you to just take out
5  coronary heart disease mortality from Dr. Kronmal's
6  report and say that that resulted in a fatality risk of
7  4.61, but ignore the cardiovascular mortality for -- for
8  thrombotic events; right?
9    A   One needs to evaluate all of the data in a
10  trial and make conclusions based on that.
11    Q   Would you agree that in assessing
12  cardiovascular risk it is important to consider the
13  totality of data and totality of the clinical trials and
14  not isolated ones?
15    A   Yes, in general.
16    Q   Do you know whether any peer-reviewed articles
17  have adopted Dr. Kronmal's approach to analyzing the
18  Alzheimer's trials?
19    A   Which approach are you talking about?
20    Q   Using all-cause mortality to determine whether
21  there is an increased risk associated with Vioxx.
22    A   All-cause mortality -- you mean, what he did
23  was to include both the infarct and sudden death
24  mortality; is that what you are talking about?
25    Q   Yes.

Page 224

1    A   Yeah.  As I said earlier, to my knowledge,
2  Merck did that in the four S trial.  And that is a
3  general standard that is adopted for many or most
4  randomized clinical trials because otherwise, you
5  lose -- you are giving me --
6    Q   No, I am with you.
7    A   -- looks that you want me to hurry along here.
8    Q   No.  No.  No.  I understand what you are
9  saying.
10    A   Okay.  I will stop.
11    Q   Do you know one way or the other, Dr. Zipes,
12  whether Dr. Kronmal in his analysis of mortality in the
13  Alzheimer's trials looked at the on-drug period or
14  off-drug period or both?
15    A   I think -- I honestly don't remember.  You
16  know, you are asking me so much about the Alzheimer's
17  trials.  I do want to add, which I have in my report,
18  the Chen memo.
19    Q   Why do you want to add that?
20    A   Because Chen looked at 091 and 078 and Chen,
21  from my knowledge, is a Merck statistician and Chen was
22  very worried about what he saw in those data.
23    And I have a table in my report indicating the
24  mortality that he found and I believe that was a memo to
25  Merck executives.

Page 225

1    Q   I am not interested in the Chen memo.  I know
2  what it says.  Okay?
3    A   All right.
4    Q   I am glad you pointed that out.
5    A   But you are asking me for conclusions about a
6  trial.  And I am giving you data done by one of Merck's
7  own people, who was concerned about the results of that
8  trial.
9    Q   Do you know of the deaths that occurred off
10  drug in the Alzheimer's trials that Dr. Kronmal used in
11  his analysis whether -- how many of those were related
12  to cardiovascular events?
13    A   I don't know.
14    Q   Do you know during the off-drug period in the
15  Alzheimer's trials whether there is a statistically
16  significant difference in heart attacks or thrombotic
17  cardiovascular events versus placebo?
18    A   I am not certain that it has been done
19  statistically, but Fowl published the follow-up of 078
20  and showed very important differences.
21    There were 17 deaths in Vioxx versus five in
22  placebo and off-drug -- 29 weeks off drug.  I don't know
23  whether that was statistically significant or not.
24    Q   My question was in that one, actually, not
25  about deaths, but about heart attacks and cardiovascular

Douglas P. Zipes, M.D.

Page 226

1  thrombotic events. Let me ask the question again.
2      MR. ROBINSON: Let him answer.
3      THE WITNESS: On the off drug --
4  BY MR. GOLDMAN:
5      Q   I need to ask the question again. Dr. Zipes, I
6  need to ask the question again, so the record is clear.
7      Do you know whether during the off-drug period
8  in the Alzheimer's trials was there a statistically
9  significant difference in heart attacks or thrombotic
10  cardiovascular events between Vioxx and placebo?
11      A   There was a difference, but I don't know
12  whether it was statistically different.
13      Q   Does statistical difference matter to you while
14  interpreting the Alzheimer's trials?
15      A   Of course, it matters, but I have given you
16  reasons why one needs to be less stringent with adverse
17  event data than with efficacy data.
18      Q   Do you know whether the Vioxx patients in the
19  Alzheimer's trials were followed for a longer period of
20  time than those patients who were on placebo?
21      A   I don't know.
22      Q   Have you reviewed, sir, the APPROVe extension
23  report?
24      A   Yes.
25      MR. GOLDMAN: Let me mark what now will be

Page 227

1  Exhibit 16.
2      (Defendant's Exhibit 16 was marked
3      for identification by the court
4      reporter.)
5      MR. ROBINSON: You know what, there are several
6  APPROVe extension reports. Which one are we --
7      MR. GOLDMAN: I am going to hand you one.
8      MR. ROBINSON: Can I look at that?
9  BY MR. GOLDMAN:
10      Q   I have handed you, sir, what I have marked as
11  Exhibit 16. It is Bates stamped MRK-S0420112017 --
12      MR. ROBINSON: What is the date of this?
13  BY MR. GOLDMAN:
14      Q   -- through 132.
15      MR. ROBINSON: Does it have a date on it?
16      MR. GOLDMAN: It is the final package, Mark.
17      MR. ROBINSON: Wait. The May 26th date?
18      MR. GOLDMAN: Yeah.
19      MR. ROBINSON: No, this is May 10 -- the
20  May 26th date is what I am worried about.
21  BY MR. GOLDMAN:
22      Q   Do you know, sir, whether or not you reviewed
23  this document?
24      A   I have reviewed -- I have looked at this. I
25  have looked at multiple documents with APPROVe follow-up

Page 228

1  data and --
2      MR. ROBINSON: I don't think this is the right
3  one.
4      MR. GOLDMAN: Mark, I am just asking.
5      THE WITNESS: The most resent one I have is
6  5/26/06.
7  BY MR. GOLDMAN:
8      Q   Do you attach as the first few pages of
9  Exhibit 2, what you rely on in the extension report for
10  APPROVe?
11      A   What is Exhibit 2?
12      MR. ROBINSON: He means your notes.
13      MR. GOLDMAN: Let me be clear for the record.
14      Q   Dr. Zipes, we are looking at your notes that
15  start, Merck Trials, MDA file, November 23, 1998. These
16  are the first six or so pages of Exhibit 2.
17      A   Yes.
18      Q   And that is what we have been working from for
19  the last two hours; right?
20      A   Yes.
21      Q   So I noticed that one of the pages that you
22  have attached here to this Exhibit is Table B6, Table
23  B7, Table C13.
24      MR. ROBINSON: By the way, this is the wrong
25  report.

