

FILED
JUN 27 2006
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| **Gerald Barnett v. Merck & Co, Inc.** | * | **CASE NO. 02:06CV00485** |

---

### PLAINTIFF'S OPPOSITION TO MERCK'S MOTION
### TO EXCLUDE THE OPINION TESTIMONY
### OF EGIL FOSSLIEN, M.D.

---

### (OPPOSITION TO EXPERT CHALLENGE NO. 9)

Plaintiff, by and through his attorneys, files this brief in opposition to Merck's Motion to Exclude the Opinion Testimony of Egil Fosslien, M.D. As outlined below, Dr. Fosslien is qualified to proffer each of the opinions challenged in Merck's motion, and his testimony is both reliable and relevant.

## I.    INTRODUCTION

Merck has filed a *"make weight" motion to exclude* certain testimony of Dr. Egil Fosslien. Merck's motion incorporates by reference its related Motion to Exclude Opinion Testimony from Plaintiff's Experts that Vioxx Accelerates Atherosclerosis (the "Atherosclerosis Motion"). Thereafter, the instant motion seeks to exclude testimony of Dr. Fosslien that purportedly addresses Merck's state of mind and Merck's compliance with FDA regulations regarding the adequacy of the Vioxx label. As to the Atherosclerosis motion, that issue is also

____Fee_____
____Process_____
__X__Dktd_____
____CtRmDep_____
____Doc.No._____

addressed in Plaintiff's opposition to "Defendants' Expert Challenge No. 1" and *plaintiff, like Merck, incorporates by reference his response thereto.* Merck's *remaining arguments are premature, speculative and unlikely to arise at trial.* Merck's concerns are more *appropriately addressed in the context of trial, rather than in the vacuum that presently exists.*

## II.   STATEMENT OF FACTS

This action for personal injuries arises from Plaintiff Gerald Barnett's use of Vioxx, which caused a heart attack on September 6, 2002, and resulting damage to his heart, necessitating coronary artery bypass surgery four days later. Mr. Barnett was approximately 56 years old when he was prescribed Vioxx by his physician in December 1999, and he had been taking the drug for approximately 32 months at the time of his heart attack. Plaintiff contends that his heart attack was caused by a clot in one of his coronary arteries which resulted from a plaque rupture as well as the acceleration of atherogenesis due to Vioxx use.

Mr. Barnett's treating doctors have testified that had Merck disclosed the known risks of Vioxx they would not have prescribed him Vioxx. However, because his physicians were unaware of the risks of Vioxx, and Merck failed to disclose and warn what it knew regarding the dangers of Vioxx, Mr. Barnett continued to take the drug even after his heart attack, until a few weeks before it was removed from the market.

As a result of the heart attack and 5-way bypass surgery at the early age of 58, Mr. Barnett suffers from permanent damage to his heart, which has reduced his life expectancy. In addition, he is now at a much greater risk of suffering another heart attack, and the bypass surgery has placed him at a greater risk for heart failure.

III.   ARGUMENT

A.   DR. FOSSLIEN'S TESTIMONY REGARDING MERCK'S
KNOWLEDGE OF THE CARDIOVASCULAR RISKS POSED
BY VIOXX IS ADMISSIBLE AS IT ADDRESSES ISSUES OF
NOTICE, NOT CORPORATE INTENT, NOR STATE OF MIND.

In preparing his report, Dr. Fosslien was provided with numerous internal documents produced by Merck during discovery. Discussions within Merck regarding the cardiovascular risks posed by Vioxx informed Dr. Fosslien about Merck's ever developing knowledge about the risks posed by Vioxx. Plaintiff concedes that even paranoids have enemies, but Merck's sensitivity to Dr. Fosslien's interpretation of Dr. Skolnick's email that "the CV events are clearly there.... this is real....this will limit the class somewhat....", Fosslien Report at ¶ 39, as an expression of concern takes Merck's sensitivities to new limits. Merck uses this reference by Dr. Fosslien to boot-strap a preclusion argument to Dr. Fosslien's discussion about the VIGOR study results. Merck overreaches.

Mr. Barnett is not attempting to use Dr. Fosslien to invade the province of the jury by having him offer opinions that are based upon his own scientific interpretation of the results of the VIGOR study or testify that his assessment of the risks known by Merck at the time are corroborated by Dr. Skolnick's email. In opining in this fashion, Dr. Fosslien's testimony will aide the jurors by offering a perspective about the knowledge available to the scientific community at the time of the VIGOR study results and Merck's contemporaneous reaction. An appropriate interrogation can readily be fashioned well within the strictures of the Federal Rules of Evidence, as well as Merck's expressions of concern.

