Egil Fosslien, M.D.

**Page 118**

1  provided here that it does, and I reserve the right
2  to change my opinion should the other evidence
3  become available.
4      Q.  I'm not quibbling with you there.  I
5  just want to understand everything that you -- that
6  your expert opinion is.  Do you understand?
7      A.  Okay.
8      Q.  Okay.  Did I cover in general the
9  waterfront of your report?
10     A.  I don't think so.
11     Q.  There are other major opinions that
12  don't relate to any of the topics we discussed?
13     A.  Yeah, well, there are many chapters in
14  this report and I don't think you have covered many
15  parts of it.
16     Q.  Okay.  What do you think that stands out
17  to you that I missed?
18     A.  The figures.  I have put in several
19  figures to make clear to the jury what I think the
20  mechanism is.
21     Q.  Okay.  And I said early on I thought we
22  agreed that you think that Vioxx increases
23  thrombosis?
24     A.  There is evidence to that effect.

**Page 119**

1      Q.  And that is what your figures relate to,
2  right?
3      A.  No, I think there are other things in
4  the figures too.  There is a vasoactive effect, you
5  know, on the lack of dilatory effect because of
6  inhibition --
7      Q.  Right, and I thought we agreed that you
8  believed that Vioxx increases vasoconstriction,
9  reduced vascular profusion and decreased
10  vasodilation.  So, that would relate to that,
11  right?
12     A.  That sounds true, yes.  But it's not the
13  belief.  It's an opinion.  I think that is a --
14  very important to differentiate the two because
15  opinion is based -- or belief is based upon in my
16  view upon an opinion -- a belief you have without
17  any evidence.  Here I have quoted evidence
18  extensively in the report.
19     Q.  Okay.
20     A.  About 100 references here.
21     Q.  Beliefs are what you think?
22     A.  Yeah.
23     Q.  Opinions are what you can support with
24  literature?

**Page 120**

1      MR. CRAWFORD:  Objection.
2  BY MR. TOMASELLI:
3      Q.  Is that right?
4      A.  Opinion is what you can derive from the
5  literature.
6      Q.  So, what is your difference between
7  "belief" and "opinion"?
8      MR. CRAWFORD:  Asked and answered.
9  BY MR. TOMASELLI:
10     Q.  You can answer again.
11     A.  A belief is like you believe in God.
12     Q.  Okay.
13     A.  Yet nobody can prove there is a God.
14  There is no reported evidence in the laboratory
15  that shows that God is there.  Maybe some people
16  have it.  I haven't seen it.
17     Q.  Okay.
18     A.  An opinion is different.  Based upon the
19  published literature, published peer-reviewed
20  literature.
21     Q.  Okay.
22     MR. CRAWFORD:  I think he has a valid point.
23  I think you need to use the word "opinion."  If you
24  want to use "belief" --

**Page 121**

1      MR. TOMASELLI:  I asked him what the
2  difference is and then you objected.  Now you are
3  telling me that I should understand.  I'm not quite
4  getting this.
5      MR. CRAWFORD:  All right.  I'm just saying if
6  we want to clear up confusion, I think if you use
7  the word --
8      MR. TOMASELLI:  I think you can read the
9  transcript and read that I have said "opinion"
10  about 37 times.
11     MR. CRAWFORD:  But you also mix in "belief,"
12  and he has an issue obviously with that word.
13     MR. TOMASELLI:  Okay.
14     MR. CRAWFORD:  Because it implies a
15  non-scientific basis, which I think is a valid
16  point.
17  BY MR. TOMASELLI:
18     Q.  Let me go through all these again
19  because maybe I messed up.  It's possible.
20         It's your opinion that Vioxx increases
21  atherogenesis.  True?
22     A.  Yes.
23     Q.  It's your opinion that Vioxx increases
24  thrombosis.  True?

# Plaintiffs' Response re FOSSLIEN

# Footnote 1B of 28

Egil Fosslien, M.D.

Page 122

1    A.    Yes.
2    Q.    It's your opinion that Vioxx inhibits
3  collateral circulation in the heart. True?
4    A.    It can do that, yes.
5    Q.    It's your opinion that Vioxx increases
6  hypertension. True?
7    A.    Yes.
8    Q.    It's your opinion that Vioxx is a
9  vasoconstrictor, reduces vascular profusion and
10 decreases vasodilation. True?
11   A.    It reduces prostacyclin which lowers the
12 vasodilatory effect as are shown in the drawing
13 here.
14   Q.    So the answer is yes. True?
15   A.    Well, I wouldn't agree with that
16 particular phraseology because I have outlined here
17 in much more detail that I think would kind of
18 explain the information.
19          What you have here is the PGI2 is reduced
20 and so the dilatory effect is reduced.
21   Q.    Let me see if I got this right.
22          It's your opinion that Vioxx decreases
23 prostacyclin and the decrease in prostacyclin leads
24 to vasoconstriction, reduced vascular profusion and

Page 123

1  decreased vasodilation?
2    A.    That's correct.
3    Q.    It's also your opinion that Vioxx
4  increases platelet aggregation and activates
5  platelets. True?
6    A.    Because it increases ROS, which
7  generates isoprostanes which then signals via the
8  thromboxane receptor. And thromboxane is
9  thrombogenic.
10   Q.    Okay. So, Vioxx through a series of
11 mechanisms increases ultimately platelet
12 aggregation and activates platelets. Fair?
13   A.    That is what the literature shows, yes.
14   Q.    It's also your opinion that Vioxx
15 increases chemotaxis. True?
16   A.    True.
17   Q.    It's also your opinion that Vioxx
18 increases ROS?
19   A.    That's what the literature shows.
20   Q.    Is that true?
21   A.    Well, ask the researcher. I think that
22 it's reasonable to assume that it is true. I have
23 no reason to disbelieve the publication.
24   Q.    It's your opinion in this case that

Page 124

1  Vioxx increases ROS?
2    A.    Based upon the published literature and
3  the reference I have given, yes.
4    Q.    It's your opinion in this case that
5  Vioxx increases oxidation of LDL cholesterol.
6  True?
7    A.    Based upon the published reference I
8  have given in the Rule 26 report, yes.
9    Q.    Now, are there any other major topics
10 that I have missed that you intend to offer opinion
11 testimony sitting in the witness stand at trial?
12   A.    All my opinions are in the report here.
13   Q.    Fair enough. I think you said
14 previously that the underlying pathology for acute
15 coronary syndrome and myocardial infarction is
16 overwhelmingly atherosclerosis?
17   A.    It's a primary risk factor for it, but
18 there are other risk factors but it's a primary
19 risk factor.
20   Q.    Primary underlying cause of myocardial
21 infarction?
22   A.    Primary cause of myocardial infarction.
23   Q.    Is atherosclerosis?
24   A.    That's generally accepted I think in the

Page 125

1  literature.
2    Q.    I think you are saying --
3    A.    Because it's the combination to get
4  acute myocardial infarction, you usually need a
5  thrombus formed at the site at the lesion. But
6  there are other reasons that you can have a
7  myocardial infarction.
8          A myocardial infarction occurs when the
9  tissue dies in the heart, when you have a
10 discordant situation between the need of the heart
11 muscle for energy and oxygen and the supply of the
12 same.
13   Q.    You say in your report that
14 atherosclerosis is a chronic disease. Is that
15 true?
16   A.    That is the prevalent opinion at this
17 point, yes.
18   Q.    So, the buildup of plaque in the
19 coronary arteries is a decade-long process?
20   A.    Not necessarily, no.
21   Q.    How long of a process is it?
22   A.    Well, it depends upon. I don't think
23 anybody can say for sure how fast it is. There are
24 certain things like McGill's diagram that shows --

32 (Pages 122 to 125)

Egil Fosslien, M.D.

Page 126

1 he starts in early childhood with a fatty streak.
2    Q.   Is that what you believe?
3    MR. CRAWFORD: Objection.
4 BY THE WITNESS:
5    A.   I get back to the term "belief."
6 BY MR. TOMASELLI:
7    Q.   Is it your opinion?
8    A.   I resent that you use it all the time
9 because it kind of misleads me.
10   Q.   Is that your opinion?
11   A.   It's my opinion that these are credible
12 sources of information, yes.
13   Q.   So, it's your opinion that
14 atherosclerosis is a chronic process that begins in
15 childhood with fatty streaks?
16   A.   I didn't say that. I think it's --
17 it's -- I agree it's a chronic disease, but I also
18 said that it probably developed at different rates.
19 But the important thing, and very unfortunately, it
20 seems to start early in childhood according to
21 McGill.
22   Q.   Is it your opinion that it starts early
23 in childhood?
24   A.   My opinion is that I've seen lesions in

Page 127

1 young people. But not all lesions in young people
2 become atherosclerosis or atherosclerotic plaques.
3    Q.   Do you agree that atherosclerosis is an
4 age-related disease?
5    A.   Definitely. Well, many diseases are.
6 Just one of many. Hypertension is.
7    Q.   And since COX -- I'm sorry.
8        Since inhibition of COX-2 reduces
9 inflammation, it was hoped that COX-2 selective
10 inhibitors when used to reduce pain and
11 inflammation in joint disease might also inhibit
12 atherogenesis and reduce rates of myocardial
13 infarction?
14   A.   That's what I hoped.
15   Q.   And what was the time frame of these
16 hopes?
17   A.   Well, I started several years ago
18 writing and I observed discordant voices, some
19 people who pointed out there were problems with
20 these particular rofecoxib and maybe celecoxib; and
21 I was hesitant to really pursue that until I saw
22 the FDA -- that manufacturer withdrew them, the
23 drug from the market.
24       That is at the time I really became

Page 128

1 interested in the pathogenesis because before that
2 I didn't have all the literature, but I had some
3 literature. And as I said, it was quite
4 controversial. And I didn't want to get involved
5 in that controversy whatsoever.
6    Q.   Before September of 2004, is it your
7 opinion that it was a reasonable hypothesis that
8 COX-2 selective inhibitors would inhibit
9 atherogenesis and reduce rates of myocardial
10 infarction?
11   A.   No, it might have started before that
12 because of the publication of papers that presented
13 the opposing view. And it was a disappointment,
14 frankly, because I had hoped, like many people
15 hoped, that it would be beneficial and because it
16 reduces inflammation, would actually reduce
17 atherogenesis. And that was a sad development and
18 a surprise to many people.
19   Q.   A surprise in 2004 when there was a
20 study showing an increased rate --
21   A.   You mean to me personally?
22   Q.   -- of thrombotic events?
23   A.   You mean to me or other people?
24   Q.   Was it a surprise to you?

Page 129

1    A.   It was not a surprise. It became kind
2 of a concern as I went along as I saw these
3 publications. But I decided then not to do
4 anything till it was, you know, quite clear.
5        And the initiating event was the
6 decision by the FDA, because I really hoped, you
7 know, it was -- I had two hopes. One was it would
8 be beneficial in preventing atherogenesis and the
9 second hope is it would be beneficial in a
10 non-toxic cancer treatment, you know.
11       If you've seen anybody die of cancer,
12 breast cancer, for example, and the horrendous
13 pains they go through when they are in
14 chemotherapy, you know what I'm talking about.
15   Q.   And Vioxx actually reduces the risk of
16 breast cancer. Isn't that true?
17   A.   Well, I cannot speak to that because
18 that is not part of my report here.
19   Q.   You haven't looked at any literature on
20 that?
21   A.   I may or may not have.
22   Q.   I understand there are about a quarter
23 of the people with atherosclerosis who are infected
24 with chlamydia pneumoniae. Is that true?

33 (Pages 126 to 129)

d1c48430-8b50-46ac-99d5-274a6d1abffd

## Egil Fosslien, M.D.

Page 130

1    A.   Well, there are reports I think that
2  would show things like that, but you have to look
3  at what population was studied, was it an inner
4  city population that is sexually very promiscuous
5  or not.
6    Q.   Is it your opinion that about a quarter
7  of the people with atherosclerosis are infected
8  with --
9    A.   I render no opinion in my report about
10  that.
11    Q.   You don't have an opinion on anything if
12  it's not in your report. Is that fair?
13    A.   Well, we discussed that when it came to
14  the FDA. We talked about belief and opinion. And
15  I have said that this is my opus here. It's the
16  report. That is what I thought we were talking
17  about today.
18    Q.   Okay.
19    A.   No. I said that I reserve the right to
20  add or change, you know, as new evidence becomes
21  available. This is, say, a thing that changes with
22  time.
23    Q.   Is the precipitating event of acute
24  coronary syndrome or myocardial infarction usually

Page 131

1  believed to be plaque rupture or plaque erosion?
2    A.   That seems to be in the literature.
3  There are others who claim that you don't need to
4  have the rupture to have the acute event, namely, a
5  thrombus formation.
6         Also I should point out that the other
7  factors, you know, vasoconstriction that can
8  happen; but what I pointed out here is mainly the
9  plaque and the thrombosis on top of the plaque.
10    Q.   I guess when you say some people think
11  you don't need plaque rupture or plaque erosion,
12  they are talking about just chronic stenosis of the
13  artery to where the supply -- or I'm sorry -- to
14  where the demand outweighs the supply?
15    A.   No. As a matter of fact I'm not sure I
16  even include that reference here. So maybe I
17  shouldn't talk about it.
18         I ran into a couple papers where they
19  claim that it was not necessary to have rupture.
20  And the general consensus today is that you need
21  rupture. But there are dissenting voices.
22    Q.   Is it your opinion that you always need
23  plaque rupture or plaque erosion to have an acute
24  coronary syndrome?

Page 132

1    A.   Possibly plaque erosion. Rupture, I
2  don't think you need that. To have -- what was the
3  question again?
4    Q.   Is it your opinion that you always need
5  either plaque rupture or plaque erosion to
6  precipitate an acute coronary syndrome event?
7    A.   No, because I told you before it depends
8  on the relationship between the supply of oxygen
9  and the use of oxygen.
10         You can have a myocardial infarction
11  without any obstruction. Let's say typically a man
12  comes out of a restaurant. It's cold outside. His
13  arteries contract. He has a myocardial infarction.
14  He may not have a thrombus at that time.
15         Exercise. Many people die during acute
16  exercise. They walk up the stairs. They go out to
17  shovel snow in the driveway and they have a
18  myocardial infarction.
19    Q.   And when there is plaque rupture or
20  plaque erosion, the actual trigger for that rupture
21  or erosion, the day, the time, that is unknown,
22  correct?
23    A.   Well, I have not quoted any references
24  in my report here.

