# Plaintiffs' Response re FOSSLIEN

# Footnote 1C of 28

Egil Fosslien, M.D.

Page 238

1 what I see mainly and, of course, the clinicians do
2 extensive studies on these things.
3        To my recollection I read that even a
4 small increase in systolic blood pressure,
5 particularly systolic, is significant.
6    Q.   And high blood pressure can be treated
7 with medication, correct?
8    A.   That's what I understand the clinicians
9 are doing.
10   Q.   When is the last time you prescribed a
11 medication to a patient?
12   A.   I don't prescribe any medication as a
13 pathologist, although some pathologists do.  In my
14 particular function, I was not required to do that.
15   Q.   You agree that millions of people in the
16 United States develop hypertension every year?
17   A.   It's a big problem.
18   Q.   And not all those people are taking
19 NSAIDs, right?
20   A.   I don't know that.
21   Q.   You think everyone who develops
22 hypertension in the United States is taking an
23 NSAID?
24   A.   I didn't say that.  I said I don't know.

Page 239

1    Q.   For hypertension to be a risk factor for
2 atherogenesis and events, does that hypertension
3 need to be sustained?
4    A.   That I think is really not known.  I
5 don't think that study has been done.  That would
6 be very interesting to see that.  Maybe it's a
7 study I don't know about.  But it's an interesting
8 question.
9        Important thing is the difference
10 between systolic and diastolic pressure from what I
11 read.  But even a small increase in systolic, I was
12 surprised to see that, is significant.
13   Q.   And that small increase, is that a small
14 increase over time or is that one small increase in
15 365 days?
16   A.   I don't recall.  Usually what I do, I
17 would expect is that they measure on certain
18 occasions and let the patient settle down 15
19 minutes before they measure the blood pressure.
20   Q.   Why do you let a person settle down
21 before you measure their blood pressure, as you
22 just said?
23   A.   Because it's been found a physician
24 comes into the office, sees the patient, some

Page 240

1 patients may be nervous.  Others are not.  So...
2    Q.   So, people -- that's interesting.  Okay.
3        So, people get nervous at the doctor and
4 that can just increase their blood pressure?
5    A.   That's what's being written.  Some
6 people are nervous.  Others are not.
7    Q.   Okay.
8    A.   So, usually should take the time to
9 measure the blood pressure and I would expect in
10 these studies that was done.
11   Q.   So, there are people out there that for
12 whatever reason are nervous about their physician
13 and that's -- so they have increased blood pressure
14 at that time but not necessarily at other times?
15   A.   Your pressure may be elevated now during
16 the hearing or mine might be because there is
17 pressure.
18   Q.   So, maybe stress or something like that?
19   A.   Yes.  You're asking me.  I'm a
20 pathologist, you know.  I don't study stress and
21 blood pressure.
22   Q.   Okay.  But even as a pathologist you
23 obviously appreciate the fact that hypertension can
24 lead to atherosclerosis and cardiac events, right?

Page 241

1    MR. CRAWFORD:  Objection.
2 BY THE WITNESS:
3    A.   It's --
4 BY MR. TOMASELLI:
5    Q.   You can answer.
6    A.   It's a risk factor, recognized risk
7 factor.
8    Q.   Every physician knows that, right?
9    A.   You asked me something I don't know.  I
10 don't know every physician.  I would hope so.
11   Q.   In your report you referenced a couple
12 studies by Welton regarding hypertension.  Do you
13 remember that?
14   A.   No, I can look it up.  What page is it?
15 I remember the name, but I don't remember what I
16 wrote there.
17   Q.   If you turn to page 26.
18   A.   26, yes, sir.
19   Q.   Paragraph 55, sir.
20   A.   Coming up.  Yes.
21   Q.   It says, "Furthermore, in March or
22 April 2001," and it references a Study No. 21.
23 Right?
24   A.   Yes.

Egil Fosslien, M.D.

<table>
<tr><td colspan="2">

**Page 242**

1    Q.   And No. 21 is an article by Welton,
2  right?
3    A.   Okay.
4    Q.   Do you agree?
5    A.   Well, I have to look in the back.
6    Q.   Take your time.
7    A.   21.  This is Welton 2001 and -- yeah.
8    Q.   Keep your finger there.
9    A.   Yes.
10   Q.   Okay.  If you turn over to page 28.
11   A.   28?
12   Q.   Yes, sir.
13   A.   Yes.
14   Q.   Paragraph 59, sir.
15   A.   59, yes.
16   Q.   The first sentence talks about,
17  "Rofecoxib increases in blood pressure," and there
18  is a cite No. 25 and that's also a different study
19  by Welton, correct?
20   A.   25, yes.  I reference to 24 first.
21   Q.   I'm sorry.  Second sentence.  Reference
22  to 25.
23   A.   Yeah.  That is No. 25.  Welton also,
24  yes.

</td><td colspan="2">

**Page 244**

1  was pertinent to the opinion I present here.
2    Q.   And all NSAIDs increase blood pressure
3  and hypertension, right?
4    A.   I don't think that's correct.  I think
5  several do.
6    Q.   Which ones?
7    A.   Well, we can go in the literature, but I
8  don't keep that information in my head.  I'm not a
9  Supreme Court Justice who has everything in his
10  head at all times.
11   Q.   Okay.  Do you think Vioxx is any worse
12  than other NSAIDs with respect to blood pressure
13  increases?
14   A.   I have not seen any comparison there.
15  It has some of the same effects, and I did not put
16  that in here I think.  I didn't cite words.
17   Q.   You're not going to come to trial and
18  say that Vioxx is worse than other NSAIDs with
19  respect to blood pressure?
20   A.   Well, you say "other NSAIDs."  You kind
21  of treat all these NSAIDs as one.  They are all
22  different.
23   Q.   Okay.
24   A.   But I have no plans at this time to say

</td></tr>
<tr><td colspan="2">

**Page 243**

1    Q.   You cite a couple studies by Welton for
2  the proposition that Vioxx can increase blood
3  pressure.  Is that fair?
4    A.   Yes, you have pointed out two occasions
5  here.
6    Q.   How did you find those studies?
7    A.   Probably through the Internet, going
8  through the National Library of Medicine, PubMed.
9    Q.   You obviously felt comfortable looking
10  at those clinical trials and interpreting them?
11   A.   No, I'm not into clinical trials per se.
12  I am a pathologist.  So I leave that to the experts
13  in clinical trials.
14       But I do take that as a background for
15  what my opinions are because it -- I ask myself
16  what's the pathogenesis that could explain the
17  cardiovascular complication of these drugs that we
18  are talking about.
19   Q.   Are you aware of any other clinical
20  trials that looked at whether Vioxx increases blood
21  pressure and found that there was no difference
22  with respect to Vioxx and other NSAIDs?
23   A.   There are other studies.  I used this
24  study here.  There are other studies.  I thought it

</td><td colspan="2">

**Page 245**

1  that.
2    Q.   Okay.
3    A.   So, if that's your question.
4    Q.   It is.
5    A.   Okay.  What I can say is that I think it
6  increases blood pressure.  I think there is
7  evidence to that effect.
8    Q.   Sure.  I'm not quarreling with you
9  there.  I want to know if you are going to come in
10  and say that Vioxx is much worse.
11   A.   No, I have no plans to do that.
12   Q.   Coming back to your opinion regarding
13  the fact that Vioxx causes vasoconstriction and
14  decreases vasodilation.  Let me refer you to
15  page 53 of your report, sir.
16   A.   Yes.  53.
17   Q.   Paragraph 114, sir.
18   A.   Yes.
19   Q.   The second sentence, "Rofecoxib inhibits
20  prostacyclin synthesis and limits vascular dilation
21  in response to shear stress."
22   A.   Um-hmm.
23   Q.   And that's part of your statement
24  regarding Vioxx decreasing vascular dilation,

</td></tr>
</table>

Egil Fosslien, M.D.

**Page 246**

1  right?
2      A.   Yes.
3      Q.   Okay.  Let me refer you back to page 34.
4      A.   Yes.
5      Q.   The last sentence on the page of 34
6  starts, "Selective COX-2 inhibitors."  Do you see
7  that?
8      A.   The last two lines?
9      Q.   Yes, sir.
10     A.   Yes.
11     Q.   "Selective COX-2 inhibitors, such as
12  NS-398, inhibits flow-induced vessel dilation and
13  reduces the vasculature's ability to respond to
14  changes in blood flow and pressure."
15              Right?
16     A.   That's what it says.
17     Q.   That is getting to the same point,
18  right?  I'm just making sure I'm understanding
19  this.
20     A.   Well, I quote a different inhibitor
21  here, but that's what the sentence says.
22     Q.   And that flow-mediated dilation, is that
23  a measure of response to shear stress?
24     A.   One of the factors, certainly, from what

**Page 247**

1  I have read.
2      Q.   Okay.  And the study that you cited at
3  the bottom of page 34, that's No. 51.
4      A.   Okay.
5      Q.   That's a study by Huang, H-u-a-n-g, in
6  2001?
7      A.   Okay.  Let me look at it.  Okay.
8      Q.   And was that study in humans, sir?
9      A.   I don't recall that.
10     Q.   If I told you it was in rats, would you
11  agree?
12     A.   Sounds reasonable.
13     MR. CRAWFORD:  Objection.
14  BY MR. TOMASELLI:
15     Q.   I promise you it's in rats.
16     A.   Okay.
17     Q.   And this study was not with Vioxx,
18  correct?
19     A.   No.
20     Q.   What's the importance of vessel dilation
21  and endothelial dilator function?
22     A.   Well, the endothelium plays a role in
23  the dilation of the vessels.
24     Q.   Does endothelial dilator function track

**Page 248**

1  closely with coronary artery disease?
2      A.   I don't understand the question.  Could
3  you specify, please.
4      Q.   Yes.  Is endothelial dysfunction, this
5  endothelial dilator function, is that -- if it's
6  bad, is that a predictive -- is that predictive of
7  a poor diagnosis?
8      A.   You lost me there.
9      Q.   Okay.  Is endothelial dysfunction
10  predictive of a poor diagnosis?
11     A.   Well, Ross -- Russell Ross and his
12  theory of atherogenesis, he starts with the -- in
13  the more recent years when he modified his theory
14  that endothelial function is the beginning of
15  atherogenesis.  So, dysfunction of the endothelium
16  would be a detrimental.
17     Q.   So, endothelial dysfunction would be a
18  bad thing?
19     A.   That's what Dr. Ross said.
20     Q.   So, if Vioxx decreased vasodilation, do
21  you think there should be evidence of endothelial
22  dysfunction?
23     A.   I don't think I really said that in the
24  report or if I said it, I would like to have it

**Page 249**

1  read back to me so I can comment on it.
2      Q.   Do you know if Vioxx has any detrimental
3  effects on endothelial dilation?
4      A.   It's not the endothelium that dilates.
5  It's the smooth muscle cell that relaxes when you
6  have dilatation and then the wall expands and so
7  that has to do with relaxation.
8      THE WITNESS:  I would like to take a break and
9  go to the bathroom.  The coffee is having an
10  effect.
11     MR. TOMASELLI:  Sure, fair enough.
12              Off the record.
13              (WHEREUPON, discussion was had off
14              the record.)
15              (WHEREUPON, a recess was had
16              from 2:27 to 2:34 p.m.)
17     MR. TOMASELLI:  Back on.
18  BY MR. TOMASELLI:
19     Q.   Are you ready, Dr. Fosslien?
20     A.   Yes, sir.
21     Q.   Is it your opinion that treatment with
22  Vioxx can cause endothelial dysfunction?
23     A.   The -- what I have said in here is that
24  it can cause oxidation of LDL and that would cause

# Egil Fosslien, M.D.

## Page 250

1  endothelial dysfunction as part of Ross's theory,
2  to my recollection.
3     Q.   Do you believe studies with Vioxx that
4  looked at endothelial function tell us anything?
5     A.   I can only go by what's in the
6  literature.
7     Q.   Okay.  If you can pick back up Exhibit 7
8  real quick, please.
9     A.   Yes.
10    Q.   This appears to me to be a study by
11 Verma that looked at endothelial vasodilator
12 function on Vioxx?
13    A.   That's the one we looked at before,
14 right?
15    Q.   Yes, sir.
16    A.   Well --
17    MR. CRAWFORD:  Wait.  Is there a question
18 pending?  I'm just asking.  You said "This
19 appears."  Just repeat it for my benefit there.
20 I'm sorry.
21 BY MR. TOMASELLI:
22    Q.   This Exhibit 7 is a study by Verma that
23 looked at endothelial vasodilatory function in
24 people taking Vioxx, right?

## Page 251

1     A.   I don't know that.  I haven't read it.
2  You just showed me.  I have had a few minutes to
3  look at it.  And I would happy to consider it if
4  it's relevant to my hypothesis and opinion here.
5     Q.   I would like you to take a few minutes
6  to read the full abstract and see if that gives you
7  comfort about talking about what the study was
8  about.
9     A.   Okay.  "Background.  From a
10 cardiovascular standpoint" --
11    Q.   You don't have to read it out loud.  You
12 can read it to yourself.
13    A.   I would like to get a pen so I can make
14 some marks.
15       Okay.  So, it is COX-2 blockers.
16    MR. CRAWFORD:  You can --
17    THE WITNESS:  I usually talk to myself.
18 BY MR. TOMASELLI:
19    Q.   That's okay.  You can talk.
20    MR. CRAWFORD:  Let's go off the record.
21       (WHEREUPON, discussion was had off
22       the record.)
23    MR. TOMASELLI:  Go ahead and stay on the
24 record.

## Page 252

1     MR. CRAWFORD:  Do you want to be on the record
2  or off?
3     MR. TOMASELLI:  I want to be on.  Let's just
4  keep going.
5  BY THE WITNESS:
6     A.   Okay.  What I've been asked to do is to
7  read an abstract here, and I have seen this paper
8  only a couple minutes and I'm being asked to read
9  the abstract.
10 BY MR. TOMASELLI:
11    Q.   Yes, sir.
12    A.   "Background.  From a cardiovascular
13 standpoint, the safety of cyclooxygenase-2 (COX-2)"
14 inhibitors "blockers has been a topic of increasing
15 concern.  This concern stemmed from observations
16 indicating that the COX-2 isoform is the major
17 source of endothelium-derived prostacyclin and,
18 hence, the selective blockade of this enzyme may
19 impair endothelial health."
20       "Health"?  Strange word used in a
21 scientific article.
22       To function -- "To investigate this
23 matter, we examined the effects of seven days,"
24 seven days, "of treatment with rofecoxib versus

## Page 253

1  naproxen on endothelial function in healthy
2  volunteers."
3       Next paragraph.
4       "Methods and Results.  Thirty-five
5  healthy volunteers" -- 35 -- "were randomized to
6  receive seven-day treatment with either rofecoxib
7  (25 milligrams, 18 patients), or naproxen (750
8  milligrams, 17 patients).  Vascular response
9  measurements were conducted using forearm
10 strain-gauge plethysmography.  Changes in forearm
11 blood flow in response to the endothelium-dependent
12 acetylcholine (3, 10 and 30 micrograms per minute)
13 and the endothelium-independent vasodilator sodium
14 nitroprusside (1 and 10 micrograms per minute) were
15 assessed before and after treatment.  Acetylcholine
16 evoked a dose-deponent increase in forearm blood
17 flow in all groups.  Importantly, treatment
18 resulted in no change in acetylcholine-mediated
19 increases in forearm blood flow in either group
20 (naproxen, P equals .27; and rofecoxib, P equals
21 .58."
22       Those are the P values?
23       "Similarly" -- that was strange.
24       "Similarly, there was no change in

Egil Fosslien, M.D.

Page 254

1  forearm blood flow in response to sodium
2  nitroprusside (naproxen, P equals .55; rofecoxib,
3  P equals .63.
4      "Conclusions.  We herein describe, for
5  the first time, the effects of COX-2 selective
6  inhibition on endothelium-dependent vasodilation in
7  healthy adults.  COX-2 blockade, when used at the
8  doses employed therapeutically (which are known to
9  inhibit vascular prostacyclin production) did not
10 result in significant changes in the endothelial
11 vasodilator responses in healthy volunteers.  The
12 effects of COX-2 inhibitors on vasodilator
13 responses in patients with coronary artery disease
14 remains to be determined."
15     Q.   Do you believe that gives you an
16 overview of the study?
17     A.   I don't think so.  Many questions, they
18 didn't measure prostacyclin.  They didn't measure
19 thromboxane.  They measured the effect of
20 acetylcholine and another substance here, nitro
21 something.  Nitroprusside.
22     So, it doesn't tell me anything about
23 thromboxane and prostacyclin directly.  But be
24 happy to consider it to take into consideration

Page 255

1  whether I think it's relevant to my opinion.
2      Q.   Does it stand for the proposition that
3  Vioxx does not effect endothelial vasodilator
4  function?
5      MR. CRAWFORD: Objection.
6  BY THE WITNESS:
7      A.   It says here that it doesn't seem to
8  effect if you use acetylcholine and nitroprusside.
9  In those cases then they used the forearm flow.
10 Evidently they measured the flow here.  They don't
11 measure the endothelial response directly.  They
12 don't measure the vessel response directly.  It's
13 an indirect measurement.
14     Again, I reserve the right to change my
15 opinion if I find this is relevant to my opinion.
16 BY MR. TOMASELLI:
17     Q.   Do you believe that this article speaks
18 to the proposition of whether Vioxx limits vascular
19 dilation?
20     A.   Well, they talk about this term again
21 "belief."  I'm not talking about belief.  I'm
22 talking about opinion, which is based upon what I
23 have considered facts in the literature, credible
24 sources, and I think this one I will be happy to

Page 256

1  take into consideration.
2      Q.   We talked earlier that it was your
3  opinion that Vioxx limits vascular dilation?
4      A.   Yes.  Well, that's different because you
5  don't talk about endothelial.  You talk about the
6  effect on the smooth muscle cells in the vessel
7  wall.  There is no question that thromboxane and
8  prostacyclin have effects on the smooth muscles --
9  on the cells in the muscle wall.
10     Q.   Does this -- do studies like this that
11 measure endothelial vasodilator responses, do
12 studies like this have any bearing on your opinion
13 that Vioxx is a vasoconstrictor?
14     A.   I will be happy to consider that and see
15 if it's relevant to my opinion.  You know, I don't
16 want to commit myself based upon reading the
17 abstract.
18     Q.   Okay.  Are you aware of any other
19 studies in humans with Vioxx that looked at
20 endothelial function?
21     A.   Not at this point, I can't recall.
22     Q.   Are these studies relevant to your
23 opinions do you think?
24     A.   I will be happy to look and see.  If I

Page 257

1  find it's relevant to the base of my opinion, I
2  will be happy to consider that.
3      Q.   You did not cite the Verma article in
4  your report, is that correct?
5      A.   I don't recall.
6          (WHEREUPON, a certain document was
7          marked Fosslien Deposition Exhibit
8          No. 8, for identification, as of
9          6-8-06.)
10 BY MR. TOMASELLI:
11     Q.   I will hand you what I've marked as
12 Fosslien Deposition Exhibit No. 8, ask you to take
13 a look at that, please.
14     A.   Certainly.
15     Q.   Exhibit 8 is a study by Title,
16 T-i-t-l-e, from 2003, published in the Journal of
17 American College of Cardiology.  Is that right?
18     A.   First author Title, Journal of American
19 College of Cardiology, 2003.
20     Q.   And this study looked again at
21 endothelial function in people taking Vioxx,
22 correct?
23     A.   And aspirin.
24     Q.   And aspirin.

