# Plaintiffs' Response re FOSSLIEN

# Footnote 2B of 28

However, it is encouraging that a case-control study of 511 breast cancer patients compared with 1534 population control subjects revealed that regular use of aspirin or ibuprofen significantly reduced the risk of breast cancer, producing odds ratios of 0.69 and 0.57, respectively.[120] The greatest risk reduction was associated with the highest level of use of daily intake of aspirin over 5 years. A 5-year prospective cohort study of breast cancer in 32,505 women in Ohio showed that regular use of aspirin or ibuprofen decreased breast cancer rates by about 40 and 50%, respectively. There were 323 breast cancers among non-users and 183 breast cancers among heavy ibuprofen or heavy aspirin users.[121] A different study involving 341 women with invasive carcinoma of the breast suggests that ingestion of NSAIDs may affect the rate of spread of breast cancer. There was an inverse association with the size of the primary tumor and the status and number of involved axillary lymph nodes.[122]

The interpretation of epidemiological findings is complicated and requires careful analysis of possible[123] inherent biases, such as lifestyle factors, incomplete information of dose, and incomplete data of the duration of NSAIDs use.[124] For example, that fact that many nonselective NSAIDs are available as over-the-counter analgesics and may not be considered prescription drugs by their users, and therefore their forgotten use may contribute to an imprecise recollection of total NSAIDs use. Furthermore, NSAID-induced bleeding may lead to earlier diagnosis and treatment than usual. For example, an adenomatous polyp of the colon may be removed before it develops into a cancer. However, for the most part, epidemiological studies suggest that the regular use of nonselective NSAIDs can significantly lower the risk of several types of human cancer.

## 2. In Vitro Growth Inhibition

There is significant *in vitro* experimental evidence in support of the opinion that NSAIDs possess anti-cancer properties (Table 2). As examples, the nonselective NSAIDs aspirin, indomethacin, and ibuprofen decrease the proliferation of cultured pulmonary non-small-cell cancer cells[125] and indomethacin restores apoptosis in cultured Colo320 and THRC colon carcinoma cells.[126]

It has been demonstrated that major *in vitro* antiinflammatory and anti-cancer effect of nonselective NSAIDs is attributable to their inhibition of COX-2 enzymatic activity. However, a number of alternate pathways of nonselective NSAID effects have been discovered in cultured normal and neoplastic cells. For example, *in vitro* experiments indicate that aspirin and salicylate may exert antiinflammatory action in part by suppressing COX-2 induction. At therapeutic concentrations either of the two nonselective NSAIDs can block IL-1$\beta$ and phorbol 12-myristate 13-acetate (PMA) induction of the COX-2 gene and expression of the COX-2 protein in human foreskin fibroblasts or umbilical vein endothelial cells.[127]

451

**TABLE 2**
*In Vitro Effects of Inhibition of Cyclooxygenase on Cancer Cell Lines*

| NSAID | CELL LINE | DERIVED FROM | PGHS2 mRNA | COX-2 | EFFECTS | REF. |
|-------|-----------|--------------|------------|-------|---------|------|
| NS-398 | KATOIII | Gastric cancer | Low | | Minimal | (192) |
| NS-398 | MKN28 | Gastric cancer | Low | | Minimal | (192) |
| NS-398 | MKN45 | Gastric cancer | High | High | Suppression of proliferation | (192) |
| SC-58125 | HCA-7 | Colon cancer | | High | Suppression of colony formation | (186) |
| Meloxicam | HCA-7 | Colon cancer | Yes | | Significantly reduced growth rates | (185) |
| Meloxicam | Moser-S | Colon cancer | Yes | | Significantly reduced growth rates | (185) |
| Meloxicam | HCT-116 | Colon cancer | | No | No effect on growth | (185) |
| SC-58125 | HCT-116 | Colon cancer | | No | No effect on colony formation | (186) |
| SC-58125 | IEC-18 | Rat small intestine | | Yes[a] | Inhibition of DNA synthesis, increased apoptosis | (206) |
| SC-58125 | WB-2054 | Mouse colon carcinoma | Yes | | Inhibition of DNA synthesis, increased apoptosis | (206) |
| VSA | IEC-18 | Rat small intestine | Yes | | No effect on DNA synthesis | (206) |
| VSA | WB-2054 | Mouse colon carcinoma | Yes | | No effect on DNA synthesis | (206) |

[a] Express both COX-1 and COX-2 enzymes in 10% serum supplemented media

452

Experimental findings further indicate that some nonselective NSAIDs may inhibit the growth rate of cancer cell lines independent of their ability to inhibit COX-2-induced synthesis of prostaglandins. Studies on the effect of sulindac and its metabolites on colon cancer cells *in vitro* have provided some significant observations relevant to a possible additional mechanism of cancer inhibition by NSAIDs. As a case in point, sulindac sulfide, a nonselective NSAID, inhibits growth of HT-29 human colon-carcinoma cell line by markedly increasing programmed cell death.[128] The HT-29 cells produce COX-2. The results support the common explanation that the inhibition of the cell growth is that sulindac sulfide inhibits COX-2. However, surprisingly, sulindac sulfone, a metabolite of sulindac sulfide, strongly induces the apoptosis of the cells as well. Remarkably, this metabolite essentially lacks inhibitory effects on COX-1 and COX-2.

This suggests an alternate, prostaglandin-independent growth inhibitory pathway. Evidence in support of this view was obtained through further *in vitro* studies using HCT-116 colon cancer cells, which do not produce prostaglandins, whereas HT-29 cells produce PGE2, PGF2α, and PGI2.[129] The two cell lines were treated with 200 μ$M$ sulindac sulfide or 900 μ$M$ piroxicam and then supplemented with any of the three prostaglandins. Remarkably, the NSAID-induced decrease in the rate of cell proliferation, the increased apoptosis, and the alteration in cell cycle distribution were unaffected by prostaglandin supplementation. These results argue that the NSAID-induced inhibition was mediated independent of their ability to affect prostaglandin synthesis.[129] Other experiments corroborate the idea that the effect of sulindac sulfide on cultured cells is not dependent on prostaglandin synthesis, but rather points to a more general effect on cell proliferation and apoptosis. Most significantly, the HT-29 but not the HCT-15 cell line expresses cyclooxygenase. When cultured HT-29 and HCT-15 colon cancer cells were supplemented with sulindac, it was found that cell proliferation, as determined by the expression of the proliferation markers PCNA and Ki-67, was reduced by about half at 72 h after sulindac exposure.[130] About two-thirds of the sulindac-induced reduction in cell number was due to inhibition of proliferation. About one-third was due to sulindac-induced apoptosis. Similar results were observed using noncolonic cells. Flow cytometry analysis of HT-29 cells treated with sulindac sulfide demonstrated that it alters the expression of several cyclins during the cell cycle. Cyclins B and E are decreased and cyclins D1, D2, and D3 are elevated especially during the G1 phase of the cell cycle.[131]

As another example, indomethacin restores apoptosis in S/SK colon carcinoma cells, which have been reported to lack COX-2.[126] Likewise, the COX-1-selective NSAID flurbiprofen[132] inhibits *in vitro* tumor cell growth enhanced by exogenous PGE2. Moreover, addition of 5 μ$M$ of flurbiprofen to cultured PC-3 human prostate carcinoma cells supplemented with PGE2 inhibits the up-regulation of COX-2 mRNA and cell growth.[133] One explanation might be that inhibition of COX-1 represses the *in vitro* growth of the tumor cells.

**453**

However, the use of flurbiprofen in the above experiment complicates interpretation of the role of cyclooxygenase and PGE2 in cell proliferation. Flurbiprofen contains a carboxyl group that can decouple mitochondrial oxidative phosphorylation (OXPHOS).[5] Bjarnason and Hayllar demonstrated that all of 15 common acidic NSAIDs can uncouple oxidative phosphorylation.[134] They reported that R flurbiprofen is a selective oxidative phosphorylation uncoupler and that S flurbiprofen is an effective COX inhibitor as well. They proposed that concurrent inhibition of COX-1 and uncoupling is essential to cause intestinal ulceration. Uncoupling *in vitro* occurred at micromolar concentrations of 0.02 to 2.7 $\mu M$.[135] Diclofenac and NSAIDs with similar skeleton structures have been shown to uncouple OXPHOS in mitochondria from rat liver.[136] In another study, liver mitochondria isolated from rats that had received oral acetylsalicylic acid in concentrations of 50 mg/kg and 150 mg/kg per day for 7 days showed uncoupling of oxidative phosphorylation.[137]

A recent study of oxidative phosphorylation of heart mitochondria by several NSAIDs revealed that most of the drugs tested were uncouplers.[138] Not only indomethacin and diclophenac, but also nimesulide, meloxicam, and piroxicam behaved as mitochondrial uncouplers. Interestingly, diclophenac additionally affected the mitochondrial adenine nucleotide transferase and the OXPHOS Complex V ($F_0F_1$-ATPase).

The decoupling of oxidative phosphorylation lowers ATP generation and reduces cell proliferation. In addition, the decoupling generates $H_2O_2$ that induces BAX, which complexes with Bcl-2. As a result, mitochondrial pores open, cytochrome c escapes into the cytoplasm, and apoptosis is enhanced. This effect represent an additional pathway in which flurbiprofen and similar acidic-NSAIDs inhibit cancer growth *in vitro*.

Indomethacin significantly suppresses the growth of three cell lines, colon 26, FM3A mouse mammary carcinoma, and Meth-A sarcoma compared with untreated controls.[139] The prostaglandin E2 content in the tumors was also significantly reduced by indomethacin. Furthermore, indomethacin significantly reduced the telomerase activity of the colon 26 and FM3A tumor cell lines; however, telomerase in Met-A cells were lowered by only 10% compared with controls. In addition, it has been demonstrated that indomethacin can cause uncoupling of oxidative phosphorylation.[140] In a rat model, indomethacin at 10 mg/kg provoked uncoupling of OXPHOS in up to 70% of enterocytes, as evidenced by mitochondrial changes observed by electron microscopy.[141]

In contrast, a group of researchers in Australia reported that neither indomethacin nor the selective COX-2 inhibitors NS-398 or L-745337 inhibited the growth of colorectal carcinoma cell lines *in vitro*. Indomethacin and the two COX-2-selective inhibitors were employed at concentrations of 30 m$M$ and 100 m$M$, respectively.[142] The group suggested that such NSAIDs do not inhibit *in vitro* cancer cell growth by inhibition of cyclooxygenase. However, they observed that several NSAIDs can inhibit oxidation of the long chain fatty acid palmitate in human colon cancer cell

lines.[143] The NSAIDs bound to the alpha-subunit of the trifunctional protein of the long chain fatty acid oxidation pathway.[144] For instance, ibuprofen and diclofenac inhibited the 3-hydroxyacyl-CoA dehydrogenase activity intrinsic to the $\alpha$-subunit. Interestingly, the *in vitro* inhibitory effects of NSAIDs on colorectal carcinoma cell growth correlated well with their affinities for the subunit.

There may be other modes of action of NSAIDs as well. Results of rat model experiments suggest that NSAIDs use may prevent colon carcinogenesis by inducing enzymes that help detoxify potential carcinogens. For example, when indomethacin was incorporated into the diet of male Wistar rats the gastric glutathione-*S*-transferase (GSTT2-2) level was 1.5-fold enhanced.[145] The colonic GSTT1-1 level was also increased. Similar results were obtained with piroxicam, acetyl salicylic acid, sulindac, and ibuprofen.

### 3. Animal Experiments

There is evidence in animal models that salicylate may exert antiinflammatory effects not only through inhibition of COX-2 enzymatic activity but also in part by suppressing the induction of the COX-2 gene.[127] Administration of aspirin (10 and 30 mg/kg) to mice prior to a challenge with LPS markedly reduced COX-2 mRNA expression in the murine peritoneal macrophages. The synthesis of proinflammatory prostaglandins was correspondingly reduced.

