121. Harris RE, Kasbari S Farrar WB. Prospective study of nonsteroidal antiinflammatory drugs and breast cancer. *Oncol Rep* 1999; 6(1): 71–3.

122. Schapira DV, Theodossiou C Lyman GH. The effects of NSAIDs on breast cancer prognostic factors. *Oncol Rep* 1999; 6(2): 433–5.

123. Thun MJ. Aspirin and gastrointestinal cancer. *Adv Exp Med Biol* 1997; 400A: 395–402.

124. Weiss HA, Forman D. Aspirin, non-steroidal antiinflammatory drugs and protection from colorectal cancer: a review of epidemiological evidence. *Scand J Gastroenterol Suppl* 1996; 220: 137–41.

125. Hida T, Leyton J, Makheja AN, et al. Non-small cell lung cancer cycloxygenase activity and proliferation are inhibited by non-steroidal antiinflammatory drugs. *Anticancer Res* 1998; 18(2A): 775–82.

126. Hara A, Yoshimi N, Niwa M, et al. Apoptosis induced by NS-398, a selective cyclo-oxygenase-2 inhibitor, in human colorectal cancer cell lines. *Jpn J Cancer Res* 1997; 88(6): 600–4.

127. Xu XM, Sansores-Garcia L, Chen XM, et al. Suppression of inducible cyclooxygenase 2 gene transcription by aspirin and sodium salicylate. *Proc Natl Acad Sci USA* 1999; 96(9): 5292–7.

128. Piazza GA, Rahm AL, Krutzsch M, et al. Antineoplastic drugs sulindac sulfide and sulfone inhibit cell growth by inducing apoptosis. *Cancer Res* 1995; 55(14): 3110–6.

129. Hanif R, Pittas A, Feng Y, et al. Effects of nonsteroidal antiinflammatory drugs on proliferation and on induction of apoptosis in colon cancer cells by a prostaglandin-independent pathway. *Biochem Pharmacol* 1996; 52(2): 237–45.

130. Qiao L, Shiff SJ Rigas B. Sulindac sulfide inhibits the proliferation of colon cancer cells: diminished expression of the proliferation markers PCNA and Ki-67. *Cancer Lett* 1997; 115(2): 229–34.

131. Qiao L, Shiff SJ Rigas B. Sulindac sulfide alters the expression of cyclin proteins in HT-29 colon adenocarcinoma cells. *Int J Cancer* 1998; 76(1): 99–104.

132. Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal antiinflammatory drugs. *Am J Med* 1998; 104(5): 413–21.

133. Tjandrawinata RR, Hughes-Fulford M. Up-regulation of cyclooxygenase-2 by product-prostaglandin E2. *Adv Exp Med Biol* 1997; 407: 163–70.

134. Bjarnason I, Hayllar J. Early pathogenic events in NSAID-induced gastrointestinal damage. *Ital J Gastroenterol* 1996; 28 Suppl 4: 19–22.

135. Mahmud T, Rafi SS, Scott DL, et al. Nonsteroidal antiinflammatory drugs and uncoupling of mitochondrial oxidative phosphorylation. *Arthritis Rheum* 1996; 39(12): 1998–2003.

136. Masubuchi Y, Yamada S Horie T. Diphenylamine as an important structure of nonsteroidal antiinflammatory drugs to uncouple mitochondrial oxidative phosphorylation. *Biochem Pharmacol* 1999; 58(5): 861–5.

137. Tomoda T, Kurashige T, Hayashi Y, et al. Primary changes in liver damage by aspirin in rats. *Acta Paediatr Jpn* 1998; 40(6): 593–6.

138. Moreno-Sanchez R, Bravo C, Vasquez C, et al. Inhibition and uncoupling of oxidative phosphorylation by nonsteroidal antiinflammatory drugs: study in mitochondria, submito-chondrial particles, cells, and whole heart. *Biochem Pharmacol* 1999; 57(7): 743–52.

139. Ogino M, Hisatomi H, Murata M, et al. Indomethacin suppresses the growth of colon 26, Meth-A and FM3A tumors in mice by reducing the prostaglandin E2 content and telomerase activity in tumor tissues. *Jpn J Cancer Res* 1999; 90(7): 758–64.

140. Somasundaram S, Rafi S, Hayllar J, et al. Mitochondrial damage: a possible mechanism of the "topical" phase of NSAID induced injury to the rat intestine. *Gut* 1997; 41(3): 344–53.

141. Sigthorsson G, Jacob M, Wrigglesworth J, et al. Comparison of indomethacin and nimesulide, a selective cyclooxygenase-2 inhibitor, on key pathophysiologic steps in the pathogenesis of nonsteroidal antiinflammatory drug enteropathy in the rat. *Scand J Gastroenterol* 1998; 33(7): 728–35.

493

142. Murphy VJ, Yang Z, Rorison KA, et al. Cyclooxygenase-2-selective antagonists do not inhibit growth of colorectal carcinoma cell lines. *Cancer Lett* 1998; **122**(1–2): 25–30.

143. Yang Z, Hollande F Baldwin GS. Blockade of long chain fatty acid oxidation by non-steroidal antiinflammatory drugs may contribute to inhibition of proliferation of human colorectal carcinoma cell lines. *Cancer Lett* 1998; **124**(2): 187–91.

144. Baldwin GS, Murphy VJ, Yang Z, et al. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. *J Pharmacol Exp Ther* 1998; **286**(2): 1110–4.

145. Van Lieshout EMM, Tiemessen DM, Roelofs HMJ, et al. Nonsteroidal antiinflammatory drugs enhance glutathione S-transferase theta levels in rat colon. *Biochim Biophys Acta* 1998; **1381**(3): 305–11.

146. Reddy BS, Rao CV, Rivenson A, et al. Inhibitory effect of aspirin on azoxymethane-induced colon carcinogenesis in F344 rats. *Carcinogenesis* 1993; **14**(8): 1493–7.

147. Ritland SR, Gendler SJ. Chemoprevention of intestinal adenomas in the APCMin mouse by piroxicam: kinetics, strain effects and resistance to chemosuppression. *Carcinogenesis* 1999; **20**(1): 51–8.

148. DuBois RN, Giardiello FM Smalley WE. Nonsteroidal antiinflammatory drugs, eicosanoids, and colorectal cancer prevention. *Gastroenterol Clin North Am* 1996; **25**(4): 773–91.

149. Mahmoud NN, Bilinski RT, Churchill MR, et al. Genotype-phenotype correlation in murine APC mutation: differences in enterocyte migration and response to sulindac. *Cancer Res* 1999; **59**(2): 353–9.

150. Skopinska-Rozewska E, Piazza GA, Sommer E, et al. Inhibition of angiogenesis by sulindac and its sulfone metabolite (FGN-1): a potential mechanism for their antineoplastic properties. *Int J Tissue React* 1998; **20**(3): 85–9.

151. Takayama T, Katsuki S, Takahashi Y, et al. Aberrant crypt foci of the colon as precursors of adenoma and cancer. *N Engl J Med* 1998; **339**(18): 1277–84.

152. DuBois RN, Shao J, Tsujii M, et al. G1 delay in cells overexpressing prostaglandin endoperoxide synthase-2. *Cancer Res* 1996; **56**(4): 733–7.

153. Winde G, Schmid KW, Brandt B, et al. Clinical and genomic influence of sulindac on rectal mucosa in familial adenomatous polyposis. *Dis Colon Rectum* 1997; **40**(10): 1156–68.

154. Raskin JB. Gastrointestinal effects of nonsteroidal antiinflammatory therapy. *Am J Med* 1999; **106**(5B): 3S-12S.

155. Warner TD, Giuliano F, Vojnovic I, et al. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full *in vitro* analysis. *Proc Natl Acad Sci USA* 1999; **96**(13): 7563–8.

156. Russell RI. Defining patients at risk of non-steroidal antiinflammatory drug gastropathy. Ital *J Gastroenterol Hepatol* 1999; 31 Suppl 1: S14–9.

157. Silagy CA, McNeil JJ, Donnan GA, et al. Adverse effects of low-dose aspirin in a healthy elderly population. *Clin Pharmacol Ther* 1993; **54**(1): 84–9.

158. Cheatum DE, Arvanitakis C, Gumpel M, et al. An endoscopic study of gastroduodenal lesions induced by nonsteroidal antiinflammatory drugs. *Clin Ther* 1999; **21**(6): 992–1003.

159. Whelton A. Nephrotoxicity of nonsteroidal antiinflammatory drugs: physiologic foundations and clinical implications. *Am J Med* 1999; **106**(5B): 13S-24S.

160. Schafer AI. Effects of nonsteroidal antiinflammatory drugs on platelet function and systemic hemostasis. *J Clin Pharmacol* 1995; **35**(3): 209–19.

161. Schafer AI. Effects of nonsteroidal antiinflammatory therapy on platelets. *Am J Med* 1999; **106**(5B): 25S-36S.

162. Ventura MT, Cenci L, Giuliano G, et al. Retrospective study of adverse reactions to non steroid antiinflammatory drugs (NSAIDs): predictive value of controlled challenge with alternative drugs. *Immunopharmacol Immunotoxicol* 1999; **21**(3): 455–68.

494

163. Lipsky LP, Abramson SB, Crofford L, et al. The classification of cyclooxygenase inhibitors. *J Rheumatol* 1998; **25**(12): 2298–303
164. Dammann HG. Preferential COX-2 inhibition: its clinical relevance for gastrointestinal non-steroidal antiinflammatory rheumatic drug toxicity. *Z Gastroenterol* 1999; **37**: 45–58.
165. Pairet M, van Ryn J. Experiemental models used to investigate the differential inhibition of cyclooxygenases-1 and cyclooxygenase-2 by non-steroidal antiinflammatory drugs. *Inflamm Res* 1998; 47 Suppl **2**: S93–101.
166. Blanco FJ, Guitian R, Moreno J, et al. Effect of antiinflammatory drugs on COX-1 and COX-2 activity in human articular chondrocytes. *J Rheumatol* 1999; **26**(6): 1366–73.
167. Laufer S, Zechmeister P Klein T. Development of an in-vitro test system for the evaluation of cyclooxygenase-2 inhibitors. *Inflamm Res* 1999; **48**: 133–8.
168. Chan CC, Boyce S, Brideau C, et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. *J Pharmacol Exp Ther* 1999; **290**(2): 551–60.
169. Giuliano F, Warner TD. Ex vivo assay to determine the cyclooxygenase selectivity of non-steroidal antiinflammatory drugs. *Br J Pharmacol* 1999; **126**: 1824–30.
170. Swinney DC, Mak AY, Barnett J, et al. Differential allosteric regulation of prostaglandin H synthase 1 and 2 by arachidonic acid. *J Biol Chem* 1997; **272**(19): 12393–8.
171. Callejas NA, Castrillo A, Bosca L, et al. Inhibition of prostaglandin synthesis up-regulates cyclooxygenase-2 induced by lipopolysaccharide and peroxisomal proliferators. *J Pharmacol Exp Ther* 1999; **288**(3): 1235–41.
172. Penning TD, Talley JJ, Bertenshaw SR, et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide(SC-58635, celecoxib). *J Med Chem* 1997; **40**: 1347–65.
173. Mandell BF. COX 2-selective NSAIDs: biology, promises, and concerns. *Cleve Clin J Med* 1999; **66**(5): 285–92.
174. Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. *Am J Med* 1999; **106**(5B): 43S-50S.
175. Geis GS. Update on clinical developments with celecoxib, a new specific COX-2 inhibitor: what can we expect? *Scand J Rheumatol Suppl* 1999; **109**: 31–7.
176. Leese PT, Hubbard RC, Karim A, et al. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. *J Clin Pharmacol* 2000; **40**(2): 124–32.
177. Muscara MN, McKnight W, Asfaha S, et al. Wound collagen deposition in rats: effects of an NO-NSAID and a selective COX-2 inhibitor. *Br J Pharmacol* 2000; **129**(4): 681–6.
178. Kawamori T, Rao CV, Seibert K, et al. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. *Cancer Res* 1998; **58**(3): 409–12.
179. Reddy BS, Hirose Y, Lubet R, Steele V, Kelloff G, Paulson S, Seibert K, Rao CV. Chemoprevention of colon cancer by specific cyclooxygenase-2 inhibitor, celecoxib, administered during different stages of carcinogenesis. *Cancer Res* 2000; **60**(2): 293–7.
180. Fischer SM, Lo HH, Gordon GB, et al. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, and indomethacin against ultraviolet light-induced skin carcinogenesis. *Mol Carcinog* 1999; **25**(4): 231–40.
181. Simon LS, Lanza FL, Lipsky PE, et al. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. *Arthritis Rheum* 1998; **41**: 1591–602.
182. Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. *Ann Pharmacother* 1999; **33**(9): 979–88.

**495**

183. Lazer ES, Miao CK, Cywin CL, et al. Effect of structural modification of enol-carboxamide-type nonsteroidal antiinflammatory drugs on COX-2/COX-1 selectivity. *J Med Chem* 1997; **40**(6): 980–9.

184. Stichtenoth DO, Wagner B, Frolich JC. Effects of meloxicam and indomethacin on cyclooxygenase pathways in healthy volunteers. *J Investig Med* 1997; **45**(2): 44–9.

185. Goldman AP, Williams CS, Sheng H, et al. Meloxicam inhibits the growth of colorectal cancer cells. *Carcinogenesis* 1998; **19**(12): 2195–9.

186. Sheng H, Shao J, Kirkland SC, et al. Inhibition of human colon cancer cell growth by selective inhibition of cyclooxygenase-2. *J Clin Invest* 1997; **99**: 2254–9.

187. Agha AM, El-Khatib AS Al-zuhair H. Modulation of oxidant status by meloxicam in experimentally induced arthritis. *Pharmacol Res* 1999; **40**(4): 385–92.

188. Wolfe MM. Future trends in the development of safer nonsteroidal antiinflammatory drugs. *Am J Med* 1998; **105**: 44S-52S.

189. Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. *Clin Pharmacol Ther* 1999; **65**: 336–47.

190. O'Neill GP, Kennedy BP, Mancini JA, et al. Selective inhibitors of COX-2. *Agents Actions Suppl* 1995; **46**: 159–68.

191. Tsuji S, Kawano S, Sawaoka H, et al. Evidences for involvement of cyclooxygenase-2 in proliferation of two gastrointestinal cancer cell lines. Prostaglandins Leukot Essent Fatty Acids 1996; **55**(3): 179–83.

192. Sawaoka H, Kawano S, Tsuji S, et al. Effects of NSAIDs on proliferation of gastric cancer cells *in vitro*: possible implication of cyclooxygenase-2 in cancer development. *J Clin Gastroenterol* 1998; **27**: S47–52.

193. Yoshimi N, Kawabata K, Hara A, et al. Inhibitory effect of NS-398, a selective cyclooxygenase-2 inhibitor, on azoxymetane-induced aberrant crypt foci in colon carcinogenesis of F344 rats. *Jpn J Cancer Res* 1997; **88**(11): 1044–51.

194. Liu XH, Yao S, Kirschenbaum A, et al. NS398, a selective cyclooxygenase-2 inhibitor, induces apoptosis and down-regulates bcl-2 expression in LNCaP cells. *Cancer Res* 1998; **58**(19): 4245–9.

195. Elder DJ, Halton DE, Hague A, et al. Induction of apoptotic cell death in human colorectal carcinoma cell lines by a cyclooxygenase-2 (COX-2)-selective nonsteroidal antiinflammatory drug: independence from COX-2 protein expression. *Clin Cancer Res* 1997; **3**(10): 1679–83.

196. Banos G, Reyes PA. A comparative study of the effect of ten non-steroid antiinflammatory drugs (NSAIDS) upon some mitochondrial and platelet functions. *Int J Biochem* 1989; **21**(12): 1387–94.

197. Tran PO, Gleason CE, Poitout V, et al. Prostaglandin E(2) mediates inhibition of insulin secretion by interleukin-1-beta. *J Biol Chem* 1999; **274**(44): 31245–8.

198. Barnes CJ, Hardman WE, Cameron IL, et al. Aspirin, but not sodium salicylate, indomethacin, or nabumetone, reversibly suppresses 1,2-dimethylhydrazine-induced colonic aberrant crypt foci in rats. *Dig Dis Sci* 1997; **42**(5): 920–6.

199. Matsunaga K, Yoshimi N, Yamada Y, et al. Inhibitory effects of nabumetone, a cyclooxygenase-2 inhibitor, and esculetin, a lipoxygenase inhibitor, on N-methyl-N-nitrosourea-induced mammary carcinogenesis in rats. *Jpn J Cancer Res* 1998; **89**(5): 496–501.

200. Scioscia KA, Snyderman CH, Rueger R, et al. Role of arachidonic acid metabolites in tumor growth inhibition by nonsteroidal antiinflammatory drugs. *Am J Otolaryngol* 1997; **18**(1): 1–8.

201. Rothstein R. Safety profiles of leading nonsteroidal antiinflammatory drugs. *Am J Med* 1998; **105**(5A): 39S-43S.

202. Reimer ME, Johnston SA, Leib MS, et al. The gastroduodenal effects of buffered aspirin, carprofen, and etodolac in healthy dogs. *J Vet Intern Med* 1999; **13**(5): 472–7.

496

203. Boni J, Korth-Bradley J, McGoldrick K, et al. Pharmacokinetic and pharmacodynamic action of etodolac in patients after oral surgery. *J Clin Pharmacol* 1999; **39**(7): 729–37.

204. Gierse JK, McDonald JJ, Hauser SD, et al. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. *J Biol Chem* 1996; **271**: 15810–4.

