# Plaintiffs' Response re FOSSLIEN

# Footnote 4 of 28

ANNALS OF CLINICAL AND LABORATORY SCIENCE, Vol. 28, No. 2
Copyright © 1998, Institute for Clinical Science, Inc.

NOTICE: This Material
may be protected by
copyright law. (Title
17 US Code)

# Adverse Effects of Nonsteroidal Anti-inflammatory Drugs on the Gastrointestinal System*

EGIL FOSSLIEN, M.D.

*Department of Pathology,
University of Illinois at Chicago,
College of Medicine,
Chicago, IL 60612*

*Fosslien.*   67

*g Huang
. Taylor,
C. Kato.*   82

*Papadea,
Papadea,
Cate IV,
B. Didyk.*   88

*Rafanan,
nderson,
Metersky.*   99

*o Zhang
Kiechle.*   104

*L. Mark
le Wells.* 115

124

125

*apadea.* 128

ted in
E SCIENCES.
EMS,

## ABSTRACT

Two enzymes, cyclo-oxygenase (COX) and 5-lipoxygenase, act upon arachidonic acids to produce prostaglandins and leukotrienes. Inhibition of COX-2 by nonsteroidal anti-inflammatory drugs (NSAIDs) lowers synthesis of proinflammatory prostaglandins and produces analgesia. COX-2 is highly inducible by endotoxin, IL-1, hypoxia, epidermal growth factor (EGF), benzo[a]pyrene, and transforming growth factor beta 1(TGF-$\beta$1). COX-1 is constitutively expressed. Conventional NSAIDs also inhibit the synthesis of cytoprotective prostaglandins by COX-1 in the gastrointestinal tract. Surplus arachidonic acids accumulate and enhance the generation of leukotrienes via the lipoxygenase pathway inducing neutrophil adhesion to endothelium and vasoconstriction.

The NSAIDs harboring a carboxyl group also inhibit oxidative phosphorylation (OXPHOS) lowering adenosine-triphosphate (ATP) generation leading to loss of mucosal cell tight junctions and increased mucosal permeability. Administration of NSAIDs that do not interfere with OXPHOS, and concomitant use of prostaglandin analogues to restore cytoprotection reduces complications of NSAID use. However, no NSAID that lacks potential for serious gastrointestinal toxicity is currently available. Selective inhibitors of COX-2 and 5-lipoxygenase are newer, promising drugs. Surprisingly, COX-2 null mice are able to mount an inflammatory response, suffering however, from kidney dysfunction and a shortened life span. Results of clinical studies on the long-term use of NSAID drugs such as selective inhibitors are still pending.

## Introduction

Nonsteroidal anti-inflammatory drugs (NSAIDs) are effective analgesic[1] and anti-phlogistic agents.[2,3,4] Worldwide, physicians write over 100 million prescriptions for NSAIDs annually. Additional use arises from patient self-medication with one or more of a large number of non-prescription drugs containing NSAIDs.[5] In the United States over-the-counter drug use of NSAIDs is 7 times the prescription use. Over 2 billion dollars are spent for NSAIDs annually. The gastrointesti-

* Send reprint requests to: Egil Fosslien, M.D., Professor of Pathology, Department of Pathology (M/C847), College of Medicine, University of Illinois at Chicago, Chicago, IL 60612.

0091-7370/98/0300-0067 $03.75 © Institute for Clinical Science, Inc.

68                                FOSSLIEN

nal tract remains the most acceptable and popular route of administration of NSAIDs. It offers the advantage of convenience and results in good absorption of the therapeutic compounds.[6]

Uses include the short-term treatment of dental[7] or perisurgical pain[8] and long term treatment of painful musculoskeletal disorders such as rheumatoid arthritis. Aspirin is beneficial in the treatment of coronary heart disease, and prophylactic aspirin use significantly reduces the risk of myocardial infarction.[9,10] Newer studies suggest that certain NSAIDs may find further uses. Sulindac, for instance, can induce regression in rectal adenomatous polyps.[11] Aspirin and other NSAIDs may prevent or inhibit colonic cancer.[12,13] *Treatment with NSAIDs exerts a stronger protective influence than steroids in Alzheimer's disease.[14,15]*

However, between 20 and 30 percent of patients under NSAIDs therapy develop digestive symptoms.[16] Adverse effects of NSAIDs involve all segments of the alimentary tract. For example, patients with esophageal reflux taking NSAIDs have an increased risk of esophageal stenosis.[16] The more common, serious adverse effects of NSAIDs involve the stomach, duodenum, and the lower gastrointestinal tract. The NSAID-induced gastrointestinal effects range from nausea, vomiting, dyspepsia, diarrhea, constipation, mucosal irritation, erosions to peptic ulcerations and massive, fatal gastrointestinal hemorrhage. Gastropathies consist of *erythematous, erosive or ulcerative* lesions located mainly antral or prepyloric.[17,18] The NSAID-induced gastropathy *may be asymptomatic despite a broad spectrum of abnormal endoscopic findings, but in the majority of cases there are clinical symptoms.*[19] Most importantly, *NSAID exposure is strongly associated with both upper and lower gastrointestinal perforations.*[20] Life threatening hemorrhage may be the first clinical presentation.

### Epidemiology and Nosology

The NSAID use is associated with hepatic, renal, hematological, and hypersensitivity reactions and with serious upper gastrointestinal disorders.[21] Spontaneous reports of adverse effects from diclofenac, nabumetone, naproxen, and piroxicam show higher association of gastrointestinal events with nabumetone and piroxicam.[22] It has been estimated that there is one hospital admission per 2,823 NSAID prescriptions.[23] Endoscopic data and review of clinical histories of NSAID use by patients within one week of admission showed that a history of NSAID use was approximately equal in patients with upper and lower intestinal bleeding and significantly greater than controls.[24] The risk of diverticular bleeding was higher than that of duodenal ulcer bleeding. The study included 461 patients with upper and 105 with lower GI bleeding and 1,595 *controls.*

One half of the patients taking NSAIDs regularly have gastric erosion and 10 percent to 30 percent have gastric ulcers.[25] NSAID exposure is more common in gastric than in prepyloric, pyloric and duodenal perforation and accounts for 20 to 35 percent of ulcer bleedings.[26] About 70 percent of a study group of 76 consecutive patients with gastrointestinal (GI) perforations had used aspirin or other NSAIDs.[27] Twenty percent were lower GI and 80 percent upper GI perforations.[27] Low dose aspirin therapy may precipitate myocardial infarction or unstable angina by inducing upper gastrointestinal bleeding, especially in patients with ischemic heart disease.[28] Patients suffering fatal bleeding from gastric or duodenal ulcerations may experience no pain at all because of the analgesic effect of NSAIDs.

Results of a study on the exposure to *NSAIDs in 272 patients with bleeding or perforated peptic ulcer* documented by endoscopy are shown in figure 1. The NSAIDs are widely used for the treatment of chronic arthropathies, such as rheumatoid arthritis. A study of 2,400 consecutive patients with rheumatoid arthritis followed prospectively for an average of three and a half years indicated that NSAID gastropathy in patients with rheumatoid arthritis accounts for at least 20,000 hospitalizations and 2,600 deaths annually in the United States.[29]

FIGURE 1.   T...
ingestion in pati
bleeding or perfo
ic ulcers. Histogr
from a retrospect
272 patients.[110]
half of gastric ulc
and one third of
gastric ulcer pati
history of recen
exposure. In the n
group of patients
denal ulcers. NS.
sure was somewl
than in the gas
group, however, it
lower as a percen
total.

Overall, tl
NSAID-induc
States.[30] In E
premature dea
ally.[31] Of 65,0C
tinal admission
are attributab
2230 deaths.[32]
to NSAID exp
In the Nordic
*patients using*
time, and 1 to
are hospitalize
ing in 450 dea

A one-year
history of dysp
patients indic
increased the
by a factor of '
ous gastrointe
with rheumat
with osteoarth
pitalization in
NSAID treat
patients. The
death was 0.1S
The hazard ra
those not takii





FIGURE 1. The NSAID ingestion in patients with bleeding or perforated peptic ulcers. Histogram of data from a retrospective study of 272 patients.[110] About one half of gastric ulcer patients and one third of perforated gastric ulcer patients had a history of recent NSAID exposure. In the much larger group of patients with duodenal ulcers, NSAID exposure was somewhat higher than in the gastric ulcer group, however, it was much lower as a percentage of the total.

er gastrointesti-
us reports of
c, nabumetone,
higher associa-
with nabume-
been estimated
ission per 2,823
:copic data and
NSAID use by
mission showed
s approximately
nd lower intes-
ly greater than
icular bleeding
nal ulcer bleed-
patients with
l bleeding and

:aking NSAIDs
and 10 percent
lcers.[25] NSAID
gastric than in
:nal perforation
ercent of ulcer
of a study group
gastrointestinal
spirin or other
re lower GI and
ns.[27] Low dose
:ate myocardial
ia by inducing
g, especially in
sease.[28] Patients
astric or duode-
e no pain at all
t of NSAIDs.
e exposure to
bleeding or per-
nted by endos-
he NSAIDs are
ent of chronic
atoid arthritis. A
ients with rheu-
pectively for an
rs indicated that
ts with rheuma-
:east 20,000 hos-
annually in the

Overall, there are more than 20,000 NSAID-induced fatalities a year in the United States.[30] In England, NSAID use leads to the premature death of over 3,000 patients annually.[31] Of 65,000 emergency upper gastrointestinal admissions per annum in the UK, 12,000 are attributable to NSAID use resulting in 2230 deaths.[32] Another 330 deaths attributable to NSAID exposure occur in the community. In the Nordic countries, 20 to 50 percent of patients using NSAIDs have an ulcer at some time, and 1 to 2 percent on continuous therapy are hospitalized for ulcer complications resulting in 450 deaths annually.[33]

A one-year prospective study of the natural history of dyspepsia in 545 adult primary care patients indicated that exposure to NSAIDs increased the risk for gastrointestinal bleeding by a factor of 7.[34] The NSAID-associated serious gastrointestinal events in 2,747 patients with rheumatoid arthritis and 1,091 patients with osteoarthritis[3] resulted in an annual hospitalization incidence of 1.58 percent during NSAID treatment in rheumatoid arthritis patients. The risk of gastrointestinal related death was 0.19 percent per year with NSAIDs. The hazard ratio of patients taking NSAIDs to those not taking NSAIDs was 5:2.

Major risk factors in patients with rheumatoid arthritis include age over 60 years, concomitant therapy with corticosteroids, and longer duration or larger dose of NSAID treatment.[15] Another study shows a relative risk of gastroduodenal ulceration 4 to 5 times higher in the NSAID user.[35] Higher doses of NSAIDs and concomitant use of corticosteroids further increases the risk. A seven-fold higher risk of gastric bleeding in elderly patients than in younger patients is associated with failure of normal mucosal adaptation.[36] Evidence from a population-based retrospective case-control study of 1,377 cases of upper gastrointestinal bleeding and perforation (UGIB) and 10,000 control subjects reveal that age is the most important predictor of UGIB.[37] The risk varies widely with the individual drug. Administration of azapropazone and piroxicam carries the highest risk of UGIB. Ibuprofen, naproxen, diclofenac, ketoprofen, and indomethacin has relative risks similar to that for overall NSAID use. The risk is higher in the female than the male patient.[38]

The NSAIDs induce or exacerbate damage of the distal gastrointestinal tracts.[39] Seventy percent of patients receiving long term NSAID therapy have evidence of inflamma-

70                                    FOSSLIEN

tion of the small intestine.[40] Patients may suffer from asymptomatic ileal dysfunction, *increased mucosal permeability*,[41] protein and blood loss.[42] Occasionally, diaphragm-like small intestinal strictures necessitating surgery may develop. The prevalence of NSAID-induced damage to the large intestine is unknown.[43] It is associated with diarrhea, colonic bleeding, anemia, ulcerations and strictures, perforations, and death.[43,44] Diarrhea occurs in 3 to 5 percent of patients on NSAIDs. The NSAIDs may trigger *exacerbation of inflammatory diseases and can complicate diverticular disease of the large bowel.* Rare cases of segmental ischemic colitis in two patients with no possible etiologic factors other than NSAID use have been reported.[45] Use of slow release NSAIDs shifts adverse effects from the upper to the distal gastrointestinal tract.[39]

## Pathophysiology

The NSAIDs exert their analgesic, antiphlogistic, and antipyretic effects through peripheral and central inhibition of prostaglandin (PG) synthesis and through a variety of other peripheral and central mechanisms (table I).[46,47] Aspirin was the first NSAID shown to inhibit the COX pathway in which arachidonic acid is converted to prostaglandins.[48] Two cyclo-oxygenase isoenzymes, referred to as COX-1 and COX-2, are inhibited by conventional NSAIDs (figure 2).[49] The COX isoforms share structural and enzymatic similarities. Human COX-1 and COX-2 genes consist of 599 and 604 amino acids, respectively, but exhibit only about 60 percent homology.[50] Both are expressed to a similar extent in the human stomach. However, in the mouse stomach, COX-1 is more abundant. In the rat stomach, COX-1 and COX-2 are found in surface mucous cells and mucous neck cells, respectively. The COX isoenzymes exhibit cellular compartmentalization: COX-2 is located both in the nuclear envelope and the endoplasmic reticulum, COX-1 only in the latter.

The COX genes exhibit striking differences in their regulation due to differences in promoters and transcripts. The constitutively expressed COX-1 gene shows poor inducibility and is classified as a 'housekeeping gene.' However, gastric COX-1 is induced by endotoxin administration in the rat.[51] It provides prostaglandins for mucosal cytoprotective functions in the normal mucosa. The COX-2 (prostaglandin H synthase-2, PGHS-2, EC 1.14.99.1) is a multifunctional enzyme.[52] Its gene is highly inducible by agents such as pro-inflammatory endotoxins that enhance the



*Antacid*

*Misoprostol*

*Sodium salicylate*

FIGURE 2.   Be...
drugs (NSAIDs). N...
glandins (PG) is a...
methacin] reducing...
*flurbiprofen, Indom*...
Flurbiprofen, [1] h...
triphosphate (ATP)...
cytoprotection. The...
contract vascular s...
adhesion to vascula...
COX-2 (Flosulide)

COX-2 transcri...
sis of proinflam...
of inflammation...

Prostaglandi...
acid via COX-...
inflammation a...
activity, partiall...
more complete...
such as flosulid...
nism for the a...
action of NSAI...
nal anti-PGE2 ...
gesia in experi...
with G-protein...
by NSAIDs for...
for analgesic ac...

Some NSAII...
pathway.[46]  Ho...
simultaneously...
thesis of cytop...

**TABLE I**

| Group | Agent | Function |
|---|---|---|
| 1 | Flurbiprofen | COOH group lowers OXPHOS yield |
| 2 | NO-flurbiprofen | COOH group removed; OXPHOS intact |
| 3 | Sodium salicylate | No COX inhibition; inhibits PMN adhesion via adenosine release |
| 4 | Indomethacin | COX inhibitor; increases PMN $\beta$-2-integrin and PMN adhesion |
| 5 | Flosulide | COX-2 selective inhibitor |
| 6 | Tepoxalin | COX and 5-LO inhibitor; NF kappa B inhibitor |
| 7 | Zileuton | Selective 5-LO inhibitor; inhibits PMN adhesion |
| 8 | Misoprostol | PG analogue; restores cytoprotection |

OXPHOS = Oxidative phosphorylation.
COX = Cyclo-oxygenase.
5 – LO = 5 – lipoxygenase.
NF = Nuclear factor.

ADVERSE EFFECTS OF NSAIDS                71

jlandins.⁴⁸ Two
referred to as
ited by conven-
e COX isoforms
tic similarities.
genes consist of
espectively, but
ut homology.⁵⁰
ar extent in the
he mouse stom-
In the rat stom-
ound in surface
k cells, respec-
exhibit cellular
is located both
he endoplasmic
latter.

king differences
erences in pro-
e constitutively
poor inducibility
keeping gene.
duced by endo-
t.⁵¹ It provides
cytoprotective
sa. The COX-2
PGHS-2, EC
l enzyme.⁵² Its
nts such as pro-
at enhance the

osine release
N adhesion



FIGURE 2. Beneficial (open arrows) and adverse (black arrows) effects induced by non-steroidal anti-inflammatory drugs (NSAIDs). Numbers in brackets refer to agent group in table 1. Lower production of proinflammatory prostaglandins (PG) is achieved by NSAID-induced inhibition of cyclo-oxygenase-2 (COX-2) [2,4](NO-flurbiprofen, Indomethacin] reducing pain and inflammation (open arrows). However, conventional NSAIDs also inhibit COX-1 [2,4](NO-flurbiprofen, Indomethacin]] causing loss of cytoprotective functions in the intestinal mucosa. The NSAIDs such as Flurbiprofen, [1] harbor a carboxyl moiety that inhibits oxidative phosphorylation (OXPHOS) reducing local adenosine-triphosphate (ATP) generation and increasing mucosal permeability. Misoprostol [8], a PG analogue, partially restores cytoprotection. The COX inhibition provides surplus arachidonic acids increasing 5-LO conversion to leukotrienes that contract vascular smooth muscle cells (SMC). Microcirculatory blood flow is further impaired by leukocyte (PMN) adhesion to vascular endothelium. Tepoxalin [6] inhibits both COX and 5-LO. Use of newer drugs that selectively inhibit COX-2 (Flosulide) [5] or 5-LO (Zileuton) [7] result in fewer NSAID-induced adverse effects. For further detail see text.

COX-2 transcript levels increasing the synthesis of proinflammatory prostaglandins at sites of inflammation.

Prostaglandins derived from arachidonic acid via COX-2, in particular PGE2, initiate *inflammation and pain.*⁵³ Inhibition of COX-2 activity, partially by conventional NSAIDs and more completely by selective COX-2 inhibitors such as flosulide is therefore a major mechanism for the analgesic and anti-inflammatory action of NSAIDs.⁴⁶ Treatment with monoclonal anti-PGE2 antibody fully reverses hyperalgesia in experimental models.⁵³ Interference with G-protein-mediated signal transduction by NSAIDs forms a PG independent pathway for analgesic action.⁴⁶

Some NSAIDs also inhibit the lipoxygenase pathway.⁴⁶ However, conventional NSAIDs simultaneously inhibit COX-1 lowering synthesis of cytoprotective prostaglandins. The

ratio of inhibition of the two COX isoforms varies for different NSAIDs (figure 3). Strong inhibition of COX-1 by NSAIDs such as piroxicam reduces mucosal prostaglandin cytoprotective functions, induces mucosal vascular *injury, and leads to mucosal erosions and to ulcers.* There may be local damage due to local effects where the NSAID tablet sits adjacent to the mucosa. But gastric ulcerations occur even when NSAIDs are administered intramuscularly or intravenously.

Ligation of the bile duct reduces NSAID damage in animal models indicating that enterohepatic recirculation is important in the pathogenesis of NSAID-induced pathologies. Diclofenac but not nitrofenac undergoes extensive enterohepatic circulation when administered to rats, exposing parts of the intestine repeatedly to the drug.⁵⁴ Diclofenac but not nitrofenac induces frank intestinal

72                    FOSSLIEN



FIGURE 3. Inhibition of the two COX isoforms varies for different NSAIDs. Histogram of data[11] ranking of NSAIDs by relative selectivity of COX-1 and COX-2 inhibition. Piroxicam inhibits COX-1 the most, flosulide is a strong COX-2 inhibitor.

ulcerations *in such animals despite similar alterations in gastrointestinal permeability.* Foods may have adverse effects. Refeeding after NSAID administration enhances macroscopic damage in animals.

Microbe involvement in the pathogenesis of lesions is suggested by experiments showing that pretreatment with antimicrobial drugs reduces damage in animals. Neutrophil adhesion to endothelial cells is damaging. Mucosal damage is limited when neutropenia is induced or when antibodies to adhesion molecules in experimental models limit neutrophil adhesion. The pathogenesis of NSAID-induced gastric ulcers is also associated with regionally disturbed gastric microcirculation and with the presence of acid.[35]

The NSAIDs harboring a carboxyl moiety *cause interfere with OXPHOS* at micromolar concentrations *in vitro.*[56] The carboxylic group acts as a proton translocator resulting in lower adenosine-triphosphate (ATP) generation.[57] Intercellular tight junctions of mucosal cells are damaged increasing gastrointestinal permeability. Cells depleted of ATP are vulnerable to oxidant stress.[31] *The DNA synthesis is reduced,* and mucosal cell proliferation is impaired. Mucosal cells are less able to generate components of the protective gastric barrier resulting in backflow of acid and pepsin into the mucosa. The NSAID-induced con-

comitant inhibition of prostaglandin synthesis further reduces the amount and quality of gastrointestinal mucosal protection.[58]

All of 10 NSAIDs tested uncoupled rat liver mitochondrial respiration *in vitro*[56] and decreased the mitochondrial membrane potential.[59] Acetylsalicylic acid, diclofenac *sodium, piroxicam, and mefenamic acid both* uncouple and inhibit OXPHOS in rat renal cortex mitochondria *in vitro.*[59] Dipyrone only uncouples and paracetamol only inhibits OXPHOS. Evidence of mitochondrial damage caused by NSAIDs in animal models include activation of mitochondrial marker enzymes after oral NSAIDs, damage to *mitochondria* shown on electron micrographs after oral NSAIDs, and reduced ATP generation.[60] Flurbiprofen, ibuprofen, and ketoprofen significantly increase intestinal permeability in rats above that seen in untreated animals.[44] Seventy five mg of indomethacin for one day significantly increases the permeability of the small intestine in healthy volunteers.[61] All four drugs contain a carboxyl group. Other NSAIDs of this kind, for instance sulindac, etodolac, and flurbiprofen, are all associated with gastrointestinal toxicity.[57,62] From the gastric lumen these NSAIDs rapidly penetrate the hydrophilic lipid-protective layer and reach a high level of concentration in the superficial cells of the mucosa.[58,62]

*Prostaglandins* lipid mediators a[  ] tion, blood flow, prostaglandins p[  ] inhibiting acid s[  ] output and mucu[  ] permeability to[  ] mucosal blond[  ] inhibition of CO[  ] tric cytoprotecti[  ] in increased acid[  ] production, back[  ] gastric mucosa,[  ] flow and delayed[  ] inhibition of CO[  ] injured mucosa[  ] Back-diffusion[  ] increases mucu[  ] drug absorption.

