Case 2:05-md-01657-EEF-DEK   Document 5718-7   Filed 06/27/06   Page 1 of 24



Fig. 6. Summary diagram of evidence based and hypothetical effects of NSAIDs on interaction of eicosanoid and mitochondrial metabolism associated with cardiovascular (CV) risk. Low-dose aspirin (ASA) inhibits platelet (PLT) thromboxane (TXA₂) synthesis and reduces risk. NSAIDs such as coxibs that selectively inhibit COX-2 may have beneficial as well as detrimental effects. Whereas COX-2 is expressed at sites of inflammation, it may serve other functions in different cells and at different times. Inhibition of COX-2 reduces inflammation but also cardioprotection induced by HDL and apoE, which induce COX-2 that enhances prostacyclin (PGI₂) that dilates arteries and opposes prothrombotic effects of TXA₂. Statins (STAT) and C-reactive protein (CRP) inhibit PGI₂ synthesis. Inhibition of cyclooxygenase increases generation of reactive oxygen species (ROS, circles *with dots*), *which uncouples mitochondria by opening membrane pores (reducing membrane potential ΔΨm)*. Arachidonic acid (AA) accumulates. It inhibits electron (e) transport from complex I to coenzyme Q₁₀ (CoQ₁₀, Q₁₀) and from Q₁₀ to complex III; both sites of inhibition increase production of ROS, which generates prostaglandin J₂ (PGJ₂) from AA and inhibits complex I and generates further ROS. STAT inhibits Q₁₀ synthesis; dietary Q₁₀ supplementation is recommended during STAT treatment. Oxidative phosphorylation (OXPHOS, partly illustrated) is powered by electrons from the Krebs cycle, which produces ROS when inhibited by aspirin. Importantly, aging reduces aconitase activity (Krebs cycle), reducing ΔΨm and adenosine triphosphate (ATP) generation, which may in part explain why older patients are more at risk for CV complications during selective inhibition of COX-2. For details see text.

NSAIDs, coxibs do carry similar renal risks due to inhibition of COX-2 constitutively expressed in the kidney. But because of significantly reduced gastrointestinal toxicity, coxibs widely replaced traditional NSAIDs in the treatment of inflammatory joint diseases, such as rheumatoid arthritis, and other painful inflammatory conditions.

However, in several, but not all, clinical studies, use of coxib *has been associated with increased* rates of cardiovascular complications, which also have been observed in a few, but not in most, clinical studies of traditional NSAIDs, such as aspirin and naproxen. The very high selectivity of coxibs may contribute to their increased cardio-

vascular risk. First, lacking affinity for COX-1, most coxibs leave platelet thromboxane synthesis unaltered. Second, coxibs significantly lower COX-2-dependent endothelial synthesis of prostacyclin, a cardioprotective and antithrombotic eicosanoid that relaxes vascular smooth muscle cells, dilates blood vessels, lowers blood pressure, and defends against the formation of atherosclerotic lesions. *Rofecoxib and valdecoxib have now been removed* from the market. Celecoxib, which is less COX-2-selective, is still being marketed, but only with a black-box FDA warning label. A clue to explain the varying cardiovascular risks found in different clinical studies of coxib use may perhaps be

emerging from animal models, in which differing effects of selective inhibition of COX-2 were related to the durations of drug administation.

Current evidence does not completely support the suggestion that cardiovascular complication of coxibs represents a class effect associated with all coxibs. Rather, each COX-2-selective inhibitor may have its own benefit/risk ratio. Some also exhibit properties that are independent of inhibition of COX-2. For example, celecoxib can regulate expression of MCP-I, reducing it during short-term, but increasing it during long-term, treatment. Whether the inconsistent findings emerging from clinical coxib studies are related to similar mechanisms associated with the duration of NSAID treatment is unknown. Until further studies on new and improved COX-2-selective inhibitors are completed, an interim solution may be to use coxibs that are less COX-2-selective and to compensate for the lack of thromboxane synthesis inhibition by adding low-dose aspirin to treatments, and to consider combining COX-2 inhibition with statin therapy., including $Q_{10}$ supplementation  An alternative to coxibs is to use less-selective COX-2 inhibitors such as meloxicam.

It is recommended to evaluate clinical findings and laboratory tests of risk factors such as CRP before prescribing NSAIDs, especially highly selective coxibs.  Special care is prudent in older patients who tend to show higher rates of cardiovascular complications associated with NSAID treatment.  Importantly, recent studies on polymorphism of genes for COX-2, PGIS, CCR2, MMP1, and other genes, suggest that laboratory analyses may become useful to screen for patients who are genetically at higher risk for NSAID-associated myocardial infarction and stroke.

### References

1. Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005;365: 1537.
2. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-959.
3. Kwong MF. Have Cox-2 inhibitors lived up to expectations? Best Pract Res Clin Gastroenterol 2004;18(Suppl): 13-16.
4. Fitzgerald GA. Coxibs and cardiovascular disease. NEJM 2004;351:1709-1711.
5. Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005; 111:249.
6. Siegle I, Klein T, Backman JT, Saal JG, Nusing RM, Fritz P. Expression of cyclooxygenase 1 and cyclooxygenase 2 in human synovial tissue: differential elevation of cyclooxygenase 2 in inflammatory joint diseases. Arthritis Rheum 1998;41:122-129.
7. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.
8. Lems WF, van de Laar MA, Bijlsma JW. Safety of specific cyclo-oxygenase 2 inhibitors. Ned Tijdschr Geneeskd 2001;145:1044-1047.
9. Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004;11:3147-3161.
10. Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999;5:698-701.
11. Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000;37:431-502.
12. Kothapalli D, Fuki I, Ali K, Stewart SA, Zhao L, Yahil R, Kwiatkowski D, Hawthorne EA, FitzGerald GA, Phillips MC, Lund-Katz S, Pure E, Rader DJ, Assoian RK. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004; 113:609-618.
13. Mitchell JA, Larkin S, Williams TJ. Cyclooxygenase-2: regulation and relevance in inflammation. Biochem Pharmacol 1995;50:1535-1542.
14. Yodfat Y. Is there a future for COX-2 inhibitors? Harefuah 2004;143:820-824, 837.
15. Okamoto T, Hino O. Expression of cyclooxygenase-1 and -2 mRNA in rat tissues: tissue-specific difference in the expression of the basal level of mRNA. Int J Mol Med 2000;6:455-457.
16. Lazarus M, Eguchi N, Matsumoto S, Nagata N, Yano T, Killian GJ, Urade Y. Species-specific expression of microsomal prostaglandin E synthase-1 and cyclooxygenases in male monkey reproductive organs. Prostaglandins Leukot Essent Fatty Acids 2004;71:233-240.
17. Garewal H, Ramsey L, Fass R, Hart NK, Payne CM, Bernstein H, Bernstein C. Perils of immunohistochemistry: variability in staining specificity of commercially available COX-2 antibodies on human colon tissue. Dig Dis Sci 2003;48:197-202.
18. Ohori S, Takahashi K, Aoki Y, Doya H, Ozawa T, Saito T, Moriya H. Spinal neural cyclooxygenase-2 mediates pain caused in a rat model of lumbar disk herniation. J Pain 2004;5:385-391.
19. Wang K, Tarakji K, Zhou Z, Zhang M, Forudi F, Zhou X. Koki AT, Smith ME, Keller BT, Topol EJ, Lincoff AM, Penn MS. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J Cardiovascular



Pharmacol 2005;45:61-67.

20. Harris RC, Zhang MZ, Cheng HF. Cyclooxygenase-2 and the renal angiotensin system. Acta Physiol Scan 2004;181:543-547.

21. Brater DC. *Effects on nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition.* Am J Med 1999;107:655-705.

22. Deray G. Renal and cardiovascular effects of non-steroidal anti-inflammatories and selective cox 2 inhibitors. Presse Med 2004;33:483-489.

23. Lamarque D. Safety of selective inhibitors of inducible cyclooxygenase-2 taken for a long period. Bull Cancer 2004;91(Spec):S117-S124.

24. Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 *increase the risk of thromboembolic events?:* Linking pharmacology with pharmacoepidemiology. Drug Saf 2004;27:427-456.

25. Bonaterra GA, Hildebrandt W, Bodens A, Sauer R, Dugi KA, Deigner HP, Droge W, Metz J, Kinscherf R. Increased cyclooxygenase-2 expression in peripheral blood mononuclear cells of smokers and hyperlipidemic subjects. Free Radic Biol Med 2005;38:235-242.

26. Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. Ann Clin Lab Sci 2000;30:3-21.

27. Steffens S, Mach F. *Inflammation and atherosclerosis.* Herz 2004;29:741-748.

28. Jialal I, Devaraj S, Venugopal SK. C-reactive protein: risk marker or mediator in atherothrombosis? Hypertension 2004;44:6-11.

29. Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004.

30. Bagga D, Wang L, Farias-Eisner R, Glaspy JA, Reddy ST. *Differential effects of prostaglandin derived from omega-6 and omega-3 polyunsaturated fatty acids on COX-2 expression and IL-6 secretion.* PNAS USA 2003; 100:1751-1756.

31. Nagano S, Huang X, Moir RD, Payton SM, Tanzi RE, Bush AI. Peroxidase activity of cyclooxygenase-2 (COX-2) cross-links beta-amyloid (Abeta) and generates Abeta-COX-2 hetero-oligomers that are increased in Alzheimer's disease. J Biol Chem 2004;279:14673-14678.

32. Barbosa NR, Fischmann L, Talib LL, Gattaz WF. *Inhibition of platelet phospholipase A₂ activity by catuaba extract suggests antiinflammatory properties.* Phytother Res 2004;18:942-944.

33. Mahmud T, Rafi SS, Scott DL, Wrigglesworth JM, Bjarnason I. Nonsteroidal antiinflammatory drugs and uncoupling of mitochondrial oxidative phosphorylation. Arthritis Rheum 1996;39:1998-2003.

34. Moreno-Sanchez R, Bravo C, Vasquez C, Ayala G, Silveira LH, Martinez-Lavin M. Inhibition and uncoupling of oxidative phosphorylation by nonsteroidal anti-inflammatory drugs: study in mitochondria, submitochondrial particles, cells, and whole heart. Biochem Pharmacol 1999;57:743-752.

35. Fosslien E. Mitochondrial medicine: molecular pathology of defective oxidative phosphorylation. Ann Clin Lab Sci 2001;31:25-67.

36. Holvoet P. Oxidized LDL and coronary heart disease. Acta Cardiol 2004;59:479-484.

37. Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, Tagari P, Therien M, Vickers P, Visco D, Wang Z, Webb J, Wong E, Xu L-J, Young RN, Xamboni R, Riendeau D. Rofecoxib Vioxx, MK-0966:4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999;290:551-560.

38. Talley JJ, Brown DL, Carter JS, Graneto MJ, Koboldt CM, Masferrer JL, Perkins WE, Rogers RS, Shaffer AF, Zhang YY, Zweifel BS, Seibert K. 4-5-Methyl-3-phenylisoxazol-4-yl- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43:775-777.

39. Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004;177:235-243.

40. Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004;109:1468-1471.

41. Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. NEJM 1997;336:973-979. Erratum: 1997;337:356.

42. Akaike M, Azuma H, Kagawa A, Matsumoto K, Hayashi I, Tamura K, Nishiuchi T, Iuchi T, Takamori N, Aihara K, Yoshida T, Kanagawa Y, Matsumoto T. Effect of aspirin treatment on serum concentrations of lipoprotein(a) in patients with atherosclerotic disease. Clin Chem 2002;48:1454-1459.

43. Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004;7:332-336.

44. Moyad MA. Heart healthy equals prostate healthy equals statins: the next cancer chemoprevention trial. Part II. Curr Opin Urol 2005;15:7-12.

45. Gum PA, Kottke-Marchant K, Welsh PA, White J, Topol EJ. A prospective, blinded determination of the natural history of aspirin resistance among stable patients with cardiovascular disease. J Am Coll Cardiol 2003;41: 961-965.

46. Pulcinelli FM, Pignatelli P, Celestini A, Riondino S, Gazzaniga PP, Violi F. Inhibition of platelet aggregation by aspirin progressively decreases in long-term treated patients. J Am Coll Cardiol 2004;43:979-984.

47. Martin-Du Pan RC. Prevention of cardiovascular and degenerative diseases: I. Aspirin, statins, or vitamins?

Rev Med Suisse Romande 2003;123:175-181.

48. Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001;363:233-240.

49. Basu S, Helmersson J. Factors regulating isoprostane formation in vivo. Antioxid Redox Signal 2005:221-235.

50. White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004;11:244-250.

51. Patel TN, Goldberg KC. Use of aspirin and ibuprofen compared with aspirin alone and the risk of myocardial infarction. Arch Intern Med 2004;164:852-856.

52. Anon. Results of the VIGOR study. Rofecoxib halves the complication rate. MMW Fortschr Med 2001;143:35.

53. Edwards JE, McQuay HJ, Moore RA. Efficacy and safety of valdecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. Pain 2004;111:286-296.

54. Cotter J, Wooktorton E. New restrictions on celecoxib (Celebrex) use and the withdrawal of valdecoxib (Bextra). CMAJ 2005;172:1299.

55. Tibble JA, Sigthorsson G, Foster R, Bjarnason I. Comparison of the intestinal toxicity of celecoxib, a selective COX-2 inhibitor, and indomethacin in the experimental rat. Scand J Gastroenterol 2000;35:802-807.

56. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ. Comparison of *upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis*. NEJM 2000;343:1520-1528.

57. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999;65:336-347.

58. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of *cardiovascular thrombotic events* in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-209.

59. Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupacis A. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-486.

60. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 46:591-604.

61. Krum H, Liew D, Aw J, Haas S. Cardiovascular effects

of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004;2:265-270.

62. Gross GJ, Moore J. Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine. Pharmacology 2004;71:135-142.

63. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-10104.

64. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-1115. Erratum: 2002;162:1858.

65. Garner S, Fidan D, Frankish R, Judd M, Towheed T, Wells G, Tugwell P. Rofecoxib for the treatment of rheumatoid arthritis. Cochrane Database Syst Rev 2002; (3):CD003685.

66. SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004;109:e9039-e9040.

67. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-2073.

68. James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004;30:182-184.

69. Garner SE, Fidan DD, Frankish RR, Judd MG, Towheed TE, Wells G, Tugwell P. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

70. Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004;171:1027-1028.

71. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-2029.

72. Oakley G Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004;329:1342.

73. Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004;306:384-385.

74. Couzin J. Clinical trials. Halt of Celebrex study threatens *drug's future, other trials*. Science 2004;306:2170.

75. Dmitriev BA, Knirel YA, Kochetkov NK. Selective cleavage of glycosidic linkages: studies with the O-specific polysaccharide from *Shigella dysenteriae* type 3. Carbohydr Res 1975;40:365-372.

76. FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001;19(Suppl 25):S31-S36.

77. Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens 2002; 20(Suppl):S31-S5.

78. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS. Gastrointestinal toxicity

with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. JAMA 2000;284: 1247-1255.

79. White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003;92:411-418.

80. Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M, for the Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with cel-ecoxib in a clinical trial for colorectal adenoma prevention. NEJM 2005;352:1071-1080.

81. Martin BK, Meinert CL, Breitner JC; ADAPT Research Group. Double placebo design in a prevention trial for Alzheimer's disease. Control Clin Trials 2002;23:93-99.

82. Hampton T. Officials halt NSAID prevention trials. JAMA 2005;293:664-665.

83. Gierse JK, Zhang Y, Hood WF, Walker MC, Trigg JS, Maziasz TJ, Koboldt CM, Muhammad JL, Zweifel BS, Masferrer JL, Isakson PC, Seibert K. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005;312:1206-1212.

84. Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003;17: 489-501.

85. Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. NEJM 2005;352:1081-1091.

86. Di Nunno L, Vitale P, Scilimati A, Tacconelli S, Patrignani P. Novel synthesis of 3,4-diarylisoxazole analogues of valdecoxib: reversal of cyclooxygenase-2 selectivity by sulfonamide group removal. J Med Chem 2004;47:4881-4890.

87. Ogino K, Hatanaka K, Kawamura M, Katori M, Harada Y. Evaluation of pharmacological profile of meloxicam as an anti-inflammatory agent, with particular reference to its relative selectivity for cyclooxygenase-2 over cyclo-oxygenase-1. Pharmacology 1997;55:44-53.

88. Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004;117: 100-106.

89. Ruperto N, Nikishina I, Pachanov ED, Shachbazian Y, Prieur AM, Mouy R, Joos R, Zulian F, Schwarz R, Artamonova V, Emminger W, Bandeira M, Buoncompagni A, Foeldvari I, Falcini F, Baildam E, Kone-Paut I, Alessio M, Gerloni V, Lenhardt A, Martini A, Hanft G, Sigmund R, Simianer S. A randomized, double-blind clinical trial of two doses of meloxicam compared with naproxen in children with juvenile idiopathic arthritis: short- and long-term efficacy and safety results. Arthritis Rheum 2005;52:563-572.

90. Coats TL, Borenstein DG, Nangia NK, Brown MT. Effects of valdecoxib in the treatment of chronic low back pain: results of a randomized, placebo-controlled trial. Clin Ther 2004;26:1249-1260.

91. Jouzeau JY, Daouphars M, Benani A, Netter P. Pharmacology and classification of cyclooxygenase inhibitors. Gastroenterol Clin Biol 2004;28(Spec):C7-C17.

92. Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004;4:617-624.

93. Leclercq P, Malaise MG. Etoricoxib (Arcoxia). Rev Med Liege 2004;59:345-349.

94. Wollheim FA. New studies of COX-inhibitors, yet issues remain. Lakartidninge 2003;100:2927-2831.

95. Matsumoto AK, Cavanaugh PF Jr. Etoricoxib. Drugs Today (Barc) 2004;40:395-414.

96. Riendeau D, Percival MD, Brideau C, Charleson S, Dube D, Ethier D, Falgueyret JP, Friesen RW, Gordon R, Greig G, Guay J, Mancini J, Ouellet M, Wong E, Xu L, Boyce S, Visco D, Girard Y, Prasit P, Zamboni R, Rodger IW, Gresser M, Ford-Hutchinson AW, Young RN, Chan CC. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296:558-566.

97. Pallay RM, Seger W, Adler JL, Ettlinger RE, Quaidoo EA, Lipetz R, O'Brien K, Mucciola L, Skalky CS, Petruschke RA, Bohidar NR, Geba GP. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004;33: 257-266.

98. Chang DJ, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxy-codone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004;99:807-815.

99. Monsuez JJ. Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology. Arch Mal Coeur Vaiss 2004; 97:632-640.

100. Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirch-rath J, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005;96:e1-e6.

101. Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005;28:183-189.

102. Evensen S, Spigset O, Slordal L. COX-2 inhibitors—one step forward and two steps back. Tidsskr Nor Laegeforen 2005;125:875-878.

103. So A, de Goumoens P. Do coxibs pose a cardiovascular risk? Rev Med Suisse 2005;1:168-170, 172.

104. Bolli R, Shinmura K, Tang XL, Kodani E, Xuan YT, Guo Y, Dawn B. Discovery of a new function of cyclo-oxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. Cardiovasc Res 2002; 55:506-519.

105. Birnbaum Y, Ye Y, Rosanio S, Tavackoli S, Hu ZY,



Schwarz ER, Uretsky BF. Prostaglandins mediate the cardioprotective effects of atorvastatin against ischemia-reperfusion injury. Cardiovasc Res 2005;65:345-355.

106. Fuloria M, Smith TK, Aschner JL. Role of 5, 6-epoxy-eicosatrienoic acid in the regulation of newborn piglet pulmonary vascular tone. Am J Physiol Lung Cell Mol Physiol 2002;283:L383-L389.

107. Ham EA, Egan RW, Soderman DD, Gale PH, Kuehl FA Jr. Peroxidase-dependent deactivation of prostacyclin synthetase. J Biol Chem 1979;254:2191-2194.

108. Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostan-oid synthesis by platelets. Role of thromboxane A₂. J Biol Chem 2001;276:37839-37845.

109. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. PNAS USA 1999;96:272-277. Erratum: 1999;96:5890.

110. Wong D, Wang M, Cheng Y, Fitzgerald GA. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005;5:204-210.

111. Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005;72:129-131.

112. Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155:1281-1291.

113. Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclooxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000;20:146-152.

114. Gibson LL, Hahner L, Osborne-Lawrence S, German Z, Wu KK, Chambliss KL, Shaul PW. Molecular basis of estrogen-induced cyclooxygenase type 1 upregulation in endothelial cells. Circ Res 2005;96:518-525.

115. Rupnow HL, Phernetton TM, Modrick ML, Wiltbank MC, Bird IM, Magness RR. Endothelial vasodilator production by uterine and systemic arteries. Estrogen and progesterone effects on cPLA2, COX-1, and PGIS protein expression. Biol Reprod 2002;66:468-474.

116. Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997;17:1644-1648.

117. Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004;286:H1114-H1123.

118. Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002;22:1415-1420.

119. Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004;110:2053-2059.

120. Justice E, Carruthers DM. Cardiovascular risk and COX-2 inhibition in rheumatological practice. J Hum Hypertens 2005;19:1-5.

121. Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prosta-cyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002;22:983-988.

122. Dusting GJ, Moncada S, Vane JR. Prostacyclin (PGX) is the endogenous metabolite responsible for relaxation of coronary arteries induced by arachidonic acid. Prostaglandins 1977;13:3-15.

123. Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001;104:2879-2882.

124. Klein AL, Wold LE, Ren J. The cyclooxygenase-2 product prostaglandin E2 modulates cardiac contractile function in adult rat ventricular cardiomyocytes. Pharmacol Res 2004;49:99-103.

125. Huss JM, Kelly DP. Nuclear receptor signaling and cardiac energetics. Circ Res 2004;95:568-578.

126. Tune JD, Gorman MW, Feigl EO. Matching coronary blood flow to myocardial oxygen consumption. J Appl Physiol 2004;97:404-415.

127. Tune JD, Richmond KN, Gorman MW, Feigl EO. Control of coronary blood flow during exercise. Exp Biol Med (Maywood) 2002;227:238-250.

128. Feigl EO. Neural control of coronary blood flow. J Vasc Res 1998;35:85-92.

129. Carvajal K, Moreno-Sanchez R. Heart metabolic disturbances in cardiovascular diseases. Arch Med Res 2003;34:89-99.

130. Cocco T, Di Paola M, Papa S, Lorusso M. Arachidonic acid interaction with the mitochondrial electron transport chain promotes reactive oxygen species generation. Free Radic Biol Med 1999;27:51-59.

131. Di Paola M, Cocco T, Lorusso M. Arachidonic acid causes cytochrome c release from heart mitochondria. Biochem Biophys Res Commun 2000;277:128-133.

132. Somasundaram S, Sigthorsson G, Simpson RJ, Watts J, Jacob M, Tavares IA, Rafi S, Roseth A, Foster R, Price AB, Wrigglesworth JM, Bjarnason I. Uncoupling of intestinal mitochondrial oxidative phosphorylation and inhibition of cyclooxygenase are required for the development of NSAID-enteropathy in the rat. Aliment Pharmacol Ther 2000;14:639-650.

133. Krause MM, Brand MD, Krauss S, Meisel C, Vergin H, Burmester GR, Buttgereit F. Nonsteroidal antiinflammatory drugs and a selective cyclooxygenase 2 inhibitor uncouple mitochondria in intact cells. Arthritis Rheum 2003;48:1438-1444.

134. Fosslien E. Review: Mitochondrial medicine--cardiomyopathy caused by defective oxidative phosphorylation. Ann Clin Lab Sci 2003;33:371-395.

135. Sadek HA, Nulton-Persson AC, Szweda PA, Szweda LI. Cardiac ischemia/reperfusion, aging, and redox-depen-



dent alterations in mitochondrial function. Arch Biochem Biophys 2003;420:201-208.

136. Folden DV, Gupta A, Sharma AC, Li SY, Saari JT, Ren J. Malondialdehyde inhibits cardiac contractile function in ventricular myocytes via a p38 mitogen-activated protein kinase-dependent mechanism. Br J Pharmacol 2003;139:1310-1316.

137. Ballinger SW, Patterson C, Knight-Lozano CA, Burow DL, Conklin CA, Hu Z, Reuf J, Horaist C, Lebovitz R, Hunter GC, McIntyre K, Runge MS. Mitochondrial integrity and function in atherogenesis. Circulation 2002;106:544-549.

138. Nulton-Persson AC, Szweda LI, Sadek HA. Inhibition of cardiac mitochondrial respiration by salicylic acid and acetylsalicylate. J Cardiovasc Pharmacol 2004;44:591-595.

139. Norman C, Howell KA, Millar AH, Whelan JM, Day DA. Salicylic acid is an uncoupler and inhibitor of mitochondrial electron transport. Plant Physiol 2004;134:492-501.

140. Kiritoshi S, Nishikawa T, Sonoda K, Kukidome D, Senokuchi T, Matsuo T, Matsumura T, Tokunaga H, Brownlee M, Araki E. Reactive oxygen species from mitochondria induce cyclooxygenase-2 gene expression in human mesangial cells: potential role in diabetic nephropathy. Diabetes 2003;52:2570-2577.

141. Speir E. Cytomegalovirus gene regulation by reactive oxygen species. Ann NY Acad Sci 2000;899:363-374.

142. Zheng SX, Mouithys-Mickalad A, Deby-Dupont GP, Deby CM, Maroulis AP, Labasse AH, Lamy ML, Crielaard JM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of nimesulide and 4-OH nimesulide: effects on HRP- and luminol-dependent chemiluminescence produced by human chondrocytes. Osteoarthritis Cartilage 2000;8:419-425.

143. Mouithys-Mickalad AM, Zheng SX, Deby-Dupont GP, Deby CM, Lamy MM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of non steroidal anti-inflammatory drugs by chemiluminescence and electron spin resonance (ESR). Free Radic Res 2000;33:607-621.

144. Azab AN, Kobal S, Rubin M, Kaplanski J. Effects of nimesulide, a selective cyclooxygenase-2 inhibitor, on cardiovascular alterations in endotoxemia. Cardiology 2005;103:92-100.

145. Nakamura Y, Kozuka M, Naniwa K, Takabayashi S, Torikai K, Hayashi R, Sato T, Ohigashi H, Osawa T. Arachidonic acid cascade inhibitors modulate phorbol ester-induced oxidative stress in female ICR mouse skin: differential roles of 5-lipoxygenase and cyclooxygenase-2 in leukocyte infiltration and activation. Free Radic Biol Med 2003;35:997-1007.

146. Basivireddy J, Jacob M, Pulimood AB, Balasubramanian KA. Indomethacin-induced renal damage: role of oxygen free radicals. Biochem Pharmacol 2004;67:587-599.

147. Hemieda FA, El-Missiry MA, Badawy ME, Goda AA. Partial suppressive effect of melatonin on indomethacin-induced renal injury in rat. Indian J Exp Biol 2004;42:63-67.

148. Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003;108:3017-3023.

149. Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, Rosenfeld ME. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003;60:198-204.

150. Kim JW, Zou Y, Yoon S, Lee JH, Kim YK, Yu BP, Chung HY. Vascular aging: molecular modulation of the prostanoid cascade by calorie restriction. J Gerontol A Biol Sci Med Sci 2004;59:B876-B885.

151. Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A2 and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114:784-794.

152. Demasi M, Cleland LG, Cook-Johnson RJ, Caughey GE, James MJ. Effects of hypoxia on monocyte inflammatory mediator production: Dissociation between changes in cyclooxygenase-2 expression and eicosanoid synthesis. J Biol Chem 2003;278:38607-38616.

153. Stastny J, Fosslien E, Robertson AL Jr. Human aortic intima protein composition during initial stages of atherogenesis. Atherosclerosis 1986;60:131-139. Erratum: 1986;62:277.

154. Stastny J, Robertson AL Jr, Fosslien E. Basic proteins in the human aortic intima: nonequilibrium two-dimensional electrophoretic analysis of tissue extracts. Exp Mol Pathol 1986;45:279-286.

