374                                                                                                    HAWKEY ET AL



**Figure 2.** Intention-to-treat life-table analysis of the cumulative incidence of gastroduodenal ulcers ≥3 mm in the placebo (n = 340), rofecoxib (n = 373 and n = 360 for 25 mg and 50 mg, respectively), and ibuprofen (n = 354) groups (combined US and multinational studies). Combined ulcer incidence rates for a treatment group were calculated as a weighted combination of the rates of the treatment from the individual studies using the sample sizes of the treatment groups from the individual studies. Due to the discontinuation of the placebo treatment group at week 16, only assessments of ulcer incidence for 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen were performed beyond this time.

Prior NSAID use within 30 days of the start of the study was reported by 49.4% of patients. Compliance with the study medication was >95% in all groups. Although this study was not designed to measure the efficacy of treatment in OA, all of the active treatment groups showed significant improvements in disease activity compared with the placebo group ($P < 0.001$), as assessed by patient global evaluation (Table 2).

**Incidence of ulcers and erosions.** As shown in Table 2, significantly fewer patients developed gastroduodenal ulcers in the group receiving either dose of rofecoxib than in the group receiving 800 mg ibuprofen 3 times daily. These differences were substantial and significant for both the primary comparison (all ulcers ≥3 mm at 12 weeks) and all secondary comparisons (including all ulcers ≥3 mm at 24 weeks and all ulcers ≥5 mm at 12 and 24 weeks) ($P < 0.001$ for all comparisons) (Table 2). Consistent results were also obtained from a comparison of the incidence of gastric ulcers ≥3 mm at 12 and 24 weeks. In addition to ulcers, there were also significantly more erosions with 800 mg ibuprofen 3 times daily than with either dose of rofecoxib ($P < 0.001$) (Table 2). One patient receiving placebo developed upper GI bleeding from a gastric ulcer and 1

patient receiving ibuprofen developed bleeding from gastroduodenal erosions.

**Adverse events.** There were no significant differences in the overall rates of, or in the rates of discontinuation for, clinical or laboratory adverse events (Table 2). Clinical adverse events in the digestive tract were most common, with epigastric discomfort, heartburn, and diarrhea representing the most commonly reported adverse events. A comparison of the incidence of serious clinical adverse experiences demonstrated no statistically significant differences between treatment groups; there were no serious adverse experiences according to laboratory measures.

**Analysis of combined study data.** The results of this multinational trial were combined with those of a trial of identical design conducted within the US (19). Between December 1996 and August 1997, that study enrolled 742 patients at 34 US sites. Patients were randomized to receive placebo, 25 mg rofecoxib, 50 mg rofecoxib, or 800 mg ibuprofen 3 times daily (177, 195, 186, and 183 patients, respectively). An assessment of the demographics for the US study revealed baseline characteristics similar to those obtained in the multinational trial, with statistical balance across the treatment groups: age (mean 62 years, 35.6% ≥65 years), sex (67.3% female), tobacco use (57%), severity of OA disease activity (mean patient global assessment of disease score of 2), and the presence of gastroduodenal



**Figure 3.** Differences between active treatment and placebo in the intention-to-treat life-table analysis of cumulative incidence rates for gastroduodenal ulcers ≥3 mm (combined US and multinational studies). Between-treatment differences are shown with the 90% confidence interval (90% CI). The clinical similarity boundaries for the difference in rates (4.0%) are indicated (- - - -).

erosions (13.0%). Compared with the US study, the population in the multinational study contained more patients with evidence of *H pylori* infection (26.7% versus 54.7%, respectively) and slightly fewer patients with a history of GI events (19.4% versus 11.1%, respectively).

A total of 1,516 patients participated in the 2 studies. Eighty-nine patients did not undergo treatment-phase endoscopy, leaving 1,427 patients in the combined intention-to-treat analysis of endoscopy data. There were 38 patients with protocol violations that occurred before the first valid treatment-phase evaluation, leaving 1,389 that were included in the per protocol analysis. A further 69 patients committed later protocol violations: per protocol data for these patients were censored from the time of violation.

As shown in Figure 2, the 12-week cumulative rates of gastroduodenal ulcers with both doses of rofecoxib were similar to those seen with placebo. The incidence of ulcers ≥3 mm with 25 mg rofecoxib was 4.69% compared with the incidence of 7.34% seen in patients taking placebo, with a difference between them of −2.3% (90% CI −5.8%, 1.2%) (Figure 3). This clearly satisfies the predefined criteria for determining that the level of gastroduodenal ulceration seen with 25 mg rofecoxib was equivalent to that seen with placebo. The ratio of rates of gastroduodenal ulcers (≥3 mm) with 25 mg rofecoxib versus placebo was 0.62 (90% CI 0.34, 1.11). When only ulcers ≥5 mm were considered, the difference in ulcer rates of −3.8% (90% CI −7.0%, −0.6%) between 25 mg rofecoxib and placebo also met the prespecified criteria for equivalence.

No equivalence criteria were prespecified for the incidence of ulcers with 50 mg rofecoxib relative to placebo. The 12-week cumulative incidence of gastroduodenal ulcers ≥3 mm in patients taking 50 mg rofecoxib was 8.07%, with a difference of +1.0% (90% CI −2.9%, 4.9%) compared with placebo. For ulcers ≥5 mm, the difference from placebo was 0.2% (90% CI −3.5%, 3.8%). Informal evaluation of the results shows that 50 mg rofecoxib would have satisfied the criteria for equivalence with placebo for ulcers ≥5 mm, but that the upper boundary of the difference was slightly higher than 4 percentage points (4.9%) when all ulcers ≥3 mm were included. Despite this, the ratio of rates of gastroduodenal ulcers (≥3 mm) with 50 mg rofecoxib versus placebo, 0.64 (90% CI 0.6, 1.7), was very close to 1.0. There were no significant differences in the incidence of ulcers or erosions between rofecoxib at either dose and placebo.

The gastroduodenal ulcer incidence with ibupro-fen was significantly higher than with either dose of rofecoxib or with placebo when all ulcers ≥3 mm were considered or when only those ≥5 mm were considered at the 12-week time point. In addition, the gastroduodenal ulcer incidence with ibuprofen was significantly higher than with rofecoxib at the 24-week time point (P < 0.001 for all comparisons) (Figure 2).

**Ulcer incidence during the first and second three months of treatments.** There was concern regarding whether the incidence of ulcers displayed any increase during the last 3 months compared with the first 3 months of endoscopy observations. The incidence of ulcers (≥3 mm) during the second 3 months of treatment with 25 mg rofecoxib was 5.0%, with a difference of 0.3% (90% CI −3.1%, 3.8%) from that seen in the first 3 months of treatment. Likewise, the difference in the rate of ulceration with 50 mg rofecoxib in the second compared with the first 3 months was −2.9% (90% CI −6.7%, 0.9%). With ibuprofen, there were fewer ulcers in the second compared with the first 3 months (difference −10.6%, 90% CI −18.0%, −3.2%).

## DISCUSSION

The results of the clinical trial presented herein have confirmed the hypothesis that treatment with rofecoxib (25 mg or 50 mg once daily), which specifically inhibits COX-2, was associated with a lower incidence of gastroduodenal ulcers than was ibuprofen in a long-term endoscopy study in OA patients. Compared with ibuprofen, the incidence of ulceration with rofecoxib (25 mg or 50 mg) after both 12 and 24 weeks of treatment was significantly decreased, regardless of whether ulcers ≥3 mm or ≥5 mm were the end point for mucosal injury. Although no hypotheses were specified to assess differences in drug-associated rates of ulceration between the gastric and duodenal mucosa, a post hoc assessment revealed that the increased incidence of mucosal ulceration observed with ibuprofen treatment was much more pronounced for gastric than for duodenal ulcers.

In addition to demonstrating a significant difference between the effects of rofecoxib and ibuprofen in this multinational trial, statistical power was increased when data were combined with the results of the US trial in the prespecified analysis. The incidence of ulcers during treatment with 25 mg rofecoxib daily was indistinguishable from that seen in patients receiving placebo, according to stringent predetermined criteria. Although no patients received placebo during the second 3 months of the study, and only 1 endoscopy was conducted during this period, there was no suggestion of

HAWKEY ET AL

any acceleration in the rate of ulceration with 25 mg rofecoxib, strongly implying that its equivalence to placebo persisted for at least 6 months. Patients in whom ulcers were identified during the first 3 months of treatment were discontinued on the second 3 months of treatment and final endoscopic examination. It is therefore possible that the decreased incidence of ulcers observed in the ibuprofen treatment group during the second 3 months of treatment compared with the first 3 months was, in part, due to the selective discontinuation from the study of patients with an increased susceptibility to mucosal injury in response to treatment with a nonselective inhibitor of COX. Based on the cumulative incidence of gastroduodenal ulcers at 24 weeks with ibuprofen and 25 mg rofecoxib, the number of patients needed to be treated to prevent 1 NSAID-induced ulcer by switching from ibuprofen to 25 mg rofecoxib is 3.

