# Plaintiffs' Response re FOSSLIEN

# Footnote 9 of 28

Aliment Pharmacol Ther 2003; 17: 201–210.

doi: 10.1046/j.0269-2813.2003.01407.x

# Complementary studies of the gastrointestinal safety of the cyclo-oxygenase-2-selective inhibitor etoricoxib

R. H. HUNT*, S. HARPER†, P. CALLEGARI†, C. YU†, H. QUAN†, J. EVANS†, C. JAMES*, B. BOWEN* & F. RASHID*

*McMaster University Medical Center, Hamilton, Ont., Canada; †Merck Research Laboratories, West Point, PA, USA

Accepted for publication 9 October 2002

## SUMMARY

*Background*: Cyclo-oxygenase-2-selective non-steroidal anti-inflammatory drugs are intended to preserve cyclo-oxygenase-1-mediated gastroprotection and platelet function, whilst inhibiting cyclo-oxygenase-2-mediated inflammation.

*Aim*: To assess the gastrointestinal safety of the cyclo-oxygenase-2-selective inhibitor etoricoxib vs. non-selective non-steroidal anti-inflammatory drugs.

*Methods*: Two randomized, double-blind, placebo- and active-controlled studies were performed: (i) daily faecal red blood cell loss was measured in 62 subjects receiving etoricoxib (120 mg once daily), ibuprofen (800 mg t.d.s.) or placebo for 28 days; (ii) the incidence of endoscopically detectable gastric/duodenal ulcers was determined in 742 osteoarthritis or rheumatoid arthritis patients receiving etoricoxib (120 mg once daily), naproxen (500 mg b.d.) or placebo over 12 weeks.

*Results*: In the first study, the between-treatment ratio of faecal blood loss for etoricoxib vs. placebo (1.06) was not significantly different from unity; however, the ratios for ibuprofen vs. placebo (3.26) and etoricoxib (3.08) were significantly greater than unity ($P < 0.001$). In the second study, the incidence of ulcers of $\geq 3$ mm with naproxen (25.3%) was significantly higher than that with etoricoxib (7.4%) or placebo (1.4%; $P < 0.001$); the results were similar for ulcers of $\geq 5$ mm.

*Conclusions*: The reduced toxicity of etoricoxib (less faecal blood loss and fewer endoscopically detectable lesions) suggests that use of this drug will may be associated with a reduced incidence of gastrointestinal perforations, ulcers and bleeds.

## INTRODUCTION

Because gastrointestinal toxicity is the most common serious adverse event associated with the use of non-steroidal anti-inflammatory drugs (NSAIDs),[1] the search for alternative anti-inflammatory agents has focused on reducing the adverse effects on the gastrointestinal tract whilst maintaining efficacy. Previous studies have suggested that the inhibition of cyclo-oxygenase (COX)-mediated prostaglandin synthesis within the gastrointestinal mucosa may play a role in the pathogenesis of NSAID-induced gastrointestinal toxicity.[2–5] Evidence supports the finding that COX-1 is the predominant isoform in the human stomach,[6, 7] and that COX-1 mediates prostaglandin synthesis in the normal human gastric mucosa.[8] It has been postulated that the prostaglandins produced by COX-1 help to protect the gastric and duodenal mucosa by several mechanisms, including the reduction of acid secretion and the stimulation of mucous secretion, bicarbonate secretion, mucosal blood flow and the production of mucosal phospholipids.[9, 10] It has also been suggested that the inhibition of prostaglandin synthesis within the gastric and duodenal mucosa by non-selective NSAIDs may compromise these protective functions, thereby contributing to the pathogenesis of NSAID-induced gastrointestinal toxicity.[11]

*Correspondence to: Professor Richard H. Hunt, Division of Gastroenterology, 1200 Main St. West, Room 4W5, McMaster University Medical Center, Hamilton, Ont. L8N 3Z5, Canada.*
*E-mail: huntr@mcmaster.ca*

© 2003 Blackwell Publishing Ltd

The development of COX-2-selective NSAIDs, such as rofecoxib and celecoxib, has provided support for the supposition that the coxibs spare COX-1 and pose a lower risk to the gastrointestinal tract than non-selective NSAIDs. The results of a recent study in healthy subjects showed that faecal red blood cell loss with rofecoxib was significantly less than that observed with a therapeutic dose of the non-selective NSAID ibuprofen and equivalent to that seen with placebo.[12] In addition, two identical endoscopic studies with rofecoxib[13, 14] reported a reduction in the incidence of ulcers over 6 months of approximately 70% when compared with ibuprofen.[15] The rate of endoscopically detectable ulcers seen in studies of celecoxib was also observed to be lower than that found in patients treated with non-selective NSAIDs.[16–18] Furthermore, the results of a prospective, randomized, double-blind comparison of rofecoxib with naproxen in 8076 patients with rheumatoid arthritis (the VIGOR trial) showed an approximately 50% reduction in the incidence of upper gastrointestinal clinical events;[15] similarly, celecoxib was associated with a lower incidence of symptomatic ulcers and ulcer complications combined, in comparison with non-selective NSAIDs (the CLASS study).[19] A reduction of approximately 50% was also reported in the incidence of upper gastrointestinal clinical events with rofecoxib vs. non-selective NSAIDs in a pre-specified, combined analysis of eight double-blind studies that included 5435 patients with osteoarthritis.[20]

Etoricoxib is a new and highly selective COX-2 inhibitor with a long half-life and rapid time to maximum plasma concentration. It is anticipated that the profile of etoricoxib, like that of rofecoxib, will show a reduced incidence of gastrointestinal toxicity in contrast with the profile of non-selective NSAIDs. Therefore, the characterization of its potential for gastrointestinal toxicity has been an important part of the assessment of etoricoxib. Measures of faecal red blood cell loss and direct endoscopic visualization of mucosal lesions provide complementary information about the effects of anti-inflammatory drugs on the gastrointestinal tract. Etoricoxib was studied in both contexts.

The clinical model of faecal blood loss provides a surrogate indirect measure of injury over the entire length of the gastrointestinal tract, including areas beyond the reach of the upper gastrointestinal endoscope. The faecal blood loss study of etoricoxib used a precise technique to measure possible microbleeding throughout the gastrointestinal tract. Subjects underwent re-infusion of $^{51}$Cr-labelled erythrocytes, and faecal red blood cell loss was monitored by the determination of the radioactivity contained in the stool.[21] The amount of faecal blood loss correlated well with the endoscopic determination of the erosive gastritis and ulcers caused by gastric irritants.[21–26] Previous experience with non-selective NSAIDs and rofecoxib suggests that the magnitude of drug-induced microbleeding, as measured by faecal blood loss, may be a marker of the potential to cause clinically significant gastrointestinal toxicity.[12, 27]

Gastrointestinal microbleeding assessed by $^{51}$Cr-labelled faecal red blood cell loss is one measure of the mucosal damage anywhere from the mouth to the anus, damage which may or may not be accompanied by an endoscopically visible lesion. Endoscopy complements faecal blood loss quantification by providing visualization of oesophageal, gastric or duodenal mucosal lesions; however, this method does not directly assess the platelet-inhibiting activity, and the resultant risk of bleeding, associated with non-selective COX inhibition. Endoscopic monitoring of mucosal integrity can help to determine the frequency of drug-related upper gastrointestinal erosions, ulcers and bleeding.[26] A reduction in gastric and/or duodenal ulcers detected by endoscopic surveillance appears to predict upper gastrointestinal clinical event outcomes.[28] The potential of endoscopy as a predictor of clinical outcome is re-affirmed by the concordance of the results of previous rofecoxib studies.[13–15, 20] In this paper, we present the results of a faecal red blood cell loss study in healthy subjects and an endoscopy study in osteoarthritis and rheumatoid arthritis patients with the new, highly selective, COX-2 inhibitor, etoricoxib. The studies compared a high dose of etoricoxib (twice that anticipated for the chronic treatment of osteoarthritis[29] and equal to that anticipated for the treatment of acute pain[30]) with clinically recommended doses of non-selective NSAIDs. The combination of results from both types of assessment of the gastrointestinal tract provides a stronger characterization of the gastrointestinal safety profile of etoricoxib than either study would provide independently.

## METHODS

All subjects or patients participating in the studies gave written informed consent, and both studies were

conducted in conformance with applicable national or local ethical requirements.

*Faecal red blood cell loss study*

Faecal red blood cell loss with etoricoxib was evaluated as described in a previously published randomized, double-blind study of the COX-2-selective inhibitor rofecoxib.[12] Sixty-two healthy male subjects between 19 and 33 years of age, with a history of regular bowel habits of at least one stool per day, were enrolled by the investigator in this single-centre, parallel-group, randomized, double-blind, active- and placebo-controlled study. The study began in November 1999 and ended in April 2000.

Subjects were re-injected with their own [51]Cr-labelled red blood cells, and daily faecal blood loss in the total collected stool sample was measured using a large sample counter. Subjects with normal faecal blood loss during a 1-week, placebo, single-blind, baseline period were randomized to receive oral etoricoxib (120 mg once daily), which is twice the dose anticipated for chronic use in osteoarthritis patients,[29] oral ibuprofen (800 mg three times daily) or placebo for 28 days. Randomization was performed according to an allocation schedule generated by computer at Merck Research Laboratories. Treatments for each subject were packaged in numbered containers.

The primary end-point was the ratio of the average daily faecal blood loss (mL/day) for weeks 2–4 of active treatment to the pre-treatment baseline faecal blood loss. The second to fourth weeks of drug treatment were pre-determined for analysis, in order to exclude the possibility that acute ibuprofen-induced mucosal injury in the first week might increase the apparent rate of blood loss in this group. The ratio was calculated for each subject and comparisons were made between treatments. Safety was evaluated by physical examinations, laboratory parameters, electrocardiograms and adverse events.

Analysis of covariance was used to analyse the logarithm of the treatment-to-baseline ratio for the comparison of treatment effects. The 95% confidence interval (CI) was calculated for the between-group ratio of the treatment-to-baseline least-squares geometric mean ratios to compare the effects of study therapy on average daily faecal blood loss. For the comparison of etoricoxib with placebo, a conservative similarity bound of 1.7 was pre-specified as the upper limit of the 95% CI.

*Endoscopy study in osteoarthritis and rheumatoid arthritis patients*

A multicentre, multinational, randomized, double-blind, parallel-group, active comparator and placebo-controlled study was performed from December 1999 to November 2000 to determine the incidence of gastric and/or duodenal ulcers in patients with osteoarthritis or rheumatoid arthritis over 12 weeks of treatment with etoricoxib, naproxen or placebo. Seven hundred and forty-two patients (130 males, 612 females) between the ages of 18 and 83 years were enrolled. Patients were excluded if they had an oesophageal, gastric or duodenal ulcer, pyloric obstruction or erosive oesophagitis at baseline endoscopy. The study population included patients infected with *Helicobacter pylori* and those with risk factors for the development of gastric or duodenal ulcers with non-selective NSAIDs, including age ≥ 65 years, a previous history of a gastroduodenal event (e.g. perforation, ulcer or bleed), use of corticosteroids and/or low-dose aspirin and the presence of gastroduodenal erosions at baseline.[1, 31–33] Patient baseline characteristics are shown in Table 1. Following a 2-week washout period from non-selective NSAIDs, gastroprotective agents (including proton pump inhibitors, $H_2$-receptor antagonists, prostaglandin analogues or other protective agents such as sucralfate) and antibiotics, patients underwent baseline endoscopy and the determination of *H. pylori* status.

A randomization schedule generated by computer at Merck Research Laboratories was used to assign patients to one of three treatment groups: etoricoxib, 120 mg once daily ($n = 251$), naproxen, 500 mg twice daily ($n = 244$), or placebo ($n = 247$). Within each study site, allocation was stratified by positive or negative history of significant upper gastrointestinal disease (i.e. event), and secondarily by the use of low-dose aspirin. Study medication was provided in numbered containers.

The concurrent use of oral corticosteroid (≤ 10 mg prednisone equivalent daily) and low-dose aspirin (≤ 100 mg daily) was permitted, and rescue medications [acetaminophen for pain and Gelusil (aluminium hydroxide/magnesium hydroxide/simethicone, Warner-Lambert) for minor dyspepsia] were provided.

Patients were evaluated clinically at study weeks 3, 6, 9 and 12. Endoscopy was performed at baseline, at study weeks 6 and 12, and at any unscheduled discontinuation or when deemed clinically necessary by the

© 2003 Blackwell Publishing Ltd, *Aliment Pharmacol Ther* **17**, 201–210

204   R. H. HUNT *et al.*

| | Placebo | Etoricoxib (120 mg) | Naproxen (1000 mg) |
|---|---|---|---|
| Randomized patients (*n*) | 247 | 251 | 244 |
| Female (%) | 81 | 84 | 83 |
| Mean age (years) | 54 | 53 | 54 |
| Age range (years) | 22–83 | 18–79 | 18–80 |
| Age ≥ 65 years (%) | 23 | 18 | 22 |
| Caucasian (%) | 57 | 57 | 57 |
| Black (%) | 4 | 7 | 6 |
| Hispanic (%) | 21 | 19 | 20 |
| Osteoarthritis (%) | 24 | 27 | 23 |
| Rheumatoid arthritis (%) | 76 | 73 | 77 |
| Positive gastrointestinal history (%) | 9 | 10 | 9 |
| Positive *Helicobacter pylori* status* (%) | 60 | 51 | 58 |
| Patients with gastroduodenal erosions present at baseline endoscopy (%) | 14 | 13 | 17 |
| Tobacco use (%) | 45 | 46 | 41 |
| Previous NSAID use (%) | 72 | 74 | 77 |
| Corticosteroid use (%) | 39 | 37 | 37 |
| Low-dose aspirin use (≤ 100 mg daily) (%) | 4 | 4 | 5 |

Table 1. Endoscopy study: patient baseline characteristics

NSAID, non-steroidal anti-inflammatory drug.
* Determined by urease test (CLO test) or histopathology results on gastric biopsy samples taken at baseline endoscopy.

investigator. At each endoscopy, the number and size of gastric and/or duodenal ulcers (defined as a mucosal break with unequivocal depth) of at least 3 mm in the longest dimension were recorded, and gastroduodenal mucosal erosions (defined as a mucosal break of any size with no depth) were also counted. If an ulcer was detected at either week 6 or 12, the patient was immediately discontinued from the study and underwent discontinuation procedures and ulcer treatment. Assessments also included physical examination and vital signs, laboratory parameters and the monitoring of adverse events.

The primary end-point of the study was the cumulative incidence of gastric and/or duodenal ulcers (≥ 3 mm) measured at weeks 6 and 12, with a secondary end-point of the cumulative incidence of larger ulcers (≥ 5 mm) over 12 weeks. Gastroduodenal erosions were included as exploratory end-points. The study had a 98% power to detect a difference in the 12-week cumulative incidence rate of patients who developed gastric and/or duodenal ulcers between naproxen and etoricoxib or placebo, based on a two-sided test with $\alpha = 0.05$ between treatment groups. These estimates assumed that the true incidence rates were 7.5% for etoricoxib, 7.5% for placebo and 25% for naproxen.

The log-rank test was used to compare the cumulative incidence between treatment groups, and a life-table (survival) analysis was used to analyse time to event data for ulcer incidence. Ninety-five per cent CIs were calculated for the between-treatment difference and ratio of the 12-week cumulative life-table rates. Twelve-week cumulative life-table rates were based on Kaplan–Meier estimates and the CIs were calculated using the Breslow–Crowley method.[34] An analysis of covariance model with pre-specified factors (treatment, gastrointestinal history and baseline covariate where appropriate) was used to analyse continuous variables.

RESULTS

*Faecal blood loss study in healthy subjects*

Figure 1 shows the disposition of volunteers in the study; three subjects were withdrawn from the study prior to unblinding due to infection with pinworm, the effects of which on faecal red blood cell loss were unknown. As shown in Figure 2, faecal blood loss increased consistently throughout the study with ibuprofen (800 mg three times daily), whereas faecal blood loss in subjects taking daily etoricoxib (120 mg) did not differ from that seen with placebo. As expected in this model, faecal blood loss also increased slightly in the placebo group over the course of the study. The least-squares geometric mean ratio of weeks 2–4/baseline



Figure 1. Flow chart of faecal red blood cell loss study.

faecal blood loss was 2.44 in the placebo group, 2.59 in the etoricoxib (120 mg) group and 7.97 in the ibuprofen (2400 mg) group. The between-treatment ratio for the etoricoxib (120 mg) group vs. placebo (1.06; 95% CI: 0.84, 1.34) was not significantly different from unity



Figure 2. Mean daily faecal blood loss over 4 weeks. Narrow broken line, placebo ($n = 21$). Wide broken line, ibuprofen (2400 mg) ($n = 18$). Full line, etoricoxib (120 mg) ($n = 23$). CI, confidence interval.

© 2003 Blackwell Publishing Ltd, *Aliment Pharmacol Ther* **17**, 201–210

($P = 0.630$), and the upper bound of the 95% CI was smaller than the pre-specified comparability bound of 1.7. By contrast, the between-treatment ratios of ibuprofen vs. placebo (3.26; 95% CI: 2.55, 44.17) and ibuprofen vs. etoricoxib (3.08; 95% CI: 2.41, 3.94) were significantly greater than unity ($P < 0.001$).

There were no serious adverse experiences, and no subjects were discontinued because of adverse events. Clinical and laboratory adverse events were tabulated but, due to the small sample size, no formal statistical analysis was performed to compare treatment effects on safety parameters. Etoricoxib was generally well tolerated.

*Endoscopy study in osteoarthritis and rheumatoid arthritis patients*

Figure 3 shows the disposition of patients throughout the study. The incidence of gastric and/or duodenal ulcers of ≥ 3 mm (Figure 4) at 12 weeks in the naproxen group was significantly higher than that in the etoricoxib group [difference (95% CI). 17.85% (11.20%, 24.50%); $P < 0.001$] and placebo group [difference (95% CI). 23.92% (18.01%, 29.83%); $P < 0.001$]. The findings for ulcers of ≥ 5 mm were similar [naproxen vs. etoricoxib: difference (95% CI). 12.72% (6.58%,

206   R. H. HUNT *et al.*



Figure 3. Flow chart of endoscopy study. *Endoscopies performed up to week 6 including those for patients who discontinued. †Endoscopies performed from weeks 6 to 12 including those for patients who discontinued. AE, adverse event.



