# Plaintiffs' Response re FOSSLIEN

# Footnote 15 of 28

Case 2:05-md-01657-EEF-DEK   Document 5718-11   Filed 06/27/06   Page 2 of 24

*Current Medicinal Chemistry*, 2004, *11*, 3147-3161

# Novel Insights and Therapeutical Applications in the Field of Inhibitors of COX-2

W. Kiefer and G. Dannhardt*

*Johannes Gutenberg-University Mainz 55099 Mainz, Germany*

**Abstract:** The discovery of the two isoenzymes COX-1 and COX-2 and the knowledge of their function, localisation and regulation has initiated the development of COX-2 selective inhibitors (coxibs). Inducible COX-2 at the peripheral site of inflammation has been detected in the early 1990s, the involvement of recently detected spinal COX-2 has led to new insights into mechanisms of pain and may explain analgesic and antipyretic properties of COX-2 selective inhibitors. The coxibs rofecoxib and celecoxib have been introduced into therapy and seem to offer some advantages over the classical non-selective NSAIDs. The search for new COX-2 inhibitors is going on, the development of etoricoxib and lumiracoxib is a step ahead concerning efficacy, tolerability and safety. Until today COX-2 selective inhibitors have found their place in therapy of arthritis, osteoarthritis, dysmenorrhea and acute pain. A new paradigm in pain therapy seems to justify their use in perioperative settings in a preemptive or multimodal therapeutical strategy. In the future COX-2 selective inhibitors as opioid sparing agents could become an important tool in pain therapy. Even a therapeutical benefit of COX-2 selective inhibitors in the treatment of Alzheimer's Disease or in the prevention or treatment of colorectal or prostate cancer is presently intensely investigated. Recently some authors reported on COX-3, a splicing variant of COX-1. If COX-3 really represents the target for acetaminophen must be called into question.

**Keywords:** COX-1/ COX-2/ mechanism of pain/ spinal cord COX-2/ preemptive and multimodal analgesia/ LOX/COX-inhibitors/ COX-2 inhibitors in Alzheimer's disease and cancer.

## INTRODUCTION

Prostaglandins are key mediators involved in inflammatory processes. The key enzymes for the biotransformation of arachidonic acid to prostaglandins are cyclooxygenases [1, 2]. The two definitely known isoforms COX-1 and COX-2 show distinct expression patterns and distinct biological activities.

COX-1 is a constitutively expressed protein which is responsible for the physiological production of prostaglandins. It is involved in several homeostatic processes and therefore, often named as "housekeeping" enzyme. COX-1 is necessary for the production of basal levels of prostaglandins and is expressed in nearly all tissues including colon, kidney, spleen, stomach, lung, liver, heart and brain [3]. In the kidney prostaglandin $PGE_2$ generated by COX-1 is principally involved in water and sodium excretion whereas $PGI_2$ regulates renal plasma flow and thromboxane $A_2$ is responsible for proper glomerular filtration.

In the GI tract where COX-1 is the predominant isoform $PGE_2$ and prostacyclin act as cytoprotective mediators, in platelets COX-1 mediates the formation of thromboxane $A_2$ ($TXA_2$) inducing platelet aggregation [3].

With the discovery of COX-2 the pharmacological and medicinal focus has been shifted from COX-1 towards COX-2 [4]. Meanwhile COX-2 has become an interesting target with various fields in biomedical research.

The discovery of inducible COX-2 in arthritis joint fluid and immunocompetent cells was the beginning of a new era in anti-inflammatory therapy [5]. It was shown that in inflamed tissue the amount of COX-2 protein was significantly higher than in normal tissue. COX-2 belongs to the family of the "immediate response" genes which is characterised by a fast upregulation of gene trans-cription after an inflammatory stimulus.

The identification and characterisation of inducible COX-2 in inflammatory cells led to the hypothesis that selective COX-2 inhibition would result in a relief of inflammation and pain without causing COX-1 dependent side effects like gastrointestinal ulceration, platelet dysfunction and kidney damage [6]. Thus COX-2 became an attractive promising target which opened new pharmaceutical and medicinal aspects.

The development and the use of specific COX-2 inhibitors was indicated as a milestone in anti-inflammatory therapy. Meanwhile it became obvious that the euphoria of having an ideal pharmacon with reduced side effects was too optimistic. It became evident that COX-2 is not an exclusively proinflammatory inducible enzyme. COX-2 is also constitutively expressed in the kidney [7] and gastric tissue [8]. Hence some side effects of COX-2 inhibitors e.g. reduced renal plasma flow, glomerular filtration and sodium excretion, may lead to restrictions in their therapeutical use as anti-inflammatory and analgesic agents. Moreover, the role of COX-2 in ovulation and implantation during early pregnancy and finally the involvement of the onset of labour have to be mentioned as well [9, 10].

COX-2 plays an important role not only in the periphery but also in the central nervous system. COX-2 is

*Address correspondence to this author at the Johannes Gutenberg-University Mainz 55099 Mainz, Germany; Tel: +49 6131 39-0; Fax: +49 6131 39-23062; E-mail: dannhardt@uni-mainz.de

    © 2004 Bentham Science Publishers Ltd.

constitutively expressed in brain and spinal cord and is highly regulated [11] by different factors such as ischaemia, immunomodulators, cytokines, structural brain damage, toxic agents and during maturation processes. COX-2 represents the predominant isoform of cyclooxygenase in the central nervous system where it contributes to hyperalgesic effects and seems to be strongly involved in pain mediation processing in the spinal cord. Beside a peripheral mode of action the aspect of inhibition of central prostanoid synthesis and the resulting relief of pain by COX-2 inhibitors becomes increasingly important [12].

The detection of constitutive COX-2 in brain endothelial cells and its role in fever might explain the role of COX-2 inhibitors not only as antiphlogistics, but also as analgesics and antipyretics. At this point recently a discussion has started about the role of COX-3.

Future clinical applications of COX-2 selective inhibitors extend their current use as anti-inflammatory or antiphlogistic agents in arthritis, osteoarthritis and in the treatment of postsurgical and neuropathic pain. Coxibes play a role in the management of cancer pain and are frequently utilised because of their opioid - sparing effect without promoting bleeding diathesis (antiplatelet effect) or gastrointestinal effects.

COX-2 inhibitors are supposed to slow down the course of dementia in Alzheimer's disease and provide neuroprotection in brain ischaemia [13]. In the Alzheimer's disease brain, COX-2 content is elevated by nearly twofold in comparison to non-AD controls and COX-2 induction correlates strongly with ß-Amyloid (Aß)-plaque density in the same brain region. Whether COX-2 selective inhibitors may exhibit a therapeutical benefit in this disease is under discussion.

The use of coxibes as chemopreventive agents in colorectal cancer (CRC) is under investigation. The chemopreventive benefits of COX-2 inhibitors especially the selective ones to promote cell death (apoptosis) and to inhibit angiogenesis in CRC have been shown in tumour cell lines and in animal and human models [151].

All these results indicate that the future therapeutic spectrum of COX-2 selective inhibitors might change from their classical role as potent anti-inflammatory drugs to agents for analgesic therapy and for the treatment of chronic and neuropathic pain up to drugs which may be used for the therapy of colon cancer, Alzheimer's disease and other neurodegenerative diseases.

## COXIBS - A NEW PARADIGM IN PAIN MANAGEMENT

### Mechanisms of Pain

Pain is a complex state and characterised by peripheral and central mechanisms [14]. It is generally agreed that both mechanisms are involved in neuropathic pain. Neuropathic pain usually results from a disease or physical damage to peripheral nerves and cannot be treated with conventional methods. Its typical symptoms are hyperalgesia - an exaggerated response to noxious stimuli - and allodynia [15].

Nociceptive pain is transiently invoked when pain-sensitive neurons (nociceptors) are activated by noxious stimuli. This pain is a protective response to adverse stimuli and subsides with the removal of the stimulus. Nociceptive pain may initiate a phase of persistent acute pain triggered by tissue damage where the cellular and neuronal release of prostaglandins is involved [16]. Prolonged tissue damage and inflammation sensitises nociceptors, resulting in a decreased pain threshold or hyperalgesia [17]. Like nociceptive pain, hyperalgesia is linked to an adverse stimulus and diminishes with healing and decreased inflammation.

In inflamed tissues acute pain is evoked locally by components of the inflammatory cascade like $PGE_2$ or prostacyclin. $PGE_2$ signals pain input by binding to receptors that regulate the calcium and sodium channels of nociceptive neurons [17]. This leads to a decrease in the threshold of sensitivity.

Lowering of the pain threshold is accompanied by an exaggerated response to painful stimuli (primary hyperalgesia) [18]. Primary hyperalgesia occurs in the presence of an excess of inflammatory mediators and cytokines which in turn increase the sensitivity of high-threshold nociceptor primary sensory neurons at their peripheral terminals. This change is known as peripheral sensitisation. A major action of NSAID treatment is the prevention of peripheral sensitisation.

Inflammation in the periphery also generates pain hypersensitivity in adjacent tissues (secondary hyperalgesia) caused by spinal sensitisation [19]. COX-2 is expressed constitutively in the dorsal horn of the spinal cord and it has been shown that after peripheral inflammatory stimuli spinal cord COX-2 mRNA and protein levels increase whereas COX-1 remains unchanged [20].

Therefore, the effects of acute pain are linked to an induction of COX-2 and subsequent production of prostaglandins in the spinal cord and brain. Secondary hyperalgesia results from a change in the excitability threshold of dorsal horn neurons, a phenomenon known as central sensitisation [18]. Evidently constitutive COX-2 is strongly involved in pain mediation processing in the spinal cord.

Inhibiting central COX-2 activity greatly reduces inflammatory pain hypersensitivity. The role of COX-2 in peripheral and central pain is the rationale for the use of COX-2 selective inhibitors to treat pain and its accompanying syndromes [21]. Besides PGs several other mediators in the dorsal horn of the spinal cord are responsible for central sensitisation: NO, excitatory amino acids, e.g. glutamate, substance P and not to forget the role of NMDA receptors [22]. A simplified model of nociceptive processes in the spinal cord has been described by Geisslinger [23].

Prolonged acute pain and hyperalgesia, however, can evolve into chronic pain.

In contrast to acute pain, chronic pain is not a protective response and is no longer linked to a stimulus. Progressive and prolonged stimulation of pain causes increased excitation of neurons in the dorsal horn of the spinal cord. This phenomenon is sometimes referred to as "wind-up"

pain [24]. Wind-up is often a precursor of central sensitisation. Dorsal horn neurons become overexcitable and produce a pain response outside the area of actual injury. Once established, this abnormal condition continues independently of the initial cause (stimulus) and, for that reason, is considered pathologic pain.

## COX-2 SELECTIVE INHIBITORS AND THEIR ROLE IN PAIN THERAPY

Cyclooxygenase activity plays a central role in a number of inflammatory diseases and the treatment of pain, and induction of COX-2 has been confirmed in both osteoarthritis and rheumatoid arthritis.

Rheumatoid arthritis (RA) is a disease that is characterised as an exudative inflammatory response, a proliferative inflammatory response or pannus formation, bone destruction and pain - the involvement of COX-2 in arthritis is evident. Therefore, COX-2 selective inhibitors act in a direct manner as anti-inflammatory and/or analgesic drugs in acute rheumatic diseases and do definitely not belong to the group of "disease modifying drugs" used as basic therapy during chronical processes.

Relief of acute pain is dependent on several factors like time to onset of analgesia, maximum analgesic effect and duration of analgesic effect.

Primary dysmenorrhea is caused by prostaglandin-induced uterine hyperactivity and is usually treated with non-selective NSAIDs. The pain associated with dysmenorrhea is similar to perioperative pain, particularly that of abdominal surgery.

Rofecoxib is indicated for the treatment of arthritis, osteoarthritis, acute pain and dysmenorrhea at doses of 25 mg or 50 mg. It provides an analgesic relief comparable to naproxen. Also for the treatment of acute postoperative dental pain rofecoxib seems to be superior or at least equal compared to other drugs [25]. For rofecoxib an excellent CNS penetration has been shown so that increased levels of PGs in the periphery after acute inflammatory processes which finally lead to neuronal hyperexcitability in the CNS will be reduced. Various experimental models and clinical studies have demonstrated rofecoxib to be superior, or at least equivalent, in anti-inflammatory, analgesic and antipyretic efficacy compared to nonselective NSAIDs in osteoarthritis, rheumatoid arthritis and other pain models - an update of these results and an overview of physiochemical, pharmacodynamic and pharmacokinetic aspects have been published recently [26]. Generally it may be concluded that the differences in selectivity among the COX-2 inhibitors determined in the whole blood assay are of minor clinical importance, since, under clinical conditions, at normal dosages even celecoxib, the substance with the lowest degree of selectivity, inhibits only COX-2, but not platelet COX-1 *in vivo* in humans. It is not obvious that a higher degree of selectivity confers any clinical therapeutic advantages [27, 28].

Celecoxib is approved for the relief of the signs and symptoms of osteoarthritis (recommended dose of 200 mg/day), rheumatoid arthritis in adults (100-200 mg/ twice per day) and the relief of pain. Meanwhile it is also approved for the management of acute pain and primary dysmenorrhea in adults by the FDA. Beyond its therapeutic use as anti-inflammatory and analgesic agent, celecoxib has also been approved for reducing the number of adenomatous colorectal polyps in familial adenomatous polyposis [29].

A better understanding of pain mechanisms has encouraged the development of new paradigms of pain management. New therapeutical concepts like pre-emptive analgesia or multimodal analgesia are added to the traditional concept of anti-inflammatory therapy. They offer new aspects for the treatment of acute, perioperative or postsurgical pain [30].

## PERIOPERATIVE PAIN MANAGEMENT - PREEMPTIVE AND MULTIMODAL ANALGESIA

An evolving concept in perioperative pain management is the use of preemptive analgesia [28]. Pain and inflammation that result from surgery normally cause increased prostaglandin production and sensitisation. If analgesics are administered before painful stimuli and tissue damage, hypersensitivity can be circumvented and hyperalgesia and central sensitisation prevented [31].

COX-2 selective inhibitors offer advantages over non-selective NSAIDs due to their lack of COX-1 inhibition. Neither they do affect platelet function nor they do increase the risk of bleeding combined with less GI toxic effects.

The use of long-lasting analgesics before surgery may help to prevent initiation of hyperalgesia and central sensitisation which lead to diminished postoperative pain. Preoperative rofecoxib was evaluated in patients with ear, nose and throat surgery. In patients taking medication 30 minutes before surgery and the morning after surgery rofecoxib was significantly more effective than acetaminophen or placebo. In patients undergoing total knee arthroplasty the safety and efficacy of the preoperative and postoperative administration of rofecoxib was evaluated compared to placebo [32]. The anti-allodynic effects of orally administered COX-2 selective inhibitors were confirmed by Yamamoto et al. in a skin incision model of postoperative pain. Data indicated that a COX-2 selective inhibitor, e.g. JTE-522, attenuated the level of mechanical allodynia in the rat model of postoperative pain [33].

