# Plaintiffs' Response re FOSSLIEN

# Footnote 17 of 28



Available online at www.sciencedirect.com

SCIENCE ⬤ DIRECT·

Biochemical Pharmacology 68 (2004) 341–350

**Biochemical Pharmacology**

www.elsevier.com/locate/biochempharm

# Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells

Ellen Niederberger[*], Christine Manderscheid, Sabine Grösch,
Helmut Schmidt, Corina Ehnert, Gerd Geisslinger

*pharmazentrum frankfurt, Klinikum der Johann Wolfgang Goethe-Universität Frankfurt, Theodor Stern Kai 7, 60590 Frankfurt am Main, Germany*

Received 8 January 2004; accepted 30 March 2004

## Abstract

Rheumatoid arthritis (RA) is associated with a reduced life expectancy considered to be partly caused by cardiovascular events. A growing concern is that accelerated atherosclerosis is driven by inflammatory mechanisms similar to those responsible for RA. Therefore, selective COX-2 inhibitors, which are widely used for the symptomatic treatment of pain and inflammation in RA, may have an impact on atherosclerotic processes. Their anti-inflammatory properties might provoke anti-atherogenic effects but on the other hand, selective inhibition of anti-thrombotic prostacyclin and COX-2 independent effects might promote the risk of increased prothrombotic activity.

In the current study, the effects of the presently marketed selective COX-2 inhibitors celecoxib and rofecoxib on vascular cells have been investigated. Celecoxib inhibited the proliferation of human umbilical vein endothelial cells (HUVECs) in a concentration-dependent manner. At high concentrations, it induced apoptosis and the modulation of inhibitory cell cycle proteins. In contrast rofecoxib—even at high concentrations—had no effect on cell proliferation, apoptosis or cell cycle distribution indicating that celecoxib and rofecoxib do not affect the same signal transduction pathways in endothelial cells. Both drugs did not affect apoptosis induction or cell cycle proliferation in human vascular smooth muscle cells. The observed effects on endothelial cells appear to be COX-independent since both drugs selectively inhibited COX-2-activity and the applied concentrations lay beyond the $IC_{50}$ for inhibition of prostacyclin production. Regarding endothelial apoptosis as a relevant event in the initiation and progression of atherosclerosis the present data put forward the hypothesis that the presently marketed COX-2 inhibitors have a different impact on atherosclerotic processes.
© 2004 Elsevier Inc. All rights reserved.

*Keywords:* Atherosclerosis; Apoptosis; Endothelial cells; Inflammation; Cyclooxygenase; Vascular smooth muscle cells

## 1. Introduction

Patients with rheumatoid arthritis (RA) have a reduced life expectancy compared with the general population. Cardiovascular death is considered to be the leading cause of mortality in patients with RA and seems to be responsible for about 50% of deaths in this patient group. Moreover, age-specific cardiovascular mortality in persons with RA occurs about four-fold in excess of what would be expected in persons without RA [1].

There is a growing concern and indeed evidence showing that the premature mortality due to the cardiovascular disease is caused by accelerated atherosclerosis promoted by inflammatory mechanisms similar to those responsible for the development of RA. Patients exhibit increased concentrations of inflammatory cytokines and cell adhesion factors as well as high concentrations of lipids and these may influence the initiation of atherosclerosis and the formation of atherosclerotic plaques [4–6].

Non-steroidal anti-inflammatory drugs (NSAIDs) are widely used for the treatment of pain and inflammation in rheumatoid arthritis. The analgesic and anti-inflammatory effects and also partly the chemopreventive effects of these agents are attributable to the inhibition of cyclooxygenase (COX) enzymes, which convert arachidonic acid to prostaglandins. Two isoforms of cyclooxygenases are

*Abbreviations:* NSAID, non-steroidal anti-inflammatory drugs; COX, cyclooxygenase; HUVEC, human umbilical vein endothelial cells; VSMC, vascular smooth muscle cells

[*] Corresponding author. Tel.: +49-69-6301-7616; fax: +49-69-6301-7617.
*E-mail address:* e.niederberger@em.uni-frankfurt.de (E. Niederberger).

0006-2952/$ – see front matter © 2004 Elsevier Inc. All rights reserved.
doi:10.1016/j.bcp.2004.03.029

342                          E. Niederberger et al. / Biochemical Pharmacology 68 (2004) 341–350

known, one of which, COX-1, is expressed constitutively in most tissues and is mainly responsible for the basal physiological production of prostaglandins and the other, COX-2, is rapidly induced at sites of inflammation [7]. The non-selective NSAID aspirin has been reported to inhibit vascular smooth muscle cell proliferation (a marker of atherosclerosis) by arresting the cell cycle in the $G_1$-phase at high doses [8] and to attenuate atherosclerosis in Apo $E^{-/-}$ mice [9]. On the other hand, the clinical use of classical NSAIDs is often limited by side-effects such as gastrointestinal ulcers thought to result from COX-1-inhibition. Therefore, COX-2-selective inhibitors which exhibit a reduced rate of gastrointestinal side-effects have been developed and are now preferentially used for the long-term treatment of RA. Celecoxib and rofecoxib are COX-2-selective drugs approved by the FDA for the treatment of arthritis (osteoarthritis and rheumatoid arthritis for celecoxib, osteoarthritis for rofecoxib) and acute pain. Interestingly, the VIGOR [10] study suggested an increased risk of cardiovascular events [11] for rofecoxib but this finding has prompted considerable controversy. The selective inhibition of COX-2 diminishes the production of vasodilatory prostacyclin, whereas the COX-1-generated production of thromboxane remains unaffected. The resulting imbalance between pro- and anti-thrombotic factors might constitute a cardiovascular risk [2,12]. Recent studies have shown that COX-2 is expressed by endothelial cells, smooth muscle cells and macrophages in human atherosclerotic lesions [13,14]. It thus might be expected that COX-2-selective inhibitors would have beneficial effects on these lesions.

There is currently no evidence indicating that long-term treatment with COX-2-selective NSAIDs causes pro- or anti-atherogenic effects in RA patients. Since endothelial cell injury and turnover as well as proliferation of vascular smooth muscle cells are key factors in the pathogenesis of atherosclerosis [15,16], in the present study, we have investigated the effects of the selective COX-2 inhibitors, celecoxib and rofecoxib, on human vascular cells. Their effects on such cells may reflect a possible role in the initiation and progression of atherosclerosis.

## 2. Materials and methods

### 2.1. Cell culture

Human umbilical vein endothelial cells (HUVECs) were obtained from Cell Systems/Clonetics and cultured in endothelial growth medium (EGM) supplemented with 1% penicillin/streptomycin, 2% fetal calf serum, hydrocortisone, hEGF, hFGF, VEGF, R3-IGF-1, ascorbic acid, GA-1000 and heparin (Cell Systems/Clonetics). For cell culture experiments passages 2–4· have been used. Human vascular smooth muscle cells (hVSMC) were purchased from ATCC and cultured in Ham's F12

medium (F12K) with the supplements recommended by ATCC.

### 2.2. Drugs

Celecoxib and rofecoxib were synthesized by WISTA. Their identity and purity was checked by MS- and $^1H$NMR and was >99.5%. Both drugs were dissolved in DMSO. The DMSO concentration in the experiments was adjusted to 0.1% which has been previously assured not to damage the cells or to disturb the experimental setting.

Since the highest concentration of celecoxib, 100 μM, killed more than 90% of the cells in the proliferation assay, all further experiments with HUVEC were performed with concentrations up to 50 μM only, while rofecoxib has been used up to 100 μM.

Fura-2AM was purchased from Molecular Probes.

Caspase-inhibitors were purchased from Calbiochem. To cover a broad spectrum of caspases, we used a caspase Inhibitor III (Boc-D-FMK) which inhibits all caspases, a caspase 3-inhibitor (Z-DEVD-FMK) which inhibits caspases 3, 6, 7, 8 and 10 and a caspase 9-inhibitor (Z-LEHD-FMK) specific for caspases 4, 5 and 9.

### 2.3. Determination of celecoxib and rofecoxib concentrations

Samples for the determination of free (protein unbound) celecoxib or rofecoxib concentrations in cell culture medium were prepared according to Paulson et al. [17]. Briefly, HUVEC-medium containing 2% FCS was mixed with either 10 or 50 μM celecoxib or 50 μM or 100 μM rofecoxib, respectively and then centrifuged at $150,000 \times g$ at 37 °C for 15 h in a Sorvall Discovery 90 SE ultracentrifuge (Kendro Laboratory Products) to separate protein-bound from -unbound drug. The supernatant was diluted 1:100 in acetonitrile/$H_2O$/ammonia solution 25% (50:50:0.1).

Drug concentrations were measured with liquid chromatography tandem mass spectrometry (LC/MS–MS) as described previously [18].

### 2.4. Cell proliferation assay

For the sulforhodamin B assay, cells were seeded in 24-well plates (3000 per well) and cultured overnight prior to incubation. The cells were then incubated 24 h with various concentrations of celecoxib and rofecoxib (each concentration in quadruplicate). At the end of the incubation period, the cells were fixed with 5% trichloroacetic acid (TCA) for 1 h at 4 °C. The supernatant was discarded; the plates were washed three times with $H_2O$ and then dried overnight. Staining of cell proteins was performed for 30 min at RT with sulforhodamine B (SRB) at a concentration of 0.1% in 1% acetic acid. The plates were washed three times with 1% acetic acid and then dried again overnight. SRB was dissolved in 10 mM Tris, pH 10.5,

E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350

343

and the stained supernatant measured photometrically at 570 nm.

## 2.5. Detection of thromboxane and prostacyclin concentrations

Thromboxane $B_2$ (the stable breakdown product of thromboxane $A_2$) and 6-keto-$PGF_{1\alpha}$—(the hydrolysis product of prostacyclin) concentrations in the supernatants of the cell culture were determined using commercially available ELISA kits (Biotrend Chemicals) according to the manufacturer's protocol. Cells incubated with IL-1β [1 nM] for 24 h served as positive control.

## 2.6. Detection of cell cycle distribution and apoptosis using flow cytometry

Synchronization of the cell cycle was achieved by starving HUVEC ($5 \times 10^5$) for 24 h and VSMC for 48 h in FCS-free medium at 37 °C with 5% $CO_2$. Cells were then treated for 24 h in medium containing 2% FCS with various concentrations of celecoxib (1, 10, 50 μM) or rofecoxib (10, 50, 100 μM). VSMCs were simultaneously stimulated with PDGF (4 ng/ml). Cells were harvested by trypsinization, washed twice with PBS, fixed with ethanol, incubated for 5 min with 0.125% Triton X-100, and stained with propidium iodide (20 μg/ml) in PBS containing 0.2 mg/ml RNAse A. Stained cells were analyzed by flow cytometry (Beckton Dickinson). For each sample, cells were analyzed until 5000 cells had been counted in a predefined G1-gate. The cell cycle distribution (percentage of cells in the G0/G1, S, and G2/M phase) was assessed using WinMDI 2.8 software (http://facs.scripps.edu/software.html). The percentage of apoptotic cells was obtained by calculating the percentage of cells in the sub-G1 phase.

