dent alterations in mitochondrial function. Arch Biochem Biophys 2003;420:201-208.

136. Folden DV, Gupta A, Sharma AC, Li SY, Saari JT, Ren J. Malondialdehyde inhibits cardiac contractile function in ventricular myocytes via a p38 mitogen-activated protein kinase-dependent mechanism. Br J Pharmacol 2003;139:1310-1316.

137. Ballinger SW, Patterson C, Knight-Lozano CA, Burow DL, Conklin CA, Hu Z, Reuf J, Horaist C, Lebovitz R, Hunter GC, McIntyre K, Runge MS. Mitochondrial integrity and function in atherogenesis. Circulation 2002;106:544-549.

138. Nulton-Persson AC, Szweda LI, Sadek HA. Inhibition of cardiac mitochondrial respiration by salicylic acid and acetylsalicylate. J Cardiovasc Pharmacol 2004;44:591-595.

139. Norman C, Howell KA, Millar AH, Whelan JM, Day DA.Salicylic acid is an uncoupler and inhibitor of mitochondrial electron transport. Plant Physiol 2004;134:492-501.

140. Kiritoshi S, Nishikawa T, Sonoda K, Kukidome D, Senokuchi T, Matsuo T, Matsumura T, Tokunaga H, Brownlee M, Araki E. Reactive oxygen species from mitochondria induce cyclooxygenase-2 gene expression in human mesangial cells: potential role in diabetic nephropathy. Diabetes 2003;52:2570-2577.

141. Speir E. Cytomegalovirus gene regulation by reactive oxygen species. Ann NY Acad Sci 2000;899:363-374.

142. Zheng SX, Mouithys-Mickalad A, Deby-Dupont GP, Deby CM, Maroulis AP, Labasse AH. Lamy ML, Crielaard JM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of nimesulide and 4-OH nimesulide: effects on HRP- and luminol-dependent chemiluminescence produced by human chondrocytes. Osteoarthritis Cartilage 2000;8:419-425.

143. Mouithys-Mickalad AM, Zheng SX, Deby-Dupont GP, Deby CM, Lamy MM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of non steroidal anti-inflammatory drugs by chemiluminescence and electron spin resonance (ESR). Free Radic Res 2000;33:607-621.

144. Azab AN. Kobal S, Rubin M, Kaplanski J. Effects of nimesulide, a selective cyclooxygenase-2 inhibitor, on cardiovascular alterations in endotoxemia. Cardiology 2005;103:92-100.

145. Nakamura Y, Kozuka M, Naniwa K, Takabayashi S, Torikai K, Hayashi R, Sato T, Ohigashi H, Osawa T. Arachidonic acid cascade inhibitors modulate phorbol ester-induced oxidative stress in female ICR mouse skin: differential roles of 5-lipoxygenase and cyclooxygenase-2 in leukocyte infiltration and activation. Free Radic Biol Med 2003;35:997-1007.

146. Basivireddy J, Jacob M, Pulimood AB, Balasubramanian KA. Indomethacin-induced renal damage: role of oxygen free radicals. Biochem Pharmacol 2004;67:587-599.

147. Hemieda FA, El-Missiry MA, Badawy ME, Goda AA. Partial suppressive effect of melatonin on indomethacin-induced renal injury in rat. Indian J Exp Biol 2004;42:63-67.

148. Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003;108:3017-3023.

149. Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, Rosenfeld ME. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003;60:198-204.

150. Kim JW, Zou Y, Yoon S, Lee JH, Kim YK, Yu BP, Chung HY. Vascular aging: molecular modulation of the prostanoid cascade by calorie restriction. J Gerontol A Biol Sci Med Sci 2004;59:B876-B885.

151. Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane $A_2$ and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114:784-794.

152. Demasi M, Cleland LG, Cook-Johnson RJ, Caughey GE, James MJ. Effects of hypoxia on monocyte inflammatory mediator production: Dissociation between changes in cyclooxygenase-2 expression and eicosanoid synthesis. J Biol Chem 2003;278:38607-38616.

153. Stastny J, Fosslien E, Robertson AL Jr. Human aortic intima protein composition during initial stages of atherogenesis. Atherosclerosis 1986;60:131-139. Erratum: 1986;62:277.

154. Stastny J, Robertson AL Jr, Fosslien E. Basic proteins in the human aortic intima: nonequilibrium two-dimensional electrophoretic analysis of tissue extracts. Exp Mol Pathol 1986;45:279-286.

155. Stastny JJ, Fosslien E. Quantitative alteration of some aortic intima proteins in fatty streaks and fibro-fatty lesions. Exp Mol Pathol 1992;57:205-214.

156. Song J, Stastny J, Fosslien E, Robertson AL Jr. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis. Exp Mol Pathol 1985;43:297-304.

157. Blake GJ, Ridker PM. Inflammatory bio-markers and cardiovascular risk prediction. J Intern Med 2002;252:283-294.

158. Yildirim K, Karatay S, Melikoglu MA, Gureser G, Ugur M, Senel K. Association between acute phase reactant levels and disease activity score (DAS28) in patients with rheumatoid arthritis. Ann Clin Lab Sci 2004;34:423-426.

159. Binder CJ, Horkko S, Dewan A, Chang MK, Kieu EP, Goodyear CS, Shaw PX, Palinski W, Witztum JL, Silverman GJ. Pneumococcal vaccination decreases atherosclerotic lesion formation: molecular mimicry between *Streptococcus pneumoniae* and oxidized LDL. Nat Med 2003;9:736-743.

160. Klouche M, Peri G, Knabbe C, Eckstein HH, Schmid FX, Schnitz G, Mantovani A. Modified atherogenic lipoproteins induce expression of pentraxin-3 by human vascular smooth muscle cells. Atherosclerosis 2004;175:221-228.

161. Kimura S, Wang KY, Tanimoto A, Murata Y, Nakashima

Y. Sasaguri Y. Acute inflammatory reactions caused by histamine via monocytes/macrophages chronically participate in the initiation and progression of atherosclerosis. Pathol Int 2004;54:465-474.

162. Boring L, Gosling J, Cleary M, Charo IF. Decreased lesion formation in CCR2-/- mice reveals a role for chemokines in the initiation of atherosclerosis. Nature 1998;394:894-897.

163. Nelken NA, Coughlin SR, Gordon D, Wilcox JN. Monocyte chemoattractant protein-1 in human atheromatous plaques. J Clin Invest 1991;88:1121-1127.

164. Han KH, Tangirala RK, Green SR, Quehenberger O. Chemokine receptor CCR2 expression and monocyte chemoattractant protein-1-mediated chemotaxis in human monocytes. A regulatory role for plasma LDL. Arterioscler Thromb Vasc Biol 1998;18:1983-1991.

165. Han KH, Hong KH, Park JH, Ko J, Kang DH, Choi KJ, Hong MK, Park SW, Park SJ. C-reactive protein promotes monocyte chemoattractant protein-1-mediated chemotaxis through upregulating CC chemokine receptor 2 expression in human monocytes. Circulation 2004;109:2566-2571.

166. Devaraj S, Kumaresan PR, Jialal I. Effect of C-reactive protein on chemokine expression in human aortic endothelial cells. J Mol Cell Cardiol 2004;36:405-410.

167. Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004;4:116-123.

168. Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002;105:1816-1823.

169. Sekalska B. Aortic expression of monocyte chemotactic protein-1 (MCP-1) gene in rabbits with experimental atherosclerosis. Ann Acad Med Stetin 2003;49:79-90.

170. Yang YY, Hu CJ, Chang SM, Tai TY, Leu SJ. Aspirin inhibits monocyte chemoattractant protein-1 and interleukin-8 expression in TNF-alpha stimulated human umbilical vein endothelial cells. Atherosclerosis 2004; 174:207-213.

171. Dirks J, van Aswegen CH, du Plessis DJ. Cytokine levels affected by gamma-linolenic acid. Prostaglandins Leukot Essent Fatty Acids 1998;59:273-277.

172. Guo ZJ, Hou FF, Liang M, Wang L, Zhang X, Liu ZQ. Advanced glycation end products stimulate human endothelial cells to produce monocyte chemoattractant protein-1. Zhonghua Yi Xue Za Zhi 2003;83:1075-1079.

173. Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002;51:603-610.

174. Hamilton LC, Mitchell JA, Tomlinson AM, Warner TD. Synergy between cyclo-oxygenase-2 induction and arachidonic acid supply in vivo: consequences for nonsteroidal antiinflammatory drug efficacy. FASEB J 1999;13:245-251.

175. Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angio-tensin-II

in cultured cardiac fibroblasts and role in acute myocardial infarction. J Mol Cell Cardiol 2002;34:29-37.

176. Rupp J, Berger M, Reiling N, Gieffers J, Lindschau C, Haller H, Dalhoff K, Maass M. Cox-2 inhibition abrogates *Chlamydia pneumoniae*-induced PGE2 and MMP-1 expression. Biochem Biophys Res Commun 2004;320:738-744.

177. Kshirsagar AV, Moss KL, Elter JR, Beck JD, Offenbacher S, Falk RJ. Periodontal disease is associated with renal insufficiency in the Atherosclerosis Risk In Communities (ARIC) study. Am J Kidney Dis 2005;45:650-657.

178. Sekino S, Ramberg P, Lindhe J. The effect of systemic administration of ibuprofen in the experimental gingivitis model. J Clin Periodontol 2005;32:182-187.

179. Santos A. Evidence-based control of plaque and gingivitis. J Clin Periodontol 2003;30(Suppl):13-16.

180. Honda T, Oda T, Yoshie H, Yamazaki K. Effects of *Porphyromonas gingivalis* antigens and proinflammatory cytokines on human coronary artery endothelial cells. Oral Microbiol Immunol 2005;20:82-88.

181. Desvarieux M, Demmer RT, Rundek T, Boden-Albala B, Jacobs DR Jr, Sacco RL, Papapanou PN. Periodontal microbiota and carotid intima-media thickness. Circulation 2005;111:576-582.

182. Miller VM, Rodgers G, Charlesworth JA, Kirkland B, Severson SR, Rasmussen TE, Yagubyan M, Rodgers JC, Cockerill FR 3rd, Folk RL, Rzewuska-Lech E, Kumar V, Farell-Baril G, Lieske JC. Evidence of nanobacteria-like structures in calcified human arteries and cardiac valves. Am J Physiol Heart Circ Physiol 2004;287:H1115 -H1124.

183. Bini A, Mann KG, Kudryk BJ, Schoen FJ. Noncollagenous bone matrix proteins, calcification, and thrombosis in carotid artery atherosclerosis. Arterioscler Thromb Vasc Biol 1999;19:1852-1861.

184. Higashi S, Ohishi H, Kudo I. Augmented prostaglandin E2 generation resulting from increased activities of cytosolic and secretory phospholipase A2 and induction of cyclooxygenase-2 in interleukin-1 beta-stimulated rat calvarial cells during the mineralizing phase. Inflamm Res 2000;49:102-111.

185. Lindholm TS, Tornkvist H. Inhibitory effect on bone formation and calcification exerted by the anti-inflammatory drug ibuprofen. An experimental study on adult rat with fracture. Scand J Rheumatol 1981;10:38-42.

186. Kajii T, Suzuki K, Yoshikawa M, Imai T, Matsumoto A, Nakamura S. Long-term effects of prostaglandin E2 on the mineralization of a clonal osteoblastic cell line (MC3T3-E1). Arch Oral Biol 1999;44:233-241.

187. Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998;83:210-216.

188. Strey CH, Young JM, Molyneux SL, George PM, Florkowski CM, Scott RS, Frampton CM. Endothelium-ameliorating effects of statin therapy and coenzyme Q10 reductions in chronic heart failure. Atherosclerosis 2005; 179:201-206.

189. Chan KY, Boucher ES, Gandhi PJ, Silva MA. HMG-

CoA reductase inhibitors for lowering elevated levels of C-reactive protein. Am J Health Syst Pharm 2004;61: 1676-1681.

190. Langsjoen PH, Langsjoen AM. The clinical use of HMG CoA-reductase inhibitors and the associated depletion of coenzyme $Q_{10}$. A review of animal and human publications. Biofactors 2003;18:101-111.

191. Lonnrot K, Porsti I, Alho H, Wu X, Hervonen A, Tolvanen JP. Control of arterial tone after long-term coenzyme $Q_{10}$ supplementation in senescent rats. Br J Pharmacol. 1998;124:1500-1506. Erratum: 1998;125: 1788.

192. Furukawa K, Yamasaki Y, Kizu A, Furukawa K, Katsume H, Ijichi H, Kitamura K. The restorative action of coenzyme $Q_{10}$ in 2, 4-dinitrophenol-depressed electrical and contractile activities of guinea-pig heart. J Mol Cell Cardiol 1983;15:595-602.

193. Papafili A, Hill MR, Brull DJ, McAnulty RJ, Marshall RP, Humphries SE, Laurent GJ. Common promoter variant in cyclooxygenase-2 represses gene expression: evidence of role in acute-phase inflammatory response. Arterioscler Thromb Vasc Biol 2002;22:1631-1636.

194. Cipollone F, Toniato E, Martinotti S, Fazia M, Iezzi A, Cuccurullo C, Pini B, Ursi S, Vitullo G, Averna M, Arca M, Montali A, Campagna F, Ucchino S, Spigonardo F, Taddei S, Virdis A, Ciabattoni G, Notarbartolo A, Cuccurullo F, Mezzetti A. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004;291: 2221-2228.

195. Grainger DJ, Kemp PR, Metcalfe JC, Liu AC, Lawn RM, Williams NR, Grace AA, Schofield PM, Chauhan A. The serum concentration of active transforming growth factor-beta is severely depressed in advanced atherosclerosis. Nat Med 1995;1:74-79.

196. Fong CY, Pang L, Holland E, Knox AJ. TGF-beta1 stimulates IL-8 release, COX-2 expression, and $PGE_2$ release in human airway smooth muscle cells. Am J Physiol Lung Cell Mol Physiol 2000;279:L201-L207.

197. Jiang X, Zeng HS, Guo Y, Zhou ZB, Tang BS, Li FK. The expression of matrix metalloproteinases-9, transforming growth factor-beta1 and transforming growth factor-beta receptor I in human atherosclerotic plaque and their relationship with plaque stability. Chin Med J (Engl) 2004;117:1825-1829.

198. Kim HS, Shang T, Chen Z, Pflugfelder SC, Li DQ. TGF-beta1 stimulates production of gelatinase (MMP-9), collagenases (MMP-1, -13) and stromelysins (MMP-3, -10, -11) by human corneal epithelial cells. Exp Eye Res 2004;79:263-274.

199. Philipp K, Riedel F, Germann G, Hormann K, Sauerbier M. TGF-beta antisense oligonucleotides reduce mRNA expression of matrix metalloproteinases in cultured wound-healing-related cells. Int J Mol Med 2005;15:299-303.

200. Rutter JL, Mitchell TI, Buttice G, Meyers J, Gusella JF, Ozelius LJ, Brinckerhoff CE. A single nucleotide polymorphism in the matrix metalloproteinase-1 promoter creates an Ets binding site and augments transcription.

Cancer Res 1998;58:5321-5325.

201. Ye S, Gale CR, Martyn CN. Variation in the matrix metalloproteinase-1 gene and risk of coronary heart disease. Eur Heart J 2003;24:1668-1671.

