# Plaintiffs' Response re FOSSLIEN

# Footnote 21B of 28

[254-256]. Such bimodal morphogens are essential for formation of tissue structures in embryology.

In vitro, TGF-β organizes endothelial cells into tubular structures, verifying its ability to control radius of curvature and morphogenesis. Further-more, it has been proposed that gradients of bimodal morphogens are involved in tissue remodeling and that aberration in their expression or the shape of their gradients may play an essential role in tissue remodeling during atherogenesis and in tumor development. Close to the source of morphogen, where concentration is high, growth is inhibited; further away, at low concentration, growth is stimulated, and in between is a neutral zone, where growth is unaffected by the morphogen. Thus a curved shape is formed, the radius of which is determined by the morphogen source concentration and the shape of the gradient [257]. Interaction of more than one gradient of bimodal morphogens could conceivably produce complex structures. Also important for basic and clinical research, determination of concentration gradients of bimodal morphogen may perhaps enhance proteomic analysis of tumor tissue samples [258].

As noted above, TGF-β can regulate expression of COX-2. It is therefore interesting that, in vitro, some prostaglandins can mimic the effects of bimodal morphogens such as TGF-β. As examples, $PGE_1$ exhibits bimodal properties; it relaxes human corpus cavernosum tissue and smooth muscle cells up to a certain threshold level, beyond which relaxation is replaced by contraction [259]. Further-more, in vitro cyclopentenone prostaglandins $J_2$ and 15-deoxy-$\Delta^{12,14}$-$J_2$ (15d-$PGJ_2$) exhibit effects typical of bimodal morphogens. In cultured rat basophilic leukemia cells they induce proliferation at low, and inhibit proliferation at high, concentrations; 15d-$PGJ_2$ stimulates proliferation at concentrations up to ~3-4 μM, but progressively inhibits proliferation at higher concentrations, forming a neutral zone of no effect on proliferation at a concentration of about 4 μM. At a concentration of 30 μM, apoptosis develops, which is mainly caused by mitochondrial effects rather than peroxisome proliferator-activated receptor gamma (PPAR-γ) signaling [260].

An exciting finding is that mitochondrial NADH-ubiquinone reductase, complex I of the electron transport chain, is an important target for 15d-$PGJ_2$, which inhibits the enzyme and significantly increases its rate of ROS formation (Fig. 4) [261]. This may be the first experimental evidence of direct prostaglandin regulation of OXPHOS. It points to regulation of mitochondrial energy metabolism as a possible link by which prostaglandins may affect morphogenesis, tissue remodeling, benign neoplasia, and carcinogenesis, and suggests that mitochondria may play a central role in regulating the radius of curvature and architecture of curved structures in biology.

Other recent findings corroborate involvement of mitochondrial energy metabolism in neoplasia. For example, mutations in SDHB, SDHC, SDHD, nuclear genes coding for subunits of succinate dehydrogenase (SDH, Complex II) of the mitochondrial electron transfer chain are associated with paraganglioma and pheochromocytoma [262]. As succinate dehydrogenase links the Krebs cycle to the mitochondrial electron transfer chain, it reinforces the notion that regulation of mitochondrial energy generation may represent a common mode of controlling radius of curvature during development, post-natal remodeling, and, when disrupted, disease and neoplasia formation. Gradients of morphogens that regulate mitochondrial energy output and thereby growth could determine the morphogenesis of curved structures.

Several observations verify that eicosanoid metabolites are involved in development and remodeling. As examples, COX-1 regulates endothelial cells in vitro tubulogenesis [263]. Prostacyclin plays a vital role in embryogenesis; it is synthesized in the inner part of the blastocyst and is essential for normal embryogenesis [264]. Prostaglandins play a role in the perinatal closure of the ductus arteriosus (DA), and indomethacin and ibuprofen are efficacious in treating preterm infants with patent DA [265].

Proper arachidonic acid metabolism is vital to embryonic events that involve cellular movements and fusion and interference with eicosanoid metabolism can cause malformations. A study of the teratogenic potential of 5 common NSAIDs showed that sulindac was the most and indomethacin the least teratogenic drug [266]. As noted above, sulindac inhibits $cPLA_2$ and hence inhibits

eicosanoid synthesis by both COX-1 and COX-2. This may explain why sulindac was the most teratogenic NSAID.

Common NSAIDs can prevent mouse palatal fusion. Both indomethacin and glucocorticoids inhibit palate fusion in mice palate explants. Adding $PGE_2$ to the media restores normal fusion. In rats, arachidonic acid prevents cleft palate formation and defects in neural tube development [267]. Death of apposing medial palate shelf edge epithelium and fusion is inhibited in mice by injection of glucocorticoids, which restrain COX-2 transcription. Administration of arachidonic acid, the substrate for COX-2 that stimulates COX-2 prostaglandin synthesis, rescues fusion. During normal palate fusion of apposing shelves, the epithelium dies at the point of fusion. Remarkably, the epithelium dies even if fusion fails [268]. As noted above, at highest concentrations $15d\text{-}PGJ_2$ induces apoptosis. By analogy, loss of the epithelium in spite of lack of fusion is perhaps due to summation of morphogen concentration by morphogen release by opposing shelves. Normally, such high concentrations of bimodal morphogens would induce apoptosis of epithelium of the apposing shelves, which, when apposing shelves normally touch, results in shelf fusion.

Morphostats are morphogens that may serve to protect tissue architecture once established, and alteration in morphostat expression may alter tissue architecture [269]. Atherogenesis involves arterial remodeling. A speculative interpretation about NSAID effects on morphogen expression may explain why rabbits fed an atherogenic diet supplemented with cholic acid, a pro-inflammatory agent, with long-term aspirin supplementation, exhibited markedly intensified atherosclerosis compared to rabbits fed the same diet but not treated with aspirin [270]. As theories and evidence point to eicosanoid involvement in regulation of curvature of tubular structures, it follows that long-term alteration in eicosanoid metabolism caused by NSAID treatment could possibly have caused remodeling of the vessel wall, at least in part independently of its effect on lipid metabolism.

It is possible that during long-term inhibition of cyclooxygenase there may be a potential for complications caused by alterations in the radius of curvature of cystic, tubular, and glandular structures. Long-term inhibition may alter the diameter of blood vessels and alter cystic and glandular sizes as observed in many type of neoplasia. On the other hand, NSAIDs treatment may conceivably reverse neoplastic morphogenesis by modifying the synthesis of eicosanoids that affect mitochondrial OXPHOS. This may be one of the avenues by which aspirin, which inhibits the Krebs cycle, can exhibit anticancer properties. Other NSAIDs may possibly restore the architecture of neoplastic tissues by inhibiting overexpression of bimodal morphogen signalling that is associated with alterations in eicosanoid synthesis.

Combined, these findings, theories, and speculations support the notion that cyclooxygenase and eicosanoids can play important roles in morphogenesis of curved structures, the formation of cystic structures and tubular structures, such as arteries, folds and invaginations, and postnatal tissue remodeling such as observed in atherosclerosis and carcinogenesis. Long-term, continuous inhibition of COX-2, except perhaps for treatment of highly malignant tumors, should be used with caution, and possible benefits of intermittent treatment investigated, as it may permit a reset of natural biofeedback circuits during the off-periods between treatments, possibly permitting short-term beneficial effects of the therapy to dominate.

## Risk Reduction Strategies

The purpose of clinical risk management is to reduce severity of complications during NSAID treatment as well as to lower risks after cessation of NSAID use [271]. This discussion is focused on strategies that primarily target prevention of cardiovascular events during NSAID therapy.

Estimating cardiovascular risk is controversial. Strong opinions have been expressed that short-term studies cannot answer relevant coxib safety issues, and that coxibs treatment, for example for patients with osteoarthritis of the hip, do more harm than good [272]. The findings noted above that in apoE-null-mouse models longer duration of celecoxib treatment reverses its initial beneficial effects [19] may lend credence to such concerns.

Risk analyses and evaluations of therapeutic achievements are sometimes based on inaccurate clinical data and may suffer from use of imprecise terminology. Also, prescription practices may affect clinical findings: a recent Canadian study of 9,000 patients found that, paradoxically, patients at highest risk for cardiovascular complications were more likely to be treated with COX-2-selective NSAIDs than with traditional NSAIDs [273]. Furthermore, differences in various population groups in the frequency of certain polymorphism such as the -765GG alleles in the COX-2 promoter may lead to bias in large-scale comparison studies. It has been suggested that such factors may in part explain the different rates of cardiovascular disease in the north versus the south of Europe [194].

Proper information about clinical studies is essential to determine and communicate true risks to clinicians and patients. Employment of ghost writers for clinical studies should be strongly discouraged (or at least made clear when a manuscript is published [102]), and use of the rules initiated in 1978 by the Vancouver Group should be encouraged (International Committee of Medical Journal Editors, latest revision 2004; www.icmje.org/).

Risk factors such as CRP, oxLDL, fibrinogen, LP(a), cholesterol, isoprostanes, and asymmetrical dimethylarginine (ADMA) should be considered [274,275]. A meta-analysis that focused on four risk factors, blood pressure, platelet function, LDL and cholesterol, and homocysteine levels suggested that significant risk reduction could be achieved, with minimal side effects, using a combination of aspirin, anti-hypertension drugs, statin, and folic acid [276]. Homocysteine induces endothelial cell MCP-1, which can enhance monocyte chemotaxis [277]. Curcumin can prevent endothelial damage by homocysteine to porcine coronary arteries [278]. Homocysteine levels can be reduced by administration of folic acid and B vitamins. However, clinical studies have failed to show risk reduction through therapeutic lowering of homocysteine levels in patients with coronary artery disease [279].

In an attempt to retard the progression of coronary atherosclerosis, a clinical trial was undertaken using rofecoxib plus aspirin treatment in patients with acute coronary syndrome (ACS). The combined regimen significantly lowered blood levels for CRP; but IL-6 levels were only temporarily reduced. It was hoped that the reduction of CRP levels would lead to retardation of disease progression [280]. Similarly, treatment with a combination of rofecoxib and atorvastatin rapidly lowered post-operative CRP levels in patients with unstable angina [281]. A double-blind study involving 35 patients (with a history of at least one myocardial infarction) treated daily for 6 mo with a combination of enteric-coated aspirin (160 mg) plus rofecoxib (25 mg) resulted in long-lasting reduction in CRP and IL-6. However, endothelial expression of P-selectin (CD62), an adhesion molecule, and MMP-9 were unaffected, indicating unaltered endothelial function [282].

Low-dose (80mg daily) aspirin treatment alone lowers platelet activation and reduces thrombo-embolic events and atherosclerosis in humans [283]. In a rat model of arterial thrombosis, aspirin inhibited thrombus formation in a dose-dependent manner [284]. A short clinical trial of 9 healthy subjects showed that the antiplatelet effect of naproxen (500 mg, twice daily) is similar to aspirin (100 mg, daily). Both aspirin and naproxen reduced urinary 11-dehydro-TXB$_2$, an indicator of in vivo systemic biosynthesis of TXA$_2$. Naproxen, but not aspirin, also significantly reduced systemic prosta-cyclin biosynthesis [40]. On the other hand, as noted above, another study showed that naproxen significantly increases cardiovascular risk in patients administered naproxen, compared to patients treated with celecoxib [81,82]. Adding low-dose aspirin to anti-inflammatory treatments that employ selective COX-2 inhibitors should be seriously considered [285], as some even propose that treatment using selective COX-2 inhibitors without aspirin supplementation should be avoided [43].

Older patients are at higher risk when using NSAIDs [286]. For example, cardiovascular risk is higher in older compared with younger patients treated with rofecoxib [287]. Gastrointestinal risk must be evaluated before administration of aspirin, even low-dose aspirin. Primary or secondary cardioprotection and gastric protection, by administering proton pump inhibitors, or misoprostol,

should be given serious consideration [288]. Also, aspirin inhibits in vitro and in vivo wound healing in experimental models [289,290]. Consideration should also be given to possible drug interactions between aspirin and other NSAIDs. For example, in a rat model of arterial thrombosis, aspirin treatment resulted in a dose-dependent reduction in thrombus weight. However, rofecoxib, celecoxib, and ibuprofen inhibited the antithrombotic effect of aspirin, but not the antithrombotic effects of diclofenac or flurbiprofen [284].

Intermittent hypoxia, such as may occur during sleep apnea, increases COX-2 expression [291] and may alter a patient's response to COX-2 inhibition. However, the effect of use of coxibs in patients afflicted by sleep apnea is unknown at present.

*Newer NSAIDs.* Nitric-oxide-aspirin (NO-aspirin, NCX-4016) has shown cardioprotective effects in animal models [292]. It consists of an acetylsalicylic acid group, and joined by an ester linkage a substituted benzene spacer, and a NO releasing group. In vivo, esterases separate the latter from the former and nitric oxide is slowly released from the liberated NO releasing group [293]. Nitric oxide induces vasodilation, and inhibits platelet aggregation and inflammation [294]. In a cross-over study involving 48 healthy subjects, NCX-4016 prevented monocyte activation and matched the inhibition of cyclooxygenase by aspirin without the gastric side effects of aspirin [295]. On the other hand, it has been suggested that gastric formation of N-nitroso compounds may occur, with urinary excretion of N-nitrosodimethylamine (NDMA), a carcinogen. The benefit/risk ratio of long-term use of NO-aspirin is unclear [296].

*Pharmacogenetic screening.* As has been previously discussed, the -765GC and, even more, the -765CC polymorphism of the COX-2 promoter or the presence of a 2G allele in the MMP1 promoter are associated with cardioprotection. Presence of a 6A allele is an independent risk factor for carotid artery stenosis. Also, presence of a second allele, a G allele, tripled the risk [297]. Polymorphism of the CCR2 gene may also influence the rate of atherogenesis [298]. These findings suggest that analyses of such polymorphism may become useful to identify

patients who may be genetically at higher risk for myocardial infarction and stroke during treatment with selective COX-2 inhibitors.

Metabolism of NSAIDs may interact with the metabolism of other drugs such as warfarin, resulting in complications, caused, for example, by variant alleles of the common drug metabolizing enzyme cytochrome P450. Use of celecoxib by a patient on warfarin therapy led to bleeding due to reduced cytochrome P450 metabolizing capacity. The patient carried heterozygous CYP2C9*2 and *3 variant alleles [299].

Use of some coxibs has also been associated with reversible blurred or decreased eyesight, visual field defects, temporary blindness [300], and psychiatric problems induced by rofecoxib or celecoxib. It was speculated that patients with genetic variants of cytochrome P450 (CYP) 2C9, involved in drug metabolism, or of P-glycoprotein (P-gp) may be more susceptible to such adverse drug reactions. However, a small pharmacogenetic screening pilot study that examined buccal swab samples from patients for variants of CYP2C9 and P-gp failed to identify patients who are susceptible to vision disturbances [301].

*Diet, life-style, and supplements.* Experiments with rat hearts suggest that the aging myocardium may be more sensitive to stress than young hearts, and that old hearts may benefit from oral $CoQ_{10}$ supplementation. Senescent isolated rat hearts recovered more slowly than hearts from young rats, but pretreatment with $CoQ_{10}$ restored old hearts to young levels [302].

Moderate alcohol consumption increases blood HDL levels and lowers the risk of cardiovascular mortality [303]. Red wine given to rats dilates arteries and lowers blood pressure. Likewise, moderate beer consumption reduces cardiovascular risk [304]. These findings may help to explain the cardioprotective effects of red wine consumption observed in epidemiological studies (ie, the French paradox) [305]. Flavenoids in red wine are strong antioxidants. Moreover, certain compounds from cabernet sauvignon grape skin selectively inhibit COX-2 [306].

Red wine consumption may reduce cardio-vascular risk because it contains resveratrol, a stil-

bene found in grapes that has anti-inflammatory, cardioprotective, and anticancer properties. It is an inhibitor of the peroxidase and cyclooxygenase sites of COX-1 and a weak inhibitor of the peroxidase site of COX-2 [307]. Nevertheless, temperance is advised in ethanol consumption, because ethanol can induce iNOS and COX-2 via NF-κB [308]. Aspirin can increase blood ethanol levels after alcohol consumption [309], and the rate of major upper gastrointestinal bleeding is increased in heavy drinkers who use aspirin or ibuprofen [310].

Carrageenan is a sea weed product used as an emulsifier in many foods, and, as noted above, it induces inflammation. Importantly, it was recently found that even if injected into the hind paw of rats, it induces COX-2 and $PGE_2$ expression in endothelial cells throughout the murine central nervous system vascular system and CSF [311]. If the same occurs in coronary arteries, which seems likely, it might be advisable to limit intake of carrageenan-containing foods to lower the risk of coronary atherosclerosis. A diet rich in omega-3 PUFA competes with arachidonic acid entry into cellular membranes and may contribute to the synthesis of less inflammatory prostaglandins [30].

