**Table I.** Incidence and relative risk of investigator reported cardiovascular thrombotic events and APTC composite end point in phase IIb/III OA rofecoxib studies including long-term extensions*

| | Treatment | No. | Patients with events | PYR† | Rates‡ | Relative risk§ Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| Comparison of rofecoxib with nonselective NSAIDS | | | | | | | |
| Investigator-reported cardiovascular thrombotic events | Rofecoxib | 3358 | 49 | 2372 | 2.07 | 1.01 | (0.59, 1.77) |
| | Nonselective NSAID | 1565 | 21 | 1026 | 2.05 | | |
| APTC composite end point | Rofecoxib | 3358 | 24 | 2372 | 1.01 | 0.80 | (0.3, 1.7) |
| | Nonselective NSAID | 1565 | 13 | 1026 | 1.27 | | |
| Comparison of rofecoxib with placebo | | | | | | | |
| Investigator-reported cardiovascular thrombotic events | Rofecoxib | 2253 | 14 | 516 | 2.71 | 1.06 | (0.34, 3.23) |
| | Placebo | 711 | 4 | 156 | 2.57 | | |
| APTC composite end point | Rofecoxib | 2253 | 7 | 516 | 1.36 | 0.70 | (0.16, 4.17) |
| | Placebo | 711 | 3 | 156 | 1.93 | | |

APTC, Antiplatelet Trialists' Collaboration; OA, osteoarthritis.
*Extensions were out to 2 years; information form the original OA database that did not include this extension data have been published.[60]
†Patient years at risk.
‡Per 100 PYR.
§Relative risk of rofecoxib with respect to comparator (nonselective NSAID or placebo).

## CV safety: Phase IIB/III osteoarthritis studies

The prostacyclin/thromboxane information cited above became available near the completion of the phase IIB/III rofecoxib osteoarthritis (OA) program and prompted a retrospective analysis of CV thrombotic events in the OA clinical trials.[60] These trials had been conducted over the time period of 1995 to 1998 and were the basis for regulatory approvals worldwide. The OA database includes 5435 patients who participated in 8 double-blinded, placebo-controlled, and active-comparator studies of OA. In these OA studies, similar rates of investigator-reported thrombotic CV adverse events (myocardial infarctions, cerebrovascular accidents, transient ischemic attacks, angina, deep vein thromboses, and peripheral thromboses) were seen with rofecoxib, placebo, and comparator, nonselective NSAIDs (ibuprofen, diclofenac, or nabumetone).[60] In addition to assessing differences in investigator-reported CV events, differences in a composite end point, the Antiplatelet Trialists' Collaboration (APTC) end point, were also compared.[27,28,60,61] The APTC end point includes CV, hemorrhagic, and unknown deaths, nonfatal myocardial infarctions, and nonfatal strokes. This end point has been widely used to assess the overall CV impact of antithrombotic compounds, since it summarizes the irreversibly morbid and fatal CV sequelae of atherosclerosis as well as the fatal hemorrhagic sequelae that may accompany therapy with antiplatelet agents.[27,28,61] Consistent with the risks of investigator-reported CV events, similar rates of APTC events were reported with rofecoxib, placebo, and the comparator, nonselective NSAIDs studied.

Thus, the first major studies conducted with rofecoxib found no difference in CV thrombotic risks when comparing rofecoxib with either placebo or the nonselective NSAIDs ibuprofen, diclofenac, and nabumetone.[60] The previously published report[60] did not include data from long-term extensions of over 2 years. The addition of this long-term data confirms the previously reported results (Table I).

Although the review of the phase IIB/III OA program revealed no adverse CV safety signals, a variety of factors including theoretical concerns about the possible effects of selective COX-2 inhibition on the balance of vasoactive eicosanoids as well as the possible cardioprotective benefits of NSAIDs led Merck (in 1998) to introduce a new standard operating procedure (SOP) to assess CV safety in the rofecoxib development program. In studies initiated after the SOP was introduced, investigators submitted all potential CV events for review by an external expert committee that remained blinded to treatment assignment. Events were categorized by using prespecified case definitions as cardiac events (acute myocardial infarction [MI], unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus), peripheral vascular events (pulmonary embolism, peripheral arterial thrombosis, peripheral venous thrombosis), and cerebrovascular events (ischemic cerebrovascular stroke, cerebrovascular venous thrombosis, transient ischemic attack). CV events not confirmed as having a thrombotic cause were confirmed as nonthrombotic, hemorrhagic (included hemorrhagic cerebrovascular stroke), or deemed nonconfirmable as the result of insufficient data. The adjudication process thus en-

American Heart Journal
October 2003

sured uniform diagnoses of CV events among different trials as well as improved diagnostic accuracy of investigator-reported events. Adjudicated data were to be used for prospectively defined analyses. Adjudicated data were not available for the phase IIb/III OA studies (discussed above), however, the CV SOP was fully in place and operational at the initiation of the GI outcome trial,[15] which is discussed in detail in the section below.

## VIGOR (Vioxx Gastrointestinal Outcomes Research Study)

In the spring of 2000, the results of the Vioxx Gastrointestinal Outcomes Research Study (VIGOR) trial became available.[15] VIGOR was designed to rigorously assess the GI safety of rofecoxib; therefore, supratherapeutic doses of rofecoxib were compared with therapeutic doses of naproxen. In VIGOR, patients with rheumatoid arthritis (RA) were randomly assigned to either of two active treatment groups, rofecoxib (50 mg daily, twice the approved chronic dose) or naproxen (500 mg twice daily). The protocol prohibited the use of aspirin or other antiplatelet and anticoagulant medications. The study demonstrated that a supratherapeutic dose of rofecoxib was associated with a significantly reduced risk compared with naproxen of clinical upper GI events such as perforations, symptomatic ulcers and bleeds (54% reduction), complicated upper GI events including perforations, obstructions, and major GI bleeds (57% reduction), and all GI bleeds (62% reduction). However, in the VIGOR study, naproxen was associated with a significantly lower risk of confirmed thrombotic CV serious adverse experiences compared with rofecoxib.

In this trial of more than 8000 patients, there were 64 confirmed thrombotic events; 45 were in the rofecoxib treatment group (rate = 1.67 per 100 patient-years) and 19 were in the naproxen treatment group (rate = 0.70 per 100 patient-years). Overall, patients who had thrombotic events were those who would be expected to have events; they were older, more likely to be men, and, approximately 80% had one or more recognized CV risk factors. The relative risk of sustaining a confirmed CV thrombotic event on rofecoxib relative to naproxen was 2.37, and this was statistically significant ($P = .002$). Although there was a difference in confirmed CV events between the two treatment groups, there was no difference in the incidence of CV death, which was low and similar in the two groups. The majority of thrombotic events were cardiac events, largely MIs [rofecoxib, 20 (0.5%), versus naproxen, 4 (0.1%)].

Additional analyses to assess thrombotic safety were performed by using the APTC combined end point defined earlier. The incidence rate of APTC end points was 1.30 per 100 patient-years in the rofecoxib group and 0.67 per 100 patient-years in the naproxen group. Overall, the relative risk of the APTC combined end point for rofecoxib versus naproxen was 1.95 (95% CI, 1.10, 3.44). Of the individual components of the APTC end point, the incidence of death and stroke were not significantly different in the 2 groups. The difference in the APTC event rates between the treatment groups was due primarily to a difference in the rates of MI.

Without a concurrent placebo-controlled group, numerous explanations have been suggested for the findings in VIGOR: a possible prothrombotic effect associated with rofecoxib,[19,25] a cardioprotective effect associated with naproxen as the result of its sustained antiplatelet effects throughout its dosing interval,[18,62] or chance. Although some have argued that the differences between treatment groups seen in VIGOR were greater than could be explained solely by a cardioprotective effect of naproxen,[25] the effect of naproxen in VIGOR (APTC events for naproxen relative to rofecoxib) was consistent with the range of treatment effects reported from antiplatelet therapy trials.[28] Although indirect comparisons cannot provide reliable estimates of comparative treatment effects, the risk reduction and 95% CI of the APTC combined end point for naproxen versus rofecoxib was 49% (95% CI, 9%, 71%); the 95% confidence interval encompassed the approximately one-quarter risk reduction in vascular events [% odds reduction (SEM) = 25% (2%)] recently reported among high-risk patients allocated to antiplatelet therapy in a large meta-analysis from the Antithrombotic Trialists' Collaboration.[28]

In addition, it is possible that the magnitude of the effect seen in VIGOR was also, in part, a function of the population studied. Several reports suggest that patients with RA have an increased risk of CV disease [63-68]; however, no large studies to evaluate the benefits of antiplatelet therapies have been conducted in this population. The CV risk associated with RA may be due to conventional cardiac risk factors (hypertension, smoking, sedentary lifestyle, and hypercholesterolemia), or, as recent investigations have suggested, may possibly be directly related to enhanced expression of inflammatory mediators or prothrombotic factors seen in the RA population.[63,67,68] Several studies in the general population have found that individuals with signs of systemic inflammation, as defined by elevated C-reactive protein (CRP), have the highest risk of CV disease[42,43] and may also derive the greatest benefit from aspirin cardioprophylaxis.[42] For example, in the Physician's Health Study, the risk reduction in MI for aspirin users ranged from 13.9% in the quartile of patients with the lowest level of CRP to 55.7% in the quartile with the highest CRP levels.[42] By analogy, it is possible that therapies that inhibit platelet aggregation might be associated with a larger risk reduction in pa-

American Heart Journal
Volume 146, Number 4

Weir et al **597**

tients with RA, a chronic inflammatory disease associated with elevated levels of CRP.

Given that elevated blood pressure is a recognized risk factor for heart disease and stroke[69,70] and that both NSAIDs and COX-2 inhibitors have potential renovascular effects,[71] further analyses of the VIGOR trial were undertaken to determine whether there was an association between blood pressure and CV thrombotic events. In the VIGOR trial, there was a higher incidence of investigator-reported hypertensive-related adverse events in the rofecoxib treatment group in comparison to the naproxen group (9.7% vs 5.5%). Despite this difference, CV thrombotic events were not more likely to occur in those with an antecedent hypertensive-related adverse event. Of the 45 patients with a confirmed CV event on rofecoxib, only 4 had hypertensive events before the thrombotic event (1 patient had deep vein thrombosis, 2 had cerebrovascular accidents, and 1 had MI.)

Changes in blood pressure measurements were compared in those patients with and those without confirmed thrombotic CV events. As expected, in both treatment groups, mean systolic blood pressure in patients who had confirmed thrombotic events was 6 to 9 mm Hg higher at baseline compared with patients without events. However, mean changes from baseline in systolic and diastolic blood pressure were similar in rofecoxib-treated patients with and without confirmed thrombotic events. In addition, the percentage of patients with elevations in blood pressure that exceeded 20 mm Hg in systolic blood pressure or 15 mm Hg in diastolic blood pressure was similar in patients with and without confirmed thrombotic events. Last, CV event rates and relative risks were also analyzed within groups stratified by change from baseline blood pressure. An association between CV events and blood pressure changes was not observed. Although the type of analyses described above cannot fully elucidate the potential impact of hypertension on the rofecoxib treatment effect, the available data revealed no apparent association observed between change in blood pressure and a thrombotic CV event.

In VIGOR, the observed mean changes from baseline in systolic blood pressure were 4.6 and 1.0 mm Hg in the rofecoxib and naproxen treatment groups, respectively. Mean changes from baseline in diastolic blood pressure were 1.7 and 0.1 mm Hg in the rofecoxib and naproxen treatment groups, respectively. The magnitude of these blood pressure changes were expected and consistent with the dose-related nature of renovascular effects.[71] The available comparison between an approved dose of naproxen and a supratherapeutic doses of rofecoxib is not optimal; ideally, equally efficacious doses should have been compared. In the VIGOR study, the primary objective was to rigorously assess the GI safety of rofecoxib relative to a common NSAID comparator, hence the 50-mg dose of rofecoxib (2 times the 25 mg approved maximum dose) was studied. With the approved chronic doses of rofecoxib (12.5 to 25 mg/d), the observed increases in systolic blood pressure (on average 2 to 3 mm Hg) and diastolic blood pressure (on average <1 mm Hg)[71,72] were consistent with those reported for nonselective NSAIDs.[73,74] Data from the Framingham study suggest that a 1-mm Hg increase in systolic blood pressure elevates the relative risk of having a CV thromboembolic event by approximately 0.6%.[75] By extrapolation, among a population in which no adjustments have been made in blood pressure management, patients taking either a selective COX-2 inhibitor or a nonselective NSAID would have at most a 1.018 relative risk of sustaining a CV thrombotic event versus individuals not receiving such treatment. The magnitude of this increase in relative risk cannot account for the difference in CV events on rofecoxib compared with naproxen in the VIGOR study.

## Pooled analysis

Since the VIGOR trial lacked a placebo comparator, an evaluation of this study could not determine whether there was an increase of CV events with rofecoxib or a decrease in events with naproxen; therefore a further assessment of a large placebo-controlled database was undertaken. A pooled analysis of individual patient data from participants in all Phase IIb-V rofecoxib clinical trials ≥4 weeks in duration was conducted to assess the relative risk of CV thrombotic events among patients taking rofecoxib as compared with those taking either placebo, naproxen (an NSAID with near complete inhibition of platelet function throughout its dosing interval), or other nonselective NSAIDs used in the development program (diclofenac, ibuprofen, and nabumetone).[76] This analysis combined patient level data from 23 rofecoxib studies in multiple disease states (OA, RA, Alzheimer, and chronic low back pain trials) representing more than 14,000 patient-years at risk. The VIGOR trial was included in this analysis. The primary outcome measure was the APTC combined end point as determined by the external blinded adjudication committee. The relative risk (95% CI) for an APTC end point was 0.84 (0.51, 1.38) when comparing rofecoxib relative to placebo; 0.79 (0.40, 1.55) when comparing rofecoxib relative to the studied nonnaproxen NSAIDs; and 1.69 (1.07, 2.69) when comparing rofecoxib relative to naproxen.[76]

Subgroup analyses were also conducted in this pooled data set to determine the effects of study duration, rofecoxib dose, and patient CV risk profile on the APTC event rate. The results were essentially unchanged when the analysis was limited to studies of 6 months or longer duration. Comparison of relative

American Heart Journal
October 2003

**Figure 5**



Updated pooled analysis. Relative risk (95% CI) of the APTC end point for rofecoxib relative to placebo, nonnaproxen NSAIDs, and naproxen. Triangles represent relative risk; triangle size represents patient-years of exposure. Bars indicate 95% CI.

risks across individual doses failed to demonstrate a consistent dose effect. In a subgroup of patients at high risk for CV thrombotic events [defined as those either with 2 or more major risk factors for coronary artery disease (current smoker, history of diabetes, history of hypertension, history of hypercholesterolemia) or with a prior history of a CV thrombotic event], the results were consistent with the primary analysis.

The published analysis included data finalized by September 2000.[76] Since that time, an update has been conducted to incorporate trials that were completed and finalized by March 16, 2001, as well as ongoing or recently ended studies in patients with Alzheimer disease, which included data adjudicated by May 15, 2001. Compared with the original combined analysis,[76] 1033 additional patient-years were added to the comparison of rofecoxib to nonnaproxen NSAIDs, and an additional 968 patients and 750 patient-years were added to the comparison of rofecoxib to placebo. The overall results of the update, presented in Figure 5 and in Table II, were unchanged from the original published analysis[76]; there was no evidence that rofecoxib was associated with excess CV events compared with either placebo or the nonnaproxen NSAIDs that were studied. The available data suggest that naproxen was different from the other NSAIDs studied, since it was the only comparator associated with a decreased risk of CV events relative to rofecoxib.

Although the aggregate data from the pooled analysis strongly suggest a cardioprotective effect of naproxen, prospective randomized clinical trials properly powered for CV event risk reductions have not yet been conducted.

## CV thrombotic events in Alzheimer clinical trials

Data from the Alzheimer's Disease and Mild Cognitive Impairment (MCI) program were analyzed in March 2001 to provide placebo-controlled CV safety information on 2899 elderly patients; this information has been presented at a recent scientific meeting.[77] Data from two placebo-controlled trials were combined with interim data from an ongoing placebo-controlled trial. Across these 3 large studies, similar rates of investigator-reported and confirmed adjudicated CV events were observed in the rofecoxib and placebo groups (Table III). The relative risk of sustaining a confirmed APTC end point for rofecoxib versus placebo was 0.82 (95% CI, 0.45 to 1.47). There was no apparent difference when cardiac events or cerebrovascular events were examined separately.

As might be expected in this population, the absolute CV event rates were higher both in the placebo and the active treatment group in the Alzheimer studies than in the previously reported OA phase IIB/III trials (Table I). Compared with the phase IIb/III OA population, the Alzheimer studies were conducted in a higher-risk population—predominantly elderly (95% >65 years old) and male (61%). In addition, 1 or more risk factors for CV disease (history of hypertension, smoking, diabetes, or hypercholesterolemia) were present in 55% of patients, and 15% of all patients had a prior history of symptomatic atherosclerotic CV disease. Overall, the Alzheimer data were consistent with the OA phase IIB/III experience, that is, that the risk of rofecoxib-treated patients having a CV event was similar to placebo.

## Interactions between nonselective NSAIDs, COX-2 inhibitors, and aspirin

With advancing age, comorbid conditions may exist in a significant number of patients who require the use of chronic anti-inflammatory agents (either NSAIDs or COX-2 inhibitors) in addition to cardioprotective doses of aspirin. Scientific investigation in this area has focused attention on several key issues associated with both the mechanism of action of aspirin as well as the potential safety considerations when nonselective NSAIDs or COX-2 inhibitors are given concurrently with low-dose aspirin.

### Aspirin and cardioprotection

Aspirin is widely used in the secondary prevention of coronary heart disease and stroke, and it is widely assumed that its beneficial effects are solely attributable to its antiplatelet action. However, aspirin has potent anti-inflammatory properties and may directly affect prostanoid production in other circulating cells

**Table II.** Incidence and relative risk of APTC composite end point in the rofecoxib development program-an update of the published pooled analysis*

| Study block | Rofecoxib | | Comparator | | Relative risk (95% CI)§ |
| | No. | Patients with event/PYR† (rate‡) | No. | Patients with event/PYR† (rate‡) | |
| --- | --- | --- | --- | --- | --- |
| Rofecoxib vs placebo | | | | | |
| RA | 1622 | 3/338 (0.89) | 989 | 1/201 (0.50) | 1.78 (0.14, 93.68) |
| OA | 3165 | 12/655 (1.83) | 1215 | 3/232 (1.30) | 1.53 (0.43, 5.44) |
| Alzheimer | 1453 | 30/1705 (1.76) | 1454 | 41/1934 (2.12) | 0.82 (0.51, 1.32) |
| Other | 661 | 1/91 (1.10) | 377 | 0/57 (0.00) | – |
| Total | 6901 | 46/2788 (1.65) | 4035 | 45/2424 (1.86) | 0.94 (0.62, 1.42) |
| Rofecoxib vs non-naproxen NSAIDs | | | | | |
| OA | 4761 | 29/2693 (1.08) | 2971 | 17/1339 (1.27) | 0.87 (0.48, 1.58) |
| Total | 4761 | 29/2693 (1.08) | 2971 | 17/1339 (1.27) | 0.87 (0.48, 1.58) |
| Rofecoxib vs naproxen | | | | | |
| RA | 6057 | 54/5240 (1.03) | 4859 | 23/3654 (0.63) | 1.63 (1.00, 2.67) |
| OA | 3255 | 11/710 (1.55) | 3245 | 7/699 (1.00) | 1.55 (0.60, 4.00) |
| Total | 9312 | 65/5949 (1.09) | 8104 | 30/4353 (0.69) | 1.61 (1.04, 2.50) |

*Konstam et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:r15-23.
†Patient-years at risk.
‡Per 100 PYR.
§Relative risk of rofecoxib with respect to placebo is calculated from the Cox PH model; if very low total event counts (<11) occur in any block, the ratio of rates with 95% CIs were computed.

**Table III.** Incidence and relative risk of cardiovascular thrombotic events in elderly patients with Alzheimer's*

| | Rofecoxib (n = 1448) | | Placebo (n = 1451) | | Relative risk (95% CI)† |
| | Events/patient years at risk | Rate per 100 patient years at risk | Events/patient years at risk | Rate per 100 patient years at risk | |
| --- | --- | --- | --- | --- | --- |
| Investigator-reported thrombotic events | 52/1450 | 3.59 | 62/1615 | 3.84 | 0.93 (0.63, 1.37) |
| Confirmed CV thrombotic events | 25/1461 | 1.71 | 39/1634 | 2.39 | 0.72 (0.42, 1.21) |
| Confirmed APTC endpoints | 22/1461 | 1.51 | 30/1634 | 1.84 | 0.82 (0.45, 1.47) |

*This data has not been published but has been presented in abstract77 and includes information from ongoing trials.
†Rofecoxib versus placebo.

or vascular cells, and it is possible that these mechanisms may also play a role.[29,78]

### Nonselective NSAIDs and cardioprotection

To date, a limited number of clinical studies specifically designed to address the cardioprotective benefits of nonselective NSAIDs have been conducted. Trials of naproxen have not been undertaken. Placebo-controlled trials of the nonselective NSAIDs flurbiprofen and indobufen strongly suggest that these agents may be cardioprotective.[79-81] Flurbiprofen produced a 70% reduction in the rate of reinfarction, as compared with placebo, among patients in whom an acute MI was successfully treated with thrombolysis, angioplasty, or both.[80] For indobufen, ex vivo studies have demonstrated approximately 90% inhibition of platelet thromboxane generation throughout its dosing interval,[79] an effect similar to that reported with naproxen.[18,54] Randomized, placebo-controlled trials have demonstrated the efficacy of oral indobufen in the secondary prevention of thromboembolic complications in patients with atrial fibrillation, in the prevention of graft occlusion after coronary artery bypass graft surgery, and in the treatment of intermittent claudication.[79] The benefits of aspirin for secondary prevention have been confirmed in large, rigorous, randomized controlled trials, with protection shown both for deaths related to CV disease and for all-cause deaths.[82] Data of equal rigor would be necessary to confirm NSAIDs with potent and sustained antiplatelet effects as an acceptable sub-

stitute. Even if nonselective NSAIDs were shown in such a study to confer a similar or greater cardioprotective effect compared with aspirin, the real-life problem of patient nonadherence with daily treatment regimens probably would affect the potential benefits of an NSAID (which is a reversible, competitive inhibitor of COX-1) more than that of aspirin (which permanently inhibits platelet COX-1).

