UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

CIVIL

NO: MDL 1657

SECTION: L (3)

ATTACHMENTS TO DOCUMENT NO.

DESCRIPTION: Court's rulings on objections to Deposition Testimony

FILED BY: Court

FILE DATE: July 7, 2006

ARE LOCATED IN THE CLERK'S OFFICE.