UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S MOTION
<u>IN LIMINE</u> TO PRECLUDE MERCK FROM REFERRING TO THE GEOGRAPHIC
<u>AREA IN OR AROUND SOUTH CAROLINA AS THE "STROKE BELT"</u>**

**(PLAINTIFF'S MOTION *IN LIMINE* NO. 12)**

Plaintiff admits that the geographic area including South Carolina is known as the "stroke belt" because people living in that area have a much higher risk of dying from a stroke than those living in the rest of the country. Plaintiff does not and cannot deny that stroke and heart attack have very similar causes and risk factors. Nor can he deny that he lives in this area. The evidence makes it clear that Mr. Barnett's residence in the stroke belt increased his risk of heart attack and stroke. Therefore, the Court should deny plaintiff's motion.

818229v.1

The term "stroke belt" is widely used among scientists and public health professionals who study strokes. Although different authorities use different geographic boundaries, they agree that a geographic area in the southeastern United States, including plaintiff's home in South Carolina, has a higher incidence of stroke than the rest of the nation. For example, the National Institutes of Health's National Heart, Lung, and Blood Institute (NHLBI) examined the 1980 age-adjusted stroke mortality rates by state. Eleven states had stroke death rates more than 10% higher than the U.S. average. The NHLBI designated those eleven states – which include South Carolina – as the "stroke belt." *See http://www.nhlbi.nih.gov/health/prof/heart/other/ sb_spec.htm*.

Other researchers use the term to focus on a smaller group of southeastern states (also including South Carolina) where adult stroke death rates are more than 20% higher than the rest of the country. *See, e.g.*, Fullerton, H.J. Elkins, J.S., & Johnson, S.C., *Pediatric Stroke Belt: Geographic Variations in Stroke Mortality in U.S. Children*, STROKE 2004;35:1570-1673. According to the Centers for Disease Control and Prevention's ("CDC") National Center for Chronic Disease Prevention and Health Promotion, South Carolina's annual death rate from stroke is the worst in the country: 39% higher than that of the nation as a whole. *See http://apps.nccd.cdc.gov/giscvh/(ywehlne5j42px22u5caj4hnn)/map.aspx* (using data from 1991-1998).

Stroke is a type of cardiovascular disease. A stroke happens when a blood vessel carrying blood to the brain is blocked by a clot or bursts, depriving the affected part of the brain of blood and oxygen. American Stroke Association, *What is Stroke?*, *available at http://www.strokeassociation.org/presenter.jhtml?identifier=3030066*. Many of the risk factors for stroke are the same as for heart attack. Indeed, patients with coronary heart disease or

angina, or who have had a heart attack due to atherosclerosis, have more than twice the risk of stroke than those who have not. American Stroke Association, *How Cardiovascular & Stroke Risks Relate*, available at http://www.strokeassociation.org/presenter.jhtml?identifier=3027411.

Mr. Barnett alleges his heart attack resulted from his atherosclerosis. Diet, obesity, and sedentary lifestyle are some of the factors that cause atherosclerosis, and in turn, stroke. Regional differences in these factors may explain, in part, the existence of the stroke belt, although all of the reasons for the increased risk of stroke in the area may not yet be known. Thus, the stroke belt is very relevant to Mr. Barnett's health and to his heart attack.

Risk factors are relevant to the issue of specific causation. An expert testifying for plaintiff on specific causation must establish that Vioxx®, rather than other factors, caused Mr. Barnett's heart attack. *Viterbo v. Dow Chem. Co.*, 826 F.2d 420, 424 (5th Cir. 1987) (stating that an expert cannot, in the face of multiple potential causes, "simply pick[] the cause that is most advantageous to [plaintiff's] claim[s]"). This requires consideration of Mr. Barnett's risk factors for cardiovascular disease. *Cano v. Everest Minerals Corp.*, 362 F. Supp. 2d 814, 840 (W.D. Tex. 2005) ("An expert who fails to scientifically rule out or quantify alleged risk factors to arrive at the most likely causes offers a specific causation opinion that is not relevant because it is nothing more than pure speculation."); *Coleman v. Danek Med., Inc.*, 43 F. Supp. 2d 637, 650 n.23 (S.D. Miss. 1999); *Glastetter v. Novartis Pharms. Corp.*, 107 F. Supp. 2d 1015, 1045 n.29 (E.D. Mo. 2000) (holding that plaintiff's experts' conclusions regarding specific causation were inadmissible because they were "unable to demonstrate that Parlodel, as opposed to other risk factors such as the increased risk of stroke in the postpartum period, caused the injury to [plaintiff]"). Thus Mr. Barnett's risk factors, including the fact that he resides in the stroke belt, are relevant and admissible.

Moreover, plaintiff's residence in the stroke belt is even more relevant because he claims that the heart attack and bypass surgery that allegedly resulted from Vioxx place him at an increased risk of death. (*See, e.g.,* Expert Report of Douglas P. Zipes, M.D. at 43, 45, attached hereto as Ex. A.)  Residents of the stroke belt are at an increased risk of death for reasons having nothing to do with Vioxx.  For these reasons, the Court should deny plaintiff's motion.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

818229v.1

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

818229v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Plaintiff's Motion *in Limine* to Preclude Merck from Referring to the Geographic Area in or Around South Carolina as The "Stroke Belt" has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of July, 2006.

/s/ *Dorothy H. Wimberly*

818229v.1