Exhibit A - Farquhar Deposition Excerpts

• Opposition to MIL 13

| | | |
|---|---|---|
| [1:] - [1:25] | 6/8/2006 | Farquhar, John W., M.D. |

```
page 1
     0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4         In re:  VIOXX
          PRODUCTS LIABILITY
5         LITIGATION
6
7         GERALD BARNETT and CORRINE        )
          BARNETT,                          )
8                                           )MDL Docket No. 1657
                    Plaintiffs,             )
9                                           )
          vs.                               )
10                                          )
          MERCK & CO., INC.,                )
11                                          )
                    Defendant.              )
12                                          )
          _____    )
13
14
15
16        VIDEOTAPED DEPOSITION OF JOHN W. FARQUHAR, M.D.
17                    San Francisco, California
18                         June 8, 2006
19
20
21
22
23
24     Reported by:
       DARCY J. BROKAW
25     RPR, CRR, CSR No. 12584
       Job No. 69492
```

| | | |
|---|---|---|
| [258:19] - [259:18] | 6/8/2006 | Farquhar, John W., M.D. |

```
page 258
19     Q    Other than Mr. Barnett's unstable angina,
20  Cardiolite test and blood pressure spike, do you
21  have any other bases to put Mr. Barnett in the
22  high-risk group that you and Dr. Jewell used to
23  analyze the APPROVe data?
24     A    Well, I would include family history
25  because, although that's not listed in the increased
page 259
1   cardiovascular risk for APPROVe and 203, it's on
2   virtually everyone else's list of a cardiovascular
3   risk factor.  So I can add that to hypertension and
4   I already have the aspirin-indicated from the
5   Cardiolite angina thing.
6           So, you know, he has problems and they
7   were enough to want to institute medical therapy,
8   and as has been stated, it indicated moderate or
9   mild involvement of at least one coronary artery.
10  So he was not put in an extraordinarily high-risk
11  group.
12          The symptomatic arteriosclerotic vascular
13  disease, keep in mind, embraces a reasonably broad
14  spectrum of total risk, including the presence of
15  two risk factors, not including family history
16  because it's not there, but it could be put there.
17  So you know, he's at a moderate risk of future
18  events.
```



EXHIBIT A

Exhibit A - Farquhar Deposition Excerpts

- Opposition to MIL 13
[298:1] - [298:21]         6/8/2006      Farquhar, John W., M.D.

```
page 298
 1   STATE OF CALIFORNIA      )
 2   : ss
 3   COUNTY OF SAN FRANCISCO  )
 4
 5   I, the undersigned, a Certified Shorthand Reporter of the
 6   State of California, do hereby certify: That the foregoing
 7   proceedings were taken before me at the time and place
 8   herein set forth; that any witnesses in the foregoing
 9   proceedings, prior to testifying, were placed under oath;
10   that a verbatim record of the proceedings was made by me
11   using machine shorthand which was thereafter transcribed
12   under my direction; further, that the foregoing is an
13   accurate transcription thereof.
14   I further certify that I am neither financially interested
15   in the action nor a relative or employee of any attorney of
16   any of the parties.  IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18           Dated: _____
19
20           _____
21               DARCY J. BROKAW, CSR No. 12584
```