Exhibit C - Zipes Deposition Excerpts

• Opposition to MIL 13

[1:] - [1:24]     6/9/2006     Zipes, Douglas (Barnett)

```
page 1
     0001
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4       In re:  VIOXX                  )
         PRODUCTS LIABILITY LITIGATION  ) MDL Docket No. 1657
 5                                      )
         This document relates to       ) Section L
 6                                      )
         GERALD BARNETT,                ) Judge Fallon
 7                                      )
                       Plaintiff,       ) Civil Action No.
 8                                      ) 2:06cv485
                vs                      )
 9                                      )
         MERCK & CO., INC.,             )
10                                      )
                       Defendant.       )
11       _____)
12
13
14
15           DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16                  Newport Beach, California
17                   Friday, June 9, 2006
18
19
20
21
22       Reported by:
23       DIANA JANNIERE
         CSR NO. 10034
24       LA JOB No. 918528
         PHIL JOB No. 2211
```

[119:5] - [121:18]     6/9/2006     Zipes, Douglas (Barnett)

```
page 119
 5      Q    Okay. Do you believe that Mr. Barnett's family
 6   history was a risk factor for atherosclerosis and heart
 7   attack?
 8      A    I think it is questionable because generally
 9   the risk factor of an inherited problem has an age cut
10   off of 55. So that if a first-degree relative has had
11   an infarct at 55 or less, it is considered a risk
12   factor.
13           There are two statements in what I have read in
14   terms of when Mr. Barnett's father had his infarct. One
15   says 55. The other says 62, his first infarct. So I am
16   not certain with that.
17           The sister, apparently, had some TIA's. That
18   is generally not a risk factor for the subsequent
19   development of coronary artery disease.
20           His father's second infarct is at age 67 or 68.
21   So that would not be considered a major risk factor.
22           He has four brothers without any heart disease,
23   to my knowledge. That is pretty strong to suggest that
24   it is not a family history. Certainly, among the four
25   brothers.
page 120
 1           His mother is still alive at age 90 or 91 and
 2   has had TIA's, and again, I would not consider that a
 3   risk factor of coronary artery disease.
 4           So if he does have a family history of heart
 5   disease as a risk factor, it is really not a major
 6   issue.
 7      Q    So it is your testimony that even though
```


EXHIBIT C

Exhibit C - Zipes Deposition Excerpts

- Opposition to MIL 13

```
 8  Mr. Barnett's father had a heart attack at either 55 or
 9  62, and then had a stroke and then had a heart attack at
10  68, that family history is not a risk factor for
11  Mr. Barnett's heart attack?
12      A    No, I didn't say that.  I said it is not an
13  overwhelming risk factor.  I would not at all discount
14  those observations, but I take care of patients whose
15  parents have had heart attacks who are 45.  Those are
16  major risk factors.
17           And the fact that four brothers have no heart
18  disease, certainly is pretty suggestive that there is
19  nothing genetic at least for those four brothers.  And
20  why Mr. Barnett and not his four brothers, so I cannot
21  discount it, but it is not a major aspect.
22      Q    And so if I understand your testimony,
23  Dr. Zipes, Mr. Barnett's family history is not a major
24  risk factor, but it is a risk factor that you cannot
25  discount in terms of Mr. Barnett's risk of a heart
page 121
 1  attack?
 2      A    Yes.
 3      Q    If a first-degree relative has an MI at age 55,
 4  does it matter how many other relatives either had a
 5  heart attack or didn't?
 6      A    It is usually the first-degree relatives that
 7  most people would consider as a risk factor.
 8      Q    So if a first-degree --
 9      A    In other words, if there is a relative of a
10  relative, so that your second-degree family member, then
11  that is generally not considered a major aspect.
12      Q    But if a father -- a father has a heart attack
13  at 55 --
14      A    Right.
15      Q    -- and no brothers have heart attacks, the
16  father's heart attack is still evidence of a risk factor
17  for the fifth brother?
18      A    Yes, and I've said that.
```

[268:1] - [268:20]    6/9/2006    Zipes, Douglas (Barnett)

```
page 268
 1           I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3           That the foregoing proceedings were taken
 4  before me at the time and place herein set forth; that
 5  any witnesses in the foregoing proceedings, prior to
 6  testifying, were placed under oath; that a verbatim
 7  record of the proceedings was made by me using machine
 8  shorthand which was thereafter transcribed under my
 9  direction; further, that the foregoing is an accurate
10  transcription thereof.
11           I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14           IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
              Dated: _____
18
19            _____
              Diana Janniere
20            CSR No. 10034
```

