UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE |
| GERALD D. BARNETT, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**OPPOSITION OF MERCK & CO., INC. ("MERCK") TO PLAINTIFF'S
MOTION *IN LIMINE* TO PRECLUDE DEFENDANT MERCK FROM
OFFERING ANY TESTIMONY OR ARGUMENT REGARDING
DR. MCCAFFREY'S PERSONAL USE OF VIOXX® AND
HIS OPINIONS REGARDING THE FDA APPROVAL PROCESS**

**(PLAINTIFF'S MOTION *IN LIMINE* NO. 14)**

Plaintiff seeks to exclude the testimony of his own physician, Dr. McCaffrey, on the reasons why he prescribed Vioxx to Mr. Barnett.  In particular, plaintiff seeks to exclude Dr. McCaffrey's testimony that his own good experience taking Vioxx, along with the positive experiences of his other patients and his beliefs concerning the significance of FDA approval, all contributed to his view that Vioxx was safe, effective, and appropriate for Mr. Barnett.  Because

2

this testimony is directly relevant to plaintiff's claim that Dr. McCaffrey relied on something else altogether in making his prescribing decision – *i.e.,* Merck's allegedly misleading marketing – it is relevant and admissible.

Plaintiff claims that Merck's marketing misled his physicians into prescribing Vioxx. To prevail on his misrepresentation claims, Mr. Barnett must prove – among other things – that his physicians detrimentally relied on a material misrepresentation or false statement by Merck. *See, e.g., Redwend Ltd. P'ship v. Edwards*, 581 S.E.2d 496, 504 (S.C. Ct. App. 2003) (negligent misrepresentation); *Regions Bank v. Schmauch*, 582 S.E.2d 432, 444-45 (S.C. Ct. App. 2003) (deceit by concealment). On the other hand, Merck will prevail on these claims if the jury concludes that plaintiff's doctors did not rely on Merck's marketing when deciding to prescribe Vioxx. *See Jones v. Danek Med., Inc.*, No. Civ.A. 4:96-3323-12, 1999 WL 1133272, at *6-8 (D.S.C. Oct. 12, 1999) (holding that a fraud claim under South Carolina law failed because the doctor did not rely on the manufacturer's marketing when installing a medical device; rather he relied on his success with previous patients and his belief that the device was an effective treatment).

In rebutting plaintiff's misrepresentation claims, Merck is entitled to prove that Dr. McCaffrey did not rely on Merck's marketing in making his prescribing decision. That proof will consist not only of Dr. McCaffrey's denial that he relied on Merck's marketing, but also proof of the factors on which he *did* rely. *Id.* at *7-8. Among other things, Dr. McCaffrey relied on his own positive experience taking Vioxx, the positive experiences of his patients, and the fact that the FDA had approved Vioxx as safe and effective, as noted in plaintiff's motion.

Merck is not offering Dr. McCaffrey as an expert on regulatory issues. Rather, his testimony concerning his faith in the FDA and his belief in the rigor of the FDA's procedures is

2

818220v.1

relevant to show his reasons for prescribing the drug to Mr. Barnett. This is proof of his lack of reliance on Merck's marketing. For these reasons, the Court should deny plaintiff's Motion *in Limine* No. 14 in its entirety.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Opposition to Plaintiff's Motion *in Limine* to Preclude Defendant Merck from Offering any Testimony or Argument Regarding Dr. McCaffrey's Personal Use of Vioxx and His Opinions Regarding the FDA Approval Process has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark Robinson by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 7th day of July, 2006.

*/s/ Dorothy H. Wimberly*

818220v.1