UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
    *Lowe, et al. v. Merck & Co., et al.*, 05-6173

## ORDER

IT IS ORDERED that the Defendant PJC Realty MA, Inc.'s Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (Rec. Doc. 5605) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this   5th   day of   July  , 2006.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE