| | |
|---|---|
| To: | Shapiro, Deborah R.; Reicin, Alise S.; Nies, Alan S. |
| From: | Scolnick, Edward M. |
| Cc | Scolnick, Edward M. |
| Bcc: | |
| Date: | 2000-03-09 23:18:40 |
| Subject: | vigor |

To all: I just received and went through the data. Thank you for sending it to me. There is no doubt about the pub data. very very strong. as expected. general safety is better than could hope for in this patient population. incidences of hypertension, renal anything ,edema, liver, all great-very safe.very very safe. The CV events are clearly there. Since no obvious correlate right now ie not steroids , maybe smoking and prior a bit this is real. It is important to find out about the cases that oates told us about. When we present in May we should present those also if he will let us so it is clear to the world that this is class effect. all the ideas you talked about are important: plipid antibodies-but I doubt it will correlate.Many vein tbosis in what is probably a somewhat restricted patient group. I think we should run an asa low dose endoscopy study. placebo low dose asa vioxx and both to show people that you can safiy use asa low dose with vioxx ie that it is no different from asa alone and then some version of the tylenol study we discussed to further assess safety. also wpse should give us a full postmarketing analysis with incidneces of whatever as background. It is a shame but it is a low incidence and it is mechanism based as we worried it was.Oates and Alan and barry were right about the metabolite meanings ie urine Pg data.It is important that they not appear to be different. This will limit the class somewhat but the GI safety is superb. I really would like to know the hlstroy of what patients were on and what ulcer history in the data as you dig in.

In May we need to be able to present in total pclure that is OA safety data base from all studies -ours and ushh. and postmarketing so we can frame 25mg in OA vs 50mg in RA.And that is why we need a 25mg in OA study for more safety.End point studies tell the truth. We have a great drug and like angioedema with vasotec and seizures with primaxin and myopathy with mevacor there is always a hazard. The class will do well and so will we / see you at coming meetings / Ed



PLAINTIFF'S
EXHIBIT 6
niKola
4-25-06

Confidential - Subject To Protective Order

MRK-ABH0016219

 **MERCK**

**News Release**

**FOR IMMEDIATE RELEASE**

Media Contacts: Jan Weiner
215/652-6462

Mary Elizabeth Basaman
215/652-5244

Investor Contact: Laura Jordan
908/423-5185

## Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx®

WEST POINT, Pa., April 28, 2000 -- In response to speculative news reports, Merck & Co., Inc. today confirmed the favorable cardiovascular safety profile of Vioxx® (rofecoxib), its medicine that selectively inhibits COX-2. Vioxx was approved by the U.S. Food and Drug Administration in May 1999 for the management of osteoarthritis and the relief of acute pain in adults based on efficacy and safety studies involving nearly 4,000 patients.

Extensive review of data from the completed osteoarthritis trials and on-going clinical trials with Vioxx, as well as post-marketing experience with Vioxx, have shown no difference in the incidence of cardiovascular events, such as heart attack, among patients taking Vioxx, other NSAIDs and placebo. More than 10 million prescriptions have been written for Vioxx in the United States since its introduction.

In preliminary findings from Merck's large gastrointestinal (GI) outcomes study that compared Vioxx with naproxen in patients with rheumatoid arthritis, significantly fewer heart attacks were observed in patients taking naproxen (0.1 percent) compared to patients taking Vioxx (0.5 percent). This result is consistent with naproxen's ability to block platelet aggregation. This is the first time this effect of naproxen to reduce these events has been demonstrated in a clinical study. Vioxx, like all COX-2 selective medicines, does not block platelet aggregation and therefore would not be expected to have these effects in reducing these events.

In a separate GI outcomes study in osteoarthritis and rheumatoid arthritis patients, celecoxib, another agent that selectively inhibits COX-2, was compared to the NSAIDs diclofenac and ibuprofen. Pharmacia, maker of celecoxib, has indicated that there were no differences among celecoxib, ibuprofen and diclofenac on these cardiovascular events. In reports, the incidence of patients taking celecoxib who experienced a heart attack was cited as 0.5 percent, 0.3 percent among diclofenac patients, and 0.5 percent among patients taking ibuprofen.[1]

- more -

Vioxx® is the Merck registered trademark for rofecoxib.



**P1.0583**

PLAINTIFF'S
EXHIBIT
Mikola O
4-25-06

MRK-PRL0000122

CRITICAL

- 2 -

Further analyses are ongoing, and final results of the GI outcomes study with Vioxx will be presented at the Digestive Disease Week meeting on May 24, 2000.

Important information about Vioxx

The recommended dose of Vioxx for the treatment of osteoarthritis is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily.

Serious stomach problems, such as bleeding, can occur without warning symptoms. Administration of low-dose aspirin with Vioxx may result in an increased rate of GI ulcers or other complications compared to use of Vioxx alone.  Physicians and patients should remain alert for signs and symptoms of gastrointestinal bleeding.

Common side effects reported in osteoarthritis clinical trials with Vioxx were upper-respiratory infection, diarrhea, nausea and high blood pressure.  People who have had an allergic reaction to Vioxx, aspirin or other NSAIDs should not take Vioxx.  Safety and effectiveness in children below the age of 18 have not been studied.

Merck & Co., Inc. is a global, research-driven pharmaceutical company that discovers, develops, manufactures and markets a broad range of human and animal health products, directly and through its joint ventures, and provides pharmaceutical benefit services through Merck-Medco Managed Care.

# # #

Full prescribing information for Vioxx® is attached, and is also available by calling 1-800-753-0352, ext. 726.

---

[1] Source:  Fred Silverstein, M.D., Presentation of CLASS trial results on April 15, 2000.

MRK-PRL0000123

To:          Gilmartin, Raymond; Anstice, David W.
From:       Scolnick, Edward M.
Cc .
Bcc:
Date:       2001-01-31 15:56:30
Subject:   Monday MC

Ray and David As I am sure you can both tell, I am pretty agitated over the events related to Stanford and Dr Frees. The Vigor meeting is next thur. On Monday i will show you the esssence , an update, of the data that supports Vioxx is safe in the Cv sense. But I want to point out to all of you at one time that 1. there is no way to prove that in patients with rheumatoid arthritis that ALL of the difference between Vioxx and naproxen is due to the benefit of naproxen. IT IS IMPOSSIBLE TO PROVE THIS; IT IS IMPOSSIBLE TO KNOW THIS WITH CERTAINTY. It is likely if not certain that our label will state the  data from Vigor. it is even likely that wotrds will be used to say that it is not clear if the effect is purely do to a protective effect of naproxen in this RA patient population. When the study results came out last year ; this fact was patently clear . Since then we have reduced the uncertainty to this very salient point. But it is impossible to dismiss the point. The FDA will NEVER allow it to be fully dismissed. Ther will be great adverse publicity at the meeting. Sidney Wolfe now is on the agenda after both us and the FDA on our day. I am trying to find out whether he has asked for time on their day also. In any case  we need to face the reality of the situation and manage it. Knowing what is about to ahppen, managing the short term fall out, and facing and managing any longer term conseqeunces. Thus so that everyone at one time hears this clearly I request a few minutes Monday to show a select group of about 10 overheads and make my point to all/ Ed Scolnick



confidential - Subject To Protective Order

MRK-ACR0008985

**Anstice, David W.**

| | |
|---|---|
| From: | Scolnick, Edward M. |
| Sent: | Tuesday, October 16, 2001 12:06 AM |
| To: | Anstice, David W. |
| Subject: | RE: vioxx label |

it is ugly cubed. thye are bastards

-----Original Message-----
| | |
|---|---|
| From: | Anstice, David W. |
| Sent: | Monday, October 15, 2001 6:32 PM |
| To: | Scolnick, Edward M. |
| Subject: | RE: vioxx label |

Ed, Thanks.I just received a copy 5 minutes ago and will digest tonight. We knew it would be UGLY and it is. We'll fight back and see where we get. I agree that we should ask for an advisory committee if necessary.  David

-----Original Message-----
| | |
|---|---|
| From: | Scolnick, Edward M. |
| Sent: | Monday, October 15, 2001 6:02 PM |
| To: | Anstice, David W. |
| Subject: | vioxx label |

*David  Be assured we will not accept this label. if we need to we will ask to go to an advisory committee meeting/Ed*

Wendy
+

RECEIVED
OCT 17 2001
WENDY L. DIXON

Legal hold



1

P1.0002

Confidential - Subject To Protective Order

MRK-ABW0004799



PLAINTIFF'S
EXHIBIT 13
Michele
4-25-06

**Cannuscio, Carolyn C**

| | |
|---|---|
| From: | Guess, Harry A |
| Sent: | Tuesday, February 13, 2001 12:43 AM |
| To: | Watson, Douglas J.; Rhodes, Thomas; Cannuscio, Carolyn C; Holmes, Richard; Ramey, Dena Rosen; Cai, Bing |
| Cc: | Williams, George W (U.S.); Santanello, Nancy C. |
| Subject: | passing along a note of thanks from last week |

Hi Folks,

I wanted to thank all of you again for the tremendous effort all of you put into the VIOXX Adv Com Mtg. Our efforts were appreciated.

