Stephen E. Epstein, M.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

IN RE:  VIOXX          :MDL DOCKET NO.
PRODUCTS LIABILITY     :1657
LITIGAION              :Case:
                       :2:06-cv-00485-EEF-DK
                       :Section L
THIS DOCUMENT RELATES :
TO: GERALD BARNETT V. :
MERCK                  :
                  - - -

May 30, 2006

- - -

Videotape deposition of STEPHEN E.

EPSTEIN, M.D., held in the offices of

Zuckerman Spaeder, LLP, 1800 M Street,

NW, Washington, D.C. 20036-5802,

commencing at 9:10 a.m., on the above

date, before Denise D. Bach, a Federally

Approved Reporter for the United States

District Court and a Certified Shorthand

Reporter, License No. 30X10009330.

- - -

GOLKOW LITIGATION TECHNOLOGIES
Four Penn Center, Suite 1210
1600 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
(877) DEPS-USA

Stephen E. Epstein, M.

---

## Page 2

1 APPEARANCES:
2
3    BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
4 BY: J. PAUL SIZEMORE, ESQUIRE
     218 Commerce Street
5    Montgomery, Alabama 36104
     (334) 269-2343
6    paul.sizemore@beasleyallen.com
     Counsel for the Plaintiffs
7
8
     ROBINSON, CALCAGNIE & ROBINSON
9 BY: TED B. WACKER, ESQUIRE
     and LEXI W. MYER, ESQUIRE
10   7th Floor
     620 Newport Center Drive
11   Newport Beach, California 92660
     (949) 720-1288
12   twacker@rcrlaw.net
     amyer@rcrlaw.net
13   Counsel for the Plaintiffs
14
15   BARTLIT BECK HERMAN PALENCHAR &
     SCOTT LLP
16 BY: ANDREW GOLDMAN, ESQUIRE
     and KEN BAUM, M.D.
17   Courthouse Place
     54 West Hubbard Street
18   Chicago, Illinois 60610
     (312) 494-4445
19   andrew.goldman@bartlit-beck.com
     ken.baum@bartlit-beck.com
20   Counsel for Merck & Co., Inc.
21
22
23
24

---

## Page 3

1 APPEARANCES: (Continued)
2
3    ZUCKERMAN SPAEDER, LLP
     BY: WILLIAM B. SCHULTZ, ESQUIRE
4    1800 M Street, NW
     Washington, D.C. 20036-5802
5    (202) 778-1800
     wschultz@zuckerman.com
6    Counsel for the Witness, Stephen
     E. Epstein, M.D.
7
8
     ALSO PRESENT:
9
10   DAVID LEVIN, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

## Page 4

1           INDEX
2 WITNESS              PAGE
  STEPHEN E. EPSTEIN, M.D.
3  By Mr. Sizemore     13, 263
   By Mr. Goldman      134, 293
4
5
6        EXHIBITS
7 MARKED     DESCRIPTION       PAGE
8 Epstein-1   Curriculum Vitae     8
            of Stephen Edward
9           Epstein, M.D.
10 Epstein-2   Scientific     38
            Advisers'
11          Meeting, May 3 -
            May 6, 1998,
12          Bates
            MRK-AE10002734
13          thru 10002746
14 Epstein-3   E-mail String,     51
            Bates
15          MRK-ABA0029203
16 Epstein-4   Basic Science,     55
            Effects of
17          MF-Tricyclic, a
            Selective
18          Cyclooxygenase-2
            Inhibitor, on
19          Atherosclerosis
            Progression and
20          Susceptibility to
            Cytomegalovirus
21          Replication in
            Apolipoprotein-E
22          Knockout Mice
23 Epstein-5   E-mail String,     60
            Bates
24          MRK-AEH0016614

---

## Page 5

1
   Epstein-6   E-mail String     61
2
   Epstein-7   Letter, 7/23/01,     90
3           Bates
            MRK-NJ0199915
4           thru 019916
5  Epstein-8   E-mail String,     94
            Bates
6           MRK-ACD0015039
            thru 0015040
7
   Epstein-9   E-mail String     99
8
   Epstein-10   Memo, 6/16/00,     108
9           Bates
            MRK-AEH0016466
10          thru 0016469
11 Epstein-11   E-mail     115
12 Epstein-12   E-mail String,     121
            Bates
13          MRK-ABW0003666
            thru 0003668
14
   Epstein-13   Cardiovascular     123
15          Outcomes Study
            Consultant
16          Meeting, Bates
            MRK-NJ267303 thru
17          0267322
18 Epstein-14   Letter, 11/20/01,     132
            Bates
19          MRK-ABA0003100
            thru 0003101
20
   Epstein-15   Packet of     135
21          Documents
            Produced by
22          Witness in
            Response to
23          Subpoena
24

Stephen E. Epstein, M.D.

**Page 6**

1  Epstein-16   Article titled   184
       Overexpression of
2       Functionally
       Coupled
3       Cyclooxygenase-2
       and Prostaglandin
4       E Synthase in
       Symptomatic
5       Atherosclerotic
       Plaques as a
6       Basis of
       Prostaglandin
7       E2-Dependent
       Plaque Instability
8
  Epstein-17   Study titled   200
9       Acceleration of
       atherogenesis by
10       COX-1-dependent
       prostanoid
11       formation in low
       density lipoprotein
12       receptor knockout
       mice
13
  Epstein-18   Article titled   231
14       Cyclooxygenases,
       Thromboxane, and
15       Atherosclerosis
16  Epstein-19  E-mail String,  265
       (Bates Numbers
17       Obscured)
18  Epstein-20  E-mail String,  270
       Bates
19       MRK-ABA0011371
       thru 0011374
20
21  Epstein-21   Article titled   283
       Coxibs and
22       Cardiovascular
       Disease
23
24

**Page 7**

1   DEPOSITION SUPPORT INDEX
2
3   DIRECTION TO WITNESS NOT TO ANSWER
4   Page  Line     Page  Line     Page  Line
5   (None)
6
7
8   REQUEST FOR PRODUCTION OF DOCUMENTS
9   Page  Line     Page  Line     Page  Line
10   (None)
11
12
13       STIPULATIONS
14   Page  Line     Page  Line     Page  Line
15   (None)
16
17
18       QUESTIONS MARKED
19   Page  Line     Page  Line     Page  Line
20   (None)
21
22
23
24

**Page 8**

1           (Whereupon, Deposition
2   Exhibit No. Epstein-1, Curriculum
3   Vitae of Stephen Edward Epstein,
4   M.D., was marked for
5   identification.)
6           THE VIDEOGRAPHER:  Stand by,
7   please.  We are now on the record.
8   My name is David Levin.  Today's
9   date is Tuesday, May 30th, 2006,
10   and the video time is 9:10 a.m.
11   We're now in the matter of In Re:
12   Vioxx Products Liability
13   Litigation.  The deponent is
14   Stephen Edward Epstein, M.D.
15           Would all counsel and those
16   present please identify
17   themselves.
18           MR. SIZEMORE:  I'm Paul
19   Sizemore from the firm of Beasley
20   Allen and in attendance for the
21   PSC for the MDL.
22           MS. MYER:  Lexi Myer for the
23   plaintiffs.
24           MR. WACKER:  Ted Wacker for

**Page 9**

1   plaintiffs.
2           MR. SCHULTZ:  Bill Schultz,
3   representing Dr. Epstein.
4           MR. GOLDMAN:  Andy Goldman.
5   I represent Merck.
6           MR. BAUM:  Ken Baum, for
7   Merck.
8           THE VIDEOGRAPHER:  The court
9   reporter's name is Denise Bach and
10   she will now swear in the witness.
11           STEPHEN E. EPSTEIN, M.D.,
12   having been first duly sworn, was
13   examined and testified as follows:
14           - - -
15           MR. SIZEMORE:  I understand
16   we have some preliminary matters
17   before we begin.
18           I wanted to announce on the
19   record that I am here taking Dr.
20   Epstein's deposition on behalf of
21   the MDL/PSC.
22           I've also been asked to
23   announce for the California
24   consolidated proceedings as well

3 (Pages 6 to 9)

Stephen E. Epstein, M.

Page 10

```
 1   as any individual state court
 2   proceedings that have been
 3   cross-noticed, in conferring with
 4   counsel beforehand, there may or
 5   may not be a notice issue, and I
 6   just wanted to preserve whatever
 7   notices were filed.
 8        Mr. Goldman?
 9        MR. GOLDMAN:  Yes, Mr.
10   Sizemore.  I'm not aware of an
11   actual notice served in the
12   California litigation or
13   elsewhere, so I'm here defending
14   or attending on behalf of Merck
15   for purposes of the MDL.  I don't
16   have any personal knowledge about
17   California.
18        MR. SIZEMORE:  Fair enough.
19        MR. SCHULTZ:  And I just
20   wanted to put a few things on the
21   record.
22        This deposition is pursuant
23   to a subpoena, dated April 20th,
24   2006.  We -- Dr. Epstein responded
```

Page 11

```
 1   to the document request on -- by
 2   letter May 29th, 2006 and by
 3   agreement among -- with counsel,
 4   Item 6 on that document production
 5   request was modified, and so the
 6   documents produced are limited to
 7   documents related to gift,
 8   honoraria, et cetera, only related
 9   to COX-2 inhibitor products and
10   only involving payments by Merck
11   to Dr. Epstein.
12        In addition, counsel have
13   agreed that the deposition is to
14   be given under seal, that the
15   documents are to be treated as
16   confidential, that the deposition
17   is to be limited to six hours,
18   three hours for the plaintiffs,
19   maximum, and three hours for the
20   defendants, maximum, and that this
21   is to be the sole deposition in
22   the multidistrict Vioxx
23   litigation.
24        And plaintiff's counsel has
```

Page 12

```
 1   agreed to take the position that
 2   would be the deposition -- their
 3   deposition for the consolidated
 4   cases pending in California.
 5        Dr. Epstein would also like
 6   to say on the record as to any
 7   other case or any other notice of
 8   his deposition, he will take the
 9   position that this deposition
10   serves for those proceedings as
11   well.
12        Finally, Dr. Epstein is
13   being deposed as a fact witness,
14   not as an expert witness, and, as
15   such, will take the position that
16   any questions as to his opinions,
17   particularly outside his article,
18   are beyond the scope of the
19   examination.
20        MR. SIZEMORE:  Fair enough.
21   Shall we begin?
22             - - -
23        EXAMINATION
24             - - -
```

Page 13

```
 1   BY MR. SIZEMORE:
 2        Q.   Good morning, Doctor.  How
 3   are you?
 4        A.   Fine, thank you.
 5        Q.   Can you tell the jury your
 6   name, please, Doctor.
 7        A.   Stephen Epstein.
 8        Q.   And we're here in
 9   Washington, D.C. taking your deposition
10   today, correct?
11        A.   That's correct.
12        Q.   Are you a medical doctor?
13        A.   Yes.
14        Q.   What type of medicine do you
15   practice, Doctor?
16        A.   I had practiced cardiology.
17   At the present time, I'm head of the
18   Cardiovascular Research Institute, and
19   I'm responsible for all of the research
20   that's done in the Cardiovascular
21   Research Institute.
22        Q.   For what period of years did
23   you practice cardiology, Doctor?
24        A.   From 1966 or 7 through 2000,
```

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

**Page 14**

1  2001. I still consult, and I have -- I
2  am licensed to practice, but conflicts in
3  my time have limited that enormously.
4  　　　Q.　What states are you licensed
5  to practice medicine in, Doctor?
6  　　　A.　New York and Washington,
7  D.C.
8  　　　Q.　During the time period from
9  1966 to 2001, did you actively treat
10 patients?
11 　　　A.　Yes.
12 　　　Q.　Did you have a clinic that
13 you participated in, Doctor?
14 　　　A.　Yes.
15 　　　Q.　Can you please describe that
16 for me?
17 　　　A.　I was chief of cardiology at
18 the National Heart, Lung and Blood
19 Institute and was head, in that capacity,
20 of all clinical work and research work
21 that was being done in cardiovascular
22 disease. We had a very active clinical
23 program, and both inpatients and
24 outpatients, and I was in charge of both

**Page 15**

1  of those efforts.
2  　　　Q.　Doctor, what is the National
3  Heart, Lung and Blood Institute?
4  　　　A.　It's part of the National
5  Institutes of Health, and I was in charge
6  of the intramural program, that is, all
7  of the activities that were conducted in
8  heart disease on campus, and that campus
9  is in Bethesda, Maryland.
10 　　　Q.　Can you describe for the
11 jury, Doctor, what the National
12 Institutes of Health are?
13 　　　A.　The National Institutes of
14 Health is a federal organization that
15 spans virtually all of medicine, and its
16 primary responsibility is to identify and
17 fund research, both basic and clinical,
18 to advance the application of medicine to
19 the health of patients.
20 　　　Q.　Would it be fair to say,
21 Doctor, that the National Institutes of
22 Health is a well-respected institute in
23 the U.S.?
24 　　　A.　I think so.

**Page 16**

1  　　　Q.　Perhaps an understatement.
2  　　　Doctor, could you please in
3  a summary fashion explain for the jury
4  your educational background?
5  　　　A.　I received my Bachelor's
6  degree from Columbia University. Went on
7  to Cornell Medical School and received my
8  M.D. from Cornell. I did my house staff
9  training at the New York Hospital, which
10 is part of the Cornell Medical School
11 system.
12 　　　And then went to the
13 National Institutes of Health to work
14 under Dr. Eugene Braunwald, who at the
15 time was one of the world's outstanding
16 cardiology investigators. When he left
17 the NIH, I took over for him as chief of
18 cardiology. And that occurred in 1967 or
19 1969. Sorry.
20 　　　Q.　Doctor, in your professional
21 activities, have you also had an occasion
22 to teach medicine?
23 　　　A.　Yes.
24 　　　Q.　Can you explain that to me,

**Page 17**

1  please, Doctor?
2  　　　A.　I was a visiting professor
3  of medicine at Georgetown and, in that
4  capacity, taught Georgetown students as
5  well as house staff. These individuals
6  came to the NIH, which is just a
7  20-minute drive from Georgetown, and they
8  participated in research as well as
9  clinic activities. And one of my
10 important responsibilities was to teach
11 those students. We also had many
12 students coming from all over the world
13 to spend time with us. And part of my
14 responsibilities was to ensure their
15 medical education.
16 　　　Q.　Doctor, do you have any
17 other specialties besides cardiology?
18 　　　A.　No.
19 　　　Q.　Doctor, before the
20 deposition began, I gave you a copy of
21 what I've marked as Exhibit 1 to your
22 deposition.
23 　　　Do you have that in front of
24 you?