Page 229

1      MR. GOLDMAN: And Table C14.
2      MR. ROBINSON: I am going to object to any
3  questions. You updated this report on May 26th.
4      MR. GOLDMAN: Mark, we are using his thing now.
5  So we are not using that.
6      MR. ROBINSON: Okay. Fine.
7  BY MR. GOLDMAN:
8      Q   Let me start my question now for the third
9  time. We are looking at your first several pages of
10  Exhibit 2.
11      A   Yes.
12      Q   And you've attached two pages from the APPROVe
13  follow-up report, the extension report, and those are
14  Pages 29 and 65, which include four tables: Table B6,
15  B7 and C13 and B14; right?
16      A   Yes.
17      Q   And are these the relevant information from the
18  APPROVe follow-up report that you are relying on for
19  your opinion, sir?
20      A   Yes.
21      Q   Do you know whether during the off-drug period
22  in the APPROVe study whether there was a statistically
23  significant difference in confirmed thrombotic
24  cardiovascular events?
25      A   If one looks at Table C14, which is the APTC

58 (Pages 226 to 229)

Douglas P. Zipes, M.D.

Page 230

1  endpoint, that zero to six -- and this is zero to six
2  months and the relative risk is 3.74, which is
3  statistically significant.
4     Q   Well, you picked that one, but how about the
5  one greater than 18 months?
6     A   The statistical significance from these data
7  are no longer present at 6 to 12 months and one of the
8  interpretations of that is that a number of the
9  individuals have died, who had a thrombotic events and
10 are not part of the subsequent evaluation.
11    Q   Whose interpretation is that?
12    A   That is an interpretation.
13    Q   That is an interpretation that is the most
14 favorable to the plaintiffs in this case, but that is
15 not an objectively scientific interpretation.
16    A   We don't have to go there. Zero to six months,
17 there is statistically significant increase with the
18 relative risk of 3.74, summary of confirmed APTC
19 endpoints -- I don't know why it is not statistically
20 significant after that.
21    Q   Do you agree that there is no difference in
22 relative risk between Vioxx and placebo when you look at
23 confirmed APTC endpoints after six months off drug?
24    A   From these data, I would agree.
25    Q   My question was whether in the off-drug period,

Page 231

1  did you notice any statistically significant difference
2  in confirmed thrombotic cardiovascular events?
3     A   And in that, there was no statistically
4  significant difference.
5     Q   Do you agree that during the off-drug period
6  and the APPROVe study, sir, that there was no difference
7  whatsoever between Vioxx and placebo when you look at
8  cardiac events as the endpoint?
9     A   According to these data, that is correct.
10    Q   And you don't have any reason to doubt this
11 data; right?
12    A   Correct.
13    Q   So the number of cardiac events that occurred
14 in the off-drug period for APPROVe were 16 for Vioxx and
15 16 for placebo; right?
16    A   Yes.
17    Q   And if you just look at MI, like you did for
18 the VIGOR trial, is there a statistically significant
19 difference in heart attacks during the off-drug period
20 in the APPROVe study between Vioxx and placebo?
21    A   No.
22    Q   Do you know if Dr. Kronmal made any errors in
23 his analysis of the APPROVe off-drug events?
24    A   I think there was a miscalculation of 16 versus
25 17. I read it quite some time ago, and I don't remember

Page 232

1  precisely, but I think there was one error that I saw in
2  total numbers, but I am very hazy about that.
3     Q   Is it fair to say that you did not assess
4  Dr. Kronmal's analysis to see whether or not he made any
5  errors; true?
6     A   That's absolutely true.
7     Q   Let's talk about the -- wait a second.
8        Let's talk about the Fitzgerald hypothesis or
9  the imbalance theory that the plaintiffs talked about in
10 this case. Okay?
11    A   Yes.
12    Q   When was the first time anybody suggested that
13 COX-2 inhibition could disrupt the balance between
14 prostacyclin and thromboxane in the vasculature and
15 cause heart attacks?
16    A   I don't know the very first time. I do know
17 that the scientific advisors of Merck raised that as a
18 possibility in the '97/'98 time frame.
19    Q   Do you understand from reading the Board of
20 Scientific Advisors' memo from May of 1998, that the
21 board was suggesting that there is a hypothesis out
22 there, that may be Vioxx could disrupt the balance
23 between prostacyclin and thromboxane and lead to a
24 prothrombotic state and increase the risk of heart
25 attacks?

Page 233

1     A   I testified to that earlier. That was May 3
2  through 6, '98, Scientific Advisor's John Oates and
3  Garrett Fitzgerald and several others.
4        And it was followed by a memo from Patrono
5  suggesting that there was concerns regarding this
6  possibility.
7     Q   Okay. I am talking about the Board of
8  Scientific Advisors.
9     A   Yes.
10    Q   And was it a good thing for Merck to consult
11 with its Board of Scientific Advisors about what
12 Dr. Fitzgerald had to say about the potential
13 cardiovascular risks of Vioxx?
14    A   Yes.
15    Q   You think that was responsible and that was a
16 good thing that Merck did?
17    A   Yes.
18    Q   Do you also know that the Board of Scientific
19 Advisors were hypothesizing that Vioxx could actually be
20 beneficial for the heart and prevent heart attacks?
21    A   They raised that as a possibility. They
22 suggested that appropriate studies be done to look at
23 that.
24    Q   So in 1998, when the Board of Scientific
25 Advisors was analyzing the data, you agree that there

59 (Pages 230 to 233)

Douglas P. Zipes, M.D.