Previously, this Court in *In re Vioxx Products Liability Litigation*, 401 F.Supp. 2d 565, 587 (E.D.La. Nov. 18, 2005), recognized that similar testimony by Mr. Irvin's experts could be

3

admissible if properly presented. "The Court [specifically reserved] ruling on these issues until such time as they [were] presented at trial." *Id.* Plaintiff submits that this is the only appropriate ruling at this time as Dr. Fosslien *will not simply read his report into the record but will be asked questions instead.* Only at the time that the questions are asked will Merck or the Court be able to determine whether they are objectionable.

However, the rationale for introducing such testimony is straight forward. Merck, as the manufacturer of Vioxx, is reasonably held to the standards of an expert in the field. *See Reyes v. Wyeth Laboratories*, 498 F.2d 1264, 1277 (5th Cir.)("A drug manufacturer is held to the skill of an expert in his field and is presumed to posses an expert's knowledge of the arts, materials and processes of the pharmaceutical business. Included in such expertise must be a familiarity with practices and knowledge common in the drug industry as to distribution and administration of pharmaceutical products."), *cert. denied*, 419 U.S. 1096 (1974). Dr. Fosslien, as an unchallenged expert in pathology, is amply qualified to testify about what experts in the field knew or should have known about the potential for Vioxx causing cardiovascular risks. *See Erickson v. Baxter Healthcare, Inc.*, 151 F.Supp. 2d 952, 964 (N.D.Ill. 2001). Therefore, Dr. Fosslien should be entitled to opine upon what Merck should have known or, in fact, knew (as evidenced by Dr. Skolnick's email).

Accordingly, plaintiff respectfully requests that the Court reserve ruling on Merck's motion unless and until a specific objection arises at trial.[1]

---

[1] Merck also challenges Dr. Fosslien's response to Merck's counsel's questions at his deposition regarding whether he had an opinion about FDA's approval of Vioxx. Dr. Fosslien candidly answered each question posed to him by informing Merck's counsel that he had such an opinion but was <u>not</u> offering that opinion unless Merck's counsel asked for it at trial. *See* Fosslien Depo. June 8, 2006 at p. 91. In its motion, Merck now objects to Dr. Fosslien having an opinion that he is on record as having no intent to offer at trial. Merck's motion is much ado about nothing. The old adage "ask a stupid question, get a stupid answer" applies.

Merck's challenge against Dr. Fosslien is nothing more than surplusage to its Expert Challenge No. 1.   The instant motion raises trivial issues that waste the Court's time and unnecessarily multiplies the litigation burden of the parties and the Court in violation of 28 U.S.C. §1927.   *There is no merit to the instant motion.*   It should be denied without prejudice to the rights of Merck to raise an appropriate objection if the need ever arises at trial.

**B.   DR. FOSSLIEN'S TESTIMONY THAT VIOXX CAUSES ATHEROSCLEROSIS IS RELIABLE AND BASED UPON SCIENTIFICALLY VALID REASONING AND METHODOLOGY.**

Defendant Merck, in its *Memorandum in Support of Motion for an Order Excluding Testimony of Dr. Fosslien* claims that Dr. Fosslien "has prepared an all-purpose report on 'the pathogenesis of adverse cardiovascular complications induced by rofecoxib'".   What the defendant fails to share with the court is the fact that Dr. Fosslien, *prior to being retained by an expert by the plaintiffs,* wrote, and subjected to peer-review, multiple articles pertaining to the COX-2 inhibitors, the class of drugs to which rofecoxib belongs.   These publications, an "all-purpose" review of biochemistry, molecular pathology, gastrointestinal and cardiovascular complications, are

- **'The Biochemistry of Cyclooxygenase (COX)-2 Inhibitors and Molecular Pathology of COX-2 in Neoplasia'**[2];

- The **'Molecular Pathology of Cyclooxygenase-2 in Cancer-Induced Angiogenesis'**[3];

- **'Adverse Effects of Nonsteroidal Anti-Inflammatory Drugs on the Gastrointestinal System'**[4] and,

---

[2] Fosslien E.  The biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia.  *Crit Rev Clin Lab Sci* 2000;37(5):431-502.