Page 133

1    Q.   Sir, is it your opinion that you can
2  predict the time of day or the day of the week that
3  a person may have plaque rupture or plaque erosion?
4    A.   I think the -- as you get older, the
5  risk increases and if you have risk factor, the
6  risk increases before that.
7    Q.   As far as the risk increasing, I
8  understand that.
9         But can you -- can modern medicine with
10  current screening and diagnostic methods predict
11  the exact day and time of the event?
12    A.   You're asking the wrong person. You
13  have to ask an internist, a cardiologist about
14  that.
15    Q.   Okay. So you can't do it?
16    A.   I have never tried to do it. Why should
17  I try? I'm a pathologist.
18    Q.   Have you seen any medical literature,
19  peer-reviewed, published, medical literature,
20  suggesting that a prediction of day and time can be
21  made with respect to a rupture or erosion event?
22    A.   I think the efforts are really in
23  establishing risk and warning people and to do
24  that, I think University of Illinois even is

Egil Fosslien, M.D.

Page 134

1  involved with the screening system that is
2  advertised on the radio and I think other medical
3  centers do the same, to come in for a scan where
4  they detect I think calcium, calcium buildup, and
5  they estimate the risk based upon the amount of
6  calcium buildup.
7      Q.   So, is the answer to my question no?
8      A.   I don't remember your question anymore.
9      Q.   Okay.  My question is:  Is there any
10 peer-reviewed published literature that can predict
11 the day and time of when a rupture event will
12 happen?
13     A.   I have not seen it.
14     Q.   I want to talk to you real briefly about
15 the characteristics of the lesions that may
16 rupture.
17          Is it true that those are generally
18 thought to be plaques with lipid-rich cores and
19 thin fibrous caps?
20     A.   Well, I think that is not completely
21 true.  The fibrous cap might protect the -- the
22 general thinking I understand is that the fibrous
23 cap, if it's strong, may protect the lesion from
24 rupturing.

Page 135

1          Now, the cores -- did that answer your
2  question?
3      Q.   It did not.
4      A.   Okay.
5      Q.   With respect to the lesions that are the
6  ones that are the culprits that actually rupture,
7  is it true that those lesions are generally -- that
8  those lesions generally have lipid-rich cores and
9  thin fibrous caps?
10     A.   I don't think I stated that in the
11 report.
12     Q.   I know you didn't state it in your
13 report.  But as a pathologist who has done
14 autopsies and looked at coronary arteries, even in
15 the case of sudden coronary death or fatal
16 myocardial infarction, is it true that generally
17 the culprit lesion has a lipid-rich core and a thin
18 fibrous cap?
19     A.   Is it a thin fibrous cap?
20     Q.   Correct.
21     A.   I don't think that can be answered
22 because in the pathology when you see the lesion,
23 usually you see the -- you cut the coronary artery,
24 you see all the atherosclerosis there and you see

Page 136

1  the clot or the thrombus sitting there and many
2  times you cannot really tell whether there was a
3  rupture or not.
4          There are studies that claim that you
5  have to have a rupture.  Other studies claim that
6  you don't need the rupture.
7      Q.   Are you aware of medical literature that
8  would suggest that the culprit lesions with respect
9  to plaque rupture are generally -- those lesions
10 generally have lipid-rich cores and thin fibrous
11 cap?
12     A.   The lipid-rich core, if the cap breaks
13 and it leaks out the gooey material, the kind of
14 potash-like material, that contains a lot of lipids
15 and necrotic material is very thrombogenic, yes.
16     Q.   Do you agree that the severity of
17 stenosis does not necessarily correlate with the
18 plaque that is most likely to rupture?
19     A.   I don't understand the question.  Could
20 you explain it, please.
21     Q.   Non-flow limiting lesions can rupture
22 and cause myocardial infarction?
23     A.   I couldn't hear.  Pardon me.
24     Q.   Non-flow limiting lesions can rupture

Page 137

1  and cause myocardial infarction.  Is that true?
2      A.   Non-flow obstructing lesions?
3      Q.   That's correct.
4      A.   Well, in some cases probably true.  In
5  other cases not.  I don't understand what the
6  question is driving at in the pathogenesis.
7      Q.   You'd agreed that the majority of
8  lesions that rupture are less than 70 percent
9  stenosed?
10     A.   I haven't seen those figures.
11     Q.   Do you agree that lesions that are
12 asymptomatic can suddenly rupture and cause
13 myocardial infarction?
14     A.   That has been described, yes.
15     Q.   Would you agree that non-stenotic
16 lesions are far more frequent than stenotic plaques
17 and account for the majority of the culprit
18 ruptured plaques?
19     A.   Well, by definition because once you get
20 significant stenosis, you get thrombosis.  The
21 patient dies.  It depends on when you look at it.
22          As I mention before, this process starts
23 early in childhood according to McGill and you can
24 have somebody who has diabetes who has these

35 (Pages 134 to 137)

## Egil Fosslien, M.D.

**Page 138**

1  lesions at 20.  Even cases where there was a
2  mitochondrial deficiency, they were 11, 12 years
3  old, a massive atherosclerosis.  It depends upon
4  many factors.
5    Q.  Would you agree that non-stenotic
6  lesions, non-flow limiting lesions, are far more
7  frequent and account for the majority of culprit
8  ruptured plaques than heavily stenotic plaque?
9    A.  I am -- I am unable to follow your
10  reasoning in your question.  Could you clarify it,
11  please.
12    Q.  Would you agree that most of the -- let
13  me try again.
14        Would you agree that the majority of the
15  culprit lesions that cause myocardial infarction
16  are less than 70 percent stenosed?
17    A.  I haven't seen that figure in that
18  particular context, no.
19    Q.  I assume that after plaque rupture or
20  erosion, the body's natural response is to try to
21  repair the injured vessel and form a clot at the
22  site, is that true?
23    A.  I don't think that's -- that's an
24  implication.  You say that the body tries to

**Page 139**

1  repair.
2        Yes, there is a clot formed and you can
3  look upon this as a repair proces, yes.  Does the
4  body have cognitive knowledge of it?  I don't know.
5    Q.  That is what happens, whether the body
6  knows what it's doing or not?
7    A.  Okay.  Because, you know, that is what
8  the thrombosis is supposed to do.  That is why we
9  have the thrombogenic system, to block --
10    Q.  So, once you have a rupture --
11    A.  Yes.
12    Q.  -- the platelets get activated, they
13  begin to aggregate, increases TxA2 production, more
14  platelets get activated, more platelets aggregate.
15  Is that the process?
16    A.  You don't need a rupture to have that
17  effect, you know.
18    Q.  You don't need a rupture to have that
19  effect?
20    A.  No.  You need endothelial damage.  This
21  *is what -- read what Ross wrote, Russell Ross*
22  *responds to injury theory.  He started many years*
23  *ago saying there was injury because they use an*
24  *injury model in animals.  They found out that that*

**Page 140**

1  can occur when you don't have an obvious injury.
2  He then changed to say it's a dysfunction of
3  endothelium that is the start.
4    Q.  So, it could be either rupture or
5  erosion that could start that process?
6    A.  Well, dysfunction would even involve no
7  erosion.  The endothelium doesn't function
8  properly, doesn't do its -- doesn't provide its
9  anti-thrombotic effects.
10    Q.  So, there is some disruption to the
11  endothelium that causes this process?
12    A.  Not necessarily.  That is what Ross and
13  the whole response to injury says.  This is part of
14  the inflammatory process.  You get dysfunctional
15  endothelium.  Then you get the change.  That starts
16  the system.
17        Now, when --
18    Q.  *Are you saying that you can have a*
19  spontaneous clot in the coronary artery?
20    A.  I am not saying that.  I quoted Russell
21  Ross and the response to injury theory, as far as
22  the atherogenesis is concerned.
23    Q.  Do you agree that you need some
24  disruption to the endothelium to start the clotting

**Page 141**

1  process?
2    A.  That is not what he says.
3    Q.  Okay.  I assume that to get a clot or a
4  thrombus in the artery, you don't need a drug for
5  that to happen, right?
6    A.  I hope not because if you cut your
7  finger, you don't want to bleed to death.
8    Q.  So, to get a clot or a thrombus in the
9  coronary artery, you don't need a drug, is that
10  correct?
11    A.  No, on the contrary, because we use
12  aspirin to prevent excessive thrombogenesis and
13  that's why some people think aspirin is
14  cardioprotective.
15    Q.  So, aspirin is anti-thrombotic, right?
16    A.  Yes, but if you take too much, you start
17  to bleed and it can be a very serious side effect.
18    Q.  So, even people that are in an
19  anti-thrombotic state who are on aspirin can have
20  clots and myocardial infarction.  Fair?
21    A.  *Well, they are supposed to prevent*
22  *against myocardial infarction.  The problem with*
23  aspirin, as I think I mentioned in here, the effect
24  may disappear over time, which is one of the

36 (Pages 138 to 141)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 142

1   problems with aspirin.
2       Q.   People on aspirin can still have
3   thrombotic events. True?
4       A.   I don't know. I have not really studied
5   that. I don't think I put that in here.
6       Q.   Does everyone on aspirin -- is everyone
7   on aspirin 100 percent protected?
8       A.   I don't think so because not only does
9   it have to be -- to do with thrombogenesis, but
10  the risk of bleeding is a very serious risk.
11      Q.   Are --
12      A.   I have a colleague at the university who
13  really got a little injury in the garden and he
14  ended up bleeding and he had infection in the leg
15  that was bleeding and he had to have the whole leg
16  opened up.
17          So, aspirin is a wonder drug, but it's a
18  very dangerous drug.
19      Q.   You don't need a clot or a thrombus in
20  the coronary artery -- I'm sorry.
21          To get a clot or thrombus in the
22  coronary artery you don't need a catalyst, you
23  would agree?
24      A.   I wouldn't use the term "catalyst." I

Page 143

1   don't understand what you mean by catalyst. Could
2   you specify what you mean by catalyst.
3       Q.   If someone just said you can't have a
4   clot in a coronary artery without a catalyst, you
5   have no idea what that would mean?
6       A.   I don't understand the question. What
7   do you mean? Haven't defined catalyst. Give an
8   example of a catalyst, please.
9       Q.   Do you need a drug, any drug, to get a
10  clot or thrombus in a coronary artery?
11      A.   I don't think so.
12      Q.   Okay. Do you need to be in a
13  prothrombotic state to get a clot or a thrombus in
14  a coronary artery?
15      A.   I don't think that's known. Do you need
16  to have it? I don't think that's known. Do we --
17      Q.   Can you be -- can you be in an
18  anti-thrombotic state and still get a clot or
19  thrombus in the coronary artery?
20      A.   I don't think I have discussed that in
21  my report, sir.
22      Q.   You can't offer an opinion as to whether
23  you can be in an anti-thrombotic state and still
24  have a clot in the coronary artery?

Page 144

1       A.   Oh, I could offer an opinion, but I want
2   to have evidence to support that opinion. And I
3   don't think I discussed that. Could you show me
4   where I discuss it in the report, please?
5       Q.   You say in the report that aspirin is
6   anti-thrombotic?
7       A.   That's what the literature generally
8   says, it's anti-thrombotic, and that's why it's
9   supposed to have a cardioprotective effect.
10      Q.   People on aspirin still have clots in
11  their coronary arteries, right?
12      A.   Well, I have not quoted any evidence in
13  my report about that.
14      Q.   You don't --
15      A.   I think I answered that.
16      Q.   You don't think people that are on
17  aspirin still have clots in the coronary artery?
18      A.   I have not understood you on that and I
19  have not quoted you anything here.
20      Q.   You don't have any idea?
21      A.   You're talking about idea or opinion?
22      Q.   You don't have any opinion?
23      A.   Opinion is based upon published
24  evidence. That is why I wrote this report. That's

Page 145

1   why I was asked to write the report I assume.
2       Q.   Do you believe -- is it -- strike that.
3           Is it your opinion that persons taking
4   aspirin are in an anti-thrombotic state?
5       A.   That's what the literature generally
6   shows.
7       Q.   Is it your opinion that persons on
8   aspirin may still get a clot or thrombus in their
9   coronary artery?
10      A.   May be possible. I don't have any
11  evidence in this report that I have quoted here
12  either for or against.
13      Q.   You don't have an opinion on that,
14  right?
15      A.   Well, I just defined what an opinion is
16  and my report is based upon published articles.
17      Q.   Do you agree that coronary heart disease
18  is the number one cause of morbidity and mortality
19  in the United States?
20      A.   That is generally agreed upon, yes.
21      Q.   Is that the same for men in their late
22  50s and early 60s?
23      A.   They are. There is evidence that shows
24  there is a difference between men and women; and

37 (Pages 142 to 145)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 146

1 some think that women are protected, but after
2 menopause the curves tend to be similar.
3    Q.   Do you believe – is it your opinion
4 that coronary heart disease is the number one cause
5 of morbidity and mortality in men in their late 50s
6 and early 60s?
7    A.   Yes.
8    Q.   Is it your opinion that coronary heart
9 disease was the number one cause of morbidity and
10 mortality in the United States prior to 1999?
11    A.   Prior to 1999?  Well, I don't have the
12 statistics in front of me, but it was finally
13 agreed upon that this was a very important risk
14 factor.  There has been according to some
15 publications a reduction in the risk, and nobody
16 really knows why.
17    Q.   A reduction in the risk from 1999
18 through today?
19    A.   Probably from the '60s, '70s.  We can
20 look up the statistics.  I have not quoted that
21 here I think.
22    Q.   It's continually dropping over time, is
23 that what you're saying?
24    A.   I have not said that, no.  No, I think

Page 147

1 there has been a change of incidence of
2 cardiovascular disease, but I'm not prepared to
3 talk about that now because that was not part of my
4 report here.  I thought I came to discuss the
5 report.
6    Q.   Do you agree that coronary heart disease
7 is the number one cause of morbidity and mortality
8 today?
9    A.   Yes, I do.
10    Q.   It's true there are over a million heart
11 attacks a year in the United States?
12    A.   More than that.
13    Q.   More than that.  What's the number, do
14 you know?
15    A.   Last time I looked, 1.5 million.
16    Q.   Was it true that there were over
17 a million heart attacks a year in the United States
18 prior to 1999?
19    A.   I didn't include any data about that
20 here.
21    Q.   Do you agree that it's still over
22 a million today, I guess 1.5 million, right?
23    A.   Probably close.  I haven't seen the
24 latest data but close.