65 (Pages 254 to 257)

## Egil Fosslien, M.D.

### Page 258

1    A.   On page -- well, 1750.
2    Q.   And in this study, again, selective
3  COX-2 inhibition with Vioxx did not appear to have
4  any favorable or adverse effects on endothelial
5  dysfunction, is that right?
6    A.   Where is that, sir?
7    Q.   I'm just reading from the conclusion on
8  the first page, sir.
9    A.   "The addition of selective COX-2"...
10        That's what it says here.
11   Q.   Okay.  And is -- does this study also
12 stand for the proposition that Vioxx does not
13 affect endothelial function?
14   MR. CRAWFORD:  Objection.
15 BY THE WITNESS:
16   A.   I will be happy to take this into
17 consideration if I consider it relevant to my
18 opinion.
19        But as you point out that this study was
20 also taking with aspirin, concurrent treatment with
21 aspirin.
22 BY MR. TOMASELLI:
23   Q.   In people with coronary artery disease
24 who are indicated with low-dose aspirin, correct?

### Page 259

1    A.   Yes, but aspirin, if you have aspirin
2  too, then you have a different effect.  You have a
3  combination of effects.
4    Q.   Aspirin does what to the Vioxx, sir?
5    A.   It reduces prothrombotic potential.
6    Q.   So, people on aspirin are no longer
7  prothrombotic and that's why you get results like
8  this?
9    MR. CRAWFORD:  Objection.
10 BY THE WITNESS:
11   A.   That's not what I said.  I said I will
12 be happy to review this if I consider it relevant
13 to my opinion in the report.
14 BY MR. TOMASELLI:
15   Q.   Okay.  Are you aware of any studies in
16 humans with Vioxx that show a decrease in
17 endothelial function?
18   A.   Not at this point.
19   Q.   Is it your opinion that Vioxx -- or I
20 think I already established it's your opinion that
21 Vioxx increases platelet aggregation, correct?
22   A.   Well, not directly probably, but
23 indirectly, yes.
24   Q.   Have you seen any studies in humans that

### Page 260

1  took Vioxx and then they measured platelet
2  aggregation?
3    A.   I think, sir, we are on two different
4  planets here.  My report is about the possible
5  pathogenesis, my opinion about the pathogenesis.
6  You seem to stray away from that to all other
7  things.
8        I am -- what I have done here is to
9  write down my opinion how the adverse effects of
10 Vioxx come about.
11   Q.   Well, you say Vioxx increases platelet
12 aggregation, right?
13   A.   I didn't -- what I said I think is that
14 Vioxx does not directly do that, but indirectly it
15 increases the thromboxane signaling and that would
16 increase platelet aggregation.
17   Q.   Okay.  And the thromboxane signaling is
18 increased by what?
19   A.   By isoprostane plus you have less
20 opposition by the prostacyclin, you know.  At the
21 meeting in Denver there was a researcher there that
22 presented some data on the interaction between
23 prostacyclin and thromboxane at the receptor cite.
24   Q.   So, we got increased thromboxane

### Page 261

1  signaling through a decrease in prostacyclin and
2  through an increase in isoprostanes?
3    A.   Those are two mechanisms that I thought
4  were credible, yes.
5    Q.   And is it your opinion, sir, that you
6  rely on the Walters 2004 article for the fact that
7  Vioxx increases isoprostanes?
8    A.   I have to look at the report to see what
9  I said there.  What page is this on?
10   MR. CRAWFORD:  Footnote 43.
11   THE WITNESS:  43.
12   MR. CRAWFORD:  Footnote 43.
13   THE WITNESS:  I don't have footnote 43.
14   MR. CRAWFORD:  So it would be the paragraph 72
15 on page 32, at the end.
16   THE WITNESS:  32.
17   MR. CRAWFORD:  It's Walter.  M.F. Walter.
18 Counsel?
19   MR. TOMASELLI:  Yes.
20   THE WITNESS:  32.
21   MR. CRAWFORD:  So it would be the bottom of
22 page 32, top of page 33.  It looks like 43 is the
23 Walter cite.
24   THE WITNESS:  Excuse me.  What do you mean by

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 262

1  footnote, you mean the reference?
2      MR. CRAWFORD:  Endnote.
3      THE WITNESS:  I call those references.  Okay.
4  Endnotes.  Okay.
5  BY THE WITNESS:
6      A.   What's the question?
7  BY MR. TOMASELLI:
8      Q.   Is the evidence that you cite for the
9  fact that Vioxx increases isoprostanes the Walters
10  2004 article?
11     A.   Is that reference 46 on page 33?
12     MR. CRAWFORD:  Reference 43 on page 33.
13  BY MR. TOMASELLI:
14     Q.   The Walter article is reference 43.  I'm
15  sorry.  I think I said Walters.  It's Walter.
16     MR. CRAWFORD:  Yes.
17  BY THE WITNESS:
18     A.   43.  It's on the top.  Okay.  Let's see
19  what it is, 43.
20         Okay.  Do we have the article here?
21  BY MR. TOMASELLI:
22     Q.   I don't have it.
23         Is an isoprostane -- is that measured by
24  8-iso-PGF2alpha?

Page 263

1      A.   You have to ask the biochemist about
2  that.  I'm a pathologist.
3      Q.   Is urinary 8-iso-PGF2alpha a marker for
4  lipid peroxidation?
5      A.   What page is that, sir?
6      Q.   54.
7      A.   54.  Coming up.  At what line, please?
8      Q.   Oh, it's about eight or nine down.
9      A.   Okay.  It says here.  Okay.  What was
10  your question again?
11         What I found in the literature is what I
12  have reflected here.  Two references are listed
13  here, 43 and 34.
14     Q.   Okay.
15     A.   I think there was a misunderstanding
16  here.  See, I look at the literature and the
17  biochemists, they are the experts on these
18  metabolism.  I'm a pathologist and I go by what
19  these experts write and what the peer-reviewed
20  literature states.
21         So, if you come to measurements, you
22  have to ask biochemists all the intricacies and
23  drawbacks.  I used to be very good at that in the
24  past, you know, what interferes with the

Page 264

1  measurement and what controls you have, internal
2  standards and so on.  Very complicated field.  So I
3  defer to the biochemistry experts in that field.
4      Q.   You state that Vioxx increases lipid
5  oxidation.  We talked about that earlier.
6      A.   Yes, that was the other page.
7      Q.   Okay.
8      A.   And there is a reference listed there
9  that says so I think.
10     Q.   And a marker for lipid oxidation is
11  8-iso-PGF2alpha, right?
12     A.   That's what the paper said I suppose.
13     Q.   That's what your paper says?
14     A.   Well, I give the reference.  I think
15  there is a confusion here between what I say
16  because I say what I find in the literature.
17     Q.   You just don't know?
18     A.   Don't know what?
19     Q.   You don't know whether 8-iso-PGF2alpha is
20  a marker for lipid oxidation?
21     A.   I told you I rely on the experts in the
22  field who publish peer-reviewed articles.  That's
23  what they said.  It's peer-reviewed.  So, assume
24  that that's right.

Page 265

1      Q.   If the jury wants to know is
2  8-iso-PGF2alpha a marker for lipid oxidation, who
3  should they listen to?
4      A.   They should listen to the person that
5  wrote this article and that I quote.
6      Q.   Okay.
7      A.   Because that's the expert.  That is the
8  expert in their field.
9      Q.   And that Walter study, that is a -- that
10  is an in vitro study, correct?
11     A.   I would have to see the paper to go
12  through that.
13     Q.   Tell you what.  I don't have the paper,
14  but you are more than welcome to scroll.  All
15  you've got to do is push that arrow to scroll down
16  and you can read the article.
17     A.   Article from 19 -- 2004.
18  Atherosclerosis.  Good journal.
19         "Sulfone COX-2 inhibitors increase the
20  susceptibility of human LDL and plasma to oxidative
21  modification:  Comparison of sulfonamide COX-2
22  inhibitors and NSAIDs."
23     Q.   And they measured an increased lipid
24  oxidation through MDA levels?

67  (Pages 262 to 265)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 266

1    A.    Okay.
2    Q.    And isoprostanes, correct?
3    A.    Well, I haven't seen that yet, sir.
4    Q.    Okay.  You cite it in your report.
5    A.    Let's go down to "Conclusions."  See
6    what they say.  Here is the chemical formulas.
7    Discussion.  Conclusion.  Acknowledgment.  No
8    conclusion.  Discussion.
9          "The essential finding of this study was
10   that sulfone COX-2 inhibitors, etoricoxib and
11   rofecoxib, exhibited pro-oxidant activity in human
12   plasma samples in isolated LDL."
13         Is that your question, sir?
14   Q.    It is.  And it looks like that when they
15   measured LDL --
16   A.    Yes.
17   Q.    I'm sorry.  When they measured LDL lipid
18   peroxidation, they used -- I don't know how to say
19   that word.
20   A.    Okay.
21   Q.    Malondialdehyde.  Can we call it MDA?
22   A.    That's what they use here.
23   Q.    They used MDA.  They call that a product
24   of lipid oxidation and they found that that was

Page 267

1    lowered, right?
2    A.    Well, I haven't studied that, but -- I
3    will go along with that.
4    Q.    Okay.  Well, that's what your report
5    says.
6    A.    Yeah, okay.
7    Q.    Can you tell if this was an in vitro
8    study?
9    A.    From what I read in the discussion it
10   was an in vitro study.
11   Q.    What's the difference -- what is an
12   in vitro study?
13   A.    In vitro means in glass.  Vitro is
14   glass.
15   Q.    That is different than a study in
16   humans, right?
17   A.    Yes.  It's widely used, you know, in the
18   drug industry and in pathology, physiology,
19   pharmacology to do in vitro studies.
20   Q.    When you refer to isoprostanes, are you
21   referring to MDA?
22   A.    No, I'm referring to the isoprostane
23   product that is generated by ROS.
24   Q.    You'd agree that in vitro studies give

Page 268

1    us clues as to how things might work in people but
2    don't always get the results right?
3    A.    That's the problem because drugs come on
4    the market and later shows in clinical studies they
5    are harmful.  If the in vitro studies and the
6    animals were perfect, we wouldn't have that
7    problem.
8    Q.    And the answer to my question is yes,
9    test tubes give us clues as to how things might
10   work in people but don't always get it right?
11   A.    They are widely used in the -- both in
12   the university and in the industry, I think.  They
13   are very important because from what I understand
14   major decisions are made upon the results of the
15   in vitro studies.
16   Q.    In your opinion are in vivo or in vitro
17   studies more informative?
18         MR. CRAWFORD:  Objection.
19   BY THE WITNESS:
20   A.    I think they --
21   BY MR. TOMASELLI:
22   Q.    You can answer.
23   A.    I think they complement each other.
24   In -- you start with usually some in vitro study

Page 269

1    and then in vivo study and then the clinical
2    studies.
3    Q.    Okay.  And extrapolating these Walters
4    results, Vioxx should increase MDA levels in humans
5    as well, correct?
6    A.    I don't think it says that.  I don't
7    think -- I haven't read all the discussion, but
8    what I read it doesn't say that.  Usually
9    researchers are very reluctant to make a statement.
10   They try to stick to what they did and limit it to
11   that.
12   Q.    MDA levels are measures of lipid
13   oxidation, right?
14   A.    That's what the article states.
15   Q.    Do you agree with that?
16   A.    I have no reason to disagree with it
17   because it's an expert.  It's a peer-reviewed.
18   Q.    You just don't know?
19   A.    I beg your pardon?
20   Q.    You don't know if MDA levels are a good
21   marker for lipid oxidation?
22   A.    I have told you that we have an expert
23   here.  It is a peer-reviewed article in a major
24   journal, Atherosclerosis, major journal, I

## Egil Fosslien, M.D.

**Page 270**

1  published in it myself, and I have no reason to
2  disbelieve what he states.
3     Q.   Going back to your report, you say that
4  urinary 8-iso-PGF2alpha is a marker of lipid
5  peroxidation, right?
6     A.   What page, sir?
7     Q.   54.
8     A.   I lost it. Yes, okay.
9     Q.   Comfortable with that?
10    A.   I lost it again. Which one is it?
11    MR. CRAWFORD: I will go down. Urinary.
12 BY THE WITNESS:
13    A.   Okay. Yes.
14 BY MR. TOMASELLI:
15    Q.   So, if Vioxx increases lipid oxidation,
16 the urinary 8-iso-PGF2alpha should go up. Fair?
17    A.   Well, depends upon what the experts in
18 that field say. I'm not an expert on biochemistry.
19 I'm an expert in pathology. I'm using this here to
20 build the construct for the pathogenesis, which I'm
21 an expert in, in pathogenesis.
22    Q.   So, you don't know whether urinary
23 8-iso-PGF2alpha going up or down measures anti- --
24 pro-oxidant activity?

**Page 271**

1     MR. CRAWFORD: Objection.
2  BY THE WITNESS:
3     A.   It said in the conclusion, if we may go
4  back to the discussion in the paper, it said a
5  sulfone, to my recollection, COX inhibitor has this
6  effect; that it increases the susceptibility of LDL
7  to oxidation.
8        That's what an expert in the field
9  writes in an article published in a major
10 international journal, namely, Atherosclerosis.
11 BY MR. TOMASELLI:
12    Q.   Are there any studies in humans that
13 you're aware of --
14    A.   I don't think I have quoted any studies
15 here. If I have, let me know.
16    Q.   Well, let's go back and look at
17 Exhibit 6.
18    A.   Yes, sir.
19    Q.   That is the Ciabattoni article, right?
20    A.   From 2006. That's what it says. From
21 2006.
22    Q.   Did this study attempt to measure
23 oxidative stress by Vioxx?
24    A.   Well, let's see in the conclusion what

**Page 272**

1  they say.
2        Again, no conclusion in the paper.
3  Discussion. I quote on page 4. It looks like
4  page 4.
5        "In the present study we have
6  characterized a novel mechanism that may affect
7  both the progression of neurodegenerative disease
8  and cardiovascular morbidity in Alzheimer's disease
9  patients, i.e., persistent platelet activation.
10 Evidence for in vivo platelet activation was
11 obtained through noninvasive measurements of LDL
12 hydoxy-TxB2 excretion. The latter represents a
13 major enzymatic metabolite of TxA2 (reference 3) and
14 TxB2 (reference 19) and provides a time integrated
15 measurement of TxA2 biosynthesis in vivo (reference
16 4)."
17    Q.   Let me ask you, sir. Did Vioxx increase
18 LDL oxidation in this study?
19    A.   Well, we have to see. I haven't gotten
20 to that yet.
21    Q.   Sir.
22    A.   Could you show me.
23    Q.   Let's look at your report.
24    A.   Yes.

**Page 273**

1     Q.   If you look back at page 54.
2     A.   Yes. 54. I'm there.
3     Q.   A couple lines down you say, "Neither
4  treatment with aspirin, nor with Vioxx
5  significantly reduced urinary 8-iso-PGF2alpha
6  excretion in these patients," correct?
7     A.   I think I remember --
8     MR. CRAWFORD: Where is that?
9  BY THE WITNESS:
10    A.   Where is it?
11 BY MR. TOMASELLI:
12    Q.   In the middle of page 54.
13    A.   Okay. Yes, I see it now, yes. That's
14 what the article says. To my recollection.
15    Q.   So, in humans Vioxx did not increase
16 lipid oxidation, correct?
17    A.   It said that it did not significantly
18 reduce it. Didn't talk about an increase I think.
19    Q.   Well, if it's not significantly
20 increased, it didn't increase lipid oxidation, did
21 it?
22    MR. CRAWFORD: Objection.
23 BY THE WITNESS:
24    A.   It's not what I say here.

Egil Fosslien, M.D.

**Page 274**

1 BY MR. TOMASELLI:
2     Q.   I know what you say.  I'm trying to
3 interpret it.
4     A.   Good for you.  Are you a pathologist?
5     Q.   Apparently being a pathologist isn't
6 good enough to know --
7     A.   They are specialists.  You are a
8 specialist in legal field.  I respect that.  I have
9 no problem with that.
10    Q.   Listen, here is my question.
11    A.   Yes.
12    Q.   If Vioxx did not reduce or increase
13 *urinary 8-iso-PGF2alpha excretion, Vioxx did not*
14 have any effect on lipid oxidation, correct?
15        MR. CRAWFORD:  Objection.
16 BY THE WITNESS:
17    A.   I don't say that.  I said it didn't
18 reduce it.
19 BY MR. TOMASELLI:
20    Q.   You can't interpret the results of this
21 study, correct?
22        MR. CRAWFORD:  Objection.
23 BY THE WITNESS:
24    A.   I disagree with that entire statement.

**Page 275**

1 To come to the opinions I reached here, I used
2 certain articles.  And let's face it.  There is not
3 always agreement in the literature.
4 BY MR. TOMASELLI:
5     Q.   Right.  You cited me an in vitro study
6 that said Vioxx increases LDL oxidation.  You also
7 cite an actual study in humans that shows Vioxx
8 *doesn't increase oxidation.  That is all I'm trying*
9 to suggest.
10    A.   Doesn't reduce it.  It doesn't say it
11 doesn't increase it.
12        Also if this is the case, you would ask
13 *yourself how come the manufacturers didn't study*
14 that because it's an important point.  I would
15 expect they would have to study that extensively.
16 What is the effect on ROS generation of Vioxx
17 treatment.
18    Q.   Let's go back to Exhibit 6 for me, page
19 5, Figure A, top left.
20    A.   I am lost.  Six here?
21    Q.   You're on the right page.
22    A.   Yes.
23    Q.   Top left-hand figure?
24    A.   Yes.

**Page 276**

1     Q.   Urinary 8-iso-PGF2alpha, that's the thing
2 that measures lipid oxidation, right?
3     A.   That's what the authors say.
4     Q.   That's what you say in your report?
5     A.   I referred to a particular specialist
6 publication published in an international journal.
7     Q.   Is it your --
8     A.   You think I should not rely on that?
9     Q.   If you're relying on it, then you can
10 just say, "You bet, 8-iso-PGF2alpha is a measure for
11 lipid oxidation."
12    A.   No, I don't work that way, you see.  I
13 am a pathologist and research scientist and
14 physician.  And what I say this is what the
15 literature says, and that is what I used to base my
16 opinion on.
17    Q.   And the literature that you cite shows
18 that after taking Vioxx there was not a
19 statistically significant increase in lipid
20 oxidation.  That's what Figure A on page 5 shows,
21 doesn't it, sir?
22    A.   Does it say that in the legend here?  I
23 *don't see that in the legend.*
24    Q.   Sir, if there is not a significant

**Page 277**

1 increase before Vioxx -- I mean -- strike that.
2        If there is not a significant increase
3 in lipid oxidation after taking Vioxx, is it
4 reasonable to conclude that Vioxx did not cause an
5 increase in lipid oxidation?
6     A.   Just lost me there because do they talk
7 about lipid oxidation or do they talk about the
8 product they mention?  That is a question here.
9     Q.   But in your report you said that urinary
10 8-iso-PGF2alpha is a marker of lipid oxidation?
11    A.   That's what the people who wrote --
12        MR. CRAWFORD:  Objection.
13 *BY THE WITNESS:*
14    A.   -- this article said and it's an
15 internationally reputable article.
16 BY MR. TOMASELLI:
17    Q.   Do you agree or disagree, sir, that
18 *8-iso-PGF2alpha is a marker of lipid oxidation?*
19    A.   I defer to the specialists in the field
20 who are biochemists maybe who know more about that
21 than I do.
22    Q.   Just have no idea how to interpret these
23 studies?
24    A.   I think that's a misleading statement.

Egil Fosslien, M.D.