Aspirin reduces the incidence of colon tumors and can suppress overall AOM-induced tumor burden in the F344 rat.[146] The APC Min mouse is an animal model for familial adenomatosis of the colon. In such rodents 200 ppm of piroxicam causes more that a 90% reduction in multiplicity of tumors after 1 week of treatment[147] (Table 3). The protective effect of NSAIDs can be demonstrated even if it is given 14 weeks after administration of the carcinogen.[148] Interestingly, a mouse-strain-related effect on chemosuppression was discovered suggesting the existence of additional genetic elements that affect the NSAID chemosensitivity.[147] Furthermore, the effectiveness of NSAIDs in impeding APC-related tumor development depends on the type of mutation that is present in the APC gene.[149]

These *in vitro* findings (*vide supra*) that sulindac sulfone retains the antineoplastic properties of sulindac despite a lack of inhibitory effects on COX-1 and COX-2 is supported by the results of xenografting. Sulindac sulfoxide as well as sulindac sulfone can inhibit angiogenesis induced by cells derived from human lung tumors that were grafted intradermally in Balb/c mice.[150]

Taken together, these findings illustrate that the cancer cell culture studies and experimental carcinogenesis studies have provided further evidence in support of an important role of the COX-2 isoform in the molecular pathology of cancer. However, there are indications that other mechanisms are at work as well. Most surprisingly, some NSAIDs are effective growth inhibitors in some colon carcinoma cell lines lacking detectable amounts of the type 2 isoform of cyclooxygenase.[72]

**TABLE 3**
**Effects of Nonselective and Selective COX-2- Inhibitors on Experimental Carcinogenesis**

| NSAID | INDUCER | CELLS/TISSUE | EFFECT | REF. |
|---|---|---|---|---|
| Non-selective COX inhibitors (in ascending order of COX-2 inhibition[a] | | | | |
| Piroxicam | APC | Min mouse colon ca. | 68% - 96% repression[b] | (147) |
| Aspirin | AOM | F344 rat lung ca. | Suppression | (146) |
| Sulindac | NNK | Lung adenoma | 60% curtailment | (326) |
| Sulindac | NNK | Lung adenoma | 52% curtailment | (327) |
| Naproxen | B[a]P | Lung adenoma | No effect | (327) |
| | NNK | Lung tumors | No effect | (328) |
| COX-2-selective inhibitors | | | | |
| Nimesulide | AOM | Colon carcinoma | Significant suppression | (211) |
| NS-398 | AOM | Aberrant crypt foci in F344 rats | 53% - 68% suppression | (193) |
| SC-58635[c] | AOM | F344 rat colon carcinoma | 93% reduction in incidence 97% reduction in multiplicity | (178) |
| SC-58125 | IEC-18 | Rat small intestine | Increased rate of apoptosis | (206) |
| SC-58125 | WB-2054 | Mouse colon carcinoma | Increased rate of apoptosis | (206) |

[a] Ann Clin Lab Sci 1998;28(2),67-81 (Figure 3)
[b] Strain dependent
[c] Celecoxib

456

### 4. Clinical Studies

Aberrant crypt-foci (ACF) of the colon are considered precursors of adenoma and cancer of the colon. In a clinical study the effect of sulindac, a nonselective NSAID, on the development of aberrant crypt-foci was followed using magnifying endoscopy. Therapy with sulindac significantly reduced the number of aberrant foci.[151] Moreover, patients who were treated with NSAIDs experienced a regression of the intestinal adenomas.[152] Treatment with NSAIDs even induced regression of adenomas that were already present before initiation of therapy.[148,152,153]

## C. Adverse Effects of Nonselective NSAIDs

While therapy with nonselective NSAIDs can inhibit cancer growth, they may cause a variety of serious side effects.[154] For example, inhibition of COX-1 by nonselective NSAIDs may suppress hemostasis through inhibition of platelet aggregation. Other side effects may occur in patients with heart failure and cirrhosis, and complications may arise when such NSAIDs are used in combination with diuretics or beta blockers. However, most importantly, nonselective NSAIDs significantly inhibit COX-1 in the gastrointestinal mucosa. This inhibition reduces the synthesis of prostaglandins that protect the mucosa. The lack of cytoprotective prostaglandins may cause ulceration, bleeding, and perforation of the gastrointestinal tract.[5,155] The risk of developing gastrointestinal problems during nonselective NSAID therapy increases with the concurrent administration of anticoagulants or corticosteroids.[156] Minor adverse gastrointestinal effects such as small reductions in hemoglobin levels have been reported in the elderly even at low doses (100 mg daily).[157] Endoscopic examination of 1826 patient with rheumatoid arthritis or osteoarthritis revealed a substantial rate of gastrointestinal problems. The study group consisted of patients who had used NSAIDs for 6 months or more and patients who because of adverse gastrointestinal symptoms had been unable to tolerate continuous NSAID use.[158] The prevalence of gastrointestinal ulcers in the patients varied with the length of NSAIDs use ranging from 13.8% (less than 1 year) to 25.9% (1 to 15 years).

Moreover, COX-1 is important in renal and platelet functions. For instance, in the kidney inhibition of COX-1 may lead to the dysfunction of the renal regulation of blood pressure during therapy with angiotensin-converting enzyme (ACE) inhibitors, beta blockers, and diuretics.[159] In platelets, the inhibition of COX-1 blocks the synthesis of the platelet-activating prostanoid thromboxane A2, causing a prolonged bleeding time and a mild, systemic hemostatic defect.[160,161]

Some NSAID users suffer adverse reactions of the skin and respiratory tract. For instance, among 15,800 patients referred over a period of 7 years to a clinic for allergic disorders, the incidence of adverse reactions to NSAIDs was 11.4%.[162] The most frequently used NSAIDs were salicylics, paracetamol, pyrazolones, and

arylpropionics. Approximately 90% of the adverse reactions were skin complains, followed by asthma or rhinitis, or more rarely general symptoms such as shock, hypotension, and lipothymia.

## VIII. COX-2 SELECTIVE INHIBITORS

There is powerful evidence that major antiinflammatory and antineoplastic actions of nonselective NSAIDs are caused by inhibition of COX-2, while the adverse effects are caused by the inhibition of COX-1.[3] The realization of this fact has been the major reason for the desire to develop selective COX-2 inhibitors (Table 4).[14] However, several obstacles in accomplishing this goal are evident.

First of all, substantiating the selectivity of a particular NSAIDs is complicated. Lipsky[163] proposed a classification of COX-2 selectivity composed of three categories. The first category consists of the biochemical COX-2 selectivity and is defined after initial screening *in vitro*. The second category comprises a biologic and pharmacological definition and can be established using, for instance, an *ex vivo* whole blood assay. The third category and the most difficult but yet most important to establish is the clinical definition of COX-2 selectivity.

Clinical trials have demonstrated that some COX-2 selective inhibitors may be as effective analgesic and antiphlogistic agents as nonselective NSAIDs. For example, meloxicam and celecoxib are as effective antiinflammatory agents as currently available nonselective NSAIDs. Moreover, they have an improved gastrointestinal tolerability profile.[164] However, at a given dose of an inhibitor *in vitro* data alone rarely predicts the level of inhibition of COX-1 and COX-2 *in vivo*.[165] Other factors, such as the pharmacokinetic properties of the inhibitor, plasma levels, inhibitor distribution, and its binding to plasma proteins, must be taken into account. To be classified as a specific COX-2 inhibitor an agent must show therapeutic benefits at least as good as that of regular, nonselective NSAIDs. In addition, there should be only insignificant inhibition of COX-1. In clinical trials there should be no significant detrimental effect on the gastric mucosa and no significant inhibition of COX-1-mediated platelet function.[163] Accordingly, only large-scale clinical trials can render the definite proof of the therapeutic relevance of any new selective COX-2 inhibitor.

The fist *in vitro* test systems to investigate the COX-2 selectivity of NSAIDs used animal enzymes, animal cells, or cell lines. Then tests systems using human recombinant enzymes, human cell lines, or human blood cells such as platelets and monocytes followed. Recent model systems use human gastric mucosa cells, chondrocytes, and synoviocytes as target cells for the antiinflammatory and adverse effects of cyclooxygenase inhibitors.[165]

Different measurement conditions generally result in divergent results. A few examples are illustrated in Figure 5. To cite an instance, the values obtained for the selectivity of indomethacin vary greatly depending on the method used. The IC50 of

**TABLE 4**
List of Selective COX-2 Inhibitors

| INHIBITOR | MANUFACTURER | TRADE NAME | REFERENCES |
|---|---|---|---|
| Celecoxib (SC-58635) | Searle/Monsanto | Celebrex | (172)(164)(168) |
| Rofecoxib (MK-0966) | Merck | Vioxx™ | (164)(168)(329) |
| Meloxicam | Thomae | Mobec® | (330)(331)(164) (329) |
| Nimesulide | Indoco | Nimid | (329) |
| Flosulide | Merck | | (163) |
| L-745,337 | Boehringer Ingelheim | | (163) |
| JTE-522 | Japan Tobacco, Inc. | | (212)(213) |
| Etodolac | Royce Laboratories | | (330)(331)(329) |
| Diclofenac | Faulding Inc. | | (330)(331)(168) |
| DFU | Merck | | (332) |
| SC-58125 | | | (204)(212) |
| SC-236 | Searle/Monsanto | | (172)(204) |
| NS-398 | | | (204)(212) |
| | | | (333)(330) |

459



FIGURE 5.

indomethacin for COX-1 in non-stimulated and for COX-2 in interleukin 1 (IL-1) stimulated human chondrocytes were 0.063 $\mu M$ and 0.48 $\mu M$, respectively.[166] In contrast, quite different values were obtained when mononuclear cells isolated from human whole blood were used to establish COX-2 selectivity. In this assay, indomethacin inhibited COX-1 (IC50: 0.002 $\mu M$) about 200-fold stronger than COX-2 (IC50: 0.43 $\mu M$).[167] However, in a human whole blood assay the selectivity ratio for the inhibition of COX-1 over COX-2 for indomethacin was 0.4.[168] In comparison, the *in vitro* ratios for the more COX-2 selective NSAIDs meloxicam, diclofenac, celecoxib, and rofecoxib were 2, 3, 6.6, and 36, respectively.

Cryer and Feldman[132] measured to what extent NSAIDs inhibit COX-1 and COX-2 in human blood of 16 healthy volunteers and compared the results with the *ex vivo* prostaglandin synthesis in the mucosa of gastric biopsies from the same individuals (Figure 6). The *ex vivo* whole blood assay for COX-1 activity measured the generation of thromboxane B2, and the assay for COX-2 activity measured the LPS-stimulated prostaglandin E2 synthesis. The measurements revealed that in blood the inhibitory selectivity for the COX isoforms varied greatly. For instance, flurbiprofen and ketoprofen were COX-1 selective, ibuprofen and naproxen non-selective, and diclofenac and mefenamic acid were COX-2 selective. Notably, the COX-1 selectivity ($p < 0.001$) and the COX-1 inhibitory potency ($p < 0.01$) in the blood assay agreed well with the COX-1 selectivity in the gastric biopsies from the same volunteers. However, NSAIDs that were selective for COX-2 in the blood assay still had sufficient COX-1 activity to potently inhibit the gastric prostaglandin E2 synthesis at concentrations observed *in vivo*.

Giuliano and Warner[169] administered NSAIDs intravenously to male Wistar rats and evaluated the selectivity of the drugs using the rat plasma of blood drawn from the rats 6 h after administration of the drugs. To measure the amount of inhibition of COX-2 activity in the plasma, they used an *ex vivo* system that was based on the ability of plasma from the rats to inhibit prostanoid formation in IL-1-β treated pulmonary A549 cells. The amount of inhibition of COX-1 was determined in a similar *ex vivo* assay by measuring the inhibition of prostanoid formation in human platelets, which as mentioned only express the COX-1 isoform. The direct *in vitro* selectivity of the drugs was established by adding the same compound directly to the assay system.

Due to rapid *in vivo* metabolism of aspirin the plasma from aspirin-treated rats was without effect on cyclooxygenase activity.[169] However, when added directly to the assay system, aspirin, like the other NSAIDs tested, inhibited both COX-1 and COX-2. Diclophenac was a slightly COX-2 preferential inhibitor *ex vivo*, but nonselective in the *in vitro* assay. Nimesulide was a COX-2 preferential inhibitor and the compound L-745337 was a selective COX-2 inhibitor both *ex vivo* and *in vitro*.

The affinity of various NSAIDs for the two cyclooxygenase isoforms depends on the arachidonic acid concentration.[170] For example, the affinity for COX-1

461



FIGURE 6

decreases in parallel to the activation by arachidonic acid, resulting in a remarkable difference in COX-2 selectivity at different arachidonic acid concentrations.

During inhibition of COX-2 by an NSAID, the enzyme may accumulate.[171] Therefore, upon cessation of treatment a transient period follows that is characterized by overproduction of prostaglandins. The clinical relevance of the *in vitro* and *ex vivo* measurements of the relative inhibitory activities of nonselective and selective NSAIDs must be carefully examined. Variables such the shape of the dose-response curve, the pharmacokinetic properties of the NSAID, the drug level in the blood plasma, and the distribution and binding to the plasma protein must be taken into account.[165]

### 1. Celecoxib

Celecoxib was the first of a family of NSAIDs that selectively inhibits cyclooxygenase 2[172,173] (Table 1). The chemical composition of this compound is 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benzene sulfonamide. Celecoxib belongs to the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors and is also known as SC-58635 and Celebrex. It is an analog of SC-236, which was an early structural lead that exhibited an unacceptably long plasma half-life.[172] Celecoxib displays classic competitive kinetics on COX-1 and an initial competitive interaction with COX-2.[108] However, this is later followed by inactivation of COX-2 (IC50=0.003-0.006 $\mu M$).

In the carrageenan rat footpad model of acute inflammation celecoxib was as efficacious as ketorolac in reversing the hyperalgesia response and returning the paw edema to normal.[68] In the phase III clinical trials celecoxib demonstrated efficacy as an antiinflammatory agent. Celecoxib effectively alleviates the signs and symptoms of rheumatoid arthritis and osteoarthritis. The oral therapeutic use of the drug was associated with a considerably lower rate of gastroduodenal injury than is seen commonly with nonselective NSAIDs.[174] Other studies reported similar findings. A case in point, in a 1-week endoscopic study of the effect of celecoxib on the gastrointestinal mucosa no ulcers were observed in subjects receiving celecoxib or placebo. In comparison, 19% of subjects receiving naproxen developed gastric ulcers.[175] The effects of celexocib on platelets were investigated in osteoarthritis and rheumatoid arthritis efficacy trials, lasting 2 and 4 weeks, respectively. These trials brought to light that naproxen but not celecoxib caused a significant reduction in platelet aggregation and a significant increase in bleeding time. In addition, a 10-day double-blind, randomized, placebo-controlled study conducted in 24 healthy adults verified that celecoxib (600 mg bid) did not interfere with normal mechanisms of platelet aggregation and hemostasis.[176]

Another favorable finding is that animal experiments suggest that celecoxib may not interfere with human wound healing. In a murine model of wound collagen deposition 10 mg/kg of naproxen but not of celexocib significantly

463

decreased collagen deposition at the wound site.[177] Furthermore, celecoxib had no significant effect on wound fluid PGE2 levels.