205. Seibert K, Zhang Y, Leahy K, et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. *Proc Natl Acad Sci USA* 1994; **91**(25): 12013–7.

206. Erickson BA, Longo WE, Panesar N, et al. The effect of selective cyclooxygenase inhibitors on intestinal epithelial cell mitogenesis. *J Surg Res* 1999; **81**(1): 101–7.

207. Garcia-Nieto R, Perez C, Checa A, et al. Molecular model of the interaction between nimesulide and human cyclooxygenase-2. *Rheumatology* (Oxford) 1999; **38**: 14–8.

208. Fabiola GF, Pattabhi V Nagarajan K. Structural basis for selective inhibition of COX-2 by nimesulide. *Bioorg Med Chem* 1998; **6**(12): 2337–44.

209. Shah AA, Murray FE Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. *Rheumatology* (Oxford) 1999; 38 Suppl **1**: 19–23.

210. Caparroz-Assef SM, Bersani-Amado CA, do Nascimento EA, et al. Effects of the nonsteroidal antiinflammatory drug nimesulide on energy metabolism in livers from adjuvant-induced arthritic rats. *Res Commun Mol Pathol Pharmacol* 1998; **99**(1): 93–116.

211. Fukutake M, Nakatsugi S, Isoi T, et al. Suppressive effects of nimesulide, a selective inhibitor of cyclooxygenase-2, on azoxymethane-induced colon carcinogenesis in mice. *Carcinogenesis* 1998; **19**(11): 1939–42.

212. Wakitani K, Nanayama T, Masaki M, et al. Profile of JTE-522 as a human cyclooxygenase-2 inhibitor. *Jpn J Pharmacol* 1998; **78**(3): 365–71.

213. Tomozawa S, Nagawa H, Tsuno N, et al. Inhibition of haematogenous metastasis of colon cancer in mice by a selective COX-2 inhibitor, JTE-522. *Br J Cancer* 1999; **81**(8): 1274–9.

214. Bayly CI, Black WC, Leger S, et al. Structure-based design of COX-2 selectivity into flurbiprofen. *Bioorg Med Chem Lett* 1999; **9**(3): 307–12.

215. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 1999; **289**(2): 735–41.

216. Kovacs G. Abnormalities of chromosome No. 1 in human solid malignant tumours. *Int J Cancer* 1978; **21**(6): 688–94.

217. Rowley JD. Abnormalities of chromosome No. 1: significance in malignant transformation. *Virchows Arch B Cell Pathol* 1978; **29**(1–2): 139–44.

218. Battu S, Chable-Rabinovitch H, Rigaud M, et al. Cyclooxygenase-2 expression in human adenocarcinoma cell line HT29 cl.19A. *Anticancer Res* 1998; **18**(4A): 2397–403.

219. Spirio LN, Dixon DA, Robertson J, et al. The inducible prostaglandin biosynthetic enzyme, cyclooxygenase 2, is not mutated in patients with attenuated adenomatous polyposis coli. *Cancer Res* 1998; **58**(21): 4909–12.

220. Kinoshita T, Takahashi Y, Sakashita T, et al. Growth stimulation and induction of epidermal growth factor receptor by overexpression of cyclooxygenases 1 and 2 in human colon carcinoma cells. *Biochim Biophys Acta* 1999; **1438**: 120–30.

221. Guilford P. E-cadherin downregulation in cancer: fuel on the fire? *Mol Med Today* 1999; **5**(4): 172–7.

222. Narko K, Ristimaki A, MacPhee M, et al. Tumorigenic transformation of immortalized ECV endothelial cells by cyclooxygenase-1 overexpression. *J Biol Chem* 1997; **272**(34): 21455–60.

223. Kinoshita T, Takahashi Y, Sakashita T, et al. Growth stimulation and induction of epidermal growth factor receptor by overexpression of cyclooxyganse 1 and 2 in human colon carcinoma cells. *Biochim Biophys Acta* 1999; **1438**(1): 120–30.

224. Brock TG, Paine R III Peters-Golden M. Localization of 5-lipoxygenase to the nucleus of unstimulated rat basophilic leukemia cells. *J Biol Chem* 1994; 2; **269**(35): 22059–66.

225. Brock TG, McNish RW, Bailie MB, et al. Rapid import of cytosolic 5-lipoxygenase into the nucleus of neutrophils after in vivo recruitment and in vitro adherence. *J Biol Chem* 1997; **272**(13): 8276–80.

226. Peters-Golden M. Cell biology of the 5-lipoxygenase pathway. *Am J Respir Crit Care Med* 1998; **157**(6 Pt 1): S227–32.

227. Morham SG, Langebach R, Loftin CD, et al. Prostaglandin synthase 2 gene disruption causes severe renal pathology in the mouse. *Cell* 1995; **83**: 473–82.

228. Simon LS. Biologic effects of nonsteroidal antiinflammatory drugs. *Curr Opin Rheumatol* 1997; **9**(3): 178–82.

229. Kirtikara K, Morham SG, Raghow R, et al. Compensatory prostaglandin E2 biosynthesis in cyclooxygenase 1 or 2 null cells. *J Exp Med* 1998; **187**(4): 517–23.

230. Simmons DL, Botting RM, Robertson PM, et al. Induction of an acetaminophen-sensitive cyclooxygenase with reduced sensitivity to nonsteroid antiinflammatory drugs. *Proc Natl Acad Sci USA* 1999; **96**(6): 3275–80.

231. Lipsky PE. Specific COX-2 inhibitors in arthritis, oncology, and beyond: where is the science headed? *J Rheumatol* 1999; 26 Suppl **56**: 25–30.

232. Lim H, Paria BC, Das SK, et al. Multiple female reproductive failures in cyclooxygenase 2-deficient mice. *Cell* 1997; **91**(2): 197–208.

233. Davis BJ, Lennard DE, Lee CA, et al. Anovulation in cyclooxygenase-2-deficient mice is restored by prostaglandin E and interleukin-1beta. *Endocrinology*1999; **140**(6): 2685–95.

234. Lim H, Gupta RA, Ma WG, et al. Cyclo-oxygenase-2-derived prostacyclin mediates embryo implantation in the mouse via PPARdelta. *Genes Dev* 1999; **13**(12): 1561–74.

235. Han SW, Lei ZM Rao CV. Up-regulation of cyclooxygenase-2 gene expression by chorionic gonadotropin during the differentiation of human endometrial stromal cells into decidua. *Endocrinology* 1996; **137**(5): 1791–7.

236. McKanna JA, Zhang MZ, Wang JL, et al. Constitutive expression of cyclooxygenase-2 in rat vas deferens. *Am J Physiol* 1998; **275**(1 Pt 2): R227–33.

237. Langenbach R, Morham SG, Tiano HF, et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. *Cell* 1995; **83**: 483–92.

238. Morgan G. NSAID treatment of gastrointestinal abnormalities: A challenge to 'cytoprotection' *Scand J Gastroenterol* 1997; **32**: 288.

239. Morgan G. Beneficial effects of NSAIDs in the gastrointestinal tract. *Eur J Gastroenterol Hepatol* 1999; **11**(4): 393–400.

240. Reese J, Brown N, Paria BC, et al. COX-2 compensation in the uterus of COX-1 deficient mice during the preimplantation period. *Mol Cell Endocrinol* 1999; **150**(1–2): 23–31.

241. Battu S, Rigaud M Beneytout JL. Resistance to apoptosis and cyclooxygenase-2 expression in a human adenocarcinoma cell line HT29 CL.19A. *Anticancer Res* 1998; **18**(5A): 3579–83.

242. Subbaramaiah K, Telang N, Bansal MB, et al. Cyclooxygenase-2 gene expression is upregulated in transformed mammary epithelial cells. *Ann N Y Acad Sci* 1997; **833**: 179–85.

243. Sheng H, Shao J, Morrow JD, et al. Modulation of apoptosis and Bcl-2 expression by prostaglandin E2 in human colon cancer cells. *Cancer Res* 1998; **58**(2): 362–6.

244. Lim JT, Piazza GA, Han EK, et al. Sulindac derivatives inhibit growth and induce apoptosis in human prostate cancer cell lines. *Biochem Pharmacol* 1999; **58**(7): 1097–107.

245. Ho L, Osaka H, Aisen PS, et al. Induction of cyclooxygenase (COX)-2 but not COX-1 gene expression in apoptotic cell death. *J Neuroimmunol* 1998; **89**(1–2): 142–9.

246. Jobin C, Morteau O, Han DS, et al. Specific NF-kappaB blockade selectively inhibits tumour necrosis factor-alpha-induced COX-2 but not constitutive COX-1 gene expression in HT-29 cells. *Immunology* 1998; **95**(4): 537–43.

247. Masferrer JL, Koki A Seibert K. COX-2 inhibitors. A new class of antiangiogenic agents. *Ann NY Acad Sci* 1999; **889**: 84–6.

248. Daniel TO, Liu H, Morrow JD, et al. Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis. *Cancer Res* 1999; **59**(18): 4574–7.

249. Majima M, Isono M, Ikeda Y, et al. Significant roles of inducible cyclooxygenase (COX)-2 in angiogenesis in rat sponge implants. *Jpn J Pharmacol* 1997; **75**(2): 105–14.

250. Plescia OJ, Smith AH Greinwich K. Subversion of immune system by tumor cells and role of prostaglandin. *Proc Natl Acad Sci USA* 1975; **72**(5): 1848–51.

251. Plescia OJ, Grinwich K, Plescia AM. Subversive activity of syngeneic tumor cells as an escape mechanism from immune suverillance and the role of prostaglandins. *Ann NY Acad Sci* 1976; **276**: 455–65.

252. Grinwich KD, Plescia OJ. Tumor-mediated immunosuppression: prevention by inhibitors of prostaglandin synthesis. *Prostaglandins* 1977; **14**(6): 1175–82.

253. Owen K, Gomolka D Droller MJ. Production of prostaglandin E2 by tumor cells in vitro. *Cancer Res* 1980; **40**(9): 3167–71.

254. Young MR, Henderson S. Enhancement in immunity of tumor bearing mice by immunization against prostaglandin E2. *Immunol Commun* 1982; **11**(5): 345–56.

255. Young MR, Dizer M. Enhancement of immune function and tumor growth inhibition by antibodies against prostaglandin E2. *Immunol Commun* 1983; **12**(1): 11–23.

256. Ippoliti F, Sezzi ML, Bellelli L, et al. Immunosubversive role of PGE2 in tumor bearing mice. *Boll Ist Sieroter Milan* 1985; **64**(1): 25–34.

257. Plescia OJ, Pontieri GM, Brown J, et al. Amplification by macrophages of prostaglandin-mediated immunosuppression in mice bearing syngeneic tumors. *Prostaglandins Leukot Med* 1984; **16**(2): 205–23.

258. Young MR, Knies S. Prostaglandin E production by Lewis lung carcinoma: mechanism for tumor establishment *in vivo. J Natl Cancer Inst* 1984; **72**(4): 919–22.

259. Matsumoto-Taniura N, Matsumoto K Nakamura T. Prostaglandin production in mouse mammary tumour cells confers invasive growth potential by inducing hepatocyte growth factor in stromal fibroblasts. *Br J Cancer* 1999; **81**(2): 194–202.

260. Mahan R, Meunier J, Newby M, et al. Prostaglandin E2 production by EL 4 leukemia cells from C57B/6 mice: mechanism for tumor dissemination. *J Natl Cancer Inst* 1985; **74**(1): 191–5.

261. Young MR, Newby M. Enhancement of Lewis lung carcinoma cell migration by prostaglandin E2 produced by macrophages. *Cancer Res* 1986; **46**(1): 160–4.

262. Young MR, Okada F, Tada M, et al. Association of increased tumor cell responsiveness to prostaglandin E2 with more aggressive tumor behavior. *Invasion Metastasis* 1991; **11**(1): 48–57.

263. Sammon AM. Maize meal, non-esterified linoleic acid, and endemic cancer of the esophagus—preliminary findings. *Prostaglandins Other Lipid Mediat* 1999; **57**(2–3): 167–71.

264. Wrenshall LE, Stevens RB, Cerra FB, et al. Modulation of macrophage and B cell function by glycosaminoglycans. *J Leukoc Biol* 1999; **66**(3): 391–400.

265. Kim Y, Fischer SM. Transcriptional regulation of cyclooxygenase-2 in mouse skin carcinoma cells. Regulatory role of CCAAT/enhancer-binding proteins in the differential expression of cyclooxygenase-2 in normal and neoplastic tissues. *J Biol Chem* 1998; **273**(42): 27686–94.

266. Tjandrawinata RR, Dahiya R, Hughes-Fulford M. Induction of cyclooxygenase-2 mRNA by prostaglandin E2 in human prostate carcinoma cells. *Br J Cancer* 1997; **75**(8): 1111–8.

267. Bany BM, Kennedy TG. Regulation of cyclooxygenase gene expression in rat endometrial stromal cells: the role of epidermal growth factor. *Dev Genet* 1997; **21**(1): 109–15.

268. Perkins DJ, Kniss DA. Rapid and transient induction of cyclo-oxygenase 2 by epidermal growth factor in human amnion-derived WISH cells. *Biochem J* 1997; **321**( Pt 3): 677–81.

269. Mestre JR, Subbaramaiah K, Sacks PG, et al. Retinoids suppress epidermal growth factor-induced transcription of cyclooxygenase-2 in human oral squamous carcinoma cells. *Cancer Res* 1997; **57**(14): 2890–5.

270. Sato T, Nakajima H, Fujio K, et al. Enhancement of prostaglandin E2 production by epidermal growth factor requires the coordinate activation of cytosolic phospholipase A2 and cyclooxygenase 2 in human squamous carcinoma A431 cells. *Prostaglandins* 1997; **53**(5): 355–69.

271. Hori T, Shibamoto S, Hayakawa M, et al. Stimulation of prostaglandin production by hepatocyte growth factor in human gastric carcinoma cells. *FEBS Lett* 1993; **334**(3): 331–4.

272. Sauter G, Haley J, Chew K, Kerschmann R et al. Epidermal-growth-factor-receptor expression is associated with rapid tumor proliferation in bladder cancer. *Int J Cancer* 1994; **57**(4): 508–14.

273. Radinsky R, Risin, S, Fan, et al. Level and function of epidermal growth factor receptor predict the metastatic potential of human colon carcinoma cells. *Clin Cancer Res* 1995; **1**(1): 19–31.

274. Jenson HB, Leach CT, McClain KL, et al. Benign and malignant smooth muscle tumors containing Epstein-Barr virus in children with AIDS. *Leuk Lymphoma* 1997; **27**(3–4): 303–14.

275. Jimenez-Heffernan JA, Hardisson D, Palacios J, et al. Adrenal gland leiomyoma in a child with acquired immuodeficiency syndrome. *Pediatr Pathol Lab Med* 1995; **15**(6): 923–9.

276. Chadarevian JP, Wok JH, Innis S, et al. A newly recognized cause of wheezing: AIDS-related broncial leiomyomas. *Pediatr Pulmonol* 1997; **24**(2): 106–10.

277. Kleinschmidt-DeMasters BK, Mierau GW, Sze CI, et al. Unusual dural and skull-based mesenchymal neoplasms: a report of four cases. *Hum Pathol* 1998: **29**(3): 240–5.

278. Prevot S, Neris J de Saint Maur PP. Detection of Epstein Barr virus in an leiomyomatous neoplasm in an adult immunodeficiency virus 1–infected patient. *Virchows Arch* 1994; **425**(3): 321–5.

279. Davidoff AM, Hebra A, Clark BJ 3rd, et al. Epstein-Barr virus-associated hepatic smooth muscle neoplasm in a cardiac transplant patient. *Transplantation* 1996; **61**(3): 515–7.

280. Longnecker R, Kieff E. A second Epstein-Barr virus membrane protein (LMP2) is expressed in latent infection and colocalizes with LMP1. *J Virol* 1990; **64**(5): 2319–26.

281. Longnecker R. Biochemical and genetic studies of Epstein-Barr virus latent membrane protein 2. *Leukemia* 1994; 8 Suppl **1**: S46–50.

282. Sample J, Liebowitz D Kieff E. Two related Epstein-Barr virus membrane proteins are encoded by separate genes. *J Virol* 1989; **63**(2): 933–7.

283. Miller WE, Earp HS Raab-Traub N. The Epstein-Barr virus latent membrane protein 1 induces expression of the epidermal growth factor receptor. *J Virol* 1995; **69**(7): 4390–8.

284. Spender LC, Cannell EJ, Hollyoake M, et al. Control of cell cycle entry and apoptosis in B lymphocytes infected by Epstein-Barr virus. *J Virol* 1999; **73**(6): 4678–88.

285. Wang Y, Minoshima S Shimizu N. Precise mapping of the EGF receptor gene on the human chromosome 7p12 using an improved fish technique. *Jpn J Hum Genet* 1993; **38**(4): 399–406.

286. Jolly C, Michell S, Rocchi M, et al. Analysis of the transcriptional activity of amplified genes in tumour cells by fluorescence in situ hybridization. *Hum Genet* 1997; **101**(1): 81–7.

287. Kawasaki K, Kudoh J, Omoto K, et al. Mega base map of the epidermal growth factor (EGF) receptor gene flanking regions and structure of the amplification units in EGF receptor-hyperproducing squamous carcinoma cells. *Jpn J Cancer Res* 1988; **79**(11): 1174–83.

288. Wang HM, Rajagopal S Chakrabarty S. Inhibition of human colon cancer malignant cell behavior and growth by antisense epidermal growth factor receptor expression vector. *Anti-cancer Res* 1998; **18**(4A): 2297–300.