The importan[  ] prostaglandin sy[  ] mucosal injury is[  ] clinical evidence[  ] tered to rats (2 r[  ] intestinal adhesio[  ] *adhesion in mes*[  ] tory cell infiltrat[  ] tium.[64] In patie[  ] analogues such a[  ] dence of reactive[  ] both gastric and[  ]

However, mi[  ] *deficiency survi*[  ] pathology.[67] In[  ] amounts of CO[  ] gene knockout[  ] gastroduodenal[  ] prisingly deve[  ] induced gastric[  ] with mice harl[  ] These results in[  ] the concept of[  ] and of NSAID-[  ] the pathogenesi[  ]

In cell model[  ] COX-2 expressi[  ] (NF-κB) p65 bi[  ] COX-2 promote[  ] ras up-regular C[  ]

RE 3.  Inhibition of
COX isoforms varies
rent NSAIDs. Histo-
f data[111] ranking of
s by relative selectiv-
COX-1 and COX-2
n. Piroxicam inhibits
the most, flosulide is
; COX-2 inhibitor.

glandin synthesis
d quality of gas-
on.[55]

ncoupled rat liver
*in vitro*[56] and
rial membrane
acid, diclofenac
namic acid *both*
OS in rat renal
[59] Dipyrone only
l only inhibits
hondrial damage
 models include
narker enzymes
to mitochondria
aphs after oral
P generation.[60]
ketoprofen sig-
permeability in
eated animals.[44]
acin for one day
meability of the
nteers.[51] Other NSAIDs
. Other NSAIDs
lindac, etodolac,
ciated with gas-
om the gastric
y penetrate the
yer and reach a
n the superficial

*Prostaglandins consist of a group of potent lipid mediators affecting gastrointestinal secretion, blood flow, and motility.*[63] *Cytoprotective prostaglandins preserve the gastric mucosa by inhibiting acid secretion, raising bicarbonate output and mucus secretion, lowering mucosal permeability to $H^+$ ions, and maintaining mucosal blood flow.* The NSAID-induced inhibition of COX-1 reduces synthesis of gastric cytoprotective prostaglandin. This results *in increased acid production, decreased mucus production, back-diffusion of $H^+$ ions into the gastric mucosa, reduction in mucosal blood flow and delayed cellular repair.* Consequently inhibition of COX-1 by NSAIDs results in an injured mucosa less able to cope with acid. Back-diffusion of acid from the lumen increases mucosal acidosis and enhances drug absorption.

The importance of reduced cytoprotective prostaglandin synthesis in the pathogenesis of mucosal injury is supported by experimental and clinical evidence. Oral indomethacin administered to rats (2 mg/kg daily for 4 days) induces intestinal adhesions, perforations, and neutrophil adhesion in mesenteric venules and inflammatory cell infiltration in the mesenteric interstitium.[64] In patients, exogenous prostaglandin analogues such as misoprostol reduces the incidence of reactive gastritis[65] and protects against both gastric and duodenal ulcers.[66]

However, mice homozygous for COX-1 deficiency survive well and *without gastric pathology*.[67] In spite of lack of measurable amounts of COX-1 in the gastric mucosa the gene knockout mice showed no increase in gastroduodenal ulcer development and surprisingly developed less indomethacin-induced gastric ulceration when compared with mice harboring intact COX-1 genes. These results in COX-1 null mice challenges the concept of cytoprotective prostaglandins and of *NSAID-induced COX-1 inhibition* in the pathogenesis of gastric injury.[68]

In cell models IL-1[69] and hypoxia[70] induce COX-2 expression via nuclear factor-kappa B (NF-κB) p65 binding to matching sites in the COX-2 promoter region. Oncogenes src and ras up-regular COX-2 promoter activity.[32] Epi-

dermal growth factor (EGF) induces both COX-2 messenger ribonucleic acid (mRNA) and protein, but has no effect on COX-1 expression.[71] Benzo[a]pyrene up-regulates COX-2 expression,[72] possibly explaining why tobacco smoking is a risk factor for NSAID induced ulcers. In rat intestinal cells, transforming growth factor beta 1(TGF-β1) strongly induces COX-2 at both the mRNA and protein level, downregulating cyclin D1 and inhibiting cell growth.[73] Human adenovirus E4 promoter binding protein (E4BP4) type elements, inducible by dexamethasone, are located in the COX-2 promoter, explaining a possible mechanism for glucocorticoid repression of COX-2.[74] The COX-2 is induced in wounds, granulomas, ulcers, osteoclasts, proliferative phase endometrium, ovulation and parturition, and in colon carcinomas.[75]

Transgenic COX-2 mice are able to mount an inflammatory response.[76] They show no innate gastrointestinal pathology. However, they suffer from serious renal development anomalies and progressive deterioration of kidney function with age. Their life span is reduced. Such findings in COX-2 gene knockout mice raise significant questions of potential *adverse renal effects of long-term COX-2 inhibition in humans.* However, gene disruption during the development *in utero* is probably different from COX-2 inhibition in an adult patient with fully developed tissues.[58]

*An imbalance between the production of prostaglandins and vasoconstrictive leukotrienes is an important factor in the loss of mucosal integrity during NSAIDs absorption.*[40] The NSAID-induced inhibition of COX *metabolism diverts arachidonic acids into the 5-lipoxygenase pathway that produces vasoconstrictor leukotrienes and generates oxyradicals.*[64,77,78] Leukotrienes attract inflammatory cells to local sites of inflammation and produce *ulcerations. Neutrophil adherence to the vascular endothelium increases and neutrophils release tissue-damaging mediators.*[79] Mucosal perfusion is reduced. Indomethacin, for example, increases leukotriene C-4 in the gastric efferent circulation in rats and pigs and induces mucosal lesions.[80] However, oral dos-

74                                         FOSSLIEN

ing of the selective 5-lipoxygenase inhibitor, MK-886, prevents development of both gastric and intestinal mucosal lesions.[80]

Conventional NSAIDs injure the mucosal endothelium within minutes of administration by inducing neutrophil adherence to the mucosal vascular endothelium. Subsequently, neutrophils release oxygen-derived free radical and proteolytic enzymes. Reduced prostaglandins synthesis through inhibition of COX-1 combined with an increase in lipoxygenase products such as leukotriene B4 contribute to the damage.[79] Prevention of neutrophil adherence or depletion of circulating neutrophils results in reduced susceptibility to NSAID-induced experimental mucosal injury.[81] Sodium salicylate, indomethacin, and piroxicam all inhibit stimulated neutrophil adherence to the endothelium.[82]

Different NSAIDs differ in the mechanism of their effect on the interaction of neutrophils with the vascular endothelium. Indomethacin induces margination of circulating neutrophils (PMN) in the gastric microcirculation via upregulation of beta-2-integrin on the surface of the PMNs.[83] Sodium salicylate inhibits stimulated neutrophil adhesion to endothelium without inhibiting prostaglandin synthesis. The drug inhibits oxidative phosphorylation, thereby making more ADP available.

Adenosine inhibits stimulated neutrophil adhesion to endothelium. Adding adenosine deaminase (ADA) converts ADP to its inactive metabolite, inosine. Thus, ADA inhibits neutrophil adhesion induced by sodium salicylate but not by indomethacin and piroxicam. Pepsinogen is a possible growth factor promoting healing of NSAID-induced gastric ulcerations.[54] Indomethacin increases pepsinogen production in isolated guinea pig gastric chief cells by enhancing LTB4 release from the cells.[55] Pretreating the cells with a 5-LO inhibitor abolishes pepsinogen generation.

Infection with the bacterium *Helicobacter pylori* does not aggravate NSAID-induced gastric ulcers. They heal with routine treatment.[56] Presence of *H. pylori* in the stomach is associated with diffuse histological injury of the gastric mucosa.[56] Daily naproxen of 500 mg

and etodolac of 400 mg with twice daily ingestion for 4 weeks versus a placebo given to 52 healthy volunteers with normal baseline endoscopy did not cause diffuse mucosal injury of the gastric mucosa. The NSAID use did not alter *H. pylori*-induced gastritis. Development of NSAID-induced gastroduodenal damage was not influenced by underlying *H. pylori* infection.

## Therapeutic Alternatives

Younger patients without risk factors may adapt to NSAID use. However, NSAIDs should be used cautiously in elderly patients and in patients who smoke or have a history of peptic ulcer, or who use oral corticosteroids or anticoagulants.[38] Strategies to reduce the side effects of NSAIDs include development of new drug classes, enteric coating, non-acidic drugs, and pro-drugs such as droxicam (a prodrug of piroxicam) and nabumetone.[87] A lack of cytoprotective prostaglandin due to NSAID-induced COX-1 inhibition can be ameliorated by administration of synthetic prostaglandins.[88]

Patients given the prostaglandin E1 analogue misoprostol concomitantly with NSAID therapy have reduced gastric pathology compared to patients given NSAIDs without exogenous prostaglandin supplementation.[89] Misoprostol protects against both gastric and duodenal ulcers and reduces the risk of serious complications by 40 percent.[66] However, NSAID-induced bleeding is not affected by concomitant oral misoprostol treatment. One to two years of misoprostol treatment of 90 patients receiving NSAIDs significantly reduced the prevalence of reactive gastritis.[65]

Ornoprostil, a PGE1 analogue simultaneously administered with indomethacin prevents indomethacin-induced intestinal permeability.[90] Synthetic prostaglandin analogues may have their own side effects. Mild diarrhea and gastrointestinal intolerance are prominent adverse reactions experienced by patients receiving arbaprostil and enprostil,[91] misoprostol, on the other hand, is well tolerated.[92]

Cimetidine an[d] showed minimal term (<2 weeks)

Meloxicam, a inhibitor, combi with improved t double-blind, ra than 9,000 patie therapeutic dos abdominal pain, than diclofenac. tic ulcers and naproxen, diclofe any increase in compared to oth

The NSAIDs t (from 3- to 10-fo than for COX-1) icity associated w inhibitors of CC tive for COX-2 c of adverse effect peutically promi selectivity for designed large evaluate advant backs that may r COX-2 inhibitio

Studies on se tion using MK-8 butylthio-5-isop propanoic acid)[ demonstrated[80] methacin-induce

FIGURE 4.  Carbo ety of flurbiprofen : proton translocator ing with mitoch OXPHOS, altered s such as NO-flurbipr dimero-flurbiprofen uncouple OXPHOS.

twice daily inges-
acebo given to 52
normal baseline
diffuse mucosal
. The NSAID use
nduced gastritis.
induced gastro-
t influenced by
n.

risk factors may
wever, NSAIDs
n elderly patients
r have a history of
al corticosteroids
es to reduce the
nclude develop-
enteric coating,
ugs such as droxi-
m) and nabume-
ive prostaglandin
OX-1 inhibition
nistration of syn-

glandin E1 ana-
ntly with NSAID
stric pathology
NSAIDs without
pplementation.[88]
both gastric and
the risk of serious
ent.[66] However,
not affected by
l treatment. One
treatment of 90
Os significantly
active gastritis.[65]
alogue simulta-
idomethacin pre-
intestinal perme-
andin analogues
ts. Mild diarrhea
ce are prominent
ced by patients
nprostil.[91] miso-
: well tolerated.[92]

Cimetidine and ranitidine ($H_2$ blockers)
showed minimal protective value in both short
term (<2 weeks) and long term trials.[88]

Meloxicam, a relatively selective COX-2
inhibitor, combines anti-inflammatory efficacy
with improved tolerability.[93] Results *from* a
double-blind, randomized, 28 day trial in more
than 9,000 patients showed that meloxicam in
*therapeutic dosages* causes less dyspepsia,
abdominal pain, nausea, vomiting and diarrhea
than diclofenac. Meloxicam caused fewer pep-
tic ulcers and gastrointestinal bleeds than
naproxen, diclofenac, or prioxicam and without
any increase in renal or liver abnormalities
compared to other NSAIDs.

The NSAIDs that are more COX-2 selective
(from 3- to 10-fold more selective for COX-2
than COX-1) have less gastrointestinal tox-
icity associated with their use. Highly selective
inhibitors of COX-2 (300 fold or more selec-
tive for COX-2 over COX-1)[89] reduce the risk
of adverse effects from NSAIDs. These *thera-
peutically promising compounds with a high
selectivity for COX-2* still require well-
designed large clinical trials to adequately
evaluate advantages versus potential draw-
backs that may result from prolonged selective
COX-2 inhibition.[30]

Studies on selective 5-lipoxygenase inhibi-
tion using MK-886 (3-[1-(4-chlorobenzyl)-3-t-
butylthio-5-isopropylindol-2-yl]-2,2-dimethyl-
propanoic acid) failed to demonstrate[94] or
demonstrated[90] significant prevention of indo-
methacin-induced gastroenteropathy in the

rat.[94] The selective 5-lipoxygenase (5-LO)
inhibitor nordihydroguaiaretic acid (NDHA)
reduces the severity of indomethacin-induced
ulcer formation in rats.[95,96] No correlation was
evident between the antioxidant properties of
NDHA and the ability to reduce the severity of
gastric damage.[96]

In another study, oral indomethacin (100
mg/kg) was employed to produce elevated lev-
els of leukotriene (LT) B4 (LTB4) in rat gas-
tric mucosa 90 minutes after administration;
pretreatment with the selective 5-LO inhibi-
tor zileuton and the COX/5-LO inhibitor
tepoxalin [5-(4-chlorophenyl)-N-hydroxy-(4-
methoxyphenyl)-N-methyl-1H-pyrazole-3-
propanamide][97] prevented the increase in
LTB4 levels as well as indomethacin-induced
neutrophil adhesion.[64] The LTD4 receptor
antagonists, such as MK-571, significantly
reduce indomethacin-induced mucosal per-
meability increases.[96] Tebufelone is an NSAID
of the di-tert-butylphenol class that inhibits
both PGE2 and LTB4 generation.[98] Long
term use of single doses up to 800 mg was
generally well tolerated.[99]

The carboxyl group can be chemically modi-
fied, such as in dimero-flurbiprofen and nitro-
butyl-flurbiprofen (figure 4). The latter
NSAIDs, as well as nabumetone and highly
selective COX-2 inhibitors such as flosulide,[100]
do not cause uncoupling *in vitro* and are
reported to show increased gastrointestinal
tolerability (figure 5). Some enteric-coated or
*prodrug formulations induce more side effects*



FIGURE 4.  Carboxyl moi-
ety of flurbiprofen acts as a
proton translocator interfer-
ing with mitochondrial
OXPHOS, altered structures
such as NO-flurbiprofen and
dimero-flurbiprofen do not
uncouple OXPHOS.[62]

76                    FOSSLIEN



**Lanza score**



**Gastroscopic damage score**

*FIGURE 5.* Bargraph of endoscopic data[100] obtained from patients (N) given either naproxen (solid bars) or the selective COX-2 inhibitor flosulide (open bars) graded either by Lanza scores or by gastroscopic damage scores. Higher scores represent more serious lesions in both scoring systems. Flosulide use resulted in fewer serious endoscopic findings compared to naproxen.

than others. Kelly et al reported that use of low doses of enteric-coated aspirin carried a 3-fold increase in risk of major upper-gastrointestinal bleeding.[101] However, administration of enteric coated naproxen to patients with either *osteoarthritis or rheumatoid arthritis* significantly reduced gastrointestinal complaints compared to ingestion of standard immediate *release naproxen.*[102]

Fish oil has anti-inflammatory properties. Supplementation in the form of eicosapentae-noic acid (EPA) as an alternative substrate to arachidonic acid leads to the formation of less proinflammatory leukotrienes and prostaglandins. In a one year, placebo-controlled study of *64 patients with stable rheumatoid arthritis* requiring NSAID therapy, EPA supplementation (171 mg/day) led to significantly reduced use of NSAIDs without any deterioration in the clinical and laboratory parameters of disease activity.[103]

Avoidable NSAID-induced adverse effects may be iatrogenic or due to self-medication by over-the-counter (OTCD) NSAID containing drugs. Patient ignorance may lead to ingestion of NSAIDs in OTCD in addition to prescrip-

tion drugs. Physici[...] contribute to avo[...] bidity. In a Canad[...] tially inappropriat[...] in 51,587 elderly[...] therapy was 4 perc[...] the incidents resu[...] prescribing by dif[...] a single prescrib[...] presence of a sing[...] ered the risk of P[...]

A *separate pr[...]* NSAID prescripti[...] cluded that unne[...] and less than opti[...] related side effec[...] to cause concern [...] NSAID use in the [...] propriate prescrip[...] common when c[...] therapy were inc[...] NSAID-related p[...] correctly in 93 p[...] were acceptably n[...] the visits.

The NSAID th[...] continued in elde[...] history of recent [...] bleeding ulcer. Ag[...] for damage to m[...] by NSAIDs. Par[...] *impair kidney mi[...]* animals, however[...] tion of the drug [...] drial energy meta[...] the role of age i[...] gastrointestinal c[...] been reported. [...] decouple OXPI[...] avoided in the el[...]

Gastroduodena[...] heterogeneous gr[...] rial etiologies. S[...] risk factors. For i[...] O are associated [...] ulcers, respectiv[...] types predispose t[...] sinogen C may [...]

tion drugs. Physician prescribing patterns may contribute to avoidable gastrointestinal morbidity. In a Canadian study, exposure to potentially inappropriate drug combinations (PIDC) in 51,587 elderly patients receiving NSAID therapy was 4 percent.[104] About one quarter of the incidents resulted from contemporaneous prescribing by different physicians. The use of a single prescribing pharmacy but not the presence of a single prescribing physician lowered the risk of PIDC involving NSAIDs.

A separate prospective cohort study of NSAID prescriptions by 112 physicians concluded that unnecessary NSAID prescribing and less than optimal management of NSAID-related side effects were sufficiently common to cause concern about the appropriateness of NSAID use in the general population.[105] Inappropriate prescription of NSAIDs was more common when contraindications to NSAID therapy were incompletely assessed. While NSAID-related gastropathy was diagnosed correctly in 93 percent of office visits, they were acceptably managed only in 77 percent of the visits.

The NSAID therapy should not be used or continued in elderly, high risk patients with a history of recent major gastric ulcer activity or bleeding ulcer. Age may represent a risk factor for damage to mitochondrial function caused by NSAIDs. Paracetamol generally does not impair kidney mitochondrial energy in young animals, however, in aged animals administration of the drug leads to impaired mitochondrial energy metabolism.[106] Similar studies of the role of age in the impact of NSAIDs on gastrointestinal cell mitochondria have not yet been reported. However, NSAIDs which decouple OXPHOS should probably be avoided in the elderly.

Gastroduodenal ulcer disease consists of a heterogeneous group of different multifactorial etiologies. Some patients harbor genetic risk factors. For instance, blood groups A and O are associated with gastric and duodenal ulcers, respectively, and non-secretor phenotypes predispose to both type of ulcers.[107] Pepsinogen C may play a role in epithelial cell growth during healing of the gastric mucosa.[84] Patients with gastric body ulcers have a higher frequency of allele 4 of the pepsinogen gene, possibly reducing the rate of mucosal healing.

An indomethacin-induced increase in pepsinogen production in isolated guinea pig gastric chief cells probably represents cellular adaptation to the toxic effects of the drug.[85] Indomethacin enhances LTB4 release from the cell and pretreating the cells with a 5-LO inhibitor abolishes pepsinogen generation. The COX-1 gene is induced by endotoxin administration in the rat. This induction is important in gastric adaptation and healing, and is not related to *H. pylori* infection.[108] Gliostatin is a protein factor related to rheumatoid arthritis disease activity.[109] Gliostatin infusion delays experimental ulcer healing in rats. The precise mechanism of the interaction of these and other cytokines and growth factors in *NSAID-induced gastrointestinal lesions* and their healing still remain to be elucidated.

## Conclusion

No NSAID that lacks the potential for serious gastrointestinal toxicity is currently available. Generally, some newer drugs are better tolerated than many conventional NSAIDs. Still, substantial morbidity and mortality owing to NSAID-induced adverse effects impart a high cost both to the patients and society. Long-term use of NSAIDs in high-risk patients should be avoided whenever possible. When NSAIDs are prescribed, the lowest effective dose of NSAID should be selected. The NSAIDs which do not affect mitochondrial function and are not exposed to enterohepatic recirculation are preferable. Weak COX-1 and strong COX-2 inhibitors are desirable. Patients at increased risk for upper gastrointestinal complications should be given a prostaglandin analogue such as misoprostol concomitantly with NSAID treatment to restore mucosal cytoprotective functions.