155. Stastny JJ, Fosslien E. Quantitative alteration of some aortic intima proteins in fatty streaks and fibro-fatty lesions. Exp Mol Pathol 1992;57:205-214.

156. Song J, Stastny J, Fosslien E, Robertson AL Jr. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis. Exp Mol Pathol 1985;43:297-304.

157. Blake GJ, Ridker PM. Inflammatory bio-markers and cardiovascular risk prediction. J Intern Med 2002;252:283-294.

158. Yildirim K, Karatay S, Melikoglu MA, Gureser G, Ugur M, Senel K. Association between acute phase reactant levels and disease activity score (DAS28) in patients with rheumatoid arthritis. Ann Clin Lab Sci 2004;34:423-426.

159. Binder CJ, Horkko S, Dewan A, Chang MK, Kieu EP, Goodyear CS, Shaw PX, Palinski W, Witztum JL, Silverman GJ. Pneumococcal vaccination decreases atherosclerotic lesion formation: molecular mimicry between Streptococcus pneumoniae and oxidized LDL. Nat Med 2003;9:736-743.

160. Klouche M, Peri G, Knabbe C, Eckstein HH, Schmid FX, Schmitz G, Mantovani A. Modified atherogenic lipoproteins induce expression of pentraxin-3 by human vascular smooth muscle cells. Atherosclerosis 2004;175:221-228.

161. Kimura S, Wang KY, Tanimoto A, Murata Y, Nakashima



380   *Annals of Clinical & Laboratory Science, vol. 35, no.4, 2005*



Y, Sasaguri Y. Acute inflammatory reactions caused by histamine via monocytes/macrophages chronically participate in the initiation and progression of atherosclerosis. Pathol Int 2004;54:465-474.

162. Boring L, Gosling J, Cleary M, Charo IF. Decreased lesion formation in CCR2-/- mice reveals a role for chemokines in the initiation of atherosclerosis. Nature 1998;394:894-897.

163. Nelken NA, Coughlin SR, Gordon D, Wilcox JN. Monocyte chemoattractant protein-1 in human atheromatous plaques. J Clin Invest 1991;88:1121-1127.

164. Han KH, Tangirala RK, Green SR, Quehenberger O. Chemokine receptor CCR2 expression and monocyte chemoattractant protein-1-mediated chemotaxis in human monocytes. A regulatory role for plasma LDL. Arterioscler Thromb Vasc Biol 1998;18:1983-1991.

165. Han KH, Hong KH, Park JH, Ko J, Kang DH, Choi KJ, Hong MK, Park SW, Park SJ. C-reactive protein promotes monocyte chemoattractant protein-1-mediated chemotaxis through upregulating CC chemokine receptor 2 expression in human monocytes. Circulation 2004;109:2566-2571.

166. Devaraj S, Kumaresan PR, Jialal I. Effect of C-reactive protein on chemokine expression in human aortic endothelial cells. J Mol Cell Cardiol 2004;36:405-410.

167. Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004;4:116-123.

168. Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002;105:1816-1823.

169. Sekalska B. Aortic expression of monocyte chemotactic protein-1 (MCP-1) gene in rabbits with experimental atherosclerosis. Ann Acad Med Stetin 2003;49:79-90.

170. Yang YY, Hu CJ, Chang SM, Tai TY, Leu SJ. Aspirin inhibits monocyte chemoattractant protein-1 and interleukin-8 expression in TNF-alpha stimulated human umbilical vein endothelial cells. Atherosclerosis 2004; 174:207-213.

171. Dirks J, van Aswegen CH, du Plessis DJ. Cytokine levels affected by gamma-linolenic acid. Prostaglandins Leukot Essent Fatty Acids 1998;59:273-277.

172. Guo ZJ, Hou FF, Liang M, Wang L, Zhang X, Liu ZQ. Advanced glycation end products stimulate human endothelial cells to produce monocyte chemoattractant protein-1. Zhonghua Yi Xue Za Zhi 2003;83:1075-1079.

173. Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002;51:603-610.

174. Hamilton LC, Mitchell JA, Tomlinson AM, Warner TD. Synergy between cyclo-oxygenase-2 induction and arachidonic acid supply in vivo: consequences for nonsteroidal antiinflammatory drug efficacy. FASEB J 1999;13:245-251.

175. Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angio-tensin-II

in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002;34:29-37.

176. Rupp J, Berger M, Reiling N, Gieffers J, Lindschau C, Haller H, Dalhoff K, Maass M. Cox-2 inhibition abrogates *Chlamydia pneumoniae*-induced PGE₂ and MMP-1 expression. Biochem Biophys Res Commun 2004;320:738-744.

177. Kshirsagar AV, Moss KL, Elter JR, Beck JD, Offenbacher S, Falk RJ. Periodontal disease is associated with renal insufficiency in the Atherosclerosis Risk In Communities (ARIC) study. Am J Kidney Dis 2005;45:650-657.

178. Sekino S, Ramberg P, Lindhe J. The effect of systemic administration of ibuprofen in the experimental gingivitis model. J Clin Periodontol 2005;32:182-187.

179. Santos A. Evidence-based control of plaque and gingivitis. J Clin Periodontol 2003;30(Suppl):13-16.

180. Honda T, Oda T, Yoshie H, Yamazaki K. Effects of *Porphyromonas gingivalis* antigens and proinflammatory cytokines on human coronary artery endothelial cells. Oral Microbiol Immunol 2005;20:82-88.

181. Desvarieux M, Demmer RT, Rundek T, Boden-Albala B, Jacobs DR Jr, Sacco RL, Papapanou PN. Periodontal microbiota and carotid intima-media thickness. Circulation 2005;111:576-582.

182. Miller VM, Rodgers G, Charlesworth JA, Kirkland B, Severson SR, Rasmussen TE, Yagubyan M, Rodgers JC, Cockerill FR 3rd, Folk RL, Rzewuska-Lech E, Kumar V, Farell-Baril G, Lieske JC. Evidence of nanobacteria-like structures in calcified human arteries and cardiac valves. Am J Physiol Heart Circ Physiol 2004;287:H1115-H1124.

183. Bini A, Mann KG, Kudryk BJ, Schoen FJ. Noncollagenous bone matrix proteins, calcification, and thrombosis in carotid artery atherosclerosis. Arterioscler Thromb Vasc Biol 1999;19:1852-1861.

184. Higashi S, Ohishi H, Kudo I. Augmented prostaglandin E₂ generation resulting from increased activities of cytosolic and secretory phospholipase A2 and induction of cyclooxygenase-2 in interleukin-1 beta-stimulated rat calvarial cells during the mineralizing phase. Inflamm Res 2000;49:102-111.

185. Lindholm TS, Tornkvist H. Inhibitory effect on bone formation and calcification exerted by the anti-inflammatory drug ibuprofen. An experimental study on adult rat with fracture. Scand J Rheumatol 1981;10:38-42.

186. Kajii T, Suzuki K, Yoshikawa M, Imai T, Matsumoto A, Nakamura S. Long-term effects of prostaglandin E₂ on the mineralization of a clonal osteoblastic cell line (MC3T3-E1). Arch Oral Biol 1999;44:233-241.

187. Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998;83:210-216.

188. Strey CH, Young JM, Molyneux SL, George PM, Florkowski CM, Scott RS, Frampton CM. Endothelium-ameliorating effects of statin therapy and coenzyme Q10 reductions in chronic heart failure. Atherosclerosis 2005; 179:201-206.

189. Chan KY, Boucher ES, Gandhi PJ, Silva MA. HMG-



CoA reductase inhibitors for lowering elevated levels of C-reactive protein. Am J Health Syst Pharm 2004;61: 1676-1681.

190. Langsjoen PH, Langsjoen AM. The clinical use of HMG CoA-reductase inhibitors and the associated depletion of *coenzyme Q₁₀. A review of animal and human publications*. Biofactors 2003;18:101-111.

191. Lonnrot K, Porsti I, Alho H, Wu X, Hervonen A, Tolvanen JP. Control of arterial tone after long-term coenzyme Q₁₀ supplementation in senescent rats. Br J Pharmacol. 1998;124:1500-1506. Erratum: 1998;125: 1788.

192. Furukawa K, Yamasaki Y, Kizu A, Furukawa K, Katsume H, Ijichi H, Kitamura K. The restorative action of coenzyme Q₁₀ in 2, 4-dinitrophenol-depressed electrical and contractile activities of guinea-pig heart. J Mol Cell Cardiol 1983;15:595-602.

193. Papafili A, Hill MR, Brull DJ, McAnulty RJ, Marshall RP, Humphries SE, Laurent GJ. Common promoter variant in cyclooxygenase-2 represses gene expression: evidence of role in acute-phase inflammatory response. Arterioscler Thromb Vasc Biol 2002;22:1631-1636.

194. Cipollone F, Toniato E, Martinotti S, Fazia M, Iezzi A, Cuccurullo C, Pini B, Ursi S, Vitullo G, Averna M, Arca M, Montali A, Campagna F, Ucchino S, Spigonardo F, Taddei S, Virdis A, Ciabattoni G, Notarbartolo A, Cuccurullo F, Mezzetti A. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004;291: 2221-2228.

195. Grainger DJ, Kemp PR, Metcalfe JC, Liu AC, Lawn RM, Williams NR, Grace AA, Schofield PM, Chauhan A. The serum concentration of active transforming growth factor-beta is severely depressed in advanced atherosclerosis. Nat Med 1995;1:74-79.

196. Fong CY, Pang L, Holland E, Knox AJ. TGF-beta1 stimulates IL-8 release, COX-2 expression, and PGE₂ release in human airway smooth muscle cells. Am J Physiol Lung Cell Mol Physiol 2000;279:L201-L207.

197. Jiang X, Zeng HS, Guo Y, Zhou ZB, Tang BS, Li FK. The expression of matrix metalloproteinases-9, transforming growth factor-beta1 and transforming growth factor-beta receptor I in human atherosclerotic plaque and their relationship with plaque stability. Chin Med J (Engl) 2004;117:1825-1829.

198. Kim HS, Shang T, Chen Z, Pflugfelder SC, Li DQ. *TGF-beta1 stimulates production of gelatinase (MMP-9), collagenases (MMP-1, -13) and stromelysins (MMP-3, -10, -11) by human corneal epithelial cells. Exp Eye Res 2004;79:263-274.

199. Philipp K, Riedel F, Germann G, Hormann K, Sauerbier M. TGF-beta antisense oligonucleotides reduce mRNA expression of matrix metalloproteinases in cultured *wound-healing-related cells. Int J Mol Med 2005;15:299-303.

200. Rutter JL, Mitchell TI, Buttice G, Meyers J, Gusella JF, Ozelius LJ, Brinckerhoff CE. A single nucleotide polymorphism in the matrix metalloproteinase-1 promoter creates an Ets binding site and augments transcription.

Cancer Res 1998;58:5321-5325.

201. Ye S, Gale CR, Martyn CN. Variation in the matrix metalloproteinase-1 gene and risk of coronary heart disease. Eur Heart J 2003;24:1668-1671.

202. Wu KK. Aspirin and other cyclooxygenase inhibitors: new therapeutic insights. Semin Vasc Med 2003;3:107-112.

203. Redondo S, Santos-Gallego CG, Ganado P, Garcia M, Rico L, Del Rio M, Tejerina T. Acetylsalicylic acid inhibits cell proliferation by involving transforming growth factor-beta. Circulation 2003;107:626-629.

204. Mallat Z, Gojova A, Marchiol-Fournigault C, Esposito B, Kamate C, Merval R, Fradelizi D, Tedgui A. Inhibition of transforming growth factor-beta signaling accelerates atherosclerosis and induces an unstable plaque phenotype in mice. Circ Res 2001;89:930-934.

205. Robertson AK, Rudling M, Zhou X, Gorelik L, Flavell RA, Hansson GK. Disruption of TGF-beta signaling in T cells accelerates atherosclerosis. J Clin Invest 2003;112: 1342-1350.

206. Chen G, Wood EG, Wang SH, Warner TD. Expression of cyclooxygenase-2 in rat vascular smooth muscle cells is unrelated to nuclear factor-kappaB activation. Life Sci 1999;64:1231-1242.

207. Nosaka S, Hashimoto M, Sasaki T, Ku K, Saitoh Y, Hanada T, Yamauchi M, Masumura S, Nakayama K, Tamura K. Antithrombotic effects of endocardial endothelial cells—comparison with coronary artery endothelial cells. Prostaglandins 1997;53:305-319.

208. Garcia-Martin E, Martinez C, Tabares B, Frias J, Agundez JA. Interindividual variability in ibuprofen pharmacokinetics is related to interaction of cytochrome P450 2C8 and 2C9 amino acid polymorphisms. Clin Pharmacol Ther 2004;76:119-127.

209. Hichiya H, Tanaka-Kagawa T, Soyama A, Jinno H, Koyano S, Katori N, Matsushima E, Uchiyama S, Tokunaga H, Kimura H, Minami N, Katoh M, Sugai K, Goto Y, Tamura T, Yamamoto N, Ohe Y, Kunitoh H, Nokihara H, Yoshida T, Minami H, Saijo N, Ando M, *Ozawa S, Saito Y, Sawada J. Functional characterization of five novel CYP2C8 variants, G171S, R186X, R186G, K247R, and K383N, found in a Japanese population. Drug Metab Dispos 2005;33:630-636.

210. Walsky RL, Gaman EA, Obach RS. Examination of 209 drugs for inhibition of cytochrome P450 2C8. J Clin Pharmacol 2005;45:68-78.

211. Garnett WR. Clinical implications of drug interactions with coxibs. Pharmacotherapy 2001;21:1223-1232.

212. Kirchheiner J, Stormer E, Meisel C, Steinbach N, Roots I, Brockmoller J. Influence of CYP2C9 genetic polymorphisms on pharmacokinetics of celecoxib and its metabolites. Pharmacogenetics 2003;13:473-480.

213. Nusing R, Ullrich V. Regulation of cyclooxygenase and thromboxane synthase in human monocytes. Eur J Biochem 1992;206:131-136.