These findings are consistent with the results of previous studies that have assessed the effects of rofecoxib on the GI tract. An in vitro study of rofecoxib showed no significant effect on prostaglandin synthesis in human gastric biopsy samples (23). In a 1-week double-blind endoscopic study, 250 mg rofecoxib once daily (20 times the starting dose studied in the treatment of OA) produced markedly less gastroduodenal injury than did 800 mg ibuprofen 3 times daily or 650 mg aspirin 4 times daily, and the effects were similar to those of placebo (24). Two double-blind studies that assessed GI injury by measuring fecal red blood cell loss and intestinal permeability (25,26) demonstrated that rofecoxib at 25 and 50 mg once daily caused significantly less GI injury than did NSAID comparators and were statistically equivalent to placebo.

Ibuprofen was chosen as the NSAID comparator in the present studies because it is commonly used for the treatment of OA and is reported to be one of the safest NSAIDs, according to a large meta-analysis (27). Although an assessment of efficacy in the treatment of OA was not an objective of our study, our results are consistent with those of other studies, which have shown that 12.5 mg and 25 mg rofecoxib were equivalent in efficacy to 800 mg ibuprofen 3 times daily according to strict predetermined and clinically meaningful criteria (17,18). The doses of rofecoxib chosen for the present study are therefore 2–4 times the doses needed to relieve the symptoms of OA as effectively as 800 mg ibuprofen 3 times daily (16,17). The 50-mg dose of rofecoxib was included to assess the potential for GI injury at doses higher than those demonstrated to reduce the symptoms of OA.

Although no study hypotheses were prespecified

to compare the incidence of gastroduodenal ulcers (≥3 mm) with 50 mg rofecoxib versus placebo, a post hoc analysis was performed on the combined results of the 2 studies. Compared with treatment over 12 weeks with placebo, the cumulative incidence of gastroduodenal ulcers (≥3 mm) did not differ significantly in the 50 mg rofecoxib treatment group. The 50 mg rofecoxib group did not meet the predefined criteria for equivalence for gastroduodenal ulcers (≥3 mm) because the greater-than-anticipated ulcer incidence during treatment with placebo resulted in greater statistical variance within the placebo and active treatment groups than was assumed in the power calculations. Nevertheless, an assessment of the ratio of rates between the 50 mg rofecoxib and placebo treatment groups suggests that 50 mg rofecoxib was not clinically different from placebo with respect to ulcer formation.

In summary, we have compared rofecoxib at 25 mg or 50 mg daily with 800 mg ibuprofen 3 times daily. Although these dosages of rofecoxib were higher than those needed to achieve efficacy that is equivalent to 800 mg ibuprofen 3 times daily, they nevertheless caused much less gastroduodenal ulceration than this dosage of ibuprofen. Indeed, 25 mg rofecoxib daily, the highest dosage recommended for OA, was associated with a rate of ulceration that was indistinguishable from that seen with placebo, both in the prespecified analysis of the data of this multinational trial and in the previous trial conducted in the US.

## ACKNOWLEDGMENTS

We thank Dr. John P. Cello, Professor of Medicine (University of California, San Francisco) for review of the manuscript, Eleanor Schaefer and Francine Wilson for help with preparation of the manuscript, and Kathy Guckert, Monica Hoover, Angie Cagliola, Vanessa Grey, Louise Beebe, Michelle Childers, Rachel Halgas, Sophia Ortiz, Clare Wexler, and Francis D'Anzi for help in study implementation as well as database construction and review. Endoscopy forceps used in this study (coated oval cup with needle) were provided by special arrangement with C. R. Bard, Inc.

## REFERENCES

1. Fries JF. NSAID gastropathy, the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991;18 Suppl 28:6-10.
2. Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96:647-55.
3. Roth SH. Nonsteroidal anti-inflammatory drug gastropathy: we started it—can we stop it? Arch Intern Med 1986;146:1075-6.
4. Paulus HE. FDA Arthritis Advisory Committee meeting: postmar-

EFFECT OF ROFECOXIB ON THE GASTRODUODENAL MUCOSA                 377

keting surveillance of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1985;28;1168-9

5. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995;123; 241-9.

6. Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective—1997. J Rheumatol 1998;25 Suppl 51:8-16.

7. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996;6:489-504.

8. Silverstein FE. Improving the gastrointestinal safety of NSAIDs: the development of misoprostol—from hypothesis to clinical practice. Dig Dis Sci 1998;43:447-58.

9. Geis GS, Stead H, Wallemark C-B, Nicholson FA. Prevalence of mucosal lesions in the stomach and duodenum due to chronic use of NSAID in patients with rheumatoid arthritis or osteoarthritis, and interim report on prevention by misoprostol of diclofenac associated lesions. J Rheumatol 1991;18 Suppl 28:11-4

10. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, editors. Sleisenger and Fordtran's gastrointestinal and liver disease. 6th ed. Philadelphia: Saunders; 1998. p. 343-57

11. Meade EA, Smith WL, De Witt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-4.

12. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28: 67-81

13. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1994;90:11693-7.

14. Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996;45:68-74.

15. Brooks P, Emery P, Evans J, Fenner H, Hawkey CJ, Patrono C, et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Br J Rheumatol 1999;38:779-88.

16. Ehrich E, Schnitzer T, Kivitz A, Weaver A, Wolfe F, Morrison B, et al, for the MK-966 Osteoarthritis Phase II Study Group. MK-966, a highly selective COX-2 inhibitor, was effective in the treatment of osteoarthritis of the knee and hip in a 6-week placebo controlled study [abstract]. Arthritis Rheum 1997;40 Suppl 9:S85.

17. Saag K, Fisher C, McKay J, Ehrich E, Zhao P-L, Bolognese J, et al, for the MK-966 Phase III Protocol 033 Study Group. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis in a 6-week controlled clinical trial [abstract]. Arthritis Rheum 1998;41 Suppl 9:S196.

18. Day R, Morrison B, Luza A, Castaneda O, Strusberg A, Nahir M, et al, for the Rofecoxib/Ibuprofen Comparator Study Group. A randomized trial of the efficacy and safety of the COX-2 specific inhibitor, rofecoxib, and ibuprofen in patients with osteoarthritis. Submitted for publication.

19. Laine L, Simon TJ, Quan H, Bolognese J, Hoover ME, Wilson FR, et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than ibuprofen. Gastroenterology 1999;117:776-83

20. Roth SH, Tindall EA, Jain AK, McMahon FA, April PA, Bockow PI, et al. A controlled study comparing the effects of nabumetone,

ibuprofen, and ibuprofen plus misoprostol on the upper gastrointestinal tract mucosa. Arch Intern Med 1993;153:2565-71.

21. Graham DY, White RH, Moreland LW, Schubert TT, Katz R, Jaszewski R, et al. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119:257-62.

22. Normand S-LT. Meta-analysis: formulating, evaluating, combining, and reporting. Stat Med 1999;18:321-59.

23. Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [abstract]. Am J Gastroenterol 1996;91:1907

24. Rack MF, Simon T, Quan H, Bolognese J, Lanza F, Hoover M, et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg Q D ) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg Q.I.D. or ibuprofen (IBU) 800 mg T.I.D. Aliment Pharmacol Ther 1999;13:761-67

25. Hunt R, Bowen B, James C, Sridhar S, Simon T, Mortensen E, et al. COX-2 specific inhibition with MK-0966 25 or 50 mg Q.D. over 4 weeks does not increase fecal blood loss: a controlled study with placebo and ibuprofen 800 mg T.I.D. [abstract]. Am J Gastroenterol 1998;93:1671.

26. Bjarnason I, Sigthorsson G, Crane R, Simon T, Hoover M, Bolognese J, et al. COX-2 specific inhibition with MK-0966 25 or 50 mg Q.D. does not increase intestinal permeability: a controlled study with placebo (PBO) and indomethacin 50 mg T.I.D. (INDO) [abstract]. Am J Gastroenterol 1998;93:1670.

27. Henry D, Lim LL-Y, Rodriguez LAG, Gutthann SP, Carson JL, Griffin M, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996;312:1563-6.

## APPENDIX A: ROFECOXIB OSTEOARTHRITIS ENDOSCOPY MULTINATIONAL STUDY GROUP

In addition to the authors, the following primary investigators participated in the Rofecoxib Osteoarthritis Endoscopy Group 045 Study: F. Ballesteros (Consultorio No. 1 Hospital, Clinico San Borja Arriarán); H. Bouzo (Arztchaus Leonrodstrasse); R. Burgos (Hospital General de México); A. Calvo (Hospital Nacional Cayetano Heredia); J. Canas da Silva (Serviço de Reumatologia Hospital Garcia de Orta); S. Rogers, J. Cello (University of California, San Francisco); A. Fraga (Centro Médico Nacional Siglo); R. Fueller (Hospital das Clinicas, Medical School of Sao Paulo University); P. Geusens (Universitaire Campus Limburg); M. Goldberg (Saguaro Research); N. Graham (Tauranga Hospital); K. Haukipuro (Deaconess Institute of Ouhu); N. Hudson (City Hospital GI Unit); R. Inman (Toronto Western Hospital); J-P. Kaiwasser (Medizinische Klinik II/III Johann-Wolfgang-Goethe-Universitat); P. Koistinen (City Hospital of Oulu); A. Kontomerkos (General Peripheral Hospital of Athens): G. Koval (West Hills Gastroenterology); E. Moireles (Av. Dr. Eneas De Carvalho); H-A Menard (Rhumatologie, Centre Universitaire Santé l'Estrie-Fleuriment); B. Mitchell (Launceston General Hospital); J. Murray (Hill Top Research, Inc.); P. Nash (Sixth Avenue Specialist Centre); W. Olszynski (Rheumatology Associates); P. Pardoil (The Center for Digestive Diseases); M. Prieto (Hospital Virgen de Caracas); H. Quevedo (Clinica Maison Sante del Sur); F. Rainer (Med. Universitatis Klinik Graz); R. Russell (Glasgow Royal Infirmary); R. Saenz (Instituto Costarricense de Investigaciones Clínicas Frente a CENARE, La Uruca); P. Tenbrock (Tumba Open Care Unit); J. Valsson (Gigtarfélagi Islands). Histopathologic analysis of gastric biopsy samples for *H pylori* in the single multinational study was performed by Dr. Michael F. Dixon, Professor of GI Pathology (University of Leeds, Leeds General Infirmary, Leeds, UK).