Figure 4. Life-table cumulative incidence of gastroduodenal ulcers of ≥ 3 mm with 95% confidence interval (intention-to-treat). Filled bar, placebo. Shaded bar, etoricoxib (120 mg). Open bar, naproxen (1000 mg). *$P < 0.001$ for naproxen vs. etoricoxib or placebo. †$P = 0.002$ for etoricoxib vs. placebo; not pre-specified.

18.85%); $P < 0.001$; naproxen vs. placebo: difference (95% CI), 18.37% (12.99%, 23.74%); $P < 0.001$. Based on the endoscopically observed ulcer incidence at 12 weeks, six patients would need to be treated with etoricoxib (120 mg) rather than with naproxen

(1000 mg) to avert the development of an ulcer in one patient. Although not a pre-specified comparison, the incidence of ulcers in the etoricoxib group was significantly higher than that in the placebo group (for ulcers of ≥ 3 mm: 7.42% vs. 1.35%; $P = 0.002$; for ulcers of ≥ 5 mm: 6.57% vs. 0.92%; $P = 0.002$).

Ulcer (≥ 3 mm) incidence in the subgroups defined by baseline patient characteristics was generally qualitatively consistent across the subgroups. The presence of gastric or duodenal mucosal erosions at baseline was a significant risk factor for ulcers ($P = 0.048$).

The change in the number of erosions from baseline to week 12 is shown in Figure 5. The analysis of gastroduodenal erosions at 12 weeks showed a significantly lower mean change from baseline for etoricoxib vs. naproxen [difference (95% CI), 3.54 (2.95, 4.13); $P < 0.001$] and for placebo vs. naproxen [difference (95% CI), 3.56 (2.96, 4.15); $P < 0.001$]. Although not a pre-specified comparison, no significant difference was observed between the etoricoxib and placebo groups in the mean change from the baseline number of erosions [difference (95% CI), 0.02 (– 0.58, 0.61);

© 2003 Blackwell Publishing Ltd, *Aliment Pharmacol Ther* **17**, 201–210



Figure 5. Change in the number of gastroduodenal erosions (95% confidence interval) from baseline to week 12. *P < 0.001 for naproxen vs. placebo or etoricoxib.

$P = 0.957$; Figure 5] or in the incidence of the increase in erosions [difference (95% CI), −0.53 (− 8.38, 7.32); $P = 0.898$].

Exploratory analyses of the incidence of gastric and duodenal ulcers were performed separately. Results for gastric ulcer were consistent with those of the combined gastric and duodenal results. The number of patients with duodenal ulcer was small in all of the three treatment groups, and the incidence rates for duodenal ulcer were lower than those for gastric ulcer. The relative ordering of the rates by treatment for duodenal ulcer was similar to that for gastric ulcer.

The rates of discontinuation due to clinical adverse events were similar across the treatment groups: 5.7% for placebo, 6.4% for etoricoxib and 10.2% for naproxen. The incidence of drug-related adverse events in the naproxen group (37.7%) was significantly higher than that for placebo (21.9%, $P < 0.001$), whereas the incidence for the etoricoxib group (27.5%) was not significantly different from that for placebo ($P = 0.148$). The proportions of patients who discontinued due to a digestive system adverse experience or abdominal pain were 0.4% for placebo, 4.0% for etoricoxib and 9.0% for naproxen ($P \leq 0.011$ for etoricoxib or naproxen vs. placebo). The overall incidence of laboratory adverse experiences was similar across all treatment groups (13.1%, 10.8% and 10.7% in the placebo, etoricoxib and naproxen groups, respectively).

Because the potential risks of COX-2 inhibition include a subset of the known mechanism-based adverse effects of non-selective NSAIDs, particular attention was paid to renal-related adverse events, such as hypertension or oedema. In the present study, the incidence rates of lower extremity oedema were 2.0% in the naproxen group, 1.6% in the placebo group and 1.6% in the etoricoxib group, and no patient in the trial discontinued due to oedema. The incidence of hypertension was also similar in the three treatment groups (2.4%, 2.0% and 2.9% in the placebo, etoricoxib and naproxen groups, respectively), as was the discontinuation rate for hypertension [one patient in the etoricoxib (120 mg) group discontinued due to hypertension, which was considered to be definitely not related to the study drug by the investigator]. No patient experienced congestive heart failure, pulmonary oedema or cardiac failure.

DISCUSSION

The results of these two gastrointestinal tolerability studies provide complementary evidence that the highly selective COX-2 inhibitor etoricoxib has reduced gastrointestinal toxicity compared with non-selective NSAIDs. Faecal red blood cell loss with etoricoxib (120 mg) (twice the dose similar in efficacy to the dose of ibuprofen studied[29]) was significantly less than that with ibuprofen and was equivalent to that with placebo in healthy volunteers. Etoricoxib also resulted in a significantly lower incidence of endoscopically detectable ulcers and erosions than the non-selective NSAID comparator naproxen over a 12-week treatment period; these findings are consistent with the results of a combined analysis of 10 Phase II/III trials, which have shown that treatment with etoricoxib reduces the incidence of investigator-reported and confirmed upper gastrointestinal events by approximately 50% compared with treatment with non-selective NSAIDs,[35] and similar to the results seen with rofecoxib.[15] In addition, the safety results of the present studies support the generally good tolerability of etoricoxib in patients with osteoarthritis or rheumatoid arthritis.

The etoricoxib faecal blood loss study results are consistent with a COX-1 sparing effect of etoricoxib (120 mg once daily) similar to that of placebo. COX-1 inhibition would be expected to cause a combination of mucosal injury and platelet dysfunction, leading to gastrointestinal microbleeding, for which the faecal blood loss study is extremely sensitive: consistent with this expectation, the non-selective COX inhibitor ibuprofen (800 mg three times daily) increased the faecal red blood cell loss compared with placebo. The placebo effect observed in this study (2.4 times that of baseline) was similar to the results reported in previous studies.[12, 36]

© 2003 Blackwell Publishing Ltd, Aliment Pharmacol Ther 17, 201–210

The results of the endoscopy study in osteoarthritis/rheumatoid arthritis patients support the findings from the faecal blood loss study in healthy volunteers. Treatment with etoricoxib resulted in significantly fewer ulcers and erosions than did treatment with naproxen; only six patients would need to be treated with etoricoxib vs. naproxen in order to avert the development of ulcers in one patient. Etoricoxib was similar to placebo in terms of the incidence of erosions, although there was a higher incidence of ulcers in patients taking etoricoxib relative to placebo. Unlike the findings for etoricoxib in this study, the results for the naproxen group showed an increased incidence of both ulcers and erosions, as has been observed in previous studies with oral or parenteral non-selective NSAIDs.[13, 14, 37, 38]

Several possible reasons could account for the observed difference in ulcer incidence between etoricoxib and placebo. Local topical effects of etoricoxib, whether mediated by COX inhibition or other chemical effects, appear to be unlikely. The number of gastric or duodenal erosions seen with etoricoxib was similar to that seen with placebo, suggesting that etoricoxib did not have a direct topical effect on the gastrointestinal mucosa. Considerable evidence also suggests that systemic COX-1 inhibition is unlikely. For example, at single doses up to 250 mg and multiple doses up to 150 mg daily, etoricoxib caused no significant inhibition of COX-1 when compared with placebo in assays of platelet function and assays of prostanoid production by human whole blood in healthy subjects.[39] Moreover, a multiple-dose study in healthy subjects to assess the effects of etoricoxib on ex vivo prostaglandin synthesis in gastric biopsy samples demonstrated that etoricoxib (120 mg taken once daily) had no effect on prostaglandin $E_2$ synthesis and was not statistically different from placebo in gastric biopsy tissue.[40] These results, together with those of the faecal blood loss study described here, clearly support the COX-2 selectivity of etoricoxib.

A consideration of the mechanisms of healing of mucosal injury suggests another interpretation of the findings in the present endoscopy study. Studies in animal models with both non-selective NSAIDs and selective COX-2 inhibitors have demonstrated a role for COX-2 in ulcer healing.[41–43] and COX-2 is expressed in human gastric ulcers[44] where it may play a role in angiogenesis in the ulcer bed.[45] The higher incidence of ulcers seen with etoricoxib (120 mg), a dose higher than that anticipated for chronic use, compared with the placebo group in this study is therefore consistent with the current knowledge about the potential effects of very high levels of COX-2 inhibition on ulcer healing mechanisms. Erosions, by contrast, appear to undergo healing by a process of rapid restitution, in which epithelial cells at the margins of the erosion migrate over the area of compromised mucosa, thereby repairing the defect;[46–50] therefore, COX-2-dependent processes, such as angiogenesis, required for the repair of deeper structures such as ulcers, are not an issue in the healing of erosions. Thus, COX-2 inhibition may slow the healing of ulcers without affecting the healing of superficial mucosal erosions to the same extent, consistent with the findings in the present study.

Another interesting finding in the endoscopy study was that the ulcer incidence rate in the placebo group (1.35%) was lower than the expected estimate of 7.5%.[13, 14] The subsequent widespread availability of marketed COX-2-selective inhibitors may have caused a significant change in clinical practice, such that patients with a higher baseline risk for ulcer may already be committed to therapy with a COX-2-selective NSAID. Such changes in baseline patient characteristics have important implications for the planning and interpretation of future studies in this area.

In conclusion, by assessing injury to the gastrointestinal tract in two different and complementary ways, the faecal red blood cell loss and endoscopy studies reported here provide consistent evidence of the superiority of etoricoxib (120 mg) over non-selective NSAIDs in the preservation of gastrointestinal mucosal integrity and platelet function. These results are also consistent with the similarity in the reduction of risk for gastrointestinal clinical events between rofecoxib and etoricoxib,[15, 20] as gastrointestinal clinical event analysis is influenced by the presence or absence of platelet-inhibiting activity due to COX-1 inhibition. Taken together, these results confirm the hypothesis that treatment with etoricoxib confers less risk of the development of the clinical manifestations of gastrointestinal toxicity typically seen with non-selective NSAIDs. By supporting the concept that sparing COX-1 results in a lack of interference with platelet function and gastroprotective mechanisms, the complementary findings of less gastrointestinal bleeding and fewer endoscopically detectable mucosal lesions confirm the premise that COX-2-selective inhibitors pose less risk of gastrotoxicity than do non-selective NSAIDs.

## ACKNOWLEDGEMENT

The funding for these studies was provided by Merck and Co., Inc.

## REFERENCES

1 Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991; 18(Suppl. 28): 6–10.

2 Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature New Biol 1971; 231: 232–5.

3 Robert A, Nezamis JE, Lancaster C, Hanchar AJ. Cytoprotection by prostaglandins in rats: prevention of gastric necrosis produced by alcohol, HCl, NaOH, hypertonic NaCl, and thermal injury. Gastroenterology 1979; 77: 433–43.

4 Robert A, Nezamis JE, Lancaster C, Hanchar AJ. Gastric cytoprotective property of prostaglandins [Abstract]. Gastroenterology 1977; 72(5): 1121.

5 Redfern JS, Feldman M. Role of endogenous prostaglandins in preventing gastrointestinal ulceration: induction of ulcers by antibodies to prostaglandins. Gastroenterology 1989; 96(2 Part 2): 596–605.

6 Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA, Jothy S. Expression of prostaglandin G/H synthase-1 and -2 protein in human colon cancer. Cancer Res 1995; 55: 2556–9.

7 Ristimaki A, Honkanen N, Jankala H, Siponen P, Harkonen M. Expression of cyclooxygenase-2 in human gastric carcinoma. Cancer Res 1997; 57: 1276–80.

8 Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal antiinflammatory drugs. Am J Med 1998; 104: 413–21.

9 Soll AH, Weinstein WM, Kurata J, McCarthy D. Nonsteroidal antiinflammatory drugs and peptic ulcer disease. Ann Intern Med 1991; 114: 307–19.

10 Shorrock CJ, Rees WDW. Overview of gastroduodenal mucosal protection. Am J Med 1988; 84(Suppl. 2A): 25–34.

11 Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MG, eds. Sleisenger and Fordtran's Gastrointestinal and Liver Disease, 6th edn. Philadelphia: W. B. Saunders, 1998: 343–50.

12 Hunt RH, Bowen B, Mortensen E, et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000; 109: 201–6.

13 Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase-2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. Arthritis Rheum 2000; 43(2): 370–7.

14 Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999; 117: 776–83.

15 Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343(21): 1520–8.

16 Clemett D, Goa K. Celecoxib. A review of its use in osteoarthritis, rheumatoid arthritis and acute pain. Drugs 2000; 59(4): 957–80.

17 Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. J Am Med Assoc 1999; 282: 1921–8.

18 Celecoxib: an NSAID with improved gastrointestinal tolerability. Drug Ther Perspect 2001; 17(5): 1–5.

19 Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal antiinflammatory drugs for osteoarthritis and rheumatoid arthritis (the CLASS study): a randomized controlled trial. J Am Med Assoc 2000; 284: 1247–55.

20 Langman M, Jensen D, Watson D, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. J Am Med Assoc 1999; 282(20): 1929–33.

21 Lussier A, Arsenault A, Varady J, de Medicis R, Lussier Y, LeBel E. The use of a $^{51}$Cr technique to detect gastrointestinal microbleeding associated with nonsteroidal antiinflammatory drugs. Semin Arthritis Rheum 1988; 17(Suppl. 2): 40–5.

22 Ridolfo AS, Crabtree RE, Johnson DW, Rockhold FW. Gastrointestinal microbleeding: comparisons between benoxaprofen and other nonsteroidal antiinflammatory agents. J Rheumatol 1980; (Suppl. 6): 36–46.

23 Aabakken L, Dybdahl JH, Larsen S, Mowinchel P, Osnes M, Quiding H. A double-blind comparison of gastrointestinal effects of ibuprofen standard and ibuprofen sustained release assessed by means of endoscopy and $^{51}$Cr-labelled erythrocytes. Scand J Rheumatol 1989; 18: 307–13.

24 Chernish SM, Rosenak BD, Brunelle RL, Crabtree R. Comparison of gastrointestinal effects of aspirin and fenoprofen. Arthritis Rheum 1979; 22(4): 376–83.

25 Lanza FL, Arnold JD. Etodolac, a new nonsteroidal antiinflammatory drug: gastrointestinal microbleeding and endoscopic studies. Clin Rheumatol 1989; 8(Suppl. 1): 5–15.

26 Loebl DH, Craig RM, Culic DD, Ridolfo AS, Falk J, Schmid FR. Gastrointestinal blood loss — effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers. J Am Med Assoc 1977; 237(10): 976–81.

27 Ryan JR, Vargas R, Clay GA, McMahon FG. Role of misoprostol in reducing aspirin-induced gastrointestinal blood loss in arthritic patients. Am J Med 1987; 83(Suppl. 1A): 41–4.

28 Silverstein FE. Improving the gastrointestinal safety of NSAIDs: the development of misoprostol — from hypothesis to clinical practice. Dig Dis Sci 1998; 43(3): 447–58.

29 Gottesdiener K, Schnitzer T, Fisher C, et al. MK-663, a specific COX-2 inhibitor for treatment of osteoarthritis (OA) of the knee [Abstract]. Arthritis Rheum 2000; 42(Suppl. 9): S144.

30 Malmstrom K, Shahane A, Fricke JR, Ehrich E. MK-0663, a new COX-2 inhibitor: the effect in acute pain using the dental-impaction model [Abstract]. Arthritis Rheum 2000; 43(Suppl. 9): S299.

31 Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal antiinflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114(4): 257–63.

32 Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal antiinflammatory drugs. Ann Intern Med 1991; 115(10): 787–96.

33 Taha AS, Sturrock RD, Russell RI. Mucosal erosions in long-term nonsteroidal antiinflammatory drug users: predisposition to ulceration and relation to Helicobacter pylori. Gut 1995; 36: 334–6.

34 Breslow EN, Crowley J. A large sample study of the life table and product limit estimates under random censorship. Ann Stat 1974; 2: 437–53.

35 Harper S, Lee M, Curtis S, Ng J, Watson D, Bolognese J. A lower incidence of upper-GI perforations, ulcers and bleeds (PUBs) in patients treated with etoricoxib vs. nonselective cyclooxygenase inhibitors (NSAIDs). Arthritis Rheum 2001; 44(9 Suppl.): S318.

36 Lussier A, LeBel E. Radiochromium (chromium-51) evaluation of gastrointestinal blood loss associated with placebo, aspirin, and nabumetone. Am J Med 1987; 83(Suppl. 4B): 15–8.

37 Fosslein E. Adverse effects of nonsteroidal antiinflammatory drugs on the gastrointestinal system. Clin Lab Sci 1998; 28(2): 67–81.

38 Jain K. Evaluation of intravenous parecoxib for the relief of acute post-surgical pain. Exp Opin Invest Drugs 2000; 9(11): 2717–23.

39 Dallob A, Depré M, De Lepeleire I, et al. MK-0663. A highly specific inhibitor of COX-2 in humans. Ann Rheum Dis 2000; 59(Suppl. 1): 331.

40 Wight N, Gottesdiener K, Wong P, Calder N, Cote J, Hawkey C. Sparing of gastric mucosal prostaglandin synthesis in humans by etoricoxib [Abstract]. Gut 2001; 49(Suppl. III): Abstract 2865.

41 Shigeta J, Takahashi S, Ishikawa M, Okabe S. Role of cyclooxygenase-2 (COX-2) in the healing of gastric ulcers in rats [Abstract]. Gastroenterology 1998; 114: A285 (Abstract).

42 Schmassmann A, Peskar BM, Stettler C, et al. Effects of inhibition of prostaglandin endoperoxide synthase-2 in chronic gastro-intestinal ulcer models in rats. Br J Pharmacol 1998; 123: 795–804.

43 Mizuno H, Sakamoto C, Matsuda K, et al. Induction of cyclo-oxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997; 112(2): 387–97.