There are clinical studies showing a morphine-sparing effect of NSAIDs in postoperative pain and COX-2 inhibitors administered before orthopedic surgery reduced postoperative opioid use. COX-2 inhibitors seem to potentiate the antinociceptive effect of morphine or other opioides at the spinal level which was demonstrated in a postoperative pain model [34]. Therefore, the optimal strategy for using COX-2 inhibitors intrathecally to modulate postoperative pain may be the combination with opiates. Studies of coxibes for preemptive analgesia show that a single dose of rofecoxib or celecoxib before surgery diminished both postoperative pain and postsurgical morphine use. Rofecoxib was more effective than celecoxib for preemptive analgesia [35]. Both drugs were similarly analgesic over the initial postoperative period, but one preoperative dose of rofecoxib provided enduring relief. The longer pain relief with rofecoxib is not due to an enhanced activity compared to celecoxib because both drugs show a

*Kiefer and Dannhardt*

**Table I.    COX-2 Inhibitors Under Development or Recently Launched**

| 1. Celecoxib (Celebrex[R]) | Rheumatoid arthritis osteoarthritis, familial adenomatous polyposis | launched in 1999 |
|---|---|---|
| 2. Rofecoxib (Vioxx[R]) | Rheumatoid arthritis primary dysmennorhea acute pain | launched in 1999 |
| 3. Parecoxib Sodium (Dynastat [TM]) | Pain | launched in 2002 |
| 4. Lumiracoxib (Prexige [TM]) | Rheumatoid arthritis pain | Phase III |
| 5. Etoricoxib (Arcoxia [TM]) | Rheumatoid arthritis pain | launched 2002 |
| 6. Valdecoxib (Bextra [TM]) | Rheumatoid arthritis, pain | launched 2002 |
| 7. Tilmacoxib | Rheumatoid arthritis, pain | Phase II |
| 8. UR 8962 | Rheumatoid arthritis | preclinical |

similar clinical efficacy when administered at equivalent doses i.e. doses that suppress COX-2 activity at the same extend. This effect can be explained by different pharmacokinetic aspects: maximal plasma levels are reached after 2-3 hours after oral administration, plasma half-time however is about 17 hours compared to celecoxib with 8-12 hours and metabolism of rofecoxib is CPY P 450 independent in contrast to celecoxib. At this point the role of clinical pharmacology - expecially in the field of COX-2 inhibitors -becomes obvious. There is little comparative clinical pharmacology available for COX-2 inhibitors [36].

In rats it was recently shown that an oral co-administraton of rofecoxib and morphine exhibited an enhancement and a potentiation of antinociceptive effects. A combination of morphine, 56.2 mg/kg p.o. and rofecoxib, 31.6 mg/kg p.o. produced the maximum antinociceptive effect [37].

The present results suggest that evidently combinations containing opioid drugs and selective COX-2 inhibitors may have clinical utility in reducing the opioid dosage during pain therapy.

## MULTIMODAL ANALGESIA

Still today, especially postsurgical pain is often undertreated. Opioids are frequently used in perioperative analgesia, NSAIDs are increasingly used for postoperative analgesia. The guiding principle of this therapy is that a balance of agents will provide an efficient pain relief. Coxibes would be used to inhibit peripheral sensitisation. Local anaesthetics and opioids would be used during and immediately after surgery and agents like ketamine could be introduced as NMDA-receptor antagonist to minimize central sensitisation.

Therefore, the shift from non-selective NSAIDs to COX-2 selective inhibitors could be an interesting opioid-sparing alternative in the perioperative setting. Clinical studies show that COX-2 selective inhibitors are effective for the treatment of preoperative and postoperative pain and reduce postsurgical requirements for opioids.

## COX-2 SELECTIVE INHIBITORS - THE SEARCH FOR NEW STRUCTURES

The large number of COX-2 inhibitors and the variety of different chemical structures reflects the interest in COX-2

selective inhibitors [38]. Chemical structures range from diaryl- or arylheteroaryl-thioethers, modified compounds based on well known anti-inflammatory drugs such as indomethacin, compounds with antioxidative moieties or even stilben derivatives [39, 40]. Presently carbocycles and heterocycles with a vicinal diaryl substitution pattern represent the most important group of COX-2 selective inhibitors. Agents like rofecoxib and celecoxib are meanwhile introduced into therapy, parecoxib sodium, valdecoxib and etoricoxib have been launched (Table I, Fig. (1)).

From the historical point of view highly potent DuP-697 - developed long before COX-2 has been detected - belongs to this chemical group of agents. Vicinal disubstitution at the central ring seemed to be for a long time a prerequisite for efficacy as well as a sulfomethyl- or a sulfonamide group at one of the aryl rings: celecoxib and rofecoxib are the first generation of coxibs, valdecoxib, parecoxib and etoricoxib belong to the second generation of coxibs (Table I).

Selective COX-2 inhibitors currently under development, in clinical trials or recently launched for the treatment of pain and arthritis are shown in Table I and Fig. (1). The latest most important developments are etoricoxib, a coxib of the second generation with a central pyridin ring instead of traditional five membered rings, UR-8962 -still in preclinical studies-, and finally tilmacoxib (the former JTE-522) - meanwhile in clinical phase II [41].

Beyond these known compounds the search for new structures is ongoing. A rational approach towards the development of 1,2 benzodioxole derivates as COX-2 selective inhibitors has been reported recently [42] using a 3D-pharmacophore model and molecular dynamics. Computer aided design [43, 44], molecular modeling [45, 46] and pharmacophore models led to new insights and a better understanding of the molecular mechanisms of COX-2 inhibition. Based on a pharmacophore model Palomer et al. obtained an indomethacin analogue (LM-1685) as a potent inhibitor on human monocytes ($IC_{50}$= 0.65 μM) with hardly any effect on COX-1 from human platelets ($IC_{50} > 10$ μM) [47].

Recently published new chemical entities enlarged the spectrum of COX-2 selective agents: Pyridinic analogues of nimesulide [48], 1,3-diaryl-tetrahydro-2H-isoindole derivates [49], aryl-substituted methyleneaminoxymethyl (MAOM) analogues of diaryl cyclopentenyl inhibitors [50], COX-

**Fig. (1).** COX-2 inhibitors under development or recently launched (from Prous Science Integrity^R, 2002). The list contains only compounds where the chemical structure could be detected.

1/COX-2 inhibitors based on the methanone moiety [51], 2,3-diarylbenzopyran derivatives [52], 5(S)-(5-ethyl-5-methyl-3-(2-propoxy)-4-methanesulfonylphenyl)-2(5H)-furanone as a novel potent COX-2 selective inhibitor with an optimised metabolic profile [53], substituted enantiospecific indomethacin ethanolamides [54]. A new class of compounds with high potency are 4-aryl/cycloalkyl-5-phenyloxazole derivatives as selective COX-2 inhibitors, closely related to JTE-522 (=Tilmacoxib) [55, 56].

COX-1/COX-2 selectivity however, is not only dependent on the chemical structures but also depends on the association of the inhibitors with the enzymes and especially on differences in the rates of dissociation [57]. New insights into the profile of COX-2 selective inhibitors indicate that the time-dependence of binding and inhibition of COX-1 and COX-2 is a complex process.

The kinetics of inhibition were intensely investigated for the selective COX-2 inhibitor SC299. In this special case a correlation has been observed between the isoform selectivity of SC299 and the rate constants of its dissociation from the two isoenzym proteins. The rate constant for dissociation of SC299 from COX-2 was extremely lower compared to COX-1 and confirms a relationship between a low dissociation rate and COX-2 selectivity. A three step model for the kinetics of SC299 - probably valid for valdecoxib and celecoxib as well - was postulated in which a rapid bimolecular association is followed by two unimolecular steps leading to a tightly bound inhibitor. The relative rates of binding and release of COX-2-inhibitors to both COX isoforms is of practical interest concerning gastrointestinal toxicity and competitive interactions with low dose aspirin. The structural similarity of COX-1 and COX-2 suggests that all COX inhibitors bind to the protein, but magnitude of the forward and reverse rates of binding determines the relative selectivity [58, 59].

COX-2 inhibitors that bind weakly and in a rapidly reversible fashion to COX-1 are expected to exhibit lower gastrointestinal side effects than compounds with a slow rate

of dissociation from COX-1 – an explanation for the enhanced gastrointestinal safety of celecoxib and rofecoxib [60].

## PARECOXIB-SODIUM

The European Commission approved parecoxib sodium (Dynastat[TM]) as the first injectable (single dose up to 40 mg i.m. resp. 200 mg i.v.) COX-2 selective inhibitor for the short term treatment of postoperative pain. Rofecoxib and celecoxib cannot be administered parenterally because of their high lipophilicity. The first launch of parecoxib took place in the U.K. [61].

The approval of parecoxib was based on studies with patients undergoing various surgeries, i.e. hip and knee replacement, abdominal gynecological surgery and coronary artery bypass graft surgery. In several studies it was shown that parecoxib afforded pain relief superior to low doses of morphine (4 mg i.v.) or afforded pain relief in combination with morphine so that the overall morphine dosage was reduced. In similar studies parecoxib was compared with ketorolac [61]. Parecoxib is completely metabolized to valdecoxib (Bextra[TM]) [62] which is meanwhile admitted in the USA for the oral treatment (10 mg resp. 20 mg) of osteoarthritis, rheumatoid arthritis and primary dysmenorrhea [63].

Due to its sulfonamide structure parecoxib has a plasma protein binding of about 98%, it is metabolised in the liver by CYP3A4 and CYP2C9 bearing a high potential for drug interaction, 20% are transformed CYP-independently at the sulfonamide moiety to glucuronides which is CYP independent.

The risk of renal dysfunction especially for parecoxib must be taken into account because in the first days after surgery high levels of catecholamines additionally act as vasoconstrictors on the kidneys and therefore, enhance vasoconstriction caused by reduction of $PGE_2$ in the kidneys after use of COX-2 inhibitors.

Beside nephrotoxic side effects allergic reactions after parenteral application probably caused by the sulfonamide structure must be considered as well. Recently the distribution of parecoxib (Dynastat®) was temporarily stopped because of the risk of serious hypersensitivity and skin reactions [64].

## ETORICOXIB

The COX-2 selective inhibitor etoricoxib has been introduced in the U.K. as Arcoxia[TM]. The administration of therapeutic doses of etoricoxib to healthy subjects does not affect COX-1 activity in circulating platelets and gastric biopsies. The profound inhibiton of monocyte COX-2 activity at 24 h after dosing, as predicted by a pharmacological half-life of about 22 h, supports a once-daily dosing regimen of etoricoxib.

The biochemical selectivity of novel COX-2 inhibitors i.e. etoricoxib and valdecoxib compared to refocoxib and celecoxib using the *in vitro* human whole blood assays of COX-isoenzyme activity have been evaluated [65].

Etoricoxib has an *in vitro* COX-1/COX-2 $IC_{50}$ ratio of 344, compared to valdecoxib (61.5), celecoxib (29.6) and rofecoxib (272).

It is indicated for the once-daily symptomatic relief of osteoarthritis and rheumatoid arthritis, the treatment of acute gouty arthritis, the relief of chronic muscosceletal pain, including low back pain, the relief of acute pain, including low back pain, the relief of acute pain associated with dental surgery and the treatment of primary dysmenorrhea [66, 67]. Recently a randomised, placebo-controlled study in patients with low back pain the efficacy of etoricoxib was confirmed [68]. In randomised, well controlled clinical trials etoricoxib has shown a comparable clinical efficacy with traditional NSAIDs, but etoricoxib halves both upper gastrointestinal perforation, ulcers and bleeds (PUBs) and reduces the need for gastroprotective agents and gastrointestinal comedications by about 40% [69].

## LUMIRACOXIB - A "DIFFERENT" COXIB

A further development is lumiracoxib (COX-189, Prexige[TM]) which has been shown to be highly selective for COX-2 with little associated gastrointestinal toxicity. After having reached phase III lumiracoxib has been filed in the USA and the European Union.

Lumiracoxib, the only coxib with a carboxylic acid group has been developed for the management of rheumatoid arthritis, osteoarthritis and pain [70]. In a human whole blood assay thromboxane B and LPS endotoxin-induced $PGE_2$ levels as indicators for COX-1 and COX-2, respectively have been measured. The *in vitro* COX-1/COX-2 ratio for lumiracoxib was 400 indicating a high COX-2 selectivity for lumiracoxib [71].

Phase II efficacy, safety and tolerability data support the potential clinical use of the drug. Lumiracoxib at a daily dose of 400 mg was as effective as diclofenac in the treatment of patients with osteoarthritis. The drug is characterised by a rapid and prolonged pain relief and was superior to ibuprofen in analgesic onset (38 min vs 42 min respectively) and in median time to rescue medication (>12 h vs 8 h) [72].

Unlike other coxibs which are diaryl substituted cyclic compounds the "coxib" lumiracoxib is a typical "fenac-derivative" such as diclofenac, lonazolac and indomethacin. This might be the reason that this compound is preferentially enriched in the synovial fluid so that the inflamed area is definitely reached by this compound. All admitted COX-2 selective inhibitors to date are "non carboxylic acid" compounds inhibiting more or less indifferently COX-2 in the whole body, not only in inflamed tissues.

Thus lumiracoxib has a profile of an ideal pharmacon because it combines the tissue specific distribution of an acidic NSAID with the COX-2 selectivity of a COX-2 inhibitor. On the other hand, COX-1 associated gastrointestinal side effects and COX-2 derived unwanted effects should be reduced. The pharmacokinetic profile of lumiracoxib is interesting: it has a high plasma protein binding rate of 99% and a short elimination half time in

plasma (3-6 hours) and in contrast a long time of duration in the inflamed tissues.

The results of clinical trials have shown that coxibs have a comparable clinical efficacy and renal toxicity and an improved GI safety compared to nonselective NSAIDs. Whether the different pharmacodynamic and pharmacokinetic features of the various coxibs will produce detectable differences in efficacy and toxicity has to be determined in appropriate comparative randomised clinical studies.

## COXIBS - A SUMMARY OF CRITICAL DISCUSSION OF SAFETY

In spite of all the benefits of COX-2 inhibitors the question of renal disorders, of gastrointestinal side effects, cardiovascular events and the influence on wound healing is still under debate. Recently TARGET has been initiated (Therapeutic Arthritis Research and Gastrointestinal Event Trial) for lumiracoxib [72]. The primary and secondary endpoints are gastrointestinal and cardiovascular safety, respectively. This evidently underlines the importance and the necessarity of these studies to get more information about the efficacy and safety profile of these drugs.

Two famous comparative studies have been done in order to examine the gastrointestinal safety of the COX-2 inhibitors: CLASS (Celecoxib Long-Term Arthritis Safety Study) [73] and VIGOR (Vioxx Gastrointestinal Outcomes Research Study) [60] - each of them has to be observed critically [74]. VIGOR and CLASS have addressed the efficacy of coxibs and the associated risk of gastrointestinal complications. Primarily, the CLASS study was not designed to compare the efficacy of drugs: this trial consisted of two separate studies: in one, celecoxib (400 mg twice daily) was compared with diclofenac (75 mg twice daily), in the other celecoxib was compared with ibuprofen (800 mg three times daily) and the patients in the CLASS trial were allowed to take aspirin in doses of up to 325 mg per day. There was no statistically significant difference between the groups in the primary endpoint of ulcer perforation, or upper gastrointestinal bleeding. In the VIGOR trial, a daily dose of 50 mg rofecoxib was compared with a twice daily dose of naproxen (500 mg) in patients with rheumatoid arthritis: both drugs were similiarly effective, the incidence of GI lesions was significiantly lower in the rofecoxib group.