## 2.7. Ratiometric digital imaging of $[Ca^{2+}]_i$

HUVEC were seeded on round (25 mm) glass coverslips at a density of 1000 cells/coverslip and cultured overnight in complete EGM-medium. Before each $Ca^{2+}$-measurement, the cells were loaded with 1 μM Fura-2AM in cell culture medium for 1 h at 37 °C. Coverslips were then placed in a chamber and washed with physiological buffer (140 mM NaCl, 5 mM KCl, 0.4 mM MgSO4, 0.5 mM MgCl2, 4.3 mM HPO4, 0.4 mM KH2PO4, 1 mM CaCl2, 5.5 mM Glucose (for $Ca^{2+}$-free buffer add 2 mM EGTA instead of CaCl2)) for 15 min. Experiments were monitored with an upright microscope (Zeiss) equipped with a 40× water-immersion objective CCD camera (Imago, Till Photonics). Capture and analysis was performed with TillVision software (Till Photonics). The fluorescence of the Fura-2AM was excited alternatively at wavelengths of 340 nm ($F_{340}$) and 380 nm ($F_{380}$) and images of the emitted light were aquired every 2 s at 510 nm. Fluorescence was monitored 2 min prior to celecoxib treatment

to get a basal emission level of intracellular calcium. Celecoxib perfusion was then started and the cells were observed for 2 min. For analysis, the ratio between the average fluorescence at 340 and 380 nm after background fluorescence substraction has been calculated.

## 2.8. Western blot analysis

Cells were seeded in 10 cm diameter dishes at a density $1 \times 10^6$. After 24 h cells were starved for further 24 h in medium without FCS and then incubated for 24 h with various concentrations of celecoxib and rofecoxib as mentioned above. Preparation of protein extracts and Western blot analysis were performed as described previously [19].

## 2.9. Statistics

Data are pesented as mean ± S.D. Statistical evaluation was done with SPSS 9.02 for Windows. Univariate analysis of variance, with subsequent $t$-tests employing a Bonferroni α-correction for multiple comparisons and α set at 0.05, was used for statistical comparisons. $IC_{50}$ values were calculated by linear regression.

## 3. Results

### 3.1. Determination of drug protein binding

A LC/MS–MS-method was used to determine celecoxib and rofecoxib protein binding in serum-containing medium. The results showed that an average of 40% of the applied



Fig. 1. Sulforhodamin B cell proliferation assay. HUVEC were incubated for 24 h with or without celecoxib or rofecoxib. Subsequently, cells were fixed with TCA and the cellular proteins stained with sulforhodamin B and the absorption was measured at 570 nm. The figure shows the relative proliferation rate as compared to the untreated control which has been set as 100%. Data present mean ± S.D. from at least three independent experiments (*** statistically significant mean difference, $P < 0.001$).

*E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350*

celecoxib remained unbound while 60% is bound to the proteins in the medium. In contrast, rofecoxib showed only about 10% protein binding indicating that 90% of the drug remains unbound in the medium.

### 3.2. Effects of celecoxib and rofecoxib on cell proliferation

Sulforhodamin B proliferation experiments were performed to determine the proliferation rate of HUVEC with and without the addition of celecoxib and rofecoxib. As shown in Fig. 1, 24 h incubation with celecoxib caused a concentration-dependent reduction of cell proliferation as compared to untreated control cells with a calculated $IC_{50}$ value of $10.6 \pm 6.3$ $\mu$M. There were significant differences between celecoxib-treated and untreated control cells at all celecoxib concentrations used. In contrast, rofecoxib applied for 24 h had no marked effects even up to a concentration of 100 $\mu$M.

Since the highest concentration of celecoxib, 100 $\mu$M, killed more than 90% of the cells in culture, all further

experiments with HUVEC were performed with concentrations up to 50 $\mu$M only.

In VSMC, rofecoxib again showed no effect on cell proliferation. Celecoxib only slightly inhibited VSMC proliferation even at a concentration of 100 $\mu$M after incubation for 48 h (data not shown).

### 3.3. Effects of celecoxib and rofecoxib on thromboxane and prostacyclin production in HUVEC

To investigate the COX-dependent and -independent actions as well as the COX-1/COX-2 specificity of micromolar concentrations of celecoxib and rofecoxib, respectively we measured the release of 6-keto-PGF$_{1\alpha}$ (COX-2 product) and thromboxane $B_2$ (COX-1 product) in HUVEC. In non-stimulated cells, only COX-1 is expressed constitutively whereas COX-2 is not detectable. COX-2 expression can be induced by treating the cells with IL-1$\beta$ (Fig. 2A). Regarding the thromboxane $B_2$ measurement, there were no significant differences between the individual samples. As shown in Fig. 2C, thromboxane $B_2$ release





Fig. 2. (A) Western blot analysis of COX-1 and COX-2 protein expression in HUVEC. (B) Release of 6-keto-PGF$_{1\alpha}$ in the supernatant of HUVEC for determination of the $IC_{50}$ values for celecoxib and rofecoxib, respectively (low concentrations have been used) after stimulation of the prostacyclin release with IL-1$\beta$. (C) Release of thromboxane $B_2$ and 6-keto-PGF$_{1\alpha}$ in the supernatant of HUVEC. Cells were incubated for 24 h either with IL-1$\beta$, celecoxib or rofecoxib or with a combination of IL-1$\beta$ together with celecoxib or rofecoxib, respectively ($^{***}$ statistically significant mean difference, $P < 0.001$).

E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350

345

was unaffected by IL-1β and treatment with celecoxib or rofecoxib, indicating that the COX-1 activity is not influenced by the COX-2 selective inhibitors even when applied at rather high concentrations. With respect to prostacyclin production only the IL-1β treated control showed a significant increase in 6-keto-PGF$_{1\alpha}$ production. When compared to untreated control cells, cells treated with a combination of IL-1β and celecoxib or rofecoxib showed no increase in 6-keto-PGF$_{1\alpha}$ release, indicating complete inhibition of COX-2 even at the lowest concentrations tested (Fig. 2C). IC$_{50}$ values for the inhibition of IL-1β stimulated 6-keto-PGF$_{1\alpha}$ release were calculated as $3.3 \pm 1.5$ and $5.5 \pm 2.9$ nM for celecoxib and rofecoxib, respectively (Fig. 2B).

### 3.4. Effects on cell cycle progression

Cell cycle distribution was investigated by determining the phase-specific DNA content using flow cytometry (Fig. 3). Treatment of HUVEC with celecoxib caused a concentration-dependent accumulation of cells in the sub-G$_1$ phase indicating induction of apoptosis. Incubation with 50 μM celecoxib for 24 h caused a significant increase of cells in the subG$_1$-phase whereas the number of cells in the G$_1$-phase was significantly decreased (Fig. 4A). This effect was even more pronounced at celecoxib concentrations of 100 μM although at this concentration the cell number was considerably reduced (data not shown).

In contrast, rofecoxib showed no effect on cell cycle progression or induction of apoptosis even at concentrations up to 100 μM (Fig. 4B).

Incubation of VSMC with celecoxib or rofecoxib, respectively, also did not result in a cell cycle shift or apoptosis induction as measured by FACS analysis (Fig. 4C and D) and Western blot with poly-ADP ribose polymerase (PARP) protein (data not shown).

### 3.5. Induction of apoptosis by celecoxib in HUVEC

Referring to FACS analysis the pathway of celecoxib-induced apoptosis in HUVEC was assessed. At first we investigated the cleavage of poly-ADP ribose polymerase



Fig. 3. FACS analysis. HUVEC and VSMCs were starved for 24 and 48 h, respectively for synchronisation and then incubated with celecoxib or rofecoxib for further 24 h. VSMC were simultaneously stimulated with PDGF (4 ng/ml). Cells were then harvested and stained with propidiumiodide for FACS analysis. Five thousand cells were counted in the G$_1$-phase. (A) HUVEC incubated with celecoxib; (B) VSMC incubated with PDGF and celecoxib; (C) HUVEC incubated with rofecoxib; (D) VSMC incubated with PDGF and rofecoxib.

346

E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350



Fig. 4. Cell cycle analysis. FACS data have been analysed and the cell cycle distribution of celecoxib and rofecoxib treated HUVEC (A and B) or VSMC (C and D) calculated and compared to untreated control cells. Data indicate mean ± S.D. of three independent experiments (*** statistically significant mean difference, $P < 0.001$).

by Western blot analysis. PARP is a 112 kDa protein which is cleaved specifically into 85 and 29 kDa fragment by the activation of caspases, an early event in the induction of apoptosis. The PARP antibody used recognizes only the 112 kDa protein and the large fragment of 85 kDa. The cleavage of PARP induced after 24 h incubation with 50 μM celecoxib is clearly shown in Fig. 5A.

Since $Ca^{2+}$ plays a central role in apoptosis induction and in the activation of several caspases, we further investigated the effects of celecoxib on $Ca^{2+}$ homeostasis in HUVEC. Celecoxib induced an increase of the intracellular $Ca^{2+}$-concentration which could be observed with $Ca^{2+}$-containing as well as $Ca^{2+}$-free buffer indicating the release of calcium from intracellular stores (Fig. 5B).

FACS analysis of HUVEC showed an inhibition of apoptosis induction by 50 μM celecoxib if a broad spectra caspase inhibitor (Boc-D-FMK, 25 μM) or a caspase 3-inhibitor (Z-DEVD-FMK, 25 μM) had been added to the cell culture plate for 24 h. Addition of a caspase 9 inhibitor (Z-LEHD-FMK, 25 μM) had no effect on celecoxib-induced apoptosis (Fig. 5C).

### 3.6. Expression of cell cycle-related proteins

The effects of celecoxib and rofecoxib on cell cycle-related proteins in HUVEC have been investigated using Western blot analysis (Fig. 6).

The inhibitory cell cycle proteins p21 and p53 were upregulated in the presence of 10 μM celecoxib but down-regulated at 50 μM. p27 was upregulated at both, 10 and 50 μM celecoxib. Rofecoxib-treated cells showed no detectable change in the expression of p53 and a slight upregulation of the inhibitory proteins p21 and p27 after 50 and 100 μM rofecoxib as compared to untreated control cells.

## 4. Discussion

The effect of long-term treatment of RA patients with NSAIDs on the development and progression of atherosclerosis is not well established. Since it is becoming increasingly accepted that atherosclerosis is an inflammatory disease, there may be benefits in the administration of

Case 2:05-md-01657-EEF-DEK   Document 5718-12   Filed 06/27/06   Page 8 of 25



Fig. 5. (A) PARP cleavage as indication for apoptosis induction in HUVEC after incubation with celecoxib which was indicated by the sub-$G_1$ peak of the cell cycle analysis. (B) $[Ca^{2+}]_i$ increase in HUVEC after addition of celecoxib [50 μM]; upper panel: two representative cells which showed an increase in $[Ca^{2+}]_i$ when celecoxib was added. $[Ca^{2+}]_i$ returned to baseline when celecoxib was washed out; lower panel: statistical analysis showing the fluorescence ratio of cells (n = number of cells measured) incubated with celecoxib as compared to the baseline fluorescence ratio (P < 0.001). Results from three independent incubations. (C) Apoptotic cells (sub-G1) observed by FACS analysis of HUVEC after 24 h incubation with or without celecoxib [50 μM] and specific caspase inhibitors (CI III = Boc-D-FMK; C3I = Z-DEVD-FMK; C9I = Z-LEHD-FMK) (25 μM each). Data indicate mean ± S.D. of three independent experiments (*** statistically significant mean difference, P < 0.001; * statistically significant mean difference P < 0.05).

anti-inflammatory drugs. Several reports indicate an improvement in atherosclerotic disease after treatment of atherosclerotic mice with indomethacin, aspirin or sulindac which inhibited neointimal formation after arterial injury [9,20,21]. There is also evidence that COX-2-selective inhibitors, which are increasingly used for the long-term treatment of RA patients because of their lower gastrointestinal toxicity, reduce the formation of atherosclerotic lesions. Rofecoxib has already been shown to significantly reduce atherosclerosis in LDL-R$^{-/-}$ mice and those mice which also carried the COX-2$^{-/-}$ phenotype developed significantly less atherosclerosis than COX-2$^{+/+}$ mice [22]. Recently, celecoxib has been shown to improve endothelium-dependent vasodilation and to lower C-reactive protein as well as oxidized LDL concentrations in a clinical setting [23]. Hence, these advantageous effects of COX-2-selective drugs may be attributable to inhibition of the COX-2 enzyme which is known to be upregulated in atherosclerosis and thereby by reducing inflammatory responses at the atherosclerotic plaque. On the other hand there are data—although highly controversial—indicating that COX-2 selective inhibitors are associated with an increased risk of cardiovascular events which may be partially linked to an imbalance in pro- and anti-thrombotic factors such as prostacyclin and thromboxane (for review see [11,24]).