202. Wu KK. Aspirin and other cyclooxygenase inhibitors: new therapeutic insights. Semin Vasc Med 2003;3:107-112.

203. Redondo S, Santos-Gallego CG, Ganado P, Garcia M, Rico L, Del Rio M, Tejerina T. Acetylsalicylic acid inhibits cell proliferation by involving transforming growth factor-beta. Circulation 2003;107:626-629.

204. Mallat Z, Gojova A, Marchiol-Fournigault C, Esposito B, Kamate C, Merval R, Fradelizi D, Tedgui A. Inhibition of transforming growth factor-beta signaling accelerates atherosclerosis and induces an unstable plaque phenotype in mice. Circ Res 2001;89:930-934.

205. Robertson AK, Rudling M, Zhou X, Goetlik L, Flaveil RA, Hansson GK. Disruption of TGF-beta signaling in T cells accelerates atherosclerosis. J Clin Invest 2003;112: 1342-1350.

206. Chen G, Wood EG, Wang SH, Warner TD. Expression of cyclooxygenase-2 in rat vascular smooth muscle cells is unrelated to nuclear factor-kappaB activation. Life Sci 1999;64:1231-1242.

207. Nosaka S, Hashimoto M, Sasaki T, Ku K, Saitoh Y, Hanada T, Yamauchi M, Masumura S, Nakayama K, Tamura K. Antithrombotic effects of endocardial endothelial cells—comparison with coronary artery endothelial cells. Prostaglandins 1997;53:305-319.

208. Garcia-Martin E, Martinez C, Tabares B, Frias J, Agundez JA. Interindividual variability in ibuprofen pharmacokinetics is related to interaction of cytochrome P450 2C8 and 2C9 amino acid polymorphisms. Clin Pharmacol Ther 2004;76:119-127.

209. Hichiya H, Tanaka-Kagawa T, Soyama A, Jinno H, Koyano S, Katori N, Matsushima E, Uchiyama S, Tokunaga H, Kimura H, Minami N, Katoh M, Sugai K, Goto Y, Tamura T, Yamamoto N, Ohe Y, Kunitoh H, Nokihara H, Yoshida T, Minami H. Saijo N, Ando M, Ozawa S, Saito Y, Sawada J. Functional characterization of five novel CYP2C8 variants, G171S, R186X, R186G, K247R, and K383N, found in a Japanese population. Drug Metab Dispos 2005;33:630-636.

210. Walsky RL, Gaman EA, Obach RS. Examination of 209 drugs for inhibition of cytochrome P450 2C8. J Clin Pharmacol 2005;45:68-78.

211. Garnett WR. Clinical implications of drug interactions with coxibs. Pharmacotherapy 2001;21:1223-1232.

212. Kirchheiner J, Stormer E, Meisel C, Steinbach N, Roots I, Brockmoller J. Influence of CYP2C9 genetic polymorphisms on pharmacokinetics of celecoxib and its metabolites. Pharmacogenetics 2003;13:473-480.

213. Nusing R, Ullrich V. Regulation of cyclooxygenase and thromboxane synthase in human monocytes. Eur J Biochem 1992;206:131-136.

214. Nanayama T, Hara S, Inoue H, Yokoyama C, Tanabe T. Regulation of two isozymes of prostaglandin endoperoxide synthase and thromboxane synthase in human monoblastoid cell line U937. Prostaglandins 1995;49:

371-382.

215. Chevalier D, Lo-Guidice JM, Sergent E, Allorge D, Debuysere H, Ferrari N, Libersa C, Lhermitte M, Broly F. Identification of genetic variants in the human thromboxane synthase gene (CYP5A1). Mutat Res 2001; 432:61-67.

216. Hong SJ, Lee SY, Kim HB, Kim JH, Kim BS, Choi SO, Lee SG, Shin ES, Hong TJ. IL-5 and thromboxane A₂ receptor gene polymorphisms are associated with decreased pulmonary function in Korean children with atopic asthma. J Allergy Clin Immunol 2005;115:758-763.

217. Osende JI, Shimbo D, Fuster V, Dubar M, Badimon JJ. Antithrombotic effects of S 18886, a novel orally active thromboxane A₂ receptor antagonist. J Thromb Haemost 2004;2:492-498.

218. Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-342.

219. Hanson J, Rolin S, Reynaud D, Qiao N, Kelley LP, Reid HM, Valentin F, Tippins J, Kinsella BT, Masereel B, Pace-Asciak C, Pirotte B, Dogne JM. In vitro and in vivo pharmacological characterization of BM-613 N-n-pentyl-N'-2-(4'-methylphenylamino)-5-nitrobenze-sulfonyl-urea, a novel dual thromboxane synthase inhibitor and thromboxane receptor antagonist. J Pharmacol Exp Ther 2005;313:293-301.

220. Yokoyama C, Yabuki T, Inoue H, Tone Y, Hara S, Hatae T, Nagata M, Takahashi EI, Tanabe T. Human gene encoding prostacyclin synthase (PTGIS): genomic organization, chromosomal localization, and promoter activity. Genomics 1996;36:296-304.

221. Korita D, Sagawa N, Itoh H, Yura S, Yoshida M, Kakui K, Takemura M, Yokoyama C, Tanabe T, Fujii S. Cyclic mechanical stretch augments prostacyclin production in cultured human uterine myometrial cells from pregnant women: possible involvement of up-regulation of prostacyclin synthase expression. J Clin Endocrinol Metab 2002;87:5209-5219.

222. Nakayama T, Soma M, Watanabe Y, Hasimu B, Sato M, Aoi N, Kosuge K, Kanmatsuse K, Kokubun S, Marrow JD, Oates JA. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002;297:1135-1139.

223. Yokoyama C, Yabuki T, Shimonishi M, Wada M, Hatae T, Ohkawara S, Takeda J, Kinoshita T, Okabe M, Tanabe T. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002;106:2397-2403.

224. Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999;274:23707-23718.

225. Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain percep-

tion and inflammatory response in mice lacking prostacyclin receptor. Nature 1997;388:678-682.

226. FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000;32(Suppl):21-26.

227. Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003;108:1676-1578.

228. Cockerill GW, Saklatvala J, Ridley SH, Yarwood H, Miller NE, Oral B, Nithyanathan S, Taylor G, Haskard DO. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999;19:910-917.

229. Keith RL, Miller YE, Hudish TM, Girod CE, Sotto-Santiago S, Franklin WA, Nemenoff RA, March TH, Nana-Sinkam SP, Geraci MW. Pulmonary prostacyclin synthase overexpression chemoprevents tobacco smoke lung carcinogenesis in mice. Cancer Res 2004;64:5897-5904.

230. Cai L, Zheng ZL, Zhang ZF. Cytochrome p450 2E1 polymorphisms and the risk of gastric cardia cancer. World J Gastroenterol 2005;11:1867-1871.

231. Yang CX, Matsuo K, Wang ZM, Tajima K. Phase I/II enzyme gene polymorphisms and esophageal cancer risk: A meta-analysis of the literature. World J Gastroenterol 2005;11:2531-2538.

232. Fujino D, Nakagawa N, Yuhki K, Hara A, Yamada T, Takayama K, Kuriyama S, Hosoki Y, Takahata O, Taniguchi T, Fukuzawa J, Haegbe N, Kikuchi K, Narumiya S, Ushikubi F. Decreased susceptibility to renovascular hypertension in mice lacking the prostaglandin I₂ receptor IP. J Clin Invest 2004;114:805-812.

233. Fisslthaler B, Popp R, Kiss L, Potente M, Harder DR, Fleming I, Busse R. Cytochrome P450 2C is an EDHF synthase in coronary arteries. Nature 1999;401:493-497.

234. Hayabuchi Y, Nakaya Y, Matsuoka S, Kuroda Y. Endothelium-derived hyperpolarizing factor activates Ca²⁺-activated K⁺ channels in porcine coronary artery smooth muscle cells. J Cardiovasc Pharmacol 1998;32:642-649.

235. Gauthier KM, Edwards EM, Falck JR, Reddy DS, Campbell WB. 14,15-epoxyeicosatrienoic acid represents a transferable endothelium-dependent relaxing factor in bovine coronary arteries. Hypertension 2005;45:666-671.

236. Koehne CH, Dubois RN. COX-2 inhibition and colorectal cancer. Semin Oncol 2004;31(Suppl 7):12-21.

237. Jendrossek V, Handrick R, Belka C. Celecoxib activates a novel mitochondrial apoptosis signaling pathway. FASEB J 2003;17:1547-1549.

238. Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004;39:1028-1037.

239. Kazanov D, Dvory-Sobol H, Pick M, Liberman E, Strier L, Choen-Noyman E, Deutsch V, Kunik T, Arber N. Celecoxib but not rofecoxib inhibits the growth of trans-

formed cells in vitro. Clin Cancer Res 2004;10(Pt 1): 267-271.

240. St-Germain ME, Gagnon V, Parent S, Asselin E. Regulation of COX-2 protein expression by Akt in endometrial cancer cells is mediated through NF-kappaB/IkappaB pathway. Mol Cancer 2004;3:7.

241. Takahashi H, Yanagi Y, Tamaki Y, Uchida S, Muranaka K. COX-2-selective inhibitor, etodolac, suppresses choroidal neovascularization in a mice model. Biochem Biophys Res Commun 2004;325:461-466.

242. Kobayashi H, Gonda T, Uetake H, Higuchi T, Enomoto M, Sugihara K. JTE-522, a selective COX-2 inhibitor, interferes with the growth of lung metastases from colorectal cancer in rats due to inhibition of neovascularization: a vascular cast model study. Int J Cancer 2004; 112:920-926.

243. Wilgus TA, Ross MS, Parrett ML, Oberyszyn TM. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000;62: 367-384.

244. Wilgus TA, Koki AT, Zweifel BS, Rubal PA, Oberyszyn TM. Chemotherapeutic efficacy of topical celecoxib in a murine model of ultraviolet light B-induced skin cancer. Mol Carcinog 2003;38:33-39.

245. Basu GD, Pathangey LB, Tinder TL, Lagioia M, Gendler SJ, Mukherjee P. Cyclooxygenase-2 inhibitor induces apoptosis in breast cancer cells in an in vivo model of spontaneous metastatic breast cancer. Mol Cancer Res 2004;2:632-642.

246. Arun B, Goss P. The role of COX-2 inhibition in breast cancer treatment and prevention. Semin Oncol 2004;31 (Suppl 7):22-29.

247. Sandler AB, Dubinett SM. COX-2 inhibition and lung cancer. Semin Oncol 2004;31(Suppl 7):45-52.

248. Gao J, Niwa K, Sun W, Takemura M, Lian Z, Onogi K, Seishima M, Mori H, Tamaya T. Non-steroidal anti-inflammatory drugs inhibit cellular proliferation and upregulate cyclooxygenase-2 protein expression in endometrial cancer cells. Cancer Sci 2004;95:901-907.

249. Yuan CJ, Mandal AK, Zhang Z, Mukherjee AB. Transcriptional regulation of cyclooxygenase-2 gene expression: novel effects of nonsteroidal anti-inflammatory drugs. Cancer Res 2000;60:1084-1091.

250. Udd L, Katajisto P, Rossi DJ, Lepisto A, Lahesmaa AM, Ylikorkala A, Jarvinen HJ, Ristimaki AP, Makela TP. Suppression of Peutz-Jeghers polyposis by inhibition of cyclooxygenase-2. Gastroenterology 2004;127:1030-1037.

251. Xiao Z, Luke BT, Izmirlian G, Umar A, Lynch PM, Phillips RK, Patterson S, Conrads TP, Veenstra TD, Greenwald P, Hawk ET, Ali IU. Serum proteomic profiles suggest celecoxib-modulated targets and response predictors. Cancer Res 2004;64:2904-2909.

252. Sinicrope FA, Half E, Morris JS, Lynch PM, Morrow JD, Levin B, Hawk ET, Cohen DS, Ayers GD, Stephens LC. Cell proliferation and apoptotic indices predict adenoma regression in a placebo-controlled trial of celecoxib in familial adenomatous polyposis patients.

Cancer Epidemiol Biomarkers Prev 2004;13:920-927.

253. Swamy MV, Cooma I, Reddy BS, Rao CV. Lamin B, Caspase-3 activity and apoptosis induction by a combination of HMG-CoA reductase inhibitor and COX-2 inhibitors: a novel approach in developing effective chemopreventive regimens. Int J Oncol 2002; 20:753-759.

254. Battegay EJ, Raines EW, Seifert RA, Bowen-Pope DF, Ross R. TGF-beta induces bimodal proliferation of connective tissue cells via complex control of an autocrine PDGF loop. Cell 1990;63:515-524.

255. Fosslien E. Lin Q, Yamashiroya H. Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta. Ann Clin Lab Sci 1997;27:318-319.

256. Tabata T, Takei Y. Morphogens, their identification and regulation. Development 2004;131:703-712.

257. Fosslien E. Establishment, maintenance, and remodeling of curvature in biology. Med Hypotheses 2002;59:233-238.

258. Brown RE. HER-2/neu-positive breast carcinoma: molecular concomitants by proteomic analysis and their therapeutic implications. Ann Clin Lab Sci 2002;32:12-21.

259. Moreland RB, Kim N, Nehra A, Goldstein I, Traish A. Functional prostaglandin E (EP) receptors in human penile corpus cavernosum. Int J Impot Res 2003;15:362-368.

260. Emi M, Maeyama K. The biphasic effects of cyclopentenone prostaglandins, prostaglandin $J_2$ and 15-deoxy-delta$^{12,14}$-prostaglandin $J_2$ on proliferation and apoptosis in rat basophilic leukemia (RBL-2H3) cells. Biochem Pharmacol 2004;67:1259-1267.

261. Martinez B, Perez-Castillo A, Santos A. The mitochondrial respiratory complex I is a target for 15-deoxy-delta12, 14-prostaglandin $J_2$ action. J Lipid Res 2005; 46:736-743.

262. Favier J, Briere JJ, Strompf L, Amar L, Filali M, Jeunemaitre X, Rustin P, Gimenez-Roqueplo AP. Hereditary paraganglioma/pheochromocytoma and inherited succinate dehydrogenase deficiency. Horm Res 2005;63:171-179.

263. Tsujii M, Kawano S, Tsuji S, Sawaoka H, Hori M, DuBois RN. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. Cell 1998;93:705-716. Erratum: 1998;94:after 271.

264. Huang JC, Wun WS, Goldsby JS, Matijevic-Aleksic N, Wu KK. Cyclooxygenase-2-derived endogenous prostacyclin enhances mouse embryo hatching. Hum Reprod 2004;19:2900-2906.

265. Su PH, Chen JY, Su CM, Huang TC, Lee HS. Comparison of ibuprofen and indomethacin therapy for patent ductus arteriosus in preterm infants. Pediatr Int 2003;45:665-670.

266. Montenegro MA, Palomino H. Induction of cleft palate in mice by inhibitors of prostaglandin synthesis. J Craniofac Genet Dev Biol 1990;10:83-94.

267. Goldman AS. Arachidonic acid and male genital differentiation. Eur J Pediatr 1987;146(Suppl):S63-S66.

268. Piddington RL. Goldman AS. Palatal development and the arachidonic acid cascade. Prog Clin Biol Res 1985;17: 295-306.