Healthy sleep and regular exercise are advisable. As noted, the pineal sleep hormone, melatonin, is a potent antioxidant. Sleep-disordered breathing elevates [312], but exercise-induced weight loss lowers, serum CRP levels [313]. In apparently healthy subjects, serum CRP levels between 1 and 3 mg/L predict an average risk for subsequent cardiovascular disease; lower levels predicts lower, and higher levels higher, risk [28].

*Natural anti-inflammatory substances.* The supply of arachidonic acid determines the effectiveness of COX-2 inhibition [174]. Agents that inhibit arachidonic acid synthesis may therefore become important. As an example, a hydroalcoholic extract of *Trichilia catgua* (catuaba, Mileacea), a natural anti-inflammatory substance, has been employed for various healing purposes. Recently, it was found that catuaba dose-dependently decreases platelet $PLA_2$ activity. It completely inhibits $PLA_2$ at a concentration of 120 mg/L [32]. It may therefore find use in controlling the build-up of arachidonic acid caused by cyclooxygenase inhibition by

NSAIDs. Also, γ-mangostin, derived from *Garcinia mangostana*, a medicinal plant, inhibits in vitro LPS-induced COX-2 expression in rat glioma cells, without affecting their COX-1 expression or viability [314].

Cardiovascular risk may also be reduced by gingko biloba, but possible complications should be considered when herbal supplements are ingested along with NSAIDs. For example, ibuprofen use in a patient taking gingko biloba extract led to massive fatal intracerebral bleeding [315]. Furthermore, aloe vera, which has antioxidant and anti-inflammatory properties, harbors compounds that affect eicosanoid synthesis, hamper platelet aggregation, and extend bleeding time [316]. Importantly, because gingko biloba and aloe vera extracts can extend bleeding time, they should be used with caution before surgery [317].

## Conclusions

Cyclooxygenase activity impacts thrombogenesis, atherogenesis, and the risks of myocardial infarction and stroke in several ways. Elevated COX-1-dependent thromboxane synthesis enhances platelet aggregation and thrombosis, contracts blood vessels, and induces hypertension. By comparison, the effect of the inducible pro-inflammatory isoform, COX-2, appears to be far more complicated. Its expression can increase leukocyte-endothelial cell interaction and chemotaxis, which accelerate atherogenesis. On the other hand, increased COX-2-dependent synthesis of prostacyclin reduces monocyte chemotaxis, dilates blood vessels, reduces the risk of hypertension, and retards the development of atherosclerosis (Fig. 6).

Most clinical studies show that aspirin lowers cardiovascular risk by reducing COX-1-dependent platelet synthesis of thromboxane, thus reducing platelet aggregation and thrombotic risk. However, regular aspirin use can significantly increase the risk of hemorrhage and adverse gastrointestinal effects, particularly in older patients. Coxibs, which selectively inhibit COX-2, are significantly less toxic to the gastrointestinal system. They have analgesic profiles similar to traditional, non-selective NSAIDs such as aspirin and ibuprofen, which inhibit both COX-1 and COX-2. Like these

Case 2:05-md-01657-EEF-DEK   Document 5718-15   Filed 06/27/06   Page 7 of 44



Fig. 6. Summary diagram of evidence based and hypothetical effects of NSAIDs on interaction of eicosanoid and mitochondrial metabolism associated with cardiovascular (CV) risk. Low-dose aspirin (ASA) inhibits platelet (PLT) thromboxane (TXA$_2$) synthesis and reduces risk. NSAIDs such as coxibs that selectively inhibit COX-2 may have beneficial as well as detrimental effects. Whereas COX-2 is expressed at sites of inflammation, it may serve other functions in different cells and at different times. Inhibition of COX-2 reduces inflammation but also cardioprotection induced by HDL and apoE, which induce COX-2 that enhances prostacyclin (PGI$_2$) that dilates arteries and opposes prothrombotic effects of TXA$_2$. Statins (STAT) and C-reactive protein (CRP) inhibit PGI$_2$ synthesis. Inhibition of cyclooxygenase increases generation of reactive oxygen species (ROS, circles with dots), which uncouples mitochondria by opening membrane pores (reducing membrane potential $\Delta\Psi$m). Arachidonic acid (AA) accumulates. It inhibits electron (e) transport from complex I to coenzyme Q$_{10}$ (CoQ$_{10}$, Q$_{10}$) and from Q$_{10}$ to complex III; both sites of inhibition increase production of ROS, which generates prostaglandin J$_2$ (PGJ$_2$) from AA and inhibits complex I and generates further ROS. STAT inhibits Q$_{10}$ synthesis; dietary Q$_{10}$ supplementation is recommended during STAT treatment. Oxidative phosphorylation (OXPHOS, partly illustrated) is powered by electrons from the Krebs cycle, which produces ROS when inhibited by aspirin. Importantly, aging reduces aconitase activity (Krebs cycle), reducing $\Delta\Psi$m and adenosine triphosphate (ATP) generation, which may in part explain why older patients are more at risk for CV complications during selective inhibition of COX-2. For details see text.

NSAIDs, coxibs do carry similar renal risks due to inhibition of COX-2 constitutively expressed in the kidney. But because of significantly reduced gastro-intestinal toxicity, coxibs widely replaced traditional NSAIDs in the treatment of inflammatory joint diseases, such as rheumatoid arthritis, and other painful inflammatory conditions.

However, in several, but not all, clinical studies, use of coxib has been associated with increased rates of cardiovascular complications, which also have been observed in a few, but not in most, clinical studies of traditional NSAIDs, such as aspirin and naproxen. The very high selectivity of coxibs may contribute to their increased cardio-

vascular risk. First, lacking affinity for COX-1, most coxibs leave platelet thromboxane synthesis unaltered. Second, coxibs significantly lower COX-2-dependent endothelial synthesis of prostacyclin, a cardioprotective and antithrombotic eicosanoid that relaxes vascular smooth muscle cells, dilates blood vessels, lowers blood pressure, and defends against the formation of atherosclerotic lesions. Rofecoxib and valdecoxib have now been removed from the market. Celecoxib, which is less COX-2-selective, is still being marketed, but only with a black-box FDA warning label. A clue to explain the varying cardiovascular risks found in different clinical studies of coxib use may perhaps be

emerging from animal models, in which differing effects of selective inhibition of COX-2 were related to the durations of drug administation.

Current evidence does not completely support the suggestion that cardiovascular complication of coxibs represents a class effect associated with all coxibs. Rather, each COX-2-selective inhibitor may have its own benefit/risk ratio. Some also exhibit properties that are independent of inhibition of COX-2. For example, celecoxib can regulate expression of MCP-1, reducing it during short-term, but increasing it during long-term, treatment. Whether the inconsistent findings emerging from clinical coxib studies are related to similar mechanisms associated with the duration of NSAID treatment is unknown. Until further studies on new and improved COX-2-selective inhibitors are completed, an interim solution may be to use coxibs that are less COX-2-selective and to compensate for the lack of thromboxane synthesis inhibition by adding low-dose aspirin to treatments, and to consider combining COX-2 inhibition with statin therapy, including $Q_{10}$ supplementation. An alternative to coxibs is to use less-selective COX-2 inhibitors such as meloxicam.

It is recommended to evaluate clinical findings and laboratory tests of risk factors such as CRP before prescribing NSAIDs, especially highly selective coxibs. Special care is prudent in older patients who tend to show higher rates of cardiovascular complications associated with NSAID treatment. Importantly, recent studies on polymorphism of genes for COX-2, PGIS, CCR2, MMP1, and other genes, suggest that laboratory analyses may become useful to screen for patients who are genetically at higher risk for NSAID-associated myocardial infarction and stroke.

## References

1. Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005;365:1537.

2. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954-959.

3. Kwong MF. Have Cox-2 inhibitors lived up to expectations? Best Pract Res Clin Gastroenterol 2004;18(Suppl):13-16.

4. Fitzgerald GA. Coxibs and cardiovascular disease. NEJM 2004;351:1709-1711.

5. Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005;111:249.

6. Siegle I, Klein T, Backman JT, Saal JG, Nusing RM, Fritz P. Expression of cyclooxygenase 1 and cyclooxygenase 2 in human synovial tissue: differential elevation of cyclooxygenase 2 in inflammatory joint diseases. Arthritis Rheum 1998;41:122-129.

7. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.

8. Lems WF, van de Laar MA, Bijlsma JW. Safety of specific cyclo-oxygenase 2 inhibitors. Ned Tijdschr Geneeskd 2001;145:1044-1047.

9. Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004;11:3147-3161.

10. Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999;5:698-701.

11. Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000;37:431-502.

12. Kothapalli D, Fuki I, Ali K, Stewart SA, Zhao L, Yahil R, Kwiatkowski D, Hawthorne EA, FitzGerald GA, Phillips MC, Lund-Katz S, Pure E, Rader DJ, Assoian RK. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004;113:609-618.

13. Mitchell JA, Larkin S, Williams TJ. Cyclooxygenase-2: regulation and relevance in inflammation. Biochem Pharmacol 1995;50:1535-1542.

14. Yodfat Y. Is there a future for COX-2 inhibitors? Harefuah 2004;143:820-824, 837.

15. Okamoto T, Hino O. Expression of cyclooxygenase-1 and -2 mRNA in rat tissues: tissue-specific difference in the expression of the basal level of mRNA. Int J Mol Med 2000;6:455-457.

16. Lazarus M, Eguchi N, Matsumoto S, Nagata N, Yano T, Killian GJ, Urade Y. Species-specific expression of microsomal prostaglandin E synthase-1 and cyclooxygenases in male monkey reproductive organs. Prostaglandins Leukot Essent Fatty Acids 2004;71:233-240.

17. Garewal H, Ramsey L, Fass R, Hart NK, Payne CM, Bernstein H, Bernstein C. Perils of immunohistochemistry: variability in staining specificity of commercially available COX-2 antibodies on human colon tissue. Dig Dis Sci 2003;48:197-202.

18. Ohori S, Takahashi K, Aoki Y, Doya H, Ozawa T, Saito T, Moriya H. Spinal neural cyclooxygenase-2 mediates pain caused in a rat model of lumbar disk herniation. J Pain 2004;5:385-391.

19. Wang K, Tarakji K, Zhou Z, Zhang M, Forudi F, Zhou X, Koki AT, Smith ME, Keller BT, Topol EJ, Lincoff AM, Penn MS. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J Cardiovascular

Pharmacol 2005;45:61-67.

20. Harris RC, Zhang MZ, Cheng HF. Cyclooxygenase-2 and the renal angiotensin system. Acta Physiol Scan 2004;181:543-547.

21. Brater DC. Effects on nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition. Am J Med 1999;107:655-705.

22. Deray G. Renal and cardiovascular effects of non-steroidal anti-inflammatories and selective cox 2 inhibitors. Presse Med 2004;33:483-489.

23. Lamarque D. Safety of selective inhibitors of inducible cyclooxygenase-2 taken for a long period. Bull Cancer 2004;91(Spec):S117-S124.

24. Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology. Drug Saf 2004;27:427-456.

25. Bonaterra GA, Hildebrandt W, Bodens A, Sauer R, Dugi KA, Deigner HP, Droge W, Metz J, Kinscherf R. Increased cyclooxygenase-2 expression in peripheral blood mononuclear cells of smokers and hyperlipidemic subjects. Free Radic Biol Med 2005;38:235-242.

26. Fosslien E. Molecular pathology of cyclooxygenase-2 in neoplasia. Ann Clin Lab Sci 2000;30:3-21.

27. Steffens S, Mach F. Inflammation and atherosclerosis. Herz 2004;29:741-748.

28. Jialal I, Devaraj S, Venugopal SK. C-reactive protein: risk marker or mediator in atherothrombosis? Hypertension 2004;44:6-11.

29. Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004;68:341-350.

30. Bagga D, Wang L, Farias-Eisner R, Glaspy JA, Reddy ST. Differential effects of prostaglandin derived from omega-6 and omega-3 polyunsaturated fatty acids on COX-2 expression and IL-6 secretion. PNAS USA 2003; 100:1751-1756.

31. Nagano S, Huang X, Moir RD, Payton SM, Tanzi RE, Bush AI. Peroxidase activity of cyclooxygenase-2 (COX-2) cross-links beta-amyloid (Abeta) and generates Abeta-COX-3 hetero-oligomers that are increased in Alzheimer's disease. J Biol Chem 2004;279:14673-14678.

32. Barbosa NR, Fischmann L, Talib LL, Gattaz WF. Inhibition of platelet phospholipase $A_2$ activity by catuaba extract suggests antiinflammatory properties. Phytother Res 2004;18:942-944.

33. Mahmud T, Rafi SS, Scott DL, Wrigglesworth JM, Bjarnason I. Nonsteroidal antiinflammatory drugs and uncoupling of mitochondrial oxidative phosphorylation. Arthritis Rheum 1996;39:1998-2003.

34. Moreno-Sanchez R, Bravo C, Vasquez C, Ayala G, Silveira LH, Martinez-Lavin M. Inhibition and uncoupling of oxidative phosphorylation by nonsteroidal anti-inflammatory drugs: study in mitochondria, submitochondrial particles, cells, and whole heart. Biochem Pharmacol 1999;57:743-752.

35. Fosslien E. Mitochondrial medicine: molecular pathology of defective oxidative phosphorylation. Ann Clin

Lab Sci 2001;31:25-67.

36. Holvoet P. Oxidized LDL and coronary heart disease. Acta Cardiol 2004;59:479-484.

37. Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, Tagari P, Therien M, Vickers P, Visco D, Wang Z, Webb J, Wong E, Xu L-J, Young RN, Xamboni R, Riendeau D. Rofecoxib Vioxx, MK-0966;4-(4'-methyl-sulfonylphenyl)-3-phenyl-2-(5H)-furanone: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999;290:551-560.

38. Talley JJ, Brown DL, Carter JS, Graneto MJ, Koboldt CM, Masferrer JL, Perkins WE, Rogers RS, Shaffer AF, Zhang YY, Zweifel BS, Seibert K. 4-5-Methyl-3-phenyl-isoxazol-4-yl- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43:775-777.

39. Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004;177:235-243.

40. Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004;109:1468-1471.

41. Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. NEJM 1997;336:973-979. Erratum: 1997;337:356.

42. Akaike M, Azuma H, Kagawa A, Matsumoto K, Hayashi I, Tamura K, Nishiuchi T, Iuchi T, Takamori N, Aihara K, Yoshida T, Kanagawa Y, Matsumoto T. Effect of aspirin treatment on serum concentrations of lipoprotein(a) in patients with atherosclerotic disease. Clin Chem 2002;48:1454-1459.

43. Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004;7:332-336.

44. Moyad MA. Heart healthy equals prostate healthy equals statins: the next cancer chemoprevention trial. Part II. Curr Opin Urol 2005;15:7-12.

45. Gum PA, Kottke-Marchant K, Welsh PA, White J, Topol EJ. A prospective, blinded determination of the natural history of aspirin resistance among stable patients with cardiovascular disease. J Am Coll Cardiol 2003;41: 961-965.

46. Pulcinelli FM, Pignatelli P, Celestini A, Riondino S, Gazzaniga PP, Violi F. Inhibition of platelet aggregation by aspirin progressively decreases in long-term treated patients. J Am Coll Cardiol 2004;43:979-984.

47. Martin-Du Pan RC. Prevention of cardiovascular and degenerative diseases: I. Aspirin, statins, or vitamins?

Rev Med Suisse Romande 2003;123:175-181.

48. Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001;363:233-240.

49. Basu S, Helmersson J. Factors regulating isoprostane formation in vivo. Antioxid Redox Signal 2005:221-235.

50. White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004;11:244-250.

51. Patel TN, Goldberg KC. Use of aspirin and ibuprofen compared with aspirin alone and the risk of myocardial infarction. Arch Intern Med 2004;164:852-856.

52. Anon. Results of the VIGOR study. Rofecoxib halves the complication rate. MMW Fortschr Med 2001;143:35.

53. Edwards JE, McQuay HJ, Moore RA. Efficacy and safety of valdecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. Pain 2004;111:286-296.

54. Cotter J, Wooltorton E. New restrictions on celecoxib (Celebrex) use and the withdrawal of valdecoxib (Bextra). CMAJ 2005;172:1299.

55. Tibble JA, Sigthorsson G, Foster R, Bjarnason I. Comparison of the intestinal toxicity of celecoxib, a selective COX-2 inhibitor, and indomethacin in the experimental rat. Scand J Gastroenterol 2000;35:802-807.

56. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. NEJM 2000;343:1520-1528.

57. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999;65:336-347.

58. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-209.

59. Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupacis A. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-486.

60. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 46:591-604.

61. Krum H, Liew D, Aw J, Haas S. Cardiovascular effects of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004;2:265-270.

62. Gross GJ, Moore J. Effect of COX-1/COX-2 inhibition versus selective COX-2 inhibition on coronary vasodilator responses to arachidonic acid and acetylcholine. Pharmacology 2004;71:135-142.

63. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-10104.

64. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-1115. Erratum: 2002;162:1858.

65. Garner S, Fidan D, Frankish R, Judd M, Towheed T, Wells G, Tugwell P. Rofecoxib for the treatment of rheumatoid arthritis. Cochrane Database Syst Rev 2002; (3):CD003685.

66. SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004;109:e9039-e9040.

67. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-2073.

68. James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004;30:182-184.

69. Garner SE, Fidan DD, Frankish RR, Judd MG, Towheed TE, Wells G, Tugwell P. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

70. Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004;171:1027-1028.

71. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-2029.

72. Oakley G Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004;329:1342.

73. Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004;306:384-385.

74. Couzin J. Clinical trials. Halt of Celebrex study threatens drug's future, other trials. Science 2004;306:2170.

75. Dmitriev BA, Knirel YA, Kochetkov NK. Selective cleavage of glycosidic linkages: studies with the O-specific polysaccharide from *Shigella dysenteriae* type 3. Carbohydr Res 1975;40:365-372.

76. FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001;19(Suppl 25):S31-S36.

77. Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens 2002; 20(Suppl):S31-S5.

78. Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal NM, Stenson WF, Burr AM, Zhao WW, Kent JD, Lefkowith JB, Verburg KM, Geis GS. Gastrointestinal toxicity



with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. JAMA 2000;284: 1247-1255.

79. White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003;92:411-418.

80. Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M, for the Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with cel-ecoxib in a clinical trial for colorectal adenoma prevention. NEJM 2005;352:1071-1080.

81. Martin BK, Meinert CL, Breitner JC; ADAPT Research Group. Double placebo design in a prevention trial for Alzheimer's disease. Control Clin Trials 2002;23:93-99.

82. Hampton T. Officials halt NSAID prevention trials. JAMA 2005;293:664-665.

83. Gierse JK, Zhang Y, Hood WF, Walker MC, Trigg JS, Maziasz TJ, Koboldt CM, Muhammad JL, Zweifel BS, Masferrer JL, Isakson PC, Seibert K. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005;312:1206-1212.

84. Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003;17: 489-501.

85. Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. NEJM 2005;352:1081-1091.

86. Di Nunno L, Vitale P, Scilimati A, Tacconelli S, Patrignani P. Novel synthesis of 3,4-diarylisoxazole analogues of valdecoxib: reversal cyclooxygenase-2 selectivity by sulfonamide group removal. J Med Chem 2004;47:4881-4890.

87. Ogino K, Hatanaka K, Kawamura M, Katori M, Harada Y. Evaluation of pharmacological profile of meloxicam as an anti-inflammatory agent, with particular reference to its relative selectivity for cyclooxygenase-2 over cyclooxygenase-1. Pharmacology 1997;55:44-53.

88. Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004;117: 100-106.

89. Ruperto N, Nikishina I, Pachanov ED, Shachbazian Y, Prieur AM, Mouy R, Joos R, Zulian F, Schwarz R, Artamonova V, Emminger W, Bandeira M, Buoncompagni A, Foeldvari I, Falcini F, Baildam E, Kone-Paut I, Alessio M, Gerloni V, Lenhardt A, Martini A, Hanft G, Sigmund R, Simianer S. A randomized, double-blind clinical trial of two doses of meloxicam compared with naproxen in children with juvenile idiopathic arthritis: short- and long-term efficacy and safety results. Arthritis Rheum 2005;52:563-572.

90. Coats TL, Borenstein DG, Nangia NK, Brown MT. Effects of valdecoxib in the treatment of chronic low back pain: results of a randomized, placebo-controlled trial. Clin Ther 2004;26:1249-1260.

91. Jouzeau JY, Daouphars M, Benani A, Netter P. Pharmacology and classification of cyclooxygenase inhibitors. Gastroenterol Clin Biol 2004;28(Spec):C7-C17.

92. Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004;4:617-624.

93. Leclercq P, Malaise MG. Etoricoxib (Arcoxia). Rev Med Liege 2004;59:345-349.

94. Wollheim FA. New studies of COX-inhibitors, yet issues remain. Lakartidninge 2003;100:2927-2831.

95. Matsumoto AK, Cavanaugh PF Jr. Etoricoxib. Drugs Today (Barc) 2004;40:395-414.

96. Riendeau D, Percival MD, Brideau C, Charleson S, Dube D, Ethier D, Falgueyret JP, Friesen RW, Gordon R, Greig G, Guay J, Mancini J, Ouellet M, Wong E, Xu L, Boyce S, Visco D, Girard Y, Prasit P, Zamboni R, Rodger IW, Gresser M, Ford-Hutchinson AW, Young RN, Chan CC. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296:558-566.

97. Pallay RM, Seger W, Adler JL, Ettlinger RE, Quaidoo EA, Lipetz R, O'Brien K, Mucciola L, Skalky CS, Petruschke RA, Bohidar NR, Geba GP. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004;33: 257-266.

98. Chang JY, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxycodone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004;99:807-815.

99. Monsuez JJ. Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology. Arch Mal Coeur Vaiss 2004; 97:632-640.

100. Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fischer JW, Schror K, Weber AA. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005;96:e1-e6.

101. Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005;28:183-189.

102. Evensen S, Spigset O, Slordal L. COX-2 inhibitors—one step forward and two steps back. Tidsskr Nor Laegeforen 2005;125:875-878.

103. So A, de Goumoens P. Do coxibs pose a cardiovascular risk? Rev Med Suisse 2005;1:168-170, 172.

104. Boili R, Shinmura K, Tang XL, Kodani E, Xuan YT, Guo Y, Dawn B. Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. Cardiovasc Res 2002; 55:506-519.

105. Birnbaum Y, Ye Y, Rosanio S, Tavackoli S, Hu ZY,

Schwarz ER, Uretsky BF. Prostaglandins mediate the cardioprotective effects of atorvastatin against ischemia-reperfusion injury. Cardiovasc Res 2005;65:345-355.

106. Fuloria M, Smith TK, Aschner JL. Role of 5, 6-epoxy-eicosatrienoic acid in the regulation of newborn piglet pulmonary vascular tone. Am J Physiol Lung Cell Mol Physiol 2002;283:L383-L389.

107. Ham EA, Egan RW, Soderman DD, Gale PH, Kuehl FA Jr. Peroxidase-dependent deactivation of prostacyclin synthetase. J Biol Chem 1979;254:2191-2194.

108. Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane $A_2$. J Biol Chem 2001;276:37839-37845.

109. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. PNAS USA 1999;96:272-277. Erratum: 1999;96:5890.

110. Wong D, Wang M, Cheng Y, Fitzgerald GA. Cardio-vascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005;5:204-210.

111. Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005;72:129-131.

112. Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155:1281-1291.

113. Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclooxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000;20:146-152.

114. Gibson LL, Hahner L, Osborne-Lawrence S, German Z, Wu KK, Chambliss KL, Shaul PW. Molecular basis of estrogen-induced cyclooxygenase type 1 upregulation in endothelial cells. Circ Res 2005;96:518-525.

115. Rupnow HL, Phernetton TM, Modrick ML, Wiltbank MC, Bird IM, Magness RR. Endothelial vasodilator production by uterine and systemic arteries. Estrogen and progesterone effects on cPLA2, COX-1, and PGIS protein expression. Biol Reprod 2002;66:468-474.

116. Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997;17:1644-1648.

117. Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004;286:H1114-H1123.

118. Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002;22:1415-1420.

119. Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004;110:2053-2059.

120. Justice E, Carruthers DM. Cardiovascular risk and COX-2 inhibition in rheumatological practice. J Hum Hypertens 2005;19:1-5.

121. Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002;22:983-988.

122. Dusting GJ, Moncada S, Vane JR. Prostacyclin (PGX) is the endogenous metabolite responsible for relaxation of coronary arteries induced by arachidonic acid. Prostaglandins 1977;13:3-15.

123. Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001;104:2879-2882.

124. Klein AL, Wold LE, Ren J. The cyclooxygenase-2 product prostaglandin E2 modulates cardiac contractile function in adult rat ventricular cardiomyocytes. Pharmacol Res 2004;49:99-103.

125. Huss JM, Kelly DP. Nuclear receptor signaling and cardiac energetics. Circ Res 2004;95:568-578.

126. Tune JD, Gorman MW, Feigl EO. Matching coronary blood flow to myocardial oxygen consumption. J Appl Physiol 2004;97:404-415.

127. Tune JD, Richmond KN, Gorman MW, Feigl EO. Control of coronary blood flow during exercise. Exp Biol Med (Maywood) 2002;227:238-250.

128. Feigl EO. Neural control of coronary blood flow. J Vasc Res 1998;35:85-92.

129. Carvajal K, Moreno-Sanchez R. Heart metabolic disturbances in cardiovascular diseases. Arch Med Res 2003; 34:89-99.

130. Cocco T, Di Paola M, Papa S, Lorusso M. Arachidonic acid interaction with the mitochondrial electron transport chain promotes reactive oxygen species generation. Free Radic Biol Med 1999;27:51-59.

131. Di Paola M, Cocco T, Lorusso M. Arachidonic acid causes cytochrome c release from heart mitochondria. Biochem Biophys Res Commun 2000;277:128-133.

132. Somasundaram S, Sigthorsson G, Simpson RJ, Watts J, Jacob M, Tavares IA, Rafi S, Roseth A, Foster R, Price AB, Wrigglesworth JM, Bjarnason I. Uncoupling of intestinal mitochondrial oxidative phosphorylation and inhibition of cyclooxygenase are required for the development of NSAID-enteropathy in the rat. Aliment Pharmacol Ther 2000;14:639-650.

133. Krause MM, Brand MD, Krauss S, Meisel C, Vergin H, Burmester GR, Buttgereit F. Nonsteroidal antiinflammatory drugs and a selective cyclooxygenase 2 inhibitor uncouple mitochondria in intact cells. Arthritis Rheum 2003;48:1438-1444.

134. Fosslien E. Review: Mitochondrial medicine--cardio-myopathy caused by defective oxidative phosphorylation. Ann Clin Lab Sci 2003;33:371-395.

135. Sadek HA, Nulton-Persson AC, Szweda PA, Szweda LI. Cardiac ischemia/reperfusion, aging, and redox-depen-



dent alterations in mitochondrial function. Arch Biochem Biophys 2003;420:201-208.

136. Folden DV, Gupta A, Sharma AC, Li SY, Saari JT, Ren J. Malondialdehyde inhibits cardiac contractile function in ventricular myocytes via a p38 mitogen-activated protein kinase-dependent mechanism. Br J Pharmacol 2003;139:1310-1316.

137. Ballinger SW, Patterson C, Knight-Lozano CA, Burow DL, Conklin CA, Hu Z, Reuf J, Horaist C, Lebovitz R, Hunter GC, McIntyre K, Runge MS. Mitochondrial integrity and function in atherogenesis. Circulation 2002;106:544-549.

138. Nulton-Persson AC, Szweda LI, Sadek HA. Inhibition of cardiac mitochondrial respiration by salicylic acid and acetylsalicylate. J Cardiovasc Pharmacol 2004;44:591-595.

139. Norman C, Howell KA, Millar AH, Whelan JM, Day DA. Salicylic acid is an uncoupler and inhibitor of mitochondrial electron transport. Plant Physiol 2004;134:492-501.

140. Kiritoshi S, Nishikawa T, Sonoda K, Kukidome D, Senokuchi T, Matsuo T, Matsumura T, Tokunaga H, Brownlee M, Araki E. Reactive oxygen species from mitochondria induce cyclooxygenase-2 gene expression in human mesangial cells: potential role in diabetic nephropathy. Diabetes 2003;52:2570-2577.

141. Speir E. Cytomegalovirus gene regulation by reactive oxygen species. Ann NY Acad Sci 2000;899:363-374.

142. Zheng SX, Mouithys-Mickalad A, Deby-Dupont GP, Deby CM, Maroulis AP, Labasse AH, Lamy ML, Crielaard JM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of nimesulide and 4-OH nimesulide: effects on HRP- and luminol-dependent chemiluminescence produced by human chondrocytes. Osteoarthritis Cartilage 2000;8:419-425.

143. Mouithys-Mickalad AM, Zheng SX, Deby-Dupont GP, Deby CM, Lamy MM, Reginster JY, Henrotin YE. In vitro study of the antioxidant properties of non steroidal anti-inflammatory drugs by chemiluminescence and electron spin resonance (ESR). Free Radic Res 2000;33:607-621.

144. Azab AN, Kobal S, Rubin M, Kaplanski J. Effects of nimesulide, a selective cyclooxygenase-2 inhibitor, on cardiovascular alterations in endotoxemia. Cardiology 2005;103:92-100.

145. Nakamura Y, Kozuka M, Naniwa K, Takabayashi S, Torikai K, Hayashi R, Sato T, Ohigashi H, Osawa T. Arachidonic acid cascade inhibitors modulate phorbol ester-induced oxidative stress in female ICR mouse skin: differential roles of 5-lipoxygenase and cyclooxygenase-2 in leukocyte infiltration and activation. Free Radic Biol Med 2003;35:997-1007.

146. Basivireddy J, Jacob M, Pulimood AB, Balasubramanian KA. Indomethacin-induced renal damage: role of oxygen free radicals. Biochem Pharmacol 2004;67:587-599.

147. Hemieda FA, El-Missiry MA, Badawy ME, Goda AA. Partial suppressive effect of melatonin on indomethacin-induced renal injury in rat. Indian J Exp Biol 2004;42:63-67.

148. Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003;108:3017-3023.

149. Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, Rosenfeld ME. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003;60:198-204.

150. Kim JW, Zou Y, Yoon S, Lee JH, Kim YK, Yu BP, Chung HY. Vascular aging: molecular modulation of the prostanoid cascade by caloric restriction. J Gerontol A Biol Sci Med Sci 2004;59:B876-B885.

151. Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, Arai H, Oida H, Yurugi-Kobayashi T, Yamashita JK, Katagiri H, Majima M, Yokode M, Kita T, Narumiya S. Roles of thromboxane A$_2$ and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114:784-794.

152. Demasi M, Cleland LG, Cook-Johnson RJ, Caughey GE, James MJ. Effects of hypoxia on monocyte inflammatory mediator production: Dissociation between changes in cyclooxygenase-2 expression and eicosanoid synthesis. J Biol Chem 2003;278:38607-38616.

153. Stastny J, Fosslien E, Robertson AL Jr. Human aortic intima protein composition during initial stages of atherogenesis. Atherosclerosis 1986;60:131-139. Erratum: 1986;62:277.

154. Stastny J, Robertson AL Jr, Fosslien E. Basic proteins in the human aortic intima: nonequilibrium two-dimensional electrophoretic analysis of tissue extracts. Exp Mol Pathol 1986;45:279-286.

155. Stastny JJ, Fosslien E. Quantitative alteration of some aortic intima proteins in fatty streaks and fibro-fatty lesions. Exp Mol Pathol 1992;57:205-214.

156. Song J, Stastny J, Fosslien E, Robertson AL Jr. Effect of aging on human aortic protein composition. II. Two-dimensional polyacrylamide gel electrophoretic analysis. Exp Mol Pathol 1985;43:297-304.

157. Blake GJ, Ridker PM. Inflammatory bio-markers and cardiovascular risk prediction. J Intern Med 2002;252:283-294.

158. Yildirim K, Karatay S, Melikoglu MA, Gureser G, Ugur M, Senel K. Association between acute phase reactant levels and disease activity score (DAS28) in patients with rheumatoid arthritis. Ann Clin Lab Sci 2004;34:423-426.

159. Binder CJ, Horkko S, Dewan A, Chang MK, Kieu EP, Goodyear CS, Shaw PX, Palinski W, Witztum JL, Silverman GJ. Pneumococcal vaccination decreases atherosclerotic lesion formation: molecular mimicry between *Streptococcus pneumoniae* and oxidized LDL. Nat Med 2003;9:736-743.

160. Klouche M, Peri G, Knabbe C, Eckstein HH, Schmid FX, Schnitz G, Mantovani A. Modified atherogenic lipoproteins induce expression of pentraxin-3 by human vascular smooth muscle cells. Atherosclerosis 2004;175:221-228.

161. Kimura S, Wang KY, Tanimoto A, Murata Y, Nakashima

Y, Sasaguri Y. Acute inflammatory reactions caused by histamine via monocytes/macrophages chronically participate in the initiation and progression of atherosclerosis. Pathol Int 2004;54:465-474.

162. Boring L, Gosling J, Cleary M, Charo IF. Decreased lesion formation in CCR2-/- mice reveals a role for chemokines in the initiation of atherosclerosis. Nature 1998;394:894-897.

163. Nelken NA, Coughlin SR, Gordon D, Wilcox JN. Monocyte chemoattractant protein-1 in human atheromatous plaques. J Clin Invest 1991;88:1121-1127.

164. Han KH, Tangirala RK, Green SR, Quehenberger O. Chemokine receptor CCR2 expression and monocyte chemoattractant protein-1-mediated chemotaxis in human monocytes. A regulatory role for plasma LDL. Arterioscler Thromb Vasc Biol 1998;18:1983-1991.