Since the publication of the VIGOR trial results, epidemiologic studies assessing the risk of CV thrombotic events among NSAID users in general, as well as among the subset of naproxen users, have been reported.[83-89] Analyses that have combined all users of nonaspirin NSAIDs into a single, pooled "NSAID user" group have failed to provide evidence that NSAIDs are cardioprotective.[82,85,89] Although prophylactic CV benefits may not have been demonstrated, studies have observed a survival advantage associated with NSAID use after acute MI.[84,90] A recent analysis from the Cooperative Cardiovascular Project's Medicare database found that among a sample of 48,584 patients >65 years of age, hospitalized with acute MI, those discharged with a prescription for NSAID therapy alone had a low 1-year adjusted mortality rate similar to those receiving aspirin alone (hazard ratio [95%CI]: 0.77 [0.65, 0.90] and 0.82 [0.77, 0.86] for NSAID and aspirin therapy, respectively).[90] The group receiving concomitant prescriptions for both NSAIDs and aspirin had mortality rates similar to those treated alone with either agent.[90] These findings are in concordance with a 1999 report from the Danish Verapamil Infarction Trial II group[84] that examined the effectiveness of NSAID therapy as secondary prevention after acute MI in 88 patients receiving NSAID therapy compared with 1687 patients not receiving aspirin therapy. At 15-month follow-up examination, the NSAID group had a 41% lower risk for death and a 33% lower risk from major vascular events, but the results did not reach statistical significance.[84]

Epidemiologic studies that have specifically differentiated naproxen users from other nonselective NSAID users have also been conducted.[85-88] Ray et al[85] examined a group of 50- to 84-year-old Tennessee Medicaid enrollees who received a new prescription for a non-aspirin NSAID and compared them with a control group without an NSAID prescription. The relative rates of hospitalization for acute MI or coronary heart disease death were determined for the overall cohorts and for 2 subgroups: ibuprofen users and naproxen users. They found no association between use of any NSAID, naproxen, or ibuprofen and the outcome. Rate ratios for naproxen, ibuprofen, and other nonaspirin NSAIDs were 0.96 (0.92,1.16), 1.15 (1.02,1.28), and 1.02 (0.92,1.16), respectively. Analyses of long-term (>60 days) users of these drugs also found no association of the exposure with the end point. When

naproxen was directly compared with ibuprofen, the rate ratio was 0.83 (0.69, 0.98), suggesting a modest protective effect of naproxen. The absence of a large protective effect for naproxen could be explained in part by the general population that was represented in the Tennessee Medicaid cohort.[85] Most nonaspirin NSAID use in the community is intermittent—for acute pain and symptoms of osteoarthritis.[85] On the basis of the information that we have previously reviewed, only chronic use of an NSAID with sustained antiplatelet effects would be expected to be cardioprotective.

Several epidemiologic investigations have supported a possible cardioprotective effect of naproxen; one study specifically assessed risks in the RA population (a group likely to take NSAIDs on a chronic rather than intermittent basis)[86] and two studies have evaluated patients presenting with CV thrombotic events.[87,88] Watson et al examined the risk of acute thromboembolic events (MI, sudden death, and stroke) with current naproxen use among patients with RA in the UK General Practice Research Database (GPRD), a population-based clinical database.[86] In this population-based, case-control study, patients with RA with a current prescription for naproxen had a reduced risk of acute major thromboembolic events relative to those with no naproxen prescription in the past year. The OR and 95% CI for current naproxen use was 0.61 (0.39 to 0.94), whereas that for past use was 0.87 (0.65 to 1.16). In another case-control study, Rahme and colleagues[87] evaluated the association between naproxen and acute MI in >28,000 elderly patients in Quebec. Cases consisted of 4163 elderly patients with a hospitalization for acute MI as identified from the Government of Quebec hospital discharge summary database. Control subjects were 14,160 patients selected randomly from the drugs and physician claims database. This study showed that concurrent naproxen use had a protective effect against acute MI. The OR for concurrent users of naproxen versus concurrent users of other NSAIDs was 0.79 (95% CI, 0.63, 0.99). This effect seemed only to be present with a concurrent naproxen prescription and was strongest in those who had previously filled at least 2 consecutive 30-day prescriptions. This is consistent with naproxen's reversible antiplatelet effects and would suggest that chronic persistent use is required for cardioprotection. Solomon and colleagues[88] also performed a case-control study of patients with MIs in a health care database that also contained all prescription, diagnosis, and procedure information for patients in the New Jersey Medicare and Medicaid programs; 4425 patients hospitalized for acute MIs and 17,700 control subjects were identified. NSAID users in general had the same risk of MI as nonusers, whether such use was measured on the index date or at any time in the prior 6 months. However, use of naproxen was associated with a sig-

American Heart Journal
Volume 146, Number 4

nificant reduction in the risk of MI (adjusted OR = 0.84; 95% CI, 0.72, 0.98; $P$ = .03), and this effect was consistent across several subgroups of the population.

## Low-dose aspirin in combination with nonselective NSAIDs or selective COX-2 inhibitors

Both the GI and the CV safety profiles of selective COX-2 inhibitors and nonselective NSAIDs may be influenced by the concomitant administration of low-dose aspirin. GI outcome studies specifically designed to assess the safety of either nonselective NSAIDs or COX-2 inhibitors when combined with low-dose aspirin have not been conducted. Data from endoscopic studies suggest that a COX-2 inhibitor given in combination with aspirin may result in an increased rate of GI ulcerations or other complications compared with the use of COX-2 inhibitors alone.[91] However, the rates of endoscopic ulcers that appear with this combination appear to be lower than the rates reported with patients given NSAIDs in combination with aspirin.[91] The concomitant use of aspirin in the CLASS study (a GI outcome study comparing the COX-2 inhibitor celecoxib with the nonselective NSAIDs ibuprofen and diclofenac) suggests that the GI benefits of COX-2 inhibitors may be reduced by aspirin use.[92] The optimal regimen for the treatment of patients who require both an anti-inflammatory agent and antiplatelet therapy for cardioprotection has not yet been established.

Prospective studies evaluating cardiac outcomes after long-term administration of rofecoxib (or other COX-2 inhibitors) in combination with aspirin have not been conducted. One published animal study has assessed interactions between the COX-2 inhibitor celecoxib, aspirin, and thrombosis in an anesthetized dog model of coronary artery electrolytic injury.[93] Celecoxib alone had no effect on thrombosis; however, combined administration of aspirin and celecoxib resulted in an attenuation of the delayed antithrombotic effect of aspirin.[93] The authors attributed this attenuation of aspirin activity by celecoxib to an imbalance in platelet versus vascular prostanoid production. However, assessments of prostanoid production were not performed as part of this study. An alternate explanation for this observed attenuation of aspirin's antithrombotic effects is that the simultaneous administration of celecoxib with aspirin resulted in an interference of aspirin inactivation of COX-1 by celecoxib. A recent study that used both purified enzyme and calcium ionophore-activated platelets has demonstrated the ability of COX inhibitors to interfere with COX-1 inactivation by aspirin, with the rank order of potency for interference related to potency against COX-1.[94] $EC_{50}$ values for blockade of inactivation of platelet COX-1

by 10 $\mu$mol/L aspirin were ibuprofen, 0.048 ± 0.005 $\mu$mol/L; celecoxib, 0.21 ± 0.01 $\mu$mol/L; valdecoxib, 0.7 ± 0.2 $\mu$mol/L; rofecoxib, 5.3 ± 0.8 $\mu$mol/L and etoricoxib 19 ± 4 $\mu$mol/L.[94] Among the COX-2 inhibitors evaluated, celecoxib displayed the greatest potency for interference with aspirin inactivation of COX-1.[94] Other human pharmacodynamic studies have also been reported. At steady state, rofecoxib (50 mg once daily) did not interfere with the antiplatelet effects of low-dose aspirin as assessed by ex vivo platelet aggregation and serum thromboxane generation.[30] Catella-Lawson and colleagues have recently reported that the inhibition of serum $TxB_2$ formation and platelet aggregation by aspirin was blocked when either a single daily dose of ibuprofen was given before aspirin or when multiple daily doses of ibuprofen were given.[95] The concomitant administration of rofecoxib, acetaminophen, or diclofenac did not affect the pharmacodynamics of aspirin.[95] The latter study has sparked a debate as to the clinical importance of considering an NSAID's potential for interference with aspirin's cardioprotective benefits when recommending chronic treatment with this class of therapeutic agents.[96]

## Conclusions

CV safety information from the rofecoxib program has been carefully reviewed. Rofecoxib has been shown to have little or no effects on platelet aggregation or on platelet-derived thromboxane synthesis, but it partially reduced systemic prostacyclin synthesis. In the OA phase IIB/III program, similar rates of CV thrombotic events were reported with rofecoxib, placebo, and comparator, nonselective NSAIDs (ibuprofen, diclofenac, and nabumetone). In the VIGOR trial, naproxen (an NSAID with sustained antiplatelet effects throughout its dosing interval) was associated with a significantly lower risk of CV events than rofecoxib. The subsequently conducted pooled analysis from 23 studies representing more than 14,000 patient-years at risk demonstrated that rofecoxib was not associated with excess CV thrombotic events compared with either placebo or nonnaproxen NSAIDs. Again, naproxen appeared to be the outlier, suggesting a cardioprotective benefit of naproxen. A separate analysis of the placebo-controlled Alzheimer trials showed that rofecoxib had a CV safety profile comparable to placebo in a predominantly elderly, male population. The existing scientific information supports the current consensus recommendation that for patients receiving rofecoxib, prophylaxis with low-dose aspirin should be continued or instituted if aspirin prophylaxis is indicated because of prior vascular events or established vascular disease.[97] Prospectively designed studies to collect additional CV outcomes data from the selective

COX-2 inhibitors are currently under way. Data from these prospectively designed studies, when added to the extensive data already available, will provide an even more comprehensive picture of the CV safety profile of the selective COX-2 inhibitors.

## References

1. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclo-oxygenase-2. N Engl J Med 2001;345:433-42.
2. Morrison BW, Christensen S, Yuan W, et al. Analgesic efficacy of the cyclooxygenase-2 specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999;21: 943-53.
3. Morrison BW, Daniels SE, Kotey P, et al. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999;94:504-8.
4. Reicin A, Brown J, Jove M, et al. Efficacy of single dose and multiple dose rofecoxib in the treatment of post-orthopedic surgery pain. Am J Orthop 2001;30:40-8.
5. Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clin Ther 1999;21:1688-72.
6. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000;43:978-87.
7. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of rofecoxib, a COX-2 inhibitor, versus ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;160: 1781-87.
8. Saag K, van der Heijde D, Fisher C, et al. Rofecoxib, a new cyclooxygenase 2 inhibitor shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Arch Fam Med 2000;9: 1124-34.
9. Lanza FL, Rack MF, Simon TJ, et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999;13:761-7.
10. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a COX-2 specific inhibitor, to ibuprofen on the gastroduodenal mucosa of osteoarthritis patients. Gastroenterology 1999;117:776-83.
11. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-33.
12. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, controlled, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-7.
13. Bombardieri C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
14. Watson DJ, Harper SE, Zhao PL, et al. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 2000;160:2998-3003.

15. Watson DJ, Harper SE, Zhao PL, et al. Gastrointestinal medications and procedures in osteoarthritis patients treated with rofecoxib compared with nonselective NSAIDs. MedGenMed 2001; 3:6.
16. Patrono C, Ciabattoni G, Patrignani P, et al. Clinical pharmacology of platelets cyclooxygenase inhibition. Circulation 1985;72: 1177-84.
17. Patrono C, Coller B, Dalen J, et al. Platelet-active drugs: the relationship among dose, effectiveness, and side effects. Chest 1998; 114:470S-88S.
18. Van Hecken A, Schwartz J, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000;40:1-12.
19. Catella-Lawson F, Crofford LJ. Cyclo-oxygenase inhibition and thrombogenicity. Am J Med 2001;110(3A Suppl):28-32S.
20. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclo-oxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999; 289:735-41.
21. McAdam BF, Catella-Lawson FC, Mardini IA, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.
22. Massy ZA, Swan SK. Cyclo-oxygenase-2 and atherosclerosis: friend or foe? Nephrol Dial Transplant 2001;16:2286-9.
23. Cipollone F, Prontera C, Pini B, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E2 dependent plaque instability. Circulation 2001;104:921-7.
24. Ross R. Atherosclerosis: an inflammatory disease. N Engl J Med 1999;340:115-26.
25. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286: 954-9.
26. Hamberg M, Svensson J, Samuelsson B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxidases. Proc Natl Acad Sci U S A 1975;72:2294-8.
27. and Antiplatelet Trialists Collaboration. Collaborative overview of randomized trials of antiplatelet therapy, I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106.
28. Antithrombotic Trialists Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324:71-86.
29. Awtry EH, Loscalzo J. Cardiovascular drugs: aspirin. Circulation 2000;101:1206-18.
30. Greenberg, HE, Gottesdiener K, Huntington M, et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the anti-platelet effects of low-dose aspirin in healthy volunteers J Clin Pharmacol 2000;40:1509-15.
31. Warner TD, Giuliano F, Vojnovic I, et al. Nonsteroid drug selectivities for cyclo-oxygenase 1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A 1999;96:7563-8.
32. Brideau C, Kargman S, Liu S, et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996;45:68-74.

33. Physicians' Desk Reference. EC-NAPROSYN (naproxen) delayed-release tablets; NAPROSYN (naproxen) tablets; ANAPROX/ANAPROX DS (naproxen sodium) tablets; NAPROSYN (naproxen) suspension (Package Insert). 54 ed. Montvale (NJ): Medical Economics Company, Inc, 2000. p. 2631–4.

34. Physicians' Desk Reference. MOTRIN Ibuprofen Suspension 100 mg/5mL; MOTRIN Ibuprofen Oral Drops 40 mg/mL; MOTRIN Ibuprofen Chewable Tablets 50 mg and 100 mg; MOTRIN Ibuprofen Caplets 100 mg (Package Insert). 51 ed. Montvale (NJ): Medical Economics Company, Inc, 1997. p. 1563–5.

35. Fitzgerald GA, Austin S, Egan K, et al. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000;32(1 Suppl):21–6.

36. Jaffe EA, Weksler BB. Recovery of endothelial cell prostacyclin production after inhibition by low doses of aspirin. J Clin Invest 1979;63:532–5.

37. Murata T, Ushikubi F, Matsuoka T, et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature 1997;388:678–82.

38. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002;296:539–41.

39. Schonbeck U, Sukhova GK, Graber P, et al. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155:1281–91.

40. Baker CSR, Hall RJC, Evans TJ, et al. Cyclo-oxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999;19:646–55.

41. Belton O, Vyme D, Kearney D, et al. Cyclooxygenase-1 and-2 dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000;102:840–5.

42. Ridker PM, Cushman M, Stampfer MJ, et al. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997;336:973–9.

43. Ridker P, Hennekens CH, Buring JE, et al. C-reactive protein and other markers of inflammation in the prediction of cardiovascular disease in women. N Engl J Med 2000;342:836–43.

44. Hong BK, Kwon HM, Lee BK, et al. Co-expression of cyclooxygenase-2 and matrix metalloproteinases in human atherosclerotic lesions. Yonsei Med J 2000;41:82–8.

45. Stemme V, Swedenborg J, Claessin HE, et al. Expression of cyclooxygenase-2 in human atherosclerotic carotid arteries. Surg J Vasc Endovasc Surg 2000;20:146–52.

46. Shinmura K, Tang X-L, Wang Y, et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. PNAS 2000;97:10197–202.

47. Guo Y, Bao W, Wu W-J, et al. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000;95:479–84.

48. Napoli C, Pinto A, Cirino G. Pharmacological modulation, preclinical studies and new clinical features of myocardial ischemic preconditioning. Pharmacol Ther 2000;88:311–31.

49. Camitta MGW, Gabel SA, Chulada P, et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001;104:2453–8.

50. Heindl B, Becker BF. Aspirin but not the more selective cyclooxygenase-2 inhibitors meloxicam and SC58125, aggravates post-ischemic cardiac dysfunction, independent of COX inhibition. NS Arch Pharmacol 2001;363:233–40.

51. Dowd NP, Scully M, Adderley SR, et al. Inhibition of cyclo-oxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. J Clin Invest 2001;108:585–90.

52. Saito T, Rodger IW, Hu F, et al. Inhibition of cyclo-oxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000;273:772–5.

53. Delgado RM, Nawar M, McKay K, et al. Improvement in left ventricular systolic function with a cyclooxygenase-2 inhibitor in a murine adriamycin heart failure model [Abstract]. Circulation 1999;110(Suppl I):I-122.

54. Rott D, Zhu J, Burnett MS, et al. Effects of a selective COX-2 inhibitor (MF-tricyclic) on atherosclerosis progression as well as on mouse cytomegalovirus replication in ApoE knockout mice. J Am Coll Cardiol 2002;39:276A.

55. Burleigh ME, Patel MB, Babaev VR, et al. Inhibition of cyclooxygenase-2 decreases atherosclerotic lesion formation in ApoE-deficient mice. Circulation 2000;102(Suppl II):II-42.

56. Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002;105:1816–23.

57. Pratico D, Tillmann C, Zhang Z-B, et al. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. PNAS 2001;98:3358–63.

58. Dudek D, Heba G, Legutko J, et al. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes [Abstract 1302]. Eur Heart J 2001;22(Suppl):240.

59. Monakier D, Tzivoni J, Klutstein MW, et al. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris [abstract 1303]. Eur Heart J 2001;22(Suppl):241.

60. Reicin A, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with Rofecoxib vs non-selective non-steroidal antiinflammatory drugs (ibuprofen, diclofenac and nabumetone). Am J Cardiol 2002;89:204–9.

61. Antiplatelet Trialists' Collaboration. Secondary prevention of vascular disease by prolonged antiplatelet treatment. BMJ 1998;296:320–31.

62. Shah AA, Thjodleifsson B, Murray FE, et al. Selective inhibition of COX-2 in humans is associated with less gastrointestinal injury: a comparison of nimesulide and naproxen. Gut 2001;48:339–46.

63. DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002;89(Suppl):33–8D.

64. Wolfe F, Mitchell DM, Sibley JT, et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994;37:481–94.

65. Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995;25:193–202.

66. Wallberg-Jonsson S, Ohman M-L, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997;24:445–51.

67. del Rincon I, Williams K, Stern MP, et al. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001;44:2737–45.

68. McEntegart A, Capell HA, Creran A, et al. Cardiovascular risk factors, including thrombotic variables, in a population with rheumatoid arthritis. Rheumatology 2001;40:640–4.

69. Collins R, Peto R, MacMahon S, et al. Blood pressure, stroke, and coronary heart disease, II: short-term reductions in blood pressure:

American Heart Journal
October 2003

prospective observational studies corrected for the regression dilution bias. Lancet 1990;335:827–38.

70 He J, Whelton PK. Elevated systolic blood pressure and risk of cardiovascular and renal disease: overview of the evidence from observational epidemiologic studies and randomized controlled trials. Am Heart J 1999;138(Suppl):S211-9.

71. Brater DC, Harris C, Redfern JS, et al. Renal effects of COX-2 selective inhibitors. Am J Nephrol 2001;21:1–15.

72. Gertz BJ, Krupa D, Bolognese J, et al. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002;18:82–91.

73. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal antiinflammatory drugs affect blood pressure? Ann Intern Med 1994;121:289–300.

74. Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of non-steroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153:477–84.

75. Anderson KM, Wilson PW, Odell PM, et al. An updated coronary risk profile: a statement for health professionals. Circulation 1991; 83:356–62.

76. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104:r15–23.

77. Reicin AS, Block GA, Chen I, et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Ann Rheum Dis (in Society Proc) 2002;61(1 Suppl):33–4.

78. Kharbanda RK, Walton B, Allen A, et al. Prevention of inflammation induced endothelial dysfunction: a novel vasculo-protective action of aspirin. Circulation 2002;105:2600–4.

79. Bhana N, McClellan K. Indobufen: an updated review of its use in the management of atherothrombosis. Drugs Aging 2001;18: 369–88.

80. Brochier ML. Evaluation of flubiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. Eur Heart J 1993;14:951–7.

81. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease: a randomized, placebo-controlled, double-blind study. Circulation 1993;87:162–4.

82. Fourth American College of Chest Physicians Consensus Conference on Antithrombotic Therapy. Chest 1995;108(Suppl):225S–522S.

83. Garcia-Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology 2000;11:382–7.

84. Sajadieh A, Wendelboe O, Hansen JF, et al. Nonsteroidal anti-inflammatory drugs after acute myocardial infarction. Am J Cardiol 1999;83:1263–5.

85. Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002;359:118–23.

86. Watson DJ, Rhodes T, Holmes RH, et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105–1110.

87. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111–5.

88. Solomon DH, Glynn RJ, Levin R, et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099–104.

89. Schlienger RG, Jick H, Meier CR. Non-steroidal anti-inflammatory drugs (NSAIDs) and the risk of first-time acute myocardial infarction (AMI) [ICPE Abstract 020]. Pharmacoepidemiol Drug Saf 2001;10(Suppl):S5.

90. Ko D, Wang Y, Berger AK, et al. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J 2002;143: 475–81.

91. Physicians' Desk Reference Electronic Library. BEXTRA (Pfizer) [Package Insert]. Valdecoxib tablets [2002 PDR - www.pdrel.com]; Montvale (NJ): Medical Economics Company, Inc, 2002.

92. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial: Celecoxib Long-term Arthritis Safety Study. JAMA 2000;284:1247–55.

93. Hennan JK, Huang J, Barrett TD, et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001;104:820–5.

94. Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. PNAS 2002; 98:14583–8.