Exhibit D - Mikola Deposition Excerpts

- Opposition to MIL 13

[1:] - [1:25]    4/25/2006    Mikola, Michael

```
page 1
    0001
 1               IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2
 3
 4       IN RE: VIOXX              * MDL Docket No. 1657
         PRODUCTS LIABILITY        *
 5       LITIGATION                * Section L
                                   *
 6       THIS DOCUMENT RELATES TO: * Judge Fallon
         GERALD BARNETT v. MERCK   * Mag. Judge Knowles
 7
         *****************************
 8
 9
10       VIDEOTAPE
         DEPOSITION OF:MICHAEL MIKOLA, MD
11
         DATE:         April 25, 2006
12
         TIME:         8:27 AM
13
         LOCATION:     Law Offices of
14                     Motley Rice, LLC
                       28 Bridgeside Boulevard
15                     Mt. Pleasant, SC
16       TAKEN BY:     Counsel for Plaintiff
17       REPORTED BY:  TERRI L. BRUSSEAU,
                       Registered Professional
18                     Reporter, CP, CRR
19
20
21            GOLKOW LITIGATION TECHNOLOGIES
22              Four Penn Center, Suite 1210
                 1600 John F. Kennedy Blvd.
23                Philadelphia, PA 19103
                     877.DEPS.USA
24
25
```

[196:23] - [198:21]    4/25/2006    Mikola, Michael

```
page 196
23           Q.  Let's look at the next section of your
24   first meeting with Mr. Barnett under family
25   history.  Can you please read 1, 2 and 3.
page 197
 1           A.  Yes, sir.  His mom is alive at 84 and
 2   healthy except for hypertension and mini strokes.
 3   That's a layman's term for TIA's, transient
 4   ischemic attacks.
 5           Q.  What is a transient ischemic attack?
 6           A.  It's a stroke that doesn't result in
 7   permanent damage.  The body's clot-dissolving
 8   system is able to dissolve the clot that's formed.
 9   We have a clot-forming and a clot-dissolving
10   system.  When a clot forms, our body is able to
11   dissolve it before it causes permanent damage to
12   the brain so you'll develop stroke symptoms that
13   resolve in less than 24 hours and they don't leave
14   permanent neurologic damage.
15               Father died at 68 of coronary disease
16   and possible hypertension.  Sister with mini
17   strokes at age 45 who is not a smoker.
18           Q.  You can read 4 and 5 also.
19           A.  Other siblings are healthy and there is
20   a family history of reflux.
```



Exhibit D - Mikola Deposition Excerpts

• Opposition to MIL 13

```
21      Q.  Did Mr. Barnett tell you these things
22  about his family history when you first met him in
23  October of 1999?
24      A.  Yes, sir.
25      Q.  Was it significant to you that his
page 198
1   mother had TIA's, hypertension, his father had died
2   of coronary disease and possibly hypertension and
3   his sister had mini strokes at age 45?
4       A.  Yes, sir.
5       Q.  Why?
6       A.  It tells me that he may be genetically
7   at higher risk of having vascular disease.
8       Q.  Was it your belief --
9       A.  I should say arterial vascular disease.
10      Q.  Was it your belief, Dr. Mikola, that
11  Mr. Barnett was at risk of heart disease and a
12  heart attack given his family history?
13      A.  Yes, sir.
14      Q.  Did you subsequently become aware that
15  Mr. Barnett's father also had a nonfatal heart
16  attack in his fifties or early sixties?
17      A.  My notes say that he had coronary
18  disease.  I don't know from this note if it was a
19  nonfatal MI.  It could have been bypass surgery,
20  angioplasty stint or a heart attack.  Those would
21  all be classified as coronary disease.
```

[414:1] - [414:19]       4/25/2006    Mikola, Michael

```
page 414
1               CERTIFICATE OF REPORTER
2       I, Terri L. Brusseau, Registered
3   Professional Reporter and Notary Public for the
4   State of South Carolina at Large, do hereby certify
5   that the foregoing transcript is a true, accurate,
6   and complete record.
7       I further certify that I am neither related
8   to nor counsel for any party to the cause pending
9   or interested in the events thereof.
10      Witness my hand, I have hereunto affixed my
11  official seal this 1st day of May, 2006 at
12  Charleston, Charleston County, South Carolina.
13
14
15
16                  _____
                    Terri L. Brusseau,
17                  Registered Professional
                    Reporter, CP, CRR
18                  My Commission expires
                    May 7, 2006.
19
```