Harry


-----Original Message-----

| | |
|---|---|
| From: | Scolnick, Edward M. |
| Sent: | Thursday, February 08, 2001 9:10 PM |
| To: | Greene, Douglas Dr.; Reicin, Alise S.; Nies, Alan S.; Guess, Harry A; Shapiro, Deborah R.; Simon, Thomas |
| Subject: | Today |

To ALL: I bit my nails all day. You all were FANTASTIC. You made them look like grade d high school students and you won big huge and completely. You should be proud happy and .... exhausted. enjoy and bask in the warmth of having done an impossible job superbly/ Ed

MRK-ACT0018064

To:          Cannell, Thomas R.; Stejbach, Mark P; Vignau, Steven R.
From:        Schechter, Adam H
Cc
Bcc:
Date:        2001-11-22 12:44:27
Subject:     FW: Cv study design-ASAP

I would like to get your thoughts on Ed's message below. Please keep this confidential as the results of the low dose aspirin study are not widely known.
Thanks
Adam

-----Original Message-----
From:        Scolnick, Edward M.
Sent:        Wednesday, November 21, 2001 9:11 AM
To:          Greene, Douglas Alan; Kim, Peter S; Nichtberger, Steven A.; Schechter, Adam H; Demopoulos, Laura A.
Cc:          Goldmann, Bonnie J; Gertz, Barry J.; Nies, Alan S.
Subject:     Cv study design
Importance:  High

To ALL: I cannot restrain the activist side of me as I continue to mull the results of the low dose ASA endoscopy study. Looking up Clopidogrel, I think the question we should answer now is NOT whether Vioxx or any Coxib is safe for Cv outcomes. I think the question NOW is what is the best antiplatelet regimen to use with a Coxib.I think that is THE medical question and if we answer it, the problem will dissipate. Thus studies 1. Vioxx low dose asa and pump inhibitor vs naproxen and pump inhibitor in patients with arthritis and some level of CV risk. 2 Vioxx and clopidogrel vs naproxen and pump inhibitor in same kind of patients. If you think it through , this will answer the questions that are medically needed. Safety committee monitors the studies and stops them if the arms separate statistically with predefined stopping rules.Power for noninferioirty based on the incidence and differences seen in our own OA, RA studies/ Ed



PLAINTIFF'S
EXHIBIT 14
LuKola
4-25-06

P1.0352

MRK-ADG0035340

To:        ian_rodger@merck.com
From:      Stephen.Epstein@medstar.net
Cc         peter_dibattiste@merck.com
Bcc:
Date:      2001-10-12 16:15:46
Subject:   Selective COX-2 inhibition and atherogenesis paper

---

Ian,

Attached is the paper on the effects of selective COX-2 inhibition on susceptibility to CMV infection and to atherogenesis. We plan to send it to Circulation in 30 days. I would be most interested in your comments and suggestions.

I'm sorry that we didn't get the results we thought we would--but it's better to know about this now than to be blind-sided in one or two years by complications that were totally unexpected. On the other hand, as we tried to emphasize in our paper, our results in mice, using our particular experimental conditions, may not be at all relevant to what happens clinically. I'm therefore very pleased to have learned that Merck is planning to meet this head-on and is planning to consider some definitive clinical study. I would be happy to work with you in any way that would be helpful to such a project.

Thanks for your help.

Steve

(See attached file: COX-2_CMV_Athero-10.MSF.doc)

---

Attachments:

Mac Word 3.0



CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

**Melin, Jeffrey M**

| | |
|---|---|
| From: | Evans, Jilly |
| Sent: | Friday, October 12, 2001 1:45 PM |
| To: | Rodger, Ian W.; COXIB MSGP COMMITTEE |
| Subject: | RE: Epstein #213 manuscript |

Dear Ian et al,

This is not good news!  Major criticism is that the results seemed to have changed from the first graphs he sent us. Then the 24 mg/kg dose had less lesions than the 12 mg/kg. Now he has about the same-has he done a recount on the data?

Minor corrections mice eat 3.6 g chow a day NOT 3.6 mg. Neutrophils or neutrophils not neutrophiles!

**I am really concerned about the way he has written the whole section I have copied below from the conclusions. Can we not try to rewrite this and send him our version?**
The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non-selective COX inhibitor.  That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36].

   The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability.  Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture.  The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion-inhibition of COX-2-mediated expression of the highly anti-thrombotic $PGI_2$, without concomitant reduction of the COX-1-mediated expression of the highly thrombotic thromboxane $A_2$ [36].

   Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theoretically involve two separate processes: acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes.  The probable mechanism responsible for first process would involve interference with resolution of inflammation, and  for the second process would involve actions favoring a pro-coagulant state.

Jilly

-----Original Message-----

| | |
|---|---|
| From: | Rodger, Ian W. |
| Sent: | Friday, October 12, 2001 12:56 PM |
| To: | COXIB MSGP COMMITTEE |
| Subject: | Epstein #213 manuscript |

All,
Attached is the manuscript that Stephen Epstein intends to submit for publication.  He seeks my approval to proceed with the submission. We have 30 days in which to respond. I'd appreciate your comments, if any.  As you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with respect to his abstract.
<< File: Epstein #213 ms.doc >>

1

MRK-AHO0057226

*Jan*

*Ian W. Rodger,*
*Senior Medical Director.*
*Mail Drop WS3D-18*
*Tel#: (908) 423-4110*
*Fax#: (908) 423-1797*
*E-mail: ian_rodger@merck.com*

2

MRK-AHO0057227

To:          Geba, Greg P; Silverman, Robert E. (MRL); Rodger, Ian W.
From:        Morrison, Briggs W
Cc
Bcc:
Reicin, Alise S.
Date:        2001-10-12 20:39:45
Subject:     RE: Epstein #213 manuscript

I think alise should be reviewing every manuscript – wether MSGP or whatever – in the COXIB franchise
----Original Message----
From:    Geba, Greg P
Sent:    Friday, October 12, 2001 2:55 PM
To:      Silverman, Robert E. (MRL); Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject: RE: Epstein #213 manuscript

Ian: I agree with the comments made by Jilly and Bob.  How reliable are the results?  Need to be careful about
translating to humans.

----Original Message----
From:    Silverman, Robert E. (MRL)
Sent:    Friday, October 12, 2001 2:46 PM
To:      Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject: RE: Epstein #213 manuscript
Importance:   High

The discussion end, when he refers to VIGOR and the Topol paper in JAMA, is woefully incomplete. He makes
the VIGOR study sound like it was designed to assess CV events. He is being very generous to characterize the
Topol article as a metaanalysis. He should be given the true metaanalysis that will be published in Circulation
(next week in the ejournal and early Nov in print) to balance the discussion, atleast somewhat. -Bob

----Original Message----
From:    Rodger, Ian W.
Sent:    Friday, October 12, 2001 12:56 PM
To:      COXIB MSGP COMMITTEE
Subject:      Epstein #213 manuscript

All,
Attached is the manuscript that Stephen Epstein intends to submit for publication.  He seeks my approval to
proceed with the submission.  We have 30 days in which to respond.  I'd appreciate your comments, if any.  As
you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with
respect to his abstract.
<< File: Epstein #213 ms.doc >>

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

MRK-NJ0335046

To:        Gertz, Barry J.; Gould, Robert J
From:      Silverman, Robert E. (MRL)
Cc         Dixon, Wendy L.; Erb, Dennis M.; Huang, Philip Lin; Simpson, Sandra L.
Bcc:
Date:      2001-07-27 14:52:55
Subject:   FW: Epstein #213 abstract

The plot thickens-Bob

----Original Message----
From:   Evans, Jilly
Sent:   Friday, July 27, 2001 9:46 AM
To:     Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject:     RE: Epstein #213 abstract

Dear Ian,
He is clearly angry with us for not continuing his study. However his atherosclerotic conclusion in the abstract
contradicts the data he sent you in Rodger exciting results that I copy here. He should say that in the presence
of CMV atherosclerotic lesions increased and MF-tricyclic decreased the enhanced atherosclerosis. I don't see
where he looked at MF-tricyclic in the non CMV treated mouse so he is misinterpreting the data. I would ask him
to explain this and also insist the the word MF-tricyclic go in the title of the abstract (softens it so people know it
wasn't rofecoxib)

----Original Message----
From:   Rodger, Ian W.
Sent:   Friday, July 27, 2001 9:13 AM
To:     COXIB MSGP COMMITTEE
Subject:     Epstein #213 abstract
Importance:   High

All,
I have received the attached abstract from Steve Epstein regarding his work on cytomegalovirus etc. I cannot
say that I like the conclusions - COX-2 inhibitors are imunosuppressive and atherogenetic. Doubt that I can
really reject the abstract for presentation but before I respond to him I would like comments from the Committee.
NOTE: We supplied him with MF-tricyclic and not rofecoxib for his work. In any reply I would probably insist that
he cite MF-tricyclic in his abstract so that the impression is not given to readers that he has used rofecoxib.
Please respond ASAP.
Thanks
  << File: Epstein #213 abstract.pdf >>

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS2BC-05
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

Attachments:

Rodger-exciting results 6 6 01.doc

Confidential - Subject To Protective Order

To:        Baumgartner, Susan L; Mills, Tracy L.
From:      Alberti, Peter M
Cc
Bcc:
Date:      2001-07-27 15:06:16
Subject:   Please review: MSGP abstract/atherosclerosis/Epstein #213 abstract

Info coming out of Medical School Grants related to CMV atherosclerotic lesions in mice treated with MF-tricyclic. The investigator submitted a follow-up grant which the committee rejected.