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 18

1    A.   Yes.
2    Q.   Is that an up-to-date copy
3 of your CV, Doctor?
4    A.   It would take me a while to
5 go through this.  It may be a month or
6 two out of date.
7    Q.   It appears to be about a
8 48-page document, if that helps.
9    A.   Um-hmm.
10   Q.   Okay.  Thank you.
11       I note on here, without
12 going through all of your specific honors
13 and special scientific recognition that
14 you have a great deal of them.
15       Are there any that stick out
16 in your mind as being the most important
17 to you or the more important of those
18 academic achievements or honors?  I put
19 you on the spot.
20   A.   Well, a lot of them to me
21 are important.  One of my most important
22 ones as a young person was to be elected
23 to the American Society of Clinical
24 Research -- Clinical Investigation, which

Page 19

1 was to me something to be extremely proud
2 of.  That occurred in my very early
3 years.
4       And since then, I think the
5 greatest honors I had were to be invited
6 to give distinguished lectureships at
7 either the American College of Cardiology
8 or the American Heart Association's
9 annual meeting.
10   Q.   I also note that you hold
11 several patents, Doctor.  How many in
12 total do you hold?
13   A.   Probably four, but I don't
14 want to be held to that precise number.
15   Q.   I also note that you're a
16 member of several editorial boards,
17 Doctor.
18       Can you describe which
19 editorial boards you sit upon?
20   A.   Until recently, I sat -- the
21 most distinguished editorial board I sat
22 on was Circulation, but two years ago,
23 because of too many competing
24 responsibilities, I gave that up.  I also

Page 20

1 in the past have sat on a number of
2 editorial boards, which I have since
3 given up.
4       So at the present time, I do
5 not actively participate on the editorial
6 boards, although, I do receive an
7 enormous number of manuscripts to review
8 for these different journals.
9    Q.   Do you serve as an ad hoc
10 reviewer --
11   A.   Yes.
12   Q.   -- for several different
13 journals?
14   A.   Yes.
15   Q.   Doctor, you mentioned Dr.
16 Eugene Braunwald.  Is he the editor of a
17 scientific text or treatise in reference
18 to cardiology?
19   A.   Yes, he is.
20   Q.   And is it fair to say that
21 that's a very distinguished and
22 well-respected treatise?
23   A.   Yes, probably the most
24 distinguished treatise on cardiovascular

Page 21

1 diagnosis and treatment.
2    Q.   Did I understand you
3 correctly to say that you had the honor
4 of actually learning under and training
5 with Dr. Braunwald?
6    A.   That's correct.
7    Q.   Have you ever had the
8 pleasure of actually writing any
9 scientific articles with Dr. Braunwald?
10   A.   Many, yes.
11   Q.   Have these articles been
12 peer reviewed and published?
13   A.   Yes.
14   Q.   I note in your bibliography,
15 Doctor, you've published approximately
16 515 different articles.  Is that --
17   A.   That's correct.
18   Q.   -- accurate, to the best of
19 your recollection?
20   A.   Yes.
21   Q.   Have the majority of those
22 articles been published in peer-reviewed
23 journals?
24   A.   All of them.

6 (Pages 18 to 21)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 22**

1    Q.   Doctor, what is the
2  Cardiovascular Research Institute?
3        A.   This is a component of the
4  MedStar Research Institute. MedStar
5  Health is a holding corporation which has
6  under its -- under its control, I think
7  approximately seven hospitals, the two
8  premier hospitals being Georgetown and
9  the Washington Hospital Center.
10       As a co-equal of these seven
11  hospitals, there's the MedStar Research
12  Institute, which has the responsibility
13  for conducting and administering all
14  research done within all of the hospitals
15  that are part of MedStar Health.
16       Within the MedStar Research
17  Institute, one of the largest divisions
18  is the Cardiovascular Research Institute,
19  which I'm director of, and that's
20  responsible for all of the cardiovascular
21  research that's done at these hospitals.
22       Q.   Would it be fair to say,
23  then, Doctor, that you are in charge of
24  or the executive director of all

**Page 23**

1  cardiovascular research that on goes at
2  these various hospitals?
3        A.   That's correct. My dominant
4  role, though, is at the Washington
5  Hospital Center and Georgetown.
6        Q.   Are you actually affiliated
7  with these hospitals as well?
8        A.   Yes.
9        Q.   Doctor, does your present --
10  pardon me. Does your present field of
11  practice primarily involve cardiovascular
12  research?
13       A.   Yes.
14       Q.   Would you consider yourself
15  an expert in the area of atherosclerosis?
16       A.   Yes.
17       Q.   Would you consider yourself
18  an expert in the area of cardiovascular
19  disease?
20       A.   Yes.
21       Q.   Would you consider yourself
22  an expert in the area of cardiovascular
23  function?
24       A.   Yes.

**Page 24**

1    Q.   And would you also consider
2  yourself an expert in the area of
3  atherogenesis?
4        A.   Yes.
5        Q.   Is it fair to say that all
6  of those areas of expertise were utilized
7  in developing the opinions that are
8  generated in the study that we're here
9  about today that you conducted with Dr.
10  Rott, I believe?
11       A.   Um-hmm. I would say that's
12  true.
13       Q.   Did I pronounce his name
14  correctly?
15       A.   Yes, David Rott.
16       Q.   I didn't want to get in
17  trouble for that.
18       A.   No.
19       Q.   Doctor, in your current
20  practice, do you conduct any type of
21  clinical research?
22       A.   Yes.
23       Q.   Does that clinical research
24  involve both human patients or subjects

**Page 25**

1  and both animal subjects?
2        A.   Yes.
3        Q.   What are the various type of
4  animals that you've utilized in
5  conducting your clinical studies, Doctor?
6        A.   Not clinical studies.
7        Q.   I'm sorry. Let me rephrase
8  that.
9        A.   Yes.
10       Q.   I don't think your subjects
11  would like to be called animals.
12       What are the various types
13  of animals that you've utilized in
14  conducting various studies?
15       A.   Over the years?
16       Q.   Yes, sir.
17       A.   Yes. Well, there were dogs,
18  there were pigs, rats, mice.
19       That about does it.
20       Q.   Is there something about the
21  constitution or physical makeup of the
22  mouse that makes it desirable for
23  conducting animal studies?
24       A.   Yes. There are several

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

**Page 26**

1  attributes that in certain circumstances
2  make it more desirable. Not in all, but
3  in certain circumstances.
4     Q.   From a cardiovascular
5  context, are there certain attributes of
6  the mouse physicality that are easily
7  transferable to humans?
8     A.   I would have to say not
9  easily transferable.
10    Q.   Okay. Maybe that was too
11 specific a question.
12        In a broader sense, is it --
13 can we generally transfer the findings
14 that we develop in mouse studies to
15 humans?
16    A.   So the answer to that is
17 more complicated than the question. And
18 the answer is that these studies provide
19 us with very, very important mechanistic
20 information which probably is
21 transferable to patients. And the
22 results that we obtain from such studies
23 are very important, leads to questions
24 that could be asked in a clinical

**Page 27**

1  context.
2        Not all results in any
3  animal model are -- can we assume to be
4  directly applicable, but enormous
5  progress has been made because the
6  majority of results obtained in animal
7  studies are indeed transferable to the
8  human situation.
9     Q.   Okay. You said something
10 about mechanistic approaches or
11 mechanistic studies. Doctor, what do you
12 mean when you say a mechanistic approach
13 or mechanistic study?
14    A.   Well, if a drug, for
15 example, has an effect on heart function,
16 we'd like to know, well, what are the
17 molecular pathways that lead from the
18 administration of the drug to the effect
19 observed. And using, in particular, a
20 mouse model, where you're able to use
21 genetic -- genetically altered mice,
22 where the particular molecules you're
23 interested in are either present in
24 overabundance or are eliminated, you

**Page 28**

1  could then see how that overabundance or
2  that elimination will alter the effect,
3  so that you then can determine that a
4  given drug works through a specific
5  molecular pathway.
6     Q.   Doctor, is it true that
7  animal studies are important enough that
8  most medications that are ultimately
9  approved by the FDA begin life or are
10 initially studied in animal models?
11    A.   Yes. All drug studies --
12 all drugs ultimately applied to patients
13 go through animal testing.
14    Q.   Doctor, I'd like to ask you
15 some general questions before we go
16 straight to your study.
17    A.   Fine.
18    Q.   Are you familiar with
19 prostacyclin and thromboxane?
20    A.   Yes.
21    Q.   Doctor, to your knowledge
22 and based on your research, is
23 prostacyclin a potent vasodilator and
24 anti-aggregatory?

**Page 29**

1     A.   It --
2        MR. GOLDMAN: Objection.
3     Beyond the scope of the
4     deposition.
5  BY MR. SIZEMORE:
6     Q.   I'm sorry. Did you say yes?
7     A.   I guess I should answer
8  that. Yes.
9     Q.   Doctor, based on your
10 personal experience in research, is
11 thromboxane a potent vasoconstrictor and
12 pro-aggregatory agent?
13    A.   Yes.
14    Q.   Doctor, also based upon your
15 experience and research in this area, is
16 it true that the body of a human normally
17 keeps a homeostatic balance between
18 prostacyclin and thromboxane?
19        MR. GOLDMAN: Objection.
20     Again, beyond the scope of this
21     article and what I thought this
22     deposition was supposed to be
23     about.
24 BY MR. SIZEMORE:

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 30

1   Q.   You can answer.
2   A.   Yes.
3   Q.   Okay.  Thank you.
4        Doctor, is it also true,
5   based upon your personal experience and
6   research, that prostacyclin is -- plays
7   an important role in preventing
8   atherosclerosis formation?
9   A.   Yes, I would answer.  Not
10  necessarily from my own research, but
11  from other research that has been
12  published in the literature.
13  Q.   Yes, sir.
14       Is it also true, then, based
15  upon your review of this other research
16  and your personal experience that
17  prostacyclin plays an important role in
18  preventing the progression of
19  atherosclerosis?
20       MR. GOLDMAN:  Object to the
21       form, beyond scope.
22       THE WITNESS:  I'm not -- I'm
23       not sure --
24       MR. SCHULTZ:  What you need

Page 31

1        to do is just wait 15 seconds, let
2        him object, let him finish, and
3        then go ahead.  Just so --
4        THE WITNESS:  Okay.
5        MR. SCHULTZ:  I think that
6        will make everybody happier.
7        THE WITNESS:  I'm not
8        personally aware of studies that
9        have shown that prostacyclin
10       interferes with the progression of
11       atherosclerosis, although, such
12       studies may very well exist.
13  BY MR. SIZEMORE:
14  Q.   Yes, sir.
15       Based upon your experience
16  in this area and your review of medical
17  studies, does prostacyclin help prevent
18  atherogenesis?
19  A.   Yes.
20  Q.   Can you explain for the jury
21  what atherogenesis is, please, Doctor?
22  A.   Well, it's the -- it's the
23  development within arterial walls, the
24  blood vessels that supply such tissues as

Page 32

1   the heart and the brain, the legs, the
2   development in those tissues of, first,
3   usually inflammation and then, following
4   inflammation, a buildup of cholesterol
5   deposits and buildup of scar tissue and
6   the gradual narrowing of those vessels,
7   which thereby compromises flow to the
8   tissues that these vessels supply.
9   Q.   Is that process commonly
10  known as coronary artery disease?
11       MR. GOLDMAN:  Objection.
12       THE WITNESS:  That's one of
13       the components of atherosclerosis
14       or atherogenesis, yes.
15  BY MR. SIZEMORE:
16  Q.   From a lay standpoint, then,
17  are we talking about plaque buildup in
18  your coronary arteries?
19  A.   It could be the coronary
20  arteries or it could be the carotid
21  artery that supplies the brain or it
22  could be the femoral arteries that supply
23  the legs.
24  Q.   Are the carotid arteries in

Page 33

1   the heart?
2   A.   Coronary arteries.
3   Q.   I'm sorry.  Are the coronary
4   arteries in the heart?
5   A.   Yes.
6   Q.   And the carotid arteries are
7   in the neck?
8   A.   Um-hmm.  Correct.
9   Q.   Thank you.
10       Doctor, based on your
11  personal experience in this area and your
12  review of the medical literature are you
13  aware that prostacyclin also helps
14  maintain plaque integrity?
15  A.   I'm not sure I have the
16  information to be able to say yes on
17  that.  Once again, it may very well
18  exist, but I would not be able to cite a
19  particular study showing that.
20  Q.   Yes, sir.  Let me ask a
21  broader question then.  Based on your
22  personal experience and your review of
23  the medical literature, does COX-2 play a
24  role in maintaining plaque integrity?

9 (Pages 30 to 33)

3198c23a-332a-4926-95d7-395178679bee

**Page 34**

1    A.   Does COX-2 play a role in
2  maintaining --
3       MR. SCHULTZ:  I'm going to
4  object here.  He didn't review the
5  medical literature, and I guess
6  our understanding was this
7  deposition was going to be about
8  the article he wrote, and I think
9  -- seems like you're veering well
10  beyond it.
11       MR. GOLDMAN:  Yes.
12       MR. SIZEMORE:  I'm just
13  trying to get some basis.
14  BY MR. SIZEMORE:
15    Q.   And, Doctor, I'm not trying
16  to --
17       MR. GOLDMAN:  His article
18  doesn't talk about COX-2, so why
19  are you going down this road?
20       MR. SIZEMORE:  He's an
21  expert in atherogenesis and
22  atherosclerosis.
23       MR. GOLDMAN:  I know he's an
24  expert.  He's definitely an expert

**Page 35**

1  in atherosclerosis and
2  cardiovascular disease, but he's
3  not being held out as an expert --
4       MR. SIZEMORE:  Right.
5       MR. GOLDMAN:  -- for
6  purposes of this deposition.
7       MR. SIZEMORE:  The article
8  talks about atherogenesis, and I
9  guess --
10       THE WITNESS:  I'm sorry, the
11  article does talk about COX-2 and
12  inhibition of COX-2.  So --
13       MR. GOLDMAN:  But not plaque
14  stability, his point.
15       THE WITNESS:  Not plaque
16  stability.
17       MR. SIZEMORE:  It's all
18  related.
19    Are you going to instruct
20  him?
21       MR. SCHULTZ:  Well, I gave
22  you a little bit of room --
23       MR. SIZEMORE:  Sure.
24       MR. SCHULTZ:  -- but I think

**Page 36**

1  you need to move on to the
2  article.
3       MR. SIZEMORE:  I'm just
4  trying to lay some foundation or
5  else I'm going to get in trouble
6  with the judge.  Judge Fallon is
7  quite particular about
8  foundational requirement.
9  BY MR. SIZEMORE:
10    Q.   Did we answer that question
11  or do we need to --
12    A.   Well, it's highly
13  controversial.  If you look at all of the
14  data that's accumulated over the last
15  several years, as to whether or not COX-2
16  plays a beneficial or a deleterious
17  effect on plaque stability.  One could
18  make, based on the molecular mechanisms
19  that we've become aware of, you can make
20  an argument that inhibiting COX-2 is
21  dangerous or the converse.  And that's
22  what research is all about.
23    Q.   And that was the exact type
24  of research that you undertook with

**Page 37**

1  funding from Merck, and it was a result
2  of the Rott article --
3    A.   Yes.
4    Q.   -- is that correct?
5    And can we agree that the
6  ultimate conclusion of your article was
7  that COX-2 inhibition is deleterious from
8  an atherosclerotic standpoint?
9    A.   No.  Sorry.
10       MR. GOLDMAN:  No, go ahead.
11       THE WITNESS:  I think we
12  were very clear in the article
13  that what we said was these
14  studies in a particular mouse
15  model of atherosclerosis indicates
16  that inhibition of COX-2 with
17  MF-tricyclic leads to deleterious
18  effects in terms of accumulation
19  of atherosclerosis.  We did point
20  out that whether or not this
21  relates to atherogenesis in
22  patients has to be demonstrated by
23  human studies.
24  BY MR. SIZEMORE:

Stephen E. Epstein, M.