Page 234

1  was a theory that Vioxx could be harmful to the heart
2  and it also could be helpful to the heart and nobody
3  knew for sure?
4      A   You can restate it in that fashion.  My
5  impression was that they were very concerned that it
6  would be harmful.
7      Q   Do you think that the Board of Scientific
8  Advisors was in favor of Vioxx going on the market when
9  it did?  Do you know one way or the other?
10     A   I don't know.
11     Q   Prior to the Board of Scientific Advisors' memo
12 in May of 1998, are you aware of anybody who suggested
13 before then that COX-2 inhibition could disrupt the
14 balance of prostacyclin and thromboxane and lead to
15 heart attacks?
16     A   Yes.  I think the 023 study, which was done, I
17 believe in '97, not published until '99, showing a
18 reduction in PGI-2 via urinary metabolites raised that
19 as a very distinct possibility.
20     Q   And study 023 was the Fitzgerald study; right?
21     A   Yes, it was published -- first author was
22 Catella-Lawson.
23     Q   Based on your review of the literature,
24 Dr. Zipes, would you agree that prior to the
25 Catella-Lawson or Fitzgerald study, there was no

Page 235

1  suggestion in the medical literature that COX-2
2  inhibition could disrupt the balance of prostacyclin and
3  thromboxane and potentially lead to heart attacks?
4      A   I don't know if that is true.
5      Q   You have not seen any studies before?
6      A   I cannot cite you any study, no, but that does
7  not mean it does not exist.
8      Q   You are not aware, as you sit here today,
9  Dr. Zipes, of any studies or articles before Fitzgerald
10 came out with his urine study showing that COX-2
11 inhibition can disrupt the balance between thromboxane
12 and prostacyclin and increase the risk of cardiovascular
13 events?
14     A   I am not aware of any.
15     Q   Do you agree, sir, that Dr. Fitzgerald and his
16 urine study did not reach a conclusion about whether
17 Vioxx was prothrombotic and could lead to cardiovascular
18 events?  He was advancing the possible theory?
19     A   From the Catella-Lawson study, yes.
20     Q   Do you agree, sir, that in the Catella-Lawson
21 study or the Fitzgerald study, the unexpected result
22 that Fitzgerald noticed was a decrease in PGIM or a
23 prostacyclin metabolite in the urine?
24     A   Yes.
25     Q   Do you know that the amount of reduction in

Page 236

1  PGIM in the Catella-Lawson study was between 60 and 70
2  percent compared to the nonVioxx group?
3      A   Yes.
4      Q   Do you know, sir, whether a reduction in
5  prostacyclin in the vasculature by 70 percent is enough
6  to put a patient in a prothrombotic state and at risk
7  for cardiovascular events?
8      A   We know from animal studies that it is, and
9  there are a number of animal studies that support that.
10         And indeed, I have a curve from Fitzgerald in
11 my -- I think, it is from Fitzgerald in my report
12 showing -- this is Grosser, et al -- showing that the
13 percent of inhibition of prostacyclin formation is more
14 of an S shaped curve with cardiovascular risk on the Y
15 axis.
16         MR. ROBINSON:  Is Ken going to be at trial,
17 too?
18 BY MR. GOLDMAN:
19     Q   I want to -- what animal studies do you say
20 show that a 70 percent reduction in vascular
21 prostacyclin can put --
22     A   I can't say that it is a 70 percent reduction
23 in vascular prostacyclin --
24     Q   What animal studies were you referring to
25 before when I asked you whether a reduction in

Page 237

1  prostacyclin in the vasculature by 70 percent is enough
2  to put a patient in a prothrombotic state and an
3  increased risk of cardiovascular events?
4      A   There are several studies that look at the APOE
5  knockout and compare the double knockout with a
6  single -- in other words, APOE minus, minus versus
7  minus, plus and suggest that, that represents an
8  intermediate form affecting atherosclerosis.
9          What I was trying to do was to use that to say
10 that you don't need 100 percent reduction in
11 prostacyclin and still have an impact on the genesis of
12 atherosclerosis.
13         Did I make that clear?
14         MR. GOLDMAN:  Yeah, let's take a quick break.
15 So I can consult with somebody.
16         (Discussion held off the record.)
17 BY MR. GOLDMAN:
18     Q   Dr. Zipes, are you aware of any animal studies
19 showing that a 60 percent reduction in prostacyclin by a
20 COX-2 inhibitor actually does not accelerate the
21 progression of atherosclerosis?
22     A   I am not aware of a specific 60 percent
23 quantitative response.  I am aware of the concept
24 demonstrated in animal studies that in diseased vessels
25 where there is an up-regulation of both thromboxane A2

Golkow Litigation Technologies - 1.877.DEPS.USA

Douglas P. Zipes, M.D.

Page 238

1  and PGI-2 and PGE-2, that as advanced by Fitzgerald and
2  perhaps others as well, a slight reduction; and I don't
3  remember the percent slight; but a reduction of PGI-2,
4  becomes extremely significant in that situation because
5  the thromboxane A2 has been up-regulated and is,
6  therefore, left unopposed by even a mild reduction of
7  PGI-2.
8     Q   So while you remember that study showing a
9  slight reduction in PGI-2 showing an extremely
10  significant problem, you don't know about a study that
11  shows a 60 percent reduction in prostacyclin by a COX-2
12  inhibitor that does not acceleration the progression of
13  atherosclerosis?
14     A   I am not aware of that study.  It does not mean
15  that it does not exist.  I cannot cite it for you.
16        MR. ROBINSON:  Do you want to give us the
17  author, though, Andy?  Go ahead.
18  BY MR. GOLDMAN:
19     Q   Do you know based on the urine studies that
20  have been done, sir, do you know whether Vioxx reduces
21  prostacyclin more than Celebrex does?
22     A   I don't know.
23     Q   Is prostacyclin present throughout the body?
24     A   Probably, it is.  It's certainly present in
25  multiple organs.

Page 239

1        There is some argument and your expert says
2  that it is not present in the endothelium of normal
3  blood vessels.  However, there are multiple studies that
4  would differ with that conclusion and indicate that it
5  is.
6     Q   Are there studies, sir, that show that -- you
7  agree that prostacyclin is in multiple organs in the
8  human body; right?
9     A   Yes.
10     Q   Does a reduction in PGIM, the urine metabolite
11  of prostacyclin, tell you where in the body that
12  prostacyclin is being produced?
13     A   No.
14     Q   Are you aware of any studies, sir, looking at
15  the effect of COX-2 inhibition of prostacyclin in the
16  blood as opposed to the urine?
17     A   No.
18     Q   Do you know whether for purposes of the
19  determining if Vioxx causes clotting, the reduction in
20  prostacyclin has to occur in the vasculature?
21     A   It does occur there.  It more probably than not
22  occurs in other places as well.  I don't know that it
23  has to be reduced in a specific area as long as it is
24  affecting the blood, which is where the clotting is
25  occurring.