[3] Fosslien E.  Molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis.  *Ann Clin Lab Sci* 2001;31(4):325-47.

[4] Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Science, 28;2:67-81.

- **'Review: Cardiovascular Complications of Nonsteroidal Anti-inflammatory Drugs'[5].**

Collectively, these publications cite 921 "all-purpose" references. These four articles, 'subjected to peer review and publication', contain scientific fact and data which have gained 'widespread acceptance', have a' known or potential rate of error' and been subjected to the 'test' of scientific scrutiny.    They have been cited, in turn, by two hundred and twenty seven (227) subsequent medical and scientific articles *including* **the following articles authored or co-authored by Merck scientists:**

- Langman et al. **Adverse Upper Gastrointestinal Effects of rofecoxib Compared with NSAIDS[6];**

- Hawkey et al. **Comparison of the Effect of Rofecoxib (A Cyclooxygenase 2 Inhibitor), Ibuprofen, and Placebo on the Gastroduodenal Mucosa of Patients with Osteoarthritis: A Randomized, Double-Blind, Placebo-Controlled trial[7];**

- Brater DB, Harris C, Redfern JS, Gertz BJ. **Renal Effects of COX-2-Selective Inhibitors[8].**

---

[5] Fosslien E.   Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. *Ann Clin Lab Sci* 2005 Fall;35(4):347

[6] Langman, MJ, Jensen DM, Watson DJ., et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA. (1999) 282;20:1929-33.

[7] Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: A randomized, double-blind, placebo-controlled trial. (2000) Arthritis & Rheum, 43;2:370-377.

[8] Brater DB, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2-Selective Inhibitors. (2001) Am J Nephrol 21:1-15.

6

- Hunt RH, Harper S, Callegari P., et al.  **Complementary studies of the gastrointestinal safety of the cyclo-oxygenase-2-selective inhibitor Etoricoxib[9].**

- Marshall J.K, Pellissier J.M., Attard C.L.' Kong S.X., Marentette M.A. **Incremental Cost-Effectiveness Analysis Comparing Rofecoxib with Nonselective NSAIDs in Osteoarthritis: Ontario Ministry of Health Perspective[10].**

- Schwartz JI, Agrawal NG, Wong PH, Gertz BJ, et al. **Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients[11].**

- Korn S, Vassil TC, Kotey PN, Fricke JR Jr. **Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model[12].**

- Schwartz JI, Mukhopadhyay S, Gertz BJ, et al. *Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects[13].*

Merck next argues that "The major thrust of Dr. Fosslien's opinion is that Vioxx causes or accelerates atherosclerosis....(but) there is no scientific support for that theory." This is an argument

---

[9] Hunt RH, Harper S, Callegari P., et al. Complementary studies of the gastrointestinal safety of the cyclo-oxygenase-2-selective inhibitor Etoricoxib. Alim Pharm & Therapeutics (2003) 17;2:201-2.

[10] Marshall J.K, Pellissier J.M., Attard C.L.' Kong S.X., Marentette M.A. Incremental Cost-Effectiveness Analysis Comparing Rofecoxib with Nonselective NSAIDs in Osteoarthritis: Ontario Ministry of Health Perspective. PharmacoEconomics, (2001) 19;10:1039-1049.

[11] Schwartz JI, Agrawal NG, Wong PH, Gertz BJ, et al. Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients. J Clin Pharmacol (2001) 41 (10):1120.

[12] Korn S, Vassil TC, Kotey PN, Fricke JR Jr. Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model. Clin Ther. (2004) May;26(5):769-78.

[13] Schwartz JI, Mukhopadhyay S, Gertz BJ, et al. Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects. J Clin Pharmacol. 2003 Feb;43(2):187-92.

taken directly out of the briefs filed by the tobacco companies in years past.   Dr. Fosslien's

"opinion" is based upon generally accepted medical theories and has already been subjected to peer

review and published.     In his article entitled 'Review: **Cardiovascular Complications of**