Page 148

1    Q.   Okay.  Do you agree that a large portion
2 of heart attacks occur in people who have not had
3 symptoms prior to their event?
4    A.   That is generally agreed upon and that's
5 been a difficulty that you can have an
6 atherosclerosis without knowing it and that's why
7 some people recommend screening to prevent the
8 acute event.
9        And it's generally, and McGill points
10 this out, too, from his studies and other studies,
11 that, yes, it usually is silent.  That means you
12 can have a lesion and not know about it whatsoever.
13    Q.   Where is prostacyclin manufactured and
14 expressed in the human body?
15    A.   Very controversial topic.  It's
16 expressed many places.  There is a controversy
17 where it's expressed and you have to seek out, you
18 know -- does it really matter, is the first
19 question, where it's produced.  But it's produced
20 in several organs, kidney, endothelium and so on.
21    Q.   Brain?
22    A.   Don't know about the brain.  That is not
23 part of my report.
24    Q.   It's not part of your report?

Page 149

1    A.   Brain?  Prostacyclin?
2    Q.   Prostacyclin, where it's manufactured
3 and expressed is not part of your report?
4    A.   I don't recall.  Is it?  Then show it to
5 me.
6    Q.   You talked about prostacyclin being
7 manufactured and expressed in the endothelium,
8 right?
9    A.   Right.  I didn't -- it talked about
10 myocardium and coronary circulation and not the
11 brain.
12    Q.   I'm wondering if there is other places
13 in the body that prostacyclin is manufactured and
14 expressed?
15    A.   I said the kidney, it's expressed there.
16 If you want to talk --
17    Q.   And a lot of other places I guess you
18 said?
19    A.   Well, uterus maybe.  But if you want to
20 talk about the endothelium in the whole body, fine,
21 I will go along with that.  I thought we were
22 talking about coronary heart disease here.
23        If you say there is endothelium in the
24 brain, sure, it's in the brain too.

38 (Pages 146 to 149)

d1c48430-8b50-46ac-99d5-274a6d1abffd

## Egil Fosslien, M.D.

Page 150

1    Q.   Endothelium in the brain?
2    A.   Well, there are arteries going up to the
3 brain, coronary circulation. No, carotid
4 circulation. I didn't include that in the -- I
5 haven't studied that.
6    Q.   Okay.
7    A.   I focused on the --
8    Q.   What is the function of prostacyclin in
9 the vasculature?
10    A.   Several functions. It dilates vessels.
11 It opposes, generally opposes, the thromboxane
12 signaling cascade.
13    Q.   Does prostacyclin serve the same
14 function in the endothelium of veins as it does in
15 the endothelium of arteries?
16    A.   I have not addressed that question, sir.
17    Q.   You don't have an opinion?
18    A.   No.
19    Q.   Are there any other anti-thrombotic
20 substances in the human endothelium besides
21 prostacyclin?
22    A.   Yes, but I have not addressed that
23 question.
24    Q.   You haven't looked at any of those, is

Page 151

1 that true?
2    A.   That's not true. It's not part of the
3 report. I did not put it in the report.
4    Q.   So, there are other anti-thrombotic
5 substances in the human endothelium?
6    A.   You should --
7    Q.   You just didn't address them?
8    A.   Right. You should ask a clotting expert
9 on that, somebody who does that for a living. I'm
10 a pathologist.
11    Q.   You're not a clotting expert?
12    A.   I'm a pathologist.
13    Q.   You're not a clotting expert?
14    A.   But some pathologists are clotting
15 experts.
16    Q.   You told me to go talk to a clotting
17 expert.
18    A.   Yes.
19    Q.   So you don't think you are a clotting
20 expert?
21    A.   I have spent little time on that
22 recently. I used to be very knowledgeable in that
23 very field when I was in the laboratory.
24    Q.   But you're not a clotting expert today?

Page 152

1    A.   Well, what do you mean by "expert"?
2    Q.   You told me to go talk to a clotting
3 expert. So I'm saying --
4    A.   Okay.
5    Q.   -- you're not a clotting expert, is that
6 true?
7    A.   Let me -- let us talk about expert, what
8 an expert is. According to the thesaurus on my
9 computer, an expert is the opposite of an amateur.
10 I'm not an amateur, but I don't consider myself a
11 expert in that field, no.
12    Q.   You don't feel comfortable talking about
13 the clotting cascade and the clotting functions in
14 the body. Fair?
15    A.   I think we are drifting off from a
16 thrombus to a clot, to the clotting procedure. If
17 you talk about clotting, talk to a clotting expert.
18 I'm talking about thrombosis.
19    Q.   So, you -- are there any other
20 anti-thrombotic or anti-thrombosis substances in
21 the human endothelium?
22    A.   I think so, but I have not addressed
23 that here.
24    Q.   Okay. So, you haven't addressed all the

Page 153

1 various substances that are potentially
2 anti-thrombotic in the human endothelium. Fair?
3    A.   No, because I didn't find any match
4 about that when I looked up rofecoxib. Most of the
5 publications talk about prostacyclin, and that's
6 what I decided I would look into.
7    Q.   You agree nitric oxide is an
8 anti-thrombotic substance in the human endothelium,
9 right?
10    A.   I have not said that. Nitric oxide
11 certainly is an important molecule, but I have not
12 included that in my discussion.
13    Q.   You don't know if it's an
14 anti-thrombotic substance in the human endothelium?
15    A.   No comment. I said it's not in my
16 report.
17    Q.   Have you ever sat down and tried to
18 figure out which are the most important
19 anti-thrombotic substances in the human
20 endothelium?
21    A.   I sat down to try to find the
22 pathogenesis for the adverse effects of rofecoxib
23 upon the cardiovasculature, and from the literature
24 that I have reviewed it seems that prostacyclin is

## Egil Fosslien, M.D.

Page 154

1 a very important player in that picture.
2    Q.   But you don't know what all the players
3 are, right?
4    A.   No, because it will be a 500-page report
5 then.
6    Q.   You have never sat down and tried to
7 figure out which are the most important players,
8 the most important anti-thrombotic substances in
9 the human endothelium, is that fair?
10    A.   You seem to repeat the same question. I
11 told you I have reviewed the literature, and in my
12 opinion that the prostacyclin was, according to the
13 literature, one of the major players in the cause
14 of the adverse effects of rofecoxib on the
15 cardiovascular system.
16    Q.   Does Vioxx have any other effects on any
17 other anti-thrombotic substances in the
18 endothelium?
19    A.   I have not addressed that question, sir.
20    Q.   You just don't know?
21    A.   I have not said that. I said I have not
22 addressed it.
23    Q.   You don't have an opinion on that?
24    A.   I don't have an opinion based upon

Page 155

1 published literature, no.
2    Q.   Is it your opinion that no other
3 anti-thrombotic substance in the human endothelium
4 can compensate for any reduction in prostacyclin?
5    A.   No, that's not my opinion. I have no
6 evidence to that effect, I told you. I have not
7 addressed that question.
8    Q.   You don't know one way or the other
9 whether other anti-thrombotic substances in the
10 human endothelium can compensate for any reduction
11 in prostacyclin?
12    A.   I have said I have not addressed that in
13 this report. I think that's a perfectly --
14    Q.   You just haven't ruled that possibility
15 out. Fair?
16    A.   I have not addressed it.
17    Q.   Are there different ways to measure
18 prostacyclin?
19    A.   Ask a chemist. Don't ask a pathologist.
20 Very controversial field.
21    Q.   Do you believe that prostacyclin can be
22 measured by looking at PGIM?
23    A.   Some people think so. Others say no.
24    Q.   Is it your opinion that prostacyclin --

Page 156

1    A.   I have rendered no opinion upon that
2 except I have quoted the literature. In the
3 literature many people use that as a measurement.
4 Others say you have to use different approaches,
5 even chromatography and other approaches.
6    Q.   What are those other approaches?
7    A.   Well, we can look at here. Did I
8 address that according to your opinion? Did I
9 address that in here, the measurements?
10    Q.   You cited Catella-Lawson, right?
11    A.   Beg your pardon?
12    Q.   You cited Catella-Lawson?
13    A.   And?
14    Q.   And that was a PGIM study, right?
15    A.   Let's see. Let me see the -- I don't
16 have absolute recall like the present Supreme Court
17 Justice who can quote off the top of his head. If
18 you can show me the publication, I will be happy to
19 comment on it.
20    Q.   You don't recall whether -- do you
21 recall whether there was a publication in 1999 by
22 Catella-Lawson that found that Vioxx reduced PGIM?
23    A.   I would have to see the literature. I
24 recall the name. But I don't recall the exact

Page 157

1 wording in the paper.
2    Q.   Is PGIM made in the coronary vessels?
3    A.   That I don't know. It goes out in the
4 urine. Where it's -- whether it's made in the
5 vessels, I don't know.
6    Q.   Can you try to measure prostacyclin by
7 measuring a metabolite called 6-keto PGF1alpha?
8    A.   Well, ask a chemist. I go by what's in
9 the literature. I only go by what people write
10 that know more about that than I do. This is a
11 chemist question.
12    Q.   I'm just trying to understand your
13 opinions, sir.
14    A.   Yeah. I am trying to understand what
15 you ask, too.
16    Q.   Fair enough. We are doing pretty good.
17    Is it your opinion that prostacyclin can
18 be measured by either PGIM or 6-keto PGF1alpha?
19    A.   It doesn't match prostacyclin per se.
20 It matches maybe a metabolite of it. And the
21 question then is to what extent that metabolite
22 represents the synthesis of prostacyclin.
23    Q.   Can you measure the synthesis of
24 prostacyclin directly?

40 (Pages 154 to 157)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 158

1      A.   I suppose the experts can do that. I am
2  not an expert on those measurements. You should
3  ask a biochemist or physical chemist about that.
4      Q.   If you really wanted to know the answer,
5  what you'd do is you would measure prostacyclin
6  right where it was made?
7      A.   That would be very nice if it could be
8  done. If you could observe it in vivo, in real
9  life, that would be perfect.
10     Q.   Do you know that 6-keto PGF1alpha is the
11  immediate hydration product of prostacyclin?
12     A.   No, as mentioned in the literature, they
13  measure these urinary metabolites typically. I
14  defer to the biochemists when it comes to those
15  measurements.
16     Q.   You understand 6-keto PGF1alpha is not a
17  urinary measurement?
18     A.   I don't know where they measure it.
19     Q.   You just don't know. Fair?
20     A.   No. What I have seen is that they use
21  what comes out in the urine. That is what they use
22  in most cases.
23     Q.   Okay.
24     A.   To --

Page 159

1      Q.   Is it your opinion, is it your
2  opinion --
3      A.   Yes.
4      Q.   -- that PGIM --
5      A.   Yes.
6      Q.   -- which is in the urine, is a good
7  marker for prostacyclin in the actual endothelium?
8      A.   It's a surrogate marker I'd say.
9      Q.   Is 6-keto PGF1alpha also a surrogate
10  marker for prostacyclin?
11     A.   That I don't know. Ask a biochemist.
12     Q.   Do you believe that measuring
13  prostacyclin in the urine is a better measure than
14  measuring prostacyclin in the blood?
15     A.   Probably not. If you can get level in
16  the blood, it would be better.
17     Q.   And if --
18     A.   See, you're asking me. I am a
19  pathologist. You're asking me these biochemist
20  questions.
21     Q.   You got a lot of stuff in here on
22  prostacyclin in your report.
23     A.   Oh, yes.
24     Q.   I'm trying to see how far --

Page 160

1      A.   What I go by is what is published in the
2  literature. Many used the urinary excretion of
3  derivatives of prostacyclin, and I have to go by
4  the interpretation of people who are more experts
5  in that field than I am.
6           I am a pathologist. I have to talk
7  about pathology. When it comes to the
8  biochemistry, talk to the biochemist.
9      Q.   If PGIM and 6-keto PGF1alpha both measure
10  prostacyclin, you would expect that if a drug had
11  an effect on prostacyclin that those two
12  measurements would both go the same way, correct?
13     A.   Not correct. Ask the biochemist.
14     Q.   You don't have an opinion on that?
15     A.   I don't have an opinion based upon the
16  evidence I have read, no.
17     Q.   What is the function of thromboxane or
18  TxA2 in the vasculature?
19     A.   Several functions. Vasoconstrictive
20  because it contracts smooth muscle cells. It's
21  prothrombotic. Those are main functions.
22     Q.   Is TxA2 manufactured in the platelets?
23     A.   It's supposed to be.
24     Q.   Is TxA2 generated by COX-1 in the

Page 161

1  platelets?
2      A.   Supposed to be there. There is others
3  who say there is COX-2 involved. But other
4  articles say in the mature platelet, that is not
5  the case.
6      MR. CRAWFORD:  Excuse me, counsel. Take a
7  very quick break?
8      MR. TOMASELLI:  Sure.
9      MR. CRAWFORD:  Thank you.
10          (WHEREUPON, a recess was had
11           from 12:02 to 12:05 p.m.)
12  BY MR. TOMASELLI:
13     Q.   Are you ready to continue, Dr. Fosslien?
14     A.   I am ready to continue.
15     Q.   You said there is evidence that
16  thromboxane can be made by COX-2, is that right?
17     A.   There was an article stating that, but
18  other articles state that that is not true in a
19  mature platelet.
20     Q.   Is it your opinion that thromboxane is
21  COX-1 or COX-2 mediated?
22     A.   I think the preponderance of evidence
23  indicates it's COX-1 mediated.
24     Q.   Is TxA2 a measure of platelet activity?