Page 278

1  I think I have written a long report. You said
2  it's very long. Could have been much longer. But
3  I think I have made an honest effort to find things
4  that would help to explain the thing we are facing,
5  namely, we have a problem with this Vioxx.
6       I am sad to see that because I would
7  have been much happier to see that it was
8  beneficial.
9       Q.  Sir, in Exhibit 6.
10      A.  Is that the same article?
11      Q.  Same article.
12      A.  Yes, sir.
13      Q.  Was there an increase with
14  8-iso-PGF2alpha after taking Vioxx?
15      A.  An increase?
16      Q.  Yes, sir.
17      A.  I think I said here there was no --
18  let's see what it says.
19      "Neither treatment with aspirin nor with
20  rofecoxib significantly reduced urinary
21  8-iso-PGF2alpha excretion in these patients" is what
22  I write here.
23      Q.  So, it was not increased?
24      A.  I don't say that. I said didn't reduce

Page 279

1  it. There is a difference there. Maybe they
2  didn't look for an increase. But they say, from
3  what I read, it was not reduced.
4       You see, I tried to be very specific
5  because, you know, when you go to meetings --
6       Q.  You do --
7       A.  -- all sorts of discussions about these
8  things.
9       Q.  Sir, page 5 --
10      A.  Page 5.
11      Q.  -- of this study.
12      A.  Yes, sir.
13      Q.  There is a Figure A, isn't there?
14      A.  Let's see. Page 5. There are no pages.
15  Yeah, I have it. Page 5. There is a figure.
16      Q.  There is a Figure A, isn't there?
17      A.  Um-hmm.
18      Q.  And Figure A measures urinary
19  8-iso-PGF2alpha, correct?
20      A.  Yes.
21      Q.  On the right side of that chart are two
22  bars, correct?
23      A.  I'm lost now. You talk about the top
24  figure here?

Page 280

1       Q.  On Figure A, we are still on Figure A.
2       A.  Figure A, okay.
3       Q.  The right two bars?
4       A.  Yes.
5       Q.  They measure Vioxx, right?
6       A.  Let me see. It says -- I don't mention
7  Vioxx I think. It's urinary excretion of
8  8-iso-PGF2alpha upper pound, which is the one you
9  are talk about, and 11-dehydro-TxB2 lower panel,
10  before and after four-day treatment, short
11  treatment, low-dose aspirin.
12      Q.  Okay.
13      A.  100 milligrams and -- I haven't finished
14  yet, please. Or rofecoxib (25 milligrams per day)
15  in nine Alzheimer's disease patients.
16      Q.  Figure A at the top.
17      A.  Yes.
18      Q.  Measures urinary 8-iso-PGF2alpha,
19  correct?
20      A.  After treatment.
21      Q.  It actually measures pre and
22  post-treatment, doesn't it?
23      A.  Before and after, you're correct, I can
24  see that.

Page 281

1       Q.  And the right two bars on Figure A
2  measure pre-Vioxx treatment and post-Vioxx
3  treatment?
4       A.  I agree.
5       Q.  And do you see where above those two
6  bars it says P equals NS?
7       A.  Yes.
8       Q.  That means it's not statistically
9  significant, right?
10      A.  Correct.
11      Q.  That means there is no difference?
12      A.  Correct, no statistical difference.
13      Q.  So, before and after taking Vioxx, there
14  is no difference in the level of urinary
15  8-iso-PGF2alpha, correct?
16      A.  That's what it shows after four days,
17  very short-term study. It also think that Vioxx
18  actually is beneficial in the short term, very
19  short term, and this --
20      Q.  How long was the Walter study, sir?
21      A.  We have to look. That was in vitro
22  study, wasn't it, or I'm talking about the wrong
23  one?
24      Q.  Yes, in vitro.

Egil Fosslien, M.D.

Page 282

1    How long is that, do you know?
2    A.   No, because they're completely different
3 thing. We want to find -- we used in vitro study
4 as a base to look at the drug to see if it's
5 suitable for marketing.  Right?
6        (WHEREUPON, a certain document was
7        marked Fosslien Deposition Exhibit
8        No. 9, for identification, as of
9        6-8-06.)
10 BY MR. TOMASELLI:
11    Q.   Doctor, I'm going to hand you what I've
12 marked as Fosslien Deposition Exhibit No. 9.
13    A.   Okay.  Can I put this away now, No. 6?
14    Q.   Sure.  Tell me when you've had a chance
15 to look at that.
16    A.   Well, I have it in front of me right
17 now, sir.
18    Q.   Okay.  Tell me when you've had a chance
19 to look over the abstract.
20    A.   Okay.  "We have found previously that
21 supplementation of conjugated linoleic acid (CLA)
22 induces lipid peroxidation and inflammation in
23 humans as indicated by an increase of
24 8-iso-prostaglandin F2alpha (PGF2alpha) and

Page 283

1 15-keto-dihydro-PGF2alpha respectively.  The present
2 study was undertaken firstly to study the
3 regulatory mechanisms behind these effects, and
4 secondly to see if these effects are specific to
5 different isomers of conjugated CLA.  Sixty healthy
6 men and women divided into six groups were given
7 cyclooxygenase(COX)-2 inhibitor (rofecoxib; 12
8 milligrams per day" -- very low dose -- "alpha
9 tocopherol at 200 milligrams per day or neither
10 treatment (control group)."
11    So were they given tocopherol along with
12 rofecoxib or not or were there three groups?
13    Okay.
14    "Over a period of six weeks.  During the
15 last four weeks, three groups were given CLA
16 preparations (3.5 grams per day) mainly containing
17 the isomers of cis-9, trans-11 and trans-10, cis-12
18 (CLA mix), and the three other groups a CLA
19 preparation mainly containing the isomer trans-10,
20 cis-12 (CLA 1012; 4.0 grams per day).  Treatment
21 with an alpha-tocopherol or COX-2 inhibitor did not
22 alter the basal urinary levels of either
23 8-iso-PGF2alpha or 15-keto-dihydro-PGF2alpha.  Both
24 CLA preparations induced an increase in

Page 284

1 8-iso-PGF2alpha and 15-keto-dihydro-PGF2alpha, in
2 the urine, with a large increase being found in the
3 CLA 1012 group.  Treatment with the COX-2 inhibitor
4 suppressed the increase in urinary
5 15-keto-dihydro-PGF2alpha in the CLA 1012 group, but
6 not in the CLA mix group.  Neither the COX-2
7 inhibitor nor alpha-tocopherol had any effect on
8 8-iso-PGF2alpha levels after supplementation with
9 conjugated or CLA.  The CLA-induced production of
10 PGF 2alpha metabolites is probably partially
11 mediated by COX-2.  Levels of the induced lipid
12 peroxidation may be dependent on the isomeric
13 property of CLA."
14    Q.   After reading that abstract, sir, did
15 Vioxx increase levels of 8-iso-PGF2alpha?
16        MR. CRAWFORD: Objection.
17 BY THE WITNESS:
18    A.   Well, this a specific experiment.  I
19 will be happy to look at this paper and see if it's
20 relevant to my opinion that I presented.
21        This is conjugated CLA, and would have
22 to analyze the effects of CLA to analyze this
23 question further.  So I think I reserve the right
24 to look at this if I think it's relevant.

Page 285

1 BY MR. TOMASELLI:
2    Q.   Right now, though, looking at this
3 study, you can easily tell as a doctor that Vioxx
4 did not alter the levels of 8-iso-PGF2alpha,
5 correct?
6        MR. CRAWFORD: Hold on.  Objection.  Are you
7 asking -- I don't understand your question.  Are
8 you saying does this article conclude that or in a
9 vacuum --
10        MR. TOMASELLI:  It's a clinical study.
11        MR. CRAWFORD:  I'm just asking.  There may be
12 other studies.
13        MR. TOMASELLI:  It's a clinical study and I'm
14 asking him whether in this clinical study Vioxx
15 increased the levels of 8-iso-PGF2alpha.
16        MR. CRAWFORD:  Perfect.
17        MR. TOMASELLI:  That is a really easy
18 question.
19        MR. CRAWFORD:  Perfect.  That is a different
20 question than the one you asked.
21 BY MR. TOMASELLI:
22    Q.   In this clinical study did Vioxx
23 increase the levels of 8-iso-PGF2alpha?
24    A.   According to the abstract and the

Egil Fosslien, M.D.

Page 286

1   conditions listed here, it did not.
2   Q.   Thank you.  Doctor --
3   A.   But I would like to also study CLA to
4   see if it's relevant to my study.
5   Q.   Study away.
6        MR. CRAWFORD:  Listen, counsel, I don't think
7   you have to get huffy about it.  Your question was
8   vague.
9        And I think that you need -- if you're
10  going to ask him what a conclusion of an article
11  is, you need to reference the article, not ask him
12  to read something and then ask him without
13  reference to the article.
14       MR. TOMASELLI:  You're right.  He probably
15  didn't understand.  I agree.
16       MR. CRAWFORD:  Okay.  Thank you.
17            (WHEREUPON, a certain document was
18            marked Fosslien Deposition Exhibit
19            No. 10, for identification, as of
20            6-8-06.)
21  BY MR. TOMASELLI:
22  Q.   I've marked what's an article by Lekakis
23  from 2005 as Fosslien Exhibit 10.
24       MR. TOMASELLI:  Did I give you one, counsel?

Page 287

1        MR. CRAWFORD:  Yes.  This is 10.  Okay.
2   BY MR. TOMASELLI:
3   Q.   Do you see that, sir?
4   A.   Well, I want to look at the conclusion
5   as usual.
6   Q.   Sure.
7   A.   See what they conclude and if they give
8   any clue to the mechanism, because if they don't,
9   you know, I consider it's not that relevant.
10       They don't have a discussion -- maybe
11  it's this very long one.
12  Q.   Let me start here.
13  A.   There is a long discussion here, yes,
14  sir.
15  Q.   Let me start here.  In the Walter study,
16  the study that you rely on that Vioxx increases
17  lipid oxidation, they used as a marker MDA levels.
18  Do you remember that?
19  A.   I don't remember that, but --
20  Q.   You don't remember that.
21  A.   -- I accept that if you say that.
22  Q.   Okay.  Well, assume with me that Walters
23  used MDA levels as a measure of lipid oxidation.
24  Okay?

Page 288

1   A.   Okay.
2   Q.   And they found an increase in those MDA
3   levels, right?
4   A.   Well, I haven't got that in front of me
5   but I am willing to --
6   Q.   Assume with me that they found increases
7   in MDA levels and that led them to conclude that
8   that increase showed an increase in lipid
9   oxidation.  Are you with me?
10  A.   Yes, also it was published in
11  Atherosclerosis, which is a big journal.  Were the
12  other publications published?
13  Q.   And I assume that if you had increased
14  MDA levels in a Petri dish you would expect
15  increased MDA levels in humans, right?
16  A.   I think that is an assumption you make,
17  and I don't make that assumption.
18  Q.   You don't make that assumption?
19  A.   Not necessarily.
20  Q.   Not interested in what happens in
21  humans; you're interested in what happens in vitro?
22  A.   I never said that.  You're putting words
23  in my mouth.  I don't like that.
24  Q.   Do you rely on studies in test tubes or

Page 289

1   in Petri dishes or in glass dishes over studies in
2   humans?
3   A.   I think I pointed this out to you --
4        MR. CRAWFORD:  Objection.
5   BY THE WITNESS:
6   A.   -- several times, you know.  That
7   typically what happens is the studies are done
8   in vitro, followed by animal studies, followed by
9   human studies.  And I think, hope that we are here
10  today to find out that this process can be
11  improved.  So, with -- we can early detect if there
12  is a problem with a drug.
13  BY MR. TOMASELLI:
14  Q.   If you can look at the abstract of this
15  article, sir.
16  A.   Certainly.  Yes.
17  Q.   Can you read the first sentence of the
18  "Results" section in the abstract.
19  A.   Yes.  "Malondialdehyde, C-reactive
20  protein and interleukin-6 levels were reduced in
21  the rofecoxib group," and they give the P levels,
22  "P 004, P 003 and P 002 respectively) while they
23  remained unchanged in the placebo group after one
24  week of treatment.  FMD and NMD changes in both

Egil Fosslien, M.D.

Page 290

1 groups were not statistically different."
2 Q. Okay. And that malondialdehyde, that's
3 an MDA, right?
4 A. Which one?
5 Q. The first word of the "Results" section.
6 A. I assume that's the abbreviation they
7 used here. I should usually see that earlier in
8 the abstract where they define how to use the
9 abbreviation. I don't see it here.
10 Usually when you do that, you write, for
11 example, malondialdehyde, parentheses, and then the
12 abbreviation that is then used further in the
13 paper. So you like to see that.
14 If I review this paper, for example, I
15 write this unacceptable. You have to state
16 that, because many of these abbreviations are used
17 for different purposes. You want to make
18 absolutely sure.
19 Q. If you can turn to page 3 real fast.
20 A. Three, certainly.
21 Q. If you look at the bottom left-hand
22 corner.
23 A. Page 3, yes.
24 Q. It says 3.3. Do you see that at the

Page 291

1 bottom?
2 A. Yes, "Measurement of Malondialdehyde."
3 There they define it. Why didn't they define it up
4 front? They should have done that. It's just a
5 minor thing. Usually you define that early in the
6 abstract or in the introduction.
7 Q. Okay.
8 A. In a good paper.
9 Q. What we can conclude about this paper is
10 that in this study in humans, MDA levels were
11 actually reduced in the Vioxx group, correct?
12 A. Well, I think we have to look at the
13 discussion and see what the authors claim.
14 Q. Okay. Sir, if you will turn over to
15 page 5, please.
16 A. I have it.
17 Q. If you look at 5.1, "COX-2 inhibition
18 and oxidative damage." Do you see that?
19 A. Yes, but could we look at the paragraph
20 before that, too.
21 "Discussion. In the present study we
22 examined the short-term effects of a selective
23 COX-2 inhibitor, rofecoxib" -- I'd like to find out
24 how short-term it was -- "on endothelial function,

Page 292

1 inflammation and oxidative damage in patients with
2 acute coronary syndromes without ST-segment
3 elevation. The results of our study show a
4 decrease in oxidative and inflammatory indices as
5 assessed by plasma MDA, CRP and IL-6 levels but a
6 lack of improvement in endothelial function as
7 assessed by FMD."
8 Q. Can you read the first sentence of
9 Section 5.1 under "COX-2 inhibition and oxidative
10 damage," please?
11 A. "Our results indicate for the first time
12 that COX-2 inhibition by rofecoxib reduced lipid
13 peroxidation by lowering circulating MDA levels in
14 patients with acute coronary syndromes without
15 ST-segment deviation."
16 Q. You'd agree, sir, that this study is
17 diametrically opposed to the Walter papers,
18 correct?
19 A. I think --
20 MR. CRAWFORD: Objection.
21 BY THE WITNESS:
22 A. I think what I agree to is that I will
23 study this paper further if I think it's relevant
24 to my opinion and, of course, I'm interested in the

Page 293

1 short term, how short term was it.
2 BY MR. TOMASELLI:
3 Q. Sure. But what we know is at least in
4 this study in humans COX-2 inhibition by Vioxx
5 reduced lipid peroxidation?
6 A. Well, we have talked about this, that
7 COX-2 may actually have a beneficial effect very
8 early except for the blood pressure. And so that
9 is not surprising. You know, I was disappointed to
10 see that the COX-2 inhibitors have these side
11 effects.
12 I had very much hoped that it would be
13 quite superior to the traditional NSAIDs, and I
14 would hope that new compounds will come into the
15 market and will have those effects.
16 Q. Studies like this help explain why
17 short-term selective inhibition of COX-2 may cause
18 an initial decrease in the risk of cardiovascular
19 complications?
20 A. Right. That was a celecoxib study that
21 I quoted there. I looked all over the place to
22 find if I could find similar studies for rofecoxib,
23 and I was unable to find that.
24 And, furthermore, to explain what they

74 (Pages 290 to 293)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 294

1   have in there, they used two different models and
2   that's the limitation on the interpretation of the
3   study.
4           But this is very kind of surprising too.
5   Why would you have one effect short term and
6   another effect long term? And --
7       Q.   I want to talk about ROS for a second if
8   you don't mind. Okay?
9       A.   Yes.
10      Q.   I think we agreed earlier that it's your
11  opinion that Vioxx increases ROS, correct?
12      A.   It's my opinion based upon what I read
13  that it does, yes.
14      Q.   And it's believed that ROS plays a
15  harmful role in atherosclerosis, right?
16      A.   Not completely correct.
17      Q.   So Vioxx -- I'm sorry. So ROS is not
18  harmful in atherosclerosis?
19      A.   Not completely correct either. You see,
20  there is not just an either/or here. ROS also from
21  what I read has a signaling property. It's
22  involved in what you talked about, the stretch
23  reflex, reflects the response to shear stress.
24          And there are no -- a publication that

Page 295

1   indicated ROS signaling coming from, to my
2   recollection, the Enzyme No. 3; and the electron
3   transport chain is very important for this stretch
4   reflex to dilate arteries in response to increased
5   stress.
6       Q.   So, we can't say whether ROS is a good
7   actor or a bad actor, right?
8       A.   Generally in the -- in the literature
9   ROS is considered a disadvantage. I do think that
10  it depends upon the amount. You sit here and
11  discuss for and against and for and against. So
12  many effects depend upon the concentration.
13          There are molecules, including
14  prostaglandins, for example, that have different
15  effects depending upon the concentration.
16      Q.   You said increased ROS is a
17  disadvantage, right?
18      A.   It's considered to be in the --
19  generally in the field I think it's considered to
20  be detrimental in atherogenesis, yes.
21      Q.   Do you agree that one problem with a
22  high level expression of COX-2 is that it may
23  increase ROS?
24      A.   No question about that because COX-2 has

Page 296

1   two enzymatic sides. There is a COX side that is
2   inhibited by rofecoxib and other NSAIDs, and then
3   you have the peroxidase side and the two are not
4   necessarily synchronized. You can get -- the
5   peroxidase can produce ROS also.
6       Q.   If ROS is produced by that other side,
7   Vioxx has no bearing on that, correct?
8       A.   No, I did not say that. I said that
9   what I read is it inhibits one side and that it
10  doesn't inhibit the other. Whether it has a
11  bearing on it, that I don't know.
12      Q.   Is COX-2 partly responsible for the
13  production of ROS?
14      A.   I think so, yes. And so you would think
15  if you give Vioxx, hey, it would inhibit the
16  enzyme.
17      Q.   Should decrease ROS, correct?
18      A.   Well, when you think about it, it should
19  decrease inflammation. That is what they talk
20  about in the beginning. Since this enzyme has two
21  active sides, you inhibit one of them but you don't
22  inhibit the other. They are independent.
23          Hydroperoxide, for example, can go to
24  the second side and produce radical oxygen species.

Page 297

1   That is not good.
2       Q.   What are the two sides again?
3       A.   It's called cyclooxygenase side.
4       Q.   COX side and the -- what is the other
5   side?
6       A.   Several terms you can call it. One term
7   is HOX, HOX side. It's actually -- the peroxidase
8   side is a better term.
9       Q.   Does Vioxx cause increased ROS through
10  the HOX side?
11      A.   I haven't seen that direct proof of that
12  and --
13      Q.   Does any NSAID affect ROS generation
14  from the HOX side?
15      A.   I don't think I have seen that in the
16  literature.
17      Q.   Okay. So let's talk about the COX side.
18      A.   Yes.
19      Q.   It's true, isn't it, that COX-2 is
20  partly responsible for the production of ROS?
21      A.   Could you elaborate on the mechanism?
22      Q.   You would agree?
23      A.   It's an overall question. I would like
24  to have a specific question if I may.