Celecoxib is effective in inhibiting carcinogeneses in animal experiments. It reduces the incidence of colon tumors and suppresses overall azoxymethane (AOM)-induced tumor burden in F344 rats.[178] Celecoxib inhibited AOM-induced colon tumorigenesis when it was administered continuously before, during, or after carcinogen treatment.[179] As another example, UV-exposure in hairless nude mice increased COX-2 levels and induced tumors of the skin. When such mice were fed 500 ppm or 150 ppm of celecoxib there was a dose-dependent reduction of 89% and 60%, respectively, in the tumor yield. In comparison, 4 ppm of indomethacin reduced the tumor yield by 78%.[180]

In four phase II trials, celecoxib (then known as SC-58635) was well tolerated, with a safety profile similar to that of placebo.[181] The first two trials consisted of a 2-week osteoarthritis efficacy trial and a 4-week rheumatoid arthritis efficacy trial. They established celecoxib dosage levels that were consistently effective in treating the signs and symptoms of arthritis and were distinguished from placebo on standard arthritis scales. In a 1-week endoscopic study of the effects on the gastrointestinal mucosa, no ulcers occurred in subjects receiving celecoxib or placebo. In comparison, 6 of 32 subjects receiving the nonselective NSAID naproxen developed gastric ulcers. Finally, a 1-week study of effects on platelet effects revealed no meaningful effect of celecoxib on platelet aggregation or thromboxane B2 levels. In comparison, aspirin caused significant decreases in platelet aggregation and thromboxane B2 levels.

Celecoxib has been approved by the Food and Drug Administration (FDA) for the treatment of and rheumatoid arthritis and osteoarthritis[182] and for the treatment of familial adenomatous polyposis.

### 2. Meloxicam

Meloxicam is a selective COX-2 inhibitor[3] of the enol-carboxamide class.[183] Results from a randomized crossover study of 14 healthy female volunteers showed that meloxicam 7.5-mg per day is COX-1 sparing *in vivo*.[184] In the study, the effects of meloxicam were compared with the effects of indomethacin. The volunteers were given indomethacin 25 mg three times per day for 3 days or meloxicam 7.5 mg per day for 6 days. There was a 5-day washout period. Recorded parameters were obtained on the day before treatment and on the last day of each treatment period. Indomethacin but not meloxicam significantly inhibited the maximum platelet aggregation. Thromboxane B2 (TXB2) formation in response to 1.0 m$M$/L arachidonic acid *in vitro* was significantly inhibited. Meloxicam caused no significant alteration in urinary PGE2 excretion. However, there was a 22% ($p < 0.05$) reduction in the index metabolites of 24-h renal and total body PGE2 synthesis, as measured by gas chromatography combined with tandem mass spec-

trometry. In contrast, indomethacin induced a significant 43% percent reduction of urinary PGE2. It caused a significant 36% reduction of the index metabolites PGE-M (7 alpha-hydroxy-5,11-diketo-tetranor-prosta-1, 16-dionic acid).[184]

Meloxicam significantly inhibits colony growth of HCA-7 and Moser-S colon cancer cells *in vitro*. Both of these cell lines express COX-2. However, meloxicam exerts no effect on HCT-116 colon cancer cells, which as noted do not express COX-2.[185] Selective COX-2 inhibitors not only reduce *in vitro* cancer cell proliferation but can also inhibit the growth of cancer cells xenografted into animals. For example, when HCA-7 cells and HCT-116 cells were xenografted into nude mice, meloxicam suppressed tumor formation by the COX-2-positive HCA-7 cells by up to 90% (Table 5). However, tumor growth induced by the COX-2-negative HCT-116 cells was not affected by the COX-2 inhibitor.[186] The fact the HCT-116 cells were not affected by meloxicam is an unexpected observation, because others have shown that meloxicam can behave as an uncoupler of oxidative phosphorylation.[138]

In experimental arthritis, long-term meloxicam treatment ameliorated the severity of Freund's adjuvant-induced arthritis without inducing any apparent lesion of the gastric mucosa.[187] European clinical data for meloxicam suggest that COX-2 can provide an advantage over nonselective NSAIDs in terms of gastrointestinal tolerability.[188] Meloxicam is presently undergoing Phase III clinical trials for the treatment of osteoarthritis and rheumatoid arthritis.[182]

## 3. Rofecoxib

Rofecoxib is also known as Vioxx or MK-0966. The chemical composition of this compound is 4-(4'-Methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone. The *in vitro* selectivity of rofecoxib has been characterized using Chinese hamster ovary (CHO) cell lines that express either human COX-1 or COX-2.[189] In the *in vitro* assay rofecoxib showed more that an 800-fold COX-2 selectivity compared with COX-1.

To estimate the clinical analgesic effects of rofecoxib, the compound was administered to patients with dental pain. The study was a double-blind, parallel-group study comparing the effects of rofecoxib with ibuprofen and placebo in a group of 102 patients.[189] All treatment cases experienced significantly greater pain relief than placebo. The total pain relief during the 6 h after the administration of the NSAIDs was comparable for rofecoxib (50 mg and 500 mg) and ibuprofen (400 mg).

The *in vivo* effect of rofecoxib was then measured by comparing the effects of single oral doses of the selective inhibitor with single oral doses of indomethacin in human subjects. *Ex vivo* COX-isoform specific assays were employed. They consisted of serum thromboxane B2 (TXB2) measurements and lipopolysaccharide-induced whole blood prostaglandin E2 measurements for COX-1 or COX-2 activity, respectively.[189] The measurements showed that rofecoxib at oral doses of up to 1000 mg inhibited COX-2 without causing a perceptible inhibition of COX-1.

**465**

**TABLE 5**
Effect of the Selective COX-2 Inhibitors SC-58125 and Meloxicam on Tumor Formation by COX-2-Positive and COX-2-Negative Cancer Cell Xenografted into Nude Mice

| NSAID | CELL LINE | GRAFTED INTO | COX-2 EXPRESSION | EFFECTS | REF. |
|-------|-----------|--------------|------------------|---------|------|
| SC-58125 | HCA-7 | Nude mice | COX-2 positive | 85-90% reduction in tumor formation | (186) |
| SC-58125 | HCT-116 | Nude mice | COX-2 negative | No effect on tumor formation | (186) |
| Meloxicam | HCA-7 | Nude mice | COX-2 positive | 51% reduction in tumor size after 4 weeks | (185) |
| Meloxicam | HCT-116 | Nude mice | COX-2 negative | No effect on tumor growth | (185) |

466

Rofecoxib and indomethacin caused a dose- and concentration-dependent inhibition of LPS-stimulated PGE2 synthesis, showing concentrations estimated to produce 50% inhibition (IC50) of 0.77 $\mu M/L$ and 0.33 $\mu M/L$, respectively. Indomethacin inhibited thromboxane B2 formation with an IC50 of 0.14 $\mu M/L$; however, even at doses up to 1000 mg of rofecoxib no inhibition of TXB2 was observed.[189]

Rofecoxib have been approved by the FDA for the treatment of osteoarthritis.[182]

## 5. NS-398

NS-398 *is reported to be highly specific for COX-2.*[190] In an *in vitro* comparison study between the nonselective NSAID indomethacin and the COX-2 selective inhibitor NS-398, both showed antiproliferative effects on the MKN45 gastric and the CaCo-2 colon cancer cell lines that express high levels of COX-2.[191,192] However, neither drug exerted a significant effect on the proliferation on two other cancer cell lines, KATOIII and MKN28, that expressed low levels of COX-2. The three cell lines express similar levels of COX-1 mRNA. Cell proliferation was measured using cell counting and $^3$H-thymidine uptake. The protein levels of COX-2 in the three cell lines was measured by Western blot analysis, and the mRNA levels of the two enzyme isoforms examined by Northern blot analysis.

NS-398 reduces the incidence of colon tumors and can suppress overall azoxymethane-induced tumor burden in the F344 rat.[193] NS-398 enhances apoptosis in LNCaP prostate carcinoma cells. It down-regulates the expression of the antiapoptotic protein Bcl-2[194] and increases apoptosis of colon carcinoma cells such as Colo320, THRC, and S/SK cells,[195] and HT29 cells.[195] Selective inhibition of COX-2 with NS-398 increases apoptosis of THRC and Colo320 cells up to ninefold compared with nonsupplemented cells.[126] Remarkably, despite the fact that the S/SK cells do not express detectable levels of COX-2, the NS-398 inhibitor induces apoptosis in such cells as well.[195]

One possible explanation for the NS-398-induced apoptosis in COX-2-negative cells could be that some selective COX-2 inhibitors might bring about apoptosis through other pathways that differ from the inhibition of the enzymatic activity of COX-2.[72] As an example, such an effects has been reported for the nonselective NSAIDs ibuprofen, which inhibits oxidative phosphorylation (OXPHOS).[5] This NSAID harbors a carboxyl group, which interferes with OXPHOS at micromolar concentrations *in vitro*.[196] The carboxylic group acts as a proton translocator, reduces the mitochondrial internal membrane potential, and reduces adenosine triphosphate (ATP) generation.[135] Yet another possibility is suggested by very recent findings on the effect of aspirin. In this new pathway aspirin blocks the nuclear transcription factor kappaB (NF-κB) that regulates the expression of a number of genes, including COX-2.

NS-398 concentration dependently suppresses PGE2 synthesis and proliferation in an OSC-2 esophageal carcinoma cell line, which expresses COX-2 but not COX-1.[100] Interleukin-1β-induces COX-2 expression and PGE2 synthesis, which inhibits insulin secretion in pancreatic β-cells. The PGE2 binds to the prostaglandin receptor EP3 subtype whose post-receptor effect is to reduce adenyl cyclase activity and, accordingly, insulin secretion.[197] The role of COX-2 in this process was demonstrated by the use of NS-398 to selectively inhibit COX-2 and observing an increase in insulin secretion as the PGE2 level in the pancreatic cells was reduced.

## 6. Nabumetone

A study in male Sprague-Dawley rats on 1,2-dimethylhydrazine-induced colon cancer detected no inhibitory effect of nabumetone on cancer initiation.[198] The carcinogen-induced development of aberrant crypt foci was used as a surrogate biomarker of carcinogenesis. Similarly, neither sodium salicylate nor indometha-cin or 16,16-dimethyl-prostaglandin affected cancer initiation by 1,2-dimethylhy-drazine. However, aspirin significantly, although reversibly, suppressed the devel-opment of aberrant crypt foci.

In contrast, oral administration of nabumetone significantly reduces *N*-methyl-*N*-nitrosourea (MNU)-induced mammary carcinogenesis in female Sprague-Dawley rats.[199] At 50 days of age the rats were given MNU by subcutaneous injection. From age 8 weeks to 25 weeks the diet was supplemented with 0.03% nabumetone. At necropsy, both the incidence and multiplicity of tumors in the treated group were significantly smaller than in a control group of rats given the same diet but without nabumetone. Furthermore, nabumetone treatment of C3H/HeJ mice bearing squa-mous cell carcinoma caused a significant inhibition of tumor growth and final tumor weight.[200] At necropsy, inflammatory cell infiltrates in tumor tissue, and the level of PGE2 in tumor tissue homogenates was significantly elevated. Nabumetone has shown improved tolerability in clinical trials and postmarketing surveillance.[201]

## 7. Etodolac

The use of gastroduodenal endoscopy showed that the administration of etodolac, or placebo, to healthy dogs produced significantly fewer gastroduodenal lesions than in dogs receiving buffered aspirin.[202] To investigated the efficacy of the analgesic effects of etodolac a single 1200 mg dose of extended release etodolac was given once a day to relieve pain in patients following oral surgery. Etodolac provided substantial efficacy for 13 hours after dose and modest effect through 24 hours after dose.[203] Moreover, compared with nonselective NSAIDs the COX-2-selective etodolac showed improved tolerability in clinical trials and postmarketing surveillance.[201]

### 8. Flosulide

Flosulide in a concentration-dependent manner suppresses PGE2 synthesis and proliferation in an OSC-2 esophageal carcinoma cell line, which expresses COX-2 but not COX-1.[100]

### 9. SC-58125

SC-58125 exhibits a high degree of selectivity of COX-2 over COX-1. This compound causes time-dependent, irreversible inhibition of COX-2. It reversibly inhibits COX-1. The reasons for this selectivity was established using site-directed mutagenesis of the active site of COX-2.[204] It was established that a single amino acid substitution of valin with isoleucin at position 509 is sufficient to confer COX-2 selectivity for SC-58125, SC-236, and NS-398. In contrast, the substitution at position 509 at the active site of COX-2 had no effect on the nonselective NSAID indomethacin. In the animal model of acute inflammation carrageenan was injected into the footpad of the rats and produced edema accompanied by marked accumulation of COX-2 mRNA and thromboxane.[205]