289. O'Mahony CA, Beauchamp RD, Albo D, et al. Cyclooxygenase-2 alters transforming growth factor-beta 1 response during intestinal tumorigenesis. *Surgery* 1999; **126**(2): 364–70.

290. Cardillo MR, Yap E. TGF-beta1 in colonic neoplasia: a genetic molecular and immunohis-tochemical study. *J Exp Clin Cancer Res* 1997; **16**(3): 281–8.

291. Shao J, Sheng H, Aramandla R, et al. Coordinate regulation of cyclooxygenase-2 and TGF-beta1 in replication error-positive colon cancer and azoxymethane-induced rat colonic tumors. *Carcinogenesis* 1999; **20**(2): 185–91.

292. Avery A, Paraskeva C, Hall P, et al. TGF-beta expression in the human colon: differential immunostaining along crypt epithelium. *Br J Cancer* 1993; **68**(1): 137–9.

293. Friedman E, Gold LI, Klimstra D, et al. High levels of transforming growth factor beta 1 correlate with disease progression in human colon cancer. *Cancer Epidemiol Biomarkers Prev* 1995; 4(5): 549–54.

294. Rao CV, Kawamori T, Hamid R, et al. Chemoprevention of colonic aberrant crypt foci by an inducible nitric oxide synthase-selective inhibitor. Carcinogenesis 1999; 20(4): 641–4.

295. Zhang F, Subbaramaiah K, Altorki N, et al. Dihydroxy bile acids activate the transcription of cyclooxygenase-2. *J Biol Chem* 1998; **273**(4): 2424–8.

296. Zhang F, Altorki NK, Mestre JR, et al. Curcumin inhibits cyclooxygenase-2 transcription in bile acid- and phorbol ester-treated human gastrointestinal epithelial cells. *Carcinogenesis* 1999; **20**(3): 445–51.

297. Chan TA, Morin PJ, Vogelstein B, et al. Mechanisms underlying nonsteroidal antiinflammatory drug-mediated apoptosis. *Proc Natl Acad Sci USA* 1998; **95**(2): 681–6.

298. Chinery R, Coffey RJ, Graves-Deal R, et al. Prostaglandin J2 and 15-deoxy-delta12,14-prostaglandin J2 induce proliferation of cyclooxygenase-depleted colorectal cancer cells. *Cancer Res* 1999; **59**: 2739–46.

299. Fingleton BM, Heppner Goss KJ, et al. Matrilysin in early stage intestinal tumorigenesis. *APMIS* 1999; **107**(1): 102–10.

300. Shattuck-Brandt RL, Lamps LW, Heppner Goss KJ, et al. Differential expression of matrilysin and cyclooxygenase-2 in intestinal and colorectal neoplasms. *Mol Carcino* 1999; **24**(3): 177–87.

301. Kelley DJ, Mestre JR, Subbaramaiah K, et al. Benzo[*a*]pyrene up-regulates cyclooxygenase-2 gene expression in oral epithelial cells. *Carcinogenesis* 1997; **18**(4): 795–9.

302. Chinery R, Beauchamp RD, Shyr Y, et al. Antioxidants reduce cyclooxygenase-2 expression, prostaglandin production, and proliferation in colorectal cancer cells. *Cancer Res* 1998; **58**(11): 2323–7.

303. Coffey RJ, Hawkey CJ, Damstrup L, et al. Epidermal growth factor receptor activation induces nuclear targeting of cyclooxygenase-2, basolateral release of prostaglandins, and mitogenesis in polarizing colon cancer cells. *Proc Natl Acad Sci USA* 1997; **94**(2): 657–62.

304. Tetsuka T, Baier LD Morrison AR. Antioxidants inhibit interleukin-1-induced cyclooxygenase and nitric-oxide synthase expression in rat mesangial cells. Evidence for post-transcriptional regulation. *J Biol Chem* 1996; **271**(20): 11689–93.

305. Ikawa H, Kamitani H, Calvo BF, et al. Expression of 15-lipoxygenase-1 in human colorectal cancer. *Cancer Res* 1999; **59**(2): 360–6.

306. Stewart WF, Kawas C, Corrada M, et al. Risk of Alzheimer's disease and duration of NSAID use. *Neurology* 1997; **48**(3): 626–32.

307. Popovic M, Caballero-Bleda M, Puelles L, et al. Importance of immunological and inflammatory processes in the pathogenesis and therapy of Alzheimer's disease. *Int J Neurosci* 1998; **95**(3–4): 203–36.

308. Montalescot G. Use of aspirin in coronary disease. *Presse Med* 1995; **24**(20): 925–7.

309. Ridker PM, Cushman M, Stampfer MJ, et al. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. *N Engl J Med* 1997; **336**(14): 973–9.

310. Schonbeck U, Sukhova GK, Graber P, et al. Agumented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol* 1999; **155**(4): 1281–91.

311. Rehman Q, Sack KE. When to try COX-2-specific inhibitors. Safer than standard NSAIDs in some situations. *Postgrad Med* 1999; **106**(4): 95–7, 101–2, 105–6.

501

312.  Rubin BR. Specific cyclooxygenase-2 (COX-2) inhibitors. *J Am Osteopath Assoc* 1999; **99**(6): 322–5.

313.  Dannenberg AJ, Zakim D. Chemoprevention of colorectal cancer through inhibition of cyclooxygenase-2. *Semin Oncol* 1999; **26**(5): 499–504.

314.  Reeves MJ, Newcomb PA, Trentham-Dietz A, et al. Nonsteroidal antiinflammatory drug use and protection against colorectal cancer in women. *Cancer Epidemiol Biomarkers Prev* 1996; **5**(12): 955–60.

315.  Austin S, FitzGerald GA. Not a mouse stirring: deletion of the EP2 and love's labor's lost. *J Clin Invest* 1999; **103**(11): 1481–2.

316.  Dinchuk JE, Car BD, Focht RJ, et al.. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. *Nature* 1995; **378**(6555): 406–9.

317.  Bonventre JV, Huang Z, Taheri MR, et al. Reduced fertility and postischaemic brain injury in mice deficient in cytosolic phospholipase A2. *Nature* 1997; **390**(6660): 622–5.

318.  Audoly LP, Tilley SL, Goulet J, et al. Identification of specific EP receptors responsible for the hemodynamic effects of PGE2. *Am J Physiol* 1999; **277**(3 Pt 2): H924–30.

319.  Coleman RA, Smith WL Narumiya S. International Union of Pharmacology classification of prostanoid receptors: properties, distribution, and structure of the receptors and their subtypes. *Pharmacol Rev* 1994; **46**(2): 205–29.

320.  Kennedy CR, Zhang Y, Brandon S, et al. Salt-sensitive hypertension and reduced fertility in mice lacking the prostaglandin EP2 receptor. *Nat Med* 1999; **5**(2): 217–20.

321.  Tilley SL, Audoly LP, Hicks EH, et al. Reproductive failure and reduced blood pressure in mice lacking the EP2 prostaglandin E2 receptor. *J Clin Invest* 1999; **103**(11): 1539–45.

322.  Ushikubi F, Segi E, Sugimoto Y, et al. Impaired febrile response in mice lacking the prostaglandin E receptor subtype EP3. *Nature* 1998; **395**(6699): 281–4.

323.  Nguyen M, Camenisch T, Snouwaert JN, et al. The prostaglandin receptor EP4 triggers remodelling of the cardiovascular system at birth. *Nature* 1997; **390**(6655): 78–81.

324.  Murata T, Ushikubi F, Matsuoka T, et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. *Nature* 1997; **388**(6643): 678–82.

325.  Sugimoto Y, Segi E, Tsuboi K, et al. Female reproduction in mice lacking the prostaglandin F receptor. Roles of prostaglandin and oxytocin receptors in parturition. *Adv Exp Med Biol* 1998; **449**: 317–21.

326.  Rao CV, Rivenson A, Simi B, et al. Chemoprevention of colon carcinogenesis by sulindac, a nonsteroidal antiinflammatory agent. *Cancer Res* 1995; **55**(7): 1464–72.

327.  Castonguay A, Rioux N, Duperron C, et al. Inhibition of lung tumorigenesis by NSAIDS: a working hypothesis. *Exp Lung Res* 1998; **24**(4): 605–15.

328.  Jalbert G, Castonguay A. Effects of NSAIDs on NNK-induced pulmonary and gastric tumorigenesis in A/J mice. *Cancer Lett* 1992; **66**(1): 21–8.

329.  van Ryn J, Pairet M. Clinical experience with cyclooxygenase-2 inhibitors. *Inflamm Res* 1999; **48**(5): 247–54.

330.  Taketo MM. COX-2 and colon cancer. *Inflamm Res* 1998; 47 Suppl 2: S112–6.

331.  Kawai S. Cyclooxygenase selectivity and the risk of gastro-intestinal complications of various non-steroidal antiinflammatory drugs: a clinical consideration. *Inflamm Res* 1998; 47 Suppl **2**: S102–6.

332.  Riendeau D, Percival MD, Boyce S, et al. Biochemical and pharmacological profile of a tetrasubstituted furanone as a highly selective COX-2 inhibitor. *Br J Pharmacol* 1997; **121**(1): 105–17.

333.  Yoshimi N, Shimizu M, Matsunaga K, et al. Chemopreventive effect of N-(2-cyclohexyloxy-4-nitrophenyl)methane sulfonamide (NS-398), a selective cyclooxygenase-2 inhibitor, in rat colon carcinogenesis induced by azoxymethane. *Jpn J Cancer Res* 1999; **90**(4): 406–12.

# Plaintiffs' Response re FOSSLIEN

# Footnote 3 of 28

*Annals of Clinical & Laboratory Science, vol. 31, no. 4, 2001*
325

# *Review:* Molecular Pathology of Cyclooxygenase-2 in Cancer-induced Angiogenesis

**Egil Fosslien**

Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois

**Abstract.** Cancer-induced angiogenesis is the result of increased expression of angiogenic factors, or decreased expression of anti-angiogenic factors, or a combination of both events. For instance, in colon cancer, the malignant cells, the stromal fibroblasts, and the endothelial cells all exhibit strong staining for cyclooxygenase-2 (COX-2), the rate-controlling enzyme in prostaglandin (PG) synthesis. In various cancer tissues, vascular endothelial growth factor (VEGF) and transforming growth factor β (TGF- β) co-localize with COX-2. Strong COX-2 and VEGF expression is highly correlated with increased tumor microvascular density (MCD); new vessels proliferate in areas of the tumor that express COX-2. Moreover, high MVD is a predictor of poor prognosis in breast and cervical cancers. COX-2 and VEGF expression are elevated in breast and prostate cancer tissues and their cell-lines. In vitro, PGE2 induces VEGF. Supernatants of cultured cells from breast, prostate, and squamous cell cancers contain angiogenic proteins such as COX-2 and VEGF that induce in vitro angiogenesis. A selective COX-2 inhibitor, NS-398, restores tumor cell apoptosis, reduces microvascular density, and reduces tumor growth of PC-3 prostate carcinoma cells xenografted into nude mice. The COX-2 produced by a malignant tumor and COX-2 produced by the surrounding host tissue both contribute to new vessel formation, which explains how selective COX-2 inhibition reduces tumor growth where the tumor COX-2 gene has been silenced by methylation. *(received 6 June 2001, accepted 8 July 2001)*

**Keywords:** cancer, angiogenesis, microvascular density, COX-2, PGE2, VEGF, TGF-β, iNOS, TSP-1, p53, hypoxia, NSAIDs, celecoxib, rofecoxib

## Introduction

Angiogenesis, the formation of new vessels from existing vessels, is an important feature of embryogenesis, inflammation, and cancer growth and metastasis [1]. Chronic inflammation is a risk factor for cancer [2], but the exact reason why is unknown. At the site of inflammation, cyclooxygenase-2 (COX-2) is the rate-limiting enzyme in the synthesis of pro-inflammatory and angiogenic prostaglandins (PG) such as PGE2, which induces metalloproteinases (MMP) and vascular endothelial growth factor (VEGF) [3,4]. The antiphlogistic and analgesic effects of nonsteroidal anti-inflammatory

drugs (NSAIDs) are largely due to their inhibition of COX-2 [5].

A variety of human malignancies overexpress COX-2 and prostaglandin [6] along with VEGF and transforming growth factor-beta (TGF-β). For instance, in colorectal carcinoma strong COX-2 expression, as evidenced by immunostaining, is highly correlated with tumor microvascular density: a large number of small vessels form around the areas that express COX-2 [7]. Furthermore, the expression of COX-2, TGF-β, and VEGF in the same areas of the tumor suggests their coordinated expression in the cancer-induced angiogenesis.

Tumor invasion into the local tissue and tumor growth at the site of metastasis are preceded by tumor-induced proliferation of an abundantly vascular stroma, for instance in breast cancer [8]. For such tumors, anti-angiogenesis therapy is an encouraging new approach. COX-2, the angiogenic

Address correspondence to Egil Fosslien, M.D., Department of Pathology (M/C 847), College of Medicine, University of Illinois at Chicago, 1819 West Polk Street, Chicago, IL 60612, USA; tel 312 996 7323; fax 312 996 7586; e-mail: efosslie@uic.edu.

0091-7370/01/0400/0325, $6.00; © 2001 by the Association of Clinical Scientists, Inc.



**Fig. 1.** Cyclooxygenase (COX-2), prostaglandin (PG), and transforming growth factor (TGF)-β are involved in vascular development and vascular pathology from vasculogenesis and angiogenesis, to atherosclerosis and cancer. Lack of maternal COX-2 or its inhibition by a nonsteroidal anti-inflammatory drug (NSAID) prevents implantation. Lack of TGF-β1 is lethal due to faulty vasculogenesis and angiogenesis during embryogenesis with a penetration of about 50%. Lack of the TGF-β receptor component endoglin (ENG) prevents proper angiogenesis. Disruption of the PGE2 receptor EP4 gene prevents closure of the ductus arteriosus. COX-2 and TGF-β co-localize in atherosclerotic lesions and in carcinogen-induced colon carcinomas, suggesting coordinated expression. In the cancer, COX-2 induces new vessel formation via PGE2 that induces vascular endothelial growth factor (VEGF). In some poorly differentiated malignancies, vasculogenesis is also induced. A human cancer tissue may overexpress one or more of the proteins indicated in the highlighted boxes. Text in italics indicates an agent used in vitro.

molecules associated with it, and their interrelated signaling pathways in malignant tumors are therefore of major interest in understanding the tumor-induced angiogenesis. Studying the expression of COX-2 in cancer tissues and its role in the growth of malignant tumors is important because NSAIDs might help to prevent cancer [9]. Furthermore, selective COX-2 inhibitors are available that block the effects of COX-2 expression but spare the expression of COX-1 [5,10].

**Vasculogenesis and Angiogenesis**

*A. The yolk sac*

During implantation, trophoblast invasion,

vasculogenesis, and angiogenesis are essential for the formation of the placenta. The human trophoblast secretes metalloproteinases, and metalloproteinase inhibitors can abort in vitro invasion. In contrast to the invasion by a malignant tumor, the invasion by the trophoblast is stringently controlled. However, the controlling factors are unknown [11]. Many angiogenic factors that are highly expressed in malignant tumors are essential for blastocyst implantation and yolk sac vasculogenesis, for formation of new vessels from stem cells, and for yolk sac angiogenesis (Fig. 1) [12,13]. Vasculogenesis requires the development of the hemangioblast, the precursor for hematopoesis and vessel development, into the endothelial cell. A multitude of endothelial cells form

the capillaries, which mature into veins and arteries during angiogenesis.

Expression of COX-2 and TGF-β and its receptors is fundamental for blastocyst implantation [14] and yolk sac vascularization. Gene knockout experiments have shown that expression of COX-2, prostaglandin and prostaglandin receptors, and TGF-β and TGF-β receptors are essential for embryonic vasculogenesis and angiogenesis.

For successful implantation, the blastocyst must induce the expression of maternal COX-2 in the uterus [15]. Studies of the COX-2 null mouse prove the vital importance of the COX-2 expression; complete failure of implantation renders the mice sterile. Half of the COX-2 knockout mice develop cardiac fibrosis and all develop renal dysplasia [16].

In the mouse, disruption of the gene for TGF-β1, a strong inducer of COX-2, causes defective vessel formation and may cause death. However, there are dosage and mouse-strain effects [17,18] that modulate the severity of this gene disruption. One-half of TGF-β1(-/-) and one quarter of TGF-β(+/-) mice died at about 1.5 wk post-conception because of failing endothelial cell differentiation [17].

VEGF can regulate vascular permeability and is an important mediator of vasculogenesis and angiogenesis [19]. VEGF signals are conveyed via the VEGF receptors Fli-1 and Flk-1. Fli-1 is expressed in the hemangioblast. Disruption of the Flk-1 gene is lethal in mice at about day 9 of gestation, due to lack of hematopoesis and vasculogenesis. Normally, Fli-1 is strongly expressed during physiological vasculogenesis and angiogenesis in embryos and is re-expressed during tumor-induced angiogenesis [20].

### B. Vascular remodeling

COX-2 and prostaglandins are evidently involved in vascular remodeling. For example, rapid and selective physiological vascular remodeling occurs during closure of the ductus arteriosus and there may be a difference in response of the prenatal and postnatal ductus.

Firstly, a lack of the PGE2 receptor EP4 in the EP4-null mice causes the ductus to remain open. By comparison, indomethacin administered during pregnancy may cause premature closure of the ductus

arteriosus. In fetal lambs, the COX-2 is expressed in the endothelium of the ductus arteriosis, while COX-1 is expressed in both the endothelium and the muscular layers [21].