All gastric ulcers require biopsy and histological examination. Selective COX-2 inhibitors appear to provide an improved gastroin-

URE 5. Bargraph of copic data[100] obtained patients (N) given naproxen (solid bars) e selective COX-2 itor flosulide (open graded either by Lanza s or by gastroscopic ge scores. Higher represent more seri-sions in both scoring ms. Flosulide use ed in fewer serious copic findings com-to naproxen.

es and prostaglan-controlled study of eumatoid arthritis EPA supplementa-nificantly reduced y deterioration in parameters of dis-

ed adverse effects self-medication by NSAID containing y lead to ingestion dition to prescrip-

78          *FOSSLIEN*

testinal safety profile compared to older NSAIDs. However, the COX-2 gene is inducible by several cytokines and growth factors. It codes for a multifunctional enzyme involved in wound healing, proliferative stage endometrium, osteoclasts, ovulation and parturition. The safety of long term use in patients of selective inhibitors of COX-2 and 5-lipoxygenase must therefore be carefully established. Adverse effects on the gastrointestinal tract due to non-prescription use of high dose aspirin and other conventional NSAIDs remain a considerable problem.

## References

1. Garcia J, Altman RD. Chronic pain states: pathophysiology and medical therapy. Semin Arthritis Rheum 1997;27:1–16.
2. Amadio P. NSAIDs revisited. Selection, monitoring, and safe use. Postgrad Med 1997;101:257–76.
3. Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med 1991;91:213–22.
4. Siebert K, Zhang Y, Leahy K, Hauser S, Masferrer J, Perkins W, Lee L, Isakson P. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci USA 1994;91:12013–17.
5. Brigden M, Smith RE. Acetylsalicylic-acid-containing drugs and nonsteroidal anti-inflammatory drugs available in Canada. Can Med Assoc J 1997;156:1025–8.
6. Hawkey CJ. Gastroduodenal problems associated with non-steroidal, anti-inflammatory drugs (NSAIDs). Scand J Gastroenterol 1993;200;94–5.
7. Urquhart E. Analgesic agents and strategies in the dental pain model. J Dent 1994;22:336–41.
8. Cashman J, McAnulty G. Nonsteroidal anti-inflammatory drugs in perisurgical pain management. Mechanism of action and rationale for optimum use. Drugs 1995;49:51–70.
9. Montalescot G. [Use of aspirin in coronary disease]. Presse Med 1995;34:925–7.
10. Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997;336:973–9.
11. Giardiello FM. NSAID-induced polyp regression in familial adenomatous polyposis patients. Gastroenterol Clin North Am 1996;25:349–62.
12. Gustafson-Svärd C, Lilja I, Hallböök O, Sjödahl R. Cyclo-oxygenase and colon cancer: clues to the aspirin effect? Am J Med 1997;29:247–52.
13. Hanif R, Pittas A, Feng Y, Koutsos MI, Qiao L, Staiano-Coico L, Shiff SI, Rigas B. Effects on nonsteroidal anti-inflammatory drugs on proliferation and on

induction of apoptosis in colon cancer cells by a prostaglandin-independent pathway. Biochem Pharmacol 1996;52:237–45.
14. Breitner JC. Inflammatory processes and antiinflammatory drugs in Alzheimer's disease: a current appraisal. Proc Natl Acad Sci USA. 1996;93:11091–6.
15. Poisson R. Nonsteroidal anti-inflammatory drugs: Practical and the theoretical considerations in their selection. AJM 1996;100:Suppl 31S–6S.
16. Cohn R. Digestive complication of non-steroid anti-inflammatory drugs. Schweiz Med Wochenschr 1991;121:716–21.
17. Mohamed AH, Salena BH, Hunt RH. NSAID-induced gastroduodenal ulcers: exploring the silent dilemma. J Gastroenterol 1994;29:Suppl 7:34–8.
18. Hawkey CJ. Non-steroidal anti-inflammatory drug gastropathy: causes and treatment. Scand J Gastroenterol 1994;29:Suppl 220 M:124–7.
19. Peltier AP. Practical management of NSAID gastropathy in rheumatic patients. Scand J Rheumatol Suppl 1989;78:12–7.
20. Blower AL. Consideration for nonsteroidal anti-inflammatory drug therapy: safety. Scand J Rheumatol 1996;105:Suppl 13–24.
21. Carson JL, Willett LR. Toxicity of nonsteroidal anti-inflammatory drugs. An overview of the epidemiological evidence. Drugs 1993;46:Suppl 1:243–8.
22. Miwa LJ, Jones JK, Pathiyal A, Hatoum H. Value of epidemiologic studies in determining the true incidence of adverse events. The nonsteroidal anti-inflammatory drug story. Arch Intern Med 1997;157:2129–36.
23. Hawkey CJ, Cullen DJ, Greenwood DC, Wilson JV, Logan RF. Prescribing of nonsteroidal anti-inflammatory drugs in general practice: determinants and consequences. Aliment Pharmacol Ther 1997;11:293–8.
24. Wilcox CM, Alexander LN, Cotsonis GA, Clark WS. *Nonsteroidal antiinflammatory drugs are associated with both upper and lower gastrointestinal bleeding.* Dig Dis Sci 1997;42:990–7.
25. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996;6:489–504.
26. Svanes C, Överebo K, Söreide O. Ulcer bleeding and perforation: non-steroid anti-inflammatory drugs or *Helicobacter pylori*. Scand J Gastroenterol 1996;Suppl 220:128–31.
27. Lanas A, Serrano P, Bajador E, Esteva F, Benito R, Sainz R. Evidence of aspirin use in both upper and lower gastrointestinal perforation. Gastroenterology 1997;112:683–9.
28. Bar Dayan Y, Amital H, Levy Y, Shoenfeld Y. Low dose aspirin in patients with ischemic heart disease may precipitate secondary myocardial infarction. Isr J Med Sci 1996;32:288–91.
29. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol 1990;20(Suppl);12–9.
30. Wolfe MM. NSAIDs and the gastrointestinal mucosa. Hosp Pract 1996Dec 15;31:37–44.
31. Hayllar J, Macpherson A, Bjarnason I. Gastroprotection and nonsteroidal anti-inflammatory drugs

(NSAIDs). Ratio Saf 1992;7:66–1
32. Blower AL, Brooks Morant S, Bardhan upper gastroin NSAID use. Al 91.
33. Aly A. NSAID-Nord Med 1997
34. Kurata JH, Nogawa risk of gastroin patients with d 35.
35. Bertschinger P steroidal antiinflammatory tract: clinical as Med Wochenschr
36. Roth SH. From tropathy. An es 6:S38–67.
37. Guttmann SP, Individual nonsteroidal other risk factors and perforation
38. Garcia Rodriguez intestinal bleeding individual nonsteroidal Lancet 1994;34
39. Davies NM. T matory drugs in turn 1995;38:13
40. Bjarnason I, Macpherson testinal side e inflammatory d tion of a new p 1989;163:56–64.
41. El-Serag HB, S gitis and esoph with nonsteroidal Gastroenterol 1
42. Hayllar J, Smith Gumpel M. Bja tory drug-induce blood loss. Arth
43. Lesur G. Nonsteroidal non-steroidal anti-inflammatory 1996;25:1376–8
44. Davies NM, Wallace of the enantiomers ketoprofen on 1996;85:1170–5
45. Carratu R, Par emic colitis ass matory drugs. J
46. Cashman JN. T in analgesia. D
47. Davies NM. W matory drug-in insight into an 127–53.
48. Vane JR. Inhibition mechanism of New Biol 1971

(NSAIDs). Rationale and clinical implications. Drug Saf 1992;7:86–105.

32. Blower AL, Brooks A, Fenn GC, Hill A, Pearce MY, Morant S, Bardhan KD. Emergency admissions for upper gastrointestinal disease and their relation to NSAID use. Aliment Pharmacol Ther 1997;11:283–91.

33. Aly A. NSAID-induced ulcer and its complications. Nord Med 1997;112:195–7.

34. Kurata JH, Nogawa AN, Noritake D. NSAIDs increase risk of gastrointestinal bleeding in primary care patients with dyspepsia. J Fam Pract 1997;45:227–35.

35. Bertschinger P, Zala CF, Fried M. Effect of non-steroidal antirheumatic agents on the gastrointestinal tract: clinical aspects and pathophysiology. Schweiz Med Wochenschr 1996;126:1566–8.

36. Roth SH. From peptic ulcer disease to NSAID gastropathy. An evolving nosology. Drugs Aging 1995; 6:358–67.

37. Guttmann SP, Garcia Rodriguez LA, Raiford DS. Individual nonsteroidal antiinflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. Epidemiology 1997;8:18–24.

38. Garcia Rodriguez LA, Jick H. Risk of upper gastro-intestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994;343:769–72.

39. Davies NM. Toxicity of nonsteroidal anti-inflam-matory drugs in the large intestine. Dis Colon Rectum 1995;38:1311–21.

40. Bjarnason I, Macpherson A. The changing gastrointestinal side effect profile of non-steroidal anti-inflammatory drugs. A new approach for the prevention of a new problem. Scand J Gastroenterol Suppl 1989;163:56–64.

41. El-Serag HB, Sonnenberg A. Association of esophagitis and esophageal strictures with diseases treated with nonsteroidal anti-inflammatory drugs. Am J Gastroenterol 1997;92:52–6.

42. Hayllar J, Smith T, Macpherson A, Price AB, Gumpel M, Bjarnason J. Nonsteroidal antiinflammatory drug-induced small intestinal inflammation and blood loss. Arthrit Rheumat 1994;37:1146–50.

43. Lesur G. Non-gastroduodenal digestive toxicity of non-steroidal anti-inflammatory agents. Presse Med 1996;25;1376–80.

44. Davies NM, Wright MR, Fessel AS, Jamali F. Effect of the enantiomers of flurbiprofen, ibuprofen, and ketoprofen on intestinal permeability. J Pharm Sci 1996;85:1170–3.

45. Carratu R, Parisis P, Agozzino A. Segmental ischemic colitis associated with nonsteroidal antiinflammatory drugs. J Clin Gastroenterol 1993;16:31–4.

46. Cashman JN. The mechanism of action of NSAIDs in analgesia. Drugs 1996;52 Suppl 5:13–23.

47. Davies NM, Wallace JL. Nonsteroidal anti-inflammatory drug-induced gastrointestinal toxicity: new insight into an old problem. J Gastroenterol 1997;32: 127–33.

48. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature New Biol 1971;231:232–5.

49. Vane JR, Botting RM. Mechanism of action of aspirin-like drugs. Semin Arthritis Rheum 1997;26(6 Suppl 1):2–10.

50. Jouzeau JY, Terlain B, Abid A, Nedelec E, Netter P. Cyclo-oxygenase isoenzymes. How recent findings affect thinking about nonsteroidal anti-inflammatory drugs. Drugs 1997;53:563–82.

51. Ferraz JG, Wallace JL, McKnight W, Brown ML. Induction of cyclooxygenase 1 and 2 in the rat stomach during endotoxemia: role in resistance to damage. Gastroenterology 1997;113:195–204.

52. Subbaramaiah K, Telang N, Ramonetti JT, Araki R, DeVito B, Weksler BB, Dannenberg AJ. Transcription of cyclooxygenase-2 is enhanced in transformed mammary epithelial cells. Cancer Res 1996;56: 4424–9.

53. Zhang Y, Shaffer A, Portanova J, Seibert K, Isakson PC. Inhibition of cyclooxygenase-2 rapidly reverses inflammatory hyperalgesia and prostaglandin E2 production. J Pharmacol Exp Ther 1997;28:1069–75.

54. Reuter BK, Davies NM, Wallace JL. Nonsteroidal anti-inflammatory drug enteropathy in rats: role of permeability, bacteria, and enterohepatic circulation. Gastroenterology 1997;112:109–17.

55. Sato N, Kawano S, Tsuji S, Ogihara T, Yamada S. Gastric blood flow in ulcer diseases. Scand J Gastroenterol Suppl 1995;208:14–20.

56. Banos G, Reyes PA. A comparative study of the effect of ten non-steroid anti-inflammatory drugs (NSAIDs) upon some mitochondrial and platelet functions. Int J Biochem 1989;21:1387–94.

57. Mahmud T, Wrigglesworth JM, Rafi S, Scott DL, Bjarnason I. Uncoupling of oxidative phosphorylation by non-steroidal anti-inflammatory drugs (NSAIDs) is related to ionizable moiety and can be altered by modification of carboxylic group. Arthritis Rheum 1995;38 (Suppl):S207.

58. Simon LS. Biologic effects of nonsteroidal anti-inflammatory drugs. Curr Opin Rheumatol 1997;9: 178–82.

59. Mingatto FE, Santos AC, Uyemura SA, Jordani MC, Curti C. In vitro interaction of nonsteroidal anti-inflammatory drugs on oxidative phosphorylation of rat kidney mitochondria: respiration and ATP synthesis. Arch Biochem Biophys 1996;334:303–8.

60. Somasundaram S, Rafi S, Hayllar J, Sigthorsson G, Jacob M, Price AB, Macpherson A, Mahmod T, Scott D, Wrigglesworth JM, Bjarnason I. Mitochondrial damage: a possible mechanism of the "topical" phase of NSAID induced injury to the rat intestine. Gut 1997;41:344–53.

61. Bjarnason I, Smethurst P, Fenn CG, Lee CE, Menzies IS, Levi AJ. Misoprostol reduces indomethacin-induced changes in human small intestinal permeability. Dig Dis Sci 1989;34:407–11.

62. Mahmud T, Scott DL, Bjarnason I. A unifying hypothesis for the mechanism of NSAID-related gastrointestinal toxicity. Ann Rheum Dis 1996;55:211–3.

63. Wallace JL. Prostaglandins, NSAIDs, and cytoprotection. Gastroenterol Clin North Am 1992;21:631–41.

64. Kirchner T, Aparicio B, Attendieri DC, Lau CY, Ritchie DM. Effects of tepoxalin, a dual inhibitor of cyclooxygenase/5-lipoxygenase, on events associated with NSAID-induced gastrointestinal inflammation.

Prostaglandins Leukot Essent Fatty Acids 1997;56: 417–23.

65. Shah K, Price AB, Talbot IC, Bardhan KD, Fenn CG, Bjarnason I. Effect of long-term misoprostol coadministration with non-steroidal anti-inflammatory drugs: a histological study. Gut 1995; 37:195–8.

66. Raskin JB, White RH, Jaszewski R, Korsten MA, Schubert TT, Fort JG. Misoprostol and ranitidine in the prevention of NSAID-induced ulcers: a prospective double-blind, multicenter study. Am J Gastroenterol 1996;91:223–7.

67. Langebach R, Morham SG, Tiano HF, Loftin CD, Ghanayem BI, Chulada PC. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995;83:483–92.

68. Morgan G. NSAID treatment of gastrointestinal abnormalities: a challenge to 'cytoprotection'. Scand J Gastroenterol 1997;32:288.

69. Crofford LJ, Tan B, McCarthy CJ, Hla T. Involvement of nuclear factor kappa b in the regulation of cyclooxygenase-2-expression by interleukin-1 in rheumatoid synoviocytes. Arthritis Rheum 1997;40: 2236–36.

70. Schmedtje JF Jr, Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. J Biol Chem 1997;272:601–8.

71. Perkins DJ, Kniss DA. Rapid and transient induction of cyclo-oxygenase 2 by epidermal growth factor in human amnion-derived WISH cells. Biochem J 1997;321(Pt 3):677–81.

72. Kelley DJ, Mestr JR, Subbaramaiah K, Sacks PG, Schantz SP, Tanabe T, Inoue H, Ramonetti JT, Dannenberg AJ. Benzo[a]pyrene up-regulates cyclooxygenase-2 gene expression in oral epithelial cells. Carcinogenesis 1997;18:795–9.

73. Sheng H, Shao J, Hooton EB, Tsujii M, DuBois, Beauchamp RD. Cyclooxygenase-2 induction and transforming growth factor beta growth inhibition in rat intestinal epithelial cells. Cell Growth Differ 1997;8:463–70.

74. Wallace AD, Wheeler TT, Young DA. Inducibility of E4BP4 suggests a novel mechanism of negative gene regulation by glucocorticoids. Biochem Biophys Res Commun 1997;232:403–6.

75. Katori M, Majima M: [Multiple roles of inducible cyclooxygenase-2 and its selective inhibitors]. Nippon Yakurigaku Zasshi 1997;109:247–58.

76. Morham SG, Langebach R, Loftin CD, Tiano HF, Vouloumanos N, Jennette C. Prostaglandin synthase 2 gene disruption causes severe renal pathology in the mouse. Cell 1995;83:473–82.

77. Kirchner T, Aparicio B, Artentieri DC, Lau CY, Ritchie DM. Effects of tepoxalin, a dual inhibitor of cyclooxygenase/5-lipoxygenase, on events associated with NSAID-induced gastrointestinal inflammation. Prostaglandins Leukot Essent Fatty Acids 1997;56: 417–23.

78. Rainsford KD. Mechanisms of gastrointestinal toxicity of non-steroid anti-inflammatory drugs. Scand J Gastroenterol Suppl 1989;163:9–16.

79. Wallace JL. Gastric ulceration: critical events at the neutrophil-endothelium interface. Can J Physiol Pharmacol 1993;71:98–102.

80. Rainsford KD. Leukotrienes in the pathogenesis of NSAID-induced gastric and intestinal mucosal damage. Agents Actions 1993;39:C24–6.

81. Scheiman JM, Tillner A, Phol T, Oldenburg A, Angermiller S, Gorlach E, Engel G, Usadel KH, Kusterer K. Reduction of non-steroidal anti-inflammatory drug induced gastric injury and leucocyte endothelial adhesion by octreotide. Gut 1997; 40:720–5.

82. Cronstein BN, Van de Stouwe M, Druska L, Levin RI, Weissmann G. Nonsteroidal antiinflammatory agents inhibit stimulated neutrophil adhesion to endothelium: adenosine dependent and independent mechanisms. Inflammation 1994;18:323–35.

83. Fiorucci S, Santucci L, Gerli R, Brunori PM, Federici B, Ugolini B, Fabbri C, Morelli A. NSAIDs upregulate beta 2-integrin expression on human neutrophils through a calcium-dependent pathway. Aliment Pharmacol Ther 1997;11:619–30.

84. Kishi K, Kinoshita Y, Matushima Y, Okada A, Maekawa T, Kawanami C. Watanabe N, Chiba T. Pepsinogen C gene product is a possible growth factor during gastric mucosal healing. Biochem Biophys Res Commun 1997;238:17–20.

85. Fiorucci S, Santucci L, Gresele P, Luinetti O, Morelli A. Effect of NSAIDs on pepsinogen secretion and calcium mobilization in isolated chief cells. Am J Physiol 1995;268:G968–78.

86. Koch M, Dezi A, Ferrario F, Capurso L. Prevention of nonsteroidal anti-inflammatory drug-induced gastrointestinal mucosal injury. Arch Intern Med 1996; 156:2321–32.

87. Lancaster C. Effective nonsteroidal anti-inflammatory drugs devoid of gastrointestinal side effects: do they really exist? Dig Dis 1995. 13 Suppl 1:40–7.

88. Laine L, Cominelli F, Sloane R, Casini-Raggi V, Marin-Sorensen M, Weinstein WM. Interaction of NSAIDs and Helicobacter pylori on gastrointestinal injury and prostaglandin production: a controlled double-blind trial. Aliment Pharmacol Ther 1995;9: 127–135.

89. Simon LS. Biologic effects of nonsteroidal anti-inflammatory drugs. Curr Opin Rheumatol 1997;9: 178–82.

90. Nagase K, Hiwatashi N, Ito K, Maekawa H, Noguchi M, Kinouchi Y, Toyota T. Effects of NSAIDs and PGE1 analogue on the permeability of human small intestine. Nippon Shokakibyo Gakkai Zasshi 1997;94: 469–74.

91. Sontag SJ, Schnell TG, Budiman-Mak E, Adelman K, Fleischman R, Cohen S, Roth SH, Ipe D, Schwartz KE. Healing of NSAID-induced gastric ulcers with a synthetic prostaglandin analog (enprostil). Am J Gastroenterol 1994;89:1014–20.

92. Dajani EZ, Agrawal NM. Prevention of nonsteroidal anti-inflammatory drug-induced gastroduodenal ulcers: role of mucosal protective and gastric antisecretory drugs. Dig Dis 1995;13 Suppl 1:48–61.

93. Furst DE. Meloxicam: selective COX-2 inhibition in clinical practice. Semin Arthritis Rheum 1997;26: 21–7.

94. Ford-Hutchinson AW, Tagari P, Ching SV, Anderson CA, Coleman JB, Peter CP. Chronic leukotriene inhibition in the rat fails to modify the toxicological

effects of a cyclo[...] Pharmacol 1993;7[...]

95. Kapui Z, Boer K. Investigations of i[...] in rats. Armzeim[...]

96. Vaananen PM, K[...] JL. Pharmacologi[...] kotrienes in the [...] NSAID gastropat[...]

97. Artentien DC, Ri[...] Wachter MP, An[...] tola RJ. Tepox[...] lipoxygenase inh[...] lism with potent [...] favorable gastroi[...] Ther 1994;27:139[...]

98. Weisman SM, D[...] Eichhold TH, Ch[...] beck DL. Effects [...] anti-inflammatory[...] lism. Agents Acti[...]

99. Depre M, Van H[...] GA, Arnout J, B[...] Chow A, Baldauf[...] Schepper PJ. Bio[...] and tolerability [...] lipoxygenase inhi[...] Res 1996;16:1–8.

100. Bjarnason I. Mac[...] Hayllar J. A ran[...] comparative endo[...] tolerability of a [...] inhibitor, flosulid[...] terol 1997;32:126[...]

101. Kelly JP, Kaufm[...] Koff HS, Shapiro[...] upper-gastrointes[...] or buffered aspir[...]

102. Caldwell JR, Ro[...] paring the effic[...] naproxen to napr[...]

ADVERSE EFFECTS OF NSAIDS     81

...n the pathogenesis of
...testinal mucosal dam-
...:24–6.