214. Nanayama T, Hara S, Inoue H, Yokoyama C, Tanabe T. Regulation of two isozymes of prostaglandin endoperoxide synthase and thromboxane synthase in human monoblastoid cell line U937. Prostaglandins 1995;49:



371-382.

215. Chevalier D, Lo-Guidice JM, Sergent E, Allorge D, Debuysere H, Ferrari N, Libersa C, Lhermitte M, Broly F. Identification of genetic variants in the human thromboxane synthase gene (CYP5A1). Mutat Res 2001; 432:61-67.

216. Hong SJ, Lee SY, Kim HB, Kim JH, Kim BS, Choi SO, Lee SG, Shin ES, Hong TJ. IL-5 and thromboxane $A_2$ receptor gene polymorphisms are associated with decreased pulmonary function in Korean children with atopic asthma. J Allergy Clin Immunol 2005;115:758-763.

217. Osende JI, Shimbo D, Fuster V, Dubar M, Badimon JJ. Antithrombotic effects of S 18886, a novel orally active thromboxane $A_2$ receptor antagonist. J Thromb Haemost 2004;2:492-498.

218. *Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-342.*

219. Hanson J, Rolin S, Reynaud D, Qiao N, Kelley LP, Reid HM, Valentin F, Tippins J, Kinsella BT, Masereel B, Pace-Asciak C, Pirotte B, Dogne JM. In vitro and in vivo pharmacological characterization of BM-613 N-n-pentyl-N'-2-(4'-methylphenylamino)-5-nitrobenzene-sulfonyl-urea, a novel dual thromboxane synthase inhibitor and thromboxane receptor antagonist. J Pharmacol Exp Ther 2005;313:293-301.

220. Yokoyama C, Yabuki T, Inoue H, Tone Y, Hara S, Hatae T, Nagata M, Takahashi EI, Tanabe T. Human gene encoding prostacyclin synthase (PTGIS): genomic organization, chromosomal localization, and promoter activity. Genomics 1996;36:296-304.

221. Korita D, Sagawa N, Itoh H, Yura S, Yoshida M, Kakui K, Takemura M, Yokoyama C, Tanabe T, Fujii S. Cyclic mechanical stretch augments prostacyclin production in cultured human uterine myometrial cells from pregnant women: possible involvement of up-regulation of prostacyclin synthase expression. J Clin Endocrinol Metab 2002;87:5209-5219.

222. Nakayama T, Soma M, Watanabe Y, Hasimu B, Sato M, Aoi N, Kosuge K, Kanmatsuse K, Kokubun S, Marrow JD, Oates JA. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002;297:1135-1139.

223. Yokoyama C, Yabuki T, Shimonishi M, Wada M, Hatae T, Ohkawara S, Takeda J, Kinoshita T, Okabe M, Tanabe T. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002;106:2397-2403.

224. Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999;274:23707-23718.

225. Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain percep-

tion and inflammatory response in mice lacking prostacyclin receptor. Nature 1997;388:678-682.

226. FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000;32(Suppl):21-26.

227. Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003;108:1676-1578.

228. Cockerill GW, Saklatvala J, Ridley SH, Yarwood H, Miller NE, Oral B, Nithyananthan S, Taylor G, Haskard DO. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999;19:910-917.

229. Keith RL, Miller YE, Hudish TM, Girod CE, Sotto-Santiago S, Franklin WA, Nemenoff RA, March TH, *Nana-Sinkam SP, Geraci MW. Pulmonary prostacyclin synthase overexpression chemoprevents tobacco smoke lung carcinogenesis in mice.* Cancer Res 2004;64:5897-5904.

230. Cai L, Zheng ZL, Zhang ZF. Cytochrome p450 2E1 polymorphisms and the risk of gastric cardia cancer. World J Gastroenterol 2005;11:1867-1871.

231. Yang CX, Matsuo K, Wang ZM, Tajima K. Phase I/II enzyme gene polymorphisms and esophageal cancer risk: A meta-analysis of the literature. World J Gastroenterol 2005;11:2531-2538.

232. Fujino T, Nakagawa N, Yuhki K, Hara A, Yamada T, Takayama K, Kuriyama S, Hosoki Y, Takahata O, Taniguchi T, Fukuzawa J, Hasebe N, Kikuchi K, Narumiya S, Ushikubi F. Decreased susceptibility to renovascular hypertension in mice lacking the prostaglandin $I_2$ receptor IP. J Clin Invest 2004;114:805-812.

233. Fisslthaler B, Popp R, Kiss L, Potente M, Harder DR, Fleming I, Busse R. Cytochrome P450 2C is an EDHF synthase in coronary arteries. Nature 1999;401:493-497.

234. *Hayabuchi Y, Nakaya Y, Matsuoka S, Kuroda Y. Endothelium-derived hyperpolarizing factor activates $Ca^{2+}$-activated K+ channels in porcine coronary artery smooth muscle cells. J Cardiovasc Pharmacol 1998;32:642-649.*

235. Gauthier KM, Edwards EM, Falck JR, Reddy DS, Campbell WB. 14,15-epoxyeicosatrienoic acid represents a transferable endothelium-dependent relaxing factor in bovine coronary arteries. Hypertension 2005;45:666-671.

236. Koehne CH, Dubois RN. COX-2 inhibition and colorectal cancer. Semin Oncol 2004;31(Suppl 7):12-21.

237. Jendrossek V, Handrick R, Belka C. Celecoxib activates a novel mitochondrial apoptosis signaling pathway. FASEB J 2003;17:1547-1549.

238. Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004;39:1028-1037.

239. Kazanov D, Dvory-Sobol H, Pick M, Liberman E, Strier L, Choen-Noyman E, Deutsch V, Kunik T, Arber N. *Celecoxib but not rofecoxib inhibits the growth of trans-*



formed cells in vitro. Clin Cancer Res 2004;10(Pt 1):267-271.

240. St-Germain ME, Gagnon V, Parent S, Asselin E. Regulation of COX-2 protein expression by Akt in endometrial cancer cells is mediated through NF-kappaB/IkappaB pathway. Mol Cancer 2004;3:7.

241. Takahashi H, Yanagi Y, Tamaki Y, Uchida S, Mutanaka K. COX-2-selective inhibitor, etodolac, suppresses choroidal neovascularization in a mice model. Biochem Biophys Res Commun 2004;325:461-466.

242. Kobayashi H, Gonda T, Uetake H, Higuchi T, Enomoto M, Sugihara K. JTE-522, a selective COX-2 inhibitor, interferes with the growth of lung metastases from *colorectal cancer in rats due to inhibition of neovascularization:* a vascular cast model study. Int J Cancer 2004;112:920-926.

243. Wilgus TA, Ross MS, Parrett ML, Oberyszyn TM. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000;62:367-384.

244. Wilgus TA, Koki AT, Zweifel BS, Rubal PA, Oberyszyn TM. Chemotherapeutic efficacy of topical celecoxib in a murine model of ultraviolet light B-induced skin cancer. Mol Carcinog 2003;38:33-39.

245. Basu GD, Pathangey LB, Tinder TL, Lagioia M, Gendler SJ, Mukherjee P. Cyclooxygenase-2 inhibitor induces apoptosis in breast cancer cells in an in vivo model of spontaneous metastatic breast cancer. Mol Cancer Res 2004;2:632-642.

246. Arun B, Goss P. The role of COX-2 inhibition in breast cancer treatment and prevention. Semin Oncol 2004;31 (Suppl 7):22-29.

247. Sandler AB, Dubinett SM. COX-2 inhibition and lung cancer. Semin Oncol 2004;31(Suppl 7):45-52.

248. Gao J, Niwa K, Sun W, Takemura M, Lian Z, Onogi K, Seishima M, Mori H, Tamaya T. Non-steroidal anti-inflammatory drugs inhibit cellular proliferation and upregulate cyclooxygenase-2 protein expression in endometrial cancer cells. Cancer Sci 2004;95:901-907.

249. Yuan CJ, Mandal AK, Zhang Z, Mukherjee AB. Transcriptional regulation of cyclooxygenase-2 gene expression: novel effects of nonsteroidal anti-inflammatory drugs. Cancer Res 2000;60:1084-1091.

250. Udd L, Katajisto P, Rossi DJ, Lepisto A, Lahesmaa AM, Ylikorkala A, Jarvinen HJ, Ristimaki AP, Makela TP. Suppression of Peutz-Jeghers polyposis by inhibition of cyclooxygenase-2. Gastroenterology 2004;127:1030-1037.

251. Xiao Z, Luke BT, Izmirlian G, Umar A, Lynch PM, Phillips RK, Patterson S, Conrads TP, Veenstra TD, *Greenwald P, Hawk ET, Ali IU.* Serum proteomic profiles suggest celecoxib-modulated targets and response predictors. Cancer Res 2004;64:2904-2909.

252. Sinicrope FA, Half E, Morris JS, Lynch PM, Morrow JD, Levin B, Hawk ET, Cohen DS, Ayers GD, Stephens LC. Cell proliferation and apoptotic indices predict adenoma regression in a placebo-controlled trial of celecoxib in familial adenomatous polyposis patients.

Cancer Epidemiol Biomarkers Prev 2004;13:920-927.

253. Swamy MV, Cooma I, Reddy BS, Rao CV. Lamin B, Caspase-3 activity and apoptosis induction by a combination of HMG-CoA reductase inhibitor and COX-2 inhibitors: a novel approach in developing effective chemopreventive regimens. Int J Oncol 2002;20:753-759.

254. Battegay EJ, Raines EW, Seifert RA, Bowen-Pope DF, Ross R. TGF-beta induces bimodal proliferation of connective tissue cells via complex control of an autocrine PDGF loop. Cell 1990;63:515-524.

255. Fosslien E. Lin Q, Yamashiroya H. Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta. Ann Clin Lab Sci 1997;27:318-319.

256. Tabata T, Takei Y. Morphogens, their identification and regulation. Development 2004;131:703-712.

257. Fosslien E. Establishment, maintenance, and remodeling of curvature in biology. Med Hypotheses 2002;59:233-238.

258. Brown RE. HER-2/neu-Positive breast carcinoma: molecular concomitants by proteomic analysis and their therapeutic implications. Ann Clin Lab Sci 2002;32:12-21.

259. Moreland RB, Kim N, Nehra A, Goldstein I, Traish A. Functional prostaglandin E (EP) receptors in human penile corpus cavernosum. Int J Impot Res 2003;15:362-368.

260. Emi M, Maeyama K. The biphasic effects of cyclopentenone prostaglandins, prostaglandin $J_2$ and 15-deoxy-delta$^{12,14}$-prostaglandin $J_2$ on proliferation and apoptosis in rat basophilic leukemia (RBL-2H3) cells. Biochem Pharmacol 2004;67:1259-1267.

261. Martinez B, Perez-Castillo A, Santos A. The mitochondrial respiratory complex I is a target for 15-deoxy-delta12, 14-prostaglandin $J_2$ action. J Lipid Res 2005;46:736-743.

262. Favier J, Briere JJ, Strompf L, Amar L, Filali M, Jeunemaitre X, Rustin P, Gimenez-Roqueplo AP. Hereditary paraganglioma/pheochromocytoma and inherited succinate dehydrogenase deficiency. Horm Res 2005;63:171-179.

263. Tsujii M, Kawano S, Tsuji S, Sawaoka H, Hori M, DuBois RN. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. Cell 1998;93:705-716. Erratum: 1998;94:after 271.

264. Huang JC, Wun WS, Goldsby JS, Matijevic-Aleksic N, Wu KK. Cyclooxygenase-2-derived endogenous prostacyclin enhances mouse embryo hatching. Hum Reprod 2004;19:2900-2906.

265. Su PH, Chen JY, Su CM, Huang TC, Lee HS. Comparison of ibuprofen and indomethacin therapy for patent ductus arteriosus in preterm infants. Pediatr Int 2003;45:665-670.

266. Montenegro MA, Palomino H. Induction of cleft palate in mice by inhibitors of prostaglandin synthesis. J Craniofac Genet Dev Biol 1990;10:83-94.

267. Goldman AS. Arachidonic acid and male genital differentiation. Eur J Pediatr 1987;146(Suppl):S63-S66.



Case 2:05-md-01657-EEF-DEK   Document 5718-7   Filed 06/27/06   Page 12 of 24

268. Piddington RL, Goldman AS. Palatal development and the arachidonic acid cascade. Prog Clin Biol Res 1985;17: 295-306.

269. Potter JD. Morphostats: a missing concept in cancer biology. *Cancer Epidemiol Biomarkers Prev* 2001;10:161-170.

270. Debons AF, Fani K, Jimenez FA. Enhancement of experimental atherosclerosis by aspirin. J Toxicol Environ Health 1981;8:899-906.

271. Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004;164:2472-2476.

272. Bjordai JM, Ljunggren AE, Klovning A, Slordal L. NSAIDs, including coxibs, probably do more harm than good, and paracetamol is ineffective for hip OA. Ann Rheum Dis 2005 64:655-656.

273. Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005;39:597-602.

274. Ridker PM, Stampfer MJ, Rifai N. Novel risk factors for systemic atherosclerosis: a comparison of C-reactive protein, fibrinogen, homocysteine, lipoprotein(a), and standard cholesterol screening as predictors of peripheral arterial disease. JAMA 2001;285:2481-2485.

275. *Maas R, Boger RH. Old and new cardiovascular risk factors: from unresolved issues to new opportunities. Atheroscler Suppl* 2003;4:5-17.

276. Wald NJ, Law MR. A strategy to reduce cardiovascular disease by more than 80%. BMJ 2003;326:1419.

277. Sung FL, Slow YL, Wang G, Lynn EG, O K. Homocysteine stimulates the expression of monocyte chemoattractant protein-1 in endothelial cells leading to enhanced monocyte chemotaxis. Mol Cell Biochem 2001;216:121-128.

278. Ramaswami G, Chai H, Yao Q, Lin PH, Lumsden AB, Chen C. Curcumin blocks homocysteine-induced endothelial dysfunction in porcine coronary arteries. J Vasc Surg 2004;40:1216-1222.