# Plaintiffs' Response re FOSSLIEN

# Footnote 8 of 28



**Editorial Review**

Am J Nephrol 2001;21:1–15

Received: November 16, 2000
Accepted: January 8, 2001

# Renal Effects of COX-2-Selective Inhibitors

D. Craig Brater[a]   Cynthia Harris[a]   Jan S. Redfern[b]   Barry J. Gertz[b]

[a]Department of Medicine, Indiana University School of Medicine, Indianapolis, Ind., and [b]Merck & Co., Inc., Rahway, N.J., USA

**Key Words**

Rofecoxib · Celecoxib · COX-2 inhibitors · Nonsteroidal anti-inflammatory drugs · Nephrotoxicity · Glomerular filtration · Hypertension · Acute renal failure

**Abstract**

Although nonsteroidal anti-inflammatory drugs (NSAIDs) effectively treat a variety of inflammatory diseases, these agents may cause deleterious effects on kidney function, especially with respect to solute homeostasis and maintenance of renal perfusion and glomerular filtration. NSAIDs act by reducing prostaglandin biosynthesis through inhibition of cyclooxygenase (COX) which exists as two isoforms (COX-1 and COX-2). NSAID-induced gastrointestinal toxicity is generally believed to occur through blockade of COX-1 activity, whereas the anti-inflammatory effects of NSAIDs are thought to occur primarily through inhibition of the inducible isoform, COX-2. However, the situation in the kidney may be somewhat different. Recent studies have demonstrated that COX-2 is constitutively expressed in renal tissues of all species; this isoform may, therefore, be intimately involved in prostaglandin-dependent renal homeostatic processes. Drugs that selectively inhibit COX-2 might, therefore, be expected to produce effects on renal function similar to nonselective NSAIDs which inhibit both COX-1 and COX-2. This assertion is borne out by recent clinical studies showing that the COX-2 inhibitors rofecoxib and celecoxib procedure qualitative changes in urinary prostaglandin excretion, glomerular filtration rate, sodium retention, and their consequences similar to nonselective NSAIDs. It, therefore, seems unlikely that these COX-2 inhibitors (and perhaps their successors) will offer renal safety benefits over nonselective NSAID therapies, and, at this juncture, it is reasonable to assume that all NSAIDs, including COX-2-selective inhibitors, share a similar risk for adverse renal effects.

Copyright © 2001 S. Karger AG, Basel

## Introduction

Nonsteroidal anti-inflammatory drugs (NSAIDs) represent one of the most widely used classes of therapeutic agents. Worldwide these agents account for approximately 2.5% of all prescription dollars, with an estimated USD 6.8 billion spent annually. These agents have proven particularly effective in treating a variety of inflammatory diseases (e.g., osteoarthritis and rheumatoid arthritis) due to their ability to inhibit cyclooxygenase (COX), the rate-limiting enzyme in prostaglandin (PG) biosynthesis.

**KARGER**

Fax + 41 61 306 12 34
E-Mail karger@karger.ch
www.karger.com

© 2001 S. Karger AG, Basel
0250–8095/01/0211–0001$17.50/0

Accessible online at:
www.karger.com/journals/ajn

D. Craig Brater, MD
Indiana University School of Medicine
Indianapolis, IN 46202 (USA)
Tel. +1 317 274 8416, Fax +1 317 274 1437, E-Mail dbrater@iupui.edu

**Table 1.** Distribution of COX-1 and COX-2 in the kidney

| Tissue | Species | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | rat | | rabbit | | dog | | monkey | | human | |
| | COX-1 | COX-2 | COX-1 | COX-2 | COX-1 | COX-2 | COX-1 | COX-2 | COX-1 | COX-2 |
| Vasculature | C | | | | C | C | C | C | C, C, C | C, C, C |
| Glomerulus | | I, I | | | | | | C | C | C, C, C |
| Macula densa | C | C, C I, I, I, I | | | | C, I | | | | C |
| Thick ascending limb of loop of Henle | C | C, C, C I, I, I, I | | C, I | | C, I | | | | C |
| Collecting duct | C, C | | | | C | | | | C, C, C | |
| Interstitium | C, C | C, C, C | | | | C | | C | C, C, C | C |

C denotes constitutive; I denotes inducible. Each notation represents a study wherein that isoenzyme was identified. For example, two separate studies identified inducible COX-2 in rat glomeruli. Note that the lack of inducible COX-2 may indicate that it was not tested.

However, NSAID therapy can also be associated with gastrointestinal mucosal injury and changes in renal function, especially with respect to solute homeostasis and maintenance of renal perfusion [1–3]. Deleterious changes in renal function are more likely with concurrent disease and medications. This is particularly germane because so many users of NSAIDs are elderly and have multisystem disease requiring polypharmacy.

In the early 1990s, investigators using cellular and molecular biological techniques discovered the existence of two isoforms of COX (also termed PGH synthase): COX-1 and COX-2 [4–6]. COX-1, a constitutively expressed enzyme present in most cells and tissues throughout the body, is responsible for generating PGs involved in routine physiological functions [7]. In contrast, COX-2 is rapidly induced at sites of inflammation (e.g., rheumatoid synoviocytes and chondrocytes) by proliferative and inflammatory stimuli and generates PGs that mediate local inflammation and pain [8].

NSAID-induced toxicity is generally believed to occur through blockade of COX-1 activity, whereas the anti-inflammatory effects of NSAIDs are thought to occur through inhibition of COX-2. Nonselective NSAIDs, such as indomethacin, ibuprofen, naproxen, and diclofenac, inhibit both COX-1 and COX-2, thereby providing beneficial anti-inflammatory effects, but at the expense of potential adverse events, especially in the gastrointestinal tract [2]. In contrast, selective COX-2 inhibitors, such as rofecoxib and celecoxib, have been developed that inhibit COX-2, but have little or no effect on COX-1 over their clinical dose range. These COX-2 inhibitors ('coxibs')

have the potential to relieve pain and inflammation associated with COX-2-derived PGs, while reducing or eliminating the adverse effects associated with COX-1 blockade. The component of the 'COX-2 hypothesis' relating to a reduction in gastrointestinal toxicity has recently received experimental confirmation [9–11]. However, studies performed over the past several years indicate that COX-2 is constitutively expressed in renal tissues, and its expression in that organ can be upregulated in a number of experimental and clinical settings [12–23]. These observations raise the possibility that COX-2 inhibitors (e.g., rofecoxib and celecoxib) may carry the same risk for renal adverse effects as do nonselective NSAIDs. On the other hand, the differential compartmental distribution of COX-1 and COX-2 might result in differences in renal effects of COX-2 inhibitors as compared with nonselective NSAIDs.

Though it has been stated that interspecies differences exist with respect to the presence and distribution of COX-2 in the kidney and that it is present in a constitutive and/or inducible state, the collation of data suggests substantial similarity among species (table 1) [12, 14, 16, 20, 21, 24]. Any differences shown in table 1 could well be due to lack of testing of some tissues and/or differences in methodology. Moreover, studies in humans are limited in their ability to assess COX-2 gene expression. The most conservative interpretation of these data is that COX-2 is widely distributed in the kidney and that it is present in a constitutive fashion in vasculature, glomerulus, tubular segments, and interstitium. As a result, one would predict similar effects on renal function with COX-2 inhibitors as

with nonselective NSAIDs. Ultimately, one must look at well-designed clinical trials to confirm any hypothesis on the renal actions of COX-2 inhibitors derived from animal experiments.

The purpose of this article is to review the spectrum of renal effects of nonselective NSAIDs in various clinical settings and to summarize recent experimental evidence evaluating the relative roles of different COX isoenzymes in regulating renal hemodynamics and salt and water balance as well as the role of COX-2 inhibition in NSAID-induced renal side effects. Finally, the effects of two COX-2-selective inhibitors, rofecoxib and celecoxib, on the kidney function in human subjects will be compared and contrasted.

## Spectrum of Renal Effects of NSAIDs

PGs such as $PGE_2$, $PGF_{2\alpha}$, $PGD_2$, and $PGI_2$ (prostacyclin), generated at various intrarenal sites, are known to modulate a variety of aspects of renal physiology, including renal tubular function, renal hemodynamics, and secretion of renin from the juxtaglomerular apparatus, with attendant effects on aldosterone and potassium homeostasis and tubular sodium, water, and urea transport [25–30]. For example, $PGI_2$ and $PGD_2$, synthesized by glomerular and medullary interstitial cells, have been shown to redistribute blood flow from the renal cortex to the juxtamedullary region by dilating renal vascular beds, thereby lowering vascular resistance [31]. In addition, in experimental models, $PGE_2$ produces a diuretic and natriuretic action through inhibition of sodium chloride transport in the thick ascending limb of the loop of Henle and in the collecting duct [32, 33]. In general, one can divide renal PG effects into those that are physiologically important at all times and those that occur during settings of renal 'stress'. PGs thereby contribute to sodium and potassium homeostasis even in healthy individuals. As a consequence, inhibition of PG synthesis in healthy individuals can result in sodium and potassium retention. In contrast, the hemodynamic effect of certain PGs (e.g., $PGI_2$) is only operative in stressed states.