44 Tatsuguchi A, Sakamoto C, Wada K, et al. Localisation of cyclooxygenase 1 and cyclooxygenase 2 in Helicobacter pylori related gastritis and gastric ulcer tissues in humans. Gut 2000; 46: 782–9.

45 Hudson N, Balsitis M, Everitt S, Hawkey CJ. Angiogenesis in gastric ulcers: impaired in patients taking non-steroidal anti-inflammatory drugs. Gut 1995; 37: 191–4.

46 Szabo S. Mechanisms of gastric mucosal injury and protection. J Clin Gastroenterol 1991; 13(Suppl. 2): S21–34.

47 Szabo S, Hollander D. Pathways of gastrointestinal protection and repair: mechanisms of action of sucralfate. Am J Med 1989; 86(6A): 23–31.

48 Riegler M, Feil W, Lindroth J, Wong M. MIPSY: Real time morphometry to quantify the time course of rapid epithelial restitution. Pathol Res Pract 1992; 188(4–5): 443–8.

49 Yeomans ND, Skeljo MV. Repair and healing of established gastric mucosal injury. J Clin Gastroenterol 1991; 13(Suppl.): S37–41.

50 Rubin E, Farber J. Pathology. Philadelphia: J. B. Lippincott, 1998.

# Plaintiffs' Response re FOSSLIEN

# Footnote 10 of 28

ORIGINAL RESEARCH ARTICLE

Pharmacoeconomics 2001; 19 (10): 1039-1049
1170-7690/01/0010-01039/$22.00/0

© Adis International Limited. All rights reserved.

# Incremental Cost-Effectiveness Analysis Comparing Rofecoxib with Nonselective NSAIDs in Osteoarthritis
## Ontario Ministry of Health Perspective

*John K. Marshall,[1] James M. Pellissier,[2] Cheryl L. Attard,[3] Sheldon X. Kong[4] and Michael A. Marentette[5]*

1  Division of Gastroenterology, Department of Medicine, McMaster University, Hamilton, Ontario, Canada
2  Merck Research Laboratories, Blue Bell, Pennsylvania, USA
3  Innovus Research Inc., Burlington, Ontario, Canada
4  Merck & Co., Inc., Whitehouse Station, New Jersey, USA
5  Merck Frosst Canada Ltd, Kirkland, Quebec, Canada

## Abstract

**Background:** Clinical trials have shown rofecoxib, a selective inhibitor of cyclo-oxygenase-2, to be associated with fewer gastrointestinal complications than nonselective nonsteroidal anti-inflammatory drugs (NSAIDs).

**Objective:** To evaluate the potential clinical and economic consequences of rofecoxib prescription in Ontario, Canada, for patients with osteoarthritis (OA) aged >65 years who did not respond to paracetamol (acetaminophen) therapy.

**Design:** Decision analytic modelling study.

**Methods:** A model was constructed to compare rofecoxib and nonselective NSAIDs with respect to their gastrointestinal complications in patients with OA. The model had a 1-year horizon and considered direct medical costs from the perspective of the Ontario Ministry of Health. Event rates were estimated from a pooled analysis of 8 phase IIb/III clinical trials. The number of perforations, ulcers and bleeds (PUBs) with each strategy was used as the primary measure of effectiveness.

**Results:** In the base-case scenario, the expected total cost per patient-day on nonselective NSAIDs was 1.60 Canadian dollars ($Can) versus $Can1.67 on rofecoxib (1999 values). Rofecoxib was associated with 0.0109 fewer PUBs per patient per year. The incremental cost to avoid 1 additional PUB by substituting rofecoxib for nonselective NSAIDs was $Can2247. The rofecoxib strategy became dominant if a gastroprotective agent was prescribed to more than 27.5% of the patients receiving nonselective NSAIDs.

**Conclusion:** For patients with OA aged >65 years in whom paracetamol therapy has failed, rofecoxib may represent a cost-effective alternative to nonselective NSAIDs. Increased costs for drug acquisition are offset, in part, by avoidance of gastrointestinal complications and reduced use of gastroprotective agents. Rofecoxib may offer increased benefit among patients at a higher risk of serious gastrointestinal events.

*Marshall et al.*

The American College of Rheumatology practice guidelines[1] recommend that nonsteroidal anti-inflammatory drugs (NSAIDs) be prescribed for patients with osteoarthritis (OA) who do not experience adequate pain relief with at least 4 g/day of paracetamol (acetaminophen). However, the long term use of NSAIDs is limited by their gastrointestinal adverse effects. Common symptoms associated with NSAIDs include dyspepsia, nausea, epigastric burning, vomiting, diarrhoea and constipation.[2,3] Moreover, 2 to 4% of NSAID users per year experience a serious complication such as symptomatic ulcer disease, perforation or haemorrhage.[4] The risk of gastrointestinal complications appears to vary among individual NSAIDs[5] and with patient demographics such as age, previous gastrointestinal history, concomitant corticosteroid use, disability and cardiovascular disease.[6,7]

NSAIDs reduce prostaglandin synthesis through reversible inhibition of both isoforms of cyclooxygenase (COX). COX-1, expressed constitutively, is important in maintaining mucosal homeostasis, whereas COX-2 is the inducible isoform which is responsible for much of the systemic inflammatory response. Rofecoxib is one of a new class of NSAIDs that selectively inhibit COX-2. Rofecoxib appears to have the same anti-inflammatory, analgesic and antipyretic properties as nonselective NSAIDs, with less gastrointestinal toxicity.[8,9] Phase IIb/III clinical trials have suggested that patients who receive rofecoxib experience fewer clinically significant gastrointestinal adverse events than those who receive nonselective NSAIDs. We used decision analysis to estimate the economic and clinical implications of substituting rofecoxib for nonselective NSAIDs in Ontario, Canada, for the treatment of patients with OA over the age of 65 years who failed to respond to full-dosage paracetamol.

When this analysis was completed, no economic evaluations comparing COX-2 selective inhibitors with nonselective NSAIDs had been published. Since then, other analyses have suggested COX-2 selective inhibitors to be cost-effective alternatives to nonselective NSAIDs.[10-16]

## Methods

A decision analytic model was constructed to reflect practice in the Canadian healthcare setting. Model inputs were obtained from a combined analysis of the phase IIb/III clinical trials of rofecoxib,[17] literature review, provincial database access, and a series of expert panel meetings with rheumatologists, gastroenterologists, general practitioners and health economists. Because some elements of usual care were not captured in clinical trials, results of observational studies were used to supplement the clinical data in the analyses.

The model evaluated alternative management strategies in a hypothetical cohort of patients aged >65 years with an established diagnosis of OA who had failed to respond to treatment with full-dosage paracetamol. In the base-case scenario, the cohort was assumed to be otherwise healthy and at average risk of NSAID-related gastrointestinal complications.

Two alternative strategies were evaluated: prescription of rofecoxib and prescription of a nonselective NSAID. The average daily dosage of rofecoxib was assumed to be 24.7mg, to reflect the dosage mix used across phase IIb/III clinical trials of rofecoxib. The recommended daily dose of rofecoxib for the treatment of OA is 12.5 to 25mg.[17] Clinical data for the comparator nonselective NSAIDs were obtained from a weighted mix of ibuprofen 2400mg (54%), diclofenac 150mg (38%) and nabumetone 1500mg (8%) daily,[17] which reflected the mix of nonselective NSAIDs used as comparators in the clinical trials of rofecoxib used to inform the decision model.

A 1-year incremental cost-effectiveness analysis was performed. Direct medical costs were considered from the perspective of the Ontario Ministry of Health. Effectiveness was defined as the number of perforations, ulcers or bleeds (PUBs) averted.

### Model Structure

The decision analysis modelled the incidence, treatment and outcomes of the major and minor adverse gastrointestinal symptoms associated with

© Adis International Limited. All rights reserved.

Case 2:05-md-01657-EEF-DEK   Document 5718-9   Filed 06/27/06   Page 15 of 44

each strategy. Because high dosage nonselective NSAIDs and rofecoxib are considered to have equal analgesic and anti-inflammatory effects, the costs and consequences of treating OA were assumed to occur equally with both strategies and were not modelled. The model decision tree is depicted in figure 1. Gastrointestinal symptoms were defined as 'minor' if managed empirically (e.g. mild dyspepsia) or 'major' if investigated. Major gastrointestinal symptoms were subclassified as an 'investigated PUB' or a 'confirmed PUB', depending on whether a true event had occurred. Asymptomatic ulcers that were detected via scheduled study endoscopies (i.e. 'silent' or 'subclinical' ulcers) were not considered in the model, as they would have no resource consequences.[8,17]

Resource utilisation for each event state was profiled separately. Either inpatient or outpatient management of most major gastrointestinal symptoms was permitted. However, all perforations were assumed to require hospital admission.

### Gastrointestinal Event Probabilities

Incidences of gastrointestinal symptoms and PUBs were obtained from a pooled analysis of 8 double-blind, randomised, controlled clinical trials including 5435 participants.[17] One-year cumulative incidence rates of gastrointestinal events as determined by Kaplan-Meier estimation in the pooled analysis of the rofecoxib clinical programme were used in the model. Two of the 8 clinical trial protocols incorporated mandated endoscopies. The pooled analysis reported only ulcers that were adjudicated as clinically meaningful PUB events, and not asymptomatic endoscopically detected ulcers. The probability of healthcare contact for minor gastrointestinal problems was based on the rate of gastrointestinal comedications observed in the clinical trials. The gastrointestinal event probabilities used in the model are summarised in table I.

### Use of Gastroprotective Agents

Published reviews of claims databases suggest that 18 to 28% of nonselective NSAIDs are prescribed with a gastroprotective agent (GPA).[6,18-22] The mid-point of the literature-based estimates of GPA use of 23% was used in the base case. The effects of this assumption were tested in the sensitivity analysis.



**Fig. 1.** Decision tree for patients with osteoarthritis not responding to paracetamol (acetaminophen). GI = gastrointestinal; NSAID = nonsteroidal anti-inflammatory drug.

© Adis International Limited. All rights reserved.

**Table I.** Gastrointestinal (GI) event probabilities by comparator[16]

| GI event | Rofecoxib | Nonselective NSAID |
|---|---|---|
| NSAID-related GI adverse event | 0.299 | 0.295 |
| PUB, given GI adverse event | 0.050 | 0.091 |
| Investigated PUB, given GI adverse event | 0.028 | 0.072 |
| Treatment, given minor GI adverse event | 0.241 | 0.370 |
| Cumulative annual incidence of PUB | 0.0149 | 0.0268 |

**NSAID** = nonsteroidal anti-inflammatory drug; **PUB** = perforations, ulcers and bleeds.

Although there is little clinical rationale to co-prescribe a GPA with rofecoxib, the model recognised that a low rate of GPA cotherapy would probably persist in real-world practice. In the base case, the rate of coprescription was assumed to be 10% of the rate with nonselective NSAIDs (i.e. the rate of GPA prescription was reduced by 90% relative to nonselective NSAIDs). The effects of this assumption were tested in the sensitivity analysis.

Ontario public drug claims data for 1998 were analysed to determine the type of GPAs used by NSAID patients in Ontario.[23] Drug mix data from 1998 were used to calculate GPA costs for Ontario, because omeprazole was restricted in Ontario in the first 6 months of 1999. This restriction was lifted as of 15 September 1999 for NSAID-induced ulcers. An average daily cost of a GPA was calculated for the model based on the GPA mix found in the Ontario market analysis. Prophylactic medications can be divided into 4 primary classes: $H_2$ receptor antagonists ($H_2$RAs), surface-active antiulcer drugs, prostaglandin analogues and proton pump inhibitors (PPIs). In 1998, the GPA mix in Ontario consisted of 57.2% $H_2$RAs, 22.4% prostaglandin analogues, 17.6% PPIs and 2.8% surface-active antiulcer drugs. In the base case, both the prostaglandin analogue and PPI were assumed to reduce the risk of PUB by 40%.[20,24] In the absence of published evidence, and on the recommendation of the expert panel, both standard dose $H_2$RA and sucralfate were assumed to confer no benefit. The effects of both of these assumptions were tested in the sensitivity analysis. As GPA coprescription

rates were varied in the sensitivity analysis, this relative risk reduction was applied to the population receiving a GPA. Thus, PUB rates varied proportionately with the rate of GPA coprescription.

### Resource Utilisation and Costs

All costs are reported in 1999 Canadian dollars ($Can). Unit costs from years other than 1999 were converted to 1999 dollars using the health and personal care component of the Consumer Price Index.[25] Costs were not discounted, as the time horizon of the study was 1 year. The direct medical unit cost inputs used in the model are summarised in table II. Because the model was analysed from the perspective of the provincial Ministry of Health, direct nonmedical and indirect costs were not addressed.

The number, size and costs of nonselective NSAID and GPA prescriptions in Ontario for 1999 were used to inform the NSAID and GPA drug cost components of the model.[23]

On the basis of these data, it was determined that, for Ontario, the average daily GPA cost for patients over the age of 65 years taking these drugs was $Can1.57 per day. A dispensing fee of $Can6.47 was assumed for each prescription, minus a $Can2.00 copayment. After the dispensing fees and copayment have been taken into account, the average daily cost to the Ontario government increases to $Can1.67 (table II).

Similarly, it was determined that the average daily cost of nonselective NSAIDs for patients over the age of 65 years is $Can0.86 per day. After the dispensing fees and copayment have been taken into account, the average daily cost to the Ontario government increases to $Can1.00 (table II).

All other prescription drugs were priced according to the Ontario Drug Benefit Formulary,[29] using the best available price.

The costs for inpatient medical and surgical management of a PUB were obtained through the Ontario Case Costing Project (OCCP)[26] from indexed admissions with one of the following International Classification of Diseases, 9th Edition (ICD-9) codes as the primary discharge diagno-

© Adis International Limited. All rights reserved.

**Table II.** Costs of medical resources in Ontario, Canada

| Component | Estimate (1999 $Can) | Source |
|---|---|---|
| **Daily medication costs covered by the provincial government**[a] | | |
| Nonselective NSAIDs (per day) [see text for description] | 1.00 | Ontario Public Claims Data, 1999[23] |
| Rofecoxib (per day) [see text for description] | 1.51 | Merck Frosst Canada Ltd |
| Prophylactic GPA (per day) [see text for description] | 1.67 | Ontario Public Claims Data, 1999[23] |
| Omeprazole (per day) [average of all dosages used in Ontario] | 2.88 | Ontario Public Claims Data, 1999[23] |
| PPIs/H₂RAs (per day) [average of all PPIs and H₂RAs used in Ontario] | 1.03 | Ontario Public Claims Data, 1999[23] |
| **Costs for patients treated in hospital** | | |
| Cost of surgical PUB inpatient treatment | 8808.60 | OCCP[26] b |
| Cost of medical PUB inpatient treatment | 2670.44 | OCCP[26] b |
| Physician fees: surgical PUB patient | 240.03 | Profile[c] + Ontario Schedule of Benefits, 1998[27] |
| Physician fees: medical PUB patient | 198.35 | Profile[d] + Ontario Schedule of Benefits, 1998[27] |
| **Costs for patients treated as outpatients** | | |
| Outpatient clinic visit | 18.00 | Hamilton Health Sciences Corporation, Chedoke McMaster Hospitals, 1995/96 |
| Complete blood count | 5.71 | Ontario Schedule of Benefits, 1992[28] |
| Crossmatch (2 units) | 10.34 | Ontario Schedule of Benefits, 1992[28] |
| Routine chemistry | 54.29 | Ontario Schedule of Benefits, 1992[28] |
| Radiology (2 views of the abdomen) | 30.44 | Ontario Schedule of Benefits, 1998[27] |
| Day surgery | 606.88 | Ontario Schedule of Benefits, 1998[27] |
| Endoscope with biopsy | 128.86 | Ontario Schedule of Benefits, 1998[27] |
| Repeat endoscopy | 106.56 | Ontario Schedule of Benefits, 1998[27] |
| Clinic physician (consult) | 69.30 | Ontario Schedule of Benefits, 1998[27] |
| Gastroenterologist (consult) | 105.40 | Ontario Schedule of Benefits, 1998[27] |
| Pathologist (Helicobacter pylori testing) | 18.20 | Ontario Schedule of Benefits, 1998[27] |

a   Dispensing fees, mark-up and patient copayments have been incorporated into these calculations.

b   ICD-9 codes used for OCCP access: perforations – 531.[1,5], 532.[1,5], 533.[1,5], 534.[1,5]; ulcers – 531.[3,7], 532.[3,7], 533.[3,7], 534.[3,7]; bleeds – 531.[0,2,4,6], 532.[0,2,4,6], 533.[0,2,4,6], 534.[0,2,4,6], 578.

c   Physician treatment for surgically treated inpatients includes: gastroenterologist, 1 consultation + 1 visit; primary care physician, 1 visit; general surgeon, 1 consultation + 1 visit.

d   Physician treatment for medically treated inpatients includes: gastroenterologist, 1 consultation + 1 visit; primary care physician, 1 visit; general surgeon, 1 consultation.

**GPA** = gastroprotective agent; **H₂RA** = H₂ receptor antagonist; **ICD-9** = International Classification of Diseases, 9th Edition; **NSAID** = nonsteroidal anti-inflammatory drug; **OCCP** = Ontario Case Costing Project; **PPI** = proton pump inhibitor; **PUB** = perforations, ulcers and bleeds; **$Can** = Canadian dollars.

sis: 531.[1,5], 532.[1,5], 533.[1,5], 534.[1,5], 531.[3,7], 532.[3,7], 533.[3,7], 534.[3,7], 531.[0,2,4,6], 532.[0,2,4,6], 533.[0,2,4,6], 534.[0,2,4,6], 578. The OCCP is a joint initiative of the Ontario Ministry of Health and the Ontario Hospital Association, which generates direct medical costs for inpatient care at a network of academic and community hospitals in Ontario. Costs are indexed by individual patient encounters and fully allocated to include ward care, pharmacy costs, overhead and the capital depreciation of equipment and infrastructure. Physician fees for

inpatient care are not tabulated by OCCP and were obtained from the Ontario Ministry of Health Schedule of Benefits.[27]

Standard profiles of resource utilisation for outpatient investigation and/or treatment of minor and major gastrointestinal symptoms were developed in consultation with the Ontario expert panel.