In general, the stomach expresses only COX-1 and little or no COX-2 [75]. So far the concept of selective COX-2 inhibitors with no GI side effects is easy to understand. A study recently published [76] confirmed that the risk for bleedings in the upper GI tract under the therapy with selective COX-2 inhibitors is decreased compared to non-selective NSAIDs. Efficacy, improved tolerability and gastrointestinal safety have been monitored for celecoxib [77].

Under certain circumstances, however, COX-2 is also detectable in GI tract which suggests a physiological role of COX-2: constitutive COX-2 expression was detected in human and rabbit gastric mucosa [78], Mizuno *et al.* found elevated COX-2 levels in tissue at the edges of ulcers [79], Kishimoto *et al.* described increased levels of COX-2

mRNA in gastric tissues injured by ischaemia-reperfusion and this correlated with increased COX-2 derived PG levels responsible for epithelial cell proliferation, angiogenesis and maturation of granuloma tissue. COX-1 m-RNA levels were not elevated [80]. The healing process of a gastric ulcer is a process of wound healing in which both granuloma formation and angiogenesis occur and COX-2 plays a pivotal role in this process [81]. Consecutively treatment of patients with pre-existing ulcera should be done very carefully and pre-existing ulcera are therefore, a contraindication for the treatment with COX-2 inhibitors.

Among the serious side effects of a prolonged administration of classical NSAIDs are disorders of the renal function. Recent studies revealed that the kidney expresses constitutively not only COX-1 but also COX-2 [81].

Constitutively expressed COX-2 plays an important role in physiological renal functions. The enzyme is localised in the renal vasculature, medullary interstitial cells and the macula densa - areas intimately involved in sodium reabsorption and renin release whereas COX-1 was detected in the collecting ducts, thin loops of Henle and portions of the renal vasculature [82]. COX-2 selective inhibitors were shown to prevent renin secretion stimulated by a reduction in luminal sodium chloride concentration at the macula densa [83] and may cause peripheral edema, hypertension and renal failure [84]. Recently it was reported that both membranous glomerulopathy and acute interstitial nephritis occured after treatment with celecoxib, which demonstrates an implication of celecoxib in disease pathogenesis [85]. A significant decrease in glomerular filtration and even a case of acute renal failure was monitored under therapy with rofecoxib [86].

It might be expected that COX-2 inhibitors do not spare the kidney and that these agents should be administered with caution in patients with fluid retention, hypertension and heart failure. An increase of blood pressure was found in rats [87], other authors also report of modest elevation of blood pressure after COX-2 inhibition so that a pre-existing hypertension might be exacerbated or an interference with antihypertensive drugs might be expected [88].

Is there a link between selective COX-2 inhibitors and myocardial infarction [89]? In terms of cardiovascular events the results of VIGOR and CLASS are divergent. Patients who were taking aspirin were excluded from the VIGOR trial, the rates of cardiovascular events were higher in the rofecoxib group than in the naproxen group. In contrast, in the CLASS trial, in which 21 percent of the patients took aspirin, there was no significant difference between the treatment groups in the incidence of major cardiovascular events [73]. It remains unclear if the difference in rates of cardiovascular events is due to differences in the collective of patients, due to the use of aspirin by some patients or due to the nature of the nonselective NSAIDs in both trials. In contrast to patients with rheumatoid arthritis (VIGOR trial) patients with osteoarthritis (in the CLASS trial) did not show an increased risk of thrombotic events [90, 91]. The influence of naproxen itself on cardiovascular events is under discussion [92]. Whereas VIGOR and CLASS show similar results as for GI effects, both studies are not clear in the field of cardiovascular effects.

Recent publications report that COX-2 inhibitors like rofecoxib and celecoxib may be prothrombotic and increase the risk of myocardial infarction. At least theoretically selective COX-2 inhibitors reduce the formation of prostacyclin while having little or no significant impact on thromboxane production and therefore, might disturb the balance between prothrombotic and antithrombotic prostaglandins [93, 94]. Some interesting results concerning COX-2 and COX-2 inhibitors in the field of cardioprotection should be mentioned.

COX-2 plays a role in the cardioprotection afforded by the late phase of ischaemic preconditioning [95], COX-2 is expressed in atherosclerotic plaques and may have a role in the inflammatory atherosclerotic process or in plaque stabilisation [96]. Selective COX-2 inhibition was shown to increase infarct size in animals following coronary artery ligation [97] on the one hand but paradoxically on the other hand COX-2 inhibition seems to improve cardiac function following myocardial infarction [98]. IP(prostacyclin)-receptor deficient mice demonstrate enhanced injury-induced vascular smooth muscle cell proliferation and platelet activation, suggesting that the removal of the effects of prostacyclin would have adverse vascular effects [99].

Howes and Krum however, report that there is no conclusive evidence that there is a significant link between the use of COX-2 inhibitors and an increased risk of myocardial infarction [100] caused by an increased thrombotic tendency. There are indirect data suggesting that rofecoxib therapy might be associated with a greater risk of myocardial infarction than celecoxib and some NSAIDs. But the risk is likely to be small in patients with a low risk of myocardial infarction compared with differences in the risk of gastrointestinal ulceration between selective COX-2 inhibitors and NSAIDs.

Patients with a high risk of myocardial infarction who require nonsteroidal therapy should receive low dose aspirin therapy irrespective of the anti-inflammatory drug that is chosen. Thus the question of adverse or beneficial effects linked to myocardial infarction is still under debate.

In a recent study a beneficial effect of celecoxib on cardiovascular disease, particularly on endothelial function was determined. Celecoxib significantly improved endothelium-dependent vasodilation, levels of high-sensitivity C-reactive protein were lower as well as oxidized LDL, whereas prostaglandin levels did not change. Thus it might be supposed that selective COX-2 inhibition improves endothelium-dependent vasodilation, reduces low-grade chronic inflammation and oxidative stress in coronary artery disease, effects which are beneficial for patients with cardiovascular disease [101].

The question whether COX-2 inhibition might include a thrombotic tendency needs to be answered as well. In a clinical trial in patients with osteoarthritis treated with rofecoxib the thrombotic cardiovascular event rate was comparable to controls and no excess of cardiovascular thrombotic events in OA patients receiving rofecoxib (12.5-25 mg/day) could be determined [102]. These results must be confirmed in further trials and there is a need for further surveillance [103, 104]. Other results are not so optimistic

and suggest a careful administration of COX-2 inhibitors in patients with pre-existing cardial or renal disease [105].

Moreover, a dose dependency and the risk of coronary heart disease must be taken into account as well. Based on a retrospective cohort study an elevated risk for cardiovascular events at doses higher than 25 mg rofecoxib was evident, whereas no evidence of a raised risk among users of rofecoxib at 25 mg or less was determined [106]. All this demonstrates that it might be supposed that the use of COX-2 selective inhibitors bears more than a theoretical increase in the risk of cardiovascular events and that there are adverse effects on renal function and blood pressure, particularly in elderly patients. Adverse effects of selective COX-2 inhibitors on blood pressure and renal function are at least as common as seen with NSAIDs.

The second generation of COX-2 inhibitors with higher COX-2 selectivity was developed with the promise of further reduction of NSAID-typical adverse effects. Selective COX-2 inhibitors have significantly less gastrotoxicity and no effects on platelet aggregation. Concerning renal adverse effects, selective COX-2 inhibitors do not have a clinically relevant advantage over non-selective NSAIDs. Concerns about the cardiovascular risk of selective COX-2 inhibitors have recently been raised. In clinical trials, valdecoxib, parecoxib, etoricoxib and lumiracoxib did not evoke more ulcers than placebo. However - and this fact needs to be mentioned - no data on the clinically relevant endpoint perforation, symptomatic ulcer and bleeding are available. As well no definite results on renal and cardiovascular safety are possible [89]. Therefore, blood pressure and renal function should be carefully monitored in patients receiving both selective COX-inhibitors and non-selective NSAIDs, particularly if they are elderly or have an abnormal renal function.

## DUAL ACTING DRUGS - A RATIONALE FOR THE FUTURE?

The role of COX-2 in inflammatory processes is undoubtful [107, 108]. Meanwhile, however, it is assumed that also COX-1 and not exclusively COX-2 contributes to prostaglandin formation at inflammatory sites [109]. For example in the rat paw oedema model several compounds with a range of in vitro selectivity for COX-2 versus COX-1 (i.e. NS-398, nimesulide, DuP 697) were found to reduce inflammation significantly only when given at doses that inhibited COX-1 [109, 110]. These results have been supported by the observation that in two models of inflammation, COX-2 knock out mice exhibited inflammatory responses [109, 111] whereas mice lacking the gene for COX-1 showed diminished inflammatory responses [112].

Beside prostaglandins the products of the 5-lipoxygenase pathway are particularly important in inflammation. Leukotrienes increase microvascular permeability are potent chemotactic agents for granulocytes and macrophages and cause adhesion of neutrophiles in the post capillary vessels of the mucosa [113]. Leukotrienes have been identified as important mediators of chronic inflammation and joint destruction in models of rheumatoid arthritis [114], i.e.

blood and synovial fluid levels of $LTB_4$ are elevated in patients with rheumatoid arthritis [115]. In this way leukotrienes can act as pro-inflammatory and gastro-damaging mediators.

Dual inhibitors are drugs able to block equally both isoforms of the cyclooxygenase- and 5-LOX metabolic pathways so that generation of prostaglandins and leukotrienes is reduced. The inhibition of COX-2 and COX-1 ensures a high anti-inflammatory effect and moreover - due to inhibition of COX-1- dual inhibitors may have cardiovascular protective effects. The inhibition of the 5-LO pathway prevents pro-inflammatory and gastrointestinal damaging effects of leukotrienes. Data show that dual acting agents indeed are effective as antiarthritic agents, are antiasthmatic by inhibiting the generation of peptidoleukotrienes, possess antithrombotic activity and show no or little gastrointestinal damage [113].

The classical strategy for the development of dual COX-LOX inhibitors consisted in the modification of potent well known NSAIDs. The structural modification of dual inhibitors exhibits indomethacin- and fenamate derivatives, a large number of chemical structures has been reviewed recently [116]. The class of di-tert-butylphenoles [117] has led to promising compounds, e.g. S-2474 which is presently undergoing clinical trials [118]. S-2474 was found to inhibit *in vitro* the $LTB_4$ production by rat peritoneal cells ($IC_{50}$= 2.5 μM), the $PGE_2$ production by rat synovial cells ($IC_{50}$= 0.0095 μM) and the IL-1 synthesis under LPS stimulation in THP-1 cells with an $IC_{50}$ of 10 μM. Recently new studies suggest S-2474 to have also protective activity in neurodegeneration due to its antioxidative mechanism. Reactive oxygen species (ROS) that trigger neuronal death and consecutively neurodegeneration are produced by cylooxygenases and lipoxygenases - an interesting aspect for the future!

Tebufelone is a substance which showed *in vitro* on human blood a dual inhibitory potency against 5-LOX and COX with $IC_{50}$= 22 μM and 0.08 μM, respectively. Tebufelone is metabolised to a dimethyl-dihydrobenzofuran derivative in the liver, which was the starting point for the development of novel compounds of this class [119].

Tepoxalin is a pyrazole derivative with a high anti-inflammatory and analgesic potency without ulcerogenic activity in animals, furthermore it inhibits IL-1 production, prevents neutrophil migration by inhibiting E-selectin expression and suppresses NFkB- activation and NFkB-dependent gene expression. Its anti-inflammatory and antirheumatic properties were confirmed in clinical trials. Unfortunately pharmacokinetic results prevented a further investigation [116] [113].

A compound which is presently undergoing clinical phase III is licofelone (ML 3000) which is an arachidonic acid substrate analogon without antiioxidative properties. It is supposed to be launched in 2003 [120, 121, 122]. Licofelone is reported to inhibit COX in bovine and human platelets with $IC_{50}$ values of 0.16 - 0.21 μM, and 5-lipoxygenase in bovine and human granulocytes with $IC_{50}$ values of 0.18 - 0.23 μM, giving a COX/5-LO ratio of about 1 [123, 124]. So licofelone acts as "balanced" inhibitor and differs definitely from all the other dual

inhibitors showing unbalanced COX/LOX ratios. Licofelone shows beside its potent analgesic, anti-inflammatory and antithrombotic activity little or no gastrointestinal damage [125]. Additionally licofelone has antiasthmatic properties. Dual acting drugs like licofelone with a balanced inhibitory potential might be a strong candidate in anti-inflammatory therapy for the future. They offer a new quality of curative therapy compared to non-selective NSAIDs and COX-2 selective inhibitors.

## FUTURE OPTIONS WITH COXIB THERAPY

Future clinical applications of cyclooxygenase-2 selective inhibitors are likely to extend beyond their current use. The clinical utility of coxibs for the treatment of Alzheimer's disease (AD) is under investigation and it might be assumed that inflammatory mechanisms play a role in the neurodegeneration of AD. The use of coxibs as chemopreventive agents in colorectal cancer and in prostate cancer is presently under investigation. Coxibs seem to promote apoptosis and to inhibit angiogenesis in colorectal carcinoma (CRC).

## COX-2 AND ALZHEIMER'S DISEASE

AD is characterised clinically by progressive dementia and pathologically by cortical atrophy, neuronal loss, neurofibrillary tangles, senile plaques and deposits of amyloid β protein (Aβ) in various regions of brain such as cerebral cortex and hippocampus [126]. A loss of neuronal function, most likely in glutamatergic neurons in neocortical and hypothalamic structures, is believed to be responsible for the signs and symptoms of AD [127].

Aggregated deposits of Aβ are assumed to play a decisive roll in neurodegeneration and development of AD and seem to be involved in the formation of discrete lesions (neuritic plaques) which contain depositions of β-amyloid protein. This substance and its peptide precursors are thought to play a decisive role in an inflammatory cascade in which microglia participate [128, 129].

The inflammatory hypothesis focuses on COX-1, COX-2 and other inflammatory mediators like inflammatory cytokines, oxygen free radicals and excess glutamate generated by activated microglia which contribute to promote neurotoxicity and neurodegeneration in AD. Therefore, a central point in the understanding of AD and a strategy for the treatment of AD is the expression of cyclooxygenases in microglia and neurons. Among the resulting prostaglandins, $PGD_2$ is significantly increased in AD brains [130].