Development of atherosclerosis is a complex process involving various cell types such as vascular smooth muscle cells, macrophages and endothelial cells. Injury of the vascular endothelium is a critical event in the initiation of atherosclerosis [25]. Moreover, in addition to the association of endothelial cell apoptosis with the formation of atherosclerotic lesions, it may also be involved in disease progression involving plaque erosion and thrombus formation leading to vessel occlusion and myocardial infarction.

*E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350*



Fig. 6. (A) Western blot analysis of cell cycle-related proteins in HUVEC after 24 h treatment with celecoxib or rofecoxib, respectively. Representative result of three independent experiments. (B) Densitometrical analysis of the Western blots. Data indicate mean ± S.D. of three independent experiments (*** statistically significant mean difference, $P < 0.001$; * statistically significant mean difference $P < 0.05$).

In the current study, we investigated the effects of the presently marketed COX-2 selective inhibitors celecoxib and rofecoxib on human vascular endothelial cells and found that celecoxib: (i) inhibited cell proliferation; (ii) induced apoptosis in the $G_1$-phase of the cell cycle; and (iii) at sub-apoptotic concentrations, increased the expression of inhibitory proteins during the $G_1$-phase of the cell-cycle. In contrast, rofecoxib showed no effect on cell proliferation and cell-cycle progression even at higher concentrations. The inhibition of cell proliferation at sub-apoptotic concentrations of celecoxib might be due to upregulation of cell cycle inhibiting proteins. However, the FACS analysis showed no $G_1$-block of the cell cycle at these concentrations indicating only a weak effect. At higher concentrations, the inhibition of proliferation and the downregulation of cell cycle-related proteins p21 and p53 can be ascribed to the massive induction of apoptosis. The mechanism of apoptosis induction involves a rapid

increase in intracellular $Ca^{2+}$-concentrations and the activation of caspase 3. Similar results with celecoxib have already been shown in rheumatoid synovial fibroblasts [26] and colon adenocarcinoma cells [27].

COX-2 is not or only marginally expressed in non-stimulated HUVEC. After incubation with IL-1β however, COX-2 was upregulated, and the increased prostacyclin production associated with this was completely inhibited by both celecoxib and rofecoxib at all concentrations tested. Thus, it can be assumed that the observed effects of celecoxib and rofecoxib on vascular cells are independent from COX-2-inhibition. Since thromboxane $B_2$ levels are unchanged, it can also be assumed that celecoxib and rofecoxib at the concentrations used do not affect COX-1 activity. COX-independent mechanisms of COX-inhibitors have already been postulated in several studies involving inhibition of proliferation, induction of apoptosis and effects on transcription factors and cellular kinases

E. Niederberger et al./Biochemical Pharmacology 68 (2004) 341–350

(for review see [28]). Regarding the relatively high concentrations of celecoxib used, it may be argued that the observed in vitro effects may not be of clinical relevance because these concentrations are not reached in vivo. This may hold true when arthritis patients are treated with the recommended dose of $1 \times 200$ to $2 \times 200$ mg celecoxib per day. Recently, however it has been shown that celecoxib reduced polyp growth in patients with familial adenomatous polyposis (FAP) at doses of 800 mg per day while lower doses had no significant effect in this particular study, suggesting that higher celecoxib concentrations are required for apoptotic and thereby protective effects [29]. Maximal celecoxib concentrations reached in these patients are ~8 µM [30] which is in the range of the $IC_{50}$ value in our proliferation and inhibitory cell cycle assays. Thus, it seems possible that there are no remarkable COX-2-independent effects on vascular cells in RA patients after intake of the recommended anti-inflammatory doses of 100–200 mg b.i.d. but in cases where higher doses of celecoxib are used e.g. in patients who suffer from FAP there might be an impact of celecoxib on vascular endothelium function. Moreover, higher celecoxib concentrations are seen in patients with impaired function or deficiency in $CYP2C9$, the major enzyme for celecoxib metabolism. Interestingly, there are observations suggesting that especially patients with cardiovascular diseases show an enhanced incidence of alterations in CYP expression and activity [31]. Lastly, RA patients are chronically treated with the approved doses of celecoxib resulting in moderate plasma concentrations and long-term exposure of vascular cells, and the biological effects of this are not defined at this time. By contrast, in our experiments HUVECs are exposed with higher concentrations but only for hours. Thus, the "concentration over time" product may be comparable in both situations. Nevertheless, cell culture experiments can only reflect an acute model indicating that the in vivo effects remain to be evaluated in both animal and clinical studies.

Previous experiments in our laboratory on the COX-independent effects of celecoxib and rofecoxib using macrophages also showed that the two drugs used have opposite effects. Whereas celecoxib activated the transcription factor NF-κB at high concentrations, and thus lost its anti-inflammatory activity in vivo at high doses, rofecoxib inhibited NF-κB and activated AP-1 resulting in an enhanced anti-inflammatory activity [19,32]. The activation of pro-inflammatory transcription factors in macrophages might also be a risk factor in the development of atherosclerosis since release of inflammatory markers exacerbates the progression of the disease.

Another key event in atherosclerosis progression is the proliferation of vascular smooth muscle cells [16]. Investigations with vascular smooth muscle cells showed no significant effects of both drugs, celecoxib and rofecoxib, on cell cycle progression indicating that the proliferation of these cells is not affected by these COX-2 inhibitors and

that HUVECs and VSMCs are differentially sensitive to these agents.

Taken together, our results show that the COX-2-selective drugs celecoxib and rofecoxib have different effects on human umbilical vein endothelial cells while vascular smooth muscle cells are not affected by both drugs. In our study, high celecoxib concentrations impaired endothelial cell homeostasis whereas rofecoxib did not influence proliferation and the induction of apoptosis in HUVEC. Nevertheless, the question if apoptosis of endothelial cells is indeed a proatherogenic event or if it possibly even protects the endothelium from serious damage is still open.

Therefore, animal experiments, clinical trials as well as long-term clinical outcome studies with both selective COX-2 inhibitors are mandatory to ultimately determine whether this differential effect occurs in clinical use.

## Acknowledgments

The authors would like to thank B.G. Woodcock for critically reading the manuscript and helpful discussion. This study was supported by a grant of the Heinrich und Fritz Riese-Stiftung of the Klinikum der Johann Wolfgang Goethe-Universität Frankfurt to Ellen Niederberger and in part by the Deutsche Forschungsgemeinschaft (DFG GR 2011/1-1).

## References

[1] del Rincon ID, Williams K, Stern MP, Freeman GL, Escalante A. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001; 44(12):2737–45.

[2] Van Doornum S, McColl G, Wicks IP. Accelerated atherosclerosis: an extraarticular feature of rheumatoid arthritis? Arthritis Rheum 2002; 46(4):862–73.

[3] Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999;26(12):2562–71.

[4] Pasceri V, Yeh ET. A tale of two diseases: atherosclerosis and rheumatoid arthritis. Circulation 1999;100(21):2124–6.

[5] Goodson N. Coronary artery disease and rheumatoid arthritis. Curr Opin Rheumatol 2002;142(2):115–20.

[6] DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002;89(6A):33D–8D.

[7] Vane J. Towards a better aspirin. Nature 1994;367(6460):215–6.

[8] Marra DE, Simoncini T, Liao JK. Inhibition of vascular smooth muscle cell proliferation by sodium salicylate mediated by upregulation of p21(Waf1) and p27(Kip1). Circulation 2000;102(17):2124–30.

[9] Paul A, Calleja L, Camps J, Osada J, Vilella E, Ferre N, et al. The continuous administration of aspirin attenuates atherosclerosis in apolipoprotein E-deficient mice. Life Sci 2000;68(4):457–65.

[10] Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000;343(21):1520–8 [2 p following 1528].

[11] Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286(8):954–9.

*E. Niederberger et al. / Biochemical Pharmacology 68 (2004) 341–350*

[12] McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;96(1):272–7.

[13] Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000;20(2):146–52.

[14] Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155(4):1281–91.

[15] Caplan BA, Schwartz CJ. Increased endothelial cell turnover in areas of in vivo Evans Blue uptake in the pig aorta. Atherosclerosis 1973; 17(3):401–17.

[16] Braun-Dullaeus RC, Mann MJ, Dzau VJ. Cell cycle progression: new therapeutic target for vascular proliferative disease. Circulation 1998;98(1):82–9.

[17] Paulson SK, Kaprak TA, Gresk CJ, Fast DM, Baratta MT, Burton EG, et al. Plasma protein binding of celecoxib in mice rat rabbit dog and human. Biopharm Drug Dispos 1999;20(6):293–9.

[18] Brautigam L, Vetter G, Tegeder I, Heinkele G, Geisslinger G. Determination of celecoxib in human plasma and rat microdialysis samples by liquid chromatography tandem mass spectrometry. J Chromatogr B Biomed Sci Appl 2001;761(2):203–12.

[19] Niederberger E, Tegeder I, Vetter G, Schmidtko A, Schmidt H, Euchenhofer C, et al. Celecoxib loses its anti-inflammatory efficacy at high doses through activation of NF-kappaB. FASEB J 2001;15(9): 1622–4.

[20] Reis ED, Roque M, Dansky H, Fallon JT, Badimon JJ, Cordon-Cardo C, et al. Sulindac inhibits neointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice. Proc Natl Acad Sci USA 2000;97(23):12764–9.

[21] Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci USA 2001;98(6):3358–63.

[22] Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002;105(15): 1816–23.

[23] Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003;107(3):405–9.

[24] FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol 2002;89(6A):26D–32D.

[25] Ross R. Atherosclerosis is an inflammatory disease. Am Heart J 1999;138(5 Pt 2):S419–20.

[26] Kusunoki N, Yamazaki R, Kawai S. Induction of apoptosis in rheumatoid synovial fibroblasts by celecoxib but not by other selective cyclooxygenase 2 inhibitors. Arthritis Rheum 2002;46(12):3159–67.

[27] Yamazaki R, Kusunoki N, Matsuzaki T, Hashimoto S, Kawai S. Selective cyclooxygenase-2 inhibitors show a differential ability to inhibit proliferation and induce apoptosis of colon adenocarcinoma cells. FEBS Lett 2002;531(2):278–84.

[28] Tegeder I, Pfeilschifter J, Geisslinger G. Cyclooxygenase-independent actions of cyclooxygenase inhibitors. FASEB J 2001;15(12):2057–72.

[29] Steinbach G, Lynch PM, Phillips RK, Wallace MH, Hawk E, Gordon GB, et al. The effect of celecoxib a cyclooxygenase-2 inhibitor in familial adenomatous polyposis. N Engl J Med 2000;342(26): 1946–52.

[30] Davies NM, McLachlan AJ, Day RO, Williams KM. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2000;38(3):225–42 [Order].

[31] Fleming I. Cytochrome p450 and vascular homeostasis. Circ Res 2001;89(9):753–62 [Order].

[32] Niederberger E, Tegeder I, Schafer C, Seegel M, Grosch S, Geisslinger G. Opposite effects of rofecoxib on nuclear factor-kappaB and activating protein-1 activation. J Pharmacol Exp Ther 2003;304(3): 1153–60.

# Plaintiffs' Response re FOSSLIEN

# Footnote 18 of 28

80

context of serious, life-threatening cardiovascular complications. Certainly there are many facts that we are not privy to, such as the direct communication between the FDA and Merck, but all the facts can and should be scrutinized closely in a Congressional review in order to avert such a catastrophe in the future.

From the Cleveland Clinic Foundation, Cleveland.

1. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
2. Mukherjee DM, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286:954-9.
3. Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004;364:639-40.

# Coxibs and Cardiovascular Disease

Garret A. FitzGerald, M.D.

The coxibs are a subclass of nonsteroidal anti-inflammatory drugs (NSAIDs) designed to inhibit selectively cyclooxygenase-2 (COX-2).[1] Their development was based on the hypothesis that COX-2 was the source of prostaglandins $E_2$ and $I_2$, which mediate inflammation, and that cyclooxygenase-1 (COX-1) was the source of the same prostaglandins in gastric epithelium, where they afford cytoprotection. Three coxibs — celecoxib, rofecoxib, and valdecoxib — have been approved for use by the Food and Drug Administration (FDA); a fourth, etoricoxib, has been approved by the European regulatory authority, and it and a fifth, lumiracoxib, are currently under consideration for FDA approval.

Coxibs have been aggressively marketed directly to consumers in the United States and have rapidly dominated the prescription-drug market for NSAIDs, accounting for worldwide sales of roughly $10 billion. Rofecoxib has now been withdrawn from the market by Merck, following the premature cessation, by the data and safety monitoring board, of the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which was designed to determine the drug's effect on benign sporadic colonic adenomas. This action was taken because of a significant increase by a factor of 3.9 in the incidence of serious thromboembolic adverse events in the group receiving 25 mg of rofecoxib per day as compared with the placebo group. Blood pressure was elevated in patients in the rofecoxib group early in the course of the study, but the incidence of myocardial infarction and thrombotic stroke in the two groups began to diverge progressively after a year or more of treatment.

Coincident with the approval of rofecoxib and celecoxib in 1999, my colleagues and I reported that both drugs suppressed the formation of prostaglandin $I_2$ in healthy volunteers.[2] Prostaglandin $I_2$ had previously been shown to be the predominant cyclooxygenase product in endothelium, inhibiting platelet aggregation, causing vasodilatation, and preventing the proliferation of vascular smooth-muscle cells in vitro. However, it was assumed that prostaglandin $I_2$ was derived mainly from COX-1, the only cyclooxygenase species expressed constitutively in endothelial cells. This assumption later proved incorrect, since studies in mice and humans showed that COX-2 was the dominant source. The individual cardiovascular effects of prostaglandin $I_2$ in vitro contrast with those of thromboxane $A_2$, the major COX-1 product of platelets, which causes platelet aggregation, vasoconstriction, and vascular proliferation.

Whereas aspirin and traditional NSAIDs inhibit both thromboxane $A_2$ and prostaglandin $I_2$, the coxibs leave thromboxane $A_2$ generation unaffected, reflecting the absence of COX-2 in platelets. Increasing laminar shear stress in vitro increases the expression of the gene for COX-2, leading our group to suggest that COX-2 might be hemodynamically induced in endothelial cells in vivo. If so, suppression of the COX-2–dependent formation of prostaglandin $I_2$ by the coxibs might predispose patients to myocardial infarction or thrombotic stroke.

Thus, a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque. The higher a patient's intrin-

Downloaded from www.nejm.org on October 21, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

PERSPECTIVE

sic risk of cardiovascular disease, the more likely it would be that such a hazard would manifest itself rapidly in the form of a clinical event.

How does previous clinical experience accord with this mechanistic hypothesis? Celecoxib, rofecoxib, and valdecoxib were approved by the FDA on the basis of trials that typically lasted three to six months and in which the end point was a clinical surrogate — endoscopically visualized gastric ulceration. After the drugs were approved, the results of two studies of gastrointestinal outcomes were reported: the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial and the Celecoxib Long Term Arthritis Safety Study (CLASS) trial. In the VIGOR trial, the rate of serious gastrointestinal events among those receiving rofecoxib was half that among those receiving a traditional NSAID, naproxen — 2 percent, as compared with 4 percent. However, a significant increase by a factor of five in the incidence of myocardial infarction was observed. Although this increase was a source of concern, it was argued that the small number of events reflected the play of chance or that naproxen was actually cardioprotective. However, epidemiologic studies of possible cardioprotection afforded by naproxen have proved inconclusive.[2]

In the CLASS trial, celecoxib was compared with ibuprofen or diclofenac.[1,2] In the original report, celecoxib appeared to have a more favorable gastrointestinal-side-effect profile, and no increase in cardiovascular risk was revealed. However, this report contained only half the data (from only six months of a one-year study): when the full data set became available, it was clear that celecoxib did not differ from the traditional NSAIDs in its effect on the predefined gastrointestinal end points.[2] Indeed, the most powerful evidence supporting claims of celecoxib's superiority over traditional NSAIDs in terms of gastrointestinal effects rests on a post hoc analysis of the CLASS data for patients who did not use aspirin. However, a similar retrospective approach to the data also reveals signs of increased cardiovascular risk.[2]

The final gastrointestinal-outcome study — the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET) — was reported recently.[3,4] TARGET compared lumiracoxib with naproxen or ibuprofen. The primary end point was the incidence of serious gastrointestinal events, which was reduced significantly among patients receiving lumiracoxib. However, this difference was only observed in patients who were not taking aspi-

rin. Although the trial, much like the CLASS trial, was not powered to detect a difference in the rates of cardiovascular events in nonaspirin users, more such events occurred in the lumiracoxib group than in the other group (0.26 vs. 0.18 per 100 patient-years; hazard ratio, 1.47), although the difference was not significant.

No study of the gastrointestinal effects of valdecoxib treatment has been reported. However, in a study in patients undergoing coronary-artery bypass grafting,[2] treatment with the valdecoxib prodrug, parecoxib, was associated with a cluster of cardiovascular events, and the drug was rejected by the FDA. Although parecoxib is effective as an analgesic only when it is converted to valdecoxib in vivo, and approval of the latter drug was based on studies in patients with low cardiovascular risk, the labeling of valdecoxib does not reflect the experience with parecoxib.

Finally, a series of epidemiologic analyses have also raised questions about the cardiovascular safety of the coxibs. Although the epidemiologic approach has commonly relied on databases of prescriptions and is particularly subject to bias due to the over-the-counter consumption of NSAIDs and aspirin, these studies broadened the context of the available evidence by relating risk to the dose of rofecoxib used.[5]

Before the results of the APPROVe study were released, the scientific evidence of gastrointestinal benefit from coxibs in the VIGOR and TARGET trials appeared to outweigh the evidence of cardiovascular risk. The FDA pursued a cautious policy, labeling celecoxib and rofecoxib in ways that reflected the outcomes of the CLASS and VIGOR trials. However, the APPROVe study has shifted the burden of proof. We now have clear evidence of an increase in cardiovascular risk that revealed itself in a manner consistent with a mechanistic explanation that extends to all the coxibs. It seems to be time for the FDA urgently to adjust its guidance to patients and doctors to reflect this new reality. Only the FDA can provide unbiased and informed guidance; it has a role to play beyond watchful waiting. In the absence of such guidance, what should physicians and their patients do? Selective inhibitors of COX-2 remain a rational choice for patients at a low cardiovascular risk who have had serious gastrointestinal events, especially while taking traditional NSAIDs. It would also seem prudent to avoid coxibs in patients who have cardiovascular disease or who are at risk for it.

1710

Downloaded from www.nejm.org on October 21, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

PERSPECTIVE

The rofecoxib story also reflects poorly on the process that leads to drug approval. The rational basis for addressing the cardiovascular effects of these drugs has been clear for the past five years, yet even the most fundamental questions have not been addressed directly. Much information could have been derived from careful mechanistic studies in small numbers of patients and volunteers. However, drug companies are driven by the current requirements for drug approval to design studies such as TARGET. This most expensive and largest of the outcome studies involved exposing more than 18,000 patients to lumiracoxib for a year. It laid the foundation for the approval of another coxib, but it failed to address important questions about cardiovascular risk raised by the VIGOR trial and by mechanistic and epidemiologic studies.

Patients in the APPROVe study should continue to be followed. This will allow some estimate of how quickly the developed risk may dissipate. Given the relatively short half-lives of these compounds,[2] such a dissipation may occur rapidly. On the other hand, if treatment has accelerated atherosclerosis, the offset of risk may be more gradual. Finally, it is es-sential to determine whether the cardiovascular risk is or is not a class effect. The burden of proof now rests with those who claim that this is a problem for rofecoxib alone and does not extend to other coxibs. We must remember that the absence of evidence is not the evidence of absence.

*Dr. FitzGerald reports having received consulting fees from NiCox and Merck and research support from Merck.*

From the Institute for Translational Medicine and Therapeutics, University of Pennsylvania, Philadelphia.

1. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.
2. FitzGerald GA. COX-2 and beyond: approaches to prosta-glandin inhibition in human disease. Nat Rev Drug Discov 2003; 2:879-90.
3. Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Ar-thritis Research and Gastrointestinal Event Trial (TARGET), reduc-tion in ulcer complications: randomised controlled trial. Lancet 2004;364:665-74.
4. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Ar-thritis Research and Gastrointestinal Event Trial (TARGET), car-diovascular outcomes: randomised controlled trial. Lancet 2004; 364:675-84.
5. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

# Bankrolling Stem-Cell Research with California Dollars

Keith R. Yamamoto, Ph.D.

"The only possible source for adequate support of our medical schools and medical research is the tax-ing power of the Federal Government. Such a pro-gram must assure complete freedom for the insti-tutions and the individual scientists in developing and conducting their research work." These power-ful assertions of responsibility — public funding of research at the national level and scientific prioriti-zation by independent investigators — from U.S. Surgeon General Thomas Parran in 1945 presaged the peer-review, extramural grant-in-aid program that was established the following year within the National Institutes of Health (NIH). Of the 59 Nobel Prizes in Physiology or Medicine that have been awarded since then, 42 have included at least one scientist working with NIH funds, and today, scarce-ly a day goes by without news of a medical advance resulting from NIH-supported research.

Some believe that the Bush administration has retreated from this broad and spectacularly success-ful mandate, installing on political grounds chilling policies and crippling restraints on federal support in particular areas of biomedical research. Con-cerned about this perceived lapse, a coalition of citizens, scientists, and businesspeople will put be-fore the California voters on November 2 a $3 bil-lion bond measure to provide state funds for human embryonic stem-cell research at California's public and private academic research institutions.

Proposition 71, the California Stem Cell Research and Cures Initiative, would create the California In-stitute for Regenerative Medicine, which would al-locate, over a 10-year period, at least 90 percent of its funds as grants to academic researchers in Cali-fornia through a competitive, peer-reviewed pro-cess that mimics the approach of the NIH. Up to 10 percent of the funds would be awarded rapidly — again in a competitive, merit-based process — for the construction or development of scientific and medical research facilities where the research

Downloaded from www.nejm.org on October 21, 2004 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

# Plaintiffs' Response re FOSSLIEN

# Footnote 19 of 28

MISE AU POINT

# Inhibiteurs spécifiques de la cyclooxygénase-2 en pathologie cardiovasculaire

### Summary

#### Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology

J.J. Monsuez*

Cyclo-oxygenase catalyses the conversion of arachidonic acid and $O_2$ into prostaglandins. Its two isoenzymes, COX-1 and COX-2, have different functions. COX-1 is expressed in constituent form in most tissues where it controls the production of arachidonic acid metabolites which maintain the physiological tissue integrity. By contrast, COX-2 is only induced in response to inflammatory stimuli, resulting in the production of inflammation mediating prostaglandins. Conventional non-steroidal anti-inflammatories inhibit both enzymes in a non-specific manner. The recent development of specific COX-2 inhibitors, which retain the same anti-inflammatory efficacy but do not have the gastric side effects of conventional treatment related to COX-1 inhibition, gives them a greater safety margin.