269. Potter JD. Morphostats: a missing concept in cancer biology. Cancer Epidemiol Biomarkers Prev 2001;10:161-170.

270. Debons AF, Fani K, Jimenez FA. Enhancement of experimental atherosclerosis by aspirin. J Toxicol Environ Health 1981;8:899-906.

271. Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004;164:2472-2476.

272. Bjordal JM, Ljunggren AE, Klovning A, Slordal L. NSAIDs, including coxibs, probably do more harm than good, and paracetamol is ineffective for hip OA. Ann Rheum Dis 2005 64:655-656.

273. Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005;39:597-602.

274. Ridker PM, Stampfer MJ, Rifai N. Novel risk factors for systemic atherosclerosis: a comparison of C-reactive protein, fibrinogen, homocysteine, lipoprotein(a), and standard cholesterol screening as predictors of peripheral arterial disease. JAMA 2001;285:2481-2485.

275. Maas R, Boger RH. Old and new cardiovascular risk factors: from unresolved issues to new opportunities. Atheroscler Suppl 2003;4:5-17.

276. Wald NJ, Law MR. A strategy to reduce cardiovascular disease by more than 80%. BMJ 2003;326:1419.

277. Sung FL, Slow YL, Wang G, Lynn EG, O K. Homocysteine stimulates the expression of monocyte chemoattractant protein-1 in endothelial cells leading to enhanced monocyte chemotaxis. Mol Cell Biochem 2001;216:121-128.

278. Ramaswami G, Chai H, Yao Q, Lin PH, Lumsden AB, Chen C. Curcumin blocks homocysteine-induced endothelial dysfunction in porcine coronary arteries. J Vasc Surg 2004;40:1216-1222.

279. Hofmann T. Risk management of coronary artery disease--pharmacological therapy. Wien Med Wochenschr 2004;154:266-281.

280. Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, Tzivoni D. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004;125:1610-1615.

281. Chrychel M, Dudek D, Bartus S, Legutko J, Heba G, Dubiel JS. High-dose statin and COX-2 inhibitor therapy rapidly decreases C-reactive protein level in patients with unstable angina. Kardiol Pol 2004;61:213-221.

282. Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, Dagenais GR. Impact of prolonged cyclo-oxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004;110:934-939.

283. Numano F, Kishi Y, Ashikaga T, Kobayashi T, Simokado K, Numano F, Yajima M. Antiplatelet therapy for atherosclerotic disorders. Ann NY Acad Sci 1990;59:356-367.

284. Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004;18:559-563.

285. Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002;25:829-835.

286. Morimoto T, Fukui T, Lee TH, Matsui K. Application of U.S. guidelines in other countries: aspirin for the primary prevention of cardiovascular events in Japan. Am J Med 2004;117:459-468.

287. Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med. 2005;142:481-489.

288. Kimmey MB. Cardioprotective effects and gastrointestinal risks of aspirin: maintaining the delicate balance. Am J Med 2004;117(Suppl 5A):72S-78S.

289. Yoshizawa T, Watanabe S, Hirose M, Yamamoto J, Osada T, Sato K, Oide H, Kitamura T, Takei Y, Ogihara T, Miwa H, Miyazaki A, Sato N. Effects of growth factors on aspirin-induced inhibition of wound repair in a rabbit gastric epithelial cell model. Aliment Pharmacol Ther 2000;14(Suppl 1):176-182.

290. Slomiany BL, Slomiany A. Aspirin ingestion impairs oral mucosal ulcer healing by inducing membrane-bound tumor necrosis factor-alpha release. IUBMB Life 2000;50:391-395.

291. Li RC, Row BW, Gozal E, Kheirandish L, Fan Q, Brittian KR, Guo SZ, Sachleben LR Jr, Gozal D. Cyclooxygenase 2 and intermittent hypoxia-induced spatial deficits in the rat. Am J Respir Crit Care Med 2003; 168:469-475.

292. Rossoni G, Berti M, Colonna VD, Bernareggi M, Del Soldato P, Berti F. Myocardial protection by the nitro-derivative of aspirin, NCX 40 in vitro and in vivo experiments in the rabbit. Ital Heart J 2000;1:146-155.

293. Wallace JL, Ignarro LJ, Fiorucci S. Potential cardioprotective actions of NO-releasing aspirin. Nat Rev Drug Discov 2002;1:375-382.

294. Levin RI. Theriac found? Nitric oxide-aspirin and the search for the universal cure. J Am Coll Cardiol 2004; 44:642-643.

295. Fiorucci S, Mencarelli A, Meneguzzi A, Lechi A, Renga B, del Soldato P, Morelli A, Minuz P. Co-administration of nitric oxide-aspirin (NCX-4016) and aspirin prevents platelet and monocyte activation and protects against gastric damage induced by aspirin in humans. J Am Coll Cardiol 2004;44:635-641.

296. Kleinjans J, de Kok T, Engels L. Risk assessment of endogenous formation of carcinogenic N-nitroso compounds in response to intake of NO-aspirin. Gastroenterology 2004;127:1018-1019.

297. Ghilardi G, Biondi ML, DeMonti M, Turri O, Guagnellini E, Scorza R. Matrix metalloproteinase-1

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 7 of 29

and matrix metalloproteinase-3 gene promoter polymorphisms are associated with carotid artery stenosis. Stroke 2002;33:2408-2412.

298. Valdes AM, Wolfe ML, O'Brien EJ, Spurr NK, Gefter W, Rut A, Groot PH, Rader DJ. Val641le polymorphism in the C-C chemokine receptor 2 is associated with reduced coronary artery calcification. Arterioscler Thromb Vasc Biol 2002;22:1924-1928.

299. Malhi H, Atac B, Daly AK, Gupta S. Warfarin and celecoxib interaction in the setting of cytochrome P450 (CYP2C9) polymorphism with bleeding complication. Postgrad Med J 2004;80:107-109.

300. Coulter DM, Clark DW. Disturbance of vision by COX-2 inhibitors. Expert Opin Drug Saf 2004;3:607-614.

301. Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Safety 2004;27:1171-1184.

302. Rosenfeldt FL, Pepe S, Ou R, Mariani JA, Rowland MA, Nagley P, Linnane AW. Coenzyme $Q_{10}$ improves the tolerance of the senescent myocardium to aerobic and ischemic stress: studies in rats and in human atrial tissue. Biofactors 1999;9:291-299.

303. Li JM, Mukamal KJ. An update on alcohol and atherosclerosis. Curr Opin Lipidol 2004;15:673-680.

304. Kondo K. Beer and health: preventive effects of beer components on lifestyle-related diseases. Biofactors 2004;22:303-310.

305. de Moura RS, Miranda DZ, Pinto AC, Sicca RF, Souza MA, Rubenich LM, Carvalho LC, Rangel BM, Tano T, Madeira SV, Resende AC. Mechanism of the endothelium-dependent vasodilation and the antihypertensive effect of Brazilian red wine. J Cardiovasc Pharmacol 2004;44:302-309.

306. Zhang Y, Jayaprakasam B, Seeram NP, Olson LK, DeWitt D, Nair MG. Insulin secretion and cyclooxygenase enzyme inhibition by cabernet sauvignon grape skin compounds. J Agric Food Chem 2004;52:228-233.

307. Szewczuk LM, Forti L, Stivala LA, Penning TM. Resveratrol is a peroxidase-mediated inactivator of COX-1 but not COX-2: a mechanistic approach to the design of COX-1 selective agents. J Biol Chem 2004;279:22727-22737.

308. Blanco AM, Pascual M, Valles SL, Guerri C. Ethanol-induced iNOS and COX-2 expression in cultured astrocytes via NF-kappa B. Neuroreport 2004;15:681-685.

309. Gentry RT, Baraona E, Amir I, Roine R, Chayes ZW, Sharma R, Lieber CS. Mechanism of the aspirin-induced rise in blood alcohol levels. Life Sci 1999;65:2505-2512.

310. Kaufman DW, Kelly JP, Wiholm BE, Laszlo A, Sheehan JE, Koff RS, Shapiro S. The risk of acute major upper gastrointestinal bleeding among users of aspirin and ibuprofen at various levels of alcohol consumption. Am J Gastroenterol 1999;94:3189-3196.

311. Ibuki T, Matsumura K, Yamazaki Y, Nozaki T, Tanaka Y, Kobayashi S. Cyclooxygenase-2 is induced in the endothelial cells throughout the central nervous system during carrageenan-induced hind paw inflammation; its possible role in hyperalgesia. J Neurochem 2003;86:318-328.

312. Tauman R, Ivanenko A, O'Brien LM, Gozal D. Plasma C-reactive protein levels among children with sleep-disordered breathing. Pediatrics 2004;113:e564-e569.

313. Okita K, Nishijima H, Murakami T, Nagai T, Morita N, Yonezawa K, Iizuka K, Kawaguchi H, Kitabatake A. Can exercise training with weight loss lower serum C-reactive protein levels? Arterioscler Thromb Vasc Biol 2004;24:1868-1873.

314. Nakatani K, Yamakuni T, Kondo N, Arakawa T, Oosawa K, Shimura S, Inoue H, Ohizumi Y. gamma-Mangostin inhibits inhibitor-kappaB kinase activity and decreases lipopolysaccharide-induced cyclooxygenase-2 gene expression in C6 rat glioma cells. Mol Pharmacol 2004;66:667-674.

315. Meisel C, Johne A, Roots I. Fatal intracerebral mass bleeding associated with Ginkgo biloba and ibuprofen. Atherosclerosis 2003;167:367.

316. Yagi A, Kabash A, Okamura N, Haraguchi H, Moustafa SM, Khalifa TI. Antioxidant, free radical scavenging and anti-inflammatory effects of aloesin derivatives in Aloe vera. Planta Med 2002;68:957-960.

317. Lee A, Chui PT, Aun CS, Gin T, Lau AS. Possible interaction between sevoflurane and Aloe vera. Ann Pharmacother 2004;38:1651-1654.

# Plaintiffs' Response re FOSSLIEN

# Footnote 21A of 28

Available online at www.annclinlabsci.org

*Annals of Clinical & Laboratory Science, vol. 35, no.4, 2005*                                         347

# *Review:* Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs

**Egil Fosslien**

Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois

**Abstract.** Coxibs, such as rofecoxib, celecoxib, and valdecoxib, selectively inhibit cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) most coxibs do not significantly inhibit COX-1 and are therefore less toxic to the gastro-intestinal tract. Hence, coxibs widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. In many, but not all, clinical studies, coxibs became associated with higher risks of myocardial infarction (MI) and stroke. Several mechanisms may be involved in the patho-genesis of such complications. First, selective inhibition of COX-1 lowers platelet synthesis of thromboxane ($TXA_2$), a thrombogenic and atherogenic eicosanoid. Selective inhibition of COX-2 limits endothelial cell synthesis of prostacyclin ($PGI_2$), an arachidonic acid product that opposes the effects of thromboxane. In apoE-/- mice, interruption of $TXA_2$ signaling by deletion of its receptor (TP) limits atherogenesis, whereas interruption of PGI2 signaling by deletion of its receptor (IP) accelerates atherogenesis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of cardiovascular complications. Second, COX inhibition can raise levels of arachidonic acid, which can inhibit mitochondrial oxidative phosphoryl-ation (OXPHOS) and increase OXPHOS generation of reactive oxygen species. Several NSAIDs, including coxibs and meloxicam, directly uncouple or inhibit OXPHOS. Studies of apoE-/- mice indicate that mitochondrial dysfunction plays an early role in atherogenesis. Third, many NSAIDs exhibit COX-independent properties. For example, in animal models, short-term treatment with celecoxib reduces monocyte chemotaxis by reducing expression of monocyte chemoattractant protein (MCP)-1. However, long-term treatment results in the opposite effect and accelerates atherogenesis. In conclusion, to reduce the risk of cardiovascular complications during long-term coxib therapy, low-dose aspirin supplementation should be considered. An alternative is to use a less COX-2-selective inhibitor such as meloxicam. Genotyping of -765 alleles of the COX-2 gene promoter and examining the polymorphism of other genes involved in eicosanoid metabolism or NSAID degradation may become helpful in predicting patients who are at higher risk of cardiovascular complications during selective COX-2 inhibitor therapy.

**Keywords:** NSAIDs, COX-2 inhibitors, coxibs, cardiovascular disease, myocardial infarction, arthritis, neoplasia, chemotherapy

## Introduction

Several, but not all, clinical studies have revealed an increased rate of cardiovascular complications after long-term use of coxibs such as rofecoxib, celecoxib, and valdecoxib, which are nonsteroidal anti-inflammatory drugs (NSAIDs) that selectively inhibit cyclooxygenase (COX). Despite signif-icant variability of findings in these studies, the

increased rates of myocardial infarction and stroke emerging from rofecoxib studies and cardiovascular complications found in celecoxib cancer prevention studies raise concerns about the cardiovascular safety of long-term treatment with coxibs, as well as traditional NSAIDs that inhibit both COX-1 and COX-2 [1-5].

Cyclooxygenase (COX)-2 expression is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankyl-osing spondylitis [6]. Traditional, non-selective NSAIDs are effective in treating inflammation

Address correspondence to: Egil Fosslien, M.D., 502 Fairview Ave, Glen Ellyn, IL 60137, USA; tel 630 469 6824; e-mail efosslie@uic.edu.

0091-7370/05/0400-0347. $9.75. © 2005 by the Association of Clinical Scientists, Inc.

and pain. However, they can induce hemorrhage and severe gastrointestinal complications because they also inhibit COX-1, which has major roles in hemostasis and gastrointestinal cytoprotection [7].

NSAIDs that selectively inhibit COX-2, such as coxibs, were developed to retain the anti-inflammatory effects of traditional NSAIDs, but lessen the risk of adverse gastrointestinal effects. Clinical trials have shown that coxibs have analgesic profiles similar to traditional NSAIDs, but are significantly less toxic to the gastrointestinal system. They therefore widely replaced non-selective NSAIDs for treatment of inflammatory joint diseases and other painful inflammatory conditions [8,9].

The primary goal of this review is to elucidate the pathophysiology and molecular pathology of cardiovascular complications of NSAIDs, especially COX-2-selective inhibitors such as coxibs. A second goal is to highlight clinical factors and laboratory tests that may identify patients with increased risk of cardiovascular complications when using NSAIDs. A final goal is to identify potential pharmacological and other strategies for cardiovascular risk reduction.

## Cyclooxygenase

An analysis of effects of NSAIDs is intricate because cyclooxygenases participate in many physiological functions and human pathologies. The COX-2 isoform plays a major role in initiation of inflammatory alterations in response to injury. In addition, *during later stages it may aid in repair and resolution* of inflammation. It is inducible by inflammatory stimuli such as cytokines, growth factors, and bacterial endotoxin and is expressed in atherosclerotic lesions and in a variety of tumors. COX-1 is constitutively expressed in most tissues where it *regulates synthesis of physiological levels of prosta-*glandins. COX-3 is a splicing variant of COX-1 that is unaffected by most NSAIDs [10,11].

COX-2 is expressed in various normal tissues where its expression may be important for physiological functions such as cardioprotection associated with high-density lipoprotein and apolipoprotein E (apoE) [12] (see below). Interpretation of experimental and clinical findings is complicated further by dissimilar tissue distribution and altered expression of COX-1 and COX-2 in diseased tissues and by the observation that COX expression differs in different species [13]. Because COX-1 and COX-2 have some adaptable overlapping functions, effects of their inhibition on the cardiovascular system remain complex and sometimes contentious [14].