165. Han KH, Hong KH, Park JH, Ko J, Kang DH, Choi KJ, Hong MK, Park SW, Park SJ. C-reactive protein promotes monocyte chemoattractant protein-1-mediated chemotaxis through upregulating CC chemokine receptor 2 expression in human monocytes. Circulation 2004;109:2566-2571.

166. Devaraj S, Kumaresan PR, Jialal I. Effect of C-reactive protein on chemokine expression in human aortic endothelial cells. J Mol Cell Cardiol 2004;36:405-410.

167. Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004;4:116-123.

168. Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D, Marnett LJ, Morrow JD, Fazio S, Linton MF. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002;105:1816-1823.

169. Sekalska B. Aortic expression of monocyte chemotactic protein-1 (MCP-1) gene in rabbits with experimental atherosclerosis. Ann Acad Med Stetin 2003;49:79-90.

170. Yang YY, Hu CJ, Chang SM, Tai TY, Leu SJ. Aspirin inhibits monocyte chemoattractant protein-1 and interleukin-8 expression in TNF-alpha stimulated human umbilical vein endothelial cells. Atherosclerosis 2004; 174:207-213.

171. Dirks J, van Aswegen CH, du Plessis DJ. Cytokine levels affected by gamma-linolenic acid. Prostaglandins Leukot Essent Fatty Acids 1998;59:273-277.

172. Guo ZJ, Hou FF, Liang M, Wang L, Zhang X, Liu ZQ. Advanced glycation end products stimulate human endothelial cells to produce monocyte chemoattractant protein-1. Zhonghua Yi Xue Za Zhi 2003;83:1075-1079.

173. Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002;51:603-610.

174. Hamilton LC, Mitchell JA, Tomlinson AM, Warner TD. Synergy between cyclo-oxygenase-2 induction and arachidonic acid supply in vivo: consequences for nonsteroidal antiinflammatory drug efficacy. FASEB J 1999;13:245-251.

175. Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angio-tensin-II

in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002;34:29-37.

176. Rupp J, Berger M, Reiling N, Gieffers J, Lindschau C, Haller H, Dalhoff K, Maass M. Cox-2 inhibition abrogates *Chlamydia pneumoniae*-induced PGE₂ and MMP-1 expression. Biochem Biophys Res Commun 2004;320:738-744.

177. Kshirsagar AV, Moss KL, Elter JR, Beck JD, Offenbacher S, Falk RJ. Periodontal disease is associated with renal insufficiency in the Atherosclerosis Risk In Communities (ARIC) study. Am J Kidney Dis 2005;45:650-657.

178. Sekino S, Ramberg P, Lindhe J. The effect of systemic administration of ibuprofen in the experimental gingivitis model. J Clin Periodontol 2005;32:182-187.

179. Santos A. Evidence-based control of plaque and gingivitis. J Clin Periodontol 2003;30(Suppl):13-16.

180. Honda T, Oda T, Yoshie H, Yamazaki K. Effects of *Porphyromonas gingivalis* antigens and proinflammatory cytokines on human coronary artery endothelial cells. Oral Microbiol Immunol 2005;20:82-88.

181. Desvarieux M, Demmer RT, Rundek T, Boden-Albala B, Jacobs DR Jr, Sacco RL, Papapanou PN. Periodontal microbiota and carotid intima-media thickness. Circulation 2005;111:576-582.

182. Miller VM, Rodgers G, Charlesworth JA, Kirkland B, Severson SR, Rasmussen TE, Yagubyan M, Rodgers JC, Cockerill FR 3rd, Folk RL, Rzewuska-Lech E, Kumar V, Farell-Baril G, Lieske JC. Evidence of nanobacteria-like structures in calcified human arteries and cardiac valves. Am J Physiol Heart Circ Physiol 2004;287:H1115 -H1124.

183. Bini A, Mann KG, Kudryk BJ, Schoen FJ. Noncollagenous bone matrix proteins, calcification, and thrombosis in carotid artery atherosclerosis. Arterioscler Thromb Vasc Biol 1999;19:1852-1861.

184. Higashi S, Ohishi H, Kudo I. Augmented prostaglandin E₂ generation resulting from increased activities of cytosolic and secretory phospholipase A2 and induction of cyclooxygenase-2 in interleukin-1 beta-stimulated rat calvarial cells during the mineralizing phase. Inflamm Res 2000;49:102-111.

185. Lindholm TS, Tornkvist H. Inhibitory effect on bone formation and calcification exerted by the anti-inflammatory drug ibuprofen. An experimental study on adult rat with fracture. Scand J Rheumatol 1981;10:38-42.

186. Kajii T, Suzuki K, Yoshikawa M, Imai T, Matsumoto A, Nakamura S. Long-term effects of prostaglandin E₂ on the mineralization of a clonal osteoblastic cell line (MC3T3-E1). Arch Oral Biol 1999;44:233-241.

187. Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998;83:210-216.

188. Strey CH, Young JM, Molyneux SL, George PM, Florkowski CM, Scott RS, Frampton CM. Endothelium-ameliorating effects of statin therapy and coenzyme Q10 reductions in chronic heart failure. Atherosclerosis 2005; 179:201-206.

189. Chan KY, Boucher ES, Gandhi PJ, Silva MA. HMG-

CoA reductase inhibitors for lowering elevated levels of C-reactive protein. Am J Health Syst Pharm 2004;61: 1676-1681.

190. Langsjoen PH, Langsjoen AM. The clinical use of HMG CoA-reductase inhibitors and the associated depletion of coenzyme $Q_{10}$: A review of animal and human publications. Biofactors 2003;18:101-111.

191. Lonnrot K, Porsti I, Alho H, Wu X, Hervonen A, Tolvanen JP. Control of arterial tone after long-term coenzyme $Q_{10}$ supplementation in senescent rats. Br J Pharmacol. 1998;124:1500-1506. Erratum: 1998;125: 1788.

192. Furukawa K, Yamasaki Y, Kizu A, Furukawa K, Katsume H, Ijichi H, Kitamura K. The restorative action of coenzyme $Q_{10}$ in 2, 4-dinitrophenol-depressed electrical and contractile activities of guinea-pig heart. J Mol Cell Cardiol 1983;15:595-602.

193. Papafili A, Hill MR, Brull DJ, McAnulty RJ, Marshall RP, Humphries SE, Laurent GJ. Common promoter variant in cyclooxygenase-2 represses gene expression: evidence of role in acute-phase inflammatory response. Arterioscler Thromb Vasc Biol 2002;22:1631-1636.

194. Cipollone F, Toniato E, Martinotti S, Fazia M, Iezzi A, Cuccurullo C, Pini B, Ursi S, Vitullo G, Averna M, Arca M, Montali A, Campagna F, Ucchino S, Spigonardo F, Taddei S, Virdis A, Ciabattoni G, Notarbartolo A, Cuccurullo F, Mezzetti A. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004;291: 2221-2228.

195. Grainger DJ, Kemp PR, Metcalfe JC, Liu AC, Lawn RM, Williams NR, Grace AA, Schofield PM, Chauhan A. The serum concentration of active transforming growth factor-beta is severely depressed in advanced atherosclerosis. Nat Med 1995;1:74-79.

196. Fong CY, Pang L, Holland E, Knox AJ. TGF-beta1 stimulates IL-8 release, COX-2 expression, and $PGE_2$ release in human airway smooth muscle cells. Am J Physiol Lung Cell Mol Physiol 2000;279:L201-L207.

197. Jiang X, Zeng HS, Guo Y, Zhou ZB, Tang BS, Li FK. The expression of matrix metalloproteinases-9, transforming growth factor-beta1 and transforming growth factor-beta receptor 1 in human atherosclerotic plaque and their relationship with plaque stability. Chin Med J (Engl) 2004;117:1825-1829.

198. Kim HS, Shang T, Chen Z, Pflugfelder SC, Li DQ. TGF-beta1 stimulates production of gelatinase (MMP-9), collagenases (MMP-1, -13) and stromelysins (MMP-3, -10, -11) by human corneal epithelial cells. Exp Eye Res 2004;79:263-274.

199. Philipp K, Riedel F, Germann G, Hormann K, Sauerbier M. TGF-beta antisense oligonucleotides reduce mRNA expression of matrix metalloproteinases in cultured wound-healing-related cells. Int J Mol Med 2005;15:299-303.

200. Rutter JL, Mitchell TI, Buttice G, Meyers J, Gusella JF, Ozelius LJ, Brinckerhoff CE. A single nucleotide polymorphism in the matrix metalloproteinase-1 promoter creates an Ets binding site and augments transcription.

Cancer Res 1998;58:5321-5325.

201. Ye S, Gale CR, Martyn CN. Variation in the matrix metalloproteinase-1 gene and risk of coronary heart disease. Eur Heart J 2003;24:1668-1671.

202. Wu KK. Aspirin and other cyclooxygenase inhibitors: new therapeutic insights. Semin Vasc Med 2003;3:107-112.

203. Redondo S, Santos-Gallego CG, Ganado P, Garcia M, Rico L, Del Rio M, Tejerina T. Acetylsalicylic acid inhibits cell proliferation by involving transforming growth factor-beta. Circulation 2003;107:626-629.

204. Mallat Z, Gojova A, Marchiol-Fournigault C, Esposito B, Kamate C, Merval R, Fradelizi D, Tedgui A. Inhibition of transforming growth factor-beta signaling accelerates atherosclerosis and induces an unstable plaque phenotype in mice. Circ Res 2001;89:930-934.

205. Robertson AK, Rudling M, Zhou X, Gorelik L, Flavell RA, Hansson GK. Disruption of TGF-beta signaling in T cells accelerates atherosclerosis. J Clin Invest 2003;112: 1342-1350.

206. Chen G, Wood EG, Wang SH, Warner TD. Expression of cyclooxygenase-2 in rat vascular smooth muscle cells is unrelated to nuclear factor-kappaB activation. Life Sci 1999;64:1231-1242.

207. Nosaka S, Hashimoto M, Sasaki T, Ku K, Saitoh Y, Hanada T, Yamauchi M, Masumura S, Nakayama K, Tamura K. Antithrombotic effects of endocardial endothelial cells–comparison with coronary artery endothelial cells. Prostaglandins 1997;53:305-319.

208. Garcia-Martin E, Martinez C, Tabares B, Frias J, Agundez JA. Interindividual variability in ibuprofen pharmacokinetics is related to interaction of cytochrome P450 2C8 and 2C9 amino acid polymorphisms. Clin Pharmacol Ther 2004;76:119-127.

209. Hichiya H, Tanaka-Kagawa T, Soyama A, Jinno H, Koyano S, Katori N, Matsushima E, Uchiyama S, Tokunaga H, Kimura H, Minami N, Katoh M, Sugai K, Goto Y, Tamura T, Yamamoto N, Ohe Y, Kunitoh H, Nokihara H, Yoshida T, Minami H, Saijo N, Ando M, Ozawa S, Saito Y, Sawada J. Functional characterization of five novel CYP2C8 variants, G171S, R186X, R186G, K247R, and K383N, found in a Japanese population. Drug Metab Dispos 2005;33:630-636.

210. Walsky RL, Gaman EA, Obach RS. Examination of 209 drugs for inhibition of cytochrome P450 2C8. J Clin Pharmacol 2005;45:68-78.

211. Garnett WR. Clinical implications of drug interactions with coxibs. Pharmacotherapy 2001;21:1223-1232.

212. Kirchheiner J, Stormer E, Meisel C, Steinbach N, Roots I, Brockmoller J. Influence of CYP2C9 genetic polymorphisms on pharmacokinetics of celecoxib and its metabolites. Pharmacogenetics 2003;13:473-480.

213. Nusing R, Ullrich V. Regulation of cyclooxygenase and thromboxane synthase in human monocytes. Eur J Biochem 1992;206:131-136.

214. Nanayama T, Hara S, Inoue H, Yokoyama C, Tanabe T. Regulation of two isozymes of prostaglandin endoperoxide synthase and thromboxane synthase in human monoblastoid cell line U937. Prostaglandins 1995;49:





371-382.

215. Chevalier D, Lo-Guidice JM, Sergent E, Allorge D, Debuysere H, Ferrari N, Libersa C, Lhermitte M, Broly F. Identification of genetic variants in the human thromboxane synthase gene (CYP5A1). Mutat Res 2001; 432:61-67.

216. Hong SJ, Lee SY, Kim HB, Kim JH, Kim BS, Choi SO, Lee SG, Shin ES, Hong TJ. IL-5 and thromboxane $A_2$ receptor gene polymorphisms are associated with decreased pulmonary function in Korean children with atopic asthma. J Allergy Clin Immunol 2005;115:758-763.

217. Osende JI, Shimbo D, Fuster V, Dubar M, Badimon JJ. Antithrombotic effects of S 18886, a novel orally active thromboxane $A_2$ receptor antagonist. J Thromb Haemost 2004;2:492-498.

218. Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-342.

219. Hanson J, Rolin S, Reynaud D, Qiao N, Kelley LP, Reid HM, Valentin F, Tippins J, Kinsella BT, Masereel B, Pace-Asciak C, Pirotte B, Dogne JM. In vitro and in vivo pharmacological characterization of BM-613 N-n-pentyl-N'-2-(4'-methylphenylamino)-5-nitrobenzene-sulfonyl-urea, a novel dual thromboxane synthase inhibitor and thromboxane receptor antagonist. J Pharmacol Exp Ther 2005;313:293-301.

220. Yokoyama C, Yabuki T, Inoue H, Tone Y, Hara S, Hatae T, Nagata M, Takahashi EI, Tanabe T. Human gene encoding prostacyclin synthase (PTGIS): genomic organization, chromosomal localization, and promoter activity. Genomics 1996;36:296-304.

221. Korita D, Sagawa N, Itoh H, Yura S, Yoshida M, Kakui K, Takemura M, Yokoyama C, Tanabe T, Fujii S. Cyclic mechanical stretch augments prostacyclin production in cultured human uterine myometrial cells from pregnant women: possible involvement of up-regulation of prostacyclin synthase expression. J Clin Endocrinol Metab 2002;87:5209-5219.

222. Nakayama T, Soma M, Watanabe Y, Hasimu B, Sato M, Aoi N, Kosuge K, Kanmatsuse K, Kokubun S, Marrow JD, Oates JA. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002;297:1135-1139.

223. Yokoyama C, Yabuki T, Shimonishi M, Wada M, Hatae T, Ohkawara S, Takeda J, Kinoshita T, Okabe M, Tanabe T. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002;106:2397-2403.

224. Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999;274:23707-23718.

225. Murata T, Ushikubi F, Matsuoka T, Hirata M, Yamasaki A, Sugimoto Y, Ichikawa A, Aze Y, Tanaka T, Yoshida N, Ueno A, Oh-ishi S, Narumiya S. Altered pain percep-

tion and inflammatory response in mice lacking prostacyclin receptor. Nature 1997;388:678-682.

226. FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000;32(Suppl):21-26.

227. Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003;108:1676-1578.

228. Cockerill GW, Saklatvala J, Ridley SH, Yarwood H, Miller NE, Oral B, Nithyananthan S, Taylor G, Haskard DO. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999;19:910-917.

229. Keith RL, Miller YE, Hudish TM, Girod CE, Sotto-Santiago S, Franklin WA, Nemenoff RA, March TH, Nana-Sinkam SP, Geraci MW. Pulmonary prostacyclin synthase overexpression chemoprevents tobacco smoke lung carcinogenesis in mice. Cancer Res 2004;64:5897-5904.

230. Cai L, Zheng ZL, Zhang ZF. Cytochrome p450 2E1 polymorphisms and the risk of gastric cardia cancer. World J Gastroenterol 2005;11:1867-1871.

231. Yang CX, Matsuo K, Wang ZM, Tajima K. Phase I/II enzyme gene polymorphisms and esophageal cancer risk: A meta-analysis of the literature. World J Gastroenterol 2005;11:2531-2538.

232. Fujino T, Nakagawa N, Yuhki K, Hara A, Yamada T, Takayama K, Kuriyama S, Hosoki Y, Takahata O, Taniguchi T, Fukuzawa J, Hasebe N, Kikuchi K, Narumiya S, Ushikubi F. Decreased susceptibility to renovascular hypertension in mice lacking the prostaglandin $I_2$ receptor IP. J Clin Invest 2004;114:805-812.

233. Fisslthaler B, Popp R, Kiss L, Potente M, Harder DR, Fleming I, Busse R. Cytochrome P450 2C is an EDHF synthase in coronary arteries. Nature 1999;401:493-497.

234. Hayabuchi Y, Nakaya Y, Matsuoka S, Kuroda Y. Endothelium-derived hyperpolarizing factor activates $Ca^{2+}$-activated $K^+$ channels in porcine coronary artery smooth muscle cells. J Cardiovasc Pharmacol 1998;32:642-649.