95. Catella-Lawson F, Reilly MP, Kapoor SC, et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001;345:1809–17.

96. Crofford L. Rational use of analgesic and antiinflammatory drugs [Editorial]. N Engl J Med 2001;345:1844–6.

97. Consensus Conference Report. Controversies in COX-2 selective inhibition. J Rheumatol 2002;29:1501–10.

42.

tion in the prediction of cardiovascular diseases in women. *N Engl J Med* 2000;342:836–843.

4. Koenig W, Sund M, Fröhlich M, Fischer HG, Lowel D, Doring A, Hutchinson MK, Pepys MB. C-reactive protein, a sensitive marker of inflammation, predicts future risk of coronary heart disease in initially healthy middle-aged men: results from the MONICA (Monitoring Trends and Determinants in Cardiovascular Disease) Augsburg Cohort Study, 1984 to 1992. *Circulation* 1999;99:237–242.

5. Danesh J, Whincup P, Walker M, Lennon L, Thomson A, Appleby P, Gallimore JR, Pepys MB. Low grade inflammation and coronary heart disease: prospective study and updated meta-analyses. *BMJ* 2000;321:199–204.

6. Mendall MA, Strachan DP, Butland BK, Ballam L, Morris J, Sweetnam PM, Elwood PC. C-reactive protein: relation to total mortality, cardiovascular mortality and cardiovascular risk factors in men. *Eur Heart J* 2000;21:1584–1590.

7. Ridker PM, Rifai N, Rose L, Buring JE, Cook NR. Comparison of C-reactive protein and low-density lipoprotein cholesterol levels in the prediction of first cardiovascular events. *N Engl J Med* 2002;347:1557–1565.

8. Ross R. Atherosclerosis—an inflammatory disease. *N Engl J Med* 1999;340:115–126.

9. Cheng TO. Tea is good for the heart. *Arch Intern Med* 2000;160:2397.

10. Cheng TO. Antioxidants in Chinese green tea *J Am Coll Cardiol* 1998;31:1214.

11. Inoki L. Green tea that is as grassy as a spring day. *Financial Times* May 5/6, 2001; XIII

doi:10.1016/S0002-9149(03)00103-6

## Significance of QT Dispersion

Our apologies; had we recognized that the purpose of Somberg and Molnar's[1] recent review of QT dispersion (QTd) was "to dispel the notion of Lee et al . . . that QTd was an artifact," we would have written sooner. We agree with many of the recent observations of Malik and Batchvarov[2] regarding QTd, but here we limit our comments to what we believe is an important misinterpretation of our findings by Somberg and Molnar.[1,3] We do accept the clinical usefulness and prognostic value of measured QTd as observed in practice. However, we do not think that QTd on the surface electrocardiogram (ECG) should be considered equivalent to localized heterogeneity of repolarization within the ventricle. Our paper indicates that QTd is found in 12-lead ECGs even when none exists,[4] as also shown by Macfarlane et al.[5] As we tried to make clear in our study, the transformation that we used to simulate 12-lead ECGs from a derived heart vector could not restore any non-dipolar content that may have been present in the original tracing. This is because there is no non-dipolar information in the heart vector, and

the transformation is not, as stated by Somberg and Molnar,[1] "like flipping a dice over and back." Rather, dispersion was found in our simulated 12-lead ECGs under these conditions because isoelectric projection of the T loop in some leads resulted in measured differences of QT. Accordingly, some, but not necessarily all, QTd can be explained by this T-wave projection phenomenon when the T loop is open rather than elongated. This is neither "artifact" nor localized heterogeneity of repolarization, but perhaps a clinically useful alternate definition of abnormal repolarization or T-wave morphology.

Paul Kligfield, MD
Peter M. Okin, MD
Ken W. Lee, MD
Gordon E. Dower, MD

New York, New York
14 January 2003

1. Somberg JC, Molnar J. The heart vector, the regional information in the electrocardiogram, and QT dispersion: reply (letter). *Am J Cardiol* 2002;90:1277.

2. Malik M, Batchvarov V. The heart vector, the regional information in the electrocardiogram, and QT dispersion (letter). *Am J Cardiol* 2002;90:1276–1277.

3. Somberg JC, Molnar J. Usefulness of QT dispersion as an electrocardiographically derived index. *Am J Cardiol* 2002;89:291–294.

4. Lee KW, Kligfield P, Dower GE, Okin PM. QT dispersion, T-wave projection, and heterogeneity of repolarization in patients with coronary artery disease. *Am J Cardiol* 2001;87:148–151.

5. Macfarlane PW, McLaughlin SC, Rodger JC. Influence of lead selection and population on automated measurement of QT dispersion. *Circulation* 1998;98:2160–2167.

doi:10.1016/S0002-9149(03)00239-0

## Blood Pressure Control and Rates of Edema Following the Administration of the Cyclooxygenase-2 Specific Inhibitors Celecoxib versus Rofecoxib in Patients With Systemic Hypertension and Osteoarthritis

A clinical study was designed to compare the renovascular effects of 2 selective cyclooxygenase (COX)-2 inhibitors, celecoxib and rofecoxib, in patients ≥65 years of age with osteoarthritis and controlled systemic hypertension treated with various antihypertensives.[1] In this study, somewhat lower rates of edema and hypertension were reported in the celecoxib treat-

ment group.[1] The authors concluded that the observed differences reflected a drug effect.

We believe that there is another equally plausible explanation for the observed imbalance in the incidence of hypertension and edema between the two COX-2 inhibitors. Namely, the doses were not appropriately matched. Given the dose-dependent nature of renal side effects, equally efficacious doses should have been compared. Available data suggest that the most appropriate comparison for the celecoxib 200-mg dose would have been rofecoxib 12.5 mg once daily (instead of the 25 mg that was tested).[2] Baseline patient characteristics and the number of patients taking various anti-hypertensive treatments at baseline were comparable in both treatment groups. Selective COX-2 inhibitors and nonselective nonsteroidal anti-inflammatory drugs (NSAIDs) have subtle effects on kidney function due to their inhibition of renal prostaglandins. Renal physiologic studies have demonstrated dose-dependent changes in glomerular filtration rate and sodium excretion with both rofecoxib and celecoxib that are similar to nonselective NSAIDs.[3] Based on these studies, it had been predicted that selective COX-2 inhibitors would share with NSAIDs the well-recognized renal-based side-effects, specifically, edema, blood pressure increase, and attenuation of the effects of antihypertensive agents, as well as the less frequent side-effects of heart failure and acute renal failure[4–6] that occur in a minority of patients. Celecoxib and rofecoxib product labels reflect this concern and advise the same renal precautions with both agents, as currently advised with conventional NSAIDs.

It is also important to critically assess the clinical importance of these drug effects. Because a complete safety and tolerability comparison of celecoxib and rofecoxib was not presented,[1] a reader may misinterpret the safety profile of these compounds. Fluid retention is one of the most common NSAID-related renal effects and is reported in approximately 5% of NSAID-treated patients, but it is rarely clinically significant.[7] The

most serious complication of fluid retention is congestive heart failure; the risk of congestive heart failure was not significantly different between the 2 groups. In addition, the proportion of patients who required a change or adjustment of medication regimen for either hypertension or edema was not significantly different between the 2 groups.

In summary, although there were differences observed in rates of edema and hypertension when comparing rofecoxib versus celecoxib in this study, it is possible that inappropriate selection of drug doses and/or the dosing regimen may have con-tributed to these findings. In addition, no definitive differences in clinically important events, such as congestive heart failure and adjustments in medication for hypertension or edema, were reported.

**Arthur Weaver,** MD
Pequot Lakes, Minnesota

**Michael Alderman,** MD
Bronx, New York

**Rhoda Sperling,** MD
New York, New York
24 January 2003

1. Whelton A, White WB, Bello AE, Puma JA, Fort JG, and the SUCCESS-VII Investigators. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90:959–963.
2. Geba G, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ, for the VACT Group. Efficacy of ro-fecoxib, celecoxib, and acetaminophen in osteoar-thritis of the knee: a randomized trial. JAMA 2002; 287:64–71.
3. Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2 selective inhibitors. Am J Nephrol 2001;21:1–15.
4. Brater DC. Effects of nonsteroidal anti-inflamma-tory drugs of renal function: focus of cyclooxyge-nase-2-selective inhibition. Am J Med 1999;107:65S–71S.
5. Boyd IW, Matthew TH, Thomas MC. COX-2 inhibitors and renal failure: the triple whammy re-visited. Med J Aust 2000;173:274–274.
6. Balasubramaniam J. Selective COX-2 inhibitors and nephrotoxicity. Am J Kidney Dis 2000;613:675–676.
7. Whelton A, Hamilton CW. Nonsteroidal anti-inflammatory drugs: effects on kidney function. J Clin Pharmacol 1991;31:588–598.

doi:10.1016/S0002-9149(03)00369-2

# Plaintiffs' Response re FOSSLIEN

# Footnote 25 of 28

# Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor[1]

STEPHAN LANG,[2] LINA LAUFFER, CHRISTOPH CLAUSEN, IREN LÖHR,
BÄRBEL SCHMITT, DIETER HÖLZEL,* BARBARA WOLLENBERG, OLIVIER GIRES,
ERNST KASTENBAUER, AND REINHARD ZEIDLER[†]

Department of Otorhinolaryngology, Head and Neck Surgery and *Institute for Medical Informatics,
Biometry, and Epidemiology at the Ludwig-Maximilians-University of Munich, Munich D-81377,
Germany; and [†]Vaecgene Biotech, Munich D-81377, Germany

## SPECIFIC AIMS

Carcinoma patients suffer from a tumor-suppressed immune system. This phenomenon is attributable to the tumor itself, which produces and secretes immunosuppressive factors such as prostaglandin E2 (PG), known to be elevated in cancer patients. Cyclooxygenase (COX) inhibitors that block PG synthesis demonstrated remarkable anti-cancer effects. Evidence has accumulated showing that inhibition of COX-2 plays a key role in suppressing multistep carcinogenesis. However, the exact mechanism as to how NSAIDs prevent cancer is still unclear.

## PRINCIPAL FINDINGS

### 1. CCR5 expression is reduced on monocytes isolated from tumor patients

Proper expression of chemokine receptors is a pivotal prerequisite for the extravasation of monocytes, and thus for physiological function. We recently demonstrated that the chemokine receptor CCR5 is down-regulated on monocytes after incubation of these cells in PG-containing supernatants from carcinoma cell lines. We have also shown that this receptor was not down-regulated when these supernatants were generated in the presence of NSAIDs, namely, aspirin or indomethacin. Since squamous cell carcinomas of the head and neck (SCCHN) overexpress COX-2 and consequently produce high amounts of PG, we investigated CCR5 expression levels and the migration capacity of monocytes from tumor patients vs. healthy donors in vivo.

PBMCs were isolated from SCCHN patients and healthy volunteers and were analyzed by flow cytometry. This first series of investigations revealed that monocytes from SCCHN patients ($n=31$) displayed significantly lower levels of surface CCR5 than those seen in healthy donors ($n=40$, $P=0.02$).

We asked whether soluble factors in the patients' sera accounted for this suppressive effect. We incubated monocytes from healthy donors for 1 day in allogeneic sera from either SCCHN patients or healthy volunteers.

These monocytes expressed significantly less CCR5 ($P=0.0266$) after incubation in allogeneic SCCHN sera ($2.88\pm0.75$; $n=8$) compared with their incubation in healthy sera ($3.90\pm0.98$; $n=10$). In conclusion, sera from tumor patients contain immunosuppressive factors that down-regulate CCR5 on monocytes.

### 2. Cyclooxygenase inhibition restores monocyte function

Considerable evidence supports the antineoplastic effect of NSAIDs. However, this effect is not well understood on the molecular level, and COX-dependent as well as COX-independent mechanisms have been described. Hence, cells expressing cyclooxygenase (especially COX-2), including tumor cells, are potential targets for NSAIDs.

To test this hypothesis, we initiated a clinical study with tumor patients suffering from SCCHN. Patients enrolled in this study received the COX-2-inhibiting drug Rofecoxib ($n=15$) for 3 wk before surgery and showed no side effects due to the drug. Patients of the control group ($n=13$) were left untreated. Monocytes from each patient were analyzed for CCR5 expression before ($=$day 0) and after this period ($=$day 21). Much to our surprise, within these 3 wk we observed a significant down-regulation of the CCR5 receptor on monocytes in the untreated control group ($P=0.0273$; **Fig. 1**), whereas CCR5 expression increased ($P=0.0027$) in the Rofecoxib-treated cancer patients to levels significantly higher at the end of the treatment period (day=21) than in the untreated control group ($P=0.0011$).

To test the immunosuppressive effects of tumor patients' sera, we incubated monocytes from healthy donors for 1 day with sera derived from cancer patients

[1] To read the full text of this article, go to http://www.fasebj.org/cgi/doi/10.1096/fj.02-0417fje; to cite this article, use FASEB J. (December 2002) 10.1096/fj.02-0417fje

[2] Correspondence: Department of Otorhinolaryngology, Head and Neck Surgery, Grosshadern Medical Center; Ludwig-Maximilians-University of Munich, Marchioninistr. 15; 81377 Munich, Germany. E-mail: stlang@hno.med.uni-muenchen.de

0892-6638/03/0017-0286 © FASEB



**Figure 1.** Rofecoxib improves CCR5 expression on monocytes. Percent change from base line of CCR5 expression on monocytes from SCCHN patients who were treated with Rofecoxib (25 mg/day) or left untreated (control). Base lines at day = 0 were set at 100% for each patient enrolled in this study. Horizontal lines show the mean changes. *P* values for comparison within a group are based on the Wilcoxon test; the nonparametric *U* test was used for intergroup comparison.



**Figure 2.** The migration capacity of monocytes, impaired in SCCHN patients (=day 0), can be significantly restored to almost normal levels (=healthy donors) by administration of Rofecoxib for 21 days.

before (day=0) and after (day=21) the oral intake of Rofecoxib for 3 wk preoperatively. Control patients were left untreated. Mean CCR5 values at day = 0 were set as the base line. At day 21, sera from control patients (*n*=8) more strongly suppressed CCR5 expression on healthy monocytes than did sera from patients of the Rofecoxib group (*n*=10; *P*=0.0014). Moreover, sera from patients of the control group were more suppressive at day = 21 than at day = 0 (*P*=0.0059). In contrast, the suppressive effect was significantly reversed in the Rofecoxib group (*P*=0.0142) within the same period (data not shown).

### 3. Rofecoxib improves the migration of monocytes from tumor patients

A prerequisite for proper immune function is the high degree of cell motility during immune responses. Cell migration is a complex process that includes chemoattraction and extravasation. Since we observed reduced expression of CCR5 on monocytes from tumor patients, we investigated the potential of these cells to migrate in the direction of a chemotactic stimulus, namely, MIP-1β. To do this, we conducted chemotaxis assays with primary monocytes isolated from patients with SCCHN or from healthy donors. Migration was performed toward MIP-1β (20 ng/mL) for 45 min through 8 μm

pore filters. As pointed out in **Fig. 2**, a significantly (*P*=0.0007) lower number (2.36%±3.40; *n*=16) of monocytes from SCCHN patients migrated compared with those from healthy donors (16.9%±14.1; *n*=6). The intake of Rofecoxib for 21 days improved migration (13.4%±12.3; *n*=10) almost to the levels of healthy persons. During the same period, the number of migrated monocytes from untreated tumor patients further declined to nearly undetectable levels (0.23%±0.41; *n*=6; data not shown).

### CONCLUSIONS AND SIGNIFICANCE

The COX pathway recently raised the interest of oncologists when COX-2 was found to be overexpressed in various tumors (7, 16). Since then, multiple experimental systems and epidemiological stud-



**Figure 3.** Tumor cells overexpress COX-2 and produce high amounts of PG, resulting in down-regulation of CCR5 and the impaired migration of monocytes. Inhibition of PG synthesis by NSAIDs such as aspirin, indomethacin, and Rofecoxib restores these parameters in tumor patients to practically normal levels.

ies have demonstrated that long-term use of NSAIDs reduces the risk of cancer remarkably (7, 9). Most important, specific COX-2 inhibitors such as Rofecoxib show promise as chemopreventive agents. The molecular mechanism underlying the antineoplastic effect of NSAIDs is not yet well understood, but may include their ability to inhibit prostaglandin synthesis.

In a clinical study with patients suffering from head and neck cancer, we observed significant suppression of chemokine receptor CCR5 expression and an impairment in monocyte migration capacity of monocytes compared with cells from healthy volunteers. Administration of Rofecoxib as a specific COX-2 inhibitor for 3 wk completely restored CCR5 expression and monocyte migration. Such a restoration in immunity is usually observed only after surgical removal of the tumor. Since COX-2 overexpression along with prostaglandin production can be found in various types of cancer, inhibition of this enzyme may contribute to the antineoplastic effects of NSAIDs.

Impairment of the immune system is a common phenomenon in tumor patients. Our data provide evidence that this immunosuppression is due at least in part to *soluble factors* produced by the tumor itself, since sera from tumor patients displayed a suppressive effect on monocytes from healthy donors. We emphasize that this down-regulation is a consequence of COX-overexpression, probably within the tumor, since it was reversible by a COX-2 inhibitor.

The data presented here are to the best of our knowledge the first to demonstrate a selective COX-2 inhibitor's immunorestorative effect in vivo and provide the rationale for the use of NSAIDs for chemoprevention or immunoadjuvant cancer therapies. We demonstrate that elevated COX-2 expression in cancer patients can no longer be considered a simple epiphenomenon of carcinogenesis, but rather as an active contributor to host immunosuppression. Taken together, we describe systemic effects of a selective COX-2 inhibitor on a whole class of immune effector cell in tumor patients. These data contribute to our understanding of the anti-tumor effect of these drugs at the molecular and functional level, and may help to improve the clinical prognosis of cancer patients. [FJ]

# Plaintiffs' Response re FOSSLIEN

# Footnote 26 of 28

© Basic & Clinical Pharmacology & Toxicology 2006 98 266–274
Printed in Denmark  All rights reserved

**Pharmacology&Toxicology**
Copyright ©
ISSN 1742 7835

*MiniReview*

# Non-Steroidal Antiinflammatory Drugs and the Risk of Acute Myocardial Infarction

Sonia Hernandez-Diaz[1], Cristina Varas-Lorenzo[2] and Luis A Garcia Rodriguez[3]

[1]Department of Epidemiology Harvard School of Public Health Boston, MA, U S A  [2]Pfizer, Global Epidemiology, Barcelona Spain, and [3]Spanish Center for Pharmacoepidemiological Research (CEIFE), Madrid, Spain

(Received August 1, 2005 Accepted October 9 2005)

*Abstract* Whether non-aspirin non-steroidal antiinflammatory drugs (NSAIDs) affect the risk of myocardial infarction is unclear Also, it is unknown whether the effect varies by individual NSAIDs To summarize the evidence from published observational studies on the risk of myocardial infarction associated with both traditional NSAIDs (tNSAIDs) and selective inhibitors of cyclooxygenase 2 (Coxibs), the authors conducted a systematic review of cohort and case-control studies on NSAIDs and myocardial infarction published between 2000 and 2005 Sixteen original studies were selected according to predefined criteria Two researchers independently extracted the data on individual study characteristics and results The authors calculated pooled relative risk (RR) estimates of myocardial infarction for specific NSAIDs compared with no NSAID use, tested the heterogeneity of effects, and evaluated potential reasons for heterogeneity The pooled RR of myocardial infarction was 0.98 (95% confidence interval (CI) 0 92–1 05) for naproxen 1 07 (95% CI 1 02–1 12) for ibuprofen, 1 44 (95% CI 1 32–1 56) for diclofenac, 0 96 (95% CI 0 90–1 02) for celecoxib and 1 26 (95% CI 1 17–1 36) for rofecoxib (all doses) The pooled RR for rofecoxib at doses >25 mg/day was 1 78 (95% CI 1 36–2 34), and 1 18 (95% CI 1 07–1 31) for doses ≤25 mg/day The RR associated with naproxen was 0 83 (95% CI 0 72–0 90) among non users of low dose aspirin The RR associated with rofecoxib (all doses) was 1 39 (95% CI 1 25–1 54) among subjects without a history of myocardial infarction The risk of myocardial infarction varies with individual NSAIDs An increased risk was observed for diclofenac and rofecoxib the latter one with a clear dose-response trend There was a suggestion of a small increased risk with ibuprofen Also, data suggest a small reduced risk for naproxen present only in non-users of aspirin mainly people free of clinically apparent vascular disease

Randomized clinical trials have shown that long-term use of low-dose aspirin reduces the risk of acute myocardial infarction by about 25% and 30% in patients with and without prior cardiovascular events, respectively (Antiplatelet Trialists' Collaboration 2002, Eidelman et al 2003) The benefit for secondary prevention appears to be clinically substantial shortly after initiating treatment while for primary prevention it might take years (Antiplatelet Trialists' Collaboration 2002) The antithrombotic action of aspirin is mainly due to inhibition of thromboxane A$_2$-mediated platelet aggregation related to a complete and irreversible inactivation of the cyclooxygenase-1 (COX-1) isoenzyme in platelets (Patrono et al 2004)

Some non-aspirin non-steroidal anti-inflammatory drugs (NSAIDs) could also have a clinically relevant impact on the risk of myocardial infarction On one hand, traditional NSAIDs (tNSAIDs) reduce inflammation by COX-2 inhibition and inhibit temporarily platelet aggregation by decreasing thromboxane A$_2$ synthesis via incomplete and re-

versible inactivation of COX-1, both mechanisms might translate into a reduction of the cardiovascular risk (Ross 1999, Patrono et al 2004) On the other hand, NSAIDs might promote platelet aggregation and vasoconstriction by depressing vascular prostacyclin synthesis via COX-2 inhibition (Patrono et al 2004) and potentially raise blood pressure (Gurwitz et al 1994, Johnson 1997) which would increase the cardiovascular risk Theoretically, selective COX-2 inhibitors (Coxibs), particularly those with a higher COX-2/COX-1 IC50 binding ratio, might favour thrombosis by causing an imbalance in the prostacyclin to thromboxane A$_2$ haemostatic equilibrium (Fitzgerald & Patrono 2001)