PMA

——Original Message——
From:   Evans, Jilly
Sent:   Friday, July 27, 2001 9:46 AM
To:     Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject:   RE: Epstein #213 abstract

Dear Ian,
He is clearly angry with us for not continuing his study. However his atherosclerotic conclusion in the abstract contradicts the data he sent you in Rodger exciting results that I copy here. He should say that in the presence of CMV atherosclerotic lesions increased and MF-tricyclic decreased the enhanced atherosclerosis. I don't see where he looked at MF-tricyclic in the non CMV treated mouse so he is misinterpreting the data. I would ask him to explain this and also insist the the word MF-tricyclic go in the title of the abstract (softens it so people know it wasn't rofecoxib).

——Original Message——
From:   Rodger, Ian W.
Sent:   Friday, July 27, 2001 9:13 AM
To:     COXIB MSGP COMMITTEE
Subject:   Epstein #213 abstract
Importance:   High

All,
I have received the attached abstract from Steve Epstein regarding his work on cytomegalovirus etc. I cannot say that I like the conclusions - COX-2 inhibitors are imunosuppressive and atherogenetic. Doubt that I can really reject the abstract for presentation but before I respond to him I would like comments from the Committee. NOTE: We supplied him with MF-tricyclic and not rofecoxib for his work. In any reply I would probably insist that he cite MF-tricyclic in his abstract so that the impression is not given to readers that he has used rofecoxib. Please respond ASAP.
Thanks
<< File: Epstein #213 abstract.pdf >>

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS2BC-05
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

Attachments:

Rodger-exciting results 6 6 01.doc

Confidential - Subject To Protective Order

7

# FDA Advisory Committee Briefing Document

## NDA 21-042, s007
## VIOXX Gastrointestinal Safety

February 8, 2001



PLAINTIFF'S
EXHIBIT

## NDA # 21-042 & 21-052, s007 – VIOXX GI safety

### Advisory Committee Briefing Document
### February 8, 2001

| Table of contents | Page |
|---|---|
| **Section I.   Overall Safety  (Maria Lourdes Villalba, M.D.)** | |
| 1.   Background | 3 |
| 2.   Data reviewed in this submission | 4 |
| 2.1  New studies | 7 |
| 2.1.1   VIGOR (088c) | 7 |
| 2.1.2   Studies 085 and 090 | 15 |
| 2.1.3   Study 102 | 16 |
| 2.2  Data from original NDA (069, 058) | ~19 |
| 2.3  Post-marketing data | 20 |
| 3.   Conclusions | 21 |
| 4.   Recommendations | 22 |
| 5.   Appendix 1. Listing of deaths | 24 |
| **Section II. Gastrointestinal Safety (Lawrence Goldkind, M.D. )** | |
| Background | 2 |
| VIGOR study (088c) | 5 |
| Study design and reviewer comments | 5 |
| Conclusions regarding study design | 10 |
| Results | 11 |
| Demographics | 11 |
| GI outcome results | 14 |
| Subgroup analysis | 21 |
| Overall conclusions | 28 |
| Appendix 1. Protocol provisions | 29 |
| **Section III. Cardiovascular Safety (Shari Targum, M.D.)** | |
| Background | 3 |
| VIGOR study (088c) | 4 |
| Study 085 | 26 |
| Study 090 | 31 |
| Issues and comments | 36 |
| **Section IV.  Statistics  (Qian Li, Sc. D.)** | |
| I.    Introduction | 1 |
| II.  Design and Statistical Methodology | 1 |
| III. Results | 5 |
| IV.  Conclusions | 14 |

MRK-NJ0293578

NDA 21-042/052, s007
Rofecoxib Overall Safety

## 1. Background

VIOXX (rofecoxib) is a non-steroidal anti-inflammatory drug (NSAID) with selective cyclooxygenase 2 (COX-2) inhibitory properties. It was approved for marketing in the U.S. in May 1999 for the treatment of acute pain in adults, dysmenorrhea and the signs and symptoms of osteoarthritis (OA).

Based on the safety profile demonstrated in the original NDA database VIOXX carries the Warnings and Precautions section of the NSAID class, including the risk of gastrointestinal (GI) bleeding, as follows:

### WARNINGS

**Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation:**
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

In addition to the above paragraph, the VIOXX label states: It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL STUDIES, Special Studies, *Upper Endoscopy in Patients with Osteoarthritis*). Safety data from two endoscopic studies in which ibuprofen was the active comparator are included under the Clinical Studies section of the label.

MRK-NJ0293579

*(Of note, the estimates of perforations, ulcers and bleeding that appear in the GI warning section of NSAID labels include ulcers associated with pain alone without the more serious complications.)*

The FDA and the sponsor agreed that evidence was needed regarding clinically meaningful upper GI events as well as a large controlled database for overall safety assessment.

Based on the results of the present submission the sponsor proposes to remove the NSAID-class GI Warnings. By doing so, VIOXX would distance itself from the NSAIDs class. The sponsor proposes to include a brief paragraph describing GI risk under the Precautions section of the label.

FDA has concerns with:

- The generalizability of the findings of the VIGOR study to the general population and to NSAIDs other than the one included as an active comparator in this study.

- Remaining GI risk as evidenced by ongoing occurrence of serious complicated GI events associated with rofecoxib use in this review and in post-marketing surveillance.

- Cardiovascular safety issues raised during this review.

*(Reviewer's comments in this review will appear in italics.)*

MRK-NJ0293580

## 2. Data reviewed in this submission

Studies reviewed under NDA 20-042/052 supplement 007 included 3 new studies and data provided in the original NDA submission. These studies are summarized in Tables 1 and 2. An additional study conducted under this NDA is summarized in Table 3.

Table 1. NDA 21-042/S007. New studies in this submission

|  | Design | Dz. | Treatment (mg/day) | N | ASA allowed |
|---|---|---|---|---|---|
| Study 088c "VIGOR" | "Large and simple" Multicenter, double-blind, randomized, active controlled, median 9 months f.u. | RA | Rofecoxib 50<br><br>Naproxen 1000 | 4027<br><br>4049 | NO |
| Study 085 | Multicenter, double-blind, randomized, placebo and active-controlled, six-week duration | OA | Rofecoxib 12.5<br>Nabumetone 1000<br>Placebo | 424<br>410<br>208 | YES |
| Study 090 |  | OA | Rofecoxib 12.5<br>Nabumetone 1000<br>Placebo | 390<br>392<br>196 | 10-15% |

Table 2. Data from original NDA submission (December, 1998)

|  | Design | Dz. | Treatment (mg/day) | N | ASA allowed |
|---|---|---|---|---|---|
| 069 | Pooled studies of 6 to 86 weeks duration, including two 6-month endoscopic studies. Most patients exposed <6 months. | OA | Rofecoxib 12.5, 25 and 50 (pooled) | 3357 | NO |
|  |  |  | Ibuprofen 2400 Diclofenac 150 Nabumetone 1000 (pooled) | 1564 |  |
|  |  |  | Placebo (6 weeks) | 514 |  |
| 058 | Same as 085 and 090 but in Elderly ζ65 years | OA | Rofecoxib 12.5<br>Rofecoxib 25<br>Nabumetone 1000<br>Placebo | 56<br>118<br>115<br>52 | YES 60-70% |

Table 3. Additional study

|  | Design | Dz. | Treatment (mg/day) | N | ASA allowed |
|---|---|---|---|---|---|
| Study 102* "Advantage" | Multicenter, double-blind, randomized, active controlled, 12-week duration | OA | Rofecoxib 25<br><br>Naproxen 1000 | 2799<br><br>2789 | YES 12-13% |

* This study had been completed by March 2000 but not submitted as part of this supplement. Preliminary results of serious GI and CV events were submitted at FDA request.

NDA 21-042/052, s007. VIOXX – 2/8/00, AAC Briefing Document, Overall Safety.