**Page 38**

1    Q.   Let me ask you a couple
2  questions about that.
3        When you say "accumulation,"
4  Doctor, are you talking about progression
5  of atherosclerotic plaque?
6    A.   Correct.
7    Q.   And as far as atherogenesis,
8  are you saying that your article did --
9  or your study would seem to indicate that
10  COX-2 inhibition is atherogenetic, but
11  that your study needs to be followed up
12  with actual human clinical trials?
13    A.   Correct.
14    Q.   I show you what I'm going to
15  mark as Exhibit 1 to your deposition.
16    A.   I'm not used to all these
17  laptops going.
18    Q.   I'm sorry, Exhibit 2 to your
19  deposition.
20        (Whereupon, Deposition
21        Exhibit No. Epstein-2, Scientific
22        Advisers' Meeting, May 3 - May 6,
23        1998, Bates MRK-AE10002734 thru
24        10002746, was marked for

**Page 39**

1  identification.)
2        MR. GOLDMAN:  What are you
3  doing?
4        MR. SIZEMORE:  I'm taking a
5  deposition.
6        MR. GOLDMAN:  You're now
7  going to show him an internal
8  Merck document?
9        MR. SIZEMORE:  Exactly.  He
10  did a Merck study.  I'm going to
11  show him a Merck document.
12        Do you have an objection to
13  form, Andy?
14        MR. GOLDMAN:  I have an
15  objection to the process, because
16  as I understood what we're doing
17  here, we're talking about a study
18  that Dr. Epstein did.
19        MR. SIZEMORE:  Right.
20        MR. GOLDMAN:  Not what
21  scientific advisers told Merck
22  that you're going to try to have
23  him misinterpret.
24        MR. SIZEMORE:  Well, I want

**Page 40**

1  to know if Merck told him or
2  warned him about these deleterious
3  effects before it funded a study
4  that he undertook.  That's
5  entirely within the scope of his
6  knowledge.
7        MR. GOLDMAN:  Bill, it's up
8  to you to handle it, but I'll just
9  put my objection on the record.
10        MR. SIZEMORE:  I'm going to
11  ask a question about what he was
12  told by Merck before he undertook
13  his study.  And maybe if I go
14  through the document, we'll
15  understand before the objection.
16        MR. SCHULTZ:  Well, I'll
17  wait for the question.
18        MR. SIZEMORE:  Fair enough.
19        MR. SCHULTZ:  But I would
20  encourage you to stick with the
21  study.
22        MR. GOLDMAN:  If you are
23  going to ask him a question about
24  it, I'd prefer you not point him

**Page 41**

1  to one sentence, but let him read
2  the document.
3        MR. SIZEMORE:  Let's go off
4  the record, and you can read the
5  document.
6        THE VIDEOGRAPHER:  The time
7  is 9:37 a.m.  We are off the
8  record.
9        (Whereupon, a discussion was
10  held off the record.)
11        (Recess is taken from 9:37
12  a.m. until 9:40 a.m.)
13        THE VIDEOGRAPHER:  Stand by,
14  please.  The time is 9:40 a.m.  We
15  are back on the record.
16  BY MR. SIZEMORE:
17    Q.   Doctor, when did you conduct
18  your study with Dr. Rott for Merck?
19    A.   We got approval from Merck
20  for funding and the most critical
21  component was receiving the drug in chow
22  that was fed to mice, and I believe we
23  started the study sometime in June
24  of 2000.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 42**

1    Q.   Who was your primary contact
2  at Merck in reference to your study,
3  Doctor?
4    A.   Dr. Rodger, R-O-D-G-E-R.
5    Q.   Is he in charge of the
6  conduction of studies at Merck?
7    A.   He is -- his title is
8  medical director at Merck.
9    Q.   Okay.  Did Dr. Rodger or
10  anyone at Merck inform you that Merck had
11  previously convened a meeting of its
12  scientific advisers approximately two
13  years before you started your study that
14  indicated that inhibition of COX-2 in a
15  human could lead to the development of
16  atherogenesis, could cause plaque
17  destabilization and rupture and could
18  also cause thrombotic occlusion leading
19  to heart attacks and strokes?
20        MR. GOLDMAN:  Objection.
21    Assumes facts not in evidence.
22  BY MR. SIZEMORE:
23    Q.   Were you ever warned about
24  that before your study began?

**Page 43**

1    A.   No.
2        MR. GOLDMAN:  Same
3  objection.
4  BY MR. SIZEMORE:
5    Q.   Did Dr. Rodger or any
6  person, any doctor at Merck ever indicate
7  to you that those three potential
8  deleterious effects of COX-2 inhibition
9  had been brought to their attention more
10  than two years ago before your study --
11  excuse me -- by their scientific advisory
12  board?
13        MR. GOLDMAN:  Objection.
14    Assumes facts not in evidence.
15        THE WITNESS:  No.
16  BY MR. SIZEMORE:
17    Q.   Doctor, were you aware
18  before you began your study that Merck
19  had conducted an internal study of the
20  urinary metabolite excretion of
21  prostacyclin and thromboxane metabolite?
22    A.   In relation to COX-2 --
23    Q.   Yes, sir.
24    A.   -- inhibition?  No.

**Page 44**

1    Q.   Did Dr. Rodger or any of the
2  Merck scientists involved in your study
3  inform you about the outcome of that
4  potential -- or that particular study?
5    A.   Now, let me tell you what I
6  was informed --
7    Q.   Sure.
8    A.   -- by -- in relation to
9  this.  And that was -- and the assumption
10  was made that I knew what a specific
11  COX-2 inhibitor was, Vioxx and Celebrex.
12  So any conversation I had with Dr.
13  Rodger, you know, assumed that my
14  knowledge of that was fairly extensive.
15  And implicit in that was that the
16  metabolites of the COX-2 system would be
17  altered by any drug that blocked
18  specifically COX-2.
19        So, you know, in a way, I
20  was made aware of that.  The assumption
21  was that I would understand what such
22  inhibition would bring about.
23    Q.   Okay.  Did Dr. Rodger or any
24  of the Merck scientists inform you that

**Page 45**

1  this study that they had conducted
2  involving urinary metabolite excretion
3  indicated a declination in prostacyclin
4  metabolite without a concomitant
5  reduction in thromboxane metabolite?
6    A.   That was implicit in all of
7  the discussions that I had with Dr.
8  Rodger, that that's what inhibition of
9  COX-2 would be expected to do.  And I was
10  familiar with the literature.  I don't
11  know if it was from Merck, but I was
12  familiar with the published literature
13  indicating that that, in fact, was the
14  result of inhibiting COX-2.
15    Q.   Can you explain that in
16  laymen's terms, Doctor?
17    A.   There are two COX enzymes
18  called COX-1 and COX-2.  COX-1 -- to make
19  a very complex story as simple as
20  possible, when COX-1 is activated, it
21  works on certain molecules, and the
22  ultimate result is the formation of
23  thromboxane A2, which has the effect of
24  enhancing platelet aggregation.  And that

12 (Pages 42 to 45)

Stephen E. Epstein, M.

**Page 46**

1 has a good effect. If you're bleeding,
2 for example, you want platelets to plug
3 up holes. But also if there's --
4 platelet aggregation can be the cause of
5 stroke and heart attack. So that's
6 modulated by thromboxane A2 through the
7 COX-1 system.
8         The COX-2 system is -- has
9 somewhat different effects. And one of
10 the dominant metabolites that develop
11 when the enzyme COX-2 works on its
12 substrate or molecules is the production
13 of prostacyclin I2, which has -- which
14 inhibits the effects of thromboxane A2 on
15 platelet aggregation.
16         So if you give a drug like
17 aspirin, which inhibits both COX-1 and
18 COX-2, you have an inhibition both of the
19 platelet aggregatory effects of
20 thromboxane, and it also inhibits
21 prostacyclin I2.
22         If you give a specific COX
23 inhibitor like Vioxx or Celebrex or
24 MF-tricyclic, there is no inhibition of

**Page 47**

1 the -- or very little inhibition of the
2 COX-1 system. So the production of
3 thromboxane A2 is -- proceeds in an
4 unimpeded way, whereas, the synthesis of
5 prostacyclin, PGI-2, the synthesis of
6 prostacyclin is markedly inhibited or
7 abolished.
8         Q. Is the nutshell version of
9 that, Doctor, that --
10         A. Sorry.
11         Q. No, no, that was a fantastic
12 explanation. I actually understood that.
13 So you're a very gifted teacher.
14         A. Okay.
15         Q. Is the nutshell of that that
16 if a person is given a COX-2 inhibitor
17 like Vioxx or MF-tricyclic, that
18 prostacyclin production in the body will
19 be decreased, but thromboxane production
20 will not?
21         A. That's correct.
22         Q. Thank you.
23         Doctor, going back to -- I
24 have one more question about what Dr.

**Page 48**

1 Rodger or anybody -- excuse me, Dr.
2 Rodger, is that correct?
3         A. Correct.
4         Q. -- Dr. Rodger or anyone at
5 Merck indicated to you or warned you
6 about before you conducted your study.
7         Did Dr. Rodger indicate to
8 you that there was a hypothesis that had
9 been provided to Merck by their
10 scientific advisers that prostacyclin
11 biosynthesis in the vasculature is
12 inhibited by Vioxx and that by removing
13 this potent inhibitor of platelet
14 aggregation, the probability that a
15 coronary plaque rupture would lead to
16 myocardial infarction or ischemic
17 ventricular fibrillation is enhanced?
18         MR. GOLDMAN: Object to
19 form. Assumes facts not in
20 evidence and beyond the scope of
21 the deposition.
22         THE WITNESS: Once again,
23 anyone knowledgeable in the field
24 would know that. So I did know

**Page 49**

1         that --
2 BY MR. SIZEMORE:
3         Q. Okay.
4         A. -- that that was one
5 possibility.
6         Q. Okay. Was that well known
7 in the medical community, even before you
8 conducted your study, Doctor, that if you
9 decreased prostacyclin in the body, that
10 you increased the probability of a
11 coronary plaque rupture?
12         MR. GOLDMAN: Object to the
13 form.
14         THE WITNESS: No. I don't
15 think that that was well known in
16 the community. That was still, at
17 that time, a possible outcome of
18 such a drug. There was no
19 evidence at that time that that
20 actually was something that would
21 -- would occur.
22 BY MR. SIZEMORE:
23         Q. Is it fair to say that it
24 was a hypothesis in the medical community

13 (Pages 46 to 49)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 50

1  at that time?
2      A.   Amongst practicing
3  physicians, I would say probably not; but
4  amongst people who were knowledgeable in
5  the field. Now you're talking about the
6  year 2000 --
7      Q.   Yes, sir. I was going to
8  indicate to you before your study, yes,
9  sir, that time period.
10      A.   It's hard for me to know
11  what the general medical community was
12  aware of or not.
13      Q.   That's fair.
14      A.   So I really can't answer
15  that.
16      Q.   Fair enough.
17          Bear with me for just a
18  second, Doctor --
19      A.   That's quite okay.
20      Q.   -- while I look at these
21  documents.
22          Andy and I actually do get
23  along pretty well, Doctor?
24      A.   You guys have probably been

Page 51

1  to many of these things together, so --
2      Q.   Yes, sir.
3          Let me show you what I'm
4  going to mark as Exhibit 3 to your
5  deposition. And I have a copy for your
6  attorney there.
7          (Whereupon, Deposition
8      Exhibit No. Epstein-3, E-mail
9      String, Bates MRK-ABA0029203, was
10      marked for identification.)
11          MR. WACKER: You should see
12      them on the tennis court. That's
13      when it's a real blood bath.
14          THE WITNESS: Who are you
15      talking about?
16          MR. WACKER: These two.
17          THE WITNESS: Oh, really?
18  BY MR. SIZEMORE:
19      Q.   Doctor, to move this along
20  instead of reading through all of this
21  e-mail, I'll point you to where I'm going
22  to ask questions about it. It'll be
23  toward the bottom of the e-mail string.
24          It's the second paragraph

Page 52

1  beginning "I'm sure" and I'll read to
2  you. "I'm sure Steve is an unknown in
3  the A&A arena, but he is an
4  internationally recognized thought leader
5  in the cardiovascular arena."
6          MR. GOLDMAN: Can you just
7      describe what this document is
8      first --
9          MR. SIZEMORE: Sure.
10          MR. GOLDMAN: -- and ask him
11      if he has any personal knowledge
12      about it?
13          MR. SIZEMORE: Right.
14  BY MR. SIZEMORE:
15      Q.   It appears to be an e-mail
16  to you beginning on April 16th, 2000 from
17  Dr. Greg Geba -- or, excuse me, among or
18  between Dr. Greg Geba and Dr. Peter
19  DiBattiste.
20          Do you see that? You see
21  where I'm referring, Doctor?
22      A.   Yes.
23      Q.   My question doesn't have
24  anything to do with --

Page 53

1          MR. SCHULTZ: Before you ask
2      a question, can we just take two
3      minutes and let Dr. Epstein read
4      it?
5          MR. SIZEMORE: Sure. Do you
6      want to go off the record? Let's
7      do that real quick.
8          THE VIDEOGRAPHER: The time
9      is 9:50 a.m. Off the record.
10          THE WITNESS: Okay.
11          (Recess is taken from 9:50
12      a.m. until 9:51 a.m.)
13          THE VIDEOGRAPHER: The time
14      is 9:51 a.m. Back on the record.
15  BY MR. SIZEMORE:
16      Q.   Doctor, I'll represent to
17  you that this is an internal Merck e-mail
18  that's been produced to us in discovery.
19  And I would like to point out to you the
20  paragraph I was just referencing, the
21  second from the bottom, beginning "I'm
22  sure."
23          Do you need me to read that
24  again, Doctor?

14  (Pages 50 to 53)

Stephen E. Epstein, M.D.

Page 54

1    A.   No, that's okay.
2    Q.   With all due humility, do
3  you agree that you are a recognized —
4  "internationally recognized thought
5  leader in the cardiovascular arena"?
6    A.   It's very hard to object to
7  that.
8         MR. GOLDMAN:  We'll
9         stipulate to that.
10 BY MR. SIZEMORE:
11   Q.   Would you also agree,
12 Doctor, that your current interest is in
13 the area of infection and inflammation in
14 atherosclerosis, at least at the time of
15 2000?
16   A.   Yes.
17   Q.   Is Dr. DiBattiste a friend
18 of yours?
19   A.   I knew him through Merck.
20 There were a number of areas of research
21 that I contacted Peter so see if we
22 could get support from Merck, totally
23 independent of COX inhibitors.  So I had
24 known him probably for a few years before

Page 55

1  this.
2    Q.   Okay.  I just wanted to show
3  you that and show you that people do
4  speak well of you.  You don't ever hear
5  those things.  Usually the opposite.
6    A.   Okay.  Well, thank you.
7    Q.   Now, Mr. Goldman will be
8  happy --
9         MR. GOLDMAN:  Study.
10 BY MR. SIZEMORE:
11   Q.   -- we're moving on to your
12 study with Dr. Rott, Doctor.
13        MR. GOLDMAN:  This is 4?
14        MR. SIZEMORE:  Yes, this
15 will be Exhibit 4 for the record.
16 Thank you.
17        (Whereupon, Deposition
18 Exhibit No. Epstein-4, Basic
19 Science, Effects of MF-Tricyclic,
20 a Selective Cyclooxygenase-2
21 Inhibitor, on Atherosclerosis
22 Progression and Susceptibility to
23 Cytomegalovirus Replication in
24 Apolipoprotein-E Knockout Mice,

Page 56

1  was marked for identification.)
2  BY MR. SIZEMORE:
3    Q.   I assume we don't need to go
4  off the record for you to review this
5  one.
6    A.   No.
7    Q.   Doctor, I probably have
8  misspoken and I said that this is your
9  study throughout this deposition.
10        But there are other doctors
11 that were involved with you in the
12 conduction of this study, is that
13 correct?
14   A.   Correct.
15   Q.   I see their names listed at
16 the top, including Dr. Rott, Dr. Zhu?
17   A.   Zhu.
18   Q.   Zhu is it?  Et al.
19   A.   Um-hmm.
20   Q.   Can you very quickly go
21 through this list and tell us a little
22 bit about each of those doctors?  Are
23 they medical doctors, what are their
24 areas of specialty, et cetera?