Page 240

1     Q   Does COX-1 or COX-2 produce prostacyclin in the
2  blood vessels?
3     A   They both probably do.
4     Q   When you say "probably," does that mean you
5  don't know?
6     A   No.  I mean the experimental data would
7  indicate that they do.
8     Q   What data shows that COX-1 produces
9  prostacyclin in the vasculature?
10     A   I would have to pull out my animal studies, but
11  that has been demonstrated.
12     Q   And do you know what studies show that COX-2
13  produces prostacyclin in the vasculature?
14     A   Yes.
15     Q   Which ones?
16     A   You want prostacyclin in the vasculature or
17  COX-2?
18     Q   Yes.  I want literature that you relied on to
19  show that COX-2 produces prostacyclin in the
20  vasculature.
21     A   There are several studies.  Both MR and A and
22  CDA, CDNA of prostacyclin has been demonstrated in
23  endothelial vessels.  There has been demonstrated
24  prostacyclin in the endothelium of blood vessels -- am I
25  am I responsive to your question?

Page 241

1     Q   No, you are not.
2     A   I'm sorry.
3     Q   I am asking you to identify the articles, sir,
4  that you relied on for the proposition that COX-2
5  produces prostacyclin in the vasculature.
6     A   All right.  There is one by Hla, H-L-A, and
7  PNAS in 1992.  Gene induced by shear stress in vitro by
8  Topper in PNAS in 1996.
9        COX-2 MR and A and protein, as I said, has been
10  demonstrated in human and mouse blood vessels.
11     Q   What study is that?
12     A   Grosser, JCI in '06.  Rudic in Circa Search in
13  '05, demonstrated that prostacyclin modulates
14  vasculature remodeling.
15        COX-2 inhibition has been related to
16  atherosclerosis, plaque instability, vessel remodeling
17  indicative of prostacyclin in blood vessels.
18        Egan, Circa Search in '05, and a science
19  article in '04.  Kobayashi and Naromia in JCI in '01.
20        MR. ROBINSON:  '04, I think.
21        THE WITNESS:  '04 have demonstrated similar
22  kinds of findings.
23        There is a lovely study -- clinical study that
24  I actually cited to you earlier and I blocked on his
25  name -- oh, yes, Bulut, B-U-L-U-T.  And that is with

Douglas P. Zipes, M.D.

Page 242

1  paracoxib and what he demonstrated in humans is that
2  paracoxib -- let me back up.
3      Prostacyclin, as you know, is a vasodilator and
4  he gave paracoxibs to humans and showed that the
5  vascular reactivity in the forearm was significantly
6  reduced by COX-2 inhibition. That is a very important
7  and very well-done study. That is in the Journal of
8  Hypertension in '03.
9      There has been immunoreactivity studies that
10 have demonstrated prostacyclin in vasculature
11 endothelium, Grosser, et al.
12     MR. ROBINSON: You've already mentioned
13 Grosser.
14     THE WITNESS: JCI in '06.
15     Cheng study in JCI.
16     MR. ROBINSON: That is C-H-E-N-G, check.
17     THE WITNESS: The concept that PGI-2 is
18 synthesized in blood vessels actually goes back to 1976,
19 I cited that earlier.
20 BY MR. GOLDMAN:
21     Q  I was talking about COX-2 producing it.
22     What you've said is -- all of the studies that
23 you've just mentioned support your view that COX-2 makes
24 prostacyclin in the vasculature; right?
25     A  That's right.

Page 243

1      Q  Any other studies that you rely on for that
2  proposition?
3      A  There is co-localization of COX-2 and PGE
4  synthase in symptomatic corotid plaques taken from
5  patients and that's -- I believe, it is Cipollone,
6  C-I-P-O-L-L-O-N-E, Circulation in '01.
7      Q  What do you say that study shows?
8      A  Co-localization of COX-2 and PCE synthase in
9  plaques removed from symptomatic -- corotid plaques
10 removed from symptomatic individuals.
11     Q  And what is your understanding of the
12 conclusion that was reached in that particular study
13 about COX-2 inhibition?
14     A  That COX-2, as we have discussed, is the
15 synthesizes prostacyclin and it is localized in the
16 vasculature in these -- in the plaques of patients, who
17 are symptomatic with corotid artery disease.
18     Q  Got it. Any other studies that you rely on?
19     A  And there may be others. I have not gone
20 through all of my notes exhaustively.
21     Q  Let me ask you about the first study you
22 mentioned, Dr. Zipes. Can you just spell that, HLA?
23     A  H-L-A.
24     MR. ROBINSON: H-L-A. Got that?
25     THE WITNESS: And that was the gene for CDNA

Page 244

1  for COX-2 was cloned from blood vessels.
2  BY MR. GOLDMAN:
3      Q  Okay.
4      A  Induction of the gene by shear stress in vitro,
5  I think I mentioned that. That is Topper, in '96.
6      So there is a vast literature supportive of
7  this.
8      Q  Okay. Before you were retained as an expert
9  witness in this case, sir, did you feel that you had
10 expertise in knowing whether prostacyclin was made by
11 COX-1 or COX-2 in the vasculature?
12     A  No.
13     Q  I'm sorry?
14     A  No.
15     Q  Is it fair to say that your knowledge about the
16 prostacyclin and thromboxane imbalance, if any, that is
17 caused by Vioxx is knowledge that you have obtained
18 since you have been retained as an expert?
19     A  Certainly, the in-depth knowledge that I have
20 cited to you. I think a generalized knowledge with the
21 VIGOR trial and these things, I had previous.
22     Q  Got it. Is it true, sir, that when patients
23 stop using Vioxx, any supposed imbalance between
24 prostacyclin and thromboxane goes away in a matter of
25 days?