**Nonsteroidal Anti-inflammatory Drugs'**[14] Dr. Fosslien wrote:

> "Several mechanisms may be involved in the pathogenesis of such
> complications. First, selective inhibition of COX-1 lowers platelet synthesis of
> thromboxane ($TXA_2$), a thrombogenic and atherogenic eicosanoid. Selective
> inhibition of COX-2 limits endothelial cell synthesis of prostacyclin ($PGI_2$), an
> arachidonic acid product that opposes the effects of thromboxane. In apoE-/-
> mice, interruption of $TXA_2$ signaling by deletion of its receptor (TP) limits
> atherogenesis, whereas interruption of PGI2 signaling by deletion of its receptor
> (IP) accelerates atherogenesis. This suggests that selective inhibition of COX-2
> can disrupt the physiological balance between thromboxane and prostacyclin and
> thus increase atherosclerosis, thrombogenesis, and the risk of cardiovascular
> complications. Second, COX inhibition can raise levels of arachidonic acid, which
> can inhibit mitochondrial oxidative phosphorylation (OXPHOS) and increase
> OXPHOS generation of reactive oxygen species. Several NSAIDs, including
> coxibs and meloxicam, directly uncouple or inhibit OXPHOS. Studies of apoE-/-
> mice indicate that mitochondrial dysfunction plays an early role in atherogenesis.
> Third, many NSAIDs exhibit COX-independent properties. For example, in
> animal models, short-term treatment with celecoxib reduces monocyte chemotaxis
> by reducing expression of monocyte chemoattractant protein (MCP)-1. However,
> long-term treatment results in the opposite effect and accelerates atherogenesis."

This article has 317 references which Dr. Fosslien reviewed, analyzed and relied upon as the

bases for several of his opinions. The primary goal of Dr. Fosslien's article was to "elucidate the

pathophysiology and molecular pathology of cardiovascular complications of NSAIDs, especially

COX-2-selective inhibitors such as coxibs".

There exists an abundance of medical and scientific information, some of its Merck's, which

will establish the mechanism by which Vioxx accelerates atherosclerosis.

At the time Dr. Fosslien wrote this article he relied upon peer-reviewed medical articles for the

statement that "COX-2 is induced in atherosclerotic plaques, during angiogenesis, and during wound

---

[14] Fosslien E.  Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. *Ann Clin Lab Sci* 2005 Fall;35(4):347

healing"[15,16]. Furthermore, Dr. Fosslien also wrote "In animal models, selective inhibition of COX-2 promotes hypertension, atherogenesis, and formation of thrombi, all risk factors for acute myocardial infarction". Its should be noted that not a single Letter to the Editor was published criticizing Dr. Fosslien's opinions and publication despite Merck's contention that "there is no scientific support for (Dr. Fosslien's) theory."

Dr. Fosslien recognized that "As inhibition of COX-2 reduces inflammation, it was hoped that COX-2-selective inhibitors, when used to reduce pain and inflammation in joint disease, might also inhibit atherogenesis and reduce the rates of myocardial infarction" citing Niederberger et al.[17] However, while in vitro and animal studies can *suggest* an effect in humans, it is the epidemiological study which confirms the effect.  Dr. Fosslien wrote: "For reasons not entirely agreed upon, the opposite was observed in several, but not all, clinical studies associated with use of coxib inhibitors, particularly after long-term use, and in a few clinical studies on the use of traditional NSAIDs such as aspirin and naproxen."

Dr. Fosslien noted that:

> "Therapeutic doses of coxibs can increase the risk of thrombosis by reducing endothelial cell synthesis of prostacyclin ($PGI_2$), a vital vasodilator and platelet inhibitor. This disrupts the normal balance between prostacyclin and COX-1-derived thromboxane ($TXA_2$), a vasoconstrictive eicosanoid that promotes platelet aggregation and thrombus formation. Furthermore, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates atherogenesis, respectively, showing the importance of proper balance of thromboxane and prostacyclin signaling."

---

[15] Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004;11:3147–3161.

[16] Ohori S, Takahashi K, Aoki Y, Doya H, Ozawa T, Saito T, Moriya H. Spinal neural cyclooxygenase-2 mediates pain caused in a rat model of lumbar disk herniation. J Pain 2004;5:385–391.

[17] Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004;68:341–350.

This mechanism is not only biologically plausible but also generally accepted within the medical community at this time as documented by each of the plaintiff's expert witness and the medical literature at-large.

Dr. Fosslien cited FitzGerald[18] and Monsuez[19] when writing

> "Like traditional NSAIDs, coxibs can cause hypertension, which is a thrombogenesis risk factor and an independent risk factor for atherosclerosis. Arterial constriction and renal sodium retention may contribute to the development of hypertension, which together with a coxib-induced prothrombotic state increases the risk of myocardial infarction and thrombotic stroke."