41 (Pages 158 to 161)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 162

1   A.   That I don't know.  It's one of the
2 products platelets make.
3   Q.   And I assume when platelets become
4 activated, the thromboxane levels are increased?
5   A.   That is my impression.
6   Q.   Is there increased platelet activation
7 in an atherosclerotic state?
8   A.   Generally I think that's agreed upon,
9 yes.
10   Q.   So, TxA2 levels are higher in people with
11 atherosclerosis than not?
12   A.   Sir, if you look at one of my drawings
13 in here, I've illustrated that very clearly and I
14 think it's 3 or 4 or something.  That is true.
15   Q.   Okay.
16   A.   Let's see the drawings so we don't spend
17 a lot of time.
18   Q.   If you say it's true, I will believe
19 you.
20        And I assume with increased thromboxane
21 levels, persons are more prone to have a thrombotic
22 event versus someone, say, without atherosclerosis?
23   A.   Exactly.  And, so, if you reduce
24 prostacyclin, which counteracts thromboxane, you

Page 163

1 increase the likelihood of a thrombotic event.
2   Q.   And, so, increased thromboxane levels
3 correlate with increased risk?
4   A.   I have not said that.  I think the
5 question was is thromboxane elevated in
6 atherosclerosis and the answer I gave was yes, it
7 is.
8   Q.   And then I said in people with those
9 increased thromboxane levels, they are more prone
10 to have an event than someone without increased
11 thromboxane levels?
12   A.   I would think so.
13   Q.   Okay.  Do people with Alzheimer's
14 disease have increased thromboxane levels or
15 increased platelet activation?
16   A.   I think I put something in here, but I
17 don't recall exactly.  Can you show me where in the
18 report that is?  There may have been something
19 there.  But I don't recall now.  Do you have that
20 for me?
21   Q.   I don't know if I'm right or not.  I
22 guess we will find out.
23        (WHEREUPON, a certain document was
24        marked Fosslien Deposition Exhibit

Page 164

1        No. 6, for identification, as of
2        6-8-06.)
3 BY MR. TOMASELLI:
4   Q.   I'm going to hand you Deposition Exhibit
5 No. 6, and it's an article by Ciabattoni,
6 C-i-a-b-a-t-t-o-n-i.
7   A.   Yes.
8   Q.   It's an article in press in 2000 --
9   A.   The one with the biographs --
10   Q.   I'm sorry.  Sir.
11   MR. CRAWFORD:  He was trying to find --
12 BY THE WITNESS:
13   A.   We are trying to find the drawing that
14 pertains to your question before about the
15 thromboxane levels in atherogenesis,
16 atherosclerosis.
17 BY MR. TOMASELLI:
18   Q.   I think you answered it.
19   A.   What is your question, sir?
20   Q.   I'd like you to take a look at Fosslien
21 Exhibit 6 and it's an article by Ciabattoni in
22 2006.
23        And my question to you is:  Do people
24 with Alzheimer's disease have increased platelet

Page 165

1 activation and increased thromboxane levels?
2   A.   What page in my report is this
3 discussed?
4   Q.   I have no idea.
5   A.   I'm afraid I can't answer that question
6 unless I can see it in the report.
7   Q.   Can't answer a question unless you can
8 see it in your report?
9   A.   I want to see what I said in the report
10 to make sure that I answer correctly and
11 consistently.
12   Q.   How about if you will turn to page 54 of
13 your report.
14   A.   Yes, sir.
15   Q.   You cite at the bottom of paragraph 115,
16 at the end of it, you cite a 34.
17   A.   I thought it was in there.  Okay, good.
18   Q.   34 is the Ciabattoni article, right?
19   A.   Let's see.  34.  34 Ciabattoni.  Year,
20 2006.
21        2006; okay.  Seems to be it, yes.
22   Q.   And based on that article, are
23 Alzheimer's patients, do they have increased
24 platelet activation and increased thromboxane

42 (Pages 162 to 165)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 166

1 levels?
2     A.   Okay.  Let's see 34.
3     MR. CRAWFORD:  Objection.
4     MR. TOMASELLI:  Let me try again.  I don't
5 know why I got an objection.  But --
6     MR. CRAWFORD:  I can tell you if you want.
7     MR. TOMASELLI:  I didn't ask you to.
8     MR. CRAWFORD:  All right.
9 BY MR. TOMASELLI:
10    Q.   If you turn to Exhibit 6, the Ciabattoni
11 paper.  If you will flip over two pages.
12    A.   Well, I'm looking at what I have written
13 first here.  I can read that back so it gets in the
14 record.  "Urinary 8-iso-PGF2alpha is a marker of
15 lipid peroxidation."
16    Q.   Sir, that has nothing to do with my
17 question.  Do you agree?
18    A.   No, I don't agree.  You are asking me
19 about reference 34.  And I suppose you asked -- the
20 question will be about what I wrote here versus
21 what is in the article.
22    Q.   I was asking about --
23    MR. CRAWFORD:  Let him ask the question.
24 BY MR. TOMASELLI:

Page 167

1     Q.   I was asking about thromboxane.
2     A.   All right.  Go ahead.
3     Q.   I was asking about thromboxane.
4     A.   Yes.
5     Q.   And if you will look at Exhibit 6,
6 please, the Ciabattoni paper.
7     A.   Yes.
8     Q.   If you will turn over two pages, there
9 should be in the bottom left-hand corner a
10 "Results" section.
11    A.   What page is that, methods, results?
12    MR. CRAWFORD:  Page 3.
13 BY THE WITNESS:
14    A.   Okay.
15 BY MR. TOMASELLI:
16    Q.   Second full paragraph starts,
17 "Alzheimer's disease patients had significantly
18 higher urinary excretion of 11-dehydro-TXB2 than
19 controls."  Do you see that?
20    A.   Yes, I see that.
21    Q.   So, Alzheimer's disease patients have
22 increased thromboxane levels, right?
23    A.   That's what the article says here.
24    Q.   Do you have any basis to disagree with

Page 168

1 this article?
2     A.   Not at this time, sir.
3     Q.   Okay.  Are there other prothrombotic
4 mediators in the human endothelium other than TxA2?
5     A.   Yes, but I don't think I address that in
6 the reports.
7     Q.   Does Vioxx affect any of these other
8 prothrombotic substances?
9     A.   I did not address that question.
10    Q.   Now, I understand it's your opinion that
11 Vioxx creates an imbalance between thromboxane and
12 prostacyclin, is that right?
13    A.   I don't use the term "imbalance."  I may
14 have used it, but I prefer the term "excess."
15    Q.   That there is an excess of thromboxane
16 over prostacyclin?
17    A.   No, I prefer to use the term
18 "signaling," which implies the effect of
19 thromboxane through its receptor, because there are
20 other things that affect the receptors like
21 isoprostanes.
22         So you can be --
23    Q.   Tell me this.  How is it -- and I may be
24 not using the right term so maybe you can tell me.

Page 169

1 But how is it that Vioxx creates an imbalance that
2 you talk about in your report?
3     A.   A, it reduces prostacyclin synthesis
4 and, B, it creates ROS which increases
5 isoprostanes.
6     Q.   You are going to have to slow down.
7 She's got to catch up.
8     A.   A, it reduces prostacyclin synthesis
9 and, B, it increases ROS formation, R-O-S, all
10 capital, and thereby increases isoprostane
11 formation, isoprostane.
12         And isoprostane affects the thromboxane
13 receptor and signals through the thromboxane
14 receptor.  So...
15    Q.   Okay.
16    A.   I have a figure here.
17    Q.   Would you agree that
18 hypercholesterolemia or high cholesterol puts a
19 person in a prothrombotic state?
20    A.   I have not -- I don't think I have
21 addressed that.  Can you show me where I talk about
22 that?  I think it's a risk factor.  Thank you.  But
23 I'm not so sure that I said it's prothrombotic.
24    Q.   Page 38 of your report, paragraph 85.

## Egil Fosslien, M.D.

**Page 170**

1    A.   38, 85.  All right.  Let's see.
2         Oh, yes.  This is the Henriksson paper.
3  In the rabbit.  That's what Henriksson showed, that
4  thromboxane levels increased.  That is the one I
5  wanted to show you, by the way, before.
6    Q.   Super.  So, you would agree that a
7  person with high cholesterol or
8  hypercholesterolemia puts a person in a
9  prothrombotic state?
10    A.   Based upon the evidence here and which
11  this is a -- the Henriksson model, yes, and based
12  upon the fact that they find more thromboxane.
13  So...
14    Q.   And that study was in rabbits, right?
15    A.   Let's see.  I think it was in rabbits,
16  yes.
17    Q.   And so obviously you're comfortable with
18  a --
19    A.   Fat-fed rabbits.
20    Q.   And you are comfortable with the fat-fed
21  rabbit model for giving us an idea of what happens
22  in humans.  Fair?
23    A.   I think that's something that should be
24  taken into consideration particularly when others

**Page 171**

1  have found an increase in thromboxane and
2  prostacyclin levels in about here.  Not only
3  thromboxane is increased.  Also prostacyclin.
4    Q.   Okay.  And I'm -- maybe my question was
5  a little unclear.
6         You think the fat-fed rabbit model is a
7  good model to try to predict what's going on in
8  humans?
9    A.   Yes and no.  Because a fat-fed rabbit,
10  you know, rabbits easily get atherosclerosis.  But
11  it's one of the things you have to consider.  There
12  are many other models.
13         But I put it in here because this was
14  from 1987, Henriksson.  What he found, and I
15  thought it was highly interesting, that he
16  demonstrated an increase in both thromboxane and
17  prostacyclin.
18    Q.   In just fat-fed rabbits?
19    A.   That's what it says.  I don't know what
20  was in the fat diet.  I assume it was just
21  cholesterol, but I don't know that.
22    Q.   But regardless, the fat-fed rabbit model
23  you're comfortable with?
24    A.   I'm comfortable with any model that can

**Page 172**

1  shed light on the pathogenesis.
2    THE WITNESS:  Gentlemen, I should like to have
3  a cup of coffee, something.
4    MR. TOMASELLI:  Sure.
5    MR. CRAWFORD:  Let's take a break off the
6  record briefly.
7         (WHEREUPON, a recess was had
8          from 12:17 to 12:21 p.m.)
9  BY MR. TOMASELLI:
10    Q.   Now, this difference in prostacyclin and
11  thromboxane that you have in your report, does that
12  happen immediately upon ingestion of Vioxx?
13    A.   I think it does, but there is no
14  evidence clinically that you can see that.  And so
15  I think I put in the report that my opinion is that
16  it sets up a prothrombotic situation which
17  increases the likelihood of mural microthrombi.
18    Q.   I saw that and I didn't see any evidence
19  beside your opinion for that Vioxx causes mural
20  microthrombi.  That's pretty much just a belief.
21  That's one of those theories.  Right?
22    A.   Well, I will be happy to go back and
23  look for the evidence for that.
24    Q.   But as you sit here right now there is

**Page 173**

1  not any evidence that Vioxx --
2    A.   I disagree with that.  I think that once
3  you start disturbing the prothrombotic system there
4  is a very high likelihood of mural microthrombi.
5         They are very small and they sit on the
6  inside of vessels and I do think this happens.
7    Q.   So, there is evidence of spontaneous
8  thrombosis of mural microthrombi?
9    A.   That is not what I said.  Thrombus
10  usually in that connection that you have a
11  thrombotic event.  This would not lead to a
12  thrombotic event.  You would not see anything in
13  the patient.
14    Q.   But you didn't have any evidence for
15  that opinion on --
16    A.   That's not what I said.  I said I may
17  not have included it here.  And I also said that I
18  will be happy to go back and look.
19    Q.   Okay.  I will take you up on that offer.
20    A.   Fine.
21         Now the question is about microthrombi,
22  right?  Just prothrombotic state, can it induce
23  microthrombi, is that the question?
24    Q.   Correct.

44   (Pages 170 to 173)

d1c48430-8b50-46ac-99d5-274a6d1abffd

## Egil Fosslien, M.D.

**Page 174**

1    Now, assume this, as you have it here in
2  your charts, this difference between thromboxane
3  and prostacyclin. That's a relative ratio,
4  correct?
5    A.   Well, see, many people use the term
6  "balance" or "ratio." I use the term "excess."
7    Q.   So, let me try again. You're in a
8  prothrombotic state as long as there is excess of
9  TxA2, right?
10    A.   That's the -- that's the opinion, yes.
11    Q.   Okay. So, if TxA2 comes under
12  prostacyclin, you're no longer in a prothrombotic
13  state. Fair?
14    A.   That should be fair.
15    Q.   Okay. So, if -- this is a hypothetical.
16  So, if thromboxane is reduced 95 percent and
17  prostacyclin is reduced, say, 60 percent, since
18  there is no excess, they wouldn't be in a
19  prothrombotic state?
20    A.   Depends upon the starting point. If you
21  look at the page 38 here, what Henriksson wrote and
22  found in the rabbits, there was more of an increase
23  in the thromboxane level, 86 percent, versus PGI2
24  prostacyclin, 39 percent. So there you start with

**Page 175**

1  a big difference already.
2    Q.   Okay. Well, say --
3    A.   So, without any drug treatment, except
4  of course they used cholesterol feeding I suppose,
5  you already have a thromboxane excess.
6    Q.   Okay. But even, for example, knocking
7  out 95 percent of that thromboxane and knocking out
8  60 percent of the PGI2 that you have there, you
9  wouldn't be in a prothrombotic state, right,
10  because the 95 percent would more than compensate?
11    A.   I would think so.
12    Q.   Okay. Just trying to understand your
13  opinion.
14    A.   Right.
15    Q.   I assume that one of your assumptions in
16  your report is that COX-2 is the enzyme that
17  produces prostacyclin, right?
18    A.   From the literature, that seems to be
19  the case although there are other articles that
20  claim COX-1 is involved. But I think the
21  preponderance of evidence shows it's COX-2 derived
22  because -- well, that's what I found in the
23  literature.
24    Q.   And that's based on those PGIM studies,

**Page 176**

1  is that fair?
2    A.   It's based upon what I found in the
3  literature. We have to go and look at every
4  reference I made here how they came to that
5  conclusion. They are the experts who have drawn
6  that conclusion.
7    Q.   So, you don't know necessarily what they
8  were looking at, but your review of the literature
9  is that what they were looking at leads to the
10  conclusion that COX-2 makes prostacyclin in the
11  endothelium?
12    A.   I did not say that. I said -- you say
13  prostacyclin in the endothelium. I said in papers
14  they concluded that prostacyclin is COX-2 derived.
15    Q.   I think we are on the same page there.
16    A.   No, because it could come from other
17  sources. You talk about endothelium.
18    Q.   Yeah. Do you not think that COX-2 -- do
19  you not think that COX-2 makes prostacyclin in the
20  endothelium?
21    A.   Yeah, but that's not the question, is
22  it, or was it?
23    Q.   I'm asking you. Do you think that COX-2
24  makes prostacyclin in the endothelium?

**Page 177**

1    A.   There is evidence to that effect,
2  although I said also that others complain -- claim
3  that maybe COX-1 is involved particularly in the
4  static situation in the laboratory.
5    The -- in the endothelium there are
6  reports that show that COX-1 is the only one.
7  Others say that you have cyclic stretch in vivo and
8  that you would get induction of COX-2 because of
9  that because the cyclic strain receptors. Not
10  receptors. But regions, responsive elements in the
11  promoter region.
12    Q.   Would you agree that lesion-free,
13  healthy endothelium expresses only COX-1?
14    A.   That's been claimed. I don't know.
15  Because the articles say that you don't have that
16  situation in vivo. The vessels expand and contract
17  because of pulsation and so on. And I think it's a
18  very controversial field. And you will find
19  articles claiming both sides.
20    (WHEREUPON, a certain document was
21    marked Fosslien Deposition Exhibit
22    No. 7, for identification, as of
23    6-8-06.)
24  BY MR. TOMASELLI:

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 178

1    Q.   I'm going to hand you what I've marked
2  as Fosslien Deposition Exhibit No. 7, and that's an
3  article by Dr. Verma, correct?
4    A.   That's the first author here.  Subodh
5  Verma.  Doesn't say -- what does it say here?  And
6  University of Ontario, Toronto, Ontario.
7    Q.   That is an endothelial function study
8  with Vioxx and naproxen, right?
9    A.   Well, I have had a minute to look at
10  this.
11    Q.   You bet.
12    A.   First I will turn to the conclusion and
13  see what it concludes.
14    Q.   Take your time.
15    A.   There is no conclusion.  There is a
16  discussion.  No conclusion.  Maybe there is in the
17  abstract.  Conclusion in the abstract.  Okay.
18         This refers to healthy volunteers.  So,
19  they are free of any risk factor.
20    Q.   Okay.  And let me just -- I want to make
21  sure we are on the same page for people reading
22  this transcript.
23    A.   Yeah, I read the conclusions.  That's
24  why.