## Egil Fosslien, M.D.

Page 298

```
 1       Q.   Sure.  You would agree that a high level
 2  of expression of COX-2 increases ROS generation?
 3       A.   I think that there is some evidence that
 4  that may happen.
 5       Q.   So, COX-2 inhibitors would decrease that
 6  high level of expression of COX-2 and thus would
 7  decrease ROS, correct?
 8       A.   Not necessarily.  The problem is that
 9  when you inhibit COX-2, there is some evidence that
10  the COX-2 enzyme can actually be produced at a
11  higher level and so that the COX-2 -- amount of
12  COX-2 may increase because inhibited and there may
13  be feedback mechanisms to increase COX-2 then.
14       Q.   You would agree, would you not, that
15  COX-2 inhibitors reduce ROS?
16       A.   I don't think I can agree with that
17  without doing some further studies.  I think we
18  talked about that --
19       Q.   Are you saying that Vioxx actually
20  increases ROS?
21       A.   No, I'm not saying that at all.  I'm
22  saying that if you inhibit one part of the enzyme
23  and the other part of the enzyme is not inhibited.
24       Q.   Another one of these coming to trial
```

Page 299

```
 1  things.  When you get to trial you're not going to
 2  get on the stand and say that Vioxx increases ROS,
 3  right?
 4       A.   I don't think there is any evidence to
 5  show that it increases ROS by inhibiting the COX
 6  side of the COX-2.  But there are other articles
 7  that show that it does increase ROS production.  We
 8  can discuss the mechanism.  I think I mentioned
 9  that with a reference in here.
10       Q.   Vioxx increases ROS by some other
11  mechanism --
12       A.   COX-2 --
13       Q.   -- than COX?
14       A.   COX-2 inhibition.
15       Q.   Wait a second.  You just told me that
16  there were two sides to this ROS picture; one COX,
17  one HOX?
18       A.   Right.
19       Q.   And you told me that Vioxx has no effect
20  on HOX.  And now you are telling me that Vioxx has
21  some other effect that is not COX or HOX?
22       A.   These COX-2 inhibitors have other
23  effects like celecoxib and that's another question
24  entirely.  Are there other effects to COX-2 -- to
```

Page 300

```
 1  these COX-2 inhibitors?
 2            If you can go back to my report where
 3  this is specifically mentioned, I will be happy to
 4  discuss it with you.
 5       Q.   Do you have any study with Vioxx, any
 6  study with Vioxx, showing that Vioxx increases ROS?
 7       A.   Well, I don't have my computer with me.
 8  It's cumbersome to go through this here.  At this
 9  time I will say, well, I have no answer for that.
10       Q.   In fact, you would agree there are
11  studies that show that COX-2 inhibition actually
12  decreases ROS, right?
13       A.   I can't agree with that because there
14  are many mechanisms going on here, for example,
15  those that show that if you have anoxia or hypoxia,
16  that the COX-2 enzyme itself is significantly
17  increased, which is one of the problems that if you
18  inhibit something and then there is a feedback
19  mechanism that increases the enzyme that you want
20  to inhibit, increase the dose to get the same
21  effect.  But that is not part of my report here.
22       Q.   I think I might be going crazy.
23            Is it your opinion that Vioxx increases
24  ROS?
```

Page 301

```
 1       A.   Well, we have to go back and see what I
 2  said in here.  I don't recall everything I said in
 3  here.
 4       Q.   So, sitting here today you can't say
 5  whether it's your opinion or not --
 6       A.   I will be happy to go through the report
 7  and go through every page and find that.
 8            (WHEREUPON, there was a short
 9             interruption.)
10  THE WITNESS:  Oh, we have a problem.
11       MR. CRAWFORD:  Can we take a quick break,
12  please.
13       MR. TOMASELLI:  Sure.  I think we need to.
14            (WHEREUPON, a recess was had
15             from 3:35 to 3:42 p.m.)
16       MR. TOMASELLI:  Back on the record.
17  BY MR. TOMASELLI:
18       Q.   Dr. Fosslien, are you ready?
19       A.   Yes, sir.  And I have in answer to your
20  question I have found on page 46 -- 48.  I'm sorry.
21  Figure 8, there is --
22       Q.   I didn't know I had a question.
23       A.   I beg your pardon?
24       Q.   I didn't know I had a question.
```

Egil Fosslien, M.D.

Page 302

1    A.   Well, about ROS.  You asked me about
2 ROS.  Before we took a break.
3    MR. CRAWFORD:  He was trying to find a
4 reference to ROS in his report.
5 BY THE WITNESS:
6    A.   I wanted to mention, too, that I
7 understand this is an important.  There is a
8 reference in the drawing, but I will be happy to
9 look and find the reference.  I don't remember off
10 the top of my head where it is.  But this is a
11 diagram I did from the information I gathered from
12 the literature.
13 BY MR. TOMASELLI:
14    Q.   Let me go back.  Is it still your
15 opinion that Vioxx and COX-2 inhibition increases
16 ROS?
17    A.   To my recollection --
18    MR. CRAWFORD:  Objection.
19 BY THE WITNESS:
20    A.   -- I have a reference to that effect.  I
21 don't have it off the top of my head.  But I will
22 be happy to find it.
23 BY MR. TOMASELLI:
24    Q.   Why don't we look at Exhibit 10 again.

Page 303

1 It's the Lekakis paper.  If you can flip over to
2 page 5, please.  There is text in the --
3    A.   Okay.  Page number is in the upper
4 left-hand corner.  Hard to see here.  5, yes, I
5 see.
6    Q.   There is text on the right-hand side.
7 Do you see that?
8    A.   The right column?
9    Q.   Yes, sir.
10    A.   Yes.
11    Q.   And there is a -- there is a sentence
12 that starts or a paragraph that starts, "It is
13 known."
14    Do you see that?
15    A.   Yes.
16    Q.   Why don't you read that sentence,
17 please?
18    A.   Okay.  "It is known that COX-2 may
19 generate reactive oxygen species (17)" -- and 17,
20 let's see what that is.
21    "O'Banion, MK; Cyclooxygenase-2;
22 molecular biology, pharmacology and neurobiology
23 1999."
24    "And therefore COX-2 inhibition could

Page 304

1 lead to reduction of oxidative damage, a finding
2 presented in our study.  The prognostic
3 significance of the increased oxidative stress has
4 recently been clarified in patients with stable
5 coronary artery disease; Heitzer et al. (18)."
6    18 is Heitzer and so on, "Endothelial
7 dysfunction, oxidative stress and risk of
8 cardiovascular events in patients with coronary
9 artery disease.  Circulation 2001."
10    Q.   Okay.  So, while it's your opinion that
11 COX-2 inhibition increases ROS, what you just read
12 said COX-2 actually generates ROS and therefore
13 COX-2 inhibition could lead to a reduction,
14 correct?
15    A.   That's what this says in the text.
16    Q.   Okay.  Are you aware of any other
17 studies showing that COX-2 inhibition reduces ROS?
18    MR. CRAWFORD:  Objection.
19 BY THE WITNESS:
20    A.   Well, I have -- in my report, I have
21 listed the references that I used to form my
22 opinion.  I will be happy to consider it if the
23 other papers that are relevant to my opinion.
24    (WHEREUPON, a certain document was

Page 305

1    marked Fosslien Deposition Exhibit
2    No. 11, for identification, as of
3    6-8-06.)
4 BY MR. TOMASELLI:
5    Q.   I'm going to show you Exhibit No. 11,
6 which is a study by Speir.  It's a study by Speir
7 and others, including a gentleman at the end by the
8 name of Stephen Epstein.  Do you see that?
9    A.   I just wanted to see in the other one
10 what they concluded here.  Anyway.  I can do that
11 at another time.
12    Sir, what was the question?
13    Q.   Yes.  We are looking at Exhibit No. 11.
14 It's a study by Speir.
15    A.   Yes.
16    Q.   In Circulation Research in 1998.
17    A.   In 1997.  Published 1998.  Yes.  I
18 agree.
19    Q.   And they -- the most senior author on
20 the publication is Stephen Epstein, right?
21    A.   He is the author at the end.  I assume
22 that is the senior author.
23    Q.   Okay.  And if we look about midway into
24 the abstract do you see a sentence that

77 (Pages 302 to 305)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 306

1  starts "Aspirin and indomethacin"?
2      A.   Indomethacin, yes.
3      Q.   "Aspirin and indomethacin, both COX
4  inhibitors as well as direct ROS scavengers" --
5      A.   Yes.
6      Q.   -- "reduce CMV-induced ROS."
7      A.   Um-hmm.
8      Q.   There we have COX-1 and COX-2 inhibitors
9  reducing ROS, correct?
10     A.   I beg your pardon, though.  You are
11  comparing horses and donkeys here.  You are saying
12  aspirin equal to rofecoxib.  You are saying
13  indomethacin equal to rofecoxib.  Aspirin inhibits
14  the Krebs cycle, for example.  Its metabolite
15  uncouples mitochondria, inhibits mitochondria
16  maybe.  So, there are other effects.
17         What about indomethacin, does
18  indomethacin have an effect on mitochondria, the
19  major producers of ROS?
20         So, I think I'm at a loss here how this
21  could actually compare directly.
22     Q.   I thought you said earlier that NSAIDs
23  as a whole increase ROS?
24     A.   I don't think I said that all NSAIDs do

Page 307

1  that.
2      Q.   Okay.  And on this mitochondrial
3  issue -- and on this mitochondrial function issue,
4  you would agree that those are actions that are
5  actually independent of COX, correct?
6      A.   Some are.  Some are not.  PGJ2, it
7  inhibits and stimulates depending upon strain.
8  It's a prostaglandin, a COX product.
9      Q.   Do you know Stephen Epstein?
10     A.   No, I don't know him.
11     Q.   Would it surprise you if Dr. Epstein
12  said that COX-2 inhibitors actually decrease ROS?
13     MR. CRAWFORD:  Objection.
14  BY THE WITNESS:
15     A.   He has the liberty to have any opinion
16  he wants.  It's his opinion.
17  BY MR. TOMASELLI:
18     Q.   I guess there is that controversy in the
19  medical community?
20     MR. CRAWFORD:  Objection.
21  BY THE WITNESS:
22     A.   I think that's stretching it.  I just --
23  I've told you many times today that I base my
24  opinion upon certain publications and that's my

Page 308

1  opinion.  If there is one reference that you'd like
2  to find and I will see if I can find that.
3      Q.   You didn't reference the Speir article
4  in your report, did you?
5      A.   I don't think so.
6      Q.   Okay.  You didn't reference the Lekakis
7  article in your report, did you?
8      A.   I don't think so.
9      Q.   I think you also told me earlier that
10  Vioxx increases something called chemotaxis, right?
11     A.   Yes.
12     Q.   And chemotaxis, that is the recruitment
13  of monocytes to the vessel wall and then eventually
14  they go through the vessel wall?
15     A.   White cells, that is important both in
16  initiation and progression of atherogenesis.
17     Q.   We measure chemotaxis by CCR5
18  expression, right?
19     A.   I think that is -- I don't agree with
20  that.
21     Q.   You don't agree?
22     A.   You said they measure it by that
23  expression.  There are many factors involved.
24  There are other receptors and cytokines involved.

Page 309

1  And I had -- I found in the literature -- if you
2  look, I think it should be in my report here --
3  that rofecoxib actually increases CCR5.
4      Q.   Right.  And by increasing CCR5, that's
5  how we know it increases chemotaxis, right?
6      A.   That is how we can interpret it does
7  that because I have found nothing that shows the
8  actual measurement.  The question is how would you
9  do that.  But based upon the publications of
10  credible sources, I would have the opinion that it
11  would contribute to an increased chemotaxis.
12         (WHEREUPON, a certain document was
13         marked Fosslien Deposition Exhibit
14         No. 12, for identification, as of
15         6-8-06.)
16  BY MR. TOMASELLI:
17     Q.   That is the study you rely on for your
18  opinion that Vioxx increases chemotaxis, what I
19  have marked as Exhibit 12, right?
20     A.   Correct.
21     Q.   That's the Lang study?
22     A.   Yes.  That's on cancer.
23     Q.   It's on cancer?
24     A.   Um-hmm.

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 310

1    Q.   By the way, does PGE2 increase
2 chemotaxis?
3    A.   PGE2.
4    Q.   Yes, sir.
5    A.   I don't think I -- did I mention that in
6 the report?
7    Q.   I don't know. I'm asking you as a
8 scientist. Does PGE2 increase chemotaxis?
9    A.   I think I have -- let me see what I say
10 in here. May I go back and look at the chemotaxis
11 section?
12    Q.   If you go back to page 45, sir.
13    A.   45. Thank you for the help. Appreciate
14 it.
15    Q.   You're welcome.
16    A.   I wish I had a computer so I can find it
17 more quickly. I apologize. It takes me time.
18    Q.   You don't have to apologize.
19    A.   Well, it's slow. 45, right?
20    Q.   Yes, sir.
21    A.   Paragraph X.2.A, "Rofecoxib increases
22 chemotaxis by inducing expression of monocyte
23 receptors."
24    Q.   My question to you is does PGE2 increase

Page 311

1 chemotaxis?
2    A.   Let me see if I mention that here.
3       I think I have noted that in one of the
4 drawings in my paper, previous paper. I didn't
5 know that would come up here.
6    Q.   So yes or no. It does or doesn't?
7    A.   No, I would like to see the paper, what
8 I wrote at that time.
9    Q.   Okay. Does CRP increase chemotaxis?
10    A.   Again, I would refer to the paper.
11 There is a specific drawing in that paper that
12 shows these things where I summarized it.
13    Q.   If CRP increases chemotaxis, lower CRP
14 levels would be good?
15    A.   Lower CRP levels should be good as any
16 indicator of inflammation.
17    Q.   Does Vioxx lower CRP levels?
18    A.   I think there are publications. If it
19 reduces inflammation, why does it cause
20 cardiovascular complications? That is the whole
21 question. Everybody expected, including I
22 expected, it would have the opposite effect on what
23 we are talking about now.
24    Q.   When you wrote your long report about

Page 312

1 all the potential ways that Vioxx can implicate
2 atherogenesis and inflammation, you didn't mention
3 anything by about Vioxx actually decreasing CRP
4 levels, did you?
5    A.   I may not have mentioned that, but it's
6 mentioned I think -- I would think it's in the
7 other article, the one that came out in the fall.
8    Q.   Does homocysteine increase chemotaxis?
9    A.   Probably does. I don't recall off the
10 top of my head, but homocysteine is a risk factor
11 for atherogenesis.
12    Q.   So let's look at this Exhibit No. 12,
13 the Lang article.
14    A.   The Lang article, yes, sir.
15    Q.   And this is the one that you relied on
16 to suggest that Vioxx increases chemotaxis, right?
17    A.   It is a study to my recollection that
18 deals with what happens in cancer. In cancer you
19 may want to have monocytes entering -- exiting from
20 the circulation and entering into the tumor to kill
21 tumor cells. And, so, in that case it increases
22 CCR5 and it may have a beneficial effect.
23    Q.   So --
24    A.   In this case if it increases CCR5, you

Page 313

1 don't want that effect in atherogenesis. Again,
2 you have the problem that you have beneficial
3 effects in the cancer, which is very good. And the
4 same beneficial effects may be detrimental in
5 atherogenesis. Could be it is a dose-related
6 phenomenon.
7    Q.   Sir, are you claiming that the Lang
8 study caused abnormally increased chemotaxis or
9 monocyte function?
10    A.   Can we look at that, where I said that?
11 What page and what sentence?
12    Q.   I'm just asking: Are you claiming that
13 this study caused abnormally increased chemotaxis
14 or monocyte function?
15    A.   Let's go back to see what I wrote in the
16 report. Where is it listed, sir?
17    Q.   You just don't know your report that
18 well, do you, sir?
19    MR. CRAWFORD: Objection.
20 BY THE WITNESS:
21    A.   I think that's a very mean-spirited
22 comment, sir. I resent that.
23 BY MR. TOMASELLI:
24    Q.   Sir, you referenced the Lang article as

79  (Pages 310 to 313)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

**Page 314**

1  Vioxx increasing chemotaxis, and my simple question
2  was just whether this study caused abnormally
3  increased chemotaxis or monocyte function?
4      A.   I think what it did, to my
5  recollection -- let me see here because it's late
6  in the afternoon.
7      Q.   Sure.  If you will take a look at
8  page 287.
9      A.   I would like to read my own report
10  first, if I may, then we can look at the reference.
11     Q.   Take your time.
12     A.   Okay.  "Rofecoxib increases chemotaxis
13  by inducing expression of monocyte receptors."
14         Page 45.  Paragraph 96, "Monocyte
15  chemotaxis plays a central role in angiogenesis.
16  A clinical study demonstrated that rofecoxib can
17  increase serum levels of C-C chemokine receptor 5
18  (CCR5), a monocyte receptor, reference 6, which
19  belongs to a family of CC motif (2 contiguous
20  cysteines) chemokines that control migration of
21  leukocytes to sites of inflammation."  Here I gave
22  the OMIN reference here.  "Experimental findings
23  show that CCR5, a RANTES receptor," different name
24  for the same receptor, "binds to monocyte

**Page 315**

1  attractant protein-1 (MCP-1), thus forming a
2  pathway for recruiting monocytes to the endothelium
3  and facilitating their entry into the intima.
4  Importantly, an experimental agent, Met-RANTES,
5  that blocks CCR5 binding, restrains atherogenesis
6  in mice fed an atherogenic diet (reference 5).  The
7  importance of CCR5 in chemotaxis is also
8  demonstrated by genetic deletion of CCR5 in
9  apolipoprotein E-deficient mice (apoE-/- mice).  The
10  deletion of CCR5 significantly reduces arterial
11  neo -- intima formation after endothelial injury.
12  Taken together, these results indicate that
13  rofecoxib treatment promotes monocyte recruitment
14  to the endothelium and monocyte migration into the
15  intima, a process involved in both initiation and
16  progression of atherogenesis."
17     Q.   And the Lang article is your support for
18  the fact that Vioxx increases chemotaxis?
19     A.   I think the Lang article shows that --
20  didn't it show that it increases CCR5 expression?
21     Q.   Was CCR5 expression increased over
22  normal?
23     A.   It says it increases.  There is no
24  statement says "over normal" here.  But it says it

**Page 316**

1  increases it.  To my recollection there is no
2  statement that -- they refer to normal.
3  It increases it.  As I said, that is considered to
4  be advantageous in the treatment of tumors.
5      Q.   Did the percent of migrating cells, did
6  that ever come back to -- let me strike that.
7          Did the percent of migrating cells ever
8  become abnormal, sir?
9      A.   I don't think that is -- I would have to
10  look through the article again.  I can't recall
11  that.  What it said is that it increases the
12  expression of CCR5, which again --
13     Q.   Let's take a look at Exhibit 12 if you
14  don't mind.
15     A.   Sure.
16     Q.   This is a study in neck and head cancer
17  patients?
18     A.   Are you asking me?
19     Q.   Yes, sir.
20     A.   Oh, it's a question.  Let's see what the
21  patient population was.  Yeah.  Squamous cell
22  carcinomas of the head and neck, SSCHN.  So the
23  answer is yes.
24     Q.   And these cancer patients had decreased

**Page 317**

1  immune systems, correct?
2      A.   They had decreased levels of CR5
3  receptors.  CCR5.  There is two Cs.
4      Q.   Do cancer patients suffer from a
5  suppressed immune system?
6      A.   Many do.
7      Q.   And the monocytes, they can't do their
8  job and migrate into the tumor and fight it,
9  correct?
10     A.   That's what -- the point I made in the
11  article.
12     Q.   Okay.  And this study looked at whether
13  Vioxx could help the monocytes get back to work and
14  do their job, right?
15     A.   Exactly.  So, that is a benefit in the
16  cancer patient.  And I was surprised I could not
17  find anything, you know, because I expect the
18  manufacturer to study that particular thing because
19  if it can be increased in the cancer patient, does
20  rofecoxib then increase it in the patient with
21  atherogenesis?
22     Q.   And actually they compared the percent
23  migration of monocytes for people who are on Vioxx
24  and people who were just normal healthy donors,

# Egil Fosslien, M.D.

**Page 318**

1 didn't they?
2 A. What page are you on? What line is it?
3 I'm on page 287, "Rofecoxib improves the migration
4 of monocytes from tumor patients." Where are you,
5 sir?
6 Q. Can you take a look at Figure 2 on the
7 top right, sir.
8 A. Figure 2?
9 Q. Yes. There are three black columns,
10 right?
11 A. I agree.
12 Q. The column on the left, the small one,
13 that's where people had cancer and they were not
14 given Vioxx, right?
15 A. It says day 0. I assume so.
16 Q. The second column and the middle column,
17 that is what happened when you gave patients Vioxx
18 on day -- or the level of migrating cells for
19 patients with Vioxx on day 21, right?
20 A. Yes, sir.
21 Q. And the right column is the percent of
22 migrating monocytes in a normal, healthy donor,
23 right?
24 A. Um-hmm.