SC-58125 inhibited serum-stimulated cell proliferation and inhibited PGE2 formation in the IEC-18 continuously proliferating rat small intestinal cell line and the WB-2054 mouse colon cancer cell line.[206] However, the reduction in PGE2 production by the cultured cells did not correlate with the inhibition of proliferation caused by the addition of the selective COX-2 inhibitor, indicating that the two processes were unrelated in these experiments.[206] SC-58125 inhibits COX-2, reduces PGE2 synthesis, down-regulates Bcl-2, and induces apoptosis of prostate carcinoma LNCaP cells in vitro.[194]

### 10. Nimesulide

The use of three-dimensional models and docking studies revealed that the COX-2 selectivity of nimesulide is due to an enlarged binding site around the amino acid isoleucine at position 523 in COX-2. In comparison, COX-1 possesses the amino acid valine at the same position.[207] The larger biding site permits nimesulide to establish a number of favorable contacts with the enzyme that leads to selective inhibition of COX-2.[207,208]

In vivo observations show that nimesulide provides antiinflammatory efficacy similar to that of naproxen while causing significantly less gastrointestinal injury.[209] Naproxen but not nimesulide suppressed arachidonic-acid-mediated platelet aggregation. Nimesulide and naproxen reduced serum thromboxane B2 by 29 and 98%, respectively. During the treatment period naproxen and nimesulide reduced the levels of prostanoids (PGE2 and 6-keto-PGF1a) of the gastric mucosa by 80 and 20%, respectively. In a rat model, nimesulide at 15 mg/kg, a dose

469

approximately equipotent to the indomethacin dose, caused no sign of uncoupling of mitochondrial oxidative phosphorylation.[141] In comparison, others have reported that nimesulide can uncouple oxidative phosphorylation.[138,210] In the chemical carcinogenesis model, nimesulfide suppressed azoxymethane (AOM)-induced colon tumor formation.[211]

## 11. JTE-522

JTE-522 (4-(4-cyclohexyl-2-methyloxazol-5-yl)-2-fluorobenzenesulfonamide) is a selective, irreversible inhibitor of human cyclooxygenase-2.[212] In the washed human platelet assay for COX-1 inhibition, the IC50 value was 6210 n$M$. In the human peripheral blood mononuclear cell assay for COX-2 inhibition, the IC50 value was 15.1 n$M$.

In the animal model JTE-522 reduces the tumor load induced by injection of cancer cell expressing high levels of COX-2.[213] Two different murine colon cancer cell lines were injected into the tail of BALB/c mice. One cell line constitutively expressed high (H cells) and the other cell line low (L cells) COX-2 protein levels. Treatment of the mice with the JTE-522 compound significantly reduced the number of lung metastatic nodules in the mice receiving H-cells but not in the group of animals receiving L-cells.

## 12. Miscellaneous

Several analogs of flurbiprofen have been developed that have up to 78-fold selectivity for COX-2 over COX-1.[214] During the development, computer modeling of the X-ray crystal structures of cyclooxygenase isoforms revealed a small alcove in the active COX-2 site. The difference is produced by different position of the Leu384 side chain between the two isoforms.

Some data indicate that depression in glomerular filtration rate (GFR) induced by nonselective NSAIDs is due to inhibition of COX-1, but that acute sodium retention by NSAIDs in elderly patients is mediated by the inhibition of COX-2.[215] For instance, the inhibition of COX-2 by MK-966 (rofecoxib) that selectively inhibits the type-2 isoform caused a clinically insignificant retention of sodium. However, the effect was transient and the GFR was not affected. In contrast, indomethacin caused a decline if GFR.

## VI. MOLECULAR PATHOLOGY

The up-regulation of COX-2 expression in neoplasia is characterized by a variety of abnormalities of COX-2 induction, lack of proper inhibition, and aberrations in

regulatory feedback loops.[6] Abnormalities of chromosome region 1q21-32 have been associated with neoplasia.[216] For instance, trisomy for band 1q25 was detected in all of 35 patients with hematological malignancies, either acute leukemia, polycytemia vera, or myelofibrosis.[217] Chromosome 1 trisomy might hypothetically cause overexpression of COX-2; however, no experimental evidence of any trisomy causing COX-2 overexpression has been reported. Moreover, there is presently no evidence of any mutation at 1q25 causing elevated COX-2 expression in cancer. Nevertheless, when the human HT29 cl.19A adenocarcinoma cell line was investigated in tissue culture, COX-2 was expressed even in the absence of classic exogenous stimulators such as fetal bovine serum or IL-1β. However, genetic studies failed to detect any mutation of the COX-2 promoter in this adenocarcinoma cell-line.[218] Therefore, the up-regulated inducer of COX-2 in this tumor line remains to be identified.

No mutation of the COX-2 gene was detected in the attenuated (A) form of APC (AAPC).[219] Such patients have fewer colorectal polyps and their colorectal cancers occur later in life than in regular APC patients. The numbers of polyps vary significantly among patients carrying identical AAPC mutations. It has been proposed that a loss of function of COX-2 might result in a decreased tumor burden in the AAPC patients who develop only very few colorectal polyps.[219] However, because no mutation of the COX-2 gene was detected, it is apparent that alleles of another gene modify the expression of the APC disease phenotype.

## A. Transfection Experiments

Gene transfection experiments provide compelling evidence that the expression of COX-2 plays an important role in carcinogenesis, particularly of colorectal cancer. Several transfection experiments have demonstrated a role for cyclooxygenase in both cell proliferation and in apoptosis and have demonstrated the induction of growth factors and receptors. As an example of the effect on cell proliferation, transfection of the COLO 320DM human colon carcinoma cell line by either a COX-1 or a COX-2 eukaryotic expression vector very nearly doubles the growth rate compared with mock transfected cells.[220] Remarkably, either expression vector considerably increases EGF receptor (EGFR) levels in the transfected cells. As an example of the effect of expression of the COX-2 gene and COX protein on apoptosis, experimental overexpression of COX-2 in permanently transfected rat intestinal epithelial (RIE) cells led to phenotypical alterations typical of malignant cells.[52] In the experiment, a COX-2 expression vector oriented in the sense direction was introduced into RIE cells. Introduction of the vector elevated the levels of COX-2 mRNA and COX-2 protein in the cells. The cellular level of the antiapoptotic protein Bcl-2 was also elevated. Programmed cell death was reduced and the cells resisted butyrate-induced apoptosis. Sulindac sulfide, as well as one of its metabolites, sulindac sulfone, inhibits such transfected RIE cell growth by markedly increasing apoptosis (128). However, as noted above, sulindac sulfone essentially lacks

prostaglandin synthesis inhibitory activity. Nevertheless it strongly induces apoptosis of the cells pointing to an alternate mechanism not dependent upon COX-2 inhibition.[128] In addition, in the transfected RIE cells the level of the TGF-β type II receptor (TGF-βRII) decreased and the level of E-cadherin, a principal protein in cell adhesion, became undetectable. The loss of cadherin might be important, because it has been demonstrated that loss of cadherin function in a neoplasm results in rapid progression of adenoma to invasive, metastatic carcinoma.[221]

It is quintessential to distinguish that some findings demonstrate that there is overlap between COX-1- and COX-2-induced pathophysiologies when either of them is overexpressed by transfection of immortalized cells. This is in contrast to the findings in normal cells where the isoforms of cyclooxygenase appear to have separate locations and functions.[50] For example, in human endothelial cells COX-1 functions predominantly in the endoplasmic reticulum (ER), while COX-2 in addition functions in the nuclear envelope. Similar findings have been reported for bovine endothelial cells and murine 3T3 adipocytes.[65] In contrast, in immortalized endothelial cells transfected with COX-1 high levels of COX-1 protein were observed in both the endoplasmic reticulum and the nucleus.[222] Such cells proliferate aggressively and form tumors when xenografted to athymic nude mice, and indomethacin does not inhibit the growth of the COX-1-induced tumors. These observations suggest that the COX-1 protein may have a nonprostanoid, nuclear function in the tumor cells.[222] It is not known what function cyclooxygenase isoforms might serve in the nucleus. However, the isoforms contain EGF domains that could hypothetically induce genes involved in cell proliferation.

Further similarities between COX-1- and COX-2 overexpression have been observed. For instance, as another interesting observation, and resembling the results of transfection with either a COX-1 or a COX-2 vector,[223] the EGFR levels were increased in TGF-α-stimulated cells and the mitogenesis was enhanced.

In this context it is also interesting to note that 5-lipoxygenase, another arachidonic acid metabolizing enzyme, has been detected in the nucleus as well.[224] It suggests that enzyme molecules might contain domains that interact with regulatory regions of the nuclear DNA. However, it has also be reported that the subcellular localization of 5-lipoxygenase is cell type dependent.[225] It is found in the nucleus of rat basophilic leukemia cells, but in resting rat peripheral neutrophils the enzyme is located in the cytoplasm. Regardless of initial location, after activation, the enzyme locates to the nuclear envelope and the enzymatic activity of 5-lipoxygenase appears to take place in the nuclear envelope. Cytosolic phospholipase A2 (cPLA2) liberates arachidonic acid from the nuclear membrane lipids, which is then converted to leukotrienes by 5-lipoxygenase.[226]

## B. Gene Knockout Models

COX-2 null mice develop renal anomalies and suffer from progressive deterioration of kidney function with age and a reduced life span. Surprisingly, while COX-2

is considered of central importance in inflammation, COX-2-null mice show no innate gastrointestinal pathology and are able to mount an inflammatory response.[227] However, they are susceptible to peritonitis and they develop severe nephropathy. It has been argued that gene disruption during the development *in utero* is probably different from COX-2 inhibition in an adult patient with fully developed tissues.[228] Nevertheless, these findings in COX-2 gene knockout mice have raised significant questions of potential adverse renal effects of long-term COX-2 inhibition in humans.

Surprisingly, immortalized, nontransformed cells derived from wild-type COX-2-deficient mice increased their PGE2 synthesis in response to stimulation with IL-1α, TNF-α, acidic fibroblast growth factor, and phorbol myristate acetate (PMA).[229] In such cells, IL-1α upregulated the expression of cytosolic phospholipase A2 (cPLA2) that mobilizes the substrate for COX-2. It has been suggested that compensatory mechanism that increases the expression of COX-1 in the COX-2 null cells overcomes defects in the COX-2-regulated prostaglandin synthesis pathways.[229] An alternative interpretation could be that a third form of cyclooxygenase is present, as suggested by Simmons et al.[230] The findings that some COX-2 selective inhibitors can inhibit growth of cells lacking detectable COX-2 might also point to an alternate form of cyclooxygenase

COX-2 is essential for successful ovulation and uterine implantation.[231] A fundamental role for COX-2 in these reproductive functions in mice was found by disruption of the COX-2 gene, which rendered the mice infertile.[232] COX-2(-/-) mice fail to ovulate, and if left untreated, they are sterile. However, treatment of COX-2-null mice with gonadotropin supplemented either with PGE2 or IL-1β restores ovulation comparable to that in COX-2(+/+) (wild-type) mice.[233] Aside from PGE2, some findings point to prostacyclin PGI2 as the primary prostanoid that is essential for blastocyst implantation and decidualization.[234] The effect of PGI2 is most likely mediated through interaction with the peroxisomal proliferator-activated receptor (PPAR).

A study of the periimplantation mouse uterus revealed that ovarian steroids regulate the COX-1 gene. However, the implanting blastocyst regulates expression of COX-2.[92] In addition, it was established that human chorionic gonadotropin stabilizes COX-2 transcripts during differentiation of human endometrial stromal cells into decidua.[235] Furthermore, COX-2 has been detected in the *vas deferens where it is induced by androgen. Such involvement of COX-2 in the male reproductive function is an important finding, because the prostaglandins produced may play a role in erection.[236] However, if selective COX-2 inhibition causes impotence is not yet known.