Secondly, the inhibition of prostaglandin synthesis by indomethacin constricts the fetal ductus arteriosus in normal mice, but not in EP4(-/-) mice, which do not express the prostaglandin EP4 receptor. Such knockout mice generally die shortly after birth. They (as well as the few that survive for a longer time) have a patent ductus arteriosus (Fig. 1) [22].

In mice, a lack of either COX-1 or COX-2 or both *does not cause premature closure of the ductus arteriosus* in utero. Furthermore, lack of COX-1 does not affect postnatal life. In contrast, about one third of COX-2 null mice and almost 80% of COX-2(-/-) + COX-1(+/-) mice die within 48 hr after birth. Importantly, the absence of both COX isoforms causes postnatal death within 12 hr [23]. This suggests that maternal prostaglandins alone can maintain intrauterine patency of the ductus arteriosus. During closure of the ductus arteriosus, the expression of the 3 TGF-β isoforms increases significantly. Over the 10 postnatal days, it increases from the very low levels before birth. The highest levels are seen in the neo-intima and the outer muscle media, but TGF-β is not detected in vascular endothelial cells [24].

With advancing age, there is diffuse intimal thickening (DIT) of the elastic arteries (Fig. 1) [25,26] and there is evidence that TGF-β is involved in vascular remodeling. A comparison of 30-mo-old versus 6- mo-old Fisher rats revealed significant increases of TGF-β and MMP-2 in the intima, which was 5-fold thicker in the older rats [27].

### C. Inflammation

Chronic inflammation is a risk factor for a variety of human malignancies [2]; many of the angiogenic proteins expressed in cancer tissues are the same as those expressed at sites of inflammation [5]. In vitro studies and animal models of inflammatory angiogenesis show that COX-2 plays a pivotal role in new vessel formation at sites of inflammation. For instance, COX-2 is strongly expressed and produces pro-inflammatory prostaglandins such as PGE2. Besides, PGE2 can induce VEGF, for instance in

synovial fibroblasts in vitro. The signaling occurs via the prostaglandin EP2 receptor and protein kinase A pathways [4].

Angiogenesis is an essential part of the formation of granulation tissue [28]. In an animal model of wound healing, application of neutralizing anti-VEGF antibody to a post-surgical wound demonstrated that VEGF is an essential angiogenic signal transducer in the formation of wound granulation tissue. Neutralizing anti-VEGF antibody reduced granulation tissue VEGF levels and new vessel formation [29].

COX-2 and VEGF are both expressed in rat sponge-implant-angiogenesis [30]. COX-2 is located in the endothelial cells of the new vessels that are formed in the sponge-granuloma tissue [31]. The experimental angiogenesis can be blocked by either a non-selective NSAID, indomethacin, or by selective COX-2 inhibitors, NS-398 or JTE-522, as well as by VEGF anti-sense oligonucleotides [30]. VEGF-induced angiogenesis in a mouse cornea model of angiogenesis can be inhibited by NS-398 or by cyclosporin-A administered systematically. Importantly, PGE2 restores corneal angiogenesis even in the presence of these inhibitors [32].

In a rat model of pleurisy, carrageenan-treated rats express elevated levels of COX-2 in the lung. Treatment of rats with ip melatonin prior to the carrageenan administration inhibits the COX-2 expression [33]. High dosages of melantonin were used in this study, ranging from 12.5 to 50 mg/kg. However, it is remarkable that melatonin can inhibit COX-2 expression.

**The Malignant Tumor**

*A. Cancer-induced angiogenesis*

The pathological growth of human cancers resembles in several ways the physiological growth of the implanting blastocyst. Both need to evade the immune defenses of the host and secure a vascular supply in order to grow [34,35]. To induce new vessel formation, the cancer must induce the expression of angiogenic growth factors and their receptors and regulate the expression of proteolytic enzymes and adhesion molecules [36]. In a manner similar to the blastocyst, the malignant tumor forces

the host tissue to grant it a supply of oxygen and nutrients that enables the tumor expansion, which otherwise is confined to 1-2 mm by the maximum oxygen diffusion limit. Progression from limited tumor growth to invasion and metastases requires degradation of the extracellular matrix by proteolysis by metalloproteases (MMP, matrixins), induction of angiogenesis, tumor cell migration, and modification of cell adhesion [37,38].

COX-2 is important because it induces metalloproteinase and strongly induces VEGF, the common angiogenic factor, which thereupon directs tumor-induced angiogenesis [39]. Together, these factors contribute to tumor growth, invasion, and metastasis. Magnetic resonance imaging (MRI) shows that tumor-induced angiogenesis follows a common pattern, leading to a well-perfused tumor periphery but a residual necrotic core. Host vessels enter the periphery of the tumor, and the perfusion front moves toward the center of the tumor [40].

*B. COX-2 expression in cancer tissues*

Enhanced COX-2 expression has been demonstrated in numerous types of cancer cells and tissues, such as colorectal cancer [5]. For example, COX-2 expression was increased in all but 2 of 20 lung cancers, 14 of 20 colon adenocarcinomas, and 11 of 20 breast tumors, but not in epithelial cells of the corresponding non-tumor tissue. Expression of COX-2 was minimal in the stromal cells of the tumors and in normal tissues [41]. Furthermore, immunohistochemical expression of COX-2 was significantly increased in malignant cells of all but 1 of 13 cervical carcinomas, compared to non-tumor cervical tissue [42].

High expression levels of COX-2 may foretell a poor prognosis; for instance, in 24 patients with cervical carcinoma who had been treated with radiation, increased expression of COX-2 was associated with shorter survival [43]. In patients with gastric cancer, the tissue COX-2 levels were significantly higher in invasive versus non-invasive tumors [44]. A study of 63 patients with colorectal cancer showed that high COX-2 expression correlated with tumor recurrence, and particularly with hematogenous spread of the tumors [45]. The follow-up period in this study (6 to 98 mo, average

60 mo) was significantly longer than in earlier studies that did not show correlation between COX-2 expression and survival. The Kaplan-Meyer curves clearly showed longer survival for patients with low expression of COX-2 in their tumor tissues [45].

Prostatic tissue cancer cells showed significantly elevated, mainly intracytoplasmic, expression of COX-2 compared to the COX-2 expressed along the cell membrane in benign prostatic hyperplasia. The intensity of staining of COX-2 was significantly higher in poorly-differentiated versus well-differentiated prostate cancers and correlated with the Gleason grade [46]. Other studies corroborate these findings. For instance, significant elevations of COX-2 protein and mRNA were demonstrated in prostate cancer cells by immunostaining and RT-PCR in a series of 28 carcinomas, compared to controls (8 cases of benign prostatic hyperplasia and 8 prostate samples that were free of tumor) [47]. In another series of prostatic carcinoma, all but 4 of 31 cancers showed intense and uniform immuno-staining for COX-2 [48]. COX-2 was expressed in all but 2 of 28 primary skin melanomas (16 showing moderate to strong expression), but not in 4 benign nevi [49]. All except 1 of 29 retinoblastomas over-expressed COX-2 [50].

In a study of 100 patients with colon cancer, those with COX-2-expressing tumors had significantly shorter survival time than those with COX-2-negative tumors; moreover, correlation was noted between COX-2 expression and microvascular density [7]. Immunostaining for CD-34 to show the microvascular density of the tumors revealed that a large number of small vessels had formed around areas that expressed COX-2 [7]. In addition, a study of paraffin-embedded tumor tissue from 120 patients with breast cancer showed that a high tumor MVD correlated with the histological grade and with poor survival [51]. In another study of patients with breast cancer, detecting increased MVD of axillary lymph nodes by iv digital subtraction angiography predicted lymph node metastases [52], suggesting that MVD may be reliably determined using non-invasive techniques.

These findings in malignant tumors suggest that high COX-2 expression is associated with tumor-induced angiogenesis, invasion, and metastases.

## C. VEGF in cancer tissues

Enhanced expression of VEGF has been demonstrated in, for instance, ovarian [53], breast [54], renal [55,56], and esophageal [57] cancers and in malignant melanomas [58]. The malignant cells in breast cancers showed variable expression of VEGF, but no VEGF expression was found in epithelial cells in areas of breasts that were free of tumor [54]. VEGF expression was increased in 55 prostate cancers compared to 5 cases of prostatic adenomas and 20 normal prostate samples; elevation of VEGF correlated with tumor MVD, tumor grade, and stage [59]. In 85 patients that underwent surgical resection of stage I non-small cell lung cancers, high tumor MVD and poor prognosis correlated with high levels of VEGF expression [60].

Immunostaining of VEGF might be an indicator of aggressiveness in serous ovarian tumors. Firstly, VEGF immunostaining of tumor tissue was significantly greater in 32 invasive tumors, compared to 16 borderline and 10 benign ovarian tumors. Secondly, there was significant correlation between VEGF elevation and metalloproteinase-2 (MMP-2) elevation [53]. Moreover, in 44 cases of hepato-cellular carcinoma, the microvascular density correlated significantly with the expression levels of VEGF mRNA. Poorly encapsulated tumors showed higher levels than well-encapsulated tumors. Interestingly, serum VEGF concentration was significantly higher in patients with tumors, compared to patients with benign liver disease [61].

However, high MVD does not always indicate a poor prognosis, particularly in cases with extensive tumor necrosis. For instance, in a series of 49 localized renal cell carcinomas, MVD was inversely correlated with the magnitude of tumor necrosis; low MVD and extensive necrosis predicted a poor outcome [62]. And, in a study of 69 patients with stage I-II non-small-cell lung carcinomas, the cancer cells, stromal fibroblasts, and endothelial cells in the tumors all exhibited strong VEGF staining. However, the level of tumor microvascular density by CD34 immunostaining in these cases correlated neither with the tumor levels of VEGF and its receptors, nor with the patients' survival [63]. Determining the levels of VEGF and its receptors flt-1 and KDR/flk-1 by immunostaining in 35

adenocarcinomas, 6 papillary serous carcinomas, and 6 carcinosarcomas was ineffective in predicting metastases, recurrence, or survival [64]. On the other hand, immunostaining for VEGF may be of use to differentiate malignant melanomas from benign nevi. Cytoplasmic VEGF was found in almost half of 45 malignant melanomas and the intensity of immunostaining was related to the Clark level. In contrast, VEGF was not detected in benign nevi [58].

### D. Haptoglobin

It has been reported that the multifunctional haptoglobin molecule is angiogenic (for a review see [5]). Haptoglobin expression is regulated by dexamethasone and by IL-6, which is induced by PGE2 [65]. Whether haptoglobin induces VEGF is unknown. Haptoglobin expression has been detected in human breast carcinoma tissue extracts and cell lines [66,67]. Furthermore, in vitro cell lines established from squamous cell and ovarian cancers and from embryonic lung secrete a multi-protein complex that has subunits with sequence homology to the β chain of haptoglobin [68].

### E. Vascular patterns in malignant tumors

Although tumor-induced angiogenesis resembles the angiogenesis observed at sites of inflammation, there are important differences between physiological angiogenesis and cancer-induced angiogenesis. In addition to increased microvascular density in and around many tumors, the pattern of neoplasia-induced vascularization differs from normal vascular patterns. Measuring and evaluating this difference might have significant diagnostic and prognostic value. To illustrate, in uveal melanomas, the presence of parallel vessels with cross-linking indicates a poor prognosis [69]. Moreover, the fractal character of tumor-induced new vessel proliferation reflects a higher degree of irregular branching and vessel distribution, compared to physiological angiogenesis. This difference is probably caused by more variable local distribution of vascular growth factors within the tumor, owing to the inherent genetic instability and progressive molecular diversity of malignant cells [70]. Caution is advised when extensive necrosis is present. In the renal carcinoma cases mentioned

above, the microvascular complexity as evidenced by the fractal dimension of vessels visualized with CD34 staining in the tumors correlated inversely with the extent of tumor necrosis, which predicted a poor outcome [62].

### F. Cancer cell supernatants

Supernatants of cultured cells from several types of cancer contain angiogenic factors, such as fibroblast growth factor-2 (FGF-2) in prostate cancer [71] and TGF-β, PGE2, and VEGF in squamous cell cancer [72]. Supernatants of cultured cells from head and neck squamous cell cancer, breast cancer, and liver cancer secrete PGE2, VEGF, and TGF-β and induce in vitro angiogenesis [72-74]. VEGF expression is elevated in the cancer tissue and cell lines derived from breast tumors [54,75]. Prostaglandin E2 induces VEGF in a variety of cell lines and VEGF expression strongly stimulates angiogenesis in vitro. As examples, PGE2 induces VEGF in cell lines derived from the rat osteoblasts [76] and Müller cells [3], as well as human rheumatoid synovial fibroblasts [4] and monocytes [77].

Metalloproteases play an important role in tumor cell invasion by proteolysis of the extracellular matrix. As a case in point, cultured prostate cancer cells release proMMP-2, proMMP-9, and MMP-9 into the medium and invade through Matrigel. The factor release and tumor cell invasion can be inhibited by a PLA2 inhibitor, 4-bromophenacyl bromide, and by a selective COX-2 inhibitor, NS-398. Inhibition of lipoxygenase with esculetin does not affect MMP secretion. On the other hand, the tumor cell invasion can be restored by PGE2 supplementation. These experiments indicate that cyclooxygenase-2 induces metalloproteinases (MMP) via PGE2 [78].

### G. Tumor xenograft-induced angiogenesis

Experiments have shown that COX-2 and VEGF are essential angiogenic proteins that determine the growth of various xenografted human cancer cells. In addition, such experiments have corroborated the sequential propagation of the angiogenic signal from COX-2 via PGE2 to VEGF. The tumor-induced COX-2 expression in the host tissue located adjacent to the malignant tumor adds to the angiogenesis

induced by the COX-2 produced by the cancer cells, and both enhance tumor growth.

The significance of host COX-2 expression in cancer growth is illustrated by the proliferation of Lewis lung cancer cells xenografted into the COX-2(-/-) mouse. The xenograft growth is significantly reduced compared to that in the wild-type mouse. Expression of VEGF by host COX-2 null fibroblasts is reduced >90% and is comparable to the reduced VEGF expression by wild-type murine fibroblasts following treatment with a selective COX-2 inhibitor [79].

The importance of VEGF in tumor-induced angiogenesis is evidenced by the effect of neutralizing anti-VEGF antibody in nude mice xenografted with tumor. The antibody treatment completely inhibits the angiogenesis by xenografted cell lines derived from human rhabdomyosarcoma and prostate cancer. The tumors become dormant after the initial angiogenesis-independent growth phase [80], thus indicating the critical importance of tumor-induced new vessel formation in the tumor growth.

## Molecular Pathology

### A. Angiogenic factors

#### 1. Cyclooxygenase and carcinogenesis

Transgenic overexpression of either COX-1 or COX-2 can transform cells [81,82]. No sequence aberration of the COX-2 gene has been reported in malignant cells. A great variety of cancer cells and tissues overexpress COX-2 and prostaglandins that reduce cancer cell apoptosis [6] and induce angiogenesis via VEGF. NSAIDs inhibit the growth of such cancers and the anti-neoplastic effects of the NSAIDs are partly due to COX-2 inhibition [5].

On the other hand, neoplastic transformation appears to be independent of cyclooxygenase. Thus, Ha-ras or SV40 cause in vitro transformation of fibroblasts that lack COX-1 or COX-2, or both. By comparison, when the genes for either or both enzyme isoforms are present, the corresponding protein is highly expressed in the transformed cells. These results suggest that cyclooxygenases play a role in tumorigenesis at a later step [83].

Several oncogenes and growth factors can induce COX-2 expression. In cultured CaCo-2 colon carcinoma cells, COX-2 is upregulated by insulin-like growth factor (IGF)-II via the IGF-I receptor [84]. Besides, TGF-$\alpha$, epidermal growth factor (EGF), TGF-$\beta$, and hepatocyte growth factor (HGF) can all induce COX-2 [5,6].

#### 2. Prostaglandin and carcinogenesis

Prostaglandin E2 induces VEGF and basic fibroblast growth factor (bFGF) [3]. There is evidence that bFGF might contribute to cancer-induced new vessel formation. For example, when co-cultured with bovine aortic endothelial cells, 4 human glioma cell lines that expressed high levels of bFGF mRNA induced the endothelial cells to form tubes. The tube formation was blocked by supplementation with anti-bFGF antibody. Moreover, 3 human glioma cell lines with low expression of bFGF failed to induce tube formation [85].

PGE2 induces the expression of metalloproteinases by a multistep process involving NF-kappaB. It was recently suggested that PGE2 might enhance the invasive potential of colorectal carcinoma through activation of the phosphatidylinositol 3-kinase (PI3K)/protein kinase B (Akt/PKB) pathway. PGE2 treatment of LS-174 human colorectal carcinoma cells increased their motility and altered their shape [86]. Prostaglandin E2 suppresses both cellular and humoral immunity [2,87] (reviewed in [6]). Inhibition of cyclooxygenase with NSAIDs restores the immune reactivity [5,88].

#### 3. VEGF and carcinogenesis

Vascular endothelial cell growth factor (VEGF) is the primary member of a family of growth factors. VEGF and its homologues can convey regulatory signals via receptors KDR/Flk-1, Flt-1, and Flt-4 [89] (Fig.2). However, VEGF and its homologues have different effects on different cells. For instance, the orf paracoxvirus encodes the VEGF-E homologue [90] that causes orf disease in sheep and is associated with vascular proliferation at the site of infection in human erythema multiforme [91,92].