...hol T, Oldenburg A,
...Engel G, Usadel KH.
...non-steroidal anti-
...astric injury and leuco-
...octreotide. Gut 1997;

...e M, Druska L. Levin
...idal antiinflammatory
...eutrophil adhesion to
...dent and independent
...94;18:323–35.

..., Brunori PM, Federici
...lli A. NSAIDs upregu-
...on human neutrophils
...nt pathway. Aliment
...:30.

...ima Y, Okada A, Mae-
...abe N, Chiba T. Pep-
...possible growth factor
...ng. Biochem Biophys
...).

...e P, Luinetti O, Morelli
...psinogen secretion and
...ated chief cells. Am J

...Capurso L. Prevention
...tory drug-induced gas-
...Arch Intern Med 1996;

...nsteroidal anti-inflam-
...ointestinal side effects:
...1995. 13 Suppl 1:40–7.

...ne R, Casini-Raggi V,
...in WM. Interaction of
...ylori on gastrointestinal
...roduction: a controlled
...harmacol Ther 1995;9:

...of nonsteroidal anti-
...pin Rheumatol 1997;9:

...; Maekawa H, Noguchi
...Effects of NSAIDs and
...eability of human small
...Gakkai Zasshi 1994;

...iman-Mak E, Adelman
...S, Roth SH, Ipe D,
...NSAID-induced gastric
...glandin analog (enpros-
...;89:1014–20.

...vention of nonsteroidal
...duced gastroduodenal
...ective and gastric antise-
...13 Suppl 1:48–61.

...ive COX-2 inhibition in
...hritis Rheum 1997;26:

...ri P, Ching SV, Ander-
...CP. Chronic leukotriene
...modify the toxicological

effects of a cyclooxygenase inhibitor. Can J Physiol
Pharmacol 1993;71:806–10.
95. Kapui Z, Boer K, Rozsa I, Blasko G, Hermecz I.
Investigations of indomethacin-induced gastric ulcer
in rats. Arzneimittelforschung 1993;43:767–71
96. Vaananen PM, Keenan CM, Grisham MB, Wallace
JL. Pharmacological investigation of the role of leu-
kotrienes in the pathogenesis of experimental
NSAID gastropathy. Inflammation 1992;16:227–40.
97. Artenieri DC, Ritchie DM, Ferro MP, Kirchner T,
Wachter MP, Anderson DW, Rosenthale ME, Cape-
tola RJ. Tepoxalin: a dual cyclooxygenase/5-
lipoxygenase inhibitor of arachidonic acid metabo-
lism with potent anti-inflammatory activity and a
favorable gastrointestinal profile. J Pharmacol Exp
Ther 1994;27:1399–409.
98. Weisman SM, Doyle MJ, Wehmeyer KR, Hynd BA,
Eichhold TH, Clear RM, Coggeshall CW, Kuhlen-
beck DL. Effects of tebufelone (NE-11740), a new
anti-inflammatory drug, on arachidonic acid metabo-
lism. Agents Actions 1994;41:156–63.
99. Depre M, Van Hecken A, Verbesselt R, Verpooten
GA, Arnout J, Brunner F, Jurgens A, Pousset V,
Chow A, Baldauf C, Vermylen J, De Broe M, De
Schepper PJ. Biochemical activity, pharmacokinetics
and tolerability of tepoxalin, a cyclooxygenase/5-
lipoxygenase inhibitor, in man. Int J Clin Pharmacol
Res 1996;16:1–8.
100. Bjarnason I, Macpherson A, Rotman H, Schupp J,
Hayllar J. A randomized, double-blind, crossover
comparative endoscopy study on the gastroduodenal
tolerability of a highly specific cyclooxygenase-2
inhibitor, flosulide, and naproxen. Scand J Gastroen-
terol 1997;32:126–30.
101. Kelly JP, Kaufman DW, Jurgelon JM, Sheehan J,
Koff RS, Shapiro S. Risk of aspirin-associated major
upper-gastrointestinal bleeding with enteric-coated
or buffered aspirin. Lancet 1996;348:1413–6.
102. Caldwell JR, Roth SH. A double blind study com-
paring the efficacy and safety of enteric coated
naproxen to naproxen in the management of NSAID

intolerant patients with rheumatoid arthritis and
osteoarthritis. J Rheumatol 1994;21:689–95.
103. Lau CS, Morley KD, Belch JJ. Effects of fish oil
supplementation on non-steroidal anti-inflammatory
drug requirement in patients with rheumatoid
arthritis–a double-blind placebo controlled study. Br
J Rheumatol 1993;32:982–9.
104. Tamblyn RM, McLeod PJ, Abrahamowisz M, Laprise
R. Do too many cooks spoil the broth? Multiple phy-
sician involvement in medical management of elderly
patients and potentially inappropriate drug combina-
tions. Can Med J 1996;154:1177–84.
105. Tamblyn R, Berkson L, Dauphine WD, Gayton D,
Grad R, Huang A, Isaac L, McLeod P, Snell L.
Unnecessary prescribing of NSAID-related gastropathy in medical
practice. Ann Intern Med 1997;127:429–38.
106. Satav JG, Bhattacharya RK. Respiratory functions in
kidney mitochondria following paracetamol adminis-
tration to young-adult and old rats. Ind J Med Res
1997;105:131–5.
107. Correa P, Schmidt BA. The relationship between
gastric cancer frequency and the ratio of gastric to
duodenal ulcer. Aliment Pharmacol Ther 1995;9
Suppl 2:13–19.
108. Ohtaka Y, Azuma T, Konishi J, Ito S, Kuriyama.
Association between genetic polymorphism of the
pepsinogen C gene and gastric body ulcer: the
genetic predisposition is not associated with Helico-
bacter pylori infection. Gut 1997;41:469–74.
109. Kasugai K, Joh T, Kataoka H, Sasaki M, Tada T, Asai
K, Kato T, Itoh M. Evidence for participation of
gluatatin/platelet-derived endothelial cell growth
factor in gastric ulcer healing. Life Sci 1997;61:1899–
906.
110. Smedley FH, Taube M, Leach R, Wastell C. Non-
steroidal anti-inflammatory drug ingestion: retro-
spective study of 272 bleeding or perforated peptic
ulcers. Postgrad Med J 1989;65:892–5.
111. Hayllar J, Bjarnason I. NSAIDs, Cox-2 inhibitors,
and the gut. Lancet 1995;346:521–2.

# Plaintiffs' Response re FOSSLIEN

# Footnote 5A of 28

Available online at www.annclinlabsci.org

*Annals of Clinical & Laboratory Science, vol. 35, no.4, 2005*                    347

# *Review:* Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs

**Egil Fosslien**

Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois

**Abstract.** Coxibs, such as rofecoxib, celecoxib, and valdecoxib, selectively inhibit cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) *most coxibs do not significantly inhibit COX-1 and are therefore less toxic to the gastro-intestinal tract.* Hence, coxibs widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. In many, but not all, clinical studies, coxibs became associated with higher risks of myocardial infarction (MI) and stroke. Several mechanisms may be involved in the pathogenesis of such complications. First, selective inhibition of COX-1 lowers platelet synthesis of thromboxane ($TXA_2$), a thrombogenic and atherogenic eicosanoid. Selective inhibition of COX-2 limits endothelial cell synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that opposes the effects of thromboxane. In apoE-/- mice, interruption of $TXA_2$ signaling by deletion of its receptor (TP) limits atherogenesis, whereas interruption of PGI2 signaling by deletion of its receptor (IP) accelerates atherogenesis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of cardiovascular complications. Second, COX inhibition can raise levels of arachidonic acid, which can inhibit mitochondrial oxidative phosphorylation (OXPHOS) and increase OXPHOS generation of reactive oxygen species. Several NSAIDs, including coxibs and meloxicam, directly uncouple or inhibit OXPHOS. Studies of apoE-/- mice indicate that mitochondrial dysfunction plays an early role in atherogenesis. Third, many NSAIDs exhibit COX-independent properties. For example, in animal models, short-term treatment with celecoxib reduces monocyte chemotaxis by reducing expression of monocyte chemoattractant protein (MCP)-1. However, long-term treatment results in the opposite effect and accelerates atherogenesis. In conclusion, to reduce the risk of cardiovascular complications during long-term coxib therapy, low-dose aspirin supplementation *should be considered. An alternative is to use a less COX-2-selective inhibitor such as meloxicam.* Genotyping of -765 alleles of the COX-2 gene promoter and examining the polymorphism of other genes involved in eicosanoid metabolism or NSAID degradation may become helpful in predicting patients who *are at higher risk of cardiovascular complications during selective COX-2 inhibitor therapy.*

**Keywords:** NSAIDs, COX-2 inhibitors, coxibs, cardiovascular disease, myocardial infarction, arthritis, neoplasia, chemotherapy

## Introduction

Several, but not all, clinical studies have revealed an increased rate of cardiovascular complications after long-term use of coxibs such as rofecoxib, celecoxib, and valdecoxib, which are nonsteroidal anti-inflammatory drugs (NSAIDs) that selectively inhibit cyclooxygenase (COX)-2. Despite significant variability of findings in these studies, the increased rates of myocardial infarction and stroke emerging from rofecoxib studies and cardiovascular complications found in celecoxib cancer prevention studies raise concerns about the cardiovascular safety of long-term treatment with coxibs, as well as traditional NSAIDs that inhibit both COX-1 and COX-2 [1-5].

Cyclooxygenase (COX)-2 expression is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis [6]. Traditional, non-selective *NSAIDs are effective in treating inflammation*

Address correspondence to: Egil Fosslien, M.D., 502 Fairview Ave, Glen Ellyn, IL 60137, USA; tel 630 469 6824; e-mail efosslie@uic.edu.

0091-7370/05/0400-0347. $9.75. © 2005 by the Association of Clinical Scientists, Inc.



and pain. However, they can induce hemorrhage *and severe gastrointestinal complications because* they also inhibit COX-1, which has major roles in hemostasis and gastrointestinal cytoprotection [7].

NSAIDs that selectively inhibit COX-2, such as coxibs, were developed to retain the anti-inflammatory effects *of traditional NSAIDs, but lessen* the risk of adverse gastrointestinal effects. Clinical trials have shown that coxibs have analgesic profiles similar to traditional NSAIDs, but are significantly less toxic to the gastrointestinal system. They therefore *widely replaced non-selective NSAIDs for* treatment of inflammatory joint diseases and other painful inflammatory conditions [8,9].

The primary goal of this review is to elucidate the pathophysiology and molecular pathology of *cardiovascular complications of NSAIDs, especially* COX-2-selective inhibitors such as coxibs. A second goal is to highlight clinical factors and laboratory tests that may identify patients with increased risk of cardiovascular complications *when using NSAIDs. A final goal is to identify* potential pharmacological and other strategies for cardiovascular risk reduction.

## Cyclooxygenase

An analysis of effects of NSAIDs is intricate because cyclooxygenases participate in many physiological functions and human pathologies. The COX-2 isoform plays a major role in initiation of inflammatory alterations *in response to injury. In addition,* during later stages it may aid in repair and resolution of inflammation. It is inducible by inflammatory stimuli such as cytokines, growth factors, and bacterial endotoxin and is expressed in atherosclerotic lesions and *in a variety of tumors. COX-1 is* constitutively expressed in most tissues where it regulates synthesis of physiological levels of prostaglandins. COX-3 is a splicing variant of COX-1 that is unaffected by most NSAIDs [10,11].

*COX-2 is expressed in various normal tissues* where its expression may be important for physiological functions such as cardioprotection associated with high-density lipoprotein and apolipoprotein E (apoE) [12] (see below). Interpretation of experimental and *clinical findings is complicated further* by dissimilar tissue distribution and altered expression of COX-1 and COX-2 in diseased tissues and by the observation that COX expression differs in different species [13]. Because COX-1 and COX-2 have some adaptable overlapping functions, effects of their inhibition on the cardiovascular system remain complex and sometimes contentious [14].

*In healthy rats, COX-2 mRNA is constitutively* expressed in heart, kidney, and lung; COX-1 mRNA is expressed in kidney, lung, and liver [15]. In the monkey, COX-1 is found in the epididymis and vas deferens and COX-2 in the seminal vesicles [16]. Also important for interpretation of effects of NSAID inhibition, when immunohistochemistry is employed to determine COX-2-protein expression in normal, inflamed, or neoplastic tissues, is the fact that the results may depend on the antibody used [17].

COX-2 is induced in atherosclerotic plaques, during angiogenesis, and during wound healing [9,18]. In rabbits, experimental balloon injury and stent implantation induce expression of COX-2 in *areas with atherosclerotic lesions.* Normally, arteries at these anatomic locations express only COX-1 [19]. In addition, COX-2 is constitutively expressed in the macula densa and renal medullary interstitial cells [20]. Traditional NSAIDs, and *coxibs as well, can decrease renal excretion of* sodium and potassium. Hyperkalemia can induce cardiac arrhythmia [21]. Moreover, COX-2 inhibition can increase kidney water retention, and induce peripheral edema and weight gain. Chronic *NSAID use can lead to renal failure* [22,23]. In animal models, selective inhibition of COX-2 promotes hypertension, atherogenesis, and formation of thrombi, all risk factors for acute myocardial infarction. Nevertheless, the exact pathogenesis of *the increased rates of cardiovascular complications* caused by coxibs is unclear at this point [24].

Smoking increases COX-2 expression that induces inflammation [25]. Chronic inflammatory processes play a major role in carcinogenesis and atherogenesis. *The latter is a major risk factor for* myocardial infarction [26,27]. Inflammation plays a role in all stages of atherogenesis, from fatty streak development to plaque formation and plaque rupture [28]. The inflammatory features resemble *the inflammatory alterations seen in rheumatoid* arthritis and osteoarthritis. Rheumatoid arthritis

is associated with accelerated atherosclerosis, high cardiac mortality, and shortened life expectancy. As inhibition of COX-2 reduces inflammation, it was hoped that COX-2-selective inhibitors, when used to reduce pain and inflammation in joint disease, might also inhibit atherogenesis and reduce the rates of myocardial infarction [29].

For reasons not entirely agreed upon, the opposite was observed in several, but not all, clinical studies associated with use of coxib inhibitors, particularly after long-term use, and in a few clinical studies on the use of traditional NSAIDs such as aspirin and naproxen. Several questions arise about NSAID-induced cardiovascular complications: How do NSAIDs alter lesion initiation, progression, thrombosis, and myocardial infarction? Are cardiovascular complications caused by alterations in eicosanoid synthesis? Are they due to *interference with mitochondrial function? Are both* mechanisms involved? What is the effect of polymorphism of genes involved in eicosanoid synthesis on responses to NSAID therapy?

## NSAIDs

Cyclooxygenase inhibition alters metabolism of eicosanoids, which include prostaglandins, thromboxane, and leukotrienes that are derived from arachidonic acid (AA), an omega-6 polyunsaturated acid (PUFA), and a few similar 20-carbon long-chain fatty acids (Greek, eicosa = 20) such as omega-3 PUFA found in fish oil. Cyclooxygenase is rate-limiting for conversion of arachidonic acid to prostaglandin (PG) $H_2$, which is converted to the important vasoactive eicosanoids thromboxane ($TXA_2$) and prostacyclin ($PGI_2$) by thromboxane synthase prostacyclin synthase respectively (Fig. 1). Furthermore, $PGH_2$ serves as a common substrate for specific synthases that produce other prostaglandins such as $PGD_2$, $PGJ_2$, and $PGE_2$. The latter plays a key role in carrageenan-induced *inflammation* [30].

Cyclooxygenase contains 2 active sites. Its cyclooxygenase site, which converts arachidonic acid to $PGG_2$, is inhibited by NSAIDs. Its peroxidase site subsequently reduces $PGG_2$ to PGH. The peroxidase activity is independent of the cyclooxygenase activity. Furthermore, in addition

to $PGG2$, the peroxidase site can use hydroperoxides such as $H_2O_2$ as substrate and generate reactive oxygen species (ROS) [31].

NSAIDs can induce secondary effects by altering the size of the arachidonic acid pool, which depends on a dynamic balance between supply and consumption. Supply is determined by cytosolic (c) and soluble (s) phospholipase $A_2$ ($PLA_2$), which catalyse cleavage of fatty acids from membrane phospholipids [32]. Consumption is regulated by conversion to $PGH_2$ by COX-1 and COX-2, depletion of arachidonic acid via the lipoxygenase pathway, and non-enzymatic conversion of arachidonic acid to isoprostanoids by ROS.

Selective inhibition of COX-2 by coxibs, or selective inhibition of COX-1 by tenoxicam, increases the cellular arachidonic acid pool, which stimulates leukotriene synthesis by lipoxygenase (LO). *Because traditional NSAIDs such as acetyl*-salicylic acid (ASA, aspirin) and ibuprofen inhibit both COX isoforms they can increase the arachidonic acid pool size as well. Furthermore, some *NSAIDs also exert functions that are independent* of cyclooxygenase inhibition, for example, many NSAIDs affect mitochondrial function, expression of cytokines, and growth factors [33-35].

A high serum level of oxidized LDL (oxLDL) is a strong predictor of myocardial infarction [36]. In vitro, rofecoxib (4-(4'-methylsulfonylphenyl-3-phenyl-2-(5H)-furanone) [37] increases, but celecoxib (4-[[5-(p-tolyl)-3-(trifluoromethyl)-1H-pyra-zol-1-yl]]benzenesulfonamide) decreases, oxidation of low-density lipoprotein (LDL). By comparison, valdecoxib (4-[5-methyl-3-phenyl-isoxazol-4-yl]-benzene-sulfonamide) [38], meloxicam (4-hydroxy-2-methyl-N-[5-methyl-2-thiazolyl] -2H-1,2-benzo-thiazine-3-carboxamide-1,1 dioxide), ibuprofen *(2-(4-isobtyl-phenyl)-propionic acid), naproxen* (D-6-methoxy-α-methyl-2-naphthalene acetic acid), or diclofenac (2-[(2,6-dichloro-phenyl)-amino-benzene-acetic acid) exhibit no significant effect on *LDL oxidation* [34,39].

*Aspirin.* Aspirin inhibits COX-1 and to a lesser extent COX-2 by acetylating single serine residues (Ser529 and Ser516, respectively) [40]. Many, but not all, clinical studies show that aspirin significantly reduces the risks of MI and stroke. Aspirin lowers





Fig. 1. Effect of cyclooxygenase (COX) inhibition by non-steroidal anti-inflammatory drugs (NSAIDs) on main vasoactive eicosanoid and related pathways associated with cardiovascular complications (CV) during NSAID use. Platelet (PLT) COX-1 is rate-limiting for conversion of arachidonic acid (AA) to thromboxane (TXA₂)(1). Endothelial cell (EC) COX-1 and COX-2 (inducible, pro-inflammatory isoform) are rate-limiting for AA conversion to prostacyclin (PGI₂) (2), an eicosanoid that counteracts TXA₂ effects. Aspirin (ASA) inhibits COX-1, lowers TXA₂ synthesis, reduces platelet aggregation, and inhibits atherogenesis (open arrows), but increases risk of hemorrhage and gastrointestinal (GI) complications. Traditional NSAIDs such as indomethacin (INDO) inhibit both COX-1 and COX-2. Coxibs *selectively inhibit COX-2 and reduce PGI₂ levels thus* generating a prothrombotic state (black filled arrows). Less arachidonic acid AA is consumed. Excess AA stimulates leukotrienes synthesis via lipoxygenase (LO) (3), inhibits mitochondrial oxidative phosphorylation (OXPHOS) (4), lowers mitochondrial membrane potential (ΔΨm) (5) and ATP generation, but elevates OXPHOS generation of radical oxygen species (ROS) (6). Feedback loops via prostaglandin (PG) E₂ and tumor necrosis factor (TNF)-α (not shown) increase COX-2 synthesis and ROS generation from the peroxidase site of COX-2 increases (not shown). NSAIDs such as INDO and some coxibs (7) inhibit or uncouple mitochondrial oxidative phosphorylation (OXPHOS). Mitochondrial dysfunction lowers cardiac contractility and is *atherogenic. Some important NSAID effects are cyclooxygenase independent, such as celecoxib (EC) COX-2 independent of* monocyte chemo-attractive protein-1 (MCP-1) that regulates monocyte chemotaxis (8). Polymorphism of COX-2 affects the risk of CV complications. Polymorphism of CYP2C9 affects the rate of celecoxib degradation (9). For details see text.

cardiovascular risk by blocking platelet thromboxane synthesis and platelet aggregation. Aspirin lowers the serum levels of C-reactive protein (CRP) [41] and lipoprotein (L)a (Lp(a) [42], which are both independent risk factors for atherosclerosis and myocardial infarction.

Aspirin inhibits platelet COX-1 irreversibly, and since platelets lack nuclear DNA, neither additional COX-1 nor further thromboxane can be synthesized by affected platelets. Aspirin treatment alone lessens clot formation and mitigates rates of fatal and non-fatal myocardial

infarction by 25-30% [43,44]. Cardiovascular *patients who are resistant to aspirin therapy have* more than twice the rate of cardiovascular events, compared to aspirin-sensitive patients [45].