279. Hofmann T. Risk management of coronary artery disease--pharmacological therapy. Wien Med Wochenschr 2004;154:266-281.

280. Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, Tzivoni D. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004;125:1610-1615.

281. Chyrchel M, Dudek D, Bartus S, Legutko J, Heba G, Dubiel JS. High-dose statin and COX-2 inhibitor therapy rapidly decreases C-reactive protein level in patients with unstable angina. Kardiol Pol 2004;61:213-221.

282. Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, Dagenais GR. Impact of prolonged *cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein:* a randomized placebo-controlled study. Circulation 2004;110:934-939.

283. Numano F, Kishi Y, Ashikaga T, Kobayashi T, Simokado K, Numano F, Yajima M. Antiplatelet therapy for atherosclerotic disorders. Ann N Y Acad Sci 1990;59:356-367.

284. *Umar A, Boisseau M, Yusup A, Upur H, Begaud B,* Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004;18:559-563.

285. Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002;25:829-835.

286. Morimoto T, Fukui T, Lee TH, Matsui K. Application of *U.S. guidelines in other countries: aspirin for the* primary prevention of cardiovascular events in Japan. Am J Med 2004;117:459-468.

287. Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med. 2005;142:481-489.

288. Kimmey MB. Cardioprotective effects and gastrointestinal risks of aspirin: maintaining the delicate balance. Am J Med 2004;117(Suppl 5A):72S-78S.

289. Yoshizawa T, Watanabe S, Hirose M, Yamamoto J, Osada T, Sato K, Oide H, Kitamura T, Takei Y, Ogihara T, Miwa H, Miyazaki A, Sato N. Effects of growth *factors on aspirin-induced inhibition of wound repair in* a rabbit gastric epithelial cell model. Aliment Pharmacol Ther 2000;14(Suppl 1);176-182.

290. Slomiany BL, Slomiany A. Aspirin ingestion impairs oral mucosal ulcer healing by inducing membrane-bound tumor necrosis factor-alpha release. IUBMB Life 2000;50:391-395.

291. Li RC, Row BW, Gozal E, Kheirandish L, Fan Q, *Brittian KR, Guo SZ, Sachleben LR Jr, Gozal D.* Cyclooxygenase 2 and intermittent hypoxia-induced spatial deficits in the rat. Am J Respir Crit Care Med 2003; 168:469-475.

292. Rossoni G, Berti M, Colonna VD, Bernareggi M, Del Soldato P, Berti F. Myocardial protection by the nitro-derivative of aspirin, NCX 40 in vitro and in vivo experiments in the rabbit. Ital Heart J 2000;1:146-155.

293. Wallace JL, Ignarro LJ, Fiorucci S. Potential cardioprotective actions of NO-releasing aspirin. Nat Rev Drug Discov 2002;1:375-382.

294. Levin RI. Theriac found? Nitric oxide-aspirin and the search for the universal cure. J Am Coll Cardiol 2004; 44:642-643.

295. Fiorucci S, Mencarelli A, Meneguzzi A, Lechi A, Renga B, del Soldato P, Morelli A, Minuz P. Co-administration of nitric oxide-aspirin (NCX-4016) and aspirin prevents platelet and monocyte activation and protects against gastric damage induced by aspirin in humans. J Am Coll Cardiol 2004;44:635-641.

296. Kleinjans J, de Kok T, Engels L. Risk assessment of endogenous formation of carcinogenic N-nitroso compounds in response to intake of NO-aspirin. Gastroenterology 2004;127:1018-1019.

297. Ghilardi G, Biondi ML, DeMonti M, Turri O, Guagnellini E, Scorza R. Matrix metalloproteinase-1

and matrix metalloproteinase-3 gene promoter poly-morphisms are associated with carotid artery stenosis. Stroke 2002;33:2408-2412.

298. Valdes AM, Wolfe ML, O'Brien EJ, Spurr NK, Gefter W, Rut A, Groot PH, Rader DJ. Val64Ile polymorphism in the C-C chemokine receptor 2 is associated with reduced coronary artery calcification. Arterioscler Thromb Vasc Biol 2002;22:1924-1928.

299. Malhi H, Atac B, Daly AK, Gupta S. Warfarin and celecoxib interaction in the setting of cytochrome P450 (CYP2C9) polymorphism with bleeding complication. Postgrad Med J 2004;80:107-109.

300. Coulter DM, Clark DW. Disturbance of vision by COX-2 inhibitors. Expert Opin Drug Saf 2004;3:607-614.

301. Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharma-cogenetics. Drug Safety 2004;27:1171-1184.

302. Rosenfeldt FL, Pepe S, Ou R, Mariani JA, Rowland MA, Nagley P, Linnane AW. Coenzyme Q$_{10}$ improves the tolerance of the senescent myocardium to aerobic and ischemic stress: studies in rats and in human atrial tissue. Biofactors 1999;9:291-299.

303. Li JM, Mukamal KJ. An update on alcohol and atherosclerosis. Curr Opin Lipidol 2004;15:673-680.

304. Kondo K. Beer and health: preventive effects of beer components on lifestyle-related diseases. Biofactors 2004;22:303-310.

305. de Moura RS, Miranda DZ, Pinto AC, Sicca RF, Souza MA, Rubenich LM, Carvalho LC, Rangel BM, Tano T, Madeira SV, Resende AC. Mechanism of the endo-thelium-dependent vasodilation and the antihypertensive effect of Brazilian red wine. J Cardiovasc Pharmacol 2004;44:302-309.

306. Zhang Y, Jayaprakasam B, Seeram NP, Olson LK, DeWitt D, Nair MG. Insulin secretion and cyclo-oxygenase enzyme inhibition by cabernet sauvignon grape skin compounds. J Agric Food Chem 2004;52:228-233.

307. Szewczuk LM, Forti L, Stivala LA, Penning TM. Resveratrol is a peroxidase-mediated inactivator of COX-1 but not COX-2: a mechanistic approach to the design of COX-1 selective agents. J Biol Chem 2004;279:22727-22737.

308. Blanco AM, Pascual M, Valles SL, Guerri C. Ethanol-induced iNOS and COX-2 expression in cultured astro-cytes via NF-kappa B. Neuroreport 2004;15:681-685.

309. Gentry RT, Baraona E, Amir I, Roine R, Chayes ZW, Sharma R, Lieber CS. Mechanism of the aspirin-induced rise in blood alcohol levels. Life Sci 1999;65:2505-2512.

310. Kaufman DW, Kelly JP, Wiholm BE, Laszlo A, Sheehan JE, Koff RS, Shapiro S. The risk of acute major upper gastrointestinal bleeding among users of aspirin and ibuprofen at various levels of alcohol consumption. Am J Gastroenterol 1999;94:3189-3196.

311. Ibuki T, Matsumura K, Yamazaki Y, Nozaki T, Tanaka Y, Kobayashi S. Cyclooxygenase-2 is induced in the endothelial cells throughout the central nervous system during carrageenan-induced hind paw inflammation; its possible role in hyperalgesia. J Neurochem 2003;86:318-328.

312. Tauman R, Ivanenko A, O'Brien LM, Gozal D. Plasma C-reactive protein levels among children with sleep-disordered breathing. Pediatrics 2004;113:e564-e569.

313. Okita K, Nishijima H, Murakami T, Nagai T, Morita N, Yonezawa K, Iizuka K, Kawaguchi H, Kitabatake A. Can exercise training with weight loss lower serum C-reactive protein levels? Arterioscler Thromb Vasc Biol 2004;24:1868-1873.

314. Nakatani K, Yamakuni T, Kondo N, Arakawa T, Oosawa K, Shimura S, Inoue H, Ohizumi Y. gamma-Mangostin inhibits inhibitor-kappaB kinase activity and decreases lipopolysaccharide-induced cyclooxygenase-2 gene expression in C6 rat glioma cells. Mol Pharmacol 2004;66:667-674.

315. Meisel C, Johne A, Roots I. Fatal intracerebral mass bleeding associated with *Ginkgo biloba* and ibuprofen. Atherosclerosis 2003;167:367.

316. Yagi A, Kabash A, Okamura N, Haraguchi H, Moustafa SM, Khalifa TI. Antioxidant, free radical scavenging and anti-inflammatory effects of aloesin derivatives in *Aloe vera*. Planta Med 2002;68:957-960.

317. Lee A, Chui PT, Aun CS, Gin T, Lau AS. Possible interaction between sevoflurane and *Aloe vera*. Ann Pharmacother 2004;38:1651-1654.

# Plaintiffs' Response re FOSSLIEN

# Footnote 6 of 28

■ ORIGINAL CONTRIBUTION

# Adverse Upper Gastrointestinal Effects of Rofecoxib Compared With NSAIDs

Michael J. Langman, MD

Dennis M. Jensen, MD

Douglas J. Watson, PhD

Sean E. Harper, MD

Peng-Liang Zhao, PhD

Hui Quan, PhD

James A. Bolognese, MS

Thomas J. Simon, MD

TWO ISOFORMS OF CYCLOOXY-genase (COX), COX-1 and COX-2,[1-4] catalyze human prostaglandin synthesis. Almost all currently available nonsteroidal anti-inflammatory drugs (NSAIDs) inhibit both COX isoforms.[5] COX-1 is constitutively expressed and generates prostaglandins believed to be involved in gastrointestinal (GI) mucosal protection,[6] while COX-2 is induced at sites of inflammation throughout the body and generates prostaglandins that mediate inflammation and pain.[7] Therefore, the anti-inflammatory effects of NSAIDs appear to be mediated via inhibition of COX-2,[8] while the deleterious GI effects, a significant source of morbidity and mortality, are believed to occur primarily via inhibition of COX-1.[5] These GI-related adverse effects (AEs)[9-11] are estimated to be responsible for 107 000 hospitalizations and 16 500 deaths annually in the United States alone.[12]

Rofecoxib (Vioxx, Merck & Co, Inc, Whitehouse Station, NJ) specifically inhibits COX-2[13,14]; at dosages of up to 375 mg/d for 12 days[15] and up to 1000 mg in single doses,[13] it had no effect on COX-1 isoenzyme activity. In

See also pp 1921 and 1961.

**Context** Nonsteroidal anti-inflammatory drug (NSAID)–induced gastrointestinal (GI) toxic effects, such as upper GI tract perforations, symptomatic gastroduodenal ulcers, and upper GI tract bleeding (PUBs), are thought to be attributable to cyclooxygenase 1 (COX-1) inhibition. Rofecoxib specifically inhibits COX-2 and has demonstrated a low potential for causing upper GI injury.

**Objective** To compare the incidence of PUBs in patients with osteoarthritis treated with rofecoxib vs NSAIDs.

**Design** Prespecified analysis of all 8 double-blind, randomized phase 2b/3 rofecoxib osteoarthritis trials conducted from December 1996 through March 1998, including one 6-week dose-ranging study, two 6-week efficacy studies vs ibuprofen and placebo, two 1-year efficacy studies vs diclofenac, two 6-month endoscopy studies vs ibuprofen and placebo, and one 6-week efficacy study vs nabumetone and placebo.

**Setting** Multinational sites.

**Participants** Osteoarthritis patients (N = 5435; mean age, 63 years [range, 38-94 years]; 72.9% women).

**Interventions** Rofecoxib, 12.5, 25, or 50 mg/d (n = 1209, 1603, and 545, respectively, combined) vs ibuprofen, 800 mg 3 times per day (n = 847), diclofenac, 50 mg 3 times per day (n = 590); or nabumetone, 1500 mg/d (n = 127) (combined).

**Main Outcome Measure** Cumulative incidence of PUBs for rofecoxib vs NSAIDs, based on survival analysis of time to first PUB diagnosis, using PUBs that met prespecified criteria judged by a blinded, external adjudication committee.

**Results** The incidence of PUBs over 12 months was significantly lower with rofecoxib vs NSAIDs (12-month cumulative incidence, 1.3% vs 1.8%; P = .046; rate per 100 patient-years, 1.33 vs 2.60; relative risk, 0.51; 95% confidence interval, 0.26-1.00). The cumulative incidence of dyspeptic GI adverse experiences was also lower with rofecoxib vs NSAIDS over 6 months (23.5% vs 25.5%; P = .02), after which the incidence rates converged.

**Conclusion** In a combined analysis of 8 trials of patients with osteoarthritis, treatment with rofecoxib was associated with a significantly lower incidence of PUBs than treatment with NSAIDs.

*JAMA. 1999;282:1929-1933*                    www.jama.com

vitro studies of rofecoxib showed no significant effect on prostaglandin synthesis in human gastric biopsies.[16] In addition, rofecoxib demonstrated low potential for GI injury (at dosages of 25 and 50 mg/d) as measured by intestinal permeability[17] and fecal red blood cell loss,[18] and by assessment of endoscopic gastroduodenal mucosal injury in both healthy volunteers (at 250

**Author Affiliations:** Department of Medicine, University of Birmingham, Birmingham, England (Dr Langman); Department of Medicine, University of California, Los Angeles Center for the Health Sciences (Dr Jensen); and Merck Research Laboratories, Merck & Co Inc, West Point, Pa (Drs Watson, Harper, Zhao, Quan, Simon, and Mr Bolognese).
**Financial Disclosures:** Drs Langman and Jensen are consultants to Merck & Co Inc. Drs Watson, Harper, Zhao, Quan, and Simon and Mr Bolognese are employees of Merck & Co Inc.
**Corresponding Author:** Michael J. Langman, MD, University of Birmingham, Department of Medicine, Birmingham B15 2TH, England.
**Reprints:** Douglas J. Watson, PhD, Merck Research Laboratories, 10 Sentry Pkwy (BL1-7), Blue Bell, PA 19422.

©1999 American Medical Association. All rights reserved.

Downloaded from www.jama.com by LinMoen, on June 23, 2006

mg/d)[19] and patients with osteoarthritis (at 25 and 50 mg/d).[20]

This study was a planned, blinded, combined analysis of 8 randomized, double-blind, phase 2b/3 clinical trials performed from December 1996 through March 1998 of rofecoxib inpatients with osteoarthritis to examine the incidence of upper GI perforations, symptomatic gastroduodenal ulcers, and upper GI bleeding (PUBs). We hypothesized that the incidence of PUBs would be lower with rofecoxib (12.5-, 25-, and 50-mg combined treatment groups) than with NSAIDs (ibuprofen, diclofenac, and nabumetone combined treatment groups).