In clinical situations of decreased actual or effective circulating volume (including, e.g., renal insufficiency, congestive heart failure, and cirrhosis), locally synthesized PGs play a critical role in maintaining renal perfusion [34–36]. In these circumstances, endogenous renal PGs initiate counterregulatory vasodilatory mechanisms to offset the diminution in renal blood flow resulting from vasoconstriction that occurs from activation of the renin-

angiotensin and adrenergic nervous systems (fig. 1). By inhibiting renal PG synthesis, NSAIDs allow unopposed vasoconstriction, potentially giving rise to acute renal failure [1, 3, 36–38].

Sodium retention has been reported to occur in up to 25% of the NSAID-treated patients and is a characteristic feature of essentially all NSAIDs [39]. The sodium-retentive properties of NSAIDs may be particularly apparent in patients who have an existing avidity for sodium, such as those with mild heart failure or liver disease [1]. The propensity of NSAIDs to cause sodium retention is likely due to diminution of renal tubular synthesis of $PGE_2$ which has potent natriuretic effects [33, 39, 40]. In healthy volunteers, indomethacin treatment produced a significant reduction in the fractional excretions of sodium and chloride without affecting potassium excretion, implying that endogenous PGs are important regulators of renal sodium excretion [41]. Decreased sodium excretion in NSAID-treated patients can lead to weight gain and peripheral edema [1]. In rare instances, the weight gain can be quite marked, with a 70-year-old patient treated with ibuprofen gaining as much as 15 kg over 17 days [42]. A recent epidemiological study performed in Australia implicated NSAIDs as precipitants of exacerbations of congestive heart failure sufficient to cause hospitalization [43]. Thus, it is apparent that in some patients the sodium-retaining effect of NSAIDs can be clinically important.

In addition to sodium retention, NSAID therapy may also result in alterations in blood pressure, with several meta-analyses reporting average increases of mean arterial pressure of between 5 and 10 mm Hg [44–47]. As reported by Gurwitz et al. [48], the use of NSAIDs may also increase the risk of initiating antihypertensive therapy in older patients, with the magnitude of increased risk being proportional to the average daily dose of NSAID. This study, conducted in nearly 20,000 Medicaid enrollees, found that NSAID exposure within 60 days of study onset resulted in a twofold increase in the likelihood of initiating antihypertensive therapy. NSAIDs can also attenuate the effects of antihypertensive agents such as diuretics, angiotensin-converting enzyme inhibitors, and beta blockers, leading to interference with blood pressure control in some hypertensive patients [44–46, 48–50]. This is particularly troubling from a public health perspective, because an estimated 12 million Americans are treated with both NSAIDs and antihypertensive drugs [36].

Hyperkalemia has been reported to occur in some NSAID-treated patients [51–53]. This effect may be the



**Fig. 1.** Critical role of renal PGs in mediating local counterregulatory mechanisms to offset a diminution in renal function in patients with reduced renal perfusion (e.g., volume depletion, impaired cardiac output). A fall in renal blood flow leads to synthesis of angiotensin II (AII), stimulation of aldosterone secretion, release of arginine vasopressin, increased sympathetic outflow, and release of norepinephrine (NE) which, collectively, result in renal vasoconstriction and impaired renal function. In these circumstances, renal PG synthesis is stimulated, and $PGE_2$, $PGD_2$, and $PGI_2$ are released, the actions of which are believed to normalize renal function by antagonizing the above vasoconstrictors. By impairing these PG-dependent, counterregulatory measures, NSAIDs may lead to a decreased GFR in patient groups. [Adapted from refs. 36 and 39].

result of inhibition of renal PG-mediated renin release with subsequent development of hyporeninemic hypoaldosteronism and a resultant decrease in potassium secretion by the distal nephron [1, 54]. Although typically mild in severity, NSAID-induced hyperkalemia may occasionally be severe enough to precipitate cardiac arrest or death [1, 53].

NSAID treatment may uncommonly give rise to acute renal failure; this vasoconstrictive effect of NSAIDs is reversible, but, if sufficiently prolonged and severe, acute tubular necrosis can evolve [1, 38, 55]. Typically, acute renal failure occurs in patients who have a depleted actual or effective intravascular volume, the latter of which occurs in patients with congestive heart failure, cirrhosis, or renal insufficiency [3, 56–58]. NSAID-associated renal failure can occur suddenly in patients at risk, with renal impairment developing even after the first NSAID dose. While virtually all NSAIDs have been implicated in acute renal failure, cessation of therapy generally leads to prompt improvement of the renal function with return to baseline values within 1 week [1, 36, 37].

NSAID-induced interstitial nephritis and papillary necrosis represent rare renal adverse events [1]. Interstitial nephritis, characterized by lymphocyte and plasma cell

infiltration, typically occurs after months to years of therapy with a NSAID and, for the most part, resolves upon drug discontinuation [37]. Patients may experience edema, oliguria, and proteinuria, but clinical signs of an allergic interstitial nephritis, such as eosinophiluria, are frequently absent [36]. While nearly all NSAIDs are capable of inducing interstitial nephritis, it has been reported that fenoprofen is more commonly associated with this type of pathology than other NSAIDs [59]. Papillary necrosis induced by NSAIDs has been described in animal models, notably in rats which appear to be particularly susceptible to this lesion. In man, this type of renal pathology is uncommon, but volume-depleted individuals who consume large doses of NSAIDs may be particularly susceptible [36]. Though papillary necrosis is the hallmark of analgesic nephropathy, it has been rarely reported, and there is no evidence to date that analgesic nephropathy is a concern with NSAIDs. With the ubiquitous use of these agents and their over-the-counter availability, if this syndrome were going to occur, one would expect to have observed an epidemiological signal by now.

## COX Isoforms: Relevance to NSAID-Induced Renal Impairment

Two isoforms of COX exist in the body (COX-1 and COX-2) which are encoded by genes sharing roughly 60% homology in their coding regions [5, 6, 60]. These isoforms differ with respect to their cellular expression patterns and responsiveness to stimuli, but are generally similar in terms of their enzymatic properties [61]. Until recently, it had generally been thought that physiologic production of PGs in the kidney would be mediated by the constitutively expressed COX-1 isoform. COX-1 had been localized using immunohistochemical techniques to the endothelial and smooth muscle cells of the pre- and postglomerular vessels as well as cortical and medullary collecting ducts and interstitial cells [12, 19]. The medullary thick ascending limb of the loop of Henle and collecting ducts play a significant role in the salt and water homeostatic function of the medulla. However, Komhoff et al. [12] analyzed the expression and distribution of COX-1 and COX-2 in normal human adult and fetal kidneys. These investigators concluded that COX-2 mRNA was abundantly expressed in the cortex and was primarily involved in the regulation of glomerular hemodynamics. Conversely, COX-1 levels were higher in the medulla, suggesting that this isoform contributes to solute homeostasis. Other recent studies have shown that COX-2 is

constitutively expressed in the renal tissues of all species examined (e.g., intrinsic renal vasculature, macula densa, cortical thick ascending limb, medullary interstitial cells, and inner medullary collecting ducts; table 1). Furthermore, upregulation can occur in a number of experimental settings, including sodium restriction, volume depletion, partial renal ablation, renal artery stenosis, and active lupus nephritis [12–23]. For example, COX-2 expression has been found to be increased in the rat and dog macula densa with salt restriction [14, 16].

Expression of the COX-2 isoform in the kidney appears to be highly regulated during development [14, 62–64]. Indeed, recent evidence from gene knockout mice provides substantial support for a requirement for COX-2 for normal renal development [65, 66]. Targeted disruption of the murine COX-2 gene, achieved using stem cell technology and homologous recombination, resulted in severe renal pathology, characterized by a marked reduction in the number of glomeruli, compensatory hypertrophy of remaining glomeruli, and azotemia [66, 67]. In contrast, disruption of COX-1 gene expression failed to cause any effect on nephrogenesis [67]. The implications of these findings to human pathophysiology are unknown, but they support the suggestion that renal COX-2 activity is likely to be important for normal kidney function.

The constitutive and/or regulated expression of COX-2 in renal tissues clearly has important implications with respect to understanding the impact of NSAIDs, especially the COX-2 inhibitors, on renal function and the potential for the occurrence of adverse renal effects. Theoretically, the extent to which COX-2 inhibitors influence the kidney function depends on the relative contribution that each isoform makes to the overall pool of renal PGs and the site at which each isoform has activity. In situations in which COX-2 expression is increased, such as sodium depletion, COX-2 might be expected to contribute a greater proportion of PGs to the overall renal PG pool that is important for sodium homeostasis (in contrast, e.g., to PGs important for renal hemodynamics); thus, if this scenario prevailed, COX-2 inhibition would be predicted to influence renal function (e.g., greater propensity to cause sodium retention) to an extent greater than that seen under normal physiological conditions. Indeed, preliminary studies indicate that COX-2-selective inhibitors have effects on renal function similar to those of nonselective NSAIDs (i.e., dual COX-1/COX-2 inhibitors), particularly with respect to sodium homeostasis [1]. Thus, at this juncture, it is perhaps appropriate to assume that all NSAIDs, including all current and presumably future COX-2 inhibitors, share a similar risk for adverse effects

on the renal function. Based on the analysis of data supporting the recent approval of two new COX-2 inhibitors, rofecoxib and celecoxib, the Food and Drug Administration has recognized this, in principle, by requiring the standard NSAID language with respect to renal precautions in the labeling of both of these drugs [68].