### Sensitivity Analyses

One-way and 2-way sensitivity analyses were performed to assess the stability of the model con-

© Adis International Limited. All rights reserved.

clusions to changes in key assumptions about: (i) the rate of GPA coprescription in both strategies; (ii) the relative baseline risk of PUB in the study population; (iii) drug costs; and (iv) the effectiveness of GPAs in preventing complications.

## Results

### Base-Case Scenario

The costs and outcomes of each strategy are summarised in table III. The average annual direct medical cost per patient was $Can584.91 in the nonselective NSAID strategy versus $Can609.36 in the rofecoxib strategy. Thus, the incremental cost of substituting rofecoxib for nonselective NSAIDs was $Can24.45 per patient per year, or approximately $Can0.07 per day.

The results of the incremental cost-effectiveness analysis are also summarised in table III. If rofecoxib replaced nonselective NSAIDs for management of OA in the study cohort, the incremental cost to avoid 1 additional PUB per year would be $Can2246.56 ($Can24.45/0.0109).

### Sensitivity Analyses

The results of the sensitivity analyses are summarised in table IV. In the first such analysis, the rate of prophylactic GPA prescription with nonselective NSAIDs was varied from 0 to 100% (base-case estimate 23%). A threshold value of 27.5% was identified, above which the rofecoxib arm became dominant (i.e. less costly and more effective). This threshold fell within the range of coprescription rates identified from the literature.[6,18-22]

In the second sensitivity analysis, the relative rate of GPA prescription with rofecoxib was varied between 0 and 100% of the rate with nonselective

NSAIDs (base-case estimate 10%). Over this range, the incremental cost per PUB averted with rofecoxib varied from $Can999 to $Can12 937 (table IV). The effect of simultaneous variation in the rates of GPA prescription and GPA-associated relative risk reduction with nonselective NSAIDs and rofecoxib is shown in figure 2. This 2-way sensitivity analysis demonstrates that if no GPAs were prescribed with rofecoxib (i.e. 100% reduction), that strategy became less costly (and dominant) when the rate of GPA prescription with nonselective NSAIDs exceeded a threshold of 25%. If the rate of GPA prescription with rofecoxib equalled that with nonselective NSAIDs (i.e. 0% reduction), the rofecoxib strategy remained more costly than the nonselective NSAID strategy by $Can144 per patient per year.

A third series of sensitivity analyses (table IV) examined the potential cost-effectiveness of rofecoxib substitution in populations with higher baseline risk of a PUB. To simulate variation in baseline risk, the baseline relative risk of a PUB was altered from half baseline risk to 4 times baseline risk to reflect some of the variability within published estimates.[30] An increase in PUB risk of 215% was found to be the threshold for cost savings. As high risk patients are more likely to receive a GPA than those at average or low risk, a 2-way sensitivity analysis was also conducted by simultaneously varying the baseline risk of PUB and the rate of GPA coprescription over plausible ranges. When the baseline risk was increased 3-fold and the GPA coprescription rate with nonselective NSAIDs increased to 28%, rofecoxib treatment was less expensive by $Can43.66 per patient per year, while averting 0.032 PUBs per patient per year.

The fourth series of sensitivity analyses assessed the influence of the costs of GPAs and non-

**Table III.** Incremental cost-effectiveness analysis: base-case scenario

| Treatment | Annual cost per patient ($Can) | Incremental cost per patient per year ($Can) | No. of PUB per patient per year | Increment in PUB averted per patient per year | Incremental cost-effectiveness ratio ($Can/PUB averted) |
|---|---|---|---|---|---|
| NSAID | 584.91 | | 0.0258 | | |
| Rofecoxib | 609.36 | 24.45 | 0.0149 | 0.0109 | 2246.56 |

**NSAID** = nonsteroidal anti-inflammatory drug; **PUB** = perforations, ulcers and bleeds; **$Can** = Canadian dollars.

© Adis International Limited. All rights reserved.

**Table IV.** Sensitivity analyses

| Variable | Variable estimates | | Results per patient | | |
|---|---|---|---|---|---|
| | sensitivity estimate | base-case estimate | incremental annual costs ($Can)[a] | annual PUBs averted with rofecoxib | incremental cost-effectiveness ratio ($Can per PUB averted) |
| **Rate of prophylactic GPA prescribing with nonselective NSAIDs** | | | | | |
| Low estimate | 0% | 23% | 144.45 | 0.0118 | 12 226.93 |
| High estimate | 100% | 23% | −380.20 | 0.0078 | Dominant[b] |
| Threshold value | 27.5% | 23% | 0 | 0.0107 | 0 |
| **Relative rate of GPA prescribing with rofecoxib compared with nonselective NSAIDs** | | | | | |
| Low estimate | 0% | 10% | 10.82 | 0.0108 | 998.76 |
| High estimate | 100% | 10% | 147.22 | 0.0114 | 12 936.59 |
| **Relative rate of GPA prescribing: 2-way sensitivity analyses** | | | | | |
| With GPA rate reduction (refer to fig. 2) | | | | | |
| **Relative risk of PUB in study population (ratio to baseline)** | | | | | |
| Low estimate | 0.5 | 1 | 35.15 | 0.0054 | 6 458.04 |
| Moderate estimate | 2 | 1 | 3.03 | 0.0218 | 139.27 |
| High estimate | 3 | 1 | −18.44 | 0.0327 | Dominant |
| High to very high estimate | 4 | 1 | −39.95 | 0.0435 | Dominant |
| **Risk of a PUB: 2-way sensitivity analyses** | | | | | |
| High risk population | | | −43.66 | 0.0320 | Dominant |
| rate of prophylactic GPA prescribing with NSAID | 28% | 23% | | | |
| relative risk of a PUB | 3 | 1 | | | |
| **Average daily cost of GPA (weighted average)** | | | | | |
| Low estimate | $Can0.72 | $Can1.51 | 86.52 | 0.0109 | 7 948.37 |
| High estimate | $Can2.11 | $Can1.51 | −14.98 | 0.0109 | Dominant |
| **Average daily cost of nonselective NSAIDs (weighted average)** | | | | | |
| Low estimate | $Can0.49 | $Can0.86 | 155.58 | 0.0109 | 14 292.46 |
| High estimate | $Can1.24 | $Can0.86 | −110.21 | 0.0109 | Dominant |
| **Risk reduction in PUB rate with H₂RA as GPA** | | | | | |
| | 40% | 0% | 27.10 | 0.0096 | 2 835.18 |

a    Rofecoxib costs − nonselective NSAID costs.

b    Less costly, more effective.

**GPA** = gastroprotective agent; **H₂RA** = H₂ receptor antagonist; **NSAID** = nonsteroidal anti-inflammatory drug; **PUB** = perforations, ulcers and bleeds; **$Can** = Canadian dollars.

selective NSAIDs, which vary among Canadian provinces because of differences in the base drug costs, dispensing fees and copayment plans. For example, the average daily cost to the Ontario Ministry of Health for the GPA mix assumed in the model was $Can1.51 per patient per day, versus $Can0.72 in New Brunswick and $Can2.11 in Alberta.[15] The results presented in table IV indicate that the model is sensitive to alterations in drug prices. High drug prices lead to dominance of the rofecoxib strategy, whereas low drug prices increase the incremental cost-effectiveness ratio to as high as $Can14 292 per PUB averted.

Further sensitivity analyses demonstrated that the model was robust to variation in the effectiveness of H₂RAs as a prophylactic GPA (table IV).

## Discussion

This decision model demonstrates that substituting rofecoxib for nonselective NSAIDs for

© Adis International Limited. All rights reserved.



**Fig. 2.** Expected annual cost difference [1999 Canadian dollars ($Can)] between rofecoxib and nonselective nonsteroidal anti-inflammatory drugs (NSAIDs), by coprescribing rate of prophylactic gastroprotective agents (GPAs). The lines correspond to different percentage reductions in the rate of GPA coprescribing with the rofecoxib strategy.

the treatment of OA would increase direct medical costs to the Ontario Ministry of Health by $Can24.45 per patient per year, but reduce the annual risk of a serious gastrointestinal complication (PUB) from 2.6% to 1.5%. The incremental cost to avoid 1 additional PUB would be $Can2247 given the base-case assumptions. The higher acquisition cost for rofecoxib is partly offset by the cost savings from reduced GPA coprescription, physician visits, tests and hospitalisations.

The results of this model reflect, in part, differences in gastrointestinal toxicity between rofecoxib and nonselective NSAIDs. The nonselective NSAID comparator chosen for the model was a weighted mixture of ibuprofen, diclofenac and nabumetone, with event rates derived empirically from clinical trials. As these nonselective NSAIDs are reported to have relatively low gastrointestinal toxicity,[31] this assumption can be considered conservative, and the model may have underestimated any advantage of rofecoxib substitution. The magnitude of the gastroprotective benefit of rofecoxib might be diminished if patients take aspirin (acetylsalicylic acid) concurrently for cardiovascular prophylaxis. This has been observed with the

COX-2-specific inhibitor celecoxib,[32] but has not been reported for rofecoxib, as aspirin cotherapy has been prohibited in safety and outcomes studies.

Sensitivity analyses demonstrate that the outcomes of this model are sensitive to the baseline PUB risk of the population, the costs of GPAs and nonselective NSAIDs, and the rates of GPA coprescription in both strategies. The rofecoxib strategy was dominant for patients whose risk of PUB was at least 2.15 times the base-case value. Also of note, the rofecoxib strategy was dominant when the rate of GPA coprescription with nonselective NSAIDs exceeded 27.5%, a value which falls well within the range reported in the literature.[18-22]

Variation in the rate of attributable GPA coprescription with rofecoxib caused a shift in the conclusions from the model, ranging from dominance to an incremental cost of $Can12 227 per PUB averted. In addition, variation in the costs of nonselective NSAIDs and GPAs caused a shift ranging from dominance to an incremental cost of $Can14 292 per PUB averted. Thus, postmarketing surveillance of GPA use with rofecoxib and of prescription drug costs will be important, in order to

© Adis International Limited. All rights reserved.

validate the assumptions and conclusions of this model.

Because this analysis was conducted from the perspective of the Ontario Ministry of Health, indirect costs were not considered. However, OA is associated with a high rate of pain, disability and indirect costs. Although this model assumed no difference in efficacy, as demonstrated in the clinical studies,[8,9] it has been hypothesised that rofecoxib may prove more effective than nonselective NSAIDs in clinical practice because of improved practice compliance and tolerance of higher drug dosages.[33] In principle, this could reduce disability and enhance productivity, and increase the benefit of rofecoxib substitution. However, data do not exist to inform estimates of the cost effectiveness of rofecoxib substitution in settings of occasional NSAID use or to quantify the benefit of improved compliance. Differences in dosages, compliance and related benefits remain highly speculative, and further prospective studies of these outcomes are required.

Most of the previous economic models of nonselective NSAID use have concentrated on assessing the cost effectiveness of misoprostol as a GPA.[34-40] However, the majority of these analyses have inferred differences in clinical event rates from observed differences in endoscopic ulceration. A strength of this model was its use of clinical event rates derived empirically from the pooled results of 8 randomised, controlled trials. In each of these trials, clinical complications were reported through unscheduled investigation and adjudicated by an independent blinded case-review committee. Endoscopic lesions detected at scheduled endoscopies were not considered as clinical events; thus, these data did not require correction for 'silent ulceration'.

This analysis focused on the cost effectiveness of substituting rofecoxib for nonselective NSAIDs in patients who are current NSAID users. It does not address the overall economic impact of introducing rofecoxib to the marketplace. Policymakers are still faced with the unresolved question of whether rofecoxib will be prescribed to people who would not otherwise have received a nonselective NSAID, thereby expanding the total number of NSAID users. Again, postmarketing data will be important to identify changes in the overall pool of NSAID users.

## Conclusion

Nonselective NSAIDs are a standard and effective therapy for OA pain that does not respond to lifestyle measures or standard dosages of paracetamol. The development and licensing of COX-2-specific inhibitors has focused renewed attention on the role of conventional, nonselective NSAIDs in the management of chronic disorders such as OA. This model demonstrates that the replacement of nonselective NSAIDs with rofecoxib for treatment of OA would reduce the incidence of serious gastrointestinal adverse events at a modest incremental cost to a Canadian provincial government for each additional event averted. Despite higher acquisition costs, the improved safety profile of rofecoxib may make it a cost-effective alternative to nonselective NSAIDs for the long term treatment of patients with OA who have not responded to paracetamol therapy. Rofecoxib may be cost saving and dominant over nonselective NSAIDs among patients at increased baseline risk of a serious gastrointestinal event.

## Acknowledgements

This study was funded by Merck Frosst Canada Ltd. The authors thank Christian Sauvageau, Merck Frosst Canada Ltd, and G. Laurene Belfry, formerly of Innovus Research Inc., for their contributions. We also thank the many clinical and health economic experts who provided invaluable feedback during the consultation phase of this project.

## References

1. Hochberg MC, Altman RD, Brandt KD, et al. Guidelines for the medical management of osteoarthritis. Part I. Osteoarthritis of the hip. American College of Rheumatology. Arthritis Rheum 1995 Nov; 38 (11): 1535-40
2. Amadio P. Peripherally acting analgesics. Am J Med 1984 Sep 10; 77 (3A): 17-26
3. Fosslien E. Adverse effects of non-steroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998 Mar-Apr; 28 (2): 67-81
4. Anonymous. FDA's NSAID class labeling estimates of 4-6% GI adverse reaction is not valid, PMA maintains; PMA pro-

© Adis International Limited. All rights reserved.

poses industry-consensus NSAID label warning. F-D-C Rep 1987 Nov 30; 30: 8-9

5. Ehsanullah RS, Page MC, Tildesley G, et al. Prevention of gastroduodenal damage induced by non-steroidal anti-inflammatory drugs: controlled trial of ranitidine. BMJ 1998 Oct 22; 297 (6655): 1017-21

6. Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving non-steroidal anti-inflammatory drugs: a randomized double blind, placebo-controlled trial. Ann Intern Med 1995 Aug 15; 123 (4): 241-9

7. Wolfe F. The epidemiology of NSAID associated gastrointestinal disease. Eur J Rheumatol Inflamm 1991; 11 (3): 12-28

8. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Rofecoxib III Protocol 035 Study Group. Arthritis Rheum 2000; 43: 978-87

9. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib *vs* ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000; 160: 1781-87

10. Pettit D, Goldstein JL, McGuire A, et al. Overview of the Arthritis Cost Consequence Evaluation System (ACCES): a pharmacoeconomic model for celecoxib. Rheumatology 2000; 39 Suppl. 2: 33-42

11. Moore RA, Phillips CJ, Pellisier JM, et al. Health economic comparisons of rofecoxib versus conventional nonsteroidal antiinflammatory drugs for osteoarthritis in the United Kingdom. J Med Econ 2001; 4: 1-17

12. Burke TA, Zabinski RA, Pettit D, et al. A framework for evaluating the clinical consequences of initial therapy with NSAIDs, NSAIDs plus gastroprotective agents, or celecoxib in the treatment of arthritis. Pharmacoeconomics 2001; 19 Suppl. 1: S33-S47

13. Zabinski RA, Burke TA, Johnson J, et al. An economic model for determining the costs and consequences of using various treatment alternatives for the management of arthritis in Canada. Pharmacoeconomics 2001; 19 Suppl. 1: S49-S58

14. Chancellor JVM, Hunsche E, de Cruz E, et al. Economic evaluation of celecoxib, a new cyclo-oxygenase 2 specific inhibitor in Switzerland. Pharmacoeconomics 2001; 19 Suppl. 1: S59-S75

15. Laine L. Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 2001; 120: 594-606

16. Pellissier JM, Straus WL, Watson DJ, et al. Economic evaluation of rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs for the treatment of osteoarthritis. Clin Ther 2001; 23 (7): 1061-79

17. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999 Nov 24; 282 (20): 1929-33

18. Graham DY, White RH, Moreland LW, et al. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993 Aug 15; 119 (4): 257-63

19. Moore N, Montout C, Verschuren X, et al. Use of nonsteroidal anti-inflammatory drugs and adverse drug reactions: a study in French general practitioners and rheumatologists [abstract]. Ann Rheum Dis 1999; 60 (7 Suppl. 1): 202

20. Raskin JB, White RH, Jazewski R, et al. Misoprostol and ranitidine in the prevention of NSAID-induced ulcers: a prospective double blind, multicenter study. Am J Gastroenterol 1995 Feb; 91 (2): 223-7

21. Blower AL, Brooks A, Fenn GC, et al. Emergency admissions for upper gastrointestinal disease and their relation to NSAID use. Aliment Pharmacol Ther 1997 Apr; 11 (2): 283-91

22. Singh G. Recent considerations in non-steroidal anti-inflammatory drug gastropathy. Am J Med 1998 Jul 27; 105 (1B): 31S-8S

23. Brogan Inc. Analysis of Ontario public drug claims. Merck Frosst Canada Ltd (data on file)

24. Hawkey CJ, Karrasch JA, Szczepanski L, et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal anti-inflammatory drugs. N Engl J Med 1998 Mar 12; 338 (11): 727-34

25. Statistics Canada. Consumer price index, 1996 classification, annual average indexes, Canada and provinces, 1999. Available from URL: http://www.statcan.ca/english/Pgdb/Economy/Economic/econ09a.htm [Accessed 2000 Aug 10]

26. Ontario Case Costing Project. 1995/1996. Toronto (Ontario): Government of Ontario, 1999. Merck Frosst Canada Ltd (Data on file)

27. Ontario Ministry of Health. Schedule of Benefits, Physician Services under the Health Insurance Act, Ministry of Health. Ontario, 1998. Toronto (ON): Government of Ontario, 1998

28. Ontario Ministry of Health. Schedule of Benefits, Physician Services under the Health Insurance Act, Ministry of Health. Ontario, 1992. Toronto (ON): Government of Ontario, 1992

29. Ontario Ministry of Health. Ontario drug benefit formulary: comparative drug index, 1999. Toronto: Government of Ontario, 1999

30. Henry D, Lim LL, Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312: 1563-6

31. Langman MJ, Weil J, Wainwright P, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994; 343: 1075-8

32. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs. non-steroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS Study: a randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284 (10): 1247-55

33. Wiklund I. Quality of life in arthritis patients using non-steroidal anti-inflammatory drugs. Can J Gastroenterol 1999; 13 (2): 129-33

34. Gabriel SE, Jaakkimainen RL, Bombardier C. The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug-associated adverse gastrointestinal events. Arthritis Rheum 1993; 36: 447-59

35. Maetzel A, Ferraz MB, Bombardier C. The cost-effectiveness of misoprostol in preventing serious gastrointestinal events associated with the use of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1998; 41: 16-25

© Adis International Limited. All rights reserved.