It has been found that in the healthy brain, both COX-1 and COX-2 are constitutively expressed [131]. Pasinetti *et al.* reported that COX-2 levels are increased in frontal cortex of Alzheimer's disease brain suggesting the involvement of COX-2 in AD [132]. Animal studies have shown that the highest concentrations of COX-2 occur in the hippocampus [133]. In AD, COX-2 was supposed to be upregulated in degenerative regions such as the microglia of the cognitive centres within the hippocampus and cortex. Enhanced COX-2 expression in the brain was supposed to be associated with β-amyloid deposition in the neuritic plaques of AD.

Recent studies contradict this opinion. Hoozeman *et al.* investigated the expression of COX-1 and COX-2 in microglia and neurons in AD using immunohistochemistry [134]. COX-1 expression and not COX-2 expression, was detected in microglial cells and was associated with the ß-amyloid plaques whereas COX-2 expression was found in neuronal cells, i.e. in glutamatergic neurons. De Kosky discusses the role of COX-1 and COX-2 in neurologic disorders: the role of COX-1 predominantly expressed in glial cells is undoubtful, whereas little is known of the exact function of COX-2 in neurons other than it is up-regulated in oxidative stress and apoptosis [135].

Especially microglial COX-1 expression is considered to be important in the pathogenesis of Alzheimer's disease and therefore, represents an attractive target for therapeutical intervention with classical NSAIDs in order to reduce microglial prostaglandin secretion [136]. With respect to a role for COX-1 in AD inflammation it is interesting that indomethacin [137], a non-selective COX -inhibitor, has shown positive clinical effects in contrast to celecoxib - a selective COX-2 inhibitor [138, 139]. Celecoxib reaches the brain readily so that its ineffectiveness in AD was not due to inability to reach its site of action.

Studies with the non-selective COX inhibitor ibuprofen in murine models of AD neuropathology indicated that the frequency of Aß-plaque deposits was reduced [140]. NSAIDs like ibuprofen, indomethacin and sulindac sulfide preferentially decrease the highly amyloidogenic Aß 42 peptide (the 42-residue isoform of the amyloid ß peptide) which is produced by a variety of cultured cells. Surprisingly this effect was not seen in all NSAIDs and seems not to be mediated by inhibition of cyclooxygenase. It might be assumed that these NSAIDs - beside their COX-1 inhibitory activity- subtly alter γ-secretase activity - an enzyme which is responsible for the generation of Aß42 amyloid protein from APP (amyloid precursor protein) - without significantly disturbing other APP processing pathways [141, 142]. It might be suggested that NSAIDs directly affect amyloid pathology in the brain by reducing Aß42 peptid levels independently of COX activity.

However, significant gastrointestinal and renal toxicity associated with long- term COX-1 inhibition limit the clinical utility of current NSAIDs as Aß42 lowering agents. Anti-amyloid drugs with little or no inhibition on COX-1 and optimised Aß42 reduction would represent a new generation of drugs.

These results do not exclude the potential benefit of NSAIDs in reducing the inflammatory response in AD. In the Baltimore Longitudinal Study of Aging the role of NSAIDs in the treatment of AD has been investigated [143], the risk of developing AD was significantly reduced among users of NSAIDs, particularly when NSAIDs were taken for two years or more [144]. The results of a recent study indicate that rofecoxib or low-dose naproxen do not slow cognitive decline in patients with mild-to-moderate AD [145].

An interesting compound represents the above mentioned S-2474, a substance containing a γ-sultam skeleton and a di-tert-butylphenol antioxidant moiety. It inhibits strongly COX-2 activity and moreover inhibits production of other inflammatory mediators such as leukotrienes, Il-1, Il-6, IL-8 and NO. There are some hints that S-2474 has an effect on ß amyloid protein induced neuronal cell death and causes therefore, a neuroprotective effect against Aß toxicity [146].

## COX-2 - A NEW TARGET FOR CANCER PREVENTION AND TREATMENT

Familial adenomatous polyposis (FAP) is a condition considered to be a precursor of CRC (colorectal carcinoma) [147, 148]. It is a rare condition caused by a defect in the gene APC (adenomatous polyposis coli), normally a tumour supressor that predisposes one to develop hundreds of clonic polyps. Untreated polyps may be transformed to colon cancer [149].

COX-2 is believed to play a role in the development of FAP and CRC. COX-1 is constitutively expressed in normal GI mucosa, COX-2 levels are low or not detectable in this area [150, 151, 152]. In animal models of FAP or CRC, however, increased expression of COX-2 has been shown. Recently elevated levels of protein kinase C beta II (PKC betaII) were reported in an early phase of colon carcinogenesis which in turn induce COX-2 expression [153].

It was found that COX-2 derived prostaglandins modulate the production of angiogenic factors by colon cancer cells by forming new blood vessels that sustain tumour cell viability and tumour growth.

Masferrer *et al.* hypothesised that tumour-derived growth factor promotes angiogenesis by inducing the production of pro-angiogenic PGE$_2$ via induction of COX-2 levels. In tumour cells, COX-2 derived prostaglandins upregulate the production of growth factors like VEGF which can act directly on endothelial cells, and bFGF (basic fibroblast growth factor) which stimulates COX-2 upregulation in fibroblasts. COX-2 derived prostaglandins in fibroblasts stimulate VEGF production which act on endothelials cells in a paracrine fashion to again upregulate COX-2 and promote angiogenesis. This is a model for the link between COX-2, PGE$_2$, angiogenesis and tumour growth [154].

PGE$_2$ promotes angiogenesis, induces expression of vascular endothelial growth factor (VEGF) [155] and is required for VEGF mediated activation of the mitogen-activated protein kinase (MAPK) in cultured endothelial cells [156]. Furthermore, inhibition of COX-2 in endothelial cells, e.g. by NS-398, a selective COX-2 inhibitor, suppresses aVß3-activation, leading to an inhibition of endothelial cell spreading, migration and angiogenesis [157]. Integrin aVß3 is an adhesion receptor involved in mediating angiogenesis.

COX-2 overexpression seems to be associated with resistance to apoptosis [158]. COX-2 can induce increased production of BCL-2, an antiapoptotic protein on the one hand and elevated PGE$_2$ levels, e.g. in colon tumours, on the other hand can suppress apoptosis in human CRC cell lines and colon tumours. Apoptosis induced by selective inhibition of COX-2 has been shown in cells derived from colon [159, 160] and prostate [161]. COX-2 inhibitor induced apoptosis in colon and prostate carcinoma cells has

been correlated with down-regulation of the antiapoptotic protein BCL-2 [159].

All these facts demonstrate the implication of COX-2 in the promotion of colon cancer. Hence COX-2 selective inhibitors might be a rationale for the treatment of colon cancer [162]. Both celecoxib and rofecoxib have a COX-2 specific chemopreventive effect in animal models of CRC when compared with nonselective NSAIDs. In a recent clincial trial celecoxib 400 mg twice daily for 6 months in 30 patients with FAP resulted in a 28% reduction in the mean number of colorectal polyps and a 30.7% reduction in polyp size [148, 163]. Due to these results, celecoxib received the approval from the FDA for the treatment of FAP. The beneficial effects of celecoxib in reducing malignant cell behaviour have been demonstrated in an *in vitro* angiogenesis model using HUVECs [164].

Rofecoxib, at clinical plasma concentrations, enhanced the effects of the antineoplastic agent irinotectan when used in combination for the treatment of CRC. In further studies, it was demonstrated that rofecoxib decreases the growth and metastatic potential of CRC in mice through multiple mechanisms, e.g. by a decrease of VEGF and tumour-suppresive IL-10. A possible benefit of COX-2 inhibitors is not only prevention of CRC, but also the possibility for the treatment of CRC [165]. Interesting results were shown for JTE-522 (tilmacoxib): in a mouse model with highly metastasizable colon carcinoma cells (LM-H3) liver metastasis of colon cancer was inhibited [166].

Beyond colorectal cancer COX-2 is overexpressed in a number of human pre-malignant and malignant conditions, e.g. pancreatic cancer [167], chronic hepatic and hepatocellular carcinoma [168], pancreatic cancer [169], non-small cell lung cancer (NSCLG), prostatic intraepithelial neoplasia and cancer.

Non-small cell lung cancer is the most common type of lung cancer. Over-expression of COX-2 is involved in angiogenesis and reduced apoptosis, but in this special case elevated levels of COX-2 are responsible for the generation of NKK (tabacco carcinogen). In how far COX-2 selective inhibitors can be chemopreventive is still unclear. Recent clincial trials on coxibes in NSCLC have demonstrated the reduction of serum VEGF levels. The use of NS 398 - a selective inhibitor of COX-2 - induced apoptosis [170, 171].

COX-2 overexpression also plays a role in prostate carcinogenesis [172]. It seems that COX-2 is not only overexpressed in human prostate adenocarcinoma, but also in prostate carcinoma. COX-2 increases the carcinogenic potential of cells through the oxidation of pro-carcinogens to carcinogens, increased cell growth and increased angiogenesis, decreased apoptosis and a decreased immune response to abnormal or cancer cells. A population based study demonstrated that a daily use of NSAIDs might lower the risk of prostate cancer and can act chemopreventive although the results must be confirmed in further trials. Selective COX-2 inhibitors may exhibit chemopreventive and even chemotherapeutic effects against prostate carcinogenesis in humans.

R-flurbiprofen, the non-COX inhibiting enantiomer of this NSAID, had a significant activity in the primary lesion in the TRAMP mouse - a model of prostate cancer. The pure enantiomer has been found to have an anti-proliferative effect and anti-tumour activity in animal models and might be useful as a chemopreventive agent in premalignant hyperproliferative states. The molecular mechanism is not yet understood. Phase I and Phase IIa clincial studies have been started in prostate cancer patients [173].

Is there any importance of COX-1 in cancer? Recently it was reported that COX-1 is overexpressed and promotes the production of angiogenic growth factor in ovarian cancer. Thus - in this special type of cancer - COX-1 may contribute to carcinoma development in the ovary through stimulation of neovascularisation. Clinical studies testing the efficacy of COX-1 inhibition as adjuvant therapy for ovarian cancer may see more beneficial effects with adjuvant therapy with either COX-1 selective or nonselective cyclooxygenase inhibitors as compared with a COX-2 selective drug [174].

## THE CYLOOXYGENASES - NOVEL PATHWAYS AND ISOENZYMES

An interesting discussion has been initiated by Serhan *et al.* who reports on newly uncovered unorthodox routes that lead to the formation of bioactive prostanoids and of previously unknown lipid mediators produced by COX-2. It was reported that aspirin triggers the formation of novel series of lipid mediators, the aspirin-triggered lipoxins (ATL) like 15-epi-LXs (15-epi-lipoxins) which serve as endogenous suppressors of inflammation and are involved into the resolution of inflammation. In contrast to COX-1 the acetylated COX-2 remains catalytically active. Irreversible acetylation of COX-2 by aspirin changes the enzyme's product from PG's intermediate to precursors of aspirin triggered lipid mediators. Aspirin-triggered lipoxins are supposed to serve as local mediators of antiinflammation by inhibiting PMN-mediated inflammation or endogenous agonists that favour resolution of inflammation which might offer a new approach to treatment. Therefore, newly synthesised ASA-analogues have been introduced that display potent anti-inflammatory properties and also permit 15R-HETE generation by COX-2. Once formed, 15R-HETE is rapidly esterified in inflammatory cells, altering signal transduction as well as priming the supply of lipoxin precursors. Because COX-2 polymorphisms are found in 5% of the population, structural variants of this enzyme might be found in the population that could affect an individual ability to generate 15R-HETE [175].

Some years ago there were rumours of the existence of further isoforms of the cyclooxygenases. An anti-inflammatory isoform COX-3 was postulated by Willoughby *et al.* as an inducible isoenzyme expressed in later resolving stages of inflammation [176]. The authors observed that during the initial phase of inflammation COX-2 protein expression peaked at 2 hours associated with the expected enhanced prostaglandin $E_2$ synthesis; paradoxically a second increase in COX-2 protein expression after 48 h coincided with the resolution of the inflammation associated with a minimal $PGE_2$ synthesis whereas in contrast the levels of antiinflammatory prostaglandin $D_2$ and 15-deoxy$\Delta^{12\text{-}14}$ prostaglandin $J_2$ increased. They postulated that this large expression of protein was not COX-2, but may represent the COX-3 isoenzyme which unlike COX-1 and

COX-2 does not produce proinflammatory prostanoids but produces anti-inflammatory members of the prostanoid family. Botting speculated on the existence of a COX-3 in the brain, mainly responsible for pain and high temperature – a possible target of acetaminophen [177].

In 2002 Simmons *et al.* reported of a COX-3 as a cyclooxygenase-1 variant which was inhibited by acetaminophen, the mystery of acetaminophen seemed to be elucidated. They found four different mRNA variants derived from COX-1 gene: COX-3, COX-1 and two truncated partial pCOX-1 sequences (pCOX-1a- and pCOX-1b-mRNAs) in canine brains. Canine COX-3 appears to show increased sensitivity to acetaminophen and other analgesic and antipyretic drugs [178], a possible explanation for the efficacy of acetaminophen in treating pain and fever. This particular alternative splice of COX-1 in the dog is identical to the full-length form with the exception that it retains an in-frame intron 1 and is referred to as COX-3. According to Simmons studies using ectopically expressed COX-3 in insect cells demonstrate that COX-3 is significantly more sensitive to acetaminophen than COX-1 or COX-2 [178]. Some authors however, are not in line with this hypothesis. Acetaminophen seems to be an inhibitor of canine COX-3 ($IC_{50}$ = 460 µM) [178], but the $IC_{50}$ for inhibiting the enzyme is high and not to achieve with oral doses of 0,5 to 1g. [179]. Cloning experiments by Dinchuk demonstrated that it does not appear that a full-length, catalytically active form of COX-3 exists in humans [180]. The existence of COX-3 at the nucleotide sequence level in humans is arguable [181]. The discussion is going on if there are further COX-variants or if there are paracetamol-inducible antipyretic and analgesic proteins.

But what is it that makes acetaminophen an effective analgesic and antipyretic agent that, unlike nonsteroidal antiinflammatory drugs, has only little antiinflammatory potency? Recent results indicate that acetaminophen might act as a tissue-selective inhibitor of prostaglandin H synthases through its reducing activity that is influenced by different cellular levels of peroxides [182]. Cellular levels of peroxides may antagonise the reducing activity of acetaminophen towards prostaglandin H synthases and glutathion-dependent forms of $PGE_2$- synthases. This may explain the cellular selectivity of the drug and the fact that acetaminophen is an effective inhibitor of prostaglandin H synthase in the brain, containing low peroxide levels. On the contrary at the site of inflammation with high levels of peroxides acetaminophen has been shown to be a weak inhibitor of prostanoid biosynthesis. It was demonstrated that therapeutic concentrations of acetaminophen cause similar inhibition of inducible $PGE_2$ biosynthesis to that obtained by clinical effective doses of coxibs and NSAIDs. However, acetaminophen is only a modulator of PGHS and its inhibitory effects may be influenced by the presence of different components of the cellular and extracellular milieu e.g. reduced inhibition by hydroperoxides and enhanced inhibition of glutathion. In addition to its inhibitory effect on COX-isoenzymes and prostaglandin E synthases an inhibition of a COX-1 variant, referred to as COX-3 must be considered as well [183].