However, coronary events are observed in patients treated with COX-2 inhibitors. This risk, seemingly confirmed at least at higher dosages, has been attributed to a disequilibrium in the balance of thromboxane A2/prostacyclin (TxA2/PGI2) which they induce. Paradoxically, COX-2 inhibitors also have several favorable effects on atheromatous plaque progression and its inflammatory component, not only in vitro but also therapeutically, including situations where platelet activation and arterial thrombosis are predominant, such as in acute coronary syndrome.

The salt retention induced by COX-2 inhibitors could also be the origin of an increase in blood pressure, and in susceptible subjects it could provoke cardiac decompensation.

These multiple cardiovascular risks tinge the safety profile of COX-2 inhibitors, especially in elderly subjects and those with multiple pathology, for whom extra surveillance is required. Arch Mal Cœur 2004 : 97 : 632-40.

### Résumé

La cyclooxygénase catalyse la conversion de l'acide arachidonique et de l'$O_2$ en prostaglandines. Ses deux isoenzymes, COX-1 et COX-2, ont des fonctions différentes. La COX-1 est exprimée de façon constitutive dans la plupart des tissus où elle contrôle la production des métabolites de l'acide arachidonique qui y maintiennent l'intégrité tissulaire physiologique. À l'inverse, la COX-2 n'est induite qu'en réponse à des stimulus inflammatoires, entraînant la production de prostaglandines médiatrices de l'inflammation. Les anti-inflammatoires non stéroïdiens (AINS) conventionnels inhibent les deux enzymes de façon non spécifique. Le développement récent d'inhibiteurs spécifiques de la COX-2, qui gardent la même efficacité anti-inflammatoire mais n'ont pas les effets secondaires gastriques du traitement conventionnel, liés à l'inhibition de la COX-1, leur a conféré une plus grande sécurité d'utilisation.

Des accidents coronaires sont cependant survenus chez des patients traités par anti-COX-2. Ce risque qui semble confirmé, au moins aux posologies élevées, a été attribué au déséquilibre de la balance thromboxane A2/prostacycline (TxA2/PGI2) qu'ils induisent. Paradoxalement, les anti-COX-2 exercent aussi plusieurs actions favorables sur l'évolution de la plaque d'athérome et sa composante inflammatoire, non seulement in vitro, mais aussi en thérapeutique, y compris dans des situations où la place de l'activation plaquettaire et la thrombose artérielle sont prépondérantes, telles que les syndromes coronaires aigus.

La rétention hydrosodée induite par les antiCOX-2 peut aussi être à l'origine d'une majoration des chiffres tensionnels et, chez le sujet exposé, favoriser la survenue d'une décompensation cardiaque.


(*) Service de médecine interne, hôpital Paul-Brousse, 14 avenue Paul-Vaillant Couturier, 94804 Villejuif Cedex.

Article reçu le 7 novembre 2003.
Article accepté le 12 janvier 2004.

This material may be protected by Copyright Law Title 17 U.S. Code. This photocopy provided by the Claude Moore Health Sciences Library of the University of Virginia.

Ces risques cardiovasculaires multiples nuancent le caractère sécuritaire de la prescription d'inhibiteurs de la COX-2, en particulier chez les sujets âgés, polypathologiques ou polymédiqués, chez lesquels une surveillance accrue est requise.
Arch Mal Cœur 2004 : 97 : 632-40.

## MÉCANISME D'ACTION

La cyclooxygénase ou prostaglandine endoperoxydase catalyse la conversion de l'acide arachidonique et de l'$O_2$ en PGH2. Ses deux isoenzymes, COX-1 et COX-2 sont encodées sur des gènes situés sur deux chromosomes différents. Toutes deux sont des protéines homodimères, glycosylées, contenant un groupement héminique. La COX-1 est exprimée de façon constitutive dans la plupart des tissus et y contrôle la production des métabolites de l'acide arachidonique qui participent au maintien de l'intégrité tissulaire physiologique. À l'inverse, la COX-2 n'est induite qu'en réponse à des stimulus inflammatoires locaux ou à un stress physiologique, entraînant la production de médiateurs eicosanoïques caractéristiques de l'inflammation. Les anti-inflammatoires non stéroïdiens (AINS) conventionnels agissent par inhibition des deux enzymes et se comportent donc en inhibiteurs non spécifiques de la cyclooxygénase. La découverte des deux isoenzymes de la COX a permis le développement d'anti-inflammatoires inhibiteurs spécifiques de la COX-2 qui, en respectant la COX-1, n'ont pas les effets secondaires tissulaires du traitement conventionnel, en particulier gastriques [1, 2].

### Spécificité

Les nouveaux concepts physiopathologiques et thérapeutiques issus de la découverte des deux isoformes de la cyclooxygénase ont amené à réviser la classification des AINS, en prenant en compte leur mécanisme et leur degré de spécificité d'action sur chacune des deux COX (tableau I).

Les COX forment une cavité protéique invaginée dans la membrane cytosolique, dans laquelle pénètre l'acide arachidonique pour y être métabolisé en PGH2. Les AINS agissent également à l'intérieur de cette poche, en s'y fixant sur un site non spécifique (commun à la COX-1 et à la COX-2) et sur un site supplémentaire, spécifique, pour les anti-COX-2. La pénétration d'un AINS donné dans la cavité protéique dépend de sa structure et de sa dimension moléculaire, mais aussi du diamètre de l'orifice de la cavité, plus étroit pour la COX-1 que la COX-2. La fixation de l'AINS sur son (COX-1) ou ses (COX-2) sites au fond de la poche la rend inaccessible à l'acide arachidonique, qui ne peut plus y être transformé en prostaglandines [3]. Ainsi, la sélectivité COX-2 est liée à deux mécanismes : diamètre orificiel de la COX, double site de fixation, dont un spécifique, pour la COX-2 [3].

Cette fixation des AINS sur les COX est réversible, à l'exception de celle de l'aspirine qui a la particularité d'entraîner une inactivation irréversible par acétylation de la sérine en position 530, à proximité du récepteur non spécifique des COX [3].

Enfin, le paracétamol, qui se distingue par son action antipyrétique et antalgique sans action anti-inflammatoire notable, a un site de fixation encore incertain, dont l'attribution à une COX-3, à prédominance cérébrale, reste discutée [4].

### Balance thrombotique

Le mode d'action différent des inhibiteurs spécifiques de la COX-2 concerne également la synthèse de prostaglandines plaquettaires et vasculaires. La COX-1 et 2 catalysent la conversion de l'acide arachidonique en thromboxane A2 (TxA2) entraînant l'agrégation plaquettaire et une vasoconstriction musculaire lisse. À l'inverse, la prostacycline ou PGI2, est un puissant

TABLEAU I – COMPARAISON DE LA SÉLECTIVITÉ DES AINS

| AINS | Demi-vie (h) | Rapport $IC_{50}$ COX-2/COX-1 |
|------|--------------|-------------------------------|
| Aspirine | 3 | 6 |
| Indométacine | 2 | 7 |
| Naproxène | 14 | 5 |
| Ibuprofène | 2 | 3 |
| Piroxicam | 45 | – 2 |
| Sulindac | 7 | – 6 |
| Diclofénac | 1 | – 7,5 |
| Nimésulide | 6 | – 9 |
| Célécoxib | 11 | – 15 |
| Méloxicam | 20 | – 20 |
| Étodolac | 7 | – 30 |
| Rofécoxib | 17 | – 100 |

Le tableau indique les effets de différents AINS sur la COX-1, à une dose qui inhibe à 80 % la COX-2 ($IC_{80}$). La 0 indique une équipontialité. Les valeurs positives indiquent une sélectivité pour la COX-1, les valeurs négatives une sélectivité pour la COX-2. La valeur absolue indique l'ampleur de la sélectivité (d'après réf. 3).

TABLEAU II – RAPPORT TxA2/PGI2 SOUS ANTI-INFLAMMATOIRES

| | Aspirine à faible dose | AINS non spécifique | Anti-COX-2 |
|---|---|---|---|
| Thromboxane (TxA2) | diminué | modérément diminué | inchangé |
| Prostacycline (PGI2) | inchangé | modérément diminué | diminué |
| Déséquilibre prothrombotique (TxA2/PGI2) | diminué | inchangé | augmenté |

J.J. MONSUEZ



figure – Action de la COX-1 (en rouge) et de la COX-2 (en bleu) sur la plaquette et l'endothélium.
FIGURE – Actions of COX-1 (in red) and COX-2 (in blue) on platelets and endothelium.

inhibiteur plaquettaire et vasodilatateur musculaire lisse artériel. Le TxA2 résulte principalement de la COX-1 plaquettaire et, à l'inverse, la PGI2 résulte préférentiellement de la COX-2 de l'endothélium vasculaire [5, 6] (figure). Les faibles doses d'aspirine réduisent le risque thrombotique en diminuant de façon importante le thromboxane, sans action sur la PGI2, les AINS à doses conventionnelles diminuent le PGI2 et le TxA2 de façon modérée. Les inhibiteurs spécifiques de la COX-2, qui diminuent la PGI2 sans réduction parallèle de la TxA2, exposent à un risque thrombotique du fait du déséquilibre de la balance TxA2/PGI2 (tableau II).

## UTILISATION CLINIQUE

L'expérience actuelle des inhibiteurs spécifiques de la COX-2 porte essentiellement sur les deux premières molécules développées, le célécoxib (Celebrex) et le rofécoxib (Vioxx). Toutes deux ont une action égale à celle des AINS non spécifiques, que ce soit dans le traitement des poussées inflammatoires de l'arthrose et de la polyarthrite rhumatoïde, qui ont été les principales indications explorées dans les essais thérapeutiques, ou dans le traitement des douleurs aiguës (dentaires, pelviennes, fièvres). Les deux médicaments ont également été comparés entre eux, sans différence d'efficacité anti-inflammatoire dans les études actuellement disponibles [2]. Il en va de même pour l'étodolac et le méloxicam d'une part, dont la spécificité anti-COX-2 a été reconnue plus récemment, et d'autre part pour le valdécoxib et l'étoricoxib, en cours de développement.

En revanche, les interactions médicamenteuses diffèrent d'un anti-COX-2 à l'autre : le métabolisme du célécoxib est modifié par l'association aux inhibiteurs du cytochrome P450, tandis que celui du rofécoxib ne l'est pas. À l'inverse, le rofécoxib augmente l'INR (10 %) des patients traités par antivitamine K, mais pas le célécoxib [1].

Des recommandations [7] ont été proposées à partir de l'ensemble de ces données, définissant les patients chez lesquels les inhibiteurs spécifiques de la COX-2 sont préférables aux AINS :
– patients à risque accru de saignement gastro-duodénal : âge > 65 ans, antécédent d'ulcère gastro-duodénal, traitement par corticoïdes associé, anticoagulants, aspirine, traitement à doses élevées ;
– patients polypathologiques ou polymédiqués ;
– alcooliques ;
– risque hémorragique accru.

Ces recommandations doivent cependant probablement être nuancées en prenant en compte les risques potentiels associés à la sélectivité COX-2, mieux cernés avec le temps.

## RISQUE THROMBOTIQUE

### Modèles expérimentaux

L'importance du déséquilibre thrombotique induit par les anti-COX-2 a été récemment soulignée à partir de modèles animaux de souris déficientes en récepteurs de la PGI2 (analogue expérimental d'une inhibition de la COX-2), qui ont une réponse thrombotique à l'agression vasculaire très exagérée. À l'inverse, cette thrombogénicité accrue disparaît lorsque les souris sont aussi déficientes en récepteur du TxA2, ce qui suggère que la prostacycline module les interactions entre les plaquettes et la paroi vasculaire médiées par le TxA2 [8]. La perte de la PGI2 peut donc exposer à un risque accru.