In healthy rats, COX-2 mRNA is constitutively expressed in heart, kidney, and lung; COX-1 mRNA is expressed in kidney, lung, and liver [15]. In the kidney, COX-1 is found in the epididymis and vas deferens and COX-2 in the seminal vesicles [16]. Also important for interpretation of effects of NSAID inhibition, when immunohistochemistry is employed to determine COX-2-protein expression in normal, inflamed, or neoplastic tissues, is the fact that the results may depend on the antibody used [17].

COX-2 is induced in atherosclerotic plaques, during angiogenesis, and during wound healing [9,18]. In rabbits, experimental balloon injury and stent implantation induce expression of COX-2 in areas with atherosclerotic lesions. Normally, arteries at these anatomic locations express only COX-1 [19]. In addition, COX-2 is constitutively expressed in the macula densa and renal medullary interstitial cells [20]. Traditional NSAIDs, and *coxibs as well, can decrease renal excretion* of sodium and potassium. Hyperkalemia can induce cardiac arrhythmia [21]. Moreover, COX-2 inhibition can increase kidney water retention, and induce peripheral edema and weight gain. Chronic NSAID use can lead to renal failure [22,23]. In animal models, selective inhibition of COX-2 promotes hypertension, atherogenesis, and formation of thrombi, all risk factors for acute myocardial infarction. Nevertheless, the exact pathogenesis of the increased rates of cardiovascular complications caused by coxibs is unclear at this point [24].

Smoking increases COX-2 expression that induces inflammation [25]. Chronic inflammatory processes play a major role in carcinogenesis and atherogenesis. The latter is a major risk factor for myocardial infarction [26,27]. Inflammation plays a role in all stages of atherogenesis, from fatty streak development to plaque formation and plaque rupture [28]. The inflammatory features resemble the inflammatory alterations seen in rheumatoid arthritis and osteoarthritis. Rheumatoid arthritis

is associated with accelerated atherosclerosis, high cardiac mortality, and shortened life expectancy. As inhibition of COX-2 reduces inflammation, it was hoped that COX-2-selective inhibitors, when used to reduce pain and inflammation in joint disease, might also inhibit atherogenesis *and reduce the rates of myocardial infarction* [29].

For reasons not entirely agreed upon, the opposite was observed in several, but not all, clinical studies associated with use of coxib inhibitors, particularly after long-term use, and in a few clinical studies on the use of traditional NSAIDs such as aspirin and naproxen. Several questions arise about NSAID-induced cardiovascular complications: How do NSAIDs alter lesion initiation, progression, thrombosis, and myocardial infarction? Are cardiovascular complications caused by alterations in eicosanoid synthesis? Are they due to interference with mitochondrial function? Are both mechanisms involved? What is the effect of polymorphism of genes involved in eicosanoid *synthesis on responses to NSAID therapy?*

## NSAIDs

Cyclooxygenase inhibition alters metabolism of *eicosanoids, which include prostaglandins,* thromboxane, and leukotrienes that are derived from arachidonic acid (AA), an omega-6 polyunsaturated acid (PUFA), and a few similar 20-carbon long-chain fatty acids (Greek, eicosa = 20) such as omega-3 PUFA found in fish oil. *Cyclooxygenase* is rate-limiting for conversion of arachidonic acid to prostaglandin (PG) $H_2$, which is converted to the important vasoactive eicosanoids thromboxane ($TXA_2$) and prostacyclin ($PGI_2$) by thromboxane synthase prostacyclin synthase respectively (Fig. 1). Furthermore, $PGH_2$ serves as a common substrate for specific synthases that produce other prostaglandins such as $PGD_2$, $PGJ_2$, and $PGE_2$. The latter plays a key role in carrageenan-induced inflammation [30].

Cyclooxygenase contains 2 active sites. Its cyclooxygenase site, which converts arachidonic acid to $PGG_2$, is inhibited by NSAIDs. Its peroxidase site subsequently reduces $PGG_2$ to PGH. The peroxidase activity is independent of the cyclooxygenase activity. Furthermore, in addition

to $PGG2$, the peroxidase site can use hydroperoxides such as $H_2O_2$ as substrate and generate reactive oxygen species (ROS) [31].

NSAIDs can induce secondary effects by altering the size of the arachidonic acid pool, which *depends on a dynamic balance between supply and* consumption. Supply is determined by cytosolic (c) and soluble (s) phospholipase $A_2$ ($PLA_2$), which catalyse cleavage of fatty acids from membrane phospholipids [32]. Consumption is regulated by conversion to $PGH_2$ by COX-1 and COX-2, depletion of arachidonic acid via the lipoxygenase pathway, and non-enzymatic conversion of arachidonic acid to isoprostanoids by ROS.

Selective inhibition of COX-2 by coxibs, or selective inhibition of COX-1 by tenoxicam, increases the cellular arachidonic acid pool, which stimulates leukotriene synthesis by lipoxygenase (LO). Because traditional NSAIDs such as acetylsalicylic acid (ASA, aspirin) and ibuprofen inhibit both COX isoforms they can increase the arachidonic acid pool size as well. Furthermore, some NSAIDs also exert functions that are independent of cyclooxygenase inhibition, for example, many NSAIDs affect mitochondrial function, expression of cytokines, and growth factors [33-35].

A high serum level of oxidized LDL (oxLDL) is a strong predictor of myocardial infarction [36]. In vitro, rofecoxib (4-(4'-methylsulfonylphenyl-3-phenyl-2-(5H)-furanone) [37] increases, but celecoxib (4-[[5-(p-tolyl)-3-(trifluoromethyl)-1H-pyra-zol-1-yl]]benzenesulfonamide) decreases, oxidation of low-density lipoprotein (LDL). By comparison, valdecoxib (4-[5-methyl-3-phenyl-isoxazol-4-yl]-benzene-sulfonamide) [38], meloxicam (4-hydroxy-2-methyl-N-[5-methyl-2-thiazolyl]-2H-1,2-benzo-thiazine-3-carboxamide-1,1 dioxide), *ibuprofen* (2-(4-isobtyl-phenyl)-propionic acid), naproxen (D-6-methoxy-α-methyl-2-naphthalene acetic acid), or diclofenac (2-[(2,6-dichloro-phenyl)-amino-benzene-acetic acid) exhibit no significant effect on LDL oxidation [34,39].

*Aspirin.* Aspirin inhibits COX-1 and to a lesser extent COX-2 by acetylating single serine residues (Ser529 and Ser516, respectively) [40]. Many, but not all, clinical studies show that aspirin significantly reduces the risks of MI and stroke. Aspirin lowers

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 12 of 29



Fig. 1. Effect of cyclooxygenase (COX) inhibition by non-steroidal anti-inflammatory drugs (NSAIDs) on main vasoactive eicosanoid and related pathways associated with cardiovascular complications (CV) during NSAID use. Platelet (PLT) COX-1 is rate-limiting for conversion of arachidonic acid (AA) to thromboxane (TXA₂)(1). Endothelial cell (EC) COX-1 and COX-2 (inducible, pro-inflammatory isoform) are rate-limiting for AA conversion to prostacyclin (PGI₂) (2), an eicosanoid that counteracts TXA₂ effects. Aspirin (ASA) inhibits COX-1, lowers TXA₂ synthesis, reduces platelet aggregation, and inhibits atherogenesis (open arrows), but increases risk of hemorrhage and gastrointestinal (GI) complications. Traditional NSAIDs such as indomethacin (INDO) inhibit both COX-1 and COX-2. Coxibs selectively inhibit COX-2 and reduce PGI₂ levels thus generating a prothrombotic state (black filled arrows). *Less arachidonic acid AA is consumed. Excess AA stimulates leukotrienes* synthesis via lipoxygenase (LO) (3), inhibits mitochondrial oxidative phosphorylation (OXPHOS) (4), lowers mitochondrial membrane potential (ΔΨm) (5) and ATP generation, but elevates OXPHOS generation of radical oxygen species (ROS) (6). Feedback loops via prostaglandin (PG) E₂ and tumor necrosis factor (TNF)-α (not shown) increase COX-2 synthesis and ROS generation from the peroxidase site of COX-2 increases (not shown). NSAIDs such as INDO and some coxibs (7) inhibit or uncouple mitochondrial oxidative phosphorylation (OXPHOS). Mitochondrial dysfunction lowers cardiac contractility and is atherogenic. Some important NSAID effects are cyclooxygenase independent, such as celecoxib regulation of expression of monocyte chemo-attractive protein-1 (MCP-1) that regulates monocyte chemotaxis (8). Polymorphism of COX-2 affects the risk of CV complications. Polymorphism of CYP2C9 affects the rate of celecoxib degradation (9). For details see text.

cardiovascular risk by blocking platelet thromboxane synthesis and platelet aggregation. Aspirin lowers the serum levels of C-reactive protein (CRP) [41] and lipoprotein (L)a (Lp(a) [42], which are both independent risk factors for atherosclerosis and myocardial infarction.

*Aspirin inhibits* platelet COX-1 irreversibly, and since platelets lack nuclear DNA, neither additional COX-1 nor further thromboxane can be synthesized by affected platelets. Aspirin treatment alone lessens clot formation and mitigates rates of fatal and non-fatal myocardial

infarction by 25-30% [43,44]. Cardiovascular patients who are resistant to aspirin therapy have more than twice the rate of cardiovascular events, compared to aspirin-sensitive patients [45].

However, a 2-year study of platelet sensitivity to aspirin (100-330 mg/day) in 150 patients without aspirin resistance showed progressive loss of anti-platelet effects after 6-12 months of treatment [46]. One hundred mg/day of aspirin is considered 3 times the dose needed to saturate platelet COX-1 [40]. The altered hemostasis induced by aspirin and other traditional NSAIDs increases the risk of

gastrointestinal hemorrhage, intestinal perforation [3], and excessive perioperative bleeding. Moreover, the inhibition of COX-1 lowers gastrointestinal synthesis of cytoprotective prostaglandins. Aspirin treatment doubles the rate of gastrointestinal complications and raises the rate of hemorrhagic stroke by about 50% [47]. Also, in isolated guinea pig hearts, aspirin significantly depresses cardiac recovery after mild ischemia/perfusion, probably due to mitochondrial uncoupling rather than altered eicosanoid release or non-enzymatic formation of isoprostanes from arachidonic acid by radical species [48,49].

Surprisingly, in a clinical study designed to evaluate valdecoxib compared to aspirin, diclofenac, ibuprofen, and placebo, aspirin was associated with a higher risk of thrombotic events than placebo [50]. However, no increased risk of myocardial infarction was caused by simultaneous use of aspirin and ibuprofen [51].

*Coxibs.* In experimental models coxibs cause significantly fewer gastrointestinal complications than traditional NSAIDs [52]. Clinical studies corroborate these advantages of coxib over traditional NSAIDs. Rofecoxib, celecoxib, and valdecoxib [5,53] (oral medication, injectable counterpart: parecoxib) differ considerably in their COX-2-selectivity. The exact degree of inhibition of COX-2 versus inhibition of COX-1 varies in different publications, and the following values are *representative examples*: rofecoxib 80-, etodolac 23-, meloxicam 11-, and celecoxib 9-fold [54]. Other investigators found that in a whole blood assay rofecoxib exhibited a 36-fold preference for COX-2 compared with COX-1; the corresponding values for celecoxib, diclofenac, meloxicam, and indomethacin (1-[p-chlorobenzoyl]-5-methoxy-2-methylindole-3-acetic acid) [34,55] were 6.6-, 3-, 2-, and 0.4-fold respectively [37,56].

Importantly, in vitro selectivity values are method-dependent, and may not accurately predict selectivity in clinical applications. Taken together, these sources suggest the following gradation of affinity for the COX-2 versus the COX-1 isoform: Aspirin < indomethacin < meloxicam < diclofenac < celecoxib < etodolac < rofecoxib < valdecoxib. Note that some reported selectivity values for meloxicam and indomethacin differ somewhat from those indicated in this gradation list.

*Rofecoxib.* Rofecoxib is a compound with high analgesic and antiphlogistic efficacy in carrageenan-induced inflammation in rodents. It has demonstrated analgesic potency similar to ibuprofen. However, unlike ibuprofen rofecoxib does not inhibit thromboxane synthesis [37,57]. A study by the rofecoxib manufacturer of a group of patients treated with different NSAIDs for osteoarthritis found no difference in cardiovascular thrombotic events between users of rofecoxib, celecoxib, or non-selective NSAIDs such as ibuprofen, nabumetone (4-[6-methoxy-2-naphthalenyl]-2-butanone) [34], and diclofenac [58]. A Canadian study supported this interpretation; it reported no increased risk of myocardial infarction in rofecoxib users [59]. Additionally, an extensive review of data from multiple rofecoxib studies affirmed that there was no solid evidence for increased cardiovascular risk in patients using rofecoxib [60]. This point of view was corroborated by other experts [61].

In a gastrointestinal outcomes research study of rofecoxib, which included patients with rheumatoid arthritis treated either with rofecoxib or naproxen (a non-selective cyclooxygenase inhibitor), patients in the rofecoxib treatment group had significantly fewer gastro-intestinal complications than those in the naproxen-treated group [56]. However, the study showed an increased incidence of myocardial infarction and other thrombotic complications in the group of patients treated with rofecoxib. The rates of myocardial infarction were 0.1% and 0.5% in naproxen- and rofecoxib-treated groups, respectively [40].

Several clinical studies have shown that naproxen [62] may be cardioprotective [44,60,63, 64]. These findings led to a suggestion that the interpretation of an increased rate of myocardial infarction in rofecoxib users was biased because of the cardioprotective effects of naproxen. However, other studies corroborated that rofecoxib therapy in patients with rheumatoid arthritis is associated with increased risk of myocardial infarction [65,66]. Also, in a group of patients over 65 years of age, use of rofecoxib was associated with increased risk of myocardial infarction compared to use of celecoxib

or other NSAIDs. The risk was higher with rofecoxib dosages >25mg/day vs <25 mg/day [67].

The reports of such diverse clinical findings have led to controversy, dispute, and uncertainty. Ethical stances emerged about perceived undue delay in issuing warnings about cardiovascular complications [68]. Then, based on an increase in cardiovascular complications observed in a clinical study designed to evaluate the efficacy of rofecoxib (25 mg/day) in preventing recurrence of colorectal polyps in a group of 2,600 patients, the manufacturer discontinued the study and withdrew rofecoxib from the market at the end of September, 2004 (www.vioxx.com) [39,43,69,70-72]. Public controversy over rofecoxib findings and the final decision to withdraw the drug from the market drew attention to other COX-2-selective inhibitors, eg, celecoxib [73,74] and valdecoxib [5].

***Celecoxib.*** Celecoxib is approved at recommended daily doses of 100-200 mg for treatment of osteoarthritis and 200-400 mg for rheumatoid arthritis (manufacturer's news release, 17 December 2004). In a 6-mo long multicenter clinical trial involving patients with rheumatoid arthritis or osteoarthritis, celecoxib 400 mg (twice daily) was associated with significantly lower incidence of upper gastrointestinal bleeding, perforation, and obstruction compared to traditional NSAIDs (ibuprofen 800 mg (thrice daily) or diclofenac 75mg/(twice daily)). The rates of cardiovascular events were similar for celecoxib and traditional NSAIDs, and surprisingly, were unaffected by concomitant aspirin use [75].