235. Gauthier KM, Edwards EM, Falck JR, Reddy DS, Campbell WB. 14,15-epoxyeicosatrienoic acid represents a transferable endothelium-dependent relaxing factor in bovine coronary arteries. Hypertension 2005;45:666-671.

236. Koehne CH, Dubois RN. COX-2 inhibition and colorectal cancer. Semin Oncol 2004;31(Suppl 7):12-21.

237. Jendrossek V, Handrick R, Belka C. Celecoxib activates a novel mitochondrial apoptosis signaling pathway. FASEB J 2003;17:1547-1549.

238. Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004;39:1028-1037.

239. Kazanov D, Dvory-Sobol H, Pick M, Liberman E, Strier L, Choen-Noyman E, Deutsch V, Kunik T, Arber N. Celecoxib but not rofecoxib inhibits the growth of trans-

10/11/05   7:48:45 AM

formed cells in vitro. Clin Cancer Res 2004;10(Pt 1): 267-271.

240. St-Germain ME, Gagnon V, Parent S, Asselin E. Regulation of COX-2 protein expression by Akt in endometrial cancer cells is mediated through NF-kappaB/IkappaB pathway. Mol Cancer 2004;3:7.

241. Takahashi H, Yanagi Y, Tamaki Y, Uchida S, Muranaka K. COX-2-selective inhibitor, etodolac, suppresses choroidal neovascularization in a mice model. Biochem Biophys Res Commun 2004;325:461-466.

242. Kobayashi H, Oonta T, Uetake H, Higuchi T, Enomoto M, Sugihara K. JTE-522, a selective COX-2 inhibitor, interferes with the growth of lung metastases from colorectal cancer in rats due to inhibition of neovascularization: a vascular cast model study. Int J Cancer 2004; 112:920-926.

243. Wilgus TA, Ross MS, Parrett ML, Oberyszyn TM. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000;62: 367-384.

244. Wilgus TA, Koki AT, Zweifel BS, Rubal PA, Oberyszyn TM. Chemotherapeutic efficacy of topical celecoxib in a murine model of ultraviolet light B-induced skin cancer. Mol Carcinog 2003;38:33-39.

245. Basu GD, Pathangey LB, Tinder TL, Lagioia M, Gendler SJ, Mukherjee P. Cyclooxygenase-2 inhibitor induces apoptosis in breast cancer cells in an in vivo model of spontaneous metastatic breast cancer. Mol Cancer Res 2004;2:632-642.

246. Arun B, Goss P. The role of COX-2 inhibition in breast cancer treatment and prevention. Semin Oncol 2004;31 (Suppl 7):22-29.

247. Sandler AB, Dubinett SM. COX-2 inhibition and lung cancer. Semin Oncol 2004;31(Suppl 7):45-52.

248. Gao J, Niwa K, Sun W, Takemura M, Lian Z, Onogi K, Seishima M, Mori H, Tamaya T. Non-steroidal anti-inflammatory drugs inhibit cellular proliferation and upregulate cyclooxygenase-2 protein expression in endometrial cancer cells. Cancer Sci 2004;95:901-907.

249. Yuan CJ, Mandal AK, Zhang Z, Mukherjee AB. Transcriptional regulation of cyclooxygenase-2 gene expression: novel effects of nonsteroidal anti-inflammatory drugs. Cancer Res 2000;60:1084-1091.

250. Udd L, Katajisto P, Rossi DJ, Lepisto A, Lahesmaa AM, Ylikorkala A, Jarvinen HJ, Ristimaki AP, Makela TP. Suppression of Peutz-Jeghers polyposis by inhibition of cyclooxygenase-2. Gastroenterology 2004;127:1030-1037.

251. Xiao Z, Luke BT, Izmirlian G, Umar A, Lynch PM, Phillips RK, Patterson S, Conrads TP, Veenstra TD, Greenwald P, Hawk ET, Ali IU. Serum proteomic profiles suggest celecoxib-modulated targets and response predictors. Cancer Res 2004;64:2904-2909.

252. Sinicrope FA, Half E, Morris JS, Lynch PM, Morrow JD, Levin B, Hawk ET, Cohen DS, Ayers GD, Stephens LC. Cell proliferation and apoptotic indices predict adenoma regression in a placebo-controlled trial of celecoxib in familial adenomatous polyposis patients.

Cancer Epidemiol Biomarkers Prev 2004;13:920-927.

253. Swamy MV, Cooma I, Reddy BS, Rao CV. Lamin B, Caspase-3 activity and apoptosis induction by a combination of HMG-CoA reductase inhibitor and COX-2 inhibitors: a novel approach in developing effective chemopreventive regimens. Int J Oncol 2002; 20:753-759.

254. Battegay EJ, Raines EW, Seifert RA, Bowen-Pope DF, Ross R. TGF-beta induces bimodal proliferation of connective tissue cells via complex control of an autocrine PDGF loop. Cell 1990;63:515-524.

255. Fosslien E. Lin Q. Yamashiroya H. Human uterine leiomyoma cells: Growth responses to epidermal growth factor and transforming growth factor beta. Ann Clin Lab Sci 1997;27:318-319.

256. Tabata T, Takei Y. Morphogens, their identification and regulation. Development 2004;131:703-712.

257. Fosslien E. Establishment, maintenance, and remodeling of curvature in biology. Med Hypotheses 2002;59:233-238.

258. Brown RE. HER-2/neu-Positive breast carcinoma: molecular concomitants by proteomic analysis and their therapeutic implications. Ann Clin Lab Sci 2002;32:12-21.

259. Moreland RB, Kim N, Nehra A, Goldstein I, Traish A. Functional prostaglandin E (EP) receptors in human penile corpus cavernosum. Int J Impot Res 2003;15:362-368.

260. Emi M, Maeyama K. The biphasic effects of cyclopent-enone prostaglandins, prostaglandin $J_2$ and 15-deoxy-delta$^{12,14}$-prostaglandin $J_2$ on proliferation and apoptosis in rat basophilic leukemia (RBL-2H3) cells. Biochem Pharmacol 2004;67:1259-1267.

261. Martinez B, Perez-Castillo A, Santos A. The mitochondrial respiratory complex I is a target for 15-deoxy-delta12, 14-prostaglandin $J_2$ action. J Lipid Res 2005; 46:736-743.

262. Favier J, Briere JJ, Strompf L, Amar L, Filali M, Jeunemaitre X, Rustin P, Gimenez-Roqueplo AP. Hereditary paraganglioma/pheochromocytoma and inherited succinate dehydrogenase deficiency. Horm Res 2005;63:171-179.

263. Tsujii M, Kawano S, Tsuji S, Sawaoka H, Hori M, DuBois RN. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. Cell 1998;93:705-716. Erratum: 1998;94:after 271.

264. Huang JC, Wun WS, Goldsby JS, Matijevic-Aleksic N, Wu KK. Cyclooxygenase-2-derived endogenous prostacyclin enhances mouse embryo hatching. Hum Reprod 2004;19:2900-2906.

265. Su PH, Chen JY, Su CM, Huang TC, Lee HS. Comparison of ibuprofen and indomethacin therapy for patent ductus arteriosus in preterm infants. Pediatr Int 2003;45:665-670.

266. Montenegro MA, Palomino H. Induction of cleft palate in mice by inhibitors of prostaglandin synthesis. J Craniofac Genet Dev Biol 1990;10:83-94.

267. Goldman AS. Arachidonic acid and male genital differentiation. Eur J Pediatr 1987;146(Suppl):S63-S66.

268. Piddington RL, Goldman AS. Palatal development and the arachidonic acid cascade. Prog Clin Biol Res 1985;17: 295-306.

269. Potter JD. Morphostats: a missing concept in cancer biology. Cancer Epidemiol Biomarkers Prev 2001;10:161-170.

270. Debons AF, Fani K, Jimenez FA. Enhancement of experimental atherosclerosis by aspirin. J Toxicol Environ Health 1981;8:899-906.

271. Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004;164:2472-2476.

272. Bjordal JM, Ljunggren AE, Klovning A, Slordal L. NSAIDs, including coxibs, probably do more harm than good, and paracetamol is ineffective for hip OA. Ann Rheum Dis 2005 64:655-656.

273. Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005;39:597-602.

274. Ridker PM, Stampfer MJ, Rifai N. Novel risk factors for systemic atherosclerosis: a comparison of C-reactive protein, fibrinogen, homocysteine, lipoprotein(a), and standard cholesterol screening as predictors of peripheral arterial disease. JAMA 2001;285:2481-2485.

275. Maas R, Boger RH. Old and new cardiovascular risk factors: from unresolved issues to new opportunities. Atheroscler Suppl 2003;4:5-17.

276. Wald NJ, Law MR. A strategy to reduce cardiovascular disease by more than 80%. BMJ 2003;326:1419.

277. Sung FL, Slow YL, Wang G, Lynn EG, O K. Homocysteine stimulates the expression of monocyte chemoattractant protein-1 in endothelial cells leading to enhanced monocyte chemotaxis. Mol Cell Biochem 2001;216:121-128.

278. Ramaswami G, Chai H, Yao Q, Lin PH, Lumsden AB, Chen C. Curcumin blocks homocysteine-induced endothelial dysfunction in porcine coronary arteries. J Vasc Surg 2004;40:1216-1222.

279. Hofmann T. Risk management of coronary artery disease--pharmacological therapy. Wien Med Wochenschr 2004;154:266-281.

280. Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, Tzivoni D. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004;125:1610-1615.

281. Chyrchel M, Dudek D, Bartus S, Legutko J, Heba G, Dubiel JS. High-dose statin and COX-2 inhibitor therapy rapidly decreases C-reactive protein level in patients with unstable angina. Kardiol Pol 2004;61:213-221.

282. Bogaty P, Brophy JM, Noel M, Boyer L, Simard S, Bertrand F, Dagenais GR. Impact of prolonged cyclo-oxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004;110:934-939.

283. Numano F, Kishi Y, Ashikaga T, Kobayashi T. Simokado K, Numano F, Yajima M. Antiplatelet therapy for atherosclerotic disorders. Ann NY Acad Sci 1990;59:356-367.

284. Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004;18:559-563.

285. Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002;25:829-835.

286. Morimoto T, Fukui T, Lee TH, Matsui K. Application of U.S. guidelines in other countries: aspirin for the primary prevention of cardiovascular events in Japan. Am J Med 2004;117:459-468.

287. Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med. 2005;142:481-489.

288. Kimmey MB. Cardioprotective effects and gastrointestinal risks of aspirin: maintaining the delicate balance. Am J Med 2004;117(Suppl 5A):72S-78S.

289. Yoshizawa T, Watanabe S, Hirose M, Yamamoto J, Osada T, Sato K, Oide H, Kitamura T, Takei Y, Ogihara T, Miwa H, Miyazaki A, Sato N. Effects of growth factors on aspirin-induced inhibition of wound repair in a rabbit gastric epithelial cell model. Aliment Pharmacol Ther 2000;14(Suppl 1):176-182.

290. Slomiany BL, Slomiany A. Aspirin ingestion impairs oral mucosal ulcer healing by inducing membrane-bound tumor necrosis factor-alpha release. IUBMB Life 2000;50:391-395.

291. Li RC, Row BW, Gozal E, Kheirandish L, Fan Q, Brittian KR, Guo SZ, Sachleben LR Jr, Gozal D. Cyclooxygenase 2 and intermittent hypoxia-induced spatial deficits in the rat. Am J Respir Crit Care Med 2003; 168:469-475.

292. Rossoni G, Berti M, Colonna VD, Bernareggi M, Del Soldato P, Berti F. Myocardial protection by the nitro-derivative of aspirin, NCX 40 in vitro and in vivo experiments in the rabbit. Ital Heart J 2000;1:146-155.

293. Wallace JL, Ignarro LJ, Fiorucci S. Potential cardioprotective actions of NO-releasing aspirin. Nat Rev Drug Discov 2002;1:375-382.

294. Levin RI. Theriac found? Nitric oxide-aspirin and the search for the universal cure. J Am Coll Cardiol 2004; 44:642-643.

295. Fiorucci S, Mencarelli A, Meneguzzi A, Lechi A, Renga B, del Soldato P, Morelli A, Minuz P. Co-administration of nitric oxide-aspirin (NCX-4016) and aspirin prevents platelet and monocyte activation and protects against gastric damage induced by aspirin in humans. J Am Coll Cardiol 2004;44:635-641.

296. Kleinjans J, de Kok T, Engels L. Risk assessment of endogenous formation of carcinogenic N-nitroso compounds in response to intake of NO-aspirin. Gastroenterology 2004;127:1018-1019.

297. Ghilardi G, Biondi ML, DeMonti M, Turri O, Guagnellini E, Scorza R. Matrix metalloproteinase-i

10/11/05   7:48:47 AM

and matrix metalloproteinase-3 gene promoter polymorphisms are associated with carotid artery stenosis. Stroke 2002;33:2408-2412.

298. Valdes AM, Wolfe ML, O'Brien EJ, Spurr NK, Gefter W, Rut A, Groot PH, Rader DJ. Val64Ile polymorphism in the C-C chemokine receptor 2 is associated with reduced coronary artery calcification. Arterioscler Thromb Vasc Biol 2002;22:1924-1928.

299. Malhi H, Atac B, Daly AK, Gupta S. Warfarin and celecoxib interaction in the setting of cytochrome P450 (CYP2C9) polymorphism with bleeding complication. Postgrad Med J 2004;80:107-109.

300. Coulter DM, Clark DW. Disturbance of vision by COX-2 inhibitors. Expert Opin Drug Saf 2004;3:607-614.

301. Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Safety 2004;27:1171-1184.

302. Rosenfeldt FL, Pepe S, Ou R, Mariani JA, Rowland MA, Nagley P, Linnane AW. Coenzyme $Q_{10}$ improves the tolerance of the senescent myocardium to aerobic and ischemic stress: studies in rats and in human atrial tissue. Biofactors 1999;9:291-299.

303. Li JM, Mukamal KJ. An update on alcohol and atherosclerosis. Curr Opin Lipidol 2004;15:673-680.

304. Kondo K. Beer and health: preventive effects of beer components on lifestyle-related diseases. Biofactors 2004;22:303-310.

305. de Moura RS, Miranda DZ, Pinto AC, Sicca RF, Souza MA, Rubenich LM, Carvalho LC, Rangel BM, Tano T, Madeira SV, Resende AC. Mechanism of the endothelium-dependent vasodilation and the antihypertensive effect of Brazilian red wine. J Cardiovasc Pharmacol 2004;44:302-309.

306. Zhang Y, Jayaprakasam B, Seeram NP, Olson LK, DeWitt D, Nair MG. Insulin secretion and cyclooxygenase enzyme inhibition by cabernet sauvignon grape skin compounds. J Agric Food Chem 2004;52:228-233.

307. Szewczuk LM, Forti L, Stivala LA, Penning TM. Resveratrol is a peroxidase-mediated inactivator of COX-1 but not COX-2: a mechanistic approach to the design of COX-1 selective agents. J Biol Chem 2004;279:22727-22737.

308. Blanco AM, Pascual M, Valles SL, Guerri C. Ethanol-induced iNOS and COX-2 expression in cultured astrocytes via NF-kappa B. Neuroreport 2004;15:681-685.

309. Gentry RT, Baraona E, Amir I, Roine R, Chayes ZW, Sharma R, Lieber CS. Mechanism of the aspirin-induced rise in blood alcohol levels. Life Sci 1999;65:2505-2512.

310. Kaufman DW, Kelly JP, Wiholm BE, Laszlo A, Sheehan JE, Koff RS, Shapiro S. The risk of acute major upper gastrointestinal bleeding among users of aspirin and ibuprofen at various levels of alcohol consumption. Am J Gastroenterol 1999;94:3189-3196.

311. Ibuki T, Matsumura K, Yamazaki Y, Nozaki T, Tanaka Y, Kobayashi S. Cyclooxygenase-2 is induced in the endothelial cells throughout the central nervous system during carrageenan-induced hind paw inflammation; its possible role in hyperalgesia. J Neurochem 2003;86:318-328.

312. Tauman R, Ivanenko A, O'Brien LM, Gozal D. Plasma C-reactive protein levels among children with sleep-disordered breathing. Pediatrics 2004;113:e564-e569.

313. Okita K, Nishijima H, Murakami T, Nagai T, Morita N, Yonezawa K, Iizuka K, Kawaguchi H, Kitabatake A. Can exercise training with weight loss lower serum C-reactive protein levels? Arterioscler Thromb Vasc Biol 2004;24:1868-1873.

314. Nakatani K, Yamakuni T, Kondo N, Arakawa T, Oosawa K, Shimura S, Inoue H, Ohizumi Y. gamma-Mangostin inhibits inhibitor-kappaB kinase activity and decreases lipopolysaccharide-induced cyclooxygenase-2 gene expression in C6 rat glioma cells. Mol Pharmacol 2004;66:667-674.