However, in contrast to aspirin, no clinical trial sufficiently powered has evaluated as *its primary objective* the potential beneficial or harmful cardiovascular effects of NSAIDs In fact, the impact of NSAIDs on cardiovascular outcomes had received very little attention until 2000, when one randomized controlled trial (VIGOR) found a significantly higher risk of myocardial infarction in patients free

Author for correspondence Sonia Hernandez Diaz, Department Epidemiology, Harvard School of Public Health 677 Huntington Avenue, Boston MA 02115 USA (fax +1 617 566 7805 e mail shernan@hsph harvard edu)

*Conflict of interest statement* Cristina Varas is a Pfizer employee Sonia Hernandez-Diaz and Luis A Garcia Rodriguez have served as consultants for manufacturers of COX 2 selective inhibitors

Case 2:05-md-01657-EEF-DEK   Document 5718-16   Filed 06/27/06   Page 19 of 47

of major cardiovascular disease randomized to rofecoxib 50 mg/day (0 4%) compared with those randomized to naproxen 1000 mg/day (0 1%) (Bombardier *et al* 2000) Also in 2000, the first epidemiologic study was published evaluating the role of tNSAIDs on the risk of myocardial infarction and reported an increased risk among long-term users of tNSAIDs as a group (Garcia Rodriguez *et al* 2000) Since then, an increased incidence of MI and stroke has been noted in 5 randomized controlled trials of rofecoxib and three other structurally distinct coxibs (etoricoxib, lumiracoxib, and valdecoxib) when they were compared with naproxen (Curtis *et al* 2003, Farkouh *et al* 2004) or placebo (Ott *et al* 2003, Bresalier *et al* 2005, Nussmeier *et al* 2005)

To evaluate their cardiovascular safety in clinical practice, we conducted a systematic review of observational studies on the risk of myocardial infarction in relation to use of both tNSAIDs and Coxibs

## Materials and Methods

We conducted a MEDLINE search using the keywords "non-aspirin non-steroidal anti-inflammatory drug" or "cyclooxygenase inhibitor" combined with "myocardial infarction" or "coronary heart disease" The search was restricted to human studies on adults published between 2000, when the first study was published (Garcia Rodriguez *et al* 2000) and 2005 We reviewed the abstracts of all the entries retrieved by this strategy When the study abstract had no clear reason for exclusion, the full article was obtained We also reviewed the references of selected articles and previous reviews related to NSAIDs and cardiovascular outcomes in order to capture those eligible articles that might have escaped our initial screening To be included in the analysis, articles had to (i) be case-control or cohort studies on tNSAID or coxib use and myocardial infarction, and (ii) provide either an estimate or enough data for us to estimate a relative risk (RR) comparing NSAID users with non-users Estimates published solely in letter, commentary or abstract forms were not considered Two of us applied these predefined inclusion criteria and independently extracted the data from the selected publications using a standardized data extraction form Decisions regarding inclusion of studies were reached by consensus

Sixteen studies were selected for the meta-analysis (Garcia Rodriguez *et al* 2000 & 2004, Ray *et al* 2002a, Schlienger *et al* 2002, Solomon *et al* 2002 & 2004, Watson *et al* 2002, Kurth *et al* 2003, Mamdani *et al* 2004 & 2005, Graham *et al* 2005, Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005, Levesque *et al* 2005) Of them, two articles based on the General Practice Research Database (GPRD) (Garcia Rodriguez *et al* 2000, Watson *et al* 2002) and another one based on a case-control study in Philadelphia (Kimmel *et al* 2004) were excluded because their study population overlapped with that of more recent versions However, we did consider additional sub-analyses if they were provided only in the earliest versions (e g RR estimates for individual tNSAID) (Kimmel *et al* 2004) In

addition, one study originally excluded for not presenting results with non-users as a reference was used in a comparison of Naproxen users with users of other tNSAIDs (Rahme *et al* 2002)

Adjusted RRs estimated in the original articles were collected together with information on study methodology and objective quality-related characteristics Variables assessed included authors, year of publication, journal, source of funding, geographic region, study years, source population, inclusion and exclusion criteria, source of cases, source of controls, outcome definition, source of exposure information, exposure definition, sample size, validation of cases obtained from computerized data by medical chart review, and attempt to control for confounding

We calculated a summary RR and 95 percent confidence interval (CI), weighing study estimates by the inverse of the variance and estimating linear predictors for the log effect measure (DerSimonian & Laird 1986) In addition to these fixed effects estimates, we also calculated the corresponding random effects The odds ratio from case-control studies was assumed to provide a valid estimate of the relative risk To determine whether it was appropriate to pool the individual results into one common summary measure, the heterogeneity in effects between studies was analyzed using the DerSimonian and Laird's test statistic (Q) We explored potential publication bias qualitatively using a "funnel plot" (Cooper & Hedges 1994) Because definitions of NSAID use based on prescription data may underestimate exposure, we performed a sensitivity analysis to assess the influence of a plausible range of unaccounted over-the-counter (OTC) NSAID use as well as the influence of potential differential recall in one interview-based study (Greenland 1996)

## Results

The 16 studies included in this review are described in table 1 Table 2 shows the individual RRs of myocardial infarction for specific NSAIDs compared with no use The pooled RR was 1 09 (95% CI 1 06–1 13) for tNSAIDs overall, 0 98 (95% CI 0 92–1 05) for naproxen, 1 07 (95% CI 1 02–1 12) for ibuprofen, and 1 44 (95% CI 1 32–1 56) for diclofenac (fig 1) Some studies reported also the RR associated with other individual tNSAIDs, the RRs ranged from 0 83 to 1 39 for ketoprofen, 0 79 to 1 65 for piroxicam, 1 95 to 2 06 for fenbufen and 0 86 to 1 30 for indomethacin (Garcia Rodriguez *et al* 2000 & 2004, Schlienger *et al* 2002, Graham *et al* 2005) However, these estimates were based in few users and therefore the confidence limits were wide Comparisons of naproxen users with users of other tNSAIDs yielded a pooled RR of 0 79 (95% CI 0 71–0 89) (Rahme *et al* 2002, Ray *et al* 2002b, Solomon *et al* 2002, Watson *et al* 2002, Garcia Rodriguez *et al* 2004, Hippisley-Cox & Coupland 2005)

For Coxibs, the pooled RR of MI was 0 96 (95% CI 0 90–1 02) for celecoxib and 1 26 (95% CI 1 17–1 36) for rofecoxib, compared with no NSAID use (table 2 and fig

268                    SONIA HERNANDEZ-DIAZ ET AL                                    MiniReview

Table 1

Description of published studies on non aspirin non steroidal anti inflammatory drugs (NSAIDs) and the risk of myocardial infarction

| Author, year | Source population (study period) | Study population Age (years) | Study design | Aspirin users | Outcome definition | Validation of cases | Exposure assessment | Exposure definition |
|---|---|---|---|---|---|---|---|---|
| (Garcia Rodriguez et al 2000) | GPRD, UK (1991–1995) | N=164,769 women 50–74 | Nested case-control | Yes | First MI & CHD death | Complete | Computerized prescriptions | Use in last 30 days |
| (Ray et al 2002b) | Tennessee Medicaid, USA (1987–1998) | N=262,644 50–84 | Cohort | Yes | MI hospitalization & CHD death | External | Computerized pharmacy records | New users [†] |
| (Solomon et al 2002) | Medicare – Medicaid, USA (1991–1995) | N=22,225 >64–<85 | Nested case-control | No | First MI hospitalization | External | Computerized pharmacy records | Use at index date |
| (Watson et al 2002) | GPRD, UK (1988–1999) | N=16 937 RA 40–79 | Nested case-control | No | First MI [†] | Partial | Computerized prescriptions | Use at index date |
| (Schlienger et al 2002) | GPRD, UK (1992–1997) | N=16,454 <75 | Nested case control | Yes | First MI | External | Computerized prescriptions | Use at index date |
| (Ray et al 2002a) | Tennessee Medicaid USA (1999–2001) | N=453 962 50–84 | Cohort | Yes | MI hospitalization & CHD death | External | Computerized pharmacy records | Use at index date |
| (Mamdani et al 2003) | Ontario Health Care Databases, Canada (1998–2001) | N=166,864 >=65 | Cohort | Yes | MI hospitalization | No | Computerized pharmacy records | Use at index date |
| (Kurth et al 2003) | Physicians' Health Study, USA (1982–1988) | N=22 069 40–84 | Cohort | Yes[2] | First MI | Complete | Self-reported use in annual questionnaire | Use >5 days within 30 days before last questionnaire |
| (Kimmel et al 2004) | 36 hospitals in Philadelphia USA (1998–2001) | N=4859 40–75 | Case-control | Yes[2] | First non fatal MI | Complete | Self-reported use in tele phone interview within 4 months after MI | Use in last 7 days (controls) or in 7 days before MI (cases) |
| (Garcia Rodriguez et al 2004) | GPRD UK (1997–2000) | N=404 183 50–84 | Nested case control | Yes | MI hospitalization & CHD death | Partial | Computerized prescriptions | Use in last 30 days |
| (Solomon et al 2004) | Medicare – Medicaid, USA (1999–2000) | N=251,298 >64–<85 | Nested case-control | Yes | MI hospitalization | Partial | Computerized pharmacy records | Use at index date |
| (Graham et al 2005) | Kaiser Permanente, CA USA (1999–2001) | N=1,394 764 18–84 | Nested case-control | Yes | MI hospitalization & CHD death | External | Computerized prescriptions | Use at index date[3] |
| (Kimmel et al 2005) | 36 hospitals in Philadelphia USA (1998–2002) | N=8518 40–75 | Case-control | Yes | First non fatal MI | Complete | Self-reported use in tele-phone interview within 4 months after MI | Use in last 7 days (controls) or in 7 days before MI (cases) |
| (Levesque et al 2005) | Quebec Administrative Health Databases, Canada (1999–2002) | N=113,297 >=66 | Nested case-control | Yes | First MI hospitalization | External | Computerized pharmacy records | Use at index date |
| (Johnsen et al 2005) | North Jutland Vigor & Aarhus, Denmark (2000–2003) | N=102,557 >20 | Case-control | Yes | First MI hospitalization | External | Computerized prescriptions | Use in the last 30 days |
| (Hippisley-Cox & Coupland 2005) | QRESEARCH UK (2000–2004) | N=95 567 25–100 | Nested case-control | Yes | First MI | External | Computerized prescriptions | Use in last 90 days |

MI Acute fatal and non-fatal myocardial infarction unless otherwise specified CHD Coronary heart disease RA Rheumatoid arthritis GPRD General Practice Research Database
[†] Restricted to first MI Original paper included cerebrovascular events and sudden death
[2] We used only non-users of aspirin The papers also present results for NSAIDs as a class for users of aspirin
[3] Compared with remote exposure to NSAIDs

Table 2

Relative risk of myocardial infarction associated with naproxen, ibuprofen diclofenac, celecoxib and rofecoxib use, compared with no NSAID use Results from published studies and pooled estimates

| Author, year | Cases (N) | NSAIDs RR (95% CI) | Naproxen RR (95% CI) | Ibuprofen RR (95%CI) | Diclofenac RR (95% CI) | Celecoxib RR (95% CI) | Rofecoxib RR (95% CI) |
|---|---|---|---|---|---|---|---|
| | | | | | Non selective | | |
| **Cohort and nested case-control studies** | | | | | | | |
| Ray et al (2002a) | 6,362 | 1.05 (0.97-1.14) | 0.95 (0.82-1.09) | 1.15 (1.02-1.28) | NA | NA | NA |
| Solomon et al (2002) | 4,425 | 1.00 (0.92-1.08) | 0.84 (0.72-0.98) | 1.02 (0.88-1.18) | NA | NA | NA |
| Schlienger et al (2002) | 3,319 | 1.17 (0.99-1.37) | 0.68 (0.42-1.13) | NA | NA | NA | NA |
| Ray et al (2002b) | 5,316 | 1.00 (0.92-1.08) | 0.93 (0.82-1.06) | 1.01 (0.77-1.33) | 1.38 (1.08-1.77) | 0.96 (0.76-1.21) | 1.14 (0.89-1.45)[4] |
| Mamdani et al (2003) | 701 | 1.2 (0.9-1.4)[2] | 1.0 (0.6-1.7) | NA | NA | NA | 1.0 (0.8-1.4) |
| Kurth et al (2003)[3] | 239 | 0.21 (0.03-1.48) | NA | NA | NA | NA | NA |
| Garcia Rodriguez et al (2004) | 4,795 | 1.07 (0.95-1.20) | 0.89 (0.64-1.24) | 1.06 (0.87-1.29) | 1.18 (0.99-1.40) | NA | NA |
| Solomon et al (2004) | 10,895 | NA | NA | NA | NA | 0.93 (0.84-1.02) | 1.14 (1.00-1.31) |
| Graham et al (2005) | 8,143 | 1.10 (1.03-1.18)[1] | 1.14 (1.00-1.30) | 1.06 (0.96-1.17) | 1.60 (0.92-2.79) | 0.84 (0.67-1.04) | 1.34 (0.98-1.82) |
| Levesque et al (2005) | 2,844 | 1.00 (0.73-1.37)[2] | 1.17 (0.75-1.84) | NA | NA | 0.99 (0.85-1.16) | 1.24 (1.05-1.46) |
| Hippisley-Cox & Coupland (2005) | 9,218 | 1.32 (1.14-1.52)[1] | 1.27 (1.01-1.60) | 1.24 (1.11-1.39) | 1.55 (1.39-1.72) | 1.21 (0.96-1.54) | 1.32 (1.09-1.61) |
| | | | **Pooled RR (95%CI) from cohort and nested case-control studies** | | | | |
| Fixed effects | | 1.07 (1.03-1.10) | 0.98 (0.92-1.05) | 1.09 (1.04-1.15) | 1.44 (1.32-1.56) | 0.95 (0.89-1.02) | 1.20 (1.10-1.30) |
| Random effects | | 1.09 (1.02-1.15) | 0.98 (0.89-1.10) | 1.08 (1.00-1.17) | 1.39 (1.18-1.64) | 0.95 (0.88-1.03) | 1.20 (1.10-1.30) |
| Heterogeneity (P) | | 0.0109 | 0.0240 | 0.0460 | 0.0590 | 0.3260 | 0.6420 |
| **Case Control studies** | | | | | | | |
| Kimmel et al (2004)[3] | 1,055 | NA | 0.48 (0.28-0.82) | 0.52 (0.39-0.69) | NA | NA | NA |
| Kimmel et al (2005) | 1,718 | 0.61 (0.52-0.71) | NA | NA | NA | 0.43 (0.23-0.79) | 1.16 (0.70-1.93) |
| Johnsen et al (2005) | 9,287 | 1.68 (1.52-1.85) | 1.50 (0.99-2.29) | NA | NA | 1.25 (0.97-1.62) | 1.80 (1.47-2.21) |
| | | | **Pooled RR (95%CI) from case-control studies** | | | | |
| Fixed effects | | 1.26 (1.16-1.36) | 0.97 (0.69-1.35) | NA | NA | 1.06 (0.84-1.35) | 1.69 (1.40-2.05) |
| Random effects | | 1.01 (0.38-2.74) | 0.86 (0.28-2.62) | NA | NA | 0.76 (0.27-2.16) | 1.54 (1.02-2.33) |
| Heterogeneity (P value) | | <0.0001 | <0.0001 | NA | NA | <0.0001 | 0.1080 |
| | | | **Pooled R.R. (95%CI) from all studies** | | | | |
| Fixed effects | | 1.09 (1.06-1.13) | 0.98 (0.92-1.05) | 1.07 (1.02-1.12) | 1.44 (1.32-1.56) | 0.96 (0.90-1.02) | 1.26 (1.17-1.36) |
| Random effects | | 1.08 (0.95-1.22) | 0.98 (0.87-1.11) | 1.01 (0.89-1.15) | 1.39 (1.18-1.64) | 0.97 (0.86-1.08) | 1.27 (1.12-1.44) |
| Heterogeneity (P value) | | <0.0001 | 0.0010 | <0.0001 | 0.0590 | 0.0250 | 0.0240 |

[1] We used the weighted average of tNSAIDs
[2] NSAIDs excluding naproxen
[3] Among non-users of aspirin
[4] We used the weighted average of the dose-specific estimates

270            SONIA HERNANDEZ-DIAZ *ET AL*            *MtmReview*



Fig 1 Pooled and individual relative risks and 95% confidence intervals for the risk of myocardial infarction associated with the use of naproxen ibuprofen and diclofenac compared with no NSAID use



Fig 2 Pooled and individual relative risks and 95% confidence intervals for the risk of myocardial infarction associated with the use of celecoxib and rofecoxib compared with no NSAID use *Compared with celecoxib

2) Comparisons of rofecoxib users with users of celecoxib yielded a pooled RR for rofecoxib of 1 32 (95% CI 1 14–1 53) (Solomon *et al* 2004, Graham *et al* 2005, Kimmel *et al* 2005)

Too few studies evaluated the effect of duration and dose for us to present pooled RR estimates (Garcia Rodriguez *et al* 2002 & 2004, Ray *et al* 2002b, Schlienger *et al* 2002, Solomon *et al* 2002 & 2004, Graham *et al* 2005) However, for tNSAIDs, within individual studies, results did not change significantly with treatment duration, daily doses, or half-lives Two studies suggested a small increased risk of myocardial infarction associated with NSAIDs only during the first months of treatment (Garcia Rodriguez *et al* 2000, Johnsen *et al* 2005), while a re-analysis of data from one study found a greater risk for chronic treatment with diclofenac than for short treatment duration (Garcia Rodriguez *et al* 2000, Garcia Rodriguez & Gonzalez Perez, unpublished results) One study reported a greater risk with high doses of ibuprofen (Ray *et al* 2002b)

For Coxibs, studies which evaluated the dose effect for rofecoxib found a greater RR for doses >25 mg/day (pooled RR=1 78, 95% CI 1 36–2 34) than for doses ≤25 mg/day (pooled RR=1 18, 95% CI 1 07–1 31) (Ray *et al* 2002a, Solomon *et al* 2004, Graham *et al* 2005, Levesque *et al* 2005), but did not find a dose-response for celecoxib It has also been suggested that the RR for rofecoxib is higher during the first months of treatment than afterward (Solomon *et al* 2004)

### Analysis of heterogeneity

Statistically significant heterogeneity was found between effect measures obtained in different studies Therefore, we examined the possible relation of disagreement between results to a variety of study characteristics

*Study design* Pooled estimates for cohort and nested case-control studies were relatively similar However, there was significant heterogeneity within case-control studies, which reported both the highest (Johnsen *et al* 2005) and the lowest (Kimmel *et al* 2004 & 2005) RR estimates (table 2)

*Demographic characteristics* Studies reported similar results for both sexes and all ages (Schlienger *et al* 2002, Solomon *et al* 2002, Mamdani *et al* 2003, Garcia Rodriguez *et al* 2004, Hippisley-Cox & Coupland 2005)

*Aspirin use* For studies that allowed aspirin use, in which 15-30% of the persons used aspirin, the pooled RR was 1 03 (95% CI 0 96-1 10) for naproxen and 1 10 (95% CI 1 04-1 16) for ibuprofen, compared with no NSAID use (Ray *et al* 2002a & b, Schlienger *et al* 2002, Mamdani *et al* 2003, Garcia Rodriguez *et al* 2004, Graham *et al* 2005, Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005, Levesque *et al* 2005) For studies, or sub-analysis within studies, that excluded aspirin users the pooled RR was 0 83 (95% CI 0 72-0 90) for naproxen and 0 88 (95% CI 0 78-1 01) for ibuprofen, compared with no NSAID use (Solomon *et al* 2002, Watson *et al* 2002, Kimmel *et al* 2004, Levesque *et al* 2005) Fewer studies evaluated the interaction between aspirin and coxibs In one study the RR of myocardial infarction for rofecoxib, compared with no NSAID use, was similar for users and non-users of aspirin (Kimmel *et al* 2005) Another study suggested that aspirin use reduces the RR for users of low-doses but not for users of high-doses of rofecoxib, and that it does not modify the association between celecoxib and myocardial infarction (Levesque *et al* 2005)

*Underlying arthritis* The most frequent indication was osteoarthritis in the studies that provided this information The potential effect modification by underlying rheumatoid arthritis is difficult to evaluate because only one study restricted the source population to patients with rheumatoid arthritis (Watson *et al* 2002) However, another study found similar results for subjects with and without rheumatoid arthritis (Garcia Rodriguez *et al* 2004)

*Outcome definition* Pooled RR estimates for studies that included only first myocardial infarctions were 0 95 (95% CI 0 85-1 07) for naproxen, 1 08 (95% CI 0 99-1 17) for ibuprofen, 1 05 (95% CI 0 94-1 18) for celecoxib, and 1 39 (95% CI 1 25-1 54) for rofecoxib, compared with no NSAID use (Solomon *et al* 2002, Schlienger *et al* 2002, Kimmel *et al* 2004, Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005, Levesque *et al* 2005) The corresponding RRs for studies that included any myocardial infarction were 1 00 (95% CI 0 93-1 07) for naproxen, 1 06 (95% CI 1 00-1 13) for ibuprofen, 0 92 (95% CI 0 85-0 98) for celecoxib and 1 15 (95% CI 1 03-1 28) for rofecoxib (Ray *et al* 2002a & b, Mamdani *et al* 2003, Garcia Rodriguez *et al* 2004, Solomon *et al* 2004, Graham *et al* 2005)

## Sensitivity analyses The role of biases

Most studies used prospectively collected computerized records to assess NSAID use and, therefore, did not account for OTC use That would be particularly relevant for ibuprofen, but also for naproxen, and more so in studies performed in North American populations where OTC use of tNSAIDs is more widespread However, the completeness of their information should be similar for persons who did and did not develop an myocardial infarction after the exposure information was collected To quantify the impact of unaccounted OTC tNSAID use, we conducted a sensitivity analysis assuming 6% of the subjects were exposed to prescription naproxen (based on the studies included in this review), and that 50% of the total use was OTC (this estimate would realistically be smaller for all the studies performed in Europe) and thereby was unrecorded Under these assumptions, the true pooled RR for naproxen would have been 0 97 instead of 0 98