5

MRK-NJ0293581

## 2.1 New studies

### 2.1.1 Study 088c. VIOXX Gastrointestinal Outcomes Research study (VIGOR).

The objective of the VIGOR study was to determine whether VIOXX, a selective COX-2 inhibitor, would result in significant reduction in the incidence of clinically relevant GI events relative to therapy with naproxen, a non-selective COX inhibitor. The study involved approximately 4000 patients per treatment arm followed for a median time of 9 months. The use of low dose ASA for cardiovascular prophylaxis was not allowed in this study.

Rofecoxib 50 mg/day dose is the dose recommended for the treatment of acute pain and twice the highest recommended dose in osteoarthritis (OA). The dose of naproxen (500 mg bid) is the highest recommended dose for chronic use in OA and RA.

> *The exclusion of low dose ASA users seriously limits the generalizability of this study to that segment of the population.*

> *VIGOR was not an efficacy study. Standard RA efficacy endpoints were not measured. The efficacy of VIOXX in RA is yet to be demonstrated.*

There were no substantial differences in the baseline demographics and clinical characteristics of each treatment group. Similar number of patients used concomitant corticosteroids (approximately 56%) and methotrexate (also approximately 56%) in the rofecoxib and naproxen group, respectively.

> *The FDA has asked the sponsor to provide mean and median doses of corticosteroids used in each treatment group.*

### 2.1.1.1 Safety results

### 1. Deaths

There were a total of 22 deaths in the rofecoxib group and 15 in the naproxen group. A listing deaths is presented in Appendix 1.

There were 14 cardiovascular deaths, (nine and five in rofecoxib and naproxen groups, respectively). Most of the cardiovascular deaths were in patients with known cardiovascular risks.

Eight patients died of pneumonia: five in the rofecoxib group (two of them complicated with bacterial sepsis - one of them in the setting of aplastic anemia-) and three in the naproxen group.

MRK-NJ0293582

There were five deaths due to worsening interstitial/RA lung disease (four and one in rofecoxib and naproxen groups, respectively).

Four patients died of gastrointestinal complications (3 on rofecoxib – one of them a patient with gastric carcinoma - and one on naproxen).

One patient receiving naproxen died of hepatic necrosis right after completing the study. This patient was receiving concomitant methotrexate (MTX) three times a week.

Although there were more deaths in the rofecoxib group, the small number of cases does not allow statistical comparisons.

## 2. Serious Adverse Experiences (SAE's)

There were no substantial differences in the overall incidence of SAE's (9.3% and 7.8% for rofecoxib and naproxen, respectively). Body systems with the highest incidence of SAE's were the Gastrointestinal, Cardiovascular and Musculoskeletal systems.

Table 4. Serious adverse experiences and discontinuations due to adverse experiences by body system (incidence ⊆0.2%)

| | Rofecoxib (N=4047) n (%) | | Naproxen (N=4029) n (%) | |
|---|---|---|---|---|
| Number (%) of patients with one or more adverse experience | Serious 378 ( 9.3) | Dropouts 643 ( 15.9) | Serious 315 ( 7.8) | Dropouts 635 (15.8) |
| Body As A Whole/Site Unspecified | 51 (1.3) | 100 (2.5) | 35 (0.9) | 107 (2.7) |
| Cardiovascular System | 101 (2.5) | 109 (2.7) | 46 (1.1) | 33 (0.8 ) |
| Digestive System | 48 (1.2) | 292 (7.2) | 97 (2.4) | 392 (9.7) |
| Eyes, Ears, Nose, And Throat | 13 (0.3) | 20 (0.5) | 4 (0.1) | 11 (0.3) |
| Hemic And Lymphatic System | 8 (0.2) | 4 (0.1) | 7 (0.2) | 9 (0.2) |
| Hepatobiliary System | 11 (0.3) | 10 (0.2) | 8 (0.2) | 2 (0.0) |
| Musculoskeletal System | 83 (2.1) | 29 (0.7) | 70 (1.7) | 27 (0.7) |
| Nervous System | 14 (0.3) | 44 (1.1) | 7 (0.2) | 24 (0.6) |
| Psychiatric Disorder | 7 (0.2) | 3 (0.1) | 3 (0.1) | 10 (0.2) |
| Respiratory System | 52 (1.3) | 23 (0.6) | 39 (1.0) | 13 (0.3) |
| Skin And Skin Appendages | 31 (0.8) | 42 (1.0) | 20 (0.5) | 37 (0.9) |
| Urogenital System | 32 (0.8) | 17 (0.4) | 23 (0.6) | 9 (0.2) |

Source: Modified from appendix 4.17.4 and 4.17.2 of O88c study report. Patients may appear under more than one category, but only once within one category.

*As seen in Table 4, less than 25% of the events leading to discontinuations in the GI body system were defined as serious AE's, while most discontinuations in the CV system were defined as serious AE's. This observation raises concerns about*

MRK-NJ0293583

*the possible overall safety conclusions that could be extrapolated from the GI specific results.*

*Of note, an effective dose has not been established for RA. The safety profile of the 50 mg dose may be relevant, as the organ specific GI safety profile may be interpreted by some as generalizable to overall safety and allowing for dose creep.*

## 2.1 Serious Gastrointestinal events

Serious AE's related to the digestive system were observed in 48 (1.2%) and 97 (2.4%) of patients in the rofecoxib and naproxen groups, respectively.

The sponsor successfully demonstrated a risk reduction of clinically relevant GI adverse events for rofecoxib compared to naproxen.

Table 5. PUB's[1] and complicated PUB's[2] confirmed by the CRC[3] in the VIGOR study

| | N | Events n (%) | PYR[4] | Rate[5] | Relative risk[6] | | |
|---|---|---|---|---|---|---|---|
| | | | | | Estimate | 95%CI | p-value |
| **PUB's** | | | | | | | |
| Rofecoxib | 4047 | 56 (1.38) | 2697 | 2.08 | 0.46 | 0.33, 0.64 | < 0.001 |
| Naproxen | 4049 | 121 (3.0) | 2694 | 4.49 | | | |
| **Complicated PUB's** | | | | | | | |
| Rofecoxib | 4047 | 16 (0.4) | 2699 | 0.59 | 0.43 | 0.24, 0.78 | 0.005 |
| Naproxen | 4049 | 37 (0.92) | 2698 | 1.37 | | | |

[1] Perforations, symptomatic ulcers and GI bleedings. [2] Excludes uncomplicated ulcers. [3] Adjudicated by the Case Review Committee. [4] Patient-years at risk. [5] Per 100 PYR. [6] Relative risk of rofecoxib compared to naproxen. Source: sponsor's tables 22, 23, 24, 26 and 31 of 088c study report.

The cumulative incidence of PUB's (perforations, symptomatic ulcers and GI bleedings) was 2.08% and 4.49% for rofecoxib and naproxen, respectively (relative risk 0.46, p<0.001) (Primary endpoint of the study).

*The percentage of PUB's observed in the study is very close to the risk referred to in the NSAID-class label in the general population (2-4% in patients treated for one year).*

The cumulative incidence of complicated PUB's was 0.59% and 1.37% in the rofecoxib and naproxen groups, respectively (relative risk, 0.43, p=0.005) (Secondary endpoint of the study). Complicated PUB's include serious events of perforation, obstruction and bleeding (also referred as to POB's).

MRK-NJ0293584

*Symptomatic ulcers do not represent the same severity of endpoint as complicated PUBs. Only a small fraction of ulcers are thought to result in a clinically serious outcome. Therefore, time to event plot for complicated PUB's is presented in Figure 1.*

*For a detailed GI safety review, the reader is referred to Dr. Goldkind's review.*

Figure 1.  Confirmed complicated PUB's in the VIGOR study (secondary endpoint). Time to event plot (all patients randomized).



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3644 | 3407 | 3181 | 2806 | 1072 533 |
| Naproxen | n=4029 | 3646 | 3394 | 3170 | 2800 | 1074 514 |

Source: sponsor's Figure 5, s007 submission)

## 2.2   Serious Cardiovascular events

Serious cardiovascular events with the highest incidence were CV thrombotic, HTN-related and CHF-related events.

The cumulative risk of developing serious CV thrombotic events was 1.7% in the rofecoxib group compared to 0.7% in the naproxen group. (Data include eleven patients submitted with the four-month safety update).

The protocol mandated that patients with recent or significantly active cardiovascular disease be excluded from the protocol. Patients with recent MI (<1 year) or TIA/stroke

MRK-NJ0293585

(<2 years) and patients deemed by the investigator to require prophylactic ASA or anticoagulation at the time of enrollment were excluded from the study. Patients on low dose ASA were not to stop therapy in order to enter the study.

The sponsor retrospectively identified 321 patients enrolled in this study with past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass surgery or percutaneous coronary intervention who might have benefited from the use of low dose ASA.