Page 57

1    A.   Dr. Rott was a fellow from
2  Israel.  He was a cardiologist who was
3  getting training in research during three
4  years in my lab.
5         Dr. Zhu has been working
6  with me for the past ten years.  She's an
7  expert -- she's a medical doctor from
8  China.  She's currently head of the Penn
9  Med lab at the Washington Hospital
10 Center, which does research tests.  And
11 she's an expert in inflammation and
12 immune responses.
13        Dr. Mary Susan Burnett is
14 currently working with me, and she is a
15 senior researcher and is responsible for
16 running the day-to-day activities in my
17 lab now.
18        Dr. Zhou had worked with me
19 for many years.  He's also an M.D. from
20 China, and is currently working as an
21 investigator at the -- at the NIH.
22        Alexandra Zalles-Ganley and
23 Ogunmakinwa were junior scientists who
24 had spent some time on these projects and

Stephen E. Epstein, M.D.

Page 58

1  helped us with some of the assays.
2      Q.   Is it fair to say, Doctor,
3  that these doctors or participants in the
4  overall study are well respected in their
5  various fields?
6      A.   I mean, they're — they are
7  -- there are several very junior
8  physicians, so I don't think that would
9  apply to them.  But in terms of doctor --
10 Dr. Zhu and Dr. Mary Susan Burnett, that
11 certainly applies to them.
12     Q.   Would it also be fair to
13 say, Doctor, that the results of this
14 study were a joint effort, and it was not
15 just Dr. Epstein's study?
16     A.   That's correct.
17     Q.   Doctor, were Merck doctors
18 or scientists actually involved in the
19 design of this study?
20     A.   No.
21     Q.   I note down at the bottom
22 left-hand corner, Doctor, it says that
23 "This work was supported in part by a
24 grant from Merck Pharmaceuticals."

Page 59

1          Is that correct?
2      A.   Correct.
3      Q.   In laymen's terms, is it
4  true, then, that Merck provided funding
5  so that this study could be conducted?
6      A.   Correct.
7      Q.   And is it also true that
8  Merck actually provided the COX-2
9  inhibitor that was used in this study?
10     A.   Correct.
11     Q.   And is that MF-tricyclic?
12     A.   Right.
13     Q.   Is MF-tricyclic an analog of
14 Vioxx?
15     A.   Yes.
16     Q.   When we use the word
17 "analog," what does that -- what does
18 that mean?
19     A.   It means that it has -- it
20 shares most or many of the molecula
21 structure of the parent compound.  And
22 usually the implication is that because
23 it shares so much of the structure, it
24 has similar biologic activity.

Page 60

1      Q.   I apologize for skipping
2  around, Doctor.  While we're on this
3  subject --
4          (Whereupon, Deposition
5          Exhibit No. Epstein-5, E-mail
6          String, Bates MRK-AEH0016614 thru
7          0016619, was marked for
8          identification.)
9  BY MR. SIZEMORE:
10     Q.   -- let me show you what I've
11 marked as Exhibit 5 to your deposition.
12 I'll represent to you this is an internal
13 Merck e-mail.
14         If you'll go to the third
15 page, it begins "Irwin, there's no real
16 synopsis of data on MF-tricyclic.  Its
17 properties are very similar to Vioxx.
18 The dosing, potency and bioavailabilities
19 and half-lives are all very close to
20 those of Vioxx?"
21         Is all of that true to your
22 understanding in reference to
23 MF-tricyclic, Doctor?
24     A.   My only understanding of

Page 61

1  MF-tricyclic is what Dr. Rodger told me,
2  and essentially he told me what is
3  contained in that paragraph you read.
4      Q.   Okay.  That's fair enough.
5          I want to be as fair as I
6  can, Doctor, and see if I've actually got
7  that e-mail that you're referring to
8  here.
9          (Whereupon, Deposition
10         Exhibit No. Epstein-6, E-mail
11         String, was marked for
12         identification.)
13 BY MR. SIZEMORE:
14     Q.   I show you what I've marked
15 as Exhibit 6 to your deposition.  And
16 give you a moment to look over that.
17     A.   Yes, I'm familiar with this.
18     Q.   Are you familiar with this
19 document --
20     A.   Yes.
21     Q.   -- Doctor?
22         Does this appear to be the
23 e-mail that you just made reference to?
24     A.   Yes.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 62**

1    Q.   Okay.  And I'll point out
2    under Steve, I see the name "Ian W.
3    Rodger."
4        Is that the Dr. Rodger we've
5    been referring to in this deposition?
6        A.   Yes.
7        Q.   Dr. Rodger notes "The
8    committee also decided that we would
9    supply you with MF-tricyclic (a very
10   close analog of rofecoxib with an almost
11   identical pharmacological profile)
12   instead of rofecoxib."
13       Is rofecoxib, is that Vioxx,
14   Doctor?
15       A.   Yes.
16       Q.   And where it says it's "a
17   very close analog of" Vioxx "with an
18   almost identical pharmacological
19   profile," what does that mean in laymen's
20   terms?
21       A.   What that meant to me, and
22   I'm sure what that meant to Dr. Rodger,
23   that it is a highly specific inhibitor of
24   COX-2.

**Page 63**

1    Q.   Does it also mean that
2    MF-tricyclic is a similar compound to
3    Vioxx?
4        A.   It has similar biologic
5    actions, yes.
6        Q.   And, again, in laymen's
7    terms, does similar biologic actions
8    means that Vioxx and MF-tricyclic act the
9    same in the human body or similar?
10       A.   Well, you know,
11   MF-tricyclic, to my knowledge, has never
12   been given to humans.  So I don't think
13   you could assume that.  But in tests that
14   Merck has done in a test tube and in
15   animals, they seem to have identical
16   actions.
17       Q.   I warned you, being from the
18   south, I need things explained to me
19   several times.
20       A.   My chief of medicine at the
21   New York Hospital was from the south, and
22   he kept on coming up with this statement,
23   and he knew infinitely more than anyone
24   else, so I know what's behind that.

**Page 64**

1        MR. GOLDMAN:  Quit fooling
2    us.
3    BY MR. SIZEMORE:
4        Q.   I wish I could fall into
5    that category, Doctor, but I don't.
6        I'm sorry for that aside,
7    Doctor.
8        Okay.  Doctor, back to your
9    study, Exhibit 4, I believe.  Doctor, in
10   -- I think we may have addressed this to
11   some extent, but could you give us the
12   laymen's nutshell version of what your
13   study involved, the methodology involved
14   and the results of your study?
15       MR. SCHULTZ:  It's 10.  Why
16   don't we take our five-minute
17   break.  Is this a good time to do
18   it?
19       MR. SIZEMORE:  Sure.
20   Perfect.
21       THE VIDEOGRAPHER:  The time
22   is 10:01 a.m., off the record.
23       (Recess is taken from 10:01
24   a.m. until 10:08 a.m.)

**Page 65**

1        THE VIDEOGRAPHER:  Stand by,
2    please.  The time is 10:08 a.m.
3    We are back on the record.
4    BY MR. SIZEMORE:
5        Q.   Doctor, I had a question
6    pending, before we took a break, but let
7    me reask it.
8        Doctor, can you, in laymen's
9    terms, explain to the jury the
10   methodology that you utilized in
11   conducting your study with Dr. Rott and
12   the ultimate conclusions that you and
13   your fellow authors reached?
14       A.   There were two major
15   components to the study.  We had done
16   work over the past ten years suggesting
17   that certain viruses and bacteria, when
18   they produce an infection in patients,
19   can contribute to the development of
20   atherosclerosis.  And just the background
21   on that is that many of these infectious
22   agents, and I'll just mention
23   cytomegalovirus or CMV, in order to
24   infect cells and to replicate, they --

17 (Pages 62 to 65)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 66

1  they rely on the COX-2 system.
2         One of the -- one of the
3  components of the COX-2 system, that is
4  when the enzymes are active, one of the
5  products of COX-2 activation is the
6  production of what's called reactive
7  oxygen species. So these are oxygen
8  molecules that are activated. Not only
9  does the cell that's been infected use
10 these molecules to turn on a protective
11 response against the virus, but the virus
12 uses the cell's protective machinery to
13 enhance its own replication.
14        And we had done studies in
15 the past six or seven years demonstrating
16 that if you inhibit COX-2, you inhibit
17 viral replication. And we were able to
18 do that with agents that inhibited both
19 COX-1 and COX-2, like aspirin and
20 indomethacin, and we also interestingly
21 used a specific COX-2 inhibitor, NS-398,
22 that also inhibited the formation of
23 reactive oxygen species and viral
24 activity at a much lower concentration

Page 67

1  than the aspirin and indomethacin.
2         So we formulated the
3  hypothesis that if you administered to
4  patients a drug that inhibited the COX-2
5  system, it may compromise the ability of
6  the virus to replicate and infect the
7  agent. So that was the first basis for
8  applying to Merck for use of Vioxx to
9  test whether Vioxx had heretofore unknown
10 action, that is, maybe it's a very potent
11 antiviral drug, which was very exciting
12 to us.
13        And the second component of
14 that research --
15    Q.  Doctor, may I stop you right
16 there?
17    A.  Sure. Sorry.
18    Q.  Just to see if I can
19 nutshell that.
20        Is it accurate to say that
21 your study essentially had two
22 components, and the first one of which we
23 just discussed was to determine whether
24 or not COX-2 inhibition could have

Page 68

1  antiviral effects that could lead to the
2  either elimination or diminution of the
3  progression of atherosclerosis?
4     A.  By decreasing the ability of
5  the virus to infect the mouse, that it
6  would compromise -- that it would inhibit
7  the contribution of the virus to the
8  development of atherosclerosis, yes.
9     Q.  Thank you.
10        Is there a second component
11 of your study as well?
12    A.  Yes. Because
13 atherosclerosis is an inflammatory
14 disease, which is one of the mechanisms
15 that the virus makes atherosclerosis
16 worse, we thought that a COX-2 inhibitor,
17 which would impair important inflammatory
18 pathways, that the COX-2 inhibitor would
19 decrease the development of
20 atherosclerosis.
21    Q.  If we could, Doctor, could I
22 take the ultimate findings of your study
23 in reverse order in which we just
24 discussed them and let me make sure that

Page 69

1  I understand this, the second aspect of
2  the study.
3         Is it true that you were
4  looking to see that because
5  atherosclerosis has an inflammatory
6  mechanism, that if you were to utilize a
7  COX-2 inhibitor to decrease that
8  inflammation, perhaps you could do away
9  with atherosclerosis formation or
10 progression?
11    A.  Correct.
12    Q.  What did your study
13 ultimately reveal in reference to that
14 hypothesis?
15    A.  Well, we were surprised to
16 find that it had the opposite effect. It
17 made atherosclerosis worse.
18    Q.  And when you say that -- let
19 me make sure I understand, Doctor.
20        Are you saying, then, that
21 the use of a COX-2 inhibitor will
22 actually increase atherosclerotic
23 development or progression?
24        MR. GOLDMAN: Object to the

18 (Pages 66 to 69)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 70

1  form.
2  BY MR. SIZEMORE:
3      Q.   According to your study
4  findings.
5          MR. GOLDMAN:  It
6  mischaracterizes the witness'
7  testimony.  Are you talking about
8  in this one study?
9          MR. SIZEMORE:  In his study.
10         THE WITNESS:  In this
11  particular model, using the
12  conditions that we used, it
13  clearly made atherosclerosis
14  worse.
15  BY MR. SIZEMORE:
16     Q.   Did COX-2 inhibition also
17  have an atherogenetic propensity, Doctor?
18     A.   Well, I mean, the answer is
19  the same.  Inhibiting COX-2 made the
20  atherosclerosis worse.  Now, maybe, could
21  you rephrase your question?
22     Q.   Yes, sir.  I used big words
23  that I didn't even understand there.
24  Atherogenetic -- let's -- what is

Page 71

1  atherogenesis again, Doctor?
2      A.   So it's the development of
3  inflam -- in the arterial wall, it's a
4  complex process that involves the
5  generation of inflammatory cells, the
6  development of cholesterol plaques within
7  the vessel and the buildup of this
8  cholesterol and scar tissue that
9  ultimately leads to narrowing of the
10  vessel.
11     Q.   The way I've broken it down,
12  Doctor, at least in my head, and I think
13  you're breaking it down in the same way
14  in talking to me now is that you had two
15  essential findings, that COX-2 inhibition
16  could increase progression of
17  atherosclerosis in this particular study
18  and, also, that COX-2 inhibition could be
19  atherogenetic in this particular study.
20         Is that fair?
21     A.   I think they're one and the
22  same.
23     Q.   Okay.
24     A.   So the answer is yes, yes.

Page 72

1      Q.   Thank you, Doctor.
2          Doctor, if you have your
3  study in front of you, I believe it's
4  Exhibit 4 to your deposition, if you
5  would turn to what is marked Page 1815 at
6  the top right-hand corner.  It's the page
7  before the photomicrograph.
8          Are you with me, Doctor?
9      A.   Yes.
10     Q.   Down at the bottom, it
11  references Figure 3.  Do you see that as
12  well?
13     A.   Yes.
14     Q.   And it mentions
15  "atherosclerotic lesion area."  What does
16  that terminology indicate?
17     A.   So in order to do the
18  analysis of this model, what we do is we
19  cut the aorta into strips.  So if you're
20  thinking of a -- of a tube, we use a
21  knife to cut through cross-sections of
22  the tube.  So we have like little tires
23  essentially.  And we look at those
24  underneath the microscope.

Page 73

1          And as is evident under
2  Figure 4 of our paper, we're looking at a
3  cross-section of that vessel, and we're
4  able to see the atherosclerosis.  Using
5  appropriate stains, we could see the
6  atherosclerosis.
7          We measured the area of
8  atherosclerosis in animals that were
9  treated with a COX-2 inhibitor and in
10  animals that were not.
11     Q.   Doctor, you have a marker in
12  front of you right there, the yellow
13  highlighter in front of your paper.
14         If you turn that towards the
15  camera, the bottom end of it, the marker,
16  please, kind of hold the marker like this
17  to the camera.
18         MR. SCHULTZ:  The marker?
19  BY MR. SIZEMORE:
20     Q.   Yes, the marker.  I'm trying
21  to get a physical example -- no, no, sir,
22  just get a physical example of what we're
23  talking about.
24         If that marker were to be

19 (Pages 70 to 73)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 74

1    one of the coronary arteries, are you
2    saying you would come through there and
3    slice that coronary artery into different
4    photomicrographs?
5         A.   It would be sliced like
6    this.
7         Q.   Okay. And is that an
8    example, those slices, of what you're
9    talking about on the next page of your
10   study?
11        A.   Yes.
12        Q.   Could you hold those up to
13   the --
14        A.   (Witness complies.)
15        Q.   And, again, are these
16   photomicrographs of the coronary arteries
17   of the mice that you --
18        A.   No, it's --
19        MR. GOLDMAN: Objection.
20   Coronary arteries or aorta?
21        THE WITNESS: -- aorta.
22   BY MR. SIZEMORE:
23        Q.   It's aorta.
24        MR. GOLDMAN: You may want

Page 75

1    to clarify that.
2         THE WITNESS: Yes, this is
3    -- mice have astoundingly small,
4    as you can imagine, coronary
5    arteries. And it's very difficult
6    to obtain the sections and
7    accurate quantitation.
8         So the traditional way of
9    measuring atherosclerosis in the
10   mouse is to look at
11   atherosclerosis in the aorta. And
12   these are cross-sections of the
13   aorta, just as the aorta leaves
14   the heart.
15   BY MR. SIZEMORE:
16        Q.   Doctor, while you're holding
17   that up, perhaps you could explain on the
18   previous page, and if you'll hold those
19   photomicrographs up, you indicate in your
20   study that selective cyclooxygenase 2
21   inhibition consistently increased lesion
22   size by 84 percent in the non-infected
23   group and by 70 -- and by 80 percent in
24   the CMV infected low-dose and high-dose

Page 76

1    groups respectively.
2         A.   Correct.
3         Q.   Using those two pictures
4    there, can you describe in laymen's terms
5    what you're discussing?
6         A.   Well, this black area that
7    you see here is atherosclerosis. And
8    just as background, we sacrificed these
9    animals three weeks after we started
10   either infection, treatment or both. So
11   this is very, very early atherosclerosis.
12   And we intentionally selected that early
13   time point, because we were interested in
14   the early development of atherosclerosis.
15        And you can see there's just
16   a tiny little bit of atherosclerosis in
17   the untreated animal, whereas in the
18   animal treated with a selective COX-2
19   inhibitor, MF-tricyclic, there is more.
20   And we studied 11 to 12 animals in each
21   group and came up with the graph that you
22   previously referred to.
23        Q.   Yes, sir.
24        I think you said these

Page 77

1    photomicrographs are taken at three weeks
2    of usage of a COX-2 inhibitor?
3         A.   That's correct.
4         Q.   Would the difference in
5    atherosclerotic plaquing then in the
6    photograph from the camera view on the
7    right then have occurred with short-term
8    usage of a COX-2 inhibitor?
9         A.   We only gave it for three
10   weeks. However you want to define
11   short-term.
12        Q.   Yes, sir. Okay. You can
13   put that down. Thank you, Doctor. Sorry
14   for making you hold that up.
15        Doctor, if you will, could
16   you go to Page 1817 of your study.
17        A.   (Witness complies with
18   counsel's request.)
19        Q.   And down at the bottom
20   right-hand column, you'll see in that
21   last paragraph, it begins, "The
22   mechanisms responsible."
23        A.   Um-hmm.
24        Q.   If you go down right after

20 (Pages 74 to 77)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D. 