Page 245

1      A  The imbalance of the prostacyclin versus
2  thromboxane appears to disappear over some time frame.
3  I will accept days. Though, I don't know exactly how
4  many.
5      However, as I said earlier, that any vessel
6  damage from the atherosclerosis that has occurred during
7  Vioxx ingestion is not going to go away.
8      Q  How do you know that?
9      A  The anatomic structure, the atheroma, these
10 things are not going to disappear. And I think that the
11 follow up studies ADVANTAGE and 078 are --
12     MR. ROBINSON: You mean APPROVe?
13     THE WITNESS: APPROVe and 078 are supportive of
14 that. That was just a miss --
15     MR. GOLDMAN: I know. That's fine.
16     MR. ROBINSON: I am trying to protect my
17 witness. Come on. I do a good job.
18     THE WITNESS: Off the record.
19     (Brief recess.)
20 BY MR. GOLDMAN:
21     Q  Sir, you wrote in your report about ITT trials;
22 right?
23     A  Yes.
24     Q  You think it is important to analyze a drug's
25 risk based on an intention to treat or ITT approach?

62 (Pages 242 to 245)


Page 246

1  A  Yes.
2  Q  Is that how you have done your clinical trials?
3  A  I don't know that I have done all of them that
4  way because I have been involved in many clinical
5  trials, but, yes, that is the ideal way to do it.
6  Q  What percentage of the clinical trials that you
7  have been in, have you analyzed adverse events based on
8  an ITT approach?
9  A  I don't know offhand.
10  Q  Can you give me an estimate?
11     MR. ROBINSON:  He has got to go look at the --
12     THE WITNESS:  I really don't know.  Certainly,
13  in the more latter years, as we became much more
14  experienced in clinical trials, and what is important
15  about clinical trials, we certainly would try to use ITT
16  in the analysis.
17  BY MR. GOLDMAN:
18  Q  Is it true that an ITT approach is not an
19  approach that was -- withdrawn.
20     Is it true that an ITT approach to analyzing
21  adverse events has become more popular over time than it
22  was, let's say, when Vioxx was on the market?
23  A  I don't know if it is that short.  And I really
24  would not be the one to be able to give you that answer.
25  That ITT is critical -- is critical as part of

Page 247

1  randomized control trials, I think everybody agrees.
2  When that agreement first happened, I can't tell you.
3  Q  How do you define an intention-to-treat
4  approach?
5  A  It is the randomization of subjects to one arm
6  and keeping the subjects in that arm in terms of
7  analysis of outcome throughout the trial.  So that even
8  if they drop out of the study or for reasons crossover,
9  they still are analyzed according to the first arm to
10  which they have been randomized.
11  Q  Is it your understanding, Dr. Zipes, that Merck
12  in analyzing the clinical trials for Vioxx, did count
13  patients who had cardiovascular events while taking
14  Vioxx even if they discontinued the study or is it your
15  view that those particular events were not counted?
16  A  I think, to my knowledge, in my reading, only
17  APPROVe and 078 were ITT trials done by Merck.
18  Q  Do you believe that in Vioxx's clinical
19  trials --
20     MR. ROBINSON:  You mean Merck?  Oh, Vioxx, I
21  apologize.
22  BY MR. GOLDMAN:
23  Q  -- cardiovascular events were analyzed only for
24  those patients who completed the trials?
25  A  To my knowledge, that is true with the

Page 248

1  exception of APPROVe and 078.  So that if a patient
2  dropped out because of a hypertensive response, for
3  example, that patient would not be counted even thought
4  they might subsequently have an infarct.
5  Q  So in the clinical trials other than APPROVe
6  and Alzheimer's --
7  A  078 Alzheimer's.  There are other Alzheimer's
8  trials.
9  Q  Is it your understanding that other than 078,
10  Alzheimer's trial and the APPROVe trial, in the other
11  clinical trials for Vioxx, patients who had
12  cardiovascular events during the study, but then were
13  discontinued because of that event, were not counted in
14  the analysis of cardiovascular events?
15     MR. ROBINSON:  And you are saying for all other
16  trials?
17     THE WITNESS:  You've changed the question and I
18  am not certain about that answer.
19  BY MR. GOLDMAN:
20  Q  Okay.  Fair.
21     If a patient in the Alzheimer's trials, let's
22  say 078, stopped taking Vioxx one week after he started
23  the drug and then had a heart attack three-and-a-half
24  years later, do you think that that heart attack should
25  be counted against Vioxx?

Page 249

1  A  To the best of my knowledge, from a statistical
2  standpoint, if the trial is still being continued at
3  that time, then according to intention to treat, that
4  patient would be in the Vioxx arm.
5     Obviously, if the endpoint of the trial was at
6  two years, then unless there was a continuation of the
7  trial, I'm not certain that the patient would be
8  continued -- would be considered because the trial would
9  have been stopped, and the data statistically analyzed
10  and so forth.
11  Q  Do you think that it is fair to take an event
12  like a heart attack that occurs three-and-a-half years
13  later after a patient has taken Vioxx for one week and
14  then discontinued against Vioxx?
15  A  First of all, you're using interesting
16  adjectives when we are talking about biostatistics.
17  Q  Okay.  Let me use an adjective, "appropriate."
18  How about appropriate?
19     MR. ROBINSON:  He has not finished his answer.
20  BY MR. GOLDMAN:
21  Q  That is a fair criticism.  I should not use the
22  word "fair."  So let me ask the question differently.
23  Okay?
24  A  Please.
25  Q  Do you think it is appropriate, sir, when

Douglas P. Zipes, M.D.

Page 250

1    analyzing adverse events like heart attacks in clinical
2    trials like Vioxx to count against Vioxx a situation
3    where a patient stops taking the medicine after one week
4    and develops or suffers from a heart attack
5    three-and-a-half years later?
6       A    From a statistical standpoint, yes, that is
7    what intention to treat is all about and the
8    randomization and the similar kind of events occurring
9    in the placebo arm will balance that out.
10      Q    Do you think, sir, that on therapy treatment in
11   all fairness may be more appropriate when analyzing data
12   on the side effects of therapy?
13      A    Once again, you are putting in an emotional
14   spin on this, "in all fairness."
15      Q    Let me take that out. I will just ask you as a
16   scientist. Okay?
17      A    As a scientist, I think it is reasonable to
18   present both types of analyses. The biostatisticians
19   will probably tell you that there may be some usefulness
20   for an on-treatment analysis, but unquestionably if you
21   have the choice, the intention-to-treat analysis is
22   preferable.
23      Q    Do you agree as a scientist, sir, that
24   on-therapy experience may be more appropriate when
25   analyzing data concerning the side effects of therapy?