Thus, there is significant support for the fact that Vioxx, as a coxib, causes hypertension, itself an independent and generally accepted cause of atherosclerosis. A consistently elevated blood pressure expedites the formation of plaque or fatty deposits within the blood vessels which causes atherosclerosis.

## Thromboxane

Dr. Fosslien wrote in 2005 in his **Review: Cardiovascular Complications of Nonsteroidal Anti-Inflammatory Drugs** (*Review*) that

> "Platelet COX-1 is rate-limiting for conversion of arachidonic acid to prostaglandin $H_2$, the substrate for synthesis of thromboxane $A_2$ by thromboxane synthase. Thromboxane causes platelet aggregation and contraction of mural smooth muscle cells, which constricts vessels. It also increases leukocyte interaction with endothelial cells. **All are important steps in the development of atherosclerosis.** (Emphasis added). Thromboxane promotes atherosclerosis by activating platelets and contracting arteries"[20].

---

[18] Fitzgerald GA. Coxibs and cardiovascular disease. NEJM 2004;351:1709–1711

[19] Monsuez JJ. Specific cyclooxygenase-2 inhibitors in cardiovascular pathology. Arch Mal Coeur Vaiss 2004; 97:632–640.

[20] Fosslien E. Review: Cardiovascular complications of nonsteroidal anti-inflammatory drugs. *Ann Clin Lab Sci* 2005 Fall;35(4):347

## Prostacyclin

Dr. Fosslien also wrote

> "Prostacyclin participates in cardio-protective functions in various ways. It inhibits platelet aggregation on the endothelium, reduces leukocyte interaction with endothelial cells, and hinders atherogenesis. Prostacyclin also protects mitochondrial function. Cyclooxygenases in endothelial cells and activated macrophages convert arachidonic acid to $PGH_2$, which is then converted by prostacyclin synthase (PGIS) to prostacyclin, which dilates vessels by relaxing vascular smooth muscle cells."[21]

While Merck claims that the imbalance between prostacyclin and thromboxane (first enumerated by Dr. Garrett FitzGerald) is speculative and remains unproven, that was not Merck's position in company-sponsored meetings, FDA filings and published medical literature.  For example, in the Merck sponsored 2005 New England Journal of Medicine (NEJM) article publishing the results of the APPROVe study, Merck unequivocally adopted the biologic mechanism of action which Merck euphemistically refers to as "the FitzGerald hypothesis."

> "Thromboxane $A_2$, a major COX-1-mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis, and COX-2 is the chief source of systemic prostacyclin synthesis, and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherosclerosis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque."[22]

This biologically plausible mechanism was described by Dr. Fosslien in his *Review* as:

> "This is the most frequently proposed mechanism to explain the adverse prothrombotic effects of coxibs: they inhibit vascular synthesis of prostacyclin and

---

[21] Id

[22] Bresalier, RS, et al.  Cardiovascular events associated with rofecoxib in a Colorectal Adenoma chemoprevention trial. NEJM 2005;352:1092-1102 at 1098.

thereby remove the platelet-inhibitory effect of prostacyclin[23].   Rofecoxib administration to patients reduced systemic prostacyclin synthesis to one-half or less of normal levels. This mechanism may, at least in part, explain the hypertension and increased frequency of thromboembolic events observed in clinical studies of rofecoxib[24].

General acceptance of the biologic effects of COX-2 suppression by coxibs such as Vioxx contributing to the progression of atherosclerosis was demonstrated by the presentation of Dr. FitzGerald to the FDA Advisory Committee considering the risks and benefits of specific COX-2 inhibitors in February, 2005, transcript Vol. 1, pp 93-95:

> "Let's think of a more chronically unfolding cardiovascular hazard.  These data arbitration taken from Narumiya.  They are looking at the development of atherosclerosis in a genetically prone mouse, and you can see that deletion of prostacyclin receptor accelerates atherosclerosis in male ApoeE-deficient mice.  In fact, the impact was most particularly marked at initiation and early development of atherosclerosis.

> By contrast, deletion of the thromboxane receptor does the complete reverse, and other studies conducted by us and others have shown that inhibition of COX-1 selectively or antagonism of the thromboxane receptor will have the same effect as deleting the thromboxane receptor, as shown here.

> So, as far as atherosclerosis is concerned, we see this buffering capacity between COX-1 and COX-2. Furthermore, we have shown recently that in a different genetically probe mouse model deletion of the prostacyclin receptor and inhibition of COX-2 dependent formation of prostacyclin is important in affording the atheroprotection conferred by estrogen in female mice.