Page 179

1    Q.   This is a study by Verma from 2000
2  published in Circulation that looked at endothelial
3  function between Vioxx and naproxen, right?
4    A.   Where do you read that?  Let me see.
5  Where are you?  I lost you there.
6    Q.   I'm kind of summarizing the whole thing.
7    A.   I haven't looked at the whole thing yet.
8    Q.   It's a study by Verma.
9    A.   Yes.
10    Q.   Published in 2001.
11    A.   Agree.
12    Q.   In Circulation.
13    A.   Agreed.
14    Q.   That looked at endothelial function.
15    A.   In healthy volunteers.
16    Q.   Between Vioxx and naproxen.
17    A.   Okay.
18    Q.   We are on the same page?
19    A.   I think so.
20    Q.   And you made a point of saying these
21  were healthy volunteers, so they would not have any
22  lesions?
23    A.   No risk factors, no diabetes, no
24  hypertension.  Standard risk factor.  They are free

Page 180

1  of any risk factor.
2    Q.   And is there anything about COX-1 only
3  being expressed in the normal endothelium of the
4  arteries that explains this study, why they did not
5  find a decrease in endothelial function while
6  people were taking Vioxx?
7    A.   You gave me the study a minute ago.  I
8  have no time to study it extensively.
9         And let me see if I understand your
10  question correctly here.  You come back to the
11  COX-1.  I assume that you want to show that COX-1
12  is the only one expressed in the endothelium.  I
13  think there is literature to show that is not
14  necessarily so.
15    Q.   I'm just asking if COX-1 produces
16  prostacyclin in young healthy volunteers.
17    A.   It probably does.
18    Q.   Okay.
19    A.   As a matter of fact, there are studies
20  to show that if you take an artery out, you may
21  find that prostacyclin produces -- just that it's
22  the only one expressed in the endothelium, but that
23  is not the in vivo situation according to several
24  publications.

Page 181

1         That you have the cyclic strain and the
2  cyclic strain, the pulsation and the stretch of the
3  arteries causes induction of COX-2 is what I have
4  seen.
5    Q.   So, these people in this study, while
6  they are living, COX-2 was making their
7  prostacyclin, is that right?
8    A.   I would have to look at it.  You give me
9  one minute to look at it.
10    Q.   Take a look at the whole abstract.
11    A.   You have the whole afternoon?
12    DR. BAUM:  We can go off the record.  He can
13  review it.
14  BY THE WITNESS:
15    A.   Okay.  What is your question?
16  BY MR. TOMASELLI:
17    Q.   I just want you to become, you know,
18  familiar with the results of this study and how the
19  study was done.
20    A.   Okay.
21    Q.   And my question is:  In these people is
22  it your opinion that COX-1 or COX-2 is making
23  prostacyclin in the endothelium?
24    A.   Let's see what they claim.  Thirty-five

46 (Pages 178 to 181)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 182

1 healthy volunteers were randomized to receive seven
2 days of treatment.
3     MR. CRAWFORD:  Hold on.  Are we going to go
4 off the record for him to read it?
5     MR. TOMASELLI:  We can stay on.
6     MR. CRAWFORD:  Do you want him to read it or
7 what?
8     MR. TOMASELLI:  We can stay on.
9 BY THE WITNESS:
10    A.   Seven days of treatment of rofecoxib.
11 Rofecoxib, seven days is a short-term study.  I
12 don't think you can draw many conclusions from
13 that.
14         I mean, this is very, very sad, you
15 know, see in the literature have all these
16 short-term studies.  You want to have a little
17 longer term.  Not seven days healthy volunteers.
18 BY MR. TOMASELLI:
19    Q.   What longer term, six months?
20    A.   No.  Extended.  Not only seven days.
21 Because I mentioned to you that it was the
22 difference in the effect of celecoxib in short term
23 and long term.
24    Q.   I mean, so a six-month study would be

Page 183

1 great?
2     A.   They should be followed maybe for a year
3 to see what happens when they get medication for a
4 longer time.
5     Q.   But six months would be much better than
6 seven days, right?
7     A.   I'm not saying that.  I would like to
8 see that because I don't know whether it's better
9 or not.  But you don't want to go by a seven-day
10 study.
11    Q.   Let me ask you this question:  Even
12 though the study was only seven days --
13    A.   Yes.
14    Q.   -- is prostacyclin being made by COX-1
15 or COX-2 in those seven days?
16    A.   Well, we have to see what they did, and
17 I would like to also find -- let's see what they
18 say here.
19         So they had compared with naproxen.  So,
20 again, it's a comparison with a different drug.
21 Why?
22         Used forearm strain-gauge
23 plethysmography.
24    Q.   Is this the first time you have seen

Page 184

1 this study?
2     A.   I don't recall.  Maybe I quote it.  I
3 don't know.
4         So, this is using a method that they put
5 a cuff on the arm, and I'm not an expert on that,
6 but that is how they measure flow here.  It's not
7 direct flow measurements.
8     Q.   And my question to you is:  In your
9 opinion is COX-1 or COX-2 responsible for the
10 production of prostacyclin in the endothelium of
11 these individuals?
12    A.   I have no idea as of this point.  It
13 will take me some time, maybe several days to read
14 through this and digest it.  I don't make -- draw a
15 conclusion that quickly.
16    MR. CRAWFORD:  Let me interject something.  I
17 thought you just changed your question.  Are you
18 asking whether the conclusion of this article was
19 what you just asked or whether he had an opinion on
20 that because I think the first time you asked does
21 this article indicate.
22    MR. TOMASELLI:  I don't think I did.
23    MR. CRAWFORD:  Okay.  Then I misheard but --
24    MR. TOMASELLI:  I think you did.

Page 185

1     MR. CRAWFORD:  Why are we looking at the
2 article, then, if you're asking him that opinion?
3     MR. TOMASELLI:  Well, I'm trying to understand
4 whether COX-1 or COX-2 is responsible for
5 prostacyclin in the endothelium.
6     MR. CRAWFORD:  Right.
7 BY THE WITNESS:
8     A.   Let's go back to my report and see what
9 I quoted in the report.
10    MR. CRAWFORD:  Okay.  I'm trying to find out.
11    MR. TOMASELLI:  No.  I can ask my questions.
12    MR. CRAWFORD:  Are you saying -- are you
13 asking him to read this report to determine whether
14 it supports that notion or whether he has an
15 independent view of it or -- I don't understand
16 what the relationship is of this.  I'm just trying
17 to cut through the time.
18    MR. TOMASELLI:  This is -- listen.
19    MR. CRAWFORD:  It's okay if you ask it either
20 way.  I don't care.  But I'd like to be clear
21 because --
22    MR. TOMASELLI:  I will try to be clear.
23    MR. CRAWFORD:  -- why are we reading the whole
24 report if --

47 (Pages 182 to 185)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

**Page 186**

1     MR. TOMASELLI:  I will try to be clear.
2     MR. CRAWFORD:  Okay.
3 BY MR. TOMASELLI:
4     Q.   In 32 or 33-year-old individuals is
5 prostacyclin, and I'm not saying the report says it
6 is or not, I'm just saying in 32 or 33-year-old
7 individuals, is prostacyclin being made by COX-1 or
8 COX-2 in the endothelium?
9     A.   I don't think I have addressed that
10 question in the 32-year-old.  You specifically
11 asked about the 32-year-old.
12     Q.   What about a 28-year-old?
13     A.   I don't have -- I don't have
14 addressed -- I did not mention specifically
15 20-year-old either.
16     Q.   So, you have no opinion on whether 32-
17 or 33-year-old individuals --
18     A.   I did not say that.
19     Q.   I'm trying to understand your opinion,
20 and let me ask it again.  Maybe I'm unclear.
21          In 32- or 33-year-old normal, healthy
22 volunteers, walking around in the world, is their
23 prostacyclin in the endothelium made by COX-1 or
24 COX-2?

**Page 187**

1     A.   And I think I told you that from my
2 review of the literature it's a controversial
3 issue.  There are studies that show that it's only
4 COX-2 dependent and there are other studies that
5 show that's not the situation in vivo.  And it's
6 controversial.
7     Q.   And I want to know --
8     A.   And I quoted -- I quoted in my paper I
9 think the sources that show it's COX-2 dependent.
10     Q.   When you testify in front of the jury,
11 is it your opinion that normal, healthy young
12 people, 32, 33 years of age, is their prostacyclin
13 in the endothelium made by COX-1 or COX-2?
14     MR. CRAWFORD:  Objection.
15 BY MR. TOMASELLI:
16     Q.   Or do you know?
17     A.   Well, you put a paper in front of me
18 that claims that it's COX-1 dependent.  I looked at
19 it for only a couple of minutes.  I will be happy
20 to consider it further and retain the right to
21 change my opinion if further evidence is available.
22          From what I have seen and what I put in
23 my report, I quoted the references to my knowledge
24 and I say that it's really COX-2 dependent, which

**Page 188**

1 actually was a surprise, you know, but it has to do
2 with this movement of the vessels.
3          I will be happy to look at this article
4 in further detail.  I think it's unfair to ask me
5 to make -- to answer that question just by looking
6 at this after one minute or two.
7     Q.   Set the article aside.
8     A.   Yes.
9     Q.   In 32- or 33-year-old volunteers,
10 normal, young, healthy people, is their
11 prostacyclin, in your opinion, what you're going to
12 tell this jury --
13     MR. CRAWFORD:  Objection.
14 BY MR. TOMASELLI:
15     Q.   Is it your opinion that normal, healthy,
16 young, 32, 33-year-old people, their prostacyclin
17 in the endothelium is made by COX-1 or COX-2 or
18 both?
19     MR. CRAWFORD:  Objection.
20 BY MR. TOMASELLI:
21     Q.   You can answer.
22     A.   It's controversial, as I told you.
23     Q.   So you don't have an opinion?
24     A.   No, I expressed the opinion in the paper

**Page 189**

1 if we may turn to that.
2     Q.   I don't see in your paper where you
3 addressed my question of whether normal, healthy
4 adults -- actually, let's look at page 39 of your
5 report.
6     A.   39?
7     Q.   Page 39.
8     A.   Okay.  I should have brought the
9 computer. 32, 35.  I seem to have mixed up the
10 pages here.
11     MR. CRAWFORD:  This goes up to 36.
12     MR. TOMASELLI:  It was hiding.
13     MR. CRAWFORD:  We should reassemble here.
14 BY THE WITNESS:
15     A.   38?
16 BY MR. TOMASELLI:
17     Q.   Page 39, sir, please.
18     A.   Page 39.  Okay.  On page 39.
19     Q.   Okay.  So you have a Figure 4 and it
20 says, "Prothrombotic effects of selective COX-2
21 inhibition in healthy young adults," right?
22     A.   Um-hmm.
23     Q.   And based on your chart you show
24 thromboxane excess in young healthy adults, right?

48  (Pages 186 to 189)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 190

1    A.   That's if you have -- if you are
2  reducing the prostacyclin.
3    Q.   I'm sorry.  I don't understand that.
4    A.   This is if you -- if you reduce
5  prostacyclin.
6    Q.   Okay.
7    A.   In the young, healthy adult if you
8  reduce prostacyclin with, let's say, rofecoxib or
9  some other COX-2 inhibitor, then you get the
10 thromboxane excess.
11   Q.   So, Vioxx reduces prostacyclin in
12 healthy, young adults?
13   A.   That's not what I say here.  I say in
14 the literature to my recollection there are results
15 where they found the 60 percent reduction in
16 prostacyclin by inhibition of COX-2.
17       So, I think I put that in there that
18 this is what I put and I used the same figure, the
19 same percentage; and the other figures use
20 60 percent reduction.
21   Q.   Sir, does your report reflect that Vioxx
22 reduces prostacyclin in young, healthy adults?
23   A.   I don't think I said that.  In the
24 normal adult --

Page 191

1    Q.   That is not what your chart shows?
2    A.   That prostacyclin does it?
3    Q.   No.  I'm asking you based on your chart.
4    A.   Okay.  Let me read it, then.
5        "Figure 4 illustrates the effect of
6  inhibition of prostacyclin synthesis by a selective
7  COX-2 inhibitor such as rofecoxib."
8        Such as.
9    Q.   So, yes, prostacyclin --
10   A.   Such as.
11   Q.   -- is reduced in normal, healthy adults
12 by Vioxx?
13   A.   I said the base for this statement may
14 be that there was inhibition of COX-2 such as
15 rofecoxib.  We know that inhibits COX-2.  We also
16 know that COX-2, when you inhibit COX-2, you get a
17 reduction in prostacyclin.  Do you agree?
18   Q.   I'm asking you --
19   A.   Yes, I'm answering you.
20   Q.   Is it true, is it true that Vioxx
21 reduces prostacyclin in young, healthy adults?
22   A.   Well, we have to look in the literature.
23 What I say is that almost -- for example, the COX-2
24 inhibitor such as rofecoxib, there are COX-2

Page 192

1  inhibitors that do this, and I don't recall whether
2  this was specifically rofecoxib.  But I will be
3  happy to look it up and give you the reference.
4    Q.   Listen to my question real carefully.
5    A.   Yeah.
6    Q.   Is your chart showing that Vioxx -- let
7  me -- withdrawn.
8        Is it your opinion that Vioxx decreases
9  prostacyclin in the endothelium of young, healthy
10 adults?
11   A.   It's my opinion that COX-2 inhibition
12 reduces prostacyclin even in a young, healthy
13 adult.
14   Q.   Okay.
15   A.   Based upon the literature.
16   Q.   Again, a reduction in prostacyclin in
17 your opinion leads to decreased vasodilation and
18 decreased endothelial function, correct?
19   A.   I would say that it has to do with
20 vasodilation, yes.  Less effect on dilation, yes.
21   Q.   So, when people are giving -- when
22 people are given Vioxx, since Vioxx reduces
23 prostacyclin in the endothelium, people with Vioxx
24 should have decreased dilation and endothelial

Page 193

1  dysfunction.  Fair?
2    A.   Well, not necessarily.  I think it's a
3  leading question I think.  What we have here is
4  that we have the effect on the smooth muscle cells
5  and effects of prostacyclin on thromboxane are
6  opposite.
7        The thromboxane signaling contracts the
8  smooth muscle cells in the vessel wall.  That
9  causes a constriction of the vessel.  Prostacyclin
10 has the opposite effect.  So, it --
11   Q.   So, if you give Vioxx, if you give Vioxx
12 to people, you should see constriction in their
13 arteries, right?
14   A.   You should -- the best would be to
15 examine the effect on the smooth muscle cells in
16 the wall and see what the effect is.
17       In literature it states that
18 thromboxane, it contracts the smooth muscle cells
19 and that plus thromboxane, by inhibiting
20 thromboxane at the receptor has the opposite
21 effect.
22   Q.   Sir, it's your opinion that Vioxx
23 decreases vasodilation and causes vasoconstriction,
24 right?