**Page 319**

1 Q. And, so, actually Vioxx was bringing the
2 monocyte migration almost back to normal, correct?
3 A. Well, there is a wide range here, you
4 see, and there is no statistic -- it doesn't say --
5 doesn't have the asterisk that indicates
6 statistically significant.
7 I think to me the important thing is it
8 increases the expression of CCR2 -- CCR5. I'm
9 sorry.
10 Q. Under Figure 2 there is some prose. Do
11 you see that?
12 A. I'm not with you, sir.
13 Q. Under Figure 2 there is some prose. Do
14 you see that?
15 A. Prose?
16 MR. CRAWFORD: Language.
17 BY MR. TOMASELLI:
18 Q. Language.
19 A. Oh, you mean the text here?
20 Q. Yes, sir.
21 A. Yes, sir. I'm with you.
22 Q. Five lines down, there is a sentence
23 that starts, "The intake"?
24 A. Yes.

**Page 320**

1 Q. "The intake of rofecoxib for 21 days
2 improved migration almost to the levels of healthy
3 persons."
4 Right?
5 A. Um-hmm.
6 Q. So, what Vioxx did is it didn't increase
7 monocyte recruitment to abnormal levels. It just
8 brought them back to normal, right?
9 A. That's what it says here, but it
10 doesn't --
11 MR. CRAWFORD: Objection.
12 BY MR. TOMASELLI:
13 Q. Is that wrong?
14 A. That's what the drawing shows here.
15 But, you know, I'm looking at this -- how this
16 could come about. CCR5, if you knock it out, you
17 have very little atherogenesis if you do a knockout
18 model.
19 So, if rofecoxib then increases -- do we
20 have a comparison group, for example, that didn't
21 get Vioxx?
22 Q. They are called the normal, healthy
23 donors.
24 A. Normal, healthy donors or healthy

**Page 321**

1 donors? Figure 2 shows healthy donors that
2 received the rofecoxib. Right.
3 Q. Healthy donors. They did not receive
4 rofecoxib.
5 MR. CRAWFORD: No.
6 BY THE WITNESS:
7 A. They did not receive. Okay. So that is
8 the level we have there. What about the healthy
9 donors that received rofecoxib? Where is that
10 study?
11 BY MR. TOMASELLI:
12 Q. Sir, I'm looking at this study that
13 you're citing.
14 A. I'm asking you a comparison. It is
15 not -- simply not included here, the effect of
16 rofecoxib on healthy donors.
17 Q. Dr. Fosslien.
18 A. Yes.
19 Q. I'm just looking at this study that you
20 cited for the proposition --
21 A. Right.
22 Q. -- that --
23 A. I understand.
24 Q. -- that Vioxx --

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 322

```
1      A.   Yes.
2      Q.   -- increases chemotaxis.
3      A.   It increases chemotaxis because the
4  cancer studies show that it increases the amount of
5  CCR5 in patients who have depressed levels.
6      Q.   And it increases it all the way back to
7  normal, right?
8      A.   Well, it approximates a normal, healthy
9  dose, not statistically significant.  There is
10 unfortunately no study here and I expected to have
11 the manufacturer to be very concerned about it yet
12 I have found no study to show this because this is
13 very important.  Why didn't they do it or is it
14 there?
15     Q.   Sir, is chemotaxis or the increase in
16 chemotaxis, is that one of these markers or things
17 that can give us clues into the fact that Vioxx may
18 increase lesion size?
19     A.   Possibly.  There are many factors.
20 First of all, we have the increase in blood
21 pressure, which occurs very early.  And the second
22 in pathogenesis would be the excess thromboxane
23 singly.  And the third one would be the effect on
24 chemotaxis based upon the effect on the CCR5.
```

Page 323

```
1      Q.   And so my question is:  Increasing CCR5
2  in and of itself isn't a disease.  What you're
3  saying is the increase in CCR5 could potentially
4  increase atherosclerosis, is that fair?
5      A.   Well, chemotaxis is very important in
6  atherosclerosis.  In the very beginning,
7  intermediate and later.
8      Q.   Right.
9      A.   It goes on all the time.
10     Q.   What you would want to do is actually
11 look at studies with Vioxx in animals or something?
12     A.   Right.
13     Q.   And see if --
14     A.   Certainly.
15     Q.   -- actually they had an increase in
16 lesion size.  Fair?
17     A.   You would -- well, you asked about
18 chemotaxis.  And I would be very happy to see a
19 study.  I searched for that again and again.  I
20 couldn't find a study on the effect of rofecoxib on
21 chemotaxis in animals.
22     Q.   Okay.  Again, chemotaxis is just a clue
23 that may say, okay, you're increasing chemotaxis,
24 you may have an increase in atherosclerosis.  But
```

Page 324

```
1  ultimately the end game is to actually measure the
2  atherosclerosis.  True?
3      A.   Well, the end game, what do you consider
4  the end game?
5      Q.   Well, let's just say -- let's just say
6  your animal has hypertension, your animal has or is
7  in a TxA2 excess state and your animal appears to
8  have increased chemotaxis.
9           But, lo and behold, when you go and
10 measure the lesion size of the animal, after all
11 those things have happened, you don't find any
12 increase in atherosclerosis.
13     A.   And?
14     Q.   That's really the end game?
15     A.   What's the question?  You're talking
16 about the atherosclerotic plaque or the fiber fatty
17 lesion or the fatty streak or what are you talking
18 about?
19     Q.   Any of them.  Lesion.
20     A.   Any of them?  Okay.
21          Going back to McGill, a lesion according
22 to him, they start early in childhood with fatty
23 streaks, develop then to become more serious with
24 time and then you get the fiber fatty lesion and
```

Page 325

```
1  the complicated lesion.
2      Q.   Okay.
3      A.   And then you get typical clinical
4  symptoms at that time.
5      Q.   So my question to you is:  Are there any
6  studies with Vioxx that you know about where Vioxx
7  showed an increase in fatty streaks in animals, for
8  example?  Do you know of any of those?
9      A.   I have not looked for that really,
10 frankly.
11     Q.   Do you know of any studies, for example,
12 in animals where they had intermediate lesions and
13 they tested Vioxx on those intermediate lesions and
14 tried to look at whether Vioxx increased those
15 intermediate lesions?  Are you aware of any studies
16 like that?
17     A.   I will be happy to consider that to see
18 if that's relevant to my opinion.
19     Q.   In fact, it would have to be relevant to
20 your opinion because your opinion is that Vioxx
21 increases atherosclerosis.  So, any study that
22 showed Vioxx decreased atherosclerosis, that would
23 have to be relevant to your opinion, right?
24     A.   I would be happy to see them.
```

82  (Pages 322 to 325)

d1c48430-8b50-46ac-99d5-274a6d1abffd

## Egil Fosslien, M.D.

**Page 326**

1    Q. And did you conduct a search when you
2 were doing this report, did you conduct a search
3 for studies in animals that actually gave the
4 animals Vioxx and then measured their
5 atherosclerosis? Did you do that search?
6    A. We can look in the -- what I used here,
7 and the search I used here is what you have in this
8 report and that's what I base my opinion on. And
9 as I said, I will be happy to look at further
10 evidence if it's there.
11    Q. And so hypothetically if there were
12 studies out there in animals where they gave Vioxx
13 and looked at how their lesions progressed over
14 time and they actually found out that lo and behold
15 the lesions didn't increase over time, while your
16 report is interesting and all these potential
17 mechanisms that can increase atherosclerosis, the
18 end game is that it didn't happen?
19    MR. CRAWFORD: Objection.
20 BY THE WITNESS:
21    A. Let me ask you a question. How did the
22 adverse cardiovascular complications come about,
23 then? That is what I want to ask the people who
24 write articles like you talk about. If there is no

**Page 327**

1 effect, how does it come about?
2 BY MR. TOMASELLI:
3    Q. I'd love to have a discussion with you,
4 but it's not the right time.
5    A. Okay.
6    Q. My question to you was: Hypothetically
7 there are studies out there that show animals were
8 given Vioxx and Vioxx had no effect on
9 atherosclerosis.
10    You would agree, wouldn't you, that
11 while your report investigates potential mechanisms
12 of increasing atherosclerosis, the end game is to
13 actually look at the atherosclerosis and see if it
14 actually happened in that -- and it actually
15 occurred. You'd agree with that, right?
16    A. Most interesting. That would be most
17 interesting results because I would want to look
18 then in conclusion and back to see if they discuss
19 how it could come about.
20    Q. Right. The most --
21    A. If --
22    Q. -- interesting -- I'm sorry.
23    The most interesting information --
24    MR. CRAWFORD: Were you finished with your

**Page 328**

1 answer?
2    THE WITNESS: No, I was not.
3    MR. CRAWFORD: Can you let him finish his
4 answer?
5 BY THE WITNESS:
6    A. Because if somebody writes an article
7 and they conclude that Vioxx has no effect and I
8 see that in conclusion, I ask myself, well, don't
9 they read anything else?
10    This is a problem. Frankly, I admit
11 that, you know, that is a problem to find out here
12 what is really going on. That is what we are here
13 for, to find out what is the pathogenesis.
14    Yes, there may be studies that show that
15 there is no effect and are there other studies that
16 show there is an effect? Of course you have to
17 compare the two.
18 BY MR. TOMASELLI:
19    Q. And the end game, the most important
20 thing when we are looking at whether Vioxx
21 increases atherosclerosis, is to actually look at
22 studies, if they're out there, that measured
23 whether Vioxx increases atherosclerosis. Fair?
24    MR. CRAWFORD: Objection.

**Page 329**

1 BY THE WITNESS:
2    A. Well --
3 BY MR. TOMASELLI:
4    Q. You can answer.
5    A. You yourself I think mentioned that the
6 clinical findings are the most important to try to
7 insinuate that and the clinical studies insofar as
8 I know, they show there is an ill effect.
9    Q. Every single one of them, right?
10    A. I beg your pardon?
11    Q. Every single one of those clinical
12 studies?
13    A. As I mention in my paper from the fall
14 last year, there is a diversity of opinions. And
15 that's why I hesitated to do anything till the drug
16 was withdrawn from the market because I said, well,
17 this is not agreed upon at that time.
18    I gradually became very concerned as
19 publications came up to show there may be a problem
20 here, and I said let me wait because these are the
21 experts in the field who do the clinical studies.
22 Let's see what they come up with.
23    Q. Say that Vioxx has adverse complications
24 on the cardiovascular system.

## Egil Fosslien, M.D.

**Page 330**

1  Did you ever consider the fact that it
2  could be something else other than increasing
3  atherosclerosis?
4  A.   Certainly.  For example, one of the
5  things I was interested in finding out was the
6  effect on mitochondria.  Mitochondria has been
7  implicated in the early development of
8  atherogenesis.  There are those that think that
9  mitochondrial dysfunction is actually the first
10 thing that happens.  It's not completely agreed
11 upon.
12 Q.   Right.  And --
13 A.   May I finish, please?
14 Q.   Sure.
15 A.   The question was that since some
16 traditional NSAIDs affect mitochondrial function,
17 does rofecoxib, Vioxx, also affect mitochondrial
18 function.  I couldn't find anything so far.
19 Q.   So we just don't know?
20 A.   No, I would expect the manufacturer to
21 look at that, an obvious thing to look at.  I was
22 disappointed.  I couldn't find anything.  Did they
23 support any studies through the grant system
24 through the medical schools, for example?

**Page 331**

1  Q.   So, for whatever reason, we don't know
2  heads or tails whether Vioxx has any effect on
3  mitochondrial function.  Whether it's right or
4  wrong, we just don't know?
5  A.   I could not find any reference that it
6  shows that has a direct effect like some other
7  NSAIDs.
8  Q.   Would you agree that an increase in
9  cardiovascular events doesn't necessarily mean that
10 there must have been an increase in
11 atherosclerosis?
12 A.   You have to define what you mean by
13 cardiovascular events before I can answer that
14 question.
15 Q.   Don't you agree that there could be an
16 increase in myocardial infarction and it simply not
17 be related to increasing atherosclerosis burden?
18 A.   In a few cases, yes.  Most people as far
19 as I know in the field, they think that
20 atherosclerosis is the most important risk factor.
21 Q.   And since it's the most important risk
22 factor, that's what you would want to look at is
23 whether Vioxx itself increases atherosclerosis?
24 A.   Well, the other fact, for example, there

**Page 332**

1  are risk factors for atherosclerosis, hypertension.
2  I mentioned that.  It's induced early in the
3  studies that I saw.  So that would actually be
4  increased atherogenesis, hypertension itself,
5  increase.
6  Hypertension and atherosclerosis and
7  myocardial infarction, they are all --
8  hypertension, atherosclerosis are risk factors.
9  Q.   Right.  And we talked about the fact
10 that hypertension is common to all NSAIDs, right?
11 MR. CRAWFORD:  Objection.
12 BY THE WITNESS:
13 A.   I don't think I said that.  There are
14 problems with increase in blood pressure, water
15 retention and so on because the NSAIDs have several
16 effects and the traditional NSAIDs, they are very
17 different.  They are not all the same.
18 BY MR. TOMASELLI:
19 Q.   How long do you think it takes to
20 increase atherosclerosis burden on Vioxx?
21 A.   I think that the danger starts fairly
22 quickly because I think that it -- prothrombotic
23 state is induced early on.  And, of course, even
24 before that, probably you have the increase in

**Page 333**

1  blood pressure.
2  Q.   I thought --
3  A.   So you have a risk factor already.  The
4  studies I saw, they show a clear separation very
5  early in the studies.
6  Q.   The studies that you saw showed an early
7  separation?
8  A.   Farquar, I think, analysis.  I haven't
9  included that here.  So maybe I shouldn't talk
10 about that.  It's up to you.  You know, I tried to
11 limit this to the mechanism here.
12 Q.   I didn't see any clinical studies that
13 you referenced in your report?
14 A.   That's what I said.  Maybe I shouldn't
15 even mention that here.  But I have seen studies
16 that show a clear separation, increase in blood
17 pressure very early on.
18 Q.   That is not going to be one of those
19 opinions that you walk up on the stand and say it
20 is Vioxx --
21 A.   This is my opinion.  This report is my
22 opinion.
23 Q.   What your paper says is that short-term
24 inhibition of COX-2 actually causes a decrease

Egil Fosslien, M.D.

Page 334

1  initially in cardiovascular complications, right?
2      MR. CRAWFORD:  Objection.
3  BY THE WITNESS:
4      A.  No, I don't think I said that
5  whatsoever.
6  BY MR. TOMASELLI:
7      Q.  Never would have said that?
8      A.  I haven't said I never said that.  I
9  just don't recall that I phrase it that way.
10     Q.  You would have never said such findings
11 appear important as they may help explain why
12 short-term selective inhibition of COX-2 may cause
13 an initial decrease in the risk of cardiovascular
14 complications?
15     A.  I specifically referred to celecoxib and
16 not to rofecoxib.
17     Q.  So, you really can't take celecoxib
18 findings and graft them over to Vioxx, right?
19     A.  Not necessarily.  You can use it as kind
20 of a background.  Then you can look for things in
21 the same area.  I look for studies to see if the
22 manufacturer or somebody supported or independent
23 of the manufacturer actually studied this because I
24 really would have liked to see that.

Page 335

1      Q.  Is there any study that you ever saw
2  where Vioxx increased MCP-1?
3      A.  Not to my recollection.  In fact, I
4  would have to go back and refresh my memory.
5      Q.  But your opinion is that Vioxx actually
6  increases MCP-1, isn't it?
7      A.  Well, where does it say that?  Can you
8  show it to me?  Can you show me?
9      Q.  I'm just asking you.
10     A.  You said my opinion.  Where is my
11 opinion in the report here?
12     Q.  Withdrawn.
13         Is it your opinion that Vioxx increases
14 MCP-1?
15     A.  I would have to look through here and
16 see if I have mentioned that because I don't recall
17 I mentioned that.
18     Q.  Go ahead on page 47 and tell me if it's
19 your opinion that Vioxx increases MCP-1.
20     A.  What paragraph, please?
21     Q.  I'm sorry.
22     A.  What paragraph, please?
23     THE WITNESS:  Let me get the other glasses.  I
24 look at you with one eye here and it's no good.  I

Page 336

1  think I have another pair with me.  I would like to
2  take a break here.
3      MR. TOMASELLI:  Sure.  We are almost -- we are
4  getting close.
5      THE WITNESS:  I will be right back.
6      MR. TOMASELLI:  Let's go off the record.
7         (WHEREUPON, a recess was had
8          from 4:20 to 4:24 p.m.)
9  BY MR. TOMASELLI:
10     Q.  Are you ready to continue, Doctor?
11     A.  Yes, sir.
12     Q.  I think my question was:  Is it your
13 opinion that Vioxx increases MCP-1?
14     A.  I don't think so.  I look here at
15 paragraph 100 and it refers to celecoxib.  To my
16 recollection was initially a decrease and then an
17 increase, which is very surprising, and it shows
18 unpredictability of findings.
19     Q.  So, you have no opinion regarding
20 whether Vioxx increases MCP-1, correct?
21     A.  I don't think it does.  I would have to
22 go back and look at my prior drawings from the fall
23 publication and I don't think it does.
24     Q.  If you would turn to page 57 of your

Page 337

1  report, sir.
2      A.  Yes, sir.
3      Q.  Paragraph 123.  Are you there?
4      A.  I'm there.
5      Q.  I think the third sentence starts, "A
6  patient at point 4, for example, a patient who just
7  recently underwent open heart surgery with the use
8  of a heart-lung machine, is at extremely high risk
9  of immediate, serious, rofecoxib-related
10 cardiovascular complications such as acute
11 myocardial infarction and stroke."
12         Do you see that?
13     A.  Yes, I see that.
14     Q.  And based on your review of the
15 literature, this is what you would expect to
16 happen, that Vioxx would increase events in the
17 short term in CABG patients?
18     A.  I'm sure that in these patients you have
19 an increased prothrombotic situation and that would
20 not be helped by Vioxx.
21     Q.  Have you reviewed any clinical studies
22 with people that actually took Vioxx in the CABG
23 situation to see if your theory pans out in real
24 life?