Surprisingly, mice homogeneous for COX-1 deficiency survive well and without gastric pathology.[237] Despite the lack of measurable amounts of COX-1 in the gastric mucosa such mice showed no increase in gastroduodenal ulcer development. Remarkably, they developed less indomethacin-induced gastric ulceration when compared with mice with intact COX-1 genes, even though their gastric prostaglandin E2 levels are only about 1% of the wild type. It has been proposed that these results in COX-1 null mice question the concept of 'cytoprotective' prostaglandins and a role for NSAID-induced COX-1 inhibition in the pathogenesis of gastric injury.[238,239]

In normal mice, the COX-1-derived prostaglandin level is maximal on day four of pregnancy.[240] In a study on implantation in COX-1 knockout mice (-/-) the uterine prostaglandin concentration and vascular permeability were reduced, but by less than the expected amount. Further investigation revealed that COX-1-null uteri expressed COX-2 on the morning of day four, when this isoform is normally absent. The data suggest that a compensatory mechanism exist to induce COX-2 and COX-2 expression in the COX-1(-/-) mice. Such a mechanism could replace the missing prostaglandin synthesis caused by the absence of COX-1.[240] The COX-1-null mice are fertile but have decreased pup viability.[233]

## C. Apoptosis

COX-2 expression induces resistance to apoptosis in many different cell types,[241,242] for example, in breast cancer, and cancer of the colon (Figure 7). As pointed out by Sheng et al.,[243] several findings argue for an important role of COX-2 in regulating apoptosis in colorectal cancer. First, as shown above, the forced expression of COX-2 leads to the inhibition of apoptosis of intestinal epithelial cells *in vitro*. Second, the growth of xenografted HCA-7 human colon cancer cells that express COX-2 is inhibited by selective COX-2 inhibitors. However, COX-2-negative HCT-166 cells are not inhibited *in vitro* and form tumors when xenografted into nude mice. Third, supplementation of the cultured colon cancer cells with PGE2 increases clonogenicity of HCA-7 but not of HCT-166 cells. Fourth, the COX-2 inhibitor SC-58125 decreases HCA-7 cell colony formation in monolayer cultures. However, the inhibition is reversed by PGE2 supplementation. Fifth, in monolayer culture of the HCA-7 cell line supplementation with PGE2 induces the antiapoptotic Bcl-2 expression. However, the expression of the proapoptotic proteins Bcl-x or Bax is not affected.[243]

Sulindac derivatives were found to cause growth inhibition and to induce apoptosis of malignant prostate cell lines.[244] Remarkably, the effect occurred irrespective of increased expression of Bcl-2 or of androgen sensitivity. When it was tested in an *in vitro* enzyme assay, one of the compounds, CP248, did not inhibit either of the cyclooxygenase isoforms even at concentrations of up to 10 n$M$. Marked inhibition of prostate cancer cell growth was observed at an IC50 for this compound of 64 n$M$. In contrast, normal human prostate epithelial cell lines were resistant to induction of apoptosis by CP248 at concentrations up to750 n$M$.

Some findings found an association between elevations of Cox-2 and apoptosis. As examples, COX-2 but not COX-1 mRNA expression was elevated after hippocampal colchicine injection in rats.[245] COX-2 expression preceded the development of morphological features of apoptosis, which exhibited a similar anatomical



FIGURE 7

475

distribution. Similarly, *apoptosis in serum-deprived mouse P19 embryonal carci-noma cells followed COX-2 induction by 12 h.* In contrast, COX-2 expression in neoplastic cells results in enhanced proliferation and increased resistance to apoptosis,[241] for instance, in transformed mammary epithelial cells,[242] and in colon cancer cells.[126] *In vitro,* indomethacin induces apoptosis of Colo320, THRC, and S/SK colon carcinoma cells.

The role of the tumor necrosis factor alpha in tumor cell apoptosis by regulat-ing COX-2 expression may be cell specific. For instance, TNF-$\alpha$ induces the nuclear factor (NF)-kappaB (NF-$\kappa$B) transcription factor and COX-2 both in the HT-29 colonic epithelial cell line[246] and in rat aortic smooth muscle cells.[28] In the HT-29 cells, induction of COX-2 by TNF-$\alpha$ could be prevented by the introduction of an adenoviral vector harboring the NF-$\kappa$B super-repressor Ad5I$\kappa$B.[246] In con-trast, the induction of NF-$\kappa$B in the aortic smooth muscle cells could be blocked by the calpain inhibitor I, a strong NF-$\kappa$B inhibitor.[28] However, in these cells *transcription of the COX-2 gene was not inhibited by the inhibition of NF-$\kappa$B,* indicating that TNF-$\alpha$-induced transcriptional regulation of COX-2 expression in the smooth muscle cell does not depend on NF-$\kappa$B.


## D. Angiogenesis

New blood vessel formation provides the blood supply required for the growth of many tumors. The new angiogenic endothelial cells in the tumors *synthesize COX-2. In contrast, normal blood vessels express the COX-1 en-zyme.* This difference was exploited using the selective COX-2 inhibitor SC-236 to inhibit new vessel formation in a mouse corneal angiogenesis model.[247] Implanting a Hydron pellet containing basic fibroblast growth factor induced corneal angiogenesis. SC-236 was antiangiogenic at doses of 1 to 6 mg/kg/d. In contrast, SC-560, a COX-1-selective inhibitor, was ineffective at doses up to 10 mg/kg/d.

Synthesis by COX-2 of the precursor for the formation of prostanoid throm-boxane A2 (TXA2) is essential for experimental fibroblast growth factor (FGF)-induced corneal angiogenesis.[248] The angiogenesis is inhibited not only by COX-2-selective inhibition, but also by the TXA2 receptor antagonist SQ29548. Furthermore, in the presence of a COX-2-selective inhibitor, the TXA2 agonist U46619 restores angiogenesis.

A model system of rat sponge implants was used to investigate the role of *COX-2 in angiogenesis as* determined from the concentration of hemoglobin in the sponge granuloma tissues. Angiogenesis gradually increased over a 2-week experi-mental period.[249] Treatment for 4 days with topical injections of human recombi-nant, basic fibroblast growth factor (100 or 1000 ng/sponge/d), enhanced angio-genesis. Similar effects were obtained using human recombinant epidermal growth factor. Immunostaining for COX-2 was enhanced by the treatment and mainly

# Plaintiffs' Response re FOSSLIEN

# Footnote 2C of 28

observed in the endothelial cells of the newly formed capillaries and in the fibroblasts of the granuloma capsule. Inhibition of COX-2 by either a specific COX-2 inhibitor NS-398 or the nonselective inhibitor indomethacin reduced the angiogenesis to the levels observed without growth factor supplementation.[249]

These examples of the antiangiogenic activity a COX-2 inhibitor demonstrate the therapeutic potential for inhibition of human cancers through inhibition of tumor-induced neovascularization.

## E. Effects of PGE2 Synthesis in Neoplasia

### 1. PGE2 is Immunosuppressive

PGE2 itself is immunosuppressive and can assist cancer cells in subverting *the immune system of the host. As an example, such escape from* immunosurveillance has been demonstrated in mice bearing syngeneic tumors. The mice become increasingly immunodepressed during growth of the tumor. They become defective on both cellular and humoral immunity and immuno- logically unresponsive to the sheep erythrocyte.[250] There was suppression of the response of spleen cells to stimulation by tumor cells. An *in vitro* test system comprising cultures of spleen cells and sheep erythrocytes was used to investigate the mechanism of immunosuppression. Adding syngeneic tumor cells to the cultures resulted in suppression of the antibody response. In- domethacin and aspirin retarded tumor cell growth *in vitro* and blocked the *in vivo* immunosuppression. Several different cell lines were tested with this *in vitro* system, and all were found to subvert the immune response.[251] For example, MC16 tumor cells were induced by methycholanthrene (MCT) in C57BL/6J mice, and it was established that the tumor cells contained and secreted PGE2.[252] As the MCT-induced tumor grew the mice became unre- sponsive to sheep red blood cells. However, when mice with such tumors were treated with indomethacin, they responded normally with production of anti- bodies to the sheep red cells.

It has been suggested that the tumor synthesis of PGE2 represents a response of the tumor to challenge by effector lymphocytes.[253] This opinion was based on findings of the effect of lymphocytes on cell lines derived from carcinogen-induced bladder and breast cancer, and from embryo fibroblasts in Fisher rats. The cells were exposed to splenic or peripheral blood lymphocytes with or without supplementation with indomethacin at a concentration of $10^{-7}\,M$. Analysis by radioimmunoassay of the culture supernatant showed that PGE2 production peaked at 8 h. It was dependent on the number of lympho- cytes and was partially inhibited by indomethacin. The contribution to PGE2 levels in the supernatant by the lymphocytes was minimal as established by *preincubation studies.*[253]

477

### 2. Immunization Against PGE2

Further findings in support for a role of PGE2 in tumor cell escape from immunosurveillance was obtained using immunization against PGE2.[254] The mitogenic response of spleen cells from C57B1/6 mice immunized against PGE2 and bearing Lewis lung carcinoma was observed *in vitro* and compared with the response of normal spleen cells. Supplementation by PGE2 suppressed the mitogenic response to concanavalin A (Con A) of both type of cells. The assay revealed that the mitogenic response of the immunized mice was only partially suppressed. In a second assay the random migration in the presence of PGE2 of normal macrophages and macrophages from the immunized mice were observed. Macrophages from the immunized mice supplemented with PGE2 behaved the same as that of normal macrophages cultured in the absence of PGE2. In contrast, the random migration of macrophages from the immunized mice cultured in the absence of PGE2 was enhanced. Tumor growth in immunized Lewis lung carcinoma (LCC)-bearing mice was reduced compared to LLC-bearing mice administered a placebo.[255]

In another study of LCC cells from immunized tumor-bearing C57BL/6 mice, it was observed that indomethacin only partially reduced the tumor immunosuppressive effect of the tumor cells.[256] It was concluded that prostaglandin may possibly only be one of several variables that determines the immunosuppression exerted by the tumor cells. One possibility is perceptible from a study of the role of macrophages in the tumor. For instance, syngenic-tumor-activated host macrophages that infiltrate tumors may augment the level of immunosuppression in the host by producing large amounts of PGE,[257] an important activator of suppressor T lymphocytes.

### 3. PGE2 and Growth

The *in vitro* growth of LLC cells correlates with the PGE2 concentration in the supernatant.[258] Importantly, in the C57BL/6 mice with implanted LCC cells the administration of exogenous PGE2 or oral indomethacin have opposite effects on the frequency of tumor establishment, growth, and metastasis. PGE2 enhances and indomethacin reduced the malignant behavior. Without any medication *in vivo*, the systemic level of PGE2 increases as the tumor grows.[258]

### 4. PGE2 and Interaction between Cancer Cells and Stromal Cells

Recent experiments point out significant, prostaglandin mediated interactions between MMT mouse mammary tumor cells and the adjacent stroma.[259] When conditioned medium from MMT cells were added to cultures of human fibroblasts derived from skin and breast tissues, it stimulated the production of hepatocyte

478

growth factor that strongly enhanced urokinase-type plasminogen activator activity and invasion of MMT cells through Matrigel (Figure 8). The purified active factor in the conditioned medium that induced the synthesis of the hepatocyte growth factor proved to be prostaglandin E2 (PGE2). Therefore, as expected, treatment of MMT cells with indomethacin abolished the stimulatory effect by the conditioned medium on the synthesis of the hepatocyte growth factor by the stromal fibroblasts. During co-cultivation with fibroblast in the lower and MMT cell in the upper Matrigel chamber, the hepatocyte growth factor level was higher than in cultures with stromal cells alone. Correspondingly, the co-cultivation with the fibroblast enhanced the invasion of the MMT cells. These effects were abolished when indomethacin or an anti-PGE2 antibody was added to the culture system. This positive feedback system formed by tumor cells and stromal cells might be crucial to tumor growth.

### 4. Tumor Cell Migration

A causative role for PGE2 in tumor migration and dissemination was observed in murine EL4 leukemia cells.[260] EL4 cells contain and secrete PGE2 into the culture media *in vitro* and into plasma when grown in the peritoneum of inbred C57BL/6 mice. The migration of tumor cells out of a glass capillary tube into the surrounding medium was employed as an *in vitro* model of tumor spread in the mouse. Supplementation of the cultured cells with PGE2 enhanced the extent of cell migration. However, indomethacin reduced migration. Similar results were obtained when EL4 cells were implanted into C57BL/6 mice. Indomethacin-treated mice showed reduced PGE2 in the tumor and a reduced ability of the tumor to disseminate.

### 5. Macrophages

The role of macrophages in tumor metastasis was investigated using a similar *in vitro* model migration assay.[261] As above, the rate of migration of the tumor cells out of the glass capillary tube was used to estimate the effects of cell migration by macrophages harvested from different sources. Macrophages obtained either from LLC tumors of C57BL/6 mice increased tumor cell migration corresponded to their secretion of PGE2, and the effect could be inhibited by indomethacin. These findings verify prior suggestions,[257] that macrophages can amplify tumor-induced prostanoid-mediated immunosuppression of the host.

### 6. Tumor Aggressiveness

There is evidence that the responsiveness to PGE2 by tumors is involved in the regulation of the degree of tumor aggressiveness *in vivo*.[262] The basis for this



FIGURE 8.

opinion was the finding that metastatic LLC cells were more responsive to PGE2 than nonmetastatic LLC cells. The cancer cell responsiveness to PGE2 was measured as the cell *in vitro* migration through a membrane.

## 7. PGE2 and Esophageal Cancer

Epidemiological studies have indicated an association between the consumption of maize and cancer of the esophagus. An analysis using gas-liquid chromatography of food prepared from maize meal revealed from 49 to 363 mg of nonesterified linoleic acid per 100-g sample.[263] The suggestion was made that the high level of linoleic acid in the food might cause intragastric production of PGE2, alter the normal pH, and create a predisposition to esophageal carcinogenesis.

Altered glycosaminoglycan composition in the microenvironment of a solid tumor might influence the PGE2 synthesis of antigen-presenting cells. For instance, heparan sulfate glycosaminoglycans can activate macrophages and lead to profound alterations in T cell responses. As an example, when murine antigen-presenting cells were exposed to heparan sulfate and other glycosaminoglycans, prostaglandin E2 was induced.[264] Moreover, several cytokines and growth factors such as IL-1, IL-6 TNF, IL-12, and TGF-β were also induced.