The VEGF gene is located at chromosome region 6p12 [93]. A 600 bp genomic fragment was mapped to chromosome region 6p12 and was highly amplified in almost half of a series of human non-small cell lung cancer; however, it lacked sequence homology to any known protein [94].



Fig. 2. Molecular pathology of the role of cyclooxygenase (COX-2) in cancer-induced angiogenesis. Soluble (s) and cytoplasmic (c) phospholipase (sPLA2, cPLA2) convert membrane phospholipids (MPL) to arachidonic acid (AA), which is converted by COX-1 and COX-2 to prostaglandins (PG). PGE2 induces the stromal fibroblast (SF) to produce the hepatocyte growth factor (HGF), which induces the genes for COX-2 and cPLA located at chromosome region 1q25. Also, PGE2 induces vascular endothelial growth factor (VEGF) that controls angiogenesis via its receptors flt-1 and flk-1. Thrombospondin (TSP)-1 inhibits VEGF expression. Numbers in boxes: 1: Non-selective NSAID; 2: selective COX-2 inhibitor; 3: iNOS inhibitor; 4: soluble TGF-β type II receptor; 5: anti-receptor antibody; 6: anti-PGE2-antibody.

VEGF stimulates the activation of cPLA2 and the release of arachidonic acid by human umbilical vein endothelial cells in vitro [95]. VEGF induces COX-1 but not COX-2 in cultured endothelial cells; it has been suggested that COX-1 has a physiological role in maintenance of vascular structures [96]. Such a feedback loop might help to maintain a basal level of VEGF expression.

### 4. Aging and carcinogenesis

With advancing age, both angiogenic and anti-angiogenic changes have been observed. In vitro studies suggest that as the generation of reactive oxygen species (ROS) increases with advancing age, there is increased expression of COX-2. The ROS reduces IkappaB expression and enhances the expression of NF-kappaB, a strong COX-2 inducer [97]. On the other hand, as the oxidative stress increases with age, the mitochondrial function may decline [98,99], and there is some evidence that

decline of endothelial energy metabolism may inhibit angiogenesis [100].

### B. Anti-angiogenic proteins

Physiological angiogenesis is the result of a dynamic balance between angiogenic and anti-angiogenic factors [101]. Orderly angiogenesis is essential for the endometrial cycle, for inflammation, and for the granulation tissue of wound repair [29]. Deranged expression of anti-angiogenic factors caused by viruses or by loss of function of tumor suppressor genes has been linked to various human malignancies. Because they can counterbalance the angiogenic effects of COX-2, a few anti-angiogenic factors are discussed below.

### 1. Thrombospondin-1 (TSP-1)

Reports on the role of the glycoprotein TSP-1 in carcinogenesis are controversial. Some reports

indicate that thrombospondin inhibits angiogenesis in vitro, while other reports state the opposite. Some studies find elevated levels of TSP-1 in cancer tissues, while other studies report decreased levels. However, as explained below, the strongest evidence suggests that TSP-1 is a major anti-angiogenic protein. Most importantly, transgenic expression of TSP-1 can limit tumor angiogenesis and growth. For instance, injection of an adenovirus containing TSP-1 plasmid into pre-established tumors reduces tumor-induced angiogenesis, tumor growth, and metastatic spread. The overexpression of TSP-1 in squamous carcinoma cell lines inhibits their in vivo growth. Depending upon the cell-line used, overexpression of TSP-1 either prevents xenograft growth or, when a tumor develops, it exhibits marked central necrosis [102].

Cholangiocarcinoma is a tumor with low vascularity compared to hepatocellular carcinoma. When tumor tissues were compared to the matching non-tumor tissue, there were significant differences in the ratio of TSP-1 to VEGF expression in these two types of tumor. Cholangiocarcinomas showed much higher TSP-1 and lower VEGF expression than hepatocellular carcinomas [103]. These findings seem to corroborate that TSP-1 can inhibit VEGF expression and reduce tumor-induced angiogenesis. On the other hand, TSP-1 was strongly expressed and the expression levels were associated with high microvascular density in 87 of 98 pancreatic carcinomas. It was proposed that TSP-1 expression played a principal role in the new vessel formation and the spread of these tumors [104]. However, in vitro, thrombospondin-1 inhibits endothelial cell migration and tube formation. The inhibitory signal is transmitted through CD36, an endothelial cell transmembrane glycoprotein and is completely dependent on its expression [105]. As discussed below, both TSP-1 and CD36 are downregulated by the platelet endothelial cell adhesion molecule (PECAM) [106].

In vitro assays and tissue culture experiments indicate that TSP-1 may also inhibit angiogenesis by inhibiting MMP activity [107]. Almost half of 99 malignant melanomas expressed mutant p53 and significantly lower TSP-1 levels and higher microvessel counts than the tumors with the wild-type p53. Besides, the presence of mutated p53

was significantly more frequent and the TSP-1 levels significantly lower in the tumor metastases than in the primary tumors [108]. In contrast, immunostaining for p53 and TSP-1 in a series of 65 colon cancer tissues showed accumulation of p53 in 42 cases with reciprocal expression of TSP-1 in the areas that expressed p53, suggesting that p53 can suppress TSP-1 in vivo [109].

Surprisingly, a TSP-1 plasmid expression vector inserted into a human prostate-carcinoma cell-line failed to reduce the growth of the cancer cells in vitro. However, when the cells were transfected along with a liposomal agent and then xenografted into nude mice, there was reduced microvessel density and extensive necrosis in the tumors compared to xenografted but non-transfected tumor cells [101].

Mevalonate induces the expression of TSP-1 (Fig. 3). As a case in point, incubation of cultured human vascular smooth muscle cells for 24 hr with lovastatin at concentrations as low as 1 $\mu M/L$ significantly inhibited TSP-1 expression. The expression of TSP-1 was restored by co-incubation with mevalonate [110].

### 2. Metalloproteinase inhibitors

Introducing a recombinant adenovirus containing the matrix metalloproteinase inhibitor TIMP-2 into tumor cells xenografted into mice inhibits tumor development, but the degree of inhibition is tumor cell dependent. In the case of MDA-MB231 human breast cancer cells, transfection completely inhibits tumor development from the xenografted cells. In contrast, treatment of murine LLC lung cancer and C51 colon cancer cells with the recombinant virus reduces the tumor establishment by about one half. Furthermore, injection of the adenovirus into pre-established tumors reduces tumor-induced angiogenesis, tumor growth, and metastatic spread [111].

### 3. Angiostatin

Angiostatin can diminish vascular density and branching. For instance, in the quail chorioallantoic membrane assay, it reduced angiogenesis by almost 70% compared to the normal rate of developmental angiogenesis [112]. There is evidence that angiostatin affects angiogenesis by inhibiting the surface $F_0F_1$-ATPase activity of endothelial cells, thereby reducing endothelial cell metabolism [100].



**Fig. 3.** Thrombospondin (TSP-1) activates the transforming growth factor beta (TGF-β). The statin-type of cholesterol lowering drugs lower the synthesis of mevalonate, which reduces the stimulation of TSP-1 synthesis and thereby increases angiogenesis by reducing the inhibition of VEGF. The reduction in mevalonate synthesis also decreases the synthesis of coenzyme (Co) Q10, which reduces mitochondrial synthesis of adenosine triphosphate (ATP) that reduces endothelial cell proliferation.

### C. Biphasic growth factors

Biphasic growth factors are characterized by an ability to induce tubulogenesis (ie, the formation of tubular structures) in vitro. Several are morphogens that are intimately involved in vasculogenesis and angiogenesis. The present author speculates that a biphasic growth factor is involved in establishing the curvature of a blood vessel wall and thereby determines the vessel diameter [113]. Several biphasic morphogens that are expressed during embryogenesis are re-expressed during inflammation and repair, and cancer growth, invasion, and metastasis. The important biphasic morphogens in connection with COX-2 and cancer-induced angiogenesis are TGF-β, TGF-α, and PECAM,

### 1. TGF-β

Transforming growth factor β (TGF-β) induces COX-2 via the TGF-β type 2 receptor (TGFBR2)

[5,6]. It is secreted as a latent protein and converted to a 25 kDa active form. There is some evidence that TSP-1 can bring about this activation in vitro [114]. Other investigators found no evidence of such activation in vitro [115]. However, supernatants from glioma cell lines contain high levels of TSP-1 that can activate TGF-β [116].

Because TGF-β is a bimodal growth factor, a protein that activates it would appear to have bimodal properties as well. Assuming that TSP-1 can activate latent TGF-β in certain cells, this might explain the observation that TSP-1 at low concentrations stimulated the growth of cultured bovine endothelial cells while it inhibited their growth at higher concentrations [117]. In addition, activation of TGF-β might explain how TSP-1 enhances tumor invasion by breast cancer cells in vitro [118]. This impression is supported by in vitro experiments using pancreatic tumor cells; supplementation by either TSP-1 or TGF-β produced upregulation of tumor cell invasion that was completely reversed by

antibodies against either urokinase plasminogen activator or its receptor [119].

TGF-β is of interest because it is abundantly expressed in the same areas as COX-2 in colon carcinoma tissues. This observation suggests a close collaboration in the process of carcinogenesis [120] especially because TGF-β1 has been described as a powerful regulator of COX-2 expression [121]. Most important, from an etiologic point of view, deregulation of TGF-β1 expression may be an early event in colon carcinogenesis [122]. Aberrations in TGF-receptors, such as repression of the expression of the TGF-type II receptors, have been shown to contribute to carcinogenesis [123].

There is evidence that the different isoforms of TGF-β may have varying roles in carcinogenesis, and that their effects may differ in different types of malignancies. To cite an instance, in skin cancers, TGF-β1 was found to be associated with highly differentiated tumors, TGF-β3 was associated with tumor stroma growth and angiogenesis, and TGF-β2 with invading, very malignant tumor cells [124]. Yet, in prior studies in xenografted nude mice, expression of TGF-β2 was higher than that of the β1 isoform in the poorly invasive DU145 prostate carcinoma cell line compared to the highly metastatic PC-3M prostate carcinoma cell line [125].

TGF-β modulates angiogenesis by regulating vascular endothelial cell proliferation and migration. Besides, it affects the extracellular matrix and the synthesis of adhesion molecules [36]. TGF-β stimulates smooth muscle cells at low concentration and inhibits them at high concentration [126,127]. It has similar effects on capillary lumen formation induced in vitro by bFGF or VEGF [128]. The TGF-β signals via type I (ALK-1), type II, and type III (endoglin) receptors and Smad proteins, which regulate genes involved in angiogenesis [129,130].

Participation of TGF-β in angiogenesis is corroborated by results from the mouse corneal model of inflammation induced by silver nitrate. When mice were injected into the femoral muscle with an adenovirus that expressed a soluble ligand binding part of the TGF-β type II receptor, the corneal angiogenesis was significantly reduced when compared to control mice [131].

The TGFBR2(-/-) mouse dies about 10 days post-coitus due to defects in yolk sac vasculogenesis [129] that closely resemble those that occur in the TGF-β1 null mouse [17]. In like manner, mice lacking the TGF-β Type I receptor (TGFBR1) die of defective yolk sac and placental vascular development. Cultured vascular endothelial cells from such mice show defective fibronectin production and abnormal migration, but enhanced proliferation, compared to control cells from wild-type mice [132].

Another example of the importance of TGF-β and its receptors in proper angiogenesis is illustrated by mutations of the TGF-β1 and TGF-β3 binding protein endoglin (ENG, CD105) and ALK-1 genes. Such mutations are responsible for the vascular malformations seen in hereditary hemorrhagic teleangiectasia (HHT) types 1 and 2 respectively (Fig. 1) [130,133].

Endoglin is an essential factor for angiogenesis during embryogenesis. It is expressed on the surface of endothelial cells. Lack of endoglin does not affect vasculogenesis but it is essential for normal vascular maturation as part of angiogenesis. This is evident in endoglin null mice, which die by gestational day 11.5 from defective development of vascular smooth cells and aborted endothelial remodeling [133]. These experiments confirm that TGF-β signaling through its receptors plays an important role in the regulation of angiogenesis. The importance of TGF-β signaling in cancer-induced angiogenesis is further validated by a report that elevated levels of endoglin in breast cancer tissues predict a high risk of developing metastatic disease. Strong upregulation was detected by immunostaining in the tissues of 92 breast cancer patients [134].

Endoglin is highly expressed in some malignant tumors. It might find use as a tumor marker because the protein was detected in the plasma of patients who had early breast cancer. Analysis of plasmas obtained before any treatment was given revealed that patients who had high plasma levels of endoglin had a high risk of developing metastatic disease [134]. Also, the endothelial-specific expression of endoglin favors its use as an endothelial cell specific marker. As an example, in paraffin-embedded cervical cancer tissues immunostaining for endoglin was more sensitive than immunostaining factor VIII for

visualizing capillaries and was a better predictor than factor VIII for lymph node metastases [135].

### 2. TGF-α

TGF-α induces COX-2 by binding to the EGF receptor (EGFR) [136,137]. Supplementation with TGF-α of cultured cervical cancer cells corroborates these findings. TGF-α supplementation markedly increased COX-2 expression [42]. Presence of EGFR, but not of TGF-α, in 86 breast cancers was associated with poor prognosis. However, intensity of TGF-α immunostaining reflected the extent of angiogenesis in the tumor [137].

### 3. PECAM

Platelet endothelial cell adhesion molecule (PECAM-1) has a bimodal effect, stimulating endothelial cell morphogenesis at low concentrations and inhibiting it at high concentrations. PECAM is found at sites of cell-to-cell contact in polyoma middle T-transformed mouse brain endothelial cells. These cells express high levels of PECAM-1 that inhibit the expression of TSP-1 and TSP-1 receptor CD36 and form hemangiomas in the mouse [138]. The bimodal character of PECAM may be related to the activation of latent TGF-β by TSP-1, which regulates the formation of active, bimodal TGF-β.

## Regulation

### A. Hypoxia

In vitro, hypoxia induces COX-2, increases PGE2 synthesis, elevates the VEGF level, and induces angiogenesis. The selective COX-2 inhibitor NS-398 can block this process. Hypoxia induced by cobalt chloride markedly increased COX-2 and upregulated VEGF via PGE2 in the cultured, highly invasive PC-3ML prostate-carcinoma cell line. Inhibition of the VEGF expression using the selective COX-2 inhibitor NS-398 was overruled by administration of exogenous PGE2 [139]. In vitro, hypoxia typically induces VEGF expression in several different human cell types [140]. One study found that hypoxia increases the expression of TSP-1 [141], which would inhibit VEGF expression. However, recent data show that hypoxia suppresses TSP-1 expression and stimulates VEGF expression [140].

Induction of VEGF, despite a lack of hypoxia,

occurs in von Hippel-Landau disease (VHL), which is caused by mutations in the VHL tumor suppressor gene. The mutations lead to constitutional instead of hypoxia-regulated expression of hypoxia inducible factor (HIF) that induces VEGF. Patients with VHL often develop hemangioblastomas, which exhibit increased levels of VEGF. [142,143].

### B. Tumor suppressor protein p53

The tumor suppressor protein p53 inhibits COX-2 expression but stimulates TSP-1 expression [144]. Transfection experiments have demonstrated that p53 can stimulate the promoter sequences of the TSP-1 gene in fibroblasts. The preponderance of evidence suggests that thrombospondin (TSP-1) is strongly anti-angiogenic, inhibiting the expression of VEGF. Thus, loss of function of the tumor suppressor protein p53, which normally stimulates TSP-1, might contribute to cancer-induced angiogenesis. Wild-type p53 inhibits angiogenesis by stimulating TSP-1 synthesis. Mutation or loss of p53 results in lack of TSP-1 inhibition of angiogenesis. Tissue studies corroborate these findings. Almost half of 99 malignant melanomas expressed mutant p53 and showed significantly lower TSP-1 levels and higher microvessel counts, compared to melanomas with wild-type p53. Moreover, presence of mutated p53 was more frequent and TSP-1 levels were lower in the tumor metastases than in the primary tumors [145].

High VEGF protein levels in tumor cytosol correlated with poor prognosis, based on enzyme immunoassays in 224 estrogen-receptor-positive primary breast cancer patients who received adjuvant tamoxifen. Higher VEGF expression was correlated with the presence of the mutations of the tumor-suppressor protein p53 [146]. In a geographical area with high risk for esophageal cancer, 48 of 74 esophageal carcinoma patients carried one or more point mutations of p53 in their tumor; the presence of p53 mutation correlated significantly with high COX-2 expression in the tumor [147].

### C. Viruses

Human cytomegalovirus (CMV) inactivates wild-type p53 of diverse cell types resulting in loss of

inhibition of COX-2 expression and enhanced angiogenesis. Furthermore, CMV increases tumor-induced angiogenesis independently of p53 expression by depressing TSP-1 expression. For instance, infecting p53-defective astrocytoma cells with CMV showed that the virus significantly reduced the TSP-1 mRNA and protein levels. Supplementation with CMV anti-sense oligonucleotides fully blocked the abolition of TSP-1 expression [144].

Human papilloma virus (HPV) is associated with angiogenesis in cervical cancer. One study examined 230 cervical tissues from 6 groups of 31 to 43 subjects, including a control group and 5 groups with tumors that ranged from low grade, intraepithelial lesions to poorly differentiated squamous cell carcinomas. There was good correlation between the extent of new vessel formation and the degree of histological abnormality. Importantly, the amount of angiogenesis determined by CD34 immunostaining was associated with the presence of HPV types 16 and 18 [148].