However, a 2-year study of platelet sensitivity to aspirin (100-330 mg/day) in 150 patients without aspirin resistance showed progressive loss of anti-platelet effects after 6-12 months of treatment [46]. One hundred mg/day of aspirin is considered 3 times the dose needed to saturate platelet COX-1 [40]. The altered hemostasis induced by aspirin and other traditional NSAIDs increases the risk of

gastrointestinal hemorrhage, intestinal perforation [3], and excessive perioperative bleeding. Moreover, the inhibition of COX-1 lowers gastrointestinal synthesis of cytoprotective prostaglandins. Aspirin treatment doubles the rate of gastrointestinal complications and raises the rate of hemorrhagic stroke by about 50% [47]. Also, in isolated guinea pig hearts, aspirin significantly depresses cardiac recovery after mild ischemia/perfusion, probably due to mitochondrial uncoupling rather than altered eicosanoid release or non-enzymatic formation of isoprostanes from arachidonic acid by radical species [48,49].

Surprisingly, in a clinical study designed to evaluate valdecoxib compared to aspirin, diclofenac, ibuprofen, and placebo, aspirin was associated with a higher risk of thrombotic events than placebo [50]. However, no increased risk of myocardial infarction was caused by simultaneous use of aspirin and ibuprofen [51].

*Coxibs.* In experimental models coxibs cause significantly fewer gastrointestinal complications than traditional NSAIDs [52]. Clinical studies corroborate these advantages of coxib over traditional NSAIDs. Rofecoxib, celecoxib, and valdecoxib [5,53] (oral medication, injectable counterpart: parecoxib) differ considerably in their COX-2-selectivity. The exact degree of inhibition of COX-2 versus inhibition of COX-1 varies in different publications, and the following values are representative examples: rofecoxib 80-, etodolac 23-, meloxicam 11-, and celecoxib 9-fold [54]. Other investigators found that in a whole blood assay rofecoxib exhibited a 36-fold preference for COX-2 compared with COX-1; the corresponding values for celecoxib, diclofenac, meloxicam, and indomethacin (1-[p-chlorobenzoyl]-5-methoxy-2-methylindole-3-acetic acid) [34,55] were 6.6-, 3-, 2-, and 0.4-fold respectively [37,56].

Importantly, in vitro selectivity values are method-dependent, and may not accurately predict selectivity in clinical applications. Taken together, these sources suggest the following gradation of affinity for the COX-2 versus the COX-1 isoform: Aspirin < indomethacin < meloxicam < diclofenac < celecoxib < etodolac < rofecoxib < valdecoxib. Note that some reported selectivity values for meloxicam and indomethacin differ somewhat from those indicated in this gradation list.

*Rofecoxib.* Rofecoxib is a compound with high analgesic and antiphlogistic efficacy in carrageenan-induced inflammation in rodents. It has demonstrated analgesic potency similar to ibuprofen. However, unlike ibuprofen rofecoxib does not inhibit thromboxane synthesis [37,57]. A study by the rofecoxib manufacturer of a group of patients treated with different NSAIDs for osteoarthritis found no difference in cardiovascular thrombotic events between users of rofecoxib, celecoxib, or non-selective NSAIDs such as ibuprofen, nabumetone (4-[6-methoxy-2-naphthalenyl]-2-butanone) [34], and diclofenac [58]. A Canadian study supported this interpretation; it reported no increased risk of myocardial infarction in rofecoxib users [59]. Additionally, an extensive review of data from multiple rofecoxib studies affirmed that there was no solid evidence for increased cardiovascular risk in patients using rofecoxib [60]. This point of view was corroborated by other experts [61].

In a gastrointestinal outcomes research study of rofecoxib, which included patients with rheumatoid arthritis treated either with rofecoxib or naproxen (a non-selective cyclooxygenase inhibitor), patients in the rofecoxib treatment group had significantly fewer gastro-intestinal complications than those in the naproxen-treated group [56]. However, the study showed an increased incidence of myocardial infarction and other thrombotic complications in the group of patients treated with rofecoxib. The rates of myocardial infarction were 0.1% and 0.5% in naproxen- and rofecoxib-treated groups, respectively [40].

Several clinical studies have shown that naproxen [62] may be cardioprotective [44,60,63, 64]. These findings led to a suggestion that the interpretation of an increased rate of myocardial infarction in rofecoxib users was biased because of the cardioprotective effects of naproxen. However, other studies corroborated that rofecoxib therapy in patients with rheumatoid arthritis is associated with increased risk of myocardial infarction [65,66]. Also, in a group of patients over 65 years of age, use of rofecoxib was associated with increased risk of myocardial infarction compared to use of celecoxib

or other NSAIDs. The risk was higher with rofecoxib dosages >25mg/day vs <25 mg/day [67].

The reports of such diverse clinical findings have led to controversy, dispute, and uncertainty. Ethical stances emerged about perceived undue delay in issuing warnings about cardiovascular complications [68]. Then, based on an increase in cardiovascular complications observed in a clinical study designed to evaluate the efficacy of rofecoxib (25 mg/day) in preventing recurrence of colorectal polyps in a group of 2,600 patients, the manufacturer discontinued the study and withdrew rofecoxib from the market at the end of September, 2004 (www.vioxx.com) [39,43,69,70-72]. Public controversy over rofecoxib findings and the final decision to withdraw the drug from the market drew attention to other COX-2-selective inhibitors, eg, celecoxib [73,74] and valdecoxib [5].

*Celecoxib.* Celecoxib is approved at recommended daily doses of 100-200 mg for treatment of osteoarthritis and 200-400 mg for rheumatoid arthritis (manufacturer's news release, 17 December 2004). In a 6-mo long multicenter clinical trial involving patients with rheumatoid arthritis or osteoarthritis, celecoxib 400 mg (twice daily) was associated with *significantly lower incidence* of upper gastrointestinal bleeding, perforation, and obstruction compared to traditional NSAIDs (ibuprofen 800 mg (thrice daily) or diclofenac 75mg/(twice daily)). The rates of cardiovascular events were similar for celecoxib and traditional NSAIDs, and surprisingly, were unaffected by concomitant aspirin use [75].

Since celecoxib is a sulfonamide compound, structurally different from rofecoxib and less COX-2-selective, it was argued that celecoxib probably provides some inhibition of platelet COX-1 and thus diminishes thrombogenesis and cardiovascular complications by reducing thromboxane synthesis. In view of such reasoning, celecoxib was considered safer than rofecoxib. This opinion was supported by the results of several clinical studies [76,77]. A search of a large, 15-trial database covering use of celecoxib showed no evidence of undue thrombotic risk. The analysis covered 2 post-marketing trials, the Celecoxib Long-term Arthritis Safety Study (CLASS) [78] and the Successive Celecoxib Efficacy

Studies (SUCCESS), and 13 new drug application studies. In all, data from >18,000 patients and almost 6000 patient-years of exposure were analyzed. Celecoxib dosages ranged from 100 mg to 400 mg twice daily [79]. Moreover, no increased risk of cardiovascular complications due to celecoxib treatment with 400 mg daily was detected in a Prevention of Spontaneous Adenomatous Polyps (PreSAP cancer trial) (manufacturer's news release, 17 December 2004).

However, in the Adenoma Prevention with Celecoxib (APC) trial, which included 2035 patients, an increased rate of myocardial infarction was detected among patient using celecoxib. Patients who had been consuming celecoxib 200 or 400 mg twice daily had 2.5-fold and 3.4-fold increases respectively of cardiovascular events compared to the placebo group [80]. The APC trial was therefore discontinued in late December 2004. These findings raised additional concerns about the cardiovascular safety of long-term administration of coxibs.

On the other hand, some clinical studies have indicated that use of traditional NSAIDs may also be associated with increased risks of cardiovascular complications. For example, an Alzheimer's Disease *Anti-inflammatory Prevention Trial* (ADAPT) involved a comparison of celecoxib and naproxen against placebo. It was halted because it showed a 50% increase in cardiovascular risk in patients who received naproxen compared to patients treated with celecoxib [81,82], a surprising finding in view of results of other studies discussed above that deemed naproxen to be cardioprotective. A clue to why naproxen may increase cardiovascular risk may be derived from a study of 9 healthy subjects, which showed that naproxen 500 mg (twice daily) mimicked the effect on thromboxane synthesis of 100 mg of aspirin daily, and importantly, that naproxen, but not aspirin, significantly lowered prostacyclin synthesis [40].

*Valdecoxib.* Valdecoxib is a potent anti-inflammatory coxib, which is even more COX-2 selective than rofecoxib [83]. Valdecoxib at 10 mg/day has a better GI tolerance profile but similar analgesic efficacy compared to traditional NSAIDs. Like other NSAIDS it can cause fluid retention and

hypertension [84]. An analysis of data from about 8000 patients with osteoarthritis or rheumatoid arthritis treated with daily doses of 10-20 mg, and even at doses up to 80 mg, showed that valdecoxib was not associated with higher rates of thrombotic events than naproxen (500 mg/twice daily, ibuprofen (800 mg thrice daily), or diclofenac (75 mg twice daily) [50].

On the other hand, short-term (10 day) treatment with valdecoxib after cardiac surgery led *to increased rates of myocardial infarction*, cardiac arrest, pulmonary embolism, and stroke [85]. Valdecoxib was removed from the market in early 2005 [54]. Interestingly, removal of the sulfonamide group of valdecoxib yields compounds that are COX-1-selective inhibitors [86].

*Other COX-2-selective inhibitors.* Meloxicam inhibits COX-2 about 12 times more potently than COX-1 [87]. Pooled clinical data from >13,000 patients who received meloxicam and were followed for >60 days showed that it had good GI and cardiovascular safety profiles compared to patients treated with diclofenac, naproxen, or piroxicam (4-hydroxy-2-methyl-3-[pyrid-2-yl-carbamoyl]-2H-1, 2-benzothiazin-1,1-dioxide) [34,88]. In a recent 1-yr clinical trial involving >200 subjects, *its efficacy* and safety were comparable to naproxen [89]. Etoricoxib, lumiracoxib, and parecoxib [90] are newer NSAIDs that are highly selective for COX-2 [91,92]. Etoricoxib (MK-0663) is more COX-2-selective than rofecoxib [93-95]. In whole blood assays etoricoxib showed >100-fold selectivity for COX-2 compared to COX-1 [96]. Clinical trials indicated that etoricoxib is well tolerated; at 60 mg or 90 mg dosages it is effective for lower back pain [97] and at 120 mg dosage for post-operative dental *pain* [98]. Studies to evaluate the effects of these drugs on cardiovascular risk are pending.

### Pathophysiology

Therapeutic doses of coxibs can increase the risk of thrombosis by reducing endothelial cell synthesis of prostacyclin ($PGI_2$), a vital vasodilator and platelet inhibitor. This disrupts the normal balance between prostacyclin and COX-1-derived thromboxane ($TXA_2$), a vasoconstrictive eicosanoid that promotes platelet aggregation and thrombus formation. Furthermore, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates atherogenesis, respectively, showing the importance of proper balance of thromboxane and prostacyclin signaling. Aspirin lowers thromboxane synthesis by inhibiting platelet COX-1 irreversibly, but too much inhibition of COX-1 increases the risk of hemorrhage (Fig. 2).

Like traditional NSAIDs, coxibs can cause hypertension, which is a thrombogenesis risk factor and an independent risk factor for atherosclerosis. Arterial constriction and renal sodium retention may contribute to the development of hypertension, which together with a coxib-induced prothrombotic state increases the risk of myocardial infarction and thrombotic stroke [4,99].

Endothelial cells are a major source of prostacyclin. Inhibition of endothelial cell COX-2 but not platelet COX-1 by coxibs can therefore interfere with the proper balance, on the one hand, of platelet synthesis of prothrombotic thromboxane A2, which is unaffected by coxibs (with the possible exception of celecoxib), and, on the other hand, reduced synthesis of antithrombotic prostacyclin. *Selective inhibition of COX-2 may alter the balance* of prostacyclin and thromboxane synthesis. This is the most frequently proposed mechanism to explain the adverse prothrombotic effects of coxibs: they inhibit vascular synthesis of prostacyclin and thereby remove the platelet-inhibitory effect of prostacyclin [100].

This scenario is supported by clinical findings; administration of rofecoxib to patients reduced systemic prostacyclin synthesis to one-half or less of normal levels. This mechanism may, at least in part, explain the hypertension and increased rates of thromboembolic events observed in rofecoxib clinical studies [60]. The imbalance promotes a prothrombotic state, which implies a class effect that may apply to all coxibs [101,102]. Others opine *that existence of such a class effect cannot be* supported by currently available clinical data. They consider that the degree of imbalance differs for each coxib, and is probably related to the COX-2 selectivity of the coxib administered [103].

Case 2:05-md-01657-EEF-DEK   Document 5718-6   Filed 06/27/06   Page 25 of 44



Fig. 2. Illustration shows effects of non-steroidal anti-inflammatory drugs (NSAIDs) on thromboxane (TXA₂) synthesis. NSAIDs inhibit platelet (PLT) cyclooxygenase (COX)-1, which is rate-limiting for PLT conversion of arachidonic acid (AA) to prostaglandin (PG) H₂, the substrate for synthesis of TXA₂ by PLT thromboxane synthase. Platelets lack nuclear genes; *consequently levels of enzymes in platelets are determined by expression of genes of the megakaryocytes that formed the platelets.* The gene for TXA₂ synthase, TBXAS1, is located on megakaryocyte chromosome region 7q34. Its expression determines the initial platelet thromboxane synthesis level, which controls platelet conversion of prostaglandin (PG) H₂ to thromboxane, which promotes atherosclerosis by activating platelets and increasing leukocyte interaction with endothelial cells. Additionally, TXA₂ contracts vascular (v) smooth muscle cells (vSMCs) via their thromboxane-prostanoid (TP) receptors, which are coded for by the TBX2R gene on chromosome region 19p13.3. Contraction of vSMCs can lead to hypertension, another risk factor for atherogenesis. Gene induction, polymorphism and pharmacological inhibition of enzymes regulate platelet thromboxane synthesis. Dexamethasone (DEX) significantly increases TXA₂ synthase levels, lipopolysaccharide (LPS) less so. NSAIDs such as aspirin (ASA), naproxen (NAP), and indomethacin (INDO), inhibit COX-1 at the cyclooxygenase site and reduce TXA₂ synthesis; resveratrol (RESV) in addition inhibits the peroxidase site of COX-1; sulindac (SUL) inhibits cytosolic phospholipase A₂ (cPLA₂) Deleting the gene for the TP receptors (TP⁻/⁻) in apoE null mice significantly hinders atherogenesis compared to apoE null mice that express thromboxane receptors. Similarly, inhibition of TP receptors with the receptor antagonist S18886 slows atherosclerotic lesion formation in such mice. BM-613 is an antagonist for the TP receptor and also inhibits thromboxane synthase. *For details see text.*

Another concern is the observation that myocardial COX-2 expression may be important in limiting damage caused by cardiac ischemia/reperfusion. Selective inhibition of COX-2 may directly interfere with cardiac synthesis of prostacyclin and PGE₂, both cardioprotective eicosanoids [104]. As an example, treatment of rats with atorvastatin, which induces an increase in cardiac expression of cPLA₂, COX-2, prostacyclin synthase and PGE₂ synthase, reduces murine experimental infarct size. Simultaneous inhibition of COX-2 with valdecoxib eliminates this cardioprotective effect [105].

***Vasoactive products.*** Arachidonic acid can be *metabolized to vasoactive products via COX-1,* COX-2, lipoxygenase, and cytochrome P-450 (cP450) mono-oxygenase [106]. The most important vasoactive eicosanoids are thromboxane and *prostacyclin, generated via the platelet COX-1* pathway and the endothelial cell COX-1 and COX-2 pathways, respectively. Thromboxane contracts and prosta-cyclin relaxes vascular mural smooth muscle cells (SMCs). In addition, thromboxane promotes and prostacyclin prevents and reverses thromboxane-induced platelet aggregation [107]. Conversely, thromboxane up-regulates COX-2 expression in endothelial cells and enhances endothelial synthesis of prostacyclin [108].

Some have suggested that, in evaluating effects of NSAIDs on vasoactive eicosanoids, species

differences must be considered. Thus, in a canine model of coronary vasodilation, naproxen (but not the COX-2 selective inhibitor SC-58236) significantly reduced prostacyclin-mediated vasodilation induced by arachidonic acid. It was suggested that, in the canine model, vasodilation is mostly COX-1-dependent [62]. Other investigators corroborate that naproxen significantly lowers prosta-cyclin synthesis [40], and some have indicated that systemic prostacyclin synthesis is mainly COX-2-dependent (see below) [109].

*Thromboxane.* Platelet COX-1 is rate-limiting for conversion of arachidonic acid to prostaglandin $H_2$, the substrate for synthesis of thromboxane $A_2$ by thromboxane synthase. Thromboxane causes platelet aggregation and contraction of mural smooth muscle cells, which constricts vessels. It also increases leukocyte interaction with endothelial cells. All are important steps in the development of atherosclerosis. Thromboxane promotes athero-sclerosis by *activating platelets and contracting arteries* (Fig. 2). Megakaryocyte gene polymorphism regulates platelet thromboxane synthesis. Aspirin inhibits platelet COX-1, lowers platelet synthesis of thromboxane (reducing prothrombotic *activity and vasoconstriction*), and reduces leukocyte interaction with endothelial cells [110].

*Prostacyclin.* Prostacyclin participates in cardioprotective functions in various ways. It inhibits platelet aggregation on the endothelium, reduces leukocyte interaction with endothelial cells, and hinders atherogenesis. Prostacyclin also protects mitochondrial function (see below). Cyclooxygenases in endothelial cells and activated macrophages convert arachidonic acid to $PGH_2$, which is then converted by prostacyclin synthase (PGIS) to prostacyclin, which dilates vessels by relaxing vascular smooth muscle cells (Fig. 3).

Because cyclooxygenase is upstream of prosta-cyclin synthase, it is rate-limiting for prostacyclin synthesis. NSAID inhibition of COX-2 may therefore affect physiological functions in which its downstream metabolites such as prostacyclin are involved. As an example, important cardioprotective effects exhibited by HDL and apoE, that are not directly related to their effect on lipoprotein

metabolism, are supported by their stimulation of COX-2 expression and thus prostacyclin synthesis, which reduces vascular smooth muscle cell proliferation and slows down atherogenesis [12]. In rats, angiotensin-converting enzyme (ACE) induces COX-2 and thrombolysis and inhibition of COX-2 is thrombogenic. The degree of thrombolysis inhibition depends upon the specific inhibitor used: Rofecoxib is more thrombogenic than celecoxib, followed by nimesulide and NS398. ACE-induced increase of COX-2 synthesis augments prostacyclin (as measured by 6-keto-$PGF_{1\alpha}$, its stable metabolite), but not thromboxane synthesis [111].

Lesion-free healthy endothelium expresses only COX-1, whereas both COX-1 and COX-2 are expressed in atherosclerotic lesions; the 2 isoforms *are found in macrophages, endothelium, and to a* lesser extent smooth muscle cells [112,113].

In vitro studies demonstrate that estrogen can up-regulate endothelial cell COX-1 expression [114]. Thus, COX-1-dependent prostacyclin synthesis may protect against atherosclerosis in premenopausal women. However, local differences in the response of artery types to relaxation signals were found in studies on the effect of 17β–estradiol (ES2) in sheep: Exogenous ES2 increased PGIS proteins in renal and uterine arteries but not in coronary arteries [115].

In rat coronary arteries, mild physical trauma induces endothelial cell COX-2 expression and COX-2 is expressed in cultured endothelial cells [116]. Prostacyclin (like nitric oxide) is produced by endothelial cells in response to shear stress or other physical forces [117]. For example, in cultured human umbilical vein endothelial cells (HUVEC), laminar fluid shear stress induces COX-2 (mainly via the promoter CRE-responsive element) and stabilizes COX-2 mRNA. However, COX-1 expression is unaltered [118].

No COX-2 expression was detected in freshly removed internal mammary artery segments removed during coronary artery bypass grafting. However, when such segments were placed in organ culture for 2 days they expressed COX-2 [116]. This was a small study of only 3 male and 1 female patients, age 59-68 yr. By comparison, a study of 22 males and 15 females with a median age 28 yr

Case 2:05-md-01657-EEF-DEK   Document 5718-6   Filed 06/27/06   Page 27 of 44



Fig. 3. Illustration showing effects of non-steroidal anti-inflammatory drugs (NSAIDs) on prostacyclin synthesis. Inhibition of cyclooxygenase (COX)-2 by indomethacin (INDO) or coxibs reduces endothelial cell conversion of arachidonic acid (AA) to prostaglandin (PG) H$_2$, the substrate for synthesis of prostacyclin (PGI$_2$) by prostacyclin synthase (PGIS). The gene for PGIS, PTGIS, is located on chromosome region 20q13.11-q13.13. Prostacyclin exerts its vascular dilator and antihypertensive effects by relaxing vascular smooth muscle cells via prostaglandin (inducible protein, IP) receptors, which are coded for by the PTGIR gene located on chromosome region 19q13.3. Flow shear stress and mechanical stress induce PTGS2 and PGIS respectively. In addition, prostacyclin counteracts prothrombotic and atherogenic effects of thromboxane. Targeted deletion (TD, intron 9) of *PTGES causes renal pathology and hypertension.* Complete deletion (IP$^{-/-}$) of PTGIR accelerates atherogenesis. IP receptor function requires isoprenylation (ISOPR), which is inhibited by statins. C-reactive protein (CRP) and 15-HPAA inhibit PGIS and reduce PGI$_2$ synthesis, which can also be reduced by inhibition of cPLA$_2$ by quinacrine or hypoxia. Also, sulindac inhibits transcription of the cPLA$_2$ gene and has shown anticancer effects. Whereas prostacyclin is cardioprotective, other eicosanoid metabolites downstream of COX-2 are pro-inflammatory and this may explain why C-alleles at -765 in PTGS2, which reduce expression of COX-2 and CRP, are associated with reduced risk of myocardial infarction and stroke. For details see text.

indicated that prostacyclin synthesis in healthy humans is mostly COX-2-dependent [109].