## METHODS

The plan used to analyze the incidence of PUBs with rofecoxib compared with NSAIDs was prespecified. PUBs are rare and large numbers of patients are necessary to evaluate the rate of incidence with precision; therefore, in this analysis, we pooled patients from all 8 phase 2b/3 osteoarthritis trials of rofecoxib and their blinded extensions (TABLE 1). All patients gave signed informed consent and an institutional review board approved each study.

The analysis plan prespecified that patients with asymptomatic ulcers diagnosed within a 7-day window surrounding the scheduled procedure dates in the 2 surveillance endoscopy studies would be excluded from the analysis. Eleven additional patients with asymptomatic ulcers confirmed by investigators to have been detected at surveillance endoscopies scheduled outside the 7-day window for a variety of reasons were also excluded.

Investigators were instructed to report all laboratory and clinical AEs, including upper GI dyspepsia and PUBs, that occurred during treatment and within 14 days of study drug discontinuation. In all studies, a final patient contact and/or evaluation was scheduled for the 14th day following study completion or study drug discontinuation. Patients were followed up in each study until final evaluation after completion of study therapy or after early discontinuation for any reason (eg, diagnosis of PUB, other AE, lack of treatment efficacy, withdrawal of consent), death, or loss to follow-up.

Clinical source documentation for suspected PUBs was reviewed by a blinded, external adjudication committee. Only PUBs judged as confirmed, according to prespecified definitions (TABLE 2), were analyzed. PUBs that occurred more than 14 days after the last dose of study drug were not included in the analysis (as prespecified).

Adverse events, including PUBs, were coded blind to treatment with a standard automated dictionary that classified AEs into broader categories grouped by body system. We also compared discontinuations due to any GI AE and discontinuations due to a prespecified subset of GI AEs typical of upper GI symptoms associated with NSAIDs.[21-23] The latter category (hereafter referred to as "dyspeptic-type GI AEs") consists of all AEs mapped by the dictionary to the categories of acid reflux, dyspepsia, epigastric discomfort, heartburn, nausea, or vomiting.

Analyses were based on all patients treated in the 8 trials, with exceptions as follows. Patients from the placebo and 5-mg rofecoxib groups of Protocol 029 (Table 1) were switched after 6 weeks to diclofenac, 12.5 mg of rofecoxib, or 25 mg of rofecoxib in an extension phase. Similarly, patients from the placebo group of Protocol 058 were switched after 6 weeks to nabumetone, 12.5 mg of rofecoxib, or 25 mg of rofecoxib in an extension phase. To avoid doublecounting patients in the analyses, it was prespecified that the data from patients randomized to the placebo or 5-mg rofecoxib groups in the 6-week placebo-

**Table 1.** Features of Studies Included in the Combined Analysis

| Protocol No. | Design | Duration* | Treatments Assessed | Total No. of Patients |
|---|---|---|---|---|
| 029 | Randomized, double-blind, placebo-controlled, parallel-group, dose range in patients with knee or hip osteoarthritis | 6 Weeks plus extensions up to 2 years | Placebo (first 6 weeks) Rofecoxib (plus diclofenac in extensions) | 571† |
| 033/040 | Twin US and multinational studies: randomized, double-blind, active- and placebo-controlled, parallel-group, safety and efficacy in patients with knee or hip osteoarthritis | 6 Weeks | Placebo Rofecoxib Ibuprofen | 1545 |
| 034/035 | Twin US and multinational studies: randomized, double-blind, active comparator-controlled, parallel-group, safety and efficacy in patients with knee or hip osteoarthritis | 1 Year plus extension of 1 year | Rofecoxib Diclofenac | 1477 |
| 044/045 | Twin US and multinational studies: randomized, double-blind, active- and placebo-controlled, parallel-group, endoscopic surveillance in patients with osteoarthritis | 6 Months (placebo treatment stopped at 4 months) | Placebo Rofecoxib Ibuprofen | 1517 |
| 058 | Randomized, double-blind, active- and placebo-controlled, parallel-group, efficacy, safety and tolerability in patients aged 80 years and older with knee and hip osteoarthritis | 6 Weeks with extension of 6 months | Placebo (first 6 weeks) Rofecoxib Nabumetone | 325‡ |

*Patients were eligible to voluntarily continue treatment in extensions on completion of study.
†There were 101 patients (54 receiving placebo and 47 receiving 5-mg rofecoxib) enrolled in this study who did not continue into extensions and were excluded from the analysis (see "Methods"). No upper gastrointestinal perforations, symptomatic gastroduodenal ulcers, and upper gastrointestinal bleeding (PUBs) occurred in these patients.
‡Sixteen placebo patients who did not continue into extensions were excluded from the analysis (see "Methods"). No PUBs occurred in these patients.

©1999 American Medical Association. All rights reserved.

Downloaded from www.jama.com by LinMoen, on June 23, 2006

controlled phase of both studies would be excluded from analyses, while the data from these patients' extension phase would be included. However, 117 such patients (2.1% of the total population) did not continue into extensions or did not have extension data at the time of the analysis and were therefore excluded.

A survival analysis of the time to first PUB diagnosis date was used for between-treatment comparisons. This method is appropriate because it takes into account the varying lengths of treatment in the 8 studies. For PUBs diagnosed in inpatients, the hospital admission date was used as the diagnosis date. For PUBs diagnosed in outpatients, the date of the diagnostic procedure or clinical observation was used. The log-rank test was the primary method used to compare time-to-first-event distributions between groups. The cumulative incidence difference between rofecoxib and NSAIDs was assessed at 6 weeks and at 4, 6, 12, and 24 months, using the method of Breslow and Crowley.[24] Results are reported at 4 months (maximum duration of placebo) and 12 months (no PUBs occurred beyond 12 months). Differences between groups were considered significant when $P < .05$. The Cox proportional hazards model was used to estimate overall relative risks (RRs) and 95% confidence intervals (CIs) of rofecoxib vs NSAIDs. Treatment by type of protocol interactions were evaluated in the Cox model. Analyses stratified by type of protocol and analyses in which each type of protocol was removed from the analysis 1 at a time were performed to assess possible confounding.

## RESULTS

The analysis included 5435 patients. Of these, 3357 patients were treated with rofecoxib (1209, 1603, and 545 patients received 12.5, 25, and 50 mg, respectively, once daily), 1564 patients were treated with NSAIDs (847 received ibuprofen, 800 mg 3 times daily; 590 received diclofenac, 50 mg 3 times daily; and 127 received nabumetone, 1500 mg once daily) and 514 patients were treated with placebo. Total patient-years of exposure were 1428, 615, and 112, in the rofecoxib, NSAID, and placebo groups,

respectively. The average dosage of rofecoxib was 24.7 mg once daily.

There were no clinically meaningful differences in baseline characteristics between groups (TABLE 3). Mean age overall was 63 years (range, 38-94 years); 45% of patients were 65 years or older, and 73% were women. Most (90%) patients had previously used NSAIDs for their osteoarthritis. Approximately 10% of the patients in each group had a prior medical history of PUB.

Rofecoxib was generally well tolerated and fewer patients overall discontinued rofecoxib compared with the NSAIDs (TABLE 4). 9.4% of rofecoxib

patients vs 10.7% of NSAID patients discontinued the study drug because of any clinical AE, and 3.5% of the rofecoxib patients discontinued the study drug due to a GI AE, compared with 4.8% of NSAID patients (Table 4). The cumulative incidence of dyspeptic-type GI AEs up to 6 months was significantly lower with rofecoxib than with NSAIDs (23.5% vs 25.5%; $P = .02$), after which the incidence rates converged. The 12-month cumulative incidences of study drug discontinuation due to GI AEs were 5.7% vs 7.8% for the rofecoxib and NSAID groups. The difference was significantly lower ($P = .02$) in the rofe-

**Table 2.** Definitions and Adjudication Criteria for Upper Gastrointestinal (GI) Perforations, Gastroduodenal Ulcers, and GI Bleeding*

| Event | Criteria for Confirmed Event |
|---|---|
| Gastric or duodenal perforation | Report of gastric or duodenal perforation confirmed by 1 or more of the following: (1) endoscopy, (2) surgery, (3) unequivocal radiographic results consistent with free intraperitoneal air or extravasation of contrast media, and (4) autopsy |
| Development of active gastric ulcer or duodenal ulcer | Report of gastric ulcer or duodenal ulcer confirmed by 1 or more of the following: (1) endoscopy, (2) surgery, (3) unequivocal radiological evidence of active gastric ulcer or duodenal ulcer on upper GI series with contrast, and (4) autopsy |
| Development of clinically significant upper GI (esophageal, gastric, or duodenal) hemorrhage | Report of upper GI hemorrhage fulfilling 1 or more of the following: (1) physician-documented frank hematemesis (distinguished from blood-tinged or streaked emesis); (2) physician-documented frank melena (distinguished from other dark stool, eg, that due to bismuth salts); (3) heme-positive stool associated with a documented upper GI lesion judged to be the source of the bleeding; and (4) active upper GI bleeding documented by endoscopy or angiography |

**Table 3.** Baseline Patient Characteristics*

| Characteristic | Placebo (n = 514) | Rofecoxib (n = 3357) | NSAID (n = 1564) | Total (N = 5435) |
|---|---|---|---|---|
| Mean age (range), y | 61.9 (40-87) | 63.3 (38-94) | 64.0 (38-92) | 63.3 (38-94) |
| Women | 74.1 | 72.8 | 72.9 | 72.9 |
| Race/ethnicity | | | | |
| White | 76.5 | 80.6 | 80.9 | 80.3 |
| Hispanic | 15.8 | 12.3 | 12.9 | 12.8 |
| Black | 5.5 | 5.5 | 4.6 | 5.2 |
| Other | 2.2 | 1.6 | 1.6 | 1.7 |
| Smoker | 47.3 | 43.9 | 44.0 | 44.3 |
| Prior history of PUB† | 9.7 | 10.3 | 10.0 | 10.1 |
| Positive *Helicobacter pylori* infection‡ | 44.5 | 43.2 | 41.0 | 42.9 |
| Prior osteoarthritis therapy§ | | | | |
| Acetaminophen | 11.2 | 9.6 | 9.6 | 9.7 |
| NSAID | 88.8 | 90.4 | 90.4 | 90.3 |

*Data are presented as percentages unless otherwise indicated. PUB indicates upper gastrointestinal (GI) perforations, symptomatic gastroduodenal ulcers, and upper GI bleeding; NSAID, nonsteroidal anti-inflammatory drug.
†N = 4864; Protocol 029 was excluded because GI history data were not collected.
‡N = 1517; data are from Protocols 044/045 only; infection based on positive baseline rapid urease test results or histopathology.
§N = 3022; data are from Protocols 033/040 and 034/035 only.

©1999 American Medical Association. All rights reserved.

Downloaded from www.jama.com by LinMoen, on June 23, 2006

ADVERSE GI EFFECTS OF ROFECOXIB VS NSAIDS

coxib group compared with the NSAID group over 12 months (8.2 vs 12.0 per 100 patient-years, respectively; RR = 0.70; 95% CI, 0.52-0.94).

Forty-nine potential PUBs were submitted by investigators and adjudicated; 5 (3 in the rofecoxib and 2 in the NSAID group) did not meet the prespecified case definition because they occurred more than 14 days after study drug discontinuation. Of the remaining 44 cases, 38 (19 in the rofecoxib, 16 in the NSAID, 3 in the placebo group) were adjudicated as having at least 1 confirmed PUB, and 6 (all in the NSAID group) were adjudicated as having un-

confirmed PUBs. Nine patients had more than 1 PUB (2, 3, and 4 in the placebo, placebo, refecoxib, and NSAID groups respectively); all of these patients had 2 PUBs each, except for 1 patient (NSAID group) with 3 PUBs. Only the first PUB in a given patient was included in the analysis. There were no PUBs during the small amount of patient exposure (25 patient-years) to nabumetone in the 1 study that included this treatment.

The cumulative incidence of confirmed PUBs over 12 months with rofecoxib was significantly lower (1.3% vs 1.8%, $P = .046$) than with NSAIDs (FIGURE). The rates per 100 patient-

years over 12 months were 1.33 and 2.60 for rofecoxib and NSAIDs, respectively. The overall RR over 12 months for rofecoxib vs NSAIDs was 0.51 (95% CI, 0.26-1.00). Analyses stratified by type of protocol yielded very similar results to the unstratified analyses (RR = 0.53; 95% CI, 0.27-1.03; $P = .06$), and analyses that sequentially removed each protocol type also yielded consistent results, demonstrating a lack of confounding by type of protocol. No statistically significant treatment by type of protocol interaction was present ($P > .10$) in the unstratified Cox model. The difference between rofecoxib and NSAIDs in the incidence of confirmed PUBs became statistically significant as early as 6 weeks (RR for rofecoxib vs NSAIDs, 0.21; 95% CI, 0.06-0.67; $P = .004$), and remained so up to 12 months.

In analyses confined to placebo-controlled protocols, which were up to 4 months in duration, the cumulative incidence rates of confirmed PUBs were 0.9%, 0.9%, and 1.6% for placebo, rofecoxib, and NSAIDs, respectively. The corresponding rates per 100 patient-years over 4 months were 2.68, 2.50, and 7.21. The RR over 4 months for NSAIDs vs placebo was 2.50 (95% CI, 0.68-9.24), while that for rofecoxib vs placebo was 0.94 (95% CI, 0.25-3.60).

## COMMENT

Because PUBs are rare, we carried out a prespecified analysis of data obtained from 8 randomized, double-blind phase 2b/3 osteoarthritis trials with rofecoxib to determine whether COX-2 specific inhibition would be associated with a lower incidence of PUBs than nonspecific COX inhibition. The combined population included patients at high risk of PUBs (eg, those with a history of PUB and/or age ≥65 years), as reported previously.[25] The analysis demonstrated a significantly lower incidence of confirmed PUBs with rofecoxib than with NSAIDs over 12 months. In addition, the total rate of study drug discontinuations due to GI AEs was significantly lower in the group receiving rofecoxib than in the group receiving NSAIDs.