In the final section, we critically review currently available clinical studies to help define further the role of COX-2 in regulating renal function and to compare and contrast the renal effects of the two selective COX-2 inhibitors that are available.

## Renal Effects of COX-2 Inhibitors in Clinical Studies

Both rofecoxib and celecoxib have been evaluated in randomized controlled trials in terms of their effects on renal PGs, kidney function, and occurrence of renal adverse events. Data on the renal safety profile of rofecoxib have been obtained from a variety of sources, including published clinical studies, three focused renal function studies in elderly subjects on normal or sodium-restricted diets, and data from almost 6,000 osteoarthritis patients enrolled in a total of nine rofecoxib clinical trials. Similarly, data on the renal effects of celecoxib have been obtained primarily from North American placebo- and active-substance-controlled 12-week trials performed in approximately 5,600 arthritis patients, collectively presented at the Food and Drug Administration Advisory Committee of December 1, 1998, as well as from published studies [69–72]. Since the renal effects of rofecoxib and celecoxib have not been directly compared in head-to-head clinical trials, the sections below are limited to discussing similarities and differences of the renal effect of these agents from a qualitative, rather than quantitative, perspective. As such studies are performed, it will be important to compare the drugs at doses and regimens that produce similar clinical efficacy over the entire dosing interval.

### Effects on Renal PGs

The urinary excretion of $PGE_2$ and 6-keto-$PGF_{1\alpha}$, the stable metabolite of $PGI_2$ (prostacyclin), reflects renally synthesized $PGE_2$ and $PGI_2$, respectively [73, 74]. In healthy older adults (mean age 65–68 years), rofecoxib (50 mg daily) produced a 47% decrease from baseline in urinary 6-keto-$PGF_{1\alpha}$, a value comparable in magnitude to that observed with indomethacin (53%) [75]. In a separate study, rofecoxib at doses of 12.5 and 25 mg once daily reduced urinary $PGE_2$ and 6-keto $PGF_{1\alpha}$ excretion in healthy volunteers by approximately 40–50%, reductions similar to that seen following administration of meloxicam (15 mg daily) or diclofenac (50 mg three times daily) [76]. Recent studies in young healthy volunteers showed similar effects of celecoxib, wherein single doses inhibited urinary excretion of 6-keto-$PGF_{1\alpha}$ [77]. In a trial of healthy elderly volunteers on a normal sodium intake, multiple doses of twice daily 200 and 400 mg celecoxib both reduced $PGE_2$ and 6-keto-$PGF_{1\alpha}$ excretion by approximately 65 and 80%, respectively, responses similar to those observed with naproxen 500 mg twice daily [71]. Collectively, these data support the hypothesis that the COX-2 isoform plays an important role in renal PG biosynthesis, and, as a result, it is anticipated that COX-2 inhibitors would modify renal function in a manner similar to that observed with nonselective NSAIDs.

### Effects on Renal Function

Glomerular Filtration Rate and Sodium Excretion. The effects of rofecoxib on glomerular filtration rate (GFR) and urinary sodium excretion have been assessed in several populations of elderly subjects, including those receiving normal or sodium-restricted diets as well as those with mild to moderate renal insufficiency. In elderly subjects (60–80 years) on a sodium replete diet (200 mEq daily), 50 mg rofecoxib did not produce any significant alterations in GFR after 2 weeks of treatment, whereas indomethacin (50 mg three times daily) resulted in a 5% decrease from baseline (p < 0.05) [75]. Both drugs produced similar reductions in urinary sodium excretion during the first 3 days of therapy (fig. 2). These early findings suggested that, in elderly subjects on a sodium-replete diet, COX-1 may be important in maintaining renal function (as reflected by the decreased GFR with indomethacin), whereas COX-2 may be physiologically important in regulating sodium reabsorption. Subsequent studies indicated that under different clinical circumstances COX-2 inhibitors can affect both solute homeostasis and renal hemodynamics (see below). At the very least, this study showed a clear-cut effect of a COX-2 inhibitor or sodium homeostasis similar to that of a nonselective NSAID.

In a double-blind, multiple-dose, placebo-controlled, parallel-group study in patients with mild renal impairment (mean creatinine clearance 65 ml/min), subjects aged 65–80 years were stabilized on a low-sodium diet (30 mEq daily). This level of sodium restriction in elderly patients with modestly decreased renal function would be predicted to represent a population that would be susceptible to NSAID-induced decreases in renal perfusion. In these



**Fig. 2.** Effects of rofecoxib (50 mg once daily), indomethacin (50 mg three times daily), or placebo on daily urinary sodium excretion (change from baseline) in elderly subjects aged 60–80 years stabilized on a normal sodium diet. Values are mean ± SE. [From ref. 75, with permission].



**Fig. 3.** Effect of rofecoxib or indomethacin on GFR in elderly subjects on a sodium-restricted diet. The GFR was measured by iothalamate clearance at baseline and after 6 days of NSAID therapy. * p < 0.05 vs. placebo, change from baseline in minimum iothalamate clearance; + p = 0.086 vs. placebo. There was no significant difference between indomethacin and rofecoxib treatments in GFR change from baseline. Bar graphs represent mean ± SE. [From ref. 78, with permission].

patients, rofecoxib produced decreases in GFR of similar magnitudes to those observed in indomethacin-treated subjects (fig. 3) [78]. However, there were no consistent changes in urinary sodium or potassium excretion in rofecoxib-treated subjects. While rofecoxib 12.5 mg produced a significant 34.6% reduction as compared with placebo in peak urinary sodium excretion (p < 0.05), no significant effect was observed in subjects receiving either rofecoxib 25 mg (22.8%) or indomethacin (25.5%). Unfortunately, the compliance with the sodium-restricted diet was not documented in this trial. Nonetheless, this study showed definite effects of a COX-2 inhibitor on renal hemodynamics similar to effects of a nonselective NSAID.

Celecoxib, like rofecoxib, has also been found to result in changes in renal function in selected groups of subjects and patients identified at risk of adverse renal effects related to NSAID use [69, 72]. Analogous to the findings reported for rofecoxib, celecoxib (200 and 400 mg twice daily) administration to healthy, elderly subjects aged 65–80 years on a normal sodium diet failed to decrease GFR, but did produce transient reductions in urinary sodium excretion (versus baseline values) that were similar in magnitude and temporal pattern to those seen with the comparator NSAID naproxen (500 mg twice daily) (fig. 4)



**Fig. 4.** Mean (± SE) urinary electrolyte excretion after administration of celecoxib 200 and 400 mg twice daily or naproxen 500 mg twice daily. * p ≤ 0.05 change from baseline with naproxen treatment; † p ≤ 0.05 change from baseline with celecoxib treatment; ‡ p ≤ 0.05 change from baseline vs. naproxen. [From ref. 71, with permission].



**Fig. 5.** Changes in GFR and effective renal plasma flow (ERPF) over the first 3 h in salt-depleted normotensive subjects receiving placebo (solid squares), 500 mg naproxen (solid triangles), 200 mg celecoxib (open circles), or 400 mg celecoxib (solid circles) on day 1. * p < 0.05 versus baseline. Values are mean ± SE. [From ref. 70, with permission].

[71]. In this study, the nonselective NSAID modestly decreased GFR, but celecoxib resulted in negligible effects, leading the authors to conclude that celecoxib affected solute homeostasis, but spread effects on renal hemodynamics. *This interpretation must be viewed with caution, because the GFR measurements may have missed times of peak effects.* One solitary measurement of GFR '3-5 h after drug administration' was compared to baseline values. If the time course of celecoxib and naproxen absorption was such that this time interval *captured peak effects* of naproxen, but missed the peak effect of celecoxib, then this interpretation may be flawed. Indeed, in a study by Rossat et al. [70], the peak effect of celecoxib occurred at either 60 or 120 min and returned to baseline shortly thereafter. This admonition is particularly relevant in view of the similar decreases in urinary prostanoid excretion with both drugs and data from other studies that have shown renal hemodynamic effects. Specifically, in a trial in salt-depleted subjects, celecoxib not only promoted sodium and potassium retention but also produced significant dose-related decreases in GFR [70]. As shown in figure 5, a single 400-mg celecoxib dose significantly decreased GFR and effective renal plasma flow as compared with placebo, an effect not observed with 500 mg naproxen. After 7 days of therapy, celecoxib and naproxen were found to produce similar decreases in urinary sodium and potassium excretion with similar overall decreases in cumulative sodium excretion over the first 3 days of drug administration (fig. 6) [70].