36. Hillman AL, Bloom BS. Economic effects of prophylactic use of misoprostol to prevent gastric ulcer in patients taking non-steroidal anti-inflammatory drugs. Arch Intern Med 1989 149: 2061-5

37. Knill-Jones R, Drummond M, Kohli H, et al. Economic evaluation of gastric ulcer prophylaxis in patients with arthritis receiving non-steroidal anti-inflammatory drugs. Postgrad Med J 1990; 66: 639-46

38. Jonsson B, Haglund U. Cost-effectiveness of misoprostol in Sweden. Int J Technol Assess Health Care 1992; 8: 234-44

39. Bentkover JD, Baker AM, Kaplan H. Nabumetone in elderly patients with osteoarthritis: economic benefits versus ibupro-

fen alone or ibuprofen plus misoprostol. Pharmacoeconomics 1994; 5: 335-42

40. Goldstein JL, Larson LR, Yamashita BD, et al. Management of NSAID-induced gastropathy: an economic decision analysis [published erratum appears in Clin Ther 1998 Jan-Feb; 20(1): 214]. Clin Ther 1997; 19: 1496-509; discussion 1424-5

Correspondence and offprints: *Michael Marentette*, Merck Frosst Canada Ltd, 16711 Trans Canada Highway, Kirkland, Quebec H9H 3L1, Canada.
E-mail: michael_marentette@merck.com

© Adis International Limited. All rights reserved.

# Plaintiffs' Response re FOSSLIEN

# Footnote 11 of 28

# Lack of Pharmacokinetic Interaction between Rofecoxib and Methotrexate in Rheumatoid Arthritis Patients

Jules I. Schwartz, PharmD, MPH, Nancy G. B. Agrawal, PhD, Peggy H. Wong, MS,
Kenneth A. Bachmann, PhD, Arturo G. Porras, PhD, Jutta L. Miller, BS,
David L. Ebel, BS, Marshall R. Sack, MD, Gregory B. Holmes, PharmD,
Jan S. Redfern, PhD, and Barry J. Gertz, MD, PhD

Rofecoxib is a highly selective and potent inhibitor of cyclooxygenase-2 (COX-2). Methotrexate is a disease-modifying agent with a narrow therapeutic index frequently prescribed for the management of rheumatoid arthritis. The objective of this study was to investigate the influence of clinical doses of rofecoxib on the pharmacokinetics of methotrexate in patients with rheumatoid arthritis. This was a randomized, double-blind, placebo-controlled study in 25 rheumatoid arthritis patients on stable doses of methotrexate. Patients received oral methotrexate (7.5 to 20 mg) on days –1, 7, 14, and 21. Nineteen patients received rofecoxib 12.5, 25, and 50 mg once daily on days 1 to 7, 8 to 14, and 15 to 21, respectively. Six patients received placebo on days 1 to 21 only to maintain a double-blinded design for assessment of adverse experiences. Plasma and urine samples were analyzed for methotrexate and its major although inactive metabolite, 7-hydroxymethotrexate. The $AUC_{0-\infty}$ geometric mean ratios

(GMR) and their 90% confidence intervals (90% CI) (rofecoxib + methotrexate/methotrexate alone) for day 7/day –1, day 14/day –1, and day 21/day –1, for rofecoxib 12.5, 25, and 50 mg, were 1.03 (0.93, 1.14), 1.02 (0.92, 1.12), and 1.06 (0.96, 1.17), respectively (p > 0.2 for all comparisons to day –1). All $AUC_{0-\infty}$ GMR and $C_{max}$ GMR 90% CIs fell within the predefined comparability limits of (0.80, 1.25). Similar results were observed for renal clearance of methotrexate and 7-hydroxymethotrexate at the highest dose of rofecoxib tested (50 mg). It was concluded that rofecoxib at doses of 12.5, 25, and 50 mg once daily has no effect on the plasma concentrations or renal clearance (tested at the highest dose of rofecoxib) of methotrexate in rheumatoid arthritis patients.

*Journal of Clinical Pharmacology, 2001;41:1120-1130*
©2001 the American College of Clinical Pharmacology

N onsteroidal anti-inflammatory drugs (NSAIDs) represent an effective first-line therapy in the treatment of a variety of inflammatory diseases such as

From Merck Research Laboratories, Rahway, New Jersey and West Point, Pennsylvania (Dr. Schwartz, Dr. Agrawal, Ms. Wong, Dr. Porras, Ms. Miller, Mr. Ebel, Dr. Redfern, Dr. Gertz); University of Toledo, Toledo, Ohio (Dr. Bachmann); Radiant Research, Austin, Texas (Dr. Sack); and South Florida Bioavailability Clinic, Miami, Florida (Dr. Holmes). Funded by a grant from Merck Research Laboratories, Rahway, New Jersey. Submitted for publication December 6, 2000; revised version accepted May 23, 2001. Address for reprints: Jules I. Schwartz, PharmD, MPH, Clinical Pharmacology Department, Merck Research Laboratories, 126 E. Lincoln Avenue, RY33-632, Rahway, NJ 07065.

rheumatoid arthritis (RA) and are considered to be one of the most frequently prescribed medicines worldwide.[1,2] The anti-inflammatory properties of these agents stem from their ability to inhibit cyclooxygense-2 (COX-2), which is rapidly induced at numerous sites of inflammation, generating prostaglandins (PGs) that mediate local inflammation and pain.[3] However, NSAID therapy may also be associated with a variety of untoward effects (e.g., gastrointestinal mucosal injury and platelet dysfunction), which are generally believed to occur through the blockade of the constitutively expressed COX-1 isoform.[4-6] Recently, interest has been focused on new

types of NSAIDs, the COX-2-selective inhibitors (e.g., rofecoxib), which have the potential to relieve the pain and inflammation associated with COX-2-derived PGs with substantially reduced risk of gastrointestinal adverse effects (e.g., GI perforations, ulcers, and bleeds) associated with COX-1 blockade.[7,8] In June 1999, rofecoxib (VIOXX®) was approved for the signs and symptoms of osteoarthritis, acute pain, and primary dysmenorrhea. Its effect on the treatment of RA has been demonstrated in previous clinical trials.[9]

Rheumatoid arthritis patients who experience persistent active disease while taking nonselective NSAIDs or COX-2 inhibitors alone may require more aggressive therapy combining an NSAID or COX-2 inhibitor with a disease-modifying drug, such as methotrexate.[10,11] Methotrexate is widely used to treat RA, producing early symptomatic improvement in most patients through anti-inflammatory, immunosuppressive, and antiproliferative effects but may be associated with dose-dependent, treatment-limiting toxicities.[12-16] NSAIDs, especially salicylates, have been reported by some authors to interact with methotrexate when administered concomitantly, giving rise to increased plasma concentrations associated with decreased renal clearance.[17-20] As a result, it is not surprising that several NSAIDs (e.g., salicylates, azapropazone, indomethacin, ketoprofen, phenylbutazone, and naproxen) in combination with methotrexate are occasionally associated with adverse drug interactions, possibly resulting from the propensity of these agents to impair renal function or decrease the tubular secretion of methotrexate.[21-30] Indeed, we previously have shown that supratherapeutic doses of rofecoxib (75 and 250 mg), above the clinical dose range of 12.5 to 50 mg, were associated with a small effect on methotrexate pharmacokinetics.[31,32] A dose-dependent increase in the plasma methotrexate $AUC_{0-\infty}$ of approximately 23% and 40% was observed during concomitant administration with 75 mg and 250 mg once-daily rofecoxib, respectively. These increases occurred in association with a decrease in methotrexate renal clearance. The purpose of the present study, therefore, was to investigate the influence of rofecoxib over the clinical dose range on oral methotrexate pharmacokinetics, including the inactive metabolite, 7-hydroxymethotrexate,[33] and preliminarily assess the safety of the concurrent administration of rofecoxib and oral methotrexate in RA patients.

## METHOD

This randomized, double-blind, parallel-group, fixed-sequence study performed at four clinical centers

in the United States investigated the potential effects of rofecoxib on oral methotrexate pharmacokinetics and assessed the safety of concurrent administration of rofecoxib and oral methotrexate in RA patients. Twenty-five patients (6 males, 19 females; ages 32 to 75 years), diagnosed with RA according to American Rheumatological Association 1987 revised criteria and treated with a stable dose of methotrexate (7.5 to 20 mg weekly) for at least 1 month, were considered eligible for study enrollment. Eligible patients were within 20% of ideal body weight based on the Metropolitan Life height and weight tables; in good health according to routine medical history, physical examination, and laboratory data (hematology, blood chemistry, and urinalysis); and had creatinine clearances of at least 50 ml/min as estimated by the Cockcroft-Gault equation.[34] Female patients of childbearing potential were required to have a negative pregnancy test, as assessed by measuring serum β-HCG levels, and to use nonhormonal birth control methods during the study. Patients were excluded if they had a history of hepatic, renal, thyroid, or gastrointestinal disease or a diagnosis of heart failure, insulin-dependent diabetes, or hypertension. Patients were also excluded if they could not discontinue NSAID treatment for a period corresponding to 5 half-lives of the drug prior to the first dose of rofecoxib/placebo or had received gold, penicillamine, chloroquine, hydroxychloroquine, sulfasalazine, antimetabolites, or immunosuppressants (including cyclosporin A) within 3 months. During the study, patients were allowed to take acetaminophen, dextropropoxyphene, and/or codeine/hydrocodone for pain with the approval of the investigator on an as-needed basis. The study was approved by the institutional review boards of the participating centers, and each subject gave written informed consent before participating in the study.

## Study Design

During the entire 3-week study, eligible patients maintained their regularly prescribed weekly dose of oral methotrexate, individualized by each patient's prescribing physician at least 1 month prior to study start. Patients received their weekly oral dose of methotrexate (7.5 to 20 mg) (mean ± *SD* dose of methotrexate = 13.9 ± 4.0 mg) on days −1 (baseline measurement prior to rofecoxib or placebo administration), 7, 14, and 21, after fasting overnight, and remained in the clinical research facility over the succeeding 24 hours. After the initial dose of methotrexate (day −1), patients were randomly assigned to receive rofecoxib 12.5 mg, 25 mg, or 50 mg (n = 19) during days 1 to 7, 8 to

14, and 15 to 21, respectively, in a stepwise, ascending-dose sequence, or they were given matching placebo tablets ($n = 6$) on days 1 to 21. A small group of patients receiving placebo was included in the study to maintain double-blinded conditions and thereby permit an unbiased assessment of safety of concurrent drug administration. All rofecoxib doses were taken in the morning, and on days of concurrent administration, the patients received both drugs simultaneously after an overnight fast. They continued to fast from all food and liquid except water for 4 hours postdose.

Blood samples (5 ml) for determination of plasma concentrations of methotrexate and its major metabolite, 7-hydroxymethotrexate, were taken immediately before and at 0.5, 1, 1.5, 2, 3, 4, 6, 9, 12, 16, and 24 hours after taking oral methotrexate on days −1 (baseline), 7, 14, and 21. Similarly, urine samples (10 ml aliquots) were also taken for measurement of methotrexate and 7-hydroxymethotrexate concentrations at intervals of −2 to 0, 0 to 2, 2 to 4, 4 to 6, 6 to 12, and 12 to 24 hours relative to the methotrexate dose (but were assayed only after the baseline and 50 mg rofecoxib dose). Plasma and urine samples were stored frozen at −20°C until assayed.

## Analytical Methods

Methotrexate and 7-hydroxymethotrexate were determined by a validated liquid chromatography-mass spectrometric/mass spectrometric (LC-MS/MS) method at Advanced BioAnalytical Services (Ithaca, NY). The assay was performed using a PE Sciex (Concord, ON) API3000 with a Turbo Ionspray source operated in positive ion mode. The sample preparation for liquid chromatography was adapted from the procedure published by Steinborner and Henion[35] and involved a combined protein precipitation and liquid-liquid extraction procedure for plasma. The calibration curve for plasma methotrexate ranged from 5 ng/ml to 250 ng/ml and from 5 ng/ml to 100 ng/ml for the metabolite. For urine, the calibration curve ranged from 50 ng/ml to 1000 ng/ml (low series curve) and from 1000 ng/ml to 50,000 ng/ml (high series curve) for methotrexate and from 50 ng/ml to 1000 ng/ml for the metabolite. The limit of quantification for methotrexate and metabolite was 5 ng/ml for plasma and 50 ng/ml for urine.

For the plasma assay, the interassay precision (coefficient of variation) determined from the analysis of quality control samples was < 8% for both methotrexate and metabolite. The precision of the assay determined from the calibration standards was < 7% for both methotrexate and metabolite. The accuracy of the assay determined from the analysis of the quality control samples ranged from −7% to −2% for methotrexate and from −4% to 3% for metabolite. The accuracy of the assay determined from the analysis of calibration standards ranged from −5% to 4% for methotrexate and from −3% to 3% for metabolite. For the urine assay, the interassay precision determined from the analysis of all quality control samples was ≤ 5% for both methotrexate and metabolite. The precision of the assay determined from the calibration standards was ≤ 6% for methotrexate and metabolite. The accuracy of the assay determined from the analysis of quality control samples ranged from −3% to 6% for the methotrexate high-calibration curve range, from −12% to −1% for the methotrexate low-calibration curve range, and from −3% to 3% for metabolite. The accuracy of the assay determined from the analysis of calibration standards ranged from −2% to 3% for methotrexate and from −4% to 4% for metabolite. Samples were assayed well within the time limit of stability of methotrexate and 7-hydroxymethotrexate.

## Determination of Pharmacokinetic Parameters

Plasma methotrexate and 7-hydroxymethotrexate concentrations and actual sampling times relative to each methotrexate dose were used to estimate pharmacokinetic parameters for both methotrexate and 7-hydroxymethotrexate for each treatment. Pharmacokinetic parameters estimated include area under the plasma concentration-time curve (AUC), the maximum concentration observed in plasma ($C_{max}$), time of occurrence ($t_{max}$) for methotrexate and 7-hydroxymethotrexate, and apparent terminal half-life ($t_{1/2}$) for methotrexate. Because the 24-hour plasma sampling scheme allowed for reliable half-life estimates for methotrexate but not for 7-hydroxymethotrexate, $AUC_{(0-\infty)}$ was calculated for methotrexate, and $AUC_{(0-24\ h)}$ was calculated for 7-hydroxymethotrexate. The apparent terminal $t_{1/2}$ for methotrexate was estimated from the best-fit parameters of a single exponential to the log-linear portion of the plasma concentration-time curve. The best-fit parameters were obtained using nonlinear regression by the Simplex algorithm, with weight = 1.[36] $AUC_{(0-\infty)}$ for methotrexate was calculated using the linear trapezoidal method up to the last measured concentration and the additional area estimated from that concentration and the value of the apparent terminal $t_{1/2}$ estimated for that administration. $AUC_{(0-24\ h)}$ values for methotrexate and 7-hydroxymethotrexate were calculated using the linear trapezoidal method. $C_{max}$

and $t_{max}$ were obtained by inspection of the concentration-time data.

Urinary methotrexate and 7-hydroxymethotrexate concentrations and urine volumes from individual collection intervals were used to calculate the total recovery of methotrexate and 7-hydroxymethotrexate in urine over 24 hours. Renal clearance ($Cl_r$) values of methotrexate and 7-hydroxymethotrexate were calculated as the ratio of the total amount recovered in urine over 24 hours to the plasma $AUC_{(0-24 h)}$.

For purposes of illustration, the mean concentration-time profiles for methotrexate and 7-hydroxymethotrexate were obtained from individual concentration-time data after they were normalized to a 12.5 mg dose of methotrexate (to account for differences in methotrexate doses between individual patients). The dose normalization was done by dividing the concentrations by the actual methotrexate dose and multiplying by 12.5.

### Safety Assessments

Adverse experiences were monitored throughout the study and were defined as any unfavorable and unintended change in the structure, function, or chemistry of the body or a worsening of a preexisting condition. Investigators evaluated all clinical adverse experiences in terms of intensity (mild, moderate, or severe), duration, seriousness, outcome, and relation to test drugs.

### Statistical Analysis

A preplanned step-up procedure was used. First, a 90% confidence interval (CI) was calculated (using the mean squared error from ANOVA) for the geometric mean ratio (GMR) of methotrexate $AUC_{(0-\infty)}$ during administration of rofecoxib 12.5 mg (days 1-7) plus methotrexate to methotrexate alone (day −1). An ANOVA model with terms site, subject within site, and day as covariates was used. If the 90% CI of GMR of methotrexate $AUC_{(0-\infty)}$ fell within the bounds 0.8 to 1.25, it was concluded that methotrexate $AUC_{(0-\infty)}$ was similar before and after 7 days administration of rofecoxib 12.5 mg. The same procedure as above was repeated sequentially for 25 mg and 50 mg rofecoxib doses. Urinary pharmacokinetic parameters for methotrexate were also analyzed using an identical procedure. The parameters $AUC_{0-\infty}$ and $C_{max}$ for methotrexate and its metabolite were log transformed to satisfy normality conditions. Similarly, $t_{max}$ and apparent terminal $t_{1/2}$ were analyzed after rank and inverse transformations, respectively. No analysis was

conducted for the placebo group due to the small number.