Interestingly administration of acetaminophen in doses more than 2g /daily was associated with an increased risk of upper GI complications which might be due to inhibition of gastric prostanoid synthesis following the same mechanism as mentioned above [184]. Although some authors contradict these results the safety profile of acetaminophen must be seen more critical in the future [185].

## CONCLUSION

During the last 12 years a lot of research has been done in order to clarify the mechanisms of COX-1 and COX-2. This knowledge helped to understand drug action and influenced pain therapy strategies. Pain involves products from either COX-1 or COX-2 genes. COX-2 selective drugs are useful in inhibiting pain in humans and can act peripherally and centrally in the spinal cord or in the brain. COX-2 selective inhibitors in perioperative preemptive treatment of pain or a multimodal therapy of pain enlarged the spectrum of indications. COX-2 selective inhibitors as opioid sparing agents seem to be an interesting alternative in the treatment of cancer pain.

Cyclooxygenases involved in other diseases as pain and inflammation offer an interesting aspect for the future. COX-2 inhibitors in cancer therapy, especially colon cancer, is extremely promising. Celecoxib which is meanwhile admitted for the treatment of FAP, reflects its importance in this field. It might be expected that the effects of COX-2 selective inhibitors in the treatment of prostate cancer are beneficial as well. On the other hand the former euphoria of treating Alzheimer's disease with COX-2 selective inhibitors contradicts recent experiences. In AD, obviously COX-2 does not play the decisive role, COX-1 may be the important target for the treatment of this disease. Nobody knows if we have reached the end of the COX story. In fact, there are still some unanswered questions and some dark spots in the labyrinth of cyclooxygenases.

The role of nucleobindin, the existence of a possible COX-2 variant or the function of the partial COX proteins or a COX-3 are questions that have to be answered in the future.

## REFERENCES

[1]   Vane, J.R. *Nature* 1971, 231, 232.
[2]   Needleman, P.; Turk, J.; Jakschik, B.A.; Morrison, A.R.; Lefkowith, J.B. *Annu. Rev. Biochem.* 1986, 55, 69.
[3]   Crofford, L.J. *J. Rheumatol.* 1997, 24, 15.
[4]   Vane, J.R.; Bakhle, Y.S.; Botting, R.M. *Annu. Rev. Pharmacol. Toxicol.* 1998, 38, 97.
[5]   Kang, R.Y.; Freire-Moar, J.; Sigal, E.; Chu, C.Q. *Br. J. Rheumatol.* 1996, 35, 711.
[6]   Lipsky, P.E.; Isakson, P.C. *J. Rheumatol.* 1997, 24, 9.
[7]   Harris, R.C.; McKanna, J.A.; Akai, Y.; Jacobson, H.R.; Dubois, R.N.; Breyer, M.D. *J. Clin. Invest.* 1994, 94, 2504.
[8]   Zimmermann, K.C.; Sarbia, M.; Schroer, K.; Weber, A.A. *Mol. Pharmacol.* 1998, 54, 536.
[9]   Chakraborty, I.; Das, S.K.; Wang, J.; Dey, S.K. *J. Mol. Endocrinol.* 1996, 16, 107.
[10]  Gibb, W.; Sun, M. *J. Endocrinol.* 1996, 150, 497.
[11]  Beiche, F.; Scheuerer, S.; Brune, K.; Geisslinger, G.; Goppelt-Struebe, M. *FEBS Lett.* 1996, 390, 165.
[12]  Furst, D.E.; Manning, D.C. *Clin. Exp. Rheumatol.* 2001, 19, 71.
[13]  Bauer, M.K.; Lieb, K.; Schulze-Osthoff, K.; Berger, M.; Gebicke-Haerter, P.J.; Bauer, J.; Fiebich, B.L. *Eur. J. Biochem.* 1997, 243, 726.

[14]   Kiefer, W.; Dannhardt, G. *Curr. Opin. Invest. Drugs* **2002**, 3, 1348.

[15]   Weiya, M.; Eisenach, J.C. *Eur. J. Neuroscience* **2002**, 15, 1037.

[16]   Carr, D.B.; Goudas, L.C. *Lancet* **1999**, 353, 2051.

[17]   McCleskey, E.W.; Gold, M.S. *Annu. Rev. Physiol.* **1999**, 61, 835.

[18]   Woolf, C.J.; Chong, M.S. *Anaesth. Analg.* **1993**, 77, 362.

[19]   Woolf, C.J.; Salter, M.W. *Science* **2000**, 288, 1765.

[20]   Beiche, F.; Scheuerer, S.; Brune, K.; Geisslinger, G.; Goppelt-Struebe, M. *FEBS Lett.* **1996**, 390, 165.

[21]   Hoffmann, C. *Curr. Med. Chem.* **2000**, 7, 1113.

[22]   Svensson, C.I.; Yaksh, T.L. *Annu. Rev. Pharmacol. Toxicol.* **2002**, 42, 553.

[23]   Vetter, G.; Geisslinger, G.; Tegeder, I. *Pain* **2001**, 92, 213.

[24]   Woolf, C.J. *Pain* **1996**, 66, 105.

[25]   Katz, W.A. *Cleve Clin. J. Med.* **2002**, 69, SI 65.

[26]   Ahuja, N.; Singh, A.; Singh, B. *J. Pharm. Pharmacol.* **2003**, 25, 859.

[27]   Leese, P.T.; Hubbard, R.C.; Karim, A.; Isakson, P.C.; Yu, S.S.; Geis, G.S. *J. Clin. Pharmacol.* **2000**, 40, 124.

[28]   Brune, K.; Hinz, B. *Scand. J. Rheumatol.* **2004**, 33, 1.

[29]   Prous Science, *Drugs Fut.* **2002**, 27, 407.

[30]   Sinatra, R. *J. Pain Symptom. Manage.* **2002**, 24, 18.

[31]   Kissin, I. *Anesthesiology* **2000**, 93, 1138.

[32]   Reuben, S.S.; Maciolek, H.; Parker, R.K. *Reg. Anesth. Pain Med.* **2001**, 26 (Suppl) 48, A 49.

[33]   Yamamoto, T.; Sakashita, Y.; Nozaki-Taguchi, N. *Can. J. Anaesth.* **2000**, 47, 354.

[34]   Kroin, J.S.; Buvanendran, A.; McCarthy, R.J.; Hemmati, H.; Tuman, K.J. *Reg. Anesth. Pain Med.* **2002**, 27, 451.

[35]   Bhopatkar, S.Y.; Reuben, S.S.; Joshi, W.; Maciolek, H. *Anesthesiology* **2001**, 95, A343 (Abstract).

[36]   FitzGerald, G.A. *Nature Reviews* **2003**, 2, 879.

[37]   Deciga-Campos, M.; Lopez, U.G.; Reval, M.I.; Lopez-Munoz, F.J. *Eur. J. Pharmacol.* **2003**, 460, 99.

[38]   Talley, J.J. *Exp. Opin. Ther. Patents* **1997**, 7, 55.

[39]   Dannhardt, G.; Kiefer, W. *Eur. J. Med. Chem.* **2001**, 36, 109.

[40]   Dannhardt, G.; Laufer, S. *Curr. Med. Chem.* **2000**, 7, 1101.

[41]   Sorbera, L.A.; Castañer, J.; Bayés, M.; Silvestre, J.S. *Drugs Fut.* **2002**, 27, 740.

[42]   Rodrigues, C.R.; Veloso, M.P.; Verli, H.; Fraga, C.A.M.; Miranda, A.L.P.; Barreiro, E.J. *Curr. Med. Chem.* **2002**, 9, 849.

[43]   Trummlitz, G.; van Ryn, J. *Curr. Opin. Drug Discov. Devel.* **2002**, 5, 550.

[44]   Desiraju, G.R.; Gopalakrishnan, B.; Jetti, R.K.R.; Nagaraja, A.; Raveendra, D.; Sarma, J.A.R.P. *J. Med. Chem.* **2002**, 45, 4847.

[45]   Park, C.H.; Siomboing, X.; Yous, S.; Gressier, B.; Luyckx, M.; Chavatte, P. *Eur. J. Med. Chem.* **2002**, 37, 461.

[46]   Liu, H.; Huang, X.; Shen, J.; Luo, X.; Li, M.; Xiong, B.; Chen, G.; Shen, J.; Yang, Y.; Jiang, H.; Chen, K. *J. Med. Chem.* **2002**, 45, 4816.

[47]   Palomer, A.; Carbre, F.; Pascual, J.; Campos, J.; Trujillo, M.A.; Entrenas, A.; Gallo, M.A.; Garcia, L.; Maulcon, D.; Espinosa, A. *J. Med. Chem.* **2002**, 45, 1402.

[48]   Julémont, F.; de Leval, X.; Michaux, C.; Damas, J.; Charlier, C.; Durant, F.; Pirotte, B.; Dogné, J.M. *Eur. J. Med. Chem.* **2002**, 45, 5182.

[49]   Tordjman, P.B.; Pastoureau, P.; Bonnet, J.; De Nanteuil, G. *J. Med. Chem.* **2000**, 43, 4582.

[50]   Balsamo, A.; Coletta, I.; Guglielmotti A.; Landolfi, C.; Lapucci, A.; Mancini, F.; Milanese, C.; Minutolo, F.; Orlandini, F.; Ortore, G.; Pinza, M.; Rapposelli, S. *Eur. J. Med. Chem.* **2002**, 37, 585.

[51]   Dannhardt, G.; Fiebich, B.L.; Schweppenhäuser, J. *Eur. J. Med. Chem.* **2002**, 37, 147.

[52]   Hyup, J.Y.; Kwan, K.J.; Kang, S.H.; Noh, M.S.; Ha, J.Y.; Kyu Choi, J.; Min Lim, K.; Hoon Lee, C.; Chung, S. *Bioorg. Med. Chem. Lett.* **2003**, 13, 413.

[53]   Leblanc, Y.; Roy, P.; Wang, Z.; Li, C.S.; Chauret, N.; Nicoll-Griffith, D.A.; Silva, J.M.; Aubin, Y.; Yergey, J.A.; Chan, C.C.; Riendeau, D.; Brideau, C.; Gordon, R.; Xu, L.; Webb, J.; Visco, D.M.; Prasit, P. *Bioorg. Med. Chem. Lett.* **2002**, 12, 3317.

[54]   Kozak, K.R.; Prusakiewicz, J.J.; Rowlinson, S.W.; Marnett, L.J. *Bioorg. Med. Chem. Lett.* **2002**, 12, 1313.

[55]   Hashimoto, H.; Imamura, K.; Haruta, J.; Wakitani, K. *J. Med. Chem.* **2002**, 45, 1511.

[56]   Hashimoto, H.; Maeda, K.; Ozawa, K.; Haruta, J.; Wakitani, K. *Bioorg. Med. Chem. Lett.* **2002**, 12, 65.

[57]   Marnett, L.J. *Prostaglandins Other Lipid Mediat.* **2002**, 68-69, 153.

[58]   Lanzo, C.A.; Sutin, J.; Rowlinson, S.W.; Talley, J.; Marnett, L.J. *Biochemistry* **2000**, 39, 6228.

[59]   Walker, M.C.; Kurumbail, R.G.; Kiefer, J.R.; Moreland, K.T.; Koboldt, C.M.; Isakson, P.C.; Seibert, K.; Gierse, J.K. *Biochem. J.* **2001**, 357, 709.

[60]   Bombardier, C.; Laine, L.; Reicin, A.; Shapiro, D.; Burgos-Vargas, R.; Davis, B.; Day, R.; Ferraz, M.B.; Hawkey, C.J.; Hochberg, M.C.; Kvien, T.K.; Schnitzer, T.J. *N. Engl. J. Med.* **2000**, 343, 1520.

[61]   Sorbera, L.A.; Leeson, P.A.; Castañer, J.; Castañer, R.M. *Drugs Fut.*, Prous Science, **2002**, 423.

[62]   Zhang, J.Y.; Yuan, J.J.; Wang, Y.F.; Bible, R.H. Jr.; Breau, A.P. *Drug Metab. Dispos.* **2003**, 31, 491.

[63]   Reynolds, L.W.; Hoo, R.K.; Brill, R.J.; North, J.; Recker, D.P.; Verburg, K.M. *J. Pain Symptom Manag.* **2003**, 25, 133.

[64]   European Agency for the Evaluation of Medicinal Products: EMEA Public Statement of Parecoxib Sodium (Dynastat™).

[65]   Tacconelli, S.; Capone, M.L.; Sciulli, M.G.; Ricciotti, E.; Patrignani, P.; *Curr. Med. Res. Opin.* **2002**, 18, 503-511.

[66]   Mealy, N.E.; Martin, L.; Castañer, R.; del Fresno, M.; Revel, L.; Bayés, Sorbera, L.A.; Cole, P.; Leeson, P.A.; Prous, J. *Drugs Fut.* **2002**, 27, 412.

[67]   Sorbera, L.A.; Leeson, P.A.; Castañer, J.; Castañer, R.M. *Drugs Fut.*, **2001**, 26, 346.

[68]   Birbara, C.A.; Puopolo, A.D. Munoz, D.R.; Sheldon, E.A.; Magione, A.; Bohidar, N.R.; Geba, G.P. *J. Pain* **2003**, 4, 307.

[69]   Patrignani, P.; Capone, M.L.; Tacconelli, S. *Expert. Opin. Pharmaco-therap.* **2003**, 4, 265.

[70]   Sorbera, L.A.; Leeson, P.A.; Castañer, J.; Castañer, R.M. *Drugs Fut.*, **2002**, 27, 740.

[71]   Capone, M.L.; Tacconelli, S.; Sciulli, M.G.; Patrignani, P. *Int. J. Immunopathol. Pharmacol.* **2003**, 16, 49.

[72]   Prous Science Drug R&D Information, Molecule of the Month, Sept. 2002, online publication.

[73]   Silverstein, F.E.; Faich, G.; Goldstein, J.L.; Simons, L.S.; Pincus, T.; Whelton, A.; Makuch, R.; Eisen, G.; Agrawal, N.M.; Stenson, W.F.; Burr, A.M.; Zhao, W.W.; Kent, J.D.; Lefkowith, J.B.; Verburg, K.M.; Geis, G.S. *JAMA* **2000**, 284, 1247.

[74]   Juni, P.; Rutjes, A.W.S; Dieppe, P.A. *Brit. Med. J.* **2002**, 324, 1287.

[75]   Kargman, S.; Charleson, S.; Cartwright, M.; Frank, J.; Riendeau, D.; Mancini, J.; Evans, J.; O'Neill, G. *Gastroenterology.* **1996**, 111, 445.

[76]   Mamdani, M.; Rochon P.A.; Juurlink, D.N.; Kopp, A.; Anderson, D.M.; Naglie, G.; Austin, P.C.; Laupacis, A. *Brit. Med. J.* **2002**, 325, 624.

[77]   Decks, J.J.; Smith, L.A.; Bradley, M.D. *Brit. Med. J.* **2002**, 325, 1.