Un autre modèle de thrombose coronaire expérimentale chez le chien montre que si l'inhibition spécifique de la COX-1 retarde la survenue de la thrombose, cet effet est annulé par l'inhibition conjointe de la COX-2 [9]. Les conséquences de cette action prothrombotique sont enfin potentiellement amplifiées par deux autres effets constatés expérimentalement de l'inhibition de la COX-2 : la diminution de la vasodilatation coronaire induite par l'acétylcholine [9] et l'altération du mécanisme protecteur du préconditionnement tardif, en partie médié par la COX-2 [10].

### Conséquences cliniques

Les conséquences cliniques du risque thrombotique potentiel, que le mode d'action biologique des inhibiteurs spécifiques de la COX-2 laissait envisager, ont d'abord été évaluées dans les deux grandes études « inaugurales » des anti-COX-2.

L'essai VIGOR (VIOXX Gastrointestinal Outcomes Research) a comparé 50 mg de rofécoxib (forte dose) à 500 mg × 2 de naproxène chez 8 076 patients atteints de polyarthrite rhumatoïde. Les patients ne recevaient pas d'aspirine, qui constituait un critère d'exclusion, mais 4 % d'entre eux avaient cependant une indication cardiovasculaire de l'aspirine. Au

décours du suivi (médiane 9 mois), le risque de survenue d'accidents cardiovasculaires (infarctus myocardique non fatal, accident vasculaire cérébral ou décès cardiovasculaire) était plus élevé avec le rofécoxib qu'avec le naproxène : 0.8 vs 0.4 %. Cette différence était encore plus nette pour le seul risque d'infarctus du myocarde : 0.4 vs 0,1 % [11].

À l'inverse, dans l'étude CLASS (*Celecoxib Long-term Arthritis Safety Study*), dans lequel la majorité (72 %) des 8 059 patients inclus l'étaient pour arthrose (plus âgés) et où la proportion de femmes atteignait 68,5 %, le risque d'infarctus du myocarde (0,3 %), après un suivi médian de 6 mois, était identique dans le groupe célécoxib (400 mg × 2) et le groupe de comparaison recevant diclofénac ou ibuprofène. À la différence de VIGOR, l'aspirine ne constituait pas un critère d'exclusion dans CLASS, et 21 % des patients en recevaient dans chaque groupe [12].

L'interprétation des résultats différents de VIGOR et de CLASS doit tenir compte des critères d'inclusion et d'exclusion (aspirine, proportion de femmes) différents des deux études [13].

Elle a néanmoins aussi conduit Mukherjee et al. à suggérer que le naproxène de VIGOR, à la différence de l'ibuprofène de CLASS, puisse réduire le risque thrombotique [14]. Cette suggestion a cependant été réfutée par Ray et al. [15], qui ont exploré cette éventualité d'une protection vasculaire des AINS non spécifiques par une approche épidémiologique. Au cours d'un suivi de 532 634 personnes-années, 6 362 coronaropathies sévères (11.9/1 000 patients-année) sont survenues dans le fichier *Medicaid* de l'État du Tennessee entre 1987 et 1998, qui regroupe les données de 181 441 patients traités par AINS, qui ont été ensuite comparés à des témoins ne recevant pas d'AINS. Le risque relatif d'événements coronaires est de 0,95 pour le naproxène, 1,15 pour l'ibuprofène et 1,03 pour les autres AINS. Il n'existe donc pas de protection vasculaire du fait des AINS dans ce travail [15]. A l'inverse, l'étude en cas témoin menée dans 36 hôpitaux de la région de Philadelphie, comparant la prise d'AINS chez 1 055 patients ayant présenté un infarctus du myocarde à celle de 4 153 témoins qui en sont restés indemnes, aboutit à des conclusions inverses : en l'absence d'aspirine, les AINS (ibuprofène,

naproxène) sont associés à une réduction des odds-ratio de risque de survenue d'un IDM : en sa présence, ils n'augmentent pas le bénéfice de l'aspirine [16]. Cette action protectrice du naproxène, attribuée à l'inhibition prolongée de la COX-1, a été confirmée récemment d'un point de vue biologique. Elle s'accompagne cependant d'une réduction parallèle, potentiellement néfaste, de la prostacycline [17].

La controverse s'est encore poursuivie avec la publication de plusieurs travaux semblant infirmer le rôle néfaste des inhibiteurs spécifiques de la COX-2 [18, 19], puis celle de la méta-analyse de Konstam et al., qui tend à montrer l'inverse [19].

Dans cette méta-analyse, la fréquence des complications thrombotiques et hémorragiques sous traitement par les anti-COX-2 a été étudiée à partir de 23 essais cliniques de phases II à V, comparant le rofécoxib à des AINS ou du placebo, ce qui représente une expérience de plus de 28 000 patients (et plus de 14 000 patients-années). En prenant en compte des critères de jugement voisins de ceux adoptés dans l'étude *Antiplatelet Trialists Collaboration* (décès cardiovasculaires, hémorragiques et de cause inconnue : infarctus myocardiques et accidents vasculaires cérébraux non mortels), le risque relatif est inférieur avec le rofécoxib par rapport au placebo (0.84) et aux AINS différents du naproxène (0,79). Il est en revanche de 1,69 par rapport au naproxène, AINS qui a la particularité de bloquer complètement les fonctions plaquettaires du fait de sa demi-vie longue, qui conserve une action entre deux prises [20]. L'action du naproxène se rapproche, par cette pharmacocinétique longue, de l'action irréversible de l'aspirine. Ces résultats correspondent à ceux de l'essai VIGOR, qui a aussi montré un risque d'accident cardiovasculaire thrombotique plus faible avec le naproxène qu'avec le rofécoxib (0.7 vs 1.67 patient pour 100 patients-années respectivement) [20].

Enfin, le risque thrombotique pourrait n'apparaître qu'à partir d'un seuil de posologie d'anti-COX-2, comme le montre encore le registre *Medicaid*, à partir de l'analyse des prescriptions de plus de 300 000 assurés au cours d'un suivi de deux ans et demi (427 775 patients-années), au cours duquel 5 316 accidents coronaires (12.4 pour 1 000 patients-années) sont survenus

TABLEAU III – ÉVÉNEMENTS CORONAIRES SOUS ANTI-COX-2 DANS LE REGISTRE MEDICAID [21]

| Anti COX-2 | Patients-années | Événements coronaires (N =) | Événements (/pt-années) | P |
|---|---|---|---|---|
| Jamais traité | 237 975 | 3 085 | 13 | |
| Traitement antérieur | 125 208 | 1 403 | 11,2 | 0,29 |
| Traitement en cours par : | | | | |
| naproxène | 21 093 | 245 | 11,6 | 0,30 |
| rofécoxib < 25 mg | 4 037 | 55 | 13,6 | 0,29 |
| rofécoxib > 25 mg | 618 | 13 | 21 | 0,05 |
| Traitement initié par : | | | | |
| naproxène | 6 489 | 72 | 11,1 | 0,48 |
| rofécoxib < 25 mg | 3 430 | 47 | 13,7 | 0,88 |
| rofécoxib > 25 mg | 500 | 12 | 24 | 0,02 |

J.J. MONSUEZ

(3 309 infarctus myocardiques, 2007 décès coronaires). Le risque, identique chez les patients ne recevant pas d'anti-COX-2 ou traités à faible dose, y double aux posologies plus élevées (tableau III) [21].

Une prévention du risque thrombotique potentiel lié à la prise d'anti-COX-2 a été proposée, visant à corriger le déséquilibre induit dans la balance TxA2/PGI2. Il pourrait aussi prendre en compte l'interaction rapportée entre l'inhibition de la COX et la synthèse du monoxyde d'azote (NO). Le NO augmente les deux COX, comme le font les AINS [5, 20]. Aussi, la correction du déséquilibre TxA2/PGI2 sous anti-COX-2 pourrait-elle donc faire appel à une supplémentation éventuelle par l'aspirine, suggérée par Mukhergee et al. [14], ou au recours à des donneurs de NO, proposé par R.J. Bing [22]. Néanmoins, ces propositions, outre le fait que préconiser une association d'aspirine et d'anti-COX-2 relève du paradoxe, restent à l'instant peu étayées.

## MALADIE CORONAIRE

### Athérogenèse

La cyclooxygénase-2 (COX-2) est exprimée par les cellules endothéliales, musculaires lisses, et les macrophages des plaques d'athérome. L'activation macrophagique par l'interféron γ (IFN-γ) ou l'interleukine-1β (IL-1β) y induit l'expression de COX-2, qui entraîne la production de $PGE_2$ et la stimulation des métalloprotéinases (MMP), les enzymes qui fragilisent la chape fibreuse de la plaque d'athérome, conduisant à l'instabilité et à la rupture de plaque.

Dans l'athérome expérimental induit par un régime enrichi en cholestérol chez des souris déficientes en apolipoprotéine E, l'expression de COX-1 et de COX-2 sont augmentées. L'inhibition de la COX-2, à l'origine d'une réduction de la PGI2, n'a cependant pas d'effet sur l'activation plaquettaire (absence d'expression accrue de CD41) au sein des lésions athéromateuses, qu'elle ne majore par ailleurs pas [23].

Le traitement par rofécoxib de souris transgènes déficientes en récepteur des LDL limite l'étendue de l'athérome aortique (− 30 à − 60 %) qu'elles présentent spontanément. De même, leur athérome spontané est aussi réduit lorsqu'elles sont déficientes homozygotes en COX-2. Ces deux constatations plaident pour un rôle de la COX-2 dans l'athérogenèse, que les inhibiteurs spécifiques de l'enzyme peuvent limiter [24].

Les mécanismes par lesquels les médiateurs pro-inflammatoires (cytokines, mitogènes) activent la transcription de la COX-2 humaine ont récemment été précisés, avec la mise en évidence d'un cAMP responsive element (CRE) régulant son gène promoteur, lui-même activé par une CRE binding protein (CREB-2) activée par les stimulus pro-inflammatoires [25].

Parmi les facteurs agissant sur la régulation de l'expression génomique de la COX-2, l'hyperglycémie augmente l'expression endothéliale des mRNA et de la protéine de la COX-2, entraînant une augmentation du thromboxane A2, une diminution de la prostacycline PGI2 ainsi qu'une réduction de la libération de NO. Cette moindre production de NO résulte de l'activation du stress oxydatif (formation de peroxynitrite) déclenchée par l'hyperglycémie (protéinekinase C), malgré le fait que l'activation de la COX-2 active la NO-synthase endothéliale [26].

### Fonction endothéliale

Les rapports entre anti-COX-2 et fonction endothéliale ont été explorés dans plusieurs travaux récents, chez des volontaires sains et des coronariens.

Dans le premier, l'administration de rofécoxib (25 mg/j) ou de naproxène (750 mg/j) à 35 volontaires sains ne modifie pas leur réactivité endothélium-dépendante, évaluée par vasodilatation après administration d'acétylcholine intra-artérielle. Cette absence d'altération de la fonction endothéliale par les coxibs chez le sujet sain est importante, dans la mesure où la dysfonction endothéliale est considérée comme l'une des premières manifestations de l'athérogenèse [27].

La même préservation de la fonction endothéliale est constatée après 8 semaines de rofécoxib (25 mg/j) chez des coronariens recevant par ailleurs de l'aspirine à faible dose. Leurs taux sanguins de marqueurs d'inflammation vasculaire, CRP ultrasensible, molécules d'adhésion intercellulaire soluble (sICAM-1) et récepteur soluble de l'interleukine 6 (sIL-6r) ne sont également pas modifiés [28].

La troisième étude, menée chez 14 patients atteints de lésions coronaires sévères (2.6 sténoses > 75 % par patient), montre que l'adjonction quotidienne de 200 mg de célécoxib à l'association aspirine-statine améliore leur vasodilatation endothélium-dépendante (comparaison en cross-over avec 15 jours sous placebo), témoignant cette fois d'un effet bénéfique et non plus seulement non délétère [29]. Cette différence entre rofécoxib qui ne dégrade pas la fonction endothéliale et célécoxib qui l'améliore est également retrouvée dans le modèle expérimental animal de dysfonction endothéliale associée à l'HTA induite chez le rat Dahl sensible au sel, développé par l'équipe de TF Lüscher [30].