Since celecoxib is a sulfonamide compound, structurally different from rofecoxib and less COX-2-selective, it was argued that celecoxib probably provides some inhibition of platelet COX-1 and thus diminishes thrombogenesis and cardiovascular complications by reducing thromboxane synthesis. In view of such reasoning, celecoxib was considered safer than rofecoxib. This opinion was supported by the results of several clinical studies [76,77]. A search of a large, 15-trial database covering use of celecoxib showed no evidence of *undue thrombotic* risk. The analysis covered 2 post-marketing trials, the Celecoxib Long-term Arthritis Safety Study (CLASS) [78] and the Successive Celecoxib Efficacy

Studies (SUCCESS), and 13 new drug application studies. In all, data from >18,000 patients and almost 6000 patient-years of exposure were analyzed. Celecoxib dosages ranged from 100 mg to 400 mg twice daily [79]. Moreover, no increased risk of cardiovascular complications due to celecoxib treatment with 400 mg daily was detected in a Prevention of Spontaneous Adenomatous Polyps (PreSAP cancer trial) (manufacturer's news release, 17 December 2004).

However, in the Adenoma Prevention with Celecoxib (APC) trial, which included 2035 patients, an increased rate of myocardial infarction was detected among patient using celecoxib. Patients who had been consuming celecoxib 200 or 400 mg twice daily had 2.5-fold and 3.4-fold increases respectively of cardiovascular events compared to the placebo group [80]. The APC trial was therefore discontinued in late December 2004. These findings raised additional concerns about the cardiovascular safety of long-term administration of coxibs.

On the other hand, some clinical studies have indicated that use of traditional NSAIDs may also be associated with increased risks of cardiovascular complications. For example, an Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT) involved a comparison of celecoxib and naproxen against placebo. It was halted because it showed a 50% increase in cardiovascular risk in patients who *received naproxen compared to patients treated* with celecoxib [81,82], a surprising finding in view of results of other studies discussed above that deemed naproxen to be cardioprotective. A clue to why naproxen may increase cardiovascular risk may be derived from a study of 9 healthy subjects, which showed that naproxen 500 mg (twice daily) mimicked the effect on thromboxane synthesis of 100 mg of aspirin daily, and importantly, that naproxen, but not aspirin, significantly lowered prostacyclin synthesis [40].

***Valdecoxib.*** Valdecoxib is a potent anti-inflammatory coxib, which is even more COX-2 selective *than rofecoxib [83]. Valdecoxib at 10 mg/day has a* better GI tolerance profile but similar analgesic efficacy compared to traditional NSAIDs. Like other NSAIDS it can cause fluid retention and

hypertension [84]. An analysis of data from about 8000 patients with osteoarthritis or rheumatoid arthritis treated with daily doses of 10-20 mg, and even at doses up to 80 mg, showed that valdecoxib was not associated with higher rates of thrombotic events than naproxen (500 mg/twice daily), ibuprofen (800 mg thrice daily), or diclofenac (75 mg twice daily) [50].

On the other hand, short-term (10 day) treatment with valdecoxib after cardiac surgery led to increased rates of myocardial infarction, cardiac arrest, pulmonary embolism, and stroke [85]. Valdecoxib was removed from the market in early 2005 [54]. Interestingly, removal of the sulfonamide group of valdecoxib yields compounds that are COX-1-selective inhibitors [86].

*Other COX-2-selective inhibitors.* Meloxicam inhibits COX-2 about 12 times more potently than COX-1 [87]. Pooled clinical data from >13,000 patients who received meloxicam and were followed for >60 days showed that it had good GI and cardiovascular safety profiles compared to patients treated with diclofenac, naproxen, or piroxicam (4-hydroxy-2-methyl-3-[pyrid-2-yl-carbamoyl]-2H-1, 2-benzothiazin-1,1-dioxide) [34,88]. In a recent 1-yr clinical trial involving >200 subjects, its efficacy and safety were comparable to naproxen [89]. Etoricoxib, lumiracoxib, and parecoxib [90] are newer NSAIDs that are highly selective for COX-2 [91,92]. Etoricoxib (MK-0663) is more COX-2-selective than rofecoxib [93-95]. In whole blood assays etoricoxib showed >100-fold selectivity for COX-2 compared to COX-1 [96]. Clinical trials indicated that etoricoxib is well tolerated; at 60 mg or 90 mg dosages it is effective for lower back pain [97] and at 120 mg dosage for post-operative dental pain [98]. Studies to evaluate the effects of these drugs on cardiovascular risk are pending.

## Pathophysiology

Therapeutic doses of coxibs can increase the risk of thrombosis by reducing endothelial cell synthesis of prostacyclin ($PGI_2$), a vital vasodilator and platelet inhibitor. This disrupts the normal balance between prostacyclin and COX-1-derived thromboxane ($TXA_2$), a vasoconstrictive eicosanoid that promotes platelet aggregation and thrombus formation. Furthermore, inhibition or gene knockout of thromboxane receptors (TP) and inhibition or gene knockout of prostacyclin receptors (IP) significantly inhibits and accelerates atherogenesis, respectively, showing the importance of proper balance of thromboxane and prostacyclin signaling. Aspirin lowers thromboxane synthesis by inhibiting platelet COX-1 irreversibly, but too much inhibition of COX-1 increases the risk of hemorrhage (Fig. 2).

Like traditional NSAIDs, coxibs can cause hypertension, which is a thrombogenesis risk factor and an independent risk factor for atherosclerosis. Arterial constriction and renal sodium retention may contribute to the development of hypertension, which together with a coxib-induced prothrombotic state increases the risk of myocardial infarction and thrombotic stroke [4,99].

Endothelial cells are a major source of prostacyclin. Inhibition of endothelial cell COX-2 but not platelet COX-1 by coxibs can therefore interfere with the proper balance, on the one hand, of platelet synthesis of prothrombotic thromboxane A2, which is unaffected by coxibs (with the possible exception of celecoxib), and, on the other hand, reduced synthesis of antithrombotic prostacyclin. Selective inhibition of COX-2 may alter the balance of prostacyclin and thromboxane synthesis. This is the most frequently proposed mechanism to explain the adverse prothrombotic effects of coxibs: they inhibit vascular synthesis of prostacyclin and thereby remove the platelet-inhibitory effect of prostacyclin [100].

This scenario is supported by clinical findings; administration of rofecoxib to patients reduced systemic prostacyclin synthesis to one-half or less of normal levels. This mechanism may, at least in part, explain the hypertension and increased rates of thromboembolic events observed in rofecoxib clinical studies [60]. The imbalance promotes a prothrombotic state, which implies a class effect that may apply to all coxibs [101,102]. Others opine that existence of such a class effect cannot be supported by currently available clinical data. They consider that the degree of imbalance differs for each coxib, and is probably related to the COX-2 selectivity of the coxib administered [103].

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 16 of 29



Fig. 2. Illustration shows effects of non-steroidal anti-inflammatory drugs (NSAIDs) on thromboxane (TXA₂) synthesis. NSAIDs inhibit platelet (PLT) cyclooxygenase (COX)-1, which is rate-limiting for PLT conversion of arachidonic acid (AA) to prostaglandin (PG) H₂, the substrate for synthesis of TXA₂ by PLT thromboxane synthase. Platelets lack nuclear genes; consequently levels of enzymes in platelets are determined by expression of genes of the megakaryocytes that formed the platelets. The gene for TXA₂ synthase, TBXAS1, is located on megakaryocyte chromosome region 7q34. Its expression determines the initial platelet thromboxane synthesis level, which controls platelet conversion of prostaglandin (PG) H₂ to thromboxane, which promotes atherosclerosis by activating platelets and increasing leukocyte interaction with endothelial cells. Additionally, TXA₂ contracts vascular (v) smooth muscle cells (vSMCs) via their thromboxane-prostanoid (TP) receptors, which are coded for by the TBX2R gene on chromosome region 19p13.3. Contraction of vSMCs can lead to hypertension, another risk factor for atherogenesis. Gene induction, polymorphism and pharmacological inhibition of enzymes regulate platelet thromboxane synthesis. Dexamethasone (DEX) significantly increases TXA₂ synthase levels, lipopolysaccharide (LPS) less so. NSAIDs such as aspirin (ASA), naproxen (NAP), and indomethacin (INDO), inhibit COX-1 at the cyclooxygenase site and reduce TXA₂ synthesis; resveratrol (RESV) in addition inhibits the peroxidase site of COX-1; sulindac (SUL) inhibits cytosolic phospholipase A₂ (cPLA₂) Deleting the gene for the TP receptors (TP⁻/⁻) in apoE null mice significantly hinders atherogenesis compared to apoE null mice that express thromboxane receptors. Similarly, inhibition of TP receptors with the receptor antagonist S18886 slows atherosclerotic lesion formation in such mice. BM-613 is an antagonist for the TP receptor and also inhibits thromboxane synthase. For details see text.

Another concern is the observation that myocardial COX-2 expression may be important in limiting damage caused by cardiac ischemia/reperfusion. Selective inhibition of COX-2 may directly interfere with cardiac synthesis of prostacyclin and PGE₂, both cardioprotective eicosanoids [104]. As an example, treatment of rats with atorvastatin, which induces an increase in cardiac expression of cPLA₂, COX-2, prostacyclin synthase and PGE₂ synthase, reduces murine experimental infarct size. Simultaneous inhibition of COX-2 with valdecoxib eliminates this cardioprotective effect [105].

***Vasoactive products.*** Arachidonic acid can be metabolized to vasoactive products via COX-1,

COX-2, lipoxygenase, and cytochrome P-450 (cP450) mono-oxygenase [106]. The most important vasoactive eicosanoids are thromboxane and prostacyclin, generated via the platelet COX-1 pathway and the endothelial cell COX-1 and COX-2 pathways, respectively. Thromboxane contracts and prosta-cyclin relaxes vascular mural smooth muscle cells (SMCs). In addition, thromboxane promotes and prostacyclin prevents and reverses thromboxane-induced platelet aggregation [107]. Conversely, thromboxane up-regulates COX-2 expression in endothelial cells and enhances endothelial synthesis of prostacyclin [108].

Some have suggested that, in evaluating effects of NSAIDs on vasoactive eicosanoids, species

differences must be considered. Thus, in a canine model of coronary vasodilation, naproxen (but not the COX-2 selective inhibitor SC-58236) significantly reduced prostacyclin-mediated vasodilation induced by arachidonic acid. It was suggested that, in the canine model, vasodilation is mostly COX-1-dependent [62]. Other investigators corroborate that naproxen significantly lowers prosta-cyclin synthesis [40], and some have indicated that systemic prostacyclin synthesis is mainly COX-2-dependent (see below) [109].

*Thromboxane.* Platelet COX-1 is rate-limiting for conversion of arachidonic acid to prostaglandin $H_2$, the substrate for synthesis of thromboxane $A_2$ by thromboxane synthase. Thromboxane causes platelet aggregation and contraction of mural smooth muscle cells, which constricts vessels. It also increases leukocyte interaction with endothelial cells. All are important steps in the development of atherosclerosis. Thromboxane promotes atherosclerosis by activating platelets and contracting arteries (Fig. 2). Megakaryocyte gene polymorphism regulates platelet thromboxane synthesis. Aspirin inhibits platelet COX-1, lowers platelet synthesis of thromboxane (reducing prothrombotic activity and vasoconstriction), and reduces leukocyte interaction with endothelial cells [110].

*Prostacyclin.* Prostacyclin participates in cardioprotective functions in various ways. It inhibits platelet aggregation on the endothelium, reduces leukocyte interaction with endothelial cells, and hinders atherogenesis. Prostacyclin also protects mitochondrial function (see below). Cyclooxygenases in endothelial cells and activated macrophages convert arachidonic acid to $PGH_2$, which is then converted by prostacyclin synthase (PGIS) to prostacyclin, which dilates vessels by relaxing vascular smooth muscle cells (Fig. 3).

Because cyclooxygenase is upstream of prostacyclin synthase, it is rate-limiting for prostacyclin synthesis. NSAID inhibition of COX-2 may therefore affect physiological functions in which its downstream metabolites such as prostacyclin are involved. As an example, important cardioprotective effects exhibited by HDL and apoE, that are not directly related to their effect on lipoprotein metabolism, are supported by their stimulation of COX-2 expression and thus prostacyclin synthesis, which reduces vascular smooth muscle cell proliferation and slows down atherogenesis [12]. In rats, angiotensin-converting enzyme (ACE) induces COX-2 and thrombolysis and inhibition of COX-2 is thrombogenic. The degree of thrombolysis inhibition depends upon the specific inhibitor used: Rofecoxib is more thrombogenic than celecoxib, followed by nimesulide and NS398. ACE-induced increase of COX-2 synthesis augments prostacyclin (as measured by 6-keto-$PGF_{1\alpha}$, its stable metabolite), but not thromboxane synthesis [111].

Lesion-free healthy endothelium expresses only COX-1, whereas both COX-1 and COX-2 are expressed in atherosclerotic lesions; the 2 isoforms are found in macrophages, endothelium, and to a lesser extent smooth muscle cells [112,113].

In vitro studies demonstrate that estrogen can up-regulate endothelial cell COX-1 expression [114]. Thus, COX-1-dependent prostacyclin synthesis may protect against atherosclerosis in premenopausal women. However, local differences in the response of artery types to relaxation signals were found in studies on the effect of 17β–estradiol (ES2) in sheep: Exogenous ES2 increased PGIS proteins in renal and uterine arteries but not in coronary arteries [115].

In rat coronary arteries, mild physical trauma induces endothelial cell COX-2 expression and COX-2 is expressed in cultured endothelial cells [116]. Prostacyclin (like nitric oxide) is produced by endothelial cells in response to shear stress or other physical forces [117]. For example, in cultured human umbilical vein endothelial cells (HUVEC), laminar fluid shear stress induces COX-2 (mainly via the promoter CRE-responsive element) and stabilizes COX-2 mRNA. However, COX-1 expression is unaltered [118].

No COX-2 expression was detected in freshly removed internal mammary artery segments removed during coronary artery bypass grafting. However, when such segments were placed in organ culture for 2 days they expressed COX-2 [116]. This was a small study of only 3 male and 1 female patients, age 59-68 yr. By comparison, a study of 22 males and 15 females with a median age 28 yr



Fig. 3. Illustration showing effects of non-steroidal anti-inflammatory drugs (NSAIDs) on prostacyclin synthesis. Inhibition of cyclooxygenase (COX-2) by indomethacin (INDO) or coxibs reduces endothelial cell conversion of arachidonic acid (AA) to prostaglandin (PG) H₂, the substrate for synthesis of prostacyclin (PGI₂) by prostacyclin synthase (PGIS). The gene for PGIS, PTGIS, is located on chromosome region 20q13.11-q13.13. Prostacyclin exerts its vascular dilator and antihypertensive effects by relaxing vascular smooth muscle cells via prostaglandin (inducible protein, IP) receptors, which are coded for by the PTGIR gene located on chromosome region 19q13.3. Flow shear stress and mechanical stress induce PTGS2 and PGIS respectively. In addition, prostacyclin counteracts prothrombotic and atherogenic effects of thromboxane. Targeted deletion (TD, intron 9) of PTGES causes renal pathology and hypertension. Complete deletion (IP-/-) of PTGIR accelerates atherogenesis. IP receptor function requires isoprenylation (ISOPR), which is inhibited by statins. C-reactive protein (CRP) and 15-HPAA inhibit PGIS and reduce PGI₂ synthesis, which can also be reduced by inhibition of cPLA₂ by quinacrine or hypoxia. Also, sulindac inhibits transcription of the cPLA₂ gene and has shown anticancer effects. Whereas prostacyclin is cardioprotective, other eicosanoid metabolites downstream of COX-2 are pro-inflammatory and this may explain why C-alleles at -765 in PTGS2, which reduce expression of COX-2 and CRP, are associated with reduced risk of myocardial infarction and stroke. For details see text.

indicated that prostacyclin synthesis in healthy humans is mostly COX-2-dependent [109].