315. Meisel C, Johne A, Roots I. Fatal intracerebral mass bleeding associated with *Ginkgo biloba* and ibuprofen. Atherosclerosis 2003;167:367.

316. Yagi A, Kabash A, Okamura N, Haraguchi H, Moustafa SM, Khalifa TI. Antioxidant, free radical scavenging and anti-inflammatory effects of aloesin derivatives in *Aloe vera*. Planta Med 2002;68:957-960.

317. Lee A, Chui PT, Aun CS, Gin T, Lau AS. Possible interaction between sevoflurane and *Aloe vera*. Ann Pharmacother 2004;38:1651-1654.



# Plaintiffs' Response re FOSSLIEN

# Footnote 22 of 28

*The NEW ENGLAND JOURNAL of MEDICINE*

---

ORIGINAL ARTICLE

---

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

ABSTRACT

---

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

N Engl J Med 2005;352.
Copyright © 2005 Massachusetts Medical Society.

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

NONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than nonselective nonsteroidal antiinflammatory drugs (NSAIDs).[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,13,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2000, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or after the discontinuation of

2-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB



Figure 1. Enrollment, Randomization, and Outcomes.
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

CARDIOVASCULAR EVENTS

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-

fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the spon-

BRESALIER-3

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

sor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

### RESULTS

#### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent

| Table 1. Baseline Characteristics of the Patients. | | |
| --- | --- | --- |
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

* Race was self-reported
† Low-dose aspirin was defined as 100 mg per day or less
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

4·BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent, respectively; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group),

and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

## INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group, sudden death from cardiac causes occurred

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | | | | | |
| Cardiac events | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Myocardial infarction | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Fatal myocardial infarction | 21 | | 9 | | |
| Sudden death from cardiac causes | 2 | | 3 | | |
| Unstable angina pectoris | 3 | | 1 | | |
| Cerebrovascular events | 7 | | 4 | | |
| Fatal ischemic stroke | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Ischemic stroke | 1 | | 0 | | |
| Transient ischemic attack | 11 | | 6 | | |
| Peripheral vascular events | 5 | | 2 | | |
| Peripheral arterial thrombosis | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral venous thrombosis | 1 | | 1 | | |
| Pulmonary embolism | 2 | | 4 | | |
| | 0 | | 2 | | |

Table 2. Incidence of Adjudicated Thrombotic Adverse Events.*

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE



No. at Risk
Rofecoxib
Placebo

| | | | | | | |
|---|---|---|---|---|---|---|
| 1287 | 1129 | 1057 | 989 | 938 | 896 | 727 |
| 1299 | 1195 | 1156 | 1079 | 1042 | 1001 | 835 |

**Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.**
Vertical lines indicate 95 percent confidence intervals.

in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the rel-

ative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

**NONADJUDICATED CARDIOVASCULAR EVENTS**
As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events. The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months) with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify

6·BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, double-blind trial, we found that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these fac-



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).

Vertical lines indicate 95 percent confidence intervals.

tors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment and prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Dif-

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

| Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| Confirmed event | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| APTC end point | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

ferences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other investigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take

8-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.*

| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability.

rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the *Journal*, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were

assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.
Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Bolognese, Oxenius, Horgan, and Lines own equity in the company.

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — I.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — Cardiology: L.S. Dreifus, G. Vetrovec, B. Chaitman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; I.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; T. Bolin, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Deloveich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Braun, J. Christiansen, Amrasgeshuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Butruk, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Clehus i Glostrup, Glostrup, Denmark; B.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bonheiden, Belgium; W. Dekker, I. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital de Conxo, La Coruna, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Farkkila, University Central Hospital, Helsinki; G.M. Fugarolas, J.E. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syen-

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

hus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Ilardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, N.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Universitessjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.E.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerg, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; P.W. Jorgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzita Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Macrae, Cabrini Hospital, Malvern, Australia; E.B. Maira, Hospital Jose Joaquin Aguirre, Santiago, Chile; N.B. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.E. Martinez, Hospital Militar Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Nazayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; J. Pokorny, Precov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Prochazka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.M. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; J.I. Schwartz, Miami Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Scow-Choen, K.W. Eu, Singapore General Hospital, Singapore; N.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szego, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torotis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nizou, Hopital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; E.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

## REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AB, Verburg KM. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001;8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90:959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infraction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colo-rectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharma-cology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib use in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352.

Copyright © 2005 Massachusetts Medical Society

BRESALIER-11

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

# Plaintiffs' Response re FOSSLIEN

# Footnote 23 of 28





# Circulation Research

**American Heart Association**

*Learn and Live.*

JOURNAL OF THE AMERICAN HEART ASSOCIATION

**Regulation of Thrombomodulin Expression in Human Vascular Smooth Muscle Cells by COX-2–Derived Prostaglandins**

Kerstin Rabausch, Ellen Bretschneider, Mario Sarbia, Jutta Meyer-Kirchrath, Petra Censarek, Robert Pape, Jens W. Fischer, Karsten Schrör and Artur-Aron Weber

*Circ. Res.* 2005;96;1-6; originally published online Dec 9, 2004;
DOI: 10.1161/01.RES.0000153150.27690.f2
Circulation Research is published by the American Heart Association. 7272 Greenville Avenue, Dallas, TX 72514

Copyright © 2005 American Heart Association. All rights reserved. Print ISSN: 0009-7330. Online ISSN: 1524-4571

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://circres.ahajournals.org/cgi/content/full/96/1/e1

Subscriptions: Information about subscribing to Circulation Research is online at
http://circres.ahajournals.org/subsriptions/

Permissions: Permissions & Rights Desk, Lippincott Williams & Wilkins, 351 West Camden
Street, Baltimore, MD 21202-2436. Phone 410-5280-4050. Fax: 410-528-8550. Email:
journalpermissions@lww.com

Reprints: Information about reprints can be found online at
http://www.lww.com/static/html/reprints.html

Downloaded from circres.ahajournals.org by on June 23, 2006

# UltraRapid Communication

# Regulation of Thrombomodulin Expression in Human Vascular Smooth Muscle Cells by COX-2–Derived Prostaglandins

Kerstin Rabausch, Ellen Bretschneider, Mario Sarbia, Jutta Meyer-Kirchrath, Petra Censarek, Robert Pape, Jens W. Fischer, Karsten Schrör, Artur-Aron Weber

***Abstract***—There is concern that cyclooxygenase (COX)-2 inhibitors may promote atherothrombosis by inhibiting vascular formation of prostacyclin (PGI$_2$) and an increased thrombotic risk of COX-2 inhibitors has been reported. It is widely accepted that the prothrombotic effects of COX-2 inhibitors can be explained by the removal of platelet-inhibitory PGI$_2$. Using microarray chip technology, we have previously demonstrated that thrombomodulin (TM) mRNA is upregulated in cultured human coronary artery smooth muscle cells by the stable prostacyclin mimetic iloprost. This study is the first to demonstrate a stimulation of the expression of functionally active thrombomodulin in human smooth muscle cells by prostaglandins, endogenously formed via the COX-2 pathway. Because TM is an important inhibitor of blood coagulation, these findings provide a novel platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors. The full text of this article is available online at http://circres.ahajournals.org. (*Circ Res.* 2005;96: e1-e6.)

**Key Words:** cyclooxygenase ■ prostaglandins ■ thrombomodulin ■ smooth muscle cells ■ thrombosis

**S**elective cyclooxygenase (COX)-2 inhibitors were developed to reduce gastrointestinal toxicity of nonsteroidal antiinflammatory drugs (NSAID).[1,2] However, it has been proposed that COX-2 is the predominant source of vascular prostacyclin (PGI$_2$) formation.[3,4] Thus, there is concern that COX-2 inhibitors may promote atherothrombosis by inhibiting vascular formation of PGI$_2$.[5,6] In fact, an increased thrombotic risk of COX-2 inhibitors has been reported.[7] Very recently, rofecoxib (Vioxx) was voluntarily withdrawn from the market because of an increased risk of serious cardiovascular events, including myocardial infarction and strokes.[8,9]

It is widely accepted that COX-2 inhibitors may promote atherothrombosis by inhibiting formation of PGI2[1,10] which is an important inhibitor of platelet aggregation.[11] This is particularly important under conditions with increased COX-2 expression, such as atherosclerosis.[10,12] In addition, selective COX-2 inhibitors fail to inhibit platelet thromboxane A$_2$ (TXA$_2$) formation.[13] Thus, the increased thrombotic risk may result from unopposed thromboxane A$_2$ actions on platelets.[14]

However, via their effects on gene expression in vascular cells, prostaglandins may also inhibit thrombosis by mechanisms independent of platelet inhibition. Using microarray chip technology, we have previously demonstrated that thrombomodulin (TM) mRNA is upregulated in cultured human coronary artery smooth muscle cells (SMCs) by the stable prostacyclin mimetic iloprost.[15]

TM serves as a cell surface receptor for thrombin. Thrombin bound to TM can activate protein C (PC).[16] Activated protein C (aPC) is an important inhibitor of blood coagulation by neutralizing the feedback-loop of thrombin generation via factors Va and VIIIa, respectively.[17]

The present study demonstrates that prostacyclin mimetics stimulate the expression of functionally active TM protein in cultured human SMCs. More importantly, evidence is presented for a regulation of TM expression and activity by prostaglandins, endogenously formed via the COX-2 pathway. In immunohistochemical studies on atherectomy specimens from human carotid arteries, COX-2 and TM were found to be colocalized in SMC from atherosclerotic lesions. These findings provide a novel, platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors.

## Materials and Methods

### Materials

Iloprost and cicaprost were kindly provided by Schering, Butaprost by Dr P. Gardiner (Bayer, Middlesex, UK), MB28797 by Rhône-Poulenc Rorer, ONO-AE1–329 by ONO Pharmaceuticals. Etoricoxib was synthesized by Laboratorien Berlin-Adlershof GmbH.

Original received October 6, 2004; revision received November 16, 2004; accepted November 29, 2004.
From the Institut für Pharmakologie und Klinische Pharmakologie (K.R., J.M.-K., P.C., R.P., J.W.F., K.S., A.-A.W.), Universitätsklinikum Düsseldorf, Germany; Zentrum für Vaskuläre Biologie und Medizin (E.B.), Universität Jena, Germany; and Institut für Pathologie (M.S.), Technische Universität München, Munich, Germany.
Correspondence to Artur-Aron Weber, MD, Institut für Pharmakologie und Klinische Pharmakologie, Universitätsklinikum Düsseldorf, Moorenstr. 5, D-40225 Düsseldorf, Germany. E-mail weberar@uni-duesseldorf.de
© 2005 American Heart Association, Inc.

*Circulation Research* is available at http://www.circresaha.org        DOI: 10.1161/01.RES.0000153150.27690.f2

e2   *Circulation Research*   **January 7/21, 2005**



**Figure 1.** Effects of the IP receptor agonist iloprost (ilo, 100 nmol/L) on TM mRNA expression in human coronary artery SMCs (data are mean±SEM from n=6 independent experiments; *P<0.05).

Hirudin was from RheinBiotec. Human Protein C was from Enzyme Research Laboratories. α-Thrombin was from Dr J. Stürzebecher, Zentrum für Vaskuläre Biologie und Medizin (Erfurt, Germany).

### Cell Culture
Human coronary artery SMCs were from Cambrex (Verviers, Belgium). Cells were grown in SMC Growth Medium 2 (C-22062) according to the supplier's protocol. Human smooth muscle cells were isolated from coronary arteries, vena saphena, or arteria mammaria by the explant technique and cultured as previously described.[18] Before the experiments, cells were synchronized by serum withdrawal for 48 hours.

### Semiquantitative RT-PCR
Total RNA was prepared with Tri Reagent (Sigma-Aldrich, Taufkirchen, Germany). RT-PCR was performed using 250 ng total

RNA with the OneStep RT-PCR kit QIAGEN (Qiagen) following the manufacturer's manual. A 502-bp thrombomodulin (TM) fragment was amplified using the following primers: sense, CAT-TCGGGCTTGCTCATAGGC; antisense, GAAGGCTGCCGAC-CAATAACG (20 pmol each; Invitrogen). For semiquantitative analysis, a 238-bp GAPDH fragment was coamplified with the following primers (15 pmol each): sense, TGATGACATCAA-GAAGGTGGTGAA; antisense, TCCTTGGAGGCCATGTAGGC-CAT. After reverse transcription for 30 minutes at 50°C and a denaturation step for 15 minutes at 95°C, the following thermal profile was used: 1 minute 95°C, 1 minute 60°C, 1 minute 72°C (30 cycles), and a final elongation step at 72°C for 15 minutes.

### Western Blot Analysis
Cell lysis and Western blotting was performed as previously described.[19] Membranes were probed with the following monoclonal antibodies: anti-thrombomodulin (Santa Cruz Biotechnology; 1:140), anti-human COX-2 (Cayman; 1:1000).

### Analysis of Human Atherosclerotic Lesions
Atherectomy specimens (n=19) from the internal carotid artery were collected retrospectively from the files of the Institute of Pathology, Universitätsklinikum Düsseldorf, Germany.[20] All cases had symptomatic occlusive disease of one of the internal carotid arteries. The specimens were fixed in 4% buffered formaldehyde, cut transversally, and embedded in paraffin. TM was detected using a polyclonal TM antibody (1:250, American Diagnostica). In addition, SM-actin (monoclonal, HHF 35, 1:100, DAKO) and COX-2 (polyclonal, 1:150, Cayman Chemical Company) were stained in consecutive sections. The primary antibody against TM was detected by streptavidin/horseradish peroxidase–coupled secondary antibody and diaminobenzidine (DAKO) as a chromogen. The primary antibodies against SM-actin and COX-2 were detected by an alkaline phosphatase-conjugated secondary antibody and the reaction was developed using Fast Red (DAKO) as chromogen. Finally, the slides were counterstained with hemalaun. The staining patterns were evaluated by a senior pathologist (M. Sarbia).

### Cell-Based Protein C Activation Assay
SMCs cultured in 96-well plates were washed twice with PBS and incubated in serum-free medium containing 20 mmol/L HEPES, 200 µg/mL bovine serum albumin, 400 nmol/L protein C, and 10 nmol/L



**Figure 2.** Effects of various prostaglandin receptor agonists on the expression of TM protein in human coronary artery SMCs. A, B, and C, Western blots, representative for n=3 to 4 independent experiments, demonstrating the stimulation of TM expression by the IP receptor agonists iloprost (ilo 0.1 to 100 nmol/L), cicaprost (cica, 0.1 to 10 nmol/L), the EP receptor agonist PGE₂ (100 nmol/L), the EP₂ receptor agonist butaprost (buta, 1 µmol/L), and the EP₄ receptor agonist ONO-AE1–329 (ONO, 100 nmol/L) as well as the inhibitory effects of the EP₃ receptor agonist MB28797 (M&B, 100 nmol/L). D, Western blot demonstrating the electrophoretic mobility of TM protein under reducing and nonreducing conditions, respectively. E, Cell-based protein C activation assay demonstrating the stimulatory effects of ilo (data are mean±SEM from n=4 independent experiments; *P<0.05).



**Figure 3.** Signaling pathways involved in TM expression. A, Western blot, representative for n=4 independent experiments, demonstrating the stimulatory effects of forskolin (10 μmol/L) and db-cAMP (1 mmol/L). B, Western blot, representative for n=3 independent experiments, demonstrating the inhibitory effects of H89 (100 nmol/L) on iloprost (ilo, 10 nmol/L)-induced TM expression.



**Figure 4.** Effects of vasodilatatory prostaglandins on the expression of TM protein in several types of cultured human SMC. A, Western blot, representative for n=5 independent experiments, demonstrating the effects of iloprost (ilo) and PGE$_2$ (100 nmol/L) on TM expression in cultured SMC isolated from human arteria mammaria. B, Western blot, representative for n=7 independent experiments, demonstrating the effects of iloprost (ilo) on TM expression in cultured SMCs isolated from human vena saphena.

thrombin. Cells were incubated at 37°C for 80 minutes, the supernatants were removed and added to an equal volume of a solution of 20 mmol/L *tris*(hydroxymethyl)aminomethane hydrochloride, pH 7.5, 150 nmol/L NaCl, 1 mg/mL bovine serum albumin, and 10 U/mL hirudin. After 5 minutes, the activity of aPC was measured using a chromogenic substrate (S-2366, Chromogenix) according to the manufacturer's protocol.

## Statistics

Data are mean±SEM of n independent experiments. Statistical analysis was performed by one-way ANOVA followed by Bonferroni Multiple Comparisons test using GraphPad InStat version 3.01 for Windows 95 (GraphPad Software). Levels of $P<0.05$ were considered significant.