One group used self-reported information on NSAIDs (both prescription and OTC), collected through a telephone interview (Kimmel *et al* 2004) The time window for recall was up to 7 days for controls and up to 4 months after the myocardial infarction for cases, thus, there might have been more underreporting of NSAID use for cases than for controls (i e, differential exposure misclassification) The authors performed a sensitivity analysis themselves, upon adjustment for potential participation bias (60% and 54% participation rates among cases and controls, respectively) and recall bias (80-100% sensitivity and 98% specificity for cases), the RR for tNSAIDs moved from 0 53 to 0 66

Another study used self-reported prospectively collected information on tNSAID use (Kurth *et al* 2003) Non-differential misclassification might be considerable in this study since the frequency of use (or lack of use) during one month, as collected through a mailed questionnaire, was extrapolated to the whole year Using data from one of the studies (Garcia Rodriguez *et al* 2004), we estimated that only slightly over half of all tNSAID users at one point in time were also users one year later Under this scenario, one would expect a bias towards the null Yet, the RR estimate for tNSAIDs was 0 21 Of note, this estimate was dependent on 1 single case exposed to tNSAIDs regularly (>59 days/year) The authors acknowledged the limited statistical power

All the studies attempted to control for potential confounders by restriction, matching, and/or model adjustment The most frequent confounders considered were calendar year, age, sex, race, smoking, prior history of myocardial infarction, use of aspirin, use of hormone replacement therapy, hypercholesterolaemia, diabetes, hypertension, other cardiovascular diseases, and other non-cardiovascular co-morbidities In most populations, tNSAID users were more likely to have cardiovascular risk factors than non-users (Kurth *et al* 2003, Mamdani *et al* 2003, Ray *et al* 2002a, Garcia Rodriguez *et al* 2004), and users of coxibs had slightly more cardiovascular risk factors than non-users

SONIA HERNANDEZ-DIAZ *ET AL* *MiniReview*

or users of tNSAIDs (Ray *et al* 2002a, Mamdam *et al* 2003, Solomon *et al* 2004, Graham *et al* 2005, Hippisley-Cox & Coupland 2005, Kimmel *et al* 2005) Within studies that presented crude and adjusted results, or enough data to estimate them, adjusting for measured confounders changed the RR estimates for naproxen 1 to 20% (average of 7% towards a protective effect) For rofecoxib, RR estimates moved most often towards the null after adjustment (average 13% downward) Of note, one study evaluated the potential confounding by indication and found a RR for myocardial infarction of 6 3 in the small group of patients receiving tNSAIDs for unspecific chest pain (Garcia Rodriguez *et al* 2004)

The plot of sample size versus effect size was shaped like a pyramid, with the apex pointing up around a RR of 1 10 for tNSAIDs as a class, except for the two most recent studies which reported unexpectedly elevated RRs for their large sample sizes (Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005) (fig 3) When we performed a cumulative meta-analysis, the pooled RR estimates for naproxen were consistently the lowest of all studied tNSAIDs until 2004 (RR = 0 88, 95%CI 0 80–0 95), with no significant heterogeneity observed between the nine studies Whereas, upon inclusion of four studies published in 2005, the corresponding pooled RR associated with naproxen was 0 98 (95% CI 0 92–1 05) with statistically significant heterogeneity

## Discussion

On average, observational studies published to date suggest a 10% increased risk of myocardial infarction among users of tNSAIDs, with noticeable variability between the three most commonly studied individual tNSAIDs Compared with no NSAID use, naproxen was associated with a non-significant 2% reduced risk of myocardial infarction in the general population, while results for ibuprofen and diclofenac were compatible with a 7% and 44% increased risk, respectively Results for Coxibs suggest that rofecoxib use increases the risk of myocardial infarction in the order of 30%, and that the risk elevation is higher for doses >25 mg/day (78%) than for lower doses (18%) Celecoxib was not associated with a significantly increased risk, irrespective of dose

Analyses restricted to non-users of aspirin suggested a small protective effect for naproxen and no significant effect, neither beneficial nor harmful, for ibuprofen Upon inclusion of aspirin users, studies showed no effect of concomitant naproxen use and a slightly increased risk associated with ibuprofen These results are biologically plausible since ibuprofen and aspirin, unlike other tNSAIDs, compete for a common site on the COX-1 enzyme and, thereby, continuous ibuprofen use could partly antagonize the irreversible platelet inhibition induced by aspirin (Catella-Lawson *et al* 2001) However, observational studies have both supported (MacDonald & Wei 2003) and refuted (Patel & Goldberg 2004) the hypothesis that ibuprofen may diminish the cardioprotection afforded by aspirin



Fig 3 Funnel plot The relative risk for non-selective NSAIDs overall, compared with no NSAID use from each study is plotted on the horizontal axis and an estimate of its precision (in this case number of cases) on the vertical axis

If the protective effect of naproxen in non-aspirin-treated individuals together with a small pharmacodynamic negative interaction of aspirin and ibuprofen and the elevated risk for diclofenac prove to be true, it might help to reconcile in part the cardiovascular safety signal from the VIGOR trial (which compared rofecoxib at 50 mg/day with naproxen and excluded aspirin users) (Bombardier *et al* 2000) and the lack of signal from the CLASS trial (which compared celecoxib at 800 mg/day with ibuprofen or diclofenac and included 21% of aspirin users) (Silverstein *et al* 2000, White *et al* 2002)

However, the magnitude of the risk reduction potentially associated with naproxen in non-aspirin-treated individuals according to observational studies (up to 20%) could only explain some of the difference between naproxen and rofecoxib observed in VIGOR (75%) In addition, observational studies with either non-users of NSAIDs or celecoxib as the reference group found an increased risk of myocardial infarction in users of rofecoxib, particularly for doses >25 mg/day (Ray *et al* 2002a, Mamdam *et al* 2003, Solomon *et al* 2004, Graham *et al* 2005, Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005, Levesque *et al* 2005) Therefore, a more plausible explanation to the VIGOR findings seems to be that rofecoxib, and most likely other Coxibs as well (Curtis *et al* 2003, Farkouh *et al* 2004, Nussmeier *et al* 2005, Pfizer Statement on New Information Regarding Cardiovascular Safety of Celebrex 2004, Solomon *et al* 2005) increase the clinical cardiovascular hazard, particularly when used at high-dose and with a long plasma half-life, through permanent inhibition of COX-2 or through other unknown mechanisms (FitzGerald 2004, FitzGerald & Patrono 2001)

Indeed, in September 2004, rofecoxib was voluntarily withdrawn from the market based on a 100% increased risk of cardiovascular events in patients treated with 25 mg/day of rofecoxib for longer than 18 months compared with placebo found in the APPROVE trial (Merck Announces Voluntary Worldwide Withdrawal of VIOXX 2004, Bresalier *et al* 2005) In December 2004, the APC trial was prematurely

stopped after 3 years of follow-up because it showed a dose-response relationship between long-term celecoxib and thrombotic cardiovascular events (Solomon *et al* 2005), yet, a similar trial, the PreSAP, did not find differences between celecoxib and placebo with respect to the cardiovascular risk (Pfizer Statement on New Information Regarding Cardiovascular Safety of Celebrex 2004) In April 2005, health authorities asked Pfizer to suspend the sales and marketing of valdecoxib based in part on cardiovascular concerns raised by short-term trials in patients undergoing coronary artery bypass grafting (Nussmeier *et al* 2005)

Observational studies are prone to confounding, selection, and information bias, and meta-analyses based on biased studies can only produce biased pooled estimates We estimated the expected direction and magnitude of these biases under plausible assumptions Further correction for known confounders would have probably resulted in slightly more protective effect estimates for naproxen and slightly less harmful estimates for rofecoxib The net impact of plausible levels of non-differential under-recorded use of OTC tNSAID use in studies where information on drug exposure came from computerized prescriptions would have been a negligible underestimation of the RRs On the other hand, the one case-control study where drug use information came from retrospective telephone interviews found noticeably lower RRs Correction for the potential differential misclassification was compatible with values closer to those found in other studies Until 2004, publication bias seems unlikely and, as expected, less informative studies tended to present the most extreme results However, recently published studies reported unexpectedly elevated RRs for their large sample sizes Moreover, in contrast to previous publications, the RRs in recent studies were considerably elevated for all NSAIDs, including naproxen (Hippisley-Cox & Coupland 2005, Johnsen *et al* 2005)

To put these RRs into perspective, let us assume that a given coxib treatment regime was associated with a 100% increase in the risk of myocardial infarction Since the incidence of myocardial infarction in the general population is around 2 cases per 1,000 person-years, one would expect 4 cases per 1,000 person-years among coxib users, 2 of whom could be attributable to the treatment Yet, for a given RR, the net impact would be larger in patients with a higher baseline risk Moreover, if we were to estimate the risk-benefit ratio of individual coxibs versus tNSAIDs, the cardiovascular harms would have to be balanced against the gastrointestinal safety benefits within groups of patients with specific cardiovascular and gastrointestinal risk profiles In general, the gastrointestinal benefits might offset the cardiovascular harms in certain groups of patients where the gastrointestinal risk is high and the cardiovascular risk is low Along this line of evidence, in 2005, regulatory agencies like the FDA in the US, the EMEA in Europe, the ADEC in Australia, or the HSA in Asia concluded that the benefits of certain coxibs outweigh the potential risks in *properly selected* (i e , patients at low cardiovascular risk) and informed patients, and ad-

vised to use the lowest effective dose for the shortest possible duration of treatment

In summary, findings from observational studies included in this review suggest a manifest variability of effect on the risk of myocardial infarction between individual tNSAIDs Results were mainly null for naproxen and ibuprofen, while diclofenac was associated with an increased risk However, use of naproxen was associated with a 17% reduced risk among people who do not use aspirin, a population with a relatively low risk of coronary heart disease For Coxibs, there appears to be a dose-response relationship between rofecoxib and the risk of myocardial infarction, but no significantly elevated risk for celecoxib, irrespective of dose, in clinical practice Thus, although there are still competing mechanistic hypotheses on the exact mechanisms underlying the cardiovascular hazard observed among some users of NSAIDs, it appears that the division between tNSAIDs and Coxibs is not helpful in predicting quantitatively their cardiovascular risk Attention needs to be refocused on the modulating effects of daily dose, plasma half-life, duration of treatment, selectivity actually attained *in vivo* and interaction with aspirin or background cardiovascular profile

### Acknowledgements

We thank Drs Carlo Patrono, Garret FitzGerald, Susanne Perez-Gutthann, and Jordi Castellsague for their comments

### References

Antiplatelet Trialists Collaboration Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction and stroke in high risk patients *Brit Med J* 2002, 324, 71–86

Bombardier, C L Laine, A Reicin, D Shapiro R Burgos Vargas, B Davis, R Day, M Ferraz, C Hawkey, M Hochberg, T Kvien, T Schnitzer & VIGOR Study Group Comparison of upper gas trointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis VIGOR Study Group *New Engl J Med* 2000 343, 1520–1528

Bresalier, R , R Sandler H Quan, J Bolognese, B Oxenius, K Horgan, C Lines, R Riddell D Morton, A Lanas, M Konstam & J Baron Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial The Adenomatous Polyp Prevention on Vioxx (APPROVe) trial investigators *New Engl J Med* 2005, 352, 1092–1102

Catella-Lawson, F, M Reilly, S Kapoor A Cucchiara S DeMarco & B Tournier Cyclooxygenase inhibitors and the antiplatelet effects of aspirin *New Engl J Med* 2001, 345, 1809–1817

Cooper, H & L V Hedges *The handbook of research synthesis* Russel Sage Foundation New York, 1994

Curtis, S P S Mukhopadhyay, D Ramey & A Reicin Etoricoxib cardiovascular safety summary *Circulation* 2003, 108, S1758

DerSimonian, R & N Laird Meta analysis in clinical trials *Controlled Clin Trials* 1986 7, 177–188

Eidelman R , P Hebert, S Weisman & C H Hennekens An update on aspirin in the primary prevention of cardiovascular disease *Arch Int Med* 2003 163, 2006–2010

Farkouh, M E , H Kirhner, A A Harrington, S Ruland, F W Verheugt, T J Schnitzer G R Burmester, E Mysler, M C Hochberg, M Doherty, E Ehrsam S Gitton, G Krammer, B Mellein, A Gimona, P Matchaba C Hawkey & J J Chesebro Comparison of lumiracoxib with naproxen and ibuprofen in the

274            SONIA HERNANDEZ DIAZ *ET AL*         *MiniReview*

Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes randomised controlled trial *Lancet* 2004, 364 675–684

FitzGerald, G Coxibs and cardiovascular disease *New Engl J Med* 2004 351 1709–1711

Fitzgerald, G & C Patrono The coxibs, selective inhibitors of cyclooxygenase-2 *New Engl J Med* 2001 345 433–442

Garcia Rodriguez, L A , C Varas-Lorenzo, A Maguire, J Caste Ilsague A Gonzalez Perez A, S Perez-Gutthann & F Arellano Non steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population *Circulation* 2004 109, 3000–3006

Garcia Rodriguez, L A , C Varas-Lorenzo & C Patrono Different trial effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women *Epidemiology* 2000, 11, 383–387

Graham, D , D Campen, R Hui M Spence, C Cheetham, G Levy S Shoor & W Ray Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non steroidal anti-inflammatory drugs nested case control study *Lancet* 2005, 365, 4996–5002

Greenland S Basic methods for sensitivity analysis of biases *Int J Epidemiol* 1996 25 1107–1116

Gurwitz J , J Avorn & R Bohn Initiation of antihypertensive treatment during non-steroidal antiinflammatory drug therapy *J Amer Med Ass* 1994, 272 781–786

Hippisley-Cox J & C Coupland Risk of myocardial infarction in patients taking cyclo oxygenase-2 inhibitors or conventional non steroidal anti inflammatory drugs population based nested case control analysis *Brit Med J* 2005, 330, 1366–1372

Johnsen S P H Larsson, R E Tarone, J K McLaughlin B Norgard F Sorensen & H T Sorensen Risk of hospitalization for myocardial infarction among users of Rofecoxib Celecoxib and Other NSAIDs *Arch Int Med* 2005, 165, 978–984

Johnson A NSAIDs and increased blood pressure What is the clinical significance *Drug Safety* 1997 17 277–289

Kimmel S E , J A Berlin, M Reilly, J Jaskowiak, L Kishel J Chittams & B L Strom Patients exposed to rofecoxib and cele coxib have different odds of nonfatal myocardial infarction *Ann Int Med* 2005, 142 157–164

Kimmel S E , J A Berlin, M Reilly J Jaskowiak L Kishel & B L Strom The effects of nonselective non-aspirin non steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin *J Amer Coll Cardiol* 2004 43 985–990

Kurth T R Glynn, A Walker, K Chan, J Buring, C Hennek ens & J Gaziano Inhibition of clinical benefits on first myocardial infarction by nonsteroidal anti-inflammatory drugs *Circulation* 2003 108, 1191–1195

Levesque L E J M Brophy & B Zhang The risk for myocardial infarction with cyclooxygenase-2 inhibitors A population study of elderly adults *Ann Int Med* 2005 142, 481–489

MacDonald T & L Wei Effect of ibuprofen on cardioprotective effect of aspirin *Lancet* 2003 361 573–574

Mamdani, M , P Rochon D Juurlink, G Anderson, A Kopp, G Naglie P Austin & A Laupacis Effect of Selective Cyclooxygenase 2 Inhibitors and Naproxen on Short-term Risk of Acute Myocardial Infarction in the Elderly *Arch Int Med* 2003 163, 481–486

Merck Announces Voluntary Worldwide Withdrawal of VIOXX http://www.vioxx.com/rofecoxib/vioxx/consumer/index.jsp 2004, Sep 30

Nussmeier, N A Whelton M Brown, R Langford A Hoef J

Parlow, S Boyce & V KM Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery *New Engl J Med* 2005 352 1081–1091

Ott, E , N Nussmeier, P Duke, R Feneck R Alston, M Snabes R Hubbard P Hsu L Saidman D Mangano & Multicenter Study of Perioperative Ischemia (McSPI) Research Group, Ischemia Research and Education Foundation (IREF) Investigators Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery *J Thorac Cardiovasc Surg* 2003 125 1481–1492

Patel, T N & K C Goldberg Use of aspirin and ibuprofen compared with aspirin alone and the risk of myocardial infarction *Arch Int Med* 2004, 164 852–856

Patrono C, B Coller J Dalen V Fuster, M Gent, L Harker, J Hirsh & G Roth Platelet-active drugs the relationships among dose effectiveness, and side effects *Chest* 2004, 126, 234S–264S

Pfizer Statement on New Information Regarding Cardiovascular Safety of Celebrex www.pfizer.com/are/investors_releases/2004pr/mn_2004_1217.cfm 2004, Dec 17

Rahme E L Pilote & J LeLorier Association between naproxen use and protection against acute myocardial infarction *Arch Int Med* 2002 162 1111–1115

Ray W C Stein J Daugherty, K Hall P Arbogast & M Griffin COX 2 selective non steroidal anti-inflammatory drugs and risk of serious coronary heart disease *Lancet* 2002a, 360 1071–1073

Ray W C Stein K Hall J Daugherty & M Griffin Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease an observational study *Lancet* 2002b 359, 118–123

Ross R Atherosclerosis an inflammatory disease *New Engl J Med* 1999, 340 115–126

Schlienger R H Jick & C Meier Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction *Brit J Clin Pharmacol* 2002, 54, 327–332

Silverstein F, G Faich, J Goldstein L Simon, T Pincus, A Whelton, R Makuch, G Eisen N Agrawal, W Stenson, A Burr W Zhao J Kent, J Lefkowith K Verburg & G Geis Gastrointestinal toxicity with celecoxib vs nonsteroidal anti inflammatory drugs for osteoarthritis and rheumatoid arthritis the CLASS study A randomized controlled trial Celecoxib Long-term Arthritis Safety Study *J Amer Med Ass* 2000 284, 1247–1255

Solomon, D, R Glynn & R Levin Nonsteroidal anti inflammatory drug use and acute myocardial infarction *Arch Intern Med* 2002 162, 1099–1104

Solomon, D, S Schneeweiss R Glynn, Y Kiyota & R Levin Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults *Circulation* 2004, 109, 2068–2073

Solomon, S , J McMurray, M Pfeffer, J Wittes, R Fowler, P Finn, W Anderson, A Zauber E Hawk, M Bertagnolli & for the Adenoma Prevention with Celecoxib (APC) Study Investigators Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention *New Engl J Med* 2005, 352, 1071–1080

Watson, D, T Rhodes & R Holmes Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis *Arch Intern Med* 2002, 162 1105–1110

White W, G Faich A Whelton C Maurath, N Ridge, K Verburg, G Geis & J Lefkowith Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor versus ibuprofen or diclofenac *Amer J Cardiol* 2002, 89, 425–430

# Plaintiffs' Response re FOSSLIEN

# Footnote 27 of 28

Journal of the American College of Cardiology
© 2003 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 41, No. 10, 2003
ISSN 0735-1097/03/$30.00
doi:10.1016/S0735-1097(03)00304-8

## BASIC SCIENCE

# Effects of MF-Tricyclic, a Selective Cyclooxygenase-2 Inhibitor, on Atherosclerosis Progression and Susceptibility to Cytomegalovirus Replication in Apolipoprotein-E Knockout Mice

David Rott, MD, Jianhui Zhu, MD, PhD, Mary Susan Burnett, PhD, Yi Fu Zhou, MD,
Alexandra Zalles-Ganley, BS, Jibike Ogunmakinwa, BS, Stephen E. Epstein, MD
*Washington, DC*

| | |
|---|---|
| **OBJECTIVES** | We examined whether selective cyclooxygenase-2 (COX-2) inhibition in apolipoprotein-E (apoE) deficient mice reduces cytomegalovirus (CMV) replication, and determined whether COX-2 anti-inflammatory activity leads to decreased atherosclerosis. |
| **BACKGROUND** | Evidence suggests that CMV infection contributes to atherosclerosis and that this occurs in part through inflammatory mechanisms. Cyclooxygenase-2 inhibitors are potent anti-inflammatory agents. They also inhibit CMV replication in vitro. |
| **METHODS** | The apoE deficient mice were either treated or not treated with a selective COX-2 inhibitor, and either infected or not infected with CMV. Viral deoxyribonucleic acid load in salivary glands was determined by quantitative polymerase chain reaction. Atherosclerotic lesion analysis was performed by standard methods. |
| **RESULTS** | In vivo COX-2 inhibition, unexpectedly increased viral load: in the CMV-infected animals viral load was $2.58 \pm 1.0$ in the nontreated group, $4.74 \pm 1.38$ in the group treated with 12 mg/kg/day MF-tricyclic, and $6.51 \pm 1.64$ in the group treated with 24 mg/kg/day MF-tricyclic (p trend = 0.050). This increased viral load was paralleled by increased anti-CMV antibody titers. Most surprisingly, COX-2 inhibition significantly increased early atherosclerotic lesion area, independent of viral infection. |
| **CONCLUSIONS** | Our study demonstrates that selective inhibition of COX-2 in vivo increases viral load. The finding that inhibition of COX-2 increases atherosclerosis development in apoE deficient mice suggests, unexpectedly, that this enzyme exerts antiatherosclerosis activity, at least in this model. (J Am Coll Cardiol 2003;41:1812–9) © 2003 by the American College of Cardiology Foundation |

Evidence suggests that infection with any of several pathogens, including cytomegalovirus (CMV), contributes to atherosclerosis (1–3), and that this occurs in part through inflammatory mechanisms (1,2). Strong evidence suggesting a causal role of CMV in atherogenesis is provided by the demonstration that CMV infection causes atherosclerosis progression in a murine model of atherosclerosis (4–6).

**See page 1820**

We previously demonstrated that CMV infection of human coronary artery smooth muscle cells (SMCs) generates intracellular reactive oxygen species (ROS) (7). This is undoubtedly part of the host's defense response, as ROS are essential for nuclear translocation of nuclear factor kappa-B (NFκB), where it transactivates many genes involved in inflammatory and immune responses (8). However, CMV also requires NFκB for transactivating its own genes. Its

major immediate early promoter has four NFκB binding sites that, when activated by NFκB, initiate expression of the downstream viral genes essential for viral replication (9).