> *The validity of this retrospective identification of patients is unclear. By protocol, patients with active cardiovascular disease were excluded. The investigator's clinical judgement at the time of enrollment appears to be more relevant than a retrospective chart review.*

An analysis in this subgroup of patients retrospectively identified by the sponsor as candidates for low dose ASA showed that the risk of developing CV thrombotic events was five times higher in the rofecoxib group compared to the naproxen group (14.3% and 2.9% respectively). For those patients in whom neither prospective nor retrospective chart review suggested need for low dose ASA use, the risk was still twice in the rofecoxib group compared to the naproxen group (1.2% and 0.6%, respectively).

Table 6. Adjudicated thrombotic cardiovascular serious adverse experiences. Subgroup analyses by sponsor's retrospective identification of patients who may have benefited from low dose ASA.

| | N | Patients with events[1] (%) | PYR[2] | Rates[3] | Relative risk[4] | | |
|---|---|---|---|---|---|---|---|
| | | | | | Estimate | 95%CI | p |
| **All patients randomized** | | | | | | | |
| Rofecoxib | 4047 | 45 (1.1%) | 2697 | 1.67 | 2.37 | 1.39 – 4.06 | 0.0016 |
| Naproxen | 4029 | 19 (0.5%) | 2698 | 0.70 | | | |
| **Potential candidate for low dose ASA[5]** | | | | | | | |
| Rofecoxib | 170 | 15 (8.8%) | 105 | 14.29 | 4.89 | 1.41 - 16.88 | 0.0122 |
| Naproxen | 151 | 3 (2.0 %) | 102 | 2.94 | | | |
| **Not candidate for low dose ASA** | | | | | | | |
| Rofecoxib | 3877 | 30 (0.8%) | 2592 | 1.16 | 1.88 | 1.03 – 3.45 | 0.041 |
| Naproxen | 3838 | 16 (0.4%) | 2596 | 0.62 | | | |

[1] Thrombotic cardiovascular serious adverse experiences confirmed by Adjudication Committee. [2] Patient-years at risk. [3] Per 100 patients years. [4] Relative risk of rofecoxib with respect to naproxen. [5] Patients with past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass surgery or percutaneous coronary intervention. (Source: modified from sponsor's Table 9 of the safety update, Estimate calculated by Dr. Qian Li, stats reviewer).

MRK-NJ0293586

A summary of adjudicated Thrombotic Cardiovascular serious adverse events in the VIGOR study is presented in Appendix 2a and 2b.

Figure 2.   Confirmed Thrombotic CV serious adverse experiences in the VIGOR study.  Time to event plot (all patients randomized).



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 531 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2798 | 1073 514 |

Source: sponsor's Figure 1 of safety update.

*The sponsor explanation for the excess of cardiovascular thrombotic events in the VIGOR study is the potent antiplatelet aggregation effect of naproxen.  However, unopposed thromboxane production leading to an increase in CV thrombotic events can not be discarded as a potential explanation of the VIGOR findings.*

*There are several arguments against the beneficial naproxen effect being the sole explanation for these findings.*

*a) There are no prospective placebo-controlled trials with naproxen to support to support the assumption that naproxen transient inhibition of platelet aggregation is effective in decreasing the risk of cardiovascular events.*

MRK-NJ0293587

*b) The effect size of naproxen in reducing CV thrombotic events relative to rofecoxib in the VIGOR study (58%) exceeds the effect size of ASA compared to placebo in other trials (25-30%).*

*c) The absence of a meaningful prothombotic signal in the original NDA may be explained by the short duration and low doses of rofecoxib used in the majority of the OA database.*

*As shown in Figure 2., the cumulative incidence of CV thrombotic AE's for rofecoxib and naproxen start to diverge at approximately 3 months, but the difference increases after 8 months of follow up. Furthermore, RA is recognized as a disease associated with twice the risk of CV disease compared with OA. The population in VIGOR may be a more sensitive model for detecting the potential thrombogenic effects of selective COX-2 inhibition than a population with predominance of OA.*

*d) Several other studies (085, 090 and 102) to be noted later in this review, suggest trends towards higher rates of myocardial infarction in the rofecoxib group compared to active control groups. Of note, these studies involved lower doses and duration of exposure to rofecoxib than the VIGOR trial and allowed the use of low dose ASA.*

In addition to the difference in cardiovascular thrombotic events, serious HTN-related and CHF-related events were higher in the rofecoxib group. Ten (0.2%) and one patients (0%) had a serious hypertension-related adverse experience in the rofecoxib and naproxen groups, respectively. Sixteen patients developed serious CHF-related events: 13 (0.3%) in the rofecoxib group and 3 (0.1%) in the naproxen group. Additionally, two and one patient developed pulmonary edema in the rofecoxib and naproxen group respectively.

*For a detailed CV review the reader is referred to Dr. Targum's review.*

## 2.3  Serious Musculoskeletal related AE's

Serious Musculoskeletal related AE's were relatively high in both treatment groups. They were observed in 83 (2.1%) and 70 (1.7%) of patients in the rofecoxib and naproxen groups respectively. Musculoskeletal system includes fractures, worsening RA and trauma. There were 41 (1%) and 29 (0.7%) fractures (all sites) in the rofecoxib and naproxen groups, respectively.

*This is a population at increased risk for fractures. The study was not powered to detect differences in the incidence of fractures. Therefore, the difference between treatment groups may be not relevant. However, COX-2 is involved in regulation of bone metabolism and concerns have been raised about long-term effects of*

MRK-NJ0293588

*some NSAIDs in the skeletal system. The sponsor is conducting a study to address the issue of long-term effects of rofecoxib in bone metabolism.*

### 2.4 Other serious adverse experiences

Other than GI and CV safety differences, the safety profile of rofecoxib and naproxen showed a similar pattern and were consistent with those of the NSAID class. Serious AE's were consistently higher in the rofecoxib group, except for the GI system (Table 4).

### 3. Discontinuations due to pre-specified adverse events

Discontinuations due to NSAID-related AE's such as renal, liver, HTN and edema-related AE's were numerically higher (and some statistically significantly higher) in the rofecoxib group. CHF-related adverse events (also pre-specified) were also higher in the rofecoxib group.

Table 7: Results of pre-specified safety analyses involving NSAID-related adverse events.

| Type of Adverse Experience | Treatment | N | Events | Rates | Relative Risk | | |
|---|---|---|---|---|---|---|---|
| | | | | | Estimate | 95%CI | p-value |
| Discontinued due to edema-related AEs | rofecoxib | 4047 | 25 | 0.93 | 1.92 | (0.98,3.75) | 0.057 |
| | naproxen | 4029 | 13 | 0.48 | | | |
| Discontinued due to hypertension-related AEs | rofecoxib | 4047 | 28 | 1.04 | 4.67 | (1.93, 11.28) | <0.001 |
| | naproxen | 4029 | 6 | 0.22 | | | |
| CHF AEs | rofecoxib | 4047 | 19 | 0.70 | 2.11 | (0.96, 4.67) | 0.065 |
| | naproxen | 4029 | 9 | 0.33 | | | |
| Discontinued due to hepatic disease AEs | rofecoxib | 4047 | 10 | 0.37 | 3.33 | (0.92, 12.11) | 0.067 |
| | naproxen | 4029 | 3 | 0.11 | | | |
| Discontinued due to renal-related AE's* | rofecoxib | 4047 | 8 | 0.30 | 1.14 | (0.41, 3.15) | 0.796 |
| | naproxen | 4029 | 7* | 0.26 | | | |

Source: Modified from sponsor's tables 66 to 72, 088c study report.

*\* It is unclear to this reviewer whether patients AN 1824 and 2720 on naproxen were included in this analysis. These two patients had abnormal renal function in the setting of obstructive uropathy.*

### 4. Laboratory data

Four hundred fourteen (10.4%) and 368 (9.2%) patients presented one or more laboratory adverse experience in the rofecoxib and naproxen groups respectively. Of those, 22 patients discontinued due to laboratory AE's in the rofecoxib group compared with 12 in the naproxen group. There were only two cases of serious laboratory AE's: one case of

MRK-NJ0293589

neutropenia and one of leukopenia and platelet decrease, both in the rofecoxib group. Both patients were taking concomitant MTX.

Of the 90 (2.2%) and 49 (1.2%) patients with liver-related (clinically and laboratory) adverse experiences in the rofecoxib and naproxen groups respectively few patients exceeded pre-defined limits of change for laboratory liver related adverse events. Four patients exceeded limits for serum ALT and 1 patient for AST (all in the rofecoxib group), defined as: in patients with normal baselines, consecutive values >3 times the ULN or 1 value >3 times the ULN associated with study drug discontinuation; in patients with abnormal baselines, consecutive values that are >2 times the baseline value and >3 times the ULN or 1 value >3 times the ULN associated with study drug discontinuation).

In this study, 0.5 and 0.3% of patients on rofecoxib and 0.2 and 0.3% of patients on naproxen had at least 1 single (nonconsecutive) AST and ALT value >3 times the ULN, respectively.

Only 4 and 3 patients in the rofecoxib and naproxen group respectively met predefined limits of change for serum creatinine (defined as consecutive values with an actual increase of ζ0.5 mg/dL and >ULN or 1 value with an increase of 0.5 mg/dL and >ULN that was associated with study drug discontinuation).