Page 78

1    the number 13, could you read that, that
2    sentence for me, Doctor?
3        A.   "Thus, any deleterious
4    effect of selective COX-2 inhibitors on
5    the course of atherosclerosis could
6    involve three separate processes:  1) a
7    pro-inflammatory effect that accelerates
8    the initiation and chronic progression of
9    the atherogenesis process and that may
10   induce plaque instability."
11           I'm sorry, you didn't give
12   me the next page.
13           May I take a look at yours?
14       Q.   I apologize.
15           MR. GOLDMAN:  It's not a
16   surprise to me.
17   BY MR. SIZEMORE:
18       Q.   I want you to read the next
19   page, please.
20           MR. GOLDMAN:  Point that
21   out.
22           MR. SIZEMORE:  Have you got
23   it, Andy?
24           MR. GOLDMAN:  Oh, I've got

Page 79

1    it.
2            THE WITNESS:  So 1 is the
3    proinflammatory effect "and that
4    may induce plaque instability and
5    rupture; 2) a procoagulant effect
6    (induced by inhibition of
7    COX-2-mediated expression of the
8    highly antithrombotic PGI2 without
9    concomitant reduction of
10   COX-1-mediated expression of the
11   highly thrombotic thromboxane A2
12   that precipitates an acute
13   coronary syndrome; and 3) a
14   pro-proliferative effect that
15   could increase lesion size through
16   accumulation of smooth muscle
17   cells."
18   BY MR. SIZEMORE:
19       Q.   Thank you, Doctor.  I wanted
20   you to read those so I wouldn't have to
21   say some of those words, at least hear
22   you read them.  I would like to break it
23   down, though, Doctor --
24       A.   Yes.

Page 80

1        Q.   -- if we could.
2            In the first one, it says
3    the "deleterious effects of selective
4    COX-2 inhibitors on the course of
5    atherosclerosis could involve three
6    separate processes: 1) a proinflammatory
7    effect that accelerates the initiation
8    and chronic progression of the
9    atherogenesis process, and that may
10   induce plaque instability and rupture."
11           In laymen's terms, what does
12   that mean, Doctor?
13       A.   It's very hard to give you
14   that in laymen's terms, but let me try.
15           So this pro-inflammatory --
16   the understanding of most of the medical
17   community is that COX-2 inhibitors --
18   that COX-2 exerts pro-inflammatory
19   effects and that if you inhibit it, it's
20   anti-inflammatory.  And if you're
21   thinking of a process like
22   atherosclerosis, which is an inflammatory
23   disease, it -- by inhibiting
24   inflammation, a COX-2 inhibitor would

Page 81

1    produce a beneficial effect on
2    atherosclerosis.
3            However, there is a body of
4    literature in rodents, and this has never
5    been shown in patients, but, as I
6    indicated earlier, one can develop
7    mechanistic insights in animals that may
8    very well apply to patients, but we don't
9    know for sure whether they always do.
10   But these studies have demonstrated that
11   the pro-inflammatory effect of the -- of
12   the products of COX-2 is time and content
13   dependent.
14           So that in the context if
15   you have a tissue that has been recently
16   injured and now there's an inflammatory
17   effect, in these specific animal models,
18   which have not been shown to exist in
19   patients, COX-2 exerts pro-inflammatory
20   effects, and this is the way, nature's
21   way of trying to heal an injury, by
22   producing inflammatory cells.
23           Later on, within a week or
24   ten days, after this active process in

21 (Pages 78 to 81)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 82**

1    response to the acute injury, the context
2    of that lesion, of the injured tissue
3    changes, and now COX-2 is expressed in a
4    second peak. And instead of being
5    pro-inflammatory, it becomes
6    anti-inflammatory. So now the
7    prostagland -- the prostanois that are
8    produced by COX-2 -- initially the major
9    prostanoid produced by COX-2 was PGE2.
10   And PGE2 induces an inflammatory process.
11          Later on during the process,
12   PGE2 is shut off, and the same activation
13   of COX-2 now produces other prostanois,
14   PGD2, PGJ2, which are anti-inflammatory.
15          So according to mechanisms
16   that have been developed in these rodent
17   models of tissue injury, COX-2 is a
18   highly complex molecule. The effects of
19   its activation will differ depending on
20   time and context.
21          And so we raised the
22   possibility, since the results that we
23   found were at total variance from what
24   our original hypothesis was, we tried to

**Page 83**

1    explain what the possible mechanisms
2    might be to see just the opposite of what
3    we had hypothesized.
4          Q.   Is the nutshell that,
5    Doctor, COX-2 has both a beneficial and a
6    detrimental role?
7          A.   That's the theory. Well,
8    no, no, it always has -- I mean, we
9    wouldn't have COX-2 if it had a
10   detrimental role. So you have to think
11   of young people who have to survive for
12   the species to survive. And
13   pro-inflammation is a good thing. It
14   protects against infection and against
15   injury.
16          When you're 60 and 65,
17   evolution doesn't care whether you live
18   or die. You've done your job. And now a
19   pro-inflammatory response in the vessel
20   wall can be harmful.
21          So I don't like to character
22   -- COX-2 in the context of
23   atherosclerosis is harmful in the
24   traditional sense, that is, as a

**Page 84**

1    pro-inflammatory molecule.
2          However, if at some phase
3    during the injury to the vessel wall, you
4    -- you evoke this second action of COX-2,
5    it could be beneficial. And if you,
6    therefore, inhibit it at that phase, it
7    may be detrimental.
8          Q.   Has that beneficial aspect
9    of COX-2 actually been --
10         A.   Let's call it this
11   anti-inflammatory role of COX-2.
12         Q.   Yes, sir. Yes, sir.
13         Has that anti-inflammatory
14   role of COX-2 actually been discussed by
15   Drs. FitzGerald and Funk in a recent
16   paper of theirs?
17         A.   Yes.
18         Q.   Have you read -- obviously,
19   you've read that paper?
20         A.   Yes. Well, if you're
21   thinking of 2005?
22         Q.   This is a 2006 paper that
23   talks about a PGE specific inhibitor.
24         A.   No, I have not read that.

**Page 85**

1          Q.   Let's move on to the second
2    portion. I'm sorry, Doctor, for
3    prolonging this.
4          Number 2 on Page 1818, "a
5    procoagulant effect (induced by
6    inhibition of COX-2-mediated expression
7    of the highly antithrombotic prostacyclin
8    without concomitant reduction of the
9    COX-1-mediated expression of the highly
10   thrombotic thromboxane A2."
11          And again in concise
12   laymen's terms, what exactly is that
13   referring to?
14         A.   So there's COX-1 and COX-2.
15   COX-1 produces thromboxane, which causes
16   platelets to clump and which can then
17   produce a thrombus, which can occlude,
18   which can just obstruct the blood
19   vessels, so blood can't get through.
20          Prostacyclin which is
21   produced by COX-2 counteracts that. So
22   insofar as you've changed the balance of
23   COX-1 and COX-2, you've changed the
24   balance between pro-clotting and

Stephen E. Epstein, M.



Page 86

1 anti-clotting in favor of pro-clotting.
2 That would be one aspect, that is,
3 pro-clotting. But also -- well, that's
4 the Number 3.
5     Q.   You can go ahead and explain
6 that one, yes, sir.
7     A.   So the same thing for
8 proliferative. Proliferative means that
9 cells start dividing, and many more cells
10 are present after this proliferative
11 process. Thromboxane A2 stimulates
12 smooth muscle cells, and smooth muscle
13 cells comprise a large component of the
14 atherosclerotic plaque. Thromboxane A2
15 leads to smooth muscle cell
16 proliferation, whereas prostacyclin
17 inhibits smooth muscle cell
18 proliferation.
19         So that could also be a
20 mechanism by which inhibiting COX-2,
21 where you're inhibiting prostacyclin,
22 which inhibits smooth muscle cell
23 proliferation, that could be a mechanism
24 whereby we saw the increase in

Page 87

1 atherosclerosis.
2     Q.   Okay. Again, in a nutshell,
3 are you and your co-authors here saying
4 that there are three possible mechanisms
5 of action by which COX-2 inhibitors could
6 increase the existence of
7 atherosclerosis?
8     A.   Yes, at least those three
9 and probably others that we're just not
10 aware of, right.
11     Q.   Thank you, Doctor. Doctor,
12 on that same page, 1818, I note that
13 there's -- "The authors would like to
14 thank Ms. Pauline Luk" or Luk, L-U-K,
15 "from Merck Frosst Canada."
16         Do you recall what her
17 contribution to the study was?
18     A.   I was asked to include her,
19 because she either was the one who did
20 the assays of MF-tricyclic for us or
21 helped provide the chow that was --
22 MF-tricyclic was added in. And I must
23 say I don't remember which of those two
24 things she helped us with.

Page 88

1     Q.   Yes, sir. Thank you.
2         Doctor, after you and your
3 co-authors came to the conclusions we
4 just discussed in your paper, and let me
5 -- before we go on, are there any other
6 major conclusions that we need to discuss
7 in your paper? Have we covered the
8 gamut?
9     A.   No, I think we covered all
10 of them, yes.
11     Q.   Yes, sir.
12         How did you first express to
13 Merck or any of Merck's scientists or
14 doctors the findings of you and your
15 co-authors in your study?
16         MR. GOLDMAN: No objection.
17         THE WITNESS: I sent an
18 e-mail to Dr. Rodger, reporting
19 the -- the way the study was set
20 up was the -- the first analysis
21 that we did was related to viral
22 infectivity, and the first
23 analysis was completed, oh, I
24 guess, it was towards May of 2001.

Page 89

1 And we found, much to our
2 surprise, that treatment with
3 COX-2 led to an increase in the
4 amount of viruses present in the
5 usual place that CMV resides after
6 infection, in the salivary glands
7 or in the spleen.
8         And so I sent an e-mail to
9 Dr. Rodger telling him about that
10 finding.
11 BY MR. SIZEMORE:
12     Q.   Did Dr. Rodger or any of the
13 other Merck scientists offer any input or
14 critiques or criticism of your study?
15     A.   That did not occur until we
16 sent him an abstract. So we decided
17 later on, as we continued our analysis,
18 and maybe this is jumping a little bit
19 ahead of your story, but the analysis and
20 the suggestions occurred after we sent
21 Dr. Rodger and his colleagues an abstract
22 that we wanted to submit to the American
23 College of Cardiology.
24     Q.   I think I have a copy of

23 (Pages 86 to 89)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 90

1  your transmission of that abstract,
2  Doctor. Maybe that will refresh your
3  recollection.
4       (Whereupon, Deposition
5       Exhibit No. Epstein-7, Letter,
6       7/23/01, Bates MRK-NJ0199915 thru
7       019916, was marked for
8       identification.)
9  BY MR. SIZEMORE:
10      Q.   We marked that as Exhibit 7
11 to your deposition. Does that appear to
12 be the transmission from the
13 Cardiovascular Research Institute by you,
14 Doctor?
15      A.   Yes.
16      Q.   Okay. And does that appear
17 to be Dr. Rodger's stamp up at the top of
18 July 26th, 2001?
19      A.   It says Dr. Ian W. Rodger.
20      Q.   The date on the transmission
21 is July 23rd, 2001. Does that seem to be
22 in accord with your recollection of when
23 this transmission would have occurred?
24      A.   Yes.

Page 91

1       Q.   In the second sentence in
2  your transmission, Doctor, it says, "In
3  compliance with the agreement between us,
4  we include a copy of the abstract for
5  Merck to review for the 30-day period
6  before publication."
7       Do you see that?
8       A.   Yes.
9       Q.   Was that part of your
10 agreement with Merck is that you had to
11 give them a copy of any abstract or
12 publication that you sought permission to
13 publish 30 days before you did so?
14      A.   Yes.
15      Q.   Did you actually receive
16 edits or critiques or input from Merck at
17 the time or after you submitted this
18 abstract?
19      A.   Yes, I did.
20      Q.   Can you provide or tell us
21 about those in a nutshell fashion?
22      A.   I don't like to misspeak.
23      MR. SCHULTZ: If you want to
24 look at a document, you can.

Page 92

1  BY MR. SIZEMORE:
2       Q.   Sure. It's not a memory
3  test, Doctor. If you don't recall —
4       MR. SCHULTZ: If you want to
5       look at something.
6       THE WITNESS: Yes, if you
7       could give me either Dr. Rodger's
8       e-mail to me or my response to Dr.
9       Rodger, which had in it each one
10      of his suggestions, and then my
11      response to that.
12      I don't think I was able to
13      find Dr. Rodger's original e-mail,
14      but I have my e-mail, and that
15      should be part of the record.
16 BY MR. SIZEMORE:
17      Q.   I've seen that. Let's not
18 go through that --
19      A.   Okay.
20      Q.   -- for 20 minutes. Try to
21 speed this up here.
22      A.   Right. The gist of it was
23 that Dr. Rodger wanted to make it --
24 wanted us to make it clear that this was

Page 93

1  a mouse study, and it was questionable
2  whether the data were applicable to
3  patients and he -- he did object to our
4  having COX-2 inhibitor in the title.
5       Q.   Did he want you to include
6  the verbiage "MF-tricyclic" in the title?
7       A.   Well, he wanted to have the
8  specific drug that we used in the title,
9  which was not unreasonable.
10      Q.   Okay. Had your initial
11 proposal indicated the title would
12 include the verbiage, "a selective COX-2
13 inhibitor"?
14      A.   Um-hmm.
15      MR. SCHULTZ: You have to
16      say yes or no, Doctor.
17      THE WITNESS: Yes, yes.
18 BY MR. SIZEMORE:
19      Q.   You've done great.
20      And was that verbiage
21 eventually substituted with the words
22 "MF-tricyclic"?
23      A.   You know, I don't know what
24 the abstract said now, but what I did in

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 94

1  the paper was to have both.
2      Q.  Fair enough.
3      A.  So the paper has both the
4  MF-tricyclic, a selective COX-2
5  inhibitor.
6      Q.  Okay.
7         (Whereupon, Deposition
8      Exhibit No. Epstein-8, E-mail
9      String, Bates MRK-ACD0015039 thru
10     0015040, was marked for
11     identification.)
12        MR. SIZEMORE:  Is that
13     Exhibit 8, Ted?
14        MR. WACKER:  Yes.
15 BY MR. SIZEMORE:
16     Q.  Doctor, I'm going to show
17 you what I've marked as Exhibit 8 to your
18 deposition.  I represent to you it's an
19 internal Merck e-mail string that's been
20 provided to us by Merck.
21        I see down at the bottom,
22 the string begins with Dr. Ian Rodger,
23 the date of October 12, 2001.
24        Do you see that?