Page 251

1       A    Not necessarily.
2       Q    Let's talk about VIGOR. Okay?
3       A    Yes.
4       Q    Did you read the VIGOR study back at the time
5    it came out in November 2001?
6       A    I don't know if I read it specifically then,
7    but I read it some time after it came out. I think it
8    came out in 2000.
9       Q    You're right. I should know that.
10      A    Put that on there.
11      Q    You're right. I should know that.
12           Did you read the VIGOR study shortly after it
13   came out in November of 2000?
14      A    Yes.
15      Q    Do you agree that there were different views in
16   the scientific community about whether or not the
17   difference in heart attacks seen in the VIGOR study was
18   due to Vioxx being prothrombotic or naproxen being
19   cardioprotective?
20      A    There were some differences in views, yes.
21      Q    And respected scientists in the medical
22   community believed some -- withdrawn.
23           You will agree that some respective scientists
24   in the scientific community believed that naproxen may
25   be cardioprotective and that could explain the

Page 252

1    difference of the heart attacks in the VIGOR study?
2       A    Some of them did.
3       Q    And other people felt that Vioxx might be
4    causing the difference in heart attacks in the VIGOR
5    study; right?
6       A    Yes.
7       Q    And reasonable minds can differ about whether
8    or not the VIGOR study should be interpreted to mean
9    that Vioxx caused the heart attacks in the VIGOR study
10   versus naproxen preventing them; true?
11           MR. ROBINSON: Objection.
12           THE WITNESS: I think you need to define
13   "reasonable minds." I agreed with your previous
14   question that some respective scientists did agree or
15   did think that perhaps it was naproxen.
16   BY MR. GOLDMAN:
17      Q    Okay.
18      A    And I would give that answer to the latter
19   question.
20      Q    Did you at the time back in 2000/2001 have an
21   opinion yourself about whether Vioxx was causing the
22   difference in heart attacks in the VIGOR study or
23   whether naproxen was acting as a cardioprotective agent?
24      A    I don't remember in terms of what I thought at
25   that time.

Page 253

1       Q    Did you form an opinion at any point while
2    Vioxx was on the market concerning whether Vioxx caused
3    the heart attack difference in the VIGOR study as
4    opposed to naproxen being cardioprotective?
5       A    Yes. And at some point after that, I can't be
6    precise as to when, I was concerned that their appeared
7    to be no strong data to indicate the cardioprotective
8    effect of naproxen.
9            And at some point -- and, again, I am not
10   certain when -- I thought if it is supposed to be an
11   aspirin effect -- aspirin effect from numerous studies
12   Meta-analyses and whatever, may be a 25 percent or so
13   reduction in risk.
14           And here we have a 5- to 1 difference in
15   myocardial infarct in VIGOR. And it was hard for me to
16   believe that it was due to the beneficial affect of
17   naproxen versus the harmful effect of Vioxx.
18      Q    Are you aware whether aspirin actually reduces
19   the risk of cardiovascular events by a higher percentage
20   in high risk populations?
21      A    Yes. There have been some data, I think, as
22   high as 40-something percent depending upon the trial,
23   but to the best of my knowledge, the large meta-analyses
24   come up with something in the range of 25 to 30 percent
25   for aspirin.

Douglas P. Zipes, M.D.

Page 254

1    Q   Have you read any studies concerning aspirins
2    affect on cardiovascular risks in patients with adenoma
3    colon polyps?
4        A   Are you referring -- well, no, it wouldn't
5    be -- tell me the question again.
6        Q   Have you read any studies that report on
7    aspirins affect on cardiovascular events in patients
8    with adenoma colon polyps?
9        A   Adenomatous?
10       Q   Yes.
11       A   Not that I am aware.
12       Q   Would it surprise you if -- withdrawn.
13           MR. ROBINSON:  Is this the new Merck defense?
14   BY MR. GOLDMAN:
15       Q   Can you tell me all of the evidence that you
16   are aware of showing that naproxen can be
17   cardioprotective?
18       A   There are a number of observational studies.
19   There has been no perspective randomized controlled
20   trial of naproxen.
21           Importantly from the Juni data, I remember a
22   comment of relative risk with naproxen of .85 or
23   something like that, in one of the meta-analyses.
24       Q   My question was can you tell me the evidence
25   that you know showing that naproxen is cardioprotective?

Page 255

1        A   Total evidence --
2        Q   Yes.
3        A   -- you are talking?
4            Okay.  There have been some data on platelet
5    inhibition.  And naproxen does have some affect on
6    platelet inhibition.  It's different from aspirin in
7    that it is reversible.  Rather than as aspirin when it
8    blocks thromboxane A2 in platelets, it is irreversible.
9            So those are some of the biochemical data.
10   That's basically, all that comes to mind.
11       Q   Okay.
12       A   There were several observational studies on
13   naproxen and I can't cite all of them at the present
14   time.
15       Q   Okay.
16           MR. GOLDMAN:  I have five more pages.  If I
17   take a break, I might be able to cut some down.  So
18   let's take a break.
19           THE WITNESS:  Okay.
20           (Brief recess.)
21   BY MR. GOLDMAN:
22       Q   Dr. Zipes, just a few more questions.  Okay?
23           Did Dr. Kronmal adhere to the pre-specified
24   data analysis plan for the Alzheimer's trials?
25       A   I think he analyzed the data multiple ways.