> So, as far as **this other manifestation of a cardiovascular hazard is concerned, initiation and acceleration of early atherogenesis occurs in response to deletion of the prostacyclin receptor.**  (Emphasis added) I haven't gotten into mechanism but it fosters platelet and neutrophil activation and vascular interactions of theses cells, and removes the constraint on attendant oxidant stress.

---

[23] Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005;96:e1–e6

[24] Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 46:591–604

Now, we know that **hypertension, which is also a consequence of inhibition of this pathway, itself accelerates atherogenesis.** (Emphasis added) So, one could imagine that the direct and indirect effect could converge to transform cardiovascular risk. Finally, again COX-1 is playing a modulatory role."

## <u>Monocytes/Macrophages</u>

Dr. Fosslien, again writing in his *Review*, noted that:

"Monocyte chemotaxis plays a central role in atherogenesis. Increased expression of CCR2, the most important monocyte chemotaxis receptor, increases monocyte binding to monocyte chemoattractant protein-1 (MCP)-1 and facilitates the entry of monocytes into the subendothelial space, where they become macrophages and may develop into lipid-laden foam cells."

Dr. Fosslien stated in his Rule 26 report:

"Rofecoxib increases chemotaxis, it stimulates circulating monocytes to express receptors that bind to endothelial cells, thus increasing monocyte migration into the arterial wall, an important component in the initiation and progression of atherosclerosis", (citing Lang et al[25]., and Hernandez-Diaz[26], both peer-reviewed scientific articles).

As stated above, Merck states unequivocally "The major thrust of Dr. Fosslien's opinion is that Vioxx causes or accelerates atherosclerosis....(but) there is no scientific support for that theory".

This truly is a remarkable statement inasmuch as Merck itself funded a study that proposed three (3) possible mechanism of action by which specific COX-2 inhibitors could increase atherogenesis[27].

While this particular study was performed in a mouse model, that study was corroborated in several other animal studies by Dr. FitzGerald. In February, 2005, Dr. FitzGerald presented three (3)

---

[25] Lang, S., Lauffer, L., Clausen, C. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. *FASEB J* (2003) 17(2):286-8.

[26] Hernandez-Diaz, S., Varas-Lorenzo, C., Garcia Rodriguez, L.A. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. *Basic Clin Pharmacol Toxicol.* (2006) Mar;98(3):266-74.

[27] Rott D, Zhu J, Burnett MS, et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol, 2003, 41:1812-1819.

13

separate "Mechanism-Based cardiovascular Hazards" to the 32 members of the Joint FDA Advisory panel convened to evaluate the fate of the specific COX-2 inhibitors. Dr. FitzGerald's oral presentation was accompanied by a number of slides representing the scientific literature supportive of each mechanism. CMechanism Hazard 3 addressed the interaction and acceleration of early atherogenesis by COX-2 inhibition which specifically included Vioxx. When Merck presented their data and viewpoint immediately following Dr. FitzGerlad, Merck did not question anything by Dr. FitzGerald. In fact, Merck acknowledged the existence of peer-reviewed literature linking Vioxx with atherosclerotic progression and plaque destabilization.[28]

## IV. CONCLUSION

For these reasons, Plaintiff urges the Court to deny Merck's motion for an order excluding the testimony of Egil Fosslien M.D.

Date:  June 26, 2006

Respectfully submitted,

By _Mark P. Robinson, Jr._

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California  92660
Telephone:  (949) 720-1288
Facsimile:  (949) 720-1292

---

[28] Bresalier, RS, et al.  Cardiovascular events associated with rofecoxib in a Colorectal Adenoma chemoprevention trial. NEJM 2005;352:1092-1102 at 1099.

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California   94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

## PLAINTIFFS' LIAISON COUNSEL

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1371

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Arnold Levin, Esq.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3875
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Christopher V. Tisi Esq.
ASHCRAFT & GEREL
2000 L Street, NW, Suite 400
Washington, DC 20036-4914
Telephone: (202) 783-6400
Facsimile: (307) 733-0028

Gerald E. Meunier
Gainesburgh Benjamin David Meunier &
Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304
Facsimile:  (504) 528-9973

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 26th day of June, 2006.

MARK P. ROBINSON, JR.
State Bar No. 054426
Attorney for Plaintiff
Robinson, Calcagnie & Robinson