49 (Pages 190 to 193)

d1c48430-8b50-46ac-99d5-274a6d1abffd

● Egil Fosslien, M.D. ●

Page 194

1    A.   It's my opinion that Vioxx by reducing
2  prostacyclin production contributes to
3  vasoconstriction and hypertension.  You have
4  hypertension.  We know hypertension is an adverse
5  effect and the hypertension occurs very early in
6  the treatment using this drug.
7    Q.   Is it your opinion in this litigation
8  that Vioxx decreases endothelial function of people
9  taking Vioxx?
10    A.   I don't think I have stated that.  You
11  are talking about endothelial function.  I'm
12  talking about prostacyclin.  I'm talking about
13  thromboxane and the opposite effect of the two
14  vasoactive prostanoids.
15    Q.   Does endothelial function measure the
16  vasodilation?
17    A.   It's involved in vasodilation,
18  certainly.  Very complicated affair.
19    Q.   So, if Vioxx decreased vasodilation, it
20  should decrease endothelial function, right?
21    A.   That's you're assumption.
22    Q.   I'm asking if that's your opinion.
23    A.   Well, I have not seen that in the
24  literature.  If you can find I quote that here, I

Page 195

1  will be happy to discuss it.
2    Q.   No, I'm asking.  Is it your opinion that
3  Vioxx decreases vasodilation?
4    A.   Yes.
5    Q.   Is vasodilation a marker of endothelial
6  dysfunction?
7    A.   I wouldn't phrase it that way.  I would
8  phrase it vasodilation as far as the report is
9  concerned has to do with the smooth muscle cells
10  that sit in the wall of the arteries, in the media
11  typically, and controls whether the arteries
12  constrict or not.
13       There is clear evidence in the
14  literature I think that thromboxane causes
15  contraction of these vessels -- of these smooth
16  muscle cells and prostacyclin inhibits the effect
17  of thromboxane.
18    Q.   So, you don't think -- it's your
19  opinion, you don't think that endothelial function
20  is a marker for vasodilation?
21    A.   I don't understand the question.  You're
22  talking about markers.  You know, that is a very
23  unusual term to use is a marker.
24    Q.   "Marker" is an unusual term?

Page 196

1    A.   For that particular thing, yes.  We
2  talked about endothelium.  We talked about
3  vasodilation.  I am stating clearly what I found in
4  the literature is that thromboxane contracts smooth
5  muscle cells in the arterial wall.  Prostacyclin
6  inhibits this contraction.  That's all.
7    Q.   That's it?
8    A.   That's what I have stated I think in the
9  report.
10    Q.   You don't know if there is any clinical
11  meaning to that at all, correct?
12    A.   Well, hypertension, if you get
13  contraction of the smooth muscle cells, then you
14  get constriction of the arteries and the blood
15  pressure goes up.
16    Q.   How high?
17    A.   Maybe one of the mechanisms by which
18  Vioxx unfortunately causes hypertension.
19    Q.   If you wanted to measure vasodilation in
20  humans, how would you do that?
21    A.   Asking the wrong person.  I'm a
22  pathologist.  You have to ask a clinician.
23    Q.   So, if somebody else says measuring
24  endothelial function is a good measure of

Page 197

1  vasodilation, you're not going to disagree with
2  them?
3    A.   I don't understand the question.  Could
4  you explain it, please.
5    Q.   If COX-1 was actually responsible for
6  prostacyclin production in the endothelium, your
7  charts would be wrong, correct?
8    A.   It's a hypothetical.
9    Q.   And I'm entitled to ask those.
10    A.   You can ask it, yes.
11    Q.   And I'm asking it.
12    A.   Well, what's your question?
13    Q.   If you're wrong and prostacyclin is
14  mediated by COX-1 in the endothelium, your charts
15  are wrong, correct?
16    A.   That is not what the literature shows.
17    MR. CRAWFORD:  Objection.
18  BY THE WITNESS:
19    A.   You know, what I find in the literature
20  is kind of disappointing, too, but that's what I
21  found in the literature because --
22  BY MR. TOMASELLI:
23    Q.   You found in the literature that Vioxx
24  decreases prostacyclin metabolites in the urine,

50 (Pages 194 to 197)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 198

1  correct?
2      A.   Most of them use that for suggestions in
3  internal memos at Merck to my recollection of using
4  some radioactive tracer to study this problem
5  because Scolnick in the e-mail, he kind of
6  recognized that was a problem with this
7  prostacyclin, that Vioxx reduces prostacyclin, you
8  know.  I have quoted that memo in here.
9      Q.   You searched the published literature
10 for everything you could find regarding where or
11 what prostacyclin -- what enzyme made prostacyclin
12 in the endothelium.  You conducted that search and
13 you tried to figure out every article that might
14 play into that, correct?
15     A.   I have told you that is controversial
16 and I have not looked at every article.  I think
17 you would have a 502,000-page report.
18     Q.   So, it's controversial that --
19     A.   It's controversial --
20     Q.   -- COX-2 even makes prostacyclin?
21     A.   Well, the literature seems to agree that
22 it's actually COX-1 dependent, which, as I said, is
23 the way -- what I say.
24     Q.   What literature suggests it's COX-1

Page 199

1  dependent?
2      A.   I suppose the one you showed me.
3      Q.   This --
4      A.   I haven't reviewed this.
5      Q.   -- paper suggests it's COX-1 dependent?
6      A.   I have looked at it just a minute.  So
7  you are asking me an unfair question.  I should
8  have time to review this before you ask me those
9  questions.
10     Q.   I'm just asking if you conducted as
11 thorough a search as you possibly could in the
12 medical literature to determine if prostacyclin in
13 the endothelium is COX-1 or COX-2 dependent?
14     A.   I did a search.  How extensive, you can
15 discuss how extensive it is.  I mean, nobody can do
16 the whole search and search everything.  It's
17 impossible I think.
18     Q.   But your search led you to determine
19 that there was a lot of controversy in whether
20 COX-1 or COX-2 makes prostacyclin in the
21 endothelium.  Fair?
22     MR. CRAWFORD:  Objection.
23 BY THE WITNESS:
24     A.   Well, what I stated I think is that in

Page 200

1  the literature I saw stated that in the laboratory,
2  in static conditions, not pulsatile flow, it's
3  COX-1 dependent.  In the pulsatile flow and
4  in vivo, then you have strain; and that strain
5  induces COX-2.
6  BY MR. TOMASELLI:
7      Q.   And how long did they measure that
8  strain, sir?
9      A.   I don't recall.  We can look that up.
10         Also, of course, if you have other
11 genesis, you may get COX-2 expressed in it there.
12     Q.   Let me ask you a hypothetical.  You
13 would agree, wouldn't you, that cells, cells can
14 express different genes if they are put into a
15 plastic dish for a while, correct?
16     A.   Um-hmm.
17     Q.   Is that a yes?  You have to answer out
18 loud.
19     A.   That's yes.
20     Q.   If you put an endothelial cell in a
21 plastic dish and it expressed the COX-2 gene
22 because you were doing that flow that you were
23 talking about, but you extended that flow out, say,
24 seven days and the COX-2 gene was no longer

Page 201

1  expressed, that would undermine your opinion,
2  wouldn't it?
3      A.   Well, I haven't -- I don't recall having
4  seen those results.
5      Q.   Okay.  I'm asking you a hypothetical.
6  If --
7      A.   Well, I think it's an unfair question.
8  You ask something that I have no evidence to show
9  either way.  I want to see the evidence.
10     Q.   You haven't seen any literature
11 regarding that?
12     A.   I don't recall having seen it.
13     MR. CRAWFORD:  Why don't you show him an
14 article?
15 BY THE WITNESS:
16     A.   Maybe I have, maybe I haven't.
17     MR. CRAWFORD:  He can comment.
18     MR. TOMASELLI:  I'm asking a hypothetical and
19 I'm entitled to do that.
20 BY THE WITNESS:
21     A.   You can do that.  What I have said, to
22 elucidate, is if you have cyclic flow, pulsation,
23 the stretch induces COX-2 according to the
24 literature I have seen.

## Egil Fosslien, M.D.

Page 202

1  BY MR. TOMASELLI:
2      Q.   Okay.
3      A.   And you have pulsatile flow because you
4  have -- blood doesn't flow -- it's a pulsatile
5  flow.
6      Q.   And if you looked at that pulsatile flow
7  after seven days and the COX-2 gene was no longer
8  expressed, you would have to come to the conclusion
9  that COX-2 doesn't make prostacyclin in the
10 endothelium, right?
11     A.   Or something else changed in the cells.
12 Maybe they were affected by the in vitro conditions
13 and could no longer make COX-2.  I don't know.
14     Q.   And maybe the cells were affected by the
15 in vitro conditions and just expressed COX-2 just
16 because of that?
17     A.   Probably that's what -- one of the
18 articles to my recollection shows that if you
19 stretch the membrane in which they sit, you get
20 COX-2 which coincides with the pulsatile flow
21 theory that, you know, you get induction of COX-2
22 by the pulsatile flow and the stretch on the vessel
23 wall.
24     Q.   So COX-1 was in the endothelium before

Page 203

1  you started messing with it in the Petri dish,
2  right?
3      A.   Well, that I don't know.  I didn't know
4  do the experiments.  I can only say what I recall
5  having read, and it's interesting.
6      Q.   You would agree that the reduction of
7  prostacyclin by Vioxx, if it occurs, is not a
8  100 percent reduction, right?
9      A.   Unless you knock out the gene.
10     Q.   Unless you knock out the gene?
11     A.   Yes.
12     Q.   Are there any humans with IP receptor
13 knocked-out genes?
14     A.   Not that I know.
15     Q.   Okay.  So, it doesn't happen in humans.
16 Fair?
17     A.   In knockout?  Knockout is an animal
18 experiment.  We haven't experimented on humans yet.
19     Q.   And my question to you, sir, was:  The
20 reduction in prostacyclin in humans by Vioxx, if it
21 occurs, is not 100 percent, correct?
22     A.   No, the question was about the knockout.
23 You talked about the knockout gene.
24     Q.   Answer this question.

Page 204

1      A.   Yes.
2      Q.   Vioxx in humans.  Fair?  Are you with me
3  so far?
4      A.   Vioxx in humans, yes.
5      Q.   You would agree that if there is a
6  reduction in prostacyclin, it is not 100 percent?
7      A.   I agree with that.
8      Q.   Okay.
9      THE WITNESS:  Break maybe, lunch break?
10     MR. CRAWFORD:  Yeah.  We are at about
11 1 o'clock right now.  Do you want to take a quick
12 break?
13     MR. TOMASELLI:  Sure.  Whatever you guys want
14 to do.
15     MR. CRAWFORD:  Sure.
16     DR. BAUM:  We are about half done, about
17 another 3-1/2 hours.
18         (WHEREUPON, at 12:57 p.m. the
19         deposition of EGIL FOSSLIEN was
20         recessed, to be reconvened at
21         1:30 p.m.)
22
23
24

Page 205

1      IN THE UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4  EASTERN DISTRICT OF LOUISIANA
5
6  IN RE:  VIOXX          )
7  PRODUCTS LIABILITY LITIGATION )
8                  ) MDL Docket
9  This document relates to:   ) No. 1657
10 GERALD BARNETT and      ) Section L
11 CORRINE BARNETT,        )
12      Plaintiffs,  ) Judge Fallon
13   -vs-                 )
14 MERCK & CO., INC.,      ) Magistrate Judge
15      Defendant.  ) Knowles
16                  )
17 Civil Action No. 2:06cv485   )
18
19         June 8, 2006
20         1:41 p.m.
21      The deposition of EGIL FOSSLIEN, M.D.
22 resumed pursuant to recess at the Park Hyatt
23 Chicago, Fairbanks Room, 800 North Michigan Avenue,
24 Chicago, Illinois.