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

# Egil Fosslien, M.D.

Page 338

```
1       A.   I think this was based upon studies on
2   valdecoxib, which was found to have very, very
3   serious side effects in this type of patient and
4   since valdecoxib also inhibits COX-2, I think it
5   was reasonable to think that Vioxx could do the
6   same and it's a problem.
7       Q.   If there was such a study,
8   hypothetically, where people just had CABG surgery
9   and they were randomized to Vioxx or placebo and lo
10  and behold there was no difference in
11  cardiovascular events, that would go against this
12  theory, correct?
13      A.   Well, it would not support the findings
14  of the other study.
15          Now, I think there have been reports
16  that show in regular surgery you don't have this
17  problem.  Seems to be limited to cardiovascular
18  surgery using extra-corporeal circulation.  If
19  there is another study that I haven't seen, I am
20  willing to consider that and implement that also in
21  my opinion.
22      Q.   Because Vioxx and Bextra could be
23  different, correct?
24      A.   I think all these drugs are similar and
```

Page 339

```
1   they are different.  Depends on -- look at us.  We
2   are similar.  We are different.  We are all humans.
3   Two legs, two arms, two feet, one head, but we are
4   all different.
5       Q.   So, it would be that Bextra increased
6   risks in the CABG patient but Vioxx doesn't,
7   correct?
8       A.   Yes, could be.
9       Q.   Do you understand that there is a
10  difference between angiogenesis and arteriogenesis?
11      A.   Well, the three terms here is
12  vasculogenesis, angiogenesis and arteriogenesis.
13  The angiogenesis -- vasculogenesis means new
14  vasculature, for example, in the embryo where you
15  get formation of blood vessels from stem cells
16  essentially.
17      Q.   Does Vioxx decrease that?
18      A.   Well, the studies I show refer to
19  experiments -- I didn't include pictures here, but
20  I have them hanging on my wall.  It shows in animal
21  studies I think they use COX-2 inhibition and it
22  reduced the expression -- the angiogenesis in the
23  coronary circulation.
24          Angiogenesis being then formation of new
```

Page 340

```
1   capillaries from existing vessels.
2       Q.   Are capillaries and angiogenesis the
3   same thing as arteriogenesis?
4       A.   Arterio means an artery.  Capillaries is
5   small vessel, smaller diameter.
6       Q.   And aren't -- you're aware, are you not,
7   that when cardiologists refer to collateral
8   circulation in the heart muscle, they are referring
9   to arteriogenesis, right?
10      A.   Well, there is a lot of confusion in
11  terms here.  Cardiologists may use different terms
12  than pathologists use.  There are many examples of
13  that.
14          So, in my opinion from the literature
15  angiogenesis is the formation of capillaries that
16  can become arteries by further growth, but the
17  initial buddings, for example, is angiogenesis.
18      Q.   So, if there are arteries in the
19  heart -- let me give you a hypothetical.
20          A person has a heart and their left
21  anterior descending is basically closed --
22      A.   Yes.
23      Q.   -- through atherosclerosis.  Yet there
24  are arteries at the bottom of the heart that fill
```

Page 341

```
1   the LAD below the part that has bad
2   atherosclerosis.
3           Are you with me so far?
4       A.   Yes, that is very fortunate otherwise
5   the patient would be dead.
6       Q.   Right.  That collateral circulation is
7   really arteriogenesis and not angiogenesis?
8       A.   You have to look upon how it starts.
9   You can't get an artery out of nowhere created like
10  that (indicating).  I signify with my arm.
11          You have to get in this case to extend
12  the arterial circulation.  You get budding of small
13  capillaries.  Then that may develop into arteries.
14      Q.   So, collateral circulation in your mind
15  is really the development of new arteries that
16  become bigger and bigger and become arteries that
17  can carry blood.  Fair?
18      A.   No, capillaries can carry blood.  I
19  don't think that is correct what you said.  I
20  disagree with that.  I think the first you get is
21  angiogenesis, namely, capillary formation from
22  arteries or vessels that are already there.  And
23  then they may develop, you know.
24          The capillary may have very thin lining
```

86  (Pages 338 to 341)

d1c48430-8b50-46ac-99d5-274a6d1abffd

Egil Fosslien, M.D.

Page 342

1  and the lining may increase and the thickness may
2  increase so they can carry more blood.
3      Q.   Are you aware of any clinical study in
4  humans where Vioxx was associated with a decrease
5  in collateral circulation?
6      A.   No.  It's based upon to my recollection
7  animal studies.
8      Q.   Is it your opinion that a person on
9  Vioxx cannot develop collateral circulation?
10     A.   That is a very difficult question to
11 answer because it may depend upon the patient.  I
12 certainly would think that Vioxx since it inhibits
13 prostacyclin synthesis would reduce angiogenesis.
14     Q.   And in your report it appears that this
15 collateral circulation argument that you put forth
16 is based upon a study named Rudic?
17     A.   To my recollection, that's correct.
18     Q.   And you would agree that Rudic did not
19 use Vioxx, correct?
20     A.   That I will have to look up.  Maybe used
21 different inhibitors.  The effect there, of course,
22 is that it reduces VGF expression and VGF is
23 essential for angiogenesis.
24     Q.   And you --

Page 343

1      A.   Any COX-2 -- I wrote an article about
2  COX-2 and angiogenesis.  It's in the list here of
3  publications.  You can see there because, as I
4  mentioned before, in the cancer patient you like to
5  reduce angiogenesis because the new vessels, they
6  feed the tumor.  You want to restrict the growth of
7  the tumor.  That is why I think that these Vioxx
8  and rofecoxib, I hope they can change them to make
9  these actual cancer drugs without the side effects.
10     Q.   Is atherosclerosis progression partly
11 growth of angiogenesis in the plaque?
12     A.   In some cases you get angiogenesis in
13 the plaque, yes.
14     Q.   So, COX-2 inhibition in that instance
15 would be good, right?
16     A.   In that instance would be good.
17     Q.   So, we have got good in cancer, good in
18 atherosclerosis and plaque?
19     A.   No, I didn't say that.
20     Q.   But potentially --
21     A.   We specifically talked about vessel
22 formation in the complicated lesion.  That would be
23 the complicated lesion.  In that case we think it
24 would be beneficial.  But why do you get the

Page 344

1  complications?
2      Q.   So you think it's beneficial but we just
3  don't know?
4      A.   No.  What I have stated all day long I
5  think is that there are good effects and
6  detrimental effects of a rofecoxib.
7      Q.   Right.  And did you -- did you mention
8  all the good effects in your report, do you think?
9      A.   I don't remember that.  I think I
10 mentioned definitely in the paper that is available
11 in the literature.  I tried to make it very
12 balanced I think.  Dr. Sunderman could testify to
13 that in the other journal.
14     Q.   So, you think you provided a fair
15 balance in your article but not necessarily in this
16 report?
17     A.   No, I disagree with that too.  This is
18 much shorter.  I mean, as I said, I could make a
19 1,000 or 2,000-page report and include everything I
20 wrote before and that would be an extensive
21 analysis.
22     Q.   So, this is shorter than your article?
23     A.   Yes.
24     Q.   Okay.

Page 345

1      A.   There are several things that are not
2  discussed here.  In the article they discuss
3  angiogenesis in tumors and so on extensively and
4  other things.
5      Q.   But that article was -- you certainly
6  provided fair balance I guess you just said?
7      A.   That is Dr. Sunderman I think.  I agree
8  with him.  I tried to make a fair balance.  In this
9  case I specifically went after the pathogenesis of
10 rofecoxib.  The other article had other things in
11 there in there, not only rofecoxib.
12     Q.   I think you said in your report that you
13 think Vioxx increases arachidonic acid and that
14 would not be a good thing, correct?
15     A.   Well, if you block either COX-1 or
16 COX-2, you may get an increase in arachidonic acid.
17     Q.   Okay.  So, and my question was simply
18 the blocking of arachidonic acid is not a
19 Vioxx-specific issue, that can happen with other
20 COX-2s and other NSAIDs, correct?
21     A.   Yes.
22     MR. TOMASELLI:  Why don't we go off the
23 record.  We are about done.  I want to get you out
24 of here because I know you are tired.

87 (Pages 342 to 345)

d1c48430-8b50-46ac-99d5-274a6d1abffd

# Egil Fosslien, M.D.

**Page 346**

1       (WHEREUPON, a recess was had
2         from 4:37 to 4:38 p.m.)
3  BY MR. TOMASELLI:
4       Q.   Are you ready, Dr. Fosslien?
5       A.   Yes, sir.
6       Q.   Just so I can get some clarification on
7  this collateral circulation issue.  Is it your
8  opinion that collateral circulation in the heart
9  begins with brand-new angiogenesis vessels or is it
10 related to, that is, is collateral circulation in
11 the heart related to the maturation of already
12 preexisting vessels?
13      A.   I think the way I understand the
14 question, it seems to be a confusion of terms here.
15 Angiogenesis means the formation of new capillaries
16 from existing vessels.  That is the definition of
17 angiogenesis.
18      Q.   Okay.
19      A.   Genesis means development, you know like
20 genesis, and angio means vessel.  So the
21 development of new vessels.  You could also call
22 it -- sometimes it's called neo, n-e-o,
23 angiogenesis.  That would be a more precise term.
24      Q.   And collateral circulation in the heart

**Page 347**

1  begins with neoangiogenesis, so capillaries from
2  already existing capillaries or vessels, and then
3  those mature over time into larger arteries that
4  provide collateral circulation?
5       A.   That seems to be the case, yes.  There
6  is a time development.  It's not an instantaneous
7  process, but it may take time.
8       Q.   Okay.  And, again, are you aware of any
9  studies in humans or animals with Vioxx where it
10 was shown that Vioxx decreased angiogenesis or
11 arteriogenesis?
12      A.   My opinion is based upon the fact that
13 inhibition of COX-2 reduces VEGF.  Vascular
14 endothelial growth factor is the abbreviation.  And
15 that would lead me to think or led me to think and
16 opine that another COX-2 inhibitor would also
17 inhibit VEGF expression, which has been shown to be
18 very important in angiogenesis.
19      Q.   But, for example, if Bextra and Vioxx
20 were different in the coronary artery bypass
21 grafting situation, it's possible that Vioxx would
22 be different than the studies you cite with respect
23 to collateral circulation, correct?
24      A.   I think you are talking about completely

**Page 348**

1  different things here.  In the one case it has to
2  do with thrombosis and the risk of thrombosis.  In
3  the other case it has to do with the effect of
4  angiogenesis.
5       Q.   Would you defer to a cardiologist on
6  collateral circulation in the heart?
7       A.   As far as the examination is concerned
8  and the angiograms, yes.  As far as the pathology
9  is concerned, no.
10      Q.   Are any of the studies that you rely on
11 for coronary collateral circulation, are any of
12 those studies done in humans?
13      A.   The one I saw I think was an animal
14 model.  But if it is true, and it appears to be
15 true, that VEGF is actually inhibited, then it
16 would apply to humans too.  And you can look at my
17 publication about the angiogenesis in cancer where
18 I discuss angiogenesis extensively.
19      Q.   Okay.  Are any of the articles that you
20 rely on for your opinion regarding collateral
21 circulation in the heart from human studies?
22      A.   As far as Vioxx is concerned, no.
23      Q.   Okay.  Are you aware of any studies in
24 Vioxx -- I'm sorry.  Withdrawn.

**Page 349**

1       Are you aware of any studies with Vioxx
2  where once an injury to the endothelium has
3  occurred, that Vioxx makes the clot form quicker?
4       A.   I don't recall that I have seen that.
5  It may have been done.  I haven't seen that I
6  think.  Because it would be -- require a control
7  model of an endothelial injury either with a
8  catheter or something and then observing what
9  happens.
10      Q.   You just haven't seen that?
11      A.   No, not to my recollection.
12      Q.   Okay.
13      A.   I will be happy to look if I think it's
14 relevant to my opinion here.
15      MR. TOMASELLI: I think we will reserve the
16 rest of our questions for the time of trial.
17      THE WITNESS: Okay.
18      MR. TOMASELLI:  Thank you very much for your
19 time.
20      THE WITNESS:  Thank you, sir.
21      MR. CRAWFORD: Can I just have a few minutes
22 just to -- seconds to talk to him before we close
23 the record?
24      MR. TOMASELLI: I guess.  Sure.

88 (Pages 346 to 349)

d1c48430-8b50-46ac-99d5-274a6d1abffd

# Egil Fosslien, M.D.

Page 350

```
1   MR. CRAWFORD:  Can we go off the record?
2   MR. TOMASELLI:  Sure.
3           (WHEREUPON, a recess was had
4            from 4:45 to 4:46 p.m.)
5   MR. CRAWFORD:  We're done.
6   MR. TOMASELLI:  Appreciate the time.
7       (Time Noted:  4:46 p.m.)
8       FURTHER DEPONENT SAITH NAUGHT.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 351

```
1       IN THE UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3   IN RE:  VIOXX        )
    PRODUCTS LIABILITY LITIGATION )
4               ) MDL Docket
    This document relates to:  ) No. 1657
5   GERALD BARNETT and      ) Section L
    CORRINE BARNETT,        )
6       Plaintiffs,  ) Judge Fallon
    -vs-            )
7   MERCK & CO., INC.,      ) Magistrate Judge
        Defendant.  ) Knowles
8
    Civil Action No. 2:06cv485   )
9
10
11      I hereby certify that I have read the
12  foregoing transcript of my deposition given at the
13  time and place aforesaid, consisting of Pages 1 to
14  350, inclusive, and I do again subscribe and make
15  oath that the same is a true, correct and complete
16  transcript of my deposition so given as aforesaid,
17  and includes changes, if any, so made by me.
18
19          EGIL FOSSLIEN, M.D.
20  SUBSCRIBED AND SWORN TO
21  before me this    day
22  of        , A.D. 200___.
23      Notary Public
24
```

Page 352

```
1       CHANGES AND SIGNATURE
2
3   RE: VIOXX PRODUCTS, BARNETT VS. MERCK
4
5   PAGE  LINE      CHANGE      REASON
6
7   ------------------------------------------
8   ------------------------------------------
9   ------------------------------------------
10  ------------------------------------------
11  ------------------------------------------
12  ------------------------------------------
13  ------------------------------------------
14  ------------------------------------------
15  ------------------------------------------
16  ------------------------------------------
17  ------------------------------------------
18  ------------------------------------------
19  ------------------------------------------
20  ------------------------------------------
21  ------------------------------------------
22  ------------------------------------------
23  ------------------------------------------
24  ------------------------------------------
```

Page 353

```
1   STATE OF ILLINOIS )
2              ) SS:
3   COUNTY OF DU PAGE )
4       I, CORINNE T. MARUT, C.S.R. No. 84-1968,
5   a Notary Public within and for the County of
6   DuPage, State of Illinois, and a Certified
7   Shorthand Reporter of said state, do hereby
8   certify:
9       That previous to the commencement of the
10  examination of the witness, the witness was duly
11  sworn to testify the whole truth concerning the
12  matters herein;
13      That the foregoing deposition transcript
14  was reported stenographically by me, was thereafter
15  reduced to typewriting under my personal direction
16  and constitutes a true record of the testimony
17  given and the proceedings had;
18      That the said deposition was taken
19  before me at the time and place specified;
20      That the reading and signing by the
21  witness of the deposition transcript was agreed
22  upon as stated herein;
23      That I am not a relative or employee or
24  attorney or counsel, nor a relative or employee of
```

89 (Pages 350 to 353)

# Egil Fosslien, M.D.

Page 354

```
1   such attorney or counsel for any of the parties
2   hereto, nor interested directly or indirectly in
3   the outcome of this action.
4            IN WITNESS WHEREOF, I do hereunto set my
5   hand and affix my seal of office at Chicago,
6   Illinois, this 12th day of June, 2006.
7
8
9
10           CORINNE T. MARUT, C.S.R. No. 84-1968
11           Notary Public, DuPage County, Illinois.
12           My commission expires August 15, 2009.
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 356

```
1            E X H I B I T S
2   FOSSLIEN DEPOSITION EXHIBIT          MARKED FOR ID
3   No. 9   Smedman paper, Isomer-specific    282
            effects of conjugated linoleic
4           acid on lipid peroxidation in
            humans:  Regulation by
5           alpha-tocopherol and
            cyclo-oxygenase-2 inhibitors
6
    No. 10  Lekakis paper, Divergent          286
7           effects of rofecoxib on
            endothelial function and
8           inflammation in acute coronary
            syndromes
9
    No. 11  Speir paper, Aspirin              305
10          Attenuates Cytomegalovirus
            Infectivity and Gene
11          Expression Mediated by
            Cyclooxygenase-2 in Coronary
12          Artery Smooth Muscle Cells
13  No. 12  Lang paper, Impaired monocyte     309
            function in cancer patients:
14          Restoration with a
            cyclooxygenase-2 inhibitor
15
16
17
18
19
20
21
22
23
24
```

Page 355

```
1              I N D E X
2   EGIL FOSSLIEN, M.D.        EXAMINATION
3     BY MR. TOMASELLI.............   4
4     BY MR. TOMASELLI............. 207
5
6
7            E X H I B I T S
8   FOSSLIEN DEPOSITION EXHIBIT        MARKED FOR ID
9   No. 1   Notice of Deposition of        6
            Egil Fosslien, M.D.
10
    No. 2   Egil Fosslien, M.D., Expanded  12
            Curriculum Vitae
11
12  No. 3   Expert Report and Declaration  27
            of Egil Fosslien, M.D.
13
    No. 4   Billing Records of             28
14          Egil Fosslien, M.D.
15  No. 5   e-mail file production         30
16  No. 6   Ciabattoni paper, Determinants 164
            of platelet activation in
17          Alzheimer's disease
18  No. 7   Verma paper, Cyclooxygenase-2  177
            Blockade Does Not Impair
19          Endothelial Vasodilator
            Function in Health Volunteers
20
    No. 8   Title paper, Effect of         257
21          Cyclooxygenase-2 Inhibition
            with Rofecoxib on Endothlial
22          Dysfunction and Inflammatory
            Markers in Patients with
23          Coronary Artery Disease
24
```

Golkow Litigation Technologies - 1.877.DEPS.USA

d1c48430-8b50-46ac-99d5-274a6d1abffd

# Plaintiffs' Response re FOSSLIEN

# Footnote 2A of 28

*Critical Reviews in Clinical Laboratory Sciences*, 37(5):431–502 (2000)

# Biochemistry of Cyclooxygenase (COX)-2 Inhibitors and Molecular Pathology of COX-2 in Neoplasia

**KEY WORDS:** Cyclooxygenase, COX-1, COX-2, NSAIDs, prostaglandin, carcinogenesis

**Referee:** Peter C. Isakson, G. D. Searle/Monsanto, USA

Corresponding author: Egil Fosslien, MD, Professor of Pathology, Department of Pathology (M/C847), College of Medicine, University of Illinois at Chicago, Chicago, IL 606 12. Phone: (312)-996-7323 - FAX: (312)-996-7586 - e-mail: efosslie@uic.edu

**ABSTRACT:** Several types of human tumors overexpress cyclooxygenase (COX) -2 but not COX-1, and gene knockout transfection experiments demonstrate a central role of COX-2 in experimental tumorigenesis. COX-2 produces prostaglandins that inhibit apoptosis and stimulate angiogenesis and invasiveness. Selective COX-2 inhibitors reduce prostaglandin synthesis, restore apoptosis, and inhibit cancer cell proliferation. In animal studies they limit carcinogen-induced tumorigenesis. In contrast, aspirin-like nonselective NSAIDs such as sulindac and indomethacin inhibit not only the enzymatic action of the highly inducible, proinflammatory COX-2 but the constitutively expressed, cytoprotective COX-1 as well. Consequently, nonselective NSAIDs can cause platelet dysfunction, gastrointestinal ulceration, and kidney damage. For that reason, selective inhibition of COX-2 to treat neoplastic proliferation is preferable to nonselective inhibition. Selective COX-2 inhibitors, such as meloxicam, celecoxib (SC-58635), and rofecoxib (MK-0966), are NSAIDs that have been modified chemically to preferentially inhibit COX-2 but not COX-1. For instance, meloxicam inhibits the growth of cultured colon cancer cells (HCA-7 and Moser-S) that express COX-2 but has no effect on HCT-116 tumor cells that do not express COX-2. NS-398 induces apoptosis in COX-2 expressing LNCaP prostate cancer cells and, surprisingly, in colon cancer S/KS cells that does not express COX-2. This effect may due to induction of apoptosis through uncoupling of oxidative phosphorylation and down-regulation of Bcl-2, as has been demonstrated for some nonselective NSAIDs, for instance, flurbiprofen. COX-2 mRNA and COX-2 protein is constitutively expressed in the kidney, brain, spinal cord, and ductus deferens, and in the uterus during implantation. In addition, COX-2 is constitutively and dominantly expressed in the pancreatic islet cells. These findings might somewhat limit the use of presently available selective COX-2 inhibitors in cancer prevention but will probably not deter their successful application for the treatment of human cancers.