Of particular interest to the part that COX-2 plays in carcinogenesis are reports of alterations in the COX-2 inducers in neoplastic cells compared with the corresponding normal cells. As an example, during mouse skin carcinogenesis the expression of C/EBP isoforms is altered.[265]

Surprisingly, PGE2 can temporarily induce COX-2 *in vitro*, indicating the presence of a positive feedback loop. For instance, in the PC-3 human prostate carcinoma cell line exogenous dimethylprostaglandin E2 (dmPGE2) increased COX-2 mRNA steady-state levels[266] (Figure 4). Furthermore, cell proliferation, total DNA content, and endogenous PGE2 concentration were elevated, suggesting that PGE2 has a distinct role in the maintenance of cancer growth. Similarly, PGE2 induction of COX-2 was observed in MDA-MB-134 human breast cancer cells, androgen-dependent LNCaP prostate carcinoma cells, and DiFi colon carcinoma cells.[266]

## 8. Epidermal Growth Factor (EGF)

In endometrial cells isolated from uteri of the ovariectomized rat EGF at a concentration of 40 ng/ml increased steady-state levels of COX-1 and COX-2 mRNA and protein.[267] The cells had been sensitized for the decidual reaction. Dexamethasone inhibited COX-2 but not COX-1 induction.

481

Others report that EGF induces COX-2 messenger ribonucleic acid (mRNA) and COX-2 protein; however, it has no effect on the expression of COX-1.[268] For instance, transient EGF transfection of human oral squamous carcinoma cells doubles the activity of the COX-2 promoter.[269] Retinoids suppress the COX-2 induction.[269] EGFR expression remains unaffected. EGF can stimulate PGE2 production in various cell lines, for example, in the A341 human squamous carcinoma cell line.[270] It increases the release of arachidonic acid from membrane lipids by increasing the expression of cytosolic phospholipase A2 (cPLA2). In addition, it increases the synthesis of prostaglandins by inducing COX-2 and elevating the levels of COX-2 protein (Figure 8).

The hepatocyte growth factor (HGF) is an even better stimulator of PGE2 production than EGF, for example, in human gastric carcinoma TMK-1 cells.[271] It increases the release of arachidonic acid from membrane lipids by increasing the expression of cytosolic phospholipase A2 (cPLA2) and increases the synthesis of prostaglandins by inducing COX-2 transcription and elevating the levels of COX-2 enzyme. HGF increased the arachidonic acid release from the cells. The release was completely suppressed by the addition of phospholipase A2 (PLA2) inhibitors.

The EGF receptor expression in a series of 97 fresh and 74 formalin-fixed bladder cancer tissues was strongly associated with 5-bromodeoxyuridine (BrdU) labeling index, grade, and stage.[272] In hepatocellular carcinoma, the ability to produce metastases directly correlates with elevated levels of EGF receptor mRNA and protein.[273]

The Epstein-Barr virus (EBV) can induce the EGF receptor (Figure 8). The virus is associated with human leiomyomas in various organs of immune-compromised patients. This smooth muscle cell tumor has been found in children[274-276] and adults[277,278] with AIDS or immune-suppressed adult patients.[279] The virus produces latent membrane proteins (LMP-1, LMP-2A and LMP-2B) in the tumor cells.[280,281] These 54-kDa (LMP-1) and 40-kDa (LMP-2) proteins are encoded by different viral genes.[282] Expression of LMP-1 induces EGFR and inhibits cell death through induction of antiapoptotic proteins, for instance, the zinc-finger protein A20 in the C33A human epithelial cell[283] and Bcl-2 in the EBV-immortalized B cell line.[284] LMP-1 activates the NF-κB transcription factor that regulates expression of A20,[284] COX-2, and Bcl-2

The gene for the epidermal growth factor receptor maps to chromosome region 7p12,[285] and expression of the EGFR in cancer cells is associated with an increased copy number of chromosome 7 (Figure 8).[273] For instance, the receptor gene is amplified 20- to 30-fold in the A431 breast cancer cell line.[286] Another study demonstrated that 4 of 7 squamous cell carcinoma cell lines harbored EGFR genes in amounts more that 20 times that of control cells.[287] The importance of the EGF receptor in carcinogenesis is confirmed by the effect of overexpression of this receptor in colon cancer cells *in vitro*. As an example, addition of antisense EGFR RNA to cultured Moser human colon cancer cells downregulates the expression of the receptor and the antisense molecules, thereby blocking the ability of exogenous EGF to enhance malignant cell behavior.[288]

482

### 9. TGF-b

A key step in the development of intestinal tumors involves modification of the normal cellular response to transforming growth factor beta (TGF-beta) -1, a potent regulator of COX-2 expression.[289] There is evidence that the deregulation of TGF-β1 expression is an early event in colorectal carcinogenesis.[290] A similar distribution of expression of COX-2 and TGF-β in colon adenocarcinomas indicate that they cooperate in the process of carcinogenesis.[291] Both are abundant in the cancer cells,[291] and their expression is more elevated in primary than in metastatic tumors. In the corresponding normal mucosa, TGF-β1 was low or undetectable. A prior study found by immunostaining that 8 of 10 adenomas and 46 of 48 carcinomas expressed TGF-β1 in the tumor cells.[292] In 52 of 58 samples that showed TGF-β1 protein in epithelial cells of the normal colonic mucosa, the upper parts of crypts showed more immunostaining compared with the lower proliferative compartmen.[292] Based on their findings, the investigators suggested that TGF-β exert a growth inhibitory function of the upper parts of the crypts.

Results of immunohistochemical and cell culture studies indicate that TGF-β is involved in the growth and spread of cancer, and TGF-β expression in colorectal tumors may have prognostic significance (Figure 8). For instance, primary colon carcinomas expressing elevated TGF-β1 levels have an 18-fold rate of recurrence as distant metastases compared with primary colon cancers with low levels of TGF-β1.[293] Likewise, results from a series of samples from 47 colorectal tumors reinforce the belief that the expression of TGF-β in colorectal neoplasms is important in their genesis and that the level of expression is of prognostic value.[290] Of 47 tumors, TGF-β1 was detected in nine of 13 adenomas and 30 of 34 carcinomas.[290] TGF-β1 levels increased with increasing malignancy. They were low in adenomas without dysplasia, higher in tubular adenomas with dysplasia, and highest in carcinomas. Epithelial cells as well as stromal cells were positive for TGF-β1 in both the dysplastic lesions and in the carcinomas. However, epithelial cells of the corresponding normal mucosa were TGF-β1 negative. Interestingly, normal tissue endothelial cells occasionally stained positive for TGF-β1.

### 10. iNOS

Besides TGF-β overexpression, tumors of the human colon can express inducible nitric oxide synthase (iNOS) that can induce COX-2. In the animal model of carcinogenesis azoxymethane (AOM)-induced colon tumors in rats overexpress.[294] Evidence for a role for iNOS in the induction of COX-2 was obtained in a study of aberrant crypt formation in AOM-treated F344 rats. Rodents administered the specific iNOS inhibitor S,S'-1,4-phenylene-bis(1,2-ethanediyl)bis-isothiourea (PBIT) exhibited a reduction of AOM-induced aberrant crypt formation of 58% compared with the animals that did not receive the iNOS inhibitor

### 11. Bile Acids

Bile acids exhibit tumor-promoting effects. For example, the bile acids chenodeoxycholate (CD) and deoxycholate induce transcription of COX-2.[295] These bile acids activate protein kinase C (PKC) and the activator protein (AP-1) transcriptions factor that induces COX-2. Inhibitors of PKC activity, such as calphostin C and staurosporine, block COX-2 induction by the bile acids. In the SK-GT-4, SCC450, IEC-18, and HCA-7 gastrointestinal cell lines the chemopreventive agent curcumin inhibits CD-mediated induction of COX-2 mRNA expression.[296] Interestingly, in addition to inhibition of COX-2 transcription, curcumin also inhibited the activity of the COX-2 enzyme.

### 12. Apoptosis and Proliferation

An alternate apoptotic mechanism has been proposed that is associated with the accumulation of arachidonic acid. This pathway for the regulation of apoptosis in colorectal carcinogenesis produces ceramide, a known mediator of apoptosis.[297] The proponents of this hypothesis based it on the observation that inhibition of cyclooxygenase in colon tumor cells by NSAIDs markedly increases arachidonic acid, which in turn stimulates the conversion of sphingomyelin to ceramide.

Chinery et al.[298] established a cell culture model system using transfected cells to investigate the effect of various prostaglandins on cell growth. First, an antisense COX-2 cDNA construct was developed that was under the control of a tetracycline-inducible promoter. Then the construct was introduced into a human colon-carcinoma cell line (HCA-7) that expresses COX-2 and produces COX-2 and prostaglandins. When the construct was induced by supplementing the cells with tetracycline, the transfected cells showed a 60% reduction in DNA replication, were depleted of COX-2, and the prostaglandin production was reduced over 99% compared with control cells. Two types of control cells were used, one consisting of uninduced transfectant cells and the other of parental HCA-7 cells.

When various prostaglandins were added to the COX-2-depleted cells, it was found that the J-series cyclopentenone prostaglandins induced proliferation of the cells at nanomolar concentrations. PGJ2 and 15-deoxy-delta12,14-PGJ2 were particularly effective in stimulating cell growth in collagen gels. Analysis using chromatography and mass spectrometry revealed PGJ2 in conditioned medium from parental HCA-7 cells. Lipid extracts from the medium enhanced mitogenesis in COX-2-depleted HCA-7 cell. Likewise, the growth of the HCT-15 cell, which does not express COX-2, was also stimulated.

### 13. Matrilysin

The matrix metalloproteinase (MMP) matrilysin is often expressed in premalignant lesions and is also involved in cancer invasion and metastases.[299] An

immunohistochemical study of human colon carcinomas revealed that 80% of the specimens overexpressed both COX-2 and matrilysin in the neoplastic epithelium.[300] COX-2 immunostaining was strongest in well-differentiated tumor regions. In contrast, matrilysin expression was strongest in the more dysplastic and invasive areas of the tumors. In addition, the regional distribution of COX-2 and matrilysin differed. The lack of coordinated expression provides cogent evidence that COX-2 and matrilysin involvement in colorectal carcinogenesis are not closely interconnected.

## 14. Benzo[a]pyrene

Tobacco smoke contains the polycyclic aromatic hydrocarbon benzo[a]pyrene (B[a]P) that may be important in smoking-induced lung cancer. B[a]P induces transcription of COX-2 but not COX-1 in normal and transformed oral epithelial cells.[301] The amount of COX-2 protein and the synthesis of PGE2 were also increased.

Antioxidants can reduce COX-2 expression, but the regulation of expression is cells specific. A case in point, the addition of the oxidant-scavenger pyrrolidine dithiocarbamate (PDTC) to colorectal cancer cells in vitro decreases COX-2 expression at the transcriptional level.[302]

For instance, the HCA-7 colon cancer cell line expresses both cyclooxygenase isoforms and produces large amounts of prostaglandin.[303] Antioxidants significantly reduce prostaglandin synthesis and induce apoptosis and $G_1$ cell cycle arrest in this cell line.[302] Other antioxidants, including U74006, N-acetylcysteine, and 6-hydroxy-2,5,7,8-tetramethylchroman-2-carboxylic acid (Trolox), lower COX-2 transcription in the colon cancer cells. In comparison, in rat mesangial cells, PDTC inhibits IL-1β-induced COX-2 expression at the posttranscriptional level.[304]

## 15. Lipoxygenase

In addition to cyclooxygenase, lipoxygenase (LOX) may also have a role in carcinogenesis. For instance, in a comparison of 21 matched pairs of human colorectal tumors and adjacent normal tissue, 15-LOX-1 was found to be highly expressed in the cancer cells.[305] The presence of lipoxygenase was examined by immunoblot analysis using specific antibodies for human 15-LOX-1. In the female Sprague-Dawley rat the administration of esculetin (6,7-dihydroxycoumarin), a lipoxygenase inhibitor, significantly reduced N-methyl-N-nitrosourea (MNU)-induced mammary carcinogenesis.[199] At 50 d of age the rats were given MNU by subcutaneous injection. From age 8 weeks to 25 weeks the diet was supplemented with 0.03% esculetin. At necropsy, both the incidence and multiplicity of tumors in the treated group were significantly smaller than in a control group of rats given the same diet but without esculetin.

## VIII. DISCUSSION

There is significant evidence that non-steroidal antiinflammatory drugs inhibit *in vitro* and *in vivo* tumor growth by reducing tumor cell proliferation and restoring apoptosis. NSAIDs are beneficial in other human diseases as well. For instance, in addition to the findings that regular aspirin use reduces the risk of colon cancer, there are reports that it reduces the risk of other human diseases such as Alzheimer's disease.[306,307] Furthermore, aspirin is useful in the treatment of atherosclerosis, a disease with a strong inflammatory component. For example, aspirin treatment is beneficial in heart disease, and prophylactic aspirin use significantly attenuates the risk of myocardial infarction.[308,309]

However, aspirin and other nonselective NSAIDs significantly inhibit cyclooxygenase (COX) -1 in the gastric mucosa, in platelets, and in the kidney. In contrast, the selective inhibitors of COX-2 appear to possess the analgesic, antiphlogistic, and antineoplastic properties of nonselective NSAIDs while at the *same time sparing COX-1. In addition to their present use in chronic inflammatory* disease such as rheumatoid arthritis, these drugs may find application in other diseases with an inflammatory component. As a case in point, very recent findings of COX-2 expression in atherosclerotic lesions but not in the normal artery[310] suggests that treating atherosclerosis with selective COX-2 inhibitors might provide the beneficial antiinflammatory effects of aspirin treatment but without the risk of the adverse side effects of aspirin use.