The E6 oncoprotein of the human papilloma virus (HPV)-16 upregulates the VEGF gene via a promoter region that contains 4 Sp-1 sites. VEGF is highly expressed in carcinomas of the cervix, with high levels in cells that are HPV-16 positive [149].

The latent membrane protein (LMP-1) of the Epstein-Barr virus induces COX-2 via NF-kappB. COX-2 is often expressed in preinvasive naso-pharyngeal lesions that harbor the virus and in nasopharyngeal carcinomas. In vitro studies suggest that EBV, present in over two-thirds of such tumors, contributes to VEGF expression and tumor-induced angiogenesis [150].

### D. Regulation of COX-2 expression

Several oncogenes and growth factors can induce COX-2 (Fig. 2) (for review, see [6]). For example, EGF induces COX-2. TGF-β enhances COX-2 expression induced by EGF both in mink lung and rat intestinal epithelial cells but not in a mink lung cell line that lacks the TGF-β type I receptor. Inhibition of the EGF receptor tyrosine kinase activity with AG1478 entirely abolished the expression of COX-2 induced either by EGF alone or by a combination of the two growth factors [151].

A prior report from the same laboratory documented that TGF-β strongly induces COX-2 and that COX-2 can participate in the inhibitory signaling pathway of TGF-β. In other studies the in vitro inhibitory part of the biphasic effects of TGF-β via COX-2 and PGE2 was blocked by indomethacin and restored by supplementation with PGE2 [152].

Oncostatin, a member of the IL-6 family of cytokines, is a potent growth factor for Kaposi's sarcoma. It is a strong inducer of COX-2 expression in cultured human aortic smooth muscle cells [153]. The angiogenic effect of oncostatin depends upon the cell type. It was angiogenic in vitro for dermal microvascular endothelial cells but not for macro-vascular, human umbilical vein endothelial cells. It induced COX-2 in the former, but not in the latter, and the angiogenic effect was nullified by selective inhibition of COX-2 [154]. Oncostatin is angiogenic in vivo in the rabbit corneal model, but it slightly inhibited calf pulmonary artery endothelial cells proliferation in vitro [155], suggesting that it might be a bimodal angiogenic factor.

### Discussion and Hypothesis

The experimental findings that have been discussed show that caution is needed in interpreting the sometimes contradictory data. There are clearly differences in the ways different cell types respond to various cytokines and growth factors. The following hypothesis attempts to explain some of these differences. The present hypothesis differs from the angiogenic balance theory that considers that a balance between TSP-1 and VEGF expression determines angiogenesis. Rather, the present hypothesis proposes that cancer-induced angiogenesis is determined mainly by the differential signal input that controls VEGF expression (Figs. 4 and 5), which in turn governs angiogenesis.

In this view, the VEGF system is comparable to an operational amplifier, with negative feedback via VEGF induction of TSP-1, which inhibits VEGF, (Fig. 5). Evidence that such a negative feedback-loop exists was found in the murine model of retinal new vessel formation [156]. The importance of the negative feedback is that it may ensure a linear response of the VEGF-mediated angiogenesis. The amount of new vessel formation responds to the



**Fig. 4.** Evidence-based and hypothetical illustration of regulation and cancer-induced deregulation of angiogenesis. The cancer distorts the physiological balance between angiogenic and anti-angiogenic factors that regulate the expression of vascular endothelial growth factor (VEGF). COX-2 increases VEGF and metalloproteinases (MMP) and thrombospondin (TSP-1) inhibits VEGF and MMP expression. Overexpression of COX-2 by cancer cells increases VEGF and MMP expression, inhibits apoptosis, and promotes angiogenesis, invasion, and metastatic spread. Loss of function of the tumor suppressor protein p53 increases tumor-induced angiogenesis by reducing TSP-1 and increasing COX-2 expression, resulting in reduced inhibition and increased stimulation of VEGF by TSP-1 and COX-2 respectively. Cromegalovirus (CMV) inhibits TSP-1 expression, which decreases the inhibition of VEGF expression. Human papilloma virus (HVP) contains a VEGF-like segment. Both viruses induce angiogenesis in the cervical cancer.

magnitude of the differential input to COX-2 and TSP-1. All angiogenic and anti-angiogenic signals that regulate the VEGF system are important, but only the difference between the stimulating and inhibiting signals determines the amount of VEGF expression and angiogenesis.

TSP-1 may paradoxically behave as an angiogenic agonist. Located predominantly at the tumor invasion front, TSP-1 mRNA was strongly expressed in all but 11 of a series of 98 pancreatic carcinomas. TSP-1 levels correlated with the tumor microvascular density. It was concluded that TSP-1 induces angiogenesis [104]. However, the malignant tumor might over-express TSP-1 and provide a strongly inhibitory signal to VEGF, but might be overruled by a stronger angiogenic signal to VEGF

– for example, caused by powerful overexpression of COX-2. In the cited experiments, COX-2 expression was not analyzed, so this suggestion appears reasonable, but speculative.

Furthermore, this hypothesis may explain why loss of the tumor-suppressor protein p53 function is so significant to tumor growth. Such loss not only enhances COX-2 but in addition reduces TSP-1 expression, which together greatly increase VEGF protein expression, angiogenesis, tumor invasion, and metastasis.

In most cases of cervical cancer, p53 is not mutated, but rather is elevated [148]. One might speculate that p53 expression could be induced in vivo in response to a malignant tumor, to defend against tumor-induced angiogenesis in an attempt



Fig. 5. Simplified diagram of the angiogenesis control system. Triangles represent enzymes or growth factors. Resistors symbolize receptors or drugs. Imputs A-D control angiogenesis via COX-2 (stimulation) or TSP-1 (inhibition) of VEGF, the output of which induces its stimultor TSP-1, which via its receptor CD36 inhibits VEGF, thus forming a negative feedback loop for VEGF. Nonsteroidal inflammatory drugs (NSAIDs) inhibit the stimulatory signal (PGE2). Examples of signal imputs: A: mevalonate, p53; B: CMV; C: p53; D: TGF-β; EBV.

to combat tumor growth, invasion, and metastasis. A better understanding of the pathophysiology involved in the growth of a specific tumor might be obtained by determining the levels of both angiogenic and anti-angiogenic factors that affect VEGF expression, and not assaying only VEGF.

Finally, the role of interference of energy metabolism in the inhibition of angiogenesis is most interesting. Angiostatin inhibits the surface $F_0F_1$-ATPase activity of endothelial cells [100]. In comparison, the cholesterol-lowering statin drugs inhibit coenzyme Q10 synthesis and thereby mitochondrial oxidative phosphorylation and ATP generation [99]. Such statins might thereby inhibit angiogenesis,, and at the same time enhance angiogenesis by reducing TSP-1 expression.

**Diagnosis and Therapy**

*A. Tumor markers*

Several proteins that are angiogenesis regulators have been detected in blood and some are elevated in patients with cancer. However, their potential use to detect or monitor post-operative patients for tumor recurrence needs clarification [157,158].

Tumor vascular density is a prognostic factor for a variety of cancers. It reflects the importance of the vascular supply to the tumor growth. Furthermore, the fractal character of tumor-induced vessel formation exhibits differences compared to the fractal character of physiological new vessel formation. Tumor-induced vessels follow a more irregular course, probably due to inherent regional genetic differences in the tumor cell population. Magnetic resonance imaging can detect alterations in vessel permeability and permits in vivo evaluation of experimental tumor-induced angiogenesis. In the future it might be used in clinical studies to follow the reduction in cancer-induced angiogenesis that is achieved by COX-2 inhibition [159,160].

*B. Anticancer therapy with NSAIDs*

*1. Non-selective NSAIDs*

Many epidemiological studies, a large number of in vitro and animal experiments, and several clinical studies have demonstrated that non-selective NSAIDs can restrain the development and growth of different types of cancer [5]. Non-selective NSAIDs (nsNSAIDs) differ in their ability to inhibit the two known isoforms of cyclooxygenase (COX)

[5], but most of them significantly inhibit COX-1 in platelets. Especially after prolonged use, they can cause bleeding and gastrointestinal ulceration and uncouple mitochondria [161].

Some anti-neoplastic effects of NSAIDs might be independent of cyclooxygenase inhibition. For instance, NSAIDs suppress colony formation on soft agar by transformed fibroblasts that either possess or lack COX-1 or COX-2 [83]. These anti-neoplastic effects might be due, in part, to the mitochondrial uncoupling that is common to many non-selective NSAIDs.

*2. Selective COX-2 inhibitors*

NSAIDs that inhibit COX-2 restore tumor cell apoptosis in vitro and reduce in vivo COX-2-tumor-induced angiogenesis. Furthermore, COX-2 inhibition lowers the synthesis of metalloproteinases and reduces matrix proteolysis. Also, as noted above, by inhibiting the COX-2 synthesis induced by the tumor in the adjacent host tissue, such agents obstruct the growth of xenografted tumors in which COX-2 has been silenced by methylation [79,162]. These selective COX-2 inhibitors might have great potential for treatment of human cancer. In comparison to nonselective NSAIDs, selective COX-2 inhibitors have fewer gastrointestinal side effects, do not interfere with platelet function, and do not uncouple mitochondria. Selective COX-2 inhibitors have shown significant anti-cancer effects in a variety of animal tumor xenograft models. They inhibit the growth and spread of the malignant cells [5,6].

The US Food and Drug Administration (FDA) has approved celecoxib and rofecoxib for treatment of rheumatoid arthritis and osteoarthritis respectively. A review of >50 clinical studies involving 13,000 patients and lasting 12 wk to 2 yr concluded that these drugs are well-tolerated [163]. Twice daily doses of celecoxib at 200 mg [164] and 400 mg [165] have been well tolerated by arthritis patients. It is encouraging that selective COX-2 inhibitors might prevent the development of cancer in patients with premalignant conditions such as adenomatous polyposis of the colon. A 6-mo clinical trial demonstrated that celecoxib, 400 mg twice daily (30 patients), but not 100 mg twice a day (32 patients) significantly reduced the number of polyps, compared to 15 patients given placebo [166].

The patient's physician should carefully supervise any selective COX-2 therapy. For example, it has been advised that while gastrointestinal bleeding is not a problem in the use of the selective *COX-2 inhibitors*, the possible development of dyspepsia and renal problems should be carefully monitored [167]. Renal side effects might appear due to inhibition of COX-2 in the macula densa and medullary interstitial cells [168]. Second, because of the role COX-2 plays in implantation, COX-2 inhibition is not advisable in women who desire to conceive. Pregnant women should not use NSAIDs that inhibit COX-2 because the enzyme prevents the premature closure of the fetal ductus arteriosus [169]. Third, because the statin type of cholesterol-lowering drugs also lowers the synthesis of mevalonate and thereby the synthesis of the anti-angiogenic protein TSP-1, it might be reasonable to re-evaluate the need for statin therapy in patients with cancer. Fourth, analysis of 3 studies involving >17,000 rheumatoid arthritis patients showed an increase of thromboembolic events (eg, myocardial infarction , stroke) in patients who took rofecoxib 50 mg daily, compared to those who took celecoxib 400 mg twice daily plus low dose aspirin [170].

## Conclusions

High expression levels of cyclooxygenase (COX-2), vascular endothelial growth factor (VEGF), and metalloproteinase (MMP), and low thrombospondin (TSP-1) expression in cancer tissues is associated with high tumor vascular density (MVD), a prognostic factor in human malignancies that predicts aggressive growth, invasion, and metastases. The human cancer derails the normal balance between angiogenic (COX-2) and anti-angiogenic factors (TSP-1) that control the expression of VEGF, the pivotal mediator of new vessel formation. By expressing COX-2, which via PGE2 induces VEGF, the solid cancer forces its host to provide a vascular supply, which enables the tumor to grow beyond 1-2 mm.

The importance of COX-2 in angiogenesis is evidenced by its role in implantation-induced new vessel formation. The trophoblast of the implanting blastocyst induces maternal COX-2 expression, which is essential for the placental vasculogenesis and angiogenesis that are required for successful

implantation. In granulation tissue at the sites of inflammation, and in a variety of solid tumors, COX-2 is re-expressed.

Chronic inflammation is a risk factor for cancer. The exact reason is not known, but in vitro, transgenic overexpression of COX-2 is capable of transforming cells. On the other hand, COX-2 negative cells can also be transformed. No gene abnormality of COX-2 in human cancer has been reported, but COX-2 can be induced by a variety of oncogenes, cytokines, growth factors, and carcinogens – for example, benzo[*a*]pyrene in tobacco smoke. In a large variety of human cancers, COX-2 is upregulated, producing eicosanoids such as PGE2, which induces VEGF and thereby angiogenesis. By inhibiting COX-2 in experimental cancers that overexpress this enzyme, the balance between angiogenic and anti-angiogenic signals, which control VEGF expression and angiogenesis, can be restored, causing tumor necrosis and tumor regression to a small, dormant state.

## References

1. Suh DY. Understanding angiogenesis and its clinical applications. Ann Clin Lab Sci 2000;30:227-238.
2. Eschwege P, de Ledinghen V, Camilli T, Kulkarni S, Dalbagni G, Droupy S, Jardin A, Benoit G, Weksler BB. Arachidonic acid and prostaglandins, inflammation and oncology. Presse Med 2001;30: 508-510.
3. Cheng T, Cao W, Wen R, Steinberg RH, LaVail MM. Prostaglandin E2 induces vascular endothelial growth factor and basic fibroblast growth factor mRNA expression in cultured rat Müller cells. Invest Ophthalmol Vis Sci 1998;39:581-591.
4. Ben-Av P, Crofford LJ, Wilder RL, Hla T. Induction of vascular endothelial growth factor expression in synovial fibroblasts by prostaglandin E and interleukin-1: a potential mechanism for inflammatory angiogenesis. FEBS Lett 1995;372:83-87.
5. Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000;37:431-502.
6. Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. Ann Clin Lab Sci 2000;30:3-21.
7. Masunaga R, Kohno H, Dhar DK, Ohno S, Shibakita M, Kinugasa S, Yoshimura H, Tachibana M, Kubota H, Nagasue N. Cyclooxygenase-2 expression correlates with tumor neovascularization and prognosis in human colorectal carcinoma patients. Clin Cancer Res 2000;6:4064-4068.
8. Brown LF, Guidi AJ, Schnitt SJ, Van De Water L, Iruela-Arispe ML, Yeo TK, Tognazzi K, Dvorak HF. Vascular stroma formation in carcinoma in situ, invasive carcinoma, and metastatic carcinoma of the breast. Clin Cancer Res 1999;5:1041-1056.
9. Williams CS, Mann M, DuBois RN. The role of cyclooxygenases in inflammation, cancer, and development. Oncogene 1999;18:7908-7916.
10. Gately S. The contributions of cyclooxygenase-2 to tumor angiogenesis. Cancer Metastasis Rev 2000;19: 19-27.
11. Bischof P, Campana A. A putative role for oncogenes in trophoblast invasion? Hum Reprod 2000;15 (Suppl 6):51-58.
12. Murray MJ, Lessey BA. Embryo implantation and tumor metastasis: common pathways of invasion and angiogenesis. Semin Reprod Endocrinol 1999;17: 275-290.
13. Zoltowska A, Stepinski J, Lewko B, Zamorska B, Roszkiewicz A, Serkies K, Kruszewski WJ. Malformations of angiogenesis in the low differentiated human carcinomas. immunohistochemical study. Arch Immunol Ther Exp (Warsz) 2001;49:59-61.
14. Smith SK. Angiogenesis and implantation. Ann Surg Oncol 2001;8:72-79.
15. Fazleabas AT, Kim JJ, Srinivasan S, Donnelly KM, Brudney A, Jaffe RC. Implantation in the baboon: endometrial responses. Semin Reprod Endocrinol 1999;17:257-265.
16. Dinchuk JE, Car BD, Focht RJ, Johnston JJ, Jaffee BD, Covington MB, Contel NR, Eng VM, Collins RJ, Czerniak PM, et al. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995;378:406-409.
17. Dickson MC, Martin JS, Cousins FM, Kulkarni AB, Karlsson S, Akhurst RJ. Defective haematopoiesis and vasculogenesis in transforming growth factor-beta 1 knock out mice. Development 1995;121:1845-1854.
18. Kallapur S, Ormsby I, Doetschman T. Strain dependency of TGFbeta function during embryogenesis. Mol Reprod Dev 1999;52:341-349.
19. Chung IB, Yelian FD, Zaher FM, Gonik B, Evans MI, Diamond MP, Svinarich DM. Expression and regulation of vascular endothelial growth factor in a first trimester trophoblast cell line. Placenta 2000; 21:320-324.
20. Shalaby F, Rossant J, Yamaguchi TP, Gertsenstein M, Wu XF, Breitman ML, Schuh AC. Failure of blood-island formation and vasculogenesis in Flk-1-

deficient mice. Nature 1995;376:62-66.

21. Clyman RI, Hardy P, Waleh N, Chen YQ, Mauray F, Fouron JC, Chemtob S. Cyclooxygenase-2 plays a significant role in regulating the tone of the fetal lamb ductus arteriosus. Am J Physiol 1999;276:R913-921.

22. Segi E. A study for functions of prostaglandin E receptor EP4 subtype by analysing knockout mice. Yakugaku Zasshi 2001;121:35-45.

23. Loftin CD, Trivedi DB, Tiano HF, Clark JA, Lee CA, Epstein JA, Morham SG, Breyer MD, Nguyen M, Hawkins BM, Goulet JL, Smithies O, Koller BH, Langenbach R. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci USA 2001;98:1059-1064.