In pigs, COX-1 and COX-2 inhibition by indomethacin (a non-selective NSAID) results in coronary vasoconstriction at rest and during exercise [117]. Moreover, prothrombotic effects of COX-2-selective inhibition were demonstrated in a hamster model using NS-398, a COX-2 selective inhibitor; it resulted in abridged release of endothelial PGF$_{1\alpha}$, the stable urinary metabolite of prostacyclin, augmented platelet adhesion to arteries, and increased the pace of occlusion of damaged micro-vessels [119]. Taken together, these reports suggest that both COX-1 and COX-2

contribute to prostacyclin synthesis, and if that is so, then the amounts and ratio concentration of the two isoforms in endothelial cell may significantly affect the extent to which NSAIDs can lower prostacyclin synthesis. Also, as vascular inflammatory changes increase with age, one might expect endothelial cell COX-2 expression to increase.

As noted above, selective inhibition of COX-2 alters the balance of prostacyclin and thromboxane synthesis. This is the most frequently proposed mechanism to explain the adverse prothrombotic effects of coxibs: they inhibit vascular synthesis of prostacyclin and thereby remove the platelet-inhibitory effect of prostacyclin [100]. Rofecoxib

administration to patients reduced systemic prostacyclin synthesis to one-half or less of normal levels. This mechanism may, at least in part, explain the hypertension and increased frequency of thromboembolic events observed in clinical studies of rofecoxib [60].

Treatment with coxibs can cause endothelial dysfunction [120] because they inhibit COX-2-dependent synthesis of prostacyclin, the vasodilator eicosanoid. Also, LDL, an independent risk factor for atherogenesis, dose-dependently reduces COX-2 transcription and prostacyclin synthesis in cultured human umbilical vein endothelial cells (HUVECs) [121]. Ex vivo, prostacyclin relaxes coronary artery strips. Conversely, the non-selective NSAID indomethacin, and 15-hydro-peroxyarach-idonic acid (15-HPAA), a prostacyclin synthase inhibitor, increase strip resting tone [122].

Such experimental findings raise concerns that selective COX-2 inhibition may cause human hypertension by reducing prostacyclin synthesis, for example, through therapeutic doses of rofecoxib. However, a 7-day study of 35 healthy volunteers revealed no significant differences of vasodilatation in response to acetylcholine or sodium nitroprusside when rofecoxib (25 mg/day) or naproxen (750 mg/day) were administered. Vascular response was determined by forearm strain-gauge plethysmography [123]. Again, as mentioned above, it is possible that naproxen reduced COX-2-dependent prostacyclin synthesis to a similar extent as rofecoxib in this study. Or, more likely, as the study group consisted of healthy subjects, it is possible that a major part of endothelial cell prostacyclin synthesis was COX-1-dependent, there being no significant shear-stress to induce endo-thelial cells COX-2 [116].

*Contractile dysfunction.* Altered prostaglandin synthesis can significantly affect cardiac mito-chondria and cardiomyocyte contraction. In rats, $PGE_2$ enhances cardiac contractile function and increases cardiac output [124]. Piroxicam, indo-methacin, naproxen, nabumetone, nimesulide (4-nitro-2-phenoxymethane-sulfoanilide), and melox-icam, but not diclofenac, induce a negative ionotropic effect on perfused isolated rat heart contractility. In vitro, in isolated rat liver mito-chondria all of these NSAIDs except naproxen and nabumetone stimulate rates of basic respiration, reduce membrane potential, and reduce the rate of oxidative phosphorylation (OXPHOS) [34].

These findings support the concept that NSAIDs can affect cardiac contractility via effects on mitochondrial function and through cyclo-oxygenase inhibition that lowers synthesis of cardioprotective eicosanoids. As the heart needs to generate sufficient energy to allow it to pump efficiently, cardiac mitochondrial ATP production must rapidly adjust to a variety of energy demands and dietary supply conditions [125]. However, little is known about eicosanoid involvement in feed-back mechanisms that enable OXPHOS to regulate coronary blood flow to its oxygen requirements. It has been suggested that prostaglandins are unimportant for the feed-back [126,127], and that coronary blood flow is normally adjusted to myo-cardial demands by neural control circuits [128].

*Mitochondrial dysfunction.* Almost one-third of all proteins in the heart are mitochondrial proteins, which emphasizes the extraordinary role of OXPHOS in converting energy from food metabolites into adenosine triphosphate (ATP) to adapt to myocardial energy demands [129]. Inhibition of cyclooxygenase may be detrimental to cardiac recovery, as it can lead to accumulation of arachidonic acid, which increases cardiac mito-chondrial dysfunction. In isolated bovine heart mitochondria, arachidonic acid inhibits OXPHOS by inhibiting complex I and III of the mitochondrial electron transfer chain (ETC). Mitochondria exposed to arachidonic acid in vitro generate increased amounts of ROS [130] and mitochondrial release of cytochrome c [131] (Fig. 4).

A combination of NSAID-induced inhibition of prostanoid synthesis and NSAID-induced uncoupling of intestinal mitochondrial oxidative phosphorylation is considered essential for develop-ment of enteropathy, the major gastrointestinal adverse effect of non-selective NSAIDs [132]. A similar mechanism may apply in the pathogenesis of cardiovascular complications linked to NSAIDs use (Fig. 4). NSAIDs, including COX-2-selective inhibitors, target mitochondria in several different ways. For example, a NSAID or one or more of its



Fig. 4. Mitochondrial oxidative phosphorylation (OXPHOS) dysfunction is associated with atherogenesis and cardiac failure. Many non-steroidal anti-inflammatory drugs (NSAIDs), including some coxibs, inhibit or uncouple OXPHOS, a part of which is illustrated above. Electrons from food metabolites travel via complexes I and II (succinate dehydrogenase, SDH), coenzyme $Q_{10}$ (Co$Q_{10}$), and complexes III and IV (not shown) to oxygen. Complexes I, III, and IV pump protons and build the transmembrane potential that is used by complex V (not shown) to generate adenosine triphosphate (ATP). Statins, often consumed by older NSAID users, inhibit Co$Q_{10}$ synthesis, block vital electron transfer, and inhibit OXPHOS. Aspirin (ASA) inhibits Krebs cycle α-ketoglutarate dehydrogenase (α-KGDH). Like complexes I and II, α-KGDH is a major source of reactive oxygen species (ROS), which, like salicylate (SAL), opens mitochondrial pores, uncouples OXPHOS, releases cytochrome c (cyt c), and induces apoptosis. Inhibition of cyclooxygenase by NSAIDs elevates arachidonic acid (AA) levels, which inhibits pumps I and III. $PGJ_2$ inhibits complex I. Aconitase (ACO2) declines with age. Proper OXPHOS is also required for maintaining tissue architecture. Mutations of SDH subunit genes (B, C, D) are associated with neoplasia (paraganglioma, pheochromocytoma). For details see text.

metabolites may inhibit or uncouple OXPHOS or trigger apoptosis. Naproxen has little effect on mitochondrial function [33,34]. However, pharmacologically relevant concentrations of indomethacin, diclofenac, meloxicam, and SC-236, a COX-2-selective inhibitor, uncouple respiration and decrease ATP generation of isolated mitochondria and intact cells in vitro [133].

Dysfunctional mitochondria present an important source of ROS, which can contribute significantly to atherogenesis and cardiac dysfunction (for a review, see [134]). Cardiac mitochondria produce excessive amounts of ROS during ischemia/reperfusion [135]. The heart is especially susceptible to defective OXPHOS, which leads to oxidative stress that induces cardiac dysfunction—for example, via generation of malondialdehyde [136]. Inherited or acquired mitochondrial dysfunction can cause severe mitochondrial cardiomyopathy and fatal cardiac failure, even at a very young age, before the onset of significant coronary atherosclerosis. And rare cases of massive, premature atherosclerosis in young subjects with inherited mitochondriopathies have been reported, demonstrating that mitochondrial dysfunction can lead to atherosclerosis and cardiac failure [134].

The classical view of atherogenesis is that slowly developing coronary atherosclerosis and myocardial ischemia is the major cause of mitochondrial dysfunction, cardiac contractile failure, myocardial infarction, and death. In acute myocardial infarction (AMI) an occlusive thrombus at the site of coronary artery atherosclerotic plaques that may have ruptured causes instant downstream anoxia.

A more recent view is that accumulated products of ROS damage mtDNA; this may represent the initial common mechanism by which classical risk factors contribute to atherogenesis. In experiments that employ apoE-/- mice with defective manganese superoxide dismutase (SOD2), mitochondrial damage induced by ROS and reactive nitrogen species preceded the formation of atherosclerotic lesions. These experiments show that SOD2 can inhibit atherosclerotic lesion formation by protecting the mitochondrial genome [137]. Importantly, therapeutic drugs that increase ROS formation or cause mitochondrial dysfunction through OXPHOS inhibition or uncoupling may increase the risk of cardiovascular complications.

In mitochondria isolated from rat hearts, aspirin and salicylic acid both inhibit state 3 (ADP-dependent) respiration through inhibition of α-ketoglutarate dehydrogenase (α-KGDH), a vital enzyme of the Krebs cycle. However, only salicylic acid induces mitochondrial uncoupling. It inhibits α-KGDH competitively, whereas aspirin causes

irreversible inhibition via acetylation of the enzyme. Inhibition of the Krebs cycle reduces NADH generation and electron transfer to Complex I of the respiratory chain. This reduces ROS generation and ATP synthesis [138]. Experiments using plant mitochondria indicate that salicylic acid also inhibits electron transfer from Complex I to the coenzyme Q10 (CoQ10, Q10) pool, but only at very high concentrations [139].

In vitro experiments indicate that inhibition of the respiratory chain increases but uncoupling reduces mitochondrial generation of ROS that play important parts in the pathogenesis of inflammation. As examples, ROS production induced by hyperglycemia increases COX-2 mRNA and protein levels via activation of NF-kappaB (NF-κB) [140]. Aspirin inhibits NF-κB activation and reduces ROS generation [141]. Nimesulide, a sulfonanilide compound and selective COX-2 inhibitor, has shown antioxidant properties [142]. It and its metabolite, 4-OH nimesulide, subdue generation of, and scavenge, ROS released by cultured human chondrocytes [143]. Nimesulide reduces NF-κB activation and protects against cardiovascular complications of endotoxemia [144]. In a mouse model of skin carcinogenesis, nimesulide and celecoxib significantly curtailed chemically induced $H_2O_2$ generation and lipid peroxidation [145].

Whereas some NSAIDs reduce the rate of ROS formation, others raise it. In rats, indomethacin exposure leads to renal mitochondrial damage and abnormal tubular morphology. Pretreatment with arginine, a nitric oxide donor, suppresses tubular injury, which points to ROS participation in the pathogenesis of the tubular destruction induced by indomethacin [146]. Pretreatment with melatonin, a pineal sleep hormone and strong antioxidant, lessens renal lipid peroxidation and renal damage induced by indomethacin, which corroborates that ROS is involved in the pathogenesis [147].

Results of in vitro studies may be cell-dependent. Celecoxib (but not rofecoxib) inhibits proliferation of HUVECs, but neither affected the growth of vascular smooth muscle cells. At high concentrations, celecoxib (but not rofecoxib) induced HUVEC apoptosis, suggesting that the antiproliferative effects may not be linked to COX-2 inhibition, since both drugs inhibit COX-2 [29].

*Atherogenesis.* Atherosclerosis in an age-related inflammatory disease and aging may alter the effects of cyclooxygenase inhibition on atherogenesis. In apoE$^{-/-}$ mice an increase of thromboxane synthesis or a decrease in prostacyclin synthesis contributes to atherogenesis by inducing platelet activation and enhancing interaction of leukocytes with endothelial cells. In an apoE-/- knockout mouse model of atherosclerosis, selective inhibition of COX-1 with SC-560 abrogates gross lesion formation even in the presence of vascular injury and inflammation, probably by lowering thromboxane synthesis By contrast, inhibition of COX-2 with SC-236 had no effect on lesion development. SC-236 inhibited prostacyclin synthesis, but did not reduce platelet-endothelial cell interaction [148]. No benefit was evident in older apoE$^{-/-}$ mice with established atherosclerotic lesions treated with celecoxib compared with controls [149]. In rat aorta, prostacyclin and thromboxane levels increase with age. Interestingly, calorie restriction lessens the increase [150]. Also, the relative lack of COX-1 inhibition by coxibs may be especially important in aging patients with atherosclerosis, who synthesize increased amounts of thromboxane and prostacyclin compared to subjects without the disease [151].

Paradoxically, regional hypoxia may markedly increase COX-2 expression in response to NSAID treatment. As mentioned above, a problem with high level expression of COX-2 is that it may increase ROS generation at the enzyme peroxidase site. Whereas NSAID treatment can lower $PGE_2$ synthesis, simultaneous exposure to hypoxia during NSAID treatment may disrupt a negative feed-back loop in atherosclerotic lesions that normally limits macrophage synthesis of tumor necrosis factor-α (TNF-α), an inducer of COX-2. This insight is based upon experiments that employed cultured monocytes exposed to hypoxia, which induced expression of TNF-α that elevated COX-2 mRNA and protein expression. Exogenous PGE2 dose-dependently reduced TNFα synthesis. Indomethacin and NS-398 markedly reduced PGE2 and significantly increased TNF-α synthesis. Since hypoxia also decreased phosphorylated $cPLA_2$ levels, conversion of membrane phospholipids to arachidonic acid was lowered, so that despite elevated COX-2 expression, the substrate shortage

caused by hypoxia further diminished the synthesis of $PGE_2$ [152].

*Vascular inflammation.* Histological and biochemical analyses of human intima show accumulation of inflammatory proteins not only in atherosclerotic lesions, but also in areas *without local lesions in vessels with lesions elsewhere*, which indicates that atherosclerotic lesions develop in a background of vascular inflammation [153-155]. Intimal inflammatory *alterations are more pronounced in older* subjects, even in those that lack atheromas. By comparison, intimae of young subjects lack inflammatory alterations [156]. Such age-related *factors may be relevant to the clinical response to* NSAID treatments, since the risk of cardiovascular complications is higher in older patients.

Elevated plasma levels of C-reactive protein (CRP), intracellular adhesion molecule (ICAM)-1, and interleukin (IL)-6 are biomarkers of inflammation that can predict cardiovascular risk [27,28,41,157]. CRP belongs to the pentraxin (PTX) family of acute-phase proteins and is a marker for disease activity in patients with rheumatoid arthritis [158].

The name for CRP was derived from its ability to precipitate pneumococcal C-polysaccharide. Pneumoccal vaccination ameliorates atherogenesis in homozygous low density lipoprotein (LDL)-receptor deficient mice. Plasma from such mice inhibits binding of oxidized LDL to macrophages, suggest-ing molecular mimicry between epitopes of *Streptococcus pneumoniae* and oxLDL [159]. In cultured vascular smooth muscle cells, atherogenic lipoproteins can also significantly induce expression of another pentraxin, 3 (PTX-3), which is associated with foam cell formation via rapid cholesterol uptake by macrophages [160].

*Monocytes/macrophages.* Monocyte chemotaxis plays a central role in atherogenesis (Fig. 5). *Increased expression of CCR2, the most important* monocyte chemotaxis receptor, increases monocyte binding to monocyte chemoattractant protein-1 (MCP)-1 and facilitates the entry of monocytes *into the subendothelial space, where they become* macrophages and may develop into lipid-laden foam cells.

MCP-1 is produced by endothelial cells, lesion macrophages, and vascular smooth muscle cells [161]. It is expressed in endothelial cells of primates on a hypercholesterolemic diet, and by cultured endothelial cells exposed to minimally oxidized lipids [162]. In human atherosclerotic lesions, *MCP-1 is particularly abundant in macrophage*-rich shoulder areas [163].

Several atherogenic risk factors increase chemotaxis by stimulating expression of CCR2 or MCP-1. For example, *CRP in addition to its indirect* inhibition of prostacyclin synthase noted above may enhance atherogenesis by increasing chemotaxis: it up-regulates monocyte CCR2 levels in cultured monocytes. Patients with acute inflammatory conditions may have CRP levels of 10 mg/L or higher, and one-half of that concentration can activate cells in atherosclerotic lesions. Furthermore, in vitro, co-incubation with free cholesterol or LDL enhances CCR2 expression, suggesting that CRP, free cholesterol, and LDL may synergistically contribute to atherogenesis by enhancing monocyte chemotaxis [164,165].

C-reactive protein promotes monocyte chemotaxis with abluminal transmigration of monocytes during atherogenesis by inducing IL-8. In cultured human aortic endothelial cells, CRP activates NF-κB, which induces expression of interleukin (IL)-8, a chemokine that mediates monocyte chemotaxis. IL-8 is present in large quantities in human atherosclerotic lesions. Hyperglycemia, oxidized LDL, and TNF-α also induce IL-8 expression and augment monocyte-endothelial interaction [166].

The importance of monocyte chemotaxis receptors for monocyte/endothelial cell interaction in atherogenesis has been demonstrated in apoE-/- mice lacking such receptors. The number of macro-*phages and atherosclerotic lesions in aortas from* apoE-null mice lacking CCR2 expression was significantly reduced compared to apoE-/- mice that expressed CCR2 [162].

Activated macrophages in human atherosclerotic lesions express COX-2. But in mice models of atherogenesis, COX-2 inhibition has led to mixed results ranging from inhibition to acceleration to lack of effects. It has been suggested that such divergent results may depend upon the stage of disease development: it seems beneficial during



Fig. 5. Illustration showing effects of non-steroidal anti-inflammatory drugs (NSAIDs) on monocyte/endothelial cell interaction in atherogenesis. Monocyte/endothelial cell interaction guides monocytes to enter into the subendothelial space, where they become macrophages and can develop into lipid-laden foam cells. Increased monocyte chemotaxis receptor 2 (CCR2) expression increases monocyte binding to monocyte chemoattractant protein-1 (MCP)-1, which is produced by endothelial cells (EC), macrophages (MΦ), and vascular smooth muscle cells (vSMCs), and is particularly abundant in macrophage-rich shoulder areas of human atherosclerotic lesions. CCR2 knockout in apoE−/− mice lowers chemotaxis, reduces the number of macrophages in lesions, and slows down atherogenesis. By contrast, common atherogenesis risk factors such as C-reactive protein (CRP), free cholesterol (CHOL), and low density lipoprotein (LDL) increase CCR2 levels and promote atherogenesis by enhancing monocyte chemoraxis. Simvastatin reduces CCR2 expression. Estrogen (ES) and ibuprofen reduce MCP-1 expression. In animal models, effects of celecoxib on MCP-1 expression depend upon treatment duration; short-term treatment inhibits MCP-1 expression, whereas long-term treatment significantly increases MCP-1 mRNA levels, possibly caused by reduced synthesis of PGE₂, a potent suppressor of MCP-1 synthesis. Polymorphism of the CCR2 gene may also influence the rate of atherogenesis. For further details see text.

early stages *whereas during later stages COX-2* inhibition may have less impact on the disease [167]. For example, rofecoxib and indomethacin administered for 6 wk to LDL-receptor deficient *mice (LDLR null mice)* fed a Western diet significantly reduced atherosclerotic lesion formation in the proximal aorta [168]. Transplant-ation of COX-2−/− and COX-2+/+ fetal liver cells into *LDLR null mice* that were fed a Western diet for 8 wk showed that macrophage COX-2 expression plays an important role in the initial steps of atherogenesis by enhancing mono-cyte attachment and mural entry. Reconstituting LDLR null mice with macrophages lacking the COX-2 gene

significantly reduced lesion areas compared to such mice with COX-2-expressing macrophages [167].

Different durations of celecoxib inhibition of COX-2 result in divergent experimental findings. For example, atherogenesis studies using 2 animal models, rabbits and apoE−/−-mice, suggest that the effect on MCP-1 expression and mural entry of monocytes depends upon the duration of celecoxib treatment. In the rabbit, short-term (21 day) cele-coxib treatment significantly decreased MCP-1 expression, macrophages infiltration, and intimal hyperplasia associated with balloon injury and also reduced post-injury neo-intimal proliferation after stent placement [19]. In contrast, in older (26 wk)

apoE-/- mice with established atherosclerotic lesions, 15 wk of celecoxib treatment markedly increased MCP-1 mRNA levels, but did not affect serum cholesterol level, atheroma size, or atheroma composition, compared to non-treated mice. The MCP-1 increase may have been mediated by reduced synthesis of PGE$_2$, a potent suppressor of MCP-1 synthesis [149]. Whereas these experimental observations involve 2 different animal models, they may help to explain why some long-term clinical studies of selective COX-2 inhibition have revealed an increased risk of cardiovascular complications that was not evident after initial short-term trials. They call attention to the need for further studies using the same *animal species in* order to compare the effects of short-term and long-term treatment.

By comparison, another study, using rabbits that were fed a cholesterol-rich diet, showed that supplementation with ibuprofen for 2 mo lowered MCP-1 expression, but did not alter the extent of atherosclerosis in aortas compared to rabbits not *supplemented with ibuprofen* [169]. Regrettably, no comparison was conducted of long-term versus short-term ibuprofen treatment. Also, aspirin and evening primrose oil inhibit, but advanced glycation end products and TNF-α stimulate, endothelial cell MCP-1 expression in vitro [170-172].