**Table 4.** Exposure to Study Drug and Number of Patients Who Completed and Who Were Discontinued From the Study Populations*

|  | Placebo (n = 514) | Rofecoxib (n = 3357) | NSAID (n = 1564) | Total (N = 5435) |
|---|---|---|---|---|
| Total patient-years of exposure | 112 | 1428 | 615 | ... |
| Mean patient-years of exposure per patient | 0.22 | 0.43 | 0.39 | ... |
| Completed | 383 (74.5) | 2323 (69.2) | 984 (62.9) | 3690 (67.9) |
| Discontinued, total | 131 (25.5) | 1034 (30.8) | 580 (37.1) | 1745 (32.1) |
|   Clinical adverse experience | 24 (4.7) | 317 (9.4) | 168 (10.7) | 509 (9.4) |
|   Digestive system clinical adverse experience | 8 (1.6) | 118 (3.5) | 75 (4.8) | 201 (3.7) |
|   Laboratory adverse experience | 2 (0.0) | 20 (0.6) | 41 (2.6) | 63 (1.2) |
|   Lack of efficacy | 45 (8.8) | 296 (8.8) | 113 (7.2) | 454 (8.4) |
|   Study end point in endoscopy trials† | 15 (2.9) | 64 (1.9) | 127 (8.1) | 206 (3.8) |
|   Other‡ | 45 (8.8) | 337 (10) | 131 (8.4) | 513 (9.4) |

*Data are presented as number (percentage) unless otherwise indicated. NSAID indicates nonsteroidal anti-inflammatory drug.
†End point was development of gastroduodenal ulcer during surveillance; category also includes 19 patients who discontinued the study due to development of gastroduodenal erosions.
‡Includes patients who were lost to follow-up, moved, withdrew consent, or deviated from protocol.

**Figure.** 12-Month Survival Analysis of Confirmed Upper Gastrointestinal (GI) Perforations, Symptomatic Ulcers, and Upper GI Bleeding by Combined Treatment Groups



Relative risk with rofecoxib vs nonsteroidal anti-inflammatory drugs (NSAIDs) is 0.51 (95% confidence interval, 0.26-1.00; $P = .046$ by log-rank test).

©1999 American Medical Association. All rights reserved.

Downloaded from www.jama.com by LinMoen, on June 23, 2006

The analysis has particular strengths. It was prospectively designed and used prespecified adjudication criteria, hypotheses, and data analysis plans, and an external, blinded committee adjudicated all reported PUBs. It included all phase 2b/3 osteoarthritis trials of rofecoxib and a broad range of patients, including those with prior PUB history. The primary hypothesis involved a biologically meaningful comparison of GI safety with COX-2 specific inhibition vs nonspecific COX-1/COX-2 inhibition, and the doses of NSAID comparators for the included studies were chosen to be within the clinical dose range for treatment of osteoarthritis. The average dosage of rofecoxib in this study was 24.7 mg/d, which corresponds to the highest recommended daily dose (25 mg) for osteoarthritis. Both the 12.5-mg and 25-mg doses of rofecoxib have been shown, using prespecified criteria, to be therapeutically equivalent, in terms of osteoarthritis symptom relief, to the doses of the main comparator NSAIDs (diclofenac and ibuprofen) used in this study.[26,27] The analytic methods took account of the varying lengths of the studies. Analyses stratified by type of protocol demonstrated that difference in study design was not a confounding variable in the assessment of PUB risk with treatment. Statistical tests of treatment by type of protocol interaction in the unstratified COX model indicated that the assumption of a common RR was appropriate. Because PUBs are uncommon, there were generally too few within any 1 study to provide precise study-specific RR estimates. However, the variation that did occur was compatible with the assumption of a common, study-specific incidence rate ratio. Analyses in which each type of protocol was removed from the analysis 1 at a time showed consistent results.

The analysis also had limitations. First, there were only enough patient-years of exposure to compare pooled rofecoxib and NSAID comparators, rather than individual treatments. Second, inclusion of studies with scheduled endoscopies mandated in their protocols may have caused a bias against

rofecoxib. Patients in these studies were systematically discontinued from treatment when they developed endoscopically evident gastroduodenal ulcers 3 mm or more in diameter, and a much higher rate of endoscopically detected ulceration was observed in the ibuprofen than in the rofecoxib group.[21] If patients discontinued from the study had greater potential to develop a PUB (eg, because of an endoscopic ulcer or a prior history of PUB), then the inclusion of these 2 studies may have reduced the observed incidence of PUBs in the ibuprofen groups.

Our analysis shows that COX-2 specific inhibition with rofecoxib was associated with a significantly lower risk of PUBs relative to NSAIDs. These findings are consistent with the results of studies of intestinal permeability,[17] fecal red blood cell loss,[18] and upper GI endoscopy[19,20] with rofecoxib and indicate that risks of GI toxic effects associated with NSAIDs can be reduced by COX-2 specific inhibition.

**Funding/Support:** This work was supported by Merck & Co Inc, Whitehouse Station, NJ.

**Acknowledgment:** We thank Marie R. Griffin, MD, Department of Preventive Medicine, Vanderbilt University School of Medicine, Nashville, Tenn, for her leadership as chair of the Clinical Event Case Review Committee and for her thoughtful review and critique of the manuscript. We also thank Maryanne Plesher, MS, and Carrie Schmidt, BA, for their assistance in conducting the study.

## REFERENCES

1. Crofford LJ, Wilder RL, Ristimaki AP, et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. *J Clin Invest.* 1994;93:1095-1101.
2. Hla T, Neilson K. Human cyclooxygenase-2 cDNA. *Proc Natl Acad Sci U S A.* 1992;89:7384-7388.
3. Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthetase in cultured epithelial cells. *J Biol Chem.* 1992; 267:21438-21445.
4. Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthetase in rat preovulatory follicles. *J Biol Chem.* 1992;267: 11586-11592.
5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. *Sleisenger and Fordtran's Gastrointestinal and Liver Disease.* 6th ed. Philadelphia, Pa: WB Saunders Co; 1998:343-357.
6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other nonsteroidal anti-inflammatory drugs. *J Biol Chem.* 1993; 268:6610-6614.
7. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. *Ann Clin Lab Sci.* 1998;28:67-81.

8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. *Proc Natl Acad Sci U S A.* 1993;90:11693-11697.
9. Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. *Ann Intern Med.* 1988;109:359-363.
10. Langman MJ, Weil J, Wainwright P, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. *Lancet.* 1994;343: 1075-1078.
11. Somerville K, Faulkner G, Langman MJ. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. *Lancet.* 1986;1:462-464.
12. Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy [review]. *Am J Med.* 1998;105(suppl 1B):31S-38S.
13. Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. *Clin Pharmacol Ther.* 1999;65:336-347.
14. Brideau C, Kargman S, Liu S, et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. *Inflamm Res.* 1996; 45:68-74.
15. Depre M, Ehrich E, De Lepeleire I, et al. Demonstration of specific COX-2 inhibition by MK-966 (vioxx) in humans with supratherapeutic doses [abstract]. *Rheum Europe.* 1998;27(suppl 2):196.
16. Cryer B, Gottesdiener K, Gertz B, et al. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [abstract]. *Am J Gastroenterol.* 1996;91:1907
17. Bjarnason I, Sigthorsson G, Crane R, et al. COX-2 specific inhibition with MK-0966:25 or 50 mg Q.D. does not increase intestinal permeability [abstract]. *Am J Gastroenterol.* 1998;93:1670.
18. Hunt R, Bowen B, James C, et al. COX-2 specific inhibition with MK-0966:25 or 50 mg Q.D. over 4 weeks does not increase fecal blood loss [abstract]. *Am J Gastroenterol.* 1998;93:1671.
19. Lanza F, Simon T, Quan H, et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg Q.D.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg Q.I.D or ibuprofen (IBU) 800 mg T.I.D. [abstract]. *Gastroenterology.* 1998;112:A194.
20. Laine L, Hawkey C, Harper S, et al. Effect of the COX-2 specific inhibitor C-2SI) rofecoxib on ulcer formation [abstract]. *Gastroenterology.* 1999;116:A229.
21. Barner A. Review of clinical trials and benefit/risk ratio of meloxicam. *Scand J Rheumatol.* 1996;25 (suppl 102):29-37.
22. US package circular: Cataflam/Voltaren/Voltaren X-R. In: *Physicians' Desk Reference.* Montvale, NJ: Medical Economics Co; 1999:2001-2004.
23. US package circular: Motrin. In: *Physicians' Desk Reference.* Montvale, NJ: Medical Economics Co; 1999: 1674-1678.
24. Breslow N, Crowley J. A large sample study of the life table and product limit estimates under random censorship. *Ann Stat.* 1974;2:437-453.
25. Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. *Ann Intern Med.* 1995;123:241-249.
26. Saag K, Fisher C, McKay J, et al. MK-0966, a specific COX-2 inhibitor has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial [abstract]. *Arthritis Rheum.* 1998;41:S196.
27. Cannon G, Caldwell J, Holt P, et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a 26-week controlled clinical trial [abstract]. *Arthritis Rheum.* 1998;41:S196.

©1999 American Medical Association. All rights reserved.

Downloaded from www.jama.com by LinMoen, on June 23, 2006

# Plaintiffs' Response re FOSSLIEN

# Footnote 7 of 28

ARTHRITIS & RHEUMATISM
Vol. 43, No. 2, February 2000, pp 370-377
© 2000, American College of Rheumatology

370

# COMPARISON OF THE EFFECT OF ROFECOXIB
## (A CYCLOOXYGENASE 2 INHIBITOR), IBUPROFEN, AND PLACEBO
## ON THE GASTRODUODENAL MUCOSA
## OF PATIENTS WITH OSTEOARTHRITIS

### A Randomized, Double-Blind, Placebo-Controlled Trial

CHRISTOPHER HAWKEY, LOREN LAINE, THOMAS SIMON, ANDRE BEAULIEU,
JOSE MALDONADO-COCCO, EDUARDO ACEVEDO, ADITI SHAHANE, HUI QUAN,
JAMES BOLOGNESE, and ERIC MORTENSEN, for the ROFECOXIB OSTEOARTHRITIS
ENDOSCOPY MULTINATIONAL STUDY GROUP

*Objective.* This randomized, double-blind study tested the hypothesis that rofecoxib, a drug that specifically inhibits cyclooxygenase 2, would cause fewer gastroduodenal ulcers than ibuprofen (in a multicenter trial), and its side effects would be equivalent to those of placebo (in a prespecified analysis combining the results with another trial of identical design).

*Methods.* Seven hundred seventy-five patients with osteoarthritis were randomized to receive rofecoxib at a dosage of 25 mg or 50 mg once daily, ibuprofen 800 mg 3 times daily, or placebo. Gastroduodenal ulceration was assessed by endoscopy at 6, 12, and (for active treatment) 24 weeks. The primary and secondary end points were the incidence of gastroduodenal ulcers at 12 and 24 weeks, respectively.

*Results.* Ulcers were significantly less common ($P < 0.001$) following treatment with rofecoxib (25 mg or 50 mg) than with ibuprofen after 12 weeks (5.3% and 8.8% versus 29.2%, respectively) or 24 weeks (9.9% and

12.4% versus 46.8%, respectively). In the combined analysis, the 12-week ulcer incidence with 25 mg rofecoxib (4.7%) and with placebo (7.3%) satisfied prespecified criteria for equivalence.

*Conclusion.* At 2–4 times the therapeutically effective dose, rofecoxib caused fewer endoscopically detected ulcers than did ibuprofen. Rofecoxib at a dose of 25 mg (the highest dose recommended for osteoarthritis) satisfied prespecified criteria for equivalence to placebo.

Nonsteroidal antiinflammatory drug (NSAID)–induced gastrointestinal (GI) toxicity is considered to be among the most common drug-related, serious adverse experiences in industrialized nations, and causes significant morbidity, mortality, and socioeconomic burden (1–3). The annual incidence of clinically important GI complications may approach 2% in patients with rheumatoid arthritis or osteoarthritis (OA) (4–6). In endoscopy studies of patients taking NSAIDs regularly, a prevalence of gastroduodenal ulcers in the range of 15–30% has been reported (7). The detection of ulcers by endoscopic surveillance may help clinicians predict the frequency of drug-related perforations, ulcers, and GI bleeding (8), and the detection of endoscopic ulcers has served as a surrogate for the evaluation of the relative incidence of clinically significant GI events associated with drug treatment (9).

At therapeutic doses, all currently available NSAIDs inhibit both of the cyclooxygenase (COX) isoenzymes (COX-1 and COX-2) involved in prostaglandin

Christopher Hawkey, MD: University Hospital Queen's Medical Centre, Nottingham, UK; Loren Laine, MD: University of Southern California, Los Angeles; Thomas Simon, MD, Aditi Shahane, Hui Quan, James Bolognese, Eric Mortensen, MD: Merck Research Laboratories, West Point, Pennsylvania, and Merck & Company, Inc., Whitehouse Station, New Jersey; Andre Beaulieu, MD: Centre de Recherche Immunologie/Rhumatologie, Sainte-Foy, Quebec, Canada; Jose Maldonado-Cocco, MD: Instituto Municipal de Rehabilitacion Psicofisica, Buenos Aires, Argentina; Eduardo Acevedo, MD: Clinica San Felipe, Lima, Peru.

Address reprint requests to Eric Mortensen, MD, Merck Research Laboratories, Merck & Company, Inc., PO Box 4, BL 1-4, West Point, PA 19486.

Submitted for publication April 28, 1999; accepted in revised form October 5, 1999.