In yet another study [69] including patients with stable chronic renal insufficiency (defined as a GFR between 40 and 60 mL/min), celecoxib (200 mg twice daily) and naproxen (500 mg twice daily) both resulted in small reductions in fractional sodium excretion and GFR. As shown in table 2, at all time points after beginning drug therapy on day 1, both agents produced significant reductions in fractional sodium excretion as compared with predose values. However, no treatment-related differences in sodium excretion were evident by day 7, presumably because subjects reattained sodium balance (similar to findings previously discussed with rofecoxib; fig. 2). This study also reported a trend towards lower GFR values in both the celecoxib and naproxen groups, with significant reductions occurring at the 2- to 3-hour time point for celecoxib and a the 1- to 2-hour time point for naproxen. These findings suggest that celecoxib treatment results in effects on both solute homeostasis and renal hemodynamics, similar to those observed for comparator COX-1/COX-2 inhibitors.

As might be predicted from these experimental observations, though uncommon, both celecoxib and rofecoxib have recently been reported to precipitate renal insufficiency in high-risk patients [79, 80].

*Incidence of Peripheral Edema.* For both rofecoxib and celecoxib, peripheral edema (as occurs with nonselective NSAIDs) has been reported as an adverse event. In the rofecoxib *osteoarthritis studies, lower-extremity edema* was reported in 3.6 and 3.8% of the patients treated with

Am J Nephrol 2001;21:1-15



**Fig. 8.** Left: Changes in urinary sodium and potassium excretion over the first 3 h in salt-depleted normotensive subjects receiving placebo (solid squares), 500 mg naproxen (solid triangles), 200 mg celecoxib (open circles), or 400 mg celecoxib (solid circles) for 7 days. * $p < 0.05$ and ** $p < 0.01$ versus baseline; # $p < 0.05$ and ## $p < 0.01$ vs. placebo. Right: Corresponding cumulative sodium excretion over the first 3 days following initiation of drug administration. * $p < 0.05$ and *** $p < 0.001$ versus placebo. Values are mean ± SE. [From ref. 70, with permission].

**Table 2.** Comparison of the effects of celecoxib (200 mg twice daily) and naproxen (500 mg twice daily) on GFR and fractional sodium excretion in patients with chronic renal insufficiency

| Time after dose | GFR, mL/min/1.73 m³ (mean change from predose values) | | | Fractional sodium excretion, % (mean change from predose values) | | |
|---|---|---|---|---|---|---|
| | placebo (n = 19) | celecoxib (n = 19) | naproxen (n = 22) | placebo (n = 19) | celecoxib (n = 19) | naproxen (n = 22) |
| *Day 1* | | | | | | |
| 0–1 | 2.3 | 2.6 | –1.5 | –0.5 | –0.9* | –0.6* |
| 1–2 | 1.7 | –2.2 | –3.9 | –0.8 | –1.0* | –1.5* |
| 2–3 | –1.8 | –1.7 | –0.5 | –0.9 | –1.2* | –1.9* |
| *Day 7* | | | | | | |
| 0–1 | –2.1 | –4.0 | –5.3 | –0.3 | 0.1 | 0.6 |
| 1–2 | –3.2 | –4.2 | –6.7* | –0.3 | 0.1 | 0.3 |
| 2–3 | –1.2 | –5.1* | –4.2 | –0.3 | –1.0 | –0.5 |

Adapted from FDA Advisory Committee Briefing Document, December 1, 1998 [69].
* $p \leq 0.05$ vs. predose level within treatment group.



**Fig. 7.** Incidence of peripheral edema in the rofecoxib osteoarthritis safety database (**a**) which comprises almost 6,000 osteoarthritis patients enrolled in a total of nine clinical trials and in the celecoxib North American osteoarthritis controlled trials database (**b**) comprising approximately 5,200 arthritis patients. [Data for celecoxib adapted from ref. 72].

12.5- or 25-mg doses of rofecoxib, respectively (fig. 7a), incidences similar to those that were observed in patients receiving ibuprofen 800 mg three times daily (3.8%) or diclofenac 50 mg three times daily (3.4%), but higher than the incidence observed in placebo-treated patients (1.1%) [68, 81]. A somewhat higher incidence of peripheral edema (6.3%) was observed with the 50-mg dose of rofecoxib; however, this dose is not approved nor required for maximal efficacy with chronic use.

Similarly, in celecoxib North American controlled osteoarthritis trials, the incidence of peripheral edema was higher in celecoxib-treated patients than in placebo-treated controls, and appeared to be dose dependent, but was similar to that observed in the group receiving the active NSAID comparator (fig. 7b) [72]. When all patients receiving recommended therapeutic doses of celecoxib (100 or 200 mg twice daily) for osteoarthritis or rheumatoid arthritis were collectively analyzed, celecoxib-treated patients experienced a significantly higher incidence of peripheral edema as compared with placebo-treated patients (2.5 vs. 1.1%, p < 0.05), but an incidence similar to patients receiving the naproxen comparator (2.2%) [72].

It is interesting to note that the incidence of peripheral edema in the placebo-treated groups in the respective osteoarthritis trials was similar for both rofecoxib and celecoxib (1.1 and 1.3%). However, the incidence of periph-

eral edema with rofecoxib was 3.6 and 3.8% (at doses of 12.5 and 25 mg once daily, respectively), while that for celecoxib was 1.6 and 3.0% (at doses of 100 and 200 mg twice daily, respectively) (fig. 7). Are these differences reflective of differences between these two drugs? Answering this question requires a controlled comparative trial using clinically equivalent regimens of the two drugs. However, in the absence, we do not believe that these data should be interpreted as a difference between these two drugs. Of importance in this regard is the fact that the incidence of peripheral edema with the NSAID comparator in the celecoxib trials was less than in the rofecoxib trials. There is no biologic reason that this should be so and raises the possibility of different definitions of edema or different types of patients in the two trials. The incidence of peripheral edema was essentially the same when comparing either COX-2 inhibitor to the active comparator(s) used. These data are, therefore, most cautiously interpreted to mean that both COX-2 inhibitors are similar to nonselective NSAIDs and cause more peripheral edema than placebo.

*Effects on Blood Pressure.* Mean systolic and diastolic blood pressures have been found to remain constant over an entire year of rofecoxib treatment, with no clinically significant mean changes from baseline values. As shown in figure 8, the mean changes in diastolic and systolic



**Fig. 8.** Mean (± SE) change from baseline blood pressures over 1 year in patients treated with once-daily doses of rofecoxib (12.5 or 25 mg).

blood pressures in patients treated with once daily doses of rofecoxib (12.5 mg or 25 mg) over a 1-year period were ≤ 1 and ≤ 3 mm Hg, respectively. These findings indicate that no clinically significant alteration in diastolic or systolic blood pressure should be anticipated, if patients are switched from a nonselective NSAID to these doses of rofecoxib. However, hypertension as an adverse event was reported in some patients. Over a 6-month treatment period, 0.1% of the patients receiving either 12.5 or 25 mg rofecoxib discontinued therapy due to hypertension as compared with 0.4% of the ibuprofen-treated patients. These data reinforce that this COX-2 inhibitor is similar to a nonselective NSAID in terms of effects on blood pressure.

In the celecoxib North American placebo- and active-substance-controlled 12-week arthritis trials, mean reductions from baseline systolic and diastolic blood pressures were observed in all groups with greater reduction on placebo than on celecoxib or the NSAID comparator, changes in the latter agents being similar. As described for rofecoxib, these changes are unlikely to be clinically meaningful. However, worsening of preexisting hypertension did occur more frequently in older patients taking celecoxib (1.1%) as compared with placebo (0.3%; p < 0.05), and the percentage of patients initiating antihypertensive medication was more common on celecoxib (3.7%) than on placebo (2.4%) (p < 0.05) [72]. The incidence of withdrawal due to hypertension in celecoxib North American controlled arthritis trials was low (≤ 0.1%), although hypertension or aggravated hypertension, classified as a serious adverse event, did occur in a

small number of celecoxib-treated patients, as with rofecoxib.

*Serum Creatinine and Serum Electrolytes.* When administered chronically for 1 year at doses spanning the clinical dose range, rofecoxib (12.5 or 25 mg) exhibited no clinically important change in serum creatinine in patients with osteoarthritis (fig. 9). At 6 months, the longest period for which placebo-controlled data are available, the mean change from baseline in serum creatinine was 0.03 mg/dL on 25 mg rofecoxib, a value that was similar to the NSAID comparators ibuprofen and diclofenac (0.02 mg/dL in each case) and somewhat greater than observed on placebo (−0.02 mg/dL). Absence of any substantial effect of rofecoxib on serum creatinine was apparent both in patients with a baseline creatinine clearance <50 ml/min and in patients with more normal renal function at baseline (≥ 50 ml/min). Fewer rofecoxib-treated patients discontinued therapy due to elevations in serum creatinine as compared with nonselective NSAID-treated patients (0.06 vs. 0.26%). Rofecoxib did not appear to have any clinically significant effect on serum sodium, bicarbonate, chloride, and phosphate concentrations, with observed changes in these laboratory parameters being similar to those of the comparator NSAIDs.

However, rofecoxib may result in a modest degree of hyperkalemia, presumably as a result of hyporeninemic hypoaldosteronism, which is similar in magnitude and frequency to that observed in patients receiving comparator NSAIDs. For example, in 6-week osteoarthritis studies, 8 of 395 (2%), 23 of 712 (3.2%), 23 of 720 (3.2%), 8 of

---



**Fig. 9.** Mean change from baseline serum creatinine over 1 year in patients treated with once-daily doses of rofecoxib (12.5 or 25 mg).