### RESULTS

### Patient Demographics and Baseline Characteristics

A total of 25 RA patients (6 males and 19 females) with a mean age of 59 years (range: 32-75 years) entered the study, of whom 21 (18 received rofecoxib; 3 received placebo) successfully completed the 3-week study and were included in the safety analyses. Only the 18 patients who received rofecoxib were included in the pharmacokinetic analysis discussed in the results. Four patients discontinued the study due to non-drug-related adverse experiences (2 placebo and 1 rofecoxib), and 1 patient discontinued as a result of concomitant treatment with ciprofloxacin, an antibiotic with the potential to interfere with methotrexate elimination. One patient was discontinued because she inadvertently took her scheduled dose of methotrexate from her own methotrexate prescription at home the day prior to study start but enrolled again 1 month later.

### Pharmacokinetics of Methotrexate

Overall, rofecoxib at doses of 12.5, 25, or 50 mg daily produced no significant effect on the plasma concentrations of methotrexate. The highest dose of rofecoxib produced no significant effect on the renal clearance of methotrexate. The plasma methotrexate concentration profile and the principal methotrexate pharmacokinetic parameters measured during the four sequential treatment periods (methotrexate only, rofecoxib 12.5 mg plus methotrexate, rofecoxib 25 mg plus methotrexate, and rofecoxib 50 mg plus methotrexate) are summarized in Figure 1 and Table I. As illustrated in Figure 1, administration of oral methotrexate, either alone or in combination with ascending doses of rofecoxib, produced mean plasma methotrexate concentration-time profiles (normalized to 12.5 mg oral methotrexate) that were practically superimposable.

Values for methotrexate $AUC_{(0-\infty)}$, $C_{max}$, $t_{max}$, and apparent terminal $t_{1/2}$ (Table I), measured during sequential administration of rofecoxib (12.5, 25, and 50 mg), were not significantly different from corresponding values measured prior to rofecoxib administration ($p > 0.200$). The 90% CIs for both the GMRs (Table I) (rofecoxib plus methotrexate/methotrexate alone) of methotrexate $AUC_{(0-\infty)}$ and methotrexate $C_{max}$ fell within

SCHWARTZ ET AL

**Table 1** Mean (± SD) Methotrexate Pharmacokinetic Parameters in 18 Rheumatoid Arthritis Patients Receiving Methotrexate Only (day −1, prior to rofecoxib treatment), Rofecoxib 12.5 mg Plus Methotrexate (days 1-7), Rofecoxib 25 mg Plus Methotrexate (days 8-14), and Rofecoxib 50 mg Plus Methotrexate (days 15-21)

| Parameter | MTX (day −1) | MTX + R 12.5 mg (day 7) | MTX + R 25 mg (day 14) | MTX + R 50 mg (day 21) | Geometric Mean Ratio (90% CI) | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | MTX + R 12.5/MTX | MTX + R 25/MTX | MTX + R 50/MTX |
| $AUC_{(0-\infty)}$ (ng·h/ml) | 1554 ± 400 | 1613 ± 446 | 1593 ± 462 | 1685 ± 562 | 1.03 (0.93, 1.14) | 1.02 (0.92, 1.12) | 1.06 (0.96, 1.17) |
| $C_{max}$ (ng/ml) | 406 ± 130 | 406 ± 121 | 376 ± 118 | 402 ± 137 | 1.00 (0.89, 1.12) | 0.93 (0.83, 1.04) | 0.98 (0.87, 1.10) |
| $t_{max}$ (h) | 1.31 ± 0.3 | 1.28 ± 0.39 | 1.36 ± 0.51 | 1.42 ± 0.5 | — | — | — |
| $Cl_r$ (ml/min) | 102 ± 28[a] | — | — | 93 ± 45[a] | — | — | 0.91 (0.82, 1.02) |
| $t_{1/2}$ (h)[b] | 3.06 ± 0.52 | 2.96 ± 0.66 | 3.18 ± 0.52 | 3.15 ± 0.65 | — | — | — |

MTX, methotrexate; R, rofecoxib; $AUC_{(0-\infty)}$, area under the plasma concentration-time curve from 0 to infinity; $C_{max}$, maximal plasma concentration; $t_{max}$, time to achieve maximal plasma concentration; $Cl_r$, renal clearance.
a. Geometric least squares mean ± SD.
b. Harmonic mean ± jackknife SD.

*LACK OF INTERACTION BETWEEN ROFECOXIB AND METHOTREXATE*



*Figure 1. Mean plasma metho-trexate concentration-time pro-files in rheumatoid arthritis pa-tients (n = 18) during sequential treatment with methotrexate alone (day −1, prior to rofecoxib treatment), rofecoxib 12.5 mg plus methotrexate (days 1-7), rofecoxib 25 mg plus methotrexate (days 8-14), and rofecoxib 50 mg plus methotrexate (days 15-21). To account for differences in methotrexate doses between in-dividual patients, the mean con-centration-time profiles were ob-tained from individual concentration-time data after they were normalized to a 12.5 mg dose of methotrexate.*

the predefined equivalence limits of 0.80 and 1.25 for all doses of rofecoxib (12.5 to 50 mg). The placebo sample size ($n = 3$) was too small for any statistical analysis. Results for methotrexate AUC$_{(0-24\ h)}$ (data not shown) were consistent with those observed for methotrexate AUC$_{(0-\infty)}$.

The individual methotrexate AUC$_{(0-\infty)}$ GMR ratio for patient 107 was 0.90 after daily dosing with 12.5 mg rofecoxib (day 7/day −1), 0.49 after daily dosing with 25 mg rofecoxib (day 14/day −1), and 0.41 after daily dosing with 50 mg rofecoxib (day 21/day −1). This pa-tient was considered an influential subject; accord-ingly, data were statistically analyzed with and without this patient's data. Because there was no error in study procedures and because the confidence intervals at all rofecoxib doses fell within the prespecified bounds of (0.80, 1.25) regardless of the inclusion of this patient's data, all data for completed patients are included in the analysis presented.

Methotrexate Cl$_r$ assessed during treatment with rofecoxib 50 mg was not significantly different from that prior to rofecoxib administration ($p = 0.178$), with a GMR of 0.91 and 90% CI of (0.82, 1.02). Since no change in renal clearance of methotrexate was ob-served at the highest rofecoxib dose (50 mg), no addi-tional assessment of the effects of lower rofecoxib doses on Cl$_r$ was necessary. Urinary recovery of methotrexate and 7-hydroxymethotrexate was similar regardless of whether methotrexate was administered with or with-out rofecoxib (data not shown).

The lack of effect of rofecoxib on methotrexate plasma concentrations, pharmacokinetic parameters, and renal clearance was mirrored by the results ob-tained for 7-hydroxymethotrexate, the principal me-tabolite of methotrexate (Figure 2, Table II). 7-hydroxymethotrexate AUC$_{(0-24\ h)}$, C$_{max}$, t$_{max}$, and Cl$_r$ (Table II), measured during sequential administration of the three rofecoxib doses, were not significantly dif-ferent overall from corresponding values measured prior to rofecoxib administration. While the highest dose of rofecoxib (50 mg) after 7 days of dosing was as-sociated with a significant mean increase in 7-hydroxymethotrexate t$_{max}$ compared with baseline values, this small (1.7%) increase was not considered clinically relevant, given the inactivity of the com-pound as well as the lack of effect on AUC and C$_{max}$ (6.89 vs. 7.68 hours, $p = 0.047$).

**Safety**

Overall, concomitant administration of rofecoxib and methotrexate was generally safe and well tolerated in this study population. During the study, 16 patients ex-perienced a total of 44 clinical adverse events, all of which were considered mild to moderate in severity, and none was considered serious. Three patients dis-continued the study (2 on placebo, 1 on rofecoxib) be-cause of adverse experiences that were considered def-initely not related to the study drug by the investigator. A total of 8 drug-related adverse events occurred in 3

**Table II**  Mean (± $SD$) 7-Hydroxymethotrexate Pharmacokinetic Parameters in 18 Rheumatoid Arthritis Patients Treated Sequentially with Methotrexate Only (day −1, prior to rofecoxib treatment), Rofecoxib 12.5 mg Plus Methotrexate (days 1-7), Rofecoxib 25 mg Plus Methotrexate (days 8-14), or Rofecoxib 50 mg Plus Methotrexate (days 15-21)

| Parameter | MTX (day −1) | MTX + R 12.5 mg (day 7) | MTX + R 25 mg (day 14) | MTX + R 50 mg (day 21) | Geometric Mean Ratio (90% CI) | | |
|---|---|---|---|---|---|---|---|
| | | | | | MTX + R 12.5/MTX | MTX + R 25/MTX | MTX + R 50/MTX |
| $AUC_{(0-24 h)}$ (ng•h/ml) | 769 ± 365 | 753 ± 294 | 721 ± 258 | 801 ± 279 | 1.00 (0.89, 1.13) | 0.97 (0.86, 1.10) | 1.06 (0.94, 1.20) |
| $C_{max}$ [µg/ml] | 51 ± 25 | 49 ± 18 | 46 ± 16 | 49 ± 15 | 0.99 (0.88, 1.12) | 0.94 (0.83, 1.06) | 1.01 (0.89, 1.14) |
| $t_{max}$ (h) | 6.89 ± 1.91 | 6.61 ± 1.65 | 7.67 ± 2.12 | 7.68 ± 2.1 | — | — | — |
| Cl, [ml/min] | 10.0 ± 5.9[a] | — | — | 8.7 ± 7.4[a] | — | — | 0.87 (0.75, 1.00) |

MTX, methotrexate; R, rofecoxib; $AUC_{(0-24 h)}$, area under the plasma concentration-time curve from 0 to 24 h; $C_{max}$, maximal plasma concentration; $t_{max}$, time to achieve maximal plasma concentration; Cl, renal clearance.

a. Geometric least squares mean ± $SD$.

*LACK OF INTERACTION BETWEEN ROFECOXIB AND METHOTREXATE*



*Figure 2.  Mean plasma 7-hydroxy-methotrexate concentration-time profiles in rheumatoid arthritis patients (n = 18) during sequential treatment with methotrexate alone (day −1, prior to rofecoxib treatment), rofecoxib 12.5 mg plus methotrexate (days 1-7), rofecoxib 25 mg plus methotrexate (days 8-14), and rofecoxib 50 mg plus methotrexate (days 15-21). To account for differences in methotrexate doses between individual patients, the mean concentration-time profiles were obtained from individual concentration-time data after they were normalized to a 12.5 mg dose of methotrexate.*

patients: 1 patient reported nausea, heartburn, ankle edema (placebo); 1 reported nausea and abdominal fullness (rofecoxib 12.5 mg) and somnolence (rofecoxib 25 mg); and 1 reported light-headedness and nausea (rofecoxib 50 mg). Seven patients experienced a total of 7 laboratory adverse experiences, none of which were considered serious. One placebo-treated patient discontinued the study because of erythrocyturia and leukocyturia. Five patients receiving 50 mg rofecoxib experienced decreases in hemoglobin, of which 4 also had decreased hematocrit levels.

## DISCUSSION

This randomized, double-blind, multicenter study in rheumatoid arthritis patients demonstrated that rofecoxib at doses as high as 50 mg daily, the maximum dose under study for rheumatoid arthritis and the maximum dose currently approved for analgesia, produced no significant effect on plasma methotrexate or 7-hydroxymethotrexate concentrations following oral methotrexate administration. Plasma methotrexate concentration-time profiles and methotrexate $AUC_{(0-\infty)}$, $C_{max}$, $t_{max}$, and apparent terminal $t_{1/2}$ observed after oral methotrexate alone were virtually unchanged by the coadministration of methotrexate and ascending doses of rofecoxib (12.5 to 50 mg daily). The upper and lower confidence limits for the GMRs (rofecoxib plus methotrexate/methotrexate alone) of methotrexate $AUC_{(0-\infty)}$, $C_{max}$, and Cl, fell within the predefined equivalence limits (0.80 and 1.25) generally used to define bioequivalence.[37]

While the effect of rofecoxib on the pharmacokinetics of methotrexate was assessed pri-

marily by comparing the methotrexate pharmacokinetic parameter values following administration of methotrexate in the presence and absence of rofecoxib, measurement of plasma concentrations of 7-hydroxymethotrexate was also carried out to investigate the potential for rofecoxib to alter the metabolism of methotrexate. Methotrexate is metabolized through the actions of an aldehyde oxidase to 7-hydroxymethotrexate, the principal intracellular and circulating metabolite.[15] The principal pharmacokinetic parameters of 7-hydroxymethotrexate ($AUC_{(0-24 h)}$, $C_{max}$, $t_{max}$, and Cl,) measured during sequential administration of three rofecoxib doses were similar to corresponding values measured prior to rofecoxib administration, indicating the absence of a clinically significant effect of rofecoxib on methotrexate metabolism or the renal clearance of the metabolite.

The doses of rofecoxib chosen for this study were based on the marketed doses and findings of phase II/III efficacy and safety trials in patients with rheumatoid arthritis.[9] Previous pharmacokinetic evaluations demonstrated that steady-state concentrations of rofecoxib are achieved, on average, within 4 days of once-daily dosing.[38] To ensure that steady-state concentrations of rofecoxib were achieved prior to the administration of methotrexate, rofecoxib was administered for a period of 7 days prior to the weekly dose of methotrexate. The fixed sequence design for this study using three dose levels of rofecoxib was chosen to maximize efficiency in evaluating the effect of rofecoxib over the clinical dose range. In addition, a small number of placebo-treated patients (n = 3) was included to assist in an unbiased assessment of any adverse experiences.

While coadministration of methotrexate and an anti-inflammatory agent represents a potentially valuable therapeutic option in managing rheumatoid arthritis, anecdotal reports of hematologic, hepatic, gastrointestinal, or renal toxicities do exist.[25,39-41] Nonselective NSAIDs, particularly salicylates, have been reported to interact with methotrexate when administered concomitantly, giving rise to increased plasma concentrations and decreased renal clearance of methotrexate.[17-20] Although the precise mechanism of the interaction is unclear, a possible explanation may be that COX-2 inhibitors can produce some degree of impairment of renal function, particularly in patients with decreased renal perfusion or renal insufficiency,[4] and this, in turn, may impair renal excretion of methotrexate. Alternatively, some NSAIDs may interact with methotrexate by competitively inhibiting its excretion by renal tubules, thereby impairing the renal clearance of this drug and producing elevated plasma methotrexate concentrations. Renal excretion of unmetabolized methotrexate represents the major route of elimination of this drug, involving glomerular filtration and proximal tubular secretion.[15] The concurrent administration of organic acids such as salicylates, which are excreted in the urine as acidic compounds, has been reported to reduce methotrexate renal clearance via competitive inhibition of tubular secretion, thereby elevating plasma methotrexate concentrations.[15,42]

Previous evaluations in rheumatoid arthritis patients revealed that rofecoxib at doses of 75 and 250 mg was associated with a 23% and 40% increase in AUC and an 11% and 40% decrease in renal clearance of methotrexate, respectively.[31,32] The precise mechanism by which supratherapeutic doses of rofecoxib affect methotrexate pharmacokinetics is unclear. However, while rofecoxib 75 to 250 increased methotrexate plasma AUC and decreased renal clearance, the 75 mg dose (like the lower doses used in the present study) did not result in sustained increases in plasma methotrexate concentrations as assessed by methotrexate plasma concentrations 24 hours after dosing, when the methotrexate plasma concentration generally decreased to below the limit of detection (5 ng/ml).[31]

A recent study in rheumatoid arthritis patients demonstrated that the COX-2 inhibitor, celecoxib, has no significant effect on methotrexate pharmacokinetics at the dose studied (200 mg twice daily).[43] The authors of that study hypothesized that COX-2 inhibitors such as celecoxib may not affect the synthesis of renal prostaglandins, which are involved in regulating or maintaining renal function and thus may not be associated with impaired renal function and subsequent development of methotrexate toxicities. However, COX-2 is constitutively expressed in renal tissues of all species studied to date and is intimately involved in prostaglandin-dependent renal homeostatic processes, especially under conditions of renal insufficiency or decreased renal perfusion.[4,44-46] Furthermore, celecoxib produces changes in urinary prostaglandin excretion and glomerular filtration rate that are similar to NSAIDs and rofecoxib.[47-50] Thus, it seems unlikely that the apparent absence of a pharmacokinetic interaction between celecoxib and methotrexate is related to any renal-sparing effect of celecoxib.

The concomitant use of rofecoxib and methotrexate was generally well tolerated among the relatively healthy RA patients treated for 21 days in this study. No untoward adverse experiences attributable to the coadministration of methotrexate and rofecoxib were observed, and no patient developed serious clinical, laboratory, or other adverse experiences. While 4 patients experienced decreased hematocrit levels in this 21-day trial, in a previous longer term (8-week) study in which approximately 300 out of 400 patients were on rofecoxib (up to 50 mg daily), with 192 on concomitant methotrexate treatment, only 1 patient discontinued due to decreased hematocrit.[9] This does not appear to be clinically significant. The safety and efficacy results of the current trial are consistent with this previous RA study in both methotrexate users and nonusers.

In conclusion, rofecoxib up to 50 mg daily, the maximum dose under study for rheumatoid arthritis and currently approved for analgesia, produced no statistically significant or clinically meaningful alteration in methotrexate plasma pharmacokinetics or renal clearance in patients with rheumatoid arthritis. These results further support that rofecoxib and methotrexate can be administered concomitantly without any dose adjustment of methotrexate, although it is always recommended that the standard American College of Rheumatology guidelines for monitoring methotrexate therapy be followed.[13]

The authors wish to thank Ms. Shauna Norris for her valuable work in preparing this manuscript and Martha Huntington, MSc, for her assistance in the preparation of the protocol and monitoring of the study.

## REFERENCES

1. Clive DM, Stoff JS: Renal syndromes associated with nonsteroidal anti-inflammatory drugs. N Engl J Med 1984;310:563-572.
2. Anti-arthritic medication usage: 1991. Stat Bull Metropolitan Insur Co 1992;73:24-25.