[78]   Zimmermann, K.C.; Sarbia, M.; Schroer, K.; Weber, A.A. *Mol. Pharmacol.* **1998**, 54, 536.

[79]   Mizuno, H.; Sakamoto, C.; Matsuda, K.; Wada, K.; Uchida, T.; Noguchi, H.; Akamatsu, T.; Kasuga, M. *Gastroenterology* **1997**, 112, 387.

[80]   Kishimoto, Y.; Wada, K.; Nakamoto, K.; Ashida, K.; Kamisaki, Y.; Kawasaki, H.; Itoh, T. *Life Sci.* **1997**, 60, 127.

[81]   Katori, M.; Majima, M. *Inflamm. res.* **2000**, 49, 367.

[82]   Nantel, F.; Meadows, E.; Denis, D.; Conolly, B.; Metters, K.M.; Giaid, A. *FEBS Lett.* **1999**, 457, 476.

[83]   Traynor, T.R.; Smart, A.; Briggs, J.P.; Schnermann, J. *Am. J. Physiol.* **1999**, 277, 706.

[84]   Brater, D.C.; Harris, C.; Redfern, J.S.; Gertz, B.J. *Am. J. Nephrol.* **2001**, 21, 1.

[85]   Markowitz, G.S.; Falkowitz, D.C.; Isom, R.; Zaki, M.; Imaizumi, S.; Appel, G.B.; D'Agati, V.D. *Clin. Nephrol.* **2003**, 59, 137.

[86]   Morales, E.; Mucksavage, J.J. *Pharmacotherapy* **2002**, 22, 1317.

[87]   Hocherl, K.; Endemann, D.; Kammerl, M.C.; Grobecker, H.F.; Kurtz, A. *Br. J. Pharmacol.* **2002**, 136, 1117.

[88]   Cheng, H.F.; Harris, R.C. *Curr. Hypertens. Rep.* **2003**, 5, 87.

[89]   Stichtenoth, D.O.; Frolich, J.C. *Drugs* **2003**, 63, 33.

[90]   Wallberg-Jonsson, S.; Ohman, M.L.; Dahlqvist, S.R.; *J. Rheumatol.* **1997**, 24, 445.

[91]   Wallberg-Jonsson, S.; Cederfelt, M.; Rantapaa-Dahlqvist, S.; *J. Rheumatol.* **2000**, 27.

[92]   FitzGerald, G.A.; Patrono, C. *New Eng. J. Med.* **2001**, 345, 433.

[93]   Mukherjee, D.; Nissen, S.; Topol, E. *JAMA* **2001**, 286, 954.

[94]   Cleland, L.G.; James, M.J.; Stamp, L.K.; Penglis, P.S. *Med. J. Aust.* **2001**, 175, 214.

*Kiefer and Dannhardt*

[95] Shinmura, K.; Tang, X.L.; Wang, Y.; Xuan, Y.T.; Liu, S.Q.; Takano, H.; Bhatnagar, A.; Bolli, R. *Proc. Natl. Acad. Sci. USA* **2000**, 97, 10197.

[96] McAdam, B.F.; Catelia-Lawson, F.; Mardini I.A.; Kapoor, S.; Lawson, J.A.; FitzGerald, G.A. *Proc. Natl. Acad. Sci. USA* **1999**, 96, 272.

[97] Aitchison, K.A.; Coker, S.J. *J. Molecular Cell Card.* **1999**, 31, 1315.

[98] Chenevard, R.; Hurlimann, D.; Bechir, M.; Enseleit, F.; Spieker, L.; Riesen, W.; Gay, S.; Gay, R.E.; Neidhart, M.; Luscher, T.F.; Noll, G.; Ruschitzka, F. *Circulation* **2003**, 107, 405.

[99] Cheng, Y.; Austin, S.C.; Rocca, B.; Koller, B.H.; Coffman, T.M.; Grosser, T.; Lawson, J.A.; FitzGerald, G.A. *Science* **2002**, 296, 539.

[100] Howes, L.G.; Krum, H. *Drug safety* **2002**, 25, 829.

[101] Saito, T.; Rodger, I.W.; Hu, F.; Shennib, H.; Giaid, A. *Biochem. Biophys. Res. Comun.* **2000**, 273, 772.

[102] Bannwarth, B.; Treves, R.; Euller-Ziegler, L.; Rolland, D.; Ravaud, P.; Dougados, M. *Drug Saf.* **2003**, 26, 49.

[103] Cleland, L.G.; James, M.I.; Stamp, L.K.; Penglis, P.S. *Med. J. Aust.* **2001**, 175, 214.

[104] Layton, D.; Riley, J.; Wilton, L.V.; Shakir, S.A. *Br. J. Pharmacol.* **2003**, 55, 166.

[105] Bing, R.J. *Curr. Artheroscler. Rep.* **2003**, 5, 114.

[106] Ray, W.A.; Stein, C.M.; Daugherty, J.R.; Hall, K.; Arbogast, P.G.; Griffin, M.R. *Lancet* **2002**, 360, 1071.

[107] Hawkey, C.J. *Lancet* **1999**, 353, 307.

[108] Van Ryn, J.; Pairet, M. *Inflamm. Res.* **1999**, 48, 247.

[109] Wallace, J.L.; Bak, A.; McKnight, W.; Asafha, S.; Sharkey, K.A.; MacNaughton, W.K. *Gastroenterology* **1998**, 115, 101.

[110] Seibert, K.; Yang, Y.; Leahy, K.I.; Heuser, S.; Masferrer, J.; Perkins, W.; Lee, L.; Isakson, P. *Proc. Natl. Acad. Sci. USA* **1995**, 272, 1531.

[111] Morham, S.G.; Langenbach, R.; Loftin, C.D.; Jennette, J.C.; Tiano, H.F.; Mahler, J.H.; Ledford, A.; Lee, C.A.; Smithies, O. *Cell* **1995**, 83, 473.

[112] Langenbach, R.; Morham, S.G.; Tiano, H.F.; Loftin, C.D.; Ghanayem, B.I.; Chulada, P.C.; Mahler, J.F.; Lee, C.A.; Goulding, E.H.; Kim, H.S.; Smithies, C. *Cell* **1995**, 83, 483.

[113] Bertolini, A.; Ottani, A.; Sandrini, M. *Curr. Med. Chem.* **2002**, 9, 1033.

[114] Brahn, E. *Clin. Orthop.* **1991**, 265, 42.

[115] Heller, A.; Kock, T.; Schmeck, J.; Van Ackern, K. *Drugs* **1998**, 55, 487.

[116] De Leval, X.; Julémont, J.F.; Delarge, J.; Pirotte, B.; Dogné, J.M. *Curr. Med. Chem.* **2002**, 9, 941.

[117] Song, Y.; Connor, D.T.; Doubleday, R.; Sorensen, R.J.; Sercel, A.D.; Unangst, P.C.; Roth, B.D.; Gilbertsen, R.B.; Chan, K.; Schrier, D.J.; Guglietta, A.; Bornemeier, D.A.; Dyer, R.D. *J. Med. Chem.* **1999**, 42, 1151.

[118] Inagaki, M.; Tsuci, T.; Jyoyama, H.; Ono, T.; Yamada, K.; Kobayashi, M.; Hori, Y.; Arimura, A.; Yasui, K.; Ohno, K.; Kakudo, S.; Koizami, K.; Suzuki, R.; Kato, M.; Kawai, S.; Matsumoto, S. *J. Med. Chem.* **2000**, 43, 2040.

[119] Weisman, S.M.; Doyle, M.J.; Wehmeyer, K.R.; Hynd, B.A.; Eichhold, T.H.; Clear, R.M.; Coggeshall, C.W.; Kuhlenbeck, D.L. *Agents Actions* **1994**, 41, 156.

[120] Sorbera, L.A.; Castañer, J.; Bayés, M.; Silvestre, J.S. *Drugs Fut.* **1995**, 20, 1007.

[121] Sorbera, L.A.; Castañer, J.; Bayés, M.; Silvestre, J.S. *Drugs Fut.* **2001**, 26, 1013.

[122] Boileau, C.; Martel-Pelletier, J.; Jouzeau, J.Y.; Netter, P.; Moldovan, F.; Laufer, S.; Tries, S.; Pelletier, J.P. *J. Rheumatol.* **2002**, 29, 1446.

[123] Laufer, S.A.; Augustin, J.; Dannhardt, G.; Kiefer, W. *J. Med. Chem.* **1994**, 37, 1984.

[124] Knight, P.M.; Scherz, M.W.; Cruze, C.A.; Wehmeyer, K.R. *J. Chrom.* **1997**, 700, 111.

[125] Laufer, S.A.; Tries, S.; Augustin, J.; Dannhardt, G. *Arzneim. Forsch./Drug Res.* **1994**, 44, 629.

[126] Selkoe, D.J. *Neuron* **1991**, 6, 487.

[127] Frederickson, R.C.A.; Brunden, K.R. *Alzheimer Dis. Assoc. Disord.* **1994**, 8, 159.

[128] Selkoe, D.J. *J. Neuropathol. Exp. Neurol.* **1994**, 53, 438.

[129] Cummings, B.J.; Cotman, C.W. *Lancet* **1995**, 346, 1524.

[130] Iwamoto, N.; Kobayashi, K.; Kosaka, K. *J. Neurol.* **1989**, 236, 80.

[131] Yasojima, K.; Schwab, C.; McGeer, E.G.; McGeer, P.L. *Brain Res.* **1999**, 830, 226.

[132] Pasinetti, G.M.; Aisen, P.S. *Neuroscience* **1998**, 87, 319.

[133] Yamagata, K.; Andreasson, K.I.; Kauffman, W.E.; Barnes, C.A.; Worley, P.F. *Neuron* **1993**, 11, 371.

[134] Hoozemans, J.J.M.; Rozemuller, A.J.M.; Janssen, I.; De Groot, D.J.A.; Veerhuis, R.; Eikelenboom, P. *Acta Neuropathol.* **2001**, 101, 2.

[135] De Kosky, S.T. *Arch. Neurol.* **2003**, 60, 632.

[136] Hoozemans, J.J.M.; Veerhuis, R.; Janssen, I.; van Elk, E.J.; Rozemuller, A.J.M.; De Groot, D.J.A.; Eikelenboom, P. *Brain Res.* **2002**, 951, 218.

[137] Rogers, J.; Kirby, L.C.; Hempelman, S.R.; Berry, D.L.; McGeer, P.L.; Kaszniak, A.W.; Zalinski, J.; Cofield, M.; Mansukhani, L.; Willson, P.; Kogan, F. *Neurology* **1993**, 43 1609.

[138] Sainali, S.M.; Ingram, D.M.; Talwker, S.; Sixth International Stockholm-Springfield Symposium of Advances in Alzheimer Therapy, April 5-8, Stockholm, **2000**.

[139] McGeer, P.L. *Drugs & Aging* **2000**, 17, 1.

[140] Pasinetti, G.M. *J. Alzheimers Dis.* **2002**, 4, 435.

[141] Weggen, S.; Eriksen, J.L.; Das, P.; Sagi, S.A.; Wang, R.; Pietrzik, C.U.; Findlay, K.A.; Smith, T.E.; Murphy, M.P.; Bulter, T.; Kang, D.E.; Marquez-Sterling, N.; Golde, T.E.; Koo, E.G. *Nature* **2001**, 414, 212.

[142] De Strooper, B.; König, G. *Nature* **2001**, 414, 159.

[143] Stewart, W.F.; Kawas, C.; Corrada, M.; Metter, E.J. *Neurology* **1997**, 48, 626.

[144] In't Veld, B.A. *N. Engl. J. Med.* **2001**, 345, 1515.

[145] Aisen, P.S.; Schafer, K.A.; Grundman, M.; Pfeiffer E.; Sano, M.; Davis, K.L.; Farlow, M.R.; Jin, S.; Thomas, R.G.; Thal, L.J. *JAMA* **2003**, 289, 2865.

[146] Yagami, T.; Ueda, K.; Asakura, K.; Sakaeda, T.; Kuroda, T.; Hata, S.; Kambayashi, Y.; Fujimoto, M. *Br. J. Pharmacol.* **2001**, 134, 673.

[147] Thun, M.J. *Gastroenterol. Clin. North Am.* **1996**, 25, 333.

[148] Steinbach, G.; Lynch, P.M.; Phillips, R.K.; Wallace, M.H.; Hawk, E.; Gordon, G.B.; Wakabayashi, N.; Saunders, B.; Shen, Y.; Fujimura, T.; Su, L.K.; Levin, B. *N. Engl. J. Med.* **2000**, 3432, 1946.

[149] Oshima, M.; Murai, N.; Kargman, S.; Arguello, M.; Luk, P.; Kwong, E.; Taketo, M.M.; Evans, J.F. *Cancer Res.* **2001**, 61, 1733.

[150] Williams, C.S.; Luongo, C.; Radhika, A. *Gastroenterology* **1996**, 111, 1134.

[151] Du Bois, R.N.; Radhika, A.; Reddy, B.S.; Entingh, A.J. *Gastroenterology* **1996**, 110, 1259.

[152] Eberhart, C.E.; Coffrey, R.J.; Radhika, A.; Giardiello, F.M.; Ferrenbach, S.; Du Bois R.N. *Gastroenterology* **1994**, 107, 1183.

[153] Yu, W.; Murray, N.R.; Weerns, C.; Chen, L.; Guo, H.; Ethridge, R.; Ceci, J.D.; Evers, B.M.; Thompson, E.A. Fields, A.P. *J. Biol. Chem.* **2003**, 278, 11167.

[154] Leahy, K.M.; Koki, T.; Masferrer, J.L. *Curr. Med. Chem.* **2000**, 7, 1163.

[155] Hoper, M.M.; Vielkel, N.F.; Bates, T.U.; Allard, J.D.; Horan, M.; Shepherd, D.; Tuder, R.M. *Am. J. Respir. Cell. Mol. Biol.* **1997**, 17, 748.

[156] Jones, M.K.; Wang, H.; Peskar, B.M.; Levin, E.; Itani, R.M.; Sarfeh, I.J.; Tarnawaski, A.S. *Nature Med.* **1999**, 5, 1418.

[157] Dormond, O.; Foletti, A.; Paroz, C.; Rüegg, C. *Nature Med.* **2001**, 7, 1041.

[158] Tsujii, M.; Du Bois, R.N. *Cell* **1995**, 83, 493.

[159] Hara, A.; Yoshimi, N.; Niwa M.; Ino, N.; Mori, H. *Jpn. J. Cancer Res.* **1997**, 88, 600.

[160] Sheng, H.; Shao, J.; Morrow, J.D.; Beauchamp, R.D.; Du Bois, R.N. *Cancer Res.* **1998**, 58, 362.

[161] Hsu, A.L.; Ching, T.T.; Wang, D.S.; Song, X.; Rangnekar, v.M.; Chen, C.S. *J. Biol. Chem.* **2000**, 275, 11397.

[162] Subbaramaiah, K.; Dannenberg, A.J. *Trends Pharmacol. Sci.* **2003**, 24 (2), 96.