### Syndromes coronaires aigus

L'action favorable des anti-COX-2 sur la composante inflammatoire de l'athérogenèse a fait envisager leur prescription au cours des syndromes coronaires aigus, où la déstabilisation de la plaque joue un rôle important. Ainsi, dans l'étude NUT-2 (Nonsteroidal anti-inflammatory drugs in unstable angina

treatment-2), 120 patients atteints de syndrome coronaire aigu sans élévation du segment ST sont traités en soins intensifs par aspirine-héparine avec ou sans adjonction de méloxicam, puis pour 30 jours en relais par aspirine ou aspirine-méloxicam. À la phase aiguë, le risque combiné de récidive ischémique, infarctus myocardique ou décès est plus faible chez les 60 patients recevant l'anti-COX-2 (15 vs 38,3 % ; p = 0,007). Ce bénéfice se maintient à 90 jours, avec un risque de décès, IDM ou revascularisation de 21,7 vs 48,3 % en l'absence de méloxicam [31]. Ces résultats méritent une attention particulière dans la mesure où les autres études menées jusqu'à présent n'ont pas montré de bénéfices des autres anti-inflammatoires (corticoïdes, AINS non spécifiques) dans les syndromes coronaires aigus.

Un travail récent portant sur 21 patient explorés au cours d'une angioplatie coronaire, montre que les plaquettes y sont activées par une production accrue de TxA2 et de 8-épi PGF2a. L'aspirine inhibe la première, mais l'adjonction d'un inhibiteur de la COX-2 (nimesulide) n'ajoute rien de plus à cet effet. Elle réduit en revanche la synthèse de PGI2. D'autre part, l'augmentation de production 8-épi PGF2a, indépendante de la voie des cyclooxygénases, n'est affectée ni par l'aspirine ni par l'anti-COX-2, et maintient l'activation plaquettaire induite [32].

### Interactions et résistance à l'aspirine

#### Interaction avec l'aspirine

L'aspirine entraîne une inactivation irréversible des deux COX, liée à l'acétylation de leur sérine en position 530, et à l'origine de son action définitive sur la plaquette. L'administration simultanée d'autres AINS, qui ont le même site de fixation sur la COX (interaction par compétition), peut être à l'origine d'une inefficacité apparente de l'aspirine. Les interactions potentielles entre AINS conventionnels, inhibiteurs spécifiques de la COX-2 et aspirine ont été analysées par le dosage du TxB2 sérique (qui reflète l'activité de la COX-1 plaquettaire) et l'étude de l'agrégation plaquettaire chez des patients traités par aspirine à faibles doses 2 heures avant ou après ibuprofène, acétaminophène, rofécoxib. Le maximum d'inhibition de production de TxB2 et d'agrégation plaquettaire 24 heures après l'administration d'aspirine survient au 6e jour chez des sujets qui ont pris l'aspirine avant la prise de chacun des autres médicaments ou qui ont pris le rofécoxib ou l'acétaminophène avant l'aspirine. À l'inverse, cette inhibition est bloquée lorsque l'ibuprofène, en dose unique, a été administré avant l'aspirine. L'ibuprofène, en occupant le site de fixation de la COX-1, le rendrait inaccessible à l'aspirine, qui n'y accède plus ensuite du fait de sa demi-vie courte. À l'inverse, l'adjonction d'anti-COX-2 ne limite pas, dans cette étude, l'action antiplaquettaire de l'aspirine, lorsque les deux médicaments sont utilisés conjointement [33].

#### Résistance à l'aspirine

La notion de résistance à l'aspirine recouvre des entités distinctes. En clinique, elle correspond à la récidive d'un accident ischémique malgré un traitement bien conduit (10 à 20 % des patients), tandis qu'en biologie, plusieurs phénomènes peuvent être impliqués [34]. Dans le type 1, pharmacocinétique, l'aspirine n'atteint pas son récepteur (défaut d'observance, interaction par compétition, cf. supra). Dans le type 2, l'aspirine atteint bien sa cible, mais l'inhibition de la synthèse de TxA2 n'a pas lieu. Les raisons en sont encore mal comprises, mais une augmentation d'expression de la COX ou un polymorphisme génétique de la COX ont été mis en évidence. Dans le type 3 enfin, l'inhibition de la synthèse du thromboxane a bien lieu, mais la persistance d'une activation plaquettaire demeure, du fait d'autres voies d'activation.

Les implications de la résistance à l'aspirine ont récemment été authentifiées en clinique. Une étude satellite de HOPE (Heart Outcome Prevention Evaluation) a ainsi mesuré le 11-déhydro-thromboxane B2 urinaire, marqueur de la production de thromboxane, chez 488 patients ayant présenté un infarctus du myocarde, un AVC ou un décès cardiovasculaire au cours des 5 ans du suivi et les a comparés à celui de 488 patients appariés indemnes de complications. Les patients dont les taux urinaires de 11-déhydro-thromboxane B2 sont dans le quartile le plus élevé ont un risque 1,8 fois supérieur à celui de ceux qui sont dans le quartile le plus bas (2 pour l'infarctus myocardique, 3,5 pour la mortalité cardiovasculaire) [35].

L'identification d'un tel groupe à risque, caractérisé par la moindre inhibition de la COX-1 par l'aspirine (résistance de type 2), peut relever de plusieurs mécanismes. En l'absence de défaut d'observance et d'interaction médicamenteuse, une sensibilité réduite à l'aspirine (augmentation d'expression ou polymorphisme de la COX-1 ?) peut être en cause. On sait, avec la progression de l'Human genome project, qu'une centaine de locus pourraient être le siège d'un tel polymorphisme, près du site d'action de la voie d'activation du TxA2. Un autre mécanisme, proposé par Halushka, pourrait intervenir, mettant en jeu le système monocyte-macrophage, autre source importante de TxA2, dont la production est spontanément un peu inférieure à celle des plaquettes. Ces cellules ont également un récepteur au TxA2. Dans la plaquette anucléée, c'est la COX-1 qui est responsable de la production de l'acide arachidonique en eicosanoïde. Son caractère anucléé fait qu'une fois l'enzyme inhibée, elle l'est de façon définitive pour toute la durée de vie de la plaquette. Dans le macrophage, à l'inverse, c'est la COX-2 inductible qui est l'enzyme responsable de la majeure partie du métabolisme de l'acide arachidonique. Contrairement à la plaquette, le macrophage peut resynthétiser de nouvelles protéines COX2 après inhibition par l'aspirine. Il en résulte que les faibles doses quotidiennes d'aspirine puissent rester insuffisantes pour inhiber de façon maximale la

J.J. MONSUEZ

COX-2 macrophagique. Aussi, le macrophage de la plaque athéroscléreuse peut-il contribuer à une production résiduelle de thromboxane A2, non inhibée par les faibles doses d'aspirine et à même d'activer en retour les plaquettes. Parallèlement, la COX-2 et la prostaglandine E-synthase participent à la déstabilisation et à la rupture de la plaque. Ces constatations ont amené à envisager des alternatives thérapeutiques à la simple utilisation de l'aspirine à petites doses en prévention secondaire, qui combineraient un antagoniste du récepteur du thromboxane plaquettaire et macrophagique, associé à un inhibiteur sélectif de la COX-2. Cette combinaison aurait par ailleurs l'avantage d'exposer à un risque réduit de toxicité gastroduodénale. Son intérêt reste pour l'instant uniquement théorique, mais il pourrait être exploré prochainement [36, 37].

## EFFETS RÉNAUX ET HYDROSODÉS

Les prostaglandines rénales participent au contrôle du tonus vasculaire rénal, à celui de la balance hydrosodée et à la sécrétion de rénine.

La COX-1 est exprimée de façon constitutive par les cellules endothéliales de l'artère afférente glomérulaire, les cellules mésangiales, les cellules pariétales de la capsule de Bowman et les tubes collecteurs.

La COX-2 est exprimée dans le cortex et la médullaire, mais les prostaglandines qu'elles produisent y ont des actions différentes.

Dans le cortex, elle est mise en jeu dans les cellules de la macula densa et la branche fine corticale de l'anse de Henle, où son expression augmente en réponse à une diminution des apports hydrosodés (le stimulus intraluminal en étant la diminution des ions Cl-). Les prostaglandines produites stimulent l'expression et la libération de rénine. Réciproquement, l'angiotensine II diminue en retour l'expression de la COX-2 par la macula densa. La COX-2 facilite donc le *feedback* tubulo-glomérulaire en réponse à une réduction des apports hydrosodés (régime désodé, diurétiques, hypovolémie, bas débit circulatoire). Aussi

est-ce surtout dans ces circonstances et préférentiellement chez des sujets âgés et/ou insuffisants rénaux que les inhibiteurs de la COX-2 sont susceptibles de retentir sur la fonction rénale [38].

Les prostaglandines de la médullaire (PGE2) jouent quant à elles un rôle important dans la régulation de la réabsorption du Nacl et de l'eau dans la branche ascendante grêle de l'anse de Henle et du tube collecteur. La COX-1 prédomine dans cette fonction, à laquelle la COX-2 contribue cependant aussi. En effet, si une charge sodée réduit l'expression de la COX-2 corticale (cf. *supra*), elle l'augmente dans la médullaire, entraînant une natriurèse médiée par ses prostanoïdes. Inversement, l'administration d'inhibiteurs de la COX-2 réduit l'excrétion sodée urinaire, aussi bien dans les modèles expérimentaux animaux que chez l'homme. Il a également pu être montré que cette action s'accompagne d'une réduction du flux sanguin rénal médullaire sans modification du flux sanguin rénal cortical, et qu'elle est d'autant plus marquée, en clinique, dans les situations de déplétion sodée et chez le sujet âgé, même sans déplétion sodée [38].

## HYPERTENSION ARTÉRIELLE

La rétention hydrosodée induite par les AINS peut être à l'origine d'une augmentation de pression artérielle, d'une HTA ou, chez les hypertendus, d'une moindre efficacité du traitement. Les inhibiteurs spécifiques de la COX-2 ont été évalués sur ce point dès les premiers protocoles d'exploration, avec des résultats variables, parfois contradictoires, car ce paramètre n'était pas le critère d'évaluation principal des études considérées, construites par ailleurs de façon très différentes les unes des autres (tableau IV). VIGOR et CLASS ont ainsi montré qu'une élévation des chiffres de pression artérielle survenait chez une minorité de patients, dans une proportion inférieure à celle des AINS conventionnels dans CLASS, et supérieure dans VIGOR. Dans sa revue de 50 études cliniques regroupant plus de 13 000 patients, Whelton indique la survenue d'une HTA chez 0.8 % des patients traités par célécoxib, pour 0.7 % de ceux sous AINS non spécifiques et 0.3 % de ceux sous placebo [39].