In pigs, COX-1 and COX-2 inhibition by indomethacin (a non-selective NSAID) results in coronary vasoconstriction at rest and during exercise [117]. Moreover, prothrombotic effects of COX-2-selective inhibition were demonstrated in a hamster model using NS-398, a COX-2 selective inhibitor; it resulted in abridged release of endothelial PGF₁ₐ, the stable urinary metabolite of prostacyclin, augmented platelet adhesion to arteries, and increased the pace of occlusion of damaged micro-vessels [119]. Taken together, these reports suggest that both COX-1 and COX-2

contribute to prostacyclin synthesis, and if that is so, then the amounts and ratio concentration of the two isoforms in endothelial cell may significantly affect the extent to which NSAIDs can lower prostacyclin synthesis. Also, as vascular inflammatory changes increase with age, one might expect endothelial cell COX-2 expression to increase.

As noted above, selective inhibition of COX-2 alters the balance of prostacyclin and thromboxane synthesis. This is the most frequently proposed mechanism to explain the adverse prothrombotic effects of coxibs: they inhibit vascular synthesis of prostacyclin and thereby remove the platelet-inhibitory effect of prostacyclin [100]. Rofecoxib

administration to patients reduced systemic prostacyclin synthesis to one-half or less of normal levels. This mechanism may, at least in part, explain the hypertension and increased frequency of thromboembolic events observed in clinical studies of rofecoxib [60].

Treatment with coxibs can cause endothelial dysfunction [120] because they inhibit COX-2-dependent synthesis of prostacyclin, the vasodilator eicosanoid. Also, LDL, an independent risk factor for atherogenesis, dose-dependently reduces COX-2 transcription and prostacyclin synthesis in cultured human umbilical vein endothelial cells (HUVECs) [121]. Ex vivo, prostacyclin relaxes coronary artery strips. Conversely, the non-selective NSAID indomethacin, and 15-hydro-peroxyarachidonic acid (15-HPAA), a prostacyclin synthase inhibitor, increase strip testing tone [122].

Such experimental findings raise concerns that selective COX-2 inhibition may cause human hypertension by reducing prostacyclin synthesis, for example, through therapeutic doses of rofecoxib. However, a 7-day study of 35 healthy volunteers revealed no significant differences of vasodilatation in response to acetylcholine or sodium nitroprusside when rofecoxib (25 mg/day) or naproxen (750 mg/day) were administered. Vascular response was determined by forearm strain-gauge plethysmography [123]. Again, as mentioned above, it is possible that naproxen reduced COX-2-dependent prostacyclin synthesis to a similar extent as rofecoxib in this study. Or, more likely, as the study group consisted of healthy subjects, it is possible that a major part of endothelial cell prostacyclin synthesis was COX-1-dependent, there being no significant shear-stress to induce endothelial cells COX-2 [116].

*Contractile dysfunction.* Altered prostaglandin synthesis can significantly affect cardiac mitochondria and cardiomyocyte contraction. In rats, $PGE_2$ enhances cardiac contractile function and increases cardiac output [124]. Piroxicam, indomethacin, naproxen, nabumetone, nimesulide (4-nitro-2-phenoxymethane-sulfoanilide), and meloxicam, but not diclofenac, induce a negative ionotropic effect on perfused isolated rat heart contractility. In vitro, in isolated rat liver mito-

chondria all of these NSAIDs except naproxen and nabumetone stimulate rates of basic respiration, reduce membrane potential, and reduce the rate of oxidative phosphorylation (OXPHOS) [34].

These findings support the concept that NSAIDs can affect cardiac contractility via effects on mitochondrial function and through cyclo-oxygenase inhibition that lowers synthesis of cardioprotective eicosanoids. As the heart needs to generate sufficient energy to allow it to pump efficiently, cardiac mitochondrial ATP production must rapidly adjust to a variety of energy demands and dietary supply conditions [125]. However, little is known about eicosanoid involvement in feed-back mechanisms that enable OXPHOS to regulate coronary blood flow to its oxygen requirements. It has been suggested that prostaglandins are unimportant for the feed-back [126,127], and that coronary blood flow is normally adjusted to myocardial demands by neural control circuits [128].

*Mitochondrial dysfunction.* Almost one-third of all proteins in the heart are mitochondrial proteins, which emphasizes the extraordinary role of OXPHOS in converting energy from food metabolites into adenosine triphosphate (ATP) to adapt to myocardial energy demands [129]. Inhibition of cyclooxygenase may be detrimental to cardiac recovery, as it can lead to accumulation of arachidonic acid, which increases cardiac mitochondrial dysfunction. In isolated bovine heart mitochondria, arachidonic acid inhibits OXPHOS by inhibiting complex I and III of the mitochondrial electron transfer chain (ETC). Mitochondria exposed to arachidonic acid in vitro generate increased amounts of ROS [130] and mitochondrial release of cytochrome c [131] (Fig. 4).

A combination of NSAID-induced inhibition of prostanoid synthesis and NSAID-induced uncoupling of intestinal mitochondrial oxidative phosphorylation is considered essential for development of enteropathy, the major gastrointestinal adverse effect of non-selective NSAIDs [132]. A similar mechanism may apply in the pathogenesis of cardiovascular complications linked to NSAIDs use (Fig. 4). NSAIDs, including COX-2-selective inhibitors, target mitochondria in several different ways. For example, a NSAID or one or more of its

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 20 of 29



Fig. 4. Mitochondrial oxidative phosphorylation (OXPHOS) dysfunction is associated with atherogenesis and cardiac failure. Many non-steroidal anti-inflammatory drugs (NSAIDs), including some coxibs, inhibit or uncouple OXPHOS, a part of which is illustrated above. Electrons from food metabolites travel via complexes I and II (succinate dehydrogenase, SDH), coenzyme $Q_{10}$ (Co$Q_{10}$), and complexes III and IV (not shown) to oxygen. Complexes I, III, and IV pump protons and build the transmembrane potential that is used by complex V (not shown) to generate adenosine triphosphate (ATP). Statins, often consumed by older NSAID users, inhibit Co$Q_{10}$ synthesis, block vital electron transfer, and inhibit OXPHOS. Aspirin (ASA) inhibits Krebs cycle α-ketoglutarate dehydrogenase (α-KGDH). Like complexes I and II, α-KGDH is a major source of reactive oxygen species (ROS), which, like salicylate (SAL), opens mitochondrial pores, uncouples OXPHOS, releases cytochrome c (cyt c), and induces apoptosis. Inhibition of cyclooxygenase by NSAIDs elevates arachidonic acid (AA) levels, which inhibits pumps I and III. PGJ$_2$ inhibits complex I. Aconitase (ACO2) declines with age. Proper OXPHOS is also required for maintaining tissue architecture. Mutations of SDH subunit genes (B, C, D) are associated with neoplasia (paraganglioma, pheochromocytoma). For details see text.

metabolites may inhibit or uncouple OXPHOS or trigger apoptosis. Naproxen has little effect on mitochondrial function [33,34]. However, pharmacologically relevant concentrations of indomethacin, diclofenac, meloxicam, and SC-236, a COX-2-selective inhibitor, uncouple respiration and decrease ATP generation of isolated mitochondria and intact cells in vitro [133].

Dysfunctional mitochondria present an important source of ROS, which can contribute significantly to atherogenesis and cardiac dysfunction (for a review, see [134]). Cardiac mitochondria produce excessive amounts of ROS during ischemia/reperfusion [135]. The heart is especially susceptible to defective OXPHOS, which leads to oxidative stress that induces cardiac dysfunction–for example, via generation of malondialdehyde [136]. Inherited or acquired mitochondrial dysfunction can cause severe mitochondrial cardiomyopathy and fatal cardiac failure, even at a very young age, before the onset of significant coronary atherosclerosis. And rare cases of massive, premature atherosclerosis in young subjects with inherited mitochondriopathies have been reported, demonstrating that mitochondrial dysfunction can lead to atherosclerosis and cardiac failure [134].

The classical view of atherogenesis is that slowly developing coronary atherosclerosis and myocardial ischemia is the major cause of mitochondrial dysfunction, cardiac contractile failure, myocardial infarction, and death. In acute myocardial infarction (AMI) an occlusive thrombus at the site of coronary artery atherosclerotic plaques that may have ruptured causes instant downstream anoxia.

A more recent view is that accumulated products of ROS damage mtDNA; this may represent the initial common mechanism by which classical risk factors contribute to atherogenesis. In experiments that employ apoE-/- mice with defective manganese superoxide dismutase (SOD2), mitochondrial damage induced by ROS and reactive nitrogen species preceded the formation of atherosclerotic lesions. These experiments show that SOD2 can inhibit atherosclerotic lesion formation by protecting the mitochondrial genome [137]. Importantly, therapeutic drugs that increase ROS formation or cause mitochondrial dysfunction through OXPHOS inhibition or uncoupling may increase the risk of cardiovascular complications.

In mitochondria isolated from rat hearts, aspirin and salicylic acid both inhibit state 3 (ADP-dependent) respiration through inhibition of α-ketoglutarate dehydrogenase (α-KGDH), a vital enzyme of the Krebs cycle. However, only salicylic acid induces mitochondrial uncoupling. It inhibits α-KGDH competitively, whereas aspirin causes

irreversible inhibition via acetylation of the enzyme. Inhibition of the Krebs cycle reduces NADH generation and electron transfer to Complex I of the respiratory chain. This reduces ROS generation and ATP synthesis [138]. Experiments using plant mitochondria indicate that salicylic acid also inhibits electron transfer from Complex I to the coenzyme Q10 (CoQ10, Q10) pool, but only at very high concentrations [139].

In vitro experiments indicate that inhibition of the respiratory chain increases but uncoupling reduces mitochondrial generation of ROS that play important parts in the pathogenesis of inflammation. As examples, ROS production induced by hyperglycemia increases COX-2 mRNA and protein levels via activation of NF-kappaB (NF-κB) [140]. Aspirin inhibits NF-κB activation and reduces ROS generation [141]. Nimesulide, a sulfonanilide compound and selective COX-2 inhibitor, has shown antioxidant properties [142]. It and its metabolite, 4-OH nimesulide, subdue generation of, and scavenge, ROS released by cultured human chondrocytes [143]. Nimesulide reduces NF-κB activation and protects against cardiovascular complications of endotoxemia [144]. In a mouse model of skin carcinogenesis, nimesulide and celecoxib significantly curtailed chemically induced $H_2O_2$ generation and lipid peroxidation [145].

Whereas some NSAIDs reduce the rate of ROS formation, others raise it. In rats, indomethacin exposure leads to renal mitochondrial damage and abnormal tubular morphology. Pretreatment with arginine, a nitric oxide donor, suppresses tubular injury, which points to ROS participation in the pathogenesis of the tubular destruction induced by indomethacin [146]. Pretreatment with melatonin, a pineal sleep hormone and strong antioxidant, lessens renal lipid peroxidation and renal damage induced by indomethacin, which corroborates that ROS is involved in the pathogenesis [147].

Results of in vitro studies may be cell-dependent. Celecoxib (but not rofecoxib) inhibits proliferation of HUVECs, but neither affected the growth of vascular smooth muscle cells. At high concentrations, celecoxib (but not rofecoxib) induced HUVEC apoptosis, suggesting that the antiproliferative effects may not be linked to COX-2 inhibition, since both drugs inhibit COX-2 [29].

*Atherogenesis.* Atherosclerosis in an age-related inflammatory disease and aging may alter the effects of cyclooxygenase inhibition on atherogenesis. In apoE-/- mice an increase of thromboxane synthesis or a decrease in prostacyclin synthesis contributes to atherogenesis by inducing platelet activation and enhancing interaction of leukocytes with endothelial cells. In an apoE-/- knockout mouse model of atherosclerosis, selective inhibition of COX-1 with SC-560 abrogates gross lesion formation even in the presence of vascular injury and inflammation, probably by lowering thromboxane synthesis By contrast, inhibition of COX-2 with SC-236 had no effect on lesion development. SC-236 inhibited prostacyclin synthesis, but did not reduce platelet-endothelial cell interaction [148]. No benefit was evident in older apoE-/- mice with established atherosclerotic lesions treated with celecoxib compared with controls [149]. In rat aorta, prostacyclin and thromboxane levels increase with age. Interestingly, calorie restriction lessens the increase [150]. Also, the relative lack of COX-1 inhibition by coxibs may be especially important in aging patients with atherosclerosis, who synthesize increased amounts of thromboxane and prostacyclin compared to subjects without the disease [151].

Paradoxically, regional hypoxia may markedly increase COX-2 expression in response to NSAID treatment. As mentioned above, a problem with high level expression of COX-2 is that it may increase ROS generation at the enzyme peroxidase site. Whereas NSAID treatment can lower $PGE_2$ synthesis, simultaneous exposure to hypoxia during NSAID treatment may disrupt a negative feed-back loop in atherosclerotic lesions that normally limits macrophage synthesis of tumor necrosis factor-α (TNF-α), an inducer of COX-2. This insight is based upon experiments that employed cultured monocytes exposed to hypoxia, which induced expression of TNF-α that elevated COX-2 mRNA and protein expression. Exogenous PGE2 dose-dependently reduced TNFα synthesis. Indomethacin and NS-398 markedly reduced PGE2 and significantly increased TNF-α synthesis. Since hypoxia also decreased phosphorylated $cPLA_2$ levels, conversion of membrane phospholipids to arachidonic acid was lowered, so that despite elevated COX-2 expression, the substrate shortage

caused by hypoxia further diminished the synthesis of $PGE_2$ [152].

*Vascular inflammation.* Histological and biochemical analyses of human intima show accumulation of inflammatory proteins not only in atherosclerotic lesions, but also in areas without local lesions in vessels with lesions elsewhere, which indicates that atherosclerotic lesions develop in a background of vascular inflammation [153-155]. Intimal inflammatory alterations are more pronounced in older subjects, even in those that lack atheromas. By comparison, intimae of young subjects lack inflammatory alterations [156]. Such age-related factors may be relevant to the clinical response to NSAID treatments, since the risk of cardiovascular complications is higher in older patients.

Elevated plasma levels of C-reactive protein (CRP), intracellular adhesion molecule (ICAM)-1, and interleukin (IL)-6 are biomarkers of inflammation that can predict cardiovascular risk [27,28,41,157]. CRP belongs to the pentraxin (PTX) family of acute-phase proteins and is a marker for disease activity in patients with rheumatoid arthritis [158].