## Results

### Induction of Functional TM in SMCs by Prostaglandins

First, the upregulation of TM in cultured human coronary artery SMCs by the PGI$_2$ mimetic iloprost, as initially described in the microarray experiments,[15] was verified by RT-PCR (Figure 1) and Western blotting (Figure 2A), respectively. In addition to iloprost, the more specific IP receptor agonist cicaprost as well as the EP agonist PGE$_2$ also stimulated TM expression (Figure 2B). Low nanomolar concentrations of cicaprost were effective in inducing TM protein expression. In separate experiments, TM expression was also stimulated by the EP$_2$ agonist butaprost (1 μmol/L) and the EP$_4$ agonist ONO-AE1–329 (100 nmol/L), whereas the EP$_3$ agonist MB28767 (100 nmol/L) prevented the stimulatory effects of these agonists (Figure 2C). Thus, several G$_s$-coupled prostaglandin receptors are capable of mediating the upregulation of TM. The molecular identity of the TM protein was verified by the demonstration of its different electrophoretic mobility under reducing and nonreducing conditions (Figure 2D). The functional properties of TM in SMCs were assessed by the cell-based measurement of protein C activation. These experiments demonstrated that the induction of TM protein expression by



**Figure 5.** TM immunostaining of atherectomy specimens from human internal carotid arteries (A). SM actin (B) and COX-2 immunostaining (C) of the corresponding areas in consecutive sections; original magnifications 400×.

**Figure 6.** TM immunostaining of atherectomy specimens from human internal carotid arteries. A, Overview (*Vessel lumen). COX-2 (B), TM (C), and SM actin immunostaining (D) of the corresponding areas in consecutive sections; original magnifications 400×. Arrows indicate SM actin–negative macrophages.

iloprost resulted in an increase in TM activity (Figure 2E), thus indicating that active TM was induced at the surface of iloprost-treated SMCs. TM expression was induced by forskolin (10 $\mu$mol/L) and db-cAMP (1 mmol/L) and prevented by H89 (100 nmol/L) (Figure 3), indicating the possible involvement of the cAMP/protein kinase A signaling pathway. Finally, the stimulation of TM protein expression by iloprost was also demonstrated in cultured SMCs isolated from vena saphena and arteria mammaria, respectively (Figure 4).

## Localization of TM and COX-2 in Human Atherosclerotic Lesions

To investigate the possible significance of these findings in human atherosclerosis, atherectomy specimens were stained for TM, SM actin, and COX-2, respectively. All analyzed specimens contained multiple areas in the neointima that were SMC-rich and were strongly positive for TM. Frequently, the SMCs expressed also COX-2 at the TM-positive sites (Figure 5). Furthermore, SM actin–negative macrophages in the neointima were also positive for TM and COX-2 (Figure 6).



**Figure 7.** Western blots demonstrating the effects of phorbol 12-myristate,13-acetate (PMA, 100 nmol/L) as compared with iloprost (ilo, 10 nmol/L) on the expression of COX-2 (A) and TM protein (B), respectively.

## Regulation of TM Expression by COX-2–Derived Prostaglandins

To study the possible regulation of TM expression by endogenous prostaglandins, COX-2 was induced by phorbol 12-myristate,13-acetate (PMA, 100 nmol/L) in cultured human coronary artery SMCs (Figure 7A). PMA also markedly induced TM protein expression in these cells (Figure 7B). The relative role of endogenous prostaglandins in the PMA-induced TM expression was studied using the nonspecific COX inhibitor diclofenac (1.5 $\mu$mol/L) and the COX-2-selective inhibitor etoricoxib (10 $\mu$mol/L), respectively. Both COX inhibitors significantly ($P<0.05$) reduced the PMA-induced TM mRNA (Figure 8A) and protein (Figure 8B) by $\approx$30% to 40%, indicating that the stimulatory effect of PMA was partially mediated by COX-2–derived prostaglandins. In control experiments, no inhibitory effects of the COX inhibitors on COX-2 expression were observed (Figure 8C). Finally, the effects of the COX-derived prostaglandins on TM function were studied in a cell-based protein C activation assay. These experiments demonstrate that inhibition of COX-2 resulted in a significant reduction of aPC formation in PMA-stimulated SMC (Figure 9), indicating that COX-2–derived prostaglandins are involved in the upregulation of functionally active TM.

## Discussion

This study is the first to demonstrate a stimulation of the expression of functionally active thrombomodulin in human SMCs by prostaglandins, endogenously formed via the COX-2 pathway.

Thrombomodulin (TM) is a monomeric, type-1 transmembrane protein that serves as a cell surface receptor for thrombin. Thrombin binds to TM at high affinity (kDa 0.5 to 5 nmol/L), resulting in a conformational change of the thrombin molecule and an altered substrate specificity to activate protein C (PC).[16,17] Activated protein C (aPC) proteolytically degrades factors Va and VIIIa, thereby inhibiting further thrombin generation. In addition to its role in the regulation of plasmatic coagulation, TM modulates mitogenic signaling and thrombin-induced cell proliferation.[21,22]



**Figure 8.** Effects of the COX-2–selective inhibitor etoricoxib (etori, 10 μmol/L) or the nonselective COX inhibitor diclofenac (diclo, 1.5 μmol/L) on phorbol 12-myristate,13-acetate (PMA, 100 nmol/L)–induced expression of TM mRNA (A) and protein (B) in human coronary artery SMCs. Effects on COX-2 expression are shown in C. Data are mean±SEM from n=10 independent experiments; *$P<0.05$ vs PMA.

TM is predominantly localized on endothelial cells.[16] However, endothelial TM has been shown to be markedly downregulated in atherosclerotic coronary arteries.[23] Thus, under certain pathological conditions, such as in advanced atherosclerosis, SMCs may become a functionally relevant source of TM. Interestingly, in nondiseased human aortas, only endothelial cells but not SMCs are positive for TM,[24] whereas in atherosclerotic vessels, both intimal and medial SMCs express TM.[24,25]

TM is an important regulator of thrombosis. A local overexpression of TM prevented atherothrombosis in a stasis/injury model of arterial thrombosis in rabbits.[26] In a rabbit vein graft model, an early loss of TM expression was observed, which significantly impaired vein graft thromboresistance and resulted in an enhanced thrombin generation.[27] In clinical studies, soluble TM was found to be inversely associated with the risk of coronary heart disease.[28,29]



**Figure 9.** Effects of the COX-2–selective inhibitor etoricoxib (etori, 10 μmol/L) or the nonselective COX inhibitor diclofenac (diclo, 1.5 μmol/L) on phorbol 12-myristate,13-acetate (PMA, 100 nmol/L)–induced TM function (protein C activation) in human coronary artery SMCs. Data are mean±SEM from n=4 independent experiments; *$P<0.05$ vs PMA.

A functional cAMP responsive element is present in the 3′-untranslated region of the human thrombomodulin gene.[30] Accordingly, in cell culture experiments, TM was found to be upregulated by cAMP in SMCs.[31,32] cAMP also upregulated TM expression in cultured endothelial cells[33] and in embryonal carcinoma cells.[34] Importantly, prostacyclin infusion was able to increase soluble TM levels in patients with pulmonary arterial hypertension.[35] This was confirmed in the present study. Several agonists acting at G$_s$-coupled prostaglandin receptors, such as iloprost or PGE$_2$, were shown to stimulate TM expression in cultured SMCs obtained from human coronary arteries, mammary arteries, and saphenous veins, respectively. In contrast, agonists at G$_i$-coupled receptors, such as MB28767, prevented the stimulatory effects of iloprost. Thus, different prostaglandins are likely to modulate TM expression in SMCs.

In immunohistochemical studies on human atherectomy tissues, we have demonstrated that TM is expressed in SMCs. Importantly, SMCs expressed also COX-2 at the TM-positive sites. Thus, we have hypothesized that prostaglandins endogenously formed via the COX-2 pathway might act in an autocrine or paracrine fashion to stimulate TM expression.

To study this hypothesis, COX-2 was induced in coronary artery SMCs by PMA. PMA also markedly stimulated TM expression in this model. The relative role of endogenous prostaglandins in the PMA-induced TM expression was studied using the nonspecific COX inhibitor diclofenac and the COX-2–selective inhibitor etoricoxib, respectively.

Both COX inhibitors significantly reduced the PMA-induced TM expression by ≈30% to 40%, indicating that the stimulatory effect of PMA was at least partially mediated by COX-2–derived prostaglandins. In control experiments, no inhibitory effects of the COX inhibitors on COX-2 expression were observed. Accordingly, TM-mediated activation of protein C was also significantly inhibited by the COX inhibitors.

Taken together, this study demonstrates that COX-2–derived prostaglandins regulate the expression of functionally active TM. Because TM is an important inhibitor of blood

e6   *Circulation Research*   January 7/21, 2005

coagulation, these findings provide a novel, platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors.

## Acknowledgments

This study was supported by the Deutsche Forschungsgemeinschaft (SFB 612 - B7, A6, WE 2355–2/1, FI 682–2/1) and the Bundesinstitut für Arzneimittel und Medizinprodukte (Etoricoxib).

## References

1. FitzGerald GA. COX-2 and beyond: approaches to prostaglandin inhibition in human disease. *Nat Rev Drug Discov*. 2003;2:879–890.
2. Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. *Pharmacol Rev*. 2004;56:387–437.
3. Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. *J Pharmacol Exp Ther*. 1999;289:735–741.
4. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A*. 1999;96:272–277.
5. Mukherjee D, Topol EJ. Cyclooxygenase-2: where are we in 2003? Cardiovascular risk and COX-2 inhibitors. *Arthritis Res Ther*. 2003;5:8–11.
6. Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. *J Am Coll Cardiol*. 2004;43:519–525.
7. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med*. 2000;343:1520–1528.
8. Topol EJ. Failing the public health: rofecoxib, Merck, and the FDA. *N Engl J Med*. 2004;351:1707–1709.
9. FitzGerald GA. Coxibs and cardiovascular disease. *N Engl J Med*. 2004;351:1709–1711.
10. Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. *Arterioscler Thromb Vasc Biol*. 2004;24:246–255.
11. Schrör K. Prostacyclin (Prostaglandin I2) and atherosclerosis. In: Rubanyi GM, Dzau VJ, eds. *The Endothelium in Clinical Practice*. New York, NY: Marcel Dekker;1998:1–44.
12. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation*. 2000;102:840–845.
13. Zimmermann N, Wenk A, Kim U-H, Kienzle P, Weber A-A, Gams E, Schrör K, Hohlfeld T. Functional and biochemical evaluation of platelet aspirin resistance during coronary bypass surgery. *Circulation*. 2003;108:542–547.
14. Weber A-A. Aspirin and activated platelets. In: Curtis-Prior P, ed. *Prostaglandins and Eicosanoids*. London, UK: John Wiley & Sons;2004:373–385.
15. Meyer-Kirchrath J, Debey S, Glandorff C, Kirchrath L, Schrör K. Gene expression profile of the Gs-coupled prostacyclin receptor in human vascular smooth muscle cells. *Biochem Pharmacol*. 2004;67:757–765.
16. Esmon CT. Protein C, Protein S, and Thrombomodulin. In: Colman RW, Hirsh J, Marder VJ, Clowes AW, George JN, eds. *Hemostasis and Thrombosis. Basic Principles and Clinical Practice*. Philadelphia, Pa: Lippincott Williams & Wilkins;2001:335–353.
17. Wu KK, Matijevic-Aleksic N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. *Ann Med*. 2000;32(suppl 1):73–77.
18. Rauch BH, Weber A-A, Braun M, Zimmermann N, Schrör K. PDGF-induced Akt phosphorylation does not activate NF-κB in human vascular smooth muscle cells and fibroblasts. *FEBS Lett*. 2000;481:3–7.
19. Hermann A, Rauch BH, Braun M, Schrör K, Weber A. A. Platelet CD40 ligand (CD40L) - subcellular localization, regulation of expression, and inhibition by clopidogrel. *Platelets*. 2001;12:74–82.
20. Sussmann M, Sarbia M, Meyer-Kirchrath J, Nüsing RM, Schrör K, Fischer JW. Induction of hyaluronic acid synthase 2 (HAS2) in human vascular smooth muscle cells by vasodilatory prostaglandins. *Circ Res*. 2004;94:592–600.
21. Grinell BW, Berg DT. Surface thrombomodulin modulates thrombin receptor responses on vascular smooth muscle cells. *Am J Physiol*. 1996;270:H603–H609.
22. Olivot JM, Estebanell E, Lafay M, Brohard B, Aiach M, Rendu F. Thrombomodulin prolongs thrombin-induced extracellular signal-regulated kinase phosphorylation and nuclear retention in endothelial cells. *Circ Res*. 2001;88:681–687.
23. Laszik ZG, Zhou XJ, Ferrell GL, Silva FG, Esmon CT. Down-regulation of endothelial expression of endothelial cell protein C receptor and thrombomodulin in coronary atherosclerosis. *Am J Pathol*. 2001;159:797–802.
24. Yoshii Y, Okada Y, Sasaki S, Mori H, Oida K, Ishii H. Expression of thrombomodulin in human aortic smooth muscle cells with special reference to atherosclerotic lesion types and age differences. *Med Electron Microsc*. 2003;36:165–172.
25. Tohda G, Oida K, Okada Y, Kosaka S, Okada E, Takahashi S, Ishii H, Miyamori I. Expression of thrombomodulin in atherosclerotic lesions and mitogenic activity of recombinant thrombomodulin in vascular smooth muscle cells. *Arterioscler Thromb Vasc Biol*. 1998;18:1861–1869.
26. Waugh JM, Yuksel E, Li J, Kuo MD, Kattash M, Saxena R, Geske R, Thung SN, Shenaq SM, Woo SL. Local overexpression of thrombomodulin for in vivo prevention of arterial thrombosis in a rabbit model. *Circ Res*. 1999;84:84–92.
27. Kim AY, Walinsky PL, Kolodgie FD, Bian C, Sperry JL, Deming CB, Peck EA, Shake JG, Ang GB, Sohn RH, Esmon CT, Virmani R, Stuart RS, Rade JJ. Early loss of thrombomodulin expression impairs vein graft thromboresistance: implications for vein graft failure. *Circ Res*. 2002;90:205–212.
28. Saloma V, Matei C, Aleksic N, Sansores-Garcia L, Folsom AR, Juneja H, Chambless LE, Wu KK. Soluble thrombomodulin as a predictor of incident coronary heart disease and symptomless carotid artery atherosclerosis in the Atherosclerosis Risk in Communities (ARIC) Study: a case-control study. *Lancet*. 1999;353:1729–1734.
29. Wu KK, Aleksic N, Ballantyne CM, Ahn C, Juneja H, Boerwinkle E. Interaction between soluble thrombomodulin and intercellular adhesion molecule-1 in predicting risk of coronary heart disease. *Circulation*. 2003;107:r66–r69.
30. Tazawa R, Yamamoto K, Suzuki K, Hirokawa K, Hirosawa S, Aoki N. Presence of functional cyclic AMP responsive element in the 3'-untranslated region of the human thrombomodulin gene. *Biochem Biophys Res Commun*. 1994;200:1391–1397.
31. Soff GA, Jackman RW, Rosenberg RD. Expression of thrombomodulin by smooth muscle cells in culture: different effects of tumor necrosis factor and cyclic adenosine monophosphate on thrombomodulin expression by endothelial cells and smooth muscle cells in culture. *Blood*. 1991;77:515–518.
32. Traynor AE, Cundiff DL, Soff GA. cAMP influence on transcription of thrombomodulin is dependent on de novo synthesis of a protein intermediate: evidence for cohesive regulation of myogenic proteins in vascular smooth muscle. *J Lab Clin Med*. 1995;126:316–323.
33. Archipoff G, Beretz A, Bartha K, Brisson C, de la Salle C, Froget-Leon C, Klein-Soyer C, Cazenave JP. Role of cyclic AMP in promoting the thromboresistance of human endothelial cells by enhancing thrombomodulin and decreasing tissue factor activities. *Br J Pharmacol*. 1993;109:18–28.
34. Weiler-Guettler H, Yu K, Soff G, Gudas LJ, Rosenberg RD. Thrombomodulin gene regulation by cAMP and retinoic acid in F9 embryonal carcinoma cells. *Proc Natl Acad Sci U S A*. 1992;89:2155–2159.
35. Sakamaki F, Kyotani S, Nagaya N, Sato N, Oya H, Satoh T, Nakanishi N. Increased plasma P-selectin and decreased thrombomodulin in pulmonary arterial hypertension were improved by continuous prostacyclin therapy. *Circulation*. 2000;102:2720–2725.