We further explored the pathway by which CMV generates ROS. We found that CMV activates a pertussis toxin-sensitive G-protein–coupled cascade, leading to a cyclooxygenase-2 (COX-2)–dependent increase in ROS through arachidonic acid release and metabolism via mitogen-activated protein kinase-dependent stimulation of phospholipase $A_2$ (10). These studies also confirmed the importance of the cyclooxygenase system in the viral pathway of cell activation. Thus, COX-2 inhibition, either with the nonselective COX inhibitors aspirin and indomethecin, or with the selective COX-2 inhibitor NS-398, diminished CMV-induced ROS generation, thereby preventing NFκB activation (11). Moreover, aspirin prevented in vitro CMV replication in human coronary artery SMCs (11). Therefore, we proposed that COX-2 might be a therapeutic target: that its inhibition would diminish viral replication in vivo, thereby inhibiting any contribution of the virus to atherogenesis.

The COX-2 inhibitory drugs are also potent anti-inflammatory agents (12). Because inflammation plays a

From the Cardiovascular Research Institute, Medstar Research Institute, Washington Hospital Center, Washington, DC. This work was supported in part by a grant from Merck Pharmaceuticals.

Manuscript received July 3, 2002; revised manuscript received January 8, 2003, accepted January 16, 2003.

Case 2:05-md-01657-EEF-DEK   Document 5718-16   Filed 06/27/06   Page 29 of 47

---

**Abbreviations and Acronyms**

| | | |
|---|---|---|
| apoE | = | apolipoprotein-E |
| CMV | = | cytomegalovirus |
| COX | = | cyclooxygenase |
| DNA | = | deoxyribonucleic acid |
| IFNγ | = | interferon-gamma |
| IgG | = | immunoglobulin-G |
| IL | = | interleukin |
| NFκB | = | nuclear factor kappa-B |
| PCR | = | polymerase chain reaction |
| PG | = | prostaglandin |
| ROS | = | reactive oxygen species |
| SMCs | = | smooth muscle cells |
| TNFα | = | tumor necrosis factor-alpha |

---

central role in atherogenesis (13), a compelling case can be made for such drugs inhibiting atherosclerosis progression independent of any antiviral effect. The purpose of the present investigation was to determine in a mouse model of atherosclerosis the validity of two hypotheses: 1) selective COX-2 inhibition, through the mechanisms responsible for its in vitro antiviral effects, reduces CMV replication in vivo; and 2) selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection.

## METHODS

**Animals and CMV infection.** The study protocol was approved by the Medstar Research Institute Animal Care and Use Committee, in accordance with the guide for the care and use of laboratory animals (NIH publication No. 85-23, revised 1996).

The apolipoprotein-E (apoE) deficient mice were purchased from Jackson Laboratory (Bar Harbor, Maine). All mice were housed in microisolator cages in a pathogen-free facility and allocated into six groups (Table 1). Mouse CMV (Smith strain, VR-1399, American Type Culture Collection [ATCC], Manassas, Virginia) propagated in mouse fibroblast SC-1 cells (ATCC). Eight week-old mice (groups 3 to 6) were injected intraperitoneally either with $5 \times 10^4$ PFU mouse CMV or with the supernatant of uninfected SC-1 cells (ATCC). Injections were given 48 h after initiation of the feeding protocol. Mice allocated to groups 1 and 2 did not receive the virus. At 11 weeks of age salivary

glands, spleens, and blood were collected and serum was obtained. Samples were stored at $-80°C$.

**Drug.** We used the selective COX-2 inhibitor MF-tricyclic [3-(3, 4-difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone]. This drug has no significant anti-COX-1 activity at clinically effective concentrations (14). Drug-free chow and sterile mixture of drug in mouse chow were obtained from Merck Pharmaceuticals (Merck Frosst Canada and Co., Kirkland, Canada) in two drug concentrations: 0.01334% (w/w) and 0.0067% (w/w); fresh chow was administered daily.

Mice were fed ad lib with drug-containing chow or control chow. Mice in all six groups were started on this feeding protocol simultaneously. The feeding protocol was continued for three weeks, when mice were sacrificed. Food intake and body weight were monitored weekly and the drug doses calculated accordingly. Serum samples were shipped to Merck for drug levels testing.

**Polymerase chain reaction (PCR) analysis.** Samples were coded so that the analysis was done blindly as to sample source.

GENOMIC DEOXYRIBONUCLEIC ACID (DNA) EXTRACTION. DNA was isolated from mouse salivary glands (Gentra Systems, Minneapolis, Minnesota).

TAQMAN ANALYSIS. Target gene—mouse CMV IE1 exon 4, accession number M11788, TaqMan probe and primers were selected using Primer Express software (PerkinElmer Life Sciences Inc. Beltsville, Maryland) and were synthesized at BioServe Biotechnologies Ltd. (Laurel, Maryland). Primer and probe optimizations were performed at 60°C. Mouse CMV (TET-labeled probe) and apoB (6FAM-labeled probe) constitutive gene were analyzed alone. All TaqMan reactions were performed in 15 μl volumes using 2× Universal Master Mix (PerkinElmer), 6.25 pmol of each primer, 6.25 pmol of mouse CMV probe, and 1 μl of 100 ng/μl DNA. The "real time" amplification program consisted of 50°C for 2 min (AmpErase UNG cleavage step), 95°C for 10 min (activation of AmpliTaq Gold step), and then 40 cycles of 95°C for 15 s followed by 60°C for 1 min.

A standard curve was generated using 10-fold dilutions of SC-1 cells (ATCC) infected with mouse CMV. The upper and lower limits of DNA concentrations used were 100 ng/μl and 100 fg/μl.

**Table 1.** Mice Allocation

| Group (n) | Inoculum | Drug (mg/kg/day) | PCR (n) | Serology (n) | Lesion Analysis (n) |
|---|---|---|---|---|---|
| 1 (16) | None | None | None | None | 11 |
| 2 (16) | None | 12 | None | None | 11 |
| 3 (17) | Sham | None | 17 | 17 | 12 |
| 4 (17) | CMV | None | 17 | 17 | 12 |
| 5 (17) | CMV | 12 | 17 | 17 | 12 |
| 6 (17) | CMV | 24 | 17 | 17 | 12 |

CMV = cytomegalovirus; PCR = polymerase chain reaction.

1814   Rott et al.
COX-2 Inhibition, Atherogenesis, and CMV Replication

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812–9



**Figure 1.** Mouse cytomegalovirus (CMV) deoxyribonucleic acid (DNA) concentration in mouse salivary glands. This value (which underwent square root transformation before statistical analysis) was taken as a polymerase chain reaction (PCR)-derived index of the number of viral particles present in the tissue. The results show a dose-response curve, with highest drug level associated with highest viral load. All sham-infected mice were negative for CMV DNA. The gene targeted for PCR amplification was mouse CMV IE1 exon 4. *p = 0.05 vs. no drug treatment group.

**Serology.** Anti-mouse CMV immunoglobulin G (IgG) antibody titer was determined in mouse serum by using an anti-mouse CMV IgG enzyme-linked immunosorbent assay kit (Charles River Laboratories, Wilmington, Massachusetts). The presence or absence of anti-CMV IgG was determined by the value (optical density sample − optical density tissue control) divided by 0.13. A value above 3 was regarded as positive. The positive sample was further diluted to 1:60, 1:500, 1:1,000, 1:2,000, and 1:3,000. The antibody titer was considered to be the highest dilution at which the sample was reading positive.

**Cytokine concentrations.** Interferon-gamma (IFNγ), tumor necrosis factor-alpha (TNFα), and interleukin-6 (IL-6) concentrations in mouse serum were determined by using mouse ELISA kits (Biosource International, Camarillo, California). All assays were performed in duplicate. Minimal detectable levels of IL-6, IFNγ, and TNFα were <3.0, <1.0, and <3.0 pg/ml, respectively.

**Quantification of atherosclerotic lesions.** Hearts were coded so analysis was performed blindly. Lesions were analyzed as described (15). Hearts were fixed in 10% buffered formalin and embedded in 5%, 10%, and then 25% gelatin. Frozen sections (10-μm) of the aortic sinus were cut and then stained using oil red O and hematoxylin and counterstained with light green. Five sections per mouse were analyzed for lesions. Area analysis was completed using Spot ImagePro Driver software (Diagnostic Instruments).

**Cholesterol levels.** Serum samples, collected at time of killing, were individually evaluated for cholesterol by Cholesterol-SL-Assay, a 4-aminoantipyrine-based enzymatic assay (Diagnostic Chemical Limited, Oxford, Connecticut).

**Statistical analysis.** Data are given as mean ± SEM. Comparisons between multiple experimental groups were made by one-way analysis of variance or Kruskal-Wallis test, as appropriate. Comparisons between two experimental groups were made by Student *t* test (two-tailed). Values of

p ≤0.05 were considered statistically significant. Polymerase chain reaction results underwent square-root transformation prior to statistical analysis.

## RESULTS

**Drug consumption and serum level measurements.** Average mouse weight was 20 g, and average chow consumed was 3.6 g/day/mouse. Hence, doses consumed were 24 mg/kg/day for group 6 and 12 mg/kg/day for groups 2 and 5 (Table 1). The corresponding mean serum drug levels (μg/ml) were 2.09 ± 0.09 versus 1.03 ± 0.15 (p < 0.001) in these groups, respectively. Sera of mice from untreated groups were negative for drug.

**Cholesterol levels.** The total serum cholesterol levels did not differ significantly among the six groups. Mean cholesterol levels (mg/dl) were: 365.9 ± 21.0, 421.8 ± 32.0, 451.9 ± 35.6, 390.1 ± 41.2, 436.9 ± 79.1, and 480.8 ± 23.1 in groups 1 to 6, respectively.

**Detection of CMV DNA by PCR.** As shown in Figure 1, the mean mouse CMV DNA in salivary glands, a PCR-derived index of the number of viral particles present in the tissue, was: 2.58 ± 1.0 in the CMV-infected/no drug group, 4.74 ± 1.38 in the CMV-infected/12 mg/kg dose group, and 6.51 ± 1.64 in the CMV-infected/24 mg/kg dose treatment group (p trend = 0.050). A dose-response curve was evident; highest drug level was associated with highest viral load. Sham-infected mice were negative for CMV DNA (group 3) (Table 1). All positive and negative controls worked as expected, and all samples were positive when entered into a PCR with primers for the apoB gene, indicating adequate quality of DNA.

**Mouse anti-CMV IgG antibody titers.** Figure 2 shows mean anti CMV IgG antibody titers in serum were: 602.4 ± 93.4 in the CMV-infected/no drug group, 1,031.3 ± 154.6 in the CMV-infected/12 mg/kg dose group, and 1,264.7 ± 232.7 in the CMV-infected/24 mg/kg dose

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812–9



**Figure 2.** Anti-mouse cytomegalovirus (CMV) immunoglobulin G (IgG) antibody titer in mice sera. All mice were infected with the same concentration of virus. Cytomegalovirus antibody titers increased with increasing dose of the cyclooxygenase-2 inhibitor, compatible with a drug-induced increase in viral load seen in Figure 1. All sham-infected mice were negative for anti-CMV IgG antibodies. *p = 0.025 vs. no drug treatment group; **p = 0.015 vs. no drug treatment group.

group (p trend = 0.025). Sham-infected mice were negative for anti-CMV IgG antibodies.

**Quantification of atherosclerotic lesions.** Analysis included 11 or 12 samples from each of the six groups (Table 1). Figure 3 shows mean lesion area ($\mu m^2$) was 6,096.5 ± 1,837 in the noninfected/no-drug group, 11,215.8 ± 1,369 in the noninfected/12 mg/kg dose group, 6,036.5 ± 154 in the sham-infected/no-drug group, 6,947.8 ± 1,166 in the CMV-infected/no-drug group, 11,785.7 ± 1,512 in the infected/12 mg/kg dose group, and 12,514.2 ± 1,252 in the infected/24 mg/kg dose group (p trend <0.001). Drug treatment consistently increased lesion size: by 84% in the noninfected group (Fig. 4) and by 70% and by 80% in the CMV-infected low-dose and high-dose groups, respectively. Thus, significant differences were detected between each individual drug-treated group (groups 2, 5, and 6) (Table 1) when compared with each individual nontreated

group (groups 1, 3, and 4) (Table 1). In this study infection with CMV did not increase lesion size.

**Cytokine concentrations.** Interferon-gamma, $TNF\alpha$, and IL-6 were undetectable in the serum of all six groups (data not shown). However, all controls worked as expected, indicating adequate test quality.

## DISCUSSION

Previous investigations from our laboratory, described in the introduction, demonstrated that aspirin, a nonselective COX inhibitor, inhibits in vitro CMV replication in coronary artery SMCs by preventing CMV-induced ROS generation. This latter effect was also shared by indomethecin, another nonselective COX inhibitor, and by the selective COX-2 inhibitor NS-398 (11).

Cyclooxygenase-2, one of two isoforms of COX (16), is



**Figure 3.** Atherosclerotic lesion area. Selective cyclooxygenase-2 inhibition consistently increased lesion size: by 84% in the noninfected group, and by 70% and by 80% in the cytomegalovirus (CMV)-infected low-dose and high-dose groups respectively. In this study, infection with CMV did not increase lesion size. *p = 0.013 vs. no drug treatment/no inoculum group; #p < 0.01 vs. no drug treatment/no inoculum group; §p < 0.01 vs. no drug treatment/sham infection group; &p = 0.02 vs. no drug treatment group/CMV infection group; ¤p = 0.05 vs. no drug treatment group/CMV infection group.

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812–9




## A. Untreated    B. Treated with MF tricyclic

**Figure 4.** Oil red O staining of atherosclerotic lesions in the aorta. Representative photomicrographs (×10 magnification) of the lesions present in two uninfected mice. (**A**) Untreated with MF-tricyclic; (**B**) treated with MF-tricyclic, 12 mg/kg/day. The **arrows** point to some of the aortic valve leaflets, indicating that the sections employed for measuring lesion size are located, as is traditional, at the root of the aorta.

induced by mitogens, cytokines, certain inflammatory agents (17), and, as we showed, CMV infection (7,10,11). It is the isoform thought to promote inflammation. Cyclooxygenase-1 is constitutively expressed in most tissues and serves as the "housekeeping" isoform; its presence in platelets leads to platelet aggregation via COX-1-mediated thromboxane $A_2$ (17) production.

Because of the critical role of CMV-induced ROS generation in both viral and cellular gene expression, and because inflammation plays a critical role in atherogenesis, we considered that COX-2 might constitute a therapeutic target whereby its inhibition would decrease CMV replication in vivo and inhibit inflammatory changes that might contribute to atherogenesis. Therefore, the present investigation was initiated to determine the validity of two hypotheses: *1) selective COX-2 inhibition, through the mechanisms responsible for its in vitro antiviral effects, reduces CMV replication in vivo; and 2) selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection.*

To our surprise, we found just the opposite. Regarding the first hypothesis, selective COX-2 inhibition with MF-tricyclic *increased* viral load in a dose-dependent fashion, with the highest dose increasing viral load by about 100% (Fig. 1). We also found a parallel dose-response effect of MF-tricyclic on anti-CMV antibody titers (Fig. 2), suggesting that the increase in viral load found in the treated animals represented a biologically relevant change.

In the experimental design we employed for this investigation, CMV infection itself had no effect on lesion size. Therefore, we were unable to determine whether selective

COX-2 inhibition diminishes CMV-induced increase in atherosclerosis development. In two separate studies we found that CMV infection increases lesion development in apoE knockout mice (4,6). The differences between this and the prior publications are undoubtedly due to the fact that in the present study we employed a brief three-week period between infection and sacrifice, whereas in the previous studies sacrifice occurred 14 weeks after infection. Three weeks appears too brief a time for any pro-atherosclerotic effects of CMV to become manifest.

The result of the study exploring the validity of the second hypothesis we examined was also unexpected. Lesion analysis showed that selective COX-2 inhibition with MF-tricyclic *increases* atherosclerotic lesion area (Figs. 3 and 4). It should be noted that lesions in this particular model, in which apoE knockout mice were sacrificed at only 11 weeks of age and after only 3 weeks on the selective COX-2 inhibitor, were very early lesions. Therefore, our results are probably more relevant to lesion initiation.

**Selective COX-2 inhibition and CMV replication.** Although initially surprising, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated. The in vitro experiment consists of a simple system, one cell type and only two variables: 1) virus and 2) drug treatment. In this system, drug-induced selective COX-2 inhibition exerted a significant antiviral effect. The putative mechanisms, relating to inhibition of ROS generation, have been discussed. The in vivo situation, however, is considerably more complex, with multiple possible consequences of drug activity. For instance, COX-2 inhibition has, in vivo, potent anti-

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812-9

inflammatory effects. These effects include hindering recruitment of neutrophils to sites of injury (18) and interfering with monocyte recruitment (19). Both neutrophils and monocytes, components of the innate immune response, function as the initial host defense response to the invading pathogen and contain infection until more efficient but slower adaptive immune responses develop. Cyclooxygenase-2 inhibition of the innate immune response probably contributes to increasing in vivo susceptibility to viral infection. In addition, COX-2 participates in the synthesis of cyclopentenone prostaglandins (PG) (20), potent inhibitors of viral replication (21). This COX-2 activity provides another possible mechanism for increased viral replication following COX-2 inhibition.

We are not familiar with any evidence that COX-2 inhibition alters the cellular component of the adaptive immune response. Our results suggest that COX-2 inhibition probably does not interfere with the humoral component, as we observed higher anti-CMV IgG titers of the mice treated with the COX-2 inhibitor, which paralleled their higher viral load.

Interferon-gamma was undetectable in the serum of all six groups in the current study. An earlier report by our group showed CMV induces IFN$\gamma$ in mouse serum (22). In that study mice were infected at two weeks of age and sacrificed four weeks later. Because it is well known that immune responses of neonates evolve markedly over the first weeks and months of life, we can only speculate that two-week-old mice react differently to infection than do adult mice. Such age-related differences in responses could account for the different IFN$\gamma$ responses to infection we observed between the two studies.

**Selective COX-2 inhibition and atherosclerosis.** The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition actually *increased* early lipid aortic accumulation in the apoE knockout mice. This raises a major conundrum: why should an anti-inflammatory drug *accelerate* the initiation of atherosclerosis, a disease recognized as having a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties (23–25). This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response.

Some mechanistic insight relevant to these studies is provided by the investigation of Gilroy et al. (26). They showed in a rat model of inflammation that there are two phases of COX-2 expression: an early phase associated with high levels of PGE$_2$ synthesis and a later phase associated with a second peak, that, paradoxically, coincides with inflammatory *resolution*. This second peak is associated with minimal PGE$_2$ synthesis and high levels of both PGD$_2$ and PGJ$_2$.

Compatible with this concept of dual time-delayed peaks

of COX-2 that exert opposite effects on inflammation are the findings that the selective COX-2 inhibitor NS-398 and the nonselective COX inhibitor indomethacin inhibit inflammation when given at the early phase of inflammation, but exacerbate inflammation when given at the late phase (20). Consequently, Colville-Nash and Gilroy (27) suggested that COX-2 is pro-inflammatory early in inflammation, but facilitates inflammatory resolution later.

These findings, suggesting a dual role for COX-2 in inflammation and inflammation resolution, have been demonstrated only in rodent models, and no evidence is yet available that such a dual role is present in humans. Nonetheless, this concept may explain our unexpected results. The ApoE deficient mice develop spontaneous atherosclerosis. Significant inflammatory changes in the aorta are detected at five to six weeks of age (28). At eight weeks (the age of our mice at the beginning of the study) there is well-established inflammation of the arterial wall. We initiated selective COX-2 inhibition at a time of ongoing vessel wall inflammation, a time that COX-2, according to this concept, is anti-inflammatory and, therefore, when its inhibition would exacerbate atherogenesis.

Recently, studies in mice suggested that selective COX-2 inhibition, through inhibition of PGI$_2$ activity, may exert pro-proliferative vascular effects. Thus, Cheng et al. (29) demonstrated that mice genetically deficient in the PGI$_2$ receptor exhibit an increased proliferative response to vascular injury, an effect that could contribute to a gradual increase in atherosclerotic lesion size through enhanced proliferation of vascular SMCs.

Potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis *in humans* were suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a nonselective COX inhibitor (30). Moreover, a meta-analysis (with all the limitations inherent in such an analysis) of several published studies employing selective COX-2 inhibitors suggested that such treatment increased the incidence of myocardial infarction (31). Another examination of the same issue concluded that whereas there was a significant increase in cardiovascular events when rofecoxib was compared with naproxen, there was no evidence of excess cardiovascular events for rofecoxib relative to either placebo or to non-naproxen nonselective COX inhibitors (32).

The mechanisms responsible for precipitation of acute coronary events derive from plaque instability and plaque rupture. Following rupture, the highly thrombogenic plaque core is exposed to blood within the vessel lumen, resulting in platelet aggregation, thrombus formation, and acute vascular occlusion (13). Thus, any deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could involve three separate processes: 1) *a proinflammatory effect* that accelerates the initiation and chronic progression of the atherogenesis process, and that may induce plaque instabil-

ity and rupture; 2) *a procoagulant effect* (induced by inhibition of COX-2–mediated expression of the highly anti-thrombotic $PGI_2$ without concomitant reduction of COX-1–mediated expression of the highly thrombotic thromboxane $A_2$ (31) that precipitates an acute coronary syndrome; and 3) *a pro-proliferative effect* that could increase lesion size through accumulation of SMCs.

Of additional relevance is the finding that indomethacin, a nonselective COX inhibitor, significantly *reduced* atherosclerosis in mice (33). Indomethacin is more potent in inhibiting COX-1 compared with COX-2 (34). Therefore, the data taken in their entirely, suggest that COX-1 has pro-atherosclerotic activity, whereas COX-2 is not pro-atherosclerotic and may even have a protective effect; conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious consequences.