> *These criteria for LFT and creatinine predefined limit of change are more stringent than the ones used in the original NDA.  In the original NDA the definition for AST and ALT predefined limit of change was a single value increased by x2 and >ULN; for creatinine it was a single value increased by ζ0.5 mg/dL and >ULN.  Additional analyses have been requested to the sponsor.*

In general, analyses of laboratory predefined limits of change not associated with pre-specified adverse events showed no significant differences between groups.  Of note, changes in sodium (hyponatremia and hypernatremia) were relatively high in both groups. The difference in the incidence of hyponatremia between rofecoxib and naproxen was statistically significant: 39 on rofecoxib (1%) and 20 on naproxen (0.5%).

## 5.  MTX and non-MTX users

In this study, approximately 60% of patients were on MTX in each treatment group. The overall incidence of clinical adverse experiences, drug-related clinical adverse experiences, or serious clinical adverse experiences was similar for patients who took or did not take concomitant methotrexate for treatment of RA.

There were no significant differences in the overall incidence of adverse events by body system between MTX and non-MTX users for each treatment.

The only two serious laboratory events observed in the study (one of neutropenia and one leukopenia + platelet decrease) and one case of pneumonia in the setting of aplastic

MRK-NJ0293590

anemia (a patient who died) occurred in patients taking refecoxib concomitantly with MTX.

*This preliminary observation suggests that despite lack of apparent PK interaction between rofecoxib and MTX, rofecoxib may have increased the potential for MTX bone marrow toxicity.*

Table 8.  Adverse experience summary in MTX users and non-MTX users

| | MTX Users | | MTX Non-users | |
|---|---|---|---|---|
| | Rofecoxib 50 N = 2385  % | Naproxen 1000 N = 2387    % | Rofecoxib 50 N = 1662  % | Naproxen 1000 N = 1642  % |
| **Clinical AE's** | | | | |
| With one or more AE's | 1716 (71.9) | 1701 (71.3) | 1156 (69.6) | 1123 (68.4) |
| With serious AE's | 223 (9.4) | 190 (8.0) | 155 (9.3) | 125 (7.6) |
| Who died | 15 (0.6) | 10 (0.4) | 7 (0.4) | 5 (0.3) |
| Discontinued due to AE's | 362 (15.2) | 345(14.5) | 281 (16.9) | 290 (17.7) |
| Discontinued due to SAE's | 84 (3.5) | 74 (3.1) | 59 (3.5) | 53 (3.2) |
| Discontinued due to serious drug-related AE's | 39 (1.6) | 39 (1.6) | 16 (1.0) | 29 (1.8) |
| **Laboratory AE's** | | | | |
| With one lab test post baseline | 2372 | 2374 | 1634 | 1625 |
| With one or more AE's | 257 (10.8) | 240 (10.1) | 161 (9.9) | 128 (7.9) |
| Discontinued due to adverse experiences | 13 (0.5) | 6 (0.3) | 9 (0.6) | 6 (0.4) |

AE's: adverse experience. SAE: serious adverse experience.  Source Appendix 4.21, Study 088c, s007.

### 2.1.1.1  Efficacy results

The efficacy of rofecoxib in RA remains to be demonstrated in placebo controlled studies designed for that purpose.

VIGOR was not an efficacy study.  Patients were not required to meet RA flare criteria and changes in DMARD and corticosteroid therapy were allowed without restriction during the study.  Standard RA efficacy endpoints such as swollen joints and tender joints were not measured.

The efficacy parameters in this study were Patient's and Investigator's Global Assessment of Disease Status, measured on the Likert scale from 0 to 4, the modified HAQ consisting of 8 questions measured on a scale of 0 to 3, and discontinuations due to lack of efficacy.  There were no differences in these efficacy parameters between rofecoxib 50 mg/day and naproxen 1000 mg/day.

MRK-NJ0293591

### 2.1.2. Studies 085 and 090

Studies 085 and 090 were six-week, placebo controlled studies in patients with OA. The dose of rofecoxib used in the studies was the lowest dose approved for the treatment of OA (12.5 mg/day). The dose of nabumetone (1000 mg/day) was the lowest recommended dose for OA and RA.   Both studies used a 2:2:1 randomization scheme (rofecoxib/ nabumetone/placebo).   Each active treatment arm involved approximately 400 patients. The studies were designed to support the efficacy of rofecoxib in patients with OA.

There were no substantial differences in the demographic and clinical characteristics at baseline in each treatment group, in each study. The studies allowed the use of prophylactic ASA.   Approximately 12% of patients used ASA in these studies.   The most common concomitant condition was cardiovascular; and approximately 40 % of patients had a history of HTN.

Table 9.  Clinical AE summary of studies 085 and 090

| Number (%) of patients: | Rofecoxib 12.5 mg (N=814) | Nabumetone 1000 mg (N=802) | Placebo (N=404) |
|---|---|---|---|
| | n (%) | n (%) | n (%) |
| with one or more adverse experiences | 432 (53) | 390 (48.6) | 188 (46.5) |
| with serious adverse experiences | 13 (1.6) | 10 (1.2) | 2 (0.5) |
| discontinued due to an adverse experience | 53 (6.5) | 41 (5.1) | 13 (3.2) |
| discontinued due to a serious AE | 10 (1.2) | 4  (0.5) | 1 (0.3) |

(Source: pooled data from Table 33 and 34 of studies 085 and 090).  † Considered by the investigator to be possibly, probably, or definitely drug-related.

1. Deaths.  There were no deaths.

2. Serious Adverse Events (SAE's):

The rates of SAE's similar between the active comparators.  There were three serious gastrointestinal complications: one lower GI bleeding in the nabumetone group and two cases of cholecystitis, one in each active treatment group.  There were no PUB's.

There were six cases of serious cardiovascular events in the rofecoxib group (4 MI and 2 CVA's); three in the nabumetone group (1 MI, 1 coronary artery disease and 1 CHF) and one coronary artery occlusion in the placebo group.

MRK-NJ0293592

3.  Discontinuations due to AE's

The incidence of discontinuations due to clinical and laboratory AE's were similar. Discontinuations by body system are presented in the following table.

Table 10.  Discontinuations due to clinical AEs in study 085 and 090

|  | Rofecoxib 12.5 mg (N=814) | Nabumetone 1000 mg (N=802) | Placebo (N=404) |
|---|---|---|---|
|  | n (%) | n (%) | n (%) |
| Body As A Whole/Site Unspecified | 13 (1.6) | 11 (1.4) | 4 (1) |
| Cardiovascular System | 10 (1.2) | 3 (0.4) | 1 (0.2) |
| Digestive System | 19 (2.3) | 18 (2.2) | 0 |
| Musculoskeletal System | 5 (0.6) | 9 (1.1) | 3 (0.7) |
| Nervous System | 6 (0.7) | 4 (0.5) | 0 |
| Respiratory System | 2 (0.2) | 2 (0.2) | 1 (0.2) |
| Skin And Skin Appendages | 6 (0.7) | 2 (0.2) | 3 (0.7) |
| Urogenital System | 0 | 1 (0.2) | 1 (0.2) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

Discontinuations in the Digestive system were similar in both active groups and higher than placebo.  Discontinuations in the CV system were twice in the rofecoxib 12.5 mg dose than in nabumetone 1000 mg dose.

4.  Laboratory AE's

Two patients in the rofecoxib 25 mg group, one in the nabumetone 1000 mg group and one patient on placebo discontinued due to laboratory AE's

*Population size, dose and duration limit the value of these studies in assessing the safety of chronic rofecoxib use. However, there were 6 cardiovascular thrombotic events in the rofecoxib group and two in the nabumetone group.  The number of events is small to allow statistical comparisons but results appear to follow the pattern observed in the VIGOR study for CV thrombotic events.*

## 2.1.3    Study 102

Study 102 ("ADVANTAGE") was a 12-week, randomized, double blind active controlled study of rofecoxib 25 mg/day and naproxen 1000 mg/day in approximately 5500 patients with OA who were allowed low dose ASA (81 to 325 mg/day).  Patients taking low dose ASA were 12.1% and 12.8% in the rofecoxib and naproxen treatment group, respectively.

*This study was completed in March 2000. Unfortunately this large database was not included with this supplement submission.  The short duration of the study is*

MRK-NJ0293593

*noted. At the FDA request, preliminary data on GI and CV events were submitted in 12/21/00.   Baseline demographics by treatment arm have not been provided.*

### a. Serious GI:  Preliminary Results

There were 6 clinical upper GI events in the rofecoxib 25 mg group and 12 in the naproxen 1000 mg group.

*The small number of serious GI events and the relatively short duration of treatment do not allow statistical comparisons.  However, there is a trend in favor of rofecoxib*

### b. Serious CV events: Preliminary results.

There were 6 myocardial infarctions (MI) in the rofecoxib 25 mg group and one MI in the naproxen 1000 mg group.  Of the 6 MI in the rofecoxib group, 3 were in patients taking low ASA for cardiovascular prophylaxis.  The patient with MI in the naproxen group was a non-ASA user.