Page 95

1      A.  I'm sorry --
2        MR. SCHULTZ:  Say yes --
3        THE WITNESS:  I was just
4      reading the first paragraph.
5      Where would you like me to
6      concentrate?
7  BY MR. SIZEMORE:
8      Q.  I'm sorry.  I was just going
9  to show you the first date down at the
10 bottom.  These e-mail strings run
11 backwards down to --
12     A.  I see.  Friday, October 12,
13 2001.
14        MR. GOLDMAN:  Paul, could I
15     just have a standing objection to
16     the use of documents that Dr.
17     Epstein hasn't seen before?
18        MR. SIZEMORE:  That's fair.
19 BY MR. SIZEMORE:
20     Q.  The date that I do want to
21 point you out to, Doctor, is the one at
22 the top, and that's an e-mail from Robert
23 Young to Jilly Evans and Dr. Rodger along
24 with the coxib MSGP committee, dated

Page 96

1  October 18th, 2001.  And the re is
2  "Epstein #213 manuscript."
3        Do you see that, Doctor?
4      A.  Yes, I do.
5      Q.  It says, "We should offer
6  strong critique of this rampant
7  speculation."
8        Did anyone at Merck ever
9  indicate to you that they felt that your
10 study was "rampant speculation," Doctor?
11     A.  No.  They didn't do that.
12 They wanted to make sure that I was clear
13 that this was a mouse study and there was
14 some question as to whether it was
15 validly transferable to patients.  But I
16 never heard the rampant speculation,
17 right.
18     Q.  Certainly Dr. Rodger never
19 indicated to you that he thought you and
20 your co-authors' study was rampant
21 speculation?
22     A.  No.
23     Q.  Did Merck ever tell you or
24 any of Merck's doctors ever tell you that

Page 97

1  they did not sanction or believe that
2  your and your co-authors' study contained
3  scientifically reliable findings?
4      A.  Did they convey that to me?
5      Q.  Yes, sir.
6      A.  No.  No.  They disagreed
7  with -- they questioned whether the model
8  was relevant to humans.  But they never
9  specifically questioned my science.
10     Q.  Doctor, based on your
11 experience and research in this area, do
12 you feel that your study and your
13 co-authors' study was scientifically
14 reliable?
15     A.  Yes, I do.
16     Q.  And you stand behind today
17 the results of that study, is that
18 accurate?
19     A.  That's accurate.
20     Q.  Doctor, I'd also point to
21 you, before we move on, to that same --
22 that same e-mail, the next string from
23 Jilly Evans to Dr. Rodger, "Dear Ian, et
24 al, This is not good news!"

25 (Pages 94 to 97)

3198c23a-332a-4926-95d7-395178679bee

**Page 98**

1      Do you see that?
2      A.   Yes, I do.
3      Q.   Did anybody at Merck ever
4  convey to you that they felt that your
5  study was harmful to Vioxx or to Merck in
6  general?
7      A.   No.  They -- they, again,
8  wanted to make -- wanted me to make
9  absolutely clear in the manuscript that
10  this was a study done in mice and was
11  only questionably relevant to patients.
12      Q.   Doctor, you've reiterated
13  that several times.
14      A.   Yes.
15      Q.   Was that something that was --
16      A.   Well, that's the only
17  criticism, scientific criticism that I
18  received from Dr. Rodger.  I mean, Dr.
19  Rodger did make some suggestions for
20  changing the manuscript, much of which
21  were very helpful and led to my indeed
22  changing them.  But the only real
23  criticism that I had was that statement
24  that I've repeated now, as I have nothing

**Page 99**

1  else to say.
2      Q.   Yes, sir.
3          (Whereupon, Deposition
4          Exhibit No. Epstein-9, E-mail
5          String, was marked for
6          identification.)
7  BY MR. SIZEMORE:
8      Q.   Move on to the next exhibit,
9  Doctor, Exhibit 9 to your deposition.
10      MR. SIZEMORE:  Standing
11  objection noted.
12      MR. GOLDMAN:  Again, you're
13  using internal documents.
14      MR. SIZEMORE:  I've given
15  you an objection, Andy.
16      THE WITNESS:  I can't wait
17  to see the next tennis match.
18      MR. GOLDMAN:  This is
19  supposed to be limited to his
20  study.  Otherwise, I'd have to go
21  get other -- other internal
22  documents to use.
23          What exhibit is this?
24      MR. SIZEMORE:  This is 9.

**Page 100**

1  BY MR. SIZEMORE:
2      Q.   Isn't it, Doctor?
3      A.   This is 9, yes.
4      Q.   Doctor, I'll point you out
5  to -- or point you to the bottom e-mail
6  from Dr. Rodger, dated July 27, 2001, to
7  the coxib MSGP committee, again
8  referencing Epstein, Number 213 abstract.
9      A.   Um-hmm.
10      Q.   Do you see that, Doctor?
11      A.   Yes.
12      Q.   Okay.  Reading from that, it
13  says, "I cannot say that I like the
14  conclusions - COX-2 inhibitors are
15  immunosuppressive and atherogenetic."
16          Do you see that, Doctor?
17      A.   Yes, I do see that.
18      Q.   Did Dr. Rodger convey to you
19  that he did not like the conclusions of
20  your study?
21      A.   No, he did not.  I mean, the
22  implication was there, but he never
23  expressed that.
24      Q.   Let me read to you some

**Page 101**

1  more, Doctor.  It says Note:  We supplied
2  him with MF-tricyclic, not rofecoxib for
3  his work."
4          Again, rofecoxib is Vioxx?
5      A.   Correct.
6      Q.   "In any reply I would
7  probably insist that he cite MF-tricyclic
8  in his abstract so that the impression is
9  not given to readers that he has used
10  rofecoxib" or Vioxx.
11          Is that correct?
12      A.   That's correct.
13      Q.   And is this -- is this a
14  suggestion from Dr. Rodger that you were
15  referring to that MF-tricyclic be
16  included in the title?
17      A.   Right.  Well, I didn't
18  receive this, but this thought was
19  conveyed to me --
20      Q.   Okay.
21      A.   -- in a separate e-mail.
22      Q.   Did Dr. Rodger ever indicate
23  to you that either he or any of the
24  doctors or scientists at Merck disagreed

Page 102

1  with your finding that COX-2 inhibitors
2  are immunosuppressive and atherogenetic?
3        MR. GOLDMAN: Object to the
4  form.
5        THE WITNESS: He did object
6  that it was immunosuppressive.
7  And I -- I mean, it's a very
8  complex term, and I'm not sure you
9  want to get into that now.
10       MR. SCHULTZ: Would you
11 clarify? Are you referring to
12 animals or humans when you ask
13 that question?
14       MR. SIZEMORE: That was
15 actually for Dr. Rodger or any
16 Merck official if they complained
17 to him about it.
18       MR. SCHULTZ: Are you
19 referring to humans or animals?
20       MR. SIZEMORE: Well, I'm
21 just going by their verbiage in
22 their own document.
23       MR. GOLDMAN: That's the
24 misleading part.

Page 103

1        MR. SCHULTZ: I think you
2  need to be clear, though.
3  BY MR. SIZEMORE:
4        Q.   Well, let me ask it in two
5  ways.
6        Did any Merck scientist or
7  did Dr. Rodger ever indicate to you that
8  he disputed your findings that COX-2
9  inhibitors are immunosuppressive and
10 atherogenetic in animals?
11       A.   Yes. Again, this is
12 technical. Immunosuppressive, it's a
13 very general term. And what we found was
14 that as part of the immune response to,
15 say, an infection is an antibody
16 response, and then there's a cellular
17 response.
18       Other laboratories have
19 shown that COX-2 inhibitors interfere
20 with the cellular component of the immune
21 response. So that if you injure a tissue
22 or a tissue is infected, COX-2 inhibition
23 prevents certain inflammatory cells from
24 getting into the area, so, in that sense,

Page 104

1  it's suppressive of an
2  immune/inflammatory response.
3        The other component of the
4  immune response is an antibody response.
5        Q.   Maybe I can short-circuit a
6  little bit.
7        A.   Okay.
8        Q.   I just want to know if Dr.
9  Rodger or Merck ever said, you know, wait
10 a second, Dr. Epstein, we totally
11 disagree with your findings --
12       A.   No, they never said that.
13       Q.   Okay.
14       A.   Sorry.
15       Q.   No, no. I apologize.
16       We're done with that
17 exhibit, Doctor.
18       Doctor, were you informed by
19 Merck that they had conducted other
20 studies in apoE knockout mice to
21 determine the effect of COX-2 inhibition
22 on atherogenetics?
23       A.   Yes.
24       Q.   Who told you about that?

Page 105

1        A.   I believe -- that was from
2  an e-mail -- that was in an e-mail sent
3  to me from Merck. I don't know if it was
4  Dr. Rodger or Dr. Chang. But they
5  indicated that there was another study
6  that they were supporting.
7        Q.   Did they ever indicate to
8  you that that was a study conducted by
9  Dr. FitzGerald?
10       A.   They did not.
11       Q.   Have you seen the study
12 conducted by Dr. FitzGerald where he
13 examined that issue in apoE knockout
14 mice?
15       A.   Yes. He's published a
16 number of studies. Which one are you
17 referring to?
18       Q.   Just that general issue.
19 I'm sorry --
20       A.   He's published, to my
21 knowledge, at least three papers, one
22 using LDL knockout mice and two using
23 apoE knockout mice. I'm familiar with
24 those three papers.

27 (Pages 102 to 105)

Stephen E. Epstein, M.D.

Page 106

1    Q.   Are they generally
2  supportive of your conclusions and your
3  co-authors' conclusions?
4        A.   The first two papers, one
5  was published say in 2001, 2002, were not
6  supportive.
7           His results, not using MF --
8  I don't believe he used MF-tricyclic, nor
9  did he use Vioxx, but he used other COX-2
10 inhibitors, showed no effect on
11 atherosclerosis.
12    Q.   What if -- I'm sorry.
13    A.   His most recent study which
14 was published in 2005, I'm not sure what
15 -- it might have been -- I'm not sure
16 what COX-2 inhibitor he used.  But that
17 demonstrated what he interpreted was a
18 destabilization of these lesions when the
19 COX-2 inhibitor was administered
20 concomitantly with an inhibitor of
21 thromboxane A2.
22    Q.   Are you aware of other
23 studies too besides those conducted by
24 Dr. FitzGerald that are entirely

Page 107

1  supportive of the findings of you and
2  your co-authors' study?
3     A.   Our study was the only study
4  in which an isolated administration of a
5  COX-2 inhibitor showed worsening.
6     Q.   I probably asked too
7  specific a question, Doctor.
8        Are there other studies that
9  are generally supportive of the
10 conclusions that you came to with your
11 co-authors in your study, and I'll refer
12 you specifically to the Kobayashi study.
13    A.   I'd like to see that.  I
14 don't -- I don't --
15    Q.   It's entitled "Roles of
16 Thromboxane A2 and Prostacyclin in the
17 Development of Atherosclerosis in apoE
18 Deficient Mice."
19    A.   And who are the other
20 co-authors on that?  When was it
21 published?
22    Q.   I'll show it to you after.
23    A.   Off the top of my head, I'm
24 not familiar with that.  I was very much

Page 108

1  interested in finding studies that agreed
2  with us, and I failed to find any, other
3  than this recent FitzGerald paper.
4     Q.   And the recent FitzGerald
5  paper that you're discussing is -- Dr.
6  Egan is the first listed author?
7     A.   Yes.
8     Q.   Let me show you what I've
9  marked as Exhibit 10 to your deposition.
10        (Whereupon, Deposition
11        Exhibit No. Epstein-10, Memo,
12        6/16/00, Bates MRK-AEH0016466 thru
13        0016469, was marked for
14        identification.)
15 BY MR. SIZEMORE:
16    Q.   For the record, this is a
17 memo from Dr. Ian Rodger dated June 16th,
18 2000, to the MSGP review committee for
19 Vioxx.
20        Doctor, do you know what the
21 MSGP review committee is?
22    A.   Medical School Grant
23 Program, I guess.
24    Q.   Is that the actual program

Page 109

1  or review committee that had
2  decision-making authority as to whether
3  or not to fund your particular study?
4     A.   I believe so, yes.
5     Q.   And I believe you stated
6  earlier that Dr. Rodger is the executive
7  director or head of that group, is that
8  correct?
9     A.   Yes.  His title I think is
10 medical director.  So I don't know if he
11 sits as chairman on that.
12    Q.   Okay.  If you'll -- trying
13 to get a page number on these, Doctor.
14        If you'll look at the
15 bottom, there's a Bates number, the last
16 three digits are 468.  Do you see that?
17 It's on the bottom right-hand side.
18    A.   Oh, I see, okay.  Yes, I see
19 it.
20    Q.   And there's a -- the second
21 proposal on that page, "Proposal Number
22 270 FitzGerald/USA"?
23    A.   Right.  I see it.
24    Q.   It says, "A biochemically

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 110

1  selective dose of rofecoxib retards
2  atherogenesis in the DKO mouse."
3      A.  Yes.
4      Q.  What is DKO?
5      A.  D -- KO stands for knockout.
6  So that's when you knock out a gene, so
7  that whatever that gene expresses is not
8  expressed.  D I believe stands for double
9  knockout.  So he developed a model that's
10  different from just the apoE knockout.
11      Q.  Is that probably then
12  referring to TP and IP knockout mice?
13      A.  I think so.  Whatever it is,
14  he used it in that 2005 paper, but I
15  don't recall if that was the specific
16  double knockout.
17      Q.  Yes, sir.
18          Under there, do you see
19  "Issues" --
20          MR. GOLDMAN:  Paul, can I
21  have another standing objection?
22  Now you're talking about a --
23  comments by Merck about
24  FitzGerald's study.  We're not

Page 111

1  even talking about Dr. Epstein's
2  study.
3          MR. SIZEMORE:  I'll give you
4  a standing objection on it.
5          MR. SCHULTZ:  How much more
6  are you going to do on these other
7  studies?
8          MR. SIZEMORE:  I don't have
9  much more.
10  BY MR. SIZEMORE:
11      Q.  Do you see under "Issues" --
12          MR. SCHULTZ:  The only
13  reason I think it's appropriate,
14  because I assume you're going to
15  want to get into these other
16  studies, too.
17          MR. GOLDMAN:  I'm going to
18  stick with what's published.
19          MR. SCHULTZ:  Can we just
20  take a minute for Dr. Epstein to
21  read this.
22          MR. SIZEMORE:  This will be
23  the last one then.  The only thing --
24          Whose is that?  That's for

Page 112

1  you, probably.
2          MR. SCHULTZ:  Excuse me.
3          MR. SIZEMORE:  Take a break
4  for a second.
5          MR. SCHULTZ:  Actually, it's
6  five of 11, why don't we just
7  let's take five.
8          MR. SIZEMORE:  Let me see if
9  I can make this the last one.
10          THE VIDEOGRAPHER:  Time is
11  10:52.  Off the record.
12          (Recess is held from 10:52
13  a.m. until 10:58 a.m.)
14          THE VIDEOGRAPHER:  Stand by,
15  please, the time is 10:58 a.m.  We
16  are back on the record.
17  BY MR. SIZEMORE:
18      Q.  Doctor, I think that we were
19  talking about exhibit, is it 10 in front
20  of you?
21      A.  10, yes.
22      Q.  Okay.  Let me just ask you a
23  quick question on this.  Under Issues b,
24  let me read it, it says, "There is a

Page 113

1  commercial/marketing anxiety about a
2  possible downside risk that enhanced
3  mortality may occur in the
4  rofecoxib-treated animals from
5  cardiovascular complications that is
6  mechanism based.  This may attach to the
7  cardiovascular events from VIGOR."
8          Did I read that correctly?
9      A.  Yes.
10      Q.  Did Dr. Rodger or any of the
11  other members of the MSGP ever confer to
12  you that they were concerned about a
13  mechanistic approach for cardiovascular
14  complications being associated with your
15  study?
16      A.  No.
17      Q.  Let me make a note on this
18  date, because I can't remember if I did.
19  This is a memo from Dr. Rodger dated June
20  16th, 2000.
21          And when did your study
22  begin, Doctor?
23      A.  We were funded the beginning
24  of June.