Page 256

1        Q   Did Dr. Kronmal adhere to the pre-specified
2    data analysis plan in the Alzheimer's trials or did he
3    deviated on that?
4        A   I think he did some post hoc analyses.
5        Q   Were any of the analyses that Dr. Kronmal did
6    -- withdrawn.
7            Did Dr. Kronmal do any analysis that was not
8    post hoc for the Alzheimer's trials?
9        A   I don't remember.
10       Q   Do you know that Dr. Kronmal knew the results
11   of the Alzheimer's trials and then decided what
12   endpoints he was going to use to do his analysis?
13       A   I don't know.
14       Q   Would you agree that would be wrong to do?
15       A   I would need to know more about the
16   circumstances by which he did it.
17       Q   Would you ever use a different endpoint that
18   was pre-specified in a clinical trial to do analysis and
19   then draw specific conclusions from that endpoint?
20           MR. ROBINSON:  Objection.  Vague.
21   Hypothetical.
22           THE WITNESS:  Well, it really depends on why
23   you are doing the analysis.  If --
24   BY MR. GOLDMAN:
25       Q   Let's say it is not for litigation.

Page 257

1            MR. ROBINSON:  I think --
2            THE WITNESS:  If I am part of a clinical trial,
3    then one should indeed stick to the pre-specified
4    endpoints.
5            Indeed, Merck deviated in terms of that with
6    the VIGOR trial.  They suddenly decided to have a cut
7    off for infarcts that were, to my knowledge, not
8    pre-specified that occurred a month prior to
9    discontinuation of the therapy -- evaluation of the data
10   from the therapy, the beneficial GI effects.
11           Curfman, I think, takes them to task at great
12   length because of that and that is one of the
13   differences between the 17 and 20 -- the 17 infarcts
14   versus the actual 20.  So they deviated.
15       Q   Well, in the VIGOR trial, is it your testimony
16   that -- I'm sorry.  Let me start over.
17           Dr. Zipes, is it your understanding that Merck
18   actually when analyzing the VIGOR data deviated from its
19   plan when it analyzed the events for cardiovascular
20   events and events for GI?
21       A   To my knowledge, they did.  They did not have a
22   pre-specified cutoff and that this was established
23   sometime after the study was actually in progress or had
24   been completed, but it was not pre-specified.
25           That is one of the major arguments that Curfman

Douglas P. Zipes, M.D.

Page 258

1  made.
2      Q   Okay.  Did Mr. Barnett have colon polyps at any
3  time based on your review of the medical records?
4      A   No, he may have had diverticulosis -- I don't
5  remember clearly, but he did not have colon polyps, to
6  my knowledge.
7      Q   And just a final question, Doctor, do you
8  know -- and if you need to look at your invoices, that
9  is fine -- how much you have been paid so far in the
10 litigation and how much you would expect to be paid by
11 the time of the trial?
12     A   From Mr. Barnett?
13     Q   Yes, or his lawyer.
14     A   I have not been paid anything yet from
15 Mr. Barnett.
16     MR. ROBINSON:  I told you I am getting a
17 mortgage.
18 BY MR. GOLDMAN:
19     Q   How much, Dr. Zipes, do you expect to be paid
20 by the plaintiffs' lawyers before you testify at trial?
21     A   I really don't know.
22     Q   You're right because you don't know if he is
23 going to pay.  Let me ask the question differently.
24     Are you ready?
25     MR. ROBINSON:  Thank you, Andy, for getting

Page 259

1  into this for me.
2  BY MR. GOLDMAN:
3      Q   How much money, Dr. Zipes, have you invoiced
4  Mr. Robinson for your work in the Barnett case?
5      A   $258,200.  That is as of May 30th.
6      Q   Then you said you had worked an additional, how
7  many hours in June about?
8      A   I don't know.  I think I gave you an estimate
9  of 30- to 50 hours.
10     MR. GOLDMAN:  Okay.  Dr. Zipes, I think we are
11 done for the day.
12     MR. ROBINSON:  I just have a couple of
13 questions real quick.
14
15     EXAMINATION
16 BY MR. ROBINSON:
17     Q   Earlier Mr. Goldman asked you some questions
18 about your meetings with Mr. Barnett on May 2nd and I
19 mean, Mr. Barnett gave a deposition this week, I want
20 you to assume that he said that some time after the
21 first four studies, but before the CT study was done, he
22 had about a, I think, a five or ten-minute -- I don't
23 remember the time, but a very short meeting with you
24 where you went over some of the health effects with him.
25     Now, previous you said you didn't remember, but

Page 260

1  is it possible that Mr. Barnett is right about that?
2      A   Actually, he is.  And this jogs my memory, I
3  remember looking at the echo and seeing the damage at
4  that point and going back and talking with him briefly
5  about that.
6      Q   Okay.  Another thing, Mr. Goldman asked you
7  some questions earlier about the Cardiolite exam, and
8  briefly you mentioned the ACC guidelines and you had a
9  report about that, how does that play into your
10 evaluation of Mr. Barnett at the time of his Cardiolite
11 in January of 2000 versus his plaque buildup or
12 whatever, as of September 6 of 2002?
13     MR. GOLDMAN:  Object to the form.
14     THE WITNESS:  This was part of my supplement
15 report.  It became obvious to me that I did not express
16 adequately the low risk that Mr. Barnett had of
17 subsequent myocardial infarction with the Cardiolite
18 test that he had.
19     So I went through the percutaneous coronary
20 intervention guidelines recently published by the
21 American Heart Association, the American College of
22 Cardiology and the Society for Coronary Angioplasty and
23 Intervention.
24     And based on their recommendations, as to who
25 should have an intervention, there is no question that

Page 261

1  Mr. Barnett was at very low risk.
2      Further, I actually went to the literature
3  because there are some equations that had been provided
4  by several sources to estimate individual risk.
5      One is by Phillip Pool Wilson and his group
6  from England where one plugs in various risk factors,
7  which I did and came out with a predicted risk of death
8  myocardial infarction with disabling stroke in the next
9  five years as 4.3 percent for Mr. Barnett.
10     Q   That is as of January, 2000?
11     A   That would be as of January 2000.
12     In addition, there is an international equation
13 risk calculator and I did the same thing.  Totally
14 separate group of individuals, who put this together,
15 and if one -- and they include the presence of family
16 history.
17     If one says that he had no first-degree
18 relative with coronary disease at age less than 60,
19 assuming that his father had his heart attack at age 62
20 one comes up with a 4 percent risk of myocardial
21 infarction or dying with an acute coronary event.
22     If one says the family history is positive, the
23 risk is 6 percent and that is over a ten-year period of
24 time.
25     And then, finally, I found a paper by O'Keefe,

Douglas P. Zipes, M.D.