52 (Pages 202 to 205)

d1c48430-8b50-46ac-99d5-274a6d1abffd

## Egil Fosslien, M.D.

Page 206

1  PRESENT:
2      LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS,
3      (625 Market Street, 11th Floor,
4      San Francisco, California 94105,
5      415-956-5257), by:
6      MR. MARK G. CRAWFORD,
7      mcrawford@lopez-hodes.com,
8          appeared on behalf of the Plaintiffs;
9      FULBRIGHT & JAWORSKI L.L.P.,
10     (2200 Ross Avenue, Suite 2800,
11     Dallas, Texas 75201-2784,
12     214-855-8000), by:
13     MR. JOE W. TOMASELLI, JR.,
14     jtomaselli@fulbright.com,
15         -and-
16     BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP,
17     (54 West Hubbard Street, Suite 300,
18     Chicago, Illinois 60610,
19     312-494-4400), by:
20     DR. KEN BAUM,
21     ken.baum@bartlit-beck.com,
22         appeared on behalf of the Defendant.
23
24  REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968

Page 207

1      MR. TOMASELLI: Back on the record.
2          EGIL FOSSLIEN, M.D.,
3  called as a witness herein, having been previously
4  duly sworn and having testified, was examined and
5  testified further as follows:
6          EXAMINATION (RESUMED)
7  BY MR. TOMASELLI:
8      Q.  Doctor, before lunch, I think the last
9  point we talked about was the fact that if Vioxx
10 decreases prostacyclin in humans it's less than a
11 100 percent decrease, correct?
12     A.  I have seen no evidence to the contrary.
13     Q.  Okay.  And how much prostacyclin does a
14 human need to perform prostacyclin's functions?
15     A.  I have not approached that in my report,
16 sir.
17     Q.  Okay.  Have you seen any papers that
18 suggest even a modest amount of prostacyclin may
19 actually be protective of the arteries?
20     A.  There is some experiments where the gene
21 knockout, you know, knock out one allele and where
22 they show that that is enough to keep things fairly
23 normal.
24     Q.  Okay.  And, so, if you even have a

Page 208

1  modest amount of prostacyclin, that keeps things
2  normal?
3      A.  Well, Vioxx has other effects.  It
4  affects the blood pressure, which is a very
5  detrimental effect of the drug because that starts
6  very -- almost immediately.  So then that damages
7  the endothelium.  So you have, in addition to the
8  prostacyclin, you have hypertension too.
9      Q.  Okay.  Let's try to segregate the
10 hypertension issue from the prostacyclin issue.
11         Setting aside the hypertension for a
12 moment, a modest amount of prostacyclin is enough
13 for it to perform its functions, right?
14     A.  There are experiments that indicate that
15 may be so, but I don't think you can look at this
16 in isolation.
17     Q.  Does the reduction --
18     MR. TOMASELLI:  Do you want coffee?
19     THE WITNESS:  Yes, he is getting it.
20 BY MR. TOMASELLI:
21     Q.  Does the reduction in prostacyclin occur
22 in everyone who takes a COX-2 inhibitor?
23     A.  I haven't seen any study that has
24 examined that either way, you know.  I would assume

Page 209

1  that it affects the prostacyclin.  To what extent
2  in the individual, I haven't the statistics on
3  that.
4      Q.  And I assume you're only in this TxA2
5  excess state while you're on the COX-2 inhibitor.
6  Fair?
7      A.  Could you repeat that.
8      Q.  Sure.  You talked about a thromboxane
9  excess in your report?
10     A.  Not a thromboxane excess.  Thromboxane
11 signaling excess.
12     Q.  You're only in a thromboxane signaling
13 excess while you're actually taking the COX-2
14 inhibitor, correct?
15     A.  I don't think you can say that because
16 there are studies now that have examined what
17 happens after people go off the drug and there are
18 some complications even after you go off the drug,
19 and that's nothing specific for rofecoxib,
20 incidentally.  I think it also applies to other
21 NSAIDs.
22     Q.  And what studies are those that you're
23 referring to?
24     A.  They are APPROVe follow-up studies.  I

53  (Pages 206 to 209)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 210

1  think. To my recollection. But --
2      Q.   It's not cited in your report, right?
3      A.   No, I did not approach that because if
4  we can stick to my report, I will be very happy if
5  we do that.
6      Q.   Okay. So, sticking to your report, the
7  thromboxane signaling excess ends once you stop
8  taking the COX-2 inhibitor?
9      A.   I have not said that at all. That's
10 putting words in my mouth.
11     Q.   Is it your opinion that the thromboxane
12 excess signaling continues once you stop a COX-2
13 inhibitor?
14     A.   Well, ask me, we should be concentrated
15 here, not what other things I read. So, I can't
16 render an opinion then because you say I shouldn't
17 do that.
18     Q.   I'm not saying what you should and
19 shouldn't do.
20          I'm asking you: Is it your opinion that
21 thromboxane signaling excess ends or stays the same
22 once you stop taking the COX-2 inhibitor?
23     A.   I would assume that it is removed at
24 least gradually and that the damage that is

Page 211

1  incurred by Vioxx or rofecoxib has set up a -- has
2  increased the risk and that the risk continues to
3  be exhibited in the following years.
4          But I don't think that there is any
5  evidence that I have seen that it affects the --
6  this excess beyond the time that you took the drug.
7  But by then the damage has been done.
8      Q.   What's the damage that's been done?
9      A.   Hypertension, increase in risk factors
10 for atherogenesis and atherosclerosis.
11     Q.   So, hypertension persists once you stop
12 taking the NSAID?
13     A.   I didn't say that. But you have
14 hypertension, if you have a hypertension of one or
15 two or three and the damage is done to the vessels
16 already, and I wouldn't be surprised to see that we
17 see an effect beyond that. But I have not
18 addressed that.
19     Q.   You don't have an opinion on that?
20     A.   My opinion is based on that evidence.
21 We talked about that we shouldn't look at evidence
22 beyond what I mentioned before so I can't have an
23 opinion.
24     Q.   The only evidence that you even have

Page 212

1  beyond your report is the APPROVe follow-up data?
2      A.   No, you said we shouldn't look at that
3  because it's beyond the report. I think you said
4  that.
5      Q.   I just asked you if it was cited in your
6  report, not whether you should talk about it.
7      A.   No, to my recollection, I didn't
8  approach that whatsoever.
9      Q.   So, the only evidence you're aware of
10 that thromboxane signaling excess continues while
11 you're off the COX-2 inhibitor is the APPROVe
12 follow-up data?
13     A.   No, I didn't say that I think it
14 continues. I think on the contrary. I think that
15 it probably gradually I think decreases I would
16 think pretty soon. But the effect of it continues.
17 Two different things here. It is the effect on the
18 thrombotic system and the effect on atherogenesis.
19     Q.   So, the atherosclerosis stays with you,
20 but the potential for thrombosis does not?
21     A.   I think that's what I think based on the
22 evidence I have in the report here.
23     Q.   Is a person in a prothrombotic state if
24 they just use the COX-2 inhibitor intermittently?

Page 213

1      A.   Well, what's your question, please,
2  because that's an interesting one.
3      Q.   Is a person in a prothrombotic state if
4  they just use the COX-2 inhibitor intermittently?
5      A.   I suggested in my previous publication,
6  you know, that maybe one way to get around some of
7  these problems is to actually do that, to have
8  intermittent treatment, and found to my delight
9  that somebody else also concurred with that opinion
10 that this might be a way to avoid some of the
11 deleterious effects, not only of rofecoxib, but
12 other COX-2 inhibitors and other NSAIDs.
13          Did that answer your question?
14     Q.   Is it -- is it that it removes
15 deleterious effects or that it allows beneficial
16 effects of the therapy to dominate?
17     MR. CRAWFORD: Objection.
18 BY THE WITNESS:
19     A.   I have seen no evidence to explain this
20 either way. Just the idea would be that if you
21 give it, let's say, for seven days and you are
22 shown some studies that show there is little effect
23 in seven days, if you can discontinue seven days,
24 maybe go off the drug seven days, and go back on

Egil Fosslien, M.D.

Page 214

1 the drug seven days, maybe, hypothetical, maybe
2 then you would avoid some of these deleterious
3 effects.
4    Q.   Would you agree that intermittent
5 treatment provides for a washout period and thus
6 permits short-term beneficial effects of the
7 therapy to dominate?
8    A.   That you have to ask a pharmacologist
9 because they do those experiments. I'm a
10 pathologist.
11    Q.   Isn't it true that you believe
12 short-term selective inhibition of COX-2 may cause
13 an initial decrease in the risk of cardiovascular
14 complications?
15    A.   As a matter of fact, that is the hope of
16 course. I don't know that for sure, but it's my
17 opinion that it probably is true based upon what we
18 saw the experiments performed with celecoxib, that
19 short-term effects may be different. Not on
20 everything.
21       For example, the blood pressure seems to
22 increase immediately but there are other effects
23 that could possibly compensate for that in the
24 short term. But, yes, I do believe generally that

Page 215

1 short term, you know, a week or so, that it's a
2 different situation and longer than that.
3    Q.   Can you tell the difference between a
4 clot that occurs potentially as a result of Vioxx
5 versus a clot that would otherwise occur in the
6 coronary artery?
7    A.   I have not addressed that question in my
8 report, sir.
9    Q.   You don't have an opinion on that?
10    A.   My opinion is based upon the evidence
11 that I read. I have not read any evidence either
12 way.
13    Q.   When was aspirin first commercially
14 available for use?
15    A.   Many years ago. As a matter of fact,
16 even before aspirin was synthesized they used the
17 bark on the tree and it was -- it's been used for a
18 long, long, long time.
19    Q.   But commercially available?
20    A.   I don't recall.
21    Q.   100 percent at least?
22    A.   I have no comment on that.
23    Q.   A long time?
24    A.   A long time.

Page 216

1    Q.   Do you agree that low-dose aspirin
2 irreversibly inhibits platelet COX-1?
3    A.   That's what the literature says that it
4 irreversibly inhibits COX-1.
5    Q.   And is that inhibition of platelet COX-1
6 reversible or irreversible?
7    A.   I think you asked that question.
8 Just -- I think you answered that question right
9 now.
10    Q.   So, it's irreversible?
11    A.   Correct.
12    Q.   And the inhibition of platelet COX-1
13 leads to an inhibition of thromboxane?
14    A.   Not an inhibition of thromboxane. An
15 inhibition of thromboxane synthesis.
16    Q.   Okay. Effectively an inhibition of
17 thromboxane?
18    A.   No, I don't think that's correct. It
19 inhibits COX-1. COX-1 is an enzyme that converts
20 arachidonic acid to PTH-2 which is then converted
21 into thromboxane by thromboxane synthase.
22    Q.   So, it inhibits the thromboxane
23 synthase?
24    A.   No, the synthesis of thromboxane, it may

Page 217

1 inhibit -- the synthase too. But what it does, it
2 inhibits irreversibly COX-1, which is upstream of
3 thromboxane synthase.
4    Q.   It inhibits -- low-dose aspirin inhibits
5 thromboxane production?
6    A.   That would be correct.
7    Q.   And it inhibits thromboxane production
8 greater than 90 percent?
9    A.   Depends on how much you give. You have
10 to ask a pharmacologist that.
11    Q.   You don't have an opinion on that?
12    A.   I have not included that in my report.
13 I think, although there may be something, I don't
14 recall, maybe I put down a number that I found in
15 the literature that it inhibits to a
16 certain percent.
17    Q.   Is the significance of the near-complete
18 inhibition of platelet thromboxane production that
19 people think that's why aspirin is
20 cardioprotective?
21    A.   I think that's generally the idea that
22 is out in the literature, that by -- aspirin by
23 inhibiting COX-1 and reducing thromboxane synthesis
24 is cardioprotective by reducing the thrombogenic

55 (Pages 214 to 217)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 218

1  potential.
2      Q.   Is 20 percent inhibition of thromboxane
3  synthesis cardioprotective?
4      A.   I haven't seen any figures.  I don't
5  think I have included any figures about that.
6      Q.   Is 75 percent inhibition of thromboxane
7  production cardioprotective?
8      A.   Well, we can see.  Did I mention that in
9  my report?  Do you have any -- can you point to my
10  report where I mention anything about that?
11     Q.   You don't have an opinion on that today?
12     A.   Well, we talk about my report, right?
13  If you have a question, I would like to see it
14  directed towards my report.
15     Q.   Well, I mean, with that I could -- the
16  only thing I could say is read your report.
17          I'm entitled, do you understand, to ask
18  you more questions than just reading your report.
19  Fair?  Do you understand?
20     A.   I don't know.  My first Rule 26
21  deposition.  So, I don't know what's fair or not
22  fair.
23     Q.   Maybe Mr. Crawford can explain to you
24  that I am entitled to ask questions beyond just

Page 219

1  reading your report.  Okay?
2      MR. CRAWFORD:  Yes.
3  BY THE WITNESS:
4      A.   Okay.  Fine.
5  BY MR. TOMASELLI:
6      Q.   So, is 75 percent inhibition of
7  thromboxane production cardioprotective?
8      A.   It would be to a certain extent
9  probably.
10     Q.   Is there any clinical data to suggest
11  that 75 percent inhibition of thromboxane --
12     A.   I have not --
13     Q.   I've got to finish my question.
14     A.   Certainly.  I apologize.
15     Q.   Is there any clinical evidence that
16  75 percent inhibition of thromboxane production is
17  clinically relevant?
18     A.   There is clinical evidence that aspirin
19  even at low dose, 85 milligrams per day, is
20  cardioprotective.
21     Q.   And at 82 milligrams a day it almost
22  nearly completely wipes out thromboxane production,
23  correct?
24     A.   You have to ask a pharmacologist that.

Page 220

1      Q.   And that's what I'm getting at.  You're
2  not -- you don't have an opinion on that today?
3      A.   That's correct.  But, you know, if I
4  can't say anything about pharmacology, maybe the
5  pharmacologist cannot talk about pathology.
6          I think what is clear is that aspirin
7  has beneficial effects.  Also has very dangerous
8  effects.
9      Q.   Do you know if low-dose aspirin affects
10  baseline PGIM levels?
11     A.   PGIM?
12     Q.   Correct.
13     A.   Well, to my recollection there is --
14  there is some information about that, but I don't
15  think I quoted that in here.
16     Q.   Okay.  Do you know if aspirin affects
17  6-keto PGF1alpha levels?
18     A.   I have not studied that.
19          I found one article that showed that
20  aspirin could inhibit PGI2 but I find many different
21  reports.  I like to stick what I have here because
22  that's what I worked on, and I read many other
23  things that I think are in the outside what I used
24  to base my opinion that I present here.

Page 221

1      Q.   Are you aware of any studies where
2  low-dose aspirin reduced prostacyclin in human
3  blood or human vessels?
4      A.   I did not use that to base my opinion
5  for this report, sir.
6      Q.   Okay.  Does aspirin have a greater
7  protective effect in terms of thrombotic events in
8  higher risk populations?
9      A.   Please define high risk population.
10     Q.   Persons with risk factors, increased CRP
11  levels.
12     A.   What other risk factors?  Specifically
13  CRP?
14     Q.   Withdrawn.  Withdrawn.
15     A.   Okay.
16     Q.   Does aspirin have a greater protective
17  effect in high risk populations as defined by
18  increased CRP levels?
19     A.   I don't -- I did not look at that,
20  specifically aspirin, to base my opinion in this
21  report.
22     Q.   Does aspirin prolong bleeding time in
23  humans?
24     A.   Yes.