## I. INTRODUCTION

There is substantial epidemiological, experimental, and clinical evidence that nonsteroidal antiinflammatory drugs (NSAIDs) possess antineoplastic properties.[1]

1040-8363/00/$.50
© 2000 by CRC Press LLC

These simple compounds inhibit cyclooxygenase (COX),[2,3] the rate-limiting enzyme that synthesizes short-lived intermediaries that are converted by synthases to the cyclic prostanoids[4] prostacyclins, thromboxanes, and prostaglandins. Prostaglandins are 20-carbon lipid molecules also known as eicosanoids. There are two isoforms of cyclooxygenase, COX-1 and COX-2. The first isoform synthesizes prostaglandins that are involved in, for instance, gastrointestinal cytoprotection.[5] The second isoform is induced at sites of inflammation. Moreover, it is involved in other functions such as the immune response and immune tolerance mechanisms during blastocyst implantation. COX-2 is also expressed in neoplasia.[6] In the tumors prostaglandins synthesized by COX-2 signal via receptors to stimulate cancer cell proliferation, inhibit apoptosis, and enhance cancer-induced angiogenesis[7] and invasiveness.[8] For instance, prostaglandin E2 (PGE2) has at least four different subtypes of receptors with different mechanisms of action and metabolic consequences.[9]

However, most NSAIDs inhibit both COX-1 and COX-2. For that reason such NSAIDs are classified as nonselective NSAIDs (nsNSAIDs). Hence, a principal objective in the development of newer NSAIDs is to achieve better gastric tolerability and in reducing the incidence of renal and platelet dysfunction. Nonselective NSAIDs differ in their selectivity of inhibition of the COX isoforms, but most of them significantly inhibit COX-1. However, chemical modifications of the molecular structure of nonselective NSAIDs have produced a number of compounds that selectively inhibit COX-2.[10]

This article compares the structure, function, and antineoplastic effects of selective COX-2 inhibitors with nonselective NSAIDs. It focuses on the molecular pathology of COX-2 expression in neoplasia, and on how selective COX-2 inhibitors restore apoptosis, inhibit tumor angiogenesis, and reduce cancer growth.

## II. ARACHIDONIC ACID METABOLISM

### A. Biosynthesis of Prostanoids

Eicosanoids are synthesized from membrane phospholipids that are converted to arachidonic acid by cytosolic phospholipase-2 (cPLA2) and by soluble PLA2 (sPLA2) (Figure 1). Arachidonic acid is a substrate for three enzymatic pathways. It is a substrate for lipoxygenases that synthesize leukotrienes. Second, it is a substrate for the two isoforms, COX-1 and COX-2 of cyclooxygenase, the rate-limiting enzyme in the prostanoid synthesis pathway. Third, it can be converted through the arachidonate monooxygenase pathway that produces cytochrome P450-derived eicosanoids that are involved in, for instance, the control of vascular reactivity and systemic blood pressure.[11]

In the prostanoid pathway, the arachidonic acid is converted to prostaglandin H synthase (PGHS) by the enzyme prostaglandin endoperoxidase, better known as



FIGURE 1.

cyclooxygenase. It is an essential, rate-limiting enzyme in the production of prostaglandin E and other prostanoids.[4] Interestingly, cyclooxygenase is irreversibly self-deactivating during the oxygenation of its substrate,[12] and therefore must be replaced to sustain prostanoid production.[13]

The conversion of arachidonic acid to prostaglandin H (PGH2) by COX-2 is a two-step cyclo-oxygenation and peroxidation process.[14,15] During the first step arachidonic acid is converted to prostaglandin G2, which is then converted by a peroxidase site of the enzyme to prostaglandin H2. The PGH2 intermediary is converted by specific synthases to three groups of cyclic prostanoids: prostacyclins, thromboxanes, and prostaglandins. The two enzyme isoforms, COX-1 and COX-2, are coded by the COX-1 gene and the COX-2 gene, respectively. The prostanoids synthesized via the COX-1 and COX-2 pathways have mostly separate but sometimes similar functions.[16] COX-2 is induced in ulcers, wounds, granulomas, osteoclasts, proliferative phase endometrium, ovulation and parturition, and in colon carcinomas.[17]

## III. CYCLOOXYGENASE

### A. The Genes

The human COX-1 and COX-2 genes, also known as PGHS-1 and PGHS-2, respectively, exhibit 61% homology.[18] COX-1 is located on chromosome regions 9q32–q33.3 and COX-2 maps to 1q25.2–q25.3.[19] The product of the COX-1 gene, originally referred to as prostaglandin (PG) H synthase-1 (EC 1.14.99.1), is now better known as cyclooxygenase-1 (COX-1). The COX-1 gene was cloned in 1988 from the sheep vesicular gland.[20-22] Then 3 years later, a Rous-sarcoma virus oncogene (scr) product-inducible form of cyclooxygenase was found in the chicken embryo fibroblast.[23,24] The corresponding 4.1 kilobase (kb) mRNA encoded a 603 amino acid protein. The mRNA was low in abundance in nonproliferating chicken embryo fibroblasts but relatively high in abundance in src-transformed cells. In the nonproliferating fibroblasts the majority of the scr-inducible mRNA was nonfunctional. It contained an unspliced intron that separated the signal peptide from the remainder of the protein. However, after stimulation of the fibroblasts with mitogen the intron was removed and fully spliced mRNA was formed, which translated into a functional protein.

Shortly thereafter another research group retrieved a highly cell type-restricted mRNA, inducible by phorbol ester (12-O-tetradecanoylphorbol-13 acetate), encoding a 604 amino acid long protein coded by a gene then referred to as TIS10.[25] The protein showed sequence similarity with murine, sheep, and human COX-1. This was followed by the discovery of a 4-kb COX-2 mRNA with sequence similarity to the 2.8-kb COX-1 cDNA.[26] In C127 mouse fibroblasts this larger, COX-2 mRNA was transcriptionally upregulated by serum and down-regulated by

glucocorticoids. The new mRNA encoded a protein that was specifically immuno-precipitated by anticyclooxygenase antibody.

In contrast to the COX-1 gene, the COX-2 gene harbors an extensive region that regulates the translation to its mRNA. Different induction of the various enhancers and promoters and inhibitors of this region explains how COX-2 can be expressed via different signaling pathways in different kinds of cells. For instance, COX-2 can be induced by physical and chemical factors during inflammation and cell injury. Tumor promoters, proinflammatory cytokines, lipopolysaccharide (LPS), and growth factors can regulate the expression of COX-2 at the transcriptional and posttranscriptional level.[27]

Up-regulation of the COX-2 expression by proinflammatory cytokines leads to increased synthesis of prostaglandins in inflammation. The epidermal growth factor (EGF) and the transforming growth factor-beta (TGF-$\beta$) induce COX-2. The Rous-sarcoma virus, iNOS, benzo[$a$]pyrene (B[$a$]P), and andro-gen stimulate expression of the COX-2 gene. Most importantly, EGF, TGF-$\beta$, and their receptors as well as iNOS emerge as significant COX-2-inducers in carcinogenesis.

The promoter region of COX-2, the gene coding for COX-2, contains bind-ing sites for nuclear factor-kappaB (NF-$\kappa$B), cyclic AMP response element (CRE) motifs, TGF-$\beta$-response elements, and nuclear factor-IL-6 motifs.[28] In the JWF2 mouse skin carcinoma cell line, an E-box and a nuclear factor IL-6 site of the COX-2 promoter region are positive regulators of the COX-2 expression.[29] In the NR8383 rat alveolar macrophage two NF-$\kappa$B sites in the 5'-flanking region of the rat COX-2 gene have been identified.[30] The sequence and location of one of the motifs, –400 GGGGATTCC –395 is conserved in humans, rats, and mice. However, a second motif, –91 GGGGAAAGCC –82, is not conserved in hu-mans.

The 5'-flanking region of COX-2 also contains a TATA box, a CCAAT/enhancer-binding protein (C/EBP). Furthermore, there are transcription regulatory sequences for the activator binding protein-2 (AP-2), and the ubiquitous DNA binding transcription factor SP1.[31,32]

The nuclear transcription factor kappa B (NF-$\kappa$B) is a pleotropic factor.[33] It was first detected in cells that transcribe immunoglobulin light chain genes. It interacts with a specific site in the light-chain enhancer.[34] In addition to immune system genes, NF-$\kappa$B regulates the expression of many cellular genes involved in the response to stress, apoptosis, and viral replication.[35] It consists of dimers formed from five subunits that after activation transfers from the cytoplasm to the nucleus where it binds to DNA.[35] IkappaB (I$\kappa$B) is an inhibitor protein that binds NF-$\kappa$B p65 precursors.[36] Degradations of I$\kappa$B releases NF-$\kappa$B which is transferred to the nucleus and binds to the NF-$\kappa$B binding sites. Typically, induction of NF-$\kappa$B occurs during cell cycle transition from G0 to G1. However, cell cycle-independent activation of the transcription factor after stimulation by tumor necrosis factor alpha (TNF-$\alpha$) was observed in serum-deprived 3T3 fibro-

blasts as well as in the FT210 temperature-sensitive G2-phase-mutant carcinoma cell line.[33]

Bacterial LPS-induces NF-κB in pre-B-cells.[34] Involvement of NF-κB in the regulation of COX-2 expression was first demonstrated in the LPS-stimulated macrophage.[37] Supplementation with LPS of the cultured macrophages increased COX-2 levels and the synthesis of both 6-keto-PGF1α and PGE2. Two specific inhibitors of NF-κB activation, ammonium pyrrolidinedithiocarbamate (APDC) and N-alpha-p-tosyl-L-lysine chloromethylketone (TLCK), were then separately added to the culture media and resulted in a dose-dependent suppression of the enzyme production and of prostaglandin synthesis.

The promoter region of the COX-2 gene also harbors human adenovirus E4 promoter binding protein (E4BP4) type elements, inducible by dexamethasone, which explains a possible mechanism of action for the glucocorticoid repression of the gene.[38] As an example, dexamethasone inhibits induction of COX-2 by interleukin-1 alpha (IL-1α) or induced by TNFα.[39] Importantly, E4BP4 motifs are also present in the genes for inducible nitric oxide synthase (iNOS), and cPLA2,[39] suggesting that the expression of these genes may be coordinated with COX-2 expression.

While COX-2 is highly inducible by proinflammatory cytokines such as IL-1,[40,41] COX-1 is not. For example, mesenchym-derived inflammatory cells display elevated levels of COX-2 transcripts.[18] In cell models IL-1β[42] induce COX-2 expression by way of nuclear factor-kappa B (NF-κB) p65 and matching binding sites in the COX-2 promoter region.

In cultured human vascular endothelial cells, hypoxia induces COX-2 mRNA expression.[43,36] In these cells expression of the NF-κB p65 transcription factor is necessary but not sufficient for induction of COX-2. Cytoplasmic NF-κB p65 and IκB are not changed by hypoxia. However, hypoxia increases expression of the high mobility group (HMG) I(Y) proteins that are associated with NF-κB-mediated transactivation. HMG I(Y) proteins interact with NF-κB p65 to induce the COX-2 promoter activity. This was demonstrated in a series of experiments in which sense and antisense HMG I(Y) were used to stimulate or reduce the activity of the COX-2 promoter.[36]

In the NR8383 rat alveolar macrophage cell line silica induces COX-2 transcription via κB sites in the 5'-flanking region of the rat COX-2 gene.[30] Interestingly, a negative feedback-loop involving PGE2, a product of COX-2 enzymatic activity, was detected in these cells. PGE2 inhibited the degradation of IκB, thereby reducing the effect of silica on COX-2 expression.

Cultured mucosa cells from human fallopian tubes express receptors for human chorionic gonadotropin (hCG) and luteinizing hormone (LH). Either hormone more than doubles the time of stability of COX-2 mRNA transcripts in such cells, but neither hormone has any effect on the transcription rate of the COX-2 gene.[44] The pineal hormone melatonin inhibits in a dose-dependent manner prostaglandin and NO synthesis and reverses intracerebroventricular-injected LPS-induced hyperthermia in rats.[45]

## B. COX Proteins

The 599 amino acid long cyclooxygenase (COX)-1 was initially purified from the bovine vesicular gland.[46] The COX-2 protein with 604 amino acids is very similar to the COX-1 protein. The two proteins show structural and enzymatic similarities, both having a molecular weight of approximately 70 kDa. Their X-ray crystal structures are almost identical.[47,48] The two isoforms each consists of subunits comprising a catalytic domain that is connected by a membrane-binding domain to an epidermal growth factor domain. Each catalytic domain harbors a cyclooxygenase active site, and separated from it by a heme prosthetic group, a peroxidase active site.[15] An area termed the lobby permits access to the cyclooxygenase active site. This lobby is bordered on three sides by a membrane-binding domain. For example, at the base of the active site of COX-2 is a constriction having an H-bonding network comprising amino acids Arg-120, Tyr-355, and Glu-542. At the base of the site lies a catalytically important Tyr-385 residue.[15] Cyclooxygenase is associated with the inner leaflet of lipid membranes, so hydrophobic lipid substrates derived from the membrane gain access to the active site of cyclooxygenase without leaving the membrane.[14]

Small differences between the active sites of the two isoforms explain the dissimilar effects of various inhibitors of the enzymes, for instance, the dissimilar effects of aspirin.[49] The peroxidase active site on the opposite side of the prosthetic heme group is accessible through a wide opening in the molecule.[15]

While the cyclooxygenase isoforms show very similar structures, they nevertheless normally serve distinct functions.[50] The constitutively expressed COX-1 is found in many human tissues, for example, the stomach, platelets, kidneys, and the central nervous system.[51] The type 2 cyclooxygenase isoform is highly inducible. It is involved in inflammation, the regulation of cell growth,[19,50] angiogenesis,[7] apoptosis,[52,53] and blastocyst implantation.[54]

## C. Role of COX-2 in Inflammation

### 1. Cytokines and Growth Factors

The arachidonic acid metabolism is of fundamental importance in inflammation. Primary inflammatory cytokines such as TNF-α, IL-1α, and IL-1β induce the COX-2 gene to produce COX-2 enzyme, which synthesizes proinflammatory prostaglandin.[55] COX-2 is highly inducible by the pro-inflammatory cytokines and by growth factors at the site of inflammation where the enzyme synthesizes proinflammatory prostaglandins involved in inflammation, fever, and pain. Bacterial lipopolysaccharide (LPS) and proinflammatory cytokines such as interleukin-1 (IL-1) induce COX-2 mRNA at sites of inflammation, which is translated into the

437

enzyme. The gene for cPLA2 and the gene for COX-2 are both located on region 1q25, suggesting coordinated expression (Figure 2).

Interleukin-1-beta has been detected along with COX-2 in the base of healing gastric ulcers in the rat.[56] The IL-1β and COX-2 were present at the ulcer base but not in the adjacent intact tissue. The COX-2 expression in cultured cell from the ulcer base was reduced by blockade of IL-1β, indicating that it induces COX-2 in the healing ulcer. In pulmonary type II A549 cells IL-1β first activates NF-κB and shortly thereafter produces a 10-fold induction of COX-2 mRNA.[57] Exposure of the cell to IL-1β caused NF-κB p50/p65 heterodimers to interact with two promoter motifs of COX-2 located at −447/−438 and −224/-214 of the COX-2 gene, respectively. Likewise, IL-1β added to cultures of synoviocytes from rheumatoid arthritis patients rapidly stimulates the translocation of the p65 and p50 NF-κB subunits from the cytoplasm to the nucleus where they induce COX-2 expression.[42]

Supplementation of the A549 bronchial epithelial cell line with the protein-tyrosine phosphatase inhibitor phenylarsine oxide (PAO) abolished the IL-1β-induced activation of NF-κB and the induction of COX-2 mRNA. Studies on IL-1β induction of such cells and also *in vivo* in LPS-treated rats revealed the formation of multiple COX-2 mRNA isoforms, suggesting a role for posttranscriptional regulation, including alternate polyadenylation, in the regulation of COX-2.[58] Supplementation of human endometrial stromal cells with 1ng/ml of IL-1β induced COX-2 mRNA after 30 min and reached a maximum after 4 h.[41] The conversion of exogenous arachidonic acid increased more than eightfold. The addition of the selective COX-2 inhibitor NS-398 completely blocked the conversion.

Another proinflammatory cytokine, the TNF-α, participates with COX-2 in the healing of gastric ulcers in the rat model.[56] The TNF-α and the COX-2 enzyme were present at the ulcer base but not in the adjacent intact tissue. The COX-2 level in cell culture of the ulcer base was reduced by blockade of TNF-α, suggesting that TNF-α induces COX-2 as part of the healing of the ulcer. TNF-α induces a dose-dependent increase in COX-2 expression in amnion-epithelium-derived WISH cells supplemented with 0.1 ng/ml to 100 ng/ml of the cytokine.[59] TNF-α supplementation did not influence COX-1 mRNA expression and protein levels. In experimental alcoholic liver disease, COX-2 mRNA levels in the liver, mainly in the Kupfer cells was associated with increased levels of TNF-α mRNA, lipid peroxidation, endotoxin, and thromboxane levels.[60]

Transforming growth factor beta1 (TGF-β1) participates with COX-2 in the healing of gastric ulcers in rats.[56] The TGF-β1 and the enzyme were detected in the ulcer base but not in the adjacent intact tissue. COX-2 mRNA expression and PGE2 synthesis in culture of cells from the ulcer base was enhanced by blockade of TGF-β1, suggesting that it inhibits expression of COX-2.

438



FIGURE 2.

## 1. Prostaglandins

COX-2 synthesizes many significant prostaglandins, for example, the important prostaglandin E2 (Figure 1). PGE-2 signals through the four different surface receptors EP1, EP2, EP3, and EP4. The various functions of these receptors have

been established by targeted gene disruption (Table 1). PGE2 induces IL-6 and haptoglobin, which are both important regulators of angiogenesis.

PGE2 exerts various effects on the immune system. For example, PGE2 can modulate cytokine secretion by human T cells. It does so by elevating cAMP, the intracellular second messenger that transmits inhibitory signals for T cell activation[61] or by cAMP-independent signaling pathways.[62] An investigation into the temporal expression during the differentiation of human monocytes into macrophages revealed that the genes with the highest expression during differentiation were the genes involved in the lipid metabolism.[63] For example, the granulocyte-macrophage colony-stimulating factor (GM-CSF) induced prostaglandin D synthase in the macrophages.