Another intriguing aspect of the effect of some of the selective COX-2 inhibitors on colon cancer cells line proliferation *in vitro* is the fact that they can inhibit growth of cells that do not express measurable amounts of COX-2.[186] Such alternate inhibitory effects might be due to the presence of alternate forms of cyclooxygenase or to the uncoupling of oxidative phosphorylation.

## IX. CONCLUSION

Cyclooxygenase-2 selective inhibitors are safer options than nonselective NSAIDs because they spare the COX-1 enzyme and its physiological functions.[311] Clinical trials over the last 5 years[312] have demonstrated that such COX-2-selective inhibitors retain the analgesic and antiphlogistic properties of nonselective NSAIDs. Most importantly, they show fewer of the more serious side effects that can affect regular users of nonselective NSAIDs.[174] A number of selective COX-2 inhibitors are in Phase III trials. A few have received FDA approval and are already in clinical use for chronic inflammatory conditions, for instance, *rheumatoid arthritis* and osteoarthritis.

Because the selective COX-2 inhibitors are tolerated better than the nonselective NSAIDs, in all probability these selective inhibitors can be useful in treating other human diseases, such as neurodegenerative diseases and, importantly, pre-

malignant lesions and cancer.[10] For the treatment of cancer, it appears probable that the best results might be obtainable using a combination of agents. For example, present evidence would argue in favor of specific inhibition of COX-2 combined with antioxidant treatment and concurrent treatment to inhibit lipoxygenase.

It has been suggested that large-scale clinical testing of selective COX-2 inhibitors as chemopreventive agents for colorectal cancer should now be undertaken.[313] Because COX-2 is expressed in the brain, kidney, ovary, and vas deferens concerns have been raised about possible side effects of selective COX-2 inhibitors during long-term treatment. Studies so far claim good tolerance for COX-2 selective inhibitors. Consequently, for instance, celecoxib has been approved by the FDA for the treatment of patients who are afflicted with familial adenomatous polyposis. Moreover, it is to be expected that a few selective COX-2 inhibitors will soon be shown effective in clinical trials for the treatment of some colorectal and possibly other types of human cancer. On the other hand, at this point in time the benefit to risk ratio of a wider use of selective COX-2 inhibitors for long-term prevention of cancer is still an open question.

## REFERENCES

1. DuBois RN. COX-2 in large bowel cancer: a one-sided story. *Gut* 1999; **45(5)**: 636–7.
2. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. *Nature New Biol* 1971; **231**: 232–5.
3. Vane JR, Botting RM. Mechanism of action of aspirin-like drugs. *Semin Arthritis Rheum* 1997; **26**(6 Suppl 1): 2–10.
4. Hamberg M, Samuelsson B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. *J Biol Chem* 1967; **242**(22): 5336–43.
5. Fosslien E. Adverse effects of nonsteroidal antiinflammatory drugs on the gastrointestinal system. *Ann Clin Lab Sci* 1998; **28**(2): 67–81.
6. Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. *Ann Clin Lab Sci* 2000; **30(1)**: 3–21.
7. Tsujii M, Kawano S, Tsuji S, Sawaoka H, et al. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. *Cell* 1998; **93**(5): 705–16.
8. Tsujii M, Kawano S DuBois RN. Cyclooxygenase-2 expression in human colon cancer cells increases metastatic potential. *Proc Natl Acad Sci USA* 1997; **94**(7): 3336–40.
9. Robertson RP. Dominance of cyclooxygenase-2 in the regulation of pancreatic islet prostaglandin synthesis. *Diabetes* 1998; **47**(9): 1379–83.
10. Ledro Cano D, Gomez Rodriguez BJ, Torres Dominguez Y, et al. Non-steroidal antiinflammatory drugs and cyclooxygenase-2 selectivity in gastroenterology. *Rev Esp Enferm Dig* 1999; **91**(4): 305–9.
11. Capdevila JH, Falck JR, Harris RC. Cytochrome P450 and arachidonic acid bioactivation. Molecular and functional properties of the arachidonate monooxygenase. *J Lipid Res* 2000; **41**(2): 163–181.
12. Egan RW, Paxton J Kuehl FA Jr. Mechanism for irreversible self-deactivation of prostaglandin synthetase. *J Biol Chem* 1976; **251**(23): 7329–35.
13. Bany BM, Kennedy TG. Role of interleukin 1 in the regulation of cyclooxygenase gene expression in rat endometrial stromal cells. *J Reprod Fertil* 1999; **115**(1): 125–31.

14. Needleman P, Isakson PC. Selective inhibition of cyclooxygenase 2. Sci Med 1998; 26–35.

15. Marnett LJ, Rowlinson SW, Goodwin DC, et al. Arachidonic acid oxygenation by COX-1 and COX-2. Mechanisms of catalysis and inhibition. *J Biol Chem* 1999; **274**(33): 22903–6.

16. Langenbach R, Loftin C, Lee C, et al. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. *Biochem Pharmacol* 1999; **58**(8): 1237–46.

17. Katori M, Majima M. Multiple roles of inducible cyclooxygenase-2 and its selective inhibitors. *Nippon Yakurigaku Zasshi* 1997; **109**(6): 247–58.

18. Hla T, Neilson K. Human cyclooxygenase-2 cDNA. *Proc Natl Acad Sci USA* 1992; **89**(16): 7384–8.

19. Vane JR, Bakhle YS Botting RM. Cyclooxygenases 1 and 2. *Ann Rev Pharmacol Toxicol* 1998; **38**: 97–120.

20. DeWitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. *Proc Natl Acad Sci USA* 1988; **85**(5): 1412–6.

21. Yokoyama C, Takai T, Tanabe T. Primary structure of sheep prostaglandin endoperoxide synthase deduced from cDNA sequence. *FEBS Lett* 1988; **231**(2): 347–51.

22. Merlie JP, Fagan D, Mudd J, et al. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). *J Biol Chem* 1988; **263**(8): 3550–3.

23. Simmons DL, Levy DB, Yannoni Y, et al. Identification of a phorbol ester-repressible v-src-inducible gene. *Proc Natl Acad Sci USA* 1989; **86**(4): 1178–82.

24. Xie WL, Chipman JG, Robertson DL, et al. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. *Proc Natl Acad Sci USA* 1991; **88**(7): 2692–6.

25. Kujubu DA, Fletcher BS, Varnum BC, et al. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. *J Biol Chem* 1991; **15**(20): 12866–72.

26. O'Banion MK, Sadowski HB, Winn V, et al. A serum- and glucocorticoid-regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein. *J Biol Chem* 1991; **266**(34): 23261–7.

27. Hla T, Bishop-Bailey D, Liu CH, et al. Cyclooxygenase-1 and -2 isoenzymes. *Int J Biochem Cell Biol* 1999; **31**: 551–7.

28. Chen G, Wood EG, Wang SH, et al. Expression of cyclooxygenase-2 in rat vascular smooth muscle cells is unrelated to nuclear factor-kappaB activation. *Life Sci* 1999; **64**(14): 1231–42.

29. Kim Y, Fischer SM. Transcriptional regulation of cyclooxygenase-2 in mouse skin carcinoma cells. Regulatory role of CCAAT/enhancer-binding proteins in the differential expression of cyclooxygenase-2 in normal and neoplastic tissues. *J Biol Chem* 1998; **273**(42): 27686–94.

30. Chen F, Sun S, Kuhn DC, et al. Involvement of NF-kappaB in silica-induced cyclooxygenase II gene expression in rat alveolar macrophages. *Am J Physiol* 1997; **272**(4 Pt 1): L779–86.

31. Appleby SB, Ristimaki A, Neilson K, et al. Structure of the human cyclo-oxygenase-2 gene. *Biochem J* 1994; **302**(Pt 3): 723–7.

32. Hla T. Molecular characterization of the 5.2 KB isoform of the human cyclooxygenase-1 transcript. *Prostaglandins* 1996; **51**(1): 81–4.

33. Duckett CS, Perkins ND, Leung K, et al. Cytokine induction of nuclear factor kappa B in cycling and growth-arrested cells. Evidence for cell cycle-independent activation. *J Biol Chem* 1995; **270**(32): 18836–40.

34. Sen R, Baltimore D. Inducibility of kappa immunoglobulin enhancer-binding protein Nf-kappa B by a posttranslational mechanism. *Cell* 1986; **47**(6): 921–8.

35. Perkins ND. Achieving transcriptional specificity with NF-kappa B. *Int J Biochem Cell Biol* 1997; **29**(12): 1433–48.

36.   Ji YS, Xu Q, Schmedtje JF Jr. Hypoxia induces high-mobility-group protein I(Y) and transcription of the cyclooxygenase-2 gene in human vascular endothelium. *Circ Res* 1998; **83**(3): 295–304.

37.   D'Acquisto F, Iuvone T, Rombola L, et al. Involvement of NF-kappaB in the regulation of cyclooxygenase-2 protein expression in LPS-stimulated J774 macrophages. *FEBS Lett* 1997; **418**(1–2): 175–8.

38.   Wallace AD, Wheeler TT, Young DA. Inducibility of E4BP4 suggests a novel mechanism of negative gene regulation by glucocorticoids. *Biochem Biophys Res Commun* 1997; **232**(2): 403–6.

39.   Morisset S, Patry C, Lora M, et al. Regulation of cyclooxygenase-2 expression in bovine chondrocytes in culture by interleukin 1alpha, tumor necrosis factor-alpha, glucocorticoids, and 17beta-estradiol. *J Rheumatol* 1998; **25**(6): 1146–53.

40.   Ristimaki A, Garfinkel S, Wessendorf J, et al. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem 1994; 269(16): 11769–75.

41.   Huang JC, Liu DY, Yadollahi S, et al. Interleukin-1 beta induces cyclooxygenase-2 gene expression in cultured endometrial stromal cells. *J Clin Endocrinol Metab* 1998; **83**(2): 538–41.

42.   Crofford LJ, Tan B, McCarthy CJ, et al. Involvement of nuclear factor kappa B in the regulation of cyclooxygenase-2 expression by interleukin-1 in rheumatoid synoviocytes. *Arthritis Rheum* 1997; **40**(2): 226–36.

43.   Schmedtje JF Jr, Ji YS, Liu WL, et al. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. *J Biol Chem* 1997; **272**(1): 601–8.

44.   Han SW, Lei ZM, Rao CV. Up-regulation of cyclooxygenase-2 gene expression by chorionic gonadotropin in mucosal cells from human fallopian tubes. *Endocrinology* 1996; **137**(7): 2929–37.

45.   Raghavendra V, Agrewala JN Kulkarni SK. Role of centrally administered melatonin and inhibitors of COX and NOS in LPS-induced hyperthermia and adipsia. *Prostaglandins Leukot Essent Fatty Acids* 1999; (4): 249–53.

46.   Miyamoto T, Ogino N, Yamamoto S, et al. Purification of prostaglandin endoperoxide synthetase from bovine vesicular gland microsomes. J Biol Chem 1976; 251(9): 2629–36.

47.   Picot D, Loll PJ Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. *Nature* 1994; **367**(6460): 243–9.

48.   Kurumbail RG, Stevens AM, Gierse JK, et al. Structural basis for selective inhibition of cyclooxygenase-2 by antiinflammatory agents. *Nature* 1996; 384: 644–8. Published erratum appears in *Nature* 1997; **385**(6616): 555.

49.   Loll PJ, Picot D Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995; 2(8): 637–43.

50.   Williams CS, DuBois RN. Prostaglandin endoperoxide synthase: why two isoforms? *Am J Physiol* 1996; **270**(3 Pt 1): G393–400.

51.   O'Neill GP, Ford-Hutchinson AW. Expression of mRNA for cyclooxygenase-1 and cyclooxygenase-2 in human tissues. *FEBS Lett* 1993; **330**(2): 156–60.

52.   Tsujii M, DuBois RN. Alterations in cellular adhesion and apoptosis in epithelial cells overexpressing prostaglandin endoperoxide synthase 2. *Cell* 1995; **83**(3): 493–501.

53.   Lu X, Xie W, Reed D, et al. Nonsteroidal antiinflammatory drugs cause apoptosis and induce cyclooxygenases in chicken embryo fibroblasts. *Proc Natl Acad Sci USA* 1995; **92**(17): 7961–5.

54.   Champigny G, Reinaud P, Tamby JP, et al. Cyclooxygenase-2 unlike cyclooxygenase-1 is highly expressed in ovine embryos during the implantation period. *Biol Reprod* 1997; **57**(5): 1032–40.

55.  Dinarello CA. Controlling the production of interleukin-1 and tumor necrosis factor in disease. *Nutrition* 1995; **11**(5 Suppl): 695–7.

56.  Takahashi S, Shigeta J, Inoue H, et al. Localization of cyclooxygenase-2 and regulation of its mRNA expression in gastric ulcers in rats. *Am J Physiol* 1998; **275**(5 Pt 1): G1137–45.