24. Tannenbaum JE, Waleh NS, Mauray F, Gold L, Perkett EA, Clyman RI. Transforming growth factor-beta protein and messenger RNA expression is increased in the closing ductus arteriosus. Pediatr Res 1996;39:427-434.

25. Song J, Stastny J, Fosslien E, Robertson AL. Effect of aging on human protein composition. I. One-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts. Exp Mol Path 1985; 43:233-241.

26. Song J, Stastny J, Fosslien E, Robertson, AL. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis of tissue extracts. Exp Mol Path 1985; 43:297-304.

27. Li Z, Froehlich J, Galis ZS, Lakatta EG. Increased expression of matrix metalloproteinase-2 in the thickened intima of aged rats. Hypertension 1999; 33:116-123.

28. Ghosh AK, Hirasawa N, Niki H, Ohuchi K. Cyclooxygenase-2-mediated angiogenesis in carrageenin-induced granulation tissue in rats. J Pharmacol Exp Ther 2000;295:802-809.

29. Howdieshell TR, Callaway D, Webb WL, Gaines MD, Procter CD Jr, Sathyanarayana, Pollock JS, Brock TL, McNeil PL. Antibody neutralization of vascular endothelial growth factor inhibits wound granulation tissue formation. J Surg Res 2001;96: 173-182.

30. Majima M, Hayashi I, Muramatsu M, Katada J, Yamashina S, Katori M. Cyclooxygenase-2 enhances basic fibroblast growth factor-induced angiogenesis through induction of vascular endothelial growth factor in rat sponge implants. Br J Pharmacol 2000; 130:641-649.

31. Majima M, Isono M, Ikeda Y, Hayashi I, Hatanaka K, Harada Y, Katsumata O, Yamashina S, Katori M,

Yamamoto S. Significant roles of inducible cyclooxygenase (COX)-2 in angiogenesis in rat sponge implants. Jpn J Pharmacol 1997;75:105-114.

32. Hernandez GL, Volpert OV, Iniguez MA, Lorenzo E, Martinez-Martinez S, Grau R, Fresno M, Redondo JM. Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2. J Exp Med 2001;193:607-620.

33. Cuzzocrea S, Costantino G, Mazzon E, Caputi AP. Regulation of prostaglandin production in carra-geenan-induced pleurisy by melatonin. J Pineal Res 1999;27:9-14.

34. Fosslien E. Escape from immunological surveillance in blastocyst implantation and cancer. Ann Clin Lab Sci 2000;30:111-112.

35. Saaristo A, Karpanen T, Alitalo K. Mechanisms of angiogenesis and their use in the inhibition of tumor growth and metastasis. Oncogene 2000;19:6122-6129.

36. Li C, Guo B, Bernabeu C, Kumar S. Angiogenesis in breast cancer: the role of transforming growth factor beta and CD105. Microsc Res Tech 2001;52: 437-449.

37. Price JT, Bonovich MT, Kohn EC. The biochemistry of cancer dissemination. Crit Rev Biochem Mol Biol 1997;32:175-253.

38. John A, Tuszynski G. The role of matrix metalloproteinases in tumor angiogenesis and tumor metastasis. Pathol Oncol Res 2001;7:14-23.

39. Detmar M. Tumor angiogenesis. J Investig Dermatol Symp Proc 2000;5:20-23.

40. Craciunescu OI, Das SK, Clegg ST. Dynamic contrast-enhanced MRI and fractal characteristics of percolation clusters in two-dimensional tumor blood perfusion. J Biomech Eng 1999;121:486.

41. Soslow RA, Dannenberg AJ, Rush D, Woerner BM, Khan KN, Masferrer J, Koki AT. COX-2 is expressed in human pulmonary, colonic, and mammary tumors. Cancer 2000;89:2637-2645.

42. Kulkarni S, Rader JS, Zhang F, Liapis H, Koki AT, Masferrer JL, Subbaramaiah K, Dannenberg AJ. Cyclooxygenase-2 is overexpressed in human cervical cancer. Clin Cancer Res 2001;7:429-434.

43. Gaffney DK, Holden J, Davis M, Zemmpolich K, Murphy KJ, Dodson M. Elevated cyclooxygenase-2 expression correlates with diminished survival in carcinoma of the cervix treated with radiotherapy. Int J Radiat Oncol Biol Phys 2001;49:1213-1217.

44. Ohno R, Yoshinaga K, Fujita T, Hasegawa K, Iseki H, Tsunozaki H, Ichikawa W, Nihei Z, Sugihara K. Depth of invasion parallels increased cyclooxygenase-

2 levels in patients with gastric carcinoma. Cancer 2001;91:1876-1881.

45. Tomozawa S, Tsuno NH, Sunami E, Hatano K, Kitayama J, Osada T, Saito S, Tsuruo T, Shibata Y, Nagawa H. Cyclooxygenase-2 overexpression correlates with tumour recurrence, especially haematogenous metastasis, of colorectal cancer. Br J Cancer 2000;83:324-328.

46. Madaan S, Abel PD, Chaudhary KS, Hewitt R, Stott MA, Stamp GW, Lalani EN. Cytoplasmic induction and over-expression of cyclooxygenase-2 in human prostate cancer: implications for prevention and treatment. BJU Int 2000;86:736-741.

47. Yoshimura R, Sano H, Masuda C, Kawamura M, Tsubouchi Y, Chargui J, Yoshimura N, Hla T, Wada S. Expression of cyclooxygenase-2 in prostate carcinoma. Cancer 2000;89:589-596.

48. Kirschenbaum A, Klausner AP, Lee R, Unger P, Yao S, Liu XH, Levine AC. Expression of cyclooxygenase-1 and cyclooxygenase-2 in the human prostate. Urology 2000;56:671-676.

49. Denkert C, Kobel M, Berger S, Siegert A, Leclere A, Trefzer U, Hauptmann S. Expression of cyclooxygenase 2 in human malignant melanoma. Cancer Res 2001;61:303-308.

50. Karim MM, Hayashi Y, Inoue M, Imai Y, Ito H, Yamamoto M. Cox-2 expression in retinoblastoma. Am J Ophthalmol 2000;129:398-401.

51. Tas F, Yavuz E, Aydiner A, Saip P, Disci R, Iplikci A, Topuz E. Angiogenesis and p53 protein expression in breast cancer: prognostic roles and interrelationships. Am J Clin Oncol 2000;23:546-553.

52. Shimizu T, Hino K, Tauchi K, Ansai Y, Tsukada K. Predication of axillary lymph node metastasis by intravenous digital subtraction angiography in breast cancer, its correlation with microvascular density. Breast Cancer Res Treat 2000;61:261-269.

53. Garzetti GG, Ciavattini A, Lucarini G, Pugnaloni A, De Nictolis M, Amati S, Romanini C, Biagini G. Expression of vascular endothelial growth factor related to 72-kilodalton metalloproteinase immunostaining in patients with serous ovarian tumors. Cancer 1999;85:2219-2225.

54. Yoshiji H, Gomez DE, Shibuya M, Thorgeirsson UP. Expression of vascular endothelial growth factor, its receptor, and other angiogenic factors in human breast cancer. Cancer Res 1996;56:2013-2016.

55. Paradis V, Lagha NB, Zeimoura L, Blanchet P, Eschwege P, Ba N, Benoit G, Jardin A, Bedossa P. Expression of vascular endothelial growth factor in renal cell carcinomas. Virchows Arch 2000;436:351-356.

56. Slaton JW, Inoue K, Perrotte P, El-Naggar AK, Swanson DA, Fidler IJ, Dinney CP. Expression levels of genes that regulate metastasis and angiogenesis correlate with advanced pathological stage of renal cell carcinoma. Am J Pathol 2001;158:735-743.

57. Ogata Y, Harada Y, Fujii T, Yamana H, Fujita H, Shirouzu K. Immunohistochemical localization of vascular endothelial growth factor in esophageal cancer. Kurume Med J 1996;43:157-163.

58. Bayer-Garner IB, Hough AJ Jr, Smoller BR. Vascular endothelial growth factor expression in malignant melanoma: prognostic versus diagnostic usefulness. Mod Pathol 1999;12:770-774.

59. Strohmeyer D, Rossing C, Bauerfeind A, Kaufmann O, Schlechte H, Bartsch G, Loening S. Vascular endothelial growth factor and its correlation with angiogenesis and p53 expression in prostate cancer. Prostate 2000;45:216-224.

60. Han H, Silverman JF, Santucci TS, Macherey RS, d'Amato TA, Tung MY, Weyant RJ, Landreneau RJ. Vascular endothelial growth factor expression in stage I non-small cell lung cancer correlates with neoangiogenesis and a poor prognosis. Ann Surg Oncol 2001; 8:72-79.

61. Li XM, Tang ZY, Qin LX, Zhou J, Sun HC. Serum vascular endothelial growth factor is a predictor of invasion and metastasis in hepatocellular carcinoma. J Exp Clin Cancer Res 1999;18:511-517.

62. Sabo E, Boltenko A, Sova Y, Stein A, Kleinhaus S, Resnick MB. Microscopic analysis and significance of vascular architectural complexity in renal cell carcinoma. Clin Cancer Res 2001;7:533-537.

63. Decaussin M, Sartelet H, Robert C, Moro D, Claraz C, Brambilla C, Brambilla E. Expression of vascular endothelial growth factor (VEGF) and its two receptors (VEGF-R1-Flt1 and VEGF-R2-Flk1/ KDR) in non-small cell lung carcinomas (NSCLCs): correlation with angiogenesis and survival. J Pathol 1999;188:369-377.

64. Fine BA, Valente PT, Feinstein GI, Dey T. VEGF, flt-1, and KDR/flk-1 as prognostic indicators in endometrial carcinoma. Gynecol Oncol 2000;76:33-39.

65. Marinkovic S, Baumann H. Structure, hormonal regulation, and identification of the interleukin-6- and dexamethasone-responsive element of the rat haptoglobin gene. Mol Cell Biol 1990;10:1573-1583.

66. Stastny J, Prasad R, Fosslien E. Tissue proteins in breast cancer, as studied by use of two-dimensional electrophoresis. Clin Chem 1984;30:1914-1918.

67. Nayak SK, Kakati S, Harvey SR, Malone CC, Cornforth AN, Dillman RO. Characterization of cancer cell lines established from two human metastatic breast cancers. In Vitro Cell Dev Biol Anim 2000;36:188-193.

68. Harvey SR, Nayak SK, Markus G, Ouhammouch M, Hemperly JJ, Dillman RO, Doyle DJ. Cancer cells release a covalent complex containing disulfide-linked domains from urinary plasminogen activator, neural cell adhesion molecule, and haptoglobin alpha and beta chains. Arch Biochem Biophys 1997;345:289-298.

69. Mehaffey MG, Folberg R, Meyer M, Bentler SE, Hwang T, Woolson R, Moore KC. Relative importance of quantifying area and vascular patterns in uveal melanomas. Am J Ophthalmol 1997;123:798-809.

70. Gazit Y, Baish JW, Safabakhsh N, Leunig M, Baxter LT, Jain RK. Fractal characteristics of tumor vascular architecture during tumor growth and regression. Microcirculation 1997;4:395-402.

71. Hepburn PJ, Griffiths K, Harper ME. Angiogenic factors expressed by human prostatic cell lines: effect on endothelial cell growth in vitro. Prostate 1997;33:123-132.

72. Benefield J, Petruzzelli GJ, Fowler S, Taitz A, Kalkanis J, Young MR. Regulation of the steps of angiogenesis by human head and neck squamous cell carcinomas. Invasion Metastasis 1996;16:291-301.

73. Relf M, LeJeune S, Scott PA, Fox S, Smith K, Leek R, Moghaddam A, Whitehouse R, Bicknell R, Harris AL. Expression of the angiogenic factors vascular endothelial cell growth factor, acidic and basic fibroblast growth factor, tumor growth factor beta-1, platelet-derived endothelial cell growth factor, placenta growth factor, and pleiotrophin in human primary breast cancer and its relation to angiogenesis. Cancer Res 1997;57:963-969.

74. Yamaguchi R, Yano H, Iemura A, Ogasawara S, Haramaki M, Kojiro M. Expression of vascular endothelial growth factor in human hepatocellular carcinoma. Hepatology 1998;28:68-77.

75. Harris AL, Zhang H, Moghaddam A, Fox S, Scott P, Pattison A, Gatter K, Stratford I, Bicknell R. Breast cancer angiogenesis--new approaches to therapy via antiangiogenesis, hypoxic activated drugs, and vascular targeting. Breast Cancer Res Treat 1996;38:97-108.

76. Harada S, Nagy JA, Sullivan KA, Thomas KA, Endo N, Rodan GA, Rodan SB. Induction of vascular endothelial growth factor expression by prostaglandin E2 and E1 in osteoblasts. J Clin Invest 1994;93:2490-2496.

77. Hoper MM, Voelkel NF, Bates TO, Allard JD, Horan M, Shepherd D, Tuder RM. Prostaglandins induce vascular endothelial growth factor in a human monocytic cell line and rat lungs via cAMP. Am J Respir Cell Mol Biol 1997;17:748-756.

78. Attiga FA, Fernandez PM, Weeraratna AT, Manyak MJ, Patierno SR. Inhibitors of prostaglandin synthesis inhibit human prostate tumor cell invasiveness and reduce the release of matrix metalloproteinases. Cancer Res 2000;60:4629-4637.

79. Williams CS, Tsujii M, Reese J, Dey SK, DuBois RN. Host cyclooxygenase-2 modulates carcinoma growth. J Clin Invest 2000;105:1589-1594.

80. Borgstrom P, Bourdon MA, Hillan KJ, Sriramarao P, Ferrara N. Neutralizing anti-vascular endothelial growth factor antibody completely inhibits angiogenesis and growth of human prostate carcinoma micro tumors in vivo. Prostate 1998;35:1-10.

81. Narko K, Ristimaki A, MacPhee M, Smith E, Haudenschild CC, Hla T. Tumorigenic transformation of immortalized ECV endothelial cells by cyclooxygenase-1 overexpression. J Biol Chem 1997;272:21455-21460.

82. Liu CH, Chang SH, Narko K, Trifan OC, Wu MT, Smith E, Haudenschild C, Lane TF, Hla T. Overexpression of cyclooxygenase-2 is sufficient to induce tumorigenesis in transgenic mice. J Biol Chem 2001;276:18563-18569.

83. Zhang X, Morham SG, Langenbach R, Young DA. Malignant transformation and antineoplastic actions of nonsteroidal antiinflammatory drugs (NSAIDs) on cyclooxygenase-null embryo fibroblasts. J Exp Med 1999;190:451-459.

84. Di Popolo A, Memoli A, Apicella A, Tuccillo C, di Palma A, Ricchi P, Acquaviva AM, Zarrilli R. IGF-II/IGF-I receptor pathway up-regulates COX-2 mRNA expression and PGE2 synthesis in Caco-2 human colon carcinoma cells. Oncogene 2000;19:5517-5524.

85. Abe T, Okamura K, Ono M, Kohno K, Mori T, Hori S, Kuwano M. Induction of vascular endothelial tubular morphogenesis by human glioma cells. A model system for tumor angiogenesis. J Clin Invest 1993;92:54-61.

86. Sheng H, Shao J, Washington MK, DuBois RN. Prostaglandin E2 increases growth and motility of colorectal carcinoma cells. J Biol Chem 2001;276:18075-18081.

87. Plescia OJ, Smith AH, Grinwich K. Subversion of immune system by tumor cells and role of

prostaglandins. Proc Natl Acad Sci USA 1975;72: 1848-1851.

88. Grinwich KD, Plescia OJ. Tumor-mediated immunosuppression: prevention by inhibitors of prostaglandin synthesis. Prostaglandins 1977;14: 1175-1182.

89. Shibuya M. Structure and function of VEGF/VEGF-receptor system involved in angiogenesis. Cell Struct Funct 2001;26:25-35.

90. Clauss M. Molecular biology of the VEGF and the VEGF receptor family. Semin Thromb Hemost 2000;26:561-569.

91. Mourtada I, Le Tourneur M, Chevrant-Breton J, Le Gall F. Human orf and erythema multiforme. Ann Dermatol Venereol 2000;127:397-399

92. Savory LJ, Stacker SA, Fleming SB, Niven BE, Mercer AA. Viral vascular endothelial growth factor plays a critical role in orf virus infection. J Virol 2000;74: 10699-10706.

93. Wei MH, Popescu NC, Lerman MI, Merrill MJ, Zimonjic DB. Localization of the human vascular endothelial growth factor gene, VEGF, at chromosome 6p12. Hum Genet 1996;97:794-797.

94. De Juan C, Iniesta P, Cruces J, Sanchez A, Massa MJ, Gonzalez-Quevedo R, Torres AJ, Balibrea JL, Benito M. DNA amplification on chromosome 6p12 in non small cell lung cancer detected by arbitrarily primed polymerase chain reaction. Int J Cancer 1999; 84:344-349.

95. Wheeler-Jones C, Abu-Ghazaleh R, Cospedal R, Houliston RA, Martin J, Zachary I. Vascular endothelial growth factor stimulates prostacyclin production and activation of cytosolic phospholipase A2 in endothelial cells via p42/p44 mitogen-activated protein kinase. FEBS Lett 1997;420:28-32.

96. Bryant CE, Appleton I, Mitchell JA. Vascular endothelial growth factor upregulates constitutive cyclooxygenase 1 in primary bovine and human endothelial cells. Life Sci 1998;62:2195-2201.

97. Kim HJ, Kim KW, Yu BP, Chung HY. The effect of age on cyclooxygenase-2 gene expression: NF-kappaB activation and IkappaBalpha degradation. Free Radic Biol Med 2000;28:683-692.