In 2 standard murine models of acute inflammation, the carrageenan-induced pleurisy and the paw edema models, rofecoxib and celecoxib reduced PGE$_2$ expression, pleural exudation, and paw edema, but less than dexamethasone or indomethacin, but surprisingly, had little effect on inflammatory cell influx, suggesting that in these models coxibs have only incomplete anti-inflammatory properties [173]. By contrast, in acute myocardial infarction induced by coronary ligation in rats, NS-398 [174] significantly reduced inflammatory influx into the myocardium [175].

*Infectious agents.* Coxib inhibition may be beneficial in patients with arthrosclerosis who are infected with *Chlamydia pneumoniae.* This intracellular pathogen has been detected in atherosclerotic lesions and monocytes in up to a quarter of patients with atherosclerosis. *Chlamydia* induces expression of monocyte COX-2, PGE$_2$ synthase,

and mRNA of the proteolytic enzyme matrix metalloproteinase (MMP)-1. NS-398 blocks the increase in PGE$_2$ synthesis and matrix induction [176]. Studies show that polymorphism of the MMP1 gene significantly affects lesion development (see below).

A study of >5,000 subjects showed that gingivitis is an independent risk factor for atherosclerotic cardiovascular disease [177]. Systemic treatment with ibuprofen or flurbiprofen reduces *gingivitis* [178]. *Daily use of dental floss reduces* bacterial gum infection [179]. However, whereas an association between gingivites and atherosclerosis has been found, there is at present no evidence that dental flossing prevents or retards the development of atherosclerosis.

Serum levels of IL-1β and TNF-α are elevated in patients with periodontitis caused by agents such as *Porphyromonas gingivalis* [180]. Also, examination of gingival plaques shows a close relationship between bacterial DNA and carotid sub-clinical atherosclerosis, which is independent of serum CRP levels [181]. Moreover, structures consistent with nanobacteria have been detected in calcified atherosclerotic plaques [182].

Studies of atherosclerotic plaques removed during endarterectomy suggest that thrombosis and plaque hemorrhage may contribute to lesion calcification [183]. Some studies show that eicosanoids contribute to the development of calcifications, but the exact pathophysiology remains debatable. As examples, IL-1β induces PLA$_2$, COX-2, and PGES, and marked increases in PGE$_2$ levels in the *mineralizing phase of cultured osteoblasts* [184]. In rats, ibuprofen inhibits new bone formation and calcification of bone [185]. On the other hand, indomethacin increases alkaline phosphatase activity and mineralization in an osteoblastic cell line [186]. An effect of NSAIDs on atherosclerotic calcification has not been established.

Cytomegalovirus (CMV) has been detected in atherosclerotic lesions and may promote atherogenesis by inducing inflammation. Infection of cultured coronary artery smooth muscle cells with CMV causes generation of ROS, which induces COX-2 via NF-κB and promotes expression of inflammatory response genes such as the CRP gene and COX-2 gene (prostaglandin-endoperoxidase

synthase 2, PTGS2). NSAIDs such as aspirin and indomethacin, as well as ROS scavengers inhibit CMV-induced NF-κB activation [187].

*Statins.* Many elderly patients who use NSAIDs also are treated with statins, which inhibit hydroxyl-methylglutaryl-coenzyme A (HMG-CoA) reductase. Statins lower cholesterol, CRP and oxLDL levels. They improve coronary endothelial function, induce vasodilation, lessen rates of coronary events, and reduce cardiovascular mortality [39,188,189].

On the other hand, because statins inhibit HMG-CoA reductase and block the mevalonate pathway of cholesterol synthesis, they simultaneously limit the endogenous synthesis of $CoQ_{10}$, which shares part of the same pathway for synthesis of its long side chain [190] (Fig. 4). $CoQ_{10}$ is a potent free radical scavenger. In the blood it is carried in the low-density-lipoprotein (LDL) fraction and protects LDL against oxidation. Moreover, $CoQ_{10}$ is an indispensable electron carrier as part of the mitochondrial electron transport chain and for that reason is vital for OXPHOS and ATP generation.

Inhibition of prostacyclin synthesis interferes with valuable cardioprotection by $CoQ_{10}$. A study of aging in rats showed that beneficial effects of $CoQ_{10}$ on arterial relaxation are largely mediated by prostacyclin [191]. Furthermore, in the isolated guinea-pig heart, the mitochondrial OXPHOS inhibitor 2,4-dinitrophenol depresses contractile function, which is restored by $CoQ_{10}$ or prostacyclin. Pretreatment with indomethacin (which inhibits both COX-1 and COX-2) or with 15-*HPAA, which inhibits prostacyclin synthase, abolishes $CoQ_{10}$ restorative action but not that of prostacyclin [192]. $CoQ_{10}$ enhances prostacyclin synthesis, probably by reducing mitochondrial ROS generation and scavenging free radicals that may otherwise inactivate prostacyclin synthase (see below).

## Molecular Pathology

Genotyping may help identify patients at high risk of developing myocardial infarction and stroke, and reduce rates of cardiovascular complications caused by NSAIDs. For example, a polymorphism located in the 5' transcriptional regulatory promoter region

of the COX-2 gene, PTGS2, (region 1q24.2-1q24.3) may be cardioprotective because it lowers promoter response. In a British study, >25% of healthy Caucasians carried one -765G>C allele in the promoter (Fig. 3). The study included 173 patients who underwent first-time coronary bypass surgery and developed significant post-operative acute phase reactions with increased COX-2 activity. Plasma levels of C-reactive protein and of IL-6 rose, the latter in response to rising $PGE_2$ levels. Patients carrying one or more -765C alleles had significantly lower post-operative plasma CRP levels than individuals with two -765G alleles, indicating that presence of one or more C alleles within the promoter renders it less responsive to inflammatory stimuli compared to promoters having two G alleles [193].

An Italian study supports this interpretation. It found that -765G>C was associated with decreased risk of myocardial infarction and stroke, and with superior prospects of healthy aging. The study included an analysis of internal carotid endarterectomy samples from 864 patients who had had first-event myocardial infarction or stroke, and 864 controls (high-risk patients; no history of MI or stroke). *Immunohistochemical staining for COX-2 and MMP-9 in plaques was strongly positive in -765GG patients, intermediate in patients with the -765GC genotype, and minimal in the -765CC genotype. Cultured macrophages exposed to LPS, oxLDL, or angiotensin II expressed high, medium, and low COX-2 levels in -765GG, -765GC, and -765CC phenotypes respectively. Presence of the -765C allele was associated with significantly lower serum CRP levels.* Conspicuously, the reduced cardiovascular risk was not associated with changes in prostacyclin synthesis or altered in vivo vasodilation [194].

Taken together, these findings suggest that genotyping of alleles at -765 of the COX-2 promoter may predict patient responses to NSAID treatment. Further clinical studies are needed to verify that such genotyping can help to reduce cardiovascular complications associated with selective inhibition of COX-2.

Serum concentration of active transforming growth factor (TGF)-β1 is markedly depressed in patients with advanced atherosclerosis compared to

subjects with normal coronary arteries, suggesting that TGF-β1 plays a role in atherogenesis [195]. TGF-β1 can induce COX-2 and IL-8 via NF-κB activation [196] but can also directly induce COX-2 transcription (see below). In coronary endarterectomy atherosclerotic plaque samples TGF-β1 expression is higher in stable than in unstable lesions and correlates negatively with plaque expression of MMP-9. High expression of this metallo-proteinase is associated with lesion progression [197]. On the other hand, TGF-β up-regulates expression of MMP-1 [198], which slows down atherogenesis by degrading type III and type I collagen. The latter stimulates differentiation of monocytes into lipid-laden foam cells [198]. Inhibition of TGF-β signaling by employing TGF-β antisense-oligonucleotides reduces MMP-I expression, corroborating that TGF-β induces MMP-1 expression [199].

MMP-1 is expressed in atherosclerotic lesions but lacking in normal blood vessels. Transgenic mice expressing MMP-1 develop less advanced atherosclerotic lesion with reduced collagen content, which deters lesion progression. Moreover, recent studies of 471 human subjects indicate that single nucleotide polymorphism located at -1607bp of the MMP1 promoter affects expression of the gene [200]. Subjects homozygous for a transcriptionally more active 2G allele had less atherosclerosis than patients homozygous for the 1G allele [201].

Aspirin, which inhibits iNOS, IL-4, and NF-kB [202], also induces TGF-β, which stops cells in G0 of the cell cycle and may help restrain atherosclerotic plaque growth [203]. Lowering TGF-β signaling using anti-TGF-β antibody treatment in apoE-/- mice accelerates development of atherosclerotic lesions. Lesions show increased infiltration by T-lymphocytes and many macrophages [204]. Moreover, abrogating TGF-β signaling via its TGF-β type II receptors in apoE-/- mice causes massive increase in plaque size [205].

The COX-2 gene promoter contains a TGF-β responsive element. Thus TGF-β can induce COX-2 expression [206] and stimulate endocardial endothelial cells (EECs) to synthesize prostacyclin, which may be important in preventing intracardiac thrombus formation and coronary artery thrombosis. In cultured porcine EECs, TGF-β1 rapidly induces prostacyclin synthesis, as evidenced by a rise in release of 6-keto-PGF$_{1\alpha}$, a stable prostacyclin metabolite. Exposure of platelets for 2 min to cultured EECs or coronary endothelial cells inhibits platelet aggregation induced by thrombin. Pretreatment with indomethacin, but not with a nitric oxide inhibitor, N omega-nitro-L-arginine methyl ester (L-NAME), restores platelet aggregation, which shows that prostacyclin and not nitric oxide is involved in the inhibition of platelet aggregation [207].

The rates of degradation of NSAIDs may modulate their effects. For example, cytochrome P450 2C (CYP2C8) polymorphism can reduce ibuprofen clearance [208]. CYP2C8 is involved in metabolism of cerivastatin and several other drugs [209]. The leukotriene receptor antagonist, montelukast, is a strong, selective inhibitor of CYP2C8, but other therapeutic drugs such as lovastatin, simvastatin, and levothyroxine also inhibit CYP2C8, but to a lesser degree [210]. No report is presently available on the effect of CYP2C8 polymorphism on the metabolism of coxibs.

Several NSAIDs are metabolized by CYP2C9 and drugs that modify CYP2C9 expression may affect their blood and tissue levels [211]. As examples, CYP2C9 is involved in the degradation of ibuprofen, diclofenac, naproxen, and celecoxib. A polymorphism that occurs in ~0.5% of Caucasians significantly lowers celecoxib disposition: homozygous carriers of the CYP2C9*3 phenotype (particularly elderly patients), may be prone to accumulate coxib, leading to adverse effects [212].

*Thromboxane signaling.* Platelets lack nuclear genes; consequently levels of enzymes in platelets are determined by expression of genes of the megakaryocytes that formed the platelets. The gene for thromboxane synthase, TBXAS1, is located on chromosome region 7q34 (Fig. 2). Its expression controls platelet conversion of PGH2 to thromboxane. Dexamethasone (DEX) increases TXA2 mRNA and protein levels, lipopolysaccharide (LPS) much less so [213,214]. Several polymorphisms of the gene have been identified, but their effects on enzyme activity need clarification [215].

Thromboxane exerts its effects on platelets, endothelial cells, and vascular SMCs via binding to G-protein-coupled thromboxane-prostanoid (TP)

# Plaintiffs' Response re FOSSLIEN

# Footnote 5B of 28

receptors, which are coded for by the TBXA2R gene located (OMIM # 188070) on chromosome region 19p13.3. A gene polymorphism T924C is associated with bronchial constriction and severity of asthma [216]. There are no data available on its effect, if any, on arteries and cardiovascular risk, but as the bronchial constriction involves smooth muscle cell contraction, further studies would be of interest to clarify this question. Deleting TBXA2R in apoE null mice significantly hinders atherogenesis compared to apoE null mice that express thromboxane receptors [4], [151].

An alternative to use of NSAIDs to reduce thromboxane synthesis is to inhibit downstream signaling, by inhibiting thromboxane synthase, or the TP receptor, or both. Thus, inhibition of TP receptors with the receptor antagonist S18886 (3-6-(4-chlorophenylsulfonylamido)-2-methyl-5,6,7,8 tetrahydronaphtyl-propanoic acid, Na salt) slows atherosclerotic lesion formation in apoE-/- mice. Interestingly, it has no effect on established lesions, but significantly reduces early atherogenesis. In pigs, S18886 displays potent, dose-dependent anti-aggregant effects at both low and high shear stress conditions [217,218]. Another compound, BM-613 (N-n-pentyl-N'-[2-(4'-methyl-phenylamino)-5-nitrobenzenesulfonyl]urea) inhibits thromboxane synthase and is also a TP-receptor antagonist: It inhibits human platelet aggregation in vitro and reduces thrombus size in the rat [219].

Chromosome region 19p13.3, in addition to containing the thromboxane receptor gene, contains a cluster of genes associated with increased risk of atherosclerosis, such as the atherosclerosis susceptibility gene (ATHS), which is associated with a significant risk of myocardial infarction, adhesion molecule genes (ICAM1 and ICAM3), and several mitochondrial genes such as translocases of inner mitochondrial membrane (TIMM 13 and TIMM 44), and nearby ATP5J (OMIM), which codes for a subunit of the $F_0$ moiety of mitochondrial ATPase. (See below for a discussion of the important role of mitochondria in atherogenesis.)

*Prostacyclin signaling.* As noted above, both COX-1 and COX-2 can contribute to prostacylin synthesis by endothelial cellls (EC, Fig. 3). In the chain of synthetic steps for prostacyclin, prostacyclin synthase is located downstream of COX-1 and COX-2. The latter is therefore rate-limiting for shear-stress-induced prostacyclin synthesis, which is induced via COX-2. Selective inhibition of COX-2, which reduces substrate availability for prostacyclin synthesis by endothelial cells, can therefore reduce the atheroprotective effect of $PGI_2$-induced vascular dilatation (Fig. 3).

PTGIS (CYP8A1, OMIM), the gene for prostacyclin synthase, is located on chromosome region 20q13.11-q13.13. Its promoter contains several transcription factor recognition sites such as a shear-stress responsive element, NF-κB, Sp-1, AP-2, and glucocorticoid response elements [220]. Studies employing cultured human myometrial cells indicated that cyclic mechanical stretch can significantly augment PTGIS expression via an AP-1 promoter binding site [221]. Thus, mechanical stress can apparently augment both COX-2 [117] and PGIS expression. It follows that vascular shear stress associated with vessel contraction may up-regulate both genes and increase prostacyclin release, which would tend to induce vascular dilatation, reduce shear stress, lower blood pressure, and lessen atherogenesis.

Prostacyclin relaxes vascular smooth muscle cells (SMC) via binding to their $PGI_2$ receptors (inducible protein, IP), coded by the PTGIR gene of chromosome region 19q13.3. SMC relaxation dilates vessels and lowers blood pressure. Targeted deletion (intron 9) of the prostacyclin synthase gene that produces a truncated protein has been associated with essential hypertension [222]. Mice with genetic disruption of PGIS developed mural thickening of the aorta and of renal arteries, with arteriosclerosis, renal cysts, and progressive renal fibrosis. Moreover, blood pressure and thromboxane synthesis increased with age [223]. Signal transmission via the IP receptor required receptor isoprenylation, which is inhibited by statin therapy. This finding may raise concerns about long-term statin use [224].

Disruption of the prostacyclin receptor gene in mice significantly accelerated arterial thrombus formation in response to local injury, compared to wild mice [225]. Moreover, experiments using apoE-/- mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase

inhibition can promote atherogenesis; complete deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one allele is athero-protective [226].

Reducing $PGI_2$ synthesis by combined inhibition of COX-2 and COX-1 increases the rate of atherogenesis. By comparison, a murine model suggests that even a modest amount of $PGI_2$ may be atheroprotective. Remarkably, in mice, selective COX-2 inhibition alone fails to accelerate atherogenesis, even if prostacyclin levels are significantly reduced. Reducing prostacyclin synthesis in mice by up to 60% by inhibition of COX-2 failed to generate atherosclerosis [226]. These findings support the notion that EC COX-1-induced prosta-cyclin synthesis in mice may be sufficient to inhibit atherogenesis, even if COX-2 is inhibited. However, as noted above, thromboxane synthsis tends to increase with age. Thus, such lowered prostacyclin synthesis may become insufficient to counteract the pro-thrombotic atherogenic effects of thromb-oxane.

Evidence that C-reactive protein can contribute to atherogenesis by reducing prostacyclin synthesis was obtained by supplementing cultured human aortic endothelial cells with CRP, which decreased prostacyclin release by the cells. CRP induced superoxide and nitric oxide production, which increased nitration of prostacyclin synthase (PGIS) and inactivated the enzyme, but did not alter PGIS mass [227]. Conversely, in HUVECs, $\alpha$-high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [228].

Interestingly, prostacyclin expression may also protect against neoplasia. In mice with lung-specific PTGIS over-expression, after exposure to main-stream cigarette smoke, the lung tumor incidence and multiplicity were significantly reduced, compared to wild-type littermates similarly exposed. PTGIS overexpression enhanced $PGI_2$ levels and reduced $PGE_2$ levels. Expression of CYP2E1 (ethanol-inducible P450) in type II pneumocytes was significantly reduced [229]. CYP2E1 catalyzes N-nitrosoamines and other procarcinogens [230]. Polymorphism of CYP2E1 has been associated with increased risks of cancers of the esophagus and gastric cardia in smokers [230,231].

Prostacyclin may be an important regulator of renin release, acting directly on juxtaglomerular (JG) cells to stimulate secretion. In a mouse hypertension model, administration of SC-58125, a COX-2 selective inhibitor, or deletion of IP (IP-null mouse), significantly reduced JG cell renin mRNA levels and the IP-deficiency suppressed renovascular hypertension. Surprisingly, SC-58125 did not lower blood pressure in this model, and it is unclear why. The effect of prostacyclin signaling on renin secretion in humans is unclear and needs further study [232].

Even after inhibition of cyclooxygenase and nitric oxide synthesis, significant vasodilator effects remain that are provided by metabolites of arachidonic acid derived via cytochrome P450 2C (CYP2C8) located at chromosome region 10q24 [233]. The cP450 pathway generates regional synthesis of hydroxyl-eicosatetraenoic acids (HETEs), epoxides, and epoxyeicosatrienoic acids (EETs). The latter has been identified as an endo-thelium-derived hyperpolarizing factor (EDHF) that is a potent vasodilator of coronary arteries [106]. In response to bradykinin, a vasodilator, porcine and bovine coronary endothelial cells release EDHF, which diffuses and relaxes mural smooth muscle cells by activating their calcium-dependent potassium channels [234,235].

## Neoplasia

*Chemotherapy.* COX-2 is over-expressed in a variety of pre-malignant lesions and malignant tumors [236]. Importantly, experimental over-expression of COX-2 alone can transform cells. Tumor-induced COX-2 expression promotes angio-genesis, stimulates tumor cell invasion, diminishes apop-tosis, and suppresses anti-tumor immunity.

Many in vitro and in vivo studies show that inhibition of COX-2 can inhibit cancer cell growth and metastases. For example, in vitro, celecoxib inhibits growth of cultured lymphoma cells via a Bcl-2-independent pathway [237]. Celecoxib, but not rofecoxib, inhibits growth of cultured cholangiocarcinoma cells by inactivating Akt and translocating Bax to mitochondria [238]. Further-more, celecoxib (but not rofecoxib) induces apop-tosis in a line of transformed cells derived from normal rat intestinal cells [239].

COX-2 inhibition with NS-398 reduces growth of cultured human endometrial cancer cells. In this type of tumor, mutated phosphatase tensin homolog (PTEN), a *tumor suppressor and negative* regulator of Akt/protein kinase B (Akt/PKB), fails to suppress Akt, an inducer of COX-2 expression. Akt phosphorylation levels increase, causing elevation of COX-2 expression via NF-κB, and increases of tumor $PGE_2$ levels. Blocking COX-2 catalytic activity induces cancer cell apoptosis [240].

In vivo, etodolac, a highly selective COX-2 inhibitor, reduces cancer-induced neo-vascularization [241]. The selective COX-2 inhibitor JTE-522 restrains metastatic spread to the lung in a rat model of colorectal cancer [242]. Topical treatment with celecoxib suppresses ultra-violet (UV)-induced inflammation of the skin and restrains skin cancer growth in mice [243,244]. Also, celecoxib induces apoptosis and *reduces cell proliferation and tumor* burden in a murine mammary tumor model [245]. Clinical studies that employ celecoxib to treat breast cancer are presently ongoing [246]. Clinical trials are also being conducted to investigate the efficacy of selective COX-2 inhibitors for the treatment of lung cancer [247].

On the other hand, NSAIDs may inhibit neoplastic growth via COX-2-independent pathways. Various NSAIDs may differ in the ways they inhibit cancer cell growth. For example, indomethacin and aspirin caused cellular release of cytochrome c and apoptosis and inhibited growth of several cultured endometrial cancer cell lines. Both NSAIDs increased COX-2 expression and $PGE_2$ *synthesis. By comparison,* NS-398 failed to alter COX-2 expression or $PGE_2$ synthesis and induced weak apoptosis in only one cell line. Nevertheless, all 3 NSAIDs exhibited similar antiproliferative effects [248]. Sulindac inhibits COX-2 enzymatic activity, stimulates COX-2 mRNA expression, and markedly reduces $cPLA_2$ transcription. It has been suggested that the anti-cancer effect of sulindac may be due to reduction in $cPLA_2$ synthesis [249]. Steps distal to cyclooxygenase may also be interesting targets for cancer chemotherapy and chemoprevention.