EFFECT OF ROFECOXIB ON THE GASTRODUODENAL MUCOSA                    371

synthesis (10). Tissue expression of the COX-1 isoform is constitutive, suggesting that this enzyme synthesizes prostanoids responsible for physiologic "housekeeping" functions including GI mucosal protection and vascular homeostasis (11). In contrast, COX-2 is induced at sites of inflammation and generates prostaglandins that are believed to mediate inflammation and pain (12). Therefore, the antiinflammatory effects of NSAIDs are believed to be mediated by inhibition of COX-2 (13,14), while the GI mucosal injury associated with these drugs is believed to occur primarily as a result of inhibition of COX-1 (10).

Evidence of physiologic distinctions between the 2 COX isoenzymes has prompted an assessment of whether drugs that specifically inhibit COX-2 activity at concentrations across the therapeutic dose range, without inhibition of COX-1, would demonstrate a reduced incidence of GI toxicity (15). In efficacy studies of rofecoxib, dosages of 12.5 mg to 25 mg once daily relieved the symptoms of OA and were comparable in efficacy to treatment with 800 mg ibuprofen 3 times daily (16–18). In a 6-month, double-blind, randomized, placebo-controlled trial in the US, the incidence of gastroduodenal ulcers detected endoscopically in patients with OA was significantly reduced in patients taking rofecoxib at 25 or 50 mg daily compared with ibuprofen at 800 mg 3 times daily (19).

In the present report, the results of a multinational trial with a design identical to that of the US trial, together with the results of a prespecified analysis of the data of both trials pooled (to give sufficient power), are presented to test the hypothesis that treatment with 25 mg of rofecoxib would produce a rate of gastroduodenal ulceration that was equivalent to the rate with placebo. (See Appendix A for a complete list of investigators.)

## PATIENTS AND METHODS

**Study populations.** Patients with OA who were ≥50 years old and required treatment for at least 6 months were considered eligible for study in both the multinational and the US trial. Patients were excluded if they had endoscopic evidence of erosive esophagitis, esophageal, gastric, or duodenal ulceration, or pyloric obstruction at baseline. Patients who had a history of ulcer, perforation, or GI hemorrhage were eligible to enter, as were patients with evidence at baseline endoscopy of active *Helicobacter pylori* infection or gastroduodenal erosions.

Patients were excluded if they had previously undergone upper GI surgery or if their medical record revealed inflammatory bowel disease, serum creatinine levels >2.0 mg/dl, an estimated creatinine clearance of ≤30 ml/minute, fecal occult blood, unstable medical disease, a history of

malignancy in the prior 5 years, pregnancy at the time of screening, cerebrovascular events in the prior 2 years, a bleeding diathesis, or a requirement for anticoagulant therapy, corticosteroids, ticlopidine, or aspirin. The protocol was approved by the institutional review board or ethical review committee for each center. All patients gave their written informed consent prior to entry into either study.

**Study design and treatment.** Two weeks after discontinuing treatment with NSAIDs, antisecretory medications, cytoprotective drugs, and antibiotics, patients underwent baseline endoscopy. Biopsy samples were obtained from the antrum (1 sample) and body (2 samples) for histologic evaluation for *H pylori* using the Genta stain. An additional antral sample was obtained for the rapid urease test. Patients were regarded as being infected with *H pylori* if any of the test results were positive.

Patients were randomly assigned to receive 16–24 weeks of either rofecoxib (MK-0966, Vioxx; Merck, West Point, PA) at 25 mg once daily, rofecoxib at 50 mg once daily, ibuprofen at 800 mg 3 times daily, or placebo. Blinding was maintained by use of a matching placebo for each study medication. Randomization was stratified by the presence or absence of a history of GI events (gastroduodenal ulcer, upper GI bleeding, or perforation). In order to allow for an anticipated lack of efficacy in the placebo group, 95% of patients taking placebo and 5% of patients in the other groups were randomly selected and discontinued from the trial in a blinded manner at week 16.

Patients were permitted to take supplied acetaminophen (up to 2,600 mg daily), non-NSAID pain medications, and supplied antacid (Gelusil or its local equivalent) as needed. They were not permitted to take non-study NSAIDs, aspirin, corticosteroids, anticoagulants, ticlopidine, $H_2$-receptor antagonists, sucralfate, prostaglandin analogs, proton-pump inhibitors, or unapproved antacids.

Throughout the study, patients were systematically monitored for the development of clinical and laboratory adverse experiences. Blood and urine specimens were collected at specified visits during the study, submitted to a central laboratory (Medical Research Laboratories, Highland Heights, KY) for analysis, and evaluated by study investigators for clinically significant abnormalities in the complete blood cell count, serum chemistry profile, or urinalysis findings.

**Study procedures.** Endoscopy was performed at baseline, at weeks 6, 12, and 24, and at times of unscheduled discontinuation. Endoscopy was also permitted, at the investigator's discretion, to evaluate moderate or severe upper GI symptoms lasting ≥2 days. An ulcer was defined as a mucosal break ≥3 mm with unequivocal depth. Ulcers were measured by close apposition of an endoscopic forceps with defined landmarks for dimensions. Patients who developed ulcers ≥3 mm were discontinued from the trial. An erosion was defined as a mucosal break of any size with no depth. At each endoscopy, gastroduodenal erosions were counted. A global assessment of disease was completed by each patient at each visit using a Likert scale from 0 (very well) to 4 (very poor) to measure OA symptoms. Compliance with study medication and use of supplied acetaminophen and Gelusil were assessed at each visit.

**Statistical analysis.** The primary end point was the incidence of gastroduodenal ulcers ≥3 mm. The secondary end point was the incidence of gastroduodenal ulcers ≥5 mm. The log-rank test was used for between-treatment comparisons of

372                                                                     HAWKEY ET AL



**Figure 1.** Multinational clinical trial profile. AE = adverse experience; LOE = lack of efficacy; Other = lost to followup, patient moved, patient withdrew consent, or protocol deviation.

erosions) were analyzed using an analysis of variance (ANOVA) model that incorporated factors for treatment GI history, study center, and covariate value of end point at baseline.

The study was designed to provide 95% power to detect a difference in the 12-week cumulative ulcer incidence between the rofecoxib or placebo groups and the ibuprofen group, assuming an incidence of 2.5% for the placebo and rofecoxib groups and 15% for the ibuprofen group. Because it was possible that the ulcer incidence with rofecoxib could be greater or less than that with ibuprofen, 2-sided testing was used. All differences between groups were considered significant when $P$ values were less than 0.05. The expected ulcer incidence was derived from previous studies that demonstrated gastroduodenal ulceration in as few as 15% of patients treated with 800 mg ibuprofen 3 times daily over 3 months (20), and that showed that misoprostol could reduce the cumulative crude incidence of gastroduodenal ulcers associated with NSAIDs to 2.5% over 3 months (21).

Data on adverse experiences were analyzed by applying the log-rank test to time-to-first-event data, to take into account the early discontinuation of patients who developed ulcers. Adverse experiences are presented as cumulative incidences up to week 18, the final visit for patients receiving placebo.

The following protocol violations were defined and identified before unblinding: <70% compliance with study drug (or no study drug in the 7 days immediately prior to endoscopy) and/or use of non study NSAIDs or GI medications (except antacids) for >2 days in the 7 days immediately preceding an endoscopy or on ≥15% of days since the prior endoscopy.

Although this study incorporated no hypotheses related to an assessment of OA efficacy, Likert scale scores were

incidence curves up to week 12 (primary) and week 24 (secondary). Increasing differences between 2 incidence curves over time (indicated by the plotting of survival curves) reflect the difference in the cumulative incidence rates at the last time point. No comparisons were prespecified or performed at week 6. Continuous variables (e.g., number of gastroduodenal

**Table 1.** Baseline characteristics of the study patients*

| Characteristic | Placebo | Rofecoxib 25 mg | Rofecoxib 50 mg | Ibuprofen |
|---|---|---|---|---|
| Number of patients | 194 | 195 | 193 | 193 |
| Female:male, % | 75:25 | 77:23 | 72:28 | 74:26 |
| Mean age (range), years | 62 (50–84) | 62 (50–85) | 61 (50–81) | 61 (49–89) |
| Age ≥65 years, % | 34.0 | 35.4 | 36.8 | 29.0 |
| Race, % | | | | |
| White | 69 | 69 | 67 | 69 |
| Black | 2 | 1 | 2 | 2 |
| Hispanic | 28 | 27 | 29 | 28 |
| Other | 1 | 3 | 2 | 1 |
| History of GI events, % | 9 | 12 | 16 | 13 |
| H pylori positive, % | 58 | 57 | 60 | 54 |
| Patient's global assessment of disease (scale 0–4), mean score | 2 | 2 | 2 | 2 |
| Presence of baseline gastroduodenal erosion(s), % | 12 | 18 | 9 | 20 |
| Tobacco use, % | 44 | 44 | 39 | 42 |
| Alcohol use by drinks/week, % | | | | |
| 0 | 59 | 66 | 63 | 61 |
| 1–4 | 23 | 24 | 23 | 25 |
| >4 | 13 | 10 | 14 | 14 |

* GI = gastrointestinal; H pylori = Helicobacter pylori.

Table 2. Cumulative incidence of ulcers detected on endoscopy, frequency of common adverse experiences, and disease status in the single multinational study*

| | Placebo | Rofecoxib | | Ibuprofen 800 mg 3 times daily |
| | | 25 mg | 50 mg | |
|---|---|---|---|---|
| Ulcers ≥3 mm | | | | |
| 12 weeks | 5.1 (0.8, 9.5) | 5.3 (1.9, 8.7) | 8.8 (4.6, 13.1) | 29.2 (22.2, 36.2)‡ |
| 24 weeks | NA | 9.9 (4.3, 15.4) | 12.4 (6.6, 18.3) | 46.8 (37.0, 56.6)† |
| Ulcers ≥5 mm | | | | |
| 12 weeks | 5.1 (0.8, 9.5) | 3.5 (0.7, 6.2) | 7.7 (3.7, 11.8) | 21.7 (15.2, 28.3)† |
| 24 weeks | NA | 6.8 (2.1, 11.5) | 9.2 (4.3, 14.1) | 37.8 (27.7, 47.9)† |
| Gastric ulcers ≥3 mm | | | | |
| 12 weeks | 5.1 | 4.2 | 5.5 | 27.2 |
| 24 weeks | NA | 6.9 | 9.2 | 45.3 |
| Duodenal ulcers ≥3 mm | | | | |
| 12 weeks | 0 | 1.7 | 4.2 | 5.1 |
| 24 weeks | NA | 3.8 | 4.2 | 5.1 |
| Erosions, mean change‡ | | | | |
| 12 weeks | −0.12 (−0.65, 0.42) | 0.17 (−0.35, 0.68) | 0.41 (−0.12, 0.94) | 3.15 (2.63, 3.66)‡ |
| 24 weeks | NA | 0.13 (−0.49, 0.74) | 0.76 (0.13, 1.39) | 3.13 (2.51, 3.74)† |
| Clinical adverse experiences (to week 18) | 77.7 | 80.1 | 82.9 | 80.0 |
| Epigastric discomfort | 11.6 | 14.4 | 13.7 | 24.7 |
| Heartburn | 8.7 | 16.2 | 8.8 | 12.7 |
| Diarrhea | 7.2 | 13.6 | 10.8 | 12.6 |
| Discontinuation (to week 18) due to | | | | |
| Clinical adverse experiences | 3.6 | 4.1 | 9.3 | 9.3 |
| Laboratory adverse experiences | 0 | 0.5 | 1.1 | 0 |
| Global disease status, mean change | −0.24 | −0.72 | −0.64 | −0.57 |

* Except where otherwise indicated, values are the percentage of patients. Cumulative incidence (based on the intention-to-treat life-table analysis) of endoscopic ulcer and the mean change in erosions are shown with 95% confidence intervals in parentheses. No hypotheses were prespecified regarding the incidence of gastric and duodenal ulcers separately in the protocol. NA = not applicable.
† $P < 0.001$ versus either dose of rofecoxib or placebo.
‡ Least squares mean change from baseline.

analyzed and the least-squares mean change from baseline, derived from ANOVA as described above, was assessed to provide an indication of between-group differences in disease activity with treatment.

**Comparison with placebo in a combined analysis of studies.** Data from the current study were pooled with those from an identically designed clinical trial conducted exclusively in the US (19). Comparability criteria were established prospectively to compare the ulcer incidences associated with 25 mg rofecoxib and placebo based on a combined analysis of the previously published study and the present trial. These were based on an estimated ulcer incidence with placebo or 25 mg rofecoxib of 2.5%, and 15% for the ibuprofen group. The criteria were that the 2 treatments would be considered equivalent if the 1-sided 95% confidence upper limit (the upper boundary of the 2-sided 90% confidence interval [90% CI]) of the difference in rates was <4%. Based on the planned sample sizes, it was estimated that if the observed 12-week ulcer incidence rate for placebo was 2.5%, comparability between placebo and 25 mg rofecoxib would be achieved with an observed treatment difference between treatment group rates of <1.64%. Because a protective effect of rofecoxib was not hypothesized, a 1-sided 95% confidence upper limit was used for analysis (i.e., no lower limit was used). However, both upper and lower (1-sided 95% or 2-sided 90%) confidence limits for the between-group difference in ulcer incidence are presented in the results for completeness.

To take into account possible differences between the 2 individual trials in this combined analysis, the results of the combined analysis were adjusted for study effect. The combined gastroduodenal ulcer incidence rates were calculated as an average of the individual study rates, weighted for sample size. The combined between-treatment differences and rate ratios were calculated similarly, but the reciprocals of their variances in each study were used as the weights (22). Combined rate differences are therefore not exactly equal to differences in the combined rates; similar considerations apply to rate ratios. To determine whether the risk of developing an ulcer increased over time with rofecoxib, a life-table analysis of combined ulcer rates was performed within the treatment groups, comparing the first with the second 3 months of treatment.

## RESULTS

**Patient characteristics.** Between March 1997 and August 1997, 1,045 patients at 36 research centers (5 US and 31 international sites) were screened, and 775 were enrolled (Figure 1). Treatment groups were similar at baseline with respect to age, sex, race, history of GI events, *H pylori* status, alcohol or tobacco use, severity of OA, and presence of gastroduodenal erosions (Table 1).