**Table 3.** Comparison of the effects of celecoxib and naproxen on the incidence of laboratory abnormalities related to renal function in North American 12-week placebo-controlled and active-substance-controlled arthritis trials

| Parameter | Placebo | | Celecoxib 100 or 200 mg twice daily | | Naproxen 500 mg twice daily | |
|---|---|---|---|---|---|---|
| | n | % | n | % | n | % |
| Blood urea nitrogen, mmol/L | 1,042 | | 2,122 | | 1,036 | |
| >9.3 | | 1.3 | | 3.3 | | 6.1 |
| >14.3 | | 0 | | 0.1 | | 0.1 |
| Creatinine, μmol/L | 1,080 | | 2,189 | | 1,072 | |
| >176.8 | | 0 | | 0.1 | | 0 |
| >265.2 | | 0 | | 0 | | 0 |
| Sodium, mmol/L | 1,009 | | 2,060 | | 1,004 | |
| <135 | | 4.3 | | 6.3 | | 7.4 |
| <120 | | 0 | | 0 | | 0 |
| Potassium, mmol/L | 1,037 | | 2,063 | | 1,020 | |
| >5.0 | | 2.3 | | 5.1 | | 5.8 |
| >6.0 | | 0 | | 0 | | 0 |
| Chloride, mmol/L | 1,031 | | 2,101 | | 1,025 | |
| >110 | | 4.9 | | 8.6 | | 8.3 |
| >130 | | 0 | | 0 | | 0 |
| Calcium, mmol/L | 1,079 | | 2,183 | | 1,070 | |
| <1.7 or >15% | | 0 | | 0 | | 0 |
| <2.0 | | 0 | | 0.3 | | 0.5 |
| Phosphate, mmol/L | 920 | | 1,868 | | 900 | |
| <0.97 | | 17.2 | | 20.1 | | 30.8 |
| <0.32 | | 0 | | 0 | | 0 |

Adapted from FDA Advisory Committee Briefing Document, December 1, 1998 [69].
n = Number of patients for whom analyte data were presented.

465 (1.7%), and 7 of 114 (6.1%) patients exceeded predefined limits of increased serum potassium concentration ($\geq 0.8$ mEq/l) on one or more occasions in the placebo, 12.5- or 25-mg rofecoxib, 2,400-mg ibuprofen, or 1,500-mg nabumetone groups, respectively. However, $\leq 0.1\%$ of the patients receiving rofecoxib (12.5–25 mg once daily) had serum potassium concentrations >5.5 mEq/l on two or more occasions (as compared with 0.3% of the patients on placebo).

In the North American controlled arthritis trials, celecoxib was infrequently associated with extreme changes in kidney-related clinical laboratory results, but the alterations in serum sodium, chloride, and potassium tended to be greater in patients receiving celecoxib and naproxen than in placebo-treated patients (table 3). For example, hyperkalemia ($K^+$ >5.5 mmol/l) occurred in 2.0% of the celecoxib-treated patients versus 1.0% in the placebo group [72].

These collective data with both rofecoxib and celecoxib are consistent with the expectation that selective inhibitor of COX-2 does not spare the kidney.

## Concluding Remarks

Recent studies have demonstrated that COX-2 is constitutively expressed in the renal tissues of all species studied to date and is intimately involved in PG-dependent renal homeostatic processes. These observations suggest that COX-2-selective inhibitors such as rofecoxib and celecoxib may produce effects on renal function and give rise to kidney-related adverse effects similar to those observed with nonselective NSAIDs (dual COX-1/COX-2 inhibitors). As noted in the product labels for both rofecoxib and celecoxib, renal adverse events would be most evident in patients with a reduced effective circulating volume. This assertion is borne out in clinical studies showing that these two COX-2 inhibitors produce qualitative changes in urinary PG excretion, GFR, sodium retention, and development of peripheral edema that are similar to, but no worse than, nonselective NSAIDs. At this juncture, it appears that neither rofecoxib nor celecoxib will offer a renal safety benefit over nonselective NSAID therapies, and it is prudent to assume that all NSAIDs, including all COX-2 inhibitors, share a risk for renal adverse experiences. A much larger clinical experience will be necessary to assess the frequency of these rare renal events such as nephrotic syndrome, interstitial nephritis, and papillary necrosis with the new COX-2 inhibitors.

## References

1 Brater DC: Effects of nonsteroidal anti-inflammatory drugs on renal function: Focus on cyclooxygenase-2-selective inhibition. Am J Med 1999;107(suppl):65–71.

2 Cryer B: Nonsteroidal anti-inflammatory drugs and gastrointestinal disease; in Feldman M, Scharschmidt BF, Sleisenger MH (eds): Sleisenger and Fordtran's Gastrointestinal and Liver Disease, ed 6. Philadelphia, Saunders, 1998, pp 343–357.

3 Clive DM, Stoff JS: Renal syndromes associated with nonsteroidal antiinflammatory drugs. N Engl J Med 1984;310:563–572.

4 Xie W, Chipman JG, Robertson DL, Erikson RL, Simmons DL: Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci USA 1991;88:2692–2696.

5 Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR: TIS 10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem 1991;266:12866–12872.

6 O'Banion MK, Sadowski HB, Winn V, Young DA: A serum- and glucocorticoid-regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein. J Biol Chem 1991;266:23261–23267.

7 Meade EA, Smith WL, De Witt DL: Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isoenzymes by aspirin and other nonsteroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610–6614.

8 Fosslien E: Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67–81.

9 Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ: Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929–1933.

10 Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A: Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–1528.

11 Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS: Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: The CLASS Study: A randomized controlled trial. JAMA 2000;284:1247–1255.

12 Komhoff M, Grone HJ, Klein T, Seyberth HW, Nusing RM: Localization of cyclooxygenase-1 and -2 in adult and fetal human kidney: Implication for renal function. Am J Physiol 1997; 272:F460–F468.

13 Vio CP, Gespedes C, Gallardo P, Masferrer JL: Renal identification of cyclooxygenase-2 in a subset of thick ascending limb cells. Hypertension 1997;30:687–692.

14 Harris RC, McKanna JA, Akai Y, Jacobson HR, Dubois RN, Breyer MD: Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 1994;94:2504–2510.

15 Yang T, Singh I, Pham H, Sun D, Smart A, Schnermann JB, Briggs JP: Regulation of cyclooxygenase expression in the kidney by dietary salt intake. Am J Physiol 1998;274:F481–F489.

16 Khan KNM, Venturini CM, Bunch RT, Brassard JA, Koki AT, Morris DL, Trump BF, Maziasz TJ, Alden CL: Interspecies differences in renal localization of cyclooxygenase isoforms: Implications in nonsteroidal antiinflammatory drug-related nephropathy. Toxicol Pathol 1998;26:612–620.

17 Jensen BL, Kurtz A: Differential regulation of renal cyclooxygenase mRNA by dietary salt intake. Kidney Int 1997;52:1242–1249.

18 Guan Y, Chang M, Cho W, Zhang YH, Redha R, Davis L, Chang S, Dubois RN, Hao CM, Breyer MD: Cloning, expression, and regulation of rabbit cyclooxygenase-2 in renal medullary interstitial cells. Am J Physiol 1997;273: F18–F26.

19 Smith WL, Bell TG: Immunohistochemical localization of the prostaglandin-forming cyclooxygenase in renal cortex. Am J Physiol 1978;235:F451–F457.

20 Cheng HF, Wang JL, Zhang MZ, Miyazaki Y, Ichikawa I, McKenna JA, Harris RC: Angiotensin II stimulates renal cortical cyclooxygenase-2 expression. J Clin Invest 1993;103:953–961.

21 Wang JL, Cheng HF, Zhang MZ, McKanna JA, Harris RC: Selective increase of cyclooxygenase-2 expression in a model of renal ablation. Am J Physiol 1998;275:F613–F622.

22 Hartner A, Coppelt-Struebe M, Hilgers KF: Coordinate expression of cyclooxygenase-2 and renin in the rat kidney in renovascular hypertension. Hypertension 1998;31:201–205.

23 Tomasoni S, Noris M, Zappella S, Gotti E, Casiraghi F, Bonazzola S, Benigni A, Remuzzi G: Upregulation of renal and systemic cyclooxygenase-2 in patients with active lupus nephritis. J Am Soc Nephrol 1998;9:1202–1212.

24 Nantel F, Meadows EM, Denis D, Connolly B, Metters KM, Giaid A: Immunolocalization of cyclooxygenase-2 in the macula densa of human elderly. FEBS Lett 1999;457:475–477.

25 Navar LG, Inscho EW, Majid SA, Imig JD, Harrison-Bernard LM, Mitchell KD: Paracrine regulation of the renal microcirculation. Physiol Rev 1996;76:425–536.

26 Frazier LW, Yorio T: Eicosanoids: Their functions in renal epithelia ion transport. Proc Soc Exp Biol Med 1992;201:229–243.

27 Roman RJ, Lechene C: Prostaglandin $E_2$ and $F_{2\alpha}$ reduces urea reabsorption from the rat collecting duct. Am J Physiol 1981;241:F53–F60.

28 Breyer MD, Zhang YH, Guan YF, Hao CM, Hebert RL, Bryer RM: Regulation of renal function by prostaglandin E receptors. Kidney Int 1998;54(suppl 67):88–94.