3. Fosslien E: Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. *Ann Clin Lab Sci* 1998;28:67-81.

4. Brater DC: Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclo-oxygenase-2-selective inhibition. *Am J Med* 1999;107(6A):65S-71S.

5. Cryer B: Nonsteroidal anti-inflammatory drugs and gastrointestinal disease, in: Feldman M, Scharschmidt BF, Sleisenger MH (eds.), *Sleisenger and Fordtran's Gastrointestinal and Liver Disease.* 6th ed. Philadelphia: Saunders, 1998;343-357.

6. Meade EA, Smith WL, DeWitt DL: Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isoenzymes by aspirin and other nonsteroidal anti-inflammatory drugs. *J Biol Chem* 1993;268:6610-6614.

7. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, et al: Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med*; in press.

8. Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, et al: Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA* 1999;282:1929-1933.

9. Schnitzer TJ, Truitt K, Fleischmann R, Dalgin P, Block J, Zeng Q, et al: The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. *Clinical Therapeutics* 1999;21(10):1688-1701.

10. Verhoeven AC, Boers M, Tugwell P: Combination therapy in rheumatoid arthritis: updated systematic review. *Br J Rheumatol* 1998;37:612-619.

11. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines: Guidelines for monitoring drug therapy in rheumatoid arthritis. *Arthritis Rheum* 1996;39:723-731.

12. Van Ede AE, Laan RF, Blom HJ, De Abreu RA, van de Putte LB: Methotrexate in rheumatoid arthritis: an update with focus on mechanisms involved in toxicity. *Semin Arthritis Rheum* 1998;27(5):277-292.

13. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines: Guidelines for monitoring drug therapy in rheumatoid arthritis. *Arthritis Rheum* 1996;39:723-731.

14. Bannwarth B, Pehourcq F, Schaeverbeke T, Dehais J: Clinical pharmacokinetics of low-dose pulse methotrexate in rheumatoid arthritis. *Pharmacokinet* 1996;30:194-210.

15. Songsiridje N, Furst DE: Methotrexate—the rapidly acting drug. *Bailliere's Clin Rheumatol* 1990;4:575-593.

16. Mathers D, Russell AS: Methotrexate, in: Dixon JS, Furst DE (eds.), *Second-Line Agents in the Treatment of Rheumatic Diseases.* New York: Marcel Dekker, 1992;287-310.

17. Iqbal MP, Baig JA, Ali AA, Niazi SK, Mehboobali N, Hussain MA: The effects of nonsteroidal anti-inflammatory drugs on the disposition of methotrexate in patients with rheumatoid arthritis. *Biopharm Drug Dispos* 1998;19:163-167.

18. Davies NM, Anderson KE: Clinical pharmacokinetics of diclofenac. *Clin Pharmacokinet* 1997;33:184-213.

19. Tracy TS, Worster T, Bradley JD, Greene PK, Brater DC: Methotrexate disposition following concomitant administration of ketoprofen, piroxicam and flurbiprofen in patients with rheumatoid arthritis. *Br J Clin Pharmacol* 1994;37:453-456.

20. Combe B, Edno L, Lafforgue P, Bologna C, Bernard JC, Acquaviva P, et al: Total and free methotrexate pharmacokinetics with and without piroxicam in rheumatoid arthritis patients. *Br J Rheumatol* 1995;34:421-428.

21. Furst DE: Practical clinical pharmacology and drug interactions of low-dose methotrexate therapy in rheumatoid arthritis. *Br J Rheumatol* 1995;34(Suppl. 2):20-25.

22. Ellison NM, Servi RJ: Acute renal failure and death following sequential intermediate-dose methotrexate and 5-FU: a possible adverse effect due to concomitant indomethacin administration. *Cancer Treat Rep* 1985;69:342-343.

23. Thyss A, Milano G, Kubar J, Namer M, Schneider M: Clinical and pharmacokinetic evidence of a life-threatening interaction between methotrexate and ketoprofen. *Lancet* 1986;1:256-258.

24. Ng HWK, Macfarlane AW, Graham RM, Verbov J: Near fatal drug interactions with methotrexate given for psoriasis. *Br Med J* 1987;295:752-753.

25. Singh RR, Malaviya AN, Pandey JN, Guleria JS: Fatal interaction between methotrexate and naproxen [letter]. *Lancet* 1986;1:1390.

26. Zuik M, Mandel MA: Methotrexate-salicylate interaction: a clinical and experimental study. *Surg Forum* 1975;26:567-569.

27. Maiche AG: Acute renal failure due to concomitant action of methotrexate and indomethacin [letter]. *Lancet* 1986;1:1390.

28. Daly HM, Scott GL, Boyle J, Roberts CJC: Methotrexate toxicity precipitated by azapropazone. *Br J Dermatol* 1986;114:733-735.

29. Furst DE, Herman RA, Koehnke R, Eriksen N, Hash L, Riggs, et al: Effect of aspirin and sulindac on methotrexate clearance. *J Pharmaceut Sci* 1999;79:782-786.

30. Bannwarth B, Labat L, Moride Y, Schaeverbeke T: Methotrexate in rheumatoid arthritis. *Drugs* 1994;47:25-50.

31. Merck & Co., Inc., VIOXX® prescribing information. Whitehouse Station, NJ, 1998.

32. Merck & Co., Inc. Data on file, Whitehouse Station, NJ.

33. Crom WR, Evans WE: Methotrexate, in: Evans WE, Schentag JJ, Jusko WJ (eds.), *Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring.* 3d ed. Vancouver: Applied Therapeutics, 1992;29.1-29.42.

34. Cockroft DW, Gault MH: Prediction of creatinine clearance from serum creatinine. *Nephron* 1976;16:31-41.

35. Steinborner S, Henion J: Liquid-liquid extraction in the 96-well plate format with SRM LC/MS quantitative determination of methotrexate and its major metabolite in human plasma. *Anal Chem* 1999;71:2340-2345.

36. Yeh KC, Remphrey K: A simplex optimization program. *Pharm Res* 1990;7:S244.

37. Code of Federal Regulations; Title 21, Volume 5, Part 320 (Revised April 1, 1999), Bioavailability and Bioequivalence Requirements, U.S. Department of Health and Human Services (21CFR320.23).

38. Porras A, Ko A, Larson P, Agrawal N, Woolf E, Ebel D, et al: Single and multiple dose pharmacokinetics of rofecoxib in healthy subjects. *Clin Pharmacol Ther* 2000;67:2.

39. Kraus A, Alarcon-Segovia D: Low dose MTX and NSAID-induced mild renal insufficiency and severe neutropenia [letter]. *J Rheumatol* 1991;18:1274.

40. Rooney TW, Furst DE, Koehnke R, Burmeister L: Aspirin is not associated with more toxicity than other nonsteroidal anti-inflammatory drugs in patients with rheumatoid arthritis treated with methotrexate. *J Rheumatol* 1993;20:1297-1302.

41. Franck H, Rau R, Herborn G: Thrombocytopenia in patients with rheumatoid arthritis on long-term treatment with low-dose methotrexate. *Clin Rheumatol* 1996;15:429-430.

**42.** Liegler DG, Henderson ES, Hahn MA, Oliverio VT: The effect of organic acids on renal clearance of methotrexate in man. *Clin Pharmacol Ther* 1969;10(6):849-857.

**43.** Karim A, Tolbert DS, Hunt TL, Hubbard RC, Harper KM, Geis GS: Celecoxib, a specific COX-2 inhibitor, has no significant effect on methotrexate pharmacokinetics in patients with rheumatoid arthritis. *J Rheumatol* 1999;26:2539-2543.

**44.** Nantel F, Meadows E, Denis D, Connolly B, Metters KM, Giaid A: Immunolocalization of cyclooxygenase-2 in the macula densa of human elderly. *FEBS Letters* 1999;457:475-477.

**45.** Khan KNM, Venturini CM, Bunch RT, Brassard JA, Koki AT, Morris DL, Trump BF, Maziasz TJ, Alden CL: Interspecies differences in renal localization of cyclooxygenase isoforms: implications in nonsteroidal antiinflammatory drug-related nephrotoxicity. *Tox Pathol* 1998;26:612-620.

**46.** Komhoff M, Grone H-J, Klein T, Seyberth HW, Nusing RM: Localization of cyclooxygenase-1 and -2 in adult and fetal human kidney: implication for renal function. *Am J Physiol* 1997;272.

**47.** Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M: Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. *Clin Pharmacol Ther* 1999;66:76-84.

**48.** Whelton A, Schulman G, Wallemark C, Drower EJ, Isakson PC, Verburg KM, et al: Effects of celecoxib and naproxen on renal function in the elderly. *Arch Intern Med* 2000;160:1465-1470.

**49.** Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, et al: Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther* 1999;289:735-741.

**50.** McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, Fitzgerald GA: Systemic biosynthesis of prostacyclin by cyclooxygenase-2 (COX-2): the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci USA* 1999;96:272-277.

# Plaintiffs' Response re FOSSLIEN

# Footnote 12 of 28

CLINICAL THERAPEUTICS®/VOL. 26, NO. 5, 2004

# Comparison of Rofecoxib and Oxycodone Plus Acetaminophen in the Treatment of Acute Pain: A Randomized, Double-Blind, Placebo-Controlled Study in Patients with Moderate to Severe Postoperative Pain in the Third Molar Extraction Model

Scott Korn, MD,[1*] Theodore C. Vassil, MS,[1] Paul N.-A. Kotey, PhD,[1] and James R. Fricke Jr., DDS, MSD[2]

[1]Merck Research Laboratories, West Point, Pennsylvania, and [2]PPD-Pharmaco, Austin, Texas

## ABSTRACT

**Background:** Opiates, acetaminophen, nonselective nonsteroidal anti-inflammatory drugs (NSAIDs), and cyclooxygenase-2–selective inhibitors such as rofecoxib are used in the treatment of acute pain because of their anti-inflammatory and/or analgesic properties. Rofecoxib has demonstrated an improved gastrointestinal safety profile compared with nonselective NSAIDs.

**Objective:** The aim of this study was to compare the analgesic efficacy and tolerability profile of rofecoxib 50 mg with those of the centrally acting, nonsalicylate, opiate/nonopiate analgesic combination oxycodone/acetaminophen 5/325 mg in patients with pain after dental surgery.

**Methods:** In this randomized, double-blind, placebo- and active comparator–controlled study, patients experiencing moderate to severe postoperative pain after extraction of ≥2 third molars (including ≥1 mandibular impaction) received a single oral dose of rofecoxib 50 mg, oxycodone/acetaminophen 5/325 mg, or placebo. End points included total pain relief over 6 hours (TOPAR6, the primary end point) and 4 hours (TOPAR4), patient's global assessment of treatment at 6 hours (GLOBAL6) and 24 hours (GLOBAL24), summed pain intensity difference over 6 hours (SPID6), onset of analgesic effect (time to perceptible/meaningful pain relief, using a 2-stopwatch method), peak pain relief (PEAKPR), peak pain intensity difference (PEAKPID), and duration of analgesic effect (time to use of rescue analgesia).

**Results:** Two hundred twelve patients (63% female, 37% male; 76% white, 24% other; mean [SD] age, 20.9 [4.4] years; age range, 16–41 years) were enrolled in the study and received a single oral dose of rofecoxib 50 mg (n = 90), oxycodone/acetaminophen 5/325 mg (n = 91), or placebo (n = 31). The analgesic effect of rofecoxib was significantly greater than that of oxycodone/acetaminophen at $P < 0.001$ for TOPAR6, TOPAR4, GLOBAL6, GLOBAL24, and SPID6; at $P < 0.010$ for PEAKPR and PEAKPID; and at $P < 0.001$ for median time to use of rescue analgesia. Significantly fewer patients in the rofecoxib group (72.2%) took rescue analgesia within 24 hours postdose compared with the oxycodone/acetaminophen group (94.5%; $P < 0.001$) and the placebo group (96.8%; $P < 0.02$). Both active treatments were similar with respect to onset of analgesic effect. Both were generally well tolerated; the overall incidence of adverse experiences in the rofecoxib, oxycodone/acetaminophen, and placebo groups was 51.1%, 64.8%, and 48.4%, respectively. Rofecoxib was associated with a significantly lower incidence of nausea (18.9% vs 39.6%; $P < 0.001$) and vomiting (6.7% vs 23.1%; $P < 0.001$) compared with oxycodone/acetaminophen.

Data from this study have been presented previously at the 18th Annual Meeting of the American Academy of Pain Medicine, February 26–March 3, 2002, San Francisco, California; 10th Congress of the Asian Pacific League of Associations for Rheumatology, December 1–6, 2002, Bangkok, Thailand; 3rd Annual Congress of the European League Against Rheumatism, June 12–15, 2002, Stockholm, Sweden; and the 10th World Congress on Pain of the International Association for the Study of Pain, August 17–22, 2002, San Diego, California.
*Current affiliation: Merck Research Laboratories, Bluebell, Pennsylvania.

*Accepted for publication March 4, 2004.*

Printed in the USA. Reproduction in whole or part is not permitted.

0149-2918/04/$19.00

Copyright © 2004 Excerpta Medica, Inc.

769

**Conclusions:** In study patients with moderate to severe pain after dental surgery, rofecoxib 50 mg had a greater analgesic effect than oxycodone/acetaminophen 5/325 mg and was associated with less nausea and vomiting. (*Clin Ther.* 2004;26:769–778) Copyright © 2004 Excerpta Medica, Inc.

**Key words:** rofecoxib, oxycodone/acetaminophen, dental pain, analgesia, acute pain, postsurgery.

## INTRODUCTION

Nonsteroidal anti-inflammatory drugs (NSAIDs) relieve local pain and inflammation through inhibition of the inducible cyclooxygenase (COX)-2 isoform of COX but can produce unwanted gastrointestinal (GI) effects through blockade of the constitutively expressed COX-1 isoform.[1] Recently, new types of anti-inflammatory drugs, the COX-2–selective inhibitors, have been introduced that relieve COX-2–mediated pain and inflammation while reducing COX-1–mediated GI adverse effects (eg, GI perforation, ulcer, hemorrhage).[2–7]

Rofecoxib, a potent and selective inhibitor of COX-2, represents a therapeutic alternative for the treatment of pain and inflammation.[4,8,9] In addition to being approved as a once-daily regimen (rofecoxib 50 mg) for the management of acute pain and dysmenorrhea, rofecoxib is approved for the management of osteoarthritis and rheumatoid arthritis in single daily doses of 12.5 and 25 mg, respectively. A number of studies have demonstrated the efficacy of rofecoxib 50 mg for the treatment of pain after dental surgery, pain after orthopedic surgery, and pain associated with primary dysmenorrhea.[10–13] In these studies, rofecoxib 50 mg showed analgesic efficacy generally comparable to that of maximum single analgesic doses of ibuprofen (400 mg) and naproxen (naproxen sodium 550 mg).

Opioids such as oxycodone and codeine are also used in combination with acetaminophen in the setting of acute postoperative pain. However, opioids may be associated with troublesome adverse effects (eg, nausea, decreased GI motility, sedation, urinary retention) and are subject to abuse by patients due to the potential to produce physical dependence.[14–16]

The purpose of the present study was to compare the analgesic efficacy and tolerability profile of the COX-2–selective inhibitor rofecoxib with those of the opioid analgesic oxycodone in combination with acetaminophen in patients with pain after dental surgery, a validated model of acute pain.[17] The 5/325-mg dose of oxycodone/acetaminophen was chosen for the active comparator because this is the recommended starting dose; the product information states that the usual adult dosage is 1 tablet every 6 hours as needed for pain.[16]

## PATIENTS AND METHODS

This randomized, double-blind, placebo- and active comparator–controlled study was conducted at a single center in the United States from April 10, 2001, to June 21, 2001. The study compared the analgesic efficacy of a single oral dose of rofecoxib 50 mg with that of oxycodone/acetaminophen 5/325 mg and placebo in patients experiencing pain after extraction of ≥2 third molars. The protocol was approved by the appropriate institutional review board, and the study was conducted in accordance with the ethical standards for human experimentation established by the Declaration of Helsinki (2000). Patients aged 16 or 17 years provided written informed assent before study participation. Parents of patients aged 16 or 17 years gave written informed consent before any study procedure was performed, as did patients aged ≥18 years.

### Inclusion and Exclusion Criteria

Healthy male and female patients aged ≥16 years with moderate to severe pain after the removal of ≥2 third molars, ≥1 of which was a mandibular impaction, were eligible for study enrollment. Female patients of childbearing potential could participate in the study if they had a negative urine pregnancy test result at baseline and either remained sexually abstinent from visit 1 until 7 days after receipt of study drug or used oral, intramuscular, or implanted contraceptives or a double-barrier method of birth control for the same period.

Patients who were receiving tricyclic antidepressants, tranquilizers, hypnotics, sedatives, or corticosteroids were excluded from the study. Patients taking analgesics were told to discontinue the medication at least 24 hours before surgery (48 hours for naproxen, 96 hours for COX-2–selective inhibitors). Patients who were allergic to naproxen, aspirin, ibuprofen,

indomethacin, or other NSAIDs or who had a history of asthma in association with nasal polyps were excluded from the study. Also excluded were patients with a history of use of illicit drugs.

## Study Design

The study consisted of a prestudy screening visit, a treatment visit (dental surgery, followed by randomization to study drug), and a poststudy visit ~7 days after surgery. Patients who met the inclusion criteria at the screening visit returned after ~2 weeks for surgical extraction of third molars, for which local anesthesia (epinephrine with lidocaine) was administered. At the time of surgery, the investigator noted the number of teeth removed, the duration of surgery, and the impaction score for each tooth (soft tissue = 1, partially embedded = 2, embedded = 3). When patients reported moderate or severe postoperative pain, they were randomized to receive a single oral dose of rofecoxib 50 mg, oxycodone/acetaminophen 5/325 mg, or placebo in a 3:3:1 ratio according to a computer-generated, blinded allocation schedule. Allocation of patients to treatment was stratified by baseline pain intensity (moderate or severe).

If patients did not achieve adequate pain relief with study medication, they could take acetaminophen 500 mg plus hydrocodone bitartrate 5 mg as rescue medication. They recorded the date and time of taking rescue medication in a study diary. Patients were encouraged to avoid using rescue medication during the first 90 minutes after administration of study medication to give the study medications time to exhibit an analgesic effect.