[163] Phillips, R.K.; Wallace, M.H.; Lynch, P.M.; Hawk, E.; Gordon, G.B.; Saunders, B.P.; Wakabayashi, N.; Shen, Y.; Zimmerman, S.; Godio, L.; Rodrigues-Bigas, M.; Su, L.K.; Sherman, J.; Kelloff, G.; Levin, B.; Steinbach, G. *Gut* **2002**, 50, 857.

[164] Fife, R.S.; Stott, B.; Carr, R.E. *Cancer Biol. Ther.* **2004**, 4, Epub ahead

[165] Yao, M.; Kargman, S.; Lam, E.C.; Kelly, C.R.; Zheng, Y.; Luk, P.; Kwong, E.; Evans, J.F.; Wolfe, M.M. *Cancer Res.* **2003**, 63(3), 586.

[166]   Nagatsuka, I.; Yamada, N.; Shimizu, S.; Ohira, M.; Nishino, H.; Seki, S.; Hirakawa, K. *Int. J. Cancer* **2002**, 100, 515.

[167]   Chu, J.; Lloyd, F.L.; Trifan, O.C.; Knapp, B.; Rizzo, M.T. *Mol. Cancer Ther.* **2003**, 2, 1.

[168]   Kern, M.A.; Schubert, D.; Sahi, D.; Schöneweiß, M.M.; Moll, I.; Haugg, A.M.; Dienes, H.P.; Breuhahn, K.; Schirmacher, P. *Hepatology* **2002**, 885.

[169]   Eibl, G.; Reber, H.A.; Wente, M.N.; Hines, O.J. *Pancreas* **2003**, 26, 33.

[170]   Gridelli, C.; Maione, P.; Airoma, G.; Rossi, A. *Curr. Med. Chem.* **2002**, 9, 1851.

[171]   Sanchez-Alcazar, J.A.; Bradbury, D.A.; Pang, L.; Knox, A.J. *Lung Cancer* **2003**, 40, 33.

[172]   Hussain, T.; Gupta, S.; Mukhtar, H. *Cancer Lett.* **2003**, 191(2), 125.

[173]   Wechter, W.J.; Leipold, D.D.; Quiggle, D.D.; McCracken, J.D.; Murray, E.D.Jr.; Loughman, B.E. *Inflammopharmacology* **2000**, 8, 189.

[174]   Gupta, R.A.; Tejada, L.V.; Tong, B.J.; Das, S.K.; Morrow, J.D.; Dey, S.K.; DuBois, R.N. *Cancer Res.* **2003**, 63, 906.

[175]   Serhan, C.N.; Oliw, E. *J. Clin. Invest.* **2001**, 107, 1481.

[176]   Willoughby, D.A.; Moore, A.R.; Colville-Nash, P.R. *Lancet* **2000**, 355, 646.

[177]   Botting, R.M. *Clin. Infect. Dis.* **2000**, 31, 202.

[178]   Chandrasekharan, N.V.; Dai, H.; Roos K.L.T.; Evanson N.K.; Tomsik, J.; Elton, T.S.; Simmons D.L. *Proc. Natl. Acad. Sci.* **2002**, 99, 13926.

[179]   Schwab, J.M.; Schluesener, H.J.; Laufer, S. *Lancet* **2003**, 361, 981.

[180]   Dinchuk, J.E.; Liu R.Q.; Trzaskos, J.M. *Immunol. Lett.* 2003. 86, 121.

[181]   Schwab, J.M.; Schluesener, H.J.; Meyermann, R.; Serhan, C.N. *Prostaglandins Leukot. Essent. Fatty Acids* **2003**, 69, 339.

[182]   Boutaud, O.; Aronoff, D.M.; Richardson, J.H.; Marnett, L.J.; Oates, J.A. *Proc. Natl. Acac. Sci U.S.A.* **2002**, 99, 7130

[183]   Sciulli, M.G.; Seta, F.; Tacconelli, S.; Capone, M.L.; Ricciotti, E.; Pistritto, G.; Patrignani, P. *Br. J. Pharmacol.* **2003**, 138, 634

[184]   Konturek, S.J.; Obtulowicz, W.; Sito, E.; Oleksy, J.; Wilkon, S.; Kiec-Dembinska, A. *Gut* **1981**, 22, 283.

[185]   Van Kolfschoten, A.A.; Dembinska-Kiec, A.; Basista, M. *J. Pharm. Pharmacol.* **1981**, 33, 462.

# Plaintiffs' Response re FOSSLIEN

# Footnote 16 of 28

# Spinal Neural Cyclooxygenase-2 Mediates Pain Caused in a Rat Model of Lumbar Disk Herniation

Seiji Ohtori, Kazuhisa Takahashi, Yasuchika Aoki, Hideo Doya, T. Ozawa, Tomoko Saito, and Hideshige Moriya

**Abstract:** Application of nucleus pulposus to nerve root generates radicular pain. We demonstrated that these animals showed allodynia for 2 weeks, and cyclooxygenase-2 (COX-2) immunoreactivities were up-regulated in the spinal dorsal horn. COX-2 immunoreactivities were shown in neurons; however, they were not in astrocytes. Intrathecal administration of an antibody to COX-2 decreased allodynia. Our results suggest that COX-2 in spinal cord might be a target for treatment of patients with nerve root pain caused by lumbar disk herniation.
*Perspective: Neural COX-2 might mediate nerve root pain in the spinal cord caused by lumbar disk herniation in rats.*

© 2004 by the American Pain Society
*Key words: Dorsal root ganglion, inflammation, cyclooxygenase-2, lumbar disc herniation.*

Radicular pain is a common symptom of lumbar disk herniation, which leads to mechanical compression and inflammation.[18,19] Prostaglandins (PGs) and cytokines generated at the inflammatory site produce associated pain.[20,21] Nonsteroidal anti-inflammatory drugs are effective for patients suffering from lumbar disk herniation because these drugs decrease inflammation at the site of the herniation.[8] PGs are known to be produced by cyclooxygenase (COX), which catalyzes their synthesis from arachidonic acid.[6] Two forms of COX have been identified: COX-1, which is constitutively expressed in most tissues and organs, and COX-2, which is an inducible enzyme localized primarily in inflammatory cells and tissues. Inflammation causes the induction of COX-2, leading to the release of prostanoids, which sensitize peripheral nociceptor terminals and produce localized pain hypersensitivity.[15] COX-2 expression is related to the pathogenesis of lumbar disk herniation through up-regulated production of PGs.[16] Indeed, Kawakami et al[14] reported that the introduction of a COX-2 inhibitor into inflammatory sites attenuated pain behavior after application of nucleus pulposus to nerve roots in the rat. COX-2 is present in glial cells and neurons in the spinal cord.[29] It has also been reported that intrathecal application of a COX-2 inhibitor attenuated pain after nerve root ligation.[3] However, the cell types that express COX-2 and the change in amount of COX-2 induction in the spinal cord after application of nucleus pulposus have not been clarified.

In this report, we describe changes in COX-2 immunoreactivity in neural and glial cells of the spinal dorsal horn and behavioral effects of intrathecal injection of anti-COX-2 antibody in an attempt to reduce pain sensation in the rat lumbar disk herniation model.

## Materials and Methods

All protocols for animal procedures in these experiments were approved by the ethics committees of our institutions following National Institute of Health Guidelines for the Care and Use of Laboratory Animals, revised 1996.

### Rat Lumbar Disk Herniation Model

Fifty-seven–week–old male Sprague-Dawley rats (200 to 250 g) were anesthetized with sodium pentobarbital (40 mg/kg, intraperitoneal). Laminectomies were performed, exposing the left L5 nerve roots and associated dorsal root ganglia. The base of the rat tails was injected with 1% lidocaine (1 mL) for local anesthesia and ligated with 2-0 silk surgical suture to avoid continuous bleeding during the experiment. Autologous nucleus pulposus was harvested from the amputated tails and applied to the left L5 nerve roots just proximal to the dorsal root ganglia (nucleus pulposus group, n = 25).[27] Nucleus pulposus was harvested from between 2nd and 3rd vertebrae of each tail; the amount of nucleus pulposus was almost the same between rats. In a preliminary experiment, we checked after perfusion that most of the harvested nucleus pulposus remained where it had been placed. In the sham-operated group, nucleus pulposus was also harvested from tails, but a similar volume of muscle was harvested from the surgical area on the back and applied instead to the neural tissue (sham-operated group, n = 25).

Received March 9, 2004; Revised June 1, 2004; Accepted June 23, 2004.
From the Department of Orthopedic Surgery, Graduate School of Medicine, Chiba University School of Medicine, Chiba University, Chiba, Japan.
Address reprint requests to Seiji Ohtori, MD, Department of Orthopaedic Surgery, Graduate School of Medicine, Chiba University, 1-8-1 Inohana, Chuo-ku, Chiba 260-8677, Japan. E-mail: sohtori@faculty.chiba-u.jp
1526-5900/$30.00
© 2004 by the American Pain Society
doi:10.1016/j.jpain.2004.06.004

386



**Figure 1.** Mechanical allodynia measured by von Frey hair stimulation of the hind paw. Data from the paw of the nucleus pulposus group (solid circle), sham-operated animals (open circle), control group (open square) are expressed as 50% of threshold. Significant differences in mechanical allodynia in the nucleus pulposus group compared with sham-operated and control groups continued each day for 12 days (nucleus pulposus group [solid circle] vs sham-operated group [open circle], $P < .05$; nucleus pulposus group [solid circle], control group [open square], $P < .05$). Significant differences between group values at the same time point. No significant differences in mechanical allodynia between sham-operated and control groups were observed on each day during experimental periods (for 16 days; $P > .05$). The points represent the mean ± SEM. The criterion for significance was $P < .05$.

## Evaluation of Tactile Allodynia

Eighteen rats were used (control group, n = 6; nucleus pulposus group, n = 6; sham-operated group, n = 6). There were no animal dropouts at each day. Mechanical thresholds were measured using von Frey filaments with logarithmically incremental rigidity (0.41, 0.70, 1.20, 2.00, 3.63, 5.50, 8.50, and 15.1 g; Stoelting, Wood Dale, IL) to calculate the 50% probability thresholds for mechanical paw withdrawal, as previously described.[2] Beginning with the 2.00-g probe, filaments were applied to the left plantar surface of the hind paw corresponding L5 dermatome for 6 to 8 seconds in a stepwise ascending or descending order following negative or positive withdrawal responses, respectively, until 6 consecutive responses were noted.[26] Fifty percent withdrawal thresholds were calculated according to the method of Dixson.[4] In the absence of foot withdrawal in response to the application of a 15.1-g von Frey filament, 15.1 g was then assigned as the mechanical threshold.

## COX-2 Immunohistochemistry

Twenty-seven rats were used for evaluation in this study (control group, n = 3; nucleus pulposus group, n = 12; sham-operated group, n = 12). At 2, 4, 8, and 16 days after surgery, rats were anesthetized with sodium pentobarbital (40 mg/kg, intraperitoneal) and perfused transcardially

with 500 mL of 4% paraformaldehyde in phosphate buffer (0.1 mol/L, pH 7.4). The spinal cord was resected at the level of L5 and cut into 20-μm sections on a cryostat (nucleus pulposus group, n = 3; sham-operated group, n = 3 on each day).

Sections were incubated in a blocking solution containing 0.3% Triton X-100 and 5% skim milk in 0.01mol/L phosphate-buffered saline for 90 minutes at room temperature. Sections were processed for COX-2 immunohistochemistry by using a free-floating avidin biotin complex technique by incubation with goat antibody to COX-2 (Santa Cruz Biotechnology, Santa Cruz, CA; 1:1000 in blocking solution) for 20 hours at 4°C followed by incubation with biotinylated rabbit anti-goat immunoglobulin G (Vector Labs, Burlingame, CA; 1:100 in blocking solution). COX-2-immunoreactivity was visualized with fluorescein isothiocyanate (FITC) conjugated to avidin D (Vector Labs; 1:100 in blocking solution). The sections were examined by using a fluorescent microscope (Nikon, Tokyo, Japan) with an FITC ($\lambda_{465\,nm}$ excitation and $\lambda_{505\,nm}$ emission). We counted 10 sections of spinal cord. Spinal neurons were counted at 400× magnification by using a counting grid. The number of COX-2 immunoreactive cells per 0.0225 mm² was counted in ipsilateral laminae I and II (superficial layers of dorsal horn) and lamina VII (deep layer of ventral horn) and averaged for each animal.

## Double-Labeling Immunohistochemistry Studies

To determine cell types expressing COX-2, double-labeling methods were performed. Samples were collected from the same nucleus pulposus group described above (at day 4 after surgery, n = 3). After incubation with goat antibody to COX-2 for 20 hours at 4°C, sections were incubated with rabbit anti-goat Alexa 488 (FITC; 1:400; Molecular Probes Inc, Eugene, OR). After incubation with mouse antibody to NeuN (marker for neuron; 1:1000; Chemicon, Temecula, CA) or mouse antibody to glial fibrillary acidic protein (GFAP) (marker for astrocyte; 1:1000; Dako, Carpentaria, CA) for 20 hours at 4°C, the sections were incubated with rabbit anti-mouse Alexa 594 (Texas red; 1:400; Molecular Probes Inc).

Double-positive neurons were evaluated by using a G-1A filter ($\lambda_{546\,nm}$ excitation and $\lambda_{575\,nm}$ emission) and FITC filter. We examined 10 sections of spinal cord. Spinal neurons and astrocytes were observed at 400× magnification through a counting grid. COX-2 and GFAP immunoreactive cells were observed in all laminae of ipsilateral spinal cord.

## Effects of Intrathecally Administered COX-2 Antibody

We examined the effects of intrathecally administered COX-2 antibody in the animal pain model. Chronic indwelling intrathecal catheters were placed by passing a PE-10 catheter through an incision in the atlanto-occipital membrane to a position 9 cm caudal to the cistern at the level of the lumbar enlargement. This procedure was performed 7 days before the spinal surgery. In a preliminary study we found that the amount of COX-2 reached a maximum on



**Figure 2.** The number of COX-2 immunoreactive cells in spinal dorsal horn was less in nonoperated animals (A) than that in sham-operated animals (B) and in the nucleus pulposus group (C) on day 4. The number of COX immunoreactive cells is higher in nucleus pulposus group when compared with sham-operated animals on day 4 (D, nonoperated animals; E, sham-operated; and F, nucleus pulposus group).

day 4. Thus, 4 days after application of nucleus pulposus to nerve roots, the effects of COX-2 antibody (5 or 15 μg in saline, 200 μg per mL; Santa Cruz Biotechnology) or the same volume of saline (25 or 75 μL) on tactile allodynia were evaluated (nucleus pulposus + 5 μg COX-2 antibody group, n = 4; nucleus pulposus + 15 μg COX-2 antibody

group, n = 4; nucleus pulposus + saline group, n = 4). These rats were different from rats used as described above. Mechanical thresholds were measured by using von Frey filaments as described above: before and at 20, 40, and 60 minutes after administration of COX-2 antibody or saline.