TABLEAU IV – POURCENTAGE DE PATIENTS CHEZ LESQUELS APPARAÎT UNE HTA SOUS ANTI-COX-2

| Étude (réf.) | Patients (N) | Anti-COX-2 | Traitement comparé |
|---|---|---|---|
| CLASS [12] | 8 059 | 1,7 %<br>célécoxib : 400 mg × 2 | 2,3 %<br>ibuprofène : 800 mg × 3 |
| VIGOR [11] | 8 076 | 10 %<br>rofécoxib : 12,5 mg/j | 4,7 % |
| Whelton [39] | rofécoxib : 25 mg/j<br>13 000 (revue de 50 études) | 0,8 %<br>célécoxib | 0,7 % (AINS)<br>0,3 % (placebo) |
| Simon [40] | 1 149 | MAPA inchangée<br>célécoxib | MAPA inchangée<br>naproxène |
| Collantes [41] | 1 171 | 0 %<br>étoricoxib | 0 %<br>placebo |
| SUCCESS VII [42] | 1 092 | 6,9 %<br>célécoxib : 200 mg/j | 14,9 %<br>rofécoxib : 25 mg/j |

TABLEAU V – PROPORTION DE PATIENTS DONT LA PA AUGMENTE ET/OU AVEC CEDÈMES ET PRISE DE POIDS SOUS INHIBITEURS DE LA COX-2 [42]

| | Célécoxib (200 mg/j) | Rofécoxib (25 mg/j) | p |
|---|---|---|---|
| Patients (N) | 549 | 543 | |
| PA ≥ 140 mmHg ou ↑ PA ≥ 20 mmHg | 6,9 % | 14,9 % | < 0,01 |
| Œdèmes, prise de poids | 4,7 % | 7,7 % | < 0,05 |

Enfin, la comparaison du célécoxib (200 mg/j) et du rofécoxib (25 mg/j) dans les études SUCCESS (*Successive Celecoxib Efficacy and Safety Studies*) VI et VII a montré qu'à la 6e semaine, le rofécoxib augmentait plus la pression artérielle que le célécoxib, avec un pourcentage plus élevé d'HTA induite sous rofécoxib (tableau V) [40, 41]. Cette augmentation de pression artérielle sous rofécoxib atteignait préférentiellement les patients traités par inhibiteurs de l'enzyme de conversion ou β-bloquants, ne survenant pas sous inhibiteurs calciques ou diurétiques, ni chez les patients recevant le célécoxib [39]. Ce dernier point a été confirmé dans le travail de White, où l'administration de célécoxib (200 mg × 2, soit le double de la dose thérapeutique) à 91 hypertendus traités en monothérapie par lisinopril n'entraîne pas de modification de leur courbe de pression artérielle systolique ou diastolique en MAPA, par rapport aux 87 témoins [43].

Aussi, à la réserve des difficultés de comparaison d'une étude à l'autre et de différences des posologies administrées (le célécoxib l'étant plus souvent à dose plus faible que le rofécoxib), l'élévation tensionnelle observée sous anti-COX-2 semble plus fréquente avec le célécoxib qu'avec le rofécoxib. Des implications potentielles, en termes de risque cardiovasculaire, mais aussi de dépenses de santé [44], ont été mises en avant. Elles nécessitent certainement d'être complétées par l'expérience clinique à plus long terme.

## INSUFFISANCE CARDIAQUE

Chez l'insuffisant cardiaque, l'administration d'AINS non spécifiques augmente la fréquence des re-hospitalisations pour une nouvelle poussée, multipliée par un facteur de 2 à 9. Elle expose aussi les sujets à risque potentiel d'insuffisance cardiaque tels que les patients âgés à l'évolution précipitée, avec un doublement des hospitalisations pour une première poussée d'insuffisance cardiaque rapportée par Bleuminck et al. à partir de plusieurs études regroupant plus de 15 000 patients âgés [45].

La rétention hydrosodée associée à la prescription d'inhibiteurs spécifiques de la COX-2 a laissé supposer qu'ils peuvent entraîner des mêmes effets secondaires, mais aucune étude épidémiologique n'était venue le confirmer jusqu'à récemment. Une analyse rétrospective des prescriptions de 7 350 malades ayant été hospitalisés pour insuffisance cardiaque montre que les 434 d'entre eux qui ont reçu des inhibiteurs de la COX-2 sont plus souvent réadmis pour insuffisance cardiaque, dans l'année qui suit, que les 6 916 autres (32,6 vs 25,3 %). La poursuite de l'inhibiteur spécifique au-delà de l'hospitalisation chez 35 % de ces 484 patients s'accompagne d'un taux de réhospitalisation ultérieure supérieur à celui des 65 % de patients chez lesquels l'inhibiteur est interrompu au cours du premier séjour (33 vs 27 %) [46].

## CONCLUSION

La survenue d'accidents coronaires chez des patients traités par anti-COX-2, rapportés dans des observations cliniques [47] et étayés par un risque épidémiologique qui semble réellement accru, au moins aux posologies élevées [21], a été attribuée au déséquilibre de la balance thromboxane A2/prostacycline (TxA2/PGI2) induit par le traitement. Paradoxalement, les anti-COX-2 exercent aussi plusieurs autres actions favorables sur l'évolution de la plaque d'athérome et sa composante inflammatoire, non seulement in vitro, mais aussi en thérapeutique, y compris dans les situations où la place de l'activation plaquettaire et la thrombose artérielle sont prépondérantes, telle que les syndromes coronaires aigus [31].

La rétention hydrosodée induite par les anti COX-2 peut aussi être à l'origine d'une majoration des chiffres tensionnels et, chez le sujet exposé, favoriser la survenue d'une décompensation cardiaque. Ces risques cardiovasculaires multiples nuancent le caractère sécuritaire de la prescription d'anti-COX-2, en particulier chez les sujets âgés, polypathologiques ou polymédiqués, chez lesquels une surveillance accrue est certainement requise.

**MOTS CLÉS :** anti-inflammatoires, cyclooxygénase, maladie coronaire, insuffisance cardiaque, HTA.

## Références

1. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001 ; 345 : 433-42.
2. Cannon GW, Breedveld FC. Efficacy of cyclooxygenase-2-specific inhibitors. Am J Med 2001 ; 110 : 6S-12S.
3. Rang HP, Dale MM, Ritter JM, Moore PK. Anti-inflammatory and immunosuppressant drugs. In Pharmacology, 5th ed. Edinburgh : Churchill Livingston, 2003 : 244-61.
4. Schwab J, Schluesener HJ, Laufer S. COX-3: just another COX or the solitary elusive target of paracetamol? Lancet 2003 ; 361 : 981-2.
5. Marcus AJ, Broekman MJ, Pinsky DJ. Cox inhibitors and thromboregulation. N Engl J Med 2002 ; 347 : 1025-6.
6. Cotella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. Am J Med 2001 ; 110 (Suppl. 3A) : 28S-32S.

J.J. MONSUEZ

## Références (suite)

7. Lipsky PE. Recommendations for the clinical use of cyclooxygenase-2-specific inhibitors. Am J Med 2001 ; 110 (Suppl. 3A) : 3S-5S.

8. Cheng Y, Austin SC, Rocca B et al. Role of prostacyclin in the vascular response to thromboxane A2. Science 2002 ; 293 : 539-41.

9. Hennan JK, Huang J, Barrett TD et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001 ; 104 : 820-5.

10. Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effects of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol 2003 ; 41 : 1183-94.

11. Bombardier C, Laine L, Reicin A et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR study group. N Engl J Med 2000 ; 343 : 1320-8.

12. Silverstein FE, Faich G, Goldstein JL et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis: the Celecoxib Long-term Arthritis Safety Study (CLASS): a randomized controlled trial. JAMA 2000 ; 284 : 1247-55.

13. Breuil V, Orici MD. Que soit-on réellement du risque coronarien au cours d'un traitement par les coxibs ? Lettre Pharmacologue 2003 ; 17 : 91-6.

14. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovacular events associated with selective COX-2 inhibitors. JAMA 2001 ; 286 : 954-9.

15. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002 ; 359 : 118-23.

16. Kimmel SE, Berlin JA, Reilly M et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. J Am Coll Cardiol 2004 ; 43 : 985-90.

17. Capone ML, Tacconelli S, Sciulli MG et al. Clinical pharmacology of platelet, monocyte and vascular cyclooxygenase inhibition by naproxen and low dose aspirin in healthy subjects. Circulation 2004 ; 109 : 1468-71.

18. Solomon DH, Glynn RJ, Levin R et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002 ; 162 : 1099-104.

19. Watson DJ, Rhodes T, Cai B et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002 ; 162 : 1105-10.

20. Konstam MA, Weir MR, Reicin A et al. Cardiovascular thrombotic events in controlled clinical trials of rofecoxib. Circulation 2001 ; 104 : 2380-8.

21. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002 ; 360 : 1071-3.

22. Bing RJ, Lomnicka M. Why do cyclooxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002 ; 39 : 521-2.

23. Belton QA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003 ; 108 : 3017-23.

24. Burleigh ME, Babaev VR, Oates JA et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002 ; 105 : 1816-23.

25. Schroer K, Zhu Y, Saunders MA et al. Obligatory role of cyclic adenosine monophosphate response element in cyclooxygenase-2 promoter induction and feedback regulation by inflammatory mediators. Circulation 2002 ; 105 : 2760-5.

26. Cosentini F, Eto M, De Paolis P et al. High glucose causes upregulation of cyclooxygenase-2 and alters prostanoid profile in human endothelial cells. Circulation 2003 ; 107 : 1017-23.

27. Verma S, Raj SR, Shewchuk S, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers. Circulation 2001 ; 104 : 2879-82.

28. Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. J Am Coll Cardiol 2003 ; 42 : 1747-53.

29. Chenevard R, Hürlimann D, Bechir M et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003 ; 107 : 405-9.

30. Hermann M, Camici GV, Fratton A et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003 ; 108 : 2308-11.

31. Altman R, Luciardi HL, Muntaner J et al. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation. Circulation 2002 ; 106 : 191-5.

32. Kearney D, Byrne A, Crean P, Cox D, Fitzgerald DJ. Optimal suppression of thromboxane A2 formation by aspirin during percutaneous transluminal coronary angioplasty : no additional effect of selective cyclooxygenase-2 inhibitor. J Am Coll Cardiol 2004 ; 43 : 526-31.

33. Catella-Lawson F, Reilly MP, Kapoor SC et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001 ; 345 : 1809-17.

34. Weber AA, Przytulski B, Schanz A, Hohlfeld T, Schror K. Towards a definition of aspirin resistance: a typological approach. Platelets 2002 ; 15 : 37-40.

35. Eikelboom JW, Hirsh J, Weitz JI, Johnston M, Yi Q, Yusuf S. Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events. Circulation 2002 ; 105 : 1620-2.

36. Halushka MK, Halushka PV. Why are some individuals resistant to the cardioprotective effects of aspirin? Circulation 2002 ; 105 : 1620-2.

37. Altman R, Luciardi HL, Muntaner J, Herrera RN. The antithrombotic profile of aspirin. Aspirin resistance or simply failure? Thromb J 2004 ; 2 : 1-20.

38. Cheng HF, Harris RC. Cyclooxygenases, the kidney, and hypertension. Hypertension 2004 ; 43 : 1-6.

39. Whelton A, Maurath CJ, Verburg, KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000 ; 7 : 159-75.

40. Simon LS, Weaver AL, Graham DY et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999 ; 282 : 1921-8.

41. Cellantes E, Curtis SP, Lee KW et al. A multinational randomized controlled clinical trial of etoricoxib in the treatment of rheumatoid arthritis. BMC Fam Pract 2002 ; 3 : 10.

42. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥ 65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002 ; 90 : 959-63.

43. White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002 ; 39 : 929-34.

44. Becker RV, Burke TA, McCoy MA, Trotter JP. A model analysis of costs of blood pressure destabilization and edema associated with rofecoxib and celecoxib among older patients with osteoarthritis and hypertension in a Medicare choice population. Clin Ther 2003 ; 25 : 647-62.

45. Bleumink GS, Feenstra J, Sturkenboom MC, Stricker BH. Nonsteroidal anti-inflammatory drugs and heart failure. Drugs 2003 ; 63 : 525-34.

46. Jassal DS, Hawlen J, Cox JL. Are Cox-2 inhibitors safe in congestive heart failure? Circulation 2003 ; 108 : IV-665.

47. Thuaire C, Mankoubi L, Rangé G et al. Effet pro-thrombotique potentiel des inhibiteurs de la cyclooxygénase de type 2. Arch Mal Cœur 2003 ; 96 : 683-5.