The name for CRP was derived from its ability to precipitate pneumococcal C-polysaccharide. Pneumoccal vaccination ameliorates atherogenesis in homozygous low density lipoprotein (LDL)-receptor deficient mice. Plasma from such mice inhibits binding of oxidized LDL to macrophages, suggest-ing molecular mimicry between epitopes of *Streptococcus pneumoniae* and oxLDL [159]. In cultured vascular smooth muscle cells, atherogenic lipoproteins can also significantly induce expression of another pentraxin, 3 (PTX-3), which is associated with foam cell formation via rapid cholesterol uptake by macrophages [160].

*Monocytes/macrophages.* Monocyte chemotaxis plays a central role in atherogenesis (Fig. 5). Increased expression of CCR2, the most important monocyte chemotaxis receptor, increases monocyte binding to monocyte chemoattractant protein-1 (MCP)-1 and facilitates the entry of monocytes into the subendothelial space, where they become macrophages and may develop into lipid-laden foam cells.

MCP-1 is produced by endothelial cells, lesion macrophages, and vascular smooth muscle cells [161]. It is expressed in endothelial cells of primates on a hypercholesterolemic diet, and by cultured endothelial cells exposed to minimally oxidized lipids [162]. In human atherosclerotic lesions, MCP-1 is particularly abundant in macrophage-rich shoulder areas [163].

Several atherogenic risk factors increase chemotaxis by stimulating expression of CCR2 or MCP-1. For example, CRP in addition to its indirect inhibition of prostacyclin synthase noted above may enhance atherogenesis by increasing chemotaxis: it up-regulates monocyte CCR2 levels in cultured monocytes. Patients with acute inflammatory conditions may have CRP levels of 10 mg/L or higher, and one-half of that concentration can activate cells in atherosclerotic lesions. Furthermore, in vitro, co-incubation with free cholesterol or LDL enhances CCR2 expression, suggesting that CRP, free cholesterol, and LDL may synergistically contribute to atherogenesis by enhancing monocyte chemotaxis [164,165].

C-reactive protein promotes monocyte chemotaxis with abluminal transmigration of monocytes during atherogenesis by inducing IL-8. In cultured human aortic endothelial cells, CRP activates NF-κB, which induces expression of interleukin (IL)-8, a chemokine that mediates monocyte chemotaxis. IL-8 is present in large quantities in human atherosclerotic lesions. Hyperglycemia, oxidized LDL, and TNF-α also induce IL-8 expression and augment monocyte-endothelial interaction [166].

The importance of monocyte chemotaxis receptors for monocyte/endothelial cell interaction in atherogenesis has been demonstrated in apoE-/- mice lacking such receptors. The number of macrophages and atherosclerotic lesions in aortas from apoE-null mice lacking CCR2 expression was significantly reduced compared to apoE-/- mice that expressed CCR2 [162].

Activated macrophages in human atherosclerotic lesions express COX-2. But in mice models of atherogenesis, COX-2 inhibition has led to mixed results ranging from inhibition to acceleration to lack of effects. It has been suggested that such divergent results may depend upon the stage of disease development: it seems beneficial during

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 23 of 29



Fig. 5. Illustration showing effects of non-steroidal anti-inflammatory drugs (NSAIDs) on monocyte/endothelial cell interaction in atherogenesis. Monocyte/endothelial cell interaction guides monocytes to enter into the subendothelial space, where they become macrophages and can develop into lipid-laden foam cells. Increased monocyte chemotaxis receptor 2 (CCR2) expression increases monocyte binding to monocyte chemoattractant protein-1 (MCP)-1, which is produced by endothelial cells (EC), macrophages (MΦ), and vascular smooth muscle cells (vSMCs), and is particularly abundant in macrophage-rich shoulder areas of human atherosclerotic lesions. CCR2 knockout in apoE$^{-/-}$ mice lowers chemotaxis, reduces the number of macrophages in lesions, and slows down atherogenesis. By contrast, common atherogenesis risk factors such as C-reactive protein (CRP), free cholesterol (CHOL), and low density lipoprotein (LDL) increase CCR2 levels and promote atherogenesis by enhancing monocyte chemotaxis. Simvastatin reduces CCR2 expression. Estrogen (ES) and ibuprofen reduce MCP-1 expression. In animal models, effects of celecoxib on MCP-1 expression depend upon treatment duration; short-term treatment inhibits MCP-1 expression, whereas long-term treatment significantly increases MCP-1 mRNA levels, possibly caused by reduced synthesis of PGE$_2$, a potent suppressor of MCP-1 synthesis. Polymorphism of the CCR2 gene may also influence the rate of atherogenesis. For further details see text.

early stages whereas during later stages COX-2 inhibition may have less impact on the disease [167]. For example, rofecoxib and indomethacin administered for 6 wk to LDL-receptor deficient mice (LDLR null mice) fed a Western diet significantly reduced atherosclerotic lesion formation in the proximal aorta [168]. Transplantation of COX-2$^{-/-}$ and COX-2$^{+/+}$ fetal liver cells into LDLR null mice that were fed a Western diet for 8 wk showed that macrophage COX-2 expression plays an important role in the initial steps of atherogenesis by enhancing mono-cyte attachment and mural entry. Reconstituting LDLR null mice with macrophages lacking the COX-2 gene

significantly reduced lesion areas compared to such mice with COX-2-expressing macrophages [167].

Different durations of celecoxib inhibition of COX-2 result in divergent experimental findings. For example, atherogenesis studies using 2 animal models, rabbits and apoE$^{-/-}$-mice, suggest that the effect on MCP-1 expression and mural entry of monocytes depends upon the duration of celecoxib treatment. In the rabbit, short-term (21 day) celecoxib treatment significantly decreased MCP-1 expression, macrophages infiltration, and intimal hyperplasia associated with balloon injury and also reduced post-injury neo-intimal proliferation after stent placement [19]. In contrast, in older (26 wk)

apoE-/- mice with established atherosclerotic lesions, 15 wk of celecoxib treatment markedly increased MCP-1 mRNA levels, but did not affect serum cholesterol level, atheroma size, or atheroma composition, compared to non-treated mice. The MCP-1 increase may have been mediated by reduced synthesis of $PGE_2$, a potent suppressor of MCP-1 synthesis [149]. Whereas these experimental observations involve 2 different animal models, they may help to explain why some long-term clinical studies of selective COX-2 inhibition have revealed an increased risk of cardiovascular complications that was not evident after initial short-term trials. They call attention to the need for further studies using the same animal species in order to compare the effects of short-term and long-term treatment.

By comparison, another study, using rabbits that were fed a cholesterol-rich diet, showed that supplementation with ibuprofen for 2 mo lowered MCP-1 expression, but did not alter the extent of atherosclerosis in aortas compared to rabbits not supplemented with ibuprofen [169]. Regrettably, no comparison was conducted of long-term versus short-term ibuprofen treatment. Also, aspirin and evening primrose oil inhibit, but advanced glycation end products and TNF-α stimulate, endothelial cell MCP-1 expression in vitro [170-172].

In 2 standard murine models of acute inflammation, the carrageenan-induced pleurisy and the paw edema models, rofecoxib and celecoxib reduced $PGE_2$ expression, pleural exudation, and paw edema, but less than dexamethasone or indomethacin, but surprisingly, had little effect on inflammatory cell influx, suggesting that in these models coxibs have only incomplete anti-inflammatory properties [173]. By contrast, in acute myocardial infarction induced by coronary ligation in rats, NS-398 [174] significantly reduced inflammatory influx into the myocardium [175].

*Infectious agents.* Coxib inhibition may be beneficial in patients with arthrosclerosis who are infected with *Chlamydia pneumoniae*. This intracellular pathogen has been detected in atherosclerotic lesions and monocytes in up to a quarter of patients with atherosclerosis. *Chlamydia* induces expression of monocyte COX-2, $PGE_2$ synthase, and mRNA of the proteolytic enzyme matrix metalloproteinase (MMP)-1. NS-398 blocks the increase in $PGE_2$ synthesis and matrix induction [176]. Studies show that polymorphism of the MMP1 gene significantly affects lesion development (see below).

A study of >5,000 subjects showed that gingivitis is an independent risk factor for atherosclerotic cardiovascular disease [177]. Systemic treatment with ibuprofen or flurbiprofen reduces gingivitis [178]. Daily use of dental floss reduces bacterial gum infection [179]. However, whereas an association between gingivitis and atherosclerosis has been found, there is at present no evidence that dental flossing prevents or retards the development of atherosclerosis.

Serum levels of IL-1β and TNF-α are elevated in patients with periodontitis caused by agents such as *Porphyromonas gingivalis* [180]. Also, examination of gingival plaques shows a close relationship between bacterial DNA and carotid sub-clinical atherosclerosis, which is independent of serum CRP levels [181]. Moreover, structures consistent with nanobacteria have been detected in calcified atherosclerotic plaques [182].

Studies of atherosclerotic plaques removed during endarterectomy suggest that thrombosis and plaque hemorrhage may contribute to lesion calcification [183]. Some studies show that eicosanoids contribute to the development of calcifications, but the exact pathophysiology remains debatable. As examples, IL-1β induces $PLA_2$, COX-2, and PGES, and marked increases in $PGE_2$ levels in the mineralizing phase of cultured osteoblasts [184]. In rats, ibuprofen inhibits new bone formation and calcification of bone [185]. On the other hand, indomethacin increases alkaline phosphatase activity and mineralization in an osteoblastic cell line [186]. An effect of NSAIDs on atherosclerotic calcification has not been established.

Cytomegalovirus (CMV) has been detected in atherosclerotic lesions and may promote atherogenesis by inducing inflammation. Infection of cultured coronary artery smooth muscle cells with CMV causes generation of ROS, which induces COX-2 via NF-κB and promotes expression of inflammatory response genes such as the CRP gene and COX-2 gene (prostaglandin-endoperoxidase

Case 2:05-md-01657-EEF-DEK   Document 5718-14   Filed 06/27/06   Page 25 of 29

synthase 2, PTGS2). NSAIDs such as aspirin and indomethacin, as well as ROS scavengers inhibit CMV-induced NF-κB activation [187].

*Statins.* Many elderly patients who use NSAIDs also are treated with statins, which inhibit hydroxyl-methylglutaryl-coenzyme A (HMG-CoA) reductase. Statins lower cholesterol, CRP and oxLDL levels. They improve coronary endothelial function, induce vasodilation, lessen rates of coronary events, and reduce cardiovascular mortality [39,188,189].

On the other hand, because statins inhibit HMG-CoA reductase and block the mevalonate pathway of cholesterol synthesis, they simultaneously limit the endogenous synthesis of $CoQ_{10}$, which shares part of the same pathway for synthesis of its long side chain [190] (Fig. 4). $CoQ_{10}$ is a potent free radical scavenger. In the blood it is carried in the low-density-lipoprotein (LDL) fraction and protects LDL against oxidation. Moreover, $CoQ_{10}$ is an indispensable electron carrier as part of the mitochondrial electron transport chain and for that reason is vital for OXPHOS and ATP generation.

Inhibition of prostacyclin synthesis interferes with valuable cardioprotection by $CoQ_{10}$. A study of aging in rats showed that beneficial effects of $CoQ_{10}$ on arterial relaxation are largely mediated by prostacyclin [191]. Furthermore, in the isolated guinea-pig heart, the mitochondrial OXPHOS inhibitor 2,4-dinitrophenol depresses contractile function, which is restored by $CoQ_{10}$ or prostacyclin. Pretreatment with indomethacin (which inhibits both COX-1 and COX-2) or with 15-HPAA, which inhibits prostacyclin synthase, abolishes $CoQ_{10}$ restorative action but not that of prostacyclin [192]. $CoQ_{10}$ enhances prostacyclin synthesis, probably by reducing mitochondrial ROS generation and scavenging free radicals that may otherwise inactivate prostacyclin synthase (see below).

## Molecular Pathology

Genotyping may help identify patients at high risk of developing myocardial infarction and stroke and reduce rates of cardiovascular complications caused by NSAIDs. For example, a polymorphism located in the 5' transcriptional regulatory promoter region of the COX-2 gene, PTGS2, (region 1q24.2-1q24.3) may be cardioprotective because it lowers promoter response. In a British study, >25% of healthy Caucasians carried one -765G>C allele in the promoter (Fig. 3). The study included 173 patients who underwent first-time coronary bypass surgery and developed significant post-operative acute phase reactions with increased COX-2 activity. Plasma levels of C-reactive protein and of IL-6 rose, the latter in response to rising $PGE_2$ levels. Patients carrying one or more -765C alleles had significantly lower post-operative plasma CRP levels than individuals with two -765G alleles, indicating that presence of one or more C alleles within the promoter renders it less responsive to inflammatory stimuli compared to promoters having two G alleles [193].

An Italian study supports this interpretation. It found that -765G>C was associated with decreased risk of myocardial infarction and stroke, and with superior prospects of healthy aging. The study included an analysis of internal carotid endarterectomy samples from 864 patients who had had first-event myocardial infarction or stroke, and 864 controls (high-risk patients; no history of MI or stroke). Immunohistochemical staining for COX-2 and MMP-9 in plaques was strongly positive in -765GG patients, intermediate in patients with the -765GC genotype, and minimal in the -765CC genotype. Cultured macrophages exposed to LPS, oxLDL, or angiotensin II expressed high, medium, and low COX-2 levels in -765GG, -765GC, and -765CC phenotypes respectively. Presence of the -765C allele was associated with significantly lower serum CRP levels. Conspicuously, the reduced cardiovascular risk was not associated with changes in prostacyclin synthesis or altered in vivo vasodilation [194].

Taken together, these findings suggest that genotyping of alleles at -765 of the COX-2 promoter may predict patient responses to NSAID treatment. Further clinical studies are needed to verify that such genotyping can help to reduce cardiovascular complications associated with selective inhibition of COX-2.

Serum concentration of active transforming growth factor (TGF)-β1 is markedly depressed in patients with advanced atherosclerosis compared to

subjects with normal coronary arteries, suggesting that TGF-β1 plays a role in atherogenesis [195]. TGF-β1 can induce COX-2 and IL-8 via NF-κB activation [196] but can also directly induce COX-2 transcription (see below). In coronary endarterectomy atherosclerotic plaque samples TGF-β1 expression is higher in stable than in unstable lesions and correlates negatively with plaque expression of MMP-9. High expression of this metalloproteinase is associated with lesion progression [197]. On the other hand, TGF-β up-regulates expression of MMP-1 [198], which slows down atherogenesis by degrading type III and type I collagen. The latter stimulates differentiation of monocytes into lipid-laden foam cells [198]. Inhibition of TGF-β signaling by employing TGF-β antisense-oligonucleotides reduces MMP-1 expression, corroborating that TGF-β induces MMP-1 expression [199].

MMP-1 is expressed in atherosclerotic lesions but lacking in normal blood vessels. Transgenic mice expressing MMP-1 develop less advanced atherosclerotic lesion with reduced collagen content, which deters lesion progression. Moreover, recent studies of 471 human subjects indicate that single nucleotide polymorphism located at -1607bp of the MMP1 promoter affects expression of the gene [200]. Subjects homozygous for a transcriptionally more active 2G allele have less atherosclerosis than patients homozygous for the 1G allele [201].

Aspirin, which inhibits iNOS, IL-4, and NF-κB [202], also induces TGF-β, which stops cells in G0 of the cell cycle and may help restrain atherosclerotic plaque growth [203]. Lowering TGF-β signaling using anti-TGF-β antibody treatment in apoE-/- mice accelerates development of atherosclerotic lesions. Lesions show increased infiltration by T-lymphocytes and many macrophages [204]. Moreover, abrogating TGF-β signaling via its TGF-β type II receptors in apoE-/- mice causes massive increase in plaque size [205].