# Plaintiffs' Response re FOSSLIEN

# Footnote 24 of 28

# Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program

Matthew R. Weir, MD,[a] Rhoda S. Sperling, MD,[b] Alise Reicin, MD,[b] and Barry J. Gertz, MD, PhD[b] *Baltimore, Md, and Rahway, NJ*

Cyclo-oxygenase-2 (COX-2) inhibitors appear to alter the balance of vasoactive eicosanoids (prostacyclin and thromboxane) and to suppress the inflammatory mediators implicated in the progression of atherogenesis and ischemic myocardial injury. Neutral, harmful, and beneficial cardiovascular (CV) effects have all been postulated to result from these changes. Investigations conducted with rofecoxib, a selective COX-2 inhibitor, have substantially contributed to our understanding of this scientific area. Rofecoxib had little or no effect on platelet aggregation or platelet-derived thromboxane synthesis but reduced systemic prostacyclin synthesis by 50% to 60%. These findings prompted extensive analyses of CV thrombotic events within the rofecoxib development program. Among 5435 osteoarthritis trial participants, similar rates of CV thrombotic events were reported with rofecoxib, placebo, and comparator, nonselective NSAIDs (ibuprofen, diclofenac, and nabumetone). In the VIGOR gastrointestinal outcomes trial of >8000 patients, naproxen (an NSAID with aspirin-like sustained antiplatelet effects throughout its dosing interval) was associated with a significantly lower risk of CV events than was rofecoxib. A subsequent pooled analysis from 23 studies (including VIGOR) encompassing multiple disease states and including more than 14,000 patient-years at risk also demonstrated that rofecoxib was not associated with excess CV thrombotic events compared with either placebo or nonnaproxen NSAIDs. Again, naproxen appeared to be the outlier, suggesting a cardioprotective benefit of naproxen. Finally, among the predominantly elderly, male population participating in Alzheimer trials, both rofecoxib- and placebo-treated patients had similar rates of CV thrombotic events. The totality of data is not consistent with an increased CV risk among patients taking rofecoxib. (Am Heart J 2003;146:591–604.)

See related Editorials on pages 561 and 563.

In less than a decade after the discovery that there were two cyclooxygenase (COX) isoenzymes (COX-1 and COX-2), therapeutic agents that selectively inhibit COX-2 (rofecoxib and celecoxib) have been introduced into the marketplace. The impetus for this rapid development was the need for therapies that ameliorate pain and inflammation without the adverse gastrointestinal (GI) effects related to COX-1 inhibition.[1] In clinical trials comparing rofecoxib with nonselective, nonsteroidal anti-inflammatory agents (NSAIDs), comparable efficacy[2-8] and improved GI safety and tolerability have been demonstrated.[9-15] Specifically, a reduced risk of serious GI events (such as perforations, obstructions, and bleeds),[11,13] a lower incidence of NSAID-like GI nuisance symptoms,[14] and a reduced requirement for concomitant gastroprotective therapies (such as proton pump inhibitors) have been shown.[15]

Differences in both the distribution and function of COX-1 and COX-2 have raised the possibility that selective COX-2 inhibitors and nonselective NSAIDs could also have different effects on other body systems, including the cardiovascular (CV) system.[1] Specifically, differential effects on platelet aggregation, prostacyclin/thromboxane balance, and the inflammatory mediators implicated in the development of atherosclerosis have been areas of intense scientific investigation.[1,16-25] Information from the rofecoxib development program has significantly enhanced our understanding of the interplay between cyclooxygenase inhibition and CV health and will be the primary focus of this review.

## Cyclooxygenase expression and platelet-endothelial interactions

The relation between the platelet and the vascular endothelium is intricate and represents a balance between inhibiting platelet aggregation in healthy tissue and facilitating aggregation after vessel injury. Both prostacyclin (PGI$_2$), produced by the endothelium, and thromboxane (TxA$_2$), produced by the platelets, are

From the [a]Nephrology Division, University of Maryland Hospital, Baltimore, Md, and [b]Merck Research Laboratories, Merck & Co, Inc, Rahway, NJ.
Submitted May 13, 2002; accepted November 8, 2002.
Reprint requests: Matthew R. Weir, MD, Nephrology Division, University of Maryland Hospital, 22 South Greene St, Baltimore, MD 21201.
E-mail: mweir@medicine.umaryland.edu
© 2003, Mosby, Inc. All rights reserved
0002-8703/2003/$30.00 + 0
doi:10.1016/S0002-8703(03)00398-3

American Heart Journal
October 2003

**Figure 1**



Effects of nonselective NSAIDs, COX-2 inhibitors, and aspirin on thromboxane and prostacyclin synthesis.

**Figure 2**



Effects of nonselective NSAIDs and rofecoxib on platelet aggregation. The percentage inhibition was determined by ex vivo platelet aggregation with 1 mmol/L arachidonic acid as an agonist and represents the least-squares mean weighted average value over the monitoring period.

among the factors that participate in maintaining this balance (Figure 1).

Platelets contain, predominantly if not exclusively, the COX-1 enzyme; as platelets are anucleate, there can be no induction of COX-2 enzyme synthesis. $TxA_2$, the major COX-1 product of arachidonic acid metabolism in platelets, causes irreversible platelet aggregation, vasoconstriction, and smooth muscle proliferation.[19,26] $TxA_2$ production is important for hemostasis. However, in pathologic situations, such as with a ruptured atherosclerotic plaque, platelet aggregation can produce vascular thrombus. Aspirin and nonselective NSAIDs both inhibit COX-1, and, if they produce sufficient inhibition of thromboxane production, will pre-

vent platelet aggregation. This effect can protect against the development of an occlusive thrombus, but it also interferes with normal hemostasis and can clinically manifest itself as excessive bleeding.

The sustained inhibition of COX-1-mediated thromboxane synthesis underlies the efficacy of aspirin in significantly reducing the incidence of CV death, myocardial infarction, and stroke in high-risk patients.[16,17,19,27,28] By virtue of the irreversible covalent acetylation of a specific serine moiety (serine 530 of COX-1 isoenzyme), aspirin produces irreversible inhibition of platelet COX-1 even at low doses (81 to 325 mg/d).[29] This inhibition is substantial (>90%), and since anucleate platelets cannot regenerate cyclooxygenase, the effect will be sustained for the life of the platelet.[29] In contrast to aspirin, nonselective NSAIDs are reversible inhibitors of COX-1; the extent and duration of inhibition reflects both the potency of the drug as an inhibitor of COX-1 as well as the systemic plasma drug concentrations.[18] Thus, the ability of nonselective NSAIDs to provide sustained inhibition of platelet COX-1 is a function of drug elimination and is dependent on drug levels achievable with therapeutic doses, especially trough levels.

The effect of rofecoxib on platelet aggregation has been carefully studied.[18,30] The time-weighted average inhibition of platelet aggregation was determined at steady state (after 6 days of treatment) in a randomized trial that compared placebo, rofecoxib (12.5 or 25 mg daily), meloxicam (15 mg daily), diclofenac (50 mg 3 times daily), ibuprofen (800 mg 3 times daily), and naproxen (500 mg twice daily).[18] Only three of the comparators (naproxen, ibuprofen, and diclofenac) significantly inhibited platelet aggregation on day 6 (Figure 2). The time-weighted average inhibition of thromboxane ($TxB_2$) generation was 94.9%, 88.7%, and 49.5% for naproxen, ibuprofen, and diclofenac, respectively.[18]

In contrast to the time-averaged inhibition that was summarized in Figure 2, Figure 3 depicts the effects of rofecoxib, comparator NSAIDs, and placebo on the percentage inhibition of platelet aggregation at select times points during the dosing interval. Naproxen (500 mg twice daily) produced sustained effects over its entire 12-hour dosing interval, as might be expected from its potent effects on COX-1 (as measured by $IC_{50}$ in human whole blood assays)[31,32] and its long half-life (approximately 17 hours).[33] In contrast, ibuprofen (800 mg 3 times daily, which at this dose is also a potent inhibitor of platelet COX-1)[31,32] showed near complete inhibition of platelet aggregation at peak; however, because of its relatively short half-life (approximately 2 hours),[34] it failed to demonstrate sustained inhibition throughout its dosing interval.

Of the NSAIDs studied in the rofecoxib clinical development program, only naproxen, when given

Case 2:05-md-01657-EEF-DEK   Document 5718-15   Filed 06/27/06   Page 43 of 44

**Figure 3**



● Placebo     △ Rofecoxib (12.5mg qd)     ▲ Rofecoxib (25mg qd)
■ Diclofenac (50 mg tid)     ◇ Ibuprofen (800 mg tid)     ○ Naproxen (500 mg bid)

Comparison of effects of rofecoxib and nonselective NSAIDs on platelet inhibition during the dosing interval. The percentage inhibition represents change from baseline platelet aggregation at various time points at steady state (day 6) [mean ± 90% CI]. On the x-axis, 0 hours was 8 hours after the previous dose for ibuprofen and diclofenac and 12 hours after the previous dose for naproxen.

**Figure 4**



* p<0.05 vs. placebo.          † Proc. Natl. Acad. Sci. USA 1999;96:272-277.
**p<0.01 vs. placebo.          †† J. Pharmacol. Exp. Ther. 1999;289;735-741.

Effect of selective COX-2 inhibitors and NSAIDs on prostacyclin synthesis. This was measured by urinary excretion of the prostacyclin metabolite 2,3-dinor-6 keto PGF$_{1\alpha}$ (PGI-M).

chronically (500 mg twice daily), mimicked the antiplatelet effects of aspirin in its sustained inhibition of platelet aggregation and TxB$_2$ generation.

In contrast to the well-recognized effects of NSAIDs on platelets, the influences of NSAIDs on the endothelium have not been as well characterized. Endothelial cells are more complex than platelets and are more difficult to isolate and study. PGI$_2$ is a major product of the macrovascular endothelium and is a potent inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth muscle cell proliferation.[16,17] Thus PGI$_2$ is a physiologic counterregulatory influence to platelet-derived thromboxane. On the basis of older studies that had failed to demonstrate COX-2 expression in unstimulated endothelial cells,[35] COX-1 was thought to be the cyclooxygenase isozyme controlling systemic, presumably vascular endothelial, prostacyclin synthesis.[35] However, during the rofecoxib development program, the surprising discovery was made that selective COX-2 inhibitors reduced the urinary excretion of a major metabolite of prostacyclin.[20,21] This finding has been interpreted by some as a direct effect of COX-2 inhibition on systemic prostacyclin synthesis.[20,21] Rofecoxib, celecoxib, and the nonselective NSAIDs that were studied all produced similar, partial reductions in prostacyclin synthesis [as measured by urinary excretion of the prostacyclin metabolite 2,3-dinor-6 keto PGF$_{1\alpha}$ (PGI-M).[20,21] Figure 4 summarizes the results of several studies. In the first study, the ef-

fects of a single dose of celecoxib (400 mg) on the urinary excretion of PGI-M at 6 hours after dosing were comparable to those of ibuprofen (800 mg).[21] In the second study, multiple doses of 50 mg of rofecoxib reduced PGI-M excretion to a similar degree as indomethacin at 50 mg 3 times per day.[20] Although not compared directly, it is apparent that COX-2 inhibitors (rofecoxib and celecoxib) and nonselective NSAIDs (ibuprofen and indomethacin) have generally similar effects,[20,21] as judged by the excretion of PGI-M. In a more recent study of similar design, the 2 selective COX-2 inhibitors rofecoxib and celecoxib and the nonselective NSAID naproxen were administered for 2 weeks to healthy elderly subjects. Rofecoxib and celecoxib reduced PGI-M excretion by approximately 60%, and naproxen was associated with a 74% reduction in PGI-M (Merck, data on file). Thus, it appears that prostacyclin synthesis may be partially suppressed with the use of either nonselective NSAIDs or selective COX-2 inhibitors. Whether urinary PGI-M actually reflects endothelial PGI$_2$ production has not been established. The actual cell source of the urinary PGI-M has not been determined, and endothelial COX-2–dependent prostacyclin synthesis in normal arteries has not, as yet, been demonstrated.

On the basis of the observations described above, it has been hypothesized that nonselective NSAIDs and COX-2 inhibitors may differentially alter the balance between platelet aggregation and the endothelial-mediated inhibition of aggregation. The relative reduction in the synthesis of antiaggregatory PGI$_2$ in the absence of platelet thromboxane inhibition has been proposed as potentially increasing the propensity to thrombosis in vivo.[19,25] However, the clinical importance of a partial reduction in systemic prostacyclin synthesis is in fact not known; there is no direct evidence that the

American Heart Journal
October 2003

degree of inhibition of PGI$_2$ synthesis reported with these compounds would overwhelm the ability of endothelial derived prostacyclin to prevent the formation of a platelet thrombus. This system appears to have enormous reserve; Jaffe and Weksler[36] calculate that even with 90% inhibition of PGI$_2$ synthesis, there is sufficient prostacyclin to prevent platelet aggregation in vivo. Data have been reported from animal models in which prostacyclin and thromboxane receptor function have been disrupted. In a knockout mouse model, homozygotes completely lacking prostacyclin receptors did not develop spontaneous thrombosis but were more susceptible to thrombotic stimuli compared with their wild-type littermates.[37] The thrombotic risk in the heterozygote is not known. By contrast, the thromboxane receptor knockout mice had mild bleeding tendencies.[37] In a model of catheter-induced carotid injury, vascular proliferation and platelet activation were enhanced in mice that were genetically deficient in prostacyclin receptors but were depressed in mice that were genetically deficient in thromboxane receptors or those treated with a thromboxane antagonist.[39] However, COX-2 inhibitors and nonselective NSAIDs were not assessed in these models. The relevance of these animal models in predicting effects in humans is uncertain since COX-2 inhibition does not produce a 100% obliteration of prostacyclin production nor does it affect receptor function.

The clinical impact of alterations in cyclooxygenase-mediated, platelet-endothelial interactions is further complicated by the fact that the endothelium also produces other potent antiplatelet factors that do not depend on cyclooxygenase, the most well-known of which is nitric oxide.[1] This redundancy in the system to prevent aggregation may minimize the importance of any single factor. Nonetheless, these findings raised the question of the clinical importance of inhibiting systemic prostacyclin synthesis without inhibiting platelet aggregation.

The effects on platelet aggregation and prostacyclin/thromboxane balance are not the only influences that COX-2 expression may have on CV health; COX-2 may have direct effects on atherogenesis[22-24,39-45] and on the myocardium after ischemic injury.[46-53]

Over the past decade, our understanding of atherogenesis has evolved from one of occlusive lipid accumulation to one including chronic inflammation and cellular proliferation.[22-24,39-45] In both animal models and human tissue, COX-2 expression has been found in each of the cell types (endothelial, monocyte/macrophage, and vascular smooth muscles cells) involved in atheromatous plaque generation.[22-24,39-41,44,45] Similarly, COX-2 can be induced in these cells by many if not all of the same proinflammatory mediators implicated in the development of atherosclerosis.[22-24] The effects of COX-2 inhibition on atherogenesis are being actively studied in animal models[54-57] and human populations.[58,59] Four studies have assessed the effects of COX-2 specific inhibitors on atherosclerotic lesion development in mouse models. In a short-term study in ApoE knockout mice (3 weeks' duration; age, 8 to 11 weeks; chow diet), the oral administration of the COX-2 inhibitor L-748706 was reported to increase atherosclerotic lesion area.[54] In contrast, in a longer-term study in ApoE knockout mice (8 weeks' duration; age, 8 to 16 weeks; chow diet), significant decreases in atherosclerotic lesion area were observed with the oral administration of rofecoxib and another COX-2 inhibitor, NS-398, as well as the nonselective NSAID indomethacin.[55] Similar to the previous findings, a study in LDL receptor knockout mice (6 weeks' duration; age, 10 to 16 weeks; Western diet) reported significant decreases in atherosclerotic lesion area with the oral administration of either rofecoxib or indomethacin.[56] In a longer-term study in LDL receptor knockout mice (18 weeks' duration; age, 8 to 26 weeks; Western diet) the oral administration of indomethacin significantly decreased atherosclerotic lesion area, whereas the oral administration of the COX-2 inhibitor nimesulide did not significantly alter atherosclerotic lesion area, although there was a trend toward reduction in lesion area.[57] Taken together, available atherosclerosis studies in mice, particularly longer-term studies, tend to indicate no detrimental effects and even possible potential beneficial effects of COX-2 inhibitors on atherogenesis. In patients with acute coronary syndromes, rofecoxib, either alone or in combination with statins, has been reported to decrease the concentration of inflammatory markers that are predictors of cardiac events.[58,59] Although animal data have not been consistent and the available human data are very limited, these findings have raised the possibility that COX-2 inhibitors could actually decrease the incidence of acute thrombotic events.

Understanding the clinical importance of COX-2 expression within the complex cascade of multiple (and redundant) triggers, transducers, and end-effectors encompassing the events associated with myocardial ischemia, myocardial injury, and myocardial recovery is also an area of active investigation.[46-53] The effects of COX-2 inhibition have been studied in several experimental models including myocardial ischemic preconditioning,[46-50] chemotherapeutic-associated cardiotoxicity,[51,53] and surgically induced myocardial infarctions,[52] with conflicting results.

The CV effects of selective COX-2 inhibition are complex, and our understanding continues to rapidly evolve. The possibility of a neutral, harmful, or even beneficial effect have all been raised.[22-25,45,46,49-52,58,59]