These concepts, however, must still be considered hypotheses to be validated, as other data relating to selective COX-2 inhibition suggest possible anti-atherogenesis effects (through inhibition of inflammation) and a plaque stabilization effect (through inhibition of $PGE_2$-dependent matrix metalloproteinase expression by macrophages within plaques) (35). Moreover, our results may be model-, therapy duration-, and drug-specific. For example, Pratico et al. (33) used an low-density lipoprotein receptor knockout mouse, employed the selective COX-2 inhibitor nimesulide, and sacrificed mice at 26 weeks of age compared with our 11 weeks of age; they found the COX-2 inhibitor exerted no effect on the rate of atherogenesis. Although these caveats relating to the conclusions of our investigation must be acknowledged, the important fact emerging from our study is that a selective COX-2 inhibitor, under the experimental conditions we studied, can increase early atherosclerosis lesion formation.

In conclusion, the results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on early atherosclerosis lesion development. However, extrapolation of our results obtained in a mouse model to humans taking COX-2 inhibitors may not necessarily be valid. Moreover, the doses given to the mice resulted in serum levels that were at least four times higher (using the low dose of the COX-2 inhibitor, 12 mg/kg/day), on a molar basis, than those seen in patients receiving the usual clinical dose of rofecoxib (25 mg once daily).

Because of the importance of the implications of the conclusions deriving from our investigation, and because of the intrinsic limitations of an animal model outlined above, the conclusions must be regarded as tentative and hypothesis generating. Our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis.

## Acknowledgments
The authors would like to thank Ms. Pauline Luk form Merck Frosst Canada, and Mr. Michael Siddon from BioServe Biotechnologies, Ltd., Laurel, Maryland, for outstanding technical help.

**Reprint requests and correspondence:** Dr. Stephen E. Epstein, Cardiovascular Research Institute, Washington Hospital Center, 110 Irving Street NW, Suite 4B-1, Washington, DC 20010. E-mail: stephen.epstein@medstar.net.

## REFERENCES

1. Epstein SE, Zhou YF, Zhu J. Infection and atherosclerosis: emerging mechanistic paradigms. Circulation 1999;100:20–8.
2. Zhu J, Quyyumi AA, Norman JE, et al. Cytomegalovirus in the pathogenesis of atherosclerosis: the role of inflammation as reflected by elevated C-reactive protein levels. J Am Coll Cardiol 1999;34:1738–43.
3. Thom DM, Grayston JT, Siscovitch DS, et al. Association of prior infection with *Chlamydia pneumoniae* and angiographically demonstrated coronary artery disease. JAMA 1992;268:68–72.
4. Burnett MS, Gaydos CA, Madico GE, et al. Atherosclerosis in apoE knockout mice infected with multiple pathogens. J Infect Dis 2001;183:226–31.
5. Berencsi K, Endresz V, Klurfeld D, et al. Early atherosclerotic plaques in the aorta following cytomegalovirus infection of mice. Cell Adhes Commun 1998;5:39–47.
6. Hsich E, Zhou YF, Paigen B, et al. Cytomegalovirus infection increases development of atherosclerosis in Apolipoprotein-E knockout mice. Atherosclerosis 2001;156:23–8.
7. Speir E, Shibutani T, Yu ZX, et al. Role of reactive oxygen intermediates in cytomegalovirus gene expression and in response of human smooth muscle cells to viral infection. Circ Res 1996;79:1143–52.
8. Schreck R, Rieber P, Baeuerle PA. Reactive oxygen intermediates as apparently widely used messengers in the activation of the NF-kappa B transcription factor and HIV-1. EMBO J 1991;10:2247–58.
9. Sambucetti LC, Cherrington JM, Wilokinson GW, Mocarski ES. NF-kappa B activation of the cytomegalovirus enhancer is mediated by a viral transactivator and by T cell stimulation. EMBO J 1998;8:4251–8.
10. Shibutani T, Johnson TM, Yu Z-X, Ferrans VJ, Moss J, Epstein SE. Pertussis toxin-sensitive G proteins as mediators of the signal transduction pathways activated by cytomegalovirus infection of smooth muscle cells. J Clin Invest 1997;100:2054–61.
11. Speir E, Yu ZX, Ferrans VJ, et al. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998;83:210–6.
12. Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999;106:43S–50S.
13. Ross R. Atherosclerosis—an inflammatory disease. N Engl J Med 1999;340:115–26.
14. Black SC, Brideau C, Cirino M, et al. Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998;32:686–94.
15. Paigen B, Morrow A, Holmes PA, et al. Quantitative assessment of atherosclerotic lesions in mice. Atherosclerosis 1987;68:231–40.
16. Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996;271:33157–60.
17. Smith WL, Dewitt DL. Prostaglandin endoperoxide H synthases-1 and -2. Adv Immunol 1996;62:167–215.
18. Wilgus TA, Ross MS, Parrett ML, et al. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000;62:367–84.
19. Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58:1237–46.

JACC Vol. 41, No. 10, 2003
May 21, 2003:1812–9

20. Gilroy DW, Colville-Nash PR, Willis D, et al. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999;5:698–701.

21. Santoro MG. Antiviral activity of cyclopentenone prostanoids. Trends Microbiol 1997;5:276–81.

22. Rott D, Zhu J, Brunett MS, et al. Serum of cytomegalovirus infected mice induces monocyte chemoattractant protein-1 expression by endothelial cells. J Infect Dis 2001;184:1109–13.

23. Langenbach R, Loftin C, Lee C, et al. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58:1237–46.

24. Morteau O. Prostaglandins and inflammation: the cyclooxygenase controversy. Arch Immunol Ther Exp 2000;48:473–80.

25. Smith WL, Langenbach R. Why there are two cyclooxygenase isoenzymes. J Clin Inv 2001;107:1491–5.

26. Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibitors of cyclooxygenase (cyclooxygenase 1 and cyclooxygenase 2) in acute inflammation. Eur J Pharmacol 1998;355:211–7.

27. Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins—a new chapter in the book of inflammation? Prostaglandins Other Lipid Mediat 2000;62:33–43.

28. Breslow JL. Mouse models of atherosclerosis. Science 1996;272:685–8.

29. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A$_2$. Science 2002;296:539–41.

30. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520–8.

31. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001;286:954–9.

32. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280–8.

33. Pratico D, Tillmann C, Zhang ZB, et al. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci USA 2001;98:3358–63.

34. Mitchell JA, Akarasereenont P, Thiemermann C, et al. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994;90:11693–7.

35. Cipollone F, Prontera C, Pini B, et al. Over expression of functionally coupled cyclooxygenase-2 and prostaglandin in symptomatic atherosclerotic plaques as a basis of prostaglandin E$_2$-dependent plaque instability. Circulation 2001;104:921–7.

# Plaintiffs' Response re FOSSLIEN

# Footnote 28 of 28

The NEW ENGLAND JOURNAL of MEDICINE

---

ORIGINAL ARTICLE

---

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

## ABSTRACT

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

N Engl J Med 2005;352.
Copyright © 2005 Massachusetts Medical Society.

BRESALIER-1

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

NONSTEROIDAL ANTIINFLAMMATORY drugs (NSAIDs) alleviate pain and inflammation but may cause gastrointestinal ulceration and bleeding, presumably by inhibiting cyclooxygenase (COX)-mediated production of prostaglandins. The discovery that there were two forms of cyclooxygenase, 1 (COX-1) and 2 (COX-2), provided the impetus for the development of selective inhibitors of COX-2 with a reduced risk of gastrointestinal complications whose analgesic and antiinflammatory efficacy was likely to be similar to that of nonselective COX inhibitors.

COX-2 is expressed at sites of inflammation, such as in atheromatous plaques, and in neoplasms, raising the possibility that COX-2 inhibition might also be useful in the treatment or prevention of atherosclerosis and various cancers.[1,2] However, predicting the consequences of COX-2 inhibition on cardiovascular disease is not a straightforward proposition. COX-2 inhibition has several effects that could increase the risk of cardiovascular disease, including reducing prostacyclin levels, increasing blood pressure, decreasing angiogenesis,[3-11] and destabilizing plaque.[12]

Rofecoxib is a selective COX-2 inhibitor that has been shown to be associated with significantly fewer gastrointestinal adverse events than nonselective nonsteroidal antiinflammatory drugs (NSAIDs).[13] In one trial,[13] there were more cardiovascular events among patients given a high dose of rofecoxib than among those given naproxen, an NSAID with platelet-inhibiting properties of unclear clinical relevance.[4,5,14-16] Pooled data from other randomized trials have not shown a significant difference in cardiovascular risk between rofecoxib and placebo or other nonselective NSAIDs.[4,5,17] Observational studies have provided conflicting data on the association of rofecoxib with cardiovascular risk: some studies suggested that there was no effect, some suggested that the risk was increased only at high doses, and others indicated a possible increase in the risk of cardiovascular events at standard or unspecified doses.[6,9,11,18-21]

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was designed to evaluate the hypothesis that three years of treatment with rofecoxib would reduce the risk of recurrent adenomatous polyps among patients with a history of colorectal adenomas. Potential thrombotic events were adjudicated by an independent committee, and all safety data were monitored by an external safety-monitoring committee. We report the cardiovascular findings from the study.

## METHODS

### DESIGN OF THE TRIAL

Enrollment occurred from February 2000 to November 2001 at 108 centers in 29 countries. Participating investigators are listed in the Appendix. Men and women who were at least 40 years old were eligible if they had had at least one histologically confirmed large-bowel adenoma removed within 12 weeks before study entry and were not anticipated to need long-term NSAID therapy (including high-dose aspirin) during the study. Initially, patients who were taking low-dose aspirin (no more than 100 mg daily) were excluded from the study. However, in May 2001, after the results of the Vioxx Gastrointestinal Research (VIGOR) trial[13] had become available, the protocol was amended to allow randomized subjects to take low-dose aspirin (no more than 100 mg daily) for cardiovascular protection. The proportion of subjects taking low-dose aspirin at enrollment was capped at 20 percent because of the possible chemopreventive effects of the drug.[22] Exclusion criteria were evidence of uncontrolled hypertension (defined by a blood pressure of more than 165/95 mm Hg); angina or congestive heart failure, with symptoms evoked by minimal activity; myocardial infarction, coronary angioplasty, or coronary-artery bypass grafting within the preceding year; or stroke or transient ischemic attack within two years before screening.

Written informed consent was obtained from all patients. The institutional review board at each center approved the study.

### TREATMENT

The randomized treatment period was preceded by a six-week, single-blind, placebo run-in period to assess patients' compliance. Patients who took at least 80 percent of their tablets during the placebo run-in period were randomly assigned to receive either one 25-mg tablet of rofecoxib per day (the maximal recommended long-term daily dose) or one identical-appearing placebo tablet per day for three years. The computer-derived randomization was stratified according to the clinical center and the use or nonuse of low-dose aspirin, with blocks of 2. Patients, investigators, and sponsor personnel who monitored the study, other than the unblinded study statistician, were unaware of the treatment assignments.

Patients were evaluated clinically at randomization and at weeks 4, 17, 35, 52, 69, 86, 104, 121, 138, 156, and 158 or after the discontinuation of

2-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB



**Figure 1. Enrollment, Randomization, and Outcomes.**
The original study design included a group assigned to receive 50 mg of rofecoxib per day; 26 patients had been assigned to this treatment before it was decided not to proceed with this group.

treatment. Vital signs, including blood pressure obtained while the patient was seated, were measured at each clinic visit during the study according to the usual clinical practice. Adverse events occurring during the study were recorded and evaluated in a blinded fashion by the investigators. Follow-up of the patients for one year after the discontinuation of treatment is ongoing.

### CARDIOVASCULAR EVENTS

Monitoring and analysis of the cardiovascular events in the trial were part of a planned assessment of the cardiovascular safety of rofecoxib. Data presented include events occurring during treatment and up to 14 days after the last dose of the study drug. Serious vascular events were reviewed in a blinded fashion by adjudication committees, which confirmed events that met prespecified case definitions for two sets of events. Thrombotic events included fatal and nonfatal myocardial infarction, unstable angina, sudden death from cardiac causes, fatal and non-

fatal ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism. The end point used in the Antiplatelet Trialists' Collaboration (APTC) study[23] was also analyzed: the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; nonfatal myocardial infarction; and nonfatal ischemic and hemorrhagic stroke. Other relevant but not independently adjudicated events were also analyzed, including hypertension-related events, edema-related events, and the combined end point of congestive heart failure, pulmonary edema, or cardiac failure.

The procedure for confirming cardiovascular events was prespecified in the protocol. All serious adverse events were identified and recorded by the clinical investigators. Potential thromboembolic events, components of the APTC end point, and all deaths (regardless of cause) were prespecified as eligible for adjudication according to standard procedures for rofecoxib studies initiated by the spon-

BRESALIER-3

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

sor in 1998. For each eligible event, source documents were collected and sent to the cardiac, cerebrovascular, or peripheral vascular adjudication committee. Decisions were made on the basis of majority rule with the use of prespecified criteria.

### STATISTICAL ANALYSIS

An independent, external safety-monitoring board met periodically to review safety data provided by a statistician who was aware of patients' study-group assignments. No formal stopping rule was specified for terminating the study.

Data were collected and held by the sponsor. The investigators had full and unfettered access to the data. A statistician who was aware of patients' study-group assignments but who was not otherwise involved in the study analyzed the data using SAS software (version 8.2). All patients who underwent randomization and took at least one dose of study medication were included in the analyses. For confirmed serious thrombotic events and the APTC end point, event rates were determined and relative risks (with 95 percent confidence intervals) were calculated with the use of Cox proportional-hazards models. However, if there were fewer than 11 events in either group, the rate ratio was computed with the use of the binomial distribution.[24] A test of the proportional-hazards assumption was specified in the cardiovascular-analysis plan. This was accomplished by evaluating the interaction between the logarithm of time and the assigned treatment in the Cox proportional-hazards model. Kaplan–Meier estimates of the cumulative event rates over time were also made.

Several exploratory analyses were performed to delineate the relation between mean arterial pressure and the study findings. One analysis summarized the relative risk of confirmed serious thrombotic adverse events according to the quartiles of change in mean arterial pressure at week 4. This time was chosen because treatment-based differences in mean arterial pressure occurred early and remained constant throughout the treatment period and because only two confirmed serious thrombotic events had occurred by week 4 (one in each group). The second analysis included changes from baseline in mean arterial pressure as a time-varying covariate in a Cox proportional-hazards model in which treatment was the main effect. This model was used to investigate the association of the change in blood pressure over time with the occurrence of confirmed serious thrombotic events.

The data reported here are those available to the authors as of February 14, 2005.

### RESULTS

#### PARTICIPANTS

A total of 3260 patients were screened for the study, of whom 2586 were deemed to be eligible; 1287 of the eligible patients were randomly assigned to receive rofecoxib, and 1299 to receive placebo (Fig. 1). The two groups were generally similar with regard to baseline characteristics, including age, sex, use or nonuse of low-dose aspirin, and cardiovascular-risk status (Table 1). Concomitant medications used at some time during the study included low-dose aspirin (in 20 percent of the rofecoxib group and 19 percent of the placebo group, P=0.52), antihypertensive drugs (44 percent and 36 percent, respectively; P<0.001), lipid-lowering agents (31 percent

| Table 1. Baseline Characteristics of the Patients. | | |
| --- | --- | --- |
| Characteristic | Rofecoxib (N=1287) | Placebo (N=1299) |
| Age (yr) | | |
| Mean | 59 | 59 |
| Range | 40–96 | 40–86 |
| Height (cm) | | |
| Mean | 170 | 170 |
| Range | 137–198 | 133–199 |
| Weight (kg) | | |
| Mean | 81 | 81 |
| Range | 38–160 | 34–159 |
| Male sex (%) | 62 | 62 |
| White race (%)* | 84 | 84 |
| Use of low-dose aspirin (%)† | 17 | 16 |
| Use of antihypertensive medication (%) | 30 | 29 |
| High cardiovascular risk (%)‡ | 30 | 26 |
| History of symptomatic atherosclerotic cardiovascular disease (%) | 9 | 8 |
| History of hypertension (%) | 36 | 34 |
| History of hypercholesterolemia (%) | 29 | 26 |
| History of diabetes (%) | 9 | 9 |
| Current cigarette use (%) | 22 | 22 |

\* Race was self-reported.
† Low-dose aspirin was defined as 100 mg per day or less
‡ A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for cardiovascular disease: history of hypertension, history of hypercholesterolemia, history of diabetes, or current cigarette use.

4·BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

and 28 percent, respectively; P=0.09), antiplatelet agents such as clopidogrel (4 percent and 2 percent; P=0.003), insulin (3 percent and 2 percent, respectively; P=0.10), and oral hypoglycemic agents (13 percent and 11 percent, respectively; P=0.12).

The study was terminated on September 30, 2004, approximately two months ahead of the planned date of completion, at the recommendation of the external safety-monitoring board and the steering committee. At the time of termination, a total of 877 patients in the rofecoxib group and 980 patients in the placebo group had completed the scheduled three years of treatment. The mean duration of treatment was 2.4 years in the rofecoxib group and 2.6 years in the placebo group.

Before September 30, 2004, more patients discontinued rofecoxib treatment than placebo (32 percent vs. 25 percent) (Fig. 1). The main reason for discontinuation was an adverse clinical event. The three most common adverse events resulting in the discontinuation of treatment were hypertension (25 patients in the rofecoxib group and 7 patients in the placebo group), increased blood pressure (6 in the rofecoxib group and 1 in the placebo group),

and peripheral edema (7 in the rofecoxib group and 1 in the placebo group).

### INCIDENCE OF THROMBOTIC EVENTS AND THE APTC END POINT

A total of 121 patients had investigator-reported serious thrombotic events (77 in the rofecoxib group and 44 in the placebo group). A total of 46 patients in the rofecoxib group had confirmed (i.e., adjudicated) thrombotic events during 3059 patient-years of follow-up (1.50 events per 100 patient-years), and 26 patients in the placebo group had such events during 3327 patient-years of follow-up (0.78 event per 100 patient-years). As compared with the placebo group, the rofecoxib group had an increased risk of confirmed thrombotic events (relative risk, 1.92; 95 percent confidence interval, 1.19 to 3.11). The types of confirmed serious thrombotic events are shown in Table 2. The difference between the two groups was mainly due to an increased number of myocardial infarctions and strokes in the rofecoxib group. There were 10 deaths in each group. Myocardial infarction was the cause of death in two patients in the rofecoxib group and three in the placebo group, sudden death from cardiac causes occurred

| Adverse Event | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Total | 46 (3.6) | 1.50 | 26 (2.0) | 0.78 | 1.92 (1.19–3.11) |
| Cardiac events | 31 (2.4) | 1.01 | 12 (0.9) | 0.36 | 2.80 (1.44–5.45) |
| Myocardial infarction | 21 | | 9 | | |
| Fatal myocardial infarction | 2 | | 3 | | |
| Sudden death from cardiac causes | 3 | | 1 | | |
| Unstable angina pectoris | 7 | | 4 | | |
| Cerebrovascular events | 15 (1.2) | 0.49 | 7 (0.5) | 0.21 | 2.32 (0.89–6.74) |
| Fatal ischemic stroke | 1 | | 0 | | |
| Ischemic stroke | 11 | | 6 | | |
| Transient ischemic attack | 5 | | 2 | | |
| Peripheral vascular events | 3 (0.2) | 0.10 | 7 (0.5) | 0.21 | 0.46 (0.08–2.03) |
| Peripheral arterial thrombosis | 1 | | 1 | | |
| Peripheral venous thrombosis | 2 | | 4 | | |
| Pulmonary embolism | 0 | | 4 | | |

Table 2. Incidence of Adjudicated Thrombotic Adverse Events.*

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories. CI denotes confidence interval.

BRESALIER-5

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.**
Vertical lines indicate 95 percent confidence intervals.

in three patients in the rofecoxib group and one in the placebo group, ischemic stroke was the cause of death in one patient in the rofecoxib group, and hemorrhagic stroke was the cause of death in one patient in the placebo group.

In a post hoc analysis, the difference between the two groups in the incidence of thrombotic events was evident in the second 18 months of the study, whereas the event rates were similar for the first 18 months (Fig. 2 and Table 3). The changing pattern of the treatment effect over time was confirmed by a failed test for proportionality of hazards (P=0.01). Findings for the APTC end point were similar (Table 3).

There were no significant interactions between treatment group and subgroups (P>0.10 for all comparisons) for confirmed serious thrombotic events in subgroup analyses based on country (United States vs. other); age; sex; use or nonuse of antihypertensive drugs at baseline, low-dose aspirin at baseline, or low-dose aspirin for more than 50 percent of follow-up; presence or absence of a history of hypertension, hypercholesterolemia, or ischemic heart disease; presence or absence of current cigarette use; or presence or absence of a high cardiovascular risk. A high cardiovascular risk was defined by a history of symptomatic atherosclerotic cardiovascular disease or the presence of at least two of the following risk factors for coronary artery disease: a history of hypertension, a history of hypercholesterolemia, a history of diabetes, or current cigarette use. However, point estimates for the rel-

ative risk in the rofecoxib group as compared with the placebo group were particularly high among patients with a history of symptomatic atherosclerotic cardiovascular disease (9.59; 95 percent confidence interval, 1.36 to 416) relative to those without such a clinical history (1.58; 95 percent confidence interval, 0.95 to 2.64; P for interaction=0.096). Also, the relative risk in the rofecoxib group as compared with the placebo group was 6.10 among patients with a history of diabetes (95 percent confidence interval, 1.36 to 56.1), in contrast to a relative risk of 1.55 among patients with no history of diabetes (95 percent confidence interval, 0.92 to 2.61; P for interaction=0.091).

**NONADJUDICATED CARDIOVASCULAR EVENTS**

As compared with the placebo group, the rofecoxib group had higher percentages of patients with hypertension-related events and edema-related events. The Kaplan–Meier curves for the cumulative incidence of congestive heart failure, pulmonary edema, and cardiac failure (Fig. 3) showed early separation of the two groups (at approximately five months) with no significant departures from proportional hazards over time and a hazard ratio of 4.61 for the comparison of the rofecoxib group with the placebo group (95 percent confidence interval, 1.50 to 18.83). The hazard ratios for edema and hypertension were lower than those for the combined end point of congestive heart failure, pulmonary edema, or cardiac failure (Table 4), but the event curves showed an early separation similar to that for the combined end point (data not shown).