*A trend towards an excess of MI's in the rofecoxib 25 mg group in a 12 week study is noted. This observation is consistent with the pattern seen in VIGOR.*

MRK-NJ0293594

## 2.2  Data from the original NDA.

In addition to the new studies, this supplement refers to study 058 and 069 from the original NDA.

Study 058 was a double-blind, randomized, placebo-controlled, 6-week study of rofecoxib 12.5 and 25 mg/day and nabumetone 1000 mg/day in elderly patients with OA. Seventy percent of patients were taking prophylactic ASA.

> *Because of the small size and short duration, this study is inadequate to detect differences in clinically relevant adverse events between rofecoxib and nabumetone.*

Study 069 was a pooled analysis of gastrointestinal events from all OA studies conducted under the original NDA. The analysis compared PUB's between rofecoxib – pooled doses, despite the evidence of dose-related adverse events – and other NSAIDs (pooled data from ibuprofen 2400 mg/day, diclofenac 150 mg/day and nabumetone 1000 mg/day, each one with different risk of GI bleeding). These studies were of different duration (from 6 weeks to 86 months). Most patients were exposed for less than 6 months.

> *The Division has serious concerns with a combined analysis of studies of different length and dosing regimens. Furthermore, combining multiple different drugs within a single comparator arm may not be reflective of the risk of any one drug. These concerns were discussed extensively during the Advisory Committee Meeting of April 20, 1999.*

Similarly, the sponsor conducted a meta-analysis of CV thrombotic events in the OA database.

> *This database overall included short term, low doses of rofecoxib. Most of the exposure for more than 6 months was at the 12.5 and 25 mg QD doses. Two hundred and seventy two patients received 50 mg QD for ≤ 6 months (265 in OA trials); the rest of the exposure to ≤50 mg was in short-term studies. The Division has requested a meta-analysis based on dose and duration.*

> *None of the studies were powered to detect differences in serious CV thrombotic events compared to the active comparator, but more important, the studies involved a different population.*

> *Patients with RA have been recently reported to have twice the risk of cardiovascular events compared with OA. There is increasing evidence that ongoing inflammation is a risk factor for coronary disease (plaque unstability). It is likely that the RA population is a very sensitive model for detecting differences in the beneficial or deleterious effects of any drug on cardiovascular risk.*

MRK-NJ0293595

## 2.3    Post-marketing data

From May 1999 to October 25, 2000, thirty-seven deaths after experiencing GI bleeding, perforation or obstruction have been reported to the FDA AERS system in association with the use of rofecoxib.

Table 11.  Summary of deaths due to GI complications reported to FDA AERS in association with the use of rofecoxib (May 1999 to October 1999).

| Age in years | Mean 76, median 80, range 28 to 93 |
|---|---|
| Gender | Male (14), Female (22), Unknown (1) |
| Year | 1999 (3), 2000 (34) |
| Indication | Osteoarthritis (14), Acute pain (6), Unspecified arthritis (6), Other (6), Unknown (5) |
| Time to onset | Mean 43, median 21 (range, 0 to 131) days |
| Dose | At or below labeled range (24), Higher than labeled range (1), Unknown (12) |
| GI event | Hemorrhage (23), Perforation (7), Melena (4), Hematemesis (6), Erosions (1), Stenosis/Obstruction (1), Other (10) |
| Location | Gastric (13), Duodenal (5), Large intestine (2), Other (2), Unknown (15) |
| Pertinent PMH | Anemia (1), ASA allergy (1), sulfa allergy (1), Crohn's disease (1), CVA (1), Diabetes (1), Diverticulitis (1), Functional intestinal disorder (1), Gastrostomy (1), Previous GI bleed (1), Irritable bowel syndrome (1), Hepatic dysfunction (1), PUD (4) |
| Major event preceding bleed | Metastatic gastric cancer (1), Pancreatitis, hepatitis (1), Shock (1) Surgery (3) |
| Significant concomitant meds. | ASA (8), Clopidogril (2), Corticosteroid (2), Warfarin (6) Antacid, H2 blocker, or PPI (4) |

Source: Joyce Weaver, Pharm.D., Safety Evaluator.  Office of Post-marketing Drug Risk Assessment.

*Inherent limitations to the spontaneous report system are the lack of known denominator (number of patients at risk), the under-reporting of events and the multiple confounding variables.  Despite these limitations, post marketing surveillance does inform in the evaluation of the safety profile of a drug.*

*The risk of serious gastrointestinal complications with rofecoxib is still a concern. Risk factors associated with serious gastrointestinal bleeding with rofecoxib are the same as for other NSAIDS: age, prior history of ulcer disease, concomitant use of ASA, warfarin or antiplatelet agents and corticosteroids.*

*Other NSAID class related adverse events such as anaphylactoid reactions, interstitial nephritis, papillary necrosis and clinically significant drug interactions with coumadin were reported within a few months of post-marketing surveillance.  An analysis of post-marketing CV thrombotic events is currently being conducted.*

MRK-NJ0293596

3. **Conclusions**

1. The sponsor has demonstrated a statistically significant reduction associated with the use of rofecoxib compared to naproxen in PUBs and complicated PUB's, in this population of patients not taking low dose ASA. The cumulative incidence of PUB's was 2.08% and 4.49% for rofecoxib and naproxen, respectively. The cumulative incidence of complicated PUB's was 0.59% and 1.37% in the rofecoxib and naproxen groups, respectively. The cumulative risk of PUB's in both groups is similar to the rate range for one year that appears in the current GI warning section of NSAID labels (2 to 4%).

2. This risk reduction in relevant GI events did not translate into an overall safety benefit of rofecoxib over naproxen. GI safety must be assessed within the overall safety profile of a drug. Evaluation of safety by routine parameters showed no advantage of rofecoxib over naproxen:

|  | Rofecoxib 50 mg N=4047 (%) | Naproxen 1000 mg N=4029 (%) |
|---|---|---|
| a. Deaths | 22 (0.5) | 15 (0.4) |
| b. Serious AEs | 378 ( 9.3) | 315 ( 7.8) |
| c. Dropouts due to AEs | 643 ( 15.9) | 635 (15.8) |
| d. Serious lab AEs | 2 (0) | 0 (0) |
| e. Dropouts due to lab AEs | 22 (0.5) | 12 (0.3) |

Other than GI and CV, the safety profile of rofecoxib and naproxen showed a similar pattern and was consistent with that of the NSAID class.  NSAID-related (liver, renal, HTN and edema-related AE's) were consistently higher in the rofecoxib group.

3. The relative risk of cardiovascular thrombotic events was twice in rofecoxib compared with naproxen. Cumulative risk was 1.67% and 0.7% for rofecoxib and naproxen, respectively (mainly due to the higher risk of MI). In addition to CV thrombotic events, rofecoxib had a higher incidence of discontinuations due to HTN- and CHF related events compared with naproxen. These differences were statistically significant.

Safety profiles must be carefully analyzed based on events of comparable severity and seriousness. In the VIGOR study the potential advantage of decreasing the risk of complicated PUB's was paralleled by the increased risk of developing cardiovascular thrombotic events.

4. The sponsor recommends that patients with known cardiovascular risk should be on prophylactic ASA, however, outstanding issues are:

   a. Whether any of the cardiovascular effects potentially associated with rofecoxib will be prevented by ASA

MRK-NJ0293597

b. Whether the addition of ASA will decrease or abolish the GI advantage of rofecoxib over naproxen.

There are no data available to answer these questions. The sponsor proposes that studies 085, 090 and 058 support the safety of the concomitant use of rofecoxib and ASA. Each of these three studies was designed as an efficacy trial and neither the size nor the duration was adequate to detect differences in serious gastrointestinal events. The doses of rofecoxib used in these studies were one fourth and one half of the dose used in the VIGOR study.

Study 102 compared rofecoxib (25 mg/day) and naproxen (1000 mg/day) for 12 weeks and allowed the use of low dose ASA. Preliminary results of GI clinical events in this study showed a trend in favor of rofecoxib. However, it also showed a pattern of myocardial infarctions consistent with the VIGOR study.

5. Despite a substantial risk reduction compared to naproxen in the VIGOR study, the risk of serious GI complications with rofecoxib is still a concern. From May 1999 to October 2000, the FDA post-marketing AER system received 37 unduplicated reports of death due to gastrointestinal complications associated with the use of rofecoxib. Risk factors associated with serious GI complications are similar to those associated with conventional NSAIDs: age, prior history of ulcer disease, concomitant use of ASA, coumadin or other antiplatelet agents, and corticosteroids.