29 (Pages 110 to 113)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

1    Q.   Of 2000?
2    A.   Of 2000.
3    Q.   Would this then -- this
4  memorandum then have been about the same
5  time your study was funded to begin?
6    A.   I believe so, yes.
7    Q.   Okay.
8    A.   I think that it was June.
9  It may have been May, but just around
10  that time.
11    Q.   Did any of the doctors or
12  did any of the members of the MSGP
13  committee or Dr. Rodger himself ever tell
14  you they were concerned about funding
15  your study because it replicates adverse
16  CV events that were seen in VIGOR?
17    A.   No.
18        MR. GOLDMAN:  Objection.
19  You keep talking about his study.
20        MR. SIZEMORE:  His study is
21  what we're here to talk about.
22        MR. GOLDMAN:  This section
23  is not talking about his study.
24        MR. SIZEMORE:  I asked about

1  his study, when it was started.  I
2  thought you wanted to talk about
3  his study, Andy.
4  BY MR. SIZEMORE:
5    Q.   Okay.  That's all I've got
6  on that, Doctor.  One more.
7        (Whereupon, Deposition
8  Exhibit No. Epstein-11, E-mail,
9  was marked for identification.)
10  BY MR. SIZEMORE:
11    Q.   Again, this is an internal
12  Merck document to Dr. Ian Rodger from Dr.
13  Stephen Epstein, it appears.  Does this
14  document come from you, Doctor, or this
15  e-mail?  Excuse me.
16    A.   Let me just look at this.
17    Q.   Sure.  Take your time.
18    A.   Yes, this came from me.
19    Q.   Okay.  And you're sending
20  this e-mail on or about October 12, 2001,
21  to Dr. Ian Rodger, is that correct?
22    A.   Correct.
23    Q.   And down at the second
24  paragraph, if you'll bear with me and

1  allow me to read this, it says, "I'm
2  sorry that we didn't get results we
3  thought we would" --
4        MR. GOLDMAN:  Paul, for
5        completeness, can you start at the
6        beginning?
7  BY MR. SIZEMORE:
8    Q.   Sure.  Why don't you read
9  it, Doctor.  I think it'll sound better
10  in your words.
11    A.   Okay.
12    Q.   They're tired of hearing my
13  voice.
14    A.   Okay.  "Attached is the
15  paper on the effects of selective COX-2
16  inhibition on susceptibility to CMV
17  infection and to atherogenesis.  We plan
18  to send it to Circulation in 30 days.  I
19  would be most interested in your comments
20  and suggestions.
21        "I'm sorry that we didn't
22  get the results we thought we would - but
23  it's better to know about this now than
24  to be blind-sided in one or two years by

1  complications that were totally
2  unexpected.  On the other hand, as we
3  tried to emphasize in our paper, our
4  results in mice, using our particular
5  experimental conditions, may not be at
6  all relevant to what happens clinically.
7  I'm therefore very pleased to have
8  learned that Merck is planning to meet
9  this head-on and is planning to consider
10  some definitive clinical study.  I would
11  be happy to work with you in any way that
12  would be helpful to such a project.
13        "Thanks for your help.
14        "Steve."
15    Q.   Thank you, Doctor.
16        Now, if I may break this
17  down, the first sentence of the second
18  paragraph says, "I'm sorry that we didn't
19  get the results we thought we would - but
20  it's better to know about this now than
21  to be blind-sided in one or two years by
22  complications that were totally
23  unexpected."
24        What did you mean by that,

Stephen E. Epstein, M.

Page 118

1  Doctor?
2      A.   Well, our initial proposal
3  to Merck had the hypotheses that Vioxx
4  would be protective against viral
5  infection and protective against the
6  development of atherosclerosis, and we
7  found just the opposite.  And, you know,
8  I was in -- I'm not sure what I meant by
9  being sorry, but, you know, those were
10 the results.
11          And my feeling was that
12 this, although an animal study in mice in
13 a particular model, should serve as a
14 yellow flag so that being aware of the
15 potential for such an adverse effect,
16 albeit in mice, we don't know if it
17 applies to humans, but being aware of
18 that potential, it would be important for
19 Merck to help fund additional studies to
20 define this in a more definitive way.
21     Q.   Is it fair to say, then,
22 Doctor, that you were pleased that this
23 potential adverse effect of Vioxx was
24 discovered at this point in time and not

Page 119

1  a year or two down the road?
2      A.   Yes, that's exactly my
3  thought.
4      Q.   And, again, this e-mail was
5  in October of 2001, right?
6      A.   Correct.
7      Q.   Now, you mentioned -- I'm
8  sorry, let me just read instead of
9  paraphrasing, that the last two sentences
10 of your e-mail here, it says, "I'm
11 therefore very pleased to have learned
12 that Merck is planning to meet this
13 head-on and is planning to consider some
14 definitive clinical study.  I would be
15 happy to work with you in any way that
16 would be helpful to such a project."
17          What kind of definitive
18 clinical study were you referring to
19 there, Doctor?
20     A.   Well, I've read through this
21 memo any number of times in preparation
22 for this deposition, and I tried to
23 recall what that statement was based on.
24 And I'm -- I'm quite certain it was based

Page 120

1  on a telephone call.  I had many
2  telephone calls with Dr. Rodger during
3  the course of this, but I have no e-mail
4  from him indicating what this head-on
5  strategy was.  So I can't give you more
6  information than -- than is in this memo.
7  Only to say that there must have been
8  some communication with Dr. Rodger
9  probably that indicated that Merck was
10 taking this seriously and that they would
11 plan to do some definitive clinical
12 study.
13     Q.   Before we move on to the
14 clinical study and away from this e-mail,
15 Doctor, is it -- based on your experience
16 in this area and your study and your
17 years of research in this area, was Merck
18 given a yellow flag or a warning back in
19 2001 about the potential harmful effects
20 of Vioxx in humans?
21         MR. GOLDMAN:  Object to the
22     form.
23         THE WITNESS:  Yes.
24 BY MR. SIZEMORE:

Page 121

1      Q.   Okay.  Doctor, I want to
2  show you what I've marked as Exhibit 12
3  to your deposition to see if I can help
4  refresh your recollection about this
5  study.  I'm through with that e-mail,
6  Doctor.
7          (Whereupon, Deposition
8          Exhibit No. Epstein-12, E-mail
9          String, Bates MRK-ABW0003666 thru
10         0003668, was marked for
11         identification.)
12 BY MR. SIZEMORE:
13     Q.   And so we don't have to go
14 through the whole thing, Doctor, down at
15 the bottom, it says -- it's an e-mail
16 from Susan Baumgartner, and it says "The
17 purpose of this one-day meeting is to
18 obtain specific feedback and input on the
19 study design of the" --
20     A.   I'm sorry.  I don't see
21 that.
22     Q.   I'm sorry.  Down -- the
23 bottom paragraph.
24     A.   I got it, right.  I'm sorry.

31 (Pages 118 to 121)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

**Page 122**

1  Go ahead.
2      Q.  -- "the study design of the
3  GI/CV Outcomes Study.  The consultants at
4  this meeting include" and your name
5  "Steve Epstein" and in parentheses
6  "(Card)" is in the next sentence.
7          Do you see that, Doctor?
8      A.  Yes.
9      Q.  Does that help refresh your
10 recollection in any way about what this
11 potential clinical study is?
12     A.  No.  I really don't recall.
13 That was -- I don't recall.
14     Q.  And that date is October
15 17th, 2001, is that right?
16     A.  Um-hmm.
17     Q.  You have to say yes or no,
18 Doctor.
19     A.  No, I do not recall.
20     Q.  I'm talking about the date.
21 I'm sorry.
22     A.  Oh, yes.  The date I see is
23 correct.
24     Q.  I've asked too many

**Page 123**

1  questions apparently.
2      A.  No, no, no.
3      Q.  Let me give it another try,
4  Doctor, and see if this document that
5  I've marked Exhibit 13 --
6          MR. SIZEMORE:  I'm sorry,
7      Andy.
8  BY MR. SIZEMORE:
9      Q.  -- will help refresh your
10 recollection.
11         (Whereupon, Deposition
12     Exhibit No. Epstein-13,
13     Cardiovascular Outcomes Study
14     Consultant Meeting, Bates
15     MRK-NJ267303 thru 0267322, was
16     marked for identification.)
17 BY MR. SIZEMORE:
18     Q.  I'll represent to you that
19 this is an internal Merck document.  The
20 front page is entitled "Cardiovascular
21 Outcomes Study Consultants Meeting" and
22 date is Monday, October 29th, 2001 at the
23 Four Seasons Hotel in Philadelphia.
24     A.  May I clarify my previous

**Page 124**

1  remark?
2      Q.  Yes, sir.
3      A.  What I was responding to
4  was, do I recall -- which I thought you
5  were asking -- do I recall the specific
6  clinical study that was discussed and
7  proposed.  And the answer to that is no,
8  I do not.  Do I recall this meeting, and
9  the answer to that is yes, I do.
10     Q.  Okay.  Great.  Great.
11     A.  Okay.
12     Q.  And was the purpose of this
13 particular meeting, Doctor, to discuss
14 the development and execution of a
15 cardiovascular outcomes study involving
16 Vioxx?
17         MR. GOLDMAN:  Object to the
18     form.
19         THE WITNESS:  As I recall,
20     and, again, this is five years
21     ago, the purpose of this meeting
22     was to discuss the evidence that
23     existed at the time as to the
24     potential cardiovascular side

**Page 125**

1      effects of Vioxx and how to
2      develop more information as to
3      whether this was, in fact, an
4      important -- of importance
5      clinically.
6  BY MR. SIZEMORE:
7      Q.  Did you actually attend this
8  meeting --
9      A.  Yes.  Yes, I did.
10     Q.  -- Doctor.
11         And I think if we look on
12 Page 4 with the Bates number NJ0267306 at
13 the bottom, you'll see your name listed,
14 "Stephen E. Epstein, M.D." as one of the
15 consultants.
16     A.  That's correct.
17     Q.  Now, Doctor, during this
18 meeting, is it accurate to say that there
19 was a concern among Merck scientists, as
20 well as the Merck consultants, that Vioxx
21 could cause adverse cardiovascular
22 outcomes?
23         MR. GOLDMAN:  Object to the
24     form.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 126

1    THE WITNESS:  There was
2  certainly concern.
3  BY MR. SIZEMORE:
4    Q.  Yes, sir.
5    Is it fair to say that
6  Vioxx's association with causing heart
7  attacks and strokes and other adverse
8  cardiovascular outcomes was at least a
9  hypothesis at this time?
10   A.  Yes.
11   Q.  Doctor, at this meeting of
12  the consultants, was the design of a
13  cardiovascular outcomes study actually
14  discussed?
15   A.  I wish I could answer, but I
16  really don't recall.
17   Q.  Okay.  Let me see if I can
18  help you, Doctor.  And I apologize.  It's
19  not a memory test, but see if this helps.
20  Page 3 of that document, there's an
21  agenda.
22   A.  Okay.
23   Q.  And down at the bottom,
24  there are several references to

Page 127

1  discussion specifics of trial design.
2    Does that help refresh your
3  recollection at all?
4    A.  Well, I'm sure it was -- I'm
5  sure it was discussed, but, to be honest,
6  I -- I can't give you what transpired
7  during that two-hour meeting.
8    Q.  Yes, sir.
9    Did -- did you ever
10  participate in the design, or were you
11  ever discussed -- excuse me -- involved
12  in discussions around the VALOR study?
13   A.  No.
14   Q.  Are you aware that VALOR was
15  the actual protocol designed to test CV
16  outcomes for Vioxx?
17   A.  I was not.
18   MR. GOLDMAN:  Objection.
19  Lack of foundation.
20  BY MR. SIZEMORE:
21   Q.  Doctor, based upon your
22  conduction of clinical trials and your
23  experience with the COX-2 inhibitors,
24  would it be ethical to conduct a CV

Page 128

1  outcomes study with Vioxx?
2    MR. GOLDMAN:  Objection.
3  Vague, overbroad, beyond the
4  scope.
5    MR. SCHULTZ:  Objection.
6  This is getting beyond.
7    MR. SIZEMORE:  Well, he
8  participated in discussions about
9  a cardiovascular outcomes study
10  meeting.  With all due respect, I
11  don't think it's that far abroad.
12  I'll make it my last question.
13   THE WITNESS:  That's an
14  enticement.
15   So could you -- could you
16  rephrase --
17   MR. SCHULTZ:  He has no
18  recollection.
19   MR. GOLDMAN:  The fact that
20  you said it's your last question
21  doesn't make it appropriate, Paul.
22  It's way overbroad.
23   MR. SIZEMORE:  I disagree
24  with you.

Page 129

1    MR. SCHULTZ:  What's the
2  question again?
3    MR. SIZEMORE:  I don't know
4  if I can -- can we read it back,
5  to be fair?
6    (Pertinent portion of the
7  record is read.)
8    MR. SCHULTZ:  I think that's
9  just way beyond.
10   MR. SIZEMORE:  Should I
11  phrase it more to do with his
12  experience?  Let me see if I can
13  help.
14   MR. GOLDMAN:  Why don't you
15  talk about mouse outcomes studies.
16   MR. SIZEMORE:  Let me see if
17  I can -- I don't want to argue
18  with you, Bill.  Let me see if I
19  can ask it in a better way.  Maybe
20  that will help out.
21  BY MR. SIZEMORE:
22   Q.  Doctor, you actually
23  attended Merck's presentation and
24  discussion of the development of a

33 (Pages 126 to 129)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 130

1 cardiovascular outcomes study in
2 Philadelphia at the Four Seasons Hotel on
3 October 29th, 2001, right?
4     A.   Correct.
5     Q.   And at this meeting, you
6 actually served as one of the consultants
7 to Merck in the discussion of the
8 development of a cardiovascular outcomes
9 study?
10     A.   That's correct.
11     Q.   And we can actually see on
12 Page 3 where your name is listed as one
13 of the consultants at the Cardiovascular
14 Outcomes Study Consultant Meeting.
15           Correct?
16     A.   Correct.
17     Q.   Okay.  Based upon your
18 personal experience as serving as a Merck
19 consultant on the cardiovascular outcomes
20 study, Doctor --
21     A.   Yes.
22     Q.   -- as well as your personal
23 experience in the conduction of clinical
24 trials, as well as your experience in

Page 131

1 reference to COX-2 inhibitors, would it
2 be ethical for Merck to have conducted a
3 cardiovascular outcomes study in
4 reference to Vioxx?
5           MR. SCHULTZ: I really
6     object.  If you want to ask him
7     whether he advised Merck on this
8     -- in this area, I think that's
9     fine.
10           MR. SIZEMORE:  Okay.  That's
11     a fair question.
12 BY MR. SIZEMORE:
13     Q.   Did you indicate to Merck
14 that you thought a cardiovascular
15 outcomes study could be conducted in
16 reference to Vioxx?
17     A.   Yes.
18     Q.   Were you an actual advocate
19 for conducting a cardiovascular outcomes
20 trial in reference to Vioxx?
21     A.   Yes.
22     Q.   Since I didn't get my last
23 question given to me, I'll ask -- I'm
24 going to show you one more document.