Page 262

1  et al., which is in the Journal of Nuclear Cardiology,
2  in 1998, and they evaluated over 4,000 stress tests and
3  indeed, used that as a predictor of an individual's
4  risk.
5      And using Mr. Barnett's response to that
6  Cardiolite stress test, he would have an extremely good
7  prognosis and at extremely low risk of cardiac event
8  based on his nuclear stress test.
9      MR. ROBINSON:  I don't have anything further.
10     MR. GOLDMAN:  Mark, I don't think any of those
11 opinions that Dr. Zipes just mentioned were in the
12 report that I saw.
13     MR. ROBINSON:  They support his ACC findings.
14 Is that right?
15     THE WITNESS:  Yes.
16     MR. GOLDMAN:  This risk profile that you're
17 describing here --
18     THE WITNESS:  That provides the substance for
19 the PCI guidelines.
20     MR. GOLDMAN:  Okay.  Mark, we are going to
21 object to any testimony about this risk profile.  You
22 never sent it to me -- let me finish.
23     MR. ROBINSON:  This is important to our case.
24     MR. GOLDMAN:  Mark, let me finish.
25     MR. ROBINSON:  We are six weeks before trial,

Page 263

1  so you have it now.
2      MR. GOLDMAN:  Mark, I am telling you right now
3  that we are going to object to any testimony about this
4  risk profile that Dr. Zipes did because you've never
5  produced it to me, and I am looking at handwritten notes
6  for the first time.
7      MR. ROBINSON:  No, they are part of Exhibit 2.
8      MR. GOLDMAN:  Well, you've never provided to me
9  any analysis by Dr. Zipes about Mr. Barnett's risk
10 profile as of January, 2000.  And I am going to object
11 because it is too late.
12     MR. ROBINSON:  I am willing to let you take his
13 deposition again in Chicago on that.  But I definitely
14 and if you want to -- we are moving to DeBauche, but at
15 least you have it now for your experts to know.
16     If you want to ask him some questions about
17 that now, you can make your objection, but you are free
18 to ask him questions now.  Just in case, hopefully,
19 Judge Fallow is going to allow me to do this.  And you
20 can reserve your objections.
21 BY MR. GOLDMAN:
22     Q   Dr. Zipes, I am not going to ask you about that
23 because I have not had time to prepare for it.  So I am
24 going to ask you a couple of questions that Mr. Robinson
25 asked you about.  Okay?

Page 264

1      A   Yes.
2      MR. GOLDMAN:  I am going to ask my question
3  okay?
4      MR. ROBINSON:  Hold on.  I am not done.
5      (Discussion held off the record.)
6  BY MR. ROBINSON:
7      Q   There was some questions about the effect of
8  aspirin with Vioxx.  Is there something in the Juni
9  study about that?
10     A   Yes.
11     Q   What is in the Juni study?
12     A   Juni looked at all comparators whether or not
13 individuals were on aspirin or not and concluded that it
14 made no difference in terms of the relative risks
15 produced by Vioxx.
16     In addition, in the ADVANTAGE trial,
17 individuals were on low-dose aspirin and in APPROVe, 20
18 percent of individuals were on aspirin and we talked
19 about the outcomes of those studies.
20     MR. ROBINSON:  Okay.  Go ahead, Andy.
21
22     FURTHER EXAMINATION
23 BY MR. GOLDMAN:
24     Q   If I understand your testimony, Dr. Zipes, you
25 met with Mr. Barnett on May 2nd, 2006, and now you

Page 265

1  remember meeting with him to tell him that he had
2  scarring of his heart and he had lost 9 to 10 years off
3  his life; right?
4      A   I am not certain about the latter.  I do
5  remember -- I was actually going out of town that night.
6      And I remember looking at the echo and talking
7  with him briefly about that.  And that there was scar
8  and that there was abnormal contraction.  I don't
9  remember saying that this reduced his life span.
10     Q   I think you said before that 500,000 to a
11 million people died of heart attacks in 2005; was that
12 your previous testimony?
13     A   Yes.
14     Q   How many of those people had the same risk
15 score as Mr. Barnett?
16     A   I have no idea.
17     MR. GOLDMAN:  Okay.  Mark, I am not going to be
18 able to ask questions about this new risk thing so --
19     MR. ROBINSON:  Why don't you look at it, Andy.
20     MR. GOLDMAN:  I am going to object to it, Mark.
21     MR. ROBINSON:  This is important to the case.
22     MR. GOLDMAN:  Well, Mark, you know what, you
23 have given us a supplemental report already for
24 Dr. Zipes.  Our experts have written their reports and
25 it's too late, so --

67 (Pages 262 to 265)

Douglas P. Zipes, M.D.

Page 266

1    Thank you, Dr. Zipes.
2    MR. ROBINSON:  Well, I am asking you to take
3  his deposition again for an hour on that subject when
4  you have had a chance to review it.
5    MR. GOLDMAN:  Thank you, Dr. Zipes.
6  ///
7  ///
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 268

1    I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were placed under oath; that a verbatim
7  record of the proceedings was made by me using machine
8  shorthand which was thereafter transcribed under my
9  direction; further, that the foregoing is an accurate
10  transcription thereof.
11    I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14    IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
    Dated: _____
18
19
    _____
    Diana Janniere
20    CSR No. 10034
21
22
23
24
25

Page 267

1
2
3
4
5
6
7    I, DOUGLAS P. ZIPES, M.D., do hereby declare
8  under penalty of perjury that I have read the foregoing
9  transcript; that I have made any corrections as appear
10  noted, in ink, initialed by me, or attached hereto; that
11  my testimony as contained herein, as corrected, is true
12  and correct.
13    EXECUTED this _____ day of
14  _____,
15  20__, at _____, _____,
16        (City)      (State)
17
18
19  _____
20  DOUGLAS P. ZIPES, M.D.
21
22
23
24
25

1    - - - - -
2    E R R A T A
3    - - - - -
3  PAGE  LINE  CHANGE
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____

68 (Pages 266 to 269)