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 222

1    Q.   Is this prolonged bleeding time
2  consistent with the notion that aspirin is
3  anti-thrombotic?
4    A.   Yes.
5    Q.   Does aspirin decrease platelet
6  aggregation in humans?
7    A.   Yes.
8    Q.   Is this decreased platelet aggregation
9  consistent with the notion that aspirin is
10  anti-thrombotic?
11    A.   I think so.
12    Q.   Do you believe that someone taking
13  low-dose aspirin is in a prothrombotic state?
14    A.   A prothrombotic state?
15    Q.   Correct.
16    A.   You mean has increased thrombosis?
17    Q.   Correct.
18    A.   I would think normally not.  There may
19  be other conditions, you know.  We have a tumor or
20  something.  But I think generally not.  You talk
21  about prothrombotic state?
22    Q.   Yes, sir.
23    A.   I don't think so.
24    Q.   Okay.  Do you think they are in an

Page 223

1  anti-thrombotic state generally?
2    A.   Not anti-thrombotic, but reduced risk of
3  thrombosis.
4    Q.   Their thromboxane levels are not any
5  different than their prostacyclin levels?
6    A.   Well, aspirin reduces the thromboxane
7  level.
8    Q.   So, are they in a --
9    A.   We went through that before.
10    Q.   So they are in a TxA2 reduction state?
11    A.   That's the general consensus.
12    Q.   And that would be an anti-thrombotic
13  state?
14    A.   You can label it that.  I would use a
15  different term.  It has anti-thrombotic effects.  I
16  think that's what I would use.
17    Q.   You used the term "prothrombotic" in
18  your report.  So, you see where I'm getting
19  anti-thrombotic?
20    A.   Yeah, that's wrong if it says that.
21  Aspirin?
22    Q.   No, I'm saying you used the term
23  "prothrombotic" in your report.
24    A.   Yeah, you know.

Page 224

1    Q.   I'm using the opposite, of
2  anti-thrombotic.
3    A.   Okay.
4    Q.   And then you are saying, "You can say
5  that."
6    A.   Yeah.
7    Q.   And I'm just trying to -- we are trying
8  to get us on the same page here.
9    A.   Okay.
10    MR. CRAWFORD:  Counsel, what page are you
11  talking about on his report?
12    MR. TOMASELLI:  39.
13  BY THE WITNESS:
14    A.   39?
15  BY MR. TOMASELLI:
16    Q.   I'm just --
17    A.   Okay.  Okay.  I will go along with that.
18    Q.   So, we can agree aspirin puts people in
19  an anti-thrombotic state?
20    A.   Okay.  I'll agree.
21    Q.   And even people on aspirin have
22  myocardial infarctions, right?
23    A.   I assume so.
24    Q.   Was Vioxx ever said to be a substitute

Page 225

1  for aspirin?
2    A.   I have heard no statement like that.
3    Q.   Do you believe that COX-2 selective
4  inhibitors exhibit fewer gastrointestinal
5  complications than traditional NSAIDs?
6    A.   That is quite controversial I think
7  because the only one that seems to possibly have
8  some reduced effect on the adverse gastrointestinal
9  effects of NSAIDs would be rofecoxib.  Even that is
10  disputed.  But, for example, the other celecoxib
11  and so on, from what I have read, have no such
12  beneficial effect.
13    Q.   Can you turn to page 13 of your report,
14  sir.
15    A.   Yes.  13?
16    Q.   Yes, sir.
17    A.   Yes.
18    Q.   Four lines down from the top.
19    A.   1, 2, 3, 4,  I'm with you.
20    Q.   You say, "Rofecoxib exhibits fewer
21  gastrointestinal complications than traditional
22  NSAIDs."
23         Do you agree with that?
24    A.   Yes.

57 (Pages 222 to 225)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 226

1    Q.   Do you agree that GI complications are a
2  major public health concern?
3    A.   Yes, of course, and the hope was that
4  the rofecoxib would actually have that beneficial
5  effect and that's why there was a switch to
6  rofecoxib from all the traditional NSAIDs.
7        And then, of course, came the
8  cardiovascular complication that, according to what
9  I read, seems to be worse than the beneficial
10  effect plus the drug cost much more.
11        So, the question is benefit versus
12  adverse effects.  No question it has some benefits.
13    Q.   As far as GI complications go, those in
14  and of themselves are a major public health
15  concern, right?
16    MR. CRAWFORD:  Objection.
17  BY THE WITNESS:
18    A.   Well, I did not really approach that
19  here.  I'm saying that it had fewer
20  gastrointestinal effects.  It was more beneficial.
21  I didn't talk about the public health.
22  BY MR. TOMASELLI:
23    Q.   I'm limiting my question to GI
24  complications.

Page 227

1    A.   Right.
2    Q.   Are GI complications a major public
3  health concern?
4    A.   Definitely.
5    Q.   Okay.
6    A.   You mean of -- of NSAIDs?
7    Q.   That's all I'm asking.
8    A.   Okay.
9    Q.   Yes, GI complications of NSAIDs.
10    A.   Yes, definitely.
11    Q.   Do you agree that aspirin and
12  traditional NSAIDs increase the risk of
13  gastrointestinal hemorrhage, intestinal perforation
14  and excessive perioperative bleeding?
15    A.   I have written an article on that.  It's
16  in the record here because I was asked to address
17  that question.
18        Yes, they do and that, of course, was
19  the reason why it was hoped that the COX-2
20  inhibitors would be advantageous versus the
21  traditional NSAIDs and it would justify the
22  increase in price and that is why the coxibs became
23  widely used.
24    Q.   You agree that coxibs have analgesic

Page 228

1  profiles similar to the traditional non-selective
2  NSAIDs?
3    A.   Well, that is difficult to answer
4  because it depends on the individual NSAIDs.  But
5  generally it's agreed upon that that's true what
6  you're saying.
7    Q.   Do you agree that Vioxx has been proven
8  to be more effective than Tylenol?
9    A.   I have not addressed that question.
10    Q.   Do you agree that Vioxx has been proven
11  to reduce the recurrence of colon polyps?
12    A.   Well, there was a study and, of course,
13  it was hoped and I had hoped, too, that COX-2
14  inhibitors would be useful in treating cancer
15  patients because there are very few, as I mentioned
16  before, non-toxic treatments.  There is
17  chemotherapy.
18        And, unfortunately, in some of these
19  studies it turned out there was some increases in
20  the cardiovascular side effects.
21        And I'm still hopeful that these
22  molecules can be modified to retain the beneficial
23  effects versus the cardiovascular side effects.
24    Q.   And that's all NSAIDs or COX-2

Page 229

1  inhibitors?
2    A.   They are all different.  Every one is
3  different.  You cannot -- that's why I talk about
4  the class effect.  I don't really think you can use
5  the class effect to include everything.  Some
6  effects are class effects.  Others are not.
7    Q.   Do you agree there are concerns about
8  the cardiovascular complications of all NSAIDs?
9    A.   I think that's what I wrote in my
10  article that it has drawn attention to the fact
11  that, you know, what are the studies for other
12  NSAIDs.  So, I didn't address that question I think
13  in my report, but I did address that question in my
14  publication.
15        And did that answer your question, sir?
16    Q.   So, is the statement correct that you
17  agree that there are concerns about the
18  cardiovascular complications of all NSAIDs?
19    A.   I don't know all NSAIDs but many NSAIDs.
20  There are other concerns.  For example, there are
21  therapeugenic effects of NSAIDs.
22    Q.   Do you agree that all NSAIDs, selective
23  and non-selective, carry an increased
24  cardiovascular risk with long-term use?

58  (Pages 226 to 229)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 230

1   A.   I cannot approach that question.  I did
2   not discuss that.
3   Q.   Okay.  Are you aware of any study in
4   humans that shows Vioxx decreases prostacyclin in
5   the actual blood or coronary arteries?
6   A.   Can't recall, but might well be.
7   Q.   But you can't recall sitting here now?
8   A.   No.  You talk about prostacyclin, right?
9   Q.   That's right.
10  A.   Okay.  What was the question?  Repeat
11  it.  I'm a little absent-minded here.
12  Q.   Sure.  No problem.
13       Are you aware of any study in humans
14  that shows Vioxx actually decreases prostacyclin in
15  the blood or coronary arteries?
16  A.   I don't recall.
17  Q.   Are you aware of any studies in humans
18  that shows Vioxx increases thromboxane levels?
19  A.   Don't recall.
20  Q.   Are you aware of any clinical trials in
21  humans where the use of Vioxx was associated with
22  an increase in plaque or lesion size?
23  A.   Well, I don't think I address that
24  extensively in my report so --

Page 231

1   Q.   No opinion?
2   A.   No opinion at this time.
3   Q.   Okay.  Are you aware of any clinical
4   trials in humans --
5   A.   Wait a minute.  Drifting a little here
6   after lunch.  Could you repeat that question?
7   Q.   Are you aware of any clinical trials in
8   humans where the use of Vioxx was associated with
9   an increase in plaque size?
10  A.   You mean measurement of plaque size
11  per se?
12  Q.   Yes.
13  A.   I can't recall that I have seen that,
14  no.
15  Q.   How about a measurement of plaque size
16  in vivo?
17  A.   There may be studies that I didn't
18  include in my report.
19  Q.   Are you aware of any clinical trials in
20  humans where the use of Vioxx was associated with a
21  decrease in the stability of plaque?
22  A.   A decrease in stability?
23  Q.   Yes, sir.
24  A.   There may be studies like that.  I don't

Page 232

1   think I approached that either.
2        I looked mainly at the mechanism that
3   could explain the pathogenesis of atherogenesis and
4   myocardial infarction.
5   Q.   And you agree there are studies out
6   there that have found COX-2 was more present in
7   plaques that were symptomatic?
8   A.   That I can't agree with unless I see the
9   literature because COX-2 is expressed in plaques,
10  yes, that's clear.
11  Q.   And COX-2 inhibition would therefore be
12  a good thing?
13  A.   You would think that.  That's what we
14  all thought at one point.  You inhibit inflammation
15  and, surprise, surprise, other things are going on.
16  Blood pressure is going up.
17       Just because it has one beneficial
18  effect doesn't mean the overall effect is
19  beneficial.
20  Q.   You have to look at all the effects and
21  try to put them together?
22  A.   Well, what I did, I looked at the
23  effects that I thought were relevant for my report.
24  Q.   Are you aware of any study in animals

Page 233

1   that shows Vioxx decreases prostacyclin in the
2   blood or coronary arteries?
3   A.   I don't recall that.  Maybe we could go
4   through the study.  I don't recall that now.
5        It's late in the afternoon.  A little
6   tired.
7   Q.   Are you aware of any studies in animals
8   that shows Vioxx increases thromboxane levels?
9   A.   Increases thromboxane?
10  Q.   Yes, sir.
11  A.   Well, Vioxx would increase ROS
12  generation which would -- not thromboxane levels,
13  no.  You are talking about thromboxane levels, not
14  thromboxane signaling?
15  Q.   Fair enough.
16  A.   Okay.
17  Q.   Because you are going to tell me that
18  increased reactive oxygen species leads to
19  increased thromboxane signaling, right?
20  A.   That's what I found in the literature,
21  yes.
22  Q.   Okay.  We will talk about that in a
23  minute.
24       Are you aware of any studies in animals

59 (Pages 230 to 233)

d1c48430-8b50-46ac-99d5-274a6d1abffd

● Egil Fosslien, M.D.●

**Page 234**

1   where the use of Vioxx was associated with an
2   increase in plaque or lesion size?
3       A.   In animals?
4       Q.   Yes, sir.
5       A.   Vioxx?
6       Q.   Yes, sir.
7       A.   I don't recall unless it's in my report,
8   you know.  Is it in my report?
9       Q.   I did not see that you cited any study
10  in animals --
11      A.   Okay.
12      Q.   -- with respect to plaque or lesion size
13  in your report?
14      A.   Okay.  Well, then I didn't address it.
15      Q.   You did cite a study, Bea, B-e-a, in
16  2003 with respect to celecoxib, right?
17      A.   Yes.  So that -- yes.
18      Q.   We will talk about that in a minute as
19  well.
20      A.   That was celecoxib and not rofecoxib.
21      Q.   Right.  Are you aware of any studies in
22  animals where the use of Vioxx was associated with
23  a decrease in the stability of plaque?
24      A.   I don't think I went into a great detail

**Page 235**

1   about the stability of the plaque because I think
2   it's kind of on the side of what I was approached
3   to do.
4       Q.   You were looking more at the
5   pathogenesis of atherosclerosis?
6       A.   I was looking at the pathogenesis.
7       Q.   Of atherosclerosis?
8       A.   No, of cardiovascular complications,
9   atherosclerosis being one of the high risk factors
10  for myocardial infarction.
11      Q.   I guess decreased plaque stability would
12  also be a problem, wouldn't it?
13      A.   Yeah, but it's a different thing because
14  you go into plaque stability, that's an area I did
15  not approach in detail.
16      Q.   Fair enough.  So you're not -- at trial
17  you're not going to get up on the witness stand and
18  say Vioxx decreases plaque stability.  Fair?
19      A.   Well, I reserve the right to change my
20  report if new evidence comes forward.  So I cannot
21  say -- say that.
22      Q.   But sitting here today --
23      A.   Sitting here today, yes.
24      Q.   -- you don't hold the opinion that Vioxx

**Page 236**

1   decreases plaque stability.  Fair?
2       A.   I hold no opinion whatsoever about that.
3       Q.   Okay.
4       A.   At this point.
5       Q.   That is all I'm trying to figure out.
6   Appreciate it.
7            You said that increase in blood pressure
8   is a potential side effect of Vioxx, right?
9       A.   No, I don't think I said that it's a
10  potential.  I said it's a side effect, an adverse
11  effect of Vioxx and occurs early and it's a risk
12  factor for atherogenesis and thereby also
13  myocardial infarction.
14      Q.   Does everyone who takes Vioxx have an
15  increase in blood pressure or hypertension?
16      A.   I have not talked to everybody.  I
17  believe the literature and from what I understand
18  they do statistical analysis and that is the
19  conclusion they have come to.
20      Q.   They have come -- there is published
21  medical literature that comes to the conclusion
22  that 100 percent of the people taking Vioxx had an
23  increase in blood pressure?
24      A.   I never said that.

**Page 237**

1       Q.   Well, tell me -- I guess maybe I was
2   unclear.
3            My question was this:  Does everyone who
4   takes Vioxx have increase in blood pressure?
5       A.   I don't think that's known because it
6   seems that the statisticians that take the whole
7   group of people and they look at the group effect.
8       Q.   Is it your opinion that everyone who
9   took Vioxx has some increase in blood pressure?
10      A.   It's my opinion that if you take
11  rofecoxib and that there is a definite risk of
12  increase in blood pressure.  Statistical evidence
13  that that's the case.
14           Now, can you predict that on an
15  individual basis?  I don't know.  Ask the clinician
16  about that.
17      Q.   Okay.  And if a person's systolic blood
18  pressure went from, say, 114 to 118, that's not
19  hypertension, right?
20      A.   Well, here again, you know, I have seen
21  reports to my recollection that say 3 millimeters
22  or 5 millimeters of mercury is significant.
23           But, again, you're asking the wrong
24  person.  I'm a pathologist.  I see -- I believe

d1c48430-8b50-46ac-99d5-274a6d1abffd