Antigen-presenting cells are important in T-cell activation. For example, in the non-obese diabetic mouse defects in antigen-presenting cells results in low levels of T-cell activation. There was poor IL-2 production and deficient activation of regulatory T-cells. Recent experiments with human antigen-presenting cells detected aberrant expression of COX-2 in such cells from patients with insulin-dependent diabetes mellitus IDDM. In contrast, normally prostaglandin synthesis is highly regulated and nonactivated macrophages and monocytes produce very low levels of prostaglandins. However, when activated *in vitro*, for example, by LPS, such macrophages and monocytes produce large quantities of prostaglandins.[64-66] The constitutive expression of COX-2 even in nonactivated antigen-presenting cells of patients with insulin-dependent diabetes mellitus (IDDM) suggests an association of the disease with the presence of an antigen-presenting cell defect.[67] The aberrant constitutive expression of COX-2 observed in patients with adenomatosis polyposis coli (APC) was also observed in patients with islet autoantibodies and at increased risk of developing IDDM. Based on these findings, it has been suggested that COX-2 expression in nonactivated monocytes may serve as a risk marker for IDDM.[67]

There is significant evidence that PGE2 mediates the pain at the sites of inflammation. As an example, it plays a major role in the rat footpad model of acute inflammation and hyperalgesia. In this model carrageenan is injected into the rat footpad and causes rapid formation of edema accompanied by hyperalgesia. The latter is measured by withdrawal from a thermal stimulus. Administration of a monoclonal anti-PGE2 antibody fully reverses the hyperalgesia response.[68]

## C. Role of Cyclooxygenase-2 in Neoplasia

COX-2 mRNA but not COX-1 mRNA is overexpressed and COX-2 but not COX-1 protein levels are elevated in several types of human neoplastic tissues. The significant overexpression of COX-2 mRNA and increased COX-2 protein levels in several types of cancer tissues strongly sustains the notion that this cyclooxygenase isoform plays a significant role in the process of carcinogenesis. However, the

440

**TABLE 1**
Targeted Gene Disruption

| GENE | ENZYME | EFFECT OF GENE KNOCKOUT | REF |
|---|---|---|---|
| PGHS2(-/-) | COX 2 | Severe nephropathy. Vulnerable to peritonitis infertile. Reduced viability. Renal dysplasia | (227) (316) |
| | | No ovulation, mice infertile | (232) |
| PGHS1(-/-) | COX 1 | Survive well. Reduced platelet aggregation | (237) |
| CPLA(-/-) | cPLA | Small litters. Pups usually dead | (317) |

| RECEPTOR | LIGAND | EFFECT OF GENE KNOCKOUT | REFERENCE |
|---|---|---|---|
| EP1 | PGE2 | Lack of vasodepressor effect in response to PGE2 in the male | (318) |
| EP2 | PGE2 | Lack of vasodepressor effect in response to PGE2 in the female | (319) |
| | | Lack of hypotension in response to PGE2 infusion. Hypertension on high salt diet | (318) (320) |
| | | Failure of in vivo but not of in vitro fertilization. Low resting blood pressure | (321) |
| EP3 | PGE2 | Lack of febrile response to either PGE2, IL-1β, or LPS | (322) |
| EP4 | PGE2 | Lack of vasodepressor effect in response to PGE2 in the female | (318) |
| | | Lack of remodeling and closure of ductus arteriosus leads to death | (323) |
| IP | PGI2 | Normotensive. Reproductive. Increased susceptibility to thrombosis | (324) |
| | | Reduced pain and inflammatory responses | |
| FP | PGF2α | No spontaneous delivery of fetuses at term. Caused by lack of expression of oxytocin receptor. Normal fetus by cesarean section. | (325) |

*Editors' note.

levels of COX-2 vary within tumor tissues and in different types of tumors. The COX-2 mRNA expression and COX-2 protein levels have been investigated most extensively in benign and malignant tumors of the colon and rectum.[69]

## 1. Colorectal Neoplasms: Adenomatous Polyposis and Cancer

DuBois and Smalley[70] have emphasized the need for more effective screening and treatment regimens for colorectal carcinoma, the second leading cause of death from cancer in this country. It is responsible for approximately 57,000 deaths per year in the U.S. alone.[71] Many factors, for instance, diet, lack of physical activity, family history, mutations, and polymorphisms contribute to the risk of colorectal cancer.[72] Remarkably, NSAIDs can induce cell cycle arrest and apoptosis of colon cancer cell lines, and a number of NSAIDs have been shown to be anticarcinogenic in chemical carcinogenesis and xenograft experiments.

Many findings clearly show that major anticarcinogenic effects occur through inhibition of COX-2. The detection of elevated COX-2 expression in neoplasia of the colon therefore is most interesting.[73] Significantly, COX-2 but not COX-1 mRNA and protein are elevated in human colorectal neoplasms.[74,75] For instance, COX-2 is upregulated by 2- to 50-fold in 85 to 90% of colorectal adenocarcinoma.[76] Larger colon carcinomas produce significantly more COX-2 than smaller tumors. Furthermore, deep tumor invasion but not metastases are associated with high expression levels of COX-2.[77]

Clinically, adenomas are precursors of colorectal cancer and genetically their development to colorectal carcinoma is probably a multistep process.[78,79] The COX-2 mRNA level is elevated in premalignant adenomatous polyps and colon cancer, but not in hyperplastic colorectal polyps.[80] In a series of 50 patients with colorectal cancers, the COX-2 mRNA levels in the tumor tissues were higher than that in the normal mucosa from 46 of the patients.[80] The level of COX-2 protein is elevated in colorectal polyps in familial adenomatous polyposis (FAP) and colorectal carcinomas. Patients with FAP carry germ-line mutations in the APC gene leading to overexpression of COX-2. If not treated, FAP patients develop hundreds to thousands of pre-cancerous adenomatous colorectal polyps.

Strong experimental evidence for a central role of COX-2 in carcinogenesis is provided by gene knockout of COX-2 in the APC delta 716 knockout mouse model of FAP. A case in point, disrupting the COX-2 gene that codes for the COX-2 protein isoform in such mice results in drastic reduction in the polyp number.[81] A similar effect was achieved by the administration of a COX-2-selective inhibitor to APC delta 716 knockout mice with intact COX-2 also significantly reduced the development of intestinal polyposis.

Immunohistochemical staining of COX-2 in 85 adenomas and 53 colorectal carcinomas and 34 hyperplastic lesions next to adenomas or carcinomas showed that increased expression of COX-2 occurs early during colorectal carcinogen-

442

esis.[82] When compared to paired normal mucosa COX-2 was found in approximately 60, 90, and 83% of hyperplastic lesion, adenomas, and carcinomas, respectively. When the proliferation-associated antigen Ki-67 was stained with an antibody and *in situ* end labeling was utilized to observe apoptotic bodies as a measure of apoptosis, there was no correlation between COX-2 immunostaining and proliferative index or apoptotic index. Compared with paired histologically normal colonic mucosa, the COX-2 mRNA level was significantly increased in the adenomas and carcinomas; however, there was no apparent difference between the adenomas and the carcinomas. No correlation was found between COX-2 levels in the tumors and the degree of tumor dysplasia, size, differentiation, Duke stage, or lymph node infiltration.

On the other hand, a study of 76 patients with colorectal carcinomas found that greater COX-2 expression correlated with larger tumor size and more advanced Duke stage.[83] Moreover, COX-2 expression was particularly evident in tumors with lymph node extension. COX-2 was detected using a rabbit polyclonal antibody raised against human cyclooxygenase-2. Staining for the enzyme was positive in tumor epithelial cells, inflammatory cells, vascular endothelium, and fibroblasts. COX-2 staining in the tumors was markedly heterogeneous. Grossly and histologically normal tissue adjacent to tumors stained weakly positive. However, control samples consisting of biopsies from 14 normal colons were negative for COX-2. Very recent findings indicate that there is a significant difference in the COX-2 levels in tumors removed from different part of the colorectum.[84] In the study, COX-2 was elevated in 18 of 20 cases of carcinomas of the rectum. In contrast, COX-2 was elevated in only 3 out of 19 colonic carcinomas. It is also noteworthy that in this study there was no correlation between Duke's stages and the level of COX-2 in the tumors.

Two other reports question a relationship between COX-2 overexpression, cell proliferation, and degree of malignancy in colorectal cancers. The first report consisted of an investigation of the immunostaining intensity and distribution of COX-2 protein, Ki-67 as an indicator of cell proliferation, and the tumor-suppressor protein p53 as a marker of malignancy in colorectal cancer tissues from 21 patients.[85] Nine tumors were well differentiated, 11 moderately well differentiated, and one tumor poorly differentiated. COX-2 protein and the tumor suppressor protein p53 stained positive in 38% and Ki-67 in 48% of the cases. There was no relationship between COX-2 expression and the expression of the markers for cell proliferation or the grade of malignancy. In the second study, chromatography–mass spectrometry was used to determine the levels of prostaglandin D2, E2, F2α, 6-keto-F1α, and thromboxane B2 in biopsy specimens from four familial adenomatous polyposis (FAP) patients treated with sulindac.[86] The study revealed

that the levels varied widely, ranging from an increase of 19% to a decrease of 89%. The report stated that the findings indicate an uncoupling of tissue prostaglandin levels and the process of carcinogenesis.

However, these discordant findings must be carefully interpreted. For instance, one should consider five obvious and one tentative variable. Foremost, colorectal tumor tissue levels might not accurately reflect the tumor cell levels. Next in order, it is doubtful that all the cells in the biopsy material were tumor cells. Also, the distribution of COX-2 overexpression in human cancer cells may vary depending on their state of regional differentiation and growth. As an example, COX-2 distribution in colon carcinoma cells is heterogeneous.[87] In addition, intermittent induction and expression of COX-2 could contribute significantly to sampling errors, especially if there is a significant time lag between COX-2 protein expression and prostaglandin synthesis. Last but not least, the effect of a possible third form of cyclooxygenase should also be considered. There is recent evidence of the existence of a variant and differently regulated COX-2 protein, inducible by apoptosis-inducing concentrations of diclophenac.[88] Acetaminophen but not aspirin inhibits the variant enzyme. It is also less sensitive to inhibition by potent COX-1 and COX-2 inhibitors such as flurbiprofen or tolfenamic acid.

## 2. Breast Cancer

*In vitro,* the expression of COX-2 is high in the highly invasive, metastatic MDA-MB-231 breast cancer cell line. In contrast, it is much lower in the less invasive estrogen-dependent MCF-7 breast cancer cell-line.[89] The COX-1 enzyme was also elevated in tissues of 30 of 44 breast cancer patients when compared with normal breast tissues from 14 patients. Immunohistochemistry revealed that COX-1 was located in the stromal cells adjacent to the tumor cells rather than in the tumor cells.[90] Such findings imply that breast cancer cells that overexpress COX-2 synthesize and release substances that induce COX-1 expression in the adjoining stromal cells. As an example, COX-1 expression can be modulated by estrogen[91,92] and progesterone.[92]

## 3. Lung Cancer

COX-2 mRNA is expressed in carcinoma of the lung, more so in adenocarcinomas than in squamous cell carcinomas.[93] Furthermore, well-differentiated adenocarcinomas showed higher mRNA levels than poorly differentiated adenocarcinomas. Immunostaining for COX-2 was positive in 19 of 21 adenocarcinomas and less strongly positive in all of 11 squamous carcinomas investigated. Four small cell lung cancers showed only weak immunostaining for COX-2. Importantly, COX-2 was detected in atypical alveolar epithelium that is considered a

444

precursor of lung malignancies. The findings suggest that COX-2 might be involved very early in the development of these tumors.

Likewise, in another study of 59 human lung cancers COX-2 was found by immunohistochemistry in one-third of cases of atypical adenomatous hyperplasia and *in situ* carcinoma.[94] Significantly, increased levels of COX-2 was seen in over two-thirds of the invasive adenocarcinoma cases. Surprisingly, the relative number of COX-2-positive tumor cells was much greater in lymph node metastases than in the matching primary tumor. In contrast, COX-2 in small cell lung cancer was barely detectable by immunostaining. These findings seem to suggest that an increase in cyclooxygenase-2 might be related to the development of adenocarcinomas in the lung and with the emergence of an invasive and metastatic tumor-cell phenotype.[94]

## 4. Hepatocellular Carcinoma

COX-2 expression in primary liver cancer may be related to the differentiation of the tumor. For instance, in a study of 29 hepatocellular carcinomas, all but one of the tumors exhibited a positive staining.[95,96] The intensity of immune staining of COX-2 was higher in cancer tissues than in corresponding non-cancerous tissues. This was observed in 7 of 10 well-differentiated, in 3 of 10 moderately differentiated, and in 3 of 9 poorly differentiated hepatocellular carcinomas, respectively.

## 5. Skin Carcinoma

Immunostaining of biopsies from squamous cell carcinoma of the skin shows strongly increased staining for COX-2 protein compared with skin not exposed to the sun.[97]

## 6. Gastric Cancer

Several investigators have reported finding elevated COX-2 levels in gastric carcinomas. For instance, an increase in COX-2 levels was found in 19 of 23 gastric adenocarcinomas compared with the levels in matching gastric mucosa without tumor.[98] However, there was no correlation between COX-2 expression and tumor histology. In the tumors that stained positive for COX-2, there was diffuse staining in the cytoplasm of the malignant cells, but no COX-2 was observed in fibroblasts and mononuclear cells in the tumor stroma.

In contrast to colorectal carcinomas and hepatocellular carcinomas,[95,96] in the patients with gastric carcinoma, COX-2 overexpression correlates with lymphatic but not venous vessel invasion and with metastasis and a poor prognosis. For

instance, in the mucosa of 10 of 15 gastric carcinomas, COX-2 but not COX-1 levels were higher than matching noncancerous tissue samples.[99] The samples were obtained from surgically resected specimens. COX protein levels were evaluated using Western blotting and densitometric scanning. There was a significant correlation of tumor COX-2 levels with tumor invasion into the lymphatic vessels in the gastric wall and in metastasis to the lymph nodes. Tumor COX-2 levels significantly correlated with stage grouping in the TNM classification but not with histopathological grading.

## 7. COX-2 Expression in Other Neoplasms

COX-2 but not COX-1 expression is elevated in human esophageal carcinomas.[100] An immunohistochemical study of carcinomas of the esophagus revealed that 156 of 172 cases of squamous cell carcinoma and 21 of 27 cases of adenocarcinoma stained positive for COX-2.[100] An OSC-2 esophageal cancer cell line expressing COX-2, but no COX-1 was found to synthesize 600 times as much PGE2 compared with another esophageal cancer cell line (OSC-1) expressing COX-1 but only very small amounts of COX-2.[100]

In pancreatic adenocarcinomas, the level of COX-2 mRNA was increased by more than 60-fold compared with the tumor-free pancreatic tissue.[101] COX-2 was undetectable in tissue samples from areas that were free of tumor. However, COX-2 was detected in nine of ten tumors.

In a group of 15 patients with squamous cell carcinoma of the head and neck, the mean COX-2 mRNA level was increased almost 150-fold compared with normal oral mucosa of 15 volunteers.[102] Remarkably, grossly normal epithelium next to the carcinoma exhibited a 50-fold increase in COX-2 mRNA. Immunoblotting for COX-2 was positive in all of six tumors examined.

Recent findings of elevated COX-2 mRNA and protein levels in human prostate cancer tissue *ex vivo* suggest that COX-2 inhibitors might be effective for prevention or therapy of this type of tumor.[103] The mean levels of mRNA were 340% higher in the malignant tissue (n = 12) compared with the paired benign tissue. Immunochemical analysis determined that tumor tissue COX-2 protein was overexpressed in 10 of the samples examined compared with the benign tissues.

## IV. ANTIINFLAMMATORY DRUGS

### A. Steroids

Dexamethasone represses IL-1β-induced transcription of COX-2 in human pulmonary type II A549 cells.[104] COX-2 protein and activity and PGE2 synthesis is completely repressed. Actinomycin D repressed COX-2 protein and activity and

PGE2 synthesis when given within the first hour after IL-1β stimulation. However, dexamethasone was effective when added up to 10 h later. It shortened the average length of COX-2 mRNA poly(A) tails, suggesting a major role for posttranscriptional regulation of COX-2 expression by dexamathasone.

## B. Nonselective, Nonsteroid Antiinflammatory Drugs

COX-2 messenger ribonucleic acid (mRNA) and COX-2 protein levels are high at inflammatory sites. The main antiinflammatory effects of an NSAID are due to its inhibition of COX-2.[105] Inhibition of the COX-2 enzyme occurs when the NSAID blocks the active site of the enzyme. NSAIDs that inhibit both cyclooxygenase and lipoxygenase are called dual inhibitors.

Aspirin and other nonsteroidal antiinflammatory drugs (NSAIDs) are widely appreciated for their excellent analgesic and antiphlogistic properties.[106] Aspirin, ibuprofen, indomethacin, and similar NSAIDs block cyclooxygenase conversion by binding in different ways to the enzyme and blocking its active site.[107] Importantly, most regular NSAIDs are nonselective and block both COX-1 and COX-2. However, only the inhibition of the latter is desirable for therapeutic purposes.

NSAIDs can be categorized into four distinct groups based on their kinetic behavior.[108] For instance, ibuprofen is a competitive inhibitor. In contrast, aspirin exhibits covalent binding. Oxicams and naproxen are weak binding, time-dependent inhibitors, while indomethacin is a tight-binding, time-independent inhibitor. NSAIDs exhibit different kinetic behavior for COX-1 and COX-2.[108] In all probability, when, for instance, indomethacin, diclofenac, or meclofenamate bind to COX-1 they cause the enzyme to experience a subtle shift to a conformation that binds the compounds more tightly.[109]

There is evidence that aspirin is antiinflammatory in three different ways. It inhibits COX-1 and COX-2. Secondly, it inhibits NF-κB translocation to the nucleus. Thirdly, aspirin promotes the accumulation of adenosine, a potent antiinflammatory autocoid.[110] This is in contrast to the antiinflammatory effect of methotrexate in inflammatory bowel disease, where a role for adenosine could not be established.[111] Aspirin was no less antiphlogistic in double knockout mice, with disrupted COX-2 and NF-κB, than in control mice with intact COX-2 and NF-κB genes. However, when adenosine was removed by the addition of adenosine deaminase, the antiinflammatory effect of aspirin was lacking.

## C. Cytokine-Suppressing Antiinflammatory Drugs

Cytokine-suppressing antiinflammatory drugs (CSAIDs) inhibit cytokines such as IL-1 and TNF. For instance, IL-10 may be beneficial for the inhibition of inflammatory cytokine production in a variety of diseases.[55] The effect may depend

447

upon the cell type involved. As an example, when the CSAID SB203580 was investigated regarding its antiinflammatory actions on LPS-stimulated bovine chondrocytes and murine macrophages, the responses differed in the two cell types.[112] SB203580 at concentrations of 1 $\mu M$ inhibited the production of nitric oxide and COX-2 in the chondrocytes but not in the macrophages.

## V. ANTINEOPLASTIC EFFECTS ON NONSELECTIVE NSAIDS

### A. Epidemiology

Several epidemiological studies indicate that regular use aspirin[76] or other nonselective NSAIDs.[99,113] reduces the risk of developing colorectal cancer (Figures 3 and 4). As an example, Smalley and DuBois.[76] found a 40 to 50% reduction in the risk of colorectal carcinoma among patients who regularly ingested aspirin. Non-aspirin NSAIDs were effective as well. Similarly, another study showed that regular use of non-aspirin NSAIDs significantly reduces the risk of colon cancer.[113] The group that was evaluated consisted of 104,217 members who were enrolled in the Tennessee Medicaid Program. The study focused on the effect on the risk of colon cancer among the members who regularly used non-aspirin, nonselective NSAIDs. All members of the program had been enrolled for over 5 years and were over 65 years old. Members who were regular NSAIDs users for 48 months or more exhibited a relative risk of 0.49 for colon cancer compared with control subjects who did not use NSAIDs. Surprisingly, the effect of low or high doses of NSAIDs appeared to be similar, and no particular NSAID provided a unique protective effect. A prior study involved 862 patients who had been treated for several years with NSAIDs for rheumatoid arthritis and who had a low rate of colon cancer.[114] Follow-up for up to 35 years revealed that patients who regularly used non-aspirin NSAIDs for at least 48 months developed colorectal cancer in only half the expected number.

On the other hand, two other epidemiological studies of NSAID users failed to shown a significant reduction in colorectal cancer risk. One of the studies, the U. S. prospective Physicians Health Study involved 22,071 male physicians who were 40 to 84 years of age.[115] The study detected no protective effect of ingestion of 325-mg aspirin every other day over 5 years on the incidence of colorectal cancer. The other study reported no reduction in risk with regular use of aspirin but a reduction in risk with other NSAIDs.[116]

Several findings indicate that the different nonselective NSAIDs affect the risk of developing cancer differently and that the amount of protection depends on the type of cancer. For instance, regular aspirin use was found to lower the risk of colorectal but not of prostate cancer in a hospital-based case-control study investigating a possible association between cancer and a prior history of coronary heart disease.[117] The same nonselective NSAIDs may reduce the risk of some cancers but

448



**FIGURE 3**



**FIGURE 4**

not of others. As an example, one population-based case-control study showed that aspirin and other NSAIDs significantly reduce the risk of squamous cell carcinoma and adenocarcinoma of the esophagus, and the risk of gastric non-cardia but not gastric cardia adenocarcinoma.[118] Another study showed different results with different nonselective NSAIDs: there was a significant inverse correlation between ovarian cancer and paracetamol use,[119] but regular aspirin use produced only in a modest reduction of the ovarian cancer rate. Similarly, regular use of ibuprofen failed to lower the risk of ovarian cancer.