57.  Newton R, Kuitert LM, Bergmann M, et al. Evidence for involvement of NF-kappaB in the transcriptional control of COX-2 gene expression by IL-1beta. *Biochem Biophys Res Commun* 1997; **237**(1): 28–32.

58.  Newton R, Seybold J, Liu SF, et al. Alternate COX-2 transcripts are differentially regulated: implications for post-transcriptional control. *Biochem Biophys Res Commun* 1997; **234**(1): 85–9.

59.  Perkins DJ, Kniss DA. Tumor necrosis factor-alpha promotes sustained cyclooxygenase-2 expression: attenuation by dexamethasone and NSAIDs. *Prostaglandins* 1997; **54**(4): 727–43.

60.  Nanji AA, Miao L, Thomas P, et al. Enhanced cyclooxygenase-2 gene expression in alcoholic liver disease in the rat. *Gastroenterology* 1997; **112**(3): 943–51.

61.  Anastassiou ED, Paliogianni F, Balow JP, et al. Prostaglandin E2 and other cyclic AMP-elevating agents modulate IL-2 and IL-2R alpha gene expression at multiple levels. *J Immunol* 1992; **148**(9): 2845–52.

62.  Snijdewint FG, Kalinski P, Wierenga EA, et al. Prostaglandin E2 differentially modulates cytokine secretion profiles of human T helper lymphocytes. *J Immunol* 1993; **150**(12): 5321–9.

63.  Hashimoto S, Suzuki T, Dong HY, et al. Serial analysis of gene expression in human monocytes and macrophages. *Blood* 1999; **94**(3): 837–44.

64.  Sweet MJ, Hume DA. Endotoxin signal transduction in macrophages. *J Leukoc Biol* 1996; **60**(1); 8–26.

65.  Morita I, Schindler M, Regier MK, et al. Different intracellular locations for prostaglandin endoperoxide H synthase-1 and -2. *J Biol Chem* 1995; **270**(18): 10902–8.

66.  Phillips TA, Kujubu DA, MacKay RJ, et al. The mouse macrophage activation-associated marker protein, p71/73, is an inducible prostaglandin endoperoxidase synthase (cyclooxygenase). *J Leukoc Biol* 1993; **53**(4): 411–9.

67.  Litherland SA, Xie XT, Hutson AD, et al. Aberrant prostaglandin synthase 2 expression defines an antigen-presenting cell defect for insulin-dependent diabetes mellitus. *J Clin Invest* 1999; **104**(4): 515–23.

68.  Zhang Y, Shaffer A, Portanova J, et al. Inhibition of cyclooxygenase-2 rapidly reverses inflammatory hyperalgesia and prostaglandin E2 production. *J Pharmacol Exp Ther* 1997; **283**(3): 1069–75.

69.  Williams CS, Mann M, DuBois RN. The role of cyclooxygenases in inflammation, cancer, and development. *Oncogene* 1999; 18(55): 7908–16.

70.  DuBois RN, Smalley WE. Cyclooxygenase, NSAIDs, and colorectal cancer. *J Gastroenterol* 1996; **31**(6): 898–906.

71.  Garay CA, Engstrom PF. Chemoprevention of colorectal cancer: dietary and pharmacologic approaches. *Oncology (Huntingt)* 1999; **13**(1): 89–98.

72.  Ahnen DJ. Colon cancer prevention by NSAIDs: what is the mechanism of action? *Eur J Surg Suppl* 1998; (582): 111–4.

73.  Williams C, Shattuck-Brandt RL DuBois RN. The role of COX-2 in intestinal cancer. *Ann NY Acad Sci* 1999; **889**: 72–83.

74.  Eberhart CE, Coffey RJ, Radhika A, et al. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. *Gastroenterology* 1994; **107**(4): 1183–8.

75.  Sano H, Kawahito Y, Wilder RL, et al. Expression of cyclooxygenase-1 and –2 in human colorectal cancer. *Cancer Res* 1995; **55**(17): 3785–9.

76. Smalley WE, DuBois RN. Colorectal cancer and nonsteroidal antiinflammatory drugs. *Adv Pharmacol* 1997; **39**: 1–20.

77. Fujita T, Matsui M, Takaku K, et al. Size- and invasion-dependent increase in cyclooxygenase 2 levels in human colorectal carcinomas. *Cancer Res* 1998; **58**(21): 4823–6.

78. Giardiello FM. Sulindac and polyp regression. *Cancer Metastasis Rev* 1994; **13**(3–4): 279–83.

79. Knudson AG Jr. Mutation and cancer in man. *Cancer* 1977; **39**(4 Suppl): 1882–6.

80. Mackawa M, Sugano K, Sano H, et al. Increased expression of cyclooxygenase-2 to -1 in human colorectal cancers and adenomas, but not in hyperplastic polyps. *Jpn J Clin Oncol* 1998; **28**(7): 421–6.

81. Oshima M, Dinchuk JE, Kargman SL, et al. Suppression of intestinal polyposis in Apc delta 716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). *Cell* 1996; **87**(5): 803–9.

82. Hao X, Bishop AE, Wallace M, et al. Early expression of cyclo-oxygenase-2 during sporadic colorectal carcinogenesis. *J Pathol* 1999; **187**(3): 295–301.

83. Sheehan KM, Sheahan K, O'Donoghue DP, et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. *JAMA* 1999; **282**(13): 1254–7.

84. Dimberg J, Samuelsson A, Hugander A, et al. Differential expression of cyclooxygenase 2 in human colorectal cancer. *Gut* 1999; **45**(5): 730–2.

85. Sakuma K, Fujimore T, Hirabayashi K, et al. Cyclooxygenase (COX)-2 immunoreactivity and relationship to p53 and Ki-67 expression colorectal cancer. *J Gastroenterol* 1999; **34**(2): 189–94.

86. *Giardiello FM, Spannhake EW, DuBois RN, et al. Prostaglandin levels in human colorectal mucosa: effects of sulindac in patients with familial adenomatous polyposis. Dig Dis Sci 1998; 43(2): 311–6.*

87. Berg J, Christoph T, Bodenteich A, et al. Heterogeneous distribution of COX-2 over-expression in human colon carcinoma cells. *Adv Exp Med Biol* 1997; **433**: 327–30.

88. Simmons DL, Botting RM, Robertson PM, et al. Induction of an acetaminophen-sensitive cyclooxygenase with reduced sensitivity to nonsteroid antiinflammatory drugs. *Proc Natl Acad Sci USA* 1999; **96**(6): 3275–80.

89. Liu XH, Rose DP. Differential expression and regulation of cyclooxygenase-1 and -2 in two human breast cancer cell lines. *Cancer Res* 1996; **56**(22): 5125–7.

90. Hwang D, Scollard D, Byrne J, et al. Expression of cyclooxygenase-1 and cyclooxygenase-2 in human breast cancer. *J Natl Cancer Inst* 1998; **90**(6): 455–60.

91. Jun SS, Chen Z, Pace MC, et al. Estrogen upregulates cyclooxygenase-1 gene expression in ovine fetal pulmonary artery endothelium. *J Clin Invest* 1998; **102**(1): 176–83.

92. Chakraborty I, Das SK, Wang J, et al. Developmental expression of the cyclo-oxygenase-1 and cyclo-oxygenase-2 genes in the peri-implantation mouse uterus and their differential regulation by the blastocyst and ovarian steroids. *J Mol Endocrinol* 1996; **16**(2): 107–22.

93. Wolff H, Saukkonen K, Anttila S, et al. Expression of cyclooxygenase-2 in human lung carcinoma. *Cancer Res* 1998; **58**(22): 4997–5001.

94. Hida T, Yatabe Y, Achiwa H, et al. Increased expression of cyclooxygenase 2 occurs frequently in human lung cancers, specifically in adenocarcinomas. *Cancer Res* 1998; **58**(17): 3761–4.

95. Koga H, Sakisaka S, Ohishi M, et al. *Expression of cyclooxygenase-2 in human hepatocellular carcinoma: relevance to tumor dedifferentiation. Hepatology 1999; 29(3): 688–96.*

96. Shiota G, Okubo M, Noumi T, et al. Cyclooxygenase-2 expression in hepatocellular carcinoma. *Hepatogastroenterology* 1999; **46**(25): 407–12.

97. Buckman SY, Gresham A, Hale P, et al. COX-2 expression is induced by UVB exposure in human skin: implications for the development of skin cancer. *Carcinogenesis* 1998; **19**(5): 723–9.

98. Uefuji K, Ichikura T, Mochizuki H, et al. Expression of cyclooxygenase-2 protein in gastric adenocarcinoma. *J Surg Oncol* 1998; **69**: 168–72.

99.  Murata H, Kawano S, Tsuji S, et al. Cyclooxygenase-2 overexpression enhances lymphatic invasion and metastasis in human gastric carcinoma. *Am J Gastroenterol* 1999; **94**: 451–5.

100. Zimmermann KC, Sarbia M, Weber AA, et al. Cyclooxygenase-2 expression in human esophageal carcinoma. *Cancer Res* 1999; **59**(1): 198–204.

101. Tucker ON, Dannenberg AJ, Yang EK, et al. Cyclooxygenase-2 expression is up-regulated in human pancreatic cancer. *Cancer Res* 1999; **59**: 987–90.

102. Chan G, Boyle JO, Yang EK, et al. Cyclooxygenase-2 expression is up-regulated in squamous cell carcinoma of the head and neck. *Cancer Res* 1999; **59**: 991–4.

103. Gupta S, Srivastava M, Ahmad N, et al. Overexpression of cyclooxygenase-2 in human prostate adenocarcinoma. *Prostate* 2000; **42**(1): 73–8.

104. Newton R, Seybold J, Kuitert LM, et al. Repression of cyclooxygenase-2 and prostaglandin E2 release by dexamethasone occurs by transcriptional and post-transcriptional mechanisms involving loss of polyadenylated mRNA. *J Biol Chem* 1998; **273**(48): 32312–21.

105. Simon LS. Role and regulation of cyclooxygenase-2 during inflammation. *Am J Med* 1999; **106**(5B): 37S-42S.

106. Polisson R. Nonsteroidal antiinflammatory drugs: practical and theoretical considerations in their selection. *Am J Med* 1996; **100**(2A): 31S-36S.

107. Bjorkman DJ. The effect of aspirin and nonsteroidal antiinflammatory drugs on prostaglandins. *Am J Med* 1998; **105**(1B): 8S-12S.

108. Gierse JK, Koboldt CM, Walker MC, et al. Kinetic basis for selective inhibition of cyclooxygenases. *Biochem J* 1999; **339**(Pt. 3): 607–14.

109. Pouplana R, Perez C, Sanchez J, et al. The structural and electronical factors that contribute affinity for the time-dependent inhibition of PGHS-1 by indomethacin, diclofenac and fenamates. *J Comput Aided Mol Des* 1999; **13**(3): 297–313.

110. Cronstein BN, Montesinos MC Weissmann G. Sites of action for future therapy: an adenosine-dependent mechanism by which aspirin retains its antiinflammatory activity in cyclooxygenase-2 and NFkappaB knockout mice. *Osteoarthritis Cartilage* 1999; **7**(4): 361–3.

111. Egan LJ, Sandborn WJ, Mays DC, et al. Plasma and rectal adenosine in inflammatory bowel disease: effect of methotrexate. *Inflamm Bowel Dis* 1999; **5**(3): 167–73.

112. Patel R, Attur MG, Dave MN, et al. Regulation of nitric oxide and prostaglandin E2 production by CSAIDS (SB203580) in murine macrophages and bovine chondrocytes stimulated with LPS. *Inflamm Res* 1999; **48**(6): 337–43.

113. Smalley W, Ray WA, Daugherty J, et al. Use of nonsteroidal antiinflammatory drugs and incidence of colorectal cancer: a population-based study. *Arch Intern Med* 1999; **159**(2): 161–6.

114. Cibere J, Sibley J, Haga M. Rheumatoid arthritis and the risk of malignancy. *Arthritis Rheum* 1997; **40**(9): 1580–6.

115. Sturmer T, Glynn RJ, Lee IM, et al. Aspirin use and colorectal cancer: post-trial follow-up data from the Physicians' Health Study. *Ann Intern Med* 1998; **128**(9): 713–20.

116. Gann PH, Manson JE, Glynn RJ, et al. Low-dose aspirin and incidence of colorectal tumors in a randomized trial. *J Natl Cancer Inst* 1993; **85**(15): 1220–4.

117. Neugut AI, Rosenberg DJ, Ahsan H, et al. Association between coronary heart disease and cancer of the breast, prostate, and colon. *Cancer Epidemiol Biomarkers Prev* 1998; **7**(10): 869–73.

118. Farrow DC, Vaughan TL, Hansten PD, et al. *Cancer Eidemiol Biomarkers Prev* 1998; **7**(2): 97–102.

119. Cramer DW, Harlow BL, Titus-Ernstoff L, et al. Over-the-counter analgesics and risk of ovarian cancer. *Lancet* 1998; **351**(9096): 104–7.

120. Harris RE, Namboodiri KK Farrar WB. Nonsteroidal antiinflammatory drugs and breast cancer. *Epidemiology* 1996; **7**(2): 203–5.