98. Knight JA. The biochemistry of aging. Adv Clin Chem 2000;35:1-62.

99. Fosslien E. Mitochondrial medicine–molecular pathology of defective oxidative phosphorylation. Ann Clin Lab Sci 2001;31:25-67.

100. Moser TL, Kenan DJ, Ashley TA, Roy JA, Goodman MD, Misra UK, Cheek DJ, Pizzo SV. Endothelial cell surface F1-F0 ATP synthase is active in ATP synthesis and is inhibited by angiostatin. Proc Natl Acad Sci USA 2001;98:6656-6661.

101. Jin RJ, Kwak C, Lee SG, Lee CH, Soo CG, Park MS, Lee E, Lee SE. The application of an anti-angiogenic gene (thrombospondin-1) in the treatment of human prostate cancer xenografts. Cancer Gene Ther 2000;7:1537-1542.

102. Streit M, Velasco P, Brown LF, Skobe M, Richard L, Riccardi L, Lawler J, Detmar M. Overexpression of thrombospondin-1 decreases angiogenesis and inhibits the growth of human cutaneous squamous cell carcinomas. Am J Pathol 1999;155:441-452.

103. Kawahara N, Ono M, Taguchi K, Okamoto M, Shimada M, Takenaka K, Hayashi K, Mosher DF, Sugimachi K, Tsuneyoshi M, Kuwano M. Enhanced expression of thrombospondin-1 and hypovascularity in human cholangiocarcinoma. Hepatology 1998;28:1512-1517.

104. Kasper HU, Ebert M, Malfertheiner P, Roessner A, Kirkpatrick CJ, Wolf HK. Expression of thrombospondin-1 in pancreatic carcinoma: correlation with microvessel density. Virchows Arch 2001;438:116-120.

105. Dawson DW, Pearce SF, Zhong R, Silverstein RL, Frazier WA, Bouck NP. CD36 mediates the in vitro inhibitory effects of thrombospondin-1 on endothelial cells. J Cell Biol 1997;138:707-717.

106. Sheibani N, Frazier WA. Thrombospondin-1, PECAM-1, and regulation of angiogenesis. Histol Histopathol 1999;14:285-294.

107. Bein K, Simons M. Thrombospondin type 1 repeats interact with matrix metalloproteinase 2. Regulation of metalloproteinase activity. J Biol Chem 2000;275: 32167-32173.

108. Grant SW, Kyshtoobayeva AS, Kurosaki T, Jakowatz J, Fruehauf JP. Mutant p53 correlates with reduced expression of thrombospondin-1, increased angiogenesis, and metastatic progression in melanoma. Cancer Detect Prev 1998;22:185-194.

109. Tokunaga T, Nakamura M, Oshika Y, Tsuchida T, Kazuno M, Fukushima Y, Kawai K, Abe Y, Kijima H, Yamazaki H, Tamaoki N, Ueyama Y. Alterations in tumour suppressor gene p53 correlate with inhibition of thrombospondin-1 gene expression in colon cancer cells. Virchows Arch 1998;433:415-418.

110. Riessen R, Axel DI, Fenchel M, Herzog UU, Rossmann H, Karsch KR. Effect of HMG-CoA reductase inhibitors on extracellular matrix expression in human vascular smooth muscle cells. Basic Res Cardiol 1999;94:322-332.

111. Li H, Lindenmeyer F, Grenet C, Opolon P, Menashi S, Soria C, Yeh P, Perricaudet M, Lu H. AdTIMP-2 inhibits tumor growth, angiogenesis, and

metastasis, and prolongs survival in mice. Hum Gene Ther 2001;12:515-526.

112. Parsons-Wingerter P, Lwai B, Yang MC, Elliott KE, Milaninia A, Redlitz A, Clark JI, Sage EH. A novel assay of angiogenesis in the quail chorioallantoic membrane: stimulation by bFGF and inhibition by angiostatin according to fractal dimension and grid intersection. Microvasc Res 1998;55:201-214.

113. Fosslien E. The establishment and maintenance of curvature: a morphodynamic hypothesis. Med Hypothesis (submitted).

114. Murphy-Ullrich JE, Poczatek M. Activation of latent TGF-beta by thrombospondin-1: mechanisms and physiology. Cytokine Growth Factor Rev 2000;11: 59-69.

115. Grainger DJ, Frow EK. Thrombospondin 1 does not activate transforming growth factor beta-1 in a chemically defined system or in smooth-muscle-cell cultures. Biochem J 2000;350:291-298.

116. Kawataki T, Naganuma H, Sasaki A, Yoshikawa H, Tasaka K, Nukui H. Correlation of thrombo-spondin-1 and transforming growth factor-beta expression with malignancy of glioma. Neuropathology 2000;20:161-169.

117. Qian X, Wang TN, Rothman VL, Nicosia RF, Tuszynski GP. Thrombospondin-1 modulates angiogenesis in vitro by up-regulation of matrix metalloproteinase-9 in endothelial cells. Exp Cell Res 1997;235:403-412.

118. Wang TN, Qian X, Granick MS, Solomon MP, Rothman VL, Berger DH, Tuszynski GP. Thrombospondin-1 (TSP-1) promotes the invasive properties of human breast cancer. J Surg Res 1996; 63:39-43.

119. Bleuel K, Popp S, Fusenig NE, Stanbridge EJ, Boukamp P. Tumor suppression in human skin carcinoma cells by chromosome 15 transfer or thrombospondin-1 overexpression through halted tumor vascularization. Proc Natl Acad Sci USA 1999;96:2065-2070.

120. Shao J, Sheng H, Aramandla R, Pereira MA, Lubet RA, Hawk E, Grogan L, Kirsch IR, Washington MK, Beauchamp RD, DuBois RN. Coordinate regulation of cyclooxygenase-2 and TGF-beta1 in replication error-positive colon cancer and azoxymethane-induced rat colonic tumors. Carcinogenesis 1999; 20:185-191.

121. O'Mahony CA, Beauchamp RD, Albo D, Tsujii M, Sheng HM, Shao J, Dubois RN, Berger DH. Cyclooxygenase-2 alters transforming growth factor-beta 1 response during intestinal tumorigenesis. Surgery 1999;126:364-370.

122. Cardillo MR, Yap E. TGF-beta1 in colonic neoplasia: a genetic molecular and immunohistochemical study. J Exp Clin Cancer Res 1997;16:281-288.

123. Kim SJ, Im YH, Markowitz SD, Bang YJ. Molecular mechanisms of inactivation of TGF-beta receptors during carcinogenesis. Cytokine Growth Factor Rev 2000;11:159-168.

124. Gold LI, Jussila T, Fusenig NE, Stenback F. TGF-beta isoforms are differentially expressed in increasing malignant grades of HaCaT keratinocytes, suggesting separate roles in skin carcinogenesis. J Pathol 2000;190:579-588.

125. Connolly JM, Rose DP. Angiogenesis in two human prostate cancer cell lines with differing metastatic potential when growing as solid tumors in nude mice. J Urol 1998;160:932-936.

126. Qiu L. Regulatory role of hormones and growth factors in the pathogenesis of human uterine leiomyomas (PhD Dissertation in Pathology). Graduate College, Health Sciences Center, University of Illinois, Chicago, 1995.

127. Fosslien E, Lin Q, Yamashiroya H. Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta. Ann Clin Lab Sci 1997;7:318-319.

128. Pepper MS, Vassalli JD, Orci L, Montesano R. Biphasic effect of transforming growth factor-beta 1 on in vitro angiogenesis. Exp Cell Res 1993; 204:356-363.

129. Oshima M, Oshima H, Taketo MM. TGF-beta receptor type II deficiency results in defects of yolk sac hematopoiesis and vasculogenesis. Dev Biol 1996;179:297-302.

130. Azuma H. Genetic and molecular pathogenesis of hereditary hemorrhagic telangiectasia. J Med Invest 2000;47:81-90.

131. Sakamoto T, Ueno H, Sonoda K, Hisatomi T, Shimizu K, Ohashi H, Inomata H. Blockade of TGF-beta by in vivo gene transfer of a soluble TGF-beta type II receptor in the muscle inhibits corneal opacification, edema and angiogenesis. Gene Ther 2000;7:1915-1924.

132. Larsson J, Goumans MJ, Sjostrand LJ, van Rooijen MA, Ward D, Leveen P, Xu X, ten Dijke P, Mummery CL, Karlsson S. Abnormal angiogenesis but intact hematopoietic potential in TGF-beta type I receptor-deficient mice. EMBO J 2001;20:1663-1673.

133. Li DY, Sorensen LK, Brooke BS, Urness LD, Davis EC, Taylor DG, Boak BB, Wendel DP. Defective angiogenesis in mice lacking endoglin. Science 1999; 284:1534-1537.

134. Li C, Guo B, Wilson PB, Stewart A, Byrne G, Bundred N, Kumar S. Plasma levels of soluble CD105 correlate with metastasis in patients with breast cancer. Int J Cancer 2000;89:122-126.

135. Brewer CA, Setterdahl JJ, Li MJ, Johnston JM, Mann JL, McAsey ME. Endoglin expression as a measure of microvessel density in cervical cancer. Obstet Gynecol 2000;96:224-228.

136. DuBois RN, Awad J, Morrow J, Roberts LJ 2nd, Bishop PR. Regulation of eicosanoid production and mitogenesis in rat intestinal epithelial cells by transforming growth factor-alpha and phorbol ester. J Clin Invest 1994;93:493-498.

137. Soares R, Pereira MB, Silva C, Amendoeira I, Wagner R, Ferro J, Schmitt FC. Expression of TGF-alpha and EGFR in breast cancer and its relation to angiogenesis. Breast J 2000;6:171-177.

138. Sheibani N, Frazier WA. Down-regulation of platelet endothelial cell adhesion molecule-1 results in thrombospondin-1 expression and concerted regulation of endothelial cell phenotype. Mol Biol Cell 1998;9:701-713.

139. Liu XH, Kirschenbaum A, Yao S, Stearns ME, Holland JF, Claffey K, Levine AC. Upregulation of vascular endothelial growth factor by cobalt chloride-simulated hypoxia is mediated by persistent induction of cyclooxygenase-2 in a metastatic human prostate cancer cell line. Clin Exp Metastasis 1999; 17:687-694

140. Laderoute KR, Alarcon RM, Brody MD, Calaoagan JM, Chen EY, Knapp AM, Yun Z, Denko NC, Giaccia AJ. Opposing effects of hypoxia on expression of the angiogenic inhibitor thrombospondin 1 and the angiogenic inducer vascular endothelial growth factor. Clin Cancer Res 2000; 6:2941-2950.

141. Phelan MW, Forman LW, Perrine SP, Faller DV. Hypoxia increases thrombospondin-1 transcript and protein in cultured endothelial cells. J Lab Clin Med 1998;132:519-529.

142. Harris AL. von Hippel-Lindau syndrome: target for anti-vascular endothelial growth factor (VEGF) receptor therapy. Oncol 2000;5(Suppl 1):32-36.

143. Krieg M, Haas R, Brauch H, Acker T, Flamme I, Plate KH. Up-regulation of hypoxia-inducible factors HIF-1alpha and HIF-2alpha under normoxic conditions in renal carcinoma cells by von Hippel-Lindau tumor suppressor gene loss of function. Oncogene 2000;19:5435-5443.

144. Cinatl J Jr, Kotchetkov R, Scholz M, Cinatl J, Vogel JU, Driever PH, Doerr HW. Human cytomegalovirus infection decreases expression of thrombo-spondin-1 independent of the tumor suppressor protein p53. Am J Pathol 1999;155:285-292.

145. Dameron KM, Volpert OV, Tainsky MA, Bouck N. Control of angiogenesis in fibroblasts by p53 regulation of thrombospondin-1. Science 1994;265: 1582-1584.

146. Linderholm BK, Lindahl T, Holmberg L, Klaar S, Lennerstrand J, Henriksson R, Bergh J. The expression of vascular endothelial growth factor correlates with mutant p53 and poor prognosis in human breast cancer. Cancer Res 2001;61:2256-2260.

147. Biramijamal F, Allameh A, Mirbod P, Groene HJ, Koomagi R, Hollstein M. Unusual profile and high prevalence of p53 mutations in esophageal squamous cell carcinomas from northern Iran. Cancer Res 2001;61:3119-3123.

148. Nair P, Gangadevi T, Jayaprakash PG, Nair MB, Nair MK, Pillai MR. Increased angiogenesis in the uterine cervix associated with human papillomavirus infection. Pathol Res Pract 1999;195:163-169.

149. Lopez-Ocejo O, Viloria-Petit A, Bequet-Romero M, Mukhopadhyay D, Rak J, Kerbel RS. Oncogenes and tumor angiogenesis: the HPV-16 E6 oncoprotein activates the vascular endothelial growth factor (VEGF) gene promoter in a p53 independent manner. Oncogene 2000;19:4611-4620.

150. Murono S, Inoue H, Tanabe T, Joab I, Yoshizaki T, Furukawa M, Pagano JS. Induction of cyclooxygenase-2 by Epstein-Barr virus latent membrane protein 1 is involved in vascular endothelial growth factor production in nasopharyngeal carcinoma cells. Proc Natl Acad Sci USA 2001;98:6905-6910.

151. Saha D, Datta PK, Sheng H, Morrow JD, Wada M, Moses HL, Beauchamp RD. Synergistic induction of cyclooxygenase-2 by transforming growth factor-beta1 and epidermal growth factor inhibits apoptosis in epithelial cells. Neoplasia 1999;1:508-517.

152. Shinar DM, Rodan GA. Biphasic effects of transforming growth factor-beta on the production of osteoclast-like cells in mouse bone marrow cultures: the role of prostaglandins in the generation of these cells. Endocrinology.1990;126:3153-3158.

153. Bernard C, Merval R, Lebret M, Delerive P, Dusanter-Fourt I, Lehoux S, Creminon C, Staels B, Maclouf J, Tedgui A. Oncostatin M induces interleukin-6 and cyclooxygenase-2 expression in human vascular smooth muscle cells : synergy with interleukin-1beta. Circ Res 1999;85:1124-1131.

154. Pourtau J, Mirshahi F, Li H, Muraine M, Vincent L, Tedgui A, Vannier JP, Soria J, Vasse M, Soria C. Cyclooxygenase-2 activity is necessary for the

angiogenic properties of oncostatin M. FEBS Lett. 1999;459:453-457.

155. Vasse M, Pourtau J, Trochon V, Muraine M, Vannier JP, Lu H, Soria J, Soria C. Oncostatin M induces angiogenesis in vitro and in vivo. Arterioscler Thromb Vasc Biol 1999;19:1835-1842.

156. Suzuma K, Takagi H, Otani A, Oh H, Honda Y. Expression of thrombospondin-1 in ischemia-induced retinal neovascularization. Am J Pathol 1999;154:343-354.

157. Morelli D, Lazzerini D, Cazzaniga S, Squicciarini P, Bignami P, Maier JA, Sfondrini L, Menard S, Colnaghi MI, Balsari A. Evaluation of the balance between angiogenic and antiangiogenic circulating factors in patients with breast and gastrointestinal cancers. Clin Cancer Res 1998;4:1221-1225.

158. Kuroi K, Toi M. Circulating angiogenesis regulators in cancer patients. Int J Biol Markers 2001;16:5-26.

159. Daldrup H, Shames DM, Wendland M, Okuhata Y, Link TM, Rosenau W, Lu Y, Brasch RC. Correlation of dynamic contrast-enhanced MR imaging with histologic tumor grade: comparison of macromolecular and small-molecular contrast media. Am J Roentgenol 1998;171:941-949.

160. Turetschek K, Huber S, Floyd E, Helbich T, Roberts TP, Shames DM, Tarlo KS, Wendland MF, Brasch RC. MR imaging characterization of microvessels in experimental breast tumors by using a particulate contrast agent with histopathologic correlation. Radiology 2001;218:562-569.

161. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.

162. Toyota M, Shen L, Ohe-Toyota M, Hamilton SR, Sinicrope FA, Issa JP. Aberrant methylation of the cyclooxygenase 2 CpG island in colorectal tumors. Cancer Res 2000;60:4044-4048.

163. Whelton A, Maurath CJ, Verburg KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000;7:159-175.

164. Goldstein JL, Correa P, Zhao WW, Burr AM, Hubbard RC, Verburg KM, Geis GS. Reduced incidence of gastroduodenal ulcers with celecoxib, a novel cyclooxygenase-2 inhibitor, compared to naproxen in patients with arthritis. Am J Gastroenterol 2001;96:1019-1027.

165. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. (Celecoxib Long-term Arthritis Safety Study). JAMA 2000;284:1247-1255.

166. Steinbach G, Lynch PM, Phillips RK, Wallace MH, Hawk E, Gordon GB, Wakabayashi N, Saunders B, Shen Y, Fujimura T, Su LK, Levin B. The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis. N Engl J Med 2000; 29;342:1946-1952.

167. Emery P. Cyclooxygenase-2: a major therapeutic advance? Am J Med 2001;110:42S-45S.

168. Breyer MD, Harris RC. Cyclooxygenase 2 and the kidney. Curr Opin Nephrol Hypertens 2001;10:89-98.

169. Takahashi Y, Roman C, Chemtob S, Tse MM, Lin E, Heymann MA, Clyman RI. Cyclooxygenase-2 inhibitors constrict the fetal lamb ductus arteriosus both in vitro and in vivo. Am J Physiol Regul Integr Comp Physiol 2000;278:R1496-1505.