*Chemoprevention.* Chronic inflammation is a risk factor for neoplasia. There is therefore great interest in identifying NSAIDs that may be suitable for chemoprevention to lower cancer risk. By reducing inflammation and sparing the gastrointestinal system, *selective COX-2 inhibitors are potentially* significant anticancer drugs. For instance, colonic polyposis is a risk factor for colon cancer. Celecoxib treatment attenuates polyposis in patients with Peutz-Jegher syndrome (PJS) and in mouse models of the disease [250].

However, chemoprevention trials show that patients differ significantly in their response to therapeutic COX-2 inhibition, leading to searches for laboratory methods to discriminate between responders and non-responders to enhance the benefit-to-risk ratio. In one clinical cancer prevention trial, proteomic profiling using surface-enhanced laser desorption/ionization time-of-flight mass spectroscopy (SELDI-TOF MS) analysis was *successful in identifying familial adenomatous* polyposis (FAP) patients who were celecoxib responders [251]. Furthermore, analyses of colonic biopsies revealed that reduced Ki-67 levels and an increased rate of apoptosis in the superficial colonic mucosa, compared to the deeper layers, correlates with reduced polyp counts in polyposis patients treated with celecoxib [252].

Statins, which reduce cholesterol synthesis, have also been studied for cancer chemoprevention potential in combination with selective COX-2 inhibition. For example, *treatment of HT-29 cells,* derived from a human colonic carcinoma, with a combination of a celecoxib and levostatin synergistically enhanced cell apoptosis [253]. Thus, in spite of cardiovascular problems in the APC study, the search continues for NSAIDs that may reduce cancer risk while exhibiting a reasonable, low level of adverse side effects.

## Theories and Speculations

The many divergent effects of eicosanoids may appear confusing. Some of the different effects of eicosanoids may be due to bimodal responses to different eicosanoid concentrations that are altered by NSAID treatment. Such bimodal responses resemble those that can be induced by, for example, TGF-β, which stimulates and inhibits cell proliferation at low and high concentrations respectively

[254-256]. *Such bimodal morphogens are essential for formation of tissue structures in embryology.*

In vitro, TGF-β organizes endothelial cells into tubular structures, verifying its ability to control radius of curvature and morphogenesis. Further-more, it has been proposed that gradients of bimodal morphogens are involved in tissue remodeling and that aberration in their expression or the shape of their gradients may play an essential role in tissue remodeling during atherogenesis and in tumor development. Close to the source of morphogen, where concentration is high, growth is inhibited; further away, at low concentration, growth is stimulated, and in between is a neutral zone, where growth is unaffected by the morphogen. Thus a curved shape is formed, the radius of which *is determined by the morphogen source concentration and the shape of the gradient* [257]. Interaction of more than one gradient of bimodal morphogens could conceivably produce complex structures. Also important for basic and clinical research, *determination of concentration gradients of bimodal morphogen may perhaps enhance* proteomic analysis of tumor tissue samples [258].

As noted above, TGF-β can regulate expression of COX-2. It is therefore interesting that, in vitro, some prostaglandins can mimic the effects of bimodal morphogens such as TGF-β. As examples, $PGE_1$ exhibits bimodal properties; it relaxes human corpus cavernosum tissue and smooth muscle cells up to a certain threshold level, beyond which relaxation is replaced by contraction [259]. Further-more, in vitro cyclopentenone prostaglandins $J_2$ and 15-deoxy-$\Delta^{12,14}$-$J_2$ (15d-$PGJ_2$) exhibit effects typical of bimodal morphogens. In cultured rat basophilic leukemia cells they induce proliferation at low, and inhibit proliferation at high, concentrations; 15d-$PGJ_2$ stimulates proliferation at concentrations up to ~3-4 μM, but progressively inhibits proliferation at higher concentrations, forming a neutral zone of no effect on proliferation at a concentration of about 4 μM. At a concentration of 30 μM, *apoptosis develops, which is mainly* caused by mitochondrial effects rather than peroxisome proliferator-activated receptor gamma (PPAR-γ) signaling [260].

An exciting finding is that mitochondrial NADH-ubiquinone reductase, complex I of the

electron transport chain, is an important target for 15d-$PGJ_2$, which inhibits the enzyme and significantly increases its rate of ROS formation (Fig. 4) [261]. This may be the first experimental evidence of direct prostaglandin regulation of OXPHOS. It *points to regulation of mitochondrial energy* metabolism as a possible link by which prosta-glandins may affect morphogenesis, tissue remodel-ing, benign neoplasia, and carcinogenesis, and suggests that mitochondria may play a central role in regulating the radius of curvature and architecture of curved structures in biology

Other recent findings corroborate involvement of mitochondrial energy metabolism in neoplasia. For example, mutations in SDHB, SDHC, SDHD, nuclear genes coding for subunits of succinate dehydrogenase (SDH, Complex II) of the mito-chondrial electron transfer chain are associated with paraganglioma and pheochromocytoma [262]. As succinate dehydrogenase links the Krebs cycle to the mitochondrial electron transfer chain, it reinforces the notion that regulation of mito-chondrial energy generation may represent a common mode of controlling radius of curvature during development, post-natal remodeling, and, when disrupted, disease and neoplasia formation. *Gradients of morphogens that regulate mito-chondrial energy output and thereby growth could* determine the morphogenesis of curved structures.

Several observations verify that eicosanoid metabolites are involved in development and remodeling. As examples, COX-1 regulates endo-thelial cells in vitro tubulogenesis [263]. Prosta-cyclin plays a vital role in embryogenesis; it is synthesized in the inner part of the blastocyst and is essential for normal embryogenesis [264]. Prosta-glandins play a role in the perinatal closure of the ductus arteriosus (DA), and indomethacin and ibuprofen are efficacious in treating preterm infants with patent DA [265].

Proper arachidonic acid metabolism is vital to embryonic events that involve cellular movements and fusion and interference with eicosanoid metab-olism can cause malformations. A study of the teratogenic potential of 5 common NSAIDs showed that sulindac was the most and indometacin the least teratogenic drug [266]. As noted above, *sulindac inhibits cPLA₂ and hence inhibits*

eicosanoid synthesis by both COX-1 and COX-2. This may explain why sulindac was the most teratogenic NSAID.

Common NSAIDs can prevent mouse palatal fusion. Both indomethacin and glucocorticoids inhibit palate fusion in mice palate explants. Adding PGE$_2$ to the media restores normal fusion. In rats, arachidonic acid prevents cleft palate formation and defects in neural tube development [267]. Death of apposing medial palate shelf edge epithelium and fusion is inhibited in mice by injection of glucocorticoids, which restrain COX-2 transcription. Administration of arachidonic acid, the substrate for COX-2 that stimulates COX-2 prostaglandin synthesis, rescues fusion. During normal palate fusion of apposing shelves, the epithelium dies at the point of fusion. Remarkably, the epithelium dies *even if fusion fails [268]. As* noted above, at highest concentrations 15d-PGJ$_2$ induces apoptosis. By analogy, loss of the epithelium in spite of lack of fusion is perhaps due to summation of morphogen concentration by morphogen release by opposing shelves. Normally, such high concentrations of bimodal morphogens would induce apoptosis of epithelium of the apposing shelves, which, when apposing shelves normally touch, *results in shelf fusion.*

Morphostats are morphogens that may serve to protect tissue architecture once established, and alteration in morphostat expression may alter tissue architecture [269]. Atherogenesis involves arterial remodeling. A speculative interpretation about NSAID effects on morphogen expression may explain why rabbits fed an atherogenic diet supplemented with cholic acid, a pro-inflammatory agent, *with long-term aspirin supplementation, exhibited* markedly intensified atherosclerosis compared to rabbits fed the same diet but not treated with aspirin [270]. As theories and evidence point to eicosanoid involvement in regulation of curvature of tubular structures, it follows that long-term alteration in eicosanoid metabolism caused by NSAID treatment could possibly have caused remodeling of the vessel wall, at least in part *independently of its effect on lipid metabolism.*

It is possible that during long-term inhibition of cyclooxygenase there may be a potential for complications caused by alterations in the radius of curvature of cystic, tubular, and glandular structures. Long-term inhibition may alter the diameter of blood vessels and alter cystic and glandular sizes as observed in many type of neoplasia. On the other hand, NSAIDs treatment may conceivably reverse neoplastic morphogenesis by modifying the synthesis of eicosanoids that affect mitochondrial OXPHOS. This may be one *of the avenues by which aspirin, which inhibits the* Krebs cycle, can exhibit anticancer properties. Other NSAIDs may possibly restore the architecture of neoplastic tissues by inhibiting overexpression of bimodal morphogen signalling that is associated with alterations in eicosanoid synthesis.

Combined, these findings, theories, and speculations support the notion that cyclooxygenase and eicosanoids can play important roles in *morphogenesis of curved structures, the formation* of cystic structures and tubular structures, such as arteries, folds and invaginations, and postnatal tissue remodeling such as observed in atherosclerosis and carcinogenesis. Long-term, continuous inhibition of COX-2, except perhaps for treatment of highly malignant tumors, should be used with caution, and possible benefits of intermittent treatment investigated, as it may permit a reset of natural biofeedback circuits during the off-periods between treatments, possibly permitting short-term beneficial effects of the therapy to dominate.

### Risk Reduction Strategies

The purpose of clinical risk management is to reduce severity of complications during NSAID treatment as well as to lower risks after cessation of NSAID use {271}. This discussion is focused on strategies that primarily target prevention of cardiovascular events during NSAID therapy.

Estimating cardiovascular risk is controversial. Strong opinions have been expressed that short-term studies cannot answer relevant coxib safety issues, and that coxibs treatment, for example for patients with osteoarthritis of the hip, do more harm than good {272}. The findings noted above that in apoE-null-mouse models longer duration of celecoxib treatment reverses its initial beneficial effects [19] may lend credence to such concerns.

Risk analyses and evaluations of therapeutic *achievements are sometimes based on inaccurate* clinical data and may suffer from use of imprecise terminology. Also, prescription practices may affect clinical findings: a recent Canadian study of 9,000 *patients found that, paradoxically, patients at* highest risk for cardiovascular complications were more likely to be treated with COX-2-selective NSAIDs than with traditional NSAIDs [273]. Furthermore, differences in various population groups in the frequency of certain polymorphism such as the -765GG alleles in the COX-2 promoter may lead to bias in large-scale comparison studies. It has been suggested that such factors may in part explain the different rates of cardiovascular disease in the north versus the south of Europe [194].

Proper information about clinical studies is essential to determine and communicate true risks to clinicians and patients. Employment of ghost writers for clinical studies should be strongly discouraged (or at least made clear when a manuscript is published [102]), and use of the rules initiated in 1978 by the Vancouver Group should be encouraged (International Committee of Medical Journal Editors, latest revision 2004; www.icmje.org/).

Risk factors such as CRP, oxLDL, fibrinogen, LP(a), cholesterol, isoprostanes, and asymmetrical dimethylarginine (ADMA) should be considered [274,275]. A meta-analysis that focused on four *risk factors*, blood pressure, platelet function, LDL and cholesterol, and homocysteine levels suggested that significant risk reduction could be achieved, with minimal side effects, using a combination of *aspirin, anti-hypertension drugs, statin, and folic* acid [276]. Homocysteine induces endothelial cell MCP-1, which can enhance monocyte chemotaxis [277]. Curcumin can prevent endothelial damage by homocysteine *to porcine coronary arteries* [278]. Homocysteine levels can be reduced by administration of folic acid and B vitamins. However, clinical studies have failed to show risk reduction through therapeutic lowering of homocysteine levels in patients with coronary artery disease [279].

In an attempt to retard the progression of coronary atherosclerosis, a clinical trial was undertaken using rofecoxib plus aspirin treatment in patients with acute coronary syndrome (ACS). The combined regimen significantly lowered blood levels for CRP; but IL-6 levels were only temporarily reduced. It was hoped that the reduction of CRP levels would lead to retardation of disease *progression* [280]. *Similarly, treatment with a* combination of rofecoxib and atorvastatin rapidly lowered post-operative CRP levels in patients with unstable angina [281]. A double-blind study *involving 35 patients* (with a history of at least one myocardial infarction) treated daily for 6 mo with a combination of enteric-coated aspirin (160 mg) plus rofecoxib (25 mg) resulted in long-lasting reduction in CRP and IL-6. However, endothelial expression of P-selectin (CD62), an adhesion molecule, and MMP-9 were unaffected, indicating unaltered endothelial function [282].

Low-dose (80mg daily) aspirin treatment alone lowers platelet activation and reduces thromboembolic events and atherosclerosis in humans [283]. In a rat model of arterial thrombosis, aspirin inhibited thrombus formation in a dose-dependent manner [284]. A short clinical trial of 9 healthy subjects showed that the antiplatelet effect of naproxen (500 mg, twice daily) is similar to aspirin (100 mg, daily). Both aspirin and naproxen reduced urinary 11-dehydro-TXB$_2$, an indicator of in vivo systemic biosynthesis of TXA$_2$. Naproxen, but not aspirin, also significantly reduced systemic prostacyclin biosynthesis [40]. On the other hand, as noted above, another study showed that naproxen significantly increases cardiovascular risk in patients administered naproxen, compared to patients treated with celecoxib [81,82]. Adding low-dose aspirin to anti-inflammatory treatments that employ selective COX-2 inhibitors should be seriously considered [285], as some even propose that treatment using selective COX-2 inhibitors *without aspirin supplementation should be avoided* [43].

Older patients are at higher risk when using NSAIDs [286]. For example, cardiovascular risk is *higher in older compared with younger patients* treated with rofecoxib [287]. Gastrointestinal risk must be evaluated before administration of aspirin, even low-dose aspirin. Primary or secondary cardioprotection and gastric protection, by administering proton pump inhibitors, or misoprostol,

should be given serious consideration [288]. Also, aspirin inhibits in vitro and in vivo wound healing in experimental models [289,290]. Consideration should also be given to possible drug interactions between aspirin and other NSAIDs. For example, in a rat model of arterial thrombosis, aspirin treatment resulted in a dose-dependent reduction in thrombus weight. However, rofecoxib, celecoxib, and ibuprofen inhibited the antithrombotic effect of aspirin, but not the antithrombotic effects of diclofenac or flurbiprofen [284].

Intermittent hypoxia, such as may occur during sleep apnea, increases COX-2 expression [291] and may alter a patient's response to COX-2 inhibition. However, the effect of use of coxibs in patients afflicted by sleep apnea is unknown at present.

*Newer NSAIDs.* Nitric-oxide-aspirin (NO-aspirin, NCX-4016) has shown cardioprotective effects in animal models [292]. It consists of an acetylsalicylic acid group, and joined by an ester linkage a substituted benzene spacer, and a NO releasing group. In vivo, esterases separate the latter from the former and nitric oxide is slowly released from the liberated NO releasing group [293]. Nitric oxide induces vasodilation, and inhibits platelet aggregation and inflammation [294]. In a crossover study involving 48 healthy subjects, NCX-4016 prevented monocyte activation and matched the inhibition of cyclooxygenase by aspirin without the gastric side effects of aspirin [295]. On the other hand, it has been suggested that gastric formation of N-nitroso compounds may occur, *with urinary excretion of N-nitrosodimethylamine* (NDMA), a carcinogen. The benefit/risk ratio of long-term use of NO-aspirin is unclear [296].

*Pharmacogenetic screening.* As has been previously discussed, the -765GC and, even more, the -765CC polymorphism of the COX-2 promoter or the presence of a 2G allele in the MMP1 promoter are associated with cardioprotection. Presence of a 6A allele is an independent risk factor for carotid artery stenosis. Also, presence of a second allele, a G allele, tripled the risk [297]. Polymorphism of the CCR2 gene may also influence the rate of atherogenesis [298]. These findings suggest that analyses of such polymorphism may become useful to identify patients who may be genetically at higher risk for myocardial infarction and stroke during treatment with selective COX-2 inhibitors.

Metabolism of NSAIDs may interact with the metabolism of other drugs such as warfarin, resulting in complications, caused, for example, by variant alleles of the common drug metabolizing enzyme cytochrome P450. Use of celecoxib by a patient on warfarin therapy led to bleeding due to reduced cytochrome P450 metabolizing capacity. The patient carried heterozygous CYP2C9*2 and *3 variant alleles [299].

Use of some coxibs has also been associated with reversible blurred or decreased eyesight, visual field defects, temporary blindness [300], and psychiatric problems induced by rofecoxib or celecoxib. It was speculated that patients with genetic variants of cytochrome P450 (CYP) 2C9, involved in drug metabolism, or of P-glycoprotein (P-gp) may be more susceptible to such adverse drug reactions. However, a small pharmacogenetic screening pilot study that examined buccal swab samples from patients for variants of CYP2C9 and P-gp failed to identify patients who are susceptible to vision disturbances [301].

*Diet, life-style, and supplements.* Experiments with rat hearts suggest that the aging myocardium may be more sensitive to stress than young hearts, and that old hearts may benefit from oral $CoQ_{10}$ supplementation. Senescent isolated rat hearts recovered more slowly than hearts from young rats, but pretreatment with $CoQ_{10}$ restored old hearts to young levels [302].

Moderate alcohol consumption increases blood HDL levels and lowers the risk of cardiovascular mortality [303]. Red wine given to rats dilates arteries and lowers blood pressure. Likewise, moderate beer consumption reduces cardiovascular risk [304]. These findings may help to explain the cardioprotective effects of red wine consumption observed in epidemiological studies (ie, the French paradox) [305]. Flavenoids in red wine are strong antioxidants. Moreover, certain compounds from cabernet sauvignon grape skin selectively inhibit COX-2 [306].

Red wine consumption may reduce cardiovascular risk because it contains resveratrol, a stil-

bene found in grapes that has anti-inflammatory, cardioprotective, and anticancer properties. It is an inhibitor of the peroxidase and cyclooxygenase sites of COX-1 and a weak inhibitor of the peroxidase site of COX-2 [307]. Nevertheless, temperance is advised in ethanol consumption, *because ethanol can induce iNOS and COX-2 via NF-κB* [308]. Aspirin can increase blood ethanol levels after alcohol consumption [309], and the rate of major upper gastrointestinal bleeding is increased in heavy drinkers who use aspirin or ibuprofen [310].

Carrageenan is a sea weed product used as an emulsifier in many foods, and, as noted above, it induces inflammation. Importantly, it was recently found that even if injected into the hind paw of rats, it induces COX-2 and $PGE_2$ expression in endothelial cells throughout the murine central nervous vascular system and CSF [311]. If the same occurs in coronary arteries, which seems likely, it might be advisable to limit intake of carrageenan-containing foods to lower the risk of coronary atherosclerosis. *A diet rich in omega-3 PUFA competes with arachidonic acid entry into cellular membranes and may contribute to the synthesis of less inflammatory prostaglandins* [30].

Healthy sleep and regular exercise are advisable. As noted, the pineal sleep hormone, melatonin, is a potent antioxidant. Sleep-disordered breathing elevates [312], but exercise-induced weight loss lowers, serum CRP levels [313]. In apparently healthy subjects, serum CRP levels between 1 and 3 mg/L predict an average risk for subsequent cardiovascular disease; lower levels predicts lower, and higher levels higher, risk [28].

*Natural anti-inflammatory substances.* The supply of arachidonic acid determines the effectiveness of COX-2 inhibition [174]. *Agents that inhibit arachidonic acid synthesis may therefore become important.* As an example, a hydroalcoholic extract of *Trichilia catgua* (catuaba, Mileacea), a natural anti-inflammatory substance, has been employed for various healing purposes. Recently, it was found that catuaba dose-dependently decreases platelet $PLA_2$ activity. It completely inhibits $PLA_2$ at a concentration of 120 mg/L [32]. It may therefore find use in controlling the build-up of arachidonic acid caused by cyclooxygenase inhibition by

NSAIDs. Also, γ-mangostin, derived from *Garcinia mangostana*, a medicinal plant, inhibits in vitro LPS-induced COX-2 expression in rat glioma cells, without affecting their COX-1 expression or viability [314].

*Cardiovascular risk may also be reduced by gingko biloba, but possible complications should be considered when herbal supplements are ingested along with NSAIDs.* For example, ibuprofen use in a patient taking gingko biloba extract led to massive fatal intracerebral bleeding [315]. Furthermore, aloe vera, which has antioxidant and anti-inflammatory properties, harbors compounds that affect eicosanoid synthesis, hamper platelet aggregation, and extend bleeding time [316]. Importantly, because gingko biloba and aloe vera extracts can extend bleeding time, they should be used with caution before surgery [317].

## Conclusions

*Cyclooxygenase activity impacts thrombogenesis,* atherogenesis, and the risks of myocardial infarction and stroke in several ways. Elevated COX-1-dependent thromboxane synthesis enhances platelet aggregation and thrombosis, contracts blood vessels, and induces hypertension. By comparison, the effect of the inducible pro-inflammatory isoform, COX-2, appears to be far more complicated. Its expression can increase leukocyte-endothelial cell interaction and chemotaxis, which accelerate atherogenesis. On the other hand, increased COX-2-dependent synthesis of prostacyclin reduces monocyte chemotaxis, dilates blood vessels, reduces the risk of hypertension, and retards the development of atherosclerosis (Fig. 6).

Most clinical studies show that aspirin lowers *cardiovascular risk by reducing COX-1*-dependent platelet synthesis of thromboxane, thus reducing platelet aggregation and thrombotic risk. However, regular aspirin use can significantly increase the risk of hemorrhage and adverse gastrointestinal effects, particularly in older patients. Coxibs, which selectively inhibit COX-2, are significantly less toxic to the gastrointestinal system. They have analgesic profiles similar to traditional, non-selective NSAIDs such as aspirin and ibuprofen, which inhibit both COX-1 and COX-2. Like these