29 Conte G, Cianciaruso B, De Nicola LD, Sepe V, Romano G, Domenico R, Caglioti A, Fuiano G, Dal Canton AD: Inhibition of urea tubular reabsorption by $PGE_2$ infusion in man. Nephron 1992;60:42–48.

30 Kramer HJ, Stinnesbeck B, Klautke G, Kipnowski, Klingmüller D, Glänzer K, Düsing R: Interaction of renal prostaglandins with the renin-angiotensin and renal adrenergic nervous systems in healthy subjects during dietary changes in sodium intake. Clin Sci (Colch) 1985;68:387–393.

31 Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ 2d: Clinical implications of prostaglandin and thromboxane $A_2$ formation (1). N Engl J Med 1988;319:689–698.

32 Stokes JB: Effect of prostaglandin $E_2$ on chloride transport across the rabbit thick ascending limb of Henle: Selective inhibition of the medullary portion. J Clin Invest 1979;64:495–502.

33 Stokes JB, Kokko JP: Inhibition of sodium transport by prostaglandin $E_2$ across the isolated perfused rabbit collecting tubule. J Clin Invest 1977;59:1099–1104.

34 Gines P, Abraham WT, Schrier RW: Vasopressin in pathophysiological states. Semin Nephrol 1994;14:384–397.

35 Toto RD: The role of prostaglandins in NSAID-induced renal dysfunction. J Rheumatol 1991;28:22–25.

36 Whelton A: Nephrotoxicity of nonsteroidal anti-inflammatory drugs: Physiological foundations and clinical implications. Am J Med 1999;106(suppl):13–24.

37 Bennett WM, Henrich WL, Stoff JS: The renal effects of nonsteroidal antiinflammatory drugs: Summary and recommendations. Am J Kidney Dis 1996;28(suppl 1):56–62.

38 Toto RD, Anderson SA, Brown-Cartwright D, Kokko JP, Brater DC: Effects of acute and chronic dosing of NSAIDs in patients with renal insufficiency. Kidney Int 1986;30:760–768.

39 Palmer BF: Renal complications associated with use of nonsteroidal anti-inflammatory agents. J Investig Med 1995;43:516–533.

40 Kaojarern S, Chennavasin P, Anderson S, Brater DC: Nephron site of effect of nonsteroidal anti-inflammatory drugs on solute excretion in humans. Am J Physiol 1983;244:134–139.

41 Brater DC: Effect of indomethacin on salt and water homeostasis. Clin Pharmacol Ther 1979; 25:322–330.

42 Schooley RT, Wagley PF, Lietman PS: Edema associated with ibuprofen therapy. JAMA 1977;237:1716–1717.

43 Page J, Henry D: Consumption of NSAIDs and the development of congestive heart failure in elderly patients: An underrecognized public health problem. Arch Intern Med 2000;160: 777–784.

44 Fierro-Carrion GA, Ram CVS: Nonsteroidal anti-inflammatory drugs (NSAIDs) and blood pressure. Am J Cardiol 1997;80:775–776.

45 Johnson AG, Nguyen TV, Day RO: Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994;121:289–300.

46 Pope JE, Anderson JJ, Felson DT: A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153:477–484.

47 Houston MC: Nonsteroidal anti-inflammatory drugs and antihypertensives. Am J Med 1991; 90(suppl 5A):42–47.

48 Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H: Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994;272: 781–786.

49 Johnson AG: NSAIDs and increased blood pressure: What is the clinical significance? Drug Saf 1997;17:277–289.

50 Guazzi MD, Campodonico J, Celeste F, Guazzi M, Santambrogio G, Rossi M, Trabattoni D, Alimento M: Antihypertensive efficacy of angiotensin-converting enzyme inhibition and aspirin counteraction. Clin Pharmacol Ther 1998;63:79–86.

51 Goldszer RC, Coodley EL, Rosner JM, Simons WM, Schwartz AB: Hyperkalemia associated with indomethacin. Arch Intern Med 1981; 141:802–804.

52 Zimran A, Kramer M, Plaskin M, Hershko C: Incidence of hyperkalaemia induced by indomethacin in a hospital population. Br Med J 1985;291:107–108.

53 Tan SY, Shapiro R, Franco R, Stockard H, Mulrow PJ: Indomethacin-induced prostaglandin inhibition with hyperkalemia. Ann Intern Med 1979;90:783–785.

54 Henrich WL: Role of prostaglandins in renin secretion. Kidney 1981;19:822–830.

55 Brater DC, Anderson S, Baird B, Campbell WB: Effects of ibuprofen, naproxen, and sulindac on prostaglandins in men. Kidney Int 1985;27:66–73.

56 Garella S, Matarese RA: Renal effects of prostaglandins and clinical adverse effects of nonsteroidal anti-inflammatory agents. Medicine (Baltimore) 1984;63:165–181.

57 Carmichael J, Shankel SW: Effects of nonsteroidal anti-inflammatory drugs on prostaglandins and renal function. Am J Med 1985;78: 992–1000.

58 Patrono C, Dunn MJ: The clinical significance of inhibition of renal prostaglandin synthesis. Kidney Int 1987;32:1–12.

59 Porile JL, Bakris GL, Garella S: Acute interstitial nephritis with glomerulopathy due to nonsteroidal anti-inflammatory agents: A review of its clinical spectrum and effects of steroid therapy. J Clin Pharmacol 1990;30:468–475.

60 O'Banion MK, Winn VD, Young DA: cDNA cloning and functional activity of a glucocorticoid-regulated inflammatory cyclooxygenase. Proc Natl Acad Sci USA 1992;89:4888–4892.

61 Herschman HR: Prostaglandin synthase II. Biochim Biophys Acta 1996;1299:125–140.

62 Dubois RN, Tsujii M, Bishop P, Awald JA, Makita K, Lanahan A: Cloning and characterization of growth factor inducible cyclooxygenase gene from rat intestinal epithelial cells. Am J Physiol 1994;266:G822–G827.

63 Tippetts MT, Varnum BC, Lim RW, Herschman HR: Tumor-promoter-inducible genes are differentially expressed in the developing mouse. Mol Cell Biol 1988;8:4570–4572.

64 Zhang MZ, Wang JL, Cheng HF, Harris RC, McKanna JA: Cyclooxygenase-2 in rat nephron development. Am J Physiol 1997;273:F994–F1002.

65  Dinchuk JE, Car BD, Focht RJ, Johnston JJ, Jaffee BD, Covington MB, Contel NR, Eng VM, Collins RJ, Czerniak PM, Gorry S, Trzakos J: Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995;378:406–409.

66  Morham SG, Langenbach R, Loftin CD, Tiano HF, Vouloumanos N, Jennette C, Mahler JF, Kluckman KD, Ledfort A, Lee CA, Smithies O: Prostaglandin synthase 2 gene disruption causes severe renal pathology in the mouse. Cell 1995;83:473–482.

67  Langenbach R, Morham SG, Tiano HF, Loftin CD, Ghanayem BI, Chulada PC, Mahler JF, Lee CA, Goulding EH, Kluchman KD, Kim H, Smithies O: Prostaglandin synthesis I gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995;83:483–492.

68  Physicians' Desk Reference, ed 54. Montvale, Medical Economics Company, 2000, pp 1912–1915, 2334–2337.

69  Celebrex (celecoxib) Advisory Committee Briefing Document: Renal effects. www.fda.gov/cder/foi/adcomm/98/celebrex.htm.

70  Rossat J, Maillard M, Nussberg J, Brunner HR, Burnier M: Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. Clin Pharmacol Ther 1999;66:76–84.

71  Whelton A, Schulman G, Wallemark C, Drower EJ, Isakson PC, Verburg KM, Geis GS: Effects of celecoxib and naproxen on renal function in the elderly. Arch Intern Med 2000;160:1465–1470.

72  Whelton A, Maurath CJ, Verburg KM, Geis GS: Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000;7:159–175.

73  Froelich JC, Wilson TW, Sweetman BJ, Smigel JM, Nies AS, Carr K, Watson JT, Oates JA: Urinary prostaglandins: Identification and origin. J Clin Invest 1975;55:763–770.

74  Catella F, Nowak J, Fitzgerald GA: Measurement of renal and non-renal eicosanoid synthesis. Am J Med 1986;81:23–29.

75  Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, Fitzgerald GA: Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999;289:735–741.

76  Van Hecken A, Schwartz JI, Depré M, De Lepeleire I, Dallob A, Tanaka W, Wynants K, Buntinx A, Arnout J, Wong PH, Ebel DL, Gertz BJ, De Schepper PJ: Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000;40:1109–1120.

77  McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, Fitzgerald GA: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96:272–277.

78  Swan SK, Rudy DW, Lasseter KC, Ryan CF, Buechel KL, Lambrecht LJ, Pinto MB, Dilzer SC, Obrda O, Sundblad KJ, Gumbs CP, Ebel DL, Quan H, Larson PJ, Schwartz JI, Musliner TA, Gertz BJ, Brater DC, Yao S-L: Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet. Ann Intern Med 2000;133:1–9.

79  Perazella MA, Eras J: Are selective COX-2 inhibitors nephrotoxic? Am J Kidney Dis 2000;35:937–940.

80  Dunn MJ: Are COX-2 selective inhibitors nephrotoxic? Am J Kidney Dis 2000;35:976–977.

81  Daniels B, Seidenberg B: Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum 1999;42(suppl):143.