## Efficacy Assessments

Patients recorded their pain intensity and degree of pain relief in study diaries at specified time intervals. In addition, they provided a global assessment of study medication at 6 and 24 hours postdose. Efficacy assessments during the first 6 hours were made in the study unit; thereafter, efficacy assessments were made on an outpatient basis, with a paging service reminding patients to complete the diary at the specified time points.

Pain intensity was recorded on a 4-point scale (from 0 = none to 3 = severe), and pain relief was recorded on a 5-point scale (from 0 = none to 4 = complete). The global assessments of study medication used a 5-point scale (from 0 = poor to 4 = excellent). Patients used 2 stopwatches, actuated when study medication was taken, to determine the time elapsed to first perceptible pain relief (first stopwatch) and first meaningful pain relief (second stopwatch). A censored value of 4 hours was used when perceptible pain relief occurred without meaningful pain relief.

## End Points

Overall analgesic effect was assessed using the total pain relief score over 6 hours (TOPAR6), the primary end point, which was chosen to correspond to the recommended dosing interval for oxycodone/acetaminophen; the total pain relief score over 4 hours (TOPAR4); the sum of pain intensity difference over 6 hours (SPID6); and the patient's global assessment score at 6 hours (GLOBAL6) and 24 hours (GLOBAL24). The onset of analgesic effect was assessed in terms of the time to a pain intensity difference $\geq 1$ (PID $\geq 1$) and the time to confirmed perceptible pain relief (based on the stopwatch time). Peak analgesic effect was quantified in terms of the peak pain intensity difference (PEAKPID) and peak pain relief (PEAKPR) within 6 hours after dosing. Duration of analgesic effect was determined based on the time to use of rescue medication; the proportion of patients taking rescue medication within 24 hours; the amount of rescue medication taken over 24 hours; pain relief; and PID at 12 and 24 hours.

## Safety Assessments

All patients were monitored by physical examinations, measurement of vital signs, and routine laboratory assessments of hematology, blood chemistry, and urinalysis. Spontaneously reported adverse experiences were recorded up to 14 days after dosing and were assessed for intensity, seriousness, and relation to study drugs by a blinded investigator.

## Statistical Analysis

The primary efficacy end point (TOPAR6) was analyzed using a parametric analysis of variance (ANOVA) model with treatment and stratum (ie, baseline pain intensity) as factors. Treatment effect was assessed using the within-treatment least-squares (LS) means and the between-treatment difference in LS means (95% CIs) obtained from the ANOVA model.[18] The key secondary end points (GLOBAL6,

GLOBAL24, SPID6, time to confirmed perceptible pain relief, time to PID ≥1, PEAKPID, PEAKPR, and time to use of rescue medication) were analyzed using the ANOVA model, the Cox proportional hazards regression method, or the logistic regression method.[18] The primary comparison was rofecoxib 50 mg versus oxycodone/acetaminophen 5/325 mg, although both treatments were compared with placebo. All randomized patients were included in the assessment of tolerability, and differences in the incidence of any adverse experience or drug-related adverse experience between treatment groups were tested using the Fisher exact test.[18]

## RESULTS

Two hundred twelve patients (63% female, 37% male; mean [SD] age, 20.9 [4.4] years; age range, 16–41 years) were enrolled in the study and received a single oral dose of rofecoxib 50 mg (n = 90), oxycodone/acetaminophen 5/325 mg (n = 91), or placebo (n = 31). A majority of patients were white (75.5%), but the study population also included Hispanics (18.4%), blacks (2.8%), and Asians (1.9%). Baseline pain intensity was moderate in 82.1% of randomized patients and severe in 17.9%. The 3 study groups were similar in terms of age, sex, race, baseline pain intensity, duration of surgery, number of teeth removed, and mean impaction score (**Table I**).

### Efficacy

#### Overall Analgesic Effect

As assessed by the mean TOPAR6 score (the primary end point), overall analgesic efficacy was significantly greater with rofecoxib than with oxycodone/acetaminophen or placebo (11.7, 5.9, 1.9, respectively; $P < 0.001$) (**Table II**). The TOPAR6 score also was significantly higher for oxycodone/acetaminophen compared with placebo ($P < 0.005$).

Mean pain relief scores over the 24-hour period in the 3 study groups are depicted in **Figure 1**. As early as 30 minutes after dosing, mean pain relief scores were significantly higher versus placebo for both rofecoxib ($P < 0.001$) and oxycodone/acetaminophen ($P < 0.005$). When mean pain relief scores over 6 hours were examined by time point, oxycodone/acetaminophen provided significantly greater relief than rofecoxib only at the 30-minute time point after dosing ($P < 0.010$). At 1 hour after dosing, pain relief scores for oxycodone/acetaminophen were comparable to those for rofecoxib, but they decreased steadily over the

**Table I.** Baseline demographic and clinical characteristics of study patients.

| | Rofecoxib 50 mg (n = 90) | Oxycodone/Acetaminophen 5/325 mg (n = 91) | Placebo (n = 31) | Total (N = 212) |
|---|---|---|---|---|
| Age, mean (SD), y | 21.1 (4.3) | 20.8 (4.5) | 20.7 (4.2) | 20.9 (4.4) |
| Sex, no. (%) | | | | |
| Female | 54 (60.0) | 60 (65.9) | 20 (64.5) | 134 (63.2) |
| Male | 36 (40.0) | 31 (34.1) | 11 (35.5) | 78 (36.8) |
| Race, no. (%) | | | | |
| White | 63 (70.0) | 75 (82.4) | 22 (71.0) | 160 (75.5) |
| Hispanic | 18 (20.0) | 13 (14.3) | 8 (25.8) | 39 (18.4) |
| Black | 3 (3.3) | 2 (2.2) | 1 (3.2) | 6 (2.8) |
| Asian | 3 (3.3) | 1 (1.1) | 0 (0.0) | 4 (1.9) |
| Other* | 3 (3.3) | 0 (0.0) | 0 (0.0) | 3 (1.4) |
| Baseline pain intensity, no. (%) | | | | |
| Moderate | 74 (82.2) | 74 (81.3) | 26 (83.9) | 174 (82.1) |
| Severe | 16 (17.8) | 17 (18.7) | 5 (16.1) | 38 (17.9) |
| No. of teeth removed, mean (SD) | 3.5 (0.8) | 3.3 (0.9) | 3.8 (0.5) | 3.5 (0.8) |
| Impaction score,† mean (SD) | 2.6 (0.7) | 2.5 (0.8) | 2.3 (0.8) | 2.5 (0.8) |

*Includes Eurasian, Native American, and multiracial patients.
†Scale: soft tissue = 1, partially embedded = 2, embedded = 3.

S. Korn et al.

Table II. Analgesic efficacy of a single dose of rofecoxib, oxycodone/acetaminophen, or placebo in patients with moderate to severe pain after dental surgery.* Unless otherwise specified, values are least-squares mean (SE) or median (95% CI).

| Efficacy Measure | Rofecoxib 50 mg (n = 90) | Oxycodone/Acetaminophen 5/325 mg (n = 91) | Placebo (n = 31) |
|---|---|---|---|
| TOPAR6 | 11.7 (0.8)†‡ | 5.9 (0.8)§ | 1.9 (1.2) |
| TOPAR4 | 7.2 (0.5)†‡ | 4.0 (0.5)‖ | 1.2 (0.8) |
| GLOBAL6 | 2.1 (0.2)†‡ | 1.3 (0.2)† | 0.3 (0.2) |
| GLOBAL24 | 2.1 (0.2)†‡ | 1.3 (0.2)† | 0.3 (0.2) |
| SPID6 | 5.9 (0.6)†‡ | 2.2 (0.6)† | −1.4 (0.9) |
| Time to confirmed perceptible pain relief, h | 0.8 (0.6–1.0)† | 1.0 (0.5–>4)† | NE |
| % of patients with confirmed perceptible pain relief | 68.9† | 54.9† | 12.9 |
| Time to PID ≥1, h | 2.0 (1.0–2.0)† | 1.0 (1.0–2.0)† | NE |
| PEAKPR | 2.6 (0.2)†¶ | 2.0 (0.2)† | 0.5 (0.3) |
| PEAKPID | 1.4 (0.1)†¶ | 1.1 (0.1)† | 0.2 (0.2) |
| Time to use of rescue medication, h | 8.3 (7.6–10.0)†‡ | 3.3 (2.5–3.8)† | 1.7 (1.4–2.0) |
| % of patients taking rescue medication within 24 hours | 72.2†# | 94.5 | 96.8 |
| No. of tablets of rescue medication within 24 hours | 1.3 (0.2)†‡ | 2.2 (0.2) | 2.5 (0.3) |

TOPAR6 = total pain relief over 6 hours; TOPAR4 = total pain relief over 4 hours; GLOBAL6 = patient's global assessment at 6 hours; GLOBAL24 = patient's global assessment at 24 hours; SPID6 = summed time-weighted pain intensity difference over 6 hours; NE = not estimable; PID = pain intensity difference from baseline; PEAKPR = peak pain relief; PEAKPID = peak pain intensity difference.
*Pain relief was recorded on a 5-point scale (from 0 = none to 4 = complete). Global assessments of study medication were recorded on a 5-point scale (from 0 = poor to 4 = excellent). Pain intensity was recorded on a 4-point scale (from 0 = none to 3 = severe).
†P < 0.001 versus placebo.
‡P < 0.001 versus oxycodone/acetaminophen.
§P < 0.005 versus placebo.
‖P = 0.001 versus placebo.
¶P < 0.010 versus oxycodone/acetaminophen.
#P < 0.02 versus placebo.

subsequent 7 hours. In contrast, mean pain relief scores for rofecoxib continued to increase up to ~3 hours and had decreased only slightly by 24 hours. During the period from 2 to 24 hours, the mean pain relief scores of rofecoxib recipients were significantly higher than those of oxycodone/acetaminophen recipients ($P < 0.001$).

Use of rofecoxib also was associated with significantly higher scores on the other assessments of overall analgesic efficacy (TOPAR4, SPID6, GLOBAL6, and GLOBAL24) compared with oxycodone/acetaminophen and placebo (all comparisons, $P < 0.001$) (Table II). Based on GLOBAL6 scores (**Figure 2**), a significantly greater proportion of rofecoxib patients (62.2%) rated the study medication as *good, very good,* or *excellent* compared with both oxycodone/acetaminophen (39.6%; $P < 0.001$) and placebo (3.3%; $P < 0.001$). GLOBAL24 scores showed a similar distribution (data not shown).

*Onset of Analgesic Effect*

The onset of analgesia, based on time to confirmed perceptible pain relief and time to PID ≥1, was significantly shorter in patients receiving rofecoxib or oxycodone/acetaminophen than in those receiving placebo (both, $P < 0.001$); however, there was no significant difference between the active treatments (Table II). Confirmed perceptible pain relief occurred in 68.9% of rofecoxib patients and 54.9% of oxycodone/acetaminophen patients, both significantly higher compared with the placebo group (12.9%; $P < 0.001$).

*Peak Analgesic Effect*

The peak analgesic effect, as measured by PEAKPR and PEAKPID scores during the first 6 hours after dosing, was significantly higher in the rofecoxib and oxycodone/acetaminophen groups compared with the placebo group (both comparisons, $P < 0.001$) (Table II). PEAKPR and PEAKPID values for rofe-

CLINICAL THERAPEUTICS®



Figure 1.  Mean (SE) pain relief scores over 24 hours in patients with moderate to severe pain after dental surgery. The pain relief scale ranged from 0 = none to 4 = complete. Nonoverlapping error bars indicate approximate statistical significance at $\alpha$ = 0.05, 2-sided test.



Figure 2.  Patients' global assessments of therapy at 6 hours (% of patients selecting each option).

coxib were significantly greater than those for oxycodone/acetaminophen (P < 0.010).

## Duration of Analgesic Effect

Significantly fewer patients in the rofecoxib group (72.2%) took rescue medication within 24 hours compared with the oxycodone/acetaminophen (94.5%; P < 0.001) and placebo groups (96.8%; P < 0.02) (Table II). The median time to use of rescue medication was significantly longer in the rofecoxib group (8.3 hours) compared with the oxycodone/acetaminophen group (3.3 hours; P < 0.001) and the placebo group (1.7 hours; P < 0.001). The Kaplan-Meier plots for the cumulative proportions of patients requiring rescue medication over the 24-hour period are shown in **Figure 3**. The mean number of tablets of rescue medication taken during the 24-hour period after administration of study drug was significantly lower in the rofecoxib group than in the oxycodone/acetaminophen and placebo groups (both comparisons, P < 0.001) (Table II).

In a post hoc analysis, the proportions of patients requiring rescue medication at 6 hours after dosing were 36.7%, 68.1%, and 90.0% for the rofecoxib, oxycodone/acetaminophen, and placebo groups, respectively.

## Safety Assessment

Rofecoxib 50 mg and oxycodone/acetaminophen 5/325 mg were generally well tolerated. The overall rates of adverse experiences in patients receiving rofecoxib, oxycodone/acetaminophen, and placebo were 51.1%, 64.8%, and 48.4%, respectively (**Table III**). The incidence of adverse experiences considered by the investigator to be possibly, probably, or definitely related to study drug was significantly lower in the rofecoxib group than in the oxycodone/acetaminophen group (7.8% vs 38.5%, respectively; P < 0.001). The most frequently reported clinical adverse experiences in all groups were nausea (18.9%–39.6%), vomiting (6.7%–23.1%), postextraction alveolitis (9.7%–16.7%), headache (12.9%–16.7%), and dizziness (7.8%–16.5%) (Table III). Significantly fewer patients receiving rofecoxib versus oxycodone/acetaminophen experienced nausea (18.9% vs 39.6%; P < 0.001) or vomiting (6.7% vs 23.1%; P < 0.001). Differences in the incidence of postextraction alveolitis between study groups did not reach statistical significance. No deaths or discontinuations due to adverse experiences occurred in any study group.



**Figure 3.** Kaplan-Meier plot of the cumulative proportions of patients requiring rescue medication, by hours postdose.

Table III. Number (%) of patients with a clinical adverse experience (AE) occurring with an incidence of ≥3% after administration of a single dose of rofecoxib, oxycodone/acetaminophen, or placebo for moderate to severe pain after dental surgery.

| | Rofecoxib 50 mg (n = 90) | Oxycodone/Acetaminophen 5/325 mg (n = 91) | Placebo (n = 31) |
|---|---|---|---|
| Patients with ≥1 AE | 46 (51.1) | 59 (64.8) | 15 (48.4) |
| Patients with ≥1 drug-related AE* | 7 (7.8)† | 35 (38.5) | 3 (9.7) |
| Specific AEs | | | |
| Nausea | 17 (18.9)‡ | 36 (39.6) | 10 (32.3) |
| Headache | 15 (16.7) | 13 (14.3) | 4 (12.9) |
| Postextraction alveolitis | 15 (16.7) | 9 (9.9) | 3 (9.7) |
| Dizziness | 7 (7.8) | 15 (16.5) | 4 (12.9) |
| Vomiting | 6 (6.7)† | 21 (23.1) | 3 (9.7) |
| Postoperative bleeding | 1 (1.1) | 2 (2.2) | 1 (3.2) |
| Disorientation | 0 (0.0) | 0 (0.0) | 1 (3.2) |
| Dyspepsia | 0 (0.0) | 0 (0.0) | 1 (3.2) |
| Gastric disorder | 0 (0.0) | 0 (0.0) | 1 (3.2) |

*Determined by the investigator to be possibly, probably, or definitely related to study treatment.
†P < 0.001 versus oxycodone/acetaminophen.

## DISCUSSION

Prostaglandins are generated after trauma to tissues and appear to play a central role in sensitizing primary afferent nerves that mediate pain.[19,20] Acute pain experienced after the removal of impacted third molar teeth is a widely accepted model for studying the underlying mechanisms of acute pain, as well as the clinical effectiveness of acute analgesics such as NSAIDs and COX-2–selective inhibitors.[17,20–22]

In the present randomized, double-blind, placebo- and active comparator–controlled study, we used the acute dental surgery pain model to compare the analgesic efficacy of the COX-2 inhibitor rofecoxib with that of the opiate/nonopiate analgesic combination oxycodone/acetaminophen. Overall, the study findings indicated that rofecoxib 50 mg provided superior analgesic efficacy to oxycodone 5 mg combined with acetaminophen 325 mg. TOPAR6, the primary study end point, was significantly greater in the rofecoxib group compared with the oxycodone/acetaminophen and placebo groups (both, P < 0.001). The analgesic efficacy of rofecoxib 50 mg was superior to that of oxycodone/acetaminophen in terms of overall effect (P < 0.001), peak effect (P < 0.010), and duration of effect (P < 0.001). However, the 2 agents were similar with respect to onset of analgesic effect. The median

time to the use of rescue medication was significantly longer in the rofecoxib group compared with the oxycodone/acetaminophen group (8.3 vs 3.3 hours, respectively; P < 0.001). In addition, the proportions of patients requiring rescue medication at 6 hours after dosing were 36.7%, 68.1%, and 90.0% in the rofecoxib, oxycodone/acetaminophen, and placebo groups, respectively. The difference in the duration of effect between single doses of rofecoxib and oxycodone/acetaminophen was expected based on their respective half-lives. Patients receiving rofecoxib had a significantly lower incidence of nausea and vomiting compared with those receiving oxycodone/acetaminophen (both comparisons, P < 0.001).

These findings support those of previous studies of the analgesic efficacy of rofecoxib in patients with pain after dental surgery,[10,11] after orthopedic surgery,[13] associated with primary dysmenorrhea,[12] and associated with osteoarthritis.[23–25] Administration of rofecoxib before orthopedic surgery has also been assessed.[26] In a study in patients with pain after dental surgery, Chang et al[27] reported that a single dose of rofecoxib 50 mg had a superior analgesic effect compared with a single dose of codeine/acetaminophen 60/600 mg (P < 0.001). Similar to our findings, these investigators reported that the greater analgesic effect

776