**Figure 3.** Time course of change in COX-2 expression in the spinal cord. The open circles indicate the number of COX-2 immunoreactive cells in the spinal dorsal horn (A) and ventral horn (B) of the sham-operated group. The solid circles correspond to the nucleus pulposus group (A, dorsal horn; B, ventral horn). Results are expressed as mean ± SEM. Significant differences at each point were evaluated by using ANOVA where the criterion for significance was $P < .05$. Significant differences between group values at the same time point.



**Figure 4.** These photomicrographs show COX-2 expression, GFAP immunoreactive astrocytes, and NeuN immunoreactive neurons in the nucleus pulposus group on day 4. GFAP immunoreactivity (B) was seen around COX-2 immunoreactive cells (A), but GFAP immunoreactivity was not colabeled with COX-2 expression (A and B are the same sections). On the other hand, most COX-2 immunoreactive cells (C) were colocalized with NeuN immunoreactive neurons (D). COX-2 expression can be located in the nucleus of these neurons (C and D are the same sections).

## Statistical Analysis

The paw withdrawal latencies of hind paws in each group before surgery (day 0) and on days 2, 4, 6, 8, 10, 12, 14, and 16 were compared by one-way analysis of variance (ANOVA) for repeated measurements. For multiple comparisons, we used Dunnett's test. Comparison of the number of COX-2 immunoreactive neurons between groups was made by one-way ANOVA with Dunnett's test.

## Results

### Mechanical Allodynia Caused by Disk Herniation

In the nucleus pulposus group significant mechanical allodynia was observed, compared with the control and sham-operated groups ($P < .05$) (Fig 1). This mechanical allodynia continued through day 12. However, in the sham-operated group significant mechan-

ical allodynia was not observed, compared with the control group ($P < .05$).

### COX-2 Expression in Spinal Cord

COX-2 protein was expressed in the spinal cord in control, sham-operated, and nucleus pulposus groups (Fig 2). COX-2 immunoreactive cells were observed in the spinal dorsal horn and ventral horn. The average numbers of COX-2 immunoreactive cells in control group were $10 \pm 2$ (mean ± standard error of mean [SEM]) in superficial layers and $5 \pm 1$ (mean ± SEM) in deep layers. The intensity and number of COX-2 immunoreactive cells in both superficial laminae and deep laminae in the nucleus pulposus group from day 2 to day 16 and those in the sham-operated group on day 2 were higher than those of control groups ($P<.05$). The number of COX-2 immunoreactive cells in both the superficial and deep laminae in the nucleus pulposus group was significantly higher on days 2, 4, and 8 than in the sham-operated group ($P < .05$) (Fig 3).

389

## COX-2 and NeuN or GFAP Immunoreactive Cells

GFAP immunoreactive astrocytes were observed in superficial and deep laminae in control, sham-operated, and nucleus pulposus groups. The distributional pattern of GFAP immunoreactive astrocytes was not different between superficial and deep laminae of the spinal cord. Most COX-2 immunoreactive cells were colabeled with NeuN. However, COX-2 immunoreactivity was not colocalized with GFAP immunoreactive astrocytes in either group. Fig 4 shows double-labeled cells in the deep laminae of the spinal cord in the nucleus pulposus groups at day 4. COX-2 was expressed in the nucleus of NeuN immunoreactive neurons.

## Effect of Administration of Anti-COX-2 Antibody

Intrathecal administration of anti-COX-2 antibody on day 4 reduced the level of mechanical allodynia in a dose-dependent manner (5 and 15 μg) in the nucleus pulposus group ($P < .05$) (Fig 5). A significant reduction in pain behavior was observed 20, 40, and 60 minutes after administration of COX-2 antibody ($P < .05$) (Fig 5).

## Discussion

In this study we demonstrated that lumbar disk herniation to spinal nerve root produces hyperalgesia in rats, leading to the expression of COX-2 in the spinal dorsal and ventral horns. COX-2 expression was seen in neurons, but not in astrocytes. Hyperalgesia was decreased by intrathecal administration of anti-COX-2 antibody.

Previous studies of animal models involving lumbar disk herniation reported thermal hyperalgesia or mechanical allodynia.[10,13] Application of nucleus pulposus onto nerve roots has been shown to induce edema of nerve roots and dorsal root ganglia and alter conduction velocity.[32]

Inflammatory mediators such as phospholipase A2 and PGs are abundantly produced and released by inflammatory cells. It has been suggested that PGs in nerve roots produce sciatic pain in the herniation of the lumbar disk model.[16] Furthermore, this pain was reported to be abolished by phospholipase A2 or COX-2 inhibitor.[11,14]

Injection of carrageenan in the knee joint induces inflammation involving up-regulation and release of PGs in the spinal dorsal horn accompanied by glutamate and aspartate increases related to pain transmission.[33] These increases are accompanied by elevation of COX-2, glutamate, and aspartate in the spinal cord, resulting in hyperalgesia and mechanical allodynia.[5,32]

Proinflammatory cytokines, such as interleukin-1 (IL-1), IL-6, and tumor necrosis factor (TNF), are known mediators of the peripheral inflammatory response. These compounds are also synthesized and released in several kinds of nerve injury.[17,24,25,30] Recently, TNF has been strongly linked to the nucleus pulposus ef-



**Figure 5.** Effects of intrathecal administration of 5 or 15 μg of COX-2 antibody on the 50% threshold for paw withdrawal in the nucleus pulposus model. Intrathecally administered COX-2 antibody increased the threshold by 50%. Solid triangles represent the nucleus pulposus + COX-2 antibody (5 μg) group, solid circles represent the nucleus pulposus + COX-2 antibody (15 μg) group, and solid squares represent the nucleus pulposus + saline group. Ordinate: 50% threshold for paw withdrawal from von Frey hair stimulus (g). Abscissa: time in minutes after antibody administration. Each line represents the mean ± SEM. The criterion for significance was $P < .05$. Significant differences between group values at the same time point.

fects on nerve roots.[19] Indeed, TNF is abundantly expressed in the herniated nucleus pulposus model.[9] Inhibition of TNF prevents nucleus pulposus induced thrombus formation, intraneural edema, and reduction of nerve conduction velocity.[32] These results support the possibility that TNF is involved in mechanisms of inflammatory and neuropathic pain after application of nucleus pulposus onto nerve roots.

TNF produced at spinal nerve sites is transported along axons to the spinal dorsal horn, where it is correlated with expression of TNF receptors, and might activate central cytokines in the pathogenesis of painful states.[24,25] Expression of IL-6 and IL-1β increased in the nerve root and dorsal root ganglia after exposure to nucleus pulposus.[12] Direct mechanical and/or chemical injury to lumbar roots gives rise to pain behavior. In this lumbar root injury model enhanced IL-1β expression was also observed in the entry zone of spinal dorsal horn.[7] Intraspinal injection of IL-1 increases COX-2 mRNA, resulting in increased release of PGs.[28] TNF and IL-6 stimulate spinal neurons and glial cells, which produce PGs through the COX-2 pathway. TNF can induce proliferation of glial cells, which, in turn, express more TNF, IL-6, and PGs, suggesting positive feedback via these receptors and the COX-2 pathway in glial cells.[1,31] However, in the current model, COX-2 was not induced in glial cells.

In the current study, application of muscle to nerve root (sham-operated group) did not produce hyperalgesia; however, it did up-regulate COX-2 induction at day 2 compared with the control group. Surgery close to the nerve root might produce COX-2 induction in the spinal cord. On

COX-2 in the Spinal Cord

the other hand, muscle itself contains calcitonin gene-related peptide, which is one of the neurotransmitters associated with pain.[23] Cytokine levels, such as those of IL-6, increase in close association with muscle damage.[22] Neuropeptides and cytokines in muscles might also induce COX-2 in the spinal cord.

We believe that the level of PGs, proinflammatory cytokines, and some neurotransmitters increased in the inflammatory site. Proinflammatory cytokines and neurotransmitters were most likely transported into the spinal dorsal

horn and activated neurons and glial cells. Of these cells, spinal neurons produced more proinflammatory cytokines and PGs through cytokine receptors and the COX-2 pathway.

In humans, COX-2 inhibitors are effective in reducing patient suffering from lumbar disk herniation. The mechanism of pain relief is through partial blockade of PG production in the spinal nerve root and perhaps also by blocking production in the dorsal root ganglia and spinal dorsal horn.

# References

1. Benveniste EN, Kwon J, Chung WJ, Sampson J, Pandya K, Tang LP: Differential modulation of astrocyte cytokine gene expression by TGF-beta. J Immunol 153:5210-5221, 1994

2. Chaplan SR, Bach FW, Pogrel JW, Chung JM, Yaksh T: Quantitative assessment of tactile allodynia in the rat paw. J Neurosci Methods 53:55-63, 1994

3. Deleo TA, Hashizume H, Rutkowski MD, Weinstein TN: Cyclooxygenase-2 inhibitor SC-236 attenuates mechanical allodynia following nerve root injury in rats. J Orthop Res 18:977-982, 2000

4. Dixson WJ: Efficient analysis of experimental observations. Annu Rev Pharmacol Toxicol 20:441-462, 1980

5. Ebersberger A, Grubb BD, Willingale HL, Gardiner NJ, Nebe J, Schaible HG: The intraspinal release of prostaglandin E2 in a model of acute arthritis is accompanied by an up-regulation of cyclo-oxygenase-2 in the spinal cord. Neuroscience 93:775-781, 1999

6. Glaser KB, Mobilio D, Chang JY, Senko N: Phospholipase A2 enzymes: Regulation and inhibition. Trends Pharmacol Sci 14:92-98, 1993

7. Hashizume H, DeLeo JA, Colburn RW, Weinstein JN: Spinal glial activation and cytokine expression after lumbar root injury in the rat. Spine 25:1206-1217, 2000

8. Hatori M, Kokubun S: Clinical use of etodolac for the treatment of lumbar disc herniation. Curr Med Res Opin 15:193-201, 1999

9. Igarashi T, Kikuchi S, Shubayev V, Myers RR: 2000 Volvo Award winner in basic science studies: Exogenous tumor necrosis factor-alpha mimics nucleus pulposus-induced neuropathology—Molecular, histologic, and behavioral comparisons in rats. Spine 25:2975-2980, 2000

10. Kawakami M, Tamaki T, Weinstein JN, Hashizume H, Nishi H, Meller ST: Pathomechanism of pain-related behavior produced by allografts of intervertebral disc in the rat. Spine 21:2101-2107, 1996

11. Kawakami M, Tamaki T, Hayashi N, Hashizume H, Nishi H: Possible mechanism of painful radiculopathy in lumbar disc herniation. Clin Orthop 351:241-251, 1998

12. Kawakami M, Matsumoto T, Kuribayashi K, Tamaki T: mRNA expression of interleukins, phospholipase A2, and nitric oxide synthase in the nerve root and dorsal root ganglion induced by autologous nucleus pulposus in the rat. J Orthop Res 17:941-946, 1999

13. Kawakami M, Tamaki T, Hayashi N, Hashizume H, Matsumoto T, Minamide A, Kihira T: Mechanical compression

of the lumbar nerve root alters pain-related behaviors induced by the nucleus pulposus in the rat. J Orthop Res 18:257-264, 2000

14. Kawakami M, Matsumoto T, Hashizume H, Kuribayashi K, Tamaki T: Epidural injection of cyclooxygenase-2 inhibitor attenuates pain-related behavior following application of nucleus pulposus to the nerve root in the rat. J Orthop Res 20:376-381, 2002

15. Ma W, Eisenach JC: Morphological and pharmacological evidence for the role of peripheral prostaglandins in the pathogenesis of neuropathic pain. J Neurosci 15:1037-1047, 2002

16. Miyamoto H, Saura R, Doita M, Kurosaka M, Mizuno K: The role of cyclooxygenase-2 in lumbar disc herniation. Spine 27:2477-2483, 2002

17. Myers RR, Wagner R, Sorkin LS: Hyperalgesic actions of cytokines on the peripheral nervous system, in Watkins L (ed): Cytokines and Pain: Progress in inflammation research. Basel, Birkhauser Verlag, 1999, pp 133-158

18. Olmarker K, Rydevik B, Nordborg C: Autologous nucleus pulposus induces neurophysiologic and histologic changes in porcine cauda equina nerve roots. Spine 18:132-1425, 1993

19. Olmarker K, Larsson K: Tumor necrosis factor alpha and nucleus-pulposus-induced nerve root injury. Spine 23:2538-2544, 1998

20. Olmarker K, Storkson R, Berge OG: Pathogenesis of sciatic pain: A study of spontaneous behavior in rats exposed to experimental disc herniation. Spine 27:1312-1317, 2002

21. Olmarker K, Nutu M, Storkson R: Changes in spontaneous behavior in rats exposed to experimental disc herniation are blocked by selective TNF-alpha inhibition. Spine 28:1635-1641, 2003

22. Pedersen BK, Ostrowski K, Rohde T, Bruunsgaard H: The cytokine response to strenuous exercise. Can J Physiol Pharmacol 76:505-511, 1998

23. Schafers M, Sorkin LS, Sommer C: Intramuscular injection of tumor necrosis factor-alpha induces muscle hyperalgesia in rats. Pain 104:579-588, 2003

24. Shubayev VI, Myers RR: Axonal transport of TNF-alpha in painful neuropathy: Distribution of ligand tracer and TNF receptors. J Neuroimmunol 114:48-56, 2001

25. Shubayev VI, Myers RR: Anterograde TNF alpha transport from rat dorsal root ganglion to spinal cord and injured sciatic nerve. Neurosci Lett 320:99-101, 2002

26. Takahashi Y, Chiba T, Kurokawa M, Aoki Y: Dermatomes and the central organization of dermatomes and body sur-

face regions in the spinal cord dorsal horn in rats. J Comp Neurol 462:29-41, 2003

27. Takebayashi T, Cavanaugh JM, Cuneyt Ozaktay A, Kallakuri S, Chen C: Effect of nucleus pulposus on the neural activity of dorsal root ganglion. Spine 26:940-945, 2001

28. Tonai T, Taketani Y, Ueda N, Nishisho T, Ohmoto Y, Sakata Y, Muraguchi M, Wada K, Yamamoto S: Possible involvement of interleukin-1 in cyclooxygenase-2 induction after spinal cord injury in rats. J Neurochem 72:302-309, 1999

29. Vanegas H, Schaible HG: Prostaglandins and cyclooxygenases [correction of cycloxygenases] in the spinal cord. Prog Neurobiol 64:327-363, 2001

30. Wagner R, Myers RR: Schwann cells produce TNF-alpha:

Expression in injured and non-injured nerves. Neuroscience 73:625-629, 1996

31. Watkins LR, Maier SF: Beyond neurons: Evidence that immune and glial cells contribute to pathological pain states. Physiol Rev 82:981-1011, 2002

32. Yabuki S, Onda A, Kikuchi S, Myers RR: Prevention of compartment syndrome in dorsal root ganglia caused by exposure to nucleus pulposus. Spine 26:870-875, 2001

33. Yang LC, Marsala M, Yaksh TL: Characterization of time course of spinal amino acids, citrulline and PGE2 release after carrageenan/kaolin-induced knee joint inflammation: A chronic microdialysis study. Pain 67:345-354, 1996