The COX-2 gene promoter contains a TGF-β responsive element. Thus TGF-β can induce COX-2 expression [206] and stimulate endocardial endothelial cells (EECs) to synthesize prostacyclin, which may be important in preventing intracardiac thrombus formation and coronary artery thrombosis. In cultured porcine EECs, TGF-β1 rapidly induces prostacyclin synthesis, as evidenced by a rise in release of 6-keto-PGF$_{1\alpha}$, a stable prostacyclin metabolite. Exposure of platelets for 2 min to cultured EECs or coronary endothelial cells inhibits platelet aggregation induced by thrombin. Pretreatment with indomethacin, but not with a nitric oxide inhibitor, N omega-nitro-L-arginine methyl ester (L-NAME), restores platelet aggregation, which shows that prostacyclin and not nitric oxide is involved in the inhibition of platelet aggregation [207].

The rates of degradation of NSAIDs may modulate their effects. For example, cytochrome P450 2C (CYP2C8) polymorphism can reduce ibuprofen clearance [208]. CYP2C8 is involved in metabolism of cerivastatin and several other drugs [209]. The leukotriene receptor antagonist, montelukast, is a strong, selective inhibitor of CYP2C8, but other therapeutic drugs such as lovastatin, simvastatin, and levothyroxine also inhibit CYP2C8, but to a lesser degree [210]. No report is presently available on the effect of CYP2C8 polymorphism on the metabolism of coxibs.

Several NSAIDs are metabolized by CYP2C9 and drugs that modify CYP2C9 expression may affect their blood and tissue levels [211]. As examples, CYP2C9 is involved in the degradation of ibuprofen, diclofenac, naproxen, and celecoxib. A polymorphism that occurs in ~0.5% of Caucasians significantly lowers celecoxib disposition: homozygous carriers of the CYP2C9*3 phenotype (particularly elderly patients), may be prone to accumulate coxib, leading to adverse effects [212].

*Thromboxane signaling.* Platelets lack nuclear genes; consequently levels of enzymes in platelets are determined by expression of genes of the megakaryocytes that formed the platelets. The gene for thromboxane synthase, TBXAS1, is located on chromosome region 7q34 (Fig. 2). Its expression controls platelet conversion of PGH2 to thromboxane. Dexamethasone (DEX) increases TXA2 mRNA and protein levels, lipopolysaccharide (LPS) much less so [213,214]. Several polymorphisms of the gene have been identified, but their effects on enzyme activity need clarification [215].

Thromboxane exerts its effects on platelets, endothelial cells, and vascular SMCs via binding to G-protein-coupled thromboxane-prostanoid (TP)

receptors, which are coded for by the TBXA2R gene located (OMIM # 188070) on chromosome region 19p13.3. A gene polymorphism T924C is associated with bronchial constriction and severity of asthma [216]. There are no data available on its effect, if any, on arteries and cardiovascular risk, but as the bronchial constriction involves smooth muscle cell contraction, further studies would be of interest to clarify this question. Deleting TBXA2R in apoE null mice significantly hinders atherogenesis compared to apoE null mice that express thromboxane receptors [4], [151].

An alternative to use of NSAIDs to reduce thromboxane synthesis is to inhibit downstream signaling, by inhibiting thromboxane synthase, or the TP receptor, or both. Thus, inhibition of TP receptors with the receptor antagonist S18886 (3-6-(4-chlorophenylsulfonylamido)-2-methyl-5,6,7,8 tetrahydronaphtyl-propanoic acid, Na salt) slows atherosclerotic lesion formation in apoE-/- mice. Interestingly, it has no effect on established lesions, but significantly reduces early atherogenesis. In pigs, S18886 displays potent, dose-dependent anti-aggregant effects at both low and high shear stress conditions [217,218]. Another compound, BM-613 (N-n-pentyl-N'-[2-(4'-methyl-phenylamino)-5-nitrobenzenesulfonyl]urea) inhibits thromboxane synthase and is also a TP-receptor antagonist: It inhibits human platelet aggregation in vitro and reduces thrombus size in the rat [219].

Chromosome region 19p13.3, in addition to containing the thromboxane receptor gene, contains a cluster of genes associated with increased risk of atherosclerosis, such as the atherosclerosis susceptibility gene (ATHS), which is associated with a significant risk of myocardial infarction, adhesion molecule genes (ICAM1 and ICAM3), and several mitochondrial genes such as translocases of inner mitochondrial membrane (TIMM 13 and TIMM 44), and nearby ATP5J (OMIM), which codes for a subunit of the $F_0$ moiety of mitochondrial ATPase. (See below for a discussion of the important role of mitochondria in atherogenesis.)

*Prostacyclin signaling.* As noted above, both COX-1 and COX-2 can contribute to prostacylin synthesis by endothelial cellls (EC, Fig. 3). In the chain of synthetic steps for prostacyclin, prostacyclin synthase is located downstream of COX-1 and COX-2. The latter is therefore rate-limiting for shear-stress-induced prostacyclin synthesis, which is induced via COX-2. Selective inhibition of COX-2, which reduces substrate availability for prostacyclin synthesis by endothelial cells, can therefore reduce the atheroprotective effect of $PGI_2$-induced vascular dilatation (Fig. 3).

PTGIS (CYP8A1, OMIM), the gene for prostacyclin synthase, is located on chromosome region 20q13.11-q13.13. Its promoter contains several transcription factor recognition sites such as a shear-stress responsive element, NF-κB, Sp-1, AP-2, and glucocorticoid response elements [220]. Studies employing cultured human myometrial cells indicated that cyclic mechanical stretch can significantly augment PTGIS expression via an AP-1 promoter binding site [221]. Thus, mechanical stress can apparently augment both COX-2 [117] and PGIS expression. It follows that vascular shear stress associated with vessel contraction may up-regulate both genes and increase prostacyclin release, which would tend to induce vascular dilatation, reduce shear stress, lower blood pressure, and lessen atherogenesis.

Prostacyclin relaxes vascular smooth muscle cells (SMC) via binding to their $PGI_2$ receptors (inducible protein, IP), coded by the PTGIR gene of chromosome region 19q13.3. SMC relaxation dilates vessels and lowers blood pressure. Targeted deletion (intron 9) of the prostacyclin synthase gene that produces a truncated protein has been associated with essential hypertension [222]. Mice with genetic disruption of PGIS developed mural thickening of the aorta and of renal arteries, with arteriosclerosis, renal cysts, and progressive renal fibrosis. Moreover, blood pressure and thromboxane synthesis increased with age [223]. Signal transmission via the IP receptor required receptor isoprenylation, which is inhibited by statin therapy. This finding may raise concerns about long-term statin use [224].

Disruption of the prostacyclin receptor gene in mice significantly accelerated arterial thrombus formation in response to local injury, compared to wild mice [225]. Moreover, experiments using apoE-/- mice corroborate that altered vasoactive eicosanoid signaling caused by cyclooxygenase

inhibition can promote atherogenesis; complete deletion of the prostacyclin receptor gene accelerates atherosclerosis, but retention of one allele is athero-protective [226].

Reducing $PGI_2$ synthesis by combined inhibition of COX-2 and COX-1 increases the rate of atherogenesis. By comparison, a murine model suggests that even a modest amount of $PGI_2$ may be atheroprotective. Remarkably, in mice, selective COX-2 inhibition alone fails to accelerate atherogenesis, even if prostacyclin levels are significantly reduced. Reducing prostacyclin synthesis in mice by up to 60% by inhibition of COX-2 failed to generate atherosclerosis [226]. These findings support the notion that EC COX-1-induced prostacyclin synthesis in mice may be sufficient to inhibit atherogenesis, even if COX-2 is inhibited. However, as noted above, thromboxane synthesis tends to increase with age. Thus, such lowered prostacyclin synthesis may become insufficient to counteract the pro-thrombotic atherogenic effects of thromboxane.

Evidence that C-reactive protein can contribute to atherogenesis by reducing prostacyclin synthesis was obtained by supplementing cultured human aortic endothelial cells with CRP, which decreased prostacyclin release by the cells. CRP induced superoxide and nitric oxide production, which increased nitration of prostacyclin synthase (PGIS) and inactivated the enzyme, but did not alter PGIS mass [227]. Conversely, in HUVECs, $\alpha$- high-density lipoprotein (HDL), which is deemed cardioprotective, induced COX-2 expression and increased synthesis of prostacyclin [228].

Interestingly, prostacyclin expression may also protect against neoplasia. In mice with lung-specific PTGIS over-expression, after exposure to main-stream cigarette smoke, the lung tumor incidence and multiplicity were significantly reduced, compared to wild-type littermates similarly exposed. PTGIS overexpression enhanced $PGI_2$ levels and reduced $PGE_2$ levels. Expression of CYP2E1 (ethanol-inducible P450) in type II pneumocytes was significantly reduced [229]. CYP2E1 catalyzes N-nitrosoamines and other procarcinogens [230]. Polymorphism of CYP2E1 has been associated with increased risks of cancers of the esophagus and gastric cardia in smokers [230,231].

Prostacyclin may be an important regulator of renin release, acting directly on juxtaglomerular (JG) cells to stimulate secretion. In a mouse hypertension model, administration of SC-58125, a COX-2 selective inhibitor, or deletion of IP (IP-null mouse), significantly reduced JG cell renin mRNA levels and the IP-deficiency suppressed renovascular hypertension. Surprisingly, SC-58125 did not lower blood pressure in this model, and it is unclear why. The effect of prostacyclin signaling on renin secretion in humans is unclear and needs further study [232].

Even after inhibition of cyclooxygenase and nitric oxide synthesis, significant vasodilator effects remain that are provided by metabolites of arachidonic acid derived via cytochrome P450 2C (CYP2C8) located at chromosome region 10q24 [233]. The cP450 pathway generates regional synthesis of hydroxyl-eicosatetraenoic acids (HETEs), epoxides, and epoxyeicosatrienoic acids (EETs). The latter has been identified as an endo-thelium-derived hyperpolarizing factor (EDHF) that is a potent vasodilator of coronary arteries [106]. In response to bradykinin, a vasodilator, porcine and bovine coronary endothelial cells release EDHF, which diffuses and relaxes mural smooth muscle cells by activating their calcium-dependent potassium channels [234,235].

## Neoplasia

*Chemotherapy.* COX-2 is over-expressed in a variety of pre-malignant lesions and malignant tumors [236]. Importantly, experimental over-expression of COX-2 alone can transform cells. Tumor-induced COX-2 expression promotes angio-genesis, stimulates tumor cell invasion, diminishes apop-tosis, and suppresses anti-tumor immunity.

Many in vitro and in vivo studies show that inhibition of COX-2 can inhibit cancer cell growth and metastases. For example, in vitro, celecoxib inhibits growth of cultured lymphoma cells via a Bcl-2-independent pathway [237]. Celecoxib, but not rofecoxib, inhibits growth of cultured cholangiocarcinoma cells by inactivating Akt and translocating Bax to mitochondria [238]. Further-more, celecoxib (but not rofecoxib) induces apop-tosis in a line of transformed cells derived from normal rat intestinal cells [239].

COX-2 inhibition with NS-398 reduces growth of cultured human endometrial cancer cells. In this type of tumor, mutated phosphatase tensin homolog (PTEN), a tumor suppressor and negative regulator of Akt/protein kinase B (Akt/PKB), fails to suppress Akt, an inducer of COX-2 expression. Akt phosphorylation levels increase, causing elevation of COX-2 expression via NF-κB, and increases of tumor $PGE_2$ levels. Blocking COX-2 catalytic activity induces cancer cell apoptosis [240].

In vivo, etodolac, a highly selective COX-2 inhibitor, reduces cancer-induced neo-vascularization [241]. The selective COX-2 inhibitor JTE-522 restrains metastatic spread to the lung in a rat model of colorectal cancer [242]. Topical treatment with celecoxib suppresses ultra-violet (UV)-induced inflammation of the skin and restrains skin cancer growth in mice [243,244]. Also, celecoxib induces apoptosis and reduces cell proliferation and tumor burden in a murine mammary tumor model [245]. Clinical studies that employ celecoxib to treat *breast cancer are presently ongoing* [246]. Clinical trials are also being conducted to investigate the efficacy of selective COX-2 inhibitors for the treatment of lung cancer [247].

On the other hand, NSAIDs may inhibit neoplastic growth via COX-2-independent pathways. Various NSAIDs may differ in the ways they inhibit cancer cell growth. For example, indomethacin and aspirin caused cellular release of cytochrome c and *apoptosis and inhibited growth* of several cultured endometrial cancer cell lines. Both NSAIDs increased COX-2 expression and $PGE_2$ synthesis. By comparison, NS-398 failed to alter COX-2 expression or $PGE_2$ synthesis and induced weak apoptosis in only one cell line. Nevertheless, all 3 NSAIDs exhibited similar anti-proliferative effects [248]. Sulindac inhibits COX-2 enzymatic activity, stimulates COX-2 mRNA expression, and markedly reduces $cPLA_2$ transcription. It has been suggested that the anti-cancer effect of sulindac may be due to reduction in $cPLA_2$ synthesis [249]. Steps distal to cyclooxygenase may also be interesting targets for cancer chemotherapy and chemoprevention.

*Chemoprevention.* Chronic inflammation is a risk factor for neoplasia. There is therefore great interest in identifying NSAIDs that may be suitable for chemoprevention to lower cancer risk. By reducing inflammation and sparing the gastrointestinal system, selective COX-2 inhibitors are potentially significant anticancer drugs. For instance, colonic polyposis is a risk factor for colon cancer. Celecoxib treatment attenuates polyposis in patients with *Peutz-Jegher syndrome (PJS) and in mouse models* of the disease [250].

However, chemoprevention trials show that patients differ significantly in their response to therapeutic COX-2 inhibition, leading to searches for laboratory methods to discriminate between responders and non-responders to enhance the benefit-to-risk ratio. In one clinical cancer prevention trial, proteomic profiling using surface-enhanced laser desorption/ionization time-of-flight mass spectroscopy (SELDI-TOF MS) analysis was successful in identifying familial adenomatous polyposis (FAP) patients who were celecoxib responders [251]. Furthermore, analyses of colonic biopsies revealed that reduced Ki-67 levels and an increased rate of apoptosis in the superficial colonic mucosa, compared to the deeper layers, correlates with reduced polyp counts in polyposis patients treated with celecoxib [252].

Statins, which reduce cholesterol synthesis, have also been studied for cancer chemoprevention potential in combination with selective COX-2 inhibition. For example, treatment of HT-29 cells, derived from a human colonic carcinoma, with a combination of a celecoxib and levostatin synergistically enhanced cell apoptosis [253]. Thus, in spite of cardiovascular problems in the APC study, the search continues for NSAIDs that may reduce cancer risk while exhibiting a reasonable, low level of adverse side effects.

### Theories and Speculations

The many divergent effects of eicosanoids may appear confusing. Some of the different effects of eicosanoids may be due to bimodal responses to different eicosanoid concentrations that are altered by NSAID treatment. Such bimodal responses resemble those that can be induced by, for example, TGF-β, which stimulates and inhibits cell proliferation at low and high concentrations respectively