During the trial, the rofecoxib group had mean (±SE) increases of 3.4±0.4 mm Hg in systolic blood pressure and 0.9±0.2 mm Hg in diastolic blood pressure, as compared with respective changes of −0.5±0.3 mm Hg and −0.8±0.2 mm Hg in the placebo group (P<0.01 for the comparison between the two groups). Blood-pressure effects were seen by four weeks and remained relatively constant throughout the study. To investigate the relation between changes in blood pressure and confirmed thrombotic events, we categorized patients according to the change from baseline in mean arterial pressure at four weeks. The relative risks of a confirmed thrombotic event in the rofecoxib group, as compared with the placebo group, were broadly similar across quartile categories of the change in blood pressure (data not shown). The mean arterial pressure throughout the study, included as a time-varying covariate, did not materially modify

6-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

the treatment effect (relative risk for the comparison of the rofecoxib group with the placebo group, 1.87; 95 percent confidence interval, 1.14 to 3.06).

## DISCUSSION

COX-2 inhibitors have been widely used as antiinflammatory and pain-relief agents and may hold promise as chemopreventive agents for a variety of epithelial cancers. In this randomized, placebo-controlled, *double-blind trial, we found* that long-term use of the COX-2 inhibitor rofecoxib was associated with an increased risk of cardiovascular events. In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment. The overall risk did not appear to be significantly influenced by baseline or subsequent use of low-dose aspirin. In addition, there was an increased frequency of investigator-reported events, such as hypertension, edema, and congestive heart failure, which occurred much earlier in the study.

Thromboxane $A_2$, a major COX-1–mediated product of arachidonic acid metabolism, causes irreversible platelet aggregation, vasoconstriction, and smooth-muscle proliferation, whereas prostacyclin is an inhibitor of platelet aggregation, a vasodilator, and an inhibitor of smooth-muscle proliferation. COX-2 is the chief source of systemic prostacyclin synthesis,[25] and COX-2 inhibitors may increase the cardiovascular risk by shifting the functional balance of these vasoactive eicosanoids toward the promotion of thrombosis or atherogenesis. COX-2 inhibition combined with thromboxane-receptor antagonism may also lead to the destabilization of atheromatous plaque.[12] In addition, COX-2 plays a role in angiogenesis.[1] How these pharmacologic observations relate to the clinical cardiovascular findings with COX-2 inhibition is unknown. It is also not clear whether the partial inhibition of COX-1 by various nonselective NSAIDs offsets any adverse cardiovascular effects of COX-2 inhibition, since this possibility has not been evaluated explicitly in trials.

The VIGOR study[13] compared 50 mg of rofecoxib daily with 500 mg of naproxen twice daily in patients with rheumatoid arthritis and found rofecoxib to be associated with a higher incidence of myocardial infarction. It was unclear how much of the increase in risk was due to a deleterious effect of high-dose rofecoxib, a protective effect of naproxen, chance, or a combination of these fac-



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).

Vertical lines indicate 95 percent confidence intervals.

tors.[26] A recent meta-analysis[21] suggested that the magnitude of any cardioprotective effect of naproxen is unlikely to account entirely for these findings.

In aggregate, previous randomized, controlled trials comparing rofecoxib with placebo or conventional NSAIDs other than naproxen have not demonstrated an increased cardiovascular risk associated with rofecoxib use. Analysis of a database including 5435 patients with osteoarthritis in eight double-blind, placebo-controlled, phase 2B or phase 3 trials reported similar rates of thrombotic cardiovascular adverse events with rofecoxib, placebo, and various nonselective NSAIDs.[5] A pooled analysis of data from more than 28,000 patients with various diseases (representing more than 14,000 patient-years at risk) from 23 previous trials of rofecoxib (phase 2B through phase 5), including patients from the VIGOR trial, also did not demonstrate a significant increase in cardiovascular risk for rofecoxib as compared with placebo or NSAIDs other than naproxen.[4] This analysis used the APTC end point we evaluated. An updated analysis that included data from various placebo-controlled studies investigating rofecoxib for the treatment or prevention of Alzheimer's disease did not demonstrate an excess of cardiovascular events associated with rofecoxib therapy.[5] A recent meta-analysis comparing cardiovascular risk in trials that included various doses of rofecoxib suggested an increased relative risk among patients taking rofecoxib, as compared with those taking naproxen, but not placebo.[22] Dif-

BRESALIER-7

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

**Table 3. Summary of Rates and Relative Risks of Confirmed Serious Thrombotic Events and the APTC End Point.***

| Adverse Event | Rofecoxib Group | | | | Placebo Group | | | | Difference in Rate (95% CI) | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | No. at Risk | No. of Events | No. of Patient-yr at Risk | Rate/100 Patient-yr | | |
| **Confirmed event** | | | | | | | | | | |
| Overall | 1287 | 46 | 3059 | 1.50 | 1299 | 26 | 3327 | 0.78 | 0.72 (0.19 to 1.25) | 1.92 (1.19 to 3.11) |
| Month 0–18 | 1287 | 22 | 1656 | 1.33 | 1299 | 20 | 1765 | 1.13 | 0.20 (−0.55 to 0.94) | 1.18 (0.64 to 2.15) |
| Month 19–36 | 989 | 24 | 1403 | 1.71 | 1079 | 6 | 1561 | 0.38 | 1.33 (0.58 to 2.08) | 4.45 (1.77 to 13.32) |
| **APTC end point** | | | | | | | | | | |
| Overall | 1287 | 34 | 3070 | 1.11 | 1299 | 18 | 3334 | 0.54 | 0.57 (0.12 to 1.02) | 2.06 (1.16 to 3.64) |
| Month 0–18 | 1287 | 14 | 1658 | 0.84 | 1299 | 12 | 1769 | 0.68 | 0.17 (−0.42 to 0.75) | 1.25 (0.58 to 2.69) |
| Month 19–36 | 994 | 20 | 1412 | 1.42 | 1083 | 6 | 1565 | 0.38 | 1.03 (0.34 to 1.73) | 3.69 (1.43 to 11.24) |

* CI denotes confidence interval, and APTC Antiplatelet Trialists' Collaboration.

ferences between our results and these earlier clinical-trial data may be related to differences in defined end points or the duration of treatment, a possibility supported by the apparent absence of a difference in adjudicated thrombotic events during the first 18 months of our study.

Observational studies have provided conflicting data on the cardiovascular safety of rofecoxib. A Canadian retrospective cohort study did not demonstrate an increased risk of myocardial infarction among new users of rofecoxib as compared with control subjects,[18] but a case–control study of patients 65 years of age or older suggested a dose-dependent elevation in the relative risk of acute myocardial infarction with rofecoxib therapy.[7] Unlike the findings in the current study, this risk was elevated during the first 90 days of use, but not thereafter. A retrospective cohort study that assessed the occurrence of serious coronary heart disease among NSAID users[19] showed an elevated cardiovascular risk associated with the use of high-dose rofecoxib, but no increased risk with the use of doses of 25 mg or less.

In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the long-term use of rofecoxib. The increase in adjudicated thrombotic events associated with rofecoxib therapy was not evident during the first 18 months of the trial. Other inves-

tigator-reported cardiovascular events known to be associated with NSAID use, such as congestive heart failure and pulmonary edema, although less well defined, occurred earlier (at approximately five months) and at a higher rate among patients taking rofecoxib than among those taking placebo.

Patients in the rofecoxib group had increases in systemic arterial pressure during the trial, a finding that is consistent with the previously reported renovascular effects of NSAIDs. These changes in blood pressure were observed early in the study, along with investigator-reported edema and congestive heart failure. Mean arterial pressure did not appear to have a significant association with confirmed thrombotic events, however, according to an assessment of changes from baseline to four weeks and an analysis that included mean arterial pressure as a time-varying covariate in a model of treatment effects. On the basis of these findings, it is unlikely that changes in blood pressure were the explanation for the excess cardiovascular risk in our study. However, hemodynamic changes could have contributed to a degree that is difficult to determine from the available data.

It is unclear whether the results seen with rofecoxib represent a general effect of COX-2 inhibitors or a specific effect of rofecoxib. A recent case–control study[27] suggested that the odds of nonfatal myocardial infarction differ between patients who take

8-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

| Table 4. Incidence of Nonadjudicated Cardiovascular Adverse Events.* | | | | | |
|---|---|---|---|---|---|
| Adverse Event† | Rofecoxib Group (N=1287) | | Placebo Group (N=1299) | | Hazard Ratio (95% CI) |
| | No. of Patients (%) | Rate/100 Patient-yr | No. of Patients (%) | Rate/100 Patient-yr | |
| Hypertension | 377 (29.3) | 14.9 | 219 (16.9) | 7.3 | 2.02 (1.71–2.38) |
| Serious event | 11 | | 1 | | |
| Edema | 111 (8.6) | 3.8 | 76 (5.9) | 2.4 | 1.57 (1.17–2.10) |
| Serious event | 3 | | 0 | | |
| Congestive heart failure, pulmonary edema, or cardiac failure | 17 (1.3) | 0.6 | 4 (0.3) | 0.1 | 4.61 (1.50–18.83) |
| Serious event | 12 | | 2 | | |

* The total duration of follow-up was 3059 patient-years in the rofecoxib group and 3327 patient-years in the placebo group. Although a patient may have had two or more clinical adverse events, the patient was counted once within a category. The same patient may appear in different categories.
† A serious event was defined as one that was life-threatening, resulted in (or prolonged) hospitalization, or caused permanent disability. CI denotes confidence interval.

rofecoxib and those who take celecoxib, and a nested case–control study[20] also suggested that there are differences in the risk of serious coronary heart disease between the two agents. Elsewhere in this issue of the Journal, Nussmeier et al. report that patients who received parecoxib and valdecoxib for pain in the first 10 days after coronary-artery bypass grafting had an increased risk of cardiovascular events during 30 days of follow-up.[28] Also in this issue, Solomon et al. report that an ongoing safety review of the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased by a factor of 2.3 among patients who were randomly assigned to receive celecoxib, as compared with those who were

assigned to receive placebo,[29] leading the National Cancer Institute to suspend the trial. The possibility that conventional NSAIDs may have similar effects also has to be considered. Possible cardiovascular effects will need to be taken into account in an assessment of the potential ability of any of these drugs to prevent neoplasia in the large bowel and other organs.

Funded by Merck Research Laboratories.
Drs. Bresalier, Sandler, Riddell, Morton, Lanas, and Baron report having received consulting fees from Merck Research Laboratories. Dr. Baron also reports having served as an unpaid consultant to Bayer. Dr. Konstam reports having received consulting fees from Merck. Mr. Bolognese and Drs. Quan, Oxenius, Horgan, and Lines are employees of Merck, and Drs. Quan, Bolognese, Oxenius, Horgan, and Lines own equity in the company.

APPENDIX

The following persons and institutions participated in the APPROVe Trial: Steering Committee — J.A. Baron (chair), R.S. Bresalier, R.S. Sandler, R. Riddell, D. Morton, A. Lanas, B. Oxenius (nonvoting member), J.A. Bolognese (nonvoting member), K. Horgan (nonvoting member); External Safety Monitoring Board — J. Neaton (chair), M.A. Konstam, D. Bjorkman, R. Logan, H. Quan (nonvoting member); Adjudication Committees — Cardiology: I.S. Dreifus, G. Vetrovec, B. Chaitman; Neurology: H. Adams, J.P. Mohr, J. Zivin; Peripheral Vascular: J. Ginsberg, C. Kearon, T. Rooke; Gastrointestinal: M. Griffin, M. Langman, D. Jensen; Investigators — M. Aguilar, Clinica Aguilar Bonilla, San Jose, Costa Rica; P. Angus, Austin & Repatriation Medical Centre, Heidelberg, Australia; N. Arber, Tel Aviv Sourasky Medical Center, Tel Aviv; J.M.P. Badia, Hospital Clinic I Provincial, Barcelona, Spain; R.D. Baerg, Tacoma Digestive Disease Center, Tacoma, Wash.; H. Baistrocchi, Unidad de Aparato Digestivo Julio Dante Baistrocchi, Cordoba, Argentina; M.L. Barclay, Christchurch Hospital, Christchurch, New Zealand; C. Beglinger, University of Basel, Basel, Switzerland; G. Bianchi-Porro, Ospedale Luigi Sacco, Milan, Italy; T. Bohn, Prince of Wales Hospital, Randwick, Australia; R.M. Bostick, Palmetto Health South Carolina Cancer Center, Columbia; R.S. Bresalier, A.A. Dekovich, T. Ben-Menachem, S.K. Batra, Henry Ford Hospital, Detroit; E. Bruun, J. Christiansen, Amtssygehuset i Herlev, Herlev, Denmark; C. Burke, Cleveland Clinic Foundation, Cleveland; E. Burtok, Akademia Medyczna w Warszawie, Warsaw; L. Capurso, Azienda Ospedaliera San Filippo, Rome; J.P. Cello, San Francisco General Hospital, San Francisco; S. Chaussade, Hospital Cochin Saint-Jacques, Paris; D.P. Clelland, Montreal General Hospital, Montreal; G. Costamagna, Universita Cattolica del Sacro Cuore, Rome; P. Crone, Kobenhavns Amtssygehus i Glostrup, Glostrup, Denmark; B.V. Cutsem, Universitaire Ziekenhuizen, Leuven, Belgium; G.R. D'Haens, Imeldaziekenhuis, Bonheiden, Belgium; W. Dekker, J. Ferwerda, Kennemer Gasthuis, Haarlem, the Netherlands; E. Dominguez-Munoz, Hospital Universitario Reina Sofia, Cordoba, Spain; D.S. Eskreis, R.E. Tepper, Long Island Clinical Research Associates, Great Neck, N.Y.; R. Estela, Hospital Clinico San Borja-Arriaran, Santiago, Chile; M. Farkkila, University Central Hospital, Helsinki; G.M. Fogarolas, J.F. deDios, Hospital Universitario Reina Sofia, Cordoba, Spain; A. Giacosa, Instituto Nazionale Per La Ricerca Sul Cancro, Genoa, Italy; M.J. Goldstein, Long Island Gastro Intestinal Research Group, Great Neck, N.Y.; F. Gomollon-Garcia, Hospital Universitario Miguel Servet, Zaragoza, Spain; P. Gandrup, Aalborg Syen-

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

bus, Aalborg, Denmark; A. Habr-Gama, Hospital das Clinicas da Faculdade de Medicina da Universidade de São Paulo, São Paulo; M. Haque, S. Parry, Middlemore Hospital, Auckland, New Zealand; R. Hardi, Metropolitan Gastroenterology Group, Chevy Chase, Md.; W. Harford, Veterans Affairs Medical Center, Dallas; S.M. Harris, M.B. Vakil, Aurora Sinai Medical Center, Milwaukee; P.R. Holt, D.P. Kotler, Saint Luke's–Roosevelt Hospital, New York; P.A. Holt, Endoscopic Microsurgery Associates, Towson, Md.; A.W. Holtzmantz, Karolinska Universitetssjukhuset-Solna, Stockholm; S.H. Itzkowitz, Mount Sinai Medical Center, New York; R.F. Jacoby, University of Wisconsin Medical School, Madison; K.R.J. Jensen, Centralsygehuset Esbjerg Varde, Esbjerb, Denmark; J.F. Johanson, Rockford Gastroenterology Associates, Rockford, Ill.; B.W. Jørgensen, Bispebjerg Hospital, Copenhagen; K.E. Kim, University of Chicago Medical Center, Chicago; P. Spring, Md.; B. Koch, St. Vincenz Krankenhaus, Datteln, Germany; A. Lanas, University Clinical Hospital, Zaragoza, Spain; M.R. Lane, Knoflach, AKH Barmherzige, Schwestern vom heiligen Kreuz, Wels, Austria; M. Koch, Capital Gastroenterology Consultants, Silver Auckland City Hospital, Auckland, New Zealand; T.R. Liebermann, Radiant Research, Austin, Tex.; M. Lukas, Univerzita Karlova, Prague; C.M. Schmitt, Southern Clinical Research, Chattanooga, Tenn.; F. Mactae, Cabrini Hospital, Malvern, Australia; P.E. Maira, Hospital José Joaquin Aguirre, Santiago, Chile; N.B. Marcon, Toronto; R.D. Marks, Alabama Digestive Research Center, Alabaster; C.B. Martinez, Hospital Mitur Central, Bogota, Colombia; R. McLeod, Mount Sinai Hospital, Toronto; K.R. McQuaid, Veterans Affairs Medical Center, San Francisco; G. Minoli, Ospedale Valduce Reparto, Como, Italy; M. Montoro, Hospital San Jorge, Huesca, Spain; A. Montoya, Clinica Shaio, Bogota, Colombia; G. Morelli, Optimum Clinical Research, Montreal; D.G. Morton, Queen Elizabeth Hospital, Edgbaston, United Kingdom; T.J. Myrhoj, J.R. Andersen, Hvidovre Hospital, Hvidovre, Denmark; A. Nakad, Hospital Notre Dame, Tournai, Belgium; V. Narayen, Gastrointestinal Diagnostic Center, Baltimore; Y. Niv, Rabin Medical Center, Petah Tikva, Israel; P.M. Pardoll, S. Scheinert, Center for Digestive Diseases, St. Petersburg, Fla.; C. Phino, J.M. Soares, Celestial Ordem Terceira da Santissima, Porto, Portugal; I. Pokorny, Prerov, Czech Republic; J. Ponce-Garcia, Hospital Universitari La Fe Valencia, Valencia, Spain; T. Ponchon, Hospital Edouard Herriot, Lyon, France; J.H. Pressman, San Diego Digestive Disease Consultants, San Diego, Calif.; V. Procharzka, Fakultni Nemocnice Olomouc, Olomouc, Czech Republic; J.A. Provenza, Louisiana Research Center, Shreveport; W.S. Putnam, Seattle Gastroenterology Associates, Seattle; E. Quintero-Carrion, Hospital Universitario De Canarias Tenerife, Santa Cruz de Tenerife, Spain; J.P. Raufman, V. Raj, University of Arkansas for Medical Sciences, Little Rock; D.K. Rex, Indiana University Hospital, Indianapolis; F.P. Rossini, M. Spandre, Azienda Sanitaria Ospedaliera, Turin, Italy; R.I. Rothstein, Dartmouth Hitchcock Medical Center, Lebanon, N.H.; A.K. Rustgi, University of Pennsylvania, Philadelphia; R. Sandler, University of North Carolina at Chapel Hill, Chapel Hill; B. Schmeizer, Sunninghill Clinic, Sandton, South Africa; R.E. Schoen, University of Pittsburgh Medical Center, Pittsburgh; T.T. Schubert, Allenmore Medical Center, Tacoma, Wash.; J.J. Schwartz, Mimani Research Associates, Miami; E. Segal, Hospital General de Agudos Carlos G. Durand, Buenos Aires; F. Seow-Choen, K.W. Bo, Singapore General Hospital, Singapore; M.R. Shah, Philip J. Bean Medical Center, Hollywood, Md.; N. Skandalis, Peripheral General Hospital, Athens; P.L. Szego, Royal Victoria Hospital, Montreal; N. Toribara, University of Colorado Health Sciences Center, Denver; J. Torosis, Gastrointestinal Research, Redwood City, Calif.; D.K. Turgeon, University of Michigan, Ann Arbor; S.W. Van der Merwe, Pretoria, South Africa; R. VanStolk, C.W. Howden, Northwestern University, Chicago; P. Vergauwe, Algemeen Ziekenhuis Groeninge, Kortrijk, Belgium; B. Vergeau, C. Nizou, Hopital d'Instruction des Armees, Paris; G. Winde, Klinikum Kreis Herford, Herford, Germany; J. Wolosin, M.W. Swaim, Regional Research Institute, Jackson, Tenn.; J.C. Wolper, P.L. Yudelman, Digestive Health Physicians, Fort Myers, Fla.; B.C.Y. Wong, University of Hong Kong Queen Mary Hospital, Hong Kong; J.P. Wright, Kinsbury Hospital, Claremont, South Africa; A. Zambelli, Ospedale Maggiore Azienda Ospedaliera, Crema, Italy.

## REFERENCES

1. Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003;4:431-6.

2. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van de Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000;43:4-13.

3. Howard PA, Delafontaine P. Nonsteroidal anti-inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004;43:519-25.

4. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104:2280-8.

5. Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

6. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002;162:1099-104.

7. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004;109:2068-73.

8. Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002;47:349-55.

9. Mamdani M, Juurlink DN, Lee DS, et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363:1751-6.

10. Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2–specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8:85-95. [Erratum, Am J Ther 2001;8:220.]

11. Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002;90: 959-63.

12. Egan KM, Wang M, Lucitt MB, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005;111:334-42.

13. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

14. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002;162:1111-5. [Erratum, Arch Intern Med 2002;162:1858.]

15. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002;162:1105-10. [Erratum, Arch Intern Med 2002;162:1779.]

16. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

17. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002;89:204-9.

18. Mamdani M, Rochon P, Juurlink DN, et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of

10-BRESALIER

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission
Copyright © 2005 Massachusetts Medical Society. All rights reserved

CARDIOVASCULAR EVENTS ASSOCIATED WITH ROFECOXIB

acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

19. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002;360:1071-3.

20. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infraction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005;365:475-81.

21. Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004;364:2021-9.

22. Baron JA, Cole BF, Sandler RS, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348:891-9.

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy. I. Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. [Erratum, BMJ 1994;308:1540.]

24. Guess HA, Lydick EG, Small RD, Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. Am J Epidemiol 1987;125:340-7.

25. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999;96:272-7.

26. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001;345:433-42.

27. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142:157-64.

28. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005;352.

29. Solomon SD, McMurray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib use in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352.

Copyright © 2005 Massachusetts Medical Society.

BRESALIER-11

Downloaded from www.nejm.org on February 15, 2005 . For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.