MRK-NJ0293598

## 4. <u>Recommendations</u>

1.  The NSAID-class GI warning should not be removed from the VIOXX label.

2.  Information regarding cardiovascular thrombotic events should be added to the VIOXX label.

3.  Additional studies may be needed to optimally clarify outstanding questions.


Maria Lourdes Villalba, M.D.,
Medical Officer, DAAODP


Lawrence Goldkind, M.D.,
Team Leader, DAAODP

MRK-NJ0293599

Appendix 1. VIGOR. Deaths in patients treated with Rofecoxib 50 mg.

| ID/ Study | Age/ Gender | Rel (days) | Serious adverse event | Other RA meds | Medical history |
|---|---|---|---|---|---|
| 324/088 | 69 F | 174 | Ventricular fibrillation/sudden death | MTX | HTN |
| 229/088 | 70 F | 132 | Adult respiratory distress syndrome | MTX, HCQ, Pred | HTN, pulm fibrosis |
| 731/088 | 77 F | 254 | Pneumonia | MTX | Pulmonary fibrosis |
| 2560/088 | 78 M | 41 | Penetrating duodenal ulcer, pneumonia, septic shock. | MTX | GI bleeding, COPD |
| 2662/088 | 62 F | 26 | Perforating hemorrhagic gastric ulcer, subphrenic abscess, septic shock.* | Gold, Prednisone | COPD, smoker |
| 1224/088. | 68 F | 46 | Myocardial infarction, multiple organ failure. | Gold, Prednisone | Smoker, gout |
| 920/088 | 68 F | 205 | Cerebrovascular accident; complete heart block. | MTX, Prednisone | HTN, ↓chol, GI ulcer |
| 2759/088 | 69 M | 94 | Myocardial infarction. | | ↓chol, family hx CAD |
| 5687/089 | 53 M | 283 | Gastric neoplasm. | MTX, Pred, CQ | |
| 7285/089 | 69 | 69 | Pneumonia. | MTX, Prednisone | |
| 8104/089 | 57 M | 101 | Gastrointestinal bleeding. | Prednisone | |
| 5305/089 | 75 F | 309 | Cardiac arrest. Sudden death. | MTX, Prednisone | HTN, CAD, pulm fibr. |
| 5316/089 | 80 M | 90 | Interstitial lung disease. | MTX, CQ, Pred | Pulm fibr., gastritis |
| 8021/089 | 84 F | 302 | Hip fracture, pneumonia, respiratory failure | MTX, Prednisone | HTN, Pulm fibr., MI |
| 7620/089 | 55 F | 31 | Dissecting aortic aneurism | MTX, Pred, CQ | HTN, MI, dyspepsia |
| 5591/089 | 51 F | 206 | Cerebrovascular accident. | Prednisone, CQ | HTN |
| 6103/089 | 65 F | 340 | Worsening rheumatoid arthritis (lung). | Prednisone, HCQ | Interst pneumonitis |
| 7461/089 | 56 F | 25 | Pulmonary infection. Bacterial sepsis. | MTX | HTN, gammopathy |
| 7973/089 | 71 M | 147 | Myocardial infarction. | MTX | Asthma |
| 7533/089 | 51 F | 28 | CHF? Unknown cause of death. | | |
| 10078/089 | 54 F | 133 | Aplastic anemia. Pneumonia. Sepsis. | MTX, Prednisone | |
| 7689/089 | 60 F | 206 | Sudden death. ** | MTX, Prednisone | HTN, DM |

Source Table 54 of 088c study report; medical reviewer's review of narratives and CRFs.  * Cause of death listed as pneumonia but patient died as a septic complication after GI surgery. ** Cause of death listed as Aortic Valve Stenosis but there is no documentation of A.S. in the autopsy.  *( ≥ I 4755* )

NDA 21-042/052, s007. VIOXX – 2/8/00, AAC Briefing Document, Overall Safety.

24

MRK-NJ0293600

Appendix 1. cont. NDA 21-042/s007. VIGOR. Deaths in patients treated with Naproxen 1000 mg.

| ID/ Study | Age/ Gender | Rel[1] (days) | Serious adverse event | Other RA meds | Medical history |
|---|---|---|---|---|---|
| 923/088 | 60 M | 164 | Cerebrovascular accident; myocardial infarction?; aortic thrombosis. | | HTN, CAD, smoker, GI ulcer, prior carotid sx. |
| 815/088 | 72 M | 133 | Metastatic neoplasm of unknown primary | MTX, HCQ, Pred | HTN, lymphoma |
| 3097/088 | 78 F | 9-29 | Perforating gastric ulcer, septic shock. | MTX, Prednisone | HTN, dyspepsia, COPD |
| 981/088 | 66 F | 12-28 | Respiratory failure. Pneumonitis. RA lung. | | |
| 2632/088 | 70 F | 17 | Sudden death.** | MTX, Prednisone | HTN, MI, DM, ) chol |
| 2229/088 | 79 F | 247 | Cerebrovascular accident. Intracraneal hemorrhage. | | HTN, renal insuff. |
| 7732/089 | 62 M | 61 | Unknown cause of death/ sudden death**. | CQ, Prednisone | |
| 7769/089 | 58 M | 266 | Sudden death.** | | HTN, Atrial fibrillatio |
| 10100/089 | 58 F | 253 | Pneumonia. | MTX, Pred, CQ | Gastritis |
| 5590/089 | 55 F | 215 | Pneumonia. Electrolyte imbalance. | MTX, Pred, CQ | HTN, DM, dyspepsia |
| 9191/089 | 62 F | 260 | Hepatic necrosis. | MTX, APAP, CQ | |
| 6030/089 | 51 M | 44-106 | Lung malignant neoplasm. | AZA, Pred, SSZ | |
| 6057/089 | 60 M | 200 | Sudden death.** | MTX | |
| 6703/089 | 53 F | 205 | Intracranial hemorrhage | MTX, Prednisone | HTN, gout |
| 6912/089 | 76 F | 52 | Pneumonia. | MTX, HCQ, Pred | Gastric ulcer, depression |

Source Table 54 of 088c study report; medical reviewer's review of narratives and CRFs. ** Cause of death listed as myocardial infarction but there were no documented MI in the CRF. ( MTX three times a week.

25

NDA 21-042/052, s007. VIOXX – 2/8/00, AAC Briefing Document, Overall Safety.

MRK-NJ0293601

Appendix 2.a. Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in VIGOR (updated application data) (Source: sponsor's table)

| Event | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Any Event[†] | 47 | (1.2) | 20 | (0.5) |
| Arterial Event[†] | 42 | (1.0) | 19 | (0.5) |
| Venous Event | 5 | (0.1) | 1 | (0.0) |
| Cardiovascular Death[†] | 6 | (0.1) | 6 | (0.1) |
| Fatal Acute Myocardial Infarction | 2 | (0.0) | 0 | (0.0) |
| Fatal Hemorrhagic Stroke | 1 | (0.0) | 1 | (0.0) |
| Fatal Ischemic Cerebrovascular Stroke | 0 | (0.0) | 1 | (0.0) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Cardiac Events (Fatal/Nonfatal) | 28 | (0.7) | 10 | (0.2) |
| Acute Myocardial Infarction | 20 | (0.5) | 4 | (0.1) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Unstable Angina Pectoris | 5 | (0.1) | 3 | (0.1) |
| Cerebrovascular Events (Fatal/Nonfatal)[†] | 13 | (0.3) | 9 | (0.2) |
| Hemorrhagic Stroke | 2 | (0.0) | 2 | (0.0) |
| Ischemic Cerebrovascular Stroke | 9 | (0.2) | 8 | (0.2) |
| Transient Ischemic Attack | 2 | (0.0) | 0 | (0.0) |
| Peripheral Vascular Events (Fatal/Nonfatal) | 6 | (0.1) | 6 | (0.0) |
| Peripheral Arterial Thrombosis | 1 | (0.0) | 0 | (0.0) |
| Peripheral Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |

[†] Includes hemorrhagic stroke.

Note: Patients may be counted in more than 1 row, but are only counted once within a row.

26

NDA 21-042/052, s007. VIOXX – 2/8/00, AAC Briefing Document, Overall Safety.

MRK-NJ0293602

Appendix 2.b.  Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in VIGOR study. (Source: sponsor's Table 5, updated application data).

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[†] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thrombotic events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 0.42 | (0.25, 0.72) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |
| All cardiac events | Rofecoxib | 4047 | 28 | 2698 | 1.04 | 0.36 | (0.17, 0.74) |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | | |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | 0.73 | (0.29, 1.80) |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | | |
| All peripheral vascular events | Rofecoxib | 4047 | 6 | 2699 | 0.22 | 0.17 | (0.00, 1.37) |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | | |

[†] In keeping with the data analysis section of the Adjudication SOP, this table does not include events determined by adjudication to be hemorrhagic cerebrovascular accidents.
[‡] Per 100 patient-years at risk (PYR).
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category.  The same patient may appear in different categories.

NDA 21-042/052, s007, VIOXX – 2/8/00, AAC Briefing Document, Overall Safety.

27

MRK-NJ0293603