Page 132

1           MR. SCHULTZ:  This is
2 punishment.
3           (Whereupon, Deposition
4     Exhibit No. Epstein-14, Letter,
5     11/20/01, Bates MRK-ABA0003100
6     thru 0003101, was marked for
7     identification.)
8 BY MR. SIZEMORE:
9     Q.   Before -- you may not even
10 have to look at that document, Doctor,
11 but did Merck actually provide you with
12 an honorarium or pay you a fee for
13 serving as a consultant at that meeting?
14     A.   Yes, they did.
15     Q.   We don't have to discuss the
16 specific amount of that fee, but have you
17 continued to serve as a consultant with
18 Merck?
19     A.   No.
20     Q.   Was this the last time, at
21 the consultants meeting in October
22 of 2001?
23     A.   I'm sorry.  No, they did ask
24 me to participate, not as a consultant,

Page 133

1 but as a speaker in two other meetings,
2 which were not specifically related to
3 this issue.
4           MR. SIZEMORE:  Fair enough.
5     Can I have 60 seconds to talk to
6     my counsel, Doctor?  I may be
7     done.
8           THE VIDEOGRAPHER:  Time is
9     11:16 a.m.  Off the record.
10           (Recess is taken from 11:16
11     a.m. until 11:19 a.m.)
12           THE VIDEOGRAPHER:  Stand by,
13     please.  This concludes Tape 1 of
14     this videotape deposition.  The
15     time is 11:19 a.m.  We are off the
16     record.
17           (Recess is taken from 11:19
18     a.m. until 11:25 a.m.)
19           THE VIDEOGRAPHER:  Stand by,
20     please.  This begins Tape 2 of
21     this videotape deposition.  The
22     time is 11:25 a.m.  We are on the
23     record.
24           - - -

34  (Pages 130 to 133)

Stephen E. Epstein, M.D.

**Page 134**

```
 1            EXAMINATION
 2               - - -
 3   BY MR. GOLDMAN:
 4        Q.   Good morning, Dr. Epstein.
 5        A.   Good morning.
 6        Q.   My name is Andy Goldman.  I
 7   represent Merck.  Have we met before
 8   today?
 9        A.   Not to my recall.
10        Q.   The same rules apply that
11   applied when you were being asked
12   questions by Mr. Sizemore.  If you don't
13   understand a question that I ask, please
14   ask me to rephrase.  I'll be happy to do
15   that.  Okay?
16        A.   Okay.
17        Q.   And you do a great job of
18   waiting for the questioner to finish
19   before you start answering.
20        A.   I was carefully advised by
21   my attorney to do that.  It's not my
22   usual way.
23           MR. WACKER:  Or if he talks
24        too quickly, make sure that you
```

**Page 135**

```
 1        understand.
 2           MR. GOLDMAN:  I'm going to
 3        mark first as the next exhibit,
 4        which will just be Exhibit 15.
 5           MR. SIZEMORE:  It may be 14,
 6        Andy.
 7           (Whereupon, a discussion
 8        was held off the record.)
 9           (Whereupon, Deposition
10        Exhibit No. Epstein-15, Packet of
11        Documents Produced by Witness in
12        Response to Subpoena, was marked
13        for identification.)
14   BY MR. GOLDMAN:
15        Q.   I marked as Exhibit 15 a set
16   of documents that you produced in
17   response to a subpoena, right?
18        A.   Yes.
19        Q.   Dr. Epstein, do you know
20   anybody by the name of Gerald Barnett, a
21   plaintiff in the Vioxx litigation?
22        A.   I do not.
23        Q.   Have the plaintiffs' lawyers
24   asked you to review Mr. Barnett's medical
```

**Page 136**

```
 1   records?
 2        A.   They have not.
 3        Q.   Have you reviewed the
 4   medical records of any of the plaintiffs,
 5   to your knowledge, in the Vioxx
 6   litigation?
 7        A.   I have not.
 8        Q.   By your testimony here
 9   today, are you expressing an opinion on
10   whether or not Mr. Barnett's severe
11   multivessel coronary artery disease was
12   caused by Vioxx?
13           MR. SIZEMORE:  Object to
14        form.
15           THE WITNESS:  No.
16   BY MR. GOLDMAN:
17        Q.   I believe you said that you,
18   at some point after you conducted your
19   study with Dr. Rott, you attempted to
20   find out whether there were other studies
21   that found the same thing?
22        A.   No.
23        Q.   Let me rephrase.
24        A.   Yes.
```

**Page 137**

```
 1        Q.   Before this deposition, Dr.
 2   Epstein, did you do anything to try to
 3   determine whether or not the results that
 4   you found in the study you conducted with
 5   Dr. Rott had been replicated by any other
 6   study?
 7        A.   Right.  I did, just as I do
 8   when we're writing any paper.  We do as
 9   complete a review of the literature as
10   possible to see what other studies were
11   published.
12        Q.   How did you go about
13   conducting your research?
14        A.   Research relating to?
15        Q.   Whether or not there were
16   other studies out there that have been
17   published that found the same results
18   that you did in your study with Dr. Rott.
19        A.   So are you referring to
20   2001, when we were writing the paper, or
21   are you referring to efforts I made in
22   preparation for this deposition?
23        Q.   In preparation for this
24   deposition.
```

Stephen E. Epstein, M.D.

Page 138

1     A.   And could you ask the
2  question again?  I'm sorry.
3     Q.   In preparation for this
4  deposition, can you explain to the ladies
5  and gentlemen of the jury what steps you
6  took to determine whether there were any
7  other animal studies that found the same
8  thing that you found in your study with
9  Dr. Rott, that is, that MF-tricyclic can
10 cause early lesion development?
11         MR. SIZEMORE:  Object to
12 form.
13         THE WITNESS:  So the
14 traditional way of doing this, and
15 this is the way that I did it, I
16 did what's called a MedLine
17 search, which is the national
18 medical library, and I put in
19 different search terms.  And those
20 search terms were COX-2, COX-2
21 inhibition, Vioxx, rofecoxib.  I
22 also put in Celebrex, celecoxib
23 and MF-tricyclic.  And usually
24 paired that with atherosclerosis,

Page 139

1  but I did them separately and
2  together.
3  BY MR. GOLDMAN:
4     Q.   And what did you find?
5     A.   Well, I found that there
6  were a number of studies that had been
7  published from 2001 to 2005 that were
8  asking the same question that we asked.
9  And I found -- would you like me to go
10 over what the findings were of each of
11 those studies?
12    Q.   No, not of each of the
13 studies, but, generally, did you find any
14 study that happened to come up with the
15 same results that you did?
16    A.   There was no study using a
17 COX-2 inhibitor alone that came up with
18 the same results that we did.
19    Q.   And the study you referred
20 to when Mr. Sizemore was asking you
21 questions about a COX-2 inhibitor along
22 with another medicine, that was a study
23 by Egan?
24    A.   That's correct.

Page 140

1     Q.   We'll talk about that study
2  later.
3     A.   Okay.
4     Q.   Other than the Egan study
5  which we'll talk about, am I right that
6  you're unaware of any published
7  literature showing in animals or in
8  humans that COX-2 inhibitors cause
9  atherosclerosis?
10    A.   You want to just limit that
11 to animals?
12    Q.   Okay.  Sure.
13    A.   Then the answer to your
14 question is yes.
15    Q.   And we'll talk about human
16 studies later.
17    A.   Fine.
18    Q.   Let's talk briefly again
19 about your experience, Dr. Epstein.  Are
20 you the current director of the vascular
21 biology research center at Washington
22 Hospital Center?
23    A.   I'm the executive director
24 of the Cardiovascular Research Institute,

Page 141

1  which sits astride all of our research.
2  And then I'm particularly the head of the
3  vascular biology laboratory in which this
4  particular study took place.
5     Q.   Were you previously the
6  chief of cardiology at the National
7  Heart, Blood, Lung Institute with the
8  NIH?
9     A.   Yes.
10    Q.   Have you devoted much of
11 your life, sir, to researching issues
12 relating to coronary heart disease?
13    A.   Yes.
14    Q.   Is one of the areas you've
15 researched extensively atherosclerosis?
16    A.   Yes.
17    Q.   And you said before you
18 consider yourself an -- withdrawn.
19         You consider yourself an
20 expert in the area of atherosclerosis,
21 right?
22    A.   Yes.
23    Q.   Can you tell us what
24 atherosclerosis is, sir?

36  (Pages 138 to 141)

Stephen E. Epstein, M.D.

Page 142

1      A.  Atherosclerosis is a disease
2  involving arteries, whether they be
3  serving the coronary arteries, the brain,
4  the peripheral -- the legs, which is
5  characterized by an inflammatory
6  response, an accumulation of cholesterol
7  and cholesterol products, as well as scar
8  tissue, which over the course of time
9  enlarges and, thereby, narrows the blood
10  vessel so that blood flow ultimately is
11  compromised and ischemia occurs in
12  whatever tissue is being supplied by that
13  artery.
14      These atherosclerotic
15  lesions can also rupture which could lead
16  to the development of an acute clot,
17  which would acutely lead to the cessation
18  of flow, which then could lead to a heart
19  attack or a stroke.
20      Q.  When -- I'm sorry.
21      A.  I'm done.
22      Q.  When does atherosclerosis
23  start developing in people, Dr. Epstein?
24      A.  Well, there are studies

Page 143

1  showing that it starts very early,
2  teenage years.  It can.  It doesn't
3  always.
4      MR. SCHULTZ:  Are you going
5  to mostly limit this to animal
6  studies?
7      MR. GOLDMAN:  Yes.
8      MR. SCHULTZ:  Okay.
9  BY MR. GOLDMAN:
10      Q.  When people have
11  atherosclerosis, is it true that -- I
12  have to go down this line of questions --
13      A.  Okay.
14      Q.  -- and then we'll get to
15  animals.
16      A.  Okay.
17      Q.  When human beings have
18  atherosclerosis, is it true that plaque
19  within the coronary arteries builds up
20  over time?
21      A.  Yes.
22      Q.  When that happens, does that
23  tend to narrow the blood vessel?
24      A.  Yes.

Page 144

1      Q.  When blood vessels get
2  narrowed enough and they restrict blood
3  flow to the heart --
4      A.  Yes.
5      Q.  -- can that lead to a
6  plaque rupture?
7      MR. SIZEMORE:  Object to
8  form.
9      THE WITNESS:  It can, but
10  it's not a necessary phenomenon.
11  BY MR. GOLDMAN:
12      Q.  Is it common in people who
13  have heart attacks for their plaque to
14  rupture?
15      MR. SIZEMORE:  Object to
16  form.
17      THE WITNESS:  Yes.  Sorry.
18      MR. SIZEMORE:  I'm sorry.  I
19  tried to get it out quick.
20      THE WITNESS:  I'll hold off.
21  BY MR. GOLDMAN:
22      Q.  Is it also common when
23  plaque ruptures for there to be a clot
24  that develops?

Page 145

1      A.  Yes.
2      Q.  When the body clots in
3  response to a plaque rupture, do you
4  consider that to be a natural progression
5  or natural part of atherosclerosis?
6      MR. SIZEMORE:  Object to
7  form.
8      THE WITNESS:  Yes.
9  BY MR. GOLDMAN:
10      Q.  Has the process that you
11  just described, Dr. Epstein, about
12  atherosclerosis, gone on for many, many
13  years?
14      MR. SIZEMORE:  Object to
15  form.
16      THE WITNESS:  Usually, but
17  not always.
18  BY MR. GOLDMAN:
19      Q.  Have you seen this process
20  that we described just now as
21  atherosclerosis exist before Vioxx ever
22  came on the market?
23      A.  Yes.
24      Q.  And has it existed since

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 146

1  Vioxx was withdrawn from the market?
2      A.   Yes.
3      Q.   You mentioned that you've
4  done much research suggesting that
5  infection may play a role in the
6  development of atherosclerosis, is that
7  right?
8      A.   That's right.
9      Q.   Can you describe just
10 briefly how that would happen?  How is it
11 that an infection could contribute to
12 atherosclerosis?
13     A.   Well, what our lab and
14 several labs all over the world have
15 demonstrated is that a certain class of
16 infectious agents, namely those agents
17 that persist for either years or the
18 lifetime of an individual, and as an
19 example, it would be cytomegalovirus,
20 that those vessel -- that those
21 infectious agents, be they bacteria or
22 viruses, from large epidemiologic
23 studies, are associated with the -- a
24 greater incidence of the development of

Page 147

1  coronary artery disease.
2          And the postulated
3  mechanisms are that they could induce a
4  chronic inflammation in the vessel wall
5  and by producing inflammation contributes
6  to atherosclerosis or an immune response
7  can be developed in response to the
8  pathogen.  And the immune response,
9  instead of just targeting the infectious
10 agent, because the infectious agent has
11 molecules that are very similar to what a
12 patient has, the antibodies could
13 actually produce harm to the vessel wall,
14 thinking that the vessel wall is a virus
15 or a bacteria.  So through either immune
16 mechanisms or inflammatory mechanisms.
17     Q.   And because you had seen
18 that phenomenon, you approached Merck in
19 March or so of 2000 to see if they would
20 assist in funding a study that then
21 became the study you did with Dr. Rott?
22     A.   Well, the bridge is that we
23 found that COX-2 enhanced the ability of
24 the virus to replicate, and that if we

Page 148

1  blocked COX-2, it reduced the ability of
2  the virus to replicate.  Therefore, we
3  felt that Vioxx might be an antiviral
4  agent, and that's what led to my
5  approaching Merck.
6      Q.   So your thought was that if
7  you did this study and Merck provided
8  funding for it, that your hypothesis was
9  that MF-tricyclic, the drug that was
10 used, would actually reduce the amount of
11 virus in the body?
12     A.   Correct.
13     Q.   Which could have a helpful
14 effect on atherosclerosis?
15     A.   Correct.
16     Q.   Did you also have another
17 hypothesis back in 2000 that MF-tricyclic
18 could actually have a direct helpful
19 effect on atherosclerosis?
20     A.   Yes.
21     Q.   Can you explain why you
22 believed in 2000 and 2001 that Vioxx or
23 MF-tricyclic could have a helpful effect
24 on atherosclerosis?

Page 149

1      A.   COX-2, the enzyme, is an
2  important mediator of inflammatory
3  molecules, prostanoids, that when
4  activated in blood vessels could lead to
5  further inflammation and also the
6  elaboration of molecules that could lead
7  to plaque instability.
8          And so that by inhibiting
9  COX-2, our hypothesis and my thought at
10 the time was that we would inhibit those
11 pro-atherosclerotic processes that are
12 mediated by inflammatory mechanisms.
13     Q.   So was your thought, Dr.
14 Epstein, that because Vioxx and other
15 COX-2 inhibitors helped to reduce
16 inflammation in general, that they would
17 also help to reduce inflammation and,
18 therefore, slow down the progression of
19 atherosclerosis?
20     A.   That's correct.
21     Q.   Would you turn with me, sir,
22 to Exhibit 15 at Page 25.  This is a
23 document dated March 1st of 2000.  It's
24 called "Research Proposal from The

38 (Pages 146 to 149)

3198c23